

UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO, <br><br>*Plaintiffs* <br><br>v. <br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles, <br><br>*Defendants* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CV 09 2292 VRW <br><br> Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To:   ALL DEFENDANTS. See Attachment A.

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Theodore B. Olson, SBN 38137
> GIBSON, DUNN & CRUTCHER LLP
> 1050 Connecticut Avenue
> Washington, D.C. 20036-5306

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Richard W. Wieking

MAY 2 2 2009

Date:_____                    ANNA SPRINKLES
                                        _____
                                        *Signature of Clerk or Deputy Clerk*

## Attachment A to Summons In A Civil Action

To: ALL DEFENDANTS

**ARNOLD SCHWARZENEGGER,** in his official capacity as Governor of California
attn: Legal Department
State Capitol Building
Sacramento, CA 95814

**EDMUND G. BROWN, JR.,** in his official capacity as Attorney General of California
Office of the Attorney General
455 Golden Gate, Suite 11000
San Francisco, CA 94102-7004

**MARK B. HORTON,** in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics
California Dept. of Health Office of Legal Services
1501 Capitol Ave., MS0506
Sacramento, CA 95814

**LINETTE SCOTT,** in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health
California Dept. of Health Office of Legal Services
1501 Capitol Ave., MS0506
Sacramento, CA 95814

**PATRICK O'CONNELL,** in his official capacity as Clerk-Recorder for the County of Alameda
Alameda County Clerk-Recorder's Office
1106 Madison Street
Oakland, CA 94607

**DEAN C. LOGAN,** in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles
12400 Imperial Highway
Norwalk, CA 90650

100660829_1.DOC