1 | GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson, SBN 38137
2 | *tolson@gibsondunn.com*
Matthew D. McGill (*pro hac vice* application pending)
3 | Amir C. Tayrani, SBN 229609
1050 Connecticut Avenue, N.W. Washington, D.C. 20036
4 | Telephone: (202) 955-8668, Facsimile: (202) 467-0539

5 | Theodore J. Boutrous, Jr., SBN 132009
*tboutrous@gibsondunn.com*
6 | Christopher D. Dusseault, SBN 177557
Ethan D. Dettmer, SBN 196046
7 | Theane Evangelis Kapur, SBN 243570
Enrique A. Monagas, SBN 239087
8 | 333 S. Grand Avenue, Los Angeles, California 90071
Telephone: (213) 229-7804, Facsimile: (213) 229-7520

9

BOIES, SCHILLER & FLEXNER LLP
10 | David Boies (*pro hac vice* application pending)
*dboies@bsfllp.com*
11 | Theodore H. Uno, SBN 248603
333 Main Street, Armonk, New York 10504
12 | Telephone: (914) 749-8200, Facsimile: (914) 749-8300

13 | Attorneys for Plaintiffs KRISTIN M. PERRY, SANDRA B. STIER,
PAUL T. KATAMI, and JEFFREY J. ZARRILLO

**ORIGINAL**

14

## UNITED STATES DISTRICT COURT

15

## NORTHERN DISTRICT OF CALIFORNIA

16

**CV 09 2292**

17 | KRISTIN M. PERRY, SANDRA B. STIER,
PAUL T. KATAMI, and JEFFREY J.
18 | ZARRILLO,

CASE NO.

**PLAINTIFFS' CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS**

19 | Plaintiffs,

v.

20 | ARNOLD SCHWARZENEGGER, in his official
capacity as Governor of California; EDMUND
21 | G. BROWN, JR., in his official capacity as
Attorney General of California; MARK B.
22 | HORTON, in his official capacity as Director of
the California Department of Public Health and
23 | State Registrar of Vital Statistics; LINETTE
SCOTT, in her official capacity as Deputy
24 | Director of Health Information & Strategic
Planning for the California Department of Public
25 | Health; PATRICK O'CONNELL, in his official
capacity as Clerk-Recorder for the County of
26 | Alameda; and DEAN C. LOGAN, in his official
capacity as Registrar-Recorder/County Clerk for
27 | the County of Los Angeles,

28 | Defendants.

Gibson, Dunn &
Crutcher LLP

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named

2  parties, there is no such interest to report.

3  Dated: May 22, 2009

GIBSON, DUNN & CRUTCHER LLP

By: _____
                    Theodore B. Olson

and

BOIES, SCHILLER & FLEXNER LLP
David Boies (*pro hac vice* application pending)

Attorneys for Plaintiffs KRISTIN M. PERRY,
SANDRA B. STIER, PAUL T. KATAMI, and
JEFFREY J. ZARRILLO