

|   |   |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | Matthew D. McGill |
|   | *mmcgill@gibsondunn.com* |
| 3 | 1050 Connecticut Avenue, NW, Washington, DC 20036 |
|   | Telephone: (202) 955-8500, Facsimile: (202) 467-0539 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,

Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,

Defendants.

CASE NO. CV 09 2292

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Matthew D. McGill, an active member in good standing of the bars of the District of Columbia and the State of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs Kristin M. Perry, Sandra B. Stier, Paul T. Katami, and Jeffrey J. Zarrillo in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Theodore J. Boutrous, Jr., SBN 132099
Gibson, Dunn & Crutcher LLP
333 S. Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 22, 2009     By: _____
                            Matthew D. McGill

100658951_1 (McGill Pro Hac Vice Application).DOC

Gibson, Dunn &
Crutcher LLP

1

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE