# Exhibit H

S164520

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

BRIAN BENNETT et al., Petitioners,

v.

DEBRA BOWEN, as Secretary of State, etc., Respondent;

DENNIS HOLLINGSWORTH et al., Real Parties in Interest.

SUPREME COURT
FILED
JUL 1 6 2008
Frederick K. Ohlrich Clerk
_____
Deputy

    The Request For Judicial Notice In Support Of Petition For Extraordinary Relief, Including Writ Of Mandate And Request For Stay, received June 20, 2008, is granted.
    Secretary of State Bowen's request that we judicially notice the excerpts from the Summary of General Election Calendar contained in her preliminary response to the Petition For Extraordinary Relief, Including Writ of Mandate And Request For Stay, filed June 30, 2008, is granted.
    The Request For Judicial Notice In Support of letter brief of Amici Curiae, received July 11, 2008, is granted.
    The Application for Stay and Petition For Extraordinary Relief, Including Writ of Mandate, filed June 20, 2008, is DENIED.
    The Motion By Campaign For California Families, Randy Thomasson, And Larry Bowler To Intervene As Real Parties In Interest, filed June 30, 2008, is denied as moot.

 

                                              **GEORGE**
                                              Chief Justice