# Exhibit L

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. SACV 09-286 DOC (MLGx)                      Date: May 6, 2009

Title: SMELT ET AL V UNITED STATES OF AMERICA ET AL

**DOCKET ENTRY**
[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
Date:_____ Deputy Clerk: _____

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kristee Hopkins | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                  NONE PRESENT

PROCEEDING (IN CHAMBERS): GRANTING MOTION TO INTERVENE

      On April 10, 2009, Dennis Hollingsworth, Gail Knight, Martin Gutierrez, Hak-Shing William Tam, Mark Jansson and ProtectMarriage.com (the "Proposed Interveners") filed a Motion to Intervene in this case, under either FED. R. CIV. P. 24(a)(2) or FED. R. CIV. P. 24(b)(1)(B) (the "Motion"). Defendant State of California, on April 27, 2009, filed a Notice of Non-Opposition to the instant Motion. Defendant United States of America filed a statement avering that it "takes no position" regarding the instant Motion. Plaintiffs' opposition, if any, was due on April 27, 2009. As of this date, the Court has not received an opposition. Accordingly, the Motion is hereby GRANTED as unopposed. The Proposed Interveners' request to intervene is hereby GRANTED.

      The Clerk shall serve this minute order on all parties to the action.