# EXHIBIT N

1  ALLIANCE DEFENSE FUND
   Timothy Chandler (CA Bar No. 234325)
2  *tchandler@telladf.org*
   101 Parkshore Drive, Suite 100, Folsom, California 95630
3  Telephone: (916) 932-2850, Facsimile: (916) 932-2851

4  Benjamin W. Bull, (AZ Bar No. 009940)
   *bbull@telladf.org*
5  Brian W. Raum (NY Bar No. 2856102)*
   *braum@telladf.org*
6  James A. Campbell (OH Bar No. 0081501)*
   *jcampbell@telladf.org*
7  15100 North 90th Street, Scottsdale, Arizona 85260
   Telephone: (480) 444-0020, Facsimile: (480) 444-0028
8
   LAW OFFICES OF ANDREW P. PUGNO
9  Andrew P. Pugno (CA Bar No. 206587)+
   *andrew@pugnolaw.com*
10 101 Parkshore Drive, Suite 100, Folsom, California 95630
   Telephone: (916) 608-3065, Facsimile: (916) 608-3066
11
   ATTORNEYS FOR PROPOSED INTERVENORS DENNIS HOLLINGSWORTH,
12 GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM,
   and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A
13 PROJECT OF CALIFORNIA RENEWAL

14 * *Pro hac vice* application forthcoming
   + Application for admission forthcoming
15

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO, <br><br>    Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for | CASE NO. 09-CV-2292 VRW <br><br> **DECLARATION OF JAMES A. CAMPBELL IN SUPPORT OF PROPOSED INTERVENORS' MOTION TO INTERVENE** |

| | |
|---|---|
| 1 | the County of Los Angeles, |
| 2 |       Defendants, |
| 3 | and |
| 4 | PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL, |
| 8 |       Proposed Intervenors. |

DECLARATION OF JAMES A. CAMPBELL IN SUPPORT OF PROPOSED INTERVENORS' MOTION TO INTERVENE
CASE NO. 09-CV-2292 VRW

I, James A. Campbell, declare as follows:

1. I am one of the attorneys for Proposed Intervenors Dennis Hollingsworth, Gail J. Knight, Martin F. Gutierrez, Hak-Shing William Tam, Mark A. Jansson, and Proposition 8 Campaign Committee ProtectMarriage.com – Yes on 8, a Project of California Renewal.

2. Exhibit G to Proposed Intervenors' Motion to Intervene is a true and accurate copy of the Petition for Extraordinary Relief filed in the California Supreme Court in *Bennett v. Bowen*, No. S164520.

3. Exhibit H to Proposed Intervenors' Motion to Intervene is a true and accurate copy of an order issued by the California Supreme Court on July 16, 2008, in *Bennett v. Bowen*, No. S164520, which summarily denied the petition filed in that case.

4. Exhibit I to Proposed Intervenors' Motion to Intervene is a true and accurate copy of the Amended Petition for Extraordinary Relief filed in the California Supreme Court on November 5, 2008, in *Strauss v. Horton*, No. S168047.

5. Exhibit J to Proposed Intervenors' Motion to Intervene is a true and accurate copy of an order issued by the California Supreme Court on November 19, 2008, in *Strauss v. Horton*, No. S168047, which granted Proposed Intervenors' request to intervene in that challenge to Proposition 8.

6. Exhibit K to Proposed Intervenors' Motion to Intervene is a true and accurate copy of the Answer Brief of the Attorney General filed in Response to the Petition for Extraordinary Relief in *Strauss v. Horton*, No. S168047.

7. Exhibit L to Proposed Intervenors' Motion to Intervene is a true and accurate copy of an order issued by the United States District Court for the Central District of California on May 6, 2009, in *Smelt v. United States*, Case No. SACV-09-286 DOC (MLGx), which granted Proposed Intervenors' request to intervene in that federal constitutional challenge to Proposition 8.

8. Exhibit M to Proposed Intervenors' Motion to Intervene is a true and accurate copy of the Answer Brief of State of California and the Attorney General to Opening Brief on the Merits filed in the California Supreme Court in *In re Marriage Cases*, No. S147999.

1  I declare under the penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Executed on May 28, 2009, at _____Scottsdale_____, Arizona.

*James A. Campbell* (signature)