1    ALLIANCE DEFENSE FUND
     Timothy Chandler (CA Bar No. 234325)
2    *tchandler@telladf.org*
     101 Parkshore Drive, Suite 100, Folsom, California 95630
3    Telephone: (916) 932-2850, Facsimile: (916) 932-2851

4    Benjamin W. Bull, (AZ Bar No. 009940)
     *bbull@telladf.org*
5    Brian W. Raum (NY Bar No. 2856102)*
     *braum@telladf.org*
6    James A. Campbell (OH Bar No. 0081501)*
     *jcampbell@telladf.org*
7    15100 North 90th Street, Scottsdale, Arizona 85260
     Telephone: (480) 444-0020, Facsimile: (480) 444-0028
8
     LAW OFFICES OF ANDREW P. PUGNO
9    Andrew P. Pugno (CA Bar No. 206587)+
     *andrew@pugnolaw.com*
10   101 Parkshore Drive, Suite 100, Folsom, California 95630
     Telephone: (916) 608-3065, Facsimile: (916) 608-3066
11
     ATTORNEYS FOR PROPOSED INTERVENORS DENNIS HOLLINGSWORTH,
12   GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM,
     MARK A. JANSSON, and PROTECTMARRIAGE.COM – YES ON 8, A
13   PROJECT OF CALIFORNIA RENEWAL

14   * *Pro hac vice* application forthcoming
     + Application for admission forthcoming

15

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>        Plaintiffs,<br><br>        v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for | CASE NO. 09-CV-2292 VRW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE OF DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, MARK A. JANSSON, AND PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL** |

1 | the County of Los Angeles,
2 |     Defendants,
3 | and
4 | PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,
8 |     Proposed Intervenors.

[PROPOSED] ORDER GRANTING MOTION TO INTERVENE OF DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, MARK A. JANSSON, AND PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL – CASE NO. 09-CV-2292 VRW

Proposition 8 Official Proponents Dennis Hollingsworth, Gail J. Knight, Martin F. Gutierrez, Hak-Shing William Tam, and Mark A. Jansson, and Proposition 8 Campaign Committee ProtectMarriage.com – Yes on 8, a Project of California Renewal have demonstrated that they are entitled to intervene in this lawsuit. Therefore, the Court finds that Proposed Intervenors' Motion to Intervene should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Dennis Hollingsworth, Gail J. Knight, Martin F. Gutierrez, Hak-Shing William Tam, Mark A. Jansson, and ProtectMarriage.com – Yes on 8, a Project of California Renewal are permitted to intervene in this case.

Date:_____

UNITED STATES DISTRICT JUDGE
CHIEF JUDGE VAUGHN R. WALKER

1

[PROPOSED] ORDER GRANTING MOTION TO INTERVENE OF DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, MARK A. JANSSON, AND PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL – CASE NO. 09-CV-2292 VRW