| | |
|---|---|
| 1 | ALLIANCE DEFENSE FUND |
| | Timothy Chandler (CA Bar No. 234325) |
| 2 | *tchandler@telladf.org* |
| | 101 Parkshore Drive, Suite 100, Folsom, California 95630 |
| 3 | Telephone: (916) 932-2850, Facsimile: (916) 932-2851 |

Benjamin W. Bull, (AZ Bar No. 009940)
*bbull@telladf.org*
Brian W. Raum (NY Bar No. 2856102)*
*braum@telladf.org*
James A. Campbell (OH Bar No. 0081501)*
*jcampbell@telladf.org*
15100 North 90th Street, Scottsdale, Arizona 85260
Telephone: (480) 444-0020, Facsimile: (480) 444-0028

LAW OFFICES OF ANDREW P. PUGNO
Andrew P. Pugno (CA Bar No. 206587)+
*andrew@pugnolaw.com*
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 608-3065, Facsimile: (916) 608-3066

ATTORNEYS FOR PROPOSED INTERVENORS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, MARK A. JANSSON, and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL

\* *Pro hac vice* application forthcoming
+ Application for admission forthcoming

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO, | CASE NO. 09-CV-2292 VRW |
| Plaintiffs, | **CERTIFICATE OF SERVICE FOR ANSWER OF PROPOSED INTERVENORS** |
| v. | |
| ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for | |

| | |
|---|---|
| 1 | the County of Los Angeles, |
| 2 | Defendants, |
| 3 | and |
| 4 | PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL, |
| 8 | Proposed Intervenors. |

CERTIFICATE OF SERVICE FOR ANSWER OF PROPOSED INTERVENORS
CASE NO. 09-CV-2292 VRW

I, Joshua Tijerina, declare that I am over the age of 18 years and not a party to this case.  I also declare that on May 28, 2009, I served the *Answer of Proposed Intervenors Dennis Hollingsworth, Gail J. Knight, Martin F. Gutierrez, Hak-Shing William Tam, Mark A. Jansson, and ProtectMarriage.com – Yes on 8, A Project of California Renewal* via UPS Overnight delivery on the following parties to this action:

Governor Arnold Schwarzenegger
Attn:  Legal Department
State Capitol Building
Sacramento, CA 95814

Mark B. Horton
Director of the California Department of Public Health
and State Registrar of Vital Statistics
California Dept of Health Office of Legal Services
1501 Capitol Ave., MS0506
Sacramento, CA 95814

Linette Scott
Deputy Director of Health Information & Strategic Planning
for the California Department of Public Health
California Dept of Health Office of Legal Services
1501 Capitol Ave., MS0506
Sacramento, CA 95814

Patrick O'Connell
Clerk-Recorder for the County of Alameda
Alameda County Clerk-Recorder's Office
1106 Madison Street
Oakland, CA 94607

Dean C. Logan
Registrar-Recorder/County Clerk for the County of Los Angeles
12400 Imperial Highway
Norwalk, CA 90650

On May 28, 2009, I served the foregoing documents on Attorney General Edmund G. Brown, Jr., pursuant to an agreement with the Attorney General's Office (for purposes of this motion only), via email and regular mail to the following addresses:

Mark Beckington
Deputy Attorney General
Office of the Attorney General
300 South Spring St., Suite 1702
Los Angeles, CA 90013-1230
*mark.beckington@doj.ca.gov*

On May 28, 2009, I caused the foregoing documents to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following attorneys for Plaintiffs:

Theodore B. Olson – tolson@gibsondunn.com
Theodore J. Boutrous, Jr. – tboutrous@gibsondunn.com
David Boies – dboies@bsfllp.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 28, 2009, at Scottsdale, Arizona.

/s Joshua Tijerina
Joshua Tijerina

2

CERTIFICATE OF SERVICE FOR ANSWER OF PROPOSED INTERVENORS
CASE NO. 09-CV-2292 VRW