GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson, SBN 38137
*tolson@gibsondunn.com*
Matthew D. McGill (*pro hac vice* application pending)
Amir C. Tayrani, SBN 229609
1050 Connecticut Avenue, N.W. Washington, D.C. 20036
Telephone: (202) 955-8668, Facsimile: (202) 467-0539

Theodore J. Boutrous, Jr., SBN 132009
*tboutrous@gibsondunn.com*
Christopher D. Dusseault, SBN 177557
Ethan D. Dettmer, SBN 196046
Theane Evangelis Kapur, SBN 243570
Enrique A. Monagas, SBN 239087
333 S. Grand Avenue, Los Angeles, California 90071
Telephone: (213) 229-7804, Facsimile: (213) 229-7520

BOIES, SCHILLER & FLEXNER LLP
David Boies (*pro hac vice* application pending)
*dboies@bsfllp.com*
Theodore H. Uno, SBN 248603
333 Main Street, Armonk, New York 10504
Telephone: (914) 749-8200, Facsimile: (914) 749-8300

Attorneys for Plaintiffs KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>           Plaintiffs,<br><br>     v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>           Defendants. | CASE NO.   09-CV-2292 VRW<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE                                                                              CASE NO. 09-CV-2292 VRW

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| ETHAN D. DETTMER, ESQ. (196046)<br>GIBSON DUNN & CRUTCHER<br>555 Mission Street, 28th Floor<br>San Francisco, California 94105 | (415) 393-8200 | |
| Attorneys For: PLAINTIFFS | Ref. No. Or File No.<br>W2516989 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>KRISTIN M. PERRY | | |
| Defendant:<br>ARNOLD SCHWARZENEGGER | | |
| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C 09-2292 VRW |

I, Jeremy Glaze , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SEE ATTACHMENT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health
By Serving : KRISTIE CASPERS, Authorized to Accept Service of Process

Address : 1501 Capitol Avenue, MS0506, Sacramento, California 95814
Date & Time : Wednesday, May 27, 2009 @ 2:00 p.m.
Witness fees were : Not applicable.

Person serving:
Jeremy Glaze
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.: 2007-69
  (3) County: Sacramento
  (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 27, 2009

Signature: _Jeremy Glaze_
Jeremy Glaze

Printed on recycled paper

UNITED STATES DISTRICT COURT  KRISTIN M. PERRY
NORTHERN DISTRICT OF CALIFORNIA  ARNOLD SCHWARZENEGGER
Case # C 09-2292 VRW

## Attachment "A"

W2516989

**LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health**

1. Summons In A Civil Action
2. Complaint For Declaratory, Injunctive, Or Other Relief
3. Order Setting Initial Case Management Conference And Adr Deadlines
4. Order Setting Case Management Conference
5. Standing Order For All Judges Of The Northern District Of California – Contents Of Joint Case Management Statement
6. Plaintiffs' Certification Of Interested Entities Or Persons
7. Standing Orders Of The Honorable Vaughn R. Walker, U.s. District Chief Judge
8. Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction
9. Notice Of Lawsuit And Request For Waiver Of Service Of Summons
10. Waiver Of The Service Of Summons
11. Court Guidelines
12. Civil Cover Sheet
13. Plaintiffs' Notice Of Motion And Motion For A Preliminary Injunction, And Memorandum Of Points And Authorities In Support Of Motion For A Preliminary Injunction
14. Declaration Of Paul T. Katami Plaintiffs' Motion For A Preliminary Injunction
15. Declaration Of Kristin M. Perry Plaintiffs' Motion For A Preliminary Injunction
16. Declaration Of Sandra B. Stier Plaintiffs' Motion For A Preliminary Injunctiond
17. Declaration Of Jeffrey J. Zarrillo Plaintiffs' Motion For A Preliminary Injunction
18. [proposed] Order Granting Plaintiffs' Motion For A Preliminary Injunction