GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson, SBN 38137
tolson@gibsondunn.com
Matthew D. McGill (*pro hac vice* application pending)
Amir C. Tayrani, SBN 229609
1050 Connecticut Avenue, N.W. Washington, D.C. 20036
Telephone: (202) 955-8668, Facsimile: (202) 467-0539

Theodore J. Boutrous, Jr., SBN 132009
tboutrous@gibsondunn.com
Christopher D. Dusseault, SBN 177557
Ethan D. Dettmer, SBN 196046
Theane Evangelis Kapur, SBN 243570
Enrique A. Monagas, SBN 239087
333 S. Grand Avenue, Los Angeles, California 90071
Telephone: (213) 229-7804, Facsimile: (213) 229-7520

BOIES, SCHILLER & FLEXNER LLP
David Boies (*pro hac vice* application pending)
dboies@bsfllp.com
Theodore H. Uno, SBN 248603
333 Main Street, Armonk, New York 10504
Telephone: (914) 749-8200, Facsimile: (914) 749-8300

Attorneys for Plaintiffs KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>Defendants. | CASE NO. 09-CV-2292 VRW<br><br>**PROOF OF SERVICE**<br><br>HEARING DATE: July 2, 2009<br>HEARING TIME: 10:00 a.m.<br>HEARING PLACE: Courtroom 6, 17th Fl.<br>Chief Judge Walker |

# PROOF OF SERVICE

I, Lindie S. Joy, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071-3197, in said County and State. On May 27, 2009, I served the following document:

1. **PROOF OF SERVICE**
2. **SUMMONS IN A CIVIL ACTION**
3. **COMPLAINT FOR DECLARATORY, INJUNCTIVE, OR OTHER RELIEF**
4. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
5. **ORDER SETTING CASE MANAGEMENT CONFERENCE**
6. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**
7. **PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
8. **STANDING ORDERS OF THE HONORABLE VAUGHN R. WALKER, U.S. DISTRICT CHIEF JUDGE**
9. **NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**
10. **NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS**
11. **WAIVER OF THE SERVICE OF SUMMONS**
12. **COURT GUIDELINES**
13. **CIVIL COVER SHEET**
14. **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR A PRELIMINARY INJUNCTION, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTION**

Gibson, Dunn & Crutcher LLP

1

PROOF OF SERVICE

15. DECLARATION OF PAUL T. KATAMI IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

16. DECLARATION OF KRISTIN M. PERRY IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

17. DECLARATION OF SANDRA B. STIER IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTIOND

18. DECLARATION OF JEFFREY J. ZARRILLO IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION; and

19. [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

on the parties stated below, by placing a true copy thereof in an envelope addressed as shown below by the following means of service:

Dean C. Logan,
*in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles*
LOS ANGELES COUNTY REGISTRAR-RECORDER/COUNTY CLERK
Department Headquarters
12400 Imperial Highway
Norwalk, CA 90650

☐ **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY PERSONAL SERVICE:** I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

☐ **BY FACSIMILE:** From facsimile number (213) 229-7520. I caused each such document to be transmitted by facsimile machine, to the parties and numbers indicated above, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

☐ **BY UPS NEXT DAY AIR:** On the above-mentioned date, I placed a true copy of the above-mentioned document(s), together with an unsigned copy of this declaration, in a sealed envelope or package designated by the United Parcel Service with delivery fees paid or provided for, addressed to the person(s) as indicated above and deposited same in a box or other facility regularly maintained by United Parcel Service or delivered same to an authorized courier or driver authorized by United Parcel Service to receive documents.

Gibson, Dunn & Crutcher LLP

2

PROOF OF SERVICE

| | |
|---|---|
| ☒ | I am employed in the office of Christopher D. Dusseault, a member of the bar of this court, and that the foregoing document was printed on recycled paper. |
| ☒ **(FEDERAL)** | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on May 27, 2009.

*Lindie S. Joy* (signature)
_____
Lindie S. Joy

100664908_1.DOC

# CERTIFICATE OF SERVICE

## OF MESSENGER BY HAND DELIVERY

I, David Yu, hereby certify as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 1511 West Beverly Boulevard, Los Angeles, CA 90026, in said County and State; I am employed as a messenger by First Legal Support Services. On January 4, 2007, I received an envelope(s) from Gibson, Dunn & Crutcher LLP, along with the following document(s) for each envelope:

1. **PROOF OF SERVICE**

2. **SUMMONS IN A CIVIL ACTION**

3. **COMPLAINT FOR DECLARATORY, INJUNCTIVE, OR OTHER RELIEF**

4. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

5. **ORDER SETTING CASE MANAGEMENT CONFERENCE**

6. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

7. **PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

8. **STANDING ORDERS OF THE HONORABLE VAUGHN R. WALKER, U.S. DISTRICT CHIEF JUDGE**

9. **NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

10. **NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS**

11. **WAIVER OF THE SERVICE OF SUMMONS**

12. **COURT GUIDELINES**

13. **CIVIL COVER SHEET**

14. **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR A PRELIMINARY INJUNCTION, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTION**

15. **DECLARATION OF PAUL T. KATAMI IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

16. **DECLARATION OF KRISTIN M. PERRY IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

17. **DECLARATION OF SANDRA B. STIER IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTIOND**

18. **DECLARATION OF JEFFREY J. ZARRILLO IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION; and**

19. **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

and which envelope(s) was/were addressed as follows:

> Dean C. Logan,
> *in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles*
> LOS ANGELES COUNTY REGISTRAR-RECORDER/COUNTY CLERK
> Department Headquarters
> 12400 Imperial Highway
> Norwalk, CA 90650

and on the same date I placed the aforementioned document(s) in its/their respective envelope(s), sealed the envelopes, and served such document(s):

☐ by personally delivering such envelope to said person(s) at the address(es) listed above;

☒ in the absence of the attorney(s) named above, by personally delivering such envelope to his/her clerk or the person in charge of said office; or

☐ by leaving such envelope between the hours of 9:00 in the morning and 5:00 in the afternoon in a conspicuous place in the office, because no person was in the office.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 27, 2009, at Los Angeles, California.

_____
Signature

David Yu
_____
Print Name

1stLegalProof - 2009.doc

2