


1  BOIES, SCHILLER & FLEXNER LLP
   David Boies, *dboies@bsfllp.com*
2  333 Main Street, Armonk, New York 10504
   Telephone: (914) 749-8200, Facsimile: (914) 749-8300
3

4              UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6  KRISTIN M. PERRY, SANDRA B. STIER,
   PAUL T. KATAMI, and JEFFREY J.            CASE NO. C 09-2292 VRW
7  ZARRILLO,
                                             **APPLICATION FOR ADMISSION OF**
8              Plaintiffs,                   **ATTORNEY *PRO HAC VICE***

9        v.

10 ARNOLD SCHWARZENEGGER, in his official
   capacity as Governor of California; EDMUND
11 G. BROWN, JR., in his official capacity as
   Attorney General of California; MARK B.
12 HORTON, in his official capacity as Director of
   the California Department of Public Health and
13 State Registrar of Vital Statistics; LINETTE
   SCOTT, in her official capacity as Deputy
14 Director of Health Information & Strategic
   Planning for the California Department of Public
15 Health; PATRICK O'CONNELL, in his official
   capacity as Clerk-Recorder for the County of
16 Alameda; and DEAN C. LOGAN, in his official
   capacity as Registrar-Recorder/County Clerk for
17 the County of Los Angeles,

               Defendants.

18

19      Pursuant to Civil L.R. 11-3, David Boies, an active member in good standing of the bar of the

20 State of New York and who is admitted to practice before the United States Court of Appeals for the

21 Ninth Circuit, hereby applies for admission to practice in the Northern District of California on a *pro*

22 *hac vice* basis representing Plaintiffs Kristin M. Perry, Sandra B. Stier, Paul T. Katami, and Jeffrey J.

23 Zarrillo in the above-entitled action.

24      In support of this application, I certify on oath that:

25      1.   I am an active member in good standing of a United States Court or of the highest

26           court of another State or the District of Columbia, as indicated above;

27      2.   I agree to abide by the standards of Professional Conduct set forth in Civil Local

28           Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Theodore J. Boutrous, Jr., SBN 132009
Gibson, Dunn & Crutcher LLP
333 S. Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 22, 2009          By: _____
                                  David Boies