IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CASE NO. 09-CV-2292 VRW

Plaintiff,

v.

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Defendant.

James A. Campbell, whose business address and telephone number is Alliance Defense Fund, 15100 North 90th Street, Scottsdale, Arizona 85260 Telephone: 480-444-0020

and who is an active member in good standing of the bar of Ohio and Arizona having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Proposed Intervenors.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
United States District Judge
Chief Judge Vaughn R. Walker