| Clerk's Use Only | Brian W. Raum |
|---|---|
| Initial for fee pd.: | Alliance Defense Fund |
| | 15100 N. 90th Street |
| | Scottsdale, Arizona 8526 |
| | (480) 444-0020 |

FILED

09 JUN -1 PM 3:08

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Perry, et al.

                  Plaintiff(s),

v.

Schwarzenegger, et al.

                  Defendant(s).

CASE NO. 09-CV-2292 VRW

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Brian W. Raum, an active member in good standing of the bar of New York and Virginia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Proposed Intervenors in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Timothy Chandler (916) 932-2850
101 Parkshore Drive, Suite 100, Folsom, California 95630.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 05/29/2009

