1 OFFICE OF THE COUNTY COUNSEL
  ELIZABETH M. CORTEZ, Assistant County Counsel
2 JUDY W. WHITEHURST, Principal Deputy County Counsel
  (SBN 182855) • jwhitehurst@counsel.lacounty.gov
3 648 Kenneth Hahn Hall of Administration
  500 West Temple Street
4 Los Angeles, California 90012-2713
  Telephone: (213) 974-1845 · Fax: (213) 617-7182
5
  Attorneys for DEAN C. LOGAN
6 REGISTRAR-RECORDER/COUNTY
  CLERK, COUNTY OF LOS ANGELES

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

| | |
|---|---|
| 11 KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and 12 JEFFREY J. ZARRILLO,<br><br>13        Plaintiffs,<br><br>14     v.<br><br>15 ARNOLD SCHWARZENEGGER, in his official capacity as Governor of 16 California; EDMUND G. BROWN, JR., in his official capacity as Attorney 17 General of California; MARK B. HORTON, in his official capacity as 18 Director of the California Department of Public Health and State Registrar of 19 Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director 20 of Health Information & Strategic Planning for the California Department 21 of Public Health; PATRICK O'CONNELL, in his official capacity as 22 Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in 23 his official capacity as Registrar-Recorder/County Clerk for the County 24 of Los Angeles,<br><br>25        Defendants. | CASE NO. 09-CV-2292 VRW<br><br>**STATEMENT OF NO POSITION BY DEFENDANT DEAN C. LOGAN, LOS ANGELES COUNTY REGISTRAR-RECORDER/ COUNTY CLERK TO MOTION TO INTERVENE BY PROPOSED INTERVENORS DENNIS HOLLINGSWORTH, ET AL,**<br><br>Date: July 2, 2009<br>Time: 10:00 a.m.<br>Judge: Chief Judge Vaughn R. Walker<br>Location: Courtroom 6, 17th Floor |

26

27       This Statement of No Position is filed by Defendant Dean C. Logan, the Los

28 HOA.619040.1

1 | Angeles County Registrar-Recorder/County Clerk (hereinafter "LA County
2 | Registrar"). The LA County Registrar takes no position on the Motion to Intervene
3 | filed by the proponents of Proposition 8.

4 | DATED: June 11, 2009           Respectfully submitted,

5 |                                OFFICE OF THE COUNTY COUNSEL

8 |                                By   /s/ Judy W. Whitehurst
9 |                                     JUDY W. WHITEHURST
                                        Principal Deputy County Counsel

11 |                               Attorneys for DEAN C. LOGAN
                                   REGISTRAR-RECORDER/COUNTY
12 |                               CLERK, COUNTY OF LOS ANGELES