OFFICE OF THE COUNTY COUNSEL
ELIZABETH M. CORTEZ, Assistant County Counsel
JUDY W. WHITEHURST, Principal Deputy County Counsel
(SBN 182855) • jwhitehurst@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1845 · Fax: (213) 617-7182

Attorneys for DEAN C. LOGAN,
Registrar-Recorder/County Clerk for the
County of Los Angeles

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>Defendants. | CASE NO. 09-CV-2292 VRW<br><br>**STATEMENT OF NO POSITION BY DEFENDANT DEAN C. LOGAN, LOS ANGELES COUNTY REGISTRAR-RECORDER/ COUNTY CLERK TO THE MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: July 2, 2009<br>Time: 10:00 a.m.<br>Judge: Chief Judge Vaughn R. Walker<br>Location: Courtroom 6, 17th Floor |

This Statement of No Position is filed by Defendant Dean C. Logan, the Los Angeles County Registrar-Recorder/County Clerk (hereinafter "LA County

1 Registrar"). The LA County Registrar takes no position on the Motion for
2 Preliminary Injunction and will abide by the decision of this Court on the motion.
3 DATED: June 11, 2009           Respectfully submitted,

OFFICE OF THE COUNTY COUNSEL

By    /s/ Judy W. Whitehurst
JUDY W. WHITEHURST
Principal Deputy County Counsel

Attorneys for DEAN C. LOGAN, Registrar-Recorder/County Clerk for the County of Los Angeles