OFFICE OF THE COUNTY COUNSEL
ELIZABETH M. CORTEZ, Assistant County Counsel
JUDY W. WHITEHURST, Principal Deputy County Counsel
(SBN 182855) • jwhitehurst@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1845 · Fax: (213) 617-7182

Attorneys for DEAN C. LOGAN,
REGISTRAR-RECORDER/COUNTY
CLERK, COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>         Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity at Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>         Defendants. | CASE NO. 09-CV-2292 VRW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS SUBMITTED BY DEAN C. LOGAN, LOS ANGELES COUNTY REGISTRAR-RECORDER/COUNTY CLERK**<br><br>Date:      July 2, 2009<br>Time:     10:00<br>Judge:   Chief Judge Vaughn R. Walker<br>Location:  Courtroom 6, 7th Floor |

|  |  |  |
|---|---|---|
| 1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the names parties, there is no such interest to report. | |
| 2 | | |
| 3 | DATED: June 11, 2009 | Respectfully submitted, |
| 4 | | OFFICE OF THE COUNTY COUNSEL |
| 5 | | |
| 6 | | |
| 7 | | By   /s/ Judy W. Whitehurst |
|   | |        JUDY W. WHITEHURST |
| 8 | |        Principal Deputy County Counsel |
| 9 | | Attorneys for DEAN C. LOGAN, |
| 10 | | REGISTRAR-RECORDER/COUNTY CLERK, COUNTY OF LOS ANGELES |

HOA.619423.1

09-CV-2292 VRW
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
SUBMITTED BY DEAN C. LOGAN,