| | |
|---|---|
| 1 | EDMUND G. BROWN JR. |
|   | Attorney General of California |
| 2 | JONATHAN K. RENNER |
|   | Senior Assistant Attorney General |
| 3 | STEPHEN P. ACQUISTO |
|   | Supervising Deputy Attorney General |
| 4 | MARK R. BECKINGTON |
|   | TAMAR PACHTER |
| 5 | Deputy Attorneys General |
|   | State Bar No. 146083 |
| 6 |  300 South Spring Street, Suite 1702 |
|   |  Los Angeles, CA  90013 |
| 7 |  Telephone:  (213) 897-1096 |
|   |  Fax:  (213) 897-1071 |
| 8 |  E-mail:  Mark.Beckington@doj.ca.gov |
|   | *Attorneys for Defendant Attorney General* |
| 9 | *Edmund G. Brown Jr.* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTIN M. PERRY, ET. AL.,** | Case No. 3:09-cv-02292-VRW |
| Plaintiffs, | **DEFENDANT'S NOTICE OF NON-OPPOSITION TO PROPOSED INTERVENORS' MOTION TO INTERVENE** |
| v. | **[L.R. 7-3(b)]** |
| **ARNOLD SCHWARZENEGGER, ET. AL.,** | Date: July 2, 2009 |
| Defendants. | Time: 10:00 a.m. |
| | Courtroom: Ctrm. 6, 17th Floor |
| | Judge    Chief Judge Vaughn Walker |
| | Trial Date    None |
| | Action Filed:  May 22, 2009 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE Defendant Edmund G. Brown Jr., appearing in his official capacity as Attorney General of California, hereby gives notice that he will not file opposition to the Motion to Intervene of Proposition 8 Official Proponents and Campaign Committee. Northern Dist. L.R. 7-3(b).

Dated:  June 11, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN K. RENNER
Senior Assistant Attorney General
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General
MARK R. BECKINGTON
Deputy Attorney General

*/s/Tamar Pachter*

TAMAR PACHTER
Deputy Attorney General
*Attorneys for Defendant Attorney General Edmund G. Brown Jr.*

SA2009310603