| | |
|---|---|
| 1 | LAW OFFICES OF ANDREW P. PUGNO |
|  | Andrew P. Pugno (CA Bar No. 206587) |
| 2 | *andrew@pugnolaw.com* |
|  | 101 Parkshore Drive, Suite 100, Folsom, California 95630 |
| 3 | Telephone: (916) 608-3065, Facsimile: (916) 608-3066 |
| 4 | ALLIANCE DEFENSE FUND |
|  | Timothy Chandler (CA Bar No. 234325) |
| 5 | *tchandler@telladf.org* |
|  | 101 Parkshore Drive, Suite 100, Folsom, California 95630 |
| 6 | Telephone: (916) 932-2850, Facsimile: (916) 932-2851 |
| 7 | Benjamin W. Bull (AZ Bar No. 009940) |
|  | *bbull@telladf.org* |
| 8 | Brian W. Raum (NY Bar No. 2856102)* |
|  | *braum@telladf.org* |
| 9 | James A. Campbell (OH Bar No. 0081501)* |
|  | *jcampbell@telladf.org* |
| 10 | 15100 North 90th Street, Scottsdale, Arizona 85260 |
|  | Telephone: (480) 444-0020, Facsimile: (480) 444-0028 |
| 11 | |
| 12 | Jordan W. Lorence (DC Bar No. 385022)+ |
|  | *jlorence@telladf.org* |
| 13 | Austin R. Nimocks (TX Bar No. 24002695)+ |
|  | *animocks@telladf.org* |
| 14 | 801 G Street NW, Suite 509, Washington, D.C. 20001 |
|  | Telephone: (202) 637-4610, Facsimile: (202) 347-3622 |
| 15 | ATTORNEYS FOR PROPOSED INTERVENORS DENNIS HOLLINGSWORTH, |
|  | GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, |
| 16 | MARK A. JANSSON, and PROTECTMARRIAGE.COM – YES ON 8, A |
|  | PROJECT OF CALIFORNIA RENEWAL |
| 17 | |
| 18 | * Admitted *pro hac vice* |
|  | + *Pro hac vice* application forthcoming |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO, | CASE NO. 09-CV-2292 VRW |
| Plaintiffs, | **CERTIFICATE OF SERVICE FOR PROPOSED INTERVENORS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official | |

1  capacity as Deputy Director of Health Information
2  & Strategic Planning for the California Department
   of Public Health; PATRICK O'CONNELL, in his
3  official capacity as Clerk-Recorder for the County
   of Alameda; and DEAN C. LOGAN, in his official
4  capacity as Registrar-Recorder/County Clerk for
   the County of Los Angeles,
5
            Defendants,
6
   and
7
   PROPOSITION 8 OFFICIAL PROPONENTS
8  DENNIS HOLLINGSWORTH, GAIL J.
   KNIGHT, MARTIN F. GUTIERREZ, HAK-
9  SHING WILLIAM TAM, and MARK A.
   JANSSON; and PROTECTMARRIAGE.COM –
10 YES ON 8, A PROJECT OF CALIFORNIA
   RENEWAL,
11
            Proposed Intervenors.
12

I, Joshua Tijerina, declare that I am over the age of 18 years and not a party to this case. I also declare that on June 11, 2009, I served *Proposed Intervenors' Opposition to Plaintiffs' Motion for Preliminary Injunction* and supporting papers via U.S. First Class mail on the following parties:

Mark Beckington
Deputy Attorney General
Office of the Attorney General
300 South Spring St., Suite 1702
Los Angeles, CA 90013-1230

I also declare that on June 11, 2009, I caused the foregoing documents to be filed electronically with the Clerk of Court through ECF, and I understand that ECF will electronically serve the following attorneys:

Amir Cameron Tayrani – atayrani@gibsondunn.com
Christopher Dean Dusseault – cdusseault@gibsondunn.com
Enrique Antonio Monagas – emonagas@gibsondunn.com
Ethan D. Dettmer – edettmer@gibsondunn.com
Matthew Dempsey McGill – mmcgill@gibsondunn.com
Theodore B Olson – tolson@gibsondunn.com
Theodore J. Boutrous – tboutrous@gibsondunn.com
Judy Whitehurst – jwhitehurst@counsel.lacounty.gov
Claude Franklin Kolm – ckolm@co.alameda.ca.us
Kenneth C. Mennemeier – kcm@mgslaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on June 11, 2009, at Scottsdale, Arizona.

/s Joshua Tijerina
Joshua Tijerina