| | |
|---|---|
| 1 | RICHARD E. WINNIE [68048]<br>County Counsel |
| 2 | CLAUDE F. KOLM [83517]<br>Deputy County Counsel |
| 3 | BRIAN E. WASHINGTON [146807]<br>Assistant County Counsel |
| 4 | LINDSEY G. STERN [233201]<br>Associate County Counsel |
| 5 | Office of County Counsel<br>County of Alameda |
| 6 | 1221 Oak Street, Suite 450<br>Oakland, California 94612 |
| 7 | Telephone:   (510) 272-6700 |
| 8 | Attorneys for PATRICK O'CONNELL, Clerk-Recorder of the County of Alameda |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL R. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR. in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information and Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>Defendants. | Case No.: CV 09 2292 VRW<br><br>**DEFENDANT PATRICK O'CONNELL'S STATEMENT OF NON-OPPOSITION TO PROPOSED INTERVENORS' MOTION TO INTERVENE**<br><br>Date:       July 2, 2009<br>Time:      10:00 am<br>Judge:     Hon. Vaughn R. Walker<br>Courtroom: 6 |

---

Perry v. Schwarzenegger et al, Case No. CV 09 2292 VRW                                                 1
Defendant Patrick O'Connell's Non-Opposition to Motion to Intervene

PLEASE TAKE NOTICE that Defendant Patrick O'Connell, in his official capacity as Clerk-Recorder for the County of Alameda ("O'Connell"), does not oppose the Proposed Intervenors' Motion to Intervene (Docket no. 8). In submitting this Statement of Non-Opposition, O'Connell does not concede any of the allegations or legal arguments contained in Intervenors' Motion to Intervene, and expressly reserves all other rights and arguments he may have.

DATED: June 12, 2009

RICHARD E. WINNIE, County Counsel
in and for the County of Alameda, State
of California

Claude Kolm,
Deputy County Counsel

By: *[signature]*
Lindsey G. Stern
Associate County Counsel

Attorneys for Defendant Patrick O'Connell, Clerk-Recorder of the County of Alameda

Perry v. Schwarzenegger et al, Case No. CV 09 2292 VRW
Defendant Patrick O'Connell's Non-Opposition to Motion to Intervene

2