RICHARD E. WINNIE [68048]
County Counsel
CLAUDE F. KOLM [83517]
Deputy County Counsel
BRIAN E. WASHINGTON [146807]
Assistant County Counsel
LINDSEY G. STERN [233201]
Associate County Counsel
Office of County Counsel
County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone:   (510) 272-6700

Attorneys for PATRICK O'CONNELL, Clerk-Recorder of the County of Alameda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL R. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR. in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information and Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>Defendants. | Case No.:  09-CV-2292 VRW<br><br>CERTIFICATE OF SERVICE<br><br>DATE: July 2, 2009<br>TIME:  10:00 a.m.<br>Dept.:  Courtroom 6, 17th Fl.<br>Chief Judge Walker |

Perry v. Schwarzenegger et al, Case No. 09-CV- 2292 VRW
Certificate of Service                                                1

# CERTIFICATE OF SERVICE

<u>PERRY, et al. v. SCHWARZENEGGER, et al.</u>
United States District Court, Northern District, Case No. 09-CV-2292 VRW

I, the undersigned, say:

I am employed in the County of Alameda, State of California, over the age of 18 years and not a party to the within cause. My business address is 1221 Oak Street, Suite 450, Oakland, CA 94612-4296.

On the date listed below, I served a true and accurate copy of the documents entitled:

1. DEFENDANT PATRICK O'CONNELL'S STATEMENT OF NON-OPPOSITION TO PROPOSED INTERVENORS' MOTION TO INTERVENE

2. CERTIFICATE OF SERVICE.

on the party in this action as indicated as follows:

| | |
|---|---|
| David Boies, Esq.<br>Boies Schiller & Flexner LLP<br>333 Main Street<br>Armonk, NY 10504 | James A. Campbell, Esq.<br>Alliance Defense Fund<br>15100 North 90th Street<br>Scottsdale, AZ 85260 |
| Theane Evangelis Kapur, Esq.<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 | Theodore Hideyuki Uno, Esq.<br>Boise Schiller & Flexner LLP<br>333 Main Street<br>Armonk, NY 105104 |
| Theodore B. Olson, Esq.<br>Gibson Dunn & Crutcher LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306 | |

☒ BY MAIL: I am readily familiar with the Office of the County Counsel, Alameda County's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Oakland, California, on that same day following ordinary business practices.

☐ BY ECF: I caused a copy/s of such document/s to be sent via ECF transmission to the office/s of the addressee/s.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Oakland, California, on June 12, 2009.

_____
Myrna M. Yee