# CERTIFICATE OF SERVICE

Case Name: **Kristin M. Perry, et al. v. Arnold Schwarzenegger, et al.**　　No. **3:09-cv-02292-VRW**

I hereby certify that on June 12, 2009, the following document was electronically filed with the Clerk of the Court by using the CM/ECF system:

**ANSWER OF ATTORNEY GENERAL EDMUND G. BROWN JR.**

Participants in the case who are registered CM/ECF users were served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On June 15, 2009, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

David Boles
Boles Schiller & Flexner LLP
333 Main Street
Armonk, NY  10504

James A. Campbell
Alliance Defense Fund
15100 North 90th Street
Scottsdale, AZ  85260

Theane Evangelis Kapur
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071

Theodore Hideyuki Uno
Boles Schiller & Flexner LLP
333 Main Street
Armonk, NY  10504

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 15, 2009, at San Francisco, California.

| J. Hum | /s/ J. Hum |
|---|---|
| Declarant | Signature |

20208045.doc