```
 1  OFFICE OF THE COUNTY COUNSEL
    ELIZABETH M. CORTEZ, Assistant County Counsel
 2  JUDY W. WHITEHURST, Principal Deputy County Counsel
    (SBN 182855) • jwhitehurst@counsel.lacounty.gov
 3  648 Kenneth Hahn Hall of Administration
    500 West Temple Street
 4  Los Angeles, California 90012-2713
    Telephone: (213) 974-1845 · Fax: (213) 617-7182
 5
    Attorneys for DEAN C. LOGAN,
 6  REGISTRAR-RECORDER/COUNTY
    CLERK FOR LOS ANGELES COUNTY
 7
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>            Plaintiffs,<br><br>      v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity at Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>            Defendants. | CASE NO. 09-CV-2292 VRW<br><br>**ANSWER TO COMPLAINT FOR DECLARATORY, INJUNCTIVE, OR OTHER RELIEF**<br><br>Judge:  Chief Judge Vaughn R. Walker<br>Location:  Courtroom 6, 17th Floor |

Defendant Dean C. Logan, in his capacity as Los Angeles County Registrar-Recorder/County Clerk ("LA County Registrar"), hereby answers Plaintiffs' Complaint for Declaratory, Injunctive or other relief as follows:

## INTRODUCTION

1. Answering paragraphs 1 and 2, Defendant LA County Registrar contends that said paragraphs contain conclusions of law and not averments of fact to which an answer may be required, but insofar as an answer may be deemed required, this answering Defendant generally and specifically denies each and every allegation in said paragraphs.

## JURISDICTION AND VENUE

2. Answering paragraph 3, Defendant LA County Registrar contends that said paragraphs contain conclusions of law and not averments of fact to which an answer may be required, but insofar as an answer may be deemed required, this answering Defendant generally and specifically denies each and every allegation in said paragraph.

3. Answering paragraph 4, as to the information pertaining to Defendant O'Connell's and all other Defendants' residences, and that a substantial part of the events giving rise to the claim occurred in the Northern District, Defendant LA County Registrar lacks sufficient information or knowledge to enable him to answer the allegations contained in said paragraph, and basing his denial on that ground, generally and specifically denies each and every allegation related thereto. Defendant LA County Registrar admits that he resides in the State of California.

## NATURE OF DISPUTE

4. Answering paragraphs 5 and 6, Defendant LA County Registrar contends that said paragraphs contain conclusions of law and not averments of fact

HOA.619068.1

09-CV-2292 VRW
ANSWER TO COMPLAINT FOR DECLARATORY, INJUNCTIVE, OR OTHER RELIEF

to which an answer may be required, but insofar as an answer may be deemed required, this answering Defendant generally and specifically denies each and every allegation in said paragraphs.

5.  Answering paragraph 7, Defendant LA County Registrar lacks sufficient information or knowledge to enable him to answer the allegations contained in said paragraph, and basing his denial on that ground, generally and specifically denies each and every allegation related thereto.

6.  Answering Paragraph 8, Defendant LA County Registrar contends that said paragraph contain conclusions of law and not averments of fact to which an answer may be required, but insofar as an answer may be deemed required, this answering Defendant generally and specifically denies each and every allegation in said paragraphs.

7.  Answering Paragraphs 9 through 12, Defendant LA County Registrar lacks sufficient information or knowledge to enable him to answer the allegations contained in said paragraphs, and basing his denial on that ground, generally and specifically denies each and every allegation contained in said paragraphs.

8.  Answering Paragraph 13, Defendant LA County Registrar admits that Arnold Schwarzenegger is the Governor of the State of California.  Answering all other factual allegations contained in said paragraph, Defendant LA County Registrar lacks sufficient information or knowledge to enable him to answer the allegations contained in said paragraphs, and basing his denial on that ground, generally and specifically denies each and every allegation contained in said paragraphs.  In addition, Defendant LA County Registrar contends that said paragraph also contains conclusions of law pertaining to the responsibilities of the Governor and not averments of fact to which an answer may be required, but insofar an answer may be deemed required, this answering Defendant generally and

1  specifically denies each and every allegation in said paragraph.

