| | |
|---|---|
| 1 | RICHARD E. WINNIE [68048] |
| | County Counsel |
| 2 | CLAUDE F. KOLM [83517] |
| | Deputy County Counsel |
| 3 | BRIAN E. WASHINGTON [146807] |
| | Assistant County Counsel |
| 4 | LINDSEY G. STERN [233201] |
| | Associate County Counsel |
| 5 | Office of County Counsel |
| | County of Alameda |
| 6 | 1221 Oak Street, Suite 450 |
| | Oakland, California 94612 |
| 7 | Telephone:   (510) 272-6700 |

Attorneys for PATRICK O'CONNELL, Clerk-Recorder of the County of Alameda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL R. KATAMI, and JEFFREY J. ZARRILLO,<br><br>            Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR. in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information and Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>            Defendants. | Case No.:  09-CV-2292 VRW<br><br>CERTIFICATE OF SERVICE<br><br>DATE: July 2, 2009<br>TIME:  10:00 a.m.<br>Dept.: Courtroom 6, 17th Fl.<br>          Chief Judge Walker |

## CERTIFICATE OF SERVICE

<u>PERRY, et al. v. SCHWARZENEGGER, et al.</u>
United States District Court, Northern District, Case No. 09-CV-2292 VRW

I, the undersigned, say:

I am employed in the County of Alameda, State of California, over the age of 18 years and not a party to the within cause. My business address is 1221 Oak Street, Suite 450, Oakland, CA 94612-4296.

On the date listed below, I served a true and accurate copy of the documents entitled:

1. DEFENDANT PATRICK O'CONNELL'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION; and

2. CERTIFICATE OF SERVICE.

on the party in this action as indicated as follows:

| | |
|---|---|
| David Boies, Esq.<br>Boies Schiller & Flexner LLP<br>333 Main Street<br>Armonk, NY 10504 | James A. Campbell, Esq.<br>Alliance Defense Fund<br>15100 North 90th Street<br>Scottsdale, AZ 85260 |
| Theane Evangelis Kapur, Esq.<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 | Theodore Hideyuki Uno, Esq.<br>Boise Schiller & Flexner LLP<br>Armonk, NY 105104 |

(X) BY MAIL: I caused such envelope with postage thereon fully prepaid and to be placed in the United States mail, in the City of Oakland, California.

( ) BY ECF: I caused a copy/s of such document/s to be sent via ECF transmission to the office/s of the addressee/s.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Oakland, California, on June 11, 2009.

_Judy A. Martinez_
Judy A. Martinez