DENNIS J. HERRERA, State Bar #139669
City Attorney
THERESE M. STEWART, State Bar #104930
Chief Deputy City Attorney
DANNY CHOU, State Bar #180240
Chief of Complex and Special Litigation
CHRISTINE VAN AKEN, State Bar #241755
Deputy City Attorney
MOLLIE M. LEE,* State Bar #251404
Deputy City Attorney
City Hall, Room 234
One Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4708
Facsimile:    (415) 554-4699

Attorneys for *Amicus Curiae*
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>　　　　Plaintiffs,<br><br>　　　vs.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>　　　　Defendants. | Case No. 09-CV-2292 VRW<br><br>**MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* CITY AND COUNTY OF SAN FRANCISCO WITH SUPPORTING DECLARATION; [PROPOSED] ORDER**<br><br>*AMICUS CURIAE* IN SUPPORT OF **PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Hearing Date:　July 2, 2009<br>Time:　　　　10:00 a.m.<br>Place:　　　　Courtroom 6, 17th Fl.,<br>　　　　　　　450 Golden Gate Ave.<br><br>Trial Date:　　Not set |

* Admission to the Northern District of California pending.

MO/BRIEF OF *AMICUS CURIAE* SAN FRANCISCO　　　　　　　　　　　　n:\govli1\li2009\070779\00563478.doc
CASE NO. 09-CV-2292 VRW

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the City and County of San Francisco respectfully requests the Court's leave to participate as *amicus curiae* in the above-captioned case in support of Plaintiffs' motion for preliminary injunction.  *Amicus* has conferred with counsel for the Defendants and Proposed Intervenors, and all counsel have consented to this motion.

## I.   STANDARD FOR MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE

The Court has broad discretion to permit third parties to participate in an action as amici curiae. *Gerritsen v. de la Madrid Hurtado*, 819 F.2d 1511, 1514 n.3 (9th Cir. 1987).  Participation of amici curiae may be particularly appropriate where the legal issues in a case have potential ramifications beyond the parties directly involved or where amici can offer a unique perspective that may assist the Court.  *Sonoma Falls Devs., LLC v. Nev. Gold & Casinos, Inc.*, 272 F. Supp.2d 919, 925 (N.D. Cal. 2003).

## II.   STATEMENT OF IDENTITY AND INTEREST OF AMICI CURIAE

The City and County of San Francisco is a unit of local government charged with the responsibility to issue civil marriage licenses and to solemnize and record marriages.  *See* Cal. Fam. Code §§ 67, 300, 350, 359, 400, 401, 423.  Proposition 8 presently compels San Francisco to deny lesbian and gay couples the marriage licenses that it issues to similarly situated heterosexual couples, even though San Francisco believes this violates the federal constitutional rights of its lesbian and gay citizens.  *See Lockyer v. City and County of San Francisco*, 33 Cal. 4th 1055, 1080–82, 1085–86 (2004) (city and county officials may not decline to enforce statutory restrictions on marriage until appellate court holds them unconstitutional).  San Francisco therefore has a direct interest in the vindication Plaintiffs seek in this case.

The discriminatory marriage regime imposed by Proposition 8 is also at odds with San Francisco's fundamental values, which include the belief that its lesbian and gay citizens should be treated with the same dignity and respect as all other citizens.  San Francisco has a large and vibrant lesbian and gay community and is often a leader in political and legal actions to recognize and protect the rights of lesbians and gay men.  For this reason, too, San Francisco is keenly interested in the resolution of this case.

### III. REASONS WHY *AMICUS CURIAE*'S EXPERTISE WILL BE BENEFICIAL TO THIS COURT

As one of the lead Plaintiffs in *In re Marriage Cases*, 43 Cal. 4th 757 (2008), and *Strauss v. Horton*, 2009 WL 1444594, San Francisco developed extensive knowledge of many of the legal and factual issues raised in the above-captioned matter.  In particular, San Francisco has developed expertise in the history of discrimination against gay men and lesbians, the use of initiative measures to repeal advances in equality for gay men and lesbians, and the recent cases regarding marriage equality in California.  San Francisco respectfully suggests that its analysis of these issues could assist the Court in its deliberations.

### IV. CONCLUSION

Wherefore, San Francisco requests this Court's leave to submit an *amicus* brief in support of Plaintiff's motion for preliminary injunction.

Dated:  June 18, 2009

DENNIS J. HERRERA
City Attorney
THERESE M. STEWART
Chief Deputy City Attorney
DANNY CHOU
Chief of Complex & Special Litigation
CHRISTINE VAN AKEN
MOLLIE M. LEE
Deputy City Attorneys


By:  /s/
THERESE M. STEWART

Attorneys for *Amicus Curiae*
CITY AND COUNTY OF SAN FRANCISCO