| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
|   | City Attorney |
| 2 | THERESE M. STEWART, State Bar #104930 |
|   | Chief Deputy City Attorney |
| 3 | DANNY CHOU, State Bar #180240 |
|   | Chief of Complex and Special Litigation |
| 4 | CHRISTINE VAN AKEN, State Bar #241755 |
|   | Deputy City Attorney |
| 5 | MOLLIE M. LEE,* State Bar #251404 |
|   | Deputy City Attorney |
| 6 | City Hall, Room 234 |
|   | One Dr. Carlton B. Goodlett Place |
| 7 | San Francisco, California 94102-4682 |
|   | Telephone:    (415) 554-4708 |
| 8 | Facsimile:    (415) 554-4699 |

Attorneys for *Amicus Curiae*
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO, | Case No. 09-CV-2292 VRW |
| Plaintiffs, | **[PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* CITY AND COUNTY OF SAN FRANCISCO IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |
| vs. | |
| ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles, | Hearing Date:    July 2, 2009<br>Time:    10:00 a.m.<br>Place:    Courtroom 6, 17th Fl.,<br>    450 Golden Gate Ave.<br><br>Trial Date:    Not set |
| Defendants. | |

\* Admission to the Northern District of California pending.

MO/BRIEF OF *AMICUS CURIAE* SAN FRANCISCO       n:\govli1\li2009\070779\00563673.doc
CASE NO. 09-CV-2292 VRW

1 | Good cause appearing, the Motion of Amici Curiae City and County of San Francisco for leave to file a brief in support of Plaintiffs' Motion for Preliminary Injunction is hereby GRANTED.

IT IS SO ORDERED.

Dated: June ____, 2009

_____
Hon. Vaughn R. Walker
United States Chief District Judge