# EXHIBIT A

1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  THERESE M. STEWART, State Bar #104930
   Chief Deputy City Attorney
3  WAYNE K. SNODGRASS, State Bar #148137
   JIM EMERY, State Bar#153630
4  JULIA M.C. FRIEDLANDER, State Bar#165767
   YVONNE MERE, State Bar #173594
5  KATHLEEN S. MORRIS, State Bar #196672
   SHERRI SOKELAND KAISER, State Bar #197986
6  GINA M. ROCCANOVA, State Bar #201594
   NELI PALMA, State Bar #203374
7  PHILIP LEIDER, State Bar #229751
   Deputy City Attorneys
8  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
9  San Francisco, California 94102-4682
   Telephone:    (415) 554-4700
10 Facsimile:     (415) 554-4747

11 Attorneys for Plaintiff
   CITY AND COUNTY OF SAN FRANCISCO

BOBBIE J. WILSON, State Bar #147317
PAMELA K. FULMER, State Bar #154736
AMY E. MARGOLIN, State Bar #168192
SARAH M. KING, State Bar #189621
KEVIN H. LEWIS, State Bar #197421
CEIDE ZAPPARONI, State Bar #200708
JEFFREY T. NORBERG, State Bar # 215087
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:    (415) 434-1600
Facsimile: (415) 217-5910

*ENDORSED*
*FILED*
San Francisco County Superior Court

SEP - 2 2004

GORDON PARK-LI, Clerk
BY: _____
Deputy Clerk

12

13             SUPERIOR COURT OF THE STATE OF CALIFORNIA

14                        COUNTY OF SAN FRANCISCO

15                       UNLIMITED CIVIL JURISDICTION

16

17 | Coordination Proceeding | JUDICIAL COUNCIL COORDINATION
   Special Title (Rule 1550(b)) | PROCEEDING NO. **4365**
18 | **MARRIAGE CASES** |

19 **CITY AND COUNTY OF SAN**        Case No. **429-539**
   **FRANCISCO**, a charter city and county,   (Consolidated with Case No. 504-038)
20
              Plaintiff/Petitioner,           **DECLARATION OF GEORGE**
21                                            **CHAUNCEY IN SUPPORT OF CITY**
       vs.                                    **AND COUNTY OF SAN**
22                                            **FRANCISCO'S CONSTITUTIONAL**
   **STATE OF CALIFORNIA**, et al.            **CHALLENGE TO MARRIAGE**
23                                            **STATUTES**
              Defendants/Respondents.
24                                            Hearing Date:       TBD
                                              Hearing Judge:      Richard A. Kramer
25                                            Time:               TBD
                                              Place:              304
26
                                              Date Action Filed:  March 11, 2004
27                                            Trial Date:         Not set

28

A.      **Background and Summary**

I, George Chauncey, declare as follows:

1.      I am a Professor of History at the University of Chicago, where I have taught since 1991. I am the author of Gay New York: Gender, Urban Culture, and the Making of the Gay Male World, 1890-1940 (1994) New York: Basic Books, which won the Organization of American Historians' Merle Curti Award for the best book in social history and Frederick Jackson Turner Award for the best first book in any field of history, the Los Angeles Times Book Prize in History, and Lambda Literary Award. I am also the author of Why Marriage? The History Shaping Today's Debate over Gay Equality (2004), New York: Basic Books, coeditor of three books and special journal issues, including *Hidden From History: Reclaiming the Gay and Lesbian Past* (1989) NAL, and the author of numerous articles, including *From Sexual Inversion to Homosexuality: Medicine and the Changing Conceptualization of Female Deviance* (Fall 1982-Winter 1983), 58-59 Salmagundi 114-46 (which has been translated into Spanish and reprinted twice); *Christian Brotherhood or Sexual Perversion? Homosexual Identities and the Construction of Sexual Boundaries in the World War One Era* (1985) 19 Journal of Social History 189-211 (which has been translated into French and Dutch and reprinted ten times); and The Postwar Sex Crime Panic, True Stories from the American Past, (William Graebner edit., 1993) McGraw-Hill, pp.160-78 (which has been translated and published in Dutch). I am an expert on the history of the United States in the twentieth century and gender, homosexuality, and sexuality in the United States. I have knowledge as a historian of the following facts and, if called upon to do so, I could and would competently testify thereto.

2.      I base this declaration on my own research and publications (including those cited above) and the work of other historians and scholars, including: Nan Alamilla Boyd, Wide Open Town: A History of Queer San Francisco (2003) Berkeley: University of California Press; John D'Emilio, Sexual Politics, Sexual Communities: The Making of a Homosexual Minority, 1940–1970 (1981) Chicago: University of Chicago Press; David K. Johnson, The Lavender Scare: The Cold War Persecution of Gays and Lesbians in the Federal Government (2004) Chicago: University of Chicago Press; Allan Bérubé, Coming Out Under Fire: The History of Gay Men

2

1   and Women in World War II (1992) New York: Free Press; Estelle B. Freedman, *'Uncontrolled*

2   *Desires': The Response to the Sexual Psychopath, 1920–1960* (1987) 74 Journal of American

3   History 83–106; and Martin Meeker, *Behind the Mask of Respectability: Reconsidering the*

4   *Mattachine Society and Male Homophile Practice, 1950s and 1960s*, (2001) 10 Journal of the

5   History of Sexuality 78–116.

6       3.      Lesbians and gay men faced substantial discrimination and political

7   disenfranchisement on the basis of their homosexual status throughout the last century.  They

8   were labeled "deviants," "degenerates," and "sex criminals" by the medical profession,

9   government officials, and the mass media.  The federal government banned the employment of

10  homosexuals and insisted that its private contractors ferret out and dismiss their gay employees.

11  Many states, including California, prohibited gay people from being served in bars and

12  restaurants.  The Hollywood studios prohibited the discussion of gay issues or the appearance of

13  gay or lesbian characters in films.  Finally, many municipalities launched police campaigns to

14  suppress gay life.  In sum, many authorities created or reinforced the belief that gay people were

15  an inferior class to be shunned by other Americans.

16      **B.      Public Perceptions of Lesbians and Gay Men**

17      4.      The widespread discrimination faced by lesbians and gay men in the late

18  nineteenth and twentieth centuries was historically unique and unprecedented.  In the colonial

19  era, sodomy laws and other statutes proscribed a diverse and inconsistent set of sexual acts

20  engaged in by various combinations of partners.  Above all, they regulated *conduct* in which

21  *anyone* (or, at certain times and in certain places, any male person) could engage.  Although

22  some (but not all) forms of homosexual conduct were regulated by such statutes, and a handful

23  of men were executed for engaging in such conduct during the colonial era, non-procreative sex

24  of any kind rather than homosexual conduct per se was the object of most such laws.  In the

25  nineteenth century, they were rarely enforced.

26

27

28

3

5.     Current historical research suggests that it was only in the late nineteenth century that the very concept of the homosexual as a distinct category of person developed. The word "homosexual" appeared for the first time in a German pamphlet in 1868, and was introduced to the American lexicon only in 1892. As the French historian and philosopher Michel Foucault has famously described this evolution, "the sodomite had been a temporary aberration; the homosexual was now a species." Sodomy laws had criminalized certain forms of conduct, but it was only in the twentieth century that the state began to classify and penalize citizens on the basis of their identity or *status* as homosexuals.

6.     The states began to enact discriminatory measures in the 1920s and 1930s, but such measures and other forms of anti-gay harassment were especially virulent in the twenty years following the Second World War, when government agencies systematically discriminated against homosexuals.

7.     The discriminatory measures I will describe responded to the growing visibility of gay and lesbian subcultures in San Francisco, Los Angeles, New York, and other American cities in the late nineteenth and early twentieth centuries. While some Americans responded to gay life with fascination and sympathy, others regarded the growing visibility of lesbian and gay life with dread. Hostility to homosexuals was sometimes motivated by an underlying uneasiness about the dramatic changes underway in gender roles at the turn of the last century. Conservative physicians initially argued that the homosexual (or "sexual invert") was characterized as much by his or her violation of conventional gender roles as by specifically sexual interests. At a time when many doctors argued that women should be barred from most jobs because employment would interfere with their ability to bear children, numerous doctors identified women's challenges to the limits placed on their lives as evidence of a medical disorder. Thus doctors explained that "the female possessed of masculine ideas of independence" was a "degenerate" and that "a decided taste and tolerance for cigars, ... [the] dislike and incapacity for needlework ... and some capacity for athletics" were all signs of female "sexual inversion." Similarly, another doctor thought it significant that a male "pervert" "never smoked and never married; [and] was entirely averse to outdoor games."

4

8.     Such views lost their credibility once public opinion had come to accept significant changes in women's roles in the workplace and political sphere, but doctors continued for several more decades to identify homosexuality per se as a "disease," "mental defect," "disorder," or "degeneration." Until the American Psychiatric Association removed homosexuality from its list of disorders in 1973, such hostile medical pronouncements provided a powerful source of legitimization to anti-homosexual sentiment, much as medical science had previously legitimized widely held (and subsequently discarded) beliefs about male superiority and white racial superiority.

### C.     Police Assaults on Freedom of Association

9.     Anti-vice societies organized in the late nineteenth century also opposed the growing visibility of homosexuality, which they regarded as an egregious sign of the loosening of social controls on sexual expression in the cities. They encouraged the police to step up harassment of gay life as part of their campaign to shut down dance halls and movie theaters, prohibit the consumption of alcohol and the use of contraceptives, dissuade restaurants from serving an interracial mix of customers, and otherwise impose their vision of the proper social order and sexual morality. As a result of this pressure, the police began using misdemeanor charges, such as disorderly conduct, vagrancy, lewdness, loitering, and so forth to harass homosexuals. These state misdemeanor or municipal offense laws, which carried fewer procedural protections, allowed further harassment of individuals engaged in same-sex intimacy.

10.     In some cases, state officials tailored these laws to strengthen the legal regulation of homosexuals. For example, in 1923 the New York State legislature specified for the first time one man's "frequent[ing] or loiter[ing] about any public place soliciting men for the purpose of committing a crime against nature or other lewdness" as a form of disorderly conduct. Many more men were arrested and prosecuted for non-commercial solicitation under this misdemeanor charge than for sodomy. Between 1923 and 1966, when Mayor John Lindsay ordered the police to stop using entrapment to secure arrests of gay men, more than 50,000 men had been arrested on this charge in New York City alone. Section 647 of the California Penal Code long served in a similar manner in this state.

5

11.     Even this stepped-up policing of gay life fails to anticipate the scale of the discrimination against homosexuals put in place later in the twentieth century, especially between the 1930s and 1960s. In the early years of the Great Depression, restrictions on gay life intensified. New regulations curtailed gay people's freedom of association. In New York State, for instance, the State Liquor Authority established after the Repeal of Prohibition issued regulations prohibiting bars, restaurants, cabarets, and other establishments with liquor licenses from employing or serving homosexuals or allowing homosexuals to congregate on their premises. The Authority's rationale was that the mere presence of homosexuals made an establishment "disorderly," and when the courts rejected that argument the Authority began using evidence of unconventional gender behavior or homosexual solicitation gathered by plainclothes investigators to provide proof of a bar's disorderly character. Hundreds of bars were closed in the next thirty years in New York City alone.

12.     Similar regulations were enforced in California. In 1942, after the beginning of the Second World War, military authorities declared scores of bars off-limits to servicemen because they were patronized by homosexuals, and military and civilian police cooperated in anti-vice crackdowns against gay bars and public meeting places in San Francisco. Gay bars, which were an important meeting place for lesbians and gay men since they were often the only public spaces in which they dared be openly gay, faced constant policing for the next decade. In 1949, for instance, the Board of Equalization revoked the liquor license of the Black Cat Café on the grounds that it was a "hangout for persons of homosexual tendencies." The owner of the Black Cat appealed the decision in 1950, however, and in 1951 the California Supreme Court ruled in *Stoumen v. Reilly* (1951) 37 Cal.2d 713, in favor of the Black Cat that the mere presence of homosexuals in an establishment did not make it disorderly.

13.     For the next four years, bars patronized by lesbians and gay men enjoyed a new degree of security. But in 1955, the state legislature passed an amendment to the California Business and Professions Code that allowed for the investigation and revocation of the liquor license of any bar known as a "resort for sex perverts." Beginning that year, the newly created Department of Alcoholic Beverage Control (ABC) assumed responsibility for regulating bars

6

1    and other businesses licensed to sell liquor.  According to the historian Nan Alamilla Boyd, the

2    ABC "collapsed the difference between homosexual status (a state of being) and conduct

3    (behavior) and suggested that any behavior that signified homosexual status could be construed

4    as an illegal act.  Simple acts such as random touching, mannish attire (in the case of lesbians),

5    limp wrists, high pitched voices, and/or tight clothing (in the case of gay men) became evidence

6    of a bar's dubious character" and grounds for closing it.   In other words, the ABC closed bars

7    because they were patronized by gay people by asserting that any behavior that was

8    stereotypically associated with gay people that they observed in a bar made that bar disorderly.

9        14.    In the twenty years following the Second World War, the police departments of

10   numerous cities stepped up their raids on bars and private parties attended by gay and lesbian

11   persons, and made thousands of arrests for "disorderly conduct."  New York launched major

12   crackdowns on gay bars as part of its campaign to "clean up the city" before both the 1939 and

13   1964 World's Fairs. During the course of a 1955 investigation of the gay scene in Boise, Idaho,

14   1,400 people were interrogated and coerced into identifying the names of other gay residents.

15       15.    San Francisco witnessed repeated drives against gay life.  The San Francisco

16   Police Department (SFPD) initiated a major drive against gay bars in the summer and fall of

17   1954.  It was joined by the Armed Forces Disciplinary Patrol Board in closing several bars and

18   arresting dozens of patrons.  In 1956, the Alamo Club (also known as Kelly's) was raided and 36

19   women arrested on the charge of visiting a disorderly house.  Hazel's, a gay bar on the San

20   Francisco Peninsula, was also raided and shut down that year.  Ninety people were arrested and

21   many of their names appeared in local newspapers.

22       16.    After his administration's commitment to suppressing gay life became an issue in

23   his 1959 re-election campaign, San Francisco Mayor George Christopher launched a two-year-

24   long crackdown on the city's gay bars and other meeting places.  Forty to sixty men and women

25   were arrested every week in bar sweeps, and within two years almost a third of the city's gay

26   bars had been closed.  Because of the criminalization of their businesses and the constant threat

27   of police harassment and closure, bar owners who served lesbians and gay men were forced to

28   pay bribes to the police in order to keep their bars open.  This practice was so widespread that a

7

1   major scandal over corruption in the San Francisco Police Department in the early 1960s became

2   known as the "gayola" scandal.

3   **D.     Censorship**

4        17.     Other regulations curtailed gay people's freedom of speech and the freedom of all

5   Americans to discuss gay issues.  The Hollywood studios, under pressure from a censorship

6   movement led by religious (primarily Catholic) leaders, established a production code that from

7   1934 on prohibited the inclusion of gay or lesbian characters, discussion of homosexual issues,

8   or even the "inference" of "sex perversion" in Hollywood films.  This censorship code remained

9   in effect for some thirty years and effectively prohibited the discussion of homosexuality in the

10  most important medium of the mid-twentieth century.

11       18.     Gay people's freedom of speech and the freedom of all people to discuss

12  homosexuality in print media were also restricted.  Postal officials in Los Angeles banned an

13  issue of the first gay political magazine, *ONE*, from the mails in 1954; the Supreme Court

14  overturned that prohibition in 1958.  In 1957, Lawrence Ferlinghetti and Shig Murao were

15  arrested for publishing and selling *Howl*, a poem by Allen Ginsberg that openly discussed

16  homosexuality.  That same year, the U.S. Customs Office in San Francisco reported that it seized

17  about 700 pieces of mail a week on suspicion of being obscene; although they did not specify the

18  content of such mail, customs officials regularly seized mail sent to American residents by

19  foreign gay organizations and publishers.

20  **E.     Discrimination in the Military**

21       19.     As the country's largest and most influential employer, the military has often had

22  an important influence on employment and other social policies nationwide.  This was true as the

23  nation dealt with racial integration and the role of women in the workforce, and was true as the

24  nation dealt with questions of gay equality.  Like all states once did, the military long made

25  sodomy a criminal offense (and continues to do so).  In the twentieth century, it shifted its focus

26  from regulating homosexual offenses to discriminating against people on the basis of their

27  homosexual status.  The Second World War was the first war during which the military banned

28  homosexuals as such from military service.  The military made screening out homosexuals part

8

1  of its standard induction procedures. Thousands of men and women were kept from serving their

2  country, and often faced public opprobrium as a result. Thousands more who evaded the

3  screening procedures were later dishonorably discharged after honorably serving to defend their

4  country. As a result, they were denied benefits from the GI Bill and also faced employment

5  discrimination in the civilian sector. During the late 1940s, discharges for homosexuality

6  averaged slightly more than 1,000 per year, and in the early 1950s that number grew to an

7  average of 2,000 per year.

8  **F.   The McCarthy Era and its Aftermath**

9  20.     The persecution of gay men and lesbians dramatically increased at every level of

10  government after the Second World War. In 1950, following Senator Joseph McCarthy's

11  denunciation of the employment of gay persons in the State Department, the Senate conducted a

12  special investigation into "the employment of homosexuals and other sex perverts in

13  government." The Senate Committee recommended excluding gay men and lesbians from all

14  government service. It noted that homosexual acts violated the law and gave its imprimatur to

15  the prejudice that "those who engage in overt acts of perversion lack the emotional stability of

16  normal persons" and that homosexuals "constitute security risks." It also portrayed homosexuals

17  as predators: "[T]he presence of a sex pervert in a Government agency tends to have a corrosive

18  influence on his fellow employees. These perverts will frequently attempt to entice normal

19  individuals to engage in perverted practices. This is particularly true in the case of young and

20  impressionable people who might come under the influence of a pervert. Government officials

21  have the responsibility of keeping this type of corrosive influence out of the agencies under their

22  control. ... One homosexual can pollute a Government office."

