OFFICE OF THE COUNTY COUNSEL
ELIZABETH M. CORTEZ, Assistant County Counsel
JUDY W. WHITEHURST, Principal Deputy County Counsel
(SBN 182855) • jwhitehurst@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1845 · Fax: (213) 617-7182

Attorneys for DEAN C. LOGAN
REGISTRAR-RECORDER/COUNTY
CLERK, COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>   Plaintiffs,<br><br>   v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>   Defendants. | CASE NO. 09-CV-2292 VRW<br><br>**REQUEST FOR TELEPHONIC APPEARANCE BY DEFENDANT DEAN C. LOGAN, LOS ANGELES COUNTY REGISTRAR-RECORDER/ COUNTY CLERK RE MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO INTERVENE**<br><br>Date:   July 2, 2009<br>Time:   10:00 a.m.<br>Judge:  Chief Judge Vaughn R. Walker<br>Location: Courtroom 6, 17th Floor |

1    Defendant Dean C. Logan, Los Angeles County Registrar-Recorder/County
2 Clerk (hereinafter "LA County Registrar) respectfully requests to appear
3 telephonically at the July 2, 2009 hearing on Plaintiffs' Motion for Preliminary
4 Injunction and Proposed Intervenors' Motion to Intervene, and in support thereof
5 state:
6    1.   On May 27, 2009, Plaintiffs filed their Motion for Preliminary
7 Injunction.  The hearing is set for July 2, 2009 at 10:00 a.m.
8    2.   On May 28, 2009, Proposed Intervenors filed their Motion to Intervene.
9 The hearing is set for July 2, 2009 at 10:00 a.m.
10    3.   On June 11, 2009, LA County Registrar filed Statements of No
11 Position in response to both of the above-referenced motions.  The LA County
12 Registrar takes no position on either motion and as such will abide by the decision
13 of this Court on the motions.
14    4.   Scarce Government resources are better preserved by allowing this
15 neutral defendant to appear telephonically.
16    Therefore, Defendant LA County Registrar respectfully requests that the
17 Court grant the request for a telephonic appearance at the July 2, 2009 hearing.
18 Counsel's direct telephone number for the morning of the hearing is:  213-974-1845.
19
20 DATED: June 23, 2009            Respectfully submitted,
21
                                  OFFICE OF THE COUNTY COUNSEL
22
23                                By    /s/ Judy W. Whitehurst
                                        JUDY W. WHITEHURST
24                                      Principal Deputy County Counsel
25
                                  Attorneys for DEAN C. LOGAN
26                                REGISTRAR-RECORDER/COUNTY
                                  CLERK, COUNTY OF LOS ANGELES
27
28  HOA.622322.1                                                    09-CV-2292 VRW
                                               LA COUNTY REGISTRAR'S REQUEST FOR TELEPHONIC
                                               APPEARANCE RE MOTIONS SET FOR HEARING

**DECLARATION OF SERVICE**
**USDC – Northern District Case No. 09-CV-2292 VRW**
*Perry, et al. v. Schwarzenegger, et al.*

STATE OF CALIFORNIA, County of Los Angeles:

Hazel T. Bataclan states:  I am employed in the County of Los Angeles, State of California, over the age of eighteen years and not a party to the within action.  My business address is 648 Kenneth Hahn Hall of Administration, 500 West Temple Street, Los Angeles, California 90012-2713.

That on June 23, 2009, I served the attached

1.  LA County Registrar's Request for Telephonic Appearance re Motions Set for Hearing on July 2, 2009;
2.  [Proposed] Order re Request for Telephonic Appearance

upon the ***non-CM/ECF participants/Interested Party(ies)*** by placing ☐ the original ☐ a true copy thereof enclosed in a sealed envelope addressed ☐ as follows ☒ as stated on the attached mailing list:

**(BY MAIL)** by sealing and placing the envelope for collection and mailing on the date and at the place shown above following our ordinary business practices.  I am readily familiar with this office's practice of collection and processing correspondence for mailing.  Under that practice the correspondence would be deposited with the United States Postal Service that same day with postage thereon fully prepaid.

I declare that I am employed in the offices of a member of this court at whose direction the service was made.

Executed on June 23, 2009, at Los Angeles, California.

|  Hazel T. Bataclan | /s/ Hazel T. Bataclan |
|---|---|
| **Type or Print Name of Declarant <u>and</u>, for personal service by a Messenger Service, include the name of the Messenger Service** | **Signature** |

## SERVICE LIST

| | |
|---|---|
| David Boies, Esquire<br>Theodore Hideyuki Uno, Esquire<br>Boies Schiller & Flexner, LLP<br>333 Main Street Armonk, NY 10504 | James A. Campbell, Esquire<br>Alliance Defense Fund<br>15100 North 90th Street<br>Scottsdale, AZ 85260 |
| Theane Evangelis Kapur, Esquire<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 | Austin R. Nimocks, Esquire<br>Jordan W. Lorence, Esquire<br>Alliance Defense Fund<br>801 G Street NW<br>Suite 509<br>Washington, DC 20001 |
| Charles J. Cooper, Esquire<br>David H. Thompson, Esquire<br>Howard C. Nielson, Jr., Esquire<br>Peter A. Patterson, Esquire<br>Copper & Kirk PLLC<br>1523 New Hampshire Avenue NW<br>Washington, DC 20036 | |