1  ALAN L. SCHLOSSER (SBN 49957)
   aschlosser@aclunc.org
2  ELIZABETH O. GILL (SBN 218311)
   egill@aclunc.org
3  ACLU FOUNDATION OF NORTHERN CALIFORNIA
   39 Drumm Street
4  San Francisco, CA 94111
   T: (415) 621-2493/F: (415) 255-8437
5
   JON W. DAVIDSON (SBN 89301)
6  jdavidson@lambdalegal.org
   JENNIFER C. PIZER (SBN 152327)
7  jpizer@lambdalegal.org
   TARA BORELLI (SBN 216961)
8  tborelli@lambdalegal.org
   LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
9  3325 Wilshire Boulevard, Suite 1300
   Los Angeles, CA 90010
10 T: (213) 382-7600/F: (213) 351-6050

11 SHANNON P. MINTER (SBN 168907)
   sminter@nclrights.org
12 NATIONAL CENTER FOR LESBIAN RIGHTS
   870 Market Street, Suite 370
13 San Francisco, CA 94102
   T: (415) 392-6257/F: (415) 392-8442

14
                    **UNITED STATES DISTRICT COURT**
15
                   **NORTHERN DISTRICT OF CALIFORNIA**
16

17 KRISTIN M. PERRY, SANDRA B. STIER,          CASE NO. 09-CV-2292 VRW
   PAUL T. KATAMI, and JEFFREY J.
18 ZARRILLO,                                   **NOTICE OF MOTION AND MOTION FOR
                                               LEAVE TO FILE BRIEF OF** *AMICI CURIAE*
                  Plaintiffs,                  **AMERICAN CIVIL LIBERTIES UNION,
19                                             LAMBDA LEGAL DEFENSE AND
           v.                                  EDUCATION FUND, INC., AND
20                                             NATIONAL CENTER FOR LESBIAN
   ARNOLD SCHWARZENEGGER, in his official      RIGHTS; [PROPOSED] ORDER**
21 capacity as Governor of California; EDMUND
   G. BROWN, JR., in his official capacity as
22 Attorney General of California; MARK B.
   HORTON, in his official capacity as Director of   Date:      July 2, 2009
23 the California Department of Public Health and     Time:      10:00 a.m.
   State Registrar of Vital Statistics; LINETTE      Judge:     Chief Judge Walker
24 SCOTT, in her official capacity as Deputy         Location:  Courtroom 6, 17th Floor
   Director of Health Information & Strategic
25 Planning for the California Department of Public   Trial Date:  Not Set
   Health; PATRICK O'CONNELL, in his official
26 capacity as Clerk-Recorder for the County of
   Alameda; and DEAN C. LOGAN, in his official
27 capacity as Registrar-Recorder/County Clerk for
   the County of Los Angeles,
28
                  Defendants.

---

Additional Counsel:

MARK ROSENBAUM (SBN 59940)
mrosenbaum@aclu-sc.org
LORI RIFKIN (SBN 244081)
lrifkin@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
T: (213) 977-9500/ F: (213) 250-3919

DAVID BLAIR-LOY (SBN 229235)
dblairloy@aclusandiego.org
ACLU FOUNDATION OF SAN DIEGO AND IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138
T: (619) 232-2121/F: (619) 232-0036

MATTHEW A. COLES (SBN 76090)
mcoles@aclu.org
JAMES D. ESSEKS (SBN 159360)
jesseks@aclu.org
LGBT & AIDS PROJECT
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10005
T: (212) 549-2500/F: (212) 549-2650

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the American Civil Liberties Union, Lambda Legal Defense and Education Fund, Inc. and the National Center for Lesbian Rights hereby move the Court for leave to file a brief *amici curiae* in the above-captioned case, addressing plaintiffs' likelihood of success on the merits of their equal protection claim. *Amici* have conferred with counsel for Plaintiffs, Defendants, and Proposed Intervenors, and all counsel have consented to this motion.

## I.    STANDARD FOR MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE*

"District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Sonoma Falls Devs., LLC v. Nev. Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003.)  This standard is met here.

## II.   IDENTITY AND INTERESTS OF *AMICI CURIAE*

The American Civil Liberties Union (ACLU) is a nationwide, nonpartisan organization with more than 550,000 members dedicated to the defense and promotion of the guarantees of individual liberty secured by state and federal Constitutions and civil rights statutes.  The ACLU Foundation of Northern California, the ACLU Foundation of Southern California, and the ACLU Foundation of San Diego and Imperial Counties are the three California affiliates of the ACLU.

Lambda Legal Defense and Education Fund, Inc. (Lambda Legal) is the nation's oldest and largest nonprofit legal advocacy organization dedicated to achieving full civil rights for lesbian, gay, bisexual and transgender (LGBT) people and those living with HIV through impact litigation, education and public policy work.  With offices in Los Angeles, Atlanta, Chicago, Dallas and New York, Lambda Legal litigates cases and engages in public advocacy in all areas of sexual orientation and gender identity discrimination law and policy.

NCLR is a national non-profit legal organization dedicated to protecting and advancing the civil rights of lesbian, gay, bisexual, and transgender people and their families through litigation, public policy advocacy, and public education.  Since its founding in 1977, NCLR has played a leading role in securing fair and equal treatment for LGBT people and their families in cases across

1   the country involving constitutional and civil rights.  NCLR has a particular interest in protecting

2   same-sex couples and their children.

3        The ACLU, Lambda Legal, and NCLR have significant experience and interest in the issues

4   presented in this case.  Together, the organizations represented plaintiffs in the litigation that

5   culminated in the California Supreme Court's decision in *In re Marriage Cases*, 183 P.3d 384 (Cal.

6   2008).  The organizations also collectively filed the lead challenge to Proposition 8 in the California

7   Supreme Court, which resulted in that Court's decision in *Strauss v. Horton*, 207 P.3d 48 (Cal. 2009).

8   **III.   CONCLUSION**

9        For the foregoing reasons, the American Civil Liberties Union, Lambda Legal Defense and

10  Education Fund, and the National Center for Lesbian Rights respectfully request this Court's leave to

11  submit a brief *amici curiae*.

12

13  Dated:  June 25, 2009                        ALAN L. SCHLOSSER
                                                 ELIZABETH O. GILL
14                                               ACLU Foundation of Northern California

15                                               JON W. DAVIDSON
                                                 JENNIFER C. PIZER
16                                               TARA BORELLI
                                                 Lambda Legal Defense and Education Fund, Inc.
17
                                                 SHANNON P. MINTER
18                                               National Center For Lesbian Rights

19                                               MATTHEW A. COLES
                                                 JAMES D. ESSEKS
20                                               LGBT & AIDS Project
                                                 American Civil Liberties Union Foundation
21
                                                 MARK ROSENBAUM
22                                               LORI RIFKIN
                                                 ACLU Foundation of Southern California
23
                                                 DAVID BLAIR-LOY
24                                               ACLU Foundation of San Diego and Imperial Counties

25                                               By:  _____/s/_____
                                                      ELIZABETH O. GILL
26

27                                               Attorneys for *Amici Curiae*

28

                                              3

1

**[PROPOSED] ORDER**

2       Good cause appearing, the motion of American Civil Liberties Union, Lambda Legal Defense

3    and Education Fund, and National Center for Lesbian Rights for leave to file a brief *amici curiae* is

4    hereby GRANTED.

5       IT IS SO ORDERED.

6

7

8    Dated:  June _____, 2009

9                                                                    _____
                                                                     Hon. Vaughn R. Walker
                                                                     United States Chief District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28