

Clerk's Use Only

Initial for fee pd.:

ORIGINAL

TOBIAS BARRINGTON WOLFF (PA SBN 207270)
University of Pennsylvania Law School
3400 Chestnut Street
Philadelphia, PA 19104-6204
Telephone: 215-898-7471
E-mail: tobiaswolff@mindspring.com

FILED

09 JUN 25 AM 11: 56

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

KRISTIN M. PERRY, et al.,

Plaintiff(s),

v.

ARNOLD SCHWARZENEGGER, in his
official capacity as Governor of California, et
al.,

Defendant(s).      /

**CASE NO.** 09-CV-02292 VRW

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, TOBIAS BARRINGTON WOLFF, an active member in

good standing of the bar of Pennsylvania and New York, hereby applies for admission to practice

in the Northern District of California on a pro hac vice basis representing amicus curiae Equality

California in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest

court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local

Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

become familiar with the Local Rules and the Alternative Dispute Resolution

programs of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who

maintains an office within the State of California has been designated as co-

counsel in the above-entitled action. The name, address and telephone number of

that attorney is:

Case No. 09-CV-02292 VRW                    1
Application for Admission of Attorney *Pro Hac Vice*

Clerk's Use Only

Initial for fee pd.:

1    JAMES J. BROSNAHAN (CA SBN 34555)
Morrison & Foerster LLP
2    425 Market Street, San Francisco, CA 94105-2482
Telephone: 415-268-7000
3

4

5    I declare under penalty of perjury that the foregoing is true and correct.

6   Dated: June 24 , 2009

                Tobias Barrington Wolff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 09-CV-02292 VRW         2
Application for Admission of Attorney *Pro Hac Vice*