JAMES J. BROSNAHAN (CA SBN 34555)
JBrosnahan@mofo.com
STUART C. PLUNKETT (CA SBN 187971)
SPlunkett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

TOBIAS BARRINGTON WOLFF (*Pro Hac Vice* Application Pending)
UNIVERSITY OF PENNSYLVANIA SCHOOL OF LAW
3400 Chestnut Street
Philadelphia, Pennsylvania 19104
Telephone: 215.898.7400
Facsimile: 215.898.9606

Attorneys for *Amicus Curiae*
EQUALITY CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTIN M. PERRY et al., | Case No. 09-CV-2292 VRW |
| Plaintiffs, | **MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* EQUALITY CALIFORNIA** |
| v. | |
| ARNOLD SCHWARZENEGGER et al., | Date: July 2, 2009<br>Time: 10:00 a.m.<br>Place: Ctrm. 6, 17th Floor |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Equality California requests the Court's leave to file, as *amicus curiae,* a brief addressing Plaintiffs' likelihood of success on the merits of their equal protection claim. Equality California has conferred with counsel for all parties and Proposed Intervenor, and all counsel have consented to this motion.

## I. STANDARD

The Court has broad discretion to permit a non-party to participate in an action as *amicus curiae.  See, e.g., Gerritson v. de la Madrid Hurtado*, 819 F.2d 1511, 1514 n.3 (9th Cir. 1987); *Nat. Res. Def. Council v. Evans*, 243 F. Supp. 2d 1046, 1047 (N.D. Cal. 2003) (amici "may file briefs and may possibly participate in oral argument" in district court actions). As this Court has noted, "[d]istrict courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *Sonoma Falls Dev., LLC v. Nevada Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003) (quoting *Cobell v. Norton*, 246 F Supp 2d 59, 62 (D.D.C. 2003) (citation omitted); *see also In re Nat'l Sec. Agency Tele. Records Litig.*, No. 06-1791 VRW, 2009 WL 1561818, at *9-10 (N.D. Cal. June 3, 2009) (relying on submissions of *amici curiae* regarding proper interpretation of statute).

## II. IDENTITY AND INTEREST OF *AMICUS CURIAE*

Equality California is a state-wide advocacy group protecting the needs and interests of same-sex couples and their children in California. It is also California's largest lesbian, gay, bisexual, and transgender civil rights organization, with tens of thousands of members. Equality California's members include registered voters in every county in the State of California. The issues raised by Plaintiffs' motion for preliminary injunction will directly affect Equality California's members and supporters. Equality California thus has a substantial interest in participating in these proceedings.

Equality California has also developed extensive expertise regarding the legal and factual issues raised by Plaintiffs' motion. Equality California has participated in other judicial

proceedings concerning marriage equality.  For example, Equality California was a petitioner in *Strauss v. Horton*, 207 P.3d 48, 68 (Cal. 2009).  Equality California also spearheaded the "No" on Proposition 8 campaign, and was one of the leading fund-raising organizations for the campaign.  Geoffrey Kors, the Executive Director of Equality California, was a co-chair of "No-On-8."  As a result of its involvement in marriage equality advocacy, Equality California has developed significant expertise in the gay rights movement, the marriage equality movement, the legal issues surrounding same-sex marriage rights in the states and at the federal level, and state and federal constitutional issues specific to Proposition 8.

    For these reasons, the Court should grant Equality California leave to file the accompanying *amicus curiae* brief and to participate in the proceedings.

Dated: June 26, 2009

JAMES J. BROSNAHAN
STUART C. PLUNKETT
MORRISON & FOERSTER LLP

TOBIAS BARRINGTON WOLFF
UNIVERSITY OF PENNSYLVANIA
SCHOOL OF LAW


By:  /s/ James J. Brosnahan
      JAMES J. BROSNAHAN

Attorneys for Amicus Curiae
EQUALITY CALIFORNIA