JAMES J. BROSNAHAN (CA SBN 34555)
JBrosnahan@mofo.com
STUART C. PLUNKETT (CA SBN 187971)
SPlunkett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

TOBIAS BARRINGTON WOLFF (*Pro Hac Vice*
Application Pending)
UNIVERSITY OF PENNSYLVANIA SCHOOL OF LAW
3400 Chestnut Street
Philadelphia, Pennsylvania 19104
Telephone: 215.898.7400
Facsimile: 215.898.9606

Attorneys for *Amicus Curiae*
EQUALITY CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTIN M. PERRY et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER et al.,<br><br>  Defendants. | Case No. 09-CV-2292 VRW<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* EQUALITY CALIFORNIA** |

The Court, having reviewed Equality California's Motion For Leave to File Brief of *Amicus Curiae*, and good cause appearing therefor, hereby GRANTS the Motion.

IT IS SO ORDERED.

Dated: _____

_____
VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOT. FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* EQUALITY CALIFORNIA
CASE NO. 09-CV-2292 VRW
sf-2704976

1