1   ALAN L. SCHLOSSER (SBN 49957)
    aschlosser@aclunc.org
2   ELIZABETH O. GILL (SBN 218311)
    egill@aclunc.org
3   ACLU FOUNDATION OF NORTHERN CALIFORNIA
    39 Drumm Street
4   San Francisco, CA 94111
    T: (415) 621-2493/F: (415) 255-8437
5
    JON W. DAVIDSON (SBN 89301)
6   jdavidson@lambdalegal.org
    JENNIFER C. PIZER (SBN 152327)
7   jpizer@lambdalegal.org
    TARA BORELLI (SBN 216961)
8   tborelli@lambdalegal.org
    LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
9   3325 Wilshire Boulevard, Suite 1300
    Los Angeles, CA 90010
10  T: (213) 382-7600/F: (213) 351-6050

11  SHANNON P. MINTER (SBN 168907)
    sminter@nclrights.org
12  NATIONAL CENTER FOR LESBIAN RIGHTS
    870 Market Street, Suite 370
13  San Francisco, CA 94102
    T: (415) 392-6257/F: (415) 392-8442

14

15                  UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA
16

17  KRISTIN M. PERRY, SANDRA B. STIER,          CASE NO. 09-CV-2292 VRW
    PAUL T. KATAMI, and JEFFREY J.
18  ZARRILLO,                                    **NOTICE OF MOTION AND MOTION FOR
                                                 LEAVE TO FILE BRIEF OF *AMICI CURIAE*
                    Plaintiffs,                   AMERICAN CIVIL LIBERTIES UNION,
19                                               LAMBDA LEGAL DEFENSE AND
             v.                                  EDUCATION FUND, INC., AND
20                                               NATIONAL CENTER FOR LESBIAN
    ARNOLD SCHWARZENEGGER, in his official        RIGHTS; [PROPOSED] ORDER**
21  capacity as Governor of California; EDMUND
    G. BROWN, JR., in his official capacity as
22  Attorney General of California; MARK B.
    HORTON, in his official capacity as Director of
23  the California Department of Public Health and   Date:       July 2, 2009
    State Registrar of Vital Statistics; LINETTE    Time:       10:00 a.m.
24  SCOTT, in her official capacity as Deputy        Judge:      Chief Judge Walker
    Director of Health Information & Strategic       Location:   Courtroom 6, 17th Floor
    Planning for the California Department of Public
25  Health; PATRICK O'CONNELL, in his official       Trial Date:  Not Set
    capacity as Clerk-Recorder for the County of
26  Alameda; and DEAN C. LOGAN, in his official
    capacity as Registrar-Recorder/County Clerk for
27  the County of Los Angeles,

28                  Defendants.

─────────────────────────────────────────────────────────────

CASE NO. 09-CV-2292 VRW MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*

1

## [PROPOSED] ORDER

2      Good cause appearing, the motion of American Civil Liberties Union, Lambda Legal Defense

3  and Education Fund, and National Center for Lesbian Rights for leave to file a brief *amici curiae* is

4  hereby GRANTED.

5      IT IS SO ORDERED.

6

7

8  Dated:  June _____, 2009                    _____

9                                                Hon. Vaughn R. Walker
                                                  United States Chief District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28