UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>Defendants. | CASE NO. 09-CV-2292 VRW<br><br>[PROPOSED] ORDER] RE REQUEST FOR TELEPHONIC APPEARANCE BY DEFENDANT DEAN C. LOGAN, LOS ANGELES COUNTY REGISTRAR-RECORDER/ COUNTY CLERK RE MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO INTERVENE<br><br>Judge Vaughn R. Walker |

Having reviewed Defendant LA County Registrar's request to make a telephonic appearance at the Motion for Preliminary Injunction and Motion to Intervene hearing scheduled for July 2, 2009, and good cause appearing therefore,

~~IT IS ORDERED that~~ Defendant's counsel may ~~appear telephonically~~ listen to proceedings at the July 2, 2009 hearing on Plaintiffs' Motion for Preliminary Injunction and Proposed Intervenors Motion to Intervene.

**IT IS SO ORDERED.**

Dated this ___29th___ day of June, 2009.



VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

HOA.622335.1

09-CV-2292 VRW
[PROPOSED] ORDER RE LA COUNTY REGISTRAR'S
REQUEST FOR TELEPHONIC APPEARANCE