UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KRISTIN M. PERRY, et al.,

Plaintiff(s),

v.

ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California, et al.,

Defendant(s).

CASE NO. 09-CV-02292 VRW

~~(Proposed)~~

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

TOBIAS BARRINGTON WOLFF, an active member in good standing of the bar of Pennsylvania and New York whose business address and telephone number (particular court to which applicant is admitted) is, University of Pennsylvania Law School, 3400 Chestnut Street, Philadelphia, PA 19104-6204, Telephone: 215-898-7471, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing amicus curiae Equality California.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 30, 2009

GRANTED

United ~~States District Judge~~
Judge Vaughn R Walker

Case No. 09-CV-02292 VRW
Order Granting Application for Admission of Attorney *Pro Hac Vice*