UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE:** July 2, 2009

**COURTROOM DEPUTY:** Cora Klein          **Court Reporter:**   Sahar McVickar

**CASE NO.**  C 09-2292  VRW

**KRISTIN PERRY et al v. ARNOLD SCHWARNEGGER et al**

| **COUNSEL FOR PLAINTIFFS:** | **COUNSEL FOR STATE DEFENDANTS:** |
|---|---|
| Ted Olson | Kenneth C Mennemeier, Gordon Burns, |
| Jeremy Goldman | Lamar Pachter |

| **DEFENDANT INVERNORS:** | **AMICUS:** |
|---|---|
| Claude Kolm, Alameda County | Therese Stewart and Christine Van Aken - City and |
| Clerk Recorder | County of S.F. |
| | Alan Schlosser, Elizabeth Gill - ACLUNC |
| | Jennifer Pizer - Lambda |
| | Kato Kendell, Christopher F Stoll - NCLR |

**PROCEEDINGS:**
    Motion to Intervene by Prop 8 Official Proponents (Doc #8) (unopposed) - Granted.
    Pla's motion for preliminary injunction (Doc #7).
    Case Management Conference.

**RESULTS:**
    The Court heard argument from counsel.
    The parties to submit joint case management statement no later than August 7, 2009.
    The matter is scheduled for further hearing on August 19, 2009 at 10:00 AM.