GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson, SBN 38137
*tolson@gibsondunn.com*
Matthew D. McGill, *pro hac vice*
Amir C. Tayrani, SBN 229609
1050 Connecticut Avenue, N.W., Washington, D.C. 20036
Telephone: (202) 955-8668, Facsimile: (202) 467-0539

Theodore J. Boutrous, Jr., SBN 132009
*tboutrous@gibsondunn.com*
Christopher D. Dusseault, SBN 177557
Ethan D. Dettmer, SBN 196046
Sarah E. Piepmeier, SBN 227094
Theane Evangelis Kapur, SBN 243570
Enrique A. Monagas, SBN 239087
333 S. Grand Avenue, Los Angeles, California 90071
Telephone: (213) 229-7804, Facsimile: (213) 229-7520

BOIES, SCHILLER & FLEXNER LLP
David Boies, *pro hac vice*
*dboies@bsfllp.com*
Theodore H. Uno, SBN 248603
333 Main Street, Armonk, New York 10504
Telephone: (914) 749-8200, Facsimile: (914) 749-8300

Attorneys for Plaintiffs KRISTIN M. PERRY, SANDRA B. STIER,
PAUL T. KATAMI, and JEFFREY J. ZARRILLO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>        Plaintiffs,<br><br>        v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>        Defendants. | CASE NO. 09-CV-2292 VRW<br><br>**PLAINTIFFS' OPPOSITION TO PROPOSED INTERVENORS' MOTION TO SHORTEN TIME**<br><br>Date: September 3, 2009<br>Time: 10:00 a.m.<br>Judge: Chief Judge Walker<br>Location: Courtroom 6, 17th Floor |

On July 8, 2009, proposed intervenors Our Family Coalition, Lavender Seniors of the East Bay, and Parents, Families, and Friends of Lesbians and Gays (collectively "Proposed Intervenors"), filed a motion to intervene as party plaintiffs, together with a motion to shorten the time in which the motion to intervene is heard.  In the motion to shorten time, Proposed Intervenors urge the Court to require the parties to respond to their motion by July 14, 2009, and to hold a hearing on their motion to intervene on July 17, 2009.  Plaintiffs oppose the motion to shorten time and offer the following alternative in the interests of efficiency and judicial economy.[1]

In addition to the instant motion, Plaintiffs received on June 27, 2009, the motion of Campaign for California Families to intervene as a defendant (though it does not appear on the Court's electronic docket).  Moreover, on July 9, 2009, the City and County of San Francisco notified counsel for Plaintiffs that it may also file a motion to intervene as a plaintiff in this litigation in the coming days.  It is likely that there exist numerous other individuals, associations, entities, and municipalities that wish to intervene in this action.  Because seriatim litigation of proliferating motions to intervene will consume significant resources of both the parties and the Court, Plaintiffs respectfully suggest that the Court deny Proposed Intervenors' motion to expedite and instead issue an order setting a deadline of July 24, 2009, for all interested persons to file their motions to intervene in this action.  Such a deadline will permit the parties to respond to those motions in an omnibus fashion, and permit the Court to consider them at the already-scheduled August 19, 2009 hearing, thereby promoting efficiency and conserving judicial resources.  It would also ensure that all parties to the litigation are determined at the outset of these proceedings.

Accordingly, Plaintiffs respectfully request that the Court deny Proposed Intervenors' motion to shorten time, and issue an order setting a deadline of July 24, 2009 for all interested persons to file their motions to intervene, and setting forth a briefing calendar that enables the Court to consider the motions at the case management conference currently scheduled on August 19, 2009.

///

///

---

[1] Plaintiffs will file a separate response to Proposed Intervenors' motion to intervene.

DATED: July 9, 2009

                              GIBSON, DUNN & CRUTCHER LLP

By: _____/s/_____
            Theodore B. Olson

and

BOIES, SCHILLER & FLEXNER LLP

David Boies

Attorneys for Plaintiffs KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO