EDMUND G. BROWN JR.
Attorney General of California
JONATHAN K. RENNER
Senior Assistant Attorney General
GORDON BURNS
Deputy Solicitor General
State Bar No. 173441
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-3081
  Fax: (916) 322-0206
  E-mail: Gordon.Burns@doj.ca.gov
*Attorneys for Defendant*
*Attorney General Edmund G. Brown Jr.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTIN M. PERRY, et al.,**<br><br>                    Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWAREZENEGGER, et al.,**<br><br>                    Defendants. | 3:09-cv-02292-VRW<br><br>**CERTIFICATE OF SERVICE**<br><br>Courtroom:  6, 17th Floor<br>Judge          Hon. Vaughn R. Walker, C.J.<br>Trial Date    Not Set<br>Action Filed: May 27, 2009 |

# CERTIFICATE OF SERVICE

Case Name: **Kristin M. Perry, et al. v. Arnold Schwarzenegger, et al.**   No. **3:09-cv-02292-VRW**

I hereby certify that on July 10, 2009, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

NOTICE OF CHANGE OF COUNSEL FOR ATTORNEY GENERAL EDMUND G. BROWN JR.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users.  On July 10, 2009, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Tobias Barrington Wolff
University of Pennsylvania Law School
3400 Chestnut Street
Philadelphia, PA  19104-6204

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 13, 2009, at Sacramento, California.

| Stephanie A. Grimes | /s/ Stephanie A. Grimes |
|---|---|
| Declarant | Signature |

30812995.doc