**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M PERRY, SANDRA B STIER, PAUL T KATAMI and JEFFREY J ZARRILLO<br><br>    Plaintiffs,<br><br>    v<br><br>ARNORLD SCHWARZENEGGER, in his official capacity as governor of California; EDMUND G BROWN JR, in his official capacity as attorney general of California; MARK B HORTON, in his official capacity as director of the California Department of Public Health and state registrar of vital statistics; LINETTE SCOTT, in her official capacity as deputy director of health information & strategic planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as clerk-recorder of the County of Alameda; and DEAN C LOGAN, in his official capacity as registrar-recorder/county clerk for the County of Los Angeles,<br><br>    Defendants<br>_____/<br><br>DENNIS HOLLINGSWORTH, GAIL J KNIGHT, MARTIN F GUTIERREZ, HAKSHING WILLIAM TAM and MARK A JANSSON, as official proponents of Proposition 8,<br><br>    Defendant-Intervenors<br>_____/ | No    C 09-2292 VRW<br><br>ORDER |

Three separate non-profit groups – Our Family Coalition, Lavender Seniors of the East Bay and Parents and Friends of Lesbians and Gays – seek to intervene on the side of plaintiffs herein, Doc #79, and seek to shorten time for that motion to be heard, Doc #85. Both plaintiffs and the intervenor defendants oppose the motion to shorten time. Doc ##88, 89. Another non-profit group – Campaign for California Families – seeks to intervene on the side of defendants herein. Doc #91.

In order to determine and properly align all parties to this lawsuit promptly and avoid piecemeal decision-making, now therefore:

1. Any motion to intervene herein on behalf of any interested person or entity must be filed not later than July 24, 2009;

2. Responses or opposition to all such motions to intervene must be filed not later than August 7, 2009;

3. Reply memoranda in connection with such motions to intervene must be filed not later than August 14, 2009; and the time to hear and argue all such motions to intervene are shortened to August 19, 2009 at 10 AM.

Accordingly, the clerk shall terminate Doc #85.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

2