United States District Court
For the Northern District of California

15 PM 3: 3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Perry, et al.

Plaintiff,

v.

Schwarzenegger, et al.

Defendant.
_____/

CASE NO. 09-CV-2292 VRW

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Austin R. Nimocks , whose business address and telephone number is

Alliance Defense Fund, 801 G Street NW, Suite 509, Washington, D.C. 20001
Telephone: (202) 637-4610

and who is an active member in good standing of the bar of Alabama, Arizona, Mississippi, and Texas

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing Proposed Intervenors.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated: July 14, 2009



GRANTED

United
Chief

Judge Vaughn R Walker