DENNIS J. HERRERA, State Bar #139669
City Attorney
THERESE M. STEWART, State Bar #104930
Chief Deputy City Attorney
DANNY CHOU, State Bar #180240
Chief of Complex and Special Litigation
VINCE CHHABRIA, State Bar #208557
ERIN BERNSTEIN, State Bar #231539
CHRISTINE VAN AKEN, State Bar #241755
MOLLIE M. LEE, State Bar #251404
Deputy City Attorneys
City Hall, Room 234
One Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4708
Facsimile:     (415) 554-4699

Attorneys for Proposed Intervenors
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>        Plaintiffs,<br><br>        vs.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>        Defendants. | Case No. 09-CV-2292 VRW<br><br>**DECLARATION OF ERIN BERNSTEIN REGARDING ELECTRONIC SIGNATURES ON DOCUMENTS FILED IN SUPPORT OF MOTION TO INTERVENE AS PARTY PLAINTIFF**<br><br>Hearing Date:     August 19, 2009<br>Time:             10:00 a.m.<br>Place:            Courtroom 6, 17th Fl.,<br>                  450 Golden Gate Ave.<br><br>Trial Date:       Not set |

DECLARATION OF ERIN BERNSTEIN
CASE NO. 09-CV-2292 VRW

1  and

2  PROPOSITION 8 OFFICIAL PROPONENTS
   DENNIS HOLLINGSWORTH, GAIL J.
3  KNIGHT, MARTIN F. GUTIERREZ, HAK-
   SHING WILLIAM TAM, and MARK A.
4  JANSSON; and PROTECTMARRIAGE.COM –
   YES ON 8, A PROJECT OF CALIFORNIA
5  RENEWAL,

6       Defendant-Intervenors.

DECLARATION OF ERIN BERNSTEIN
CASE NO. 09-CV-2292 VRW

**DECLARATION OF ERIN BERNSTEIN**

I, Erin Bernstein, declare as follows:

1. I am an attorney at law licensed to practice in the State of California and admitted to the bar of this Court, and I am counsel for the City and County of San Francisco in this action. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I can and would testify competently thereto.

2. In connection with the City and County of San Francisco's Motion to Intervene as Party Plaintiff in this action, I have filed electronically the following two documents containing the "conformed" signature of Therese M. Stewart: (1) Notice of Motion and Motion to Intervene as Party Plaintiff; Memorandum of Points and Authorities; and (2) Declaration of Therese M. Stewart in Support of City and County of San Francisco's Motion to Intervene.

3. Pursuant to this Court's General Order No. 45, I attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within those e-filed documents. The original documents with holograph signatures are available for production for the Court, if so ordered, or for inspection upon request by a party.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that if called as a witness I could competently testify thereto.

Executed this 23rd day of July 2009, at San Francisco, California.

> DENNIS J. HERRERA
> City Attorney
> THERESE M. STEWART
> Chief Deputy City Attorney
> DANNY CHOU
> Chief of Complex & Special Litigation
> VINCE CHHABRIA
> ERIN BERNSTEIN
> CHRISTINE VAN AKEN
> MOLLIE M. LEE
> Deputy City Attorneys
>
> By:             /s/
> ERIN BERNSTEIN
> Attorneys for Proposed Intervenor
> CITY AND COUNTY OF SAN FRANCISCO