# EXHIBIT 10A

1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  THERESE M. STEWART, State Bar #104930
   Chief Deputy City Attorney
3  WAYNE K. SNODGRASS, State Bar #148137
   JIM EMERY, State Bar #153630
4  JULIA M.C. FRIEDLANDER, State Bar #165767
   YVONNE MERE, State Bar #173594
5  KATHLEEN S. MORRIS, State Bar #196672
   SHERRI SOKELAND KAISER, State Bar #197986
6  GINA M. ROCCANOVA, State Bar #201594
   NELI PALMA, State Bar #203374
7  PHILIP LEIDER, State Bar #229751
   Deputy City Attorneys
8  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
9  San Francisco, California 94102-4682
   Telephone:    (415) 554-4700
10 Facsimile:    (415) 554-4747

11 Attorneys for Plaintiff
   CITY AND COUNTY OF SAN FRANCISCO
12

BOBBIE J. WILSON, State Bar #147317
PAMELA K. FULMER, State Bar #154736
AMY E. MARGOLIN, State Bar #168192
SARAH M. KING, State Bar #189621
KEVIN H. LEWIS, State Bar #197421
CEIDE ZAPPARONI, State Bar #200708
JEFFREY T. NORBERG, State Bar # 215087
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:    (415) 434-1600
Facsimile: (415) 217-5910

ENDORSED
FILED
San Francisco County Superior Court

SEP - 2 2004

GORDON PARK-LI, Clerk
BY: _____
Deputy Clerk

13              SUPERIOR COURT OF THE STATE OF CALIFORNIA
14                         COUNTY OF SAN FRANCISCO
15                        UNLIMITED CIVIL JURISDICTION
16

17 Coordination Proceeding
   Special Title (Rule 1550(b))
18 **MARRIAGE CASES**

19 **CITY AND COUNTY OF SAN
   FRANCISCO**, a charter city and county,
20
              Plaintiff/Petitioner,
21
   vs.
22
   **STATE OF CALIFORNIA**, et al.
23
              Defendants/Respondents.

JUDICIAL COUNCIL COORDINATION
PROCEEDING NO. **4365**

Case No. **429-539**
(Consolidated with Case No. 504-038)

**DECLARATION OF DR. ROBERT
GALATZER-LEVY IN SUPPORT OF
CITY AND COUNTY OF SAN
FRANCISCO'S CONSTITUTIONAL
CHALLENGE TO MARRIAGE
STATUTES**

Hearing Date:        TBD
Hearing Judge:       Richard A. Kramer
Time:                TBD
Place:               304

Date Action Filed:   March 11, 2004
Trial Date:          Not set

---

1

DECL. OF DR. ROBERT GALATZER-LEVY; PROCEEDING NO. 4365

I, Robert Galatzer-Levy, declare as follows:

1. I know the facts stated herein of my own personal knowledge, except those facts known on information and belief, and if called as a witness I could and would testify competently thereto.

2. I am a psychiatrist, a psychoanalyst, a child and adolescent psychiatrist and a Lecturer in psychiatry at the University of Chicago. I received an M.D. from the Washington University School of Medicine in 1971. I was licensed as a physician by the State of Illinois in 1974 following a Residency in Psychiatry at the University of Chicago. I have maintained a private practice in psychiatry since that time. I have been a member of the American Psychoanalytic Association since 1984 and have served on a number of committees within that organization, including as chair of its Committee on Scientific Activities. I have co-authored or co-edited four books in my field, including *The Course of Gay and Lesbian Lives: Social and Psychoanalytic Perspectives,* which was co-authored with Dr. Bertram J. Cohler and published in 2000. A true and correct copy of my *curriculum vitae* is attached hereto as Exhibit A.

3. Between 1994 and 2000, I conducted an extensive study of the classification of homosexuality as a disease or mental illness. I conducted this study in my role as a member of the American Psychoanalytic Association's Committee on Scientific Activities. At that time, the American Psychoanalytic Association was the only one of the major mental health providers' professional associations that had failed to adopt the position that homosexuality was not a disease or mental illness. The other major associations, including the American Psychiatric Association and the American Psychological Association, adopted this position in the 1970's. My committee was asked to review existing literature and conduct research on the issue and make a recommendation to the association as to the adoption of an official position.

4. In conducting this study, I extensively reviewed the scientific literature on this topic. A complete list of the literature I reviewed in connection with this study can be found in the References section of *The Course of Gay and Lesbian Lives: Social and Psychoanalytic Perspectives.* I also relied upon my years of experience in private practice, during which I have treated numerous individuals who happened to be gay or lesbian.

2

5. As a result of the study, I concluded that homosexuality is not a disease or mental illness. Based upon this study, the committee recommended that the American Psychoanalytic Association adopt an official position that homosexuality is not a disease or mental illness. The Association did so shortly thereafter.

