# EXHIBIT 11

1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  THERESE M. STEWART, State Bar #104930
   Chief Deputy City Attorney
3  WAYNE K. SNODGRASS, State Bar #148137
   MARGARET W. BAUMGARTNER, State Bar #151762
4  JIM EMERY, State Bar#153630
   JULIA M.C. FRIEDLANDER, State Bar#165767
5  YVONNE MERE, State Bar #173594
   KATHLEEN S. MORRIS, State Bar #196672
6  SHERRI SOKELAND KAISER, State Bar #197986
   GINA M. ROCCANOVA, State Bar #201594
7  NELI PALMA, State Bar #203374
   PHILIP LEIDER, State Bar #229751
8  Deputy City Attorneys
   City Hall, Room 234
9  1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-4682
10 Telephone:   (415) 554-4700
   Facsimile:   (415) 554-4747
11
   Attorneys for Plaintiff
12 CITY AND COUNTY OF SAN FRANCISCO

   BOBBIE J. WILSON, State Bar #147317
   PAMELA K. FULMER, State Bar #154736
   AMY E. MARGOLIN, State Bar #168192
   SARAH M. KING, State Bar #189621
   KEVIN H. LEWIS, State Bar #197421
   CEIDE ZAPPARONI, State Bar #200708
   JEFFREY T. NORBERG, State Bar # 215087
   HOWARD RICE NEMEROVSKI CANADY
   FALK & RABKIN
   A Professional Corporation
   Three Embarcadero Center, 7th Floor
   San Francisco, California  94111-4024
   Telephone:   (415) 434-1600
   Facsimile: (415) 217-5910

ENDORSED
FILED
San Francisco County Superior Court

NOV 2 2 2004

GORDON PARK-LI, Clerk
BY: _____

13

14          SUPERIOR COURT OF THE STATE OF CALIFORNIA

15                   COUNTY OF SAN FRANCISCO

16                   UNLIMITED CIVIL JURISDICTION

17 | Coordination Proceeding | JUDICIAL COUNCIL COORDINATION
   Special Title (Rule 1550(b)) | PROCEEDING NO. 4365
18 **MARRIAGE CASES**
                                  Case No. **429-539**
19 **CITY AND COUNTY OF SAN        (Consolidated with Case No. 504-038)
   FRANCISCO**, a charter city and county,
20                                **DECLARATION OF DAVID THEO
           Plaintiff/Petitioner, GOLDBERG IN SUPPORT OF SAN
21                                FRANCISCO'S REPLY TO STATE OF
        vs.                       CALIFORNIA'S OPPOSITION TO
22                                PETITION FOR WRIT OF MANDATE**

   **STATE OF CALIFORNIA**, et al.
23                                Hearing Date:     December 22, 2004
           Defendants/Respondents. Hearing Judge:   Richard A. Kramer
24                                Time:             9:30 A.M.
                                  Place:            304
25
                                  Date Action Filed: March 11, 2004
26                                Trial Date:        Not set

27

28

1

I, DAVID THEO GOLDBERG, declare as follows:

1.      I make this declaration of my own personal knowledge and would testify competently to matters stated herein if called to do so.

2.      I am Director of the University of California system-wide Humanities Research Institute, based at the University of California, Irvine.  I have a Ph.D. in Philosophy, with an emphasis in Social, Political, and Moral Theory, from the Graduate Center and School, City University of New York.  I was an Adjunct Assistant Professor in Philosophy at New York University from 1984-1987, and an Assistant Professor of the Humanities at Drexel University in Philadelphia from 1987-1990.  From 1990 to 2000, I worked as Assistant Professor, Associate Professor, and Professor of Justice Studies and Law and Society at Arizona State University in Tempe, serving as Chair and Director of the School of Justice Studies from 1995-2000.  In 2000 I joined the University of California as a permanent faculty member and administrator.  I have also taught at Oxford University, England; the University of California, Berkeley; and Columbia University School of Law.

3.      I have participated as a member and on various boards of the American Philosophical Association, the Law and Society Association, and the American Studies Association. I have delivered keynote addresses at many conferences on the subjects of race, racism and social thought.  As Director of one of the premier research institutes for the Humanities and Human Sciences in the United States and the world, I have convened many conferences and research projects on matters of race and racism as well as gay and lesbian studies.

4.      A principal focus of my original research concerns the history of discrimination in global comparativist scope.  While the principle object of my work focuses on racial discrimination, both in the United States and internationally (including Great Britain, Europe, South Africa and Latin America), I have also published material on gender studies, and law and culture.  As reflected in my curriculum vitae, attached hereto, I have authored four books, edited or co-edited an additional eight books, published more than fifty articles and chapters in scholarly journals and books, and made more than 100 addresses at universities throughout the world, and my work is

2

1    cited widely.  In preparing this declaration, I have endeavored to rely on the best and most current

2    research available, focusing so far as possible on general patterns rather than on any single study.  I

3    have relied on original research and literature reviews published in the most highly respected peer-

4    reviewed journals or books in the Humanities and Social Sciences.

5        5.    I am familiar with the arguments that have been advanced by the State of California

6    ("the State") to defend the California statutes that prohibit same-sex couples from marrying.  One of

7    the State's arguments is that gay couples are not harmed by the inability to marry because they have

8    access to a separate legal arrangement known as domestic partnership.  Historically, in the United

9    States and elsewhere, when governments have created separate legal orders, setting apart classes of

10   people who have suffered a history of discrimination, the separation has caused or exacerbated

11   significant social and dignitary harms.  State-sponsored differentiation between social groups

12   signals to more socially powerful groups that there is something wrong with the segregated group,

13   which in turn encourages discrimination against, and a hardening of ill will towards, the latter.  In

14   such cases, state-sponsored differentiation merges with the social history of denigration to extend

15   the harms of exclusion, diminishing the human dignity not only of the perpetrated, but of the

16   perpetrator.

17       6.    Historical analogies abound.  Though many of the examples I will discuss involve

18   more extreme mistreatment by the state actors involved, a single principle binds them together:

19   state-sponsored differentiation and segregation demean the inherent dignity not only of the less

20   socially powerful group, but of all human beings.

21       7.    Racial differentiation by the state, in the United States and elsewhere, has been

22   especially pernicious.  In the early history of the United States, Native Americans were segregated

23   onto reservations established for their residence.  Residential restriction was both a social indignity,

24   in the sense that Native Americans were considered not good enough to live among the wider

25   population, and also a debilitating socio-economic injury.  Governmental actors often rationalized

26   the creation and maintenance of separate living arrangements by claiming that Indian tribes were

27   either inherently different or behaved differently from supposedly "normal" human beings.  As time

28

3

1   passed, and Native Americans sought education, work, or residential circumstances off the

2   reservations, the general social presumptions of their inherent inferiority, which had been fueled by

3   state-sponsored separation, undermined their social standing and by extension their access to fair

4   and equal opportunities.  The indigenous peoples of Australia and Canada were similarly separated

5   from the rest of their nations' populations, with similarly damaging results.

6         8.     In South Africa, separate reservations were set up for black South Africans

7   beginning in the early 20th century.  In 1948, when the National Party came to power, government

8   actors moved quickly to institutionalize apartheid, the vicious form of racial classification and state

9   control of anyone not classified as white.  Under apartheid, non-white South Africans were denied

10   basic civil rights.  Among other things, they could not travel freely, vote, marry a white person,

11   congregate with more than two people in "white" neighborhoods, or attend "white" schools.  They

12   were segregated when it came to living arrangements, jobs, and of course, socialization and

13   marriage.  The ruling party eventually demarcated twenty percent of the land mass for eighty

14   percent of the South African population deemed "black."  These so-called "homelands" were

15   considered pernicious by critics, not simply because of the blatantly inferior resources and social

16   infrastructure associated with them, but because of the indignity of segregation itself, of setting

17   people apart for no reason other than group membership.  The social distancing put into effect by

18   the government extended the social vulnerabilities of non-whites, and inflicted dignitary harms to

19   their self-respect and self-regard.

