# EXHIBIT 12B

| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | THERESE M. STEWART, State Bar #104930<br>Chief Deputy City Attorney |
| 3 | WAYNE K. SNODGRASS, State Bar #148137<br>MARGARET W. BAUMGARTNER, State Bar #151762 |
| 4 | JIM EMERY, State Bar#153630<br>JULIA M.C. FRIEDLANDER, State Bar#165767 |
| 5 | YVONNE MERE, State Bar #173594<br>KATHLEEN S. MORRIS, State Bar #196672 |

DENNIS J. HERRERA, State Bar #139669
City Attorney
THERESE M. STEWART, State Bar #104930
Chief Deputy City Attorney
WAYNE K. SNODGRASS, State Bar #148137
MARGARET W. BAUMGARTNER, State Bar #151762
JIM EMERY, State Bar#153630
JULIA M.C. FRIEDLANDER, State Bar#165767
YVONNE MERE, State Bar #173594
KATHLEEN S. MORRIS, State Bar #196672
SHERRI SOKELAND KAISER, State Bar #197986
GINA M. ROCCANOVA, State Bar #201594
NELI PALMA, State Bar #203374
PHILIP LEIDER, State Bar #229751
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4700
Facsimile:     (415) 554-4747

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

BOBBIE J. WILSON, State Bar #147317
PAMELA K. FULMER, State Bar #154736
AMY E. MARGOLIN, State Bar #168192
SARAH M. KING, State Bar #189621
KEVIN H. LEWIS, State Bar #197421
CEIDE ZAPPARONI, State Bar #200708
JEFFREY T. NORBERG, State Bar # 215087
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:     (415) 434-1600
Facsimile: (415) 217-5910

ENDORSED
FILED
San Francisco County Superior Court

NOV 2 2 2004

GORDON PARK-LI, Clerk
BY: _____

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

UNLIMITED CIVIL JURISDICTION

| | |
|---|---|
| Coordination Proceeding<br>Special Title (Rule 1550(b))<br>**MARRIAGE CASES**<br><br>**CITY AND COUNTY OF SAN FRANCISCO**, a charter city and county,<br><br>Plaintiff/Petitioner,<br><br>vs.<br><br>**STATE OF CALIFORNIA**, et al.<br><br>Defendants/Respondents. | JUDICIAL COUNCIL COORDINATION PROCEEDING NO. **4365**<br><br>Case No. **429-539**<br>(Consolidated with Case No. 504-038)<br><br>**SUPPLEMENTAL DECLARATION OF CYNTHIA G. GOLDSTEIN IN SUPPORT OF SAN FRANCISCO'S REPLY TO STATE OF CALIFORNIA'S OPPOSITION TO PETITION FOR WRIT OF MANDATE**<br><br>Hearing Date:      December 22, 2004<br>Hearing Judge:   Richard A. Kramer<br>Time:                  9:30 A.M.<br>Place:                 304<br><br>Date Action Filed:   March 11, 2004<br>Trial Date:               Not set |

I, Cynthia G. Goldstein, declare as follows:

1. I have personal knowledge of the matters set forth herein, except as to matters based on information and belief, and could competently testify thereto. This declaration is intended to supplement my earlier declaration in support of the City and County of San Francisco's brief entitled "Constitutional Challenge to Marriage Statutes."

2. In my role as Senior Contract Compliance Officer with the Human Rights Commission, I have been very involved with the research, implementation and enforcement of the Equal Benefits Ordinance (hereinafter "EBO"), which I discussed at length in my first declaration. Before the EBO went into effect, HRC received countless complaints from domestic partners stating that they were being denied health care and other benefits by their employers. At that time, most employers, including those who contracted with the City and County of San Francisco (hereinafter "City"), offered health care and other benefits to married couples and their families but did not extend those benefits to domestic partners. The EBO was an attempt on the part of the City to ensure that City contractors give domestic partners and spouses the same benefits.

3. Yet, because the EBO extends only to those entities that contract with the City, there is no legal requirement that non-contracting businesses provide couples in domestic partnerships the same benefits as spouses. The result is that most employees with domestic partners are still denied subsidized health care benefits and other benefits offered by their employers to employees with spouses.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration was executed in San Francisco, California.

Dated: November 19, 2004

_____
CYNTHIA G. GOLDSTEIN

**City and County of San Francisco**



Gavin Newsom
Mayor

**Human Rights Commission**
Contract Compliance
Dispute Resolution/Fair Housing
Lesbian Gay Bisexual Transgender & HIV Discrimination

Virginia M. Harmon
Executive Director

# Fax

| | | | |
|---|---|---|---|
| **Date:** | November 19, 2004 | **Pages:** | 3 (including cover page) |
| **To:** | Diana Quan | **Co/Org:** | City Attorney |
| **Fax #:** | 554-4747 | **Phone #:** | |
| **From:** | Cynthia G. Goldstein | **Title:** | Senior Contract Compliance Officer |
| **Fax #:** | 415-431-5764 | **Phone #:** | 415.252.2515 |
| **Re:** | Declaration | | |

**Comments:**

Yvonne Meré asked that I fax this to you. The original will follow via interoffice mail.



Thanks



25 Van Ness Avenue
Suite 800
San Francisco
California 94102-6033



TEL (415) 252-2500
FAX (415) 431-5764
TDD (415) 252-2550
www.sfhrc.org

