# EXHIBIT 14A



1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   THERESE M. STEWART, State Bar #104930
    Chief Deputy City Attorney
3   WAYNE K. SNODGRASS, State Bar #148137
    MARGARET W. BAUMGARTNER, State Bar #151762
4   JIM EMERY, State Bar#153630
    JULIA M.C. FRIEDLANDER, State Bar#165767
5   YVONNE MERE, State Bar #173594
    KATHLEEN S. MORRIS, State Bar #196672
6   SHERRI SOKELAND KAISER, State Bar #197986
    GINA M. ROCCANOVA, State Bar #201594
7   NELI PALMA, State Bar #203374
    PHILIP LEIDER, State Bar #229751
8   Deputy City Attorneys
    City Hall, Room 234
9   1 Dr. Carlton B. Goodlett Place
    San Francisco, California 94102–4682
10  Telephone:    (415) 554-4700
    Facsimile:    (415) 554-4747
11
    Attorneys for Plaintiff
12  CITY AND COUNTY OF SAN FRANCISCO

    BOBBIE J. WILSON, State Bar #147317
    PAMELA K. FULMER, State Bar #154736
    AMY E. MARGOLIN, State Bar #168192
    SARAH M. KING, State Bar #189621
    KEVIN H. LEWIS, State Bar #197421
    CEIDE ZAPPARONI, State Bar #200708
    JEFFREY T. NORBERG, State Bar # 215087
    HOWARD RICE NEMEROVSKI
    CANADY FALK & RABKIN
    A Professional Corporation
    Three Embarcadero Center, 7th Floor
    San Francisco, California 94111-4024
    Telephone:    (415) 434-1600
    Facsimile: (415) 217-5910

ENDORSED
F I L E D
San Francisco County Superior Court

NOV 2 2 2004

GORDON PARK-LI, Clerk
BY:_____

13
14                  SUPERIOR COURT OF THE STATE OF CALIFORNIA
15                          COUNTY OF SAN FRANCISCO
16                         UNLIMITED CIVIL JURISDICTION
17
    Coordination Proceeding
18  Special Title (Rule 1550(b))
    **MARRIAGE CASES**
19
    **CITY AND COUNTY OF SAN**
20  **FRANCISCO**, a charter city and county,

21                  Plaintiff/Petitioner,

22          vs.

23  **STATE OF CALIFORNIA**, et al.

24                  Defendants/Respondents.

    JUDICIAL COUNCIL COORDINATION
    PROCEEDING NO. **4365**

    Case No. **429-539**
    (Consolidated with Case No. 504-038)

    **DECLARATION OF GREGORY M.
    HEREK IN SUPPORT OF SAN
    FRANCISCO'S REPLY TO STATE OF
    CALIFORNIA'S OPPOSITION TO
    PETITION FOR WRIT OF MANDATE**

    Hearing Date:      December 22, 2004
    Hearing Judge:     Richard A. Kramer
    Time:              9:30 A.M.
    Place:             304

    Date Action Filed:   March 11, 2004
    Trial Date:          Not set

25
26
27
28

                                      1

I, GREGORY M. HEREK, declare as follows:

1.     I make this declaration of my own personal knowledge and would testify competently to the matters stated herein if called upon to do so.

2.     I am a tenured Professor of Psychology at the University of California at Davis. In 1983, I received my Ph.D. in Psychology, with an emphasis in Personality and Social Psychology, from the University of California at Davis. I was a Post-Doctoral Fellow in Social Psychology at Yale University from 1983 to 1985. I subsequently served as a Lecturer and Visiting Assistant Professor at Yale University and as an Assistant Professor at the City University of New York Graduate Center in their Program in Social and Personality Psychology. I returned to the University of California at Davis in 1989 as an Associate Research Psychologist, and was appointed a Professor in 1999.

3.     A principal focus of my original research is the social psychology of societal attitudes towards lesbians and gay men. As reflected in my curriculum vitae (Exhibit A hereto), I have published more than 80 papers and chapters in scholarly journals and books, most of them related to sexual orientation, HIV/AIDS, or attitudes. I have also edited or coedited five books and two special issues of academic journals on these topics, and I have made more than 70 presentations at professional conferences and meetings. I have received numerous federal and state grants for my research with combined budgets totaling than $5 million.

4.     I am a Fellow of the American Psychological Association and the American Psychological Society and a member of several other professional organizations. On two occasions, I have testified before the U.S. Congress about issues of sexual orientation on behalf of the American Psychological Association and other professional societies. I have received several professional awards and honors, including the 1996 American Psychological Association Award for Distinguished Contributions to Psychology in the Public Interest.

5.     I currently serve on the editorial boards of five professional journals and routinely serve as an ad hoc reviewer for many others. Over the past three years, for example, I reviewed manuscripts for approximately 20 different scientific and professional journals. I am the Executive

2

Editor of a recently established book series published by the American Psychological Association, *Contemporary Perspectives on Lesbian, Gay, and Bisexual Psychology*, whose titles will include scientific and professional books on a variety of topics related to sexual orientation. I was a member of a peer review panel for the National Institute of Mental Health from 1992 to 1995, and have frequently served as an ad hoc reviewer for the Institute since completing my three-year term on that committee. Since 1995, I have served as chairperson of the Scientific Review Committee of the Wayne F. Placek Award competition, sponsored by the American Psychological Foundation, which annually funds empirical research in the behavioral and social sciences related to sexual orientation. At the University of California, Davis, I regularly teach an upper-division undergraduate course on sexual orientation and have also taught a graduate seminar on this topic. All of these activities necessitate that I maintain expertise on a wide variety of topics related to sexual orientation that cross academic disciplinary boundaries and extend beyond the areas addressed by my own original empirical research.

## I. The Focus of This Declaration and the Nature of Scientific Evidence Cited Herein

6.     In this declaration, I offer my expert opinion about the social and psychological impact for gay men and lesbians of not being allowed to marry a same-sex partner. I also address the question of whether an institution such as domestic partnership mitigates this impact. Toward that end, I review the social and behavioral science research relevant to sexual orientation, same-sex relationships, lesbian and gay parents, and heterosexual marriage.

7.     The declaration begins with background information about the nature of sexual orientation. I then summarize relevant findings from scientific research on same-sex couples and gay parents and their children. This research has consistently failed to find differences between same-sex and heterosexual committed relationships in their essential social psychological qualities. Research on parenting and children has failed to identify reliable differences between heterosexuals and gay people in their parenting ability or the psychological adjustment and well-being of their children. Research has consistently shown that being married enhances the social, psychological, and physical well-being of men and women. Whereas being in a domestic partnership may impart

3

1   some of these same benefits, it is unlikely to have the transformative effect that marriage confers on

2   its participants. Moreover, when the State treats the committed relationships of gay men and

3   lesbians differently from those of heterosexuals, this has the effect of perpetuating the stigma

4   historically associated with homosexuality. Such stigma has negative consequences for all gay,

5   lesbian, and bisexual people, regardless of their relationship status and regardless of whether they

6   wish to marry.

7        8.     This declaration presents an accurate summary of the current state of scientific and

8   professional knowledge about issues relevant to sexual orientation, marriage, and parenting. As a

9   member of the American Psychological Association, I am ethically bound to be accurate and

10   truthful in describing research findings and characterizing the current state of scientific knowledge.

11   Before summarizing the research literature, I wish to explicitly note three important, interrelated

12   points that are generally understood by social and behavioral scientists.

13        9.     First, scientific knowledge is cumulative. Scientists continually try to replicate their

14   own findings and those of their colleagues by collecting new data from new samples with a variety

15   of methods. Greater confidence is placed in conclusions that are supported by multiple studies

16   employing different methods with different samples than conclusions that are based on a single

17   study.

18        10.     Second, scientific research cannot prove conclusively that a particular phenomenon

19   never occurs or that two groups do not differ from each other in terms of a particular characteristic.

20   However, when numerous studies — employing different methods with different samples —

21   consistently fail to show that a phenomenon occurs with any regularity or that samples representing

22   different populations differ in some important respect, the burden of scientific proof falls on those

23   who claim otherwise. Consistent with the previous paragraph, this burden of proof typically

24   includes the imperative to obtain contradictory data from multiple well-designed, well-executed

25   studies rather than a single study.

26        11.     Third, scientists continually critique their own research and that of their colleagues in

27   order to advance scientific knowledge. Thus, when a scientist identifies limitations or qualifications

28   

DECL. OF HEREK IN SUPPORT OF CCSF'S REPLY TO STATE'S OPP. TO PET. FOR WRIT OF
MANDATE; PROCEEDING NO. 4365                      n:\govli1\li2004\041629\00275869.do
c

1    to a published study's findings (whether the scientist's own research or that of a colleague), or when

2    she or he notes areas in which additional research is needed, this should not necessarily be

3    interpreted as a dismissal or discounting of the research. All scientific studies can be constructively

4    criticized, and scientists continually try to identify ways to improve and refine their own work and

5    that of their colleagues.

6        12.      In preparing this declaration, I have endeavored to rely on the best empirical research

7    available, focusing as much as possible on general patterns rather than any single study. Whenever

8    possible, I have relied on original empirical studies and literature reviews published in the most

9    highly respected peer-reviewed journals in the behavioral and social sciences. In some cases, I have

10    used technical reports and material published in academic books, which typically are not subjected

11    to the same rigorous peer-review standards as journal articles. In those instances, I have tried to

12    ensure that the sources reported research employing rigorous methods, were authored by well-

13    established researchers, and accurately reflected professional consensus about the current state of

14    knowledge. In assessing the scientific literature, I have neither included studies merely because

15    they support, nor excluded credible studies merely because they contradict, particular conclusions.

16        13.      In preparing my comments, I have consulted a large number of sources. They

17    include the following original empirical reports, literature reviews, and books: Adams & Jones,

18    1997; Amato & Keith, 1991; Badgett, 2001; Bailey, Bobrow, Wolfe, & Mikach, 1995; Brown,

19    2000; Burton, 1998; Burton, Newsom, Schulz, Hirsch, & German, 1997; Chan, Raboy, & Patterson,

20    1998; Cochran, Sullivan, & Mays, 2003; Cole, Kemeny, Taylor, & Visscher, 1996; Dohrenwend,

21    2000; Doka, 1989; Golombok et al., 2003; Gonsiorek, 1991; Gove, Style, & Hughes, 1990; Heaton

22    & Albrecht, 1991; Johnson, Backlund, Sorlie, & Loveless, 2000; Kaiser Family Foundation, 2001;

23    Kiecolt-Glaser, McGuire, Robles, & Glaser, 2002; Kurdek, 1995; Kurdek, 1998; Kurdek, 2001;

24    Levinger, 1965; Mackey, Diemer, & O'Brien, 2000; McLanahan & Sandefur, 1994; Meyer, 2003;

25    Mills et al., 2001; Murphy & Perry, 1988; Nardi, 1997; Nock, 1995; Norris & Murrell, 1990;

26    Patterson, 2000; Patterson, 2001; Patterson, 2004; Peplau & Beals, 2004; Peplau & Spalding, 2000;

27    Perrin, 2002; Perrin & Committee on Psychosocial Aspects of Child and Family Health, 2002;

28

DECL. OF HEREK IN SUPPORT OF CCSFS REPLY TO STATE'S OPP. TO PET. FOR WRIT OF
MANDATE; PROCEEDING NO. 4365                      n:\govli1\li2004\041629\00275869.do

c

1   Previti & Amato, 2003; Richards, Wrubel, & Folkman, 1999-2000; Ross, Mirowsky, & Goldsteen,

2   1990; Sherrill & Yang, 2000;  Stacey & Biblarz, 2001; Stack & Eshleman, 1998; Stroebe &

3   Stroebe, 1987; Tasker & Golombok, 1997; Wainright, Russell, & Patterson, 2004; Weiss &

4   Richards, 1997; White & Booth, 1991.  I have also consulted many of the original research studies

5   cited in the literature reviews included in the above list; official policy statements of the American

6   Psychological Association and American Psychiatric Association; and, when relevant, my own

7   research publications.  By listing a source here, I do not intend to suggest that all of its content is

8   relevant to the present declaration or that I agree with every assertion or interpretation it contains.

9   The full bibliographic citations for these sources are listed in Exhibit B.

10  **II. Sexual Orientation**

11        14.     Sexual orientation refers to an enduring pattern or disposition to experience sexual,

12  affectional, or romantic attractions primarily to men, to women, or to both sexes.  It also refers to an

13  individual's patterns of behaviors expressing those attractions, sense of personal and social identity

14  based on them, and membership in a community of others who share them.  Although sexual

15  orientation ranges along a continuum, it is usually discussed in terms of three categories:

16  *heterosexual* (having sexual and romantic attraction primarily or exclusively to members of the

17  other sex), *homosexual* (having sexual and romantic attraction primarily or exclusively to members

18  of one's own sex), and *bisexual* (having a significant degree of sexual and romantic attraction to

19  both men and women).  As used in this declaration, *gay* refers to men and women whose social

20  identity is based on their primary erotic, affectional, and romantic attraction to members of their

21  own sex, and *lesbian* refers to women who are gay.

22        15.     Sexual orientation is distinct from other components of sex and sexuality including

23  *biological sex* (the anatomical, physiological, and genetic characteristics associated with being male

24  or female), *gender identity* (the psychological sense of being male or female), and adherence to a

25  *social gender role* (cultural norms defining feminine and masculine behavior).

26        16.     Sexual orientation is commonly discussed as a characteristic of the *individual*, like

27  biological sex or age.  Although accurate insofar as it goes, this perspective is incomplete because

28

sexual orientation is always defined in *relational* terms.  Sexual acts and romantic attractions are categorized as homosexual or heterosexual according to the biological sex of the individuals involved in them, relative to each other.  Only by acting with another person — or desiring to act — do individuals express their heterosexuality, homosexuality, or bisexuality.

17.     Thus, sexual orientation is integrally linked to the personal relationships that human beings form with others to meet their deeply felt needs for love, attachment, and intimacy.  These bonds encompass not only sexual behavior, but also nonsexual expressions of affection between partners, shared goals and values, mutual support, and ongoing commitment.  Consequently, sexual orientation is not simply a personal characteristic that can be defined in isolation.  Rather, one's sexual orientation defines the universe of persons with whom one is likely to find the satisfying and fulfilling relationships that, for a vast number of individuals, comprise an essential component of personal identity.

18.     Mainstream mental health professionals have long recognized that homosexuality is a normal expression of human sexuality; that being homosexual poses no inherent obstacle to leading a happy, healthy, and productive life; and that the vast majority of gay, lesbian, and bisexual people function well in a broad array of social institutions and interpersonal relationships.  Such functioning includes the capacity to form a healthy and mutually satisfying intimate relationship with another person of the same sex and to raise healthy and well-adjusted children.

