# EXHIBIT 16A

DENNIS J. HERRERA, State Bar #139669
City Attorney
THERESE M. STEWART, State Bar #104930
Chief Deputy City Attorney
WAYNE K. SNODGRASS, State Bar #148137
MARGARET W. BAUMGARTNER, State Bar #151762
JIM EMERY, State Bar #153630
JULIA M.C. FRIEDLANDER, State Bar #165767
YVONNE MERE, State Bar #173594
KATHLEEN S. MORRIS, State Bar #196672
SHERRI SOKELAND KAISER, State Bar #197986
GINA M. ROCCANOVA, State Bar #201594
NELI PALMA, State Bar #203374
PHILIP LEIDER, State Bar #229751
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4700
Facsimile:    (415) 554-4747

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

BOBBIE J. WILSON, State Bar #147317
PAMELA K. FULMER, State Bar #154736
AMY E. MARGOLIN, State Bar #168192
SARAH M. KING, State Bar #189621
KEVIN H. LEWIS, State Bar #197421
CEIDE ZAPPARONI, State Bar #200708
JEFFREY T. NORBERG, State Bar # 215087
HOWARD RICE NEMEROVSKI CANADY
   FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:    (415) 434-1600
Facsimile: (415) 217-5910

ENDORSED
FILED
San Francisco County Superior Court

NOV 2 2 2004

GORDON PARK-LI, Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

UNLIMITED CIVIL JURISDICTION

| | |
|---|---|
| Coordination Proceeding<br>Special Title (Rule 1550(b))<br>**MARRIAGE CASES**<br><br>**CITY AND COUNTY OF SAN FRANCISCO**, a charter city and county,<br><br>Plaintiff/Petitioner,<br><br>vs.<br><br>**STATE OF CALIFORNIA**, et al.<br><br>Defendants/Respondents. | JUDICIAL COUNCIL COORDINATION PROCEEDING NO. 4365<br><br>Case No. **429-539**<br>(Consolidated with Case No. 504-038)<br><br>**DECLARATION OF STEVEN L. NOCK IN SUPPORT OF SAN FRANCISCO'S REPLY TO STATE OF CALIFORNIA'S OPPOSITION TO PETITION FOR WRIT OF MANDATE**<br><br>Hearing Date:      December 22, 2004<br>Hearing Judge:    Richard A. Kramer<br>Time:                   9:30 A.M.<br>Place:                  304<br><br>Date Action Filed:    March 11, 2004<br>Trial Date:              Not set |

1

I, STEVEN L. NOCK, declare as follows:

1. I have personal knowledge of the facts contained herein, except for those facts stated on information and belief, and as to those facts I believe them be true. If called upon to testify, I could and would testify hereto.

2. I am a Professor of Sociology at the University of Virginia. I have been teaching since 1978 on both the graduate and undergraduate level. I am also the co-founder of the Center for Children, Families and the Law at the University of Virginia, which is a center for multi-disciplinary research and teaching on children and families.

3. My special interest is research regarding families, particularly issues concerning marriage and co-habitation. I have conducted extensive research into these issues and written many articles related to that research. I am the author of six books and over 75 articles on issues related to marriage, divorce and co-habitation. My most recent book, Marriage in Men's Lives, received the 1999 American Sociological Association's William J. Goode Book Award for the most outstanding contribution to family scholarship. My curriculum vitea is attached hereto as Exhibit A.

4. I am currently the Chair of the American Sociological Association (ASA) Family Section. Sociologists with particular interest in households and families join, and are represented by, this section of the organization. There are presently over 700 members. I was elected by the membership of this section to serve as Chair for 2004-2005. In my role as Chair, I organize all sessions at the annual ASA meeting, coordinate issues of leadership, nominations, awards, and communication.

5. I have also been a consultant with the Administration for Children and Families, which is part of the federal Health and Human Services Department; the Canadian Department of Justice on the marriage of same sex couples; the State of Oklahoma on the Oklahoma Marriage Initiative; and been qualified as an expert witness in federal court on the design, administration and analysis of sample surveys.

6. I was also the Director of the Marriage Matters Project, which was a five-year research effort that concluded in 2004. It was supported by the National Science Foundation and the Smith Richardson Foundation. This research examines Covenant Marriage in Louisiana, which is an alternative legal status of marriage that has greater barriers to entering and leaving the marriage.

7. My research is focused on the factors that lead individuals into marriage, divorce or cohabitation, and the consequences of entering into these statuses. Almost all my research has been based on quantitative analyses of large, nationally representative samples of adults.

8. As a sociologist, I use demographic data to attempt to make conclusions regarding correlative factors among types of people. In order to ensure accuracy of this science, sociologists must study statistically representative samples of definable populations. This requires the use of probability sampling, in which every person in that population has a known probability of being included in the resulting sample. We then apply statistical analyses to the data and attempt to account for variables that may affect a conclusion. For example, if we believe that age or educational attainment may affect an outcome, we compare persons of similar ages and educational levels. We can then use the resulting data to analyze these samples in order to make inferences to the larger population.

9. I have used scientific studies to, among other things, examine the differences between marriage and cohabitation, measure the elements of commitment and dependency in marriages, and study the different outcomes for children who are raised by various types of families. I have also read extensively the scientific studies produced by other demographers, including Andrew Churlin at Johns Hopkins University, Sara McLanahan at Princeton University, Paul Amato at Penn State, and other sociologists who similarly study marriage and families.

10. Both basic observation and social science have shown that marriage is a central element of our culture. Marriage is our primary means of creating and defining family roles and duties. However, studies have shown that our society increasingly no longer defines the central functions of marriage by reference to parenthood and procreation. Rather, it appears that sentiment or affection is currently replacing those bases of marriage, particularly among young people. See, for example,

3

Cherlin, The Deinstitutionalization of Marriage, Journal of Marriage and the Family, Vol. 66, No 4, 2004, pp. 848-861, for a discussion of this argument, and a review of related evidence. I believe that there is some consensus among sociologists that marrying the person with whom you are "in love" is one of the commonly understood bases for marriage.

11. I have throughout my 25 years of study examined the effects of marriage on men, women, and children. I have worked on and reviewed numerous sociological studies that have shown that marriage as a legal and societal construct creates significant benefits to the married couple and society in general. The scientific studies that I have conducted and reviewed have convinced me that marriage is the primary source of well being for adults in the United States.

12. In an article entitled Why Marriage Matters: Twenty-One Conclusions from the Social Sciences, American Experiment Quarterly, Vol. 5, No. 1, Spring 2002, pp. 34-44, I and other authors summarized some of these benefits. Our fundamental conclusion was that "marriage is an important social good, associated with an impressively broad array of positive outcomes for children and adults alike." A copy of that article is attached hereto as Exhibit B.

13. Studies have shown that marriage confers benefits on the married couple in two broad general areas: health, both emotional and physical, and wealth accumulation. Married persons are healthier, live longer, and have far lower instances of disability than do single or divorced people. They generally have fewer fatal accidents, chronic illnesses and alcoholism. Both married men and married women have far fewer incidents of depression and suicide. Glenn, Nock & Waite, Why Marriage Matters, supra, at pp. 40-41; see also Waite & Gallagher, The Case for Marriage (Doubleday 2000) pp. 47-51, 70-71 and studies cited therein.

14. The health benefits experienced by married people occur in part because married people generally have a healthier life style, such as less drug use and alcohol consumption, and better eating and sleeping habits. They also benefit from having someone else to assist in managing one's health. Also, the commitment to their relationship contributes to their ability to endure the problems associated with the health problems of their partner. Glenn, Nock & Waite, Why

4

Marriage Matters, supra, p. 41, Waite & Gallagher, The Case for Marriage, supra, pp. 52-64, and studies cited therein.

15. Married people generally have more financial resources than non-married persons. Marriage seems to be a wealth-creating institution. Married couples build more wealth, not only because partnerships are economically efficient, but also because marital social norms seem to encourage productive behavior and wealth accumulation. For example, married couples are more likely to receive bequests from both sets of the couple's parents. Glenn, Nock & Waite, Why Marriage Matters, supra, p. 38, Waite & Gallagher, the Case for Marriage, supra, pp. 112-114.

16. In 1995, I wrote an article that studied the differences between cohabiting and married couples, A Comparison of Marriages and Cohabitating Relationships, Journal of Family Issues, Vol. 16, No. 1, January 1995, pp. 53-76. I studied four areas of the relationship: Commitment, intergenerational relationships, relationship quality, and ideal fertility (how many children the couple would like to have). I used data from 13,017 individuals interviewed between 1987 and 1988, which included 6,881 married couples and 682 cohabiting couples.

17. In studying commitment, five questions were asked about the perceived costs and benefits of separation. Cohabiting couples reported that ending their relationship would have fewer negative consequences than did married couples, thus indicating that commitment is lower in cohabitation than marriage. In studying intergenerational relationships, the persons interviewed were asked to rate their relationships with their mother and with their father. Cohabiting couples reported generally poorer relationships with their parents than did married couples. For relationship quality, I examined responses to questions regarding satisfaction, frequency of disagreement, and perceived fairness. The results indicated that cohabiters are significantly less happy than married persons.

18. I used the numbers we obtained in these studies to determine whether reported happiness was a function of the other differences measured. The results indicated that greater happiness is correlated with increased commitment and better intergenerational relationships. In other words, greater happiness in a relationship generally occurs when the couple is strongly committed to the relationship and has a good relationship with the parents.

19. Also in 1995, I wrote an article entitled Commitment and Dependency in Marriage, Journal of Marriage and the Family, Vol. 57, No. 2, May 1995, pp. 503-514. Using a sample of 2,331 individuals, I examined the relationship between commitment and dependency in a marriage. I used the measure of the imagined consequences of termination of the marriage, and data regarding relative income, educational attainment, occupational prestige, the presence of children, and the imagined commitment of one's spouse, to attempt to correlate dependency with commitment. I found that income, occupational and labor dependency (i.e., housework) increase a commitment to marriage, but that the strongest correlation was between the perceived commitment of one's spouse and the individual's commitment to the marriage. In other words, both individuals are more committed to the relationship if they believe that the other partner is also highly committed.

20. Studies have shown that the "exit costs" of a marriage contribute to the benefits conferred in part because these exit costs increase levels of commitment. Nock, Commitment and Dependency in Marriage, Journal of Marriage and the Family, supra, pp. 504-505. These exit costs are both legal and social in nature. *Id.* Exit costs are increased by laws governing dissolution. Thus, laws related to marriage do not simply reflect the status of the institution, but have an effect on its functioning.

21. Societal expectations also increase the exit costs of a marriage. Society has standards for the actions of married people. Marriage is considered a permanent union. Waite & Gallagher,

The Case for Marriage, supra, p. 37. For example, it is expected that they will attempt to work out their problems, and separate only if their relationship problems are intractable. Other people, including friends, relatives, and parents react negatively when a married couple violates these societal rules, thus increasing exit costs. Nock, A Comparison of Marriages and Cohabiting Relationships, Journal of Family Issues, supra, p. 74.

22. Sociologists have consistently found that cohabitation is not the functional equivalent of marriage. See, e.g., Nock, A Comparison of Marriages and Cohabiting Relationships, Journal of Family Issues, supra; Seltzer, Families Formed Outside Marriage, Journal of Marriage and Family, Vol. 62, No. 4, November 2000, p. 1247. Cohabitating does not create the same economic, health, or psychological benefits. Although it is not entirely clear as to why cohabitation is not the functional equivalent of marriage, cohabitation is not governed by strong consensual norms or formal laws. Thus, the parties must work out for themselves, without assumed guidelines, how they are going to function as a couple within their household, and within society. For example, although relations with parents and in-laws may be difficult at times, both sets of relatives are recognized to have a legitimate interest in their offspring's marriages. In contrast, the roles of parents of cohabiting couples are not as clearly understood by any of the parties involved. Nock, A Comparison of Marriages and Cohabiting Relationships, Journal of Family Issues, supra, p. 74.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 22, 2004, in Charlottesville, Virginia.

_____
STEVEN L. NOCK

7

# UNIVERSITY OF VIRGINIA

## DEPARTMENT OF SOCIOLOGY
## P.O. BOX 400766
## 539 NEW CABELL HALL
## CHARLOTTESVILLE, VIRGINIA 22904-4766

FAX:   434 924 7028
PHONE: 434 924 7293

TO: *Margaret Baumgartner*
ADDRESS: *San Francisco Attorney Office*

FAX: *415-554 4763*

FROM: *Steve Nock*

# OF PAGES INCLUDING COVER: *8*

Message:

*Will have read materials by noon Monday*

# EXHIBIT A

Curriculum Vitae

## Steven Nock

Home
640 Explorers Rd.
Charlottesville, VA 22901

### Education

1976 Ph.D., Sociology with Distinction, University of Massachusetts, Amherst

1975 M.A., Sociology, University of Massachusetts, Amherst

1972 B.A., Sociology and Psychology, University of Richmond

### Present Position

2004-present

Professor, Department of Sociology & Psychology, University of Virginia

### Former Positions

1994-2004 Professor, Department of Sociology, University of Virginia

1984-93 Associate Professor, Department of Sociology, University of Virginia

1978-84 Assistant Professor, Department of Sociology, University of Virginia

1976-78 Assistant Professor, Department of Sociology, Tulane University

### Academic Honors and Awards

2004 Chair, American Sociological Association Family Section

1999 William J. Goode Book Award, American

Sociological Association Family Section, for *Marriage in Men's Lives*

1991-92 All-University Outstanding Teacher of the Year Award

Phi Beta Kappa National Honor Society

## Research Appointments

2002 Principal Investigator, with P. Kingston as Co-Principal Investigator, "The Distribution of Obligations" funded by National Science Foundation

1999 Principal Investigator, with L. Sanchez and J. Wright as Co-Principal Investigators. "Implementation of Covenant Marriage in Louisiana," funded by Smith Richardson Foundation

1999 Principal Investigator, with L. Sanchez and J. Wright as CO-Principal Investigators. "Covenant Marriage a Solution to the American Divorce Problem," funded by National Science Foundation

1998 Principal Investigator, with L. Sanchez and J. Wright as CO-Principal Investigators. "Impact of the Covenant Marriage Law on Families," funded by National Science Foundation

1996 University of Virginia, Board of Visitors. To create the Center for the Study of Children, Families, and the Law. (Steven Nock, Robert Emery, and Elizabeth Scott)

1993 US Department of Health and Human Services, National Heart, Lung, and Blood Institute. Smoking Cessation Programs in Black Churches. (John Schoring, MD, P.I.)

1986-1987 Co-Principal Investigator with P.W. Kingston, Principal Investigator. "Work Schedules and Family Life Among Dual-Earner Couples" funded by National Service Foundation

## Professional Activities

### Editorial

Associate Editor/Editorial Board - *Social Forces*

Associate Editor/Editorial Board - *Journal of Marriage and the Family*

### Service

Search Committee, Dean of College of Arts and Sciences, 2001

Director, Graduate Studies, 1987, 1989-1990, 1994-1999

Chairman, Faculty Recruiting Committee, 1991-1992

Chairman, University Steering Committee on Student Assessment, Office of the Provost, 1987-1988

Chairman, Committee on Educational Policy and the Curriculum, College of Arts and Sciences, 1987

Director, Undergraduate Studies, 1980-1983, 1985-1986

Chairman, Committee on Special Programs, College of Arts and Sciences, 1986

Dissertation Improvement Award Committee, Sociology Program, National Science Foundation

William J. Goode book Award Committee, American Sociological Association, Family Section

### Professional Membership

Population Association of America

American Sociology Association

Southern Sociological Society

National Council on Family Relations

### Consultations

Administration for Children and Families (H.H.S.) 2003

Department of Justice, Canada on gay and lesbian marriage 2001

State of Oklahoma, Oklahoma Marriage Initiative, 2001-05

National Collegiate Athletic Association, 1993-1997

Qualified as Expert Witness in U.S. Federal District Court (Washington, D.C.) on the Design, Administration, and Analysis of Sample Surveys. 1986

National Research Council, Committee on Child Development, Research, and Public Policy, 1978-1981

Southeastern Institute of Research, Inc. Richmond, VA.

## Selected Publications

### Books

*Measuring Social Judgment: The Factorial Survey Approach*, Peter H. Rossi and Steven L. Nock (eds.), Beverly Hills: Sage, 1982

*Introduction to Sociology*, Lewis A. Coser, Steven L. Nock, Patricia A. Steffan, and Daphne G. Spain, San Diego: Harcourt-Brace Jovanovich, (First edition, 1983; second edition, 1987; third edition, 1991)

*Sociology of the Family*, Englewood Cliffs, New Jersey: Prentice-Hall, (First edition, 1987; Second edition, 1992)

*The Sociology of Public Issues*, Steven Nock and Paul Kingston, Belmont, CA: Wadsworth, 1989

*The Costs of Privacy: Reputation and Surveillance in America*, New York: Aldine de Gruyter, 1993

*Marriage in Men's Lives*, New York: Oxford University Press, 1998, Winner of the 1999 American Sociological Association Family Section William J. Goode Book Award for the most outstanding contribution to family scholarship

### Articles

"Ascription Versus Achievement in the Attribution of Family Social Status," (with Peter H. Rossi), *American*

*Journal of Sociology,* 84 (1978), No. 3: 565-90

"The Family Life Cycle: Empirical or Conceptual Tool?" (with Peter Rossi), *Journal of Marriage and the Family,* 41 (1979), No. 1: 15-26

"Household Types and Social Standing," *Social Forces,* 57 (1979), No. 4: 1325-1345

"The Life-Cycle (Developmental) Approach to Family Analysis" in *The Handbook of Development Psychology,* Benjamin B. Wolman (ed.), Prentice-Hall, 1981

"Family Life Cycle Transitions: Longitudinal Effects on Family Members," *Journal of Marriage and the Family,* 43 (Aug. 1981): 703-714

"Enduring Effects of Marital Disruption and Subsequent Living Arrangements," *Journal of Family Issues,* 3 (March 1982): 25-40

"The Family Work Day," (with Paul Kingston), *Journal of Marriage and the Family,* Vol. 46 (May 1984)

"Dual Career Couples," (with Daphne Spain), *American Demographics,* August 1984, Vol. 6 (no. 8)

"Consequences of the Family Work Day," (with Paul Kingston), *Journal of Marriage and the Family,* Vol. 47 (August 1985): 619-629

"Time Together among Dual-Earner Couples," (with Paul Kingston), *American Sociological Review,* 52 (June 1987): 391-400

"The Symbolic Meaning of Childbearing," *Journal of Family Issues,* Vol. 8, No. 4 (Dec. 1987): 373-394

"Time with Children: The Impact of Couples' Work-Time Commitments," (with P. Kingston), *Social Forces,* 67 (Sept. 1988): 59-85

"The Family and Hierarchy: A Theory of Family Structure and Adult Achievement," *Journal of Marriage and the Family,* 50 (Nov. 1988): 957-966

"The Division of Leisure and Work," (with P. Kingston), *Social Science Quarterly*, 70 (March 1989): 23-39

"Children Reared in Single-Parent Versus Two-Parent Families," *Medical Aspects of Human Sexuality*, 23 (Sept. 1989): 25-28

"The Separation of Sex, Gestation, and Genetics from Parenthood," *The Tocqueville Review*, 10(1990): 113-134

"Divorce," pages 505-513 in E.F. Borgatta and M.L. Borgatta (eds.), *Encyclopedia of Sociology*, New York: Macmillan, 1991

"Couples' Joint Work Status and Community and Social Attachments," (with P. Kingston), *Social Science Quarterly*, 73 (1992): 862-875

"The Effects of Childhood Family Structure and Perceptions of Parents' Marital Happiness on Familial Aspirations," (with M. Willets-Bloom), *Journal of Divorce and Remarriage*, 21 (1992): 3-23

"Changing Family Structure and Surveillance in the United States," *International Journal of Family and Marriage*, 1 (1993): 35-52

"The Influence of Maternal Employment on Gender Role Attitudes of Men and Women," (with M. Willetts-Bloom), *Sex Roles*, Vol. 30 (1994): 371-390

"Abortion, Adoption, and Marriage: Alternative Resolutions to an Unwanted Pregnancy," *Family Relations*, Vol. 43 (1994): 277-79

"A Comparison of Marriages and Cohabiting Relationships," 11 *Journal of Family Issues*, Vol. 16 (Jan 1995):53-76

"Commitment and Dependency in Marriage," *Journal of Marriage and the Family*, Vol. 57 (1995): 503-514

"Spouse Preferences of Never-Married, Divorced, and Cohabiting Americans," *Journal of Divorce and Remarriage*, Vol. 22, No. 3/4 (1995): 91-108

"Too Much Privacy?" *Journal of Family Issues*, Vol. 19 (1998): 101-118

"The Consequences of Premarital Fatherhood," *American Sociological Review*, 63 (April 1998): 250-263

"Turn-Taking as Rational Behavior," *Social Science Research*, 27 (1998): 235-244

"America's Divorce Problem," (with J. Wright and L. Sanchez), *Society*, 36 (4) 1999: 43-52

"The Problem with Marriage" *Society*, 36 (5) 1999: 20-27

"The Divorce of Marriage and Parenthood," *Journal of Family Therapy*, 22 (2) 2000

"Time and Gender in Marriage," *Virginia Law Review* 86, No. 8:1971-87, 2001

"Weak Men and Disorderly women; Divorce and the Division of Labor," in *Marriage and Divorce: A Law and Economics Approach*, Dnes and Rowthorn, (eds.), Cambridge University Press (with Margaret Brinig) 2002

"Privacy and Living Arrangements," *The Responsive Community*, Vol. 10, No. 2, 2000

"Is Spanking Universal?" *Virginia Journal of Social Policy and the Law*, 8 (1), 2001

"The Marriages of Equally Dependent Spouses," *Journal of Family Issues*, 22 (6) 2001

"Setting the Clock Forward or Back? Covenant Marriages and the Divorce Revolution." (L. Sanchez, S. Nock, J. Wright, C. Gager) *Journal of Family Issues*, 23, 2001

"Why Not Marriage?" *Virginia Journal of Law and Social Policy*, 9, 2001

"Marriage and Fatherhood in the Lives of African-American Men," in *Black Fathers on Contemporary American Society*, O. Clayton Ronald Mincy and D. Blankenhorn (eds.) Russell Sage 2003

"Attitudes about Conevant Marriage and Divorce: Policy Implications from a Three-State Comparison" (with A. Hawkins, J. Wilson, L. Sanchez, and J. Wright), *Family Relations* 51, 2002.

"The Future of Public Laws for Private Marriages," *The Good Society* 11 (3), 2003

"Why Marriage Matters: Twenty-One Conclussions from the Social Sciences." *The American Experiment Quarterly*, 5 (1):34-44, 2002. (with L. Waite and N. Glenn).

"When Married Spouses are Equal." *Virginian Journal of Social Policy and the Law*, Vol. 9, 2002.

"Covenant Marriage Turns five Years Old" (with L. Sanchez, J. Wright, and J. Wilson), *Michigan Journal of Gender and Law* 10, 2003

"How Much Does Legal Status Matter? Adoptions by Kin Caregivers," (M. Brinig and S. Nock) *Family Law Quarterly*, 36, 2003

"I Only Want Trust: Norms, Trust, and Autonomy" (M. Brinig and S. Nock) *Journal of Socio-Economics* 32, 2003

"The Social Costs of Deinstitutionalizing Marriage" Pp 1-14 in A. Hawkins, L. Wardle, and D. Coolidge (eds.) *Revitalizing the Institution of Marriage for the Twenty-First Century*, Greenwood Press, 2002

"What Does Covenant Mean for Relationships?" (M. Brinig and S. Nock) 18, 2004

The Pros and Cons of Covenant Marriage as a Legal Intervention to Strengten American Marriage," (L. Sanchez, S. Nock, and J. Wright) *Vision 2003: Contemporary Family Issues*, National Council on Family Relations