# EXHIBIT 17

DENNIS J. HERRERA, City Attorney, State Bar #139669
THERESE M. STEWART, State Bar #104930
Chief Deputy City Attorney
WAYNE K. SNODGRASS, State Bar #148137
JIM EMERY, State Bar#153630
JULIA M.C. FRIEDLANDER, State Bar#165767
YVONNE MERE, State Bar #173594
KATHLEEN S. MORRIS, State Bar #196672
SHERRI SOKELAND KAISER, State Bar #197986
GINA M. ROCCANOVA, State Bar #201594
NELI PALMA, State Bar #203374
PHILIP LEIDER, State Bar #229751
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-4700; Facsimile: (415) 554-4747

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

BOBBIE J. WILSON, State Bar #147317
PAMELA K. FULMER, State Bar #154736
AMY E. MARGOLIN, State Bar #168192
JEFFREY T. NORBERG, State Bar # 215087
CHANDRA MILLER FIENEN, State Bar # 225502
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:    (415) 434-1600
Facsimile: (415) 217-5910

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

UNLIMITED CIVIL JURISDICTION

| | |
|---|---|
| Coordination Proceeding<br>Special Title (Rule 1550(b))<br>**MARRIAGE CASES**<br><br>**RANDY THOMASSON**, et al.,<br><br>        Petitioners/Plaintiffs,<br><br>    vs.<br><br>**GAVIN NEWSOM**, et al.,<br><br>        Respondents/Defendants.<br><br>**PROPOSITION 22 LEGAL DEFENSE AND EDUCATION FUND**, et al.,<br><br>        Petitioners/Plaintiffs,<br><br>    vs.<br><br>**CITY AND COUNTY OF SAN FRANCISCO**, et al.,<br><br>        Respondents/Defendants | JUDICIAL COUNCIL COORDINATION PROCEEDING NO. **4365**<br><br>Case No. **428-794**<br>(Consolidated with Case No. **503-943**)<br><br>**DECLARATION OF ELLEN PERRIN IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br><br><br>Date Action Filed:   March 11, 2004<br>Trial Date:        Not set |

1

I, ELLEN PERRIN, declare as follows:

1. I make this declaration of my own personal knowledge and would testify competently to the matters stated herein if called upon to do so.

2. I am a Professor of Pediatrics at Tufts-New England Medical Center and am the Director of the Division of Developmental-Behavioral Pediatrics and the Center for Children with Special Needs. I graduated from medical school in 1968 and then completed an internship in pediatrics at Strong Memorial Hospital. From 1969 to 1971 I was a resident in pediatrics at Children's Hospital of the District of Columbia. From 1976 to 1977 I completed a fellowship in Behavioral Pediatrics where I focused on child and family development.

3. Throughout my career I have had hospital appointments at Strong Memorial Hospital, Vanderbilt University Hospital , the University of Massachusetts Medical Center and most recently from 2000 to the present at the Floating Hospital for Children at Tufts New England Medical Center.

4. In addition to the practice of medicine, I have been actively involved as an educator and researcher. I worked as a Scientist at the John F. Kennedy Center for Research on Education and Human Development, as a Research Fellow at the M.I Bunting Institute and as a Research Fellow at the Harvard School of Public Health. I have served as an Assistant Professor of Pediatrics at the University of Rochester, Vanderbilt University and at George Peabody College. From 1989 to 2000 I served in the faculty of the University of Massachusetts first as an Associate Professor and then from 1994 to 2000 as a Professor of Pediatrics. Since 2000, I have worked as a Professor of Pediatrics at Tufts University School of Medicine.

5. Since 1978, I have published fifty-two articles related to child development and have focused substantial research on the development and well-being of children whose parents are gay or lesbian. My curriculum vitae has been attached hereto as Exhibit A. In 2002, I published a book entitled *Sexual Orientation in Child and Adolescent Health Care*. In addition to this research, I have also served as a journal reviewer for 13 different publications including the *New England Journal of Medicine* and *Pediatrics*. I have served on the Editorial Boards of the *Journal of Pediatric Psychology* (1997 - 2003), *Family, Systems & Heath* (1995 to present),

2

1   *Ambulatory Child Health* (1995 - 1997), the *Journal of Developmental and Behavioral*

2   *Pediatrics* (1991 to present), and *Ambulatory Pediatrics* (2003 to present). I have been awarded

3   more than $2.4 million in grants to fund my investigation and research.

4         6.     I am involved in several professional organizations including the American

5   Academy of Pediatrics, the Society for Developmental and Behavioral Pediatrics, the Society of

6   Pediatric Psychology and the Society for Research in Child Development. I have given more

7   than eighty presentations on issues of child development including many on topics surrounding

8   pediatric care for gay and lesbian youth and pediatric care for children whose parents are gay and

9   lesbian. I have spoken before the Massachusetts Joint Committee on the Judiciary regarding

10   children of same sex couples and am considered among the pediatricians most expert in the

11   country on this topic.

12         7.     In this declaration I offer my expert opinion on the effects on children of being

13   raised by same sex parents. In formulating this declaration and the opinions contained herein, I

14   have relied on all of the current relevant research studying and examining the health and

15   development of children raised in same sex parent households. That research has consistently

16   indicated that children raised by two parents of the same sex fare as well in emotional, cognitive,

17   social and sexual functioning as children whose parents are heterosexual. A full bibliography

18   citing the relevant research on the topic of same sex parenting can be found attached hereto as

19   Exhibit B.

20         8.     Most research regarding children with gay or lesbian parents has focused on four

21   main topic areas. Researchers have concentrated on describing (1) the attitudes and behaviors of

22   the parents, and the (2) psychosexual development (and sexual orientation), (3) social and

23   interpersonal experience, and (4) psychological/emotional status of their children.

24   Investigations have taken four primary forms: (a) comparisons of divorced lesbian and

25   heterosexual mothers; (b) qualitative studies of children with divorced gay fathers or lesbian

26   mothers, (c) studies of children born to or adopted by lesbian mothers, and (d) community

27   studies that include children raised in various family constellations..

28

DECL PERRIN IN OPP TO PLTFFS' MOT SUMMARY JDMT; PROC NO. 4365

9.    The studies and research have reached consistent results in finding that children of gay and lesbian parents suffer no more psychological problems and no greater developmental disabilities that children raised by heterosexual parents. See Exhibit B. Comparisons between lesbian and heterosexual mothers have revealed few differences in child-rearing practices, life-styles, role conflicts, and coping strategies.

10.    A meta-analysis published in 1996 considered 18 reports in which children of gay and non-gay divorced parents were compared with respect to their development, interactions, and socialization. (Allen, M & Burrell, N (1996)[see Exhibit B for full citation].) See Exhibit B for full citation  The analysis included 13 studies that had reported data collected from parents and teachers, and 12 that reported from the perspective of the children. The results demonstrate a strikingly homogeneous pattern:  no differences were found among the children that could be ascribed to the sexual orientation of the parents, whether the data were obtained from the child, the parent, or the teacher.

11.    Recently, two important studies, one by Susan Golombok and one by Charlotte Patterson have expanded upon the protocols and methodologies employed by previous investigators. In both studies data were analyzed from broad community samples which had been assembled by others and for other purposes.

12.    In 2003, Susan Golombok and her colleagues published a community study entitled *Children With Lesbian Parents: A Community Study*, which I have attached hereto as Exhibit C. Golombok's study involved a population that was not self-selected. Instead families were part of a geographic population cohort study of 14,000 mothers and their children called the Avon Longitudinal Study of Parents and Children. The purpose of the project was to investigate various issues important to the development of children born in a discrete geographic area during a certain time.  The population of the study included 39 lesbian-mother families.  The children in those families were compared with children in 74 two-parent heterosexual families and 60 families headed by single heterosexual mothers. These families were administered standard protocols and interview questions. The results of that study were consistent with previous research. Golombok found that children in two parent lesbian mother households fared just as

4

1   well as children in two parent heterosexual families.  Golombok further found what had been

2   alluded to, by Chan et al. (see Exhibit B), in that children who are raised in families headed by

3   couples who report relationship satisfaction fare best.  In fact, in this study the children with

4   single parents did worse on almost every measure of the child's well-being than the children with

5   couples as parents, no matter whether the couples were of the same or opposite sex.  These

6   results underline the earlier findings, namely that children born to and brought up by lesbian

7   parents are essentially indistinguishable from children with heterosexual parents.  Thus, this

8   research indicates once again that parents' sexual orientation is irrelevant to their ability to

9   provide a home environment that supports children's development.

10      13.   More recently, Charlotte Patterson and her colleagues J.L. Wainright and S.T.

11   Russell have published a paper entitled *Summary of Psychosocial Adjustment, School Outcomes,*

12   *and Romantic Attractions of Adolescents With Same-Sex* Parents, which 1 attach hereto as Exhibit

13   D.  This article was published earlier this month in the highly respected professional journal,

14   *Child Development*.  The data presented in that article were collected in a much larger national

15   study of adolescent health behavior, based on a random sample of over 12,000 U.S. middle and

16   high school students.  The study, called "AD Health" was not in any way related to the sexual

17   orientation of the parents.  Patterson's study uses data collected in that broad-based project  to

18   explore possible differences between  adolescent children whose parents are the same sex

19   compared to adolescents whose parents were either single or of opposite sex.. The study focused

20   on 88 families, 44 headed by heterosexual couples and 44 headed by same sex lesbian mothers.

21   The families selected shared similar characteristics, including age, gender, ethnicity, level of

22   parental education, and family income.  Patterson's study found that "[r]egardless of whether

23   they lived with same-sex or opposite-sex couples, adolescents whose parents reported having

24   close and satisfying relationships with them were more likely to have made positive adjustments

25   at school, as well as at home." (Exhibit D at 28)

26      14.   Both the 2003 Golombok and the 2004 Patterson research continue and

27   corroborate the findings of previous investigators.  Despite the wealth of research and the

28   consistency of the results, there are still avenues of research left to explore.  For example, there

5

1   have been relatively few studies that examine children who are raised by two gay fathers.  Many

2   researchers have attempted to study gay fathers but have found the sample sizes to be too small.

3   That said, there is no scientific research to date that calls into question the suitability or

4   capabilities of gay fathers.  Further, anecdotal reports have been gathered from children whose

5   parents are lesbian or gay (Rafkin,1990; Saffron, 1997), and from the parents themselves

6   (Dunne, 1998; Pollack & Vaughn, 1987) which indicate that these children and adolescents have

7   more or less the same concerns and struggles as do children raised in other family constellations.

8   Indeed, many attest to being fortunate to have two loving parents rather than coping with the

9   difficulties presented by divorce, abuse, or other difficulties.

10          15.     I have reviewed the article by Satiros Sarantokas entitled *Children in three*

11   *contexts: Family, education and social development*.  This article is one of very few that present

12   primary data to refute the prevalent belief that same sex parents are equivalent to opposite sex

13   parents in terms of their care and nurturing of children.  This article is based on a very flawed

14   and small research project.  Children whose parents were the same sex were compared to two

15   samples of children the author was primarily interested in studying, namely those living with

16   married vs. cohabiting heterosexual couples.  All children were students in a single elementary

17   school in Australia.  The author reports on their teachers' evaluations of their educational

18   attainment and behavior in the classroom.  He does not describe why or in what ways the

19   parents' relationship might have been expected to affect the children's school performance or

20   behavior.  Teachers and students in the school were described as extremely homophobic and

21   even abusive to the children whose parents were lesbian or gay.  The article leaves its reader with

22   many unanswered questions: What were the ages and genders of the children?  What led Dr.

23   Sarantokas to hypothesize that the gender or sexual orientation of a child's parents would have

24   anything to do with their scores in reading or math?  The fact that the teachers were aware of the

25   children's family constellation makes their observations of children's performance and behavior

26   suspect.  How might stigmatization affect  academic performance and social behavior? Lastly,

27   Dr. Sarantokas discusses the possible effects of parental divorce on the children's current

28

DECL PERRIN IN OPP TO PLTFFS' MOT SUMMARY JDMT: PROC NO. 4365

1  achievement and behavior, but he does not present any data on the relative rates of divorce in the

2  3 subsamples. In summary, this article should be considered with great caution

3       16.    The most cogent finding in Dr. Sarantokas' study is the correlation between the

4  exposure of children to discrimination and the effects that discrimination can have on the ability

5  of children to thrive. Teachers and students in this school systematically stigmatized children

6  whose parents were of the same sex, and stigma is known to have pervasively destructive

7  behavioral, social, and emotional effects.

8       17.    The consistency of the scientific research regarding same sex parented families

9  has prompted professional organizations within the medical profession to adopt policies and

10  opinions on point. One such organization is the American Academy of Pediatrics ("AAP"). The

11  AAP was formed in 1930 and is an organization of 60,000 pediatricians whose mission is to

12  attain the optimal physical, mental, and social health and well-being for all infants, children,

13  adolescents and young adults. One of the ways AAP accomplishes its mission is to further the

14  professional education of its members by issuing Policy Statements. Policy Statements are

15  AAP's way to collect the prevailing research on a particular topic and disseminate it not only to

16  its members but to the public at large.

17       18.    In February 2002, the AAP issued a Technical Report and a Policy Statement

18  entitled *Coparent or Second-Parent Adoption by Same-Sex Parents*. In that Policy Statement,

19  the AAP stated the following:

20       "Children deserve to know that their relationships with both of their parents are stable and

21       legally recognized. This applies to all children, whether their parents are of the same or
        opposite sex. The American Academy of Pediatrics recognizes that a considerable body

22       of professional literature provides evidence that children with parents who are
        homosexual can have the same advantages and the same expectations for health,

23       adjustment, and development as can children whose parents are heterosexual. When

24       [two] adults participate in parenting a child, they and the child deserve the serenity that
        comes with legal recognition."

25       19.    Through this statement, the AAP, expressed its view that the well-being of

26  children would be best served by the recognition of their parents' relationships. In addition to the

27  AAP, other medical professional organizations such as the American Medical Association, the

28

DECL PERRIN IN OPP TO PLTFFS' MOT SUMMARY JDMT; PROC NO. 4365

DEC-01-2004  09:56          CITY ATTY STE 600                      415 457 4644      P.02/02

1   American Academy of Family Physicians, the American Academy of Child and Adolescent

2   Psychiatry, and the American Psychiatric Association have drafted policy statements supporting

3   coparent adoption by same sex parents.  The research that has been published since the

4   publication of the AAP's summary report and policy statement have strengthened the available

5   evidence in support of same sex couples as parents.

6        20.    In sum, the scientific literature finds that for parent-child relationships looking

7   specifically at warmth, emotional involvement, parenting quality, enjoyment of parenting,

8   conflicts, supervision and overall child well-being, that there is no difference between two

9   heterosexual parents and two homosexual parents.  Children whose parents are gay and lesbian

10  have no more psychological problems than children in the general population, and have normal

11  social, emotional, and sexual development.  Although research clearly indicates that parents of

12  different genders parent differently, differences are not the same as deficits.

13       I declare under the penalty of perjury under the laws of the State of California that the

14  foregoing is true and correct.  Signed this *1* day of *December* in *2004*

15

16

17                                    *[signature]*

18                                    ELLEN PERRIN

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ELLEN PERRIN; PROCEEDING NO. 4365

                                                              TOTAL P.02

# CURRICULUM VITAE

## Ellen C. Perrin, M.D.

### May 2004

**Office Address:**

The Floating Hospital for Children
Tufts-New England Medical Center
750 Washington Street, # 334
Boston MA  02111

**Home Address:**

33 Abbottsford Road
Brookline, MA 02446

**Education:**

| 1964 | A.B. | Columbia University (Barnard College) |
| 1968 | M.D. | Case Western Reserve University |
| 1981 | M.A. | University of Rochester (developmental psychology) |

**Postgraduate Training:**

| 1968-1969 | Intern in Pediatrics
Strong Memorial Hospital |
| 1969-1971 | Resident in Pediatrics  (Chief Resident, 1970-1971)
Children's Hospital of the District of Columbia |
| 1976-1977 | Fellow in Behavioral Pediatrics
University of Rochester |
| 1993-1995 | Advanced Training in Family Systems and Family Therapy
Family Institute of Cambridge |

**Hospital Appointments:**

| 1971-1975 | Director, Pediatric Emergency Department
Strong Memorial Hospital |
| 1971-1977 | Associate Director, Pediatric Ambulatory Services
Strong Memorial Hospital |
| 1973-1977 | Associate Pediatrician
Strong Memorial Hospital |
| 1978-1986 | Active Staff, Pediatrics
Vanderbilt University Hospital |

| | |
|---|---|
| 1989-2000 | Active Staff, Pediatrics<br>University of Massachusetts Medical Center |
| 2000-present | The Floating Hospital for Children<br>Tufts New England Medical Center |

**Faculty Appointments:**

| | |
|---|---|
| 1971-1973 | Instructor in Pediatrics<br>University of Rochester |
| 1973-1977 | Assistant Professor of Pediatrics and of Nursing<br>University of Rochester |
| 1978-1986 | Assistant Professor of Pediatrics<br>Vanderbilt University |
| 1983-1986 | Scientist<br>John F. Kennedy Center for Research on Education and Human<br>Peabody College, Vanderbilt University |
| 1983-1986 | Assistant Professor<br>Department of Psychology and Human Development<br>George Peabody College |
| 1986-1988 | Research Fellow<br>M. I. Bunting Institute |
| 1986-1990 | Research Associate<br>Harvard School of Public Health |
| 1989-1994 | Associate Professor of Pediatrics<br>University of Massachusetts Medical School |
| 1994-2000 | Professor of Pediatrics<br>University of Massachusetts Medical School |
| 2000-present | Professor of Pediatrics<br>Tufts University School of Medicine |

**Professional Organizations:**

Fellow, American Academy of Pediatrics
Member, Ambulatory Pediatric Association

Member, Association for the Care of Children's Health
Member, Society for Developmental-Behavioral Pediatrics
Member, Society for Research in Child Development
Member, Society of Pediatric Psychology
Member, Collaborative Family Health Care Consortium
Society for Developmental and Behavioral Pediatrics:

| | |
|---|---|
| 1993-1999 | Committee on Subspecialty Certification |
| 1994-1996 | Executive Council |
| 1995-present | Member, Research Committee |
| 1995-present | Member, Program Committee |
| 1996-1998 | President-elect, President |
| 1997-1999 | Chair, Executive Committee, Committee on Subspecialty Certification |
| 1998-1999 | Immediate Past President |

**Licensure:**

Diplomate, American Board of Pediatrics
Diplomate, National Board of Examiners
Tennessee, New York, Massachusetts

**Awards:**

| | |
|---|---|
| 1971 | Maynard Cohen Award
Children's Hospital of the District of Columbia |
| 1992 | Senior Residents Teaching Award
University of Massachusetts Medical Center |

**Faculty Activities:**

| | |
|---|---|
| 1971-1977 | University of Rochester
Faculty Preceptor, General Pediatrics Clinic and Pediatric Coordinator, Pediatric Continuity Program
Preceptor, Pediatric Nurse Practitioner Training Program, |
| 1978-1986 | Vanderbilt University
Pediatric Continuity Care Program (Vanderbilt Pediatric Group)
Medical Director, Behavioral Pediatrics Clinic
Faculty Adviser, General Pediatrics Clinic
Faculty Adviser, Graduate Degree Committees:
    Briel, M. F.: The effect of children's experience with asthma on their health locus of control beliefs, 1982.
    Mendlowitz, D. R.: Children's understanding of the digestive and respiratory systems, 1982 |

Dunlap, S. L.:  Cognitive regression during hospitalization
Meredith, B.:  Understanding of illness concepts among Navajo children
Campbell, K.:  Family relationships as mediators of perceived
    impact of chronic illness, 1985.
Shagena, M.:  Health locus of control in children with seizure disorders
Gerrity, P. S.:  The development of understanding of illness
Shapiro, E.:  Effects of social support, coping, and illness-related
    impact on adaptation of families of chronically ill children,
Hanson, S.:  The premenstrual syndrome:  A critical analysis and
    proposed model, 1986.
Goodman, N.:  Preschool children's understanding of reproduction, 1987.
Shagena, M.:  Causal attributions regarding illness in children
    with a chronic illness, 1988.

| | |
|---|---|
| 1989-2000 | University of Massachusetts Medical Center |

Division of Developmental and Behavioral Pediatrics
    Director, Developmental and Behavioral Pediatrics Residency
    Member, Faculty Development Program
    Member, Primary Care Training Program
    Adviser, Graduate Degree Committees:
        Brenman, A.:  Health behavior:  An analysis of children's eating
            habits, 1989.
        Ayoub, C.:  Adjustment of children with a chronic illness:
            Parent, child and teacher perspectives, 1990.
        Sayer, A.:  Academic achievement among children with a
            chronic illness:  A retrospective longitudinal study, 1991.
        Treistman, J.:  Factors affecting the self-concept of children
            with chronic health conditions, 1996.
        McMenamy, J:  Children's understanding of physical and
            psychological conditions, 2000.

| | |
|---|---|
| 1989-2000 | Resident Adviser |
| 1989-2000 | Resident Education Committee |

Faculty Development Subcommittee
Advocacy Subcommittee

| | |
|---|---|
| 1991-2000 | Facilitator, Collaborative Office Rounds (monthly seminar) |

Member, Steering Committee, Behavioral Science Research Core

| | |
|---|---|
| 1992-1996 | Member, Departmental Personnel Action Committee |
| 1994-1996 | Acting Co-Director, Division of Developmental and Behavioral |

Member, Search Committee for Director of the Growth and Nutrition
    Program
Member, Search Committee for Director of Developmental and

Behavioral Pediatrics
Member, Search Committees for faculty members in Child Abuse,
Developmental and Behavioral Pediatrics, and Child Life
Member, Search Committee for Behavioral Science Director,
Department of Family and Community Medicine

| | |
|---|---|
| 1995-2000 | Adjunct Professor, University of Massachusetts School of Public Health |
| 1996-2000 | Departmental Representative to Affirmative Action Committee<br>Minority Faculty Subcommittee<br>Disability Subcommittee |
| 1997-1999 | Chair, Departmental Personnel Action Committee |
| 1999 | Chair, Search Committee:  Departmental Research Coordinator |
| 1999-2000 | Visiting Lecturer, Harvard School of Public Health |
| 1999-2000 | Member, Search Committees for Director of Psychology and for<br>Director of ADHD Clinic |

**Other Professional Activities**:

| | |
|---|---|
| 1982-1996 | Member, Research Consortium on Chronic Illness in Childhood |
| 1988-1994 | Coordinator, Greater Boston Behavioral Pediatrics Practice Group. |
| 1990-1993 | Consultant, Center for AIDS Prevention Studies, University of California (San Francisco) School of Medicine |
| 1990-1993 | Coordinator, Eastern New England General Pediatrics Research Consortium |
| 1990-1995 | Consultant, School-based AIDS Education and Children's Health Concepts Project, Yale University School of Medicine |
| 1990-1996 | Member, Committee on Psychosocial Aspects of Child and Family Health, American Academy of Pediatrics |
| 1991-1997 | Editorial Board, *Journal of Developmental and Behavioral Pediatrics* |
| 1993-present | Member, Eastern New England General Pediatrics Research Consortium |
| 1994 | Consultant to Maine Medical Center:  Development of a resident teaching program in Developmental and Behavioral Pediatrics |

| | |
|---|---|
| 1995-1997 | Editorial Board, *Ambulatory Child Health* |
| 1995-present | Editorial Board, *Family, Systems & Health* |
| 1997-present | Editorial Board, *Journal of Pediatric Psychology* |
| 1997-2002 | Co-Editor for Special and Review Articles, *Journal of Developmental and Behavioral Pediatrics* |
| 1997-present | Member, Cochrane Review Group for Developmental-Behavioral Pediatrics |
| 1998-present | Member, Special Emphasis Panel (RPHB-3), Center for Scientific Review, National Institutes of Health |
| 2001-2002 | Member, Consortium on Behavioral Pediatrics, American Academy of Pediatrics Child Health Research Institute |
| 1999-2003 | Chair, Subboard of Developmental-Behavioral Pediatrics, American Board of Pediatrics |
| 2003-2006 | Member, Subboard of Developmental-Behavioral Pediatrics, American Board of Pediatrics |

**Journal Reviewer**:

A.   **Regular**

*Archives of Pediatrics and Adolescent Medicine*
*Journal of Developmental and Behavioral Pediatrics*
*Journal of Pediatric Psychology*
*Pediatrics*
*Journal of the Ambulatory Pediatric Association*
*Child:  Health, Care, and Development*

B.   **Occasional**

*Child Development*
*Children's Health Care*
*Clinical Pediatrics*
*Journal of Pediatrics*
*Medical Care*
*New England Journal of Medicine*
*Public Health Reports*

## Grants Awarded

1.  William T. Grant Foundation
    Understanding illness project:  1981-1983 (PI)
    Adjustment of children to chronic illness:  1983-1986
    Total award:  $441,853

2.  March of Dimes Foundation
    Understanding illness project: (PI) 1981-1983 -- $25,000

3.  March of Dimes Foundation
    The contribution of the intensity and duration of physical illness to children's adjustment: (PI)
    1986-1988 -- $30,000

4.  William T. Grant Foundation
    Facilitating family-centered, community-based care for children with special health care
    needs: (PI)  July 1991-June 1993 --  $97,423

5.  Jessie B. Cox Charitable Trust
    Facilitating family-centered, community-based care for children with special health care
    needs  (PI) . September 1991-August 1993 -- $75,000

6.  U.S. Bureau of Maternal and Child Health
    Guiding Appropriate Pediatric Services (GAPS) for children with special health care needs
    and their families:  Approved for five years -- March 1993-December 1997  (PI)
        $204,940 per year
        $973,465 total award

7.  Public Service Endowment Fund
    Education and communication resources for families of children with chronic health
    conditions: (PI)  1992-1993 --$5,900

8.  Joseph P. Healey Grant
    Pediatric care for gay or lesbian families: (PI)  1993-1994 -- $3,812.15

9.  Joseph P. Healey Grant
    Knowledge and attitudes of pediatricians regarding children with gay and lesbian parents:
    (PI)  1994-1995 -- $6,000

10. Innovations in Medical Education Grant (University of Massachusetts):  Children's
    Understanding of Illness (production of videotape).  $7500.00 (one year)

11. Department of Health and Human Services
    Training Program in Behavioral/Developmental Pediatrics: (PI)  Approved and funded for 5
    years:  1991-1996; $129,836 annually

12. University of Massachusetts Center for Adoption Research and Policy
    Investigating the relationship between adoption and ADHD: (PI)  September 1998-

August 1999 -- $14,656

13.  Innovations in Medical Education Grant (University of Massachusetts): Families of Children with a Chronic Health Condition –production of a teaching videotape, 2000 (one year); $9,000.

14. The Noonan Foundation, Cultural Concepts: Chinese-American children's understanding of ADHD; co-investigator (PI: Jannette McMenamy, Ph.D.) $51,000 (one year, 2001)

15.  New England Medical Center Research Fund, Children's Understanding and Coping with ADHD; co-investigator  (PI: Jannette McMenamy, Ph.D.) $49,000 (one year, 2001)

16. Natalie Zucker Research Award for Women Scholars, pilot project investigating the impact of a sibling's suicide upon adolescents and young adults. (one year, 2001) $15,000.

17. Natonal Institute of Mental Health:  Preventive Intervention for Children at risk for ADHD. (PI) (three years, pilot/feasibility project); 2003-2006

18. Commonwealth Fund:  Preventive Intervention for Children at risk for ADHD:  an urban extension (PI); one year 2003-2004


**Peer-reviewed Publications**:

1.  Perrin EC, Goodman HC:  Telephone management of acute pediatric illness.  *The New England Journal of Medicine* 298:130-135, 1978.

2.  Goodman HC, Perrin EC:  Evening telephone call management by nurse practitioners and physicians.  *Nursing Research* 27:233-237, 1978.

3.  Perrin EC, Gerrity PS:  There's a demon in your belly:  Children's understanding of illness. *Pediatrics* 67:841-849, 1981.

4.  Perrin EC, Perrin JM:  Clinicians' assessments of children's understanding of illness. *American Journal of Diseases of Children* 137:874-878, 1983.

5.  Perrin EC, Gerrity PS:  Development of children with a chronic illness.  *Pediatric Clinics of North America* 31:19-31, 1984.

6.  Eisenberg D, Kirchner SG, Perrin EC:  Neonatal skull depression unassociated with birth trauma. *American Journal of Radiology* 143:1063-1064, 1984.

7.  Perrin EC, Shapiro E:  Who's in charge?  Health locus of control beliefs of healthy children, children with a chronic physical illness, and their mothers. *Journal of Pediatrics* 107:627-633, 1985.

8.  Perrin EC, Ramsey BK, Sandler HM:  Competent kids:  Children and adolescents with a chronic illness. *Child: Care, Health and Development* 13:13-32, 1987.

9.  Stein R, Gortmaker S, Perrin E, Perrin J, Pless IB, Walker DK, Weitzman M:  Severity of illness:  Concepts and measurements.  *Lancet* 1506-1509, December 26, 1987.

10.  Shagena MM, Sandler HM, Perrin EC:  Concepts of illness and perception of control in healthy children and children with a chronic illness.  *Journal of Developmental and Behavioral Pediatrics* 9:252-256, 1988.

11.  Mendlowitz D, Cerreto M, Tarnowski K, Perrin E:  Understanding respiration and digestion:  A developmental comparison of healthy and asthmatic children.  *Children's Health Care* 17:45-49, 1988.

12.  Perrin JM, MacLean WE, Perrin EC:  Parental perceptions of health status and psychological adjustment in children with asthma.  *Pediatrics* 83:26-30, 1989.

13.  Merkens MJ, Perrin EC, Perrin JM, Gerrity PS:  The awareness of primary physicians of the psychosocial adjustment of children with a chronic illness.  *Journal of Developmental and Behavioral Pediatrics* 10:1-6, 1989.

14.  Triggs BG, Perrin EC:  Who's listening?  Improving communication about parents' concerns regarding behavior and development of preschool children.  *Clinical Pediatrics* 28:185-192, 1989.

15.  Perrin EC, West PD, Culley B:  Is my child normal yet?  Correlates of vulnerability.  *Pediatrics* 83:355-363, 1989.

16.  Culley B, Perrin E, Chaberski M:  Parental perceptions of vulnerability of formerly premature infants.  *Journal of Pediatric Health Care* 3:237-245, 1989.

17.  Walker DK, Stein REK, Perrin EC, Jessop D:  Assessing psychosocial adjustment of children with chronic illnesses:  A review of the technical properties of PARS III.  *Journal of Developmental and Behavioral Pediatrics* 11:116-121, 1990.

18.  Perrin EC, Sayer AG, Willett JB:  Sticks and stones may break my bones.... Reasoning about illness causality in children who have a chronic illness.  *Pediatrics* 88:608-619, 1991.

19.  Perrin EC, Stein REK, Drotar D:  Cautions in using the Child Behavior Checklist:  Observations based on research about children with a chronic illness.  *Journal of Pediatric Psychology* 16:411-421, 1991.

20.  Sanger MS, Perrin EC, Sandler HM:  Development in children's causal theories of their seizure disorders.  *Journal of Developmental and Behavioral Pediatrics* 14:88-93, 1993.

21.  Perrin EC, Ayoub CC, Willett JB:  In the eyes of the beholder:  Family and maternal influences on perceptions of adjustment of children with a chronic illness.  *Journal of Developmental and Behavioral Pediatrics* 14:94-105, 1993.

22.  Perrin EC, Newacheck P, Pless IB, et al:  Issues involved in the definition and classification of

chronic health conditions. *Pediatrics* 91:787-793, 1993.

23.    Sayer AG, Willett JB, Perrin EC: Measuring understanding of illness causality in healthy children and in children with chronic illness: A construct validation. *Journal of Applied Developmental Psychology* 14:11-36, 1993.

24.    Schonfeld DJ, Johnson SR, Perrin EC, O'Hare LL, Cicchetti DV: Understanding of AIDS by elementary school children. *Pediatrics* 92:389-395, 1993.

25.    Gold M, Perrin E, Futterman D, Friedman S: Children of gay or lesbian parents. *Pediatrics in Review*, 15:354-358, 1994.

26.    Johnson S, Schonfeld D, Siegel D, Krasnovsky F, Boyce J, Salita P, Boyce T, Perrin E: What do minority children understand about the causes of AIDS, colds, and obesity? *Journal of Developmental and Behavioral Pediatrics* 15:239-247, 1994.

27.    Drotar D, Stein REK, Perrin EC: Methodological issues in using the Child Behavior Checklist and its related instruments in clinical child psychology research. *Journal of Clinical Child Psychology* 24:184-192, 1995.

28.    Schonfeld DJ, O'Hare LL, Perrin EC, Quackenbush M, Showalter DR, Cicchetti DV: A randomized, controlled trial of a school-based, multi-faceted AIDS education program in the elementary grades: The impact on comprehension, knowledge and fears. *Pediatrics* 95:480-486, 1995.

29.    Perrin EC, Kulkin H.: Pediatric care for children whose parents are gay or lesbian. *Pediatrics* 97:629-635, 1996.

30.    Cheng TL, Perrin EC, DeWitt TG, O'Connor KG: Use of checklists in pediatric practice. *Archives of Pediatrics and Adolescent Medicine* 150:768, 1996.

31.    Perrin E: Pediatricians and gay and lesbian youth. *Pediatrics in Review* 17:311- 318, 1996.

32.    Bauman L, Drotar D, Leventhal J, Perrin E, Pless IB: Interventions to prevent or reduce psychosocial risks of chronic physical illness in children. *Pediatrics* 100:244-251, 1997.

33.    McEvoy P, Cunningham M, Perrin E: What do kids think: The development of children's concepts of illness. *Academic Medicine* 72:430-431, 1997.

34.    Perrin E: Children in diverse family constellations. *Pediatrics* 99:881-882, 1997.

35.    Perrin EC, Sack S: Health and development of gay and lesbian youth: Review and implications for HIV/AIDS. *AIDS Patient Care* 12:303-313, 1998.

36.    Perrin EC: Ethical questions about screening. Commentary. *Journal of Developmental and Behavioral Pediatrics* 19:350-352, 1998.

37.    Perrin EC: Children whose parents are lesbian or gay. *Contemporary Pediatrics* 15:113-130,

1998.

38.   Perrin EC:  The promise of collaborative care.  *Developmental and Behavioral Pediatrics* 20:57-62, 1999.

39.   Perrin EC:  Collaboration in primary care:  A pediatrician's view.  *Journal of Pediatric Psychology*, October 1999.

40.   Perrin EC, Lewkowicz C, Young MH:  Shared vision:  Concordance among fathers, mothers, and pediatricians about unmet needs of children with chronic health conditions.  *Journal of the Ambulatory Pediatric Association*, January 2000.

41.   Perrin EC and Starr S  Addressing Common Pediatric Concerns Through Children's Books.  *Pediatrics in Review.*  21:130-138, 2000

42.   Starr S and Perrin EC, Teaching about Schools in Pediatric Residency.  Being revised for *Ambulatory Pediatrics*

43.   McMenamy, JM and Perrin, EC. Integrating psychology into pediatrics: The past, the present, and the potential. *Family, Systems, and Health.*  2002

44.   Young, M, McMenamy, JM, Perrin, EC. Parent advisory groups in pediatric practices: Parents' and professionals' perceptions. *Archives of Pediatric and Adolescent Medicine.* 155: 692-698, 2001

45.   Sack S, Drabant B, Perrin EC:  Communicating about Sexuality:  An initiative across clerkships.  *Academic Medicine*, 77: 1159-1160, 2002

46.   Horwitz SM, Kelleher KJ, Boyce WT, Jensen P, Murphy M, Perrin EC, Stein REK, Weitzman M.  Barriers to Health Care Research for Children and Youth with Psychosocial Problems, *Journal of the American Medical Association*, 288:1508-1512, 2002.

47.   Perrin EC and Stancin T.  A Continuing Dilemma:  Whether and how to screen for concerns about children's behavior.  Pediatrics in Review:  23:264-275, 2002.

48.   Perrin EC.  Technical Report:  Coparent or Second-parent Adoption by Same-sex Parents.  *Pediatrics*, 109:  341-344, 2002

48.   McMenamy, JM, Wiser, M, Perrin, EC. Age-related differences in how children with ADHD understand their condition: Biological or psychological theories? *Journal of Applied Developmental Psychology;* in press.

49.   McMenamy, JM and Perrin, EC. Filling the GAPS: Evaluation of a primary care intervention for children with chronic health conditions. *Ambulatory Pediatrics.June 2004.*

50.   Perrin EC:  Pediatricians' personal histories as predictors of attitudes about psychosocial issues. In preparation.

51.     McMenamy, JM, Perrin, EC:  The impact of suicide upon children and adolescents: the pediatrician's role in helping bereaved family members.  In preparation for *Pediatrics In Review*.

52.     McMenamy, JM and Perrin, EC. Children's and parents' understanding of the nature, causes treatment of ADHD.  In preparation for *Journal of Developmental and Behavioral  Pediatrics*

## Other Publications:

1.      Perrin EC:  Urinary tract infections in children.  *Update International* 1:219-223,     1974.

2.      Perrin EC:  Pediatric care over the telephone, pp. 147-159 in *The Effectiveness of Primary Health Care to Children*, JA O'Shea, ed, DC Heath and Company (Collamore Press), Lexington MA, 1980.

3.      Perrin EC:  Children's understanding of illness, pp. 293-306 in *Pediatrics Update:  Reviews for Physicians*, Vol. 5, A Moss, ed, Elsevier Press, New York, 1983.

4.      Perrin EC:  The development of concepts about illness, pp. 32-41 in *Child Health Care Communications*, SM Thornton and WK Frankenburg, eds, Johnson & Johnson Company, 1983.

5.      Perrin EC, Perrin JM:  Anti-intellectual trends and traditions in academic medicine, pp. 313-326 in *Conflict and Consensus*, W Powell and R Robbins, eds, The Free Press, New York, 1984.

6.      Perrin EC:  How kids understand diabetes:  The development of concepts about   causation and treatment.  *Diabetes Forecast* 39:36-39, 1986.

7.      Perrin EC, Pemberton S:  A new twist in health education.  *Science and Children*  1986.

8.      Perrin E, West PD, Culley BS:  Is my child normal yet?  *Advances of the Institute for the Advancement of Health* 6:14-17, 1989.

9.      Perrin EC, Perrin JM:  Ambiguity and dysfunction in the training of physicians, in *Social Roles and Social Institutions*, JR Blau and N Goodman, eds, Westview Press, San Francisco, 1991.

10.     Perrin EC:  Hospitalization, surgery, and medical procedures, pp. 297-300 in *Developmental-Behavioral Pediatrics*, MD Levine, WB Carey, and AC Crocker, eds, WB Saunders Company, 1992.; also in third edition 2000.

11.     Perrin EC:  Children in hospitals:  Commentary.  *Journal of Developmental and Behavioral Pediatrics* 14:50-52, 1993.

12.     Perrin E, Starr M:  Letter to Editor, *Journal of Learning Disabilities* 26:426-427,     1993.

13.     Perrin E:  Children with a chronic health condition, in *Behavioral and Developmental Pediatrics: A Handbook for Primary Care*, S Parker and B Zuckerman, eds, Little, Brown and Company, Boston, 1995.

14. Perrin E:  Pediatric screening for behavioral problems, in *Behavioral and   Developmental Pediatrics:  A Handbook for Primary Care*, S Parker and B  Zuckerman, eds, Little, Brown and Company, Boston, 1995.

15. Perrin E, Schonfeld D:  Psychosocial aspects of physical illness, in *Rudolph's Pediatrics*, 20th Edition, 1995; 21st Edition, 2000.

16. Gold M, Perrin E:  Diverse family constellations and their effects on the children, in *Adolescent Health Care*, S Friedman, ed, 1996.

17. Schonfeld DJ, Perrin EC, Quackenbush M, O'Hare LL, Showalter DR, Cicchetti DV:  Success by regular classroom teachers in implementing a model elementary school AIDS education curriculum, in *AIDS Education*, Schenker et al., eds, Plenum Press, New York, 1996.

18. Perrin E, Gold M:  Children in gay- and lesbian-headed families, in *Primary Pediatric Care*, 3rd Edition, RA Hoekelman, ed, Mosby Company, 1997.

19. Perrin E:  Discipline, in *Primary Pediatric Care*, 3rd Edition, RA Hoekelman, ed, Mosby Company, 1997; 4th Edition, 2000.

22. Perrin EC:  Gay and lesbian issues in pediatric health care, in *Ambulatory Pediatrics*, 5th Edition, M Green, R Haggerty, and M Weitzman, eds, WB Saunders, 1998.

23. Regular contributor, "Ask the experts".  *Contemporary Pediatrics* 14:33-38, 1997-present.

24. Helping Parents and Children Understand "Gender Identity Disorder", *The Brown University Child and Adolescent Behavior Letter,* January 2003

## Videotapes:

1. Perrin EC, McEvoy P, Cunningham M:  Children's understanding of illness concepts, 1996.

2. Perrin EC, Schott J,  Somehow we'll make it work:  Children with chronic health conditions and their families: 2002

## Book:

*Sexual Orientation in Child and Adolescent Health Care.*  Kluwer-Plenum Academic Publishers, New York, 2002

## Presentations:

1. Telephone management of acute illness.  Ambulatory Pediatric Association, May, 1977.

2.   The development of concepts regarding illness.  Society for Research in Child Development, March, 1979.

3.   Children's understanding of illness.  Ambulatory Pediatric Association, May, 1979.

4.   Quality of care provided by nurse practitioners.  University of Alabama, September, 1979.

5.   The development and communication of concepts about illness in preschool children.  Johnson & Johnson Round Table, Colorado Springs, Colorado, October, 1982.

6.   Competence of children and adolescents with a chronic physical illness.  Society for Behavioral Pediatrics, April, 1984.

7.   Learning from experience?  Children's understanding of illness.  Society for Behavioral Pediatrics, April, 1984.

8.   Health locus of control beliefs of healthy children, children with a chronic physical illness, and their mothers.  Ambulatory Pediatric Association, May, 1984.

9.   Developmental implications of chronic illness.  Case Western Reserve University, Cleveland, December, 1984.

10.   Hyperactivity in children.  Presentation on Channel 5 (TV), August, 1985.

11.   Competent kids:  Children and adolescents with a chronic illness.  Society for Research in Child Development, April, 1986.

12.   Children's locus of control beliefs and understanding of illness concepts.  Society         for Behavioral Pediatrics, May, 1986.

13.   Improving communication about behavior and development by using a checklist.   Ambulatory Pediatric Association, May, 1986.

14.   The development of beliefs and concepts about illness.  British Psychological Society, Section on Developmental Psychology, Exeter, England, September, 1986.

15.   Coming to understand:  How children learn about illness.  Henry A. Murray Research Center Colloquium, November, 1986.

16.   Outcomes of prematurity:  The vulnerable child syndrome.  Society for Research in Child Development, April, 1987.

17.   Conversation hour:  Issues and possibilities in research with children with a chronic illness.  Society for Research in Child Development, April 1987.

18.   Special issues for special kids:  Research with children with a chronic illness and  their families.  Mary Ingraham Bunting Institute, Radcliffe College, Cambridge, Massachusetts, September,

1987.

19.    Reasoning about illness and body functioning in children with a chronic illness.  Florida Conference on Child Health Psychology, April, 1989.

20.    Adjustment of children with a chronic illness.  Florida Conference on Child Health  Psychology, April, 1989.

21.    Parents' and children's perspectives on adjustment of children with a chronic illness.  Society for Research in Child Development, April, 1989.

22.    Chronic illness and cognitive development.  Society for Research in Child  Development, April, 1989.

23.    Adjustment of children with a chronic illness:  Parents', children's, and teachers' perspective on family influences.  Society for Research in Child Development, April, 1989.

24.    Growth over time in children's understanding of illness concepts.  Society for Behavioral Pediatrics, November, 1989.

25.    Children's understanding of seizures and epilepsy.  Society for Behavioral Pediatrics, November, 1989.

26.    Family influences on the adjustment of children with a chronic illness.  American Psychological Association, August, 1990.

27.    Family characteristics predicting successful adjustment among children with a chronic illness. Society for Behavioral Pediatrics, September, 1990.

28.    Perspectives on successful adjustment of children with a chronic illness.  Society for Behavioral Pediatrics, September, 1990.

29.    Adjustment of children with a chronic illness:  The contributions of characteristics of the child to perceptions of adjustment.  Society for Research in Child Development, April, 1991.

30.    Construct validity of a scale assessing children's understanding of illness causality.  Society for Research in Child Development, April, 1991.

31.    Factors affecting different perceptions of children's adjustment.  Society for Behavioral Pediatrics, September, 1991.

32.    The influence of child characteristics on child adjustment in children with a chronic illness. Society for Behavioral Pediatrics, September, 1991.

33.    Illness severity as a predictor of children's adjustment.  Ambulatory Pediatric Association-- Region I, February, 1992.

34.    Associations among severity and duration of illness and children's adjustment.  Ambulatory

Pediatric Association, May, 1992.

35.   Adjustment of children with a chronic condition:  The contribution of family, child, and illness characteristics.  Ambulatory Pediatric Association, May, 1993.

36.   Children's understanding of AIDS, colds, and cancer.  Ambulatory Pediatric Association, May, 1993.

37.   Elementary school AIDS education:  The impact on children's comprehension, knowledge, and fears.  Seventh International Conference on AIDS Education, November, 1993.

38.   Early recognition of children in trouble.  American Academy of Pediatrics Fall Meeting, November, 1993.

39.   Systematic management of behavior problems in practice.  American Academy of Pediatrics Fall Meeting, November, 1993.

40.   One teenager in ten:  Pediatricians and gay and lesbian youth.  Grand Rounds, Dartmouth University School of Medicine, November, 1993.

41.   Pediatric care for children whose parents are lesbian or gay.  Society for Behavioral Pediatrics, September, 1994.

42.   One teenager in ten:  Pediatricians and gay and lesbian youth.  Grand Rounds, Brown University School of Medicine, Hasbro Children's Hospital, November, 1994.

43.   Children's understanding of AIDS:  Implications for education.  Symposium discussant:  Society for Research in Child Development, April, 1995.

44.   Pediatric care for children whose parents are gay or lesbian.  Gay and Lesbian Medical Association Symposium, August, 1995.

45.   One teenager in ten:  Pediatricians and gay and lesbian youth.  University of Connecticut Combined Community Grand Rounds, November, 1995.

46.   Attitudes of primary care pediatricians towards psychosocial issues in practice.  Society of Developmental and Behavioral Pediatrics, September, 1996.

47.   Social support as a buffer of psychosocial distress for gay and lesbian youth (with Lisa Campbell, MD).  Society for Developmental and Behavioral Pediatrics, September, 1996.

48.   One in ten:  Pediatricians and gay and lesbian youth.  Special presentation, American Academy of Pediatrics Annual Meeting, October, 1996.

49.   Pediatricians' caring for complex psychosocial issues.  Society for Research in Child Development, April, 1997.

50.   Social support for gay and lesbian youth (with Lisa Campbell, MD).  Society for Research in

Child Development, April, 1997.

51.     One in ten:  Pediatricians and gay and lesbian youth.  Half-day continuing education workshop, Maine Medical Center, April, 1997.

52.     Attitudes of pediatricians about psychosocial issues.  Ambulatory Pediatric Association, May, 1997.

53.     Evaluating a teaching videotape describing children's concepts of illness (with Paula McEvoy, MD, Melody Cunningham, MD).  Ambulatory Pediatric Association, May, 1997.

54.     Social support for gay and lesbian youth (with Lisa Campbell, MD).  Ambulatory Pediatric Association, May, 1997.

55.     Spanking.  NBC TODAY Show, August, 1997.

56.     Health care issues for gay and lesbian youth.  Grand Rounds, Deaconess-Glover Hospital, October, 1997.

57.     Health care issues for gay and lesbian youth.  Massachusetts General Hospital Pediatric Primary Care CME Course, December 10, 1997.

58.     Health care issues for gay and lesbian youth.  Massachusetts General Hospital Pediatric Primary Care CME Course, December 10, 1998.

59.     Childhood depression revisited:  Can we do this in our offices?  Massachusetts Chapter of the American Academy of Pediatrics, January 9, 1999.

60.     Children's and parents' understanding of the nature, causes, and treatments of ADHD. Regional Meeting, Ambulatory Pediatric Association, March 21, 1999.

61.     Psychological and biological theories in children's explanations about ADHD.  Society for Research in Child Development, April 18, 1999.

62.     ADHD:  What children think about it and how they live with it.  Florida Conference on Child Health Psychology, April 21, 1999.

63.     The role of parent advisers in pediatric practice.  Florida Conference on Child Health Psychology, April 23, 1999.

64.     Children's and parents' understanding of the nature, causes, and treatments of ADHD.  Pediatric Academic Societies, May 3, 1999.

65.     ADHD:  Ethical and policy issues.  Harvard School of Public Health, Child Health Workgroup, May 11, 1999.

66.     Needs and resources for multidisciplinary care for underserved families.  Child Health Associates, Manchester, New Hampshire, May 26, 1999.

67.   Children's understanding of illness.
      Teaching parents effective discipline.
      Gay and lesbian youth.
      Gay and lesbian parents and their children.
      Argentina Pediatric Society, June 24-26, 1999.

68.   Gay and lesbian youth.  Massachusetts General Hospital Grand Rounds,
      June 1, 1999.

69.   Beyond screening for developmental/behavioral concerns.  American Academy of Pediatrics
      Annual Meeting, October 10, 1999.

70.   Pediatricians and gay/lesbian youth.  Grand Rounds, University of Massachusetts Medical
      Center, October 15, 1999.

71.   Developmental and Cultural Concepts:  applications for pediatricians. Workshop at Pediatric
      Academic Societies, Baltimore, MD., May 2002

72.   Gay and Lesbian Teens and their Parents; Gay and Lesbian Parents and their Kids:  roles for
      pediatricians.  Workshop at Pediatric Academic Societies, Baltimore MD, May 2002

73.   Gay and Lesbian Parents and their children.  Children's Hospital Boston, June 2002

74.   Sexual Orientation in Pediatric Practice.  Seminars in Adolescent Medicine, Children's Hospital
      Boston, September 2002

75.   Screening for Behavioral Problems in Pediatric Practice,  Massachusetts Medical Society, 2002

76.   Making Pediatric Offices Safe for non-heterosexual patients and their families.  Annual Meeting
      of the Gay and Lesbian Medical Association, Toronto 2002

77.   Talking to Teens and their Parents about Sexual Orientation.  Annual Meeting of the Pediatric
      Academic Societies, Seattle, WA, May 6, 2003

78.   Children whose Parents are Gay or Lesbian.  Grand Rounds, New England Medical Center,
      Boston, May 14, 2003

79.   Children whose Parents are Gay or Lesbian.  Child and Adolescent Psychiatry Seminar, McLean
      Hospital, May 15, 2003

80.   Children whose Parents are Gay or Lesbian.  Grand Rounds, Children's Hospital of Philadelphia,
      May 28, 2003

81.   Children whose Parents are Gay or Lesbian.  Grand Rounds, University of Massachusetts Medical
      Center, May 28, 2004

EXH. B

## BIBLIOGRAPHY

**(See Exhibit A for a complete listing of my own research)**

Allen, K. (1995).  The families of lesbians and gay men:  A new frontier in family research. *Journal of Marriage and the Family, 57,* 111-127.

Allen, M., & Burrell, N. (1996).  Comparing the impact of homosexual and heterosexual parents on children:  Meta-analysis of existing research.  *Journal of Homosexuality, 32(2),* 19-35.

American Academy of Pediatrics (2001).  Second-parent or co-parent adoption by same-sex parents.  *Pediatrics,* in press.

Bailey, J. M., Bobrow, D., Wolfe, M., & Mikach, S. (1995).  Sexual orientation of adult sons of gay fathers.  *Developmental Psychology,* 31(1), 124-129.

Baran, A., & Pannor, R. (1989).  *Lethal secrets:  The shocking consequences and unsolved problems of artificial insemination.* New York:  Warner Books.

Barrett, H., & Tasker, F. (2001).  Growing up with a gay parent:  Views of 101 gay fathers on their sons' and daughters' experiences.  *Educational and Child Psychology, 18(1),* 62-75.

Barrett, S. (1997).  Children of lesbian parents:  The what, when and how of talking about donor identity.  *Women & Therapy, 20(2),* 43-55.

Barret, R. L., & Robinson, B. E. (1990).  *Gay fathers.*  Lexington, Massachusetts:  L Lexington Books.

Becker, G. (1981).  Coping with stigma:  Lifelong adaptation of deaf people.  *Social Science and Medicine, 15B,* 21-24.

Bell, A.P., Weinberg, M.S., & Hammersmith, S.K. (1981).  *Sexual preference:  Its development in men and women.* Indiana University Press, Bloomington.

Benkov, L. (1994).  *Reinventing the family.*  New York:  Crown Publishers.

Bigner, J. J., & Bozett, F. W. (1990).  Parenting by gay fathers.  In F.W. Bozett and M.B. Sussman (Eds.), *Homosexuality and family relations* (pp. 155-157).  New York:  Harrington Park Press.

Bigner, J., & Jacobsen, R. (1989a). Parenting behaviors of homosexual and heterosexual fathers. *Journal of Homosexuality, 18(1-2)*, 173-186.

Bigner, J., & Jacobsen, R. (1989b). The value of children to gay and heterosexual fathers. *Journal of Homosexuality, 18(1-2)*, 163-172.

Bigner, J., & Jacobsen, R. (1992). Adult responses to child behavior and attitudes toward fathering: Gay and nongay fathers. *Journal of Homosexuality, 23(3)*, 99-12.

Boswell, K.Y. v Boswell, R.G. *Brief of Amici Curiae American Psychological Association and National Association of Social Workers*. Available at: http://www.psyclaw. org/boswellbrief.html.

Bozett, F.W. (1981). Gay fathers: Evolution of the gay-father identity. *American Journal of Orthopsychiatry, 51(3)*, 552-559.

Bozett, F.W. (1985). Gay men as fathers. In S.M.H. Hanson & F.W. Bozett (Eds.), *Dimensions in fatherhood.* Beverly Hills, California: Sage Publications.

Bozett, F.W. (1987). Children of gay fathers. In F.W. Bozett (Ed.), *Gay and lesbian parents* (pp. 39-57). New York: Praeger.

Bozett, F.W. (1989). Gay fathers: A review of the literature. *Journal of Homosexuality, 18(102)*, 137-62.

Brewaeys, A., Ponjaert, I., van Hall, E.V., & Golombok, S. (1997). Donor insemination: Child development and family functioning in lesbian mother families. *Human Reproduction, 12(6)*, 1349-1359.

Cameron, P. (1999). Homosexual parents: Testing "common sense"--a literature review emphasizing the Golombok and Tasker longitudinal study of lesbians' children. *Psychol Rep, 85(1)*, 282-322.

Chan, R., Raboy, B., & Patterson, C. (1998). Psychosocial adjustment among children conceived via donor insemination by lesbian and heterosexual mothers. *Child Development, 69(2)*, 443-457.

Chan, R., Brooks, R., Raboy, B., & Patterson, C. (1998). Division of labor among lesbian and heterosexual parents: Associations with children's adjustment. *Journal of Family Psychology, 12(3)*, 402-419.

Cummings, E.M., & Davies, P. (1994). *Children and marital conflict.* New York: Guilford Press.

Deevey, S. (1989). When mom or dad comes out: Helping adolescents cope with homophobia. *Journal of Psychosocial Nursing and Mental Health Services, 27(10)*, 33-36.

Delong, J.A. v Delong, F.A.III, Guardian Ad Litem. *Brief of Amicus Curiae American Psychological Association.* Available at: http://www.psyclaw.org/delongbrief.html.

Dunne, G.A. (1998). *Living "difference": Lesbian perspectives on work and family life.* Haworth Press.

Emery, R.E. (1982). Interparental conflict and the children of discord and divorce. *Psychological Bulletin, 92*, 310-330.

Falk, P.J. (1989). Lesbian mothers: Psychosocial assumptions in family law. *American Psychologist, 44*, 941-947.

Flaks, D., Ficher, I., Masterpasqua, F., & Joseph, G. (1995). Lesbians choosing motherhood: A comparative study of lesbian and heterosexual parents and their children. *Developmental Psychology, 31(1)*, 105-114.

Gartrell, N., Hamilton, J., Banks, A., Mosbacher, D., Reed, N., Sparks, C., & Bishop, H. (1996). The national lesbian family study: Interviews with prospective mothers. *American Orthopsychiatric Association*, 272-281.

Gartrell, N., Banks, A., Hamilton, J., Reed, N., Bishop, H., & Rodas, C. (1999). The National Lesbian Family Study: 2. Interviews with mother toddlers. *American Journal of Orthopsychiatry, 69(3)*, 362-369.

Gartrell, N., Banks, A., Reed, N., Hamilton, J., Rodas, C., & Deck, A. (2000). The National Lesbian Family Study: 3. Interviews with mother five-year-olds. *American Journal of Orthopsychiatry, 70(4)*, 542-548.

3

Gershon, T.D., Tschann, J.M., & Jemerin, J.M. (1999).  Stigmatization, self-esteem, and coping among the adolescent children of lesbian mothers.  *Journal of Adolescent Health, 24(6),* 437-445.

Golombok, S., & Tasker, F. (1994).  Children in lesbian and gay families:  Theories and evidence.  *Annual Review of Sex Research, 5,* 73-100.

Golombok, S., Spencer, A., & Rutter, M. (1983).  Children in lesbian and single parent households: Psychosexual and psychiatric appraisal.  *Journal of Child Psychology/Psychiatry, 24(4),* 551-572.

Golombok, S., Cook, R., Bish, A., & Murray, C. (1995).  Families created by the new reproductive technologies:  Quality of parenting and social and emotional development of the children.  *Child Development, 66,* 285-298.

Golombok, S., Brewaeys, A., Cook, R., Giavazzi, M.T., Guerra, D., Mantovani, A., van Hall, E., Crosignani, P.G., & Dexeus, S. (1996).  The European study of assisted reproduction families:  Family functioning and child development.  *Human Reproduction, 11(10),* 2324-2331.

Golombok, S., Tasker, F., & Murray, C. (1997).  Children raised in fatherless families from infancy:  Family relationships and the socioemotional development of children of lesbian and single heterosexual mothers.  *Journal of Child Psychology/Psychiatry, 38(7).*

Golombok, S., Perry, B., Burston, A., Murray, C., Mooney-Somers, J., Stevens, M. & Golding, J. (2003) Children with lesbian parents: A community study. *Developmental Psychology, 39,* No. 1, 20-33.

Gottman, J. (1989).  Children of gay and lesbian parents.  *Marriage & Family Review, 14(304),* 177-196.

Graham, P., & Rutter, M. (1968).  The reliability and validity of the psychiatric assessment of the child.  *British Journal of Psychiatry, 114,* 581-592.

Green, R. (1978).  Sexual identity of 37 children raised by homosexual or transsexual parents. *American Journal of Psychiatry, 135,* 692-697.

4

Green, J. (1999). *The velveteen father: An unexpected journey to parenthood.* New York: Ballantine (Random House).

Green, R., Mandel, J., Hotvedt, M., Gray, J., & Smith, L. (1986). Lesbian mothers and their children: A comparison with solo parent homosexual mothers and their children. *Archives of Sexual Behavior, 15(2).*

Hand, S.J. (1991). *The lesbian parenting couple* (Unpublished doctoral dissertation, Professional School of Psychology, San Francisco, California).

Hare, J. (1994). Concerns and issues faced by families headed by a lesbian couple. *The Journal of Contemporary Human Services,* 27-35.

Harris, M.B., & Turner, P.H. (1986). Gay and lesbian parents. *Journal of Homosexuality, 12(2),* 101-113.

Hayes, O. (1995). Growing up with a lesbian mom. In K. Arnup, *Lesbian Parenting.* PEI, Canada: Gynergy Books.

Hetherington, E.M. (1989). Coping with family transitions. *Child Development, 60,* 1-14.

Hoeffer, B. (1981). Children's acquisition of sex-role behavior in lesbian-mother families. *American Journal of Orthopsychiatry, 51,* 536-544.

Huggins, S.L. (1989). A comparative study of self-esteem of adolescent children of divorced lesbian mothers and divorced heterosexual mothers. In F.W. Bozett (Ed.), *Homosexuality and the family* (pp. 123-135). New York: Harrington Park Press.

Javaid, G. (1993). The children of homosexual and heterosexual single mothers. *Child Psychiatry and Human Development, 234(4),* 235-248.

Jenny, C., Roesler, T.A., & Poyer, K.L. (1994). Are children at risk for sexual abuse by homosexuals? *Pediatrics, 94,* 41-44.

Kirkpatrick, M. (1987). Clinical implications of lesbian mother studies. *Journal of Homosexuality, 13,* 201-211.

Kirkpatrick, M., Smith, C., & Roy, R. (1981). Lesbian mothers and their children: A comparative survey. *The American Journal of Orthopsychiatry, 51,* 545-551.

5

Koepke, L., Hare, J., & Moran, M. (1992). Relationship quality in a sample of lesbian couples with children and child-free lesbian couples. *Family Relations, 41,* 224-229.

Kurdek, L. (1993). The allocation of household labor in homosexual and heterosexual cohabiting couples. *Journal of Social Issues, 49,* 127-139.

Kweskin, S.L., & Cook, A.S. (1982). Heterosexual and homosexual mothers' self-described sex-role behavior and ideal sex-role behavior in children. *Sex Roles, 8,* 967-975.

Laird, J. (1993). Lesbian and gay families. In F. Walsh (Ed.), *Normal Family Processes,* 2nd Edition (pp. 282-328). New York: Guilford Press.

Laumann, E.O. (1995). National Health and Social Life Survey. University of Chicago and National Opinion Research Center, Chicago.

Lewis, K.G. (1980). Children of lesbians: Their point of view. *Social Work, 25,* 198-203.

Lynch, J.M., & Murray, K. (2000). For the love of the children: the coming out process for lesbian and gay parents and stepparents. J of Homosexuality, 39(1), 1-24.

McCandlish, B. (1987). Against all odds: Lesbian mother family dynamics. In F.W. Bozett (Ed.), *Gay and Lesbian Parents.* New York: Praeger.

McNeill, K.F., Rienzi, B.M., & Kposowa, A. (1998). Families and parenting: A comparison of lesbian and heterosexual mothers. *Psychological Reports, 82,* 59-62.

Miller, B. (1979). Gay fathers and their children. *The Family Coordinator, 28,* 544-552.

Miller, J., Jacobsen, R., & Bigner, J. (1981). The child's home environment for lesbian vs. heterosexual mothers: A neglected area of research. *Journal of Homosexuality, 7(1),* 49-56.

Mitchell, V. (1996). Two moms: Contribution of the planned lesbian family to the deconstruction of gendered parenting. In J. Laird & R.J. Green (Eds.), *Lesbians and gays in couples and families: A handbook for therapists* (pp. 343-357). San Francisco: Jossey-Bass.

Mitchell, V. (1998). The birds, the bees…and the sperm banks: How lesbian mothers talk with their children about sex and reproduction. *American Journal of Orthopsychiatry, 68,* 400-409.

O'Connell, A. (1993). Voices from the heart: The developmental impact of a mother's lesbianism on hr adolescent children. *Studies in Social Work, 63(3),* 281-299.

6

Osterweil, D.A. (1991). *Correlates of relationship satisfaction in lesbian couples who are parenting their first child together* (Unpublished doctoral dissertation, California School of Professional Psychology, Berkeley, 1991).

Pagelow, M. (1980). Heterosexual and lesbian single mothers: A comparison of problems, coping, and solutions. *Journal of Homosexuality, 5(3).*

Parks, C.A. (1998). Lesbian parenthood: A review of the literature. *American Journal of Orthopsychiatry, 68,* 376-389.

Parks, C., & Hamilton, J.A. (1991). Psychological issues related to alternative insemination. *Professional Psychology, 22,* 308-314.

Patterson, C.J. (1992). Children of lesbian and gay parents. *Child Development, 63,* 1025-1042.

Patterson, C.J. (1994). Children of the lesbian baby boom: Behavioral adjustment, self-concepts, and sex-role identity. In B. Greene & G. Herek (Eds.), *Contemporary perspectives on lesbian and gay psychology: Theory, research, and application* (pp. 156-175). Beverly Hills, California: Sage.

Patterson, C.J. (1995a). Lesbian mothers, gay fathers, and their children. In A.R. D'Augelli & C.J. Patterson (Eds.), *Lesbian, gay, and bisexual identities over the lifespan: Psychological perspectives* (pp. 262-290). New York, Oxford University Press.

Patterson, C.J. (1995b). Lesbian and gay parenthood. In M.H. Bornstein (Ed.), *Handbook of parenting, Vol. 3: Status and social conditions of parenting* (pp. 255-274). Hillsdale, New Jersey: Erlbaum.

Patterson, C.J. (1995c). Families of the lesbian baby boom: Parents' division of labor and children's adjustment. *Developmental Psychology, 31(1),* 115-123.

Patterson, C.J. (1996). Lesbian mothers and their children: Findings from the Bay Area Families Study. In J. Laird & R.J. Green (Eds.), *Lesbians and gays in couples and families: A handbook for therapists* (pp. 420-438). San Francisco: Jossey-Bass.

Patterson, C. (1997).  Children of lesbian and gay parents.  In T.H. Ollendick & R.J. Prinz (Eds.), *Advances in Clinical Child Psychology, 19,* 235-281.

Patterson, C.J. (1998).  The family lives of children born to lesbian mothers.  In C.J. Patterson & A.R. D'Augelli (Eds.), *Lesbian, gay and bisexual identities in families.*  New York: Oxford University Press.

Patterson, C.J., & Chan, R.W. (1996).  Gay fathers and their children.  In R.P. Cabaj & T.S. Stein (Eds.), *Homosexuality and mental health:  A comprehensive textbook* (pp. 371-393). Washington, DC:  American Psychiatric Press.

Patterson, C., Hurt, S., & Mason, C.D. (1998).  Families of the lesbian baby boom: Children's contact with grandparents and other adults. *American Journal of Orthopsychiatry, 68(3).*

Patterson, C., Wainright, J.L. & Russell, S.T. (2004) Summary of Psychosocial Adjustment, School Outcomes, and Romantic Attractions of Adolescents With Same-Sex Parent *Child Development, Vol. 75, Issue 6.*

Pollack, S., & Vaughn, J. (1987).  *Politics of the heart:  A lesbian parenting anthology.* Ithaca, New York:  Firebrand Books.

Rafkin, L. (1990).  *Different mothers:  Sons and daughters of lesbians talk about their lives.* Pittsburgh:  Cleis Press.

Rand, C., Grahan, D.L.R., & Rawlings, E.I. (1982).  Psychological health in lesbian mother trials. *Journal of Homosexuality, 8,* 27-39.

Saffron, L. (1997).  *What about the children:  Sons and daughters of lesbian and gay parents talk about their lives.*  Continuum International Publishing Group.

Scallen, R.M. (1981).  *An investigation of paternal attitudes and behaviors in homosexual and heterosexual fathers (*Unpublished doctoral disseration, California School of Professional Psychology).

Seligman, J. (1990).  Variations on a theme. *Newsweek* (Special Edition: The 21st Century Family), Winter/Spring.

DECL PERRIN IN OPP TO PLTFFS' MOT SUMMARY JDMT - EX. B; PROC NO. 4365.      n:\govli1\li2004\041629\00
282279.doc

Stacey, J., & Biblarz, T.J. (2001).  (How) Does the sexual orientation of parents matter? *American Sociological Review, 66(2),* 159-183.

Steckel, A. (1987).  Psychosocial development of children of lesbian mothers.  In F.W. Bozett (Ed.), *Gay and lesbian parents* (pp. 75-85).  New York:  Praeger.

Stiglitz, E. (1990).  Caught between two worlds:  The impact of a child on a lesbian couple's relationship. *Women & Therapy, 10(1-2),* 99-116.

Sullivan, J. (1996).  "Rossie and Harriet?":  Gender and family patterns of lesbian co-parents. *Gender and Society, 10,* 747-767.

Tasker, F. (1995).  Adults raised as children in lesbian families. *American Journal of Orthopsychiatry*, 203.

Tasker, F. (1999).  Children in lesbian-led families:  A review. *Clinical Child Psychology and Psychiatry, 4(2),* 153-166.

Tasker, F., & Golombok, S. (1997).  *Growing up in a lesbian family:  Effects on child development.*  New York:  Guilford.

Tasker, F., & Golombok, S. (1998).  The role of co-mothers in planned lesbian-led families. *Journal of Lesbian Studies, 2(4),* 49-68.

Turner, P.N., Scadden, L., & Harris, M.B. (1990).  Parenting in gay and lesbian families. *Journal of Gay and Lesbian Psychotherapy, 1,* 55-66.

Weisner, T.S., & Wilson-Mitchell, J.E. (1990).  Nonconventional family lifestyles and sex typing in six year olds. *Child Development, 61,* 1915-1933.

Westbrook, L.E., Bauman, L.J., & Shinnar, S. (1992).  Applying stigma theory to epilepsy: A test of a conceptual model. *Journal of Pediatric Psychology, 17(5),* 633-649.

Williams, K. (1995).  A good mother.  In K. Arnup, *Lesbian Parenting.*  PEI, Canada: Gynergy Press.

Wyers, N.L. (1987).  Lesbian and gay spouses and parents. *Social Work, 32,* 143-148.