DENNIS J. HERRERA, State Bar #139669
City Attorney
THERESE M. STEWART, State Bar #104930
Chief Deputy City Attorney
DANNY CHOU, State Bar #180240
Chief of Complex and Special Litigation
VINCE CHHABRIA, State Bar #208557
ERIN BERNSTEIN, State Bar #231539
CHRISTINE VAN AKEN, State Bar #241755
MOLLIE M. LEE, State Bar #251404
Deputy City Attorneys
City Hall, Room 234
One Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4708
Facsimile:     (415) 554-4699

Attorneys for Proposed Intervenors
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>　　　Plaintiffs,<br><br>　　vs.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>　　　Defendants. | Case No. 09-CV-2292 VRW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE**<br><br>Hearing Date:   August 19, 2009<br>Time:   10:00 a.m.<br>Place:   Courtroom 6, 17th Fl.,<br>　　　　450 Golden Gate Ave.<br><br>Trial Date:   Not set |

CCSF [PROPOSED] ORDER GRANTING MOTION
TO INTERVENE CASE NO. 09-CV-2292 VRW

1 and

2 PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J.
3 KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A.
4 JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA
5 RENEWAL,

6    Defendant-Intervenors.

**[PROPOSED] ORDER**

City & County of San Francisco moved to intervene in this action as a party plaintiff. For good cause appearing, the Motion to Intervene is hereby GRANTED.

IT IS THEREFORE ORDERED that City & County of San Francisco is permitted to intervene as a party plaintiff in this action, and its Proposed Complaint in Intervention shall be filed.

Dated: August ___, 2009

_____
Hon. Vaughn R. Walker
United States Chief District Judge

CCSF [PROPOSED] ORDER GRANTING MOTION TO INTERVENE CASE NO. 09-CV-2292 VRW     1