MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER (SBN 113973)
KELCIE M. GOSLING (SBN 142225)
LANDON D. BAILEY (SBN 240236)
980 9th Street, Suite 1700
Sacramento, CA 95814-2736
Telephone:   916-553-4000
Facsimile:   916-553-4011
E-mail:      kcm@mgslaw.com

Attorneys for Defendants
Arnold Schwarzenegger, in his official capacity as Governor of California, Mark B. Horton, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics, and Linette Scott, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>          Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>          Defendants. | Case No. 09 CV 2292 VRW<br><br>THE ADMINISTRATION'S STATEMENT OF NON-OPPOSITION TO PROPOSED PLAINTIFF-INTERVENORS OUR FAMILY COALITION, LAVENDER SENIORS OF THE EAST BAY, AND PARENT, FAMILIES, AND FRIENDS OF LESBIANS AND GAYS' MOTION TO INTERVENE<br><br>Date:       August 19, 2009<br>Time:       10:00 a.m.<br>Judge:      Hon. Vaughn R. Walker<br>Courtroom:  6 |

392.83.PLE.STMT.Non-Oppo.Our Family Coaltion.wpd          1
THE ADMINISTRATION'S STATEMENT OF NON-OPPOSITION TO PROPOSED PLAINTIFF-
INTERVENORS' MOTION TO INTERVENE; CASE NO. 09 CV 2292 VRW

1  PLEASE TAKE NOTICE that defendants Arnold Schwarzenegger, in his official
2  capacity as Governor of California, Mark B. Horton, in his official capacity as Director of the
3  California Department of Public Health and State Registrar of Vital Statistics, and Linette Scott,
4  in her official capacity as Deputy Director of Health Information & Strategic Planning for the
5  California Department of Public Health (collectively, the "Administration"), do not oppose the
6  Motion to Intervene of Proposed Plaintiff-Intervenors Our Family Coalition; Lavender Seniors of
7  the East Bay; and Parent, Families, and Friends of Lesbians and Gays (docket no. 79).

8  Dated:  July 28, 2009

MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER
KELCIE M. GOSLING
LANDON D. BAILEY

By:  *Kenneth C. Mennemeier* (signature)

Kenneth C. Mennemeier
Attorneys for Defendants Arnold Schwarzenegger,
in his official capacity as Governor of California,
Mark B. Horton, in his official capacity as Director
of the California Department of Public Health and
State Registrar of Vital Statistics, and Linette Scott,
in her official capacity as Deputy Director of Health
Information & Strategic Planning for the California
Department of Public Health

| | |
|---|---|
| Case Name: | *Perry, et al. v. Schwarzenegger, et al.;* |
| Case No: | US District Court, Northern District, Case No. 3:09-cv-09-2292 VRW |

## CERTIFICATE OF SERVICE

I declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 980 9th Street, Suite 1700, Sacramento, California 95814. On July 28, 2009, I served the within documents:

**THE ADMINISTRATION'S STATEMENT OF NON-OPPOSITION TO PROPOSED PLAINTIFF-INTERVENORS OUR FAMILY COALITION, LAVENDER SENIORS OF THE EAST BAY, AND PARENT, FAMILIES, AND FRIENDS OF LESBIANS AND GAYS' MOTION TO INTERVENE**

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and delivering to a Federal Express agent for delivery.

☒ by placing the document(s) listed above in a sealed envelope, with postage thereon fully prepared, in the United States mail at Sacramento, California addressed as set forth below.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on July 28, 2009, at Sacramento, California.

*Angela Knight*
Angela Knight

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | DAVID BOIES |
|   | BOIES SCHILLER & FLEXNER LLP |
| 3 | 333 MAIN STREET |
|   | ARMONK, NY 10504 |
| 4 | |
|   | THEANE EVANGELIS KAPUR |
| 5 | GIBSON DUNN & CRUTCHER LLP |
|   | 333 SOUTH GRAND AVENUE |
| 6 | LOS ANGELES, CA 90071 |
| 7 | TOBIAS BARRINGTON WOLFF |
|   | UNIVERSITY OF PENNSYLVANIA LAW SCHOOL |
| 8 | 3400 CHESTNUT STREET |
|   | PHILADELPHIA, PA 19104-6204 |