1  MENNEMEIER, GLASSMAN & STROUD LLP
   KENNETH C. MENNEMEIER (SBN 113973)
2  KELCIE M. GOSLING (SBN 142225)
   LANDON D. BAILEY (SBN 240236)
3  980 9th Street, Suite 1700
   Sacramento, CA 95814-2736
4  Telephone:    916-553-4000
   Facsimile:    916-553-4011
5  E-mail:       kcm@mgslaw.com

6  Attorneys for Defendants
   Arnold Schwarzenegger, in his official capacity as Governor of
7  California, Mark B. Horton, in his official capacity as Director of the
   California Department of Public Health and State Registrar of Vital
8  Statistics, and Linette Scott, in her official capacity as Deputy Director
   of Health Information & Strategic Planning for the California Department
9  of Public Health

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13
   KRISTIN M. PERRY, SANDRA B. STIER, )   Case No. 09 CV 2292 VRW
14 PAUL T. KATAMI, and JEFFREY J.      )
   ZARRILLO,                           )   **THE ADMINISTRATION'S STATEMENT**
15                                     )   **OF NON-OPPOSITION TO CAMPAIGN**
                    Plaintiffs,        )   **FOR CALIFORNIA FAMILIES' MOTION**
16                                     )   **TO INTERVENE**
   v.                                  )
17                                     )   Date:        August 19, 2009
   ARNOLD SCHWARZENEGGER, in his       )   Time:        10:00 a.m.
18 official capacity as Governor of California; )   Judge:       Hon. Vaughn R. Walker
   EDMUND G. BROWN, JR., in his official )   Courtroom:   6
19 capacity as Attorney General of California; )
   MARK B. HORTON,  in his official    )
20 capacity as Director of the California )
   Department of Public Health and State )
21 Registrar of Vital Statistics; LINETTE )
   SCOTT, in her official capacity as Deputy )
22 Director of Health Information & Strategic )
   Planning for the California Department )
23 of Public Health; PATRICK O'CONNELL, )
   in his official capacity as Clerk-Recorder for )
24 the County of Alameda; and DEAN C. )
   LOGAN, in his official capacity as  )
25 Registrar-Recorder/County Clerk for the )
   County of Los Angeles,              )
26                                     )
                    Defendants.        )
27                                     )

28

1        PLEASE TAKE NOTICE that defendants Arnold Schwarzenegger, in his official

2  capacity as Governor of California, Mark B. Horton, in his official capacity as Director of the

3  California Department of Public Health and State Registrar of Vital Statistics, and Linette Scott,

4  in her official capacity as Deputy Director of Health Information & Strategic Planning for the

5  California Department of Public Health (collectively, the "Administration"), do not oppose the

6  Campaign for California Families' Motion for Intervention (docket no. 91).

7  Dated: July 28, 2009

                                     MENNEMEIER, GLASSMAN & STROUD LLP
                                     KENNETH C. MENNEMEIER

8                                     KELCIE M. GOSLING
                                     LANDON D. BAILEY

9

10                  By:     *Kenneth C. Mennemeier*

11                          Kenneth C. Mennemeier
                          Attorneys for Defendants Arnold Schwarzenegger,

12                          in his official capacity as Governor of California,
                          Mark B. Horton, in his official capacity as Director

13                          of the California Department of Public Health and
                          State Registrar of Vital Statistics, and Linette Scott,

14                          in her official capacity as Deputy Director of Health
                          Information & Strategic Planning for the California

15                          Department of Public Health

16

17

18

19

20

21

22

23

24

25

26

27

28

THE ADMINISTRATION'S STATEMENT OF NON-OPPOSITION TO CAMPAIGN FOR CALIF. FAMILIES'
MOTION TO INTERVENE; CASE NO. 09 CV 2292 VRW

Case Name:   *Perry, et al. v. Schwarzenegger, et al.;*
Case No:     US District Court, Northern District, Case No. 3:09-cv-09-2292 VRW

## CERTIFICATE OF SERVICE

I declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 980 9th Street, Suite 1700, Sacramento, California 95814. On July 28, 2009, I served the within documents:

**THE ADMINISTRATION'S STATEMENT OF NON-OPPOSITION TO CAMPAIGN FOR CALIFORNIA FAMILIES' MOTION TO INTERVENE**

☐    by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and delivering to a Federal Express agent for delivery.

☒    by placing the document(s) listed above in a sealed envelope, with postage thereon fully prepared, in the United States mail at Sacramento, California addressed as set forth below.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on July 28, 2009, at Sacramento, California.

_____
Angela Knight

1

**SERVICE LIST**

2

DAVID BOIES
BOIES SCHILLER & FLEXNER LLP

3

333 MAIN STREET
ARMONK, NY 10504

4

THEANE EVANGELIS KAPUR

5

GIBSON DUNN & CRUTCHER LLP
333 SOUTH GRAND AVENUE

6

LOS ANGELES, CA 90071

7

TOBIAS BARRINGTON WOLFF
UNIVERSITY OF PENNSYLVANIA LAW SCHOOL

8

3400 CHESTNUT STREET
PHILADELPHIA, PA 19104-6204

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2