```
 1  MENNEMEIER, GLASSMAN & STROUD LLP
    KENNETH C. MENNEMEIER (SBN 113973)
 2  KELCIE M. GOSLING (SBN 142225)
    LANDON D. BAILEY (SBN 240236)
 3  980 9th Street, Suite 1700
    Sacramento, CA 95814-2736
 4  Telephone:  916-553-4000
    Facsimile:  916-553-4011
 5  E-mail:     kcm@mgslaw.com

 6  Attorneys for Defendants
    Arnold Schwarzenegger, in his official capacity as Governor of
 7  California, Mark B. Horton, in his official capacity as Director of the
    California Department of Public Health and State Registrar of Vital
 8  Statistics, and Linette Scott, in her official capacity as Deputy Director
    of Health Information & Strategic Planning for the California Department
 9  of Public Health
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>Defendants. | Case No. 09 CV 2292 VRW<br><br>**THE ADMINISTRATION'S STATEMENT OF NON-OPPOSITION TO PROPOSED INTERVENORS CITY AND COUNTY OF SAN FRANCISCO'S MOTION TO INTERVENE AS PARTY PLAINTIFF**<br><br>Date: August 19, 2009<br>Time: 10:00 a.m.<br>Judge: Hon. Vaughn R. Walker<br>Courtroom: 6 |

392.83.PLE.STMT.Non-Oppo.City.County.SF.wpd                 1

THE ADMINISTRATION'S STATEMENT OF NON-OPPOSITION TO CITY AND COUNTY OF SAN FRANCISCO'S MOTION TO INTERVENE; CASE NO. 09 CV 2292 VRW

PLEASE TAKE NOTICE that defendants Arnold Schwarzenegger, in his official capacity as Governor of California, Mark B. Horton, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics, and Linette Scott, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health (collectively, the "Administration"), do not oppose the City and County of San Francisco's Motion to Intervene as Party Plaintiff (docket no. 109).

Dated: July 28, 2009

MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER
KELCIE M. GOSLING
LANDON D. BAILEY

By: *Kenneth C. Mennemeier* (signature)

Kenneth C. Mennemeier
Attorneys for Defendants Arnold Schwarzenegger, in his official capacity as Governor of California, Mark B. Horton, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics, and Linette Scott, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health

Case Name:   *Perry, et al. v. Schwarzenegger, et al.;*
Case No:     US District Court, Northern District, Case No. 3:09-cv-09-2292 VRW

## CERTIFICATE OF SERVICE

I declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 980 9th Street, Suite 1700, Sacramento, California 95814. On July 28, 2009, I served the within documents:

**THE ADMINISTRATION'S STATEMENT OF NON-OPPOSITION TO PROPOSED INTERVENORS CITY AND COUNTY OF SAN FRANCISCO'S MOTION TO INTERVENE AS PARTY PLAINTIFF**

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and delivering to a Federal Express agent for delivery.

☒ by placing the document(s) listed above in a sealed envelope, with postage thereon fully prepared, in the United States mail at Sacramento, California addressed as set forth below.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on July 28, 2009, at Sacramento, California.

_Angela Knight_
Angela Knight

## SERVICE LIST

DAVID BOIES
BOIES SCHILLER & FLEXNER LLP
333 MAIN STREET
ARMONK, NY 10504

THEANE EVANGELIS KAPUR
GIBSON DUNN & CRUTCHER LLP
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071

TOBIAS BARRINGTON WOLFF
UNIVERSITY OF PENNSYLVANIA LAW SCHOOL
3400 CHESTNUT STREET
PHILADELPHIA, PA 19104-6204