RICHARD E. WINNIE [CA SBN 68048]
County Counsel
BRIAN E. WASHINGTON [CA SBN 146807]
Assistant County Counsel
CLAUDE F. KOLM [CA SBN 83517]
Deputy County Counsel
LINDSEY G. STERN [CA SBN 233201]
Associate County Counsel
Office of County Counsel
County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone: (510) 272-6700
e-mail: claude.kolm@acgov.org

Attorneys for Defendant Patrick O'Connell, Clerk-Recorder of the County of Alameda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　　　　　Defendants. | Case No.: CV 09 2292<br><br>**DEFENDANT PATRICK O'CONNELL'S STATEMENT OF NON-OPPOSITION TO MOTION TO INTERVENE FILED BY THE CITY AND COUNTY OF SAN FRANCISCO**<br><br>Date: August 19, 2009<br>Time: 10:00 a.m.<br>Judge: Hon. Vaughn R. Walker<br>Courtroom: 6 |

　　　　DEFENDANT PATRICK O'CONNELL in his official capacity as Clerk-Recorder for the County of Alameda does not oppose the Motion to Intervene of proposed Plaintiff-Intervenor

//
//
//
//
//

---

**Perry v. Schwarzenegger et al, Case No. CV 09 2292**
Patrick O'Connell's Statement of Non-Opposition to Motion to Intervene (California Families)　　　　1

City and County of San Francisco (docket no. 109).

Respectfully submitted,

DATED: July 13, 2009

RICHARD E. WINNIE, County Counsel in and for the County of Alameda, State of California

By: _____
Claude F. Kolm,
Deputy County Counsel

Attorneys for Defendant Patrick O'Connell, Clerk Recorder for the County of Alameda