EDMUND G. BROWN JR.
Attorney General of California
JONATHAN K. RENNER
Senior Assistant Attorney General
GORDON BURNS
Deputy Solicitor General
TAMAR PACHTER
Deputy Attorney General
State Bar No. 146083
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5970
  Fax:  (415) 703-1234
  E-mail:  Tamar.Pachter@doj.ca.gov
*Attorneys for Defendant*
*Attorney General Edmund G. Brown Jr.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | Civil Case No. 09-2292 VRW <br><br> **ATTORNEY GENERAL'S STATEMENT OF NONOPPOSITION TO MOTION TO INTERVENE OF THE CITY AND COUNTY OF SAN FRANCISCO** <br><br> **(Local Rule 7-3(b))** <br><br> Date: August 19, 2009 <br> Time: 10 a.m. <br> Courtroom: No. 6, 17th Floor <br> Judge: Hon. Vaughn R. Walker, C.J. <br> Trial Date: None <br> Action Filed:  May 22, 2009 |

Attorney General Edmund G. Brown Jr. does not oppose the Motion to Intervene of proposed plaintiff intervenor the City and County of San Francisco.

Dated: July 29, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN K. RENNER
Senior Assistant Attorney General
GORDON BURNS
Deputy Solicitor General

*/s/ Tamar Pachter*
TAMAR PACHTER
Deputy Attorney General
*Attorneys for Defendant*
*Attorney General Edmund G. Brown Jr.*

SA2009310603
Document in ProLaw