# CERTIFICATE OF SERVICE

Case Name:   **Kristin M. Perry, et al. v.**   No.   **3:09-cv-02292-VRW**
    **Arnold Schwarzenegger, et al.**

I hereby certify that on <u>July 29, 2009</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**ATTORNEY GENERAL'S STATEMENT OF NONOPPOSITION TO MOTION TO INTERVENE OF THE CITY AND COUNTY OF SAN FRANCISCO**

**ATTORNEY GENERAL'S STATEMENT OF NONOPPOSITION TO MOTION TO INTERVENE OF CAMPAIGN FOR CALIFORNIA FAMILIES**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users.  On <u>July 29, 2009</u>, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

David Boies
Attorney at Law
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Gordon Bruce Burns
Attorney Generals Office, Dept. of Justice
Executive Unit
1300 I Street, 17th Floor
Sacramento, CA  95814

Theane Evangelis Kapur
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071

Tobias Barrington Wolff
University of Pennsylvania Law School
3400 Chestnut Street
Philadelphia, PA  19104-6204

1

2

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>July 29, 2009</u>, at San Francisco, California.

| Pearl Lim | /s/ *Pearl Lim* |
|:---:|:---:|
| Declarant | Signature |

20213898.doc