| | |
|---|---|
| 1 | EDMUND G. BROWN JR.<br>Attorney General of California |
| 2 | JONATHAN K. RENNER<br>Senior Assistant Attorney General |
| 3 | GORDON BURNS<br>Deputy Solicitor General |
| 4 | TAMAR PACHTER<br>Deputy Attorney General |
| 5 | State Bar No. 146083 |
|   | 455 Golden Gate Avenue, Suite 11000 |
| 6 | San Francisco, CA  94102-7004 |
|   | Telephone:  (415) 703-5970 |
| 7 | Fax:  (415) 703-1234 |
|   | E-mail:  Tamar.Pachter@doj.ca.gov |
| 8 | *Attorneys for Defendant*<br>*Attorney General Edmund G. Brown Jr.* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTIN M. PERRY, et al.,** | Civil Case No. 09-2292 VRW |
| Plaintiffs, | **ATTORNEY GENERAL'S STATEMENT OF NONOPPOSITION TO MOTION TO INTERVENE OF THE CITY AND COUNTY OF SAN FRANCISCO** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | **(Local Rule 7-3(b))** |
| Defendants. | Date:  August 19, 2009<br>Time:  10 a.m.<br>Courtroom: No. 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker, C.J.<br>Trial Date: None<br>Action Filed:  May 22, 2009 |

1

Attorney General Edmund G. Brown Jr. does not oppose the Motion to Intervene of proposed plaintiff intervenor the City and County of San Francisco.

Dated: July 29, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN K. RENNER
Senior Assistant Attorney General
GORDON BURNS
Deputy Solicitor General


*/s/ Tamar Pachter*
TAMAR PACHTER
Deputy Attorney General
*Attorneys for Defendant*
*Attorney General Edmund G. Brown Jr.*

SA2009310603
Document in ProLaw