OFFICE OF THE COUNTY COUNSEL
ELIZABETH M. CORTEZ, Assistant County Counsel
JUDY W. WHITEHURST, Principal Deputy County Counsel
(SBN 182855) • jwhitehurst@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1845 · Fax: (213) 617-7182

Attorneys for DEAN C. LOGAN
REGISTRAR-RECORDER/COUNTY
CLERK, COUNTY OF LOS ANGELES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>Defendants. | CASE NO. 09-CV-2292 VRW<br><br>**DEFENDANT DEAN C. LOGAN, LOS ANGELES COUNTY REGISTRAR-RECORDER/ COUNTY CLERK'S STATEMENT OF NO POSITION TO MOTION TO INTERVENE AS PARTY PLAINTIFFS FILED BY OUR FAMILY COALITION**<br><br>Date:   09/03/2009<br>Time:   10:00 a.m.<br>Judge:  Chief Judge Vaughn R. Walker<br>Location: Courtroom 6, 17th Floor<br><br>Action Filed:  May 22, 2009 |

1  This Statement of No Position is filed by Defendant Dean C. Logan,
2  the Los Angeles County Registrar-Recorder/County Clerk (hereinafter "LA County
3  Registrar").  The LA County Registrar takes no position on the Motion to Intervene
4  as Party Plaintiffs filed by Our Family Coalition, Lavender Seniors of the East Bay,
5  and Parents, Friends, and Families of Lesbians and Gays.

7  DATED August 3, 2009          Respectfully submitted,

                                 OFFICE OF THE COUNTY COUNSEL

                                 By   /s/ Judy W. Whitehurst
                                      JUDY W. WHITEHURST
                                      Principal Deputy County Counsel

                                 Attorneys for DEAN C. LOGAN
                                 REGISTRAR-RECORDER/COUNTY
                                 CLERK, COUNTY OF LOS ANGELES

HOA.632715.1

09-CV-2292 VRW
DEFENDANT LOGAN'S STMT OF NO POSITION
RE MOTION FOR INTERVENTION

**DECLARATION OF SERVICE**
USDC – Northern District Case No. 09-CV-2292 VRW
*Perry, et al. v. Schwarzenegger, et al.*

STATE OF CALIFORNIA, County of Los Angeles:

Hazel T. Bataclan states: I am employed in the County of Los Angeles, State of California, over the age of eighteen years and not a party to the within action. My business address is 648 Kenneth Hahn Hall of Administration, 500 West Temple Street, Los Angeles, California 90012-2713.

That on August 3, 2009, I served the attached

1. **DEFENDANT DEAN C. LOGAN, LOS ANGELES COUNTY REGISTRAR-RECORDER/ COUNTY CLERK'S STATEMENT OF NO POSITION TO MOTION FOR INTERVENTION BY CAMPAIGN FOR CALIFORNIA FAMILIES**

upon the *non-CM/ECF participants/Interested Party(ies)* by placing ☐ the original ☐ a true copy thereof enclosed in a sealed envelope addressed ☐ as follows ☒ as stated on the attached mailing list:

**(BY MAIL)** by sealing and placing the envelope for collection and mailing on the date and at the place shown above following our ordinary business practices. I am readily familiar with this office's practice of collection and processing correspondence for mailing. Under that practice the correspondence would be deposited with the United States Postal Service that same day with postage thereon fully prepaid.

I declare that I am employed in the offices of a member of this court at whose direction the service was made.

Executed on August 3, 2009, at Los Angeles, California.

| Hazel T. Bataclan | /s/ Hazel T. Bataclan |
|---|---|
| **Type or Print Name of Declarant** <u>**and**</u>**, for personal service by a Messenger Service, include the name of the Messenger Service** | **Signature** |

HOA.632715.1

09-CV-2292 VRW
DEFENDANT LOGAN'S STMT OF NO POSITION
RE MOTION FOR INTERVENTION

-3-

## SERVICE LIST

David Boies, Esquire
Boies Schiller & Flexner, LLP
333 Main Street Armonk, NY  10504

Tobias Barrington Wolff
University of Pennsylvania Law School
3400 Chestnut Street
Philadelphia, PA  19104-6204

Theane Evangelis Kapur, Esquire
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071

Gordon Bruce Burns
Attorney Generals Office, Dept. of Justice - Executive Unit
1300 I Street, 17th Floor
Sacramento, CA 95814
United States