OFFICE OF THE COUNTY COUNSEL
ELIZABETH M. CORTEZ, Assistant County Counsel
JUDY W. WHITEHURST, Principal Deputy County Counsel
(SBN 182855) • jwhitehurst@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1845 · Fax: (213) 617-7182

Attorneys for DEAN C. LOGAN
REGISTRAR-RECORDER/COUNTY
CLERK, COUNTY OF LOS ANGELES

RICHARD E. WINNIE, County Counsel
BRIAN E. WASHINGTON (146807)
Assistant County Counsel
CLAUDE F. KOLM (83517)
Deputy County Counsel • claude.kolm@acgov.org
LINDSEY G. STERN (233201)
Associate County Counsel
1221 Oak Street, Suite 450
Oakland, California 94612

Attorneys for PATRICK O'CONNELL
Clerk-Recorder of the County of Alameda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in | CASE NO. 09-CV-2292 VRW<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT FILED ON BEHALF OF DEFENDANTS DEAN C. LOGAN, LOS ANGELES COUNTY REGISTRAR-RECORDER/ COUNTY AND PATRICK O'CONNELL, ALAMEDA COUNTY AUDITOR-CONTROLLER-CLERK-RECORDER**<br><br>Date:  08/19/2009<br>Time:  10:00 a.m.<br>Judge:  Chief Judge Vaughn R. Walker<br>Location:  Courtroom 6, 17th Floor<br><br>Action Filed:  May 22, 2009 |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>              Defendants. |

10        This case management statement is filed on behalf of the Defendants Dean C.
11 Logan, Los Angeles County Registrar Recorder/County Clerk, and Patrick
12 O'Connell, Alameda County Auditor-Controller-Clerk-Recorder.  Having
13 participated in the meet and confer related to the filing of a joint case management
14 statement, and being aware that it appears that plaintiffs and defendant-intervenor
15 will be filing separate statements, for the reasons identified below, the County
16 Clerks file their own joint case management conference statement indicating no
17 preference in timing or format, as to how the case proceeds.

18        Without waiving any right to defend their interests, or to later join or oppose
19 any motions or arguments in this matter, as stated in their initial pleadings, the
20 County Clerks have a ministerial duty to carry out the marriage laws of the State of
21 California through issuance of marriage licenses according to this Court's
22 determination of the validity of those laws.  In this regard, the County Clerks at
23 present do not anticipate presenting evidence to the Court or making any motions.
24 As a result, they are amenable to any case management schedule and format for
25 motions or trial as the plaintiffs and defendant-intervenor have proposed, and that
26 the Court determines will best enable it to decide the questions presented by this
27 case.

28 HOA.633779.1

09-CV-2292 VRW
JOINT CASE MANAGEMENT CONFERENCE STATEMENT
OF DEAN C. LOGAN AND PATRICK O'CONNELL

| | | |
|---|---|---|
| 1 | DATED August 7, 2009 | Respectfully submitted, |
| 2 | | OFFICE OF THE COUNTY COUNSEL |
| 4 | | By    /s/ Judy W. Whitehurst |
| 5 | | JUDY W. WHITEHURST<br>Principal Deputy County Counsel |
| 6 | | Attorneys for DEAN C. LOGAN<br>REGISTRAR-RECORDER/COUNTY<br>CLERK, COUNTY OF LOS ANGELES |
| 9 | DATED August 7, 2009 | Respectfully submitted, |
| 10 | | OFFICE OF THE COUNTY COUNSEL |
| 11 | | By    /s/ Claude Kolm |
| 12 | | CLAUDE KOLM<br>Deputy County Counsel |
| 14 | | Attorneys for PATRICK O'CONNELL<br>AUDITOR-CONTROLLER-CLERK-<br>RECORDER, COUNTY OF ALAMEDA |

HOA.633779.1

09-CV-2292 VRW
JOINT CASE MANAGEMENT CONFERENCE STATEMENT
OF DEAN C. LOGAN AND PATRICK O'CONNELL

# DECLARATION OF SERVICE
USDC – Northern District Case No. 09-CV-2292 VRW
*Perry, et al. v. Schwarzenegger, et al.*

STATE OF CALIFORNIA, County of Los Angeles:

Hazel T. Bataclan states: I am employed in the County of Los Angeles, State of California, over the age of eighteen years and not a party to the within action. My business address is 648 Kenneth Hahn Hall of Administration, 500 West Temple Street, Los Angeles, California 90012-2713.

That on August 7, 2009, I served the attached

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT FILED ON BEHALF OF DEFENDANTS DEAN C. LOGAN, LOS ANGELES COUNTY REGISTRAR-RECORDER/ COUNTY AND PATRICK O'CONNELL, ALAMEDA COUNTY AUDITOR-CONTROLLER-CLERK-RECORDER**

upon the *non-CM/ECF participants/Interested Party(ies)* by placing ☐ the original ☐ a true copy thereof enclosed in a sealed envelope addressed ☐ as follows ☒ as stated on the attached mailing list:

**(BY MAIL)** by sealing and placing the envelope for collection and mailing on the date and at the place shown above following our ordinary business practices. I am readily familiar with this office's practice of collection and processing correspondence for mailing. Under that practice the correspondence would be deposited with the United States Postal Service that same day with postage thereon fully prepaid.

I declare that I am employed in the offices of a member of this court at whose direction the service was made.

Executed on August 13, 2009, at Los Angeles, California.

| Hazel T. Bataclan | /s/ Hazel T. Bataclan |
|---|---|
| **Type or Print Name of Declarant <u>and</u>, for personal service by a Messenger Service, include the name of the Messenger Service** | **Signature** |

HOA.633779.1

09-CV-2292 VRW
JOINT CASE MANAGEMENT CONFERENCE STATEMENT
OF DEAN C. LOGAN AND PATRICK O'CONNELL

-4-

## SERVICE LIST

David Boies, Esquire
Boies Schiller & Flexner, LLP
333 Main Street Armonk, NY  10504

Tobias Barrington Wolff
University of Pennsylvania Law School
3400 Chestnut Street
Philadelphia, PA  19104-6204

Theane Evangelis Kapur, Esquire
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071

Gordon Bruce Burns
Attorney Generals Office, Dept. of Justice - Executive Unit
1300 I Street, 17th Floor
Sacramento, CA 95814
United States

HOA.633779.1

09-CV-2292 VRW
JOINT CASE MANAGEMENT CONFERENCE STATEMENT
OF DEAN C. LOGAN AND PATRICK O'CONNELL