Rena M. Lindevaldsen
Liberty Counsel
P.O. Box 11108
Lynchburg, VA 24506
(tel) 800-671-1776

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

KRISTIN M. PERRY, et al.,

Plaintiff(s),

v.

ARNOLD SCHWARZENEGGER, et al.,

Defendant(s).

CASE NO. CV 09 2292 VRW

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Rena M. Lindevaldsen, an active member in good standing of the bar of Virginia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing proposed intervenor The Campaign in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Gary Kreep, United States Justice Foundation, 932 D Street, Suite 2, Ramona, CA 92065; (tel) 760-788-6624

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 29, 2009

*Rena M Lindevaldsen* (signature)

## PROOF OF SERVICE

I am employed at the law firm of Liberty Counsel. I am over the age of 18 and not a party to the within action. My business address is 100 Mountain View Road, Suite 2775, Lynchburg Virginia 24502.

On July 29, 2009 I served the foregoing document described as:

Application for Admission *Pro Hac Vice* and Proposed Order Granting Application for Admission of Attorney *Pro Hac Vice*.

**US MAIL**:   By placing the documents in a sealed enveloped, with postage thereon fully prepaid in the United States mail at Lynchburg, Virginia, addressed as shown on the attached **SERVICE LIST**.

Executed on July 29, 2009, at Lynchburg, Virginia.

I declare under penalty of perjury under the laws of the United States of America and State of California that the above is true and correct.

*Rena M. Lindevaldsen*
Rena M. Lindevaldsen

```
 1                          SERVICE LIST
 2   Theodore B. Olson                    Timothy Chandler
     Matthew C. McGill                    ALLIANCE DEFENSE FUND
 3   Amir C. Tayranit                     101 Parkshore Dr, Suite 100
     GIBSON, DUNN & CRUTCHER, LLP         Folsom, CA 95630
 4   1050 Connecticut Avenue, NW          (916) 932-2850
 5   Washington, D.C. 20036               tchandler@telladf.org
     (202) 955-8668
 6   tolson@gibsondunn.com                Andrew P. Pugno
                                          LAW OFFICES OF ANDREW P. PUGNO
 7   Theodore J. Boutrous, Jr.            101 Parkshore Dr, Suite 100
     Christopher D. Dusseault             Folsom, CA 95630
 8   Ethan D. Dettmer                     (916) 608-3065
     Theane Evangelis Kapur               andrew@pugnolaw.com
 9   Enrique A. Monagas
     GIBSON, DUNN & CRUTCHER, LLP
10   333 S. Grand Avenue                  Benjamin W. Bull
     Los Angeles, CA 90071                Brian W. Raum
11   (213) 229-7804                       James A. Campbell
     tboutrous@gibsondunn.com             ALLIANCE DEFENSE FUND
12                                        15100 N. 90th St.
     David Boies                          Scottsdale, AZ 85260
13   Theodore H. Uno                      (480) 444-0020
     BOIES, SCHILLER & FLEXNER, LLP       bbull@telladf.org
14   333 Main St                          braum@telladf.org
     Armonk, NY 10504                     jcampble@telladf.org
15   (914) 749-8200
     dboies@bsfllp.com
16
     **Attorneys for Plaintiffs**
17                                        **Attorneys for Proposition 8 Official**
                                          **Proponent Intervenor Defendants**
18   Kenneth C. Mennemeier
     Kelcie M. Gosling                    Edmund G. Brown, Jr.
19   Landon D. Bailey                     Attorney General of California
     MENNEMEIER, GLASSMAN &               Jonathan K. Renner
20   STROUD, LLP                          Senior Assistant Attorney General
21   980 9TH St, Suite 1700               Tamar Pachter
     Sacramento, CA 95814-2736            Deputy Attorney General
22   (916) 553-4000                       455 Golden Gate Ave, Suite 11000
     kcm@mgslaw.com                       San Francisco, CA 94102-7004
23                                        (415) 703-5970
24   **Attorneys for Administration Defendants**   Tamar.Pachter@doj.ca.gov

25                                        **Attorneys for Defendant Attorney General**
                                          **Edmund G. Brown Jr.**
26
27
28

     Title – Case No. 09-CV-02292 VRW                                    i
```

| | |
|---|---|
| Elizabeth M. Cortez<br>Assistant County Counsel<br>Judy W. Whitehurst<br>Principal Deputy County Counsel<br>OFFICE OF THE COUNTY COUNSEL<br>648 Kenneth Hahn Hall of Administration<br>500 W. Temple St.<br>Los Angeles, CA 90012-2713<br>(213) 974-1845<br>jwhitehurst@counsel.lacounty.gov<br><br>**Attorneys for Defendant Dean C. Logan** | Richard E. Winnie<br>County Counsel<br>Claude F. Kolm<br>Deputy County Counsel<br>Brian E. Washington<br>Assistant County Counsel<br>Lindsey G. Stern<br>Associate County Counsel<br>OFFICE OF THE COUNTY COUNSEL<br>County of Alameda<br>1221 Oak St. Suite 450<br>Oakland, CA 94612<br>(510)272-6700<br>claude.kolm@acgov.org<br><br>**Attorneys for Defendant Patrick O'Connell** |

Title – Case No. 09-CV-02292 VRW

ii