IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, et al., | CASE NO. CV 09 2292 |
| Plaintiff, | (Proposed) **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendant. | |

Rena M. Lindevaldsen , whose business address and telephone number is

Liberty Counsel, P.O. Box 11108, Lynchburg, VA 24506
(tel) 800-671-1776

and who is an active member in good standing of the bar of Virginia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing proposed intervenor The Campaign

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

Chief Judge Vaughn R. Walker
United States District Judge