1  MENNEMEIER, GLASSMAN & STROUD LLP
   KENNETH C. MENNEMEIER (SBN 113973)
2  ANDREW W. STROUD (SBN 126475)
   KELCIE M. GOSLING (SBN 142225)
3  LANDON D. BAILEY (SBN 240236)
   980 9th Street, Suite 1700
4  Sacramento, CA 95814-2736
   Telephone:    916-553-4000
5  Facsimile:    916-553-4011
   E-mail:        kcm@mgslaw.com
6
   Attorneys for Defendants
7  Arnold Schwarzenegger, in his official capacity as Governor of the
   State of California, Mark B. Horton, in his official capacity as Director of the
8  California Department of Public Health and State Registrar of Vital
   Statistics, and Linette Scott, in her official capacity as Deputy Director
9  of Health Information & Strategic Planning for the California Department
   of Public Health
10
                     **UNITED STATES DISTRICT COURT**
11
                   **NORTHERN DISTRICT OF CALIFORNIA**
12
                       **SAN FRANCISCO DIVISION**
13

14  KRISTIN M. PERRY, SANDRA B. STIER, )   Case No. 09 CV 2292 VRW
    PAUL T. KATAMI, and JEFFREY J.          )
15  ZARRILLO,                               )   **THE ADMINISTRATION'S CASE**
                                            )   **MANAGEMENT STATEMENT**
16                    Plaintiffs,           )
                                            )
17  v.                                      )
                                            )
18  ARNOLD SCHWARZENEGGER, in his           )
    official capacity as Governor of California, )  Date:        August 19, 2009
19  et al.                                  )   Time:        10:00 a.m.
                      Defendants.           )   Judge:       Hon. Vaughn R. Walker
20                                          )   Courtroom:   6

21        Pursuant to the Court's Minute Order dated July 2, 2009 (Docket No. 77), and Civil Local

22  Rule 16-9, defendants Arnold Schwarzenegger, in his official capacity as Governor of the State

23  of California, Mark B. Horton, in his official capacity as Director of the California Department of

24  Public Health and State Registrar of Vital Statistics, and Linette Scott, in her official capacity as

25  Deputy Director of Health Information & Strategic Planning for the California Department of

26  Public Health (collectively, the "Administration"), hereby submit their Case Management

27  Statement.

28  ///

**1.   JURISDICTION AND SERVICE:**

Plaintiffs' complaint is brought pursuant to 42 U.S.C. §1983. Thus jurisdiction is proper under 28 U.S.C. § 1331.

To the Administration's knowledge, all defendants have been served and there are no unresolved issues relating to personal jurisdiction or venue.

**2.   FACTS:**

Plaintiffs challenge Proposition 8, which was enacted in November 2008 and provides: "Only marriage between a man and a woman is valid or recognized in California."

It is the Administration's understanding that plaintiffs and interveners will file case management statements setting forth the factual disputes and agreed facts, if any, in this case.

**3.   LEGAL ISSUES:**

Plaintiffs' complaint asserts that Proposition 8 violates the due process and equal protection clauses of the United States Constitution by limiting marriage to opposite-sex couples.

**4.   MOTIONS:**

Several motions to intervene are pending. The Administration has filed statements of non-opposition as to those motions.

The Administration reserves the right to file appropriate motions as necessary in the course of the proceedings. The Administration anticipates that this dispute may be resolved by cross-motions for summary judgment.

**5.   AMENDMENT OF PLEADINGS:**

The Administration does not anticipate amending its answer at this time, but reserves the right to request leave of Court to do so.

**6.   EVIDENCE PRESERVATION:**

Not applicable.

**7.   DISCLOSURES:**

The parties have not yet complied with the initial disclosure requirements of Federal Rule of Civil Procedure 26.

/ / /

1 **8.      DISCOVERY:**

2         No discovery has been conducted to date.  It is the Administration's understanding that

3 plaintiffs and interveners will file case management statements setting forth their views on what

4 discovery needs to be taken.

5 **9.      CLASS ACTIONS:**

6         Not applicable.

7 **10.     RELATED CASES:**

8         None.

9 **11.     RELIEF:**

10         Plaintiffs seek declaratory relief and a permanent injunction enjoining enforcement or

11 application of Proposition 8.

12 **12.     SETTLEMENT AND ADR:**

13         Given the nature of the dispute, settlement appears highly unlikely.

14 **13.     CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES:**

15         The Administration does not consent to have a magistrate judge conduct all further

16 proceedings.

17 **14.     OTHER REFERENCES:**

18         The Administration does not believe that this case is suitable for reference at this time.

19 **15.     NARROWING OF ISSUES:**

20         To the Administration's knowledge, plaintiffs and interveners will file case management

21 statements setting forth issues that can be narrowed by motions or stipulated facts.

22 **16.     EXPEDITED SCHEDULE:**

23         The Administration respectfully urges the Court to impose a case management plan that

24 will facilitate a prompt, expeditious resolution of the merits.

25 / / /

26 / / /

27 / / /

28 / / /

17. **SCHEDULING:**

The Administration suggests that, following plaintiffs' and interveners' identification of disputed facts, stipulated facts and potential areas of discovery, the Court schedule a further status conference to set dates for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference and trial.

18. **TRIAL:**

As plaintiffs seek injunctive relief, trial will be to the Court.

19. **DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS:**

Not applicable.

20. **OTHER MATTERS:**

Not applicable.

Dated: August 7, 2009

MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER
ANDREW W. STROUD
KELCIE M. GOSLING
LANDON D. BAILEY

By: _____
Andrew W. Stroud
Attorneys for Defendants Arnold Schwarzenegger, in his official capacity as Governor of the State of California, Mark B. Horton, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics, and Linette Scott, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health

Case Name:   *Perry, et al. v. Schwarzenegger, et al.;*
Case No:     US District Court, Northern District, Case No. 3:09-cv-09-2292 VRW

### CERTIFICATE OF SERVICE

I declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 980 9th Street, Suite 1700, Sacramento, California 95814.  On August 7, 2009, I served the within documents:

### THE ADMINISTRATION'S CASE MANAGEMENT STATEMENT

☐   by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and delivering to a Federal Express agent for delivery.

☒   by placing the document(s) listed above in a sealed envelope, with postage thereon fully prepared, in the United States mail at Sacramento, California addressed as set forth below.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on August 7, 2009, at Sacramento, California.

_____
Melissa Haagensen

1

**SERVICE LIST**

2
DAVID BOIES
BOIES SCHILLER & FLEXNER LLP
3
333 MAIN STREET
ARMONK, NY 10504
4

THEANE EVANGELIS KAPUR
5
GIBSON DUNN & CRUTCHER LLP
333 SOUTH GRAND AVENUE
6
LOS ANGELES, CA 90071

7
TOBIAS BARRINGTON WOLFF
UNIVERSITY OF PENNSYLVANIA LAW SCHOOL
8
3400 CHESTNUT STREET
PHILADELPHIA, PA 19104-6204

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2