ALAN L. SCHLOSSER (SBN 49957)
ELIZABETH O. GILL (SBN 218311)
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493/F: (415) 255-8437
E-mail: egill@aclunc.org

JON W. DAVIDSON (SBN 89301)
JENNIFER C. PIZER (SBN 152327)
TARA BORELLI (SBN 216961)
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
3325 Wilshire Boulevard, Suite 1300
Los Angeles, CA 90010
T: (213) 382-7600/F: (213) 351-6050
E-mail: jpizer@lambdalegal.org

SHANNON P. MINTER (SBN 168907)
ILONA M. TURNER (SBN 256219)
CHRISTOPHER P. STOLL (SBN 179046)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
T: (415) 392-6257/F: (415) 392-8442
E-mail: sminter@nclrights.org

Attorneys for Proposed Plaintiff-Intervenors Our Family Coalition;
Lavender Seniors of the East Bay; and Parents, Families, and Friends of Lesbians and Gays

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>            Plaintiffs,<br><br>       v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>            Defendants, | CASE NO. 09-CV-2292 VRW<br><br>**NOTICE OF APPEARANCE**<br><br>The Honorable Chief Judge Vaughn R. Walker<br><br>Judge:        Chief Judge Walker<br>Location:   Courtroom 6, 17th Floor<br><br>Trial Date:  Not Set |

and

Proposition 8 Official Proponents Dennis Hollingsworth, Gail J. Knight, Martin F. Gutierrez, Hakshing William Tam, and Mark A. Jansson; and ProtectMarriage.com – Yes on 8, a Project of California Renewal,

Defendant-Intervenors.

Additional Counsel for Proposed Plaintiff-Intervenors**:**

MARK ROSENBAUM (SBN 59940)
LORI RIFKIN (SBN 244081)
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
T: (213) 977-9500/ F: (213) 250-3919
E-mail: mrosenbaum@aclu-sc.org

DAVID BLAIR-LOY (SBN 229235)
ACLU FOUNDATION OF SAN DIEGO AND IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138
T: (619) 232-2121/F: (619) 232-0036
E-mail: dblairloy@aclusandiego.org

MATTHEW A. COLES (SBN 76090)
JAMES D. ESSEKS (SBN 159360)
LGBT & AIDS PROJECT
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10005
T: (212) 549-2500/F: (212) 549-2650
E-mail: jesseks@aclu.org

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Tara L. Borelli of Lambda Legal Defense and Education Fund, Inc. is appearing in this matter as one of the counsel for Proposed-Intervenor Plaintiffs Our Family Coalition, Lavender Seniors of the East Bay, and Parents, Families and Friends of Lesbians and Gays.

Dated:  August 7, 2009                          Tara L. Borelli
                                                Lambda Legal Defense and Education Fund, Inc.


                                                By:      /s/
                                                      TARA L. BORELLI