IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KRISTIN M. PERRY, et al.,

Plaintiff,

v.

ARNOLD SCHWARZENEGGER, et al.,

Defendant.

CASE NO. CV 09 2292

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Rena M. Lindevaldsen, whose business address and telephone number is Liberty Counsel, P.O. Box 11108, Lynchburg, VA 24506 (tel) 800-671-1776

and who is an active member in good standing of the bar of Virginia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing proposed intervenor The Campaign

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 8/11/2009



GRANTED
Judge Vaughn R Walker