2      9.    Answering Paragraph 14, Defendant LA County Registrar admits that Edmund G. Brown, Jr., is the Attorney General of the State of California. Answering all other factual allegations, contained in said paragraph, Defendant LA County Registrar lacks sufficient information or knowledge to enable him to answer the allegations contained in said paragraph, and basing his denial on that ground, generally and specifically denies each and every allegation contained in said paragraph.  In addition, Defendant LA County Registrar contends that said paragraph also contains conclusions of law pertaining to the legal responsibilities of the Attorney General and not averments of fact to which an answer may be required, but insofar an answer may be deemed required, this answering Defendant generally and specifically denies each and every allegation in said paragraph.

    10.    Answering paragraph 15, Defendant LA County Registrar admits that Mark B. Horton is the Director of the California Department of Public Health. Answering all other factual allegations, contained in said paragraph, Defendant LA County Registrar lacks sufficient information or knowledge to enable him to answer the allegations contained in said paragraph, and basing his denial on that ground, generally and specifically denies each and every allegation contained in said paragraph.  In addition, Defendant LA County Registrar contends that said paragraph also contains conclusions of law pertaining to the legal responsibilities of the Director of Public Health and/or the State Registrar of Vital Statistics and not averments of fact to which an answer may be required, but insofar an answer may be deemed required, this answering Defendant generally and specifically denies each and every allegation in said paragraph.

    11.    Answering Paragraph 16, Defendant LA County Registrar admits that Linette Scott is the Deputy Director of Health Information & Strategic Planning for the California Department of Health.  Answering all other factual allegations,

1 contained in said paragraph, Defendant LA County Registrar lacks sufficient information or knowledge to enable him to answer the allegations contained in said paragraph, and basing his denial on that ground, generally and specifically denies each and every allegation contained in said paragraph.  In addition, Defendant LA County Registrar contends that said paragraph also contains conclusions of law pertaining to the legal responsibilities of the Deputy Director of Health Information & Strategic Planning for the California Department and not averments of fact to which an answer may be required, but insofar an answer may be deemed required, this answering Defendant generally and specifically denies each and every allegation in said paragraph.

12. Answering Paragraph 17, Defendant LA County Registrar denies generally and specifically that Patrick O'Connell is the Registrar for the County of Alameda.  Defendant LA County Registrar admits that Patrick O'Connell is the Clerk for the County of Alameda.  As to all other allegations contained therein, Defendant LA County Registrar lacks sufficient information or knowledge to enable him to answer the allegations contained in said paragraph, and basing her denial on that ground, generally and specifically denies each and every allegation contained in said paragraph.

13. Answering Paragraph 18, Defendant LA County Registrar admits that he is the Registrar-Recorder/County Clerk for the County of Los Angeles.  In addition, Defendant LA County Registrar admits that his office is responsible for maintaining vital records of marriages, issuing marriage licenses, and performing civil ceremonies in Los Angeles County.

14. Answering Paragraph 19, Defendant LA County Registrar denies generally and specifically that he is responsible for the enforcement of Prop. 8.  As to all other allegations contained therein, Defendant LA County Registrar lacks sufficient information or knowledge to enable him to answer the allegations

1 contained in said paragraph, and basing his denial on that ground, generally and specifically denies each and every allegation contained in said paragraph.

# FACTS

15. Answering Paragraph 20, Defendant LA County Registrar lacks sufficient information or knowledge to enable him to answer the allegations contained in said paragraphs, and basing his denial on that ground, generally and specifically denies each and every allegation contained in said paragraph.

16. Answering Paragraph 21, the California Family Code section 300 speaks for itself.  Defendant LA County Registrar denies that Family Code section 300 was enacted in 1977.  As to all other allegations contained in Paragraph 21, Defendant LA County Registrar lacks sufficient information or knowledge to enable him to answer the allegations contained in said paragraphs, and basing his denial on that ground, generally and specifically denies each and every allegation contained in said paragraph.

17. Answering paragraph 22, 23, 24, and 25, the California Code Sections speak for themselves.  As to all allegations contained therein, Defendant LA County Registrar lacks sufficient information or knowledge to enable him to answer the remaining allegations contained in said paragraphs, and basing his denial on that ground, generally and specifically denies each and every allegation contained in said paragraphs.

18. Answering paragraph 26, Defendant LA County Registrar admits the allegations contained therein.

19. Answering paragraphs 27 and 28, Defendant LA County Registrar lacks sufficient information or knowledge to enable him to answer the allegations contained in said paragraphs, and basing his denial on that ground, generally and specifically denies each and every allegation contained in said paragraphs.

20. Answering paragraph 29, Defendant LA County Registrar admits the allegations contained therein.

21. Answering paragraph 30, Defendant LA County Registrar admits that Proposition 8 restricted marriage to opposite sex couples in California. As to all other allegations contained that therein, Defendant LA County Registrar lacks sufficient information or knowledge to enable him to answer the allegations contained in said paragraphs, and basing his denial on that ground, generally and specifically denies each and every allegation contained in said paragraph.

22. Answering paragraphs 31, 32 and 33, Defendant LA County Registrar lacks sufficient information or knowledge to enable him to answer the allegations contained in said paragraphs, and basing his denial on that ground, generally and specifically denies each and every allegation contained in said paragraphs.

23. Answering paragraphs 34, 35, and 36, Defendant LA County contends that said paragraphs contain conclusions of law and not averments of fact to which an answer may be required, but insofar as an answer may be deemed required, this answering Defendant generally and specifically denies each and every allegation in said paragraphs.

## CLAIMS FOR RELIEF

## CLAIM ONE: DUE PROCESS

24. Answering Paragraph 37, Defendant LA County Registrar incorporates by reference his responses to paragraphs 1 through 36 as though fully restated herein.

25. Answering Paragraphs 38 and 39 of Plaintiffs' Claims for Relief, Defendant LA County Registrar contends that said paragraphs do not contain averments of fact to which an answer may be required, but insofar as an answer may

HOA.619068.1

09-CV-2292 VRW
ANSWER TO COMPLAINT FOR DECLARATORY, INJUNCTIVE, OR OTHER RELIEF

1  be deemed required, Defendant LA County Registrar generally and specifically
2  denies each and every allegation in said paragraphs.

### CLAIM TWO: EQUAL PROTECTION

4  26. Answering paragraph 40, Defendant LA County Registrar
5  incorporates by reference his responses to paragraphs 1 through 39 as though fully
6  restated herein.

7  27. Answering Paragraphs 41, 42, 43, and 44, Defendant LA County
8  Registrar contends that said paragraphs do not contain averments of fact to which an
9  answer may be required, but insofar as an answer may be deemed required,
10 Defendant LA County Registrar generally and specifically denies each and every
11 allegation in said paragraphs.

### CLAIM THREE: VIOLATION OF 42 U.S.C. § 1983

13 28. Answering paragraphs 45, Defendant LA County Registrar
14 incorporates by reference his responses to paragraphs 1 through 44 as though fully
15 restated herein.

16 29. Answering Paragraph 46, Defendant LA County Registrar
17 contends that said paragraph does not contain averments of fact to which an answer
18 may be required, but insofar as an answer may be deemed required, Defendant LA
19 County Registrar generally and specifically denies each and every allegation in said
20 paragraph.

### **IRREPARABLE INJURY**

22 30. Answering paragraph 47 Defendant LA County Registrar
23 incorporates by reference his responses to paragraphs 1 through 46 as though fully
24 restated herein.

25 31. Answering paragraphs 48 and 49, Defendant LA County
26 Registrar contends that said paragraphs do not contain averments of fact to which an
27 answer may be required, but insofar as an answer may be deemed required,

1  Defendant LA County Registrar generally and specifically denies each and every
2  allegation in said paragraph.

## PRAYER FOR RELIEF

5  32. Answering paragraphs 1, 2, and 3 of Plaintiffs' Prayer for Relief, this answering Defendant contends that said paragraphs do not contain averments of fact to which an answer may be required.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

1. The Complaint fails to state facts sufficient to constitute claims upon which relief can be granted against Defendant LA County Registrar as he has a ministerial duty to abide by the laws of the State of California and has no authority to disregard the law pursuant to *Lockyer v. City and County of San Francisco* (2004) 33 Cal.4th 1055..

### SECOND AFFIRMATIVE DEFENSE

2. The Complaint fails to state facts sufficient to constitute claims upon which relief can be granted against Defendant LA County Registrar in that he has no discretion to issue marriage licenses in any other manner than in accordance with State law. *Lockyer v. City and County of San Francisco* (2004) 33 Cal.4th 1055.

### THIRD AFFIRMATIVE DEFENSE

3. The Complaint fails to state facts sufficient to constitute claims upon which relief can be granted against Defendant LA County Registrar in that he acted in good faith in performing his duties in issuing marriage licenses in conformity with State law.

1   WHEREFORE, Defendant Dean C. Logan prays for judgment as
2   follows:
3       1.   That Plaintiffs' action against him be dismissed;
4       2.   That Plaintiffs take nothing against him by way of their
5   Complaint;
6       3.   That Defendant be awarded his costs of suit, including attorney
7   fees; and,
8       4.   For such other relief as the Court deems proper.

DATED: June 15, 2009         Respectfully submitted,

                             OFFICE OF THE COUNTY COUNSEL


                             By   /s/  Judy W. Whitehurst
                                  JUDY W. WHITEHURST
                                  Principal Deputy County Counsel

                             Attorneys for DEAN C. LOGAN,
                             REGISTRAR-RECORDER/COUNTY
                             CLERK FOR LOS ANGELES COUNTY

**DECLARATION OF SERVICE**
**USDC – Northern District Case No. 09-CV-2292 VRW**
***Perry, et al. v. Schwarzenegger, et al***.

STATE OF CALIFORNIA, County of Los Angeles:

Hazel T. Bataclan states: I am employed in the County of Los Angeles, State of California, over the age of eighteen years and not a party to the within action. My business address is 648 Kenneth Hahn Hall of Administration, 500 West Temple Street, Los Angeles, California 90012-2713.

That on June 15, 2009, I served the attached

1. **DEAN C. LOGAN'S ANSWER TO COMPLAINT FOR DECLARATORY, INJUNCTIVE, OR OTHER RELIEF**

upon the ***non-CM/ECF participants/Interested Party(ies)*** by placing ☐ the original ☐ a true copy thereof enclosed in a sealed envelope addressed ☐ as follows ☒ as stated on the attached mailing list:

**(BY MAIL)** by sealing and placing the envelope for collection and mailing on the date and at the place shown above following our ordinary business practices. I am readily familiar with this office's practice of collection and processing correspondence for mailing. Under that practice the correspondence would be deposited with the United States Postal Service that same day with postage thereon fully prepaid.

I declare that I am employed in the offices of a member of this court at whose direction the service was made.

Executed on June 15, 2009, at Los Angeles, California.

| Hazel T. Bataclan | /s/ Hazel T. Bataclan |
|---|---|
| **Type or Print Name of Declarant** <br> **and**, for personal service by a Messenger Service, include the name of the Messenger Service | **Signature** |

HOA.619068.1

09-CV-2292 VRW
ANSWER TO COMPLAINT FOR DECLARATORY,
INJUNCTIVE, OR OTHER RELIEF

# SERVICE LIST

David Boies, Esquire
Theodore Hideyuki Uno, Esquire
Boies Schiller & Flexner, LLP
333 Main Street Armonk, NY  10504

Theane Evangelis Kapur, Esquire
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071

James A. Campbell, Esquire
Alliance Defense Fund
15100 North 90th Street
Scottsdale, AZ  85260

HOA.619068.1

09-CV-2292 VRW
ANSWER TO COMPLAINT FOR DECLARATORY,
INJUNCTIVE, OR OTHER RELIEF