23  21.     The Senate investigation and report were only one part of a massive anti-

24  homosexual campaign launched by the federal government after the war. The Senate Committee

25  reported that "[a] spot check of the records of the Civil Service Commission indicates that

26  between January 1, 1947, and August 1, 1950, approximately 1,700 applicants for Federal

27  positions were denied employment because they had a record of homosexuality or other sex

28  perversion." In 1953, President Eisenhower issued an executive order requiring the discharge of

9

1   homosexual employees from federal employment, civilian or military. Thousands of men and

2   women were discharged or forced to resign from civilian and military positions because they

3   were suspected of being gay or lesbian. At the height of the McCarthy era, the U.S. State

4   Department fired more homosexuals than communists.

5       22.     In addition, President Eisenhower's executive order required defense contractors

6   and other private corporations with federal contracts to ferret out and discharge their homosexual

7   employees. Many other private employers without federal contracts adopted the federal

8   government's policy by refusing to hire gay people. Furthermore, the FBI initiated a widespread

9   system of surveillance to enforce the executive order. As the historian John D'Emilio has noted,

10  "The FBI sought out friendly vice squad officers who supplied arrest records on morals charges,

11  regardless of whether convictions had ensued. Regional FBI officers gathered data on gay bars,

12  compiled lists of other places frequented by homosexuals, and clipped press articles that

13  provided information about the gay world. ... Federal investigators engaged in more than fact-

14  finding; they also exhibited considerable zeal in using information they collected."

15      23.     Countless state employees, teachers, hospital workers, and others lost their jobs as

16  a result of official policy. Beginning in 1958, for instance, the Florida Legislative Investigation

17  Committee, which had been established by the legislature in 1956 to investigate and discredit

18  civil rights activists, turned its attention to homosexuals working in the State's universities and

19  public schools. Its initial investigation of the University of Florida resulted in the dismissal of

20  fourteen faculty and staff members, and in the next five years it interrogated some 320 suspected

21  gay men and lesbians. It "pressured countless others into relinquishing their teaching positions,

22  and had many students quietly removed from state universities." Its 1959 report to the

23  legislature called the extent of homosexual activity in the State's school system "absolutely

24  appalling."

25  **G.   Demonization**

26      24.     The official harassment of homosexuals received further legitimization from a

27  series of press and police campaigns in the 1930s, 1940s, and 1950s that fomented demonic

28  stereotypes of homosexuals as child molesters. As the historian Estelle Freedman has shown,

10

1  "Despite the lack of evidence that the incidence of rape, child murder, or minor sex offenses had

2  increased," these press campaigns "led to demands that the state crack down on sex crimes." My

3  own research has found that the majority of cases of child "sex murders" reported by the press

4  involved men attacking girls.  But the press often warned that in breaking with social convention

5  to the extent necessary to engage in homosexual behavior, a man had demonstrated the refusal to

6  adjust to social norms that was the hallmark of the psychopath.  One popular magazine asserted

7  in 1950 that "Once a man assumes the role of homosexual, he often throws off all moral

8  restraints. . . . Some male sex deviants do not stop with infecting their often-innocent partners:

9  they descend through perversions to other forms of depravity, such as drug addiction, burglary,

10  sadism, and even murder."  A Special Assistant Attorney General of California claimed in 1949

11  that "[t]he sex pervert, in his more innocuous form, is too frequently regarded as merely a queer

12  individual who never hurts anyone but himself.  All too often we lose sight of the fact that the

13  homosexual is an inveterate seducer of the young of both sexes, and is ever seeking for younger

14  victims."  As a result of such press campaigns and official pronouncements, the longstanding

15  public image of the "queer" as an effeminate fairy whom one might ridicule but had no reason to

16  fear was supplemented by the more ominous image of the "queer" as a psychopathic child

17  molester capable of committing the most unspeakable crimes against children.

18       25.     The new demonic stereotypes of homosexuals were used to justify draconian

19  legislation.  In response to the public hysteria incited by such press campaigns, more than half

20  the state legislatures enacted laws allowing the police to force persons who were convicted of

21  certain sexual offenses—or, in some states, merely suspected of being "sexual deviants"—to

22  undergo psychiatric examinations.  The examinations could result in indeterminate civil

23  confinements for individuals deemed in need of a "cure" for their homosexual "pathology."  In

24  1939, California enacted legislation that authorized judges to have someone charged with a sex

25  offense involving a minor confined for ninety days so that psychiatrists could determine if he

26  was a sex psychopath, in which case he could be confined indefinitely until cured of his

27  psychopathic tendencies.  In 1945, the legislature amended this so that anyone charged with a

28  sex offense, whether or not it involved a minor, could be subjected to such confinement.  Adults

11

1    charged with committing sodomy or other statutory sex offenses with other adult consenting

2    partners could be subjected to involuntary confinement and psychiatric examination under these

3    laws. Moreover, in 1944 the California legislature also passed a law requiring people convicted

4    of certain sex offenses, including sodomy and the "disorderly conduct" and "vagrancy" offenses

5    most often used to punish homosexuals, to register with the police whenever they moved.

6         26.    Lesbians, gay men, and their supporters challenged police harassment and state

7    discrimination throughout this period, but with little success before the 1960s and 1970s.

8    Through much of the twentieth century, gay men and lesbians suffered under the weight of

9    medical theories that treated their desires as a disorder, penal laws that condemned their

10   consensual adult sexual behavior as a crime, and federal policies and state regulations that

11   discriminated against them on the basis of their homosexual status. These state practices and

12   ideological messages worked together to create or reinforce the belief that gay persons were an

13   inferior class to be shunned by other Americans.

14        **H.    The Growing Debate over the Rights of Gay People**

15        27.    We continue to live with the legacy of the antigay measures enacted in the 1930s,

16   1940s, and 1950s, in the discriminatory laws still on the books, and in the popular hostility such

17   laws expressed, perpetuated, and legitimized. Nonetheless, it is important to recognize that such

18   hostility is a product of human history, not of human nature. State policies and public attitudes

19   changed to become more hostile in mid-twentieth-century America, but in recent decades antigay

20   discriminatory measures have been subject to increasing debate and many have been repealed.

21   The debate over the marriage rights of lesbian and gay couples is one sign of these historical

22   trends.

23        28.    The widespread consensus in the first half of the twentieth century that

24   homosexuality was pathological and dangerous has given way, with the large majority of experts

25   now regarding it as a normal and benign variation of human sexuality. Major institutions that

26   once helped legitimize antigay hysteria have changed their positions. In 1973, for example, the

27   American Psychiatric Association voted to remove homosexuality from its list of mental

28   disorders. The American Psychological Association and the American Medical Association soon

12

DECL. OF GEORGE CHAUNCEY; PROCEEDING NO. 4365

1    followed suit. The federal government, which once prohibited the employment of homosexuals,

2    now prohibits its agencies from discriminating against them in employment. Thirteen states,

3    including California and the District of Columbia have passed laws banning discrimination on

4    the basis of sexual orientation. A substantial number of cities and counties have prohibited

5    discrimination based on sexual orientation. Thousands of private employers have adopted

6    similar measures. Religious attitudes toward homosexuals and homosexuality have also begun

7    to change. The place of lesbians and gay men in religious life is still vigorously debated, but

8    since the 1970s many mainline Protestant denominations have issued official statements

9    condemning legal discrimination against gay people and affirming that homosexuals ought to

10   enjoy equal protection under criminal and civil law.

11         29.    The growing openness of gay people and the lessening of discrimination against

12   them have not gone unchallenged, however. Their growing visibility and acceptance have

13   prompted a sharp reaction by some groups, just as the gains of the black civil rights movement

14   did in the 1950s and 1960s. Since the 1970s, national organizations advocating "traditional

15   family values" have paid increasing attention to the issue of gay rights and many local groups

16   have organized to fight gay rights ordinances. In 1977, singer Anita Bryant declared that her

17   Baptist faith moved her to lead a successful campaign to rescind a gay rights ordinance that had

18   been passed in Dade County, Florida. The following year, California State Senator John Briggs

19   promoted a ballot initiative (Proposition 6) that would have outlawed the employment of gay

20   teachers or any teacher who made progay statements with advertisements warning voters that

21   "our children are endangered." Briggs claimed that openly gay teachers in the schools would

22   "inevitably" turn young students into homosexuals. The Briggs Initiative was defeated by the

23   voters. But across the country in the next twenty-five years, scores of referenda were initiated to

24   overturn gay rights laws, and the great majority of them were successful. One of the most

25   extreme examples was Colorado's Amendment 2, which was enacted in 1992 in response to

26   ordinances enacted by several local governments banning discrimination on the basis of sexual

27   orientation. Amendment 2 altered the state constitution to prohibit any future legislative,

28   executive, or judicial action to protect gay men and lesbians. In 1996, the U.S. Supreme Court

13

1 | ruled in *Romer v. Evans* (1996) 517 U.S. 620, [116 S.Ct. 1620, 134 L.Ed.2d 855] that

2 | Amendment 2 violated the Equal Protection Clause.

3 |     30.    Additionally, laws permitting overt intolerance and discrimination against

4 | homosexuals remain in force, with severe consequences for people's lives and livelihoods. For

5 | example, a review of twenty surveys conducted across America between 1980 and 1991 showed

6 | that between 16 and 44 percent of gay men and lesbians had experienced discrimination in

7 | employment.

8 |     31.    The defenders of the popular prejudice of any particular age, lacking any

9 | recognizably rational basis for the distinctions they draw, often resort to claiming they are

10 | endorsed by millennia of moral teaching. Many white Southerners once defended segregation

11 | by claiming that it was part of God's plan for humankind. In the 1960s, a Virginia judge upheld

12 | that state's law against interracial marriage in the lower-court proceeding in *Loving v. Virginia*

13 | by claiming that "Almighty God created the races white, black, yellow, malay and red, and he

14 | placed them on separate continents. And but for the interference with his arrangement there

15 | would be no cause for such marriages. The fact that he separated the races shows that he did

16 | not intend for the races to mix." They also distort the meaning of equal protection of the laws.

17 | A generation ago, conservative white voters overturned state and local fair housing laws in at

18 | least nine referenda, often using arguments that distorted the meaning of antidiscrimination

19 | laws. When the opponents of a proposed open housing law in Detroit organized a successful

20 | voter initiative against it in 1964, for instance, they argued that such anti-discrimination

21 | measures conferred "special privileges" on African-Americans. Opponents of laws prohibiting

22 | discrimination on the basis of sexual orientation have often advanced a similar argument, by

23 | claiming that such laws confer "special rights" on gay people.

24 |     32.    The opposition to ending discrimination against lesbian and gay couples in

25 | marriage law is the latest example of this debate. Gay and lesbian groups have filed suit for the

26 | right to marry in numerous states, including Alaska, Hawaii, Massachusetts, New Jersey,

27 | Arizona and California. In Hawaii and Alaska, where those law suits were successful or

28 | appeared on the verge of success, gay couples lost that right again when voters passed state

14

1   constitutional amendments barring same-sex couples from marrying. In 1996, under pressure

2   from traditional family values organizations, Congress passed, and President Clinton signed, the

3   federal Defense of Marriage Act (often called DOMA). DOMA provides that no State is

4   required to recognize marriages between people of the same sex performed in any other State

5   and that no legal marriage between persons of the same sex will be recognized for purposes of

6   federal law. The Senate passed DOMA on the first day of a trial in Hawaii that was widely

7   expected to result in the extension of equal marriage rights to lesbian and gay couples in that

8   state. Many of the groups leading the campaign against the marriage rights of gay couples have

9   in the past opposed other gay rights measures that now enjoy widespread popular support.

10      33.    Historically, marriage bans have been fiercely defended because they so often

11  serve to signify and reinforce larger patterns of inequality. In 1948, when the California

12  Supreme Court became the first state supreme court in the nation to overturn a state law banning

13  interracial marriage in *Perez v. Sharp*, (1948) 32 Cal.2d 711, it bucked the tide of white public

14  opposition to racial equality. In 1967, when the United States Supreme Court overturned the

15  remaining state laws banning interracial marriage in *Loving v. Virginia* (1967) 388 U.S. 1, almost

16  half of white Americans still supported legal bans on such marriages. It was only 34 years after

17  *Loving* that a plurality of white respondents reported approving of interracial marriages. There

18  remains substantial public opposition to same-sex marriages because they are taken to be a sign

19  of the full equality of lesbian and gay Americans, an equality many Americans are still loathe to

20  recognize.

21      **I.    Conclusion**

22      34.    The condemnation emanating from religion, medicine and law have, for decades,

23  formed a harsh reality of oppression that shaped the contours of life for gay and lesbian

24  Americans. They have lived and in some cases continue to live their lives under a deep fear of

25  exposure. Moreover, due to pervasive social discrimination, gay and lesbian Americans are

26

27

28

15

1  disadvantaged in the political process.  Like other minority groups, they have often and must

2  often continue to rely on judges' interpretations of constitutional law to secure equal rights.

3       I declare under penalty of perjury under the laws of the State of California that the

4  foregoing is true and correct.

5  Dated: September __1__, 2004

6                                        *George Chauncey*

7                                   GEORGE CHAUNCEY

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

16

# EXHIBIT B

# Child TRENDS
# RESEARCH BRIEF

Publication #2007-13

4301 Connecticut Avenue, NW, Suite 350, Washington, DC 20008
Phone 202-572-6000  Fax 202-362-5533  www.childtrends.org

## *The Relationship Context of Births Outside of Marriage: The Rise of Cohabitation*

By Lisa Mincieli, M.P.P., Jennifer Manlove, Ph.D., Molly McGarrett,
Kristin Moore, Ph.D., and Suzanne Ryan, Ph.D.

May 2007

*Overview. The proportion of births that occur outside of marriage in the United States has climbed over the past 30 years, reaching 37 percent in 2005.[9] This pattern is a cause for concern because children born to unmarried mothers fare worse, on average, than do their peers who are born to married parents.[5,10 a] The context of this pattern also is changing, with some experts reporting that the increases in childbearing outside of marriage result almost completely from increases in births to couples who live together (or cohabit).[3] Given evidence of high rates of break-up among parents who cohabit, and the potentially negative consequences for children born into cohabiting unions, it is important to examine trends in these births. This Research Brief examines the rise in nonmarital childbearing and the number of births to cohabiting couples, as well as the characteristics of women who have births within cohabiting relationships, compared with women who have births within marriage or births outside of any union. We find that older women, white women, and women with greater educational attainment are the least likely to have a birth outside of marriage, but if they do, they are most likely to do so within—rather than outside—a cohabiting union.*

## TRENDS IN NONMARITAL CHILDBEARING

**The number, percentage, and rate of births to unmarried women in the United States have been increasing.** For example, in 2005, 37 percent of births occurred outside of marriage, compared with 22 percent in 1985.[9,13] In addition, the nonmarital birth rate (number of nonmarital births per 1,000 unmarried women) has increased from 32.8 in 1985 to 47.6 in 2005.[9] These increases have been seen over several decades for all age groups, with younger women experiencing the most rapid rate of growth in nonmarital childbearing over the past 20 years.[13]

The remainder of this brief distinguishes between two types of living situations in which children of unmarried parents may be born:

- Cohabiting: The data that we use for this brief define cohabitation as a man and woman living together in a marriage-like relationship. We include both cohabitation between two biological parents and between a biological parent and a stepparent in our analyses.

- Outside of a union: We use this term to describe a situation in which the mother and father are neither legally married nor living together in the same household.

## THE COHABITATION CONTEXT

**Although most childbearing still occurs within marriage, births outside of marriage now make up more than one-third of total births.** Thirty-seven percent of children who were born in 2001 were born to unmarried parents (see Figure 1). Of these nonmarital births, more than one-half were to cohabiting women (as opposed to women who were outside any union), which translates into 19 percent of all births.

**The proportion of nonmarital births that occur within cohabiting unions has been increasing over time.** Between 1980 and 1984, less than one-third of nonmarital births occurred within cohabiting relationships. However, by 1990-



**Figure 1** More than one-third of births occur outside of marriage and one-half of those births are to cohabiting couples, 2001*

37% { Unmarried Outside Union 18%
Unmarried Cohabiting 19%
Married 64%

Source: Ryan, S., Manlove, J., et al (2006).
*Numbers may not equal 100% due to rounding

© 2007 Child Trends

## ABOUT THE RESEARCH SOURCES FOR THIS BRIEF

All the 2001 data on relationship status at birth in this brief were obtained from the Early Childhood Longitudinal Study - Birth Cohort (ECLS-B), gathered by the National Center for Education Statistics within the U.S. Department of Education. The ECLS-B is a nationally representative study of 10,688 children born in 2001. Unless otherwise noted, the analyses presented in this brief refer to a sample of 10,040 children who lived with their biological or adoptive mother at the time of the ECLS-B baseline interview, and whose mothers provided information on their marital or cohabitation status at the child's birth. Findings in this brief are drawn from two papers,[3,12] and are supplemented by original analyses by Child Trends.

1994, this proportion had increased to almost 40 percent; and in 2001, a majority (52 percent) of nonmarital births occurred within cohabiting unions, representing an all-time high using nationally-representative data (see Figure 2).



**Figure 2**
The percentage of all nonmarital births that are to cohabiting parents is increasing

Source: Bumpass, L., and Lu H. (2000), Ryan, S., Manlove, J., et al (2006).

## DEMOGRAPHIC SNAPSHOTS

**Hispanic and non-Hispanic white women are more likely than are non-Hispanic black women to have a nonmarital birth within a cohabiting union.** Overall, 25 percent of white women in 2001 gave birth to a child outside of marriage. This proportion was relatively low compared with Hispanics, among whom 46 percent of births occurred outside of marriage. At 72 percent, non-Hispanic black women had the highest proportion of nonmarital births that year.[12]

■ Almost two-thirds (65 percent) of Hispanic women and 61 percent of white women who had nonmarital births did so within cohabiting unions.[12] In contrast, a relatively low proportion (30 percent) of black women had nonmarital births within cohabiting unions. Thus, a significant majority (70 percent) of nonmarital births to black women occurred outside of a union.

**Women with high educational attainment are much less likely to have a birth outside of marriage, but if they do, it is likely that the birth occurred within a cohabiting union.** Among women with less than a high school diploma, 68 percent of births occurred outside of

marriage in 2001, compared with 53 percent of births to women with a high school diploma, 32 percent of births to women with at least some college education, and 7 percent of births to women with a college degree or higher (see Figure 3).



**Figure 3**
Better-educated mothers are less likely to have a nonmarital birth, but those who do are more likely to be cohabiting, 2001

Legend: Outside Union; Cohabiting

Source: Child Trends' analysis of the Early Childhood Longitudinal Study-Birth Cohort
*Percent of all births in category that are nonmarital

■ Less than one-half (44 percent) of the nonmarital births to women with less than a high school diploma in 2001 were within cohabiting relationships. In comparison, cohabiting births accounted for 55 percent of nonmarital births among women with a high school diploma and 59 percent and 57 percent of nonmarital births among women with some college education and a college degree, respectively.

**Among women over age 20 who have nonmarital births, more than one-half do so within a cohabiting relationship.** Teen births in 2001 were much more likely to occur outside of marriage than were births to older women, and nonmarital teen births were less likely to occur within cohabiting unions (see Figure 4).

■ Eighty percent of births to teens occurred outside of marriage, compared with 55 percent to women aged 20-24, 25 percent to women aged 25-29, and 17 percent to women age 30 or older.

■ The majority (56 percent) of nonmarital teen births occurred outside a union, rather than within a cohabiting relationship.

© 2007 Child Trends



**Figure 4** — Among women over 20 who have births outside of marriage, more than one-half have cohabiting births, 2001

Source: Child Trends (2006), Child Trends' analyses of the Early Childhood Longitudinal Study-Birth Cohort
*Percent of all births in category that are nonmarital

■ In all other age groups, more than one-half of nonmarital births were within cohabiting unions, notably 56 percent among women aged 20-24 and 59 percent among women aged 30-34.

## DISCUSSION AND POLICY IMPLICATIONS

The proportion of births outside of marriage that occur within cohabiting unions is at an all-time high. Children born into cohabiting unions are often better off economically than are children born into single-mother households,[1] in part because these children are more likely to live in dual-income households,[6] and their mothers are older, on average, and better educated.

However, it is important to note that children born into cohabiting unions face greater risks than children born into marital unions. For example, children in cohabiting households are more likely to be poor, to have inadequate access to food, to be read to infrequently, and to display problem behaviors, compared with children in married couple households.[1] Children born into cohabiting unions are at a greater risk of experiencing instability in their family structure, even if their parents later marry, than are children born into marital unions.[8]

Whereas cohabitation could be viewed as a step towards providing a more stable and advantageous environment for children, the poorer outcomes to children born into cohabiting unions—compared with children born into marital unions—illustrate that, from the lens of the child, family formation within cohabitation is *not* a substitute for family formation within marriage. Potential approaches to address these concerns include:

■ **Targeting programs to meet the needs of diverse populations.** The demographic characteristics of women who have nonmarital, cohabiting births and those who have nonmarital births outside of cohabiting unions show sharp differences in patterns of family formation. Women who have children within cohabiting unions are more likely to be older, Hispanic or non-Hispanic white, and to have greater educational attainment than are women who have children outside of any union. Thus, it is important for programs to target the needs of these specific populations.

■ **Support to help couples who want to marry form stable, healthy marriages.** Many cohabiting parents expect to marry their partners,[14] however few actually do.[2,15] Resources should be available to help all unmarried couples who wish to marry to form healthy marriages[11] and healthy, supportive environments for their children.

■ **Prevention of unintended pregnancies and births that occur outside of a union.** Three-quarters of pregnancies that occur outside of any union were not intended. Thus, one set of prevention efforts should help these women avoid unintended pregnancies by abstaining from sex or focusing on consistent and effective contraceptive use.

■ **Prevention of unintended pregnancies and births to cohabiting couples.** The majority of pregnancies that occur within unmarried cohabiting relationships (70 percent) are also unintended.[4] Thus, programs should address couple-level decisions about contraception, pregnancy and childbearing in these cohabiting relationships.

This *Research Brief* has focused on the increasing number of nonmarital births to cohabiting couples and the characteristics of women who have births within cohabiting unions. Expanding our knowledge on this topic is important in order to promote healthy relationships and environments for parents and children.

Child Trends is indebted to the William and Flora Hewlett Foundation for its support of the research on which this *Research Brief* was based, as well as the writing, editing, production, and dissemination of this publication. The authors also thank Susan Brown, and Elizabeth Terry-Humen for their careful review of and helpful comments on this brief.

Editor: Harriet J. Scarupa

© 2007 Child Trends

## ENDNOTES

[a] Research consistently shows that growing up with two married biological or adoptive parents who are in a low-conflict relationship is the best environment for children's development. However, rigorous research is as yet unavailable on the proportion of nonmarital births that occur to same-sex couples or the implications of these family structures for children.

[b] See Manning and Brown (2006),[7] however, for more detailed information looking at different types of cohabiting unions.

## REFERENCES

[1] Acs, G., & Nelson, S. (2002). *The kids are alright? Children's well-being and the rise in cohabitation* (Series B No. B-48). Washington, DC: The Urban Institute.

[2] Brown, S. L. (2000). Union transitions among cohabitors: The significance of relationship assessments and expectations. *Journal of Marriage and the Family, 62,* 833-846.

[3] Bumpass, L., & Lu, H. (2000). Trends in cohabitation and implications for children's family contexts in the united states. *Population Studies,* 29-41.

[4] Finer, L. B., & Henshaw, S. K. (2006). Disparities in rates of unintended pregnancy in the united states, 1994 and 2001. *Perspectives on Sexual and Reproductive Health, 38*(2), 90-96.

[5] Haveman, R., Wolfe, B., & Pence, K. (2001). Intergenerational effects of nonmarital and early childbearing. In B. Wolfe (Ed.), *Out of wedlock: Causes and consequences of nonmarital fertility* (pp. 287-316). New York, NY: Russell Sage Foundation.

[6] Manning, W., & Lichter, D. (1996). Parental cohabitation and children's economic well-being. *Journal of Marriage and the Family, 58,* 998-1010.

[7] Manning, W. D., & Brown, S. (2006). Children's economic well-being in married and cohabiting parent families. *Journal of Marriage and Family, 68*(2), 345-362.

[8] Manning, W. D., Smock, P. J., & Majudmar, D. (2004). The relative stability of cohabitating and marital unions for children. *Population Research and Policy Review, 23,* 135-159.

[9] Hamilton, B. E., Martin, J. A., & Ventura, S. J., (2006). *Births: Preliminary data for 2005 (vol. 55, no. 11).* Hyattsville, MD: National Center for Health Statistics.

[10] McLanahan, S., & Sandefur, G. D. (1994). *Growing up with a single parent: What hurts, what helps.* Cambridge, MA: Harvard University Press.

[11] Moore, K. A., Jekielek, S., Bronte-Tinkew, J., Guzman, L., Ryan, S., & Redd, Z. (2004). *What is a 'healthy marriage'? Defining the concept.* Washington, D.C.: Child Trends.

[12] Ryan, S., Manlove, J., Franzetta, K., & Cottingham, S. (2006). *Relationship context of nonmarital childbearing.* Paper presented at the Population Association of America, Los Angeles, CA.

[13] Ventura, S. J., & Bachrach, C. A. (2000). *Nonmarital childbearing in the United States, 1940-1999. National vital statistics reports (vol 48, no. 16).* Hyattsville, MD: National Center for Health Statistics.

[14] Waller, M. (2001). High hopes: Unwed parents' expectations about marriage. *Children and Youth Services Review, 23*(6/7), 457-484.

[15] Waller, M., & McLanahan, S. (2005). "His" And "Her" Marriage expectations: Determinants and consequences. *Journal of Marriage & Family, 67,* 53-67.

---

Child Trends, founded in 1979, is a nonprofit, nonpartisan research center serving those dedicated to creating better lives for children, and youth. For additional information on Child Trends, including a complete set of available *Research Briefs,* visit our Web site at **www.childtrends.org.** For the latest information on more than 100 key indicators of child and youth well-being, visit the Child Trends DataBank at **www.childtrendsdatabank.org.**

© 2007 Child Trends
ISBN 0-932359-51-5



4301 Connecticut Avenue, NW, Suite 100
Washington, DC 20008

ADDRESS SERVICE REQUESTED

NONPROFIT
U.S. POSTAGE
PAID
Permit No. 1897
Washington, D.C.

# EXHIBIT C

PROP **8**

**ELIMINATES RIGHT OF SAME-SEX COUPLES TO MARRY.**
**INITIATIVE CONSTITUTIONAL AMENDMENT.**

## ★ ARGUMENT IN FAVOR OF PROPOSITION 8 ★

Proposition 8 is simple and straightforward. It contains the same 14 words that were previously approved in 2000 by over 61% of California voters: "Only marriage between a man and a woman is valid or recognized in California."

Because four activist judges in San Francisco wrongly overturned the people's vote, we need to pass this measure as a constitutional amendment to RESTORE THE DEFINITION OF MARRIAGE as a man and a woman.

Proposition 8 is about preserving marriage; *it's not an attack on the gay lifestyle.* Proposition 8 doesn't take away any rights or benefits of gay or lesbian domestic partnerships. Under California law, "domestic partners shall have the same rights, protections, and benefits" as married spouses. (Family Code § 297.5.) There are NO exceptions. Proposition 8 WILL NOT change this.

YES on Proposition 8 does three simple things:

*It restores the definition of marriage* to what the vast majority of California voters already approved and human history has understood marriage to be.

*It overturns the outrageous decision of four activist Supreme Court judges* who ignored the will of the people.

*It protects our children* from being taught in public schools that "same-sex marriage" is the same as traditional marriage.

Proposition 8 protects marriage as an essential institution of society. While death, divorce, or other circumstances may prevent the ideal, the best situation for a child is to be raised by a married mother and father.

The narrow decision of the California Supreme Court isn't just about "live and let live." State law may require teachers to instruct children as young as kindergarteners about marriage. (Education Code § 51890.) If the gay marriage ruling is not overturned, TEACHERS COULD BE REQUIRED to teach young children there is *no difference* between gay marriage and traditional marriage.

We should not accept a court decision that may result in public schools teaching our kids that gay marriage is okay. That is an issue for parents to discuss with their children according to their own values and beliefs. *It shouldn't be forced on us against our will.*

Some will try to tell you that Proposition 8 takes away legal rights of gay domestic partnerships. That is false. Proposition 8 DOES NOT take away any of those rights and does not interfere with gays living the lifestyle they choose.

However, while gays have the right to their private lives, *they do not have the right to redefine marriage* for everyone else.

CALIFORNIANS HAVE NEVER VOTED FOR SAME-SEX MARRIAGE. If gay activists want to legalize gay marriage, they should put it on the ballot. Instead, they have gone behind the backs of voters and convinced four activist judges in San Francisco to redefine marriage for the rest of society. That is the wrong approach.

Voting YES on Proposition 8 RESTORES the definition of marriage that was approved by over 61% of voters. Voting YES overturns the decision of four activist judges. Voting YES *protects our children.*

Please vote YES on Proposition 8 to RESTORE the meaning of marriage.

**RON PRENTICE**, President
California Family Council
**ROSEMARIE "ROSIE" AVILA**, Governing Board Member
Santa Ana Unified School District
**BISHOP GEORGE McKINNEY**, Director
Coalition of African American Pastors

## ★ REBUTTAL TO ARGUMENT IN FAVOR OF PROPOSITION 8 ★

Don't be tricked by scare tactics.
• PROP. 8 DOESN'T HAVE ANYTHING TO DO WITH SCHOOLS

There's NOT ONE WORD IN 8 ABOUT EDUCATION. In fact, local school districts and parents—not the state—develop health education programs for their schools.

NO CHILD CAN BE FORCED, AGAINST THE WILL OF THEIR PARENTS, TO BE TAUGHT ANYTHING about health and family issues. CALIFORNIA LAW PROHIBITS IT.

And NOTHING IN STATE LAW REQUIRES THE MENTION OF MARRIAGE IN KINDERGARTEN!

It's a smokescreen.
• DOMESTIC PARTNERSHIPS and MARRIAGE AREN'T THE SAME.

CALIFORNIA STATUTES CLEARLY IDENTIFY NINE REAL DIFFERENCES BETWEEN MARRIAGE AND DOMESTIC PARTNERSHIPS. Only marriage provides the security that spouses provide one another—it's why people get married in the first place!

Think about it. Married couples depend on spouses when they're sick, hurt, or aging. They accompany them into ambulances or hospital rooms, and help make life-and-death decisions, with no questions asked. ONLY MARRIAGE ENDS

THE CONFUSION AND GUARANTEES THE CERTAINTY COUPLES CAN COUNT ON IN TIMES OF GREATEST NEED.

Regardless of how you feel about this issue, we should guarantee the same fundamental freedoms to every Californian.
• PROP. 8 TAKES AWAY THE RIGHTS OF GAY AND LESBIAN COUPLES AND TREATS THEM DIFFERENTLY UNDER THE LAW.

Equality under the law is one of the basic foundations of our society.

Prop. 8 means one class of citizens can enjoy the dignity and responsibility of marriage, and another cannot. That's unfair.

PROTECT FUNDAMENTAL FREEDOMS. SAY NO TO PROP. 8.

www.NoonProp8.com

**ELLYNE BELL**, School Board Member
Sacramento City Schools
**RACHAEL SALCIDO**, Associate Professor of Law
McGeorge School of Law
**DELAINE EASTIN**
Former California State Superintendent of Public Instruction

*Arguments printed on this page are the opinions of the authors and have not been checked for accuracy by any official agency.*

PROP
**8**

**ELIMINATES RIGHT OF SAME-SEX COUPLES TO MARRY.
INITIATIVE CONSTITUTIONAL AMENDMENT.**

## ★   ARGUMENT AGAINST PROPOSITION 8   ★

OUR CALIFORNIA CONSTITUTION—the law of our land—SHOULD GUARANTEE THE SAME FREEDOMS AND RIGHTS TO EVERYONE—NO ONE group SHOULD be singled out to BE TREATED DIFFERENTLY.

In fact, our nation was founded on the principle that all people should be treated equally. EQUAL PROTECTION UNDER THE LAW IS THE FOUNDATION OF AMERICAN SOCIETY.

That's what this election is about—equality, freedom, and fairness, for all.

Marriage is the institution that conveys dignity and respect to the lifetime commitment of any couple. PROPOSITION 8 WOULD DENY LESBIAN AND GAY COUPLES that same DIGNITY AND RESPECT.

That's why Proposition 8 is wrong for California.

Regardless of how you feel about this issue, the freedom to marry is fundamental to our society, just like the freedoms of religion and speech.

PROPOSITION 8 MANDATES ONE SET OF RULES FOR GAY AND LESBIAN COUPLES AND ANOTHER SET FOR EVERYONE ELSE. That's just not fair. OUR LAWS SHOULD TREAT EVERYONE EQUALLY.

In fact, the government has no business telling people who can and cannot get married. Just like government has no business telling us what to read, watch on TV, or do in our private lives. We don't need Prop. 8; WE DON'T NEED MORE GOVERNMENT IN OUR LIVES.

REGARDLESS OF HOW ANYONE FEELS ABOUT MARRIAGE FOR GAY AND LESBIAN COUPLES, PEOPLE SHOULD NOT BE SINGLED OUT FOR UNFAIR TREATMENT UNDER THE LAWS OF OUR STATE. Those committed and loving couples who want to accept the responsibility that comes with marriage should be treated like everyone else.

DOMESTIC PARTNERSHIPS ARE NOT MARRIAGE.

When you're married and your spouse is sick or hurt, there is no confusion: you get into the ambulance or hospital room with no questions asked. IN EVERYDAY LIFE, AND ESPECIALLY IN EMERGENCY SITUATIONS, DOMESTIC PARTNERSHIPS ARE SIMPLY NOT ENOUGH. Only marriage provides the certainty and the security that people know they can count on in their times of greatest need.

EQUALITY UNDER THE LAW IS A FUNDAMENTAL CONSTITUTIONAL GUARANTEE. Prop. 8 separates one group of Californians from another and excludes them from enjoying the same rights as other loving couples.

Forty-six years ago I married my college sweetheart, Julia. We raised three children—two boys and one girl. The boys are married, with children of their own. Our daughter, Liz, a lesbian, can now also be married—if she so chooses.

All we have ever wanted for our daughter is that she be treated with the same dignity and respect as her brothers—with the same freedoms and responsibilities as every other Californian.

My wife and I never treated our children differently, we never loved them any differently, and now the law doesn't treat them differently, either.

Each of our children now has the same rights as the others, to choose the person to love, commit to, and to marry.

Don't take away the equality, freedom, and fairness that everyone in California—straight, gay, or lesbian—deserves.

Please join us in voting NO on Prop. 8.

**SAMUEL THORON,** Former President
Parents, Families and Friends of Lesbians and Gays
**JULIA MILLER THORON,** Parent

## ★   REBUTTAL TO ARGUMENT AGAINST PROPOSITION 8   ★

Proposition 8 is about traditional marriage; it is not an attack on gay relationships. Under California law gay and lesbian domestic partnerships are treated equally; they already have the same rights as married couples. Proposition 8 does not change that.

What Proposition 8 does is restore the meaning of marriage to what human history has understood it to be and over 61% of California voters approved just a few years ago.

Your YES vote ensures that the will of the people is respected. It overturns the flawed legal reasoning of four judges in San Francisco who wrongly disregarded the people's vote, and ensures that gay marriage can be legalized only through a vote of the people.

Your YES vote ensures that parents can teach their children about marriage according to their own values and beliefs without conflicting messages being forced on young children in public schools that gay marriage is okay.

Your YES vote on Proposition 8 means that only marriage between a man and a woman will be valid or recognized in California, regardless of when or where performed. But Prop. 8 will NOT take away any other rights or benefits of gay couples.

Gays and lesbians have the right to live the lifestyle they choose, but they do not have the right to redefine marriage for everyone else. Proposition 8 respects the rights of gays while still reaffirming traditional marriage.

Please vote YES on Proposition 8 to RESTORE the definition of marriage that the voters already approved.

**DR. JANE ANDERSON, M.D.,** Fellow
American College of Pediatricians
**ROBERT BOLINGBROKE,** Council Commissioner
San Diego-Imperial Council, Boy Scouts of America
**JERALEE SMITH,** Director of Education/California
Parents and Friends of Ex-Gays and Gays (PFOX)

# EXHIBIT D

- We've updated CBSNews.com:
- Take the tour
- Tell us what you think

- Presented by: Sprint

# ☺CBSNEWS

# Comments on: <u>Passions, Budgets Sky-High Over Prop. 8</u>

## CBS Evening News: California Vote To Reverse Same-Sex Marriage Ruling A Heated Issue

Add a Comment

- previous
- 1
- 2
- 3
- 4
- next

See all 161 Comments

by **asarazua** October 31, 2008 9:12 AM PDT
> the bible will never be outdated; it"s like saying classical music is outdated. The inspired words of the bible applies more than ever in our currupt and ever pushing the limits on decency today as the old days.
> Reply to this comment

by **thinkharder-** October 31, 2008 9:14 AM PDT
> Were GAY not Catholic.

> Posted by votenoon8 at 09:11 AM : Oct 31, 2008

> ROFLMFAO...good one. Just let these people live. You prickly religious types don"t seem to understand that love is love...regardless of the gender of the people between which it is shared. It simply doesn"t matter. They are entitled to the same civil privileges that accompany the bond as any other two people. There is not one good argument against this that doesn"t sound spiteful, bigotted and hateful.
> Reply to this comment

by **thinkharder-** October 31, 2008 9:16 AM PDT
> the bible will never be outdated; it""s like saying classical music is outdated.
> Posted by asarazua at 09:12 AM : Oct 31, 2008

Really? When was the last time you saw one of Beethoven"s symphony"s listed in Billboard"s top ten? Why should we, in the 21st century, accept moral guidance from a book written by superstitious bronze age sheep herders?
Reply to this comment

by **cariboubarbi** October 31, 2008 9:16 AM PDT

FAKE CHRISTIANS,

If you don"t believe in gay marriage, do what I do and don"t marry someone of the same gender.

In the meantime just mind your own business.

You"ll be much happier.

Try it...it works!

lol!

Reply to this comment

by **votenoon8** October 31, 2008 9:16 AM PDT
but, you do think that EVERYBODY has the right to pursue whatever makes them ""happy"", dont you?

I sure as hell do. Within the law and morality of course.
Reply to this comment

by **thinkharder-** October 31, 2008 9:19 AM PDT
MORALITY excludes *********, buck-o!!!

Posted by DaVicar1 at 09:18 AM : Oct 31, 2008

Only in your myopic and narrow world view.
Reply to this comment

by **homebrew01** October 31, 2008 9:25 AM PDT
"...Why should we, in the 21st century, accept moral guidance from a book written by superstitious bronze age sheep herders? ..."

That was awesome !!

Let the ****-haters marry whoever they want, but they should leave everyone else alone to marry whoever they want (provided they are of legal age)
Reply to this comment

by **thinkharder-** October 31, 2008 9:27 AM PDT

Do I have to remind you that only a scant 2 or 3 percent of the ""world"" actually packs fudge on a daily basis???

Seems like your Fruitland is the narrow one, pal!

Posted by DaVicar1 at 09:22 AM : Oct 31, 2008

So you have to be a homosexual in order to realize the benign nature of the act? Like I said...very very narrow.
Reply to this comment

by **homebrew01** October 31, 2008 9:29 AM PDT

It doesn"t matter what percentage of people are not heterosexual, they should still have the same rights. That"s one of the great things about our system - minorities are protected (sort of) unlike countries like China & iran that put minorities in jail. The constitution should not be used as a means of discrimination.
Reply to this comment

by **antoniof123** October 31, 2008 9:31 AM PDT

Oh brother the same old conservatives. They just don"t learn do they.

If you would have been okay with civil unions when they were first introduced and made everything just like marriage this would not be happening. But did you do that, NO, you choose to fight it now when the water is coming over the bridge and the snow is melting faster than the flood gates can be opened you say it is okay.

This is why the conservatives will always have problems they look at life walking backwards. I told people when Disney first offered same s.e.x. partners health benefits to leave it alone. Did they listen of course they think that their religious nut leaders are really talking to god.

They have meds for that did you know that. Now they rant and rave as the pent up anger of a nation is turned on them. You should have listened when it mattered now you will find that you will lose and the dam will have been broken just like the levy"s in New Orleans.

I don"t believe in gay marriage so I will not marry a person of the same gender. But I will defend the rights of other now so you wing nuts have bought the farm and there is nothing you can do about it.
Reply to this comment

by **thinkharder**- October 31, 2008 9:34 AM PDT

Show me where animals are gay? They aren""t... why.. because it isn""t natural.. it is just sick and wrong...
Posted by swensbckcuf at 09:28 AM : Oct 31, 2008

Here"s just a short list of animals that display homosexual behaviors...

Mammals:
African Elephant, Brown Bear, Brown Rat, Buffalo, Caribou, Cat(domestic), Cheetah, Common Dolphin, Common Marmoset, Common Raccoon, Dog(domestic), European Bison,Human

Birds:
Chicken (Domestic),Common Gull, Emu, King Penguin

Fish:

\# Amazon molly
\# Blackstripe topminnow
\# Bluegill Sunfish
\# Char
\# Grayling
\# European Bitterling
\# Green swordtail
\# Guiana leaffish
\# Houting Whitefish
\# Jewel Fish
\# Least Darter (Microperca punctulata)
\# Mouthbreeding Fish
\# Salmon
\# Southern platyfish
\# Ten-spined stickleback
\# Three-spined stickleback

And the list goes on and on...
Reply to this comment

by **thinkharder**- October 31, 2008 9:42 AM PDT

There has "not" been one society, not one, that has flourished or even remain in existence after accepting the g*a*y lifestyle as normal.
Posted by ThatGuy56 at 09:31 AM : Oct 31, 2008

I would like to see any evidence of a strong positive correlation between the downfall of a society and the acceptance of homosexuality. And if you try to claim Rome...your argument is dead in the water before its made. Homosexuality was the least of Romes worries when it all came crashing down.

Case3:09-cv-02292-JW    Document54-1    Filed06/18/09    Page31 of 77

Reply to this comment

**by votenoon8** October 31, 2008 9:43 AM PDT

""""There has "not" been one society, not one, that has flourished or even remain in existence after accepting the g*a*y lifestyle as normal"""""

There has not been one society to ever "flourish. what the helll does that even mean, flourish? this society too shall go down in from pride and hatred. if you think this society got it right you are sadly mistaken.
Reply to this comment

**by ccdsswrkr08** October 31, 2008 9:51 AM PDT

ThinkHarder- Lets take the common dog.. you tie up a male dog and a female dog.. and let another male dog go.. Do you think it will take the male dog over the female dog.. NO.... And you can say what you want.. I""ve owned 100""s of hunting dogs (walkers, trig walkers, visila, labs, Rots, rot pit mix, pits.. wire hairs, setters).. .. and not once have I seen a male dog go $crew another male dog over a female dog... So you are full of dog poo....

--------------------------------------------------------------------------------

Posted by swensbckcuf at 09:47 AM : Oct 31, 2008

Just because you"ve never seen it, doesn"t mean it doesn"t happen. Have you ever actually seen god? but I bet you believe in him....
Reply to this comment

**by thinkharder-** October 31, 2008 9:58 AM PDT

and not once have I seen a male dog go $crew another male dog over a female dog... So you are full of dog poo...
Posted by swensbckcuf at 09:47 AM : Oct 31, 2008

To an extent, you are correct. To find a male dog willing o saddle another male dog over a female in heat is indeed rare, and NEARLY never heard of. However, while the vast majority of dogs are naturally inclined to want to procreate with a viable female, there are exceptions. Some dogs have been documented to have unusually high levels of hormones in their blood more commonly attributable to female dogs, and as such have been shown to show preference for other male dogs when feeling frisky.
Reply to this comment

**by ccdsswrkr08** October 31, 2008 9:58 AM PDT

Just because you"""""ve never seen it, doesn"""""t mean it doesn"""""t happen. Have you ever actually seen god? but I bet you believe in him....

Posted by ccdsswrkr08

You would think that if it does happen that after 40+ years of owning and hunting with dogs that I would of seen it.. So your point is VOID!!!!!

No I don""t believe in God.. So try again loser...

And you believe in the tooth fairy..

--------------------------------------------------------------------------------

Posted by swensbckcuf at 09:56 AM : Oct 31, 2008

Come on, I didn"t call you names. Who"s really being the childish one here. I find it hard to believe you"ve never seen a male dog hump another male dog if there are no females around. I find that hard to believe. I own a rot, a bull mastif, and pit, and the only female is the bull mastif. I can"t tell you how many times I"ve seen the rot and pit trying to hump each other.
Reply to this comment

by **doctor2012** October 31, 2008 10:00 AM PDT
Think.

None of those animals are homosexual. None of them choose to live with members of their same *** and not reproduce with members of the opposite. They have close contact sometimes with members of the same *** but that does not mean they are displaying homosexual behaviors. It"s like saying because I gave my son a kiss this morning that makes us gay. Completely absurd. Scientifically (biologically speaking) the rule of life is perpetuation of the species. Therefore, mother nature is not going to make (outside of some mistake or abnormality) someone who is "naturally" attracted to someone of their own ***. It just wouldn"t make any sense.
Reply to this comment

by **thinkharder-** October 31, 2008 10:00 AM PDT
You can go and do what you wish with your body. Don""t ask me to moralize it.

Posted by ThatGuy56 at 09:58 AM : Oct 31, 2008

Actually, I"m asking you to STOP MORALIZING IT!!!!!!!!!!1 It"s not a question of morality. What is morality anyway, and what gives you or those like you the right to decide what is and isn"t moral?
Reply to this comment

by **thinkharder-** October 31, 2008 10:05 AM PDT
Therefore, mother nature is not going to make (outside of some mistake or abnormality) someone who is "naturally" attracted to someone of their own ***. It just wouldn""t make any sense.

Posted by doctor2012 at 10:00 AM : Oct 31, 2008

Very true...it wouldn"t, which is why in most animal populations, the tendencies towards homosexuality seldom top 1-3 percent of the total. Any more and natural selection would break down. However, to say that homosexuality is absent in all other animals other than humans is simply not true from a behavioral standpoint. To say that humans are being unnatural because all other animals display mostly heterosexual behaviors is an invalid argument. Humans are also the only species with a highly developed ability to reason. Is reasoning unnatural?
Reply to this comment

by **thinkharder-** October 31, 2008 10:07 AM PDT
You can""t legislate your way into my home but you can do what you wish "Now" in your yours without anyone caring. Enjoy your partners all your wish but never try and tell me what I will tolerate by law. You""ll find an angry America when you try.

Posted by ThatGuy56 at 10:01 AM : Oct 31, 2008

Funny...your argument is identical to mine.
Reply to this comment

by **ccdsswrkr08** October 31, 2008 10:08 AM PDT
Do we always have to end up at the ""Fish-Humping-Fish means that Homosexuality is Good"" arguement?

----------------------------------------------------------------------------

Posted by DaVicar1 at 10:00 AM : Oct 31, 2008

hehehehe
Reply to this comment

by **nolalou** October 31, 2008 10:12 AM PDT
I fail to understand how any heterosexual married couple"s relationship is threatened by a homosexual couple, rather that couple is married or not, and rather or not that couple lives down the street or hundreds of miles away!
Reply to this comment

by **doctor2012** October 31, 2008 10:12 AM PDT
No think.

Reasoning is not unnantural. However our ability to go against what we would do if we were not as smart and make errors in the process is heightened along with our reasoning. We can reason to have *** with pigs and dogs and some people have gone through with that. Something no other species seems to practice. However, it is unnatural. If we accept that perpetuation of the species is natural, then by

definition an organism that does not do that either sexually or asexually has to be unnatural.
Reply to this comment

by **thinkharder-** October 31, 2008 10:19 AM PDT
unnatural.

Posted by doctor2012 at 10:12 AM : Oct 31, 2008

I"ll accept that...so long as we agree that the definition of "natural" is simply hinged upon the simplest forms of necessity with regards to the proliferation of the species. But, the "naturalness" of a person is being attacked here with a much more emotionally driven slant towards what is right...not what is necessary.
Reply to this comment

by **jolsonbear** October 31, 2008 10:20 AM PDT
From story above -- "Our posture is we want to preserve marriage as being defined between a man and a woman from the beginning of time."

Historically as well as Biblically, the prevailing definition of marriage has traditionally been one man subjugating one or more wives.

Civil marriage should be defined as the union of two people for the purpose of promoting monogamy. The state has a vested interest in promoting monogamy as a means to reduce STD"s and the cost"s asociated with them.
Reply to this comment

by **thinkharder-** October 31, 2008 10:23 AM PDT
I fail to understand how any heterosexual married couples relationship is threatened by a homosexual couple, ---------------------------------------
-------------- Posted by nolalou

You probably also think that when a whack-job declares that he is a Christian after molesting 1000 kids or marrying a 12-year-old girl, that they represent ALL people who truly are Christian!

Your failure to understand, underscores the root of the debate!

Posted by DaVicar1 at 10:15 AM : Oct 31, 2008

WOW Vicar...big leap in logic there. How did you fly from the impact that homosexuality has on heterosexuality in general, to the sordid affairs of some seriously thoughtless and morally depraved catholic priests?
Reply to this comment

by **doctor2012** October 31, 2008 10:23 AM PDT

Yes think.

You may be right about that.
Reply to this comment

by **easeup-2009** October 31, 2008 10:23 AM PDT

I AM CRANKING BROADWAY SHOW TUNES IN ANGER!!!!
Reply to this comment

by **thinkharder-** October 31, 2008 10:26 AM PDT

I AM CRANKING BROADWAY SHOW TUNES IN ANGER!!!!

Posted by easeup at 10:23 AM : Oct 31, 2008

LOL
Reply to this comment

by **questionnews** October 31, 2008 10:31 AM PDT

This proposition must be defeated!
A good part of my 401K is invested in Astro-Glide.
Reply to this comment

by **wolfear1** October 31, 2008 10:33 AM PDT

Folks, we really have considerably more important issues in this country to worry about. Last time I checked our economy is in the toilet, we have 2 wars going on, gas prices (while now below $2) are still high, crime rate is up, graduation rate is down. All of these issues affect my marriage far more than 2 people of the same *** that love each other getting married.
Reply to this comment

by **ccdsswrkr08** October 31, 2008 10:40 AM PDT

Folks, we really have considerably more important issues in this country to worry about. Last time I checked our economy is in the toilet, we have 2 wars going on, gas prices (while now below $2) are still high, crime rate is up, graduation rate is down. All of these issues affect my marriage far more than 2 people of the same *** that love each other getting married.

--------------------------------------------------------------------------------

Posted by wolfear1 at 10:33 AM : Oct 31, 2008

Cheers!
Reply to this comment

by **jolsonbear** October 31, 2008 10:40 AM PDT

The relationship that my partner and I share is completely natural. we use absolutely no preservatives nor artificial ingredients.

Reply to this comment

by **huntley42** October 31, 2008 10:46 AM PDT

Ok so we have 33 million dollars gathered to fight for prop 8 and 44 million dollars to stop it. If the money gathered on both sides were dropped into education it would help both sides learn enough about the others issues it wouldn"t be an issue. It would also benefit the children who so desperately need a decent education. Stop fighting over something that is a personal choice and use the funds to better all of humanity.

Reply to this comment

by **gwm281** October 31, 2008 10:48 AM PDT

Once again it is a sample of the VOCAL MINORITY pushing their agenda on the SILENT MAJORITY by using an unjust court system appointed by liberal elected officials. American you want more issue you like this %u2013 Then vote Obama and watch the American Way and Dream disappear.

Reply to this comment

by **votenoon8** October 31, 2008 10:58 AM PDT

"""""vote Obama and watch the American Way and Dream disappear. """""

The dream died when Bush was elected the second time. this whole mess is the fault of every ******* that voted for him the second time.

Reply to this comment

by **gwm281** October 31, 2008 11:02 AM PDT

*****The dream died when Bush was elected the second time. this whole mess is the fault of every ******* that voted for him the second time.*******

Let me understand this, the people who voted for Bush is the reason we have the vocal minority and a liberal court system pushing same *** marriage on the majority of people that do not want it nor approve it. Am I understanding you right? I think you may need to recheck your facts.

Reply to this comment

by **pvperson** October 31, 2008 11:28 AM PDT

"SILENT MAJORITY"

Are you kidding? You can"t go a half block without seeing one of those yes on 8 signs, every church is preaching for passage, telephone calls, door to door people, God I wish those fools would be quiet. I also wish that the Mormon Church that"s bankrolling the campaign for passage of 8 would mind their on states business. Don"t they have enough to worry about with plural marriages and child brides?

Reply to this comment

by **usa351** October 31, 2008 11:33 AM PDT

May GOD have mercy on the USA if this does not pass. Genesis (Adam & Eve) not adam & steve

Reply to this comment

by **germanmom** October 31, 2008 11:37 AM PDT

For all of you religion-haters: Have you ever wondered why God prohibits some things and calls it sin? Maybe because of the anquish it causes and the lives it shatters? Have you ever thought about the things He encourages? Maybe because of the wellness it brings?
Reply to this comment

by **gwm281** October 31, 2008 11:42 AM PDT

Have you ever noticed that when someone speaks against the liberal agenda what happen, how the liberals attack that person or try to defend their position? They have to settle to name calling such as PVerson calling those who disagree with him %u201Cfools%u201D or johnbrown888 calling them %u201Cjerks%u201D and %u201Crightwing Haters%u201D. I was always taught to respect the views of others (not agree, bur respect) and that if a person has to attack it is a sign that they have problems with their facts or that they do not respect themselves nor other people. Once again, a sad day for America when these people can not even practice what they preach %u2013 tolerance for all people and views.
Reply to this comment

by **whatsnext987** October 31, 2008 11:46 AM PDT

To PVperson:

No On 8 get 21% of its donations from out of state. Yes 0n 8 gets 12% from out of state. If you want "out of state" influence to be removed, start with your own side.
Reply to this comment

by **usa351** October 31, 2008 11:50 AM PDT

With everything going on in the world today, the end is coming. Repent now for the Lord is coming.
Reply to this comment

by **jsklinemn** October 31, 2008 12:04 PM PDT

I left California in 1976 because it was turning into a fruitcake state. Too many fruits and nuts. There should be an island somewhere that all these people can go do what they want to do. I don"t want them here because they try to indoctrinate every one else into their sins. Being a victim of some of that ***, they can go. I tolerate their presence around me, but the first time another one tries to indoctrinate me or sway me to their side, I will reject everything they have to say or do. Vote to mandate that marriage is between a MAN and a WOMAN. Don"t give me this *** about "change is inevitable" either as thats another bogus line of thinking from these nuts.
Reply to this comment

by **ybotheratall** October 31, 2008 12:14 PM PDT

I do NOT want my children exposed to the filthy world of homosexuality. My children learning about natural relationships (heterosexual relationships only of course) is something that they NEED to know. Finding out that two men like to insert things into where the other defecates is not something I want my children to learn. I want them to learn that there is something very wrong with the brains of g.a.y.s and that therapy and medication, just like any other brain disorder, is what is needed, not acceptance.

I dont understand still how who I love and marry affects you people. It will not affect you if two people are allowed to love each othere. Why are you people so hateful? You will still be married, nothing will change for you.

Chris, i feel sorry for you the most. You need to be educated. It frightens me how ignorant you are.

Posted by votenoon8 at 08:25 AM
Reply to this comment

by **germanmom** October 31, 2008 12:31 PM PDT

PVperson:Did you notice the Mormon Church ended up CONFORMING? hint, hint.

Also, the church is not making the donations, the members are.

Reply to this comment

by **hippychicky-2009** October 31, 2008 12:34 PM PDT

For all of you religion-haters: Have you ever wondered why God prohibits some things and calls it sin? Maybe because of the anquish it causes and the lives it shatters? Have you ever thought about the things He encourages? Maybe because of the wellness it brings?

Posted by germanmom

Below is the things that God said he hated...Is homosexuality in that list? Please because you seem so knowing on "sin" tell where does the scripture list this specific sin? And don"t get me the same old tired scripture in Leviticus.

16 These six things doth the LORD hate: yea, seven are an abomination unto him: 17 A proud look, a lying tongue, and hands that shed innocent blood, 18 An heart that deviseth wicked imaginations, feet that be swift in running to mischief, 19 A false witness that speaketh lies, and he that soweth discord among brethren.

Reply to this comment

by **hippychicky-2009** October 31, 2008 12:36 PM PDT

Think about it people aren"t we all equal under the law. Should we not have the same rights. Yes, we should regardless of race, or ***, or orientation, or anything else. Equal under the law. Say no to Prop 8!!!

Reply to this comment

by **mumu11** October 31, 2008 12:38 PM PDT

For once, how about thinking with our brains, rather than with the equipment below the belt? As far as the law of the land is right now, we need to clarify something. Either marriage is a religious sacrament and should be regulated by each church independantly AND receive absolutely no recognition from state

Case3:09-cv-02292-JW   Document54-1   Filed06/18/09   Page39 of 77

or federal authorities (which means no tax break, government paid health coverage (spouses of soldiers, congresspeople. etc...), or right to inherit between spouses either), or it"s a legal contract giving right to all those government financed advantages AND then the churches have no say so about who gets to marry legally at the City Hall or County Court: their only right being that of not celebrating marriages banned by their faith. In the same way the government has no right to regulate on people"s religious beliefs, the churches have no right to impose the tenets of their faith on the government (ie: every citizen even outside their faith). If the churches want to lobby to advance their opinions, then they shoud accept to have the same status as the other lobbies, and pay taxes.

Reply to this comment

by **patrik1974** October 31, 2008 2:34 PM PDT

The last time I check, in the US we have separation of Church and State. The crafters of the Constitution realized the danger of integrating religion and the government. For those who site Christian or other religious doctrines to support your arguments against gay marriage, you should remember, that not everyone in the US holds these same values. This is what makes America the greatest nation on earth. For all those who want Church and State to be integrated, you should consider moving to a country like Iran.

Reply to this comment

- previous
- 1
- 2
- 3
- 4
- next

See all 161 Comments

Add a comment

Log in or create an account to post a comment.

Comment _____ SUBMIT

The posting of advertisements, profanity, or personal attacks is prohibited. By using this Web site you agree to accept our Terms of Service. Click here to read the Rules of Engagement.

# EXHIBIT E

Case 3:09-cv-02292-VRW   Document 64   Filed 11/18/09   Page 42 of 77

Print Page

*Real News • Really Local*     *Real News • Really Local*

NORTH COUNTY TIMES     THE CALIFORNIAN

Last modified Sunday, November 2, 2008 1:13 AM PDT

LETTERS: The Californian, Nov. 2, 2008

By Readers of The Californian

## Enough of the press giving a pass

Is it just me or has our illustrious press already elected Barrack Hussein Obama for us? I keep hearing that the race is over and Barack has already planned a $2 million victory party. I think he would be better served to pass that money over to a community organizer who could do some good with it. No, I am not suggesting that he have a dinner party for Khalidi and his wife. Speaking of Rashid Khalidi ---- former spokesman for the PLO and now a professor at Columbia University ---- let's take a look at Barack's associates.

Sen. Obama seems to have a good relationship with a couple of prominent professors: there is William Ayers and now we find out about Rashid Khalidi. He also keeps up on the spiritual side with the Rev. Jeremiah Wright, his spiritual adviser; Louis Farrakhan, whom Barack calls brilliant and Farrakhan calls Obama the "messiah" and still thinks "the mother ship" is hovering above Chicago; and Father Pflager, a sad pathetic priest who has lost his mind. I am sorry, but the man from Chicago has some flaky friends and I don't want to call him Mr. President.

Can anyone imagine John McCain having associates like David Duke, the former "Grand Wizard" of the KKK; Timothy McVeigh, the domestic terrorist who killed hundreds in Oklahoma; or going to dinner parties with a prominent skinhead or neo-Nazi and his wife and the press giving him a pass? I didn't think so. So why is the press giving Barack Obama a pass?

We need to hold our journalists' feet to the fire and "kick the fix"! Regardless of who we elect on Nov. 4, I hope it is because we believe he is the best man for the job and not because the press is in love with him.

Bill Stonick

Temecula

## No vote on 8 has consequences

It is sad to see opponents of Proposition 8 in their supposed efforts to spread tolerance are covering up the consequences of their own cause. The radio and television ads do not disclose the full truth and I would hate to think that the residents of California are casting their votes based on these misrepresentations. Opponents of Prop. 8 say it won't affect what is being taught in our schools, churches or us as individuals. They want everyone to think none of this will be affected but it will and has.

A no on Prop. 8 does not just simply allow gays the right to marry ---- think about the rights a no on Prop. 8 will take away. Educate yourself. Vote yes!

Chantel Skidmore

Temecula

## Prejudice disguised as piety

If the supporters of Proposition 8 are so committed to preserving the institution of marriage, why don't they try to ban divorce instead of gay marriage? After all, there are many more divorces than gay marriages. And surely divorce, which often is fueled by infidelity and/or anger, is more damaging to the institution of marriage than are gay unions, which are based on values of love and respect.

So why don't the pro-8 fanatics target divorce instead of gay marriage? Probably because Prop. 8 really has nothing to do with marriage. It is about prejudice, pure and simple. Prejudice ---- disguised as piety.

Ruth Prystash

Temecula

## Vote to re-elect the two incumbents

We want to add our support for the re-election of Mike Naggar and Chuck Washington to the Temecula City Council. As residents of Temecula for over 20 years, we have voted in every council election since incorporation in 1989. Temecula has been very fortunate to have benefited from dedicated and committed council representatives. The current council members, including Mike Naggar and Chuck Washington, have not been an exception.

We are impressed and amazed at the many hours these two individuals give to our city. In addition to their council duties, we see them at many civic functions, community meetings and the many park dedications our city makes. During last year's fire crisis, they were both very visible at emergency sites, and then Mayor Chuck Washington went on the local TV station to provide us with live reports. All of this is done with the intent of making Temecula the beautiful city that it is today.

Yes, we have witnessed Temecula grow from 10,000 to over 100,000 residents since 1985, but we feel it has all been for the good ---- otherwise, why would so many people want to live here? We love our city and feel especially good when we see the "Welcome Home" signs posted throughout the city. We believe council members Mike Naggar and Chuck Washington will continue to lead our city for the betterment of all who live here, and we will be casting our votes for their re-election.

Pete and Maria Ramos

Temecula

## Political buyers should beware

In response to Katherine Fortinash's Oct. 28 letter as well as others who get their misleading talking points from MSNBC, CNN, etc.: My only regret is that there isn't enough time to debunk them all. Not enough time to show that Obama doesn't have leadership skills based on his "remarkably civil campaign." Gimme me a break. Or time to show that elitism is a state of mind and not just a set of circumstances. Or time to expose Obama's character associations: 20 years in the Black Liberation Theology movement, which pursues the forceful overthrow of white society as the oppressor. Do you believe it is God's way?

Or time to expose Obama and Ayers as co-chairs of the "Chicago Annenburg Challenge." None of the well-intentioned monies went to standard education curriculum, instead they promoted radical studies of resistance to the oppressive American system. They also diverted grant monies to ACORN. Isn't it coincidental that only a few blocks separate Obama, Ayers and Farrakhan as neighbors.

Case:08-cv-01292-JW   Document54   Filed06/18/09   Page44 of 77

In a recent rally, Obama was quoted as stating, "The acorn doesn't fall far from the tree." I don't recall every one of my associations, but if I sat with someone with "CHE" credentials, I would remember. A teacher of constitutional law? He speaks of judicially altering the Constitution, which is a legislative process.

If you buy into Obama, Harry Reid and Nancy Pelosi ---- don't forget the Supreme Court ---- all I can say is, caveat emptor; you can't get your money or your country back.

Charles Brickell

Menifee

**Mike Naggar should be re-elected**

I write today in support of the re-election of Mike Naggar to the Temecula City Council. I have had the pleasure of knowing Mike for a few years now and think he is the correct choice for Temecula for another four years. His commitment to the city is real and can be seen by the fact that Temecula still looks great and there are jobs being created in a slow economy.

A vote for Naggar is a vote for the future of Temecula.

William "Bill" Gould Jr.

Temecula

**Reject what the CTA supports**

The California teachers and their union should have lost all credibility with voters by now. After spending millions to defeat the governor's propositions last year with the resulting financial problems we now face, and now millions on defeating Proposition 8 with untruths, you would think that the California voter would say, "enough of this self-serving group." And that they would support Prop. 8. Same-sex marriage is repugnant to the majority of our voters (hopefully). Let's not destroy another of our ancient and valid traditions.

Paul Puma Sr.

Temecula

**Vote yes on Proposition 8**

You know why I support Proposition 8? I love my mom and dad who took care of me when I was young and how my wife and I took care of my children and grandchildren ---- "The love and marriage between a man and a woman." This is what I have been taught and seen for decades after decades: "marriage between a man and a woman."

Lesbian and gays came into this world as "man and woman" created by God. God did not create Adam and Steve nor Eve and Mary. God created Adam and Eve to be the inseparable partner until death. Being lesbian or gay is by choice. During the 40 days and 40 nights that all living things must be put into the ark that Noah built, Noah brought human, animals in pairs of female and male. Noah did not bring pairs of gays and lesbians into his ark.

We cannot teach our children about gays and lesbians because there cannot be a mother and a mother or a father and a father. We will be torturing and/or misleading our children. This is why I urge everyone to vote yes on Prop. 8 and abide by God's teaching now and then and forever.

Case 3:09-cv-02292-VW   Document 54   Filed 06/18/09   Page 45 of 77

Rogelio Labrador

Winchester

## Just turn off your radio

Rush Limbaugh is an unmitigated bigot who was fired from ESPN for expressing racist views. He should now be fired from talk radio for expressing similar views toward one of the country's finest and longest-serving military leaders, Gen. Colin Powell. While employed by ESPN as a football analyst, Limbaugh claimed the Philadelphia Eagles were keeping Donavan McNabb as quarterback only because he was black.

Of course, McNabb's record was among the best in the country at the time. He led the Eagles to numerous NFC championships and during the very year of Limbaugh's critique, took his team to the Super Bowl.

Let us remember, Limbaugh is an unrepentant drug addict who escaped just punishment for his crimes solely by virtue of his celebrity. He blamed it on his doctor, for prescribing addictive drugs for pain; but it was he who resorted to the black market to continue his supply.

Gen. Powell's record of service to his country is unmatched in modern times. He overcame rampant racism to achieve his position in the Army, not by special treatment, but by incredible competence. He served three presidents in times of war: as national security adviser; chairman of the Joints Chiefs of Staff; and finally as secretary of state. To now suggest that this man, of all men, would abandon his principles solely to endorse a black man, is outrageous.

Rush Limbaugh may pander to the worst of human instincts, but we don't have to listen. Just turn off your radio.

Gerald Summers

Temecula

## Obama showed why he's a good choice

Barack Obama is ahead in the national polls, and in the last debate we saw why. Obama looked steady and presidential, a leader in command of the issues and ready to be commander in chief. He promised to put the middle class first, focus on priorities like clean energy and health care, and restore our leadership in the world. John McCain seemed defensive and erratic.

After days of negative campaigning, McCain couldn't offer the American people a positive vision for the future. Instead, he offered more of George Bush's economic policies that cut taxes for Wall Street and oil companies while leaving the middle class behind. And he offered a continuation of Bush's Iraq policies that have made us less safe and alienated America around the world.

Mark Justice

Temecula

## McAllister, Lane good for public safety

Doug McAllister and Randon Lane are the candidates the Murrieta Police Officers Association endorsed for Murrieta City Council. McAllister and Lane believe, as we do, that if our Police Department staffing does not keep pace with the population, and equipment needs are not

Case 3:09-cv-02292-JW   Document 54   Filed 06/18/09   Page 46 of 77

addressed, things will begin to slowly unravel.

Most of the Murrieta police officers worked in, and transferred from, big cities with gangs, organized crime, narcotics, prostitution, daily robberies and homicides. We know what it is like when a police department begins to lose ground to the thugs and gangs looking for new territory in a city like ours. McAllister and Lane know how important it is as well to keep the upper hand on crime in our city. That's one of the reasons we endorse them for City Council above all other candidates.

McAllister and Lane consistently make an effort to keep public safety at the top of their agenda. Your police department is not giving an inch to any thugs who would like to reduce the quality of life in our city. Join our team and vote McAllister and Lane for Murrieta City Council and make your vote count for public safety.

Jeff Ullrich

Murrieta

### Two candidates prioritize public safety

I'm a police officer for Murrieta Police Department and want the residents of Murrieta to know the Murrieta Police Officers Association has endorsed Doug McAllister and Randon Lane for City Council. Our Association thought long and hard about these endorsements. I give credit to our combined police and fire political action committee for doing the legwork and talking with the candidates to give the general membership of the association a clear and unbiased picture of all the candidates' platforms and track records in many areas of their leadership, but especially public safety.

We are pretty sensitive to the public safety aspect of a candidate's platform, and like to see some kind of track record to back up what they are telling us. As a detective and longtime member of this department and association, I can honestly say we have that with McAllister and Lane. I am very comfortable supporting McAllister and Lane for Murrieta City Council and feel they will be our best hopes for a secure future and continued safe city. Help our the Murrieta Police Officers Association re-elect Doug McAllister and elect Randon Lane on Nov. 4 for Murrieta City Council.

Vic Carrillo

Murrieta

### No need to change direction in Temecula

It's that time again, when the residents of Temecula will get the opportunity to vote to fill the two open seats on the council. Please don't be fooled by new candidates promising to fix or improve our city. Temecula doesn't need fixing!

The council debates made it painfully obvious that the three challengers lack the experience and knowledge necessary to make important decisions for our city. Mayor "Mike" Naggar and Councilman Chuck Washington have proven records of accomplishment and have demonstrated strong, experienced leadership. They helped to make Temecula one of the most desirable places to live. This was no accident. It was a carefully thought-out plan for our city.

Just look around our city. We have numerous parks, businesses, restaurants, shopping, museums, wineries, youth programs and our beautiful Old Town Temecula Community Theater. Additionally, we have annual events such as the Temecula Valley Balloon & Wine Festival, Temecula Valley International Film Festival and Movies in the Park. Soon, we will have a regional hospital and higher-education facilities. Our city continues to grow and prosper and yet still manages to maintain that

Case 3:09-cv-02292-VW, Document 94 Filed 16/05/10 Page 47 of 77

"small town feel."

Please don't change the direction our city is going. Let's keep moving forward. By re-electing Mayor Naggar and Councilman Washington, you are voting to keep Temecula growing strong and ensuring that our city will become even better than it is.

Nancy Hidalgo

Temecula

### Re-elect Warnie Enochs in Murrieta

Please join us in supporting the re-election of Warnie Enoch to the Murrieta City Council. During the last 13 years, Warnie has proven himself as a councilman and should be re-elected to continue his hard work and dedication. He has always voted with the best interest of the residents, is very committed and always listens to residents' concerns.

Our family has lived in Murrieta for 18 years and we remember when he was collecting "Cans for Cops" to get needed equipment for the police. Warnie has always been and continues to be a No. 1 advocate for public safety in Murrieta. He has served on many committees and is a leader in community involvement in our city. He has supported and overseen our library, senior center and now our City Hall to completion.

Warnie will continue to devote himself to the future needs of Murrieta and its residents. Re-elect Warnie Enochs to the Murrieta City Council.

John and Debbie Marshall

and Hope DeSmith

Murrieta

### An odd series of events at meeting

A strange concatenation of events occurred at Tuesday's Temecula City Council meeting. Three things took place: Incumbents Mike Naggar and Chuck Washington made a potential "last speech" and "thanks for the memories," supporters of Rescue Temecula were present to make public comments, and there was no audio available to make a public recording of these historic events.

All through the meeting, there appeared a small phrase at the bottom left-hand corner of the screen stating "Experiencing Technical Difficulties." It wasn't until Steve Eldred rose to the podium for a second time that he questioned the supposed difficulty and the problem was revealed. Only those present were able to hear the eloquent words of Mike Naggar and Chuck Washington, and only those present were able to hear the questions and comments put forth by supporters of Rescue Temecula.

I find it extraordinary that the fantastic staff of the city of Temecula council members could be so lame and inept at this most critical time. In 2005, I experienced first-hand this same bungling behavior: the simple posting by the city staff that misconstrued the date of a public forum concerning the passage of a DR Horton development on Loma Linda Road. This was a very important decision that would affect residents of Bridlevale and other surrounding homes. You see, there is a pattern, a Clintonesque device to befuddle, misrepresent and deny to the people an accurate expression of their civil rights.

Shame on you, City Council members and staff.

Case3:09-cv-02292-9W - Document54-9    Filed06/18/09    Page48 of 77

Lisa Musick

Temecula

**We can see through Sarah Palin**

We cannot make a serious mistake when we vote Nov. 4. There is something about Sarah Palin. She did a good job memorizing and reciting talking points, often irrespective of relevance to the questions interspersed with euphemisms.

Watching the vice-presidential debates with the winking and excessive smiling was distracting, rather embarrassing and very revealing. Since then, she has rarely spoken spontaneously to the press, in campaign speeches she relies on a TeleprompTer, or reads from notes. Interviews are screened in advance or John McCain is at her side.

Palin's sarcastic insults are of great concern. Discuss rational troop withdrawal from Iraq, be branded a terrorist sympathizer who hates our soldiers and marines. Discuss health care, be called a socialist. Discuss stem cell research, be branded a murderer because frozen embryos are human beings. Discuss global climate changes, you are a native alarmist.

Experience? Palin ran a state with a population of Anaheim for 16 months, collected $27 million in earmarks while mayor of a 9,000-person town in Alaska. Alaska receives more money from the federal government than any other state of the union. Every man, woman and child receives $12,000 every year from oil revenue. Is that "spreading the wealth"?

Palin says she would criminalize abortion, make tax cuts permanent for the rich, ignore global warming and the environment, turn our national heritage over to the oil barons, ration health care, and on and on. We voters are not dumb; there is enough time to make an informed vote.

Gerry Collins

Temecula

**Here's a reason to support Prop. 8**

Asked at the close of the Constitutional Convention: "What have you done for us, Dr. Franklin?" he famously answered: "Given you a republic, madam, if you can keep it."

Schoolchildren should understand this. This election is a historic test of whether Californians still want to govern themselves or to be ruled by unelected judges. Proposition 8 is our test, for it is necessary to overturn last summer's outrageous judicial dictate redefining marriage. The court's edict cites no basis in either science or legal precedent for its conclusions, and it totally disregards the expressed majority will of millions of California voters. That decision is a "dagger to the heart of our democracy" as it merely reflects the unbridled political preferences of judicial activists.

Besides the courts, battlegrounds for the future of our culture are schools. Let us speak clearly: Without the passage of Proposition 8, California educators will be compelled to promote as equal to traditional marriage what in any earlier era would be called state-sanctioned sodomy. So much for local control of schools; so much for the health of public education; thousands of parents will be removing their children to protect them from it. Support Prop. 8.

Kenneth Dickson

Murrieta

Case3:09-cv-02292-JW  Document54-1  Filed06/18/09  Page49 of 77

## Washington, Naggar for Temecula council

For Temecula's City Council race, incumbents Mike Naggar and Chuck Washington are outstanding choices. Both men have the necessary leadership ability, integrity, passion, vision and commitment required to help ensure Temecula's continued track record of success and prosperity.

Local candidate forums provided ample opportunity for residents to witness first-hand the high degree to which Mr. Naggar and Mr. Washington clearly understand the dynamics, details and complexities surrounding the numerous issues facing our city. Both gentlemen have set a very high standard that few, if any, other California cities can match. Temecula continues to be an outstanding place to live and work.

Along with numerous high-quality services and amenities, careful planning has provided our city with a healthy budget surplus. Resident satisfaction levels are extremely high and the stature of our city has grown far beyond our borders. These outcomes did not come by accident. They required careful planning and coordination.

Mike Naggar and Chuck Washington have made, and will continue to make, significant contributions to our city.

Pete Friederich

Temecula

## Urging a vote for Temecula incumbents

I recently graduated from Great Oak High School. I am now 18, and I'm looking forward to finally being able to vote. I'm a full-time student at MSJC and have two part-time jobs. I have been living here in Temecula my whole life, and I love the way our current council runs this beautiful city.

The mall is great for young people, the farmers market is culturally great and fun for all generations and brings people from all cities, as well as different countries to this weekly event.

I want to keep Mayor Naggar and Councilman Washington where they are now, so I encourage everyone ---- current residents of Temecula, as well as my fellow classmates, and my generation ---- to vote for them.

We have a good thing going with these fine gentlemen, and I know they will greatly improve this city even more than they already have.

Josie Mora Martinez

Temecula

## Giardinelli should be re-elected

This is a deliberate attempt to endorse and retain Victor Giardinelli to the Menifee Union School District board. As the current president and having 21 years of active leadership, he has also been endorsed by the Menifee Teachers Association.

Victor has no personal agenda other than to be a proactive candidate with an overwhelming desire to do what's right for students. He is an independent thinker, and is a timeless worker who constantly visits the schools, attends P.T.A. meetings and also their respective board meetings. He works collaboratively with other board members to ensure that policies and programs are implemented to

Case3:09-cv-02292-JW  Document54-9  Filed08/18/09  Page50 of 77

benefit all children.

Victor's motto, "Everybody is a somebody," speaks for itself. His experience and proven fiscal accountability is what is needed to meet the necessary educational challenges of today. We wholeheartedly endorse the re-election of Victor Giardinelli. He deserves to be re-elected and continue to serve with integrity as a dedicated advocate of our children.

Christine and Jon Mills

Menifee

### Hypocrisy, not gender the issue

In response to Dorothy Cable's Oct. 26 letter: I think the reason the $150,000 that was spent on Sarah Palin's clothes was made into such a big deal is because she is being very hypocritical. Throughout the campaign, she constantly claims to be an average hockey mom from the state of Alaska, but how many "average" people are able to spend $150,000 on clothing? Not very many!

While it is true that Palin probably didn't go out and shop for the clothing herself, she could have easily refused to spend all that money. She has no problem cutting unnecessary costs and spending and that became apparent when she got rid of her private governor's jet and when she got rid of her personal chef. Her wardrobe was not escalated into such a major concern because she is a woman ---- it was escalated because of her hypocrisy!

Vaneesha Patel

Temecula

### Bush still nothing extraordinary

I'm writing in response to Barbara Warner's Oct. 9 letter, "Attack on Bush, Cheney off base."

This is not a scurrilous critique of President George Bush or Dick Cheney. I use logic, reason and facts. She writes of the president's MBA and his time as a jet pilot? McCain was a combat jet pilot and a proven warrior. No MBA, though. And voters rejected him in 2000. Bush's Harvard MBA performance in the oil business was mediocre; that is a fact. An MBA or National Guard service does not make you extraordinary. His father was extraordinary. And his resume is far superior to both this president and vice president. I prefer extraordinary over "executive experience," even with an MBA.

Ms. Warner says Cheney may have been unable to pass the physical during that war because of his heart, or may have been serving in the war needs industry. Fact: Dick Cheney's five deferments were not for physical reasons. He was going to college six years, he became a father and then he was too old, just like many of us were.

Sarah Palin may have been the most popular governor in America, but I never heard of her until the Republican convention. And her gas line involvement may have a lot of gas to nowhere without big U.S. oil money.

Bill Wasley

Murrieta

### Look for strong traits in candidates

As American patriots and voters on Nov. 4, grant us the serenity to accept the things we cannot

Case3:09-cv-02292-JW  Document54-1  Filed06/18/09  Page51 of 77

change, courage to change the things we can, and wisdom to know the difference. Therefore you may want to consider the following former past presidential traits prior to submitting your vote. As a suggestion, it appears to me or I conceive that the following traits are pertinent to making an astute decision toward our security as a great republic.

George Washington exhibited wisdom and love for one's country. Abraham Lincoln showed compassion and humility to listen. Franklin Roosevelt demonstrated the courage to face fear with faith. Harry Truman showed us how to accept horrendous responsibility. Dwight Eisenhower demonstrated leadership. Gerald Ford showed us fundamental decency. Jimmy Carter had discipline. Ronald Reagan had sunny optimism. George H.W. Bush had diplomatic instincts. William Clinton showed intellectual curiosity. George Bush had dogged determination.

Don Krampe

Murrieta

## Keep religion out of Prop. 8

I can't believe it! It's the 21st century. We've survived polio and witch burnings. Yet people are still ignorant.

First off, keep religion out of Proposition 8. Not everything or everyone is based on religion. No one chooses to be straight or gay. It's what you are. If you vote yes on this proposition, you are taking away the rights of humans to spend their lives with the ones they love. How can you tell someone, "You don't have the right to marry this person because we don't agree with you, so you have to be miserable the rest of your life." That's just wrong! Give everyone equal rights.

And this has nothing to do with teachings in schools. I intentionally raised my kids in Laguna Beach so they would grow up tolerant of other lifestyles, without hating people for what nature installed in them. Do not turn this back into the same hate idea that used to keep different races from marrying. Our country was based on equal rights for everyone.

I'm straight, but I defend a person's right to love and happiness, as long as no one is hurt. It's time we all treated others the way you want to be treated.

Erik Wheeler

Murrieta

## Murrieta residents should vote wisely

The "nonsense in Murrieta" stopped when Jack Van Haaster was recalled and Kelly Seyarto decided not to run again for City Council. That was the end of the controlling 3-2 vote that held our city in its grip. Kelly Seyarto was the main man in favor of "rooftops" in order to draw business to Murrieta. We have plenty of rooftops but little commercial to show for those efforts.

Menifee, Wildomar and Lake Elsinore are getting commercial establishments and name restaurants without the rooftops that Mr. Seyarto thought were so vital. In his disparagement of Barbara Nugent (Letters, Oct. 29), he should take another look. If all our citizens were as concerned, well-informed and actively doing something to improve our city as she is, we would be far better off. Kelly Seyarto should sincerely apologize to Barbara Nugent. It wasn't the supposed support of the police and fire departments that Mrs. Nugent was objecting to, it was the manner in which it was done ---- sent out on Murrieta city letterhead. All they got was a slap on the hand. All police officers and firefighters do not share this same opinion. It was contrived, just as the developers are contriving to get Randon Lane and Doug McAllister elected.

Case3:09-cv-02292-JW  Document54-1  Filed06/18/09  Page52 of 77

If you want the developers to run our city, then voting for Randon Lane will do it. Vote wisely Murrietans. You will have to live with this decision.

Carol Carson

Murrieta

### Re-elect Enochs to Murrieta council

Warnie Enochs has been the "top vote getter" in the last three consecutive elections for his seat on the City Council. Not an easy task by any measure. As a longtime resident of this valley, Warnie has supported and watched over it tirelessly. Being a small businessman, he intimately understands what it means to work in Murrieta.

Mr. Enochs has tirelessly worked for us, the residents of Murrieta, by serving this city as its representative on numerous committees throughout the region to improve our infrastructure that includes our streets, flood channels and parks. Year after year, Warnie has delivered a balanced budget, which is very important in these hard economic times. Mr. Enochs supports public safety, business owners, seniors and youth in our community.

During his leadership, residents have been blessed with a beautiful library, police station, City Hall, fire stations, countless parks and recreation areas and a renowned hospital that is in the planning stage. The list of his accomplishments will continue with your support and vote.

Warnie Enochs has proven his leadership, experience and voting record to support the voice and the will of the people on Murrieta's City Council. He has earned my respect, 100 percent of my support, and on Nov. 4 he has my vote. I support Warnie Enochs for Murrieta's City Council!

Brenda Dennstedt

Murrieta

# EXHIBIT F



**SignOnSanDiego.com**
THE SAN DIEGO UNION-TRIBUNE

 **PRINTTHIS**

# School board kills proposal to back Prop. 8



### 3-2 majority feared dividing community

**By Bruce Lieberman**
STAFF WRITER

**October 18, 2008**

VISTA – A divided Vista school board voted late Thursday not to consider a resolution in favor of Proposition 8, the state measure that would ban same-sex marriages in California.

The 3-2 vote, along sharply drawn political lines on the Vista Unified School District board, put to rest the proposal from board President Jim Gibson. Trustee Stephen Guffanti joined Gibson in favor of the resolution to support Proposition 8.

Gibson is a candidate for Oceanside City Council in the Nov. 4 election.

He wanted his colleagues to take a stand in part to voice opposition against the California Teachers Association, which has donated more than $1 million toward the campaign against the proposition.

The definition of marriage is between a man and a woman," Gibson said. "It's been that way since the beginning of time. . . . Kids do best in families."

District trustees David Hubbard, Steve Lilly and Carol Herrera voted to kill the resolution before it came to a vote. Hubbard said the board would divide the community if it took a stand.

"If we take a position one way or the other, then we have basically shunned people on one side or another," Hubbard said.

Gibson had asked the board to take a formal stand on the measure, which arose after the state Supreme Court struck down Proposition 22, an initiative voters passed in 2000 to ban same-sex marriages. Proposition 8 seeks to amend the state Constitution to recognize marriage as only between a man and a woman.

Several people spoke in favor and against Gibson's proposed resolution.

San Marcos resident Joseph Andrews said "homosexuality is not normal" and "we do not accept what they do is normal, nor do we want our school district to teach that it is normal."

Vista resident Nicole Abel told the board that by endorsing Proposition 8, the board would be telling the district's students "that some of them are second-class citizens. You are telling them that when they grow up, those that forge loving, committed relationships with someone of the same sex are not deserving of the same dignity and respect as their classmates."

---

▪Bruce Lieberman: (760) 476-8205; **bruce.lieberman@uniontrib.com**

»**Next Story»**

---

**Find this article at:**
http://www.signonsandiego.com/uniontrib/20081018/news_1mc18prop8.html

☐ Check the box to include the list of links referenced in the article.

© Copyright 2007 Union-Tribune Publishing Co. ? A Copley Newspaper Site

# EXHIBIT G

Case3:09-cv-02292-JW   Document54-1   Filed06/18/09   Page57 of 77

Rancho readers voice thoughts on Prop 8 | proposition, rights, marriage, sex, prop – News – OCRegister.com                    6/18/09 10:04 AM

This is a printer-friendly version. The navigation and other unnecessary elements have been removed.



Supporters of same-sex marriage and
opponents collide at a rally in Huntington
Beach.

PHOTO BY ROSE PALMISANO, THE ORANGE
COUNTY REGISTER

Friday, October 24, 2008

# Rancho voices opinions on Proposition 8

Gay marriage issue draws letters to the editor from locals.

**Posted by John Crandall**
SUBMITTED TO THE ORANGE COUNTY REGISTER
Comments    34  |  Recommend    3

**Talking a stand on Prop. 8**

I am writing in response to your recent invitation to report on activity I have observed or participated in regarding Prop. 8 campaigning.

I should mention that I am Prop. 8 supporter and have been involved with the effort to promote passage of this measure. I have participated in precinct walks, have a sign in my yard and bumper stickers on my card. My son and his friends engaged earlier this week in a sign carrying/waving effort on a busy corner in Rancho Santa Margarita (corner of Las Flores and Santa Margarita Parkway) from 7:30 a.m. to 9 a.m. These young men ranged in age from 18 to 20. There were four of them. They were joined by another proponent of the measure who is in his 30s. Similar efforts were undertaken by other members of the coalition supporting Prop. 8 in our community at various locations around the city throughout this week -morning and evening.

I plan to participate similarly this weekend and next week at various locations around my community. I am also planning to be involved in a phoning effort.

My observation of the participants in each of these activities is that they have been positive, respectful and joyful.

My involvement in this issue stems from a belief that society's interests are best served by a definition of marriage that is confined to a man and woman. I believe it serves society's interests because it is in the best interest of children. Research as well as my personal experience bears this out. (I am the father of four children (2 girls and 2 boys) and am the youngest of four children in my family.) I further believe that society has a right and an obligation to establish such ideals—and should not engage in social engineering that appeals to minority groups whose agendas would not preserve the best possible environment for children and families. I am further concerned by what has happened in school systems and the courts in Massachusetts where same sex marriage has been legalized. It is only reasonable to assume that a similar effect will occur in California should this measure not be successful

I hold no ill will against those with same sex attraction and believe they should be treated with kindness and respect. However, I believe that it is not mutually exclusive to show that respect and still promote the best interests of society and families. I fully support same sex couples retaining all of the legal rights they now enjoy, which mirror those of heterosexual married couples. Prop. 8 will not alter any of those rights.

I have been chagrined to observe the "poor sportsmanship" of the opposition to this measure. I assume you are aware of the numerous reports of Yes on Prop. 8 signs being stolen or defamed (along with other vandalism)—as well as the vicious attacks by many on the opposing side towards Prop. 8 campaigners.

It is certainly interesting to observe the response and behavior of those that would call tolerance the central issue in their fight against this measure.

**Ken Gibson**

**Rancho Santa Margarita**

The proponents of Prop. 8 will say ANYTHING to get it passed, not because they're afraid of what their children will be taught in school, and not because they think their rights will be taken away. It boils down to the pushers of this proposition believing that being gay is wrong. This is clearly showcased by their blatant lies and scare tactics. And, as if the shameless lies

coming from the Yes on Prop. 8 campaign weren't bad enough, they've sunken to threatening local businesses.

I desperately urge your readers to research the truths and lies regarding Prop. 8. I also urge them to be careful about taking

things from the media out of context, which is exactly what these supporters are doing (example: Massachusetts and the San Francisco wedding field trip). They don't care about anyone or anything but their agenda, and don't forget it.

I believe so strongly in this because I have gay and bisexual friends, and I firmly see them as equals. They are no different

from anyone else, except in terms of their sexual orientation. They're good people, great friends, and most importantly, human just like the rest of us. I can't see voting on something that would prevent them from being able to marry who they want, because they happen to love someone of the same sex.

**Rachelle Martin**

**Rancho Santa Margarita**

As I have read the numerous articles and comments that have been printed in the OC Register in the past week regarding Proposition 8, I have come to realize that many people are still misinformed about the issue. If you read through the comments on the OC Register website under Proposition 8 articles, you will find that many of the opponents of Proposition 8 have decided that if you support Proposition 8, you are a bigot. As one who has been out among the supporters of Proposition 8, I would just like to take the opportunity to briefly explain our side. I hope this helps your readers to understand why we feel so strongly about this issue.

First, under California State Law Family Code 297.5(a) "Registered domestic partners shall have the same rights, protections, and benefits, and shall be subject to the same responsibilities, obligations, and duties under law, whether they derive from statutes, administrative regulations, court rules, government policies, common law, or any other provisions or sources of law, as are granted to and imposed upon spouses." Therefore, Proposition 8 is really not about equal rights for homosexual couples, since they already have the same equal rights as married couples.

Second, the California voters adopted Proposition 22 in 2000, by over 61 percent of the population, which contained 14 words, "Only marriage between a man and a woman is valid or recognized in California." These happen to be the same 14 words proposed in Proposition 8. One might ask, why is Proposition 8 being brought forward if it is the same language as Proposition 22? Proposition 22 was approved as as an amendment to the California Family Code, but was determined by the Supreme Court in California to be unconstitutional in a 4-3 split in May 2008. This paved the way for same-sex marriages to be performed in California, since a definition of marriage no longer existed. Proposition 8 would amend the State's Constitution to define marriage as between a man and a woman. It would not take away any of the rights of homosexual couples, since they are already granted the same rights as explained previously.

Third, Massachusetts is the only other State that has legalized same-sex marriage. Many other states have permitted domestic partnerships, civil unions, etc., but only Massachusetts and recently California have been required by the Courts to allow for same-sex marriage. Supporters of Proposition 8 look at Massachusetts as an example of what could happen if Proposition 8 fails. We are not arguing that these things will happen, only that they could happen in California based on what has already happened in Massachusetts. Some examples of this include the following: 1) Same-sex marriage may be taught in public schools; 2) Religious adoption agencies could be forced to place children into homosexual families or have their adoption certifications revoked; 3) Churches could be forced to perform gay weddings or lose their tax-exempt status; 4) Certain professions (such as doctors) could be forced to perform specialized medical practices, such as artificial insemination, for homosexual couples or be denied the opportunity to practice; 5) Churches could be sued for hate crimes if they refuse to conform their teachings to allow same-sex relationships. The list could go on and on, but these are just a few examples of things that could possibly happen. We see these as examples of rights that could legitimately be removed.

In summary, I just want to emphasize that supporters of Proposition 8 do not hate homosexuals. We are all surrounded by homosexuals in our neighborhoods, our families, our friends, our workplace. We just believe that marriage is a sacred institution that should be defined as only between a man and a woman. So the next time you see a Yes on 8 sign, please know that we believe in fairness and equality. We agree that rights should not be taken away and we do not believe that Proposition 8 would take any rights away.

**Nate Farnsworth**

**Rancho Santa Margarita Resident**

Same-sex couples will have the same civil rights regardless of the outcome of the Proposition 8 vote ["Law dean talks on gay marriage," The Register, Local, Oct. 13]. As of 2007, California's domestic partner laws allow same-sex partners the same rights of a married couple with the exception of being able to legally call their partnership a marriage. On the other hand, voting no on Prop. 8 will inevitably infringe on the rights of many Californians who believe that a marriage should be defined as being between a man and a woman. Here are some examples:

In Massachusetts, Catholic Charities, which had offered adoption services in the state since 1903, suspended those services rather than face state-mandated adoption to same-sex couples. Also in Massachusetts, a father who objected to having his kindergartener taught about same-sex marriage was arrested and jailed for not leaving a meeting with school

officials who refused to tell him when the curriculum was going to be taught.

In New Jersey, a Methodist church lost its tax-exempt status for refusing to host a same-sex marriage on church property. And in our own state, the Oakland city government reprimanded a group of employees for using the sentence, "Marriage is the foundation of the natural family and sustains family values," saying that it was akin to hate speech. Those of us who wish to express our freedom of speech and religion have our rights in danger. A "yes" vote on Prop. 8 protects those rights.

**Derek Baker**

**Rancho Santa Margarita**

Please send your opinions about Prop 8 to jcrandall@ocregister.com. We'll try to publish them as soon as we can.

**Contact the writer: 949-454-7308 or jcrandall@ocregister.com**

ADVERTISEMENT

## Reader Comments

**Comments are encouraged, but you must follow our User Agreement.**
**1. Keep it civil and stay on topic.**
**2. No profanity, vulgarity, racial slurs or personal attacks.**
**3. People who harass others or joke about tragedies will be blocked.**

Oldest First | Newest First | Show Recommended Comments Only



**mvranl wrote:**
Homosexuality is not being taught in schools and it will not be. Marriage is not even taught in schools at all. There have been 2 isolated incidents which have been blown completely out of proportion. The parents of the children used in the commerical going around have demanded that their children not be used in the commercials, yet the Yes on 8 camp continues to exploit them.

Yes on 8 is despicable and evil. It is wrong to take away the rights of others. We are better than this. Vote NO on 8.
10/29/2008 7:33:56 PM
Recommend(1)                               Report Abuse



**mvranl wrote:**
joyfullhappy: Sodom and Gomorrah has nothing to do with homosexuality. Have you even read the bible? And so what if it it did. Religion should not determine the rights of others. This country was founded of freedom of religion, equality for all, and separation of church and state.

It is fundamentally wrong to write eliminating rights into the constitution. We are not talking about your church, we are talking about the state.

Not everyone practices your specific born again religion. Some people do not practice religion at all. It is wrong for a religious majority to enforce their beliefs on others. It is sinful, completely evil, and wrong. Shame on you and prop 8 supporters.

Prop 8 is wrong. Vote NO on 8.
10/29/2008 7:30:00 PM
Recommend(1)                               Report Abuse



**mvranl wrote:**
It is inconcievable to me how anyone can be for prop 8. We are talking about eliminating the rights of people and it is wrong. A church can define holy matrimony anyway it wants to, but the state licenses civil marriage and religion has nothing to do with it. Are you Yes on 8 people forgetting about separation of church and state? What happened to equal rights for all law abiding citizens?

Gay people are your fellow brothers, sisters, children, parents, friends, neighbors, co-workers, teachers, military, and so on. Gays have the same needs, hopes, adn dreams as you and me. It is wrong to eliminate the rights of anyone.

California is better than this. Vote NO on 8.
10/29/2008 7:23:15 PM
Recommend(0)                               Report Abuse

 **joyfulhappy** wrote:
air: the concern is not that it will make the kids gay,it is that it will teach innocent mind that practicing homosexuality is okay when it isn't. Please can anyone tell me why Sodom and Gomorroh was destroyed for practicing homosexuality, but our nation will not be judged for the very same thing?
10/27/2008 5:37:47 PM
　　　　Recommend(0)　　　　　　　　　Report Abuse

 **fantlchka** wrote:
I don't think that anyone disagrees that children will and should be taught about homosexuality at some point in their life. But why should I, as a parent, give up the right to decide when the most appropriate time to discuss this with my child should be? Why should the State or the school decide when the best time to teach my child about this subject? I believe that as a parent, I know the best time and way to teach my child about this subject. Vote Yes on 8 to allow parents to teach their children about moral principles and values when the time is right.
10/27/2008 7:55:59 AM
　　　　Recommend(0)　　　　　　　　　Report Abuse

 **airickoo** wrote:
Why do people care whether kids are taught about gay marriage or gay people in schools? At some point in their life, every school child will encounter a gay person or will learn about gay marriage. This is not going to make kids gay!
10/27/2008 2:02:45 AM
　　　　Recommend(3)　　　　　　　　　Report Abuse

 **jaschu** wrote:
Come on we need to extend marriage rights to kids, too.

First grades are now learning about gay marriage:
http://www.foxnews.com/story/0,2933,436961,00.html

Why cannot a first grade girl get married to her girlfriends or a third grade boy marry his fifth grade buddy?

Come on people marriage is defined and we already voted on this a few years ago.

Vote Yes on 8!
10/26/2008 7:42:59 PM
　　　　Recommend(0)　　　　　　　　　Report Abuse

 **joyfulhappy** wrote:
pug: you missed the point, he was saying that it is already being taught in the schools, it is very subtle. Now with prop 8 they are going in for the kill.
10/26/2008 4:30:16 PM
　　　　Recommend(0)　　　　　　　　　Report Abuse

 **pungacious** wrote:
...but if the math problem involves hot lesbians, it may encourage our students to do better in school.

No on 8, support lesbian algebra homework!
10/26/2008 11:10:04 AM
　　　　Recommend(2)　　　　　　　　　Report Abuse

 **understandplease** wrote:
I'm tired of hearing people say or think that this proposition will not affect anyone else besides gay couples. It's simply not true.

See for yourself at http://www.massresistance.org/docs/marriage/effects_of_ssm.html

By the way, it;s not just sex education or "marriage education" parents care about. Johny's homework: "Jim's husband eats one apple, he used to have four. How many are left?" If this was on my son's homework, I would abject. Would the court support me? Not is prop 8 doesn't pass.
10/25/2008 8:36:14 PM
　　　　Recommend(0)　　　　　　　　　Report Abuse

<<First | <Prev | 1 2 3 4 | Next> | Last>>

POWERED BY [Pluck logo]

## You must be logged in to contribute. Login | Register

[ text box ]

( Submit )

# EXHIBIT H

Asian group rallies for traditional marriage – Union-Tribune Newsblog
Case3:09-cv-02292-JW   Document54-1   Filed06/18/09   Page63 of 77
Page 1 of 4

**SignOnSanDiego.com**
BY THE UNION-TRIBUNE

Weather | Traffic | Surf | Maps | Webcam
Wednesday, June 17, 2009

Home | Today's Paper | Sports | Entertainment | Jobs | Homes | Autos | Classifieds | Shopping | Visitors Guide | Forums

SEARCH | [_____] | Choose Category | GO ↑


Don't let them make allergy medicine R<sub>x</sub> only.
Take Action Now!
Paid for by the Consumer Healthcare Products Association

## News

Metro | Latest News
North County
East County
South County
Temecula/Riverside
Tijuana/Border
California
Nation
Mexico
World
Obituaries
Today's Paper
AP Headlines
Business
Technology
Biotech
Markets
In Depth
In Iraq
Special Reports
Video
Multimedia

## Topics

Education
Features
Health
Military
Politics
Science

## Opinion

Columnists
Steve Breen
Forums
Weblogs

## Communities

Calendar
Just Fix It

## Services

Weather
Traffic
Surf Report
Archives
E-mail Newsletters
Wireless | RSS
Noticias en Enlace

## Newsblog

The latest local news from the Union-Tribune's newsroom

SAVE THIS   EMAIL THIS   PRINT THIS   MOST POPULAR

« Military fuse found at La Mesa park | Main | Chula Vista crash victim identified »

### October 19, 2008

### Asian group rallies for traditional marriage

Saying most Asians don't support same-sex marriage, the Asian Heritage Coalition held a rally for Proposition 8 in downtown San Diego Sunday morning.

About 120 people gathered to hear speeches from religious leaders, including Catholic Bishop Salvatore Cordileone of San Diego, in front of the County Administration Center overlooking San Diego Bay. They wore red shirts to show support for traditional marriage. Red is considered good luck for marriages in China where brides often wear red.

Proposition 8 would overturn a state Supreme Court ruling that has allowed same-sex marriage in California since June 16. It would change the state Constitution to make marriage only between a man and a woman.

Cordileone told the crowd that marriage is about bringing the two sides of humanity -- man and woman -- together.

"There's a lot of gray in life, but there's also black and white," Cordileone said. "And on issues that are black-and-white, issues that have to do with what we call philosophy intrinsic evils, things that are evil in and of themselves, such as the taking of an innocent life or destroying the integrity of family life. These are things that are very clear-cut."

The coalition gave out information in support of Proposition 8 and Proposition 4, which would require parental notification if an underage girl seeks an abortion. A booth also was set up to register people to vote for the Nov. 4 election.

The Asian Heritage Coalition is based in San Diego and has about 500 members from various Asian communities, such as Korean, Chinese and Vietnamese.

Grace Lee, chairwoman of the coalition, said her group wanted to show people that Asians are very much interested in the passage of Proposition 8 based on their teaching and history of its cultures.

"We have our own morals and ethics," she said.

Posted by Craig Gustafson | 03:46 PM

Opinions expressed do not necessarily represent those of SignOnSanDiego or The San Diego Union-Tribune

### Comments

Most people aren't familiar with the LA Korean girl bars that are apparently part of Korean-American culture. Most of the male Korean students I taught at UCSD thought it was fun to denigrate women, while the female students did not. And here we are being taught morality by americans who still practice such disgraceful behavior.

Posted by: Ian Trowbridge at October 19, 2008 05:46 PM




Beat Dealership Prices!!
CLICK HERE

### Quicklinks

| | | | |
|---|---|---|---|
| Restaurants ▸ | Bars ▸ | | |
| Hotels ▸ | Autos ▸ | | |
| Shopping ▸ | Health ▸ | | |
| Eldercare ▸ | Singles ▸ | | |

### Business Listings

[_____] GO ▸

### Free Newsletters

Cell Phone Alerts ▸
Privacy Policy ▸


Local Featured Jobs

i am asian and I am voting NO on prop 8.

Posted by: samantha at October 19, 2008 11:13 PM

This is an embarrassment to minorities everywhere.

Posted by: Andrew at October 19, 2008 11:14 PM

So Bishop Salvatore Cordileone wants to imply that same-sex marriage is an "intrinsic evil"? Has the Catholic Church ever apologized for the hundreds or thousands of people it sent to torture and ultimate death under the name of the sin of "sodomy"?

Is Bishop Salvatore Cordileone aware that the Catholic Church teaches that same-sex attraction is natural? Yes, natural. The Catholic Church also recognizes that dogs, cats, elk, deer, birds, and many other animals have natural, same-sex relationships.

But Bishop Salvatore Cordileone meddles in politics because he wants to force his opinion on others and deny gay people of dignity, respect and individual freedom.

I think the Catholic Church and Bishop Salvatore Cordileone best serve the world teaching love and tolerance while serving their parishioners, not trying to push their ideas on others.

Posted by: Tony at October 19, 2008 11:39 PM

Unfortunately for this small group, a very recent poll suggests an overwhelming majority of Asian and Pacific Islander Californians do not support Proposition 8. Many cite their community's history of being singled-out and discriminated against.

http://www.asianweek.com/2008/10/18/survey-indicates-asian-american-opposition-to-gay-marriage-ban/

Posted by: JoeB at October 20, 2008 03:26 AM

"Cordileone told the crowd that marriage is about bringing the two sides of humanity -- man and woman -- together."

I thought the two sides of humanity were kindness and compassion.

And humanity was characteristics considered to be typical of all human beings.

Posted by: Leslie at October 20, 2008 06:09 AM

I am an American of Asian ethnicity and I support Prop 8. This is not about politic. This is about culture.

Posted by: soei at October 20, 2008 09:06 AM

"But Bishop Salvatore Cordileone meddles in politics because he wants to force his opinion on others and deny gay people of dignity, respect and individual freedom."

Dignity can't be taken away, it must be willingly surrendered. Respect must be earned. Proposition 8 does not take away any individual freedoms.

Vote for Traditional Marriage. Vote for Freedom of Religion. Vote for Separation of Church and State. Vote Yes on 8.

Posted by: Rigbee Dugane at October 20, 2008 09:21 AM

Whenever people are being forced to accept abberant behavior they will resist. Worldwide, traditionally and culturally, marriage is between man and woman. The liberals in America want to go against this tradition so that it opens the door to even more aberrant behavior being accepted. American freedom is being used to advocate that it is okay to do anything, as long as it feels good. That sense of entitlement is the basis of many of the ills in our society today.

Posted by: sky173 at October 20, 2008 10:29 AM

I'm Asian-American and they most certainly DO NOT speak for me. In fact, I'm pretty outraged at their claim that "most" Asians don't support

**Outside Advertising Sales Representative - Enlace**
San Diego Union-Tribune

**Assistant City Manager**
Imperial Beach, California City of Imperial Beach

**Outside Sales Opportunities!**
San Diego Union-Tribune

**GENERAL**
SAN DIEGO, CA CAMPESINOS UNIDOS, INC.

**Nurse MDS Coordinator**
San Diego, California Carmel Mountain Rehabilitation & Healthcare

More jobs

Guides

| Vegas | ▶ | Spas/Salon | ▶ |
| Travel | ▶ | Weddings | ▶ |
| Wine | ▶ | Old Town | ▶ |
| Baja | ▶ | Catering | ▶ |
| Casino | ▶ | Home Imp. | ▶ |
| Golf | ▶ | SD North | ▶ |
| Gaslamp | ▶ | | |

same sex marriage; if you want to make such a claim, show me its truth.

Posted by: JW at October 20, 2008 11:26 AM

this is why I've kept my distance from asian groups.

Posted by: peter at October 20, 2008 11:56 AM

"The liberals in America want to go against this tradition so that it opens the door to even more aberrant behavior being accepted"

WAHH! The evil librulz are forcing me to be tolerant of other people. WAHH!

Listen, the slippery slope argument doesn't work here. Just because YOU don't like homosexuality doesn't mean that YOU have any right whatsoever to tell people that they're wrong.

And no, it does not mean that it will lead down a path of "OMG Pedophilia!" or whatever boogieman you people are trying to conjure up today.

Posted by: Ol' Ed at October 20, 2008 01:30 PM

As an Asian American they do not speak for me. VOTE NO ON PROP 8.

Hey Ian, you are as intolerant as the Asian Americans that are at this rally.

So are Korean American men the only ones to say disparaging things about women? What about White men or black men?
You act

You talk about the girl bars? Hello!!! I think americans invented strip clubs. You ever drive in point loma? I think white americans operate those establishments and probably make up the majority of the clientele. What about the brothels in Nevada? I dont think that those are asian operated or frequented by asians either.

Since you are teaching in UCSD I can only assume you are a professor or a teaching assistant going for your phD or masters and I am saddened to see this statement from someone with your level of education.

Do not go judging a group based on your stereotypes, In my opinion you are just as ignorant as the people who participated in the rally based on your ignorance. You should save your morality lesson for yourself.

Posted by: R at October 20, 2008 07:47 PM

Well; the facist bigots of the left are showing their fangs... So these folks don't have a right to have an opinion since it doesn't comport with the enlightened. Maybe you could inter them.

Posted by: Tom at October 22, 2008 04:07 PM

As a non-Asian American, I say it makes perfect sense to me.

Vote YES on Prop. 8.

Posted by: Pancho Goldfried at October 22, 2008 04:19 PM

Well, this heterosexual married Chinese American is disgusted that a group that I could normally associate and align with would be such bigots. I showed my 88 year old grandmother, who is constantly trying to get me to join Asian Heritage groups, this article and she agreed that if this philosophy is the kind of ideals behind holding onto one's roots....then maybe it's time to let go!

Posted by: Catherine at October 23, 2008 12:16 PM

My name is Grace Lee. I am not the chairwoman of the Asian Heritage Coalition and in fact, I am voting NO on Prop 8. I only found out about this group because I have received a couple of emails from people assuming that I am her. As a proud American born daughter of Korean immigrants, I take issue with Grace saying that Asians "have our own morals and ethics." My Korean-born parents taught me to be tolerant of others and that everyone deserves equal rights. That's why they immigrated to this country and that's the message I will pass on to my

Asian group rallies for traditional marriage — Union-Tribune Newsblog.     Page 4 of 4

Case3:09-cv-02292-JW   Document54-1   Filed06/18/09   Page66 of 77

son as well.

Posted by: Grace Lee at October 23, 2008 01:34 PM

This is shameful! NOT all Asian Americans think this way!

DO NOT GENERALIZE!
There are many other Asian ethnicities that may not agree with this
proposition; including Filipino, Japanese, Hmong, Iu Mien, Chem, Thai,
and Laotian Americans etc. This is only a small group in San Diego that
are siding with this proposition. In northern California, what I have seen,
it is a much different picture with Asian Americans than this rally in San
Diego has depicted.

And for my fellow Asian Americans who are afraid to join their ethnically
themed organizations - Don't be! You just have not found the right one!
Keep looking around!

Equality for ALL!

Posted by: Jocee at October 28, 2008 12:26 PM

It wasn't that long ago that a lot of bigoted and hateful Americans
stripped the rights of citizens because they were different, and went so
far as to put those they feared in camps. They had their own "ethics and
morals," I guess. And now the Asian Heritage Coalition wishes to honor
that by stripping the rights of those they themselves fear. For unblinking
hypocrisy at its finest I say: Good work, Asian Heritage Coalition.

Posted by: Steve at October 30, 2008 08:47 PM

"Whenever people are being forced to accept abberant behavior they will
resist. Worldwide, traditionally and culturally, marriage is between man
and woman."
-Wow well guys, looks like the foremost authority on the human
condition has spoken. Where can I get his/her information? I want to ask
about what I should do about the giant dinosaur fossil in my backyard.

Posted by: John Doe at October 30, 2008 11:21 PM

I am Asian in fact I come from one of the most narrow - minded country
posible - Malaysia, but i don't think gay marriage is wrong, Its just
people getting married... it do not have a large impact in your life... why
are you so work up about it?... Its just your believes... allowing gay
marriage do not take away your believes... omg... i want to slap your
face *slap*... zomg you arent getting it...*slap*... omfg jst chill... FOR
THE LOVE OF...EVERYTHING!! JST STFU!!

Posted by: Jian at November 3, 2008 10:41 PM

## Post a comment (Terms of Use)
Name:

Email Address:

Comments:

[Preview]  [Post]
(Posting may take a
moment. Please press button
only once.)

 Contact SignOnSanDiego.com | Online Media Kit | Print Media Kit | FAQ | Make us your Home Page
Contact the Union-Tribune | About the Union-Tribune | Site Index | Privacy Policy | Your California Privacy Rights
© Copyright 2009 The San Diego Union-Tribune, LLC

# EXHIBIT I

document3

**SFGate**.com

## Hate crime charge in Prop. 8 sign attack

Wednesday, October 29, 2008

(10-29) 06:48 PDT Torrance, CA (AP) --

A Torrance man has been charged with a felony hate crime assault for allegedly using an anti-gay marriage "Yes on Prop. 8" lawn sign to attack a gay man wearing a "No on 8" button.

Prosecutor Janet Wilson says 23-year-old Joseph Storm and the 22-year-old victim got into a squabble early Sunday on a Torrance street.

The prosecutor says it's unclear if the dispute centered on same-sex marriage ban Proposition 8. Storm told investigators he was angry because the man had tossed the pro-proposition sign into the street and was littering.

Wilson says Storm allegedly used the "Yes on Prop. 8" lawn sign to knock down the victim, who was then punched and choked while Storm allegedly uttered a homosexual slur.

_____

Information from: Daily Breeze, www.dailybreeze.com

http://sfgate.com/cgi-bin/article.cgi?f=/n/a/2008/10/29/state/n064853D35.DTL

# EXHIBIT J

THE SACRAMENTO BEE  sacbee.com

# Capitol and California

Slideshow
《 》

**RANDALL BENTON / rbenton@sacbee.com**

José Eduardo Verástegui, a Mexican soap opera star and fashion model, is the face - and voice - of Spanish language commercials calling for "yes" votes in favor of a parental notification law for abortion and a ban on same-sex marriage. He was in Sacramento earlier this month, participating in an anti-abortion demonstration in front of a Planned Parenthood office in the city.

## More Information

- 2008 Ballot Watch: Proposition 4: Abortion notification
- 2008 Ballot Watch: Proposition 8: Same-sex marriage ban
- Marcos Bretón: Prop. 8's savvy strategist makes kids the focus

| Related on sacbee.com |
|---|
|  **NBA prospect Rubio visits Sacramento** Sam Amick, 22 hours, 4 minutes ago |
| **Capitol Alert: Who might run for Becerra's seat** 1 week ago |
|  **Tussaud's wax figures have fans melting at Sacramento park...** Allen Pierleoni, 1 day, 22 hours ago |

Capitol and California
Comments (68) | ⇧ Recommend (6)| Print

# Prop. 4, 8 campaigns battle fiercely for crucial Latino vote

ShareThis

By Peter Hecht and Susan Ferriss
phecht@sacbee.com
Published: Sunday, Oct. 26, 2008 - 12:00 am | Page 1A
Last Modified: Sunday, Oct. 26, 2008 - 4:27 pm

José Eduardo Verástegui, a Mexican soap opera star and fashion model whom People en Español magazine named one of the 50 most beautiful people in the world, is taking to the airwaves to persuade California voters on two emotionally charged social issues.

Verástegui is the face - and voice - of Spanish-language commercials calling for "yes" votes in favor of a parental notification law for abortion and a ban on same-sex marriage.

His presence in the campaigns for Propositions 4 and 8 underscores the fight for a critical constituency that could decide either measure.

Latino, mostly Catholic, voters overwhelmingly favor Proposition 4. Their turnout is considered key to whether the parental notification initiative passes after two previous ballot failures.

On gay marriage, Latino voters are split. They may well prove to be a critical swing vote on Proposition 8.

From Spanish-language television commercials to inserts in church bulletins, proponents of the initiatives are trying to reach voters such as Juan Navarro, a 44-year-old farmworker from Turlock.

Navarro read translated ballot arguments for Proposition 4 and decided he will vote in favor of the measure requiring doctors to give a parent or guardian 48 hours notice before performing an abortion on a girl under 18.

"There shouldn't be a situation where a girl is in a hospital or a clinic and nobody knows about it," said Navarro, a Catholic who strongly opposes abortion on religious grounds.

Navarro is also a "yes" vote on Proposition 8 because, he said, his faith teaches him that marriage between a man and a woman "is essential to procreation for the continuation of the world."

To reach similar voters, the Yes on 8 campaign is spending $1 million on Spanish-language TV and radio ads. One radio spot features Cardinal Roger Mahony of Los Angeles.

Frank Shubert, manager of the Yes on 8 campaign, said "we have tremendous involvement from the Catholic Church" in pushing the message that gay marriage is wrong and that "children need a mother and a father."

But other influential Latinos, including Los Angeles Mayor Antonio Villaraigosa and leaders of the United Farm Workers union, are spreading the word that Proposition 8 is anti-civil rights.

Villaraigosa, who contributed $25,000 to the No on 8 campaign, put out a statement describing his pride in officiating same-sex weddings since the state Supreme Court in June ruled that gay marriage is legal under the California constitution.

Yvette Martinez, political director of the No on 8 campaign, said bilingual phone bank volunteers are appealing to Latinos to be supportive of their family members, regardless of sexual orientation.

"*Familia es familia* - family is family," Martinez said. "We don't treat anyone differently in our families, gay or straight."

That appeal works for Aurora Rodriguez, a retired teacher in Contra Costa County who favors Proposition 4 but opposes 8.

Rodriguez, a volunteer at a Catholic church in Walnut Creek, agrees with church bulletins that say parents should be notified if a teen is seeking an abortion. On gay marriage, she said, "As a Catholic, I'm not supposed to be for it." But her life has told her otherwise.

"I have a brother who was gay," Rodriguez said. "He died of AIDS. I would support him if he had come to me and said he wanted to get married." Rodriguez symbolizes the complex emotions among many Latino voters over social and religious issues.

In a late September state Field Poll, 62 percent of Latinos supported the abortion notification measure. On gay weddings, Latinos were more divided. Thirty-nine percent favored the same-sex marriage ban and 44 percent opposed it. Gaston Espinosa, a Claremont McKenna College professor who studies Hispanic churches, said more Latinos may support Proposition 4 because of a cultural sense that "family issues are decided by the family, not by people outside the family."

Besides religious opposition to abortion, he said it is common for Latino parents to help daughters who become pregnant to raise their babies. But Espinosa said more Latinos are more indifferent to gay marriage as an issue.

While many Latino voters oppose gay marriage on moral grounds, many naturalized citizens from urban Mexico tend to be more accepting. Same-sex civil unions are legal in Mexico City and one northern Mexican state.

But at Our Lady of Guadalupe church in Sacramento, the 7,000 parishioners - virtually all of them Latino - are given "Catholics for Marriage Protection" pamphlets written in Spanish. And the church pastor, the Rev. Lino Otero, notes, "The Mexican government doesn't represent what the church teaches."

Meanwhile, Otero delivers sermons on Proposition 4 endorsing "the authority of parents" and "the right to know" about teen abortions.

The No on 4 campaign is running Spanish-language commercials featuring Los Angeles County Supervisor Gloria Molina. In the ads, she warns of *nuestras hijas en peligro* - our daughters in danger - who could be subject to abuse or unsafe, clandestine abortions if Proposition 4 passes.

While many official proponents of Proposition 4 also favor Proposition 8 and many opponents reject both measures, the correlation doesn't necessarily extend to voters.

Alejandro Madrigal, 30, a Shasta County real estate agent and father of three, said he believes the parental notification measure could spare a young girl from an "damaging," "life-changing" abortion and give time to explore options such as adoption.

But Madrigal said gays "should be able to marry just like everyone else."

"They're our policemen. They're our firemen. They fight in our wars," he said. "If they can run into a burning building ... they should have an opportunity to marry."

ShareThis

es familia – family is family," Martinez said. "We don't treat anyone differently in our families, gay or straight." That appeal works for Aurora Rodriguez, a retired teacher in Contra Costa County who favors Proposition 4 but opposes 8. Rodriguez, a volunteer at a Catholic church in Walnut Creek, agrees with church bulletins that say parents should be notified if a teen is seeking an abortion. On gay marriage, she said, "As a Catholic, I'm not supposed to be for it." But her life has told her otherwise. "I have a brother who was gay," Rodriguez said. "He died of AIDS. I would support him if he had come to me and said he wanted to get married." Rodriguez symbolizes the complex emotions among many Latino voters over social and religious issues. In a late September state Field Poll, 62 percent of Latinos supported the abortion notification measure. On gay weddings, Latinos were more divided. Thirty-nine percent favored the same-sex marriage ban and 44 percent opposed it. Gaston Espinosa, a Claremont McKenna College professor who studies Hispanic churches, said more Latinos may support Proposition 4 because of a cultural sense that "family issues are decided by the family, not by people outside the family." Besides religious opposition to abortion, he said it is common for Latino parents to help daughters who become pregnant to raise their babies. But Espinosa said more Latinos are more indifferent to gay marriage as an issue. While many Latino voters oppose gay marriage on moral grounds, many naturalized citizens from urban Mexico tend to be more accepting. Same-sex civil unions are legal in Mexico City and one northern Mexican state. But at Our Lady of Guadalupe church in Sacramento, the 7,000 parishioners – virtually all of them Latino – are given "Catholics for Marriage Protection" pamphlets written in Spanish. And the church pastor, the Rev. Lino Otero, notes, "The Mexican government doesn't represent what the church teaches." Meanwhile, Otero delivers sermons on Proposition 4 endorsing "the authority of parents" and "the right to know" about teen abortions. The No on 4 campaign is running Spanish-language commercials featuring Los Angeles County Supervisor Gloria Molina. In the ads, she warns of nuestras hijas en peligro – our daughters in danger – who could be subject to abuse or unsafe, clandestine abortions if Proposition 4 passes. While many official proponents of Proposition 4 also favor Proposition 8 and many opponents reject both measures, the correlation doesn't necessarily extend to voters. Alejandro Madrigal, 30, a Shasta County real estate agent and father of three, said he believes the parental notification measure could spare a young girl from an "damaging," "life-changing" abortion and give time to explore options such as adoption. But Madrigal said gays "should be able to marry just like everyone else." "They're our policemen. They're our firemen. They fight in our wars," he said. "If they can run into a burning building … they should have an opportunity to marry." Call Peter Hecht, Bee Capitol Bureau, (916) 326-5539.

---

**Topic Tags**

**Related Topics**

Abortion Rights   Catholic Church   Los Angeles   Mexico City   Pope Benedict XVI   San Francisco   World Health Organization

**Popular Topics**

Arnold Schwarzenegger   Barack Obama   Darrell Steinberg   El Dorado Hills   Jerry Brown   Kevin Johnson   Tax Increases

---

## About Comments

Reader comments on Sacbee.com are the opinions of the writer, not The Sacramento Bee. If you see an objectionable comment, click the "report abuse" button below it. We will delete comments containing inappropriate links, obscenities, hate speech, and personal attacks. Flagrant or repeat violators will be banned. See more about comments here.

## What You Should Know About Comments on Sacbee.com

Case3:09-cv-02292-JW   Document54-1   Filed06/18/09   Page74 of 77

Sacbee.com is happy to provide a forum for reader interaction, discussion, feedback and reaction to our stories. However, we reserve the right to delete inappropriate comments or ban users who can't play nice. (See our full terms of service here.)

Here are some rules of the road:

• Keep your comments civil. Don't insult one another or the subjects of our articles. If you think a comment violates our guidelines click the "report abuse" button to notify the moderators. Responding to the comment will only encourage bad behavior.

• Don't use profanities, vulgarities or hate speech. This is a general interest news site. Sometimes, there are children present. Don't say anything in a way you wouldn't want your own child to hear.

• Do not attack other users; focus your comments on issues, not individuals.

• Stay on topic. Only post comments relevant to the article at hand. If you want to discuss an issue with a specific user, click on his profile name and send him a direct message.

• Do not copy and paste outside material into the comment box.

• Don't repeat the same comment over and over. We heard you the first time.

• Do not use the commenting system for advertising. That's spam and it isn't allowed.

• Don't use all capital letters. That's akin to yelling and not appreciated by the audience.

You should also know that The Sacramento Bee does not screen comments before they are posted. You are more likely to see inappropriate comments before our staff does, so we ask that you click the "report abuse" button to submit those comments for moderator review. You also may notify us via email at feedback@sacbee.com. Note the headline on which the comment is made and tell us the profile name of the user who made the comment. Remember, comment moderation is subjective. You may find some material objectionable that we won't and vice versa.

If you submit a comment, the user name of your account will appear along with it. Users cannot remove their own comments once they have submitted them, but you may ask our staff to retract one of your comments by sending an email to feedback@sacbee.com. Again, make sure you note the headline on which the comment is made and tell us your profile name.

POWERED BY Pluck

**You must be logged in to leave a comment. Login | Register**

[Submit]

**Comments:** 💬 68   **Showing:** | Newest first |

Case3:09-cv-02292-JW    Document54-1    Filed06/18/09    Page75 of 77

**ben76 wrote on 10/26/2008 06:22:44 AM:**

Sah, you are totally right, this is all about greed, but you've got it totally wrong on who is getting all the money. Abortion providers and the state will be the one's receiving all the money if Prop 4 and 8 don't pass. Easier for abortion providers to make money and the state will get added tax revenue. Join me, Sah, in voting YES on 4 and 8 if you are truly against greed.

Recommend (4)



**menotyoutoo wrote on 10/26/2008 05:55:55 AM:**

iHateDouchebags "Gays everywhere are right now basking in the glow of Christian love they are receiving in their fight for equal rights." Christians love everyone, just hate immorality. This doesn't make a Christian a hypocrite - it just acknowledges a higher-power that tells us what is wrong and right.
BTW - Homosexual "marriage" is not about rights - it's about making their immorality acceptable. Look back at our country's history and you'll find that in some states homosexuals received the death penalty. This is not "homophobic" but a rational based upon morality.
Today's USA is so morally corrupt that in 50 years we'll be fighting for the pedophile's right to marry - or brothers and sisters.
Think I'm wrong - think about this: the prisoners over at Folsom have more rights than the victims they violated.

Recommend (9)



**sah wrote on 10/26/2008 05:19:41 AM:**

Why is the church against abortion and gay marriage? Is it God's word or is it man's word? The truth is it is all about greedy men and money. The primary directive of the Church (the man/non-spiritual side) was/is to increase collections ($) and the way to do that is to increase the size of the flock. Both abortions and gay marriage threaten the expansion of followers and therefore both are considered evil. Again, this is all about greed not the word of God. Vote No on both 4 and 8!

Recommend (7)



**neiman11 wrote on 10/26/2008 05:13:16 AM:**

Every Catholic, Latino or not, will vote for Prop 4 and McCain. Read what the archbishop of Denver says about Obama/Biden.
**http://elections.foxnews.com/2008/10/19/denver-archbishop-obama-committed-abortion/**

Recommend (1)



**JSavage wrote on 10/26/2008 05:02:31 AM:**

The Latino voters should know that the Yes on 8 people are not their friends. It is these very same right wingers who have pushed anti-immigrant innitiatives in the past. People are entitled to have religious freedom and feel however they wish on same-sex marriage, just as same-sex couples have the right to be treated equally under the law. Marriage is a stabilizing influence on society. Taking away that right to same-sex couples will serve to destabilize our society. NO ON 8!!!

Recommend (7)



**giv_me_quality wrote on 10/26/2008 04:57:10 AM:**

We learn in Genesis that all men are created in God's likeness, be they straight, gay, deformed, or mentally ill; and science has been able to conclusively prove genetic differences in the quantity of certain cellular growth in the brains of homosexuals. That means homosexuality is not an issue of free will, but rather part of a divine plan, and oppression one of God's creations with one of man's laws is certainly sacrilegious. Prop. 8 is about hate, bigotry, and oppession.

Recommend (6)



**giv_me_quality wrote on 10/26/2008 04:54:25 AM:**

In Genesis we learn that all men are created in God's likeness, be they straight, gay, deformed, or mentally ill, and we know that genetic differences have been identified through different brain cell growth for homosexuals. So we know homosexuality is not a lifestyle choice of free will but rather part of a divine plan. That any Catholic would choose man's laws to oppress one of God's creations is sacrilegious. 8 is about hate, bigotry, and oppression.

Recommend (5)

More comments on this story:  1  2  3  4  5  6  7

**Obama Urges Homeowners to Refinance**
$180,000 Refinance for SeeRefinanceRates.com

**Cheap Car Insurance**
Drivers Pay $44/mo on Avg for Car Insurance. Are you paying too much? Auto-Insurance-Experts.com

**Online Degrees**
Get Your AA, BA, Masters or PhD at a Top Online School. Start Now. Education.Nextag.com/online

Ads by Yahoo!