6. The research conducted in connection with this study later became the basis for my book, *The Course of Gay and Lesbian Lives: Social and Psychoanalytic Perspectives*. Some of the specific conclusions I reached, and their bases, are explained in greater detail below.

7. Same-gender sexual orientation is not a disease or mental illness. This conclusion has been widely adopted in the medical community, including, as previously stated, by the major mental health providers' organizations. The conclusion is based upon three primary factors.

8. First, same-gender sexual orientation is pervasive. Homosexuality appears in all contexts and is pervasive in the sense that it is found throughout history and all cultures in which it has been studied.

9. Second, to be classified as a mental illness or disease, a condition must inherently stress the health of the individual. Homosexuality causes no such inherent stress. Generally, the mental health of homosexuals does not inherently differ from that of heterosexuals. Any additional stress specific to the mental health of homosexuals is the product of being the object of societal disdain and oppression; it is not caused by the same-gender sexual orientation of the individual.

10. Third, to be classified as a disease or mental illness, a condition must be discrete. That is, there must be a bright line methodology for determining whether an individual is afflicted with the condition. For example, pneumonia is discrete in the sense that it is possible to medically determine whether an individual has pneumonia or not. A person cannot be suffering from pneumonia somewhat. Rather, he suffers from pneumonia or he does not. This is not true of sexual orientation. The sexual orientation of any given individual falls within a spectrum

//
//
//

3

DECL. OF DR. ROBERT GALATZER-LEVY; PROCEEDING NO. 4365

between same-gender orientation and opposite-gender orientation. Nearly all heterosexual people are capable of some homosexual response, and nearly all homosexual people are capable of some heterosexual response. Hence, no sharp line distinguishes homosexuality and heterosexuality.

11. The conclusion that homosexuality is not a disease or mental defect leads me to conclude that the fact of homosexuality does not inherently affect the individual's ability to contribute to society. As previously stated, homosexuality does not inherently stress the health of the individual. Because of this, there is no increased instance of psychiatric illness in gay and lesbian individuals except that which is the result of oppression or societal disdain. Freud was said to describe mental health as the capacity to love and work. Thus, a mentally healthy individual is capable of work and thus contributing to society and the homosexual individual is equally capable as other individuals to contribute to society.

12. The roles that gay and lesbian individuals currently play in our society provide support for my conclusion that homosexuality does not affect one's ability to contribute to society. As opportunities to participate in the larger society have increased, we find more and more openly gay and lesbian individuals visibly active in society. For example, there is currently a large and growing number of openly gay and lesbian elected officials. Gay and lesbian individuals also occupy a very wide range of occupations and social positions. There is no indication that sexual orientation limits occupation with the exception of the limitations imposed through active discrimination. Additionally, gay and lesbian individuals have been effective in addressing the problems of other gay and lesbian people. The capability of gay and lesbian people to organize an effective response to the HIV crisis is an indication of the ability to a significant segment of the gay and lesbian population to respond in a socially responsible way to a social crisis.

13. Gay and lesbian individuals also make a significant contribution to society in their role as parents. As a child and adolescent psychiatrist and psychoanalyst I have wide professional experience and knowledge regarding the psychological development and needs of children and adolescents generally. I have worked extensively with gay and lesbian parents and

4

their children in my private practice. I have participated as an expert in many child custody cases involving one or more gay or lesbian parents. I have also reviewed a large volume of research on this topic, including two outcome studies which examined differences between children raised in gay and lesbian households and those raised by heterosexual parents. A chapter in the book *The Scientific Basis of Child Custody Decisions*, which I co-edited, an extensive review of parenting by gay and lesbian individuals, supports the opinions expressed here.

14. The fact that the institution of marriage has been unavailable to gay and lesbian parents has and does, in my experience, adversely affect the children of those relationships. Children form bonds with their caretakers, regardless of the legal status of those caretakers' relationship. If a couple is not married, the child being raised by that couple loses many legal protections afforded to children of married parents. If the couple separates, the child of a homosexual couple can be horribly damaged when one psychological parent loses legal status. This damage could be prevented by his or her parents being married.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 1st Day of September, 2004.

_____
ROBERT GALATZER-LEVY

## ROBERT M. GALATZER-LEVY, M.D.
122 South Michigan Avenue, Suite 1407
Chicago, Illinois 60603-6107

Telephone: 312/922-5077

Fax: 312/922-5084

### FAX TRANSMISSION COVER SHEET

TO: Kathleen Morris          DATE:

FAX NO: 415 554 3837          TIME:

SENDER:

FAX NO:

YOU SHOULD RECEIVE __2__ PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL 312/922-5077.

COMMENTS: Attached please find the signature page of my declaration

This facsimile may contain PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee(s) named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via the U.S. Postal Service. Thank you.