20         9.     In 1930's Germany, Jews, disabled people, gays and lesbians were increasingly

21   socially ostracized and targeted by the government for differential treatment.  In 1934, Jews were

22   banned from numerous public accommodations, such as swimming pools and parks.  They were

23   ultimately restricted from socializing or marrying German citizens, and prohibited from serving in

24   the German army.  The initial social ostracism of all three groups led to their eviction from moral

25   regard and equal status as human beings in the eyes of the majority.  While differentiating gays and

26   lesbians in the United States is unlikely to follow the extreme trajectory of South African apartheid

27   or the labor and concentration camps of Nazi Germany, setting gays and lesbians apart for

28

4

1    differential treatment is likely to extend dispositions of intolerance, and harden already-existing

2    tendencies of violence against them.

3        10.    After the American Civil War, under so-called "Jim Crow" laws, black Americans

4    were offered separate (often dramatically inferior) public accommodations in comparison with

5    whites; this system of differentiation was initially acceptable to the Supreme Court. In *Plessy v.*

6    *Ferguson* (1986) 163 U.S. 537, a case involving access to Louisiana's passenger trains, the Court

7    endorsed the state's creation of separate accommodations, ruling they were constitutional as long as

8    all races had access to some train cars. The court justified its ruling by stating that the constitution

9    only protected against the enforcement of political, not social, inequalities.

10       11.    The rationale behind *Plessy* was called into question in *Sweatt v. Painter* (1950) 339

11   U.S. 629. The Court's ruling in *Sweatt* required the University of Texas to admit black Americans

12   to its law school, notwithstanding the fact that Texas had created a separate, supposedly equal,

13   facility for black students. The Court explained that the separate school was unequal in tangible

14   and, even more importantly, intangible qualities (such as prestige) that were incapable of objective

15   measurement but highly valuable. Later, in *Brown v. Board of Education* (1954) 347 U.S. 483, the

16   Court dismantled *Plessy* not only by revealing (per *Sweatt*) the true inequality of public resources

17   for black Americans, but also stressing the indignity of separation itself, of the state setting one

18   group apart with respect to a valued public institution. Separation itself was thus shown to be a

19   wrongful exclusion, a deeply harmful mix of insult and social loss.

20       12.    The Court addressed a similar mix of insult and loss at the hands of the state in

21   *Loving v. Virginia* (1967) 388 U.S. 1. *Loving* involved a challenge to a statute that prohibited

22   whites and blacks from marrying. The insult in *Loving* was in the symbolic social implication of

23   the state deeming blacks to be less than fully human; the social loss was reflected in not being able

24   to enter into a state-sanctioned union with the love of one's life. Denying gays and lesbians access

25   to the valued social institution of marriage is analogously insulting and socially debilitating.

26       13.    Decades after *Brown*, "separate but equal" was rejected in the United States with

27   respect to both disability and gender. Congress passed the Americans with Disabilities Act in large

28

5

part to reverse the segregation of disabled persons, which had served only to stigmatize and degrade them, and reinforce their social isolation. With respect to gender, in *United States v. Virginia* (1996) 518 U.S. 515, the Court rejected the Virginia Military Institute's refusal to admit women as cadets. The State had attempted to justify the exclusion by explaining that most women were not suited to the rigors of VMI, and pointing to a "separate but equal" academy the State had created for women. The Court rejected those defenses, noting that the women's academy lacked VMI's facilities, prestige, and alumni network, and that in any event generalized differences could not be used to place artificial constraints on individual access to a valued public institution.

14.     Although California's exclusion of same-sex couples from marriage is not as heinous a governmental act as many of those discussed above, denying gays and lesbians access to the valued social institution of marriage, while offering them the obviously lesser option of domestic partnership, is analytically indistinguishable from prior attempts, in the United States and elsewhere, to create and subsequently justify "separate but equal" regimes. As compared to the examples above, California's exclusion of same-sex couples from marriage is analogously insulting and socially debilitating; it only serves to denigrate same-sex couples, while diminishing the human dignity of us all.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 22nd day of November, 2004, at Irvine, California.


DAVID THEO GOLDBERG, (PH.D)

DECL. OF DAVID THEO GOLDBERG IN SUPPORT OF CCSF'S REPLY TO STATE'S OPP. TO PET.   n:\gov\l\li2004\041629\00276230.do
FOR WRIT OF MANDATE: PROCEEDING NO. 4365

TOTAL P.07

# DAVID THEO GOLDBERG

November 2004

Director
University of California Humanities Research Institute
Professor
African American Studies/
Criminology, Law and Society
University of California, Irvine

University of California
Humanities Research Institute
307 Administration
Irvine CA 92697-3350
(949) 824-8180 (o)
(949) 824-2115 (fax)
goldberg@uci.edu
www.uchri.org (website)
www.uchri.tv (webstreaming)

## EMPLOYMENT

| UNIVERSITY OF CALIFORNIA | | |
|---|---|---|
| | 2000-Present | Director, University of California Humanities Research Institute (UCHRI) |
| | | Professor, African American Studies and Criminology, Law and Society, U. C., Irvine |
| | 2003-Present | Fellow, Critical Theory Institute, UC Irvine |
| | 1999 (Spring) | Professor-in-Residence, Prison Reesidence Research Group, UCHRI |
| | 1998- 1999 | Visiting Research Scholar (Fall) Visiting Professor (Spring) African American/Diaspora Studies, University of California, Berkeley |
| | 1998 (Spring) | Visiting Professor, Dept of Ethnic Studies, UC San Diego |

| | | |
|---|---|---|
| ARIZONA STATE UNIVERSITY | 1995-2000 | Director and Chair<br>School of Justice Studies<br>Professor, Ph.D. Program<br>Communication Studies<br>Professor Affiliate Dept of<br>Philosophy |
| | 1994-2000 | Professor of Justice Studies and<br>PH.D. Committee on Law and<br>Social Science |
| | 1992-1994 | Associate Professor, School of<br>Justice Studies and PH.D.<br>Committee on Law and Social<br>Science |
| | 1990-1992 | Assistant Professor, School of<br>Justice Studies and Ph.D.<br>Committee on Law and Social<br>Sciences |
| DREXEL UNIVERSITY | 1988-1990 | Director, Program in Applied<br>Philosophy, Dept of Humanities |
| | 1987-1990 | Assistant Professor, Dept of<br>Humanities |
| NEW YORK UNIVERSITY | 1984-1987 | Adj. Asst Professor, Dept of<br>Philosophy |
| HUNTER COLLEGE, CUNY | 1984 | Adj. Asst Professor, Dept of<br>Philosophy |
| | 1979-1984 | Graduate Fellow/Graduate<br>Assistant<br>Dept of Philosophy, Hunter<br>College, CUNY |
| UNIVERSITY OF CAPE TOWN,<br>South Africa | 1976-1977 | Assistant Lecturer/Tutor, Depts of<br>Philosophy and Political Science |

## EDUCATION

- Ph.D. (Philosophy), Graduate School and Center, City University of New York, 1985
  Dissertation: The Philosophical Foundations of Racism
- M.A. (Philosophy), University of Cape Town, South Africa, 1977
  Dissertation: Philosophy and Science in Hegel and Marx
- B.A. Honors (Philosophy), University of Cape Town, South Africa, 1975
  Qualifying Thesis: Sartre's *Search for a Method*
- B.A. (PPE), University of Cape Town, South Africa, 1973

*Areas of Specialization*

Race and Racism
Social and Political Theory
Sociolegal Studies/Law and Society
South Africa

*Areas of Competence*

Legal Theory
Philosophy of the Social Sciences
Ethics: Theory & Applied
Cultural Studies

## TEACHING

*Institutions taught at:*

Arizona State University; Columbia University; University of California, San Diego; University of California, Berkeley; University of Oxford; New York University; Hunter College (City University of New York); Baruch College (City University of New York); Lehman College (City University of New York); Drexel University; University of Cape Town (South Africa); University of the Western Cape (South Africa); University of Durban-Westville (South Africa).

*Courses taught:*

*Race and Racism (Graduate and Undergrad.)*
Race and Public Policy/Race and the State
Race, Culture, and Diversity
Racist Discourse
Racism and Philosophy
Critical Race Theory
South Africa
Black Nationalism

*Ethics(Graduate and Undergrad.)*
Ethical Theory
Ethics and Society
Applied Ethics
 --Computer Ethics
 --Engineering Ethics
 --Business Ethics
 --Ethics, Science, Tech.

*Political Theory (Graduate and Undergrad.)*

Theories of Justice
Marx and Marxism
Marx and Mill
Philosophy and Public Policy
Hegel and the State
The State
Nationalisms

*Miscellaneous      (Undergrad.)*

Film Aesthetics
Phil. of the Social Sciences
Logic
 --Introductory Logic
 --Critical Reasoning
Ethnic Studies: Theory & Methods Foucault and Sartre

*Legal Theory/Law and Society*
Legal Reasoning (Undergraduate)
Legislating Morality (Undergraduate)
Philosophy of Law (Undergraduate)
Critical Race Theory (Grad. and Undergrad.)
Justice, Law and Identities (Graduate)

## PUBLICATIONS

*Books in Print*

- *Companion to Gender Studies*. Co-ed. with Philomena Essed and Audrey Kobayashi, Basil Blackwell), Aug. 2004.

- *The Racial State*. Basil Blackwell, 2002.
- *Relocating Postcolonialism*. Co-editor with L.A. Quayson, Basil Blackwell, 2002.
- *Companion to Racial and Ethnic Studies*. Co-ed. With John Solomos, Basil Blackwell, 2002.
- *Race Critical Theories: Text and Context*. Co-ed. with Philomena Essed, Basil Blackwell, 2001.
- *Between Law and Culture: Relocating Sociolegal Studies*. Co-ed. w/ Michael Musheno, Lisa Bower, U. of Minnesota Press, 2001.
- *Racial Subjects: Writing on Race in America*, Routledge, 1997.
- *Ethical Theory and Social Issues:  Historical Texts and Contemporary Readings* (Harcourt Brace). 2nd revised ed., 1995.
- *Multiculturalism: A Critical Reader*. Editor, Basil Blackwell, 1994.
  *Racist Culture: Philosophy and the Politics of Meaning*, Basil Blackwell, 1993.
- *Jewish Identity*. Co-editor with Michael Krausz, Temple University Press, 1993.
- *Anatomy of Racism*. Editor, University of Minnesota Press, 1990.
- *Ethical Theory and Social Issues:  Historical Texts and Contemporary Readings*, Holt, Rinehart and Winston, 1990.
- *Handbook for Integrating AIDS Issues into Curriculum*, Arizona State University. Co-authored with Michael Musheno, 1990.

*Books in Progress*

- *tRACEs: Race, Deconstruction, and Critical Theory*. Co-ed. with Kim Furumoto and Dragan Kujundzic. Duke University Press. Forthcoming, 2005.
- *The Death of Race: An Essay.*, Basil Blackwell. Forthcoming.
- *Race/Racism: A Critical Genealogy*. Co-editor with Tommy L. Lott and Laura Peters, Basil Blackwell, forthcoming.
- *The Color Line: W.E.B. Du Bois, Race and Culture*. Co-editor with Tommy  L. Lott, (Basil Blackwell, forthcoming.
- *Discourses of Genocide*. Co-editor with Charles Briggs, Rowman Littlefield, forthcoming.

## *Articles: Forthcoming*

- "The End(s) of Race," *Journal of Postcolonial Studies*, December 2004. In press.
  Reprinted in *The Postcolonial Unconscious*, eds. John Cash and Gabrielle Schwab. University of Hawaii Press.
- "Engaging the Humanities," with Cathy N. Davidson, *Profession: Journal of the Modern Language Association* 2004. In press.
- "Interdisciplinarity," with Cathy N. Davidson, *New Dictionary of the History of Ideas*, ed. Maryanne  Cline Horowitz, Charles Scribner, 2004.  In press.
- "Ethnocentrism," *New Dictionary of the History of Ideas*, ed. Maryanne Cline Horowitz, Charles Scribner, 2004. In press.
- "Racial Americanization," *Racialization*, eds. John Solomos and Karim Murji, Oxford Univ. Press, Fall 2004. In press.
- "Postracial States," *Global Conflicts, Critical Theories and Radical Pedagogies*, eds. Peter McLaren and Gustavo Fishman, Rowman and Littlefield, Fall 2004. In press.

- "The Power of Tolerance," *Philosemitism, Antisemitism and the Jews: Perspectives from Antiquity to the Twentieth Century*, edited by Tony Kushner, Sarah Pearce and Nadia Valman, Ashgate Publishers, 2004.
- "Ellison's Existentialism" in *African American Thinkers*, eds. Lewis Gordon and Renee White, Basil Blackwell, 2004.
- "Crowd Control," in *Crowds*, ed. Jeffrey Schnapp, Stanford University Press, forthcoming, 2005.
- "Raceless States," Conversations on Race and Multiculturalism," eds. Randy Enomoto and Genevieeve Johnson, University of Toronto Press, 2005.
- "Afterwards," Afterword to *Making Race Matter: Bodies, Space and Identity*, eds. Claire Alexander and Caroline Knowles, Palgrave/Macmillan, 2005.
- "Killing Me Softly: Civility/Race/Violence," *American Literary History*, forthcoming, Winter 2005.

*Articles: In Print*

- "A Curriculum Vitae for Critical Gender Studies," with Philomena Essed and Audrey Kobayashi, *Companion to Gender Studies*, eds. P. Essed, D.T. Goldberg, A. Kobayashi, Basil Blackwell, Fall 2004.

- "The Space of Multiculturalism," *OpenDemocracy.Net*, September 16, 2004
  http://www.opendemocracy.net/debates/article-1-111-2097.jsp

- "Manifesto for the Humanities in a Technological Age," with Cathy N. Davidson, *Chronicle of Higher Education Review*, lead article, Feb. 13, 2004.

- "The HASTAC Vision: Humanities, Arts, Science and Technology Advanced Collaboratory," co-authored with Cathy Davidson, Ruzena Bacsy, and Jeffrey Schnapp, *Visual Resources Association Bulletin* 30, 3, Spring 2004: 43-50.

- "Race and Public Policy," in *Companion to African American Thought*, eds. Tommy L. Lott and John Pittman (Oxford: Basil Blackwell), 2003.

- "The Global Reach of Racial States," in *The Globalization of Racism*, eds. Donaldo Macedo and Pangiota Gounari. (Washington: Rowman and Littlefield), 2003.

- "Cloning Cultures: The Social Injustices of Sameness," *Ethnic and Racial Studies*. With Ph. Essed. (Nov, 2002).

- "Post-Racial States," *Janus Head: An Interdisciplinary Journal in Philosophy and the Human Sciences*, 2002.

- "Race and the State," in *Blackwell Companion to Racial and Ethnic Studies*, eds. John Solomos and D.T. Goldberg. (Oxford: Basil Blackwell), 2002.

- "Scale and Sensibility. Introduction," *Rethinking Postcolonialsm*, eds. L.A. Quayson and David Theo Goldberg. Oxford: Basil Blackwell, 2001, with Ato Quayson.

- "Boundaries of the Racial State: Two Faces of Exclusion in U.S. Law," *Harvard Blackletter Law Journal*, vol. 17 (August 2001), with Kim Furumoto.

- "Racial Rule" in *Rethinking Postcolonialsm*, eds. L.A. Quayson and David Theo Goldberg. Oxford: Basil Blackwell, 2001.

- "States of Whiteness," *Between Law and Culture: The Crisis of Identities in Sociolegal Studies*. Co-ed. w/ Michael Musheno, Lisa Bower. (U. of Minnesota Press), 2001.

- "Shake Yo' Paradigm: The Crisis of Culture in Sociolegal Studies," Intro. to *Between Law and Culture: The Crisis of Identities in Sociolegal Studies*. Co-ed. w/ Michael Musheno, Lisa Bower. (U. of Minnesota Press), 2001, with Michael Musheno and Lisa Bower

- "Zacking Around: A Reply to Naomi Zack," *Philosophia Africana* 4,1 (May 2001).

- "Liberalism's Limits: Carlyle and Mill on 'The Negro Question'," *Nineteenth Century Contexts*. 22 (2000): 203-16.
  Reprinted in *Philosophers on Race: Critical Essays* eds. Julie Ward and Tommy Lott. Oxford: Basil Blackwell, 2002.

- "Racial Knowledge," Chapter 7 of *Racist Culture*, reprinted in *Theories of Race and Racism*, eds. John Solomos and Les Back (London: Routledge), 2000.

- "On Outlaw and Philosophy After Race," *Journal of African Philosophy* 13, 2 (August 2000): 153-160.

- "Surplus Value: The Political Economy of Prisons," in *Review of Education/Pedagogy/Cultural Studies*. (Fall 1999).
  Reprinted in *States of Confinement: Policing, Detention, and Prisons*. Ed. Joy James (New York: St Martin's), Fall 1999

- "Heterogeneity and Hybridity: Colonial Legacy, Postcolonial Heresy," *Blackwell Companion to Postcolonial Studies*, eds. Henry Schwartz and Sangeeta Ray. Fall, 1999.

- "Die Macht der Toleranz," *Das Argument* (Berlin) Special Issue: Grenzen (Borders), lead article. 224 (Spring 1998): 11-27.

- "The New Segregation," *Race and Society: Journal of the Society of Black Sociologists*. 1,1 (May 1998): 15-32.
  Reprinted in *Essays in Honor of Bernard Boxill*. Ed. T.L. Lott (Rowman and Littlefield, 2000).
  A substantially longer version reprinted in *City Visions*, eds, David Bell and Azzedine Haddour (London: Addison, Wesley, Longman).

- "Call and Response: Sports, Talk Radio, and the Death of Democracy," *Journal of Sport and Social Issues*. 22, 2 (May 1998): 212-23.
  Reprinted in *Is Discourse Dead?* eds. Rita Kirk Whillock and David Slayden (Thousand Oaks, CA: Sage).

- "Truth, Reference and Racial Pragmatics," in *Philosophy of Language*, ed. Andrea Nye (Oxford: Basil Blackwell), 1998.

- "Resisting Racisms, Eliminating Exclusions: South Africa and the United States," Chapter 9 of *Racist Culture*, reprinted in *Critical White Studies*, ed. Richard Delgado (Phila.: Temple Univ. Press), 1997.

- In/visibility and Super/vision: Fanon and the Racialized Politics of (Post)Colonialism," in *Fanon: A Critical Reader*, eds. Lewis Gordon, T. Denean Sharpley-Whiting, and Renee White (Oxford: B. Blackwell), 1996.

- "Taking Stock: Counting by Race," *Cultural Studies* (accepted for publication, withdrew to publish in my book, *Racial Subjects*), 1996.

- "Wedded to Dixie: Dinesh D'Souza and the New Segregationism." Review article of D'Souza's *The End of Racism*," *Review of Education/ Pedagogy/ Cultural Studies*. Summer 18,3 (1996): 231-65.

- "Racial Formation in Contemporary American National Identity: A Conversation with Angie Chabram, Barbara Christian, Richard Ford, Herman Gray, Percy Hintzen," *Social Identities* 2, 1 (Winter 1996): 169-91.

- "Is Slavery Inherently Racist?" *Journal of Blacks in Higher Education*, 1996.

- "Hate, or Power?" *American Philosophy Association Newsletter*, 1995.
  Reprinted as Afterword in *Hate Speech*, eds. Rita Kirk Whillock & David Slayden (Thousand Oaks, CA: Sage), 1995, pp 267-77.

- "Spatial Rhetorics: The Architecture of Conferencing," *APPENDX: Culture, Theory Praxis*, No. 4 (1995). http://projects.gsd.harvard.edu/appendx/dev/issue3/index.htm.

- "The Prison House of Modern Law" Review article of Peter Fitzpatrick's *The Myth of Modern Law. Law and Society Review* 29, 3 (1995), pp. 1-32.
  Reprinted in *The Concept of Racism*, ed. L. Harris (Humanities Press, 1998).
  Reprinted in edited version as "Re-Viewing the Nature of Racisms, " *Ethics in the Nineties*, ed. Joram G. Haber (Jones and Bartlett Publishing, 1996).

- "Multicultural Conditions" *Multiculturalism: A Critical Reader*. D. T. Goldberg, ed. (Oxford: Basil Blackwell), 1994, pp. 1-43.

- "Whither West?: The Making of a Public Intellectual." Review Article of Cornel West's *Race Matters Review of Education/Pedagogy/ Cultural Studies* 16, 1 (1994): 1-14
  Reprinted in *Education and Cultural Studies: Toward a Performative Practice*, eds. Henry Giroux and Patrick Shannon (New York: Routledge, 1997).

- "The World is a Ghetto: Racial Marginality and the Laws of Violence," *Studies in Law, Politics and Society*, ed. Austin Sarat & Susan Silbey (JAI Press), 1994, pp. 141-68

- "Reverse Discrimination or Reversing Discrimination?" *American Philosophical Association Newsletter.* 92, 1 (Spring 1993): 16-18

- "Modernity, Race, and Morality," *Cultural Critique* (Spring 1993): 280-305

- "The Culture of Identity," with Michael Krausz, in *Culture and Jewish      Identity.* Edited by David Theo Goldberg and Michael Krausz (Philadelphia: Temple University Press), 1993, pp. 1-11.

- "The Semantics of Race," *Ethnic and Racial Studies* 15, 4 (October 1992): 543-69

- "Critical Notes on the Underclass," *American Philosophical Association Newsletter on Philosophy and the Black Experience*91, 1 (Spring 1992): 15-19

- "Polluting the Body Politic: Racist Discourse and Urban Location," in      *Racism, the City and the State.* Eds. M.Cross & M. Keith (London: Routledge), 1991, pp. 45-60.

- "Racist Discourse and the Language of Class," in *Exploitation and Exclusion: Race and Class in the U.S.* Edited by A. Zegeye, L. Harris and J. Maxted (Oxford: Hans Zell), 1991, pp. 84-101.

- "Racism and Rationality: The Need for a New Critique" *Philosophy of the Social Sciences.* 20,3 (September 1990): 317-50.

- "Tuning in to Whistle Blowing," *Business and Professional Ethics Journal.* 7,2 (Summer 1990): 85-94.
  Reprinted in *Professional Ethics in a Free Market System.* Ed. J. Tuedio (Haven Publications), 1992.

- "The Social Formation of Racist Discourse," in *Anatomy of Racism*, D. T. Goldberg, ed. (Minneapolis: University of Minnesota Press), 1990, pp. 295-318.

- "Introduction," *Anatomy of Racism*. Ed. D. T. Goldberg, ed. (Univ. of Minnesota Press), 1990, pp. xi-xxiii.

- "Rasismin muutuva ilme (The changing faces of racism)" *Image* (Helsinki, Finland) No. 2 (December 1988).

- "Cultural Regulation and Censorship" in *Global Television*. Edited by Bryan Wallis (Wedge Books, MIT Press), 1988, pp. 255-66.

- "A Grim Dilemma About Racist Referring Expressions," *Metaphilosophy* 17,4 (Winter 1987): 224-29.

- "Reading the Signs: The Force of Language," *The Philosophical Forum* 18, 2 & 3 (Winter 1987): 71-93.

- "Raking the Field of the Discourse of Racism," *Journal of Black Studies* 18,1 (September 1987): 58-71.

- "Images of the Other: Cinema and Stereotypes, " in *Race and Representation*, eds. Johnnetta Cole and Maurice Berger. Hunter College Monographs, 1986, pp. 29-37.

*Notes and Reviews*

- "The Sovereign's Smirk," *openDemocracy*, November 3, 2004. (www.openDemocracy.net)

- "Whitewashing Race," Book Review. *Ethnic and Racial Studies*. July 2004.

- Radio interview on "Otherness," KPFQ Pacifica Radio, Los Angeles, with Lisa Lupow, Studies in Global Justice, Wednesday February 4, 2004.

- E-Interview on Humanities, Science, Arts and Technology Collbaoratory (HASTAC), *GRIDtoday*, *http://www.gridtoday.com/03/0908/101900.html*, 1993

- Review of *Making Race and Nation* by Anthony Marx. *American Journal of Sociology*. September, 1999.

- Review, *The Post-Colonial Question*, eds. l. Chambers and L. Curti. *Ethnic and Racial Studies*., 1998.

- Review, *Black, Jewish, and Interracial* by Katya Gibel Azoulay in *Black Issues in Higher Education*. November, 1997.

- Review, *Racism After "Race Relations"* by Robert Miles. *Ethnic and Racial Studies*, 1995.

- Review, *The European Intellectual Background to Hitler's Racial Policy* by Ed. Gulbekian. *Theoria: A Journal of Studies in Arts, Humanities & Social Sciences*, 1994.

- Review, *Affirmative Action and Justice: A Philosophical and Constitutional Analysis*. Michael Rosenfeld. *International Philosophical Quarterly*, 1993..

- "Mediating Apartheid," *ArtForum*. Editorial Commentary. Summer, 1992.

- "Return of the Repressed: Race and the Rise of David Duke," *ArtForum*. Editorial Commentary. January, 1991.

- Review of *"Stay Out of Politics:" A Philosopher Views South Africa.*   Ronald Aronson. *Radical Philosophy Review of Books.* #5 (Dec.), 1991.

- Review, *White Writing: On the Culture of Letters in South Africa* by J.M. Coetzee. *Journal of Modern Literature,* 1991.

- Letter to Editor: Exchange on Race and Affirmative Action in Philosophy *Proceedings and Transactions of the APA.* June 1990.

- Review, 3 books on Christianity and Apartheid *S. African Review of Books.*  October 1990.

## EDITING

### *Journal Editing*

- *Law, Culture and the Humanitie*s, Austin Sarat, ed. Editorial Advisory Board. Arnold Journals, 2004-.

- *Palestinian Review of Society and History.* Journal of the Arab Center for Applied Social Research, Haifa. Ramzi Suleiman and Nadim Rouhana, eds. International Advisory Board, 2004-

- *Ameriquest: Displacement and Relocation in Americas*, Journal of the Center for the Americas, Vanderbilt University. Robert Barsky, ed. Editorial Advisory Committee, 2004-.

- *Vectors: Culture and Technology in a Dynamic Vernacular*, Tara McPherson, ed. An electronic journal. Editorial Board, 2003-

- *Hagar: International Journal of the Social Sciences.* Ben Gurion University, Israel. International Advisory Board, 2002-

- *Socialist Review.* Affiliate Editorial Board, 1997-

- *Radical Philosophy Review*, Lewis Gordon, ed. Advisory Board Member, 1997-2000.

- *Race and Society.* Journal of the Association of Black Sociologists, Ronald Taylor, ed.. JAI Press. Editorial Board Member, 1996-

- *African Philosophy (Journal of Africana  Philosophy)*, Emmanuel Eze, ed. Advisory Editorial Board, 1996-

- *Review of Education/Pedagogy/ Cultural Studies.* Henry Giroux and Patrick Shannon, eds. Contributing Board Member, 1994-

- *Social  Identities: A Journal on Race, Nation, and Culture.* 4 issues p.a. Founding Co-editor. Taylor and Francis, 1994-2004.

- *Apartheid.*  A Special Double Issue on Racism in South Africa. Guest Editor. *The Philosophical Forum* 18, 2 & 3, Winter 1987.

### *Series Editing*

- *Blackwell's Companions on Cultural Studies*. Series General Advisory Editor, 1997-

- *Philosophy and the Global Context*, Series Editor, Michael Krausz, Rowman and Littlefield. Advisory Editorial Board, 1996-

- *Blackwell's Companion to African-American Political Thought*. Tommy Lott and John Pittman, Eds. (Oxford: Basil Blackwell). Advisory Editorial Board, 1995-2003.

- *Race and Representation*.  University College, London (UCL) Press (an imprint of Routledge, London). Series, Co-editor with John Solomos and Michael Keith, 1994-2000.

## PRESENTATIONS

More than 100 invited presentations at institutions worldwide including:

American University; Amherst College; Brown University; Bryn Mawr College; City University of New York; Columbia University; Columbia University School of Law; DePaul University; Duke University; Harvard University; MIT; New York University; Northwestern University; Rutgers University; Stanford University; University of Arizona; University of California, Berkeley; University of California, Davis; UC Humanities Research Institute; University of California, Irvine; UCLA; University of California, San Diego; University of California, Davis, University of California, Santa Barbara; University of California, Santa Cruz, University of Chicago; University of Colorado; University of Miami; University of North Carolina, Chapel Hill; University of Pennsylvania; University of Southern California; George Washington University; University of Texas, Austin; University of Wisconsin, Madison; Wheaton College, Mass.; Yale University

Balliol College, Jesus College, St Catherine's College, University of Oxford; European University, Florence; Hebrew University of Jerusalem; Goldsmith's College, University of London; International Institute for Sociology of Law, Onati; Leeds University (UK); National University of Singapore; Queen's University (Canada); Trinity College (Dublin); University of Amsterdam; University of Utrecht; University of Cape Town; Free University of Amsterdam; University of Natal, Durban; University of Durban-Westville; University of London; University of Southampton; Staffordshire University; CCCS, University of Birmingham; University of Toronto; University of British Columbia; University of Western Cape; Warwick University, WISER (Witwatersrand Institute for Social and Economic Research)

American Anthropological Association; American Studies Association; American Historical Association; American Philosophical Association; American Political Science Association; American Sociological Association; Law and Society Association; Modern Language Association; British Politial Science Association; Consortium for Humanities Centers and Institutes; Western Humanities Alliance

Subjects range over: History of Philosophy, Political Theory, Legal Theory, Ethics and Applied Ethics, Race, Racism, Critical Race Theory, Sociolegal Studies, Cultural Studies, South Africa, Ethnic Studies

## AWARDS AND HONORS

- National University of Singapore Conference Keynote for "Race and Religion," October 2004
- Co-teach National African Diaspora Graduate Summer School, Florida International University
- Harold Wolpe Memorial Lecture, University of Natal, Durban, July 2003
- Master Class, Columbia University School of Law, February 2003
- Keynote Speaker, Civil and Uncivil States, Western Humanities Alliance Conference, Oct. 2001
- University of California Humanities Research Institute, Fellowship, Spring 2000
- Student Life Award. Contribution to Student Life. Arizona State University, May 1998

- Faculty-Grant-in-Aid, Arizona State University, 1995
- Dean's Incentive Grant, College of Public Programs, Arizona State University, 1995
- Dean's Incentive Award, College of Public Programs, Arizona State University, 1994
- Research Incentive Award, Arizona State University, 1993
- External Research Associate, New Ethnicities Unit, Univ. of East London (UK), 1993
- Faculty-Grant-In-Aid, Arizona State University, 1993
- Dean's Incentive Grant (Research), College of Public Programs, A. S. U., 1992
- National Science Foundation Travel Award, Law and Society Association, 1991
- Dean's Incentive Grant (Research) College of Public Programs, A. S. U., 1991
- Dean's Incentive Grant, Speakers' Program (Identity and Power), A.S.U., 1991
- American Council of Learned Societies Travel Grant, 1989
- Drexel University Research Scholar Award, 1988
- Drexel University Mini-grant, 1987
- New York State Council on the Arts Film Grant ($20,000), 1985
- Graduate Fellow, City University of New York, 1981-84
- Silver Boomerang Award, Melbourne International Film Festival for "The Island," a film on South Africa, 1982
- New York State Council on the Arts Film Grant ($25,000), 1982
- Entered in *Who's Who Among Students in American Univ. and Colleges*, 1982
- University Fellowship, Graduate School and Center, City University of New York, 1978-81

## ADMINISTRATIVE EXPERIENCE

UNIVERSITY OF CALIFORNIA HUMANITIES RESEARCH INSTITUTE (UCHRI)
Director, UCHRI, 2000-
Multi-campus research institute serving all ten campuses of the University of California system
Ex Officio, Advisory Committee, UCHRI, 2000-
Ex Officio, Board of Governors, UCHRI, 2000-

- Responsible for overall operation of a complex research institute involving multiple programs
- Approx $2.5m annual budget
- Administer 8 full time staff and numerous graduate and undergraduate assistants
- 3-5 collaborative, interdisciplinary, thematically driven research groups in house per year (7-11 faculty, postdocs, doctoral fellows per group); administer fully furnished offices, apartments, research and tech support
- Sponsor approx. 15 conferences, workshops, seminars per year across the UC system
- Organize 4-5 conferences in house per year
- Manage annual postdoc. program in California Studies
- Manage annual doctoral dissertation program in Medicine and Humanities
- Manage various faculty research programs
- Foundational and endowment fundraising (approx. $500,000 per year)
- Direct thematic annual summer Seminar in Experimental Critical Theory (SECT), intensive two-week summer school for faculty, postdocs, graduate students involving 4-6 prominent instructors and 60 participants

UNIVERSITY OF CALIFORNIA OFFICE OF THE PRESIDENT (UCOP)
Member, University of California Humanities Advisory Committee (Deans Advisory Committee to the President, University of California), 2000-
Founding Member, UC Humanities Technology Council, 2004-
Member, Humanities Commission Ad Hoc Committee, University of California, reporting to President, University of California, mainly involved in fundraising for systemwide humanities, 2002-
Chair, Selection Committee for UC ACCORD site location and Director, 2001

ARIZONA STATE UNIVERSITY (ASU)

Director and Chair, School of Justice Studies, ASU, 1995-2000
- Oversaw all administrative and faculty considerations in large interdisciplinary, principally social science-based school concerned with law and society, issues of justice and criminology (approx. 25 faculty; 1000 undergraduate majors; 100 graduate students; 6 full time staff; 40-50 courses per semester)
- Responsible for budget of $2m)
- Responsible for all faculty and staff hiring, all student admissions
- Oversaw fundraising for the School

MISCELLANEOUS
Associate Director, Oxford Centre for African Studies Summer School, Oxford University, Summer 1990
Director, Major in Philosophy, Department of Humanities, Drexel University, 1988-1990
Founding Co-President, Metafilms, a small film and music video production and distribution company in New York City, 1981-87

## FUNDRAISING

UNIVERSITY OF CALIFORNIA
As Director of UCHRI I have raised or co-raised funds and served as PI or co-PI on grant projects from a wide range of foundations, agencies and individuals for a diverse array of intellectual projects.
- Ford Foundation ($450,000, Cloning Cultures), Co-PI with Philomena Essed, UC Irvine/U. of Amsterdam and Emory Elliott, UC Riverside.
- NEH ($300,000, 3:1 matching endowment), PI.
- Sikh Foundation ($250,000, UC Sikh Studies), PI.
- Ford Foundation ($200,000, Critical Resistance), Co-PI with Angela Davis, UC Santa Cruz.
- Ford Foundation ($2000,000, Reshaping the Americas/Crossing Borders), Co-PI with Ramon Gutierrez, UC San Diego.
- Rockefeller Foundation ($100,000, UC African American Studies), PI.
- Mellon Foundation ($110,000, Sawyer Seminar on Redress), PI.
- Hearst Foundation ($100,000 endowment), PI.
- National Science Foundation ($70,000 for virtual museum of Sikh art and culture), Second PI. Lead PI, Ruzena Bacsy, Center for Information Technology Rsearch in Interests of Society, UC Berkeley
- Koret Foundation ($60,000, UC Jewish Studies), PI.
- Los Angeles Jewish Community Foundation ($30,000, UC Institute for Advanced Jewish Studies), PI.
- Rockefeller Foundation ($25,000, Digital Humanities), PI.
- Koret Foundation ($10,000, Young Jewish Writers Public Series), PI.
- Goldman Foundation ($10,000, Young Jewish Writers Public Series), PI.
- Littauer Foundation ($10,000, Jewish Studies endowment), PI.
- Woodrow Wilson Foundation ($20,000, Woodrow Wilson Postdoctoral Fellowship), PI.

ARIZONA STATE UNIVERSITY
Served on Dean's Steering Committee, College of Public Programs, for a $12m Capital Campaign, 1997-2000 (part of the University's successful $300m capital campaign).
- Included my leading the fundraising for the John Frank Lecture Series ($125,000), which was successfully completed in 2000 and now runs annually. (John Frank was, inter alia, the lead litigating lawyer in *Miranda v. Arizona*). Fundraising committee was co-chaired by Arizona Governor Janet Napolitano (at time State Attorney-General). Inaugural lecture in series delivered by Professor Lani Guinier, Harvard Law School.
- Successfully raised $25,000 to underwrite "A Land Apart," a Photographic Exhibition I curated on South Africa and Pine Ridge to commemorate the Columbus Quincentennial, 1992. *The Arizona Republic* characterized the exhibition as the best art exhibit in Phoenix in 1992.

MISCELLANEOUS
Successfully raised funds from the New York State Council on the Arts for completing films *The Island* ($20,000, 1981) and *Too Sensitive to Touch* ($25,000). Also helped to raise private funds to complete *King Black*, an art house feature film I produced (directed by Michael Oblowitz).

## PROGRAM INITIATIVES

*University of California Humanities Research Institute*
HASTAC: HUMANITIES, ARTS, SCIENCE, TECHNOLOGY ADVANCED COLLABORATORY
Principal Co-Founder of HASTAC, an international consortium of humanities centers, the arts, science and supercomputing interests to promote humanistic technologies and technological humanism.

- Co-founded HASTAC, an international, interdisciplinary consortium dedicated to humane technologies and technological humanism, with Cathy Davidson (Vice-Provost, Interdisciplinary Studies, Duke University),. HASTAC promotes collaborative research and creativity. It seeks to utilize and develop responsive communication and information systems while contributing to a deep understanding of the interconnections between the human sciences, natural sciences, arts, and technology. HASTAC, to date, has convened two conferences (one at UCHRI and the other at the NCSA Access Center in Washington, DC) to plan collaborative research projects resulting in the development and creation of new technologies for archiving, multimedia search and storage, digitization of new kinds of humanities resources, and the creation of interoperable systems. The HASTAC Core Leadership group includes Ruzena Bacsy (Director, CITRIS, UC Berkeley), Jeffrey Schnapp (Director, Stanford Humanities Lab), Kevin Franklin (Deputy Director, UCHRI). HASTAC projects include virtual museums, regional humanities grids, interactive intellectual and visual essays, etc. Wqe are planning a year-long multi-institutional project for 2006-07.

UCHRI ANNUAL SUMMER SEMINAR IN EXPERIMENTAL CRITICAL THEORY (SECT), 2003-
An intensive two week summer program for graduate students and faculty from the UC system and elsewhere, as well as other scholars, professionals, and public intellectuals. The seminar brings together a number of distinguished instructors and a group of 50+ students to study a pressing issue or theme in contemporary critical theory, in both its "pure" and "applied" modes. The Seminar is neither exclusively an introductory survey course nor an advanced research seminar but an academy or "laboratory" where students and faculty at all levels of previous experience can study with scholars involved in important and creative theoretical thought. 2003-04: Psychoanalysis, Politics and the Event (with Slavoj Zizek, Alain Badiou, Joan Copjec, Alenka Stepancek, Eric Santner, Alain Badiou, Mladen Dolar, and Peter Hallwell). 60 students. Co-organized with Kenneth Reinhard, UCLA.
- 2004-05: Empires, Race, Bio-politics (with Achille Mbembe)
- 2005-06: Humanities and Technologies of the Virtual

DIGITAL HUMANITIES NETWORK, UNIVERSITY OF CALIFORNIA
Using existing digital technologies to establish humanities networks linking all ten campuses of the University of California. Network will facilitate development and expansion of intellectual and administrative interactions throughout the UC system, and serve as a system for broader networks. At present, we are making headway on sub-networks, which include:
- UC Institute for Advanced Jewish Studies
  Links Jewish Studies throughout UC system into coherent and mutually beneficial network to advance Jewish Studies.
- UC California Cultures, 2004-

Building on the considerable work in California Studies throughout the University of California, we are developing a web-based virtual map of the cultures, institutionally and conceptually, making California what it is. The website will serve as a portal to and handbook of California culture both by linking existing sites and by offering a coherent framework for interpreting and comprehending the vast field.

- UCHRI Virtual Distributed Residence Groups, 2004-
  We are developing the technological infrastructure, by adapting existing gaming technology, to host virtual residence groups on pre-selected themes drawing on faculty throughout the University of California and from other institutional sites, nationally and internationally. Each resident fellow will be bought out of a ccourse on their home campus and devote the released time to participating on-line in a 3D simulated, virtual meeting space. Participants will help to build the virtual participant environments—in the end, an on-line virtual university—as the contribute to the group.
  "Game Rules: On Gaming," inaugural residence group, Spring 2005

## RACE CRITICAL STUDIES
- · Race Theory Discussion Group: Initiated a reading and discussion group of approximately 20 people meeting regularly at UC Irvine to share work among each other and on occasion with prominent invited commentators/researchers on racial matters. Visitors have included Paul Gilroy, Achille Mbembe, Michael Hanchard, Denise da Silva, Lewis Gordon, Etienne Balibar, Devon Carbado.
- Center for Race Critical Studies: initiated project to establish center at UC Irvine

## UCHRI YOUNG JEWISH WRITERS SERIES
Three-part series of public programs, I designed, directed and fundraised. Co-organized with Ken Reinhard, UCLA, and Derek Rubin, University of Utrecht (see www.uchri.tv).
- Beckman Center, Irvine, October 2003 (w/ Leslie Epstein, Pearl Abraham, and Jonathan Rosen)
- Skirball Center Los Angeles, December 2003 (w/ Rebecca Goldstein, Dara Horn, Thane Rosenbaum, Gary Shteyngart, and David Ulin)
- San Francisco Jewish Community Center, February 2004 (w/ Melvin Bukiet, Binnie Kirshenbaum and Steve Wasserman)

## UC SYSTEMWIDE SIKH STUDIES
Coordinate systemwide research activities in emerging Sikh Studies at University of California. Undertake fundraising for systemwide Sikh Studies
- Sikh Art and Culture 3D Virtual Museum: direct and coordinate development
- Planning for conference on Sikhs and Gender
- Serve on UC-wide Committee on Sikh Studies

## UC SYSTEMWIDE AFRICAN AMERICAN STUDIES
Promotes systemwide research activities in African American Studies
- Raised funds for research and coordination of systemwide African American Studies
- Hosted a series of planning workshops

## WORKSHOPS
Initiated and organized a series of workshops on a variety of topics across the University of California
- "Digital Humanities": bringing together faculty in humanities, arts, and computing to discuss applications of digital technologies to the humanities, 2002-
- "Race, Poscoloniality, and Governmentality": organized workshop with Donald Moore, including Achille Mbembe and Judith Butler, UC Berkeley, December, 2003
- "Cloning Cultures: Injustices of Sameness": bringing together faculty throughout the University of California interested in developing the concepts of replicating sameness and cloning culture, (with Philomena Essed), 2003-

- "Interdisciplinarities": bringing together faculty and deans of humanities and social sciences across the University of California to discuss intellectual and institutional implications, 2001-
- "Reshaping the Americas": organized a series of workshops with Ramon Gutierrez on new Latin American Studies bringing together scholars across the United States and Ltin America. Workshops held at UC Irvine, in Oaxaca, Mexico City, and Costa Rica. Funded by Ford Foundation.
- "Race Critical Studies": bringing together faculty in humanities and social sciences interested in the interface of race and critical theory, 2000-

### *Arizona State University*

PROFESSIONAL SEMINAR
Conceived, organized, and co-taught professional seminar for doctoral students in the Committee on Law and Social Science PhD program. 1997-2000

WRITING CENTER, SCHOOL OF JUSTICE STUDIES
Oversaw expansion of small existing writing mentorship center for undergraduate students in large sociolegal studies department. Involved undergraduate honors students mentoring more junior students in writing skills. Led to visible improvement in students' writing. 1995-2000

RACE DISCUSSION GROUP, COLLEGE OF PUBLIC PRFOGRAMS
Organized and oversaw college-wide reading group for graduate students.

READING GROUP ON GLOBALIZATION
Organized and directed reading group  forjunior faculty and graduate students, School of Justice Studies, 1998-200

## SELECTED CONFERENC/WORKGROUP ORGANIZATION

- Multiple Residence Research Groups, UCHRI, 2000-
  Oversee rfp's for and choice of themes and group participants, and administer all aspects of each group's residency, financial, administrative, and residential. Resident Group themes since 2000 include: Critical Resistance (on Prisons); Health Services and Place; Theorizing Race in Pre- and Early Modernity; Autobiography in the Americas; Standards, Quantification, and Formal Representations; Placing Popular Music; Asian and Asian American Performance; Reshaping the Americas; Gesture; Improvisation; Redress in Law, Literature, and Social Thought; Feminism, Global Cultures, and Cyberspace; Queer Locations; Ethics of the Neighbor; Cloning Cultures: Injustices of Sameness; Law and New Media Technologies

- Los Angeles County Museum of Art, "Race and Classification: The Case of Mexican America," in conjunction with the LACMA Casta Paintings Exhibition, One-day Conference, Co-organizer and Director. May 2004 (see **www.uchri.tv**).

- "Theorizing Race in Pre-Modernity." Two-day Conference at UCHRI. Co-organizer   (included responding to conference presenters), May 2004.

- "tRACEs: Race, Critical Theory and Deconstruction," Two-day Conference at UCHRI. Co-director, April 2003 (see **www.uchri.tv**).

- UCHRI Reshaping the Americas Workshop, Costa Rica funded by Ford Foundation. Two-day Workshop. Director. January 2003.

- UCHRI Cloning Cultures Workshops, funded by Ford Foundation. Three half-day workshops at UC Irvine, UC Riverside, and UC Berkeley. Co-director. 2003.

- UCHRI African American Studies Workshops, funded by Rockefeller Foundation. A series of UC-wide worskshops on the status of African American Studies. Director. 2002-2005.

- UCHRI Sawyer Seminar on Redress, funded by Mellon Foundation. A series of half-day seminars. Winter-Spring, 2003. Director (see **www.uchri.tv**).

- "Animated Insights: Conversation with William Kentridge," LA County Museum of Art. A panel discussion attended by 600 people in conjunction with the Willam Kentridge Retrospective. Director. September 2002.

- UCHRI Reshaping the Americas Conference, funded by Ford Foundation April 2001.

- UCHRI Reshaping the Americas Workshop, Oaxaca, Mexico, funded by Rockefeller and Ford Fdns May 2001.

- "Administrative Interdisciplinarities," discussion fora for University of California Deans/Faculty, UCHRI, 2001.

- John P. Frank Lecture Series on Law and Public Policy, School of Justice Studies, ASU Inaugural lecture, Lani Guinier,, 2000.

- Workshop on Race and the State. Center for African Studies, University of California, Berkeley, Co-organized with Ruth Wilson Gilmore and Gillian Hart, May 1999.

- Race and the Law, International Institute for Sociology of Law. Onati, Spain, Co-organizer with Audrey Kobayashi, April 1999.

- Critical Resistance: Beyond the Prison Industrial Complex, National Conference Advisory Board, Berkeley, September 1998.

- Co-organizer, Colloquium series, "Ethnography and Contested Voices," Arizona State University, Spring 1998.

- Panel Organizer on Race and Space, and on California in the National Imaginary, Pacific Sociological Association, San Francisco, April 1998.

- Director, Conference on "Race, Class, and Power, Unfinished Liberation: In Honor of Angela Davis," Arizona State University, March 1998.

- Director, one day conference on "Engaging Identities: Gender, Sexualities, and Social Movements," School of Justice Studies, Arizona State University, November, 1997.

- Director, one day conference on "Revealing Gender," School of Justice Studies, Arizona State University, October 1997.

- Director, one day conference on "Death Decreed: Capital Punishment, Legality, and Popular Culture,"

School of Justice Studies, Arizona State University, April 1997.

- Director, one day conference on "Entertaining Stereotypes,"  School of Justice Studies, Arizona State University, March 1997.

- Convener, Colloquium Series, "Justice and Identities, School of Justice Studies, Arizona State University, Spring 1997.

- Director, one day conference, "The New Segregation," School of Justice Studies, Arizona State University, November, 1996

- Convener, "Themes Around Policing the Crisis," Colloquium Series, School of Justice Studies, Arizona State University, Fall 1996.

- Chair and Convener, Invited Panel Discussion on "Racial Formation in Contemporary American National Identity," APA Meetings, San Francisco, March 1995.

- Coordinator, Multiculturalism and Ethnicity Conference, Ethnicity Network, Research Focus on Race and Racism, Arizona State University, Spring 1995.

- Coordinator, Workshop on Multiculturalism, College of Public Programs, Arizona State University, March 1994.

- Director, "A Land Apart," Columbus Day Quincentennial Photographic  Exhibition, Arizona State University. Reviewed as "show of the year in Phoenix" in *The Arizona Republic,* Spring 1992.

- Coordinator, Colloquium Series on Power and Identity, School of Justice Studies, Arizona State University, Spring 1992.

- Co-director, Conference on Knowledge and Power, Oxford Centre for African Studies, Oxford University, July 1990.

- Co-organizer, Conference on Race and the Humanities, Jesus College, Oxford University, July 1989.

- Organizer, Conference on Apartheid, Drexel University, February 1989.

- Co-organizer, Greater Philadelphia Philosophy Consortium Workshop Philadelphia, 1988-90. (Chair 1989-90)

- Film & Video Curator, "Race and Representation." Multi-media exhibit, Hunter College, with Johnetta Cole and Maurice Berger. Reviewed in *New York Times,* 1987.

- Colloquium Committee, Society for Philosophy & Public Affairs, New York, 1986-88 (Chair, 1988).

- Organizer, Graduate Student Colloquium Group, City University of New York, 1984
- Initiated  weekly faculty and graduate student colloquium group that later was institutionalized in Philosophy Department, Graduate Center, City University of New York, 1981 .

## ACADEMIC SERVICE (Selected)

- UC Office of the President Humanities Technology Council, 2004-
- Consultant, Taft Humanities Center, University of Cincinnati, 2003.
- Chair, Search Committee, African American Studies, UC Irvine 2002-3.
- Chair, Review Committee, Netherlands Consortium for Women's Studies, Royal Society for Science, 2002.
- Advisory Committee, International Center for Writing and Translation, UC Irvine, 2002-
- Search Committees, International Center for Writing and Translation, UC Irvine, 2001/
- Chair, Director Search and Site Committee, UC ACCORD, UC Office of the President, 2001.
- Committee member, Review Committee, Ethnic Studies, UC San Diego, 2001.
- UC Office of the President Humanities Advisory Committee, Deans advisory council to President, University of California, 2000-
- Member, Search Committee, Lincoln Chair on Ethics and Director, Center for Applied Ethics, Arizona State University, 1999-2000.
- Member, Search Committee, Professor, African American Studies, Arizona State University, 1999.
- Member, Search Committee, Chair, Chicano Studies Program, Arizona State University, 1999.
- Chair Policy Work Group, School of Justice Studies, ASU, 1995-2000.
- Chair, Program Review Committee, School of Justice Studies, ASU, 1999-2000.
- Member, Dean's Executive Council, College of Public Programs, Arizona State University, 1995-2000.
- University Regents Professor Nominating Committee, Arizona State University, 1995-98 (Chair, 1996-98). Responsible for nominating to University President candidates for highest faculty honor in Arizona University system.
- Chair, Search Committee, Visiting American Indian Scholar, Justice, School of Justice Studies, Arizona State University, 1994.
- Chair, Personnel Committee, School of Justice Studies, ASU, 1992-93 (member 1990-91).
- Member, Policy Work Group, School of Justice Studies, ASU 1992-93.
- Advisory Committee, African American Studies, Arizona State University, 1995-97
- Academic Affairs and Awards Committee, College of Public Programs, ASU, 1995.
- Member, Council of Chairs and Directors, Arizona State University, 1996-2000.
- Member, Advisory Board, Center for Urban Studies, Arizona State University, 1995-97.
- Member, Executive Committee, Ph.D. Committee on Law and Social Science, ASU, 1994-95.
- Member, Advisory Committee to establish Jewish Studies (By-laws Committee), ASU, 1997-99.
- Member, Univ. Committee to establish African American/African Studies, ASU1994-96
- Member, Salary Task Force, School. Justice Studies & College of Public Programs, Arizona State University, 1994-95.
- Member, Academic and Student Affairs Committee, College of Public Programs, Arizona State University, 1993-94.
- Member, Graduate Committee, School of Justice Studies, Arizona State University, 1992-93.
- Member, Committee to Establish Minor in African American Studies and Graduate Committee, Department of Humanities, Drexel University, 1998-99.
- Chair, Students Steering Committee, Department of Philosophy, Graduate School, City University of New York, 1981-84.
- Member, Colloquium Committee, and Hiring and Admissions Committees, Department of Philosophy Graduate School, City University of New York, 1982-83.

## MEMBERSHIPS

- Cerro Dantas Board Member, an environmental conservation organization, Costa Rica, 2003-.
- American Studies Association, 2000-.
- Law and Society Association, 1990-.
    (nominated for Board of Trustees, 1995)

(Evaluation Committee, Annual Award for Best Article, 1999).
- Greater Philadelphia Philosophy Consortium Planning Comm. 1988-90
  (Chair, 1989)
- North American Society for Social Philosophy, 1986-96.
- Society for Philosophy and Public Affairs, New York, 1984-90
  (Executive Comm. 1987-8).
- Society for the Study of Black Philosophy, New York, 1984-90.
- American Philosophy Association, 1980-
  (Committee on Blacks in Philosophy, 1993-96)
  (Committee on Philosophy of Law, 1997-99)