19.     In 1952, when the American Psychiatric Association published its first *Diagnostic and Statistical Manual of Mental Disorders*, homosexuality was included as a disorder.  Almost immediately, however, this classification began to be subjected to critical scrutiny.  Subsequent empirical research consistently failed to find any empirical basis for regarding homosexuality as a disorder or abnormality rather than a normal and healthy sexual orientation.  As results from such research accumulated, professionals in medicine, mental health, and the behavioral and social sciences reached the conclusion that homosexuality's classification as a mental disorder was incorrect.  They recognized that it reflected untested assumptions based on once-prevalent social

1    norms and clinical impressions from unrepresentative samples comprising patients seeking therapy

2    and individuals whose conduct brought them into the criminal justice system.

3        20.    In recognition of the scientific evidence, the American Psychiatric Association

4    removed homosexuality from its *Diagnostic and Statistical Manual of Mental Disorders* in 1973,

5    stating that "homosexuality *per se* implies no impairment in judgment, stability, reliability, or

6    general social or vocational capabilities." After a thorough review of the scientific data, the

7    American Psychological Association adopted the same position in 1975, and urged all mental health

8    professionals to help dispel the stigma of mental illness that had long been associated with a

9    homosexual orientation.

10   **III.  Same-Sex Relationships and Parenting by Lesbians and Gay Men**

11       21.    Like heterosexuals, substantial numbers of gay men and lesbians desire to form

12   stable, long-lasting, committed relationships. And, like heterosexuals, many do so successfully.

13   Empirical studies using nonrepresentative samples of gay men and lesbians show that the vast

14   majority of participants have been involved in a committed relationship at some point in their lives,

15   that large proportions are currently involved in such a relationship (across studies, roughly 40-70%

16   of gay men and 45-80% of lesbians), and that a substantial number of those couples have been

17   together 10 or more years. Recent surveys based on more representative samples support these

18   findings and indicate that many same-sex couples are cohabiting. For example, data from the 2000

19   US Census show that same-sex couples headed more than 594,000 households in the United States,

20   with at least one cohabiting same-sex couple in 99% of the nation's counties.

21       22.    Empirical research demonstrates that the psychological and social aspects of

22   committed relationships between same-sex partners closely resemble those of heterosexual

23   partnerships. Like heterosexual couples, same-sex couples form deep emotional attachments and

24   commitments. Heterosexual and same-sex couples alike face similar challenges concerning issues

25   such as intimacy, love, equity, loyalty, and stability, and they go through similar processes to

26   address those challenges. Empirical research examining the quality of intimate relationships has

27   failed to find differences between heterosexual couples and gay and lesbian couples in their

28

DECL. OF HEREK IN SUPPORT OF CCSF'S REPLY TO STATE'S OPP. TO PET. FOR WRIT OF
MANDATE; PROCEEDING NO. 4365                                                        n:\govli1\li2004\041629\00275869.do
c

1   satisfaction with their relationship.  Gay and lesbian partnerships appear to be no more vulnerable to

2   problems and dissatisfactions than the relationships of their heterosexual counterparts.

3        23.    The research literature on gay, lesbian, and bisexual parents includes more than two

4   dozen empirical studies.  These studies vary in the quality of their samples, research design,

5   measurement methods, and data analysis techniques.  However, they are impressively consistent in

6   their failure to identify deficits in the development of children raised in a lesbian or gay household.

7   Although it is sometimes asserted in policy debates that heterosexual couples are inherently better

8   parents than same-sex couples, or that the children of lesbian or gay parents fare worse than

9   children raised by heterosexual parents, those assertions are not supported by the cumulative

10  scientific research.

11       24.    It is critically important to make appropriate comparisons when attempting to draw

12  conclusions about the outcomes of different forms of parenting.  Differences resulting from the

13  *number* of parents in a household cannot be attributed to the parents' *gender* or *sexual orientation*.

14  Research in households with heterosexual parents generally indicates that – all else being equal –

15  children do better with more, rather than fewer, parental figures.  However, this body of research

16  has not compared parenting by heterosexual couples with parenting by same-sex couples in a

17  committed relationship and therefore does not permit any conclusions to be drawn about the

18  consequences of having heterosexual versus nonheterosexual parents, or two parents who are of the

19  same versus different genders.

20       25.    Empirical research over the past two decades has failed to find any meaningful

21  differences in the parenting ability of gay parents compared to heterosexual parents.  Most research

22  on this topic has focused on lesbian mothers and refutes the stereotype that lesbian parents are not

23  as child-oriented or maternal as non-lesbian mothers.  Studies examining gay fathers are fewer in

24  number, but those that exist find gay men are as fit and able to parent as heterosexual men.

25       26.    Turning to research on the children of gay parents, the scientific literature does not

26  indicate that psychological adjustment is impaired among the children of lesbians and gay men,

27  compared to the children of heterosexual parents.  Nor does it reveal any measurable effects of

28

1   parents' sexual orientation on the quality of parent-child relationships or on children's mental health
2   or social adjustment.  Peer-reviewed scientific studies in this area have failed to find reliable
3   differences between children raised by lesbians and those raised by heterosexuals in the areas of
4   self-esteem, anxiety, depression, behavioral problems, performance in social arenas (such as sports,
5   school and friendships), use of psychological counseling, mothers' and teachers' reports of
6   children's hyperactivity, unsociability, emotional difficulty, or conduct difficulty.

7       27.     Nor does empirical research support the misconception that having a homosexual
8   parent has a deleterious effect on children's *gender identity* development.  Studies concerning the
9   children of lesbian mothers have not found evidence of gender identity confusion in those children.
10  Similarly, most published studies have not found reliable differences in *gender role conformity*
11  between the children of lesbian and heterosexual mothers.  Data have not been reported on the
12  gender identity development or gender role orientation of the sons and daughters of gay fathers.

13      28.     As noted above, homosexuality is neither an illness nor a disability, and the mental
14  health professions do not regard a homosexual or bisexual orientation as harmful, undesirable, or
15  requiring intervention or prevention.  Nevertheless, questions are sometimes raised about whether
16  the children of lesbian, gay, or bisexual parents are disproportionately likely to experience same-sex
17  erotic attractions or to identify as gay.  The factors that cause an individual to become heterosexual,
18  homosexual, or bisexual — including possible biological, psychological, or social effects of the
19  parents' sexual orientation — are not well understood.  However, the available evidence indicates
20  that the vast majority of lesbian and gay adults were raised by heterosexual parents and the vast
21  majority of children raised by lesbian and gay parents grow up to be heterosexual.

22  **IV. Social Psychological Benefits of Marriage**

23      29.     Marriage gives legally wed spouses access to a host of economic and social benefits
24  and obligations.  Both tangible and intangible elements of the marital relationship have important
25  implications for the psychological and physical health of married individuals and for the
26  relationship itself.  Research has consistently shown that, compared to the unmarried, married
27  people have higher levels of well-being and report their lives have greater purpose and meaning.

28

10

30.     Married men and women generally experience better physical and mental health than their unmarried counterparts. These health benefits do not appear to result simply from being in an intimate relationship; most studies have found that married individuals generally manifest greater well-being than comparable individuals in heterosexual unmarried cohabiting couples. The health benefits of marriage may be due partly to the fact that married couples enjoy greater economic and financial security than unmarried individuals, as well as greater social support. Of course, marital status alone does not guarantee greater health or happiness: people who are unhappy with their marriage often manifest lower levels of well-being than their unmarried counterparts, and experiencing marital discord and dissatisfaction is often associated with negative health effects. Nevertheless, married couples who are satisfied with their relationships consistently report higher levels of happiness, psychological well-being, and physical health than the unmarried.

31.     Comparisons between married and unmarried individuals are complicated by the possibility that any observed differences might be due to self-selection: people who choose to marry may have been initially happier or healthier than those who don't marry. After extensive study, however, researchers have concluded that the benefits associated with marriage result largely from the institution itself rather than from self-selection.

32.     The health benefits of legal marriage are dramatically evident when traumatic events occur, such as the serious illness, physical incapacitation, or death of a partner. Experiencing such events is highly stressful. A partner's death, in particular, often has negative consequences for the surviving partner's psychological and physical health. The stress encountered in such situations can be somewhat mitigated by the legal benefits associated with marriage. In times of illness, a legal spouse is afforded access to her or his incapacitated partner and can make health decisions for her or him, including decisions involving the continuance or cessation of heroic measures to prolong the partner's life. Such capabilities are likely to increase the extent to which the spouse experiences a sense of personal control in the situation, which is associated with better health among spousal caregivers. When a partner dies, the stress of bereavement is likely to be compounded if the death creates financial strain for the surviving partner. Some of this stress is alleviated for married

11

1   partners by the legal recognition of the couple's relationship insofar as it accords the surviving

2   spouse automatic rights of inheritance, death benefits, and bereavement leave.

3       33.     Marriage is also a source of stability and commitment for the relationship between

4   spouses. Social scientists have long recognized that marital commitment is a function not only of

5   attractive forces (i.e., rewarding features of the partner or the relationship) but also of external

6   forces that serve as barriers or constraints on dissolving the relationship. Barriers to terminating a

7   marriage include feelings of obligation to one's spouse, children, and other family members; moral

8   and religious values about divorce; legal restrictions; financial concerns; and the expected

9   disapproval of friends and the community. In the absence of adequate rewards, the existence of

10  barriers alone is not sufficient to sustain a marriage over the long term. However, the presence of

11  barriers may increase partners' motivation to seek solutions for problems when possible, rather than

12  rushing to dissolve a relationship that might have been salvaged. Indeed, the perceived presence of

13  barriers is negatively correlated with divorce, suggesting that barriers contribute to staying together

14  for at least some couples in some circumstances.

15  **V. Same-Sex Marriage: Likely Benefits To Lesbians and Gay Men**

16      34.     In the past few years, an international trend toward recognizing same-sex marriage

17  has begun to emerge and one U.S. state (Massachusetts) has granted marriage rights to same-sex

18  couples. Because these developments are fairly recent, no empirical studies have yet been

19  published that compare married same-sex couples to unmarried same-sex couples. Because of the

20  psychological similarities between same-sex and heterosexual committed relationships, however, it

21  is reasonable to use the many studies comparing married and unmarried heterosexuals to anticipate

22  the likely effects of marriage on people who would choose to marry a partner of the same sex if

23  allowed to do so.

24      35.     Extrapolating from that body of research, the potential benefits of marriage for

25  people in same-sex couples will likely be similar to those already observed for heterosexuals.

26  People who marry a same-sex partner will probably be happier and healthier, on average, than their

27  counterparts who do not marry. They will be more financially secure and will enjoy greater social

28

12

and emotional support from their family and community. Their marital relationships will buffer them from stressful events and will provide tangible resources for coping with such events when they arise. Marriage is likely to provide same-sex couples with institutionalized barriers to relationship dissolution just as it does for heterosexual couples.

36.     Marriage also has distinct benefits that extend beyond the material necessities of life. Although it is difficult to quantify how the meaning of life changes for individuals once they are married, researchers have long understood that marriage as a social institution has a profound effect on the lives of the individuals who inhabit it. It has been described by social scientists as creating a situation in which individuals can experience their lives as making sense and having purpose and meaning, and as a source of self worth and a positive sense of identity.

37.     To the extent that statuses conferring some degree of legal recognition on same-sex partners (e.g., domestic partnership, civil unions) provide some of the same practical benefits as marriage, they are likely to address some of the disadvantages faced by same-sex couples relative to heterosexual couples. However, domestic partnerships and related institutions are unlikely to confer the same psychological, social, and health benefits as marriage for at least two reasons.

38.     First, domestic partnerships confer legal status on a couple only within state boundaries. Whereas married partners can reasonably expect their relationship to be recognized across state and national borders, domestic partners cannot. Consequently, their status as a couple is effectively negated when either of them leaves California. If a member of a same-sex couple falls ill or is injured while traveling, for example, her or his domestic partner may be unable to make medical decisions or even have access to her or him. While it is not within my area of expertise to address legal aspects of this lack of portability, its likely psychological effect is to create uncertainty, anxiety, and stress for domestic partners when one of them travels outside California.

39.     Second, being in a domestic partnership is unlikely to have the kind of transformative effect that marriage confers on its participants. As noted above, marriage has profound effects on how married partners see themselves and how others regard them, although these effects are difficult to measure or quantify. Indeed, the level of public debate and controversy

13

surrounding the question of whether marriage rights should be granted to same-sex couples is an indication of the special status that marriage has as a social institution. In my opinion, domestic partnership is not a comparable institution and is not likely to confer the same social and psychological benefits as marriage. Thus, as a consequence of being denied the opportunity to marry, partners in same-sex couples are denied the benefits that marriage uniquely bestows.

**VI. Stigma and Denial of Access to Marriage**

40.     As previously stated, same-sex committed relationships do not differ from heterosexual committed relationships in their essential emotional qualities, their capacity for long-term commitment, and the context they provide for rearing healthy and well-adjusted children. When those relationships are nevertheless accorded a different legal status from heterosexual relationships, the effect is to convey a societal judgment that committed intimate relationships with people of the same sex are inferior to heterosexual relationships, and that the participants in a same-sex relationship are less deserving of society's recognition than heterosexual couples.

41.     As noted above, sexual orientation is inherently about relationships. In essence, it defines the universe of persons with whom an individual might potentially form a romantic or sexual relationship. Prohibiting same-sex marriage devalues and delegitimizes the relationships that are the very core of a homosexual orientation and thereby compounds and perpetuates the stigma historically attached to homosexuality.

42.     A status or characteristic is stigmatized when it is negatively valued by society and, as a consequence, is a basis for disadvantaging and disempowering those who have it. Legal prohibitions against same-sex marriage perpetuate power differentials that afford heterosexuals greater access than nonheterosexuals to the many resources and benefits bestowed by the institution of marriage. This process of assigning disadvantaged status to the members of one group relative to another is the crux of stigma. Such stigma affects not only the members of same-sex couples who seek to be married, but all homosexual and bisexual persons, regardless of their relationship status or desire to marry.

DECL. OF HEREK IN SUPPORT OF CCSFS REPLY TO STATE'S OPP. TO PET. FOR WRIT OF MANDATE; PROCEEDING NO. 4365        n:\govli1\li2004\041629\00275869.do
c

43.     Stigma gives rise to prejudice, discrimination, and violence against people based on their sexual orientation. Research indicates that being a target of stigma and discrimination is associated with heightened psychological distress among gay men and lesbians. Experiencing extreme enactments of stigma, such as an antigay criminal assault, is associated with greater psychological distress than experiencing a similar crime not based on one's sexual orientation.

44.     Fear of stigma makes some gay, lesbian, and bisexual persons feel compelled to conceal their sexual orientation, and this forced concealment can have deleterious consequences for the individual. Like heterosexuals, gay people benefit to the extent that they are able to share their lives with and receive support from their family, friends, and other people who are important to them. For example, lesbians and gay men have been found to manifest better mental health to the extent that they hold positive feelings about their own sexual orientation, have developed a positive sense of personal identity based on it, and have integrated it into their lives by disclosing it to others (commonly referred to as "coming out of the closet" or simply "coming out"). By contrast, lesbians and gay men who feel compelled to conceal their sexual orientation tend to report more frequent mental health concerns than their openly gay counterparts, and may even be at risk for physical health problems.

45.     Because of societal stigma, gay people are likely to experience more stress in their lives than heterosexuals. Moreover, like heterosexuals, gay and bisexual people can be adversely affected by high levels of stress. The link between experiencing stress and manifesting symptoms of psychological or physical illness is well established. As is the case for other groups that face unique stressors due to prejudice and discrimination based on their minority status, excess stress may create a somewhat heightened vulnerability to psychological problems in some sectors of the gay and bisexual population. To the extent that the portion of the population with a homosexual or bisexual orientation is subjected to additional stress beyond what is normally experienced by the heterosexual population, it may, as a group, manifest somewhat higher levels of illness or psychological distress.

46.     In addition, to the extent that stigma motivates some people to remain "in the closet," it further reinforces anti-gay prejudices among heterosexuals. Research has consistently shown that prejudice against minorities, including gay people, decreases significantly when members of the majority group knowingly have contact with minority group members. Consistent with this general pattern, empirical research demonstrates that having personal contact with an openly gay person is one of the most powerful influences on heterosexuals' tolerance and acceptance of gay people. Anti-gay attitudes are significantly less common among members of the population who report having a close friend or family member who is gay or lesbian. Heterosexuals' prejudice tends to be lower when a lesbian or gay friend or family member has directly disclosed her or his sexual orientation to them, compared to when the former's sexual orientation has not been directly discussed.

47.     In summary, when the State accords a committed relationship higher or lower status based on the sexual orientation of its members, the effect is to single out gay men and lesbians for differential treatment based on their sexual orientation. Such differentiation expresses, compounds, and perpetuates the stigma historically attached to homosexuality. This stigma has negative consequences for all gay, lesbian, and bisexual people, regardless of their relationship status or desire to marry. To the extent that stigma prevents heterosexuals from interacting with openly gay people, it also reinforces and perpetuates heterosexuals' antigay prejudice.

**VII. Same-Sex Marriage: Likely Benefits To The Children of Same-Sex Couples**

48.     Allowing same-sex couples to legally marry will benefit children being raised by same-sex couples in at least three ways. First, children will benefit from the greater stability and security that is likely to characterize their parents' relationship when it is legally recognized through marriage. Children obviously benefit to the extent that their parents are financially secure, physically and psychologically healthy, and not subjected to high levels of stress. They also benefit to the extent that their parents' relationship is stable and likely to endure. Thus, the children of same-sex couples can be expected to benefit when their parents have the legal right to marry.

16

49.     Second, children born to same-sex couples will benefit from having a clearly defined legal relationship with both of their parents. Such legal clarity is especially important during times of crisis, ranging from school and medical emergencies involving the child to the incapacity or death of a parent. The death of a parent is a highly stressful occasion for a child and is likely to have important effects on the child's well-being. In those situations, the stable legal bonds afforded by marriage can provide the child with as much continuity as possible in her or his relationship with the surviving parent, and can minimize the likelihood of conflicting or competing claims by non-parents for the child's custody.

50.     Finally, marriage can be expected to benefit the children of gay and lesbian couples by reducing the stigma currently associated with those children's status. Such stigma can derive from various sources. When same-sex partners cannot marry, their biological children are born "out of wedlock," conferring a status that historically has been stigmatized as "illegitimacy" and "bastardy." Although the social stigma attached to illegitimacy has declined in much of society, being born to unmarried parents is still widely considered undesirable. As a result, children of parents who are not married may be stigmatized by others, such as peers or school staff members. This stigma of illegitimacy will not be visited upon the children of same-sex couples when those couples can legally marry.

51.     In addition, children of same-sex couples may be secondary targets of stigma directed at their parents because of the parents' sexual orientation. The effects of such stigma may be indirect, as when lesbian or gay parents experience greater strain on their relationship as a result of not receiving social support to the same extent as heterosexual couples, which has consequences for the child. The effects may also be direct if the children of lesbian and gay parents, like children

/ / /

/ / /

/ / /

/ / /

/ / /

17

1  from other minority groups, experience teasing at the hands of other children. As noted above,

2  children of lesbians have *not* been found to differ from the children of heterosexual parents in

3  the quality of their peer relationships. However, lesbian and gay parents and their children are

4  generally aware of the potential for stigma and may take specific steps to avoid it. Thus, the

5  threat of stigma represents a burden with which families headed by same-sex couples must cope

6  and it is reasonable to predict that children will benefit from having even the threat of such

7  stigma removed from their lives.

8

9        I declare under penalty of perjury under the laws of the State of California that the foregoing

10  is true and correct. Executed this ____18th____ day of November, 2004, at

11

12                                        _____

13                                        GREGORY M. HEREK, PH.D.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

18

# INDEX TO EXHIBITS

| Exhibit | Description |
|---------|-------------|
| A | Curriculum Vitae |
| B | Bibliographic Sources |

DECL. OF HEREK IN SUPPORT OF CCSFS REPLY TO STATE'S OPP. TO PET. FOR WRIT OF MANDATE; PROCEEDING NO. 4365

u:\govli1\li2004\041629\00275869.doc

# EXHIBIT A

Updated: October 24, 2004
Printed: November 15, 2004

# GREGORY M. HEREK, PH.D.

Department of Psychology
University of California, Davis, CA 95616-8686
Voice: (530) 752-8085    Fax: (530) 752-2087
*gmherek@ucdavis.edu*

## CURRENT POSITION

Professor of Psychology, University of California at Davis.

## EDUCATION

| | |
|---|---|
| B.A. | University of Nebraska at Omaha, 1977. Majors in Psychology and Sociology (magna cum laude). |
| M.A. | University of California at Davis, 1980. Personality and Social Psychology. |
| Ph.D. | University of California at Davis, 1983. Personality and Social Psychology. |
| Post-Doctoral Fellowship | Yale University, 1983-1985. Social Psychology. |

## ACADEMIC AND RESEARCH APPOINTMENTS

| | |
|---|---|
| 1999-present | Professor, University of California at Davis. |
| 2000 | Distinguished Visiting Scholar, Richard and Rhoda Goldman School of Public Policy, University of California, Berkeley. |
| 1994-1999 | Research Psychologist, University of California at Davis. |
| 1989-1994 | Associate Research Psychologist, University of California at Davis. |
| 1986-1989 | Assistant Professor, Graduate Program in Social and Personality Psychology, Graduate Center of the City University of New York. |
| 1986 | Visiting Assistant Professor, Yale University. |
| 1985-1986 | Lecturer, Yale University. |
| 1984 | Visiting Lecturer, Branford and Ezra Stiles Colleges, Yale University. |
| 1983-1985 | Postdoctoral Fellow in Personality and Social Psychology, Yale University. |
| 1978-1983 | Teaching Assistant, Research Assistant, and Teaching Associate in Psychology, University of California at Davis. |

## SCIENTIFIC AND PROFESSIONAL SERVICE

| | |
|---|---|
| 1995-Present | Chair, Wayne Placek Award Scientific Review Committee, American Psychological Foundation. |
| 2003-present | Member, Task Force on Sexual Orientation and Military Service, American Psychological Association. |
| 2002-Present | Member, Advisory Board for the National Sexual Resource Center. Sponsored by the Ford Foundation and San Francisco State University. |
| 2001-2005 | Member, Diversity Committee, Society for Personality and Social Psychology. |
| 2003-2004 | Ad Hoc Reviewer, National Institute of Mental Health. |

*(continued)*

## SCIENTIFIC AND PROFESSIONAL SERVICE *(continued)*

| | |
|---|---|
| 2001 | Member, Program Committee for "Sexual Orientation and Mental Health: Toward Global Perspectives on Practice and Policy," an international conference cosponsored by the American Psychological Association and professional societies from Europe, Australia, and South America. |
| 1996-2001 | Ad Hoc Reviewer, National Institute of Mental Health. |
| 2000 | Member, Public Interest Awards Committee, American Psychological Association. |
| 2000 | Member, International Review Committee, World Conference on AIDS. |
| 2000 | Ad Hoc Reviewer, National Science Foundation. |
| 1999-2000 | Member, Community Advisory Board, Program in Human Sexuality Studies, San Francisco State University. |
| 1998 | Member, International Review Committee, World Conference on AIDS. |
| 1997 | Ad Hoc Reviewer, National Science Foundation. |
| 1996 | Chair of research workshop, *AIDS, Stigma, and Mental Health: Research Issues and Directions.* Sponsored by the Office on AIDS, National Institute of Mental Health. |
| 1992-95 | Member, National Institute of Mental Health (NIMH) Mental Health, AIDS and Immunology Review Committee. |
| 1992-94 | Member, International Scientific Program Committee, International Conference on AIDS. |
| 1985-94 | Convention Program Committee, APA Division 44. (Member, 1985-87, 1989-94; Chair, 1987-88). |
| 1991-93 | Convention Program Committee, American Psychological Society. |
| 1986-92 | Ad Hoc Reviewer and Site Visitor, National Institute of Mental Health. |
| 1990-91 | Consultant, National Academy of Sciences Committee on AIDS Research, for study of the social impact of AIDS. |
| 1990 | Scientific consultant to Social Science Research Council for proposed National Survey of Health and Sexual Behavior. |
| 1989 | Chair of research workshop, *Mental Health Aspects of Violence Toward Lesbians and Gay Men: Research Issues and Directions.* Sponsored by the Antisocial and Violent Behavior Branch, National Institute of Mental Health. |
| 1987-89 | Member, Task Force on Psychology and AIDS, American Psychological Association (APA). |
| 1986-87 | Chairperson (1987) and Member (1986), APA Committee on Lesbian and Gay Concerns. |
| 1985-87 | President (1987) and Steering Committee Member (1985-86), Association of Lesbian and Gay Psychologists. |
| 1985-87 | Member, APA Task Force on Avoiding Heterosexist Bias in Psychological Research. |

## PUBLIC POLICY AND LEGAL SERVICE

| | |
|---|---|
| 2004 | Primary consultant for *amicus curiae* brief by American Psychological Association in *Li et al. vs. Oregon* and *Lewis v. Harris,* concerning state laws prohibiting same-sex marriage in Oregon and New Jersey. |

*(continued)*

## PUBLIC POLICY AND LEGAL SERVICE *(continued)*

| | |
|---|---|
| 2003 | Primary consultant for *amicus curiae* brief by American Psychological Association in *Lawrence v. Texas*, concerning state sodomy laws (US Supreme Court). |
| 2002 | Consultant for *amicus curiae* brief by American Psychological Association in *Boy Scouts of America v. District of Columbia Commission on Human Rights*, concerning the D.C. Human Rights Commission's enforcement of antidiscrimination legislation against the Boy Scouts (District of Columbia Court of Appeals). |
| 2001 | Consultant for *amicus curiae* brief by American Psychological Association in *Jegley v. Picado*, concerning the Arkansas sodomy law (Arkansas Supreme Court). |
| 2000 | Member, Advisory Task Force for AB 537, advising the California State Superintendent of Public Instruction on reducing and preventing hate-motivated acts against lesbian, gay, bisexual, and transgendered students in public schools. |
| 2000 | Consultant for *amicus curiae* brief by American Psychological Association in *Boy Scouts of America v. Dale*, concerning antigay discriminatory policy by the Boy Scouts (U.S. Supreme Court). |
| 1997 | Invited participant, White House Conference on Hate Crimes. |
| 1997 | Invited speaker, Congressional briefing on hate crimes (sponsored by the American Psychological Association). |
| 1995 | Submitted expert declarations in *Able et al. v. U.S.* and *Watson v. Perry et al.* (concerning Department of Defense revised policy prohibiting service by gay personnel). |
| 1995 | Consultant for *amicus curiae* brief by American Psychological Association in *Campbell et al. v. Sundquist et al*, concerning Tennessee sodomy law (Tennessee Court of Appeals). |
| 1994 | Consultant for *amicus curiae* brief by American Psychological Association in *Romer v. Evans*, concerning a Colorado statewide initiative prohibiting local statutes to protect people from discrimination on the basis of their sexual orientation (U.S. Supreme Court). |
| 1995 | Submitted expert declaration concerning U.S. Department of Defense policy prohibiting service by gay personnel in administrative discharge proceedings for *Petty Officer Mark A. Philips, USN*, and *A1C Sean Fucci, USAF*. |
| 1994 | Consultant for *amicus curiae* brief by American Psychological Association in *Equality Foundation of Greater Cincinnati v. City of Cincinnati*, concerning a court ruling that struck down an initiative prohibiting statutes to protect people from discrimination on the basis of their sexual orientation (U.S. District Court, Southern District of Ohio). |
| 1994 | Submitted expert declarations concerning U.S. Department of Defense policy prohibiting service by gay personnel in the following administrative discharge proceedings: *Lt. Paul G. Thomasson, USN; Capt. Richard P. Richenberg, USAF; LTJG Tracy W.J. Thorne, USNR*; and *LTJG Richard Dirk Selland, USN*. |
| 1994 | Submitted expert declaration, *Cammermeyer v. Aspin et al.* (concerning Department of Defense policy prohibiting service by gay personnel). |

*(continued)*

## PUBLIC POLICY AND LEGAL SERVICE *(continued)*

| | |
|---|---|
| 1993 | Witness, Committee on Armed Services, U.S. House of Representatives (Hon. Ronald Dellums, Chair). Hearings on *The Policy Implications of Lifting the Ban on Homosexuals in the Military*. Provided expert testimony on behalf of the American Psychological Association, American Psychiatric Association, and four other national professional organizations. |
| 1993 | Consultant for *amicus curiae* brief by American Academy of Child & Adolescent Psychiatry, American Psychological Association, and others in *Bottoms v. Bottoms*, concerning a court ruling that removed a child from the custody of his lesbian mother (Virginia Court of Appeals). |
| 1993 | Submitted expert declaration concerning U.S. Department of Defense policy prohibiting service by gay personnel in the following administrative discharge proceedings: *HN Berkeley R. Allen Pemberton, USN; Lt. Maria Zoe Dunning, USN; Sgt. Justin Elzie, USMC*. |
| 1993 | Submitted expert declaration, *Meinhold v. U.S. Department of Defense and U.S. Department of the Navy* (concerning Navy policy prohibiting service by gay personnel). |
| 1992 | Submitted expert declarations concerning U.S. Department of Defense policy prohibiting service by gay personnel in the following administrative discharge proceedings: *Sgt. Richard A. Kirton, WAARNG; AW1 Volker Keith Meinhold, USN; SSgt Thomas P. Paniccia, USAF; LTJG Tracy W.J. Thorne, USNR*. |
| 1992 | Submitted expert declaration in *Evans et al. v. Colorado* (concerning Amendment 2, which prohibited passage of legislation to prevent discrimination on the basis of sexual orientation). |
| 1992 | Submitted expert affidavit, *Douglas v. The Queen* (concerning Canadian military policy prohibiting service by gay personnel). |
| 1992 | Submitted expert declaration, *Woodard v. Gallagher* (concerning discriminatory employment policy of Sheriff's Department of Orange County, Florida). |
| 1991-92 | Member, San Francisco District Attorney's Special Commission on Hate Crimes. |
| 1990 | Submitted expert affidavit, *Morales et al. v. Texas* (concerning Texas state sodomy law). |
| 1991 | Submitted expert affidavit, *Steffan v. Cheney et al.* (concerning Navy policy prohibiting service by gay personnel). |
| 1988-92 | Consultant for *amicus curiae* briefs by American Psychological Association concerning state sodomy laws (including *Kentucky v. Wasson*, Kentucky Supreme Court). |
| 1988-89 | Consultant for *amicus curiae* brief by American Psychological Association, *Watkins vs. U.S. Army*, concerning military ban on gay and lesbian members (U.S. Court of Appeals, Ninth Circuit). |
| 1985-86 | Consultant for *amicus curiae* brief by American Psychological Association, *Bowers v. Hardwick*, concerning Georgia sodomy law (U.S. Supreme Court). |
| 1986 | Witness, Committee on the Judiciary, Subcommittee on Criminal Justice, U.S. House of Representatives (Hon. John Conyers, Chair). Hearings on *Anti-Gay Violence*. Provided testimony on behalf of American Psychological Association. |

## PROFESSIONAL MEMBERSHIPS

American Psychological Association (Fellow, Divisions 9, 44; Member, Divisions 8, 35, 45)
American Psychological Society (Fellow)
American Association for Public Opinion Research
International AIDS Society
Society for Experimental Social Psychology

## SERVICE FOR ACADEMIC JOURNALS AND SERIES

### Executive Editor

*Contemporary Perspectives on Lesbian, Gay, and Bisexual Psychology*, a book series cosponsored by the Society for the  Psychological Study of Lesbian and Gay Issues (APA Division 44) and APA Books (1999-present)

### Editor

*Psychological Perspectives on Lesbian and Gay Issues*, annual volume sponsored by the Society for the Psychological Study of Lesbian and Gay Issues, APA Division 44 (1992-2000)

### Consulting Editor, Associate Editor, or Member of Editorial Board

*Sexuality Research and Social Policy* (2003-present)
*Psychology of Men and Masculinity* (1999-present)
*Basic and Applied Social Psychology* (1997-2004)
*The Journal of Sex Research* (1995-present)
*Research on Men and Masculinity* Series, Sage Publications (1994-present)
*Men and Masculinities* (1992-present)
*Journal of Homosexuality* (1984-present)
*Personality and Social Psychology Bulletin* (2002-2003)
*Journal of the Gay and Lesbian Medical Association* (1996-2003)
*Journal of Lesbian and Gay Social Work* (1991-2000)

### Ad Hoc Reviewer (partial list)

*AIDS & Behavior*
*AIDS Care*
*American J. of Community Psychology*
*American J. of Public Health*
*American Psychologist*
*British J. of Social Psychology*
*Culture, Health & Sexuality*
*Emotion*
*European J. of Social Psychology*
*Gender & Society*
*Group Processes & Intergroup Relations*
*Health Psychology*
*J. of Applied Social Psychology*
*J. of Consulting & Clinical Psychology*
*J. of Contemporary Criminal Justice*
*J. of Experimental Social Psychology*

*J. of Interpersonal Violence*
*J. of Law, Medicine & Ethics*
*J. of Personality & Social Psychology*
*Merrill-Palmer Quarterly*
*Political Psychology*
*Political Research Quarterly*
*Professional Psychology: Research and Practice*
*Psychological Bulletin*
*Psychological Review*
*Psychological Science*
*Psychology of Women Quarterly*
*Public Opinion Quarterly*
*Sex Roles*
*Social Science & Medicine*
*Sociological Perspectives*

## RESEARCH GRANTS RECEIVED

2004-2006     *The Experience of Stigma in Persons with HIV/AIDS.* Universitywide AIDS Research Program ($99,876).

1997-2002     *HIV/AIDS-Related Stigma.* Independent Scientist Award, National Institute of Mental Health ($429,916).

1995-1999     *HIV/AIDS-Related Public Attitudes and Beliefs in the US.* National Institute of Mental Health ($1,173,872).

1993-1996     *Mental Health Consequences of Anti-Gay/-Lesbian Violence.* National Institute of Mental Health ($736,095).

1992-1996     *Gay/Bisexual Identity and Community In The AIDS Era.* National Institute of Mental Health ($540,295).

1988-1997     *Public Education About AIDS: A Social Psychological Approach.* National Institute of Mental Health ($1,432,963).

1989-1993     *Public Reactions to AIDS: Knowledge, Attitudes, and Behavior.* National Institute of Mental Health ($674,080).

1990-1992     *Cultural Differences in AIDS-Related Attitudes and Behaviors Among Californians.* Universitywide AIDS Research Program ($70,092).

1987-1989     *Public Knowledge, Attitudes, and Behavior Concerning AIDS: A National Survey.* National Institute of Mental Health ($121,391).

1987-1988     *Public Education About AIDS.* PSC/CUNY Foundation ($6068).

1986-1988     *A Neofunctional Theory of Attitudes.* National Institute of Mental Health. ($15,000)

1985-1986     *Anti-Gay Prejudice and Public Reactions to AIDS.* Society for the Psychological Study of Social Issues, Grants-in-Aid Program. ($1000)

1982     Dissertation research grant from National Gay Academic Union ($1000).

1982     Dissertation research grant from Psychology Department, University of California at Davis ($600).

1979-1981     Annual Graduate Research Awards, University of California at Davis. ($1400 total)

## OTHER AWARDS AND HONORS

2003     Certificate of Appreciation for presenting psychological science to the courts in *Lawrence v. Texas* and other cases related to sexual orientation, from the Society for the Psychological Study of Lesbian, Gay, and Bisexual Issues, APA Division 44. Presented at the annual meeting of the American Psychological Association, Toronto.

2001     Recognized for contributions to research and public policy by the Society for the Psychological Study of Men and Masculinity, APA Division 51. Presented at the annual meeting of the American Psychological Association, San Francisco.

2000     Fellow, Society for the Psychological Study of Social Issues, Division 9 of the American Psychological Association.

*(continued)*

## OTHER AWARDS AND HONORS *(continued)*

| | |
|---|---|
| 2000 | Monette/Horwitz Trust Award, "in recognition of distinguished achievement in combating homophobia through research and writing." Presented at the Lambda Literary Awards banquet, Chicago. |
| 2000 | Elected to membership, Society for Experimental Social Psychology. |
| 1999 | 1999 Award for Distinguished Scientific Contribution. Society for the Psychological Study of Lesbian, Gay, and Bisexual Issues (APA Division 44). Presented at the annual meeting of the American Psychological Association, Boston. |
| 1996 | Distinguished Contribution to Psychology in the Public Interest, American Psychological Association. (Early Career Award) |
| 1994 | Frederick Howell Lewis Distinguished Lecturer, Psi Chi Honor Society. |
| 1993 | Myers Center Award for the Study of Human Rights in the United States, presented to *Hate Crimes: Confronting Violence Against Lesbians And Gay Men* (Herek & Berrill, editors). Gustavus Myers Center for the Study of Human Rights in North America, Fayetteville, AR. |
| 1992 | Outstanding Achievement Award, Committee on Lesbian and Gay Concerns, American Psychological Association. |
| 1992 | *Hate Crimes: Confronting Violence Against Lesbians And Gay Men* (Herek & Berrill, editors) named an Outstanding Academic Book of 1992 by Choice Magazine, American Library Association. |
| 1991 | Fellow, American Psychological Association, Division 44. |
| 1989 | Award for "Best Contribution to Empirical Research in Peace Psychology," from Psychologists for Social Responsibility. Presented at the annual meeting of the American Psychological Association, New Orleans. [Shared with Irving L. Janis and Paul Huth for Herek, Janis, & Huth (1987)] |
| 1989 | Recipient of first annual award for "Distinguished Scientific Contributions to Lesbian and Gay Psychology," Society for the Psychological Study of Lesbian and Gay Issues (APA Division 44). Presented at the annual meeting of the American Psychological Association, New Orleans. |
| 1989 | Master Lecturer, American Psychological Association. |
| 1984 | Mark Freedman Memorial Research Award, Association of Lesbian and Gay Psychologists. Presented at the annual meeting of the American Psychological Association, Toronto. |
| 1983 | Postdoctoral Fellowship, Yale University. |
| 1982 | Teaching Award for Outstanding Graduate Student, University of California at Davis. |
| 1979-82 | Regents' Fellowships, University of California at Davis (total of three annual awards). |
| 1977 | First Prize, J.P. Guilford National Undergraduate Research Competition sponsored by Psi Chi Honor Society. Presented at the annual meeting of the American Psychological Association, San Francisco. |
| 1977 | First Prize, Nebraska Psychological Association Undergraduate Research Competition. |

# BIBLIOGRAPHY

*Books and Edited Volumes*

1.  Herek, G.M., & Berrill, K. (Eds.) (1990).  *Violence against lesbians and gay men: Issues for research, practice, and policy* [Special issue]. Journal of Interpersonal Violence, *5* (3).

2.  Herek, G.M., & Berrill, K. (Eds.) (1992).  *Hate crimes: Confronting violence against lesbians and gay men.* Thousand Oaks, CA: Sage. [Named an Outstanding Academic Book of 1992 by *Choice Magazine,* American Library Association; recipient of a 1993 Myers Center Award for the Study of Human Rights in the United States.]

3.  Greene, B., & Herek, G.M. (Eds.) (1994).  *Lesbian and gay psychology: Theory, research, and clinical applications.* Thousand Oaks, CA: Sage Publications. [Translated into Croation as *Psiholojia ženske I muške homoseksualnosti,* published by Jesenski i Turk D.O.O., Zagreb, Croatia, 1999.]

4.  Herek, G.M., & Greene, B. (Eds.) (1995).  *AIDS, identity, and community: The HIV epidemic and lesbians and gay men.*  Thousand Oaks, CA: Sage Publications.

5.  Herek, G.M., Jobe, J.B., & Carney, R. (Eds.) (1996).  *Out in force: Sexual orientation and the military.*  Chicago: University of Chicago Press.

6.  Herek, G.M. (Ed.) (1998). *Stigma and sexual orientation: Understanding prejudice against lesbians, gay men, and bisexuals.* Thousand Oaks, CA: Sage Publications. [Translated into Russian by The State Municipal Enterprise Book Advertising Agency, Kharkov, Ukraine, 2002.]

7.  Herek, G.M. (Ed.) (1999). *AIDS and stigma in the United States* [Special issue]. American Behavioral Scientist, *42* (7).

8.  Herek, G.M. (in preparation). *Sexual prejudice: The psychology of homophobias and heterosexisms.* Chicago: University of Chicago Press.

*Papers in Academic Journals*

1.  Barbatsis, G., Wong, M., & Herek, G.M. (1983).  A struggle for dominance: Relational communication patterns in television drama. *Communication Quarterly, 31,* 148-155.

2.  Herek, G.M. (1984). Beyond "homophobia": A social psychological perspective on attitudes toward lesbians and gay men. *Journal of Homosexuality, 10*(1/2), 1-21.  [Reprinted in J.P. DeCecco (Ed.), *Bashers, baiters, and bigots: Homophobia in American society.* New York: Harrington Park Press, 1985. Reprinted and translated as "Et sosialpsykologisk synspunkt på folks holdninger til homofile" in Vera H. Føllesdal (Ed.), *Homofili: Fordommer og fakta.* Oslo, Norway: Solum Forlag, 1990.]

3.  Herek, G.M. (1984). Attitudes toward lesbians and gay men: A factor-analytic study. *Journal of Homosexuality, 10*(1/2), 39-51. [Reprinted in J.P. DeCecco (Ed.), *Bashers, baiters, and bigots: Homophobia in American society.* New York: Harrington Park Press, 1985.]

4.  Herek, G.M. (1986). On heterosexual masculinity: Some psychical consequences of the social construction of gender and sexuality. *American Behavioral Scientist, 29,* 563-577.  [Reprinted in: (a) M.S. Kimmel (Ed.), *Changing men: New directions in research on men and masculinity.* Thousand Oaks, CA: Sage. (b) L.D. Garnets & D.C. Kimmel (Eds). *Psychological perspectives on lesbian and gay male experiences.* New York: Columbia University Press.]

5.  Herek, G.M. (1986). The instrumentality of attitudes: Toward a neofunctional theory. *Journal of Social Issues, 42*(2), 99-114.

6.  Crosby, F.J., & Herek, G.M. (1986). Male sympathy with the situation of women: Does personal experience make a difference? *Journal of Social Issues, 42*(2), 55-66.

*(continued)*

**Papers (continued)**

7. Herek, G.M. (1986). The social psychology of homophobia: Toward a practical theory. *Review of Law and Social Change, 14*, 923-934.

8. Herek, G.M. (1987). Religious orientation and prejudice: A comparison of racial and sexual attitudes. *Personality and Social Psychology Bulletin, 13*, 56-65.

9. Herek, G.M., Janis, I.L., & Huth, P. (1987). Decision-making during international crises: Is quality of process related to outcome? *Journal of Conflict Resolution, 31*, 203-226

10. Herek, G.M. (1987). Can functions be measured? A new perspective on the functional approach to attitudes. *Social Psychology Quarterly, 50*, 285-303.

11. Herek, G.M., & Glunt, E.K. (1988). An epidemic of stigma: Public reactions to AIDS. *American Psychologist, 43*, 886-891.

12. Herek, G.M. (1988). Heterosexuals' attitudes toward lesbians and gay men: Correlates and gender differences. *The Journal of Sex Research, 25*, 451-477.

13. Herek, G.M. (1989). Hate crimes against lesbians and gay men: Issues for research and policy. *American Psychologist, 44*, 948-955. [Reprinted in W.R. Dynes & S. Donaldson (Eds.), *Homosexuality: Discrimination, criminology, and the law*. New York: Garland, 1992.]

14. Herek, G.M., Janis, I.L., & Huth, P. (1989). Quality of U.S. decisionmaking during the Cuban missile crisis: Major errors in Welch's reassessment. *Journal of Conflict Resolution, 33*, 446-459.

15. Herek, G.M. (1990). Gay people and government security clearances: A social science perspective. *American Psychologist, 45*, 1035-1042. [Reprinted in J. Duntley & L. Shaffer (Eds.), *Human development across the life span*. Acton, MA: Copley, 1993.]

16. Herek, G.M. (1990). The context of anti-gay violence: Notes on cultural and psychological heterosexism. *Journal of Interpersonal Violence, 5*, 316-333. [Reprinted in: (a) R. Cleaver & P. Myers (Eds.), *A certain terror: Heterosexism, militarism, violence and change*. Chicago: American Friends Service Committee, 1993. (b) L.D. Garnets & D.C. Kimmel (Eds). *Psychological perspectives on lesbian and gay male experiences*. New York: Columbia University Press. (c) S.L. Ellyson & A.G. Halberstadt (Eds.) (1995). *Explorations in social psychology: Readings and research*. New York: McGraw-Hill.]

17. Herek, G.M., & Berrill, K. (1990). Documenting the victimization of lesbians and gay men: Methodological issues. *Journal of Interpersonal Violence, 5*, 301-315. [Reprinted in G. Herek & K. Berrill (Eds.) (1992). *Hate crimes: Understanding and responding to anti-gay violence* (pp. 270-286). Thousand Oaks, CA: Sage.]

18. Herek, G.M., & Berrill, K. (1990). Anti-gay violence and mental health: Setting an agenda for research. *Journal of Interpersonal Violence, 5*, 414-423.

19. Garnets, L., Herek, G.M., & Levy, B. (1990). Violence and victimization of lesbians and gay men: Mental health consequences. *Journal of Interpersonal Violence, 5*, 366-383. [Reprinted in: (a) G. Herek & K. Berrill (Eds.) (1992). *Hate crimes: Confronting violence against lesbians and gay men* (pp. 207-226). Thousand Oaks, CA: Sage. (b) L.D. Garnets & D.C. Kimmel (Eds). *Psychological perspectives on lesbian and gay male experiences*. New York: Columbia University Press.]

20. Berrill, K.T., & Herek, G.M. (1990). Primary and secondary victimization in anti-gay hate crimes: Official response and public policy. *Journal of Interpersonal Violence, 5*, 401-413. [Revised and reprinted in G. Herek & K. Berrill (Eds.) (1992). *Hate crimes: Confronting violence against lesbians and gay men* (pp. 289-305). Thousand Oaks, CA: Sage.]

21. Herek, G.M., & Glunt, E.K. (1991). AIDS-related attitudes in the United States: A preliminary conceptualization. *The Journal of Sex Research, 28*, 99-123.

*(continued)*

**Papers (continued)**

22. Herek, G.M., Kimmel, D.C., Amaro, H., & Melton, G.B. (1991). Avoiding heterosexist bias in psychological research. *American Psychologist, 46,* 957-963. [Reprinted in *Bioethics News, 12* (5), Special Supplement, 2-19. (Published by the Centre for Human Bioethics at Monash University, Australia)]

23. Herek, G.M. (1991). Myths about sexual orientation: A lawyer's guide to social science research. *Law and Sexuality, 1*(1), 133-172.

24. Herek, G.M., & Capitanio, J.P. (1993). Public reactions to AIDS in the United States: A second decade of stigma. *American Journal of Public Health, 83,* 574-577.

25. Herek, G.M. (1993). Sexual orientation and military service: A social science perspective. *American Psychologist, 48,* 538-547.

26. Herek, G.M., & Glunt, E.K. (1993). Interpersonal contact and heterosexuals' attitudes toward gay men: Results from a national survey. *The Journal of Sex Research, 30,* 239-244.

27. Herek, G.M. (1993). Documenting prejudice against lesbians and gay men on campus: The Yale Sexual Orientation Survey. *Journal of Homosexuality, 25*(4), 15-30.

28. Herek, G.M., & Capitanio, J.P. (1994). Conspiracies, contagion, and compassion: Trust and public reactions to AIDS. *AIDS Education and Prevention, 6,* 367-377.

29. Herek, G.M., & Capitanio, J.P. (1995). Black heterosexuals' attitudes toward lesbians and gay men in the United States. *The Journal of Sex Research, 32,* 95-105.

30. Herek, G.M., & Capitanio, J.P. (1996). "Some of my best friends": Intergroup contact, concealable stigma, and heterosexuals' attitudes toward gay men and lesbians. *Personality and Social Psychology Bulletin, 22,* 412-424.

31. Herek, G.M., Gillis, J.R., Cogan, J.C., & Glunt, E.K. (1997). Hate crime victimization among lesbian, gay, and bisexual adults: Prevalence, psychological correlates, and methodological issues. *Journal of Interpersonal Violence, 12,* 195-215.

32. Herek, G.M., & Capitanio, J.P. (1997). AIDS stigma and contact with persons with AIDS: Effects of direct and vicarious contact. *Journal of Applied Social Psychology, 27,* 1-36.

33. Herek, G.M., Cogan, J.C., Gillis, J.R., & Glunt, E.K. (1998). Correlates of internalized homophobia in a community sample of lesbians and gay men. *Journal of the Gay and Lesbian Medical Association, 2,* 15-23.

34. Herek, G.M., Mitnick, L., Burris, S., Chesney, M., Devine, P., Fullilove, M.T., Fullilove, R., Gunther, H.C., Levi, J., Michaels, S., Novick, A., Pryor, J., Snyder, M., & Sweeney, T. (1998). AIDS and stigma: A conceptual framework and research agenda. *AIDS and Public Policy Journal, 13,* 36-47.

35. Herek, G.M., & Capitanio, J.P. (1998). Symbolic prejudice or fear of infection? A functional analysis of AIDS-related stigma among heterosexual adults. *Basic and Applied Social Psychology, 20,* 230-241.

36. Herek, G.M., Gillis, J.R., Glunt, E.K., Lewis, J., Welton, D., & Capitanio, J.P. (1998). Culturally sensitive AIDS educational videos for African American audiences: Effects of source, message, receiver, and context. *American Journal of Community Psychology, 26,* 705-743.

37. Herek, G.M. (1999). AIDS and stigma. *American Behavioral Scientist, 42,* 1106-1116. [Reprinted in: (a) M. Stombler et al. (Eds.) (2004). *Sex matters: The sexuality and society reader.* Boston: Allyn & Bacon. (b) P. Conrad (Ed.) (2004). *The sociology of health and illness: Critical perspectives* (7th ed.). New York: Worth-St. Martin's. ]

38. Herek, G.M., & Capitanio, J.P. (1999). AIDS stigma and sexual prejudice. *American Behavioral Scientist, 42,* 1130-1147.

*(continued)*

## *Papers (continued)*

39. Capitanio, J.P., & Herek, G.M. (1999). AIDS-related stigma and attitudes toward injecting drug users among Black and White Americans. *American Behavioral Scientist, 42,* 1148-1161.

40. Herek, G.M., Gillis, J.R., & Cogan, J. C. (1999). Psychological sequelae of hate crime victimization among lesbian, gay, and bisexual adults. *Journal of Consulting and Clinical Psychology, 67,* 945-951.

41. Herek, G.M., & Capitanio, J.P. (1999). Sex differences in how heterosexuals think about lesbians and gay men: Evidence from survey context effects. *The Journal of Sex Research, 36,* 348-360.

42. Herek, G.M. (2000). The psychology of sexual prejudice. *Current Directions in Psychological Science, 9,* 19-22. [Reprinted in J.B. Ruscher & E.Y. Hammer (Eds.) (2004). *Current Directions in Social Psychology.* Upper Saddle River, NJ: Pearson/Prentice Hall.]

43. Herek, G.M. (2000). Sexual prejudice and gender: Do heterosexuals' attitudes toward lesbians and gay men differ? *Journal of Social Issues 56*(2), 251-266.

44. Herek, G.M., Gonzalez-Rivera, M., Fead, F., & Welton, D. (2001). AIDS educational videos for gay and bisexual men: A content analysis. *Journal of the Gay and Lesbian Medical Association 5*(4), 143-153.

45. Herek, G.M., Capitanio, J.P., & Widaman, K.F. (2002). HIV-related stigma and knowledge in the United States: Prevalence and trends, 1991-1999. *American Journal of Public Health, 92*), 371-377.

46. Herek, G.M. (2002). Gender gaps in public opinion about lesbians and gay men. *Public Opinion Quarterly 66*(1), 40-66.

47. Herek, G.M., Cogan, J.C., & Gillis, J.R. (2002). Victim experiences in hate crimes based on sexual orientation. *Journal of Social Issues, 58*(2), 319-339.

48. Herek, G. M. (2002). Heterosexuals' attitudes toward bisexual men and women in the United States. *Journal of Sex Research, 39*(4), 264-274.

49. Herek, G. M. (2002). Thinking about AIDS and stigma: A psychologist's perspective. *Journal of Law, Medicine, and Ethics, 30*(4), 594-607.

50. Herek, G.M., Capitanio, J.P., & Widaman, K.F. (2003). Stigma, social risk, and health policy: Public attitudes toward HIV surveillance policies and the social construction of illness. *Health Psychology,* 533-540.

51. Herek, G.M. (2003). Evaluating interventions to alter sexual orientation: Methodological and ethical considerations. [Peer Commentary]. *Archives of Sexual Behavior, 32*(5), 438-439. [To be reprinted in J. Drescher & K.J. Zucker (Eds.) (in press). *The Spitzer ex-gay study: With commentaries on science, religion, politics, and culture.* Binghamton, NY: Haworth Press.

52. Herek, G.M. (2004). Beyond "homophobia": Thinking about sexual stigma and prejudice in the twenty-first century. *Sexuality Research and Social Policy, 1*(2), 6-24. [Available at http://nsrc.sfsu.edu/Resource/Herek_v1n2SB.pdf]

53. Herek, G. M., Widaman, K. F., & Capitanio, J. P. (2005). When sex equals AIDS: Symbolic stigma and heterosexual adults' inaccurate beliefs about sexual transmission of AIDS. *Social Problems,* in press.

## Chapters in Edited Volumes

1. Herek, G.M. (1989). Sexual orientation. In H. Tierney (Ed.), *Women's Studies Encyclopedia*, Volume 1 (pp. 344-346). New York: Greenwood.

2. Herek, G.M. (1990). Illness, stigma, and AIDS. In P. Costa & G.R. VandenBos (Eds.), *Psychological aspects of serious illness* (pp. 103-150). Washington, DC: American Psychological Association.

3. Herek, G.M. (1990). Homophobia. In W.R. Dynes (Ed.), *Encyclopedia of Homosexuality* (pp. 552-555). New York: Garland.

4. Herek, G.M. (1991). Stigma, prejudice, and violence against lesbians and gay men. In J. Gonsiorek & J. Weinrich (Eds.), *Homosexuality: Research implications for public policy* (pp. 60-80). Newbury Park, CA: Sage.

5. Herek, G.M. (1992). Psychological heterosexism and antigay violence: The social psychology of bigotry and bashing. In G.M. Herek, & K.T. Berrill (Eds.) *Hate crimes: Confronting violence against lesbians and gay men* (pp. 149-169). Thousand Oaks, CA: Sage. [Reprinted in M.S. Kimmel and M. Messner (Eds.) (1995). *Men's lives*. New York: Allyn & Bacon]

6. Herek, G.M. (1992). The social context of hate crimes: Notes on cultural heterosexism. In G.M. Herek, & K.T. Berrill (Eds.) *Hate crimes: Confronting violence against lesbians and gay men* (pp. 89-104). Thousand Oaks, CA: Sage.

7. Herek, G.M. (1992). The community response to violence in San Francisco: An interview with Wenny Kusuma, Lester Olmstead-Rose, and Jill Tregor. In G.M. Herek, & K.T. Berrill (Eds.) *Hate crimes: Confronting violence against lesbians and gay men* (pp. 241-258). Thousand Oaks, CA: Sage.

8. Herek, G.M., & Glunt, E.K. (1993). Public attitudes toward AIDS-related issues in the United States. In J.B. Pryor & G.D. Reeder (Eds.), *The social psychology of HIV infection* (pp. 229-261). Hillsdale, NJ: Erlbaum.

9. Herek, G.M. (1993). On prejudice toward gay people and gays as security risks. In M. Wolinsky & K. Sherrill (Eds.) *Gays and the military: Joseph Steffan versus the United States* (pp. 121-140). Princeton, NJ: Princeton University Press.

10. Herek, G.M. (1994). Assessing heterosexuals' attitudes toward lesbians and gay men: A review of empirical research with the ATLG scale. In B. Greene, & G.M. Herek (Eds.) *Lesbian and gay psychology: Theory, research, and clinical applications* (pp. 206-228). Thousand Oaks, CA: Sage Publications.

11. Herek, G.M. (1994). Heterosexism, hate crimes, and the law. In M. Costanzo, & S. Oskamp (Eds.) *Violence and the Law* (pp. 89-112). Thousand Oaks, CA: Sage Publications.

12. Herek, G.M. (1994). Homosexuality. In R.J. Corsini (Ed.), *Encyclopedia of Psychology* (2nd edition, pp. 151-155). New York: Wiley Interscience.

13. Herek, G.M. (1995). Developing a theoretical framework and rationale for a research proposal. In W. Pequegnat & E. Stover (Eds.), *How to write a successful research grant application: A guide for social and behavioral scientists* (pp. 85-91). New York: Plenum.

14. Herek, G.M. (1995). Psychological heterosexism in the United States. In A.R. D'Augelli & C.J. Patterson (Eds.) *Lesbian, gay, and bisexual identities across the lifespan: Psychological perspectives* (pp. 321-346). Oxford University Press.

15. Herek, G.M., & Glunt, E.K. (1995). Identity and community among gay and bisexual men in the AIDS era: Preliminary findings from the Sacramento Men's Health Study. In G.M. Herek & B. Greene (Eds.) *AIDS, identity, and community: The HIV epidemic and lesbians and gay men* (pp. 55-84). Thousand Oaks, CA: Sage Publications.

*(continued)*

## Chapters (continued)

16. Herek, G.M. (1996). Heterosexism and homophobia. In R.P. Cabaj & T.S. Stein (Eds.), *Textbook of homosexuality and mental health* (pp. 101-113). Washington, DC: American Psychiatric Press.

17. Herek, G.M. (1996). Why tell if you're not asked? Self disclosure, intergroup contact, and heterosexuals' attitudes toward lesbians and gay men. In G.M. Herek, J.J. Jobe, & R. Carney (Eds.), *Out in force: Sexual orientation and the military* (pp. 197-225). Chicago: University of Chicago Press.

18. Herek, G.M. (1996). Social science, sexual orientation, and military personnel policy. In G.M. Herek, J.J. Jobe, & R. Carney (Eds.), *Out in force: Sexual orientation and the military* (pp. 3-14). Chicago: University of Chicago Press.

19. Herek, G.M. (1997). Heterosexuals' attitudes toward lesbians and gay men: Does coming out make a difference? In M. Duberman (Ed.), *A queer world: The Center for Lesbian and Gay Studies reader* (pp. 331-344). New York: New York University Press.

20. Herek, G.M. (1997). The HIV epidemic and public attitudes toward lesbians and gay men. In M.P. Levine, P. Nardi, & J. Gagnon (Eds.) *In changing times: Gay men and lesbians encounter HIV/AIDS.* (pp. 191-218). Chicago: University of Chicago Press.

21. Herek, G.M. (1998). Bad science in the service of stigma: A critique of the Cameron group's survey studies. In G.M. Herek (Ed.), *Stigma and sexual orientation: Understanding prejudice against lesbians, gay men, and bisexuals* (pp. 223-255). Thousand Oaks, CA: Sage Publications.

22. Herek, G.M. (1998). The Attitudes Toward Lesbians and Gay Men scale. In C.M. Davis, W.L. Yarber, R. Bauserman, G. Schreer, & S.L. Davis (Eds.), *Handbook of sexuality-related measures* (pp. 392-394). Thousand Oaks, CA: Sage Publications.

23. Cogan, J.C., & Herek, G.M. (1998). Stigma. In R.A. Smith (Ed.), *The encyclopedia of AIDS: A social, political, cultural, and scientific record of the HIV epidemic* (pp. 466-467). Chicago: Fitzroy Dearborn.

24. Franklin, K., & Herek, G.M. (1999). Violence toward homosexuals. In L. Kurtz (Ed.), *Encyclopedia of violence, peace, and conflict* (p. 139-151). San Diego, CA: Academic Press.

25. Herek, G.M. (2000). Homosexuality. In A.E. Kazdin (Ed.), *Encyclopedia of psychology* (pp. 149-153). Washington, DC: American Psychological Association & Oxford University Press.

26. Herek, G.M. (2000). The social construction of attitudes: Functional consensus and divergence in the US public's reactions to AIDS. In G.R. Maio & J.M. Olson (Eds.), *Why we evaluate: Functions of attitudes* (pp. 325-364). Mahwah, NJ: Lawrence Erlbaum.

27. Herek, G.M. (2001). Homosexuality. In W.E. Craighead & C. Nemeroff (Eds.), *Corsini Encyclopedia of Psychology and Behavioral Science* (3rd edition, pp. 683-688). New York: John Wiley & Sons.

28. Herek, G.M. (2004). Homosexuality. In W.E. Craighead & C. Nemeroff (Eds.), *Concise Corsini Encyclopedia of Psychology and Behavioral Science*. New York: John Wiley & Sons, 439-440.

29. Herek, G.M. (in press). Developing a theoretical framework and rationale for a research proposal. In W. Pequegnat & E. Stover (Eds.), *How to write a successful research grant application: A guide for social and behavioral scientists* (Revised edition). New York: Plenum.

30. Herek, G.M., & Belkin, A. (in press). Sexual orientation and military service: Prospects for organizational and individual change in the United States. In A.B. Adler, T.W. Britt, & C.A. Castro (Eds.), *Studies in Military Psychology*. Westport, CT: Greenwood Publishing Group.

## *Abstracts, Reviews, Letters, and Professional Newsletters*

1.  Herek, G.M. (1980). *A Dialectical Psychology* by A. Buss [Review]. *Society for the Advancement of Social Psychology Newsletter, 6* (5), 6-7.

2.  Herek, G.M. (1981, February). Attitudes toward lesbians and gay men: A refined factor-analytic approach. *ERIC Resources in Education.*

3.  Herek, G.M. (1982). Unisexual ideology and erotic hegemony. *National Women's Anthropology Newsletter, 6* (1), 17-21.

4.  Herek, G.M. (1983). Individual differences in attitudes toward lesbians and gay men: Social psychological components of sexual ideologies. *Dissertation Abstracts International, 44* (10), 3240B. (University Microfilms Order No. DA8402446).

5.  Herek, G.M. (1984). Values, research questions, and the news media. *Science, 226* (4679), 1142.

6.  Herek, G.M. (1985). On doing, being, and not being: Prejudice and the social construction of sexuality. [Review of *Homosexual Acts, Actors, and Identities* by L. Nungesser, and *Gay Men, Gay Selves* by T. Weinberg]. *Journal of Homosexuality, 12* (1), 135-151.

7.  Herek, G.M. (1987). The social context of an epidemic. [Review of *The social dimensions of AIDS: Method and theory,* edited by A.D. Feldman & T.M. Johnson.] *Contemporary Psychology, 32,* 1004-1009.

8.  Herek, G.M. & Glunt, E.K. (1989). AIDS-stigma and anti-gay prejudice: Public reactions to AIDS-related policies and gay men in the U.S.A. *Abstracts of the Fifth International Conference on AIDS.* Montreal, Canada.

9.  Herek, G.M. (1991). Stopping the AIDS epidemic. [Review of *Primary Prevention of AIDS,* edited by V.M. Mays, G.W., Albee, & S.F. Schneider.] *Contemporary Psychology, 36,* 495-496.

10. Herek, G.M., Bat-Chava, Y., Capitanio, J., Araba-Owoyele, L., & Castañeda, D. (1991). A social psychological evaluation of AIDS-educational videos. *Abstracts of the Seventh International Conference on AIDS.* Florence, Italy.

11. Herek, G.M., & Capitanio, J.P. (1991). Reactions to AIDS in the United States: A social psychological analysis. Abstracts of the First International Conference on Biopsychosocial Aspects of HIV Infection. Amsterdam, The Netherlands.

12. Herek, G.M., & Capitanio, J.P. (1992). AIDS-related stigma persists in the United States. Abstracts of the Eighth International Conference on AIDS. Amsterdam, The Netherlands.

13. Herek, G.M., & Capitanio, J.P. (1993). The relationship of trust to public reactions to AIDS in the United States. Abstracts of the Ninth International Conference on AIDS. Berlin, Germany.

14. Herek, G.M., Gillis, J.R., Glunt, E.K., Lewis, J.L., & Welton, D.A. (1994). Improving the credibility of AIDS education among African Americans: An experimental evaluation. Abstracts of "AIDS' Impact: Biopsychosocial Aspects of HIV Infection," Second International Conference. Brighton, England.

15. Herek, G.M. (1997). AIDS stigma: A psychosocial perspective. Abstracts of "AIDS' Impact: *Biopsychosocial Aspects of HIV Infection," Third International Conference.* Melbourne, Australia.

16. Herek, G.M. (1998). Sexual prejudice: Understanding heterosexuals' attitudes toward lesbians and gay men. In M. Backström (Ed.), *Homosexuell i dag: Rapport från en konferens om samhällsvetenskaplig forskning kring homosexualitet [Homosexuality Today]* (pp. 31-36). Kriminologiska institutionen Stockholms universistete [Institute for Criminology, Stockholm University], Stockholm, Sweden.

*(continued)*

### Abstracts, Comments, Reviews, Newsletters (continued)

17. Herek, G.M. (1998). Hate crimes in the USA: The psychological impact of violence against lesbians and gay men. In M. Backström (Ed.), *Homosexuell i dag: Rapport från en konferens om samhällsvetenskaplig forskning kring homosexualitet [Homosexuality Today]* (pp. 71-73). Kriminologiska institutionen Stockholms universistete [Institute for Criminology, Stockholm University], Stockholm, Sweden.

18. Herek, G.M., & Capitanio, J.P. (1998). AIDS stigma and HIV-related beliefs in the United States: Results from a national telephone survey. *Conference record* [abstracts] *of the 12ᵗʰ World AIDS Conference.* Geneva, Switzerland.

### Reports

1. Herek, G.M. (1986, April 3). *Sexual orientation and prejudice at Yale: A report on the experiences of lesbian, gay, and bisexual members of the Yale community.* Prepared for the Yale Corporation, New Haven CT.

2. APA Task Force. (1986, November 25). *Avoiding heterosexist bias: Guidelines for ethical and valid research.* Washington, DC: American Psychological Association.

3. Herek, G.M., & AIDS Psychosocial Research Group. (1990). *Video AIDS: A catalog for users of AIDS educational videos.* Davis, CA: Author.

4. Herek, G.M. (1993). *Questionnaire development for attitudes toward homosexuality among Army personnel.* Alexandria, VA: U.S. Army Research Institute.

5. Herek, G.M., & AIDS Psychosocial Research Group. (1991). *Video AIDS: A catalog for users of AIDS educational videos, 2ⁿᵈ edition.* Davis, CA: Author.

6. Herek, G.M., & Cogan, J. (1994). *AIDS and stigma: A review of the scientific literature.* Prepared for the Public Media Center (San Francisco, CA) and the Ford Foundation.

7. Herek, G.M., & AIDS Psychosocial Research Group. (1994). *Video AIDS: A catalog for users of AIDS educational videos, 1994 edition. Focus: Videos for African American audiences.* Davis, CA: Author.

8. Herek, G.M., & AIDS Psychosocial Research Group. (1995). *Video AIDS: A catalog for users of AIDS educational videos, 1995 edition. Focus: Videos for gay/bisexual male audiences.* Davis, CA: Author.

9. Herek, G.M., & AIDS Psychosocial Research Group. (1996). *Video AIDS: A catalog for users of AIDS educational videos, 1996 edition. Focus: Videos for Latino audiences.* Davis, CA: Author.

10. Herek, G.M. (1996). *Integrating minorities in the U.S. military: An overview of research relevant to sexual orientation policies.* Alexandria, VA: U.S. Army Research Institute.

### Popular Publications, OP/ED Articles

1. Herek, G.M. (1989, August 1). The tyranny of ten percent: Does it really matter how many Americans are gay? *The Advocate,* pp. 46-48.

2. Herek, G.M. (1991, November 5). Why are hate crimes against lesbians and gays on the rise? *The Advocate,* p. 106.

3. Herek, G.M. (1998, October 16). "Us" and "them" of murder [OP/ED]. *Los Angeles Times,* p. A17.

4. Herek, G.M. (2000, March 6). A shift from "Don't Ask" to heterosexual exception [OP/ED]. *San Francisco Chronicle,* p. A25.

### Internet

*Sexual orientation: Science, education, and policy.* World Wide Web site, first posted March 5, 1997. http://psychology.ucdavis.edu/rainbow/index.html

## Presentations at Professional Meetings

1. Herek, G.M. (1980). *Attitudes toward male homosexuals and lesbians: A refined factor analytic approach.* Western Psychological Association, Honolulu, Hawaii.

2. Herek, G.M. (1981). *Gender, sex roles, and attitudes toward lesbians and male homosexuals.* American Psychological Association, Los Angeles, CA.

3. Herek, G.M. (1982). *Erotic hegemony and the ideology of heterosexual prejudice.* Southwestern Anthropological Association, Sacramento, CA.

4. Herek, G.M. (1983). *Individual differences in attitudes toward lesbians and gay men.* American Psychological Association, Anaheim, CA.

5. Herek, G.M. (1984). *The functions of attitudes: New methods for an old theory.* Tri-State Social Cognition Group, New York University.

6. Herek, G.M. (1985). *Research on homophobia: What is to be done?* In G.M. Herek (Chair), Psychological research on homophobia: Present status and future directions. American Psychological Association, Los Angeles. (Symposium)

7. Herek, G.M. (1986). *Public education about AIDS: Is information enough?* In J.H. Pleck (Chair), Perceptions of AIDS. American Psychological Association, Washington, D.C. (Symposium)

8. Herek, G.M. (1987). *Lesbian and gay issues in scientific psychology: Overcoming invisibility.* In F. Denmark (Chair). Increasing the participation of under-represented groups in both the publication process and in scholarly publications. Eastern Psychological Association, Arlington, VA. (Symposium)

9. Herek, G.M. (1988). Participant in K. Sherrill (Chair). *The politics of AIDS.* C.U.N.Y. Political Science Conference, New York. (Panel Discussion)

10. Herek, G.M. (1988). *The roots of homophobia.* Conference on "Changing the categories: Lesbian and gay studies." Graduate Center, City University of New York, April 30. (Invited Presentation)

11. Herek, G.M. (1988). *The social psychology of violence against lesbians and gay men.* In K. Hancock (Chair), Violence against lesbians and gay men: Toward a research agenda. American Psychological Association, Atlanta, GA. (Symposium)

12. Herek, G.M. (1988). *The meaning of AIDS for individuals and society.* In S. Morin (Chair), Critical psychological aspects of AIDS. American Psychological Association, Atlanta, GA. (Invited Symposium)

13. Herek, G.M., & Glunt, E.K. (1989). *AIDS-stigma and anti-gay prejudice: Public reactions to AIDS-related policies and gay men in the U.S.A.* Fifth International Conference on AIDS, Montreal, Canada. (Poster)

14. Herek, G.M. (1989). *Illness, stigma and AIDS.* Invited Master Lecture, American Psychological Association, New Orleans.

15. Herek, G.M. (1989). *Lesbians, gay men, and government security clearances.* American Psychological Association, New Orleans. (Symposium)

16. Herek, G.M. (1989). *The context of anti-gay violence: Psychological, social, and cultural issues.* "Mental Health Aspects of Violence Toward Lesbians and Gay Men: Research Issues and Directions." Workshop sponsored by the Antisocial and Violent Behavior Branch, National Institute of Mental Health, Bethesda, MD.

17. Herek, G.M. (1990). *The psychological dimensions of public reactions to AIDS.* In J. Martin (Chair). Public reactions to AIDS in the United States. American Psychological Association, Boston. (Symposium)

*(continued)*

## *Presentations at Professional Meetings (continued)*

18. Herek, G.M., Bat-Chava, Y., Capitanio, J., Araba-Owoyele, L., & Castañeda, D. (1991). *A social psychological evaluation of AIDS-educational videos.* Seventh International Conference on AIDS, Florence, Italy. (Poster)

19. Herek, G.M., & Capitanio, J.P. (1991). *AIDS-related attitudes and beliefs among Black Californians: A preliminary methodological discussion.* Investigators' Conference, UC Universitywide AIDS Research Program. (Poster)

20. Herek, G.M. (1991). *Violence against lesbians and gay men: A research agenda for the 1990s.* In G. Herek (Chair), Violence against lesbians and gay men: Challenges for psychologists in the 1990s. American Psychological Association, San Francisco. (Invited Symposium)

21. Herek, G.M. (1991). *Is homosexuality incompatible with military service?: A review of social science data.* In S. Morin (Chair), "Homosexuality is incompatible with military service:" Psychological evaluation of DoD policy. American Psychological Association, San Francisco. Symposium)

22. Herek, G.M. (1991). *Violence against lesbians and gay men: Challenges for action research.* Invited presentation for a research luncheon sponsored by the American Psychological Association with the National Institute of Mental Health. San Francisco.

23. Herek, G.M., & Capitanio, J.P. (1991). *Reactions to AIDS in the United States: A social psychological analysis.* Paper presented at the First International Conference on Biopsychosocial Aspects of HIV Infection. Amsterdam, The Netherlands.

24. Herek, G.M., & Capitanio, J.P. (1992). *AIDS-related attitudes and beliefs among African Americans in California.* Investigators' Conference, UC Universitywide AIDS Research Program. (Poster)

25. Herek, G.M., & Capitanio, J.P. (1992). *Intergroup contact predicts heterosexuals' attitudes toward gay men.* American Psychological Society, San Diego. (Poster)

26. Capitanio, J.P., & Herek, G.M. (1992). *Racial differences in attitudes toward persons with AIDS and AIDS policies.* American Psychological Society, San Diego. (Poster)

27. Herek, G.M., & Capitanio, J.P. (1992). *AIDS-related stigma persists in the United States.* Eighth International Conference on AIDS, Amsterdam, The Netherlands. (Poster)

28. Herek, G.M. (1993). *Violence against lesbians and gay men: Heterosexism, hate crimes, and the law.* Tenth Annual Claremont Symposium on Applied Social Psychology, Claremont, CA. (Invited Paper)

29. Herek, G.M. (1993). *Hatred and heterosexism: Prejudice and violence against lesbians and gay men in the United States.* Casassas Conference on "The Persistence of Hatred," Loyola Marymount University, Los Angeles, CA. (Invited Paper)

30. Herek, G.M., & Capitanio, J.P. (1993). *The relationship of trust to public reactions to AIDS in the United States.* Ninth International Conference on AIDS, Berlin, Germany. (Poster)

31. Herek, G.M., & Capitanio, J.C. (1993). *The National Survey on AIDS and Stigma.* Paper presented at the annual meeting of the American Psychological Association, Toronto.

32. Herek, G.M. (1993). *Psychologists, bigotry, and the ballot box: Using scientific data to counter attacks on gay/lesbian rights.* In M. Biaggio (Chair), Countering attacks on gay/lesbian rights: State movements and referenda. American Psychological Association, Toronto. (Symposium)

33. Herek, G.M. (1993). *A social psychological perspective on implementing a nondiscriminatory military policy.* In C. Anderson (Chair), Integrating lesbians and gay men into the U.S. military. American Psychological Association, Toronto. (Invited Symposium)

*(continued)*

## Presentations at Professional Meetings (continued)

34. Herek, G.M., Gillis, J.R., Glunt, E.K., Lewis, J.L., & Welton, D.A. (1994). *Improving the credibility of AIDS education among African Americans: An experimental evaluation.* AIDS Impact: Biopsychosocial Aspects of HIV Infection, Second International Conference. Brighton, England. (Poster)

35. Herek, G.M. (1994). *Sexual orientation and the U.S. military: Putting the new policy in context.* In J. Jobe, G. Herek, & R. Carney (Chairs), Gays and lesbians in the military: Psychological perspectives on implementing the new policy. American Psychological Association, Los Angeles. (Pre-convention workshop)

36. Herek, G.M. (1994). *Interpersonal contact and heterosexuals' attitudes toward lesbians and gay men.* In I. Meyer & F. Wong (Chairs), Gays and lesbians in the 21st century: Setting a research agenda. American Psychological Association, Los Angeles. (Invited Symposium)

37. Herek, G.M. (1994). *Victimization experiences among lesbians and gay men in Sacramento.* In G. Herek (Chair), Mental health and anti-lesbian/-gay victimization: The Sacramento Hate Crimes Study. American Psychological Association, Los Angeles. (Symposium)

38. Glunt, E.K., Herek, G.M., Fead, F.B., Gillis, R.J., & Webb, D. (1994). *Gay/bisexual identity, community, and HIV/AIDS risk reduction.* Paper presented at the annual meeting of the American Psychological Association, Los Angeles.

39. Gillis, R.J., Herek, G.M., Lewis, J.L., Glunt, E.K., Sullivan, C.S., & Barber, A.C. (1994). *AIDS risk, knowledge, and stigma of Northern California African Americans.* American Psychological Association, Los Angeles. (Poster)

40. Herek, G.M. (1994). *Philadelphia* (Discussant). In E. Donnerstein (Chair), Film Discussion: Philadelphia. Sponsored by APA Ad Hoc Committee on Films and Other Media at the annual meeting of the American Psychological Association, Los Angeles. (Film/discussion)

41. Herek, G.M. (1995). *Hate crimes: Confronting violence against lesbians and gay men.* Pacific Sociological Association, San Francisco. (Panel discussion of Herek & Berrill [1992])

42. Herek, G.M. (1995). *Mental health consequences of antigay and anti-lesbian victimization.* In G. Herek (Chair), The Sacramento Hate Crimes Study: Psychological impact of anti-lesbian and anti-gay victimization. American Psychological Association, New York. (Symposium)

43. Glunt, E.K., & Herek, G.M. (1995). *HIV and AIDS risk reduction and psychological functioning among gay and bisexual men.* American Psychological Association, New York. (Poster)

44. Gonzalez, M., Herek, G.M., Welton, D., Fead, F., & Medina, G. (1995). *Gay-/bisexual- and Latino-/Latina-targeted AIDS educational videos: A content analysis.* American Psychological Association, New York. (Poster)

45. Gillis, J.R., Herek, G.M., Cogan, J.C., & Glunt, E.K. (1995). *Forcing open the closet door: Attitudes toward outing.* American Psychological Association, New York. (Poster)

46. Cogan, J.C., Herek, G.M., Gillis, J.R., & Glunt, E.K. (1995). *Lesbian and gay perceptions of body image: An empirical understanding.* American Psychological Association, New York. (Poster)

47. Herek, G.M. (1995). *Prejudice and violence against lesbians and gay men.* Arizona Psychological Association, Phoenix. (Invited workshop)

48. Herek, G.M., Cogan, J.C., & Gillis, J.R. (1996). *Psychological correlates of hate crime victimization among gay men, lesbians, and bisexuals.* American Psychological Society, San Francisco. (Poster)

49. Herek, G.M., Gillis, J.R., & Cogan, J.C. (1996). *Hate crimes against gay men, lesbians, and bisexuals: Psychological consequences.* American Psychological Association, Toronto. (Symposium)

*(continued)*

## Presentations at Professional Meetings (continued)

50. Herek, G.M. (1997). *AIDS stigma: A psychosocial perspective.* AIDS Impact: Biopsychosocial Aspects of HIV Infection, Third International Conference. Melbourne, Australia. (Invited paper)

51. Herek, G.M. (1997). *Homophobia: A barrier to AIDS prevention.* Sexuality and HIV/AIDS in Cuba, Latin America, and the Caribbean: Building bridges, crossing borders. Havana, Cuba. (Invited address)

52. Herek, G.M. (1997). *Sexual orientation and public policy.* American Psychological Association, Chicago. (Invited award address, Distinguished Contribution to Psychology in the Public Interest, Early Career Award).

53. Herek, G.M. (1997). *Sexual prejudice: Understanding heterosexuals' attitudes toward lesbians and gay men.* "Homosexuell I Dag" Conference [*Homosexuality Today*], Stockholm University, Stockholm, Sweden. (Invited address)

54. Herek, G.M. (1997). *Hate crimes in the USA: The psychological impact of violence against lesbians and gay men.* "Homosexuell I Dag" Conference [*Homosexuality Today*], Stockholm University, Stockholm, Sweden. (Invited address)

55. Herek, G.M., & Capitanio, J.P. (1998). *AIDS stigma and HIV-related beliefs in the United States: Results from a national telephone survey.* World AIDS Conference, Geneva, Switzerland. (Oral presentation and poster)

56. Herek, G.M. (1998). *Sexual prejudice: The social psychology of homophobias and heterosexisms.* American Psychological Association, San Francisco. (Invited address)

57. Herek, G.M. (1999). *Sexual prejudice.* "Beyond Homophobia" International Conference, San Francisco. (Invited keynote address)

58. Herek, G.M. (1999). *AIDS and stigma in the United States.* Workshop on HIV/AIDS Stigma in Developing Countries. US Agency for International Development, Horizons Project, San Francisco. (Invited presentation)

59. Herek, G.M. (1999). *AIDS and stigma in the United States.* Conference on "HIV-AIDS: Issues in treatment, stigma, and policy." University of Nebraska, Lincoln. (Invited address)

60. Herek, G.M. (1999). *Interpersonal contact and sexual prejudice.* In G. M. Herek (Chair), The psychology of prejudice. American Psychological Society, Denver, Colorado. (Invited symposium)

61. Herek, G.M. (1999). *Sexual prejudice: Survey research on heterosexuals' attitudes toward lesbians and gay men.* Conference on "New approaches to research on sexual orientation, mental health, and substance abuse." National Institute of Mental Health, Bethesda, Maryland. (Invited presentation)

62. Herek, G.M. (1999). *Hate crimes: A framework for empirical research.* Hate Crimes: Research, Policy, and Action. Conference sponsored by the Society for the Psychological Study of Social Issues, Los Angeles, California. (Invited keynote remarks)

63. Herek, G.M. (1999). *Criminal victimization and sexual orientation: The Sacramento Hate Crimes Study.* Hate Crimes: Research, Policy, and Action. Conference sponsored by the Society for the Psychological Study of Social Issues, Los Angeles, California. (Invited presentation)

64. Herek, G.M. (2000). *Gender gaps in heterosexuals' attitudes toward gay men and lesbians.* Paper presented at the annual conference of the American Association for Public Opinion Research, Portland, OR.

*(continued)*

### *Presentations at Professional Meetings (continued)*

65. Herek, G.M., Cogan, J.C., & Gillis, J.R. (2000) *Psychological well-being and commitment to lesbian, gay, and bisexual identities*. Paper presented in G.M. Herek (Chair), Identity, community, and well-being among lesbians, gay men, and bisexuals. American Psychological Association, Washington, DC.

66. Herek, G.M. (2001). *Heterosexual masculinity and the dynamics of sexual prejudice*. American Psychological Association, San Francisco. (Invited address, Society for the Psychological Study of Men and Masculinity, APA Division 51).

67. Herek, G.M. (2001). *The social psychology of stigma*. Invited address, conference on "Health, law, and human rights: Exploring the connections," sponsored by the American Society of Law, Medicine, and Ethics. Philadelphia, September 30, 2001.

68. Herek, G.M. (2002). *Heterosexism: Characteristics, causes, and consequences*. American Psychological Association, Chicago. (Symposium Chair and Discussant)

69. Herek, G.M. (2003). *Gender differences in sexual prejudice*. Paper presented in Theresa K. Vescio (Chair), Sexual prejudice and heterosexism: Critical considerations on perpetrators and targets. Society for Personality and Social Psychology, Los Angeles. (Invited symposium)

70. Herek, G.M. (2003). *Why is sexual prejudice declining in the United States? The role of heterosexuals' interpersonal contact with lesbians and gay men*. Paper presented at the annual conference of the American Association for Public Opinion Research, Nashville, TN.

71. Herek, G.M. (2003). *Beyond "homophobia": Thinking about sexual stigma and prejudice in the twenty-first century*. Invited paper presented at the conference, "Critical Issues in American Sexuality," sponsored by the San Francisco State University National Sexuality Resource Center, San Francisco.

# INVITED LECTURES AND COLLOQUIA

1. *Why prejudice, why tolerance? The social psychology of attitudes toward lesbians and gay men*. University of California, Davis. July 23, 1984.

2. *Homophobias, heterosexisms, and the psychological functions of prejudice*. AIDS Project New Haven (CT). February 7, 1985.

3. *The psychological functions of prejudice and tolerance*. Barnard College of Columbia University, New York. March 6, 1985.

4. *Homophobias and heterosexisms: The psychology of prejudice and sexuality*. Connecticut College, New London, CT. May 1, 1985.

5. *Making better decisions: A psychologist's perspective*. Conference of Maine, New Hampshire, and Vermont Superior Court Justices. May 10, 1985.

6. *Straight talk about homophobia and health care*. Grand Rounds, Yale Student Health Center, New Haven, CT. May 21, 1985.

*(continued)*

**Invited Lectures and Colloquia (continued)**

7. *Straight talk about homophobia and health care*. Fair Haven (CT) Community Health Clinic. June 14, 1985.

8. *Bioethical problems associated with AIDS*. Symposium on Bioethical Issues, Sponsored by Department of Biology, Yale University, New Haven. December 12, 1985 (Discussant).

9. *AIDS, prejudice, and politics*. Connecticut Jungian Society, Guilford, CT. February 8, 1986.

10. *The social psychology of homophobia: Toward a practical theory*. Conference on Sex, Politics, and the Law. New York University Law School, February 22, 1986.

11. *The psychology of homophobia and the politics of AIDS*. Yale University Summer Lecture Series, New Haven. July 17, 1986.

12. *Attitudes toward lesbians and gay men: A social psychological approach*. Smith College, Northampton, MA. October 23, 1986.

13. *Sexuality and civil rights*. Yale University, New Haven. November 12, 1986. (Forum)

14. *The social psychology of homophobia*. Pennsylvania State University, University Park, PA. February 12, 1987.

15. *Public education about AIDS: A functional approach*. Yale University, New Haven. April 1, 1987.

16. *A functional approach to attitudes: The case of prejudice against lesbians and gay men*. University of Nebraska at Omaha. April 15, 1987.

17. *AIDS and homophobia: Psychosocial and political dimensions of the epidemic*. University of Texas Medical Center, Dallas, TX. September 18, 1987.

18. *The psychology of homophobia and the politics of AIDS*. Haverford College, PA. November 7, 1987.

19. *Homophobia and the politics of discrimination*. 92nd Street YMHA, New York. November 14, 1987.

20. *Public reactions to AIDS*. Teachers College of Columbia University, New York. December 1, 1987.

21. *The social psychology of homophobia and anti-gay/anti-lesbian violence*. California State University, Fresno. April 7, 1988.

22. *Attitudes toward lesbians and gay men*. Second Tuesdays Lecture Series of the New York Lesbian and Gay Community Center. April 12, 1988.

23. *Attitudes toward lesbians and gay men: A social psychological approach*. Midwest Association for the Psychological Study of Lesbian and Gay Issues, Chicago. June 25, 1988.

24. *Assessing attitude functions: Theoretical and methodological issues*. Institute for Personality Assessment and Research, University of California, Berkeley. November 8, 1988.

25. *AIDS and public opinion*. Center for AIDS Prevention Studies, University of California at San Francisco. April 28, 1989.

26. *The psychology of prejudice and the politics of AIDS and AIDS-prevention*. James Madison University, Harrisonburg, VA. October 2, 1989.

27. *Invisible victims of crime: The lesbian and gay community*. Governor's Conference on Victim Services and Public Safety, Anaheim, CA. May 29, 1990.

28. *The social psychology of public reactions to AIDS*. California Office of AIDS, Sacramento, CA. December 11, 1990.

29. *The psychology of prejudice and the politics of AIDS*. Marquette University, Milwaukee WI. April 17, 1991.

30. *Anti-gay prejudice: A social science perspective*. University of Wisconsin, Milwaukee. April 18, 1991. (Community lecture)

*(continued)*

## Invited Lectures and Colloquia (continued)

31. *The psychology of heterosexism: Prejudice and violence in the era of AIDS.* Stanford University. April 26, 1991.

32. *Hate crimes against lesbians and gay men.* Stanford University Law School Conference on Bias Crimes, April 8, 1992.

33. *Hetero/Sexism: Prejudice and violence against lesbians and gay men.* Oregon State University, Corvallis. October 30, 1992.

34. *Hate crimes and heterosexism: The social psychology of violence against lesbians and gay men.* Pennsylvania State University, November 7, 1992.

35. *Sexual orientation and the U.S. military: A social science perspective on current policy.* Meeting of national organizations on the U.S. military policy on homosexuality and military service, sponsored by the American Psychological Association, December 7, 1992.

36. *Research on Gay, Lesbian, and Bisexual Issues at the University of California* (Panel discussion). "U.C. Us Everywhere: A U.C. Systemwide Conference on Gay, Lesbian, and Bisexual Issues." University of California, Davis. February 13, 1993.

37. *Hetero/Sexism: Prejudice and violence against lesbians and gay men.* California State University, Long Beach. February 19, 1993.

38. *U.S. military personnel policy and gay people: A social science perspective on implementing a nondiscriminatory policy.* The Rand Corporation, Santa Monica, CA, May 12, 1993.

39. *Sex, lies, and factoids: The uses and misuses of social science research in the fight for lesbian and gay civil rights.* Symposium cosponsored by the American Psychological Association, National Gay & Lesbian Task Force, and Human Rights Campaign Fund. Washington, DC. November 5, 1993.

40. *Heterosexuals' attitudes toward lesbians and gay men: The contact hypothesis reconsidered.* "At The Frontier: Homosexuality and the Social Sciences." Conference sponsored by the Center for Lesbian and Gay Studies, City University of New York. December 3, 1993. (Invited paper)

41. *Homophobia.* Gay, Lesbian, and Bisexual Studies Seminar for Psychiatry Residents and Fellows, UCSF Langley Porter Institute, December 14, 1993.

42. *Heterosexuals' attitudes toward lesbians and gay men.* Grand Rounds, Department of Psychiatry, University of California Medical Center, Sacramento, CA. April 6, 1994.

43. *Prejudice, public policy, and sexual orientation: A psychologist's perspective.* Frederick Howell Lewis Distinguished Lecture, Psi Chi. American Psychological Association, Los Angeles. August, 1994.

44. *Mental health and anti-lesbian/anti-gay victimization: The Sacramento Hate Crimes Study.* Bay Area Hate Crimes Investigators' Association, San Francisco. September 21, 1994.

45. *Heterosexuals' attitudes toward lesbians and gay men: The contact hypothesis reconsidered.* Conference on "Health Sciences, Heterosexism, and Homophobia." University of California, San Francisco. April 22, 1995.

46. *Heterosexuals' attitudes toward lesbians and gay men: Does coming out make a difference?* Lawrence Berkeley National Laboratories, University of California, Berkeley. October 10, 1995.

47. *Hate crimes: Confronting violence against lesbians and gay men.* Phoenix College, Phoenix, AZ. October 14, 1995. (Community lecture)

48. *Hate crimes: Psychological responses to violence against lesbians and gay men.* Yale University. April 29, 1996.

49. *Homophobia and public health.* National Lesbian and Gay Journalists Association, Miami. September 6, 1996.

*(continued)*

## Invited Lectures and Colloquia (continued)

50. *Hate crimes and homophobia in the USA.* Sydney Anti-Violence Project, Sydney, Australia. June 26, 1997. (Community lecture)

51. *Sexual prejudice: Understanding heterosexuals' attitudes toward lesbians and gay men.* Schorer Institute and University of Utrecht, Amsterdam, The Netherlands. October 27, 1997.

52. *The impact of victimization: Why hate crimes are a special case.* Congressional briefing sponsored by the American Psychological Association, Washington, DC. November 7, 1997.

53. *Sexual prejudice: Understanding homophobias and heterosexisms.* Department of Psychology, University of California, Davis. January 21, 1998.

54. *Sexual prejudice: The psychology of homophobias and heterosexisms.* Oberlin College, December 5, 1998.

55. *Hate crimes against lesbians and gay men.* Columbia University HIV Center, May 20, 1999. (Grand Rounds)

56. *Hate crimes based on sexual orientation: An overview.* American Civil Liberties Union Biennial Conference, San Diego, June 25, 1999.

57. *Sexual prejudice in the United States.* San Francisco Public Library, October 16, 1999. (Invited community lecture and panel discussion)

58. *Sexual prejudice.* Department of Psychology, University of California, Santa Cruz. April 19, 2000.

59. *AIDS and stigma in the United States.* Centers for Disease Control and Prevention, Atlanta, June 9, 2000.

60. *AIDS and stigma in the United States.* Forum on "Stigma: Breaking Through the Misinformation," sponsored by AIDS Action and the Centers for Disease Control and Prevention, Washington DC, January 26, 2001.

61. *The roots of sexual prejudice.* Invited lecture for the series, "Homosexuality and Christian Faith: New Visions for the New Century," sponsored by an inter-denominational group of 24 churches in the San Francisco Bay Area. San Francisco, March 22, 2001.

62. *Survey methods for studying stigma and prejudice.* Invited lecture for the Summer Institute on Sexuality, Society and Health. Program in Sexuality Studies, San Francisco State University, June 28, 2001.

63. *"Live and Let Live."* Keynote address for Sacramento and Yolo Counties World AIDS Day Commemoration, December 5, 2002.

64. *Sexual prejudice.* Invited lecture for the Summer Institute on Sexuality, Society and Health. Program in Sexuality Studies, San Francisco State University, July 22, 2003.

65. *Sexual orientation, science, and the law: How social and behavioral research can inform public policy.* Invited lecture for the Jeanne Herberger Lecture Series on "Communication, Culture, and Conflict," Hugh Downs School of Human Communication, Arizona State University, October 9, 2003.

# EXHIBIT B

**Exhibit B: Bibliographic Sources**

Adams, J. M., & Jones, W. H. (1997). The conceptualization of marital commitment: An integrative analysis. *Journal of Personality and Social Psychology, 72*(5), 1177-1196.

Amato, P. R., & Keith, B. (1991). Parental divorce and the well-being of children: A meta-analysis. *Psychological Bulletin, 110*(1), 26-46.

American Psychiatric Association. (2004). *Gay and Lesbian Issues*. Retrieved November 14, 2004, from http://www.psych.org/public_info/homose~1.cfm

American Psychological Association. (2004). *Policy Statements for Lesbian, Gay, and Bisexual Concerns*. Retrieved November 14, 2004, from http://www.apa.org/pi/lgbc/ policies.html

Badgett, M. V. L. (2001). *Money, myths, and change: The economic lives of lesbians and gay men*. Chicago: University of Chicago Press.

Bailey, J. M., Bobrow, D., Wolfe, M., & Mikach, S. (1995). Sexual orientation of adult sons of gay fathers. *Developmental Psychology, 31*, 124-129.

Brown, S. L. (2000). The effect of union type on psychological well-being: Depression among cohabitors versus marrieds. *Journal of Health & Social Behavior, 41*(3), 241-255.

Burton, L. C., Newsom, J. T., Schulz, R., Hirsch, C. H., & German, P. S. (1997). Preventive health behaviors among spousal caregivers. *Preventive Medicine, 26*(2), 162-169.

Burton, R. P. D. (1998). Global integrative meaning as a mediating factor in the relationship between social roles and psychological distress. *Journal of Health & Social Behavior, 39*(3), 201-215.

Chan, R. W., Raboy, B., & Patterson, C. J. (1998). Psychosocial adjustment among children conceived via donor insemination by lesbian and heterosexual mothers. *Child Development, 69*, 443-457.

Cochran, S. D., Sullivan, J. G., & Mays, V. M. (2003). Prevalence of mental disorders, psychological distress, and mental services use among lesbian, gay, and bisexual adults in the United States. *Journal of Consulting and Clinical Psychology, 71*(1), 53-61.

Cole, S. W., Kemeny, M. E., Taylor, S. E., & Visscher, B. R. (1996). Elevated physical

1

health risk among gay men who conceal their homosexual identity. *Health Psychology*, *15*, 243-251.

Dohrenwend, B. P. (2000). The role of adversity and stress in psychopathology: Some evidence and its implications for theory and research. *Journal of Health & Social Behavior*, *41*(1), 1-19.

Doka, K. J. (1989). Disenfranchised grief. In K.J. Doka (Ed.), *Disenfranchised grief: Recognizing hidden sorrow* (pp. 3-11). Lexington, MA: Lexington Books/D.C. Heath.

Golombok, S., Perry, B., Burston, A., Murray, C., Mooney-Somers, J., Stevens, M., & Golding, J. (2003). Children with lesbian parents: A community study. *Developmental Psychology*, *39*(1), 20-33.

Gonsiorek, J. C. (1991). The empirical basis for the demise of the illness model of homosexuality. In J.C. Gonsiorek & J.D. Weinrich (Eds.), *Homosexuality: Research implications for public policy* (pp. 115-136). Newbury Park, CA: Sage.

Gove, W. R., Style, C. B., & Hughes, M. (1990). The effect of marriage on the well-being of adults: A theoretical analysis. *Journal of Family Issues*, *11*(1), 4-35.

Heaton, T. B., & Albrecht, S. L. (1991). Stable unhappy marriages. *Journal of Marriage & the Family*, *53*(3), 747-758.

Johnson, N. J., Backlund, E., Sorlie, P. D., & Loveless, C. A. (2000). Marital status and mortality: The National Longitudinal Mortality Study. *Annals of Epidemiology*, *10*, 224-238 .

Kaiser Family Foundation. (2001). *Inside-out: A report on the experiences of lesbians, gays, and bisexuals in America and the public's view on issues and politics related to sexual orientation.* Menlo Park, CA: Author. Retrieved November 14, 2001, from http://www.kff.org .

Kiecolt-Glaser, J. K., McGuire, L., Robles, T. F., & Glaser, R. (2002). Psychoneuroimmunology: Psychological influences on immune function and health. *Journal of Consulting & Clinical Psychology*, *70*, 537-547.

Kurdek, L. A. (1995). Lesbian and gay couples. In A.R. D'Augelli & C.J. Patterson (Eds.), *Lesbian, gay, and bisexual identities over the lifespan* (pp. 243-261). New York: Oxford University

Press.

Kurdek, L. A. (1998). Relationship outcomes and their predictors: Longitudinal evidence from heterosexual married, gay cohabiting, and lesbian cohabiting couples. *Journal of Marriage and the Family, 60*(3), 553-568.

Kurdek, L. A. (2001). Differences between heterosexual-nonparent couples and gay, lesbian, and heterosexual-parent couples. *Journal of Family Issues, 22*(6), 727-754.

Levinger, G. (1965). Marital cohesiveness and dissolution: An integrative review. *Journal of Marriage and the Family, 27*(1), 19-28.

Mackey, R. A., Diemer, M. A., & O'Brien, B. A. (2000). Psychological intimacy in the lasting relationships of heterosexual and same-gender couples. *Sex Roles, 43*(3-4), 201-227.

McLanahan, S., & Sandefur, G. (1994). *Growing up with a single parent: What hurts, what helps*. Cambridge, Mass: Harvard University Press.

Meyer, I. H. (2003). Prejudice, social stress, and mental health in lesbian, gay, and bisexual populations: Conceptual issues and research evidence. *Psychological Bulletin, 129*(5), 674-697.

Mills, T. C., Stall, R., Pollack, L., Paul, J. P., Binson, D., Canchola, J., & Catania, J. A. (2001). Health-related characteristics of men who have sex with men: A comparison of those living in "gay ghettos" with those living elsewhere. *American Journal of Public Health, 91*(6), 980-983.

Murphy, P., & Perry, K. (1988). Hidden grievers. *Death Studies, 12*, 451-462.

Nardi, P. M. (1997). Friends, lovers, and families: The impact of AIDS on gay and lesbian relationships. In Martin P. Levine, Peter M. Nardi, & John H. Gagnon (Eds.), *In changing times: Gay men and lesbians encounter HIV/AIDS* (pp. 55-82). Chicago: University of Chicago Press.

Nock, S. L. (1995). A comparison of marriages and cohabiting relationships. *Journal of Family Issues, 16*(1), 53-76.

Norris, F. H., & Murrell, S. A. (1990). Social support, life events, and stress as modifiers of adjustment to bereavement by older adults. *Psychology and Aging, 5*(3), 429-436.

Patterson, C. J. (2000). Family relationships of lesbians and gay men. *Journal of Marriage and the Family, 62*(4), 1052-1069.

3

Patterson, C. J. (2001). Families of the lesbian baby boom: Maternal mental health and child adjustment. *Journal of Gay & Lesbian Psychotherapy* , *4*(3/4), 91-107.

Patterson, C. J. (2004). Gay fathers. In M.E. Lamb (Ed.), *The role of the father in child development* (4th ed., pp. 397-416). New York: Wiley.

Peplau, L. A., & Beals, K. P. (2004). The family lives of lesbians and gay men. In A.L. Vangelisti (Ed.), *Handbook of family communication* (pp. 233-248). Mahwah, N.J.: Lawrence Erlbaum Associates.

Peplau, L. A., & Spalding, L. R. (2000). The close relationships of lesbians, gay men and bisexuals. In C. Hendrick & S.S. Hendrick (Eds.), *Close relationships: A sourcebook* (pp. 111-123). Thousand Oaks, CA: Sage.

Perrin, E. C. (2002). *Sexual orientation in child and adolescent health care*. New York: Kluwer Academic/Plenum Publishers.

Perrin, E. C., & Committee on Psychosocial Aspects of Child and Family Health. (2002). Technical report: Coparent or second-parent adoption by same-sex parents. *Pediatrics*, *109*, 341-343.

Previti, D., & Amato, P. R. (2003). Why stay married? Rewards, barriers, and marital stability. *Journal of Marriage and Family*, *65*(3), 561-573.

Richards, T. A., Wrubel, J., & Folkman, S. (1999-2000). Death rites in the San Francisco gay community: Cultural developments of the AIDS epidemic. *Omega: Journal of Death & Dying*, *40*, 335-350.

Ross, C. E., Mirowsky, J., & Goldsteen, K. (1990). The impact of the family on health: The decade in review. *Journal of Marriage and the Family*, *52*(4), 1059-1078.

Sherrill, K., & Yang, A. (2000). From outlaws to in-laws: Anti-gay attitudes thaw. *The Public Perspective*, *11*(1), 20-23.

Stacey, J., & Biblarz, T. J. (2001). (How) does the sexual orientation of parents matter? *American Sociological Review*, *66*(2), 159-183.

Stack, S., & Eshleman, J. R. (1998). Marital status and happiness: A 17-nation study.

4

*Journal of Marriage & the Family, 60*(2), 527-536.

Stroebe, W., & Stroebe, M. S. (1987). *Bereavement and health: The psychological and physical consequences of partner loss*. Cambridge, England: Cambridge University Press.

Tasker, F. L., & Golombok, S. (1997). *Growing up in a lesbian family: Effects on child development*. New York: Guilford Press.

U.S. Census Bureau. (2002). *United States Census 2000*. Retrieved November 15, 2002, from http://www.census.gov/main/www/cen2000.html

Wainright, J. L., Russell, S. T., & Patterson, C. J. (2004). Psychosocial adjustment, school outcomes, and romantic attractions of adolescents with same-sex parents. *Child Development, 75*(6).

Weiss, R. S., & Richards, T. A. (1997). A scale for predicting quality of recovery following the death of a partner. *Journal of Personality and Social Psychology, 72*, 885-891.

White, L. K., & Booth, A. (1991). Divorce over the life course: The role of marital happiness. *Journal of Family Issues, 12*(1), 5-21.