COOPER AND KIRK, PLLC
Charles J. Cooper (DC Bar No. 248070)*
*ccooper@cooperkirk.com*
David H. Thompson (DC Bar No. 450503)*
*dthompson@cooperkirk.com*
Howard C. Nielson, Jr. (DC Bar No. 473018)*
*hneilson@cooperkirk.com*
Peter A. Patterson (Ohio Bar No. 0080840)*
*ppatterson@cooperkirk.com*
1523 New Hampshire Ave. N.W., Washington, D.C. 20036
Telephone: (202) 220-9600, Facsimile: (202) 220-9601

LAW OFFICES OF ANDREW P. PUGNO
Andrew P. Pugno (CA Bar No. 206587)
*andrew@pugnolaw.com*
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 608-3065, Facsimile: (916) 608-3066

ALLIANCE DEFENSE FUND
Brian W. Raum (NY Bar No. 2856102)*
*braum@telladf.org*
James A. Campbell (OH Bar No. 0081501)*
*jcampbell@telladf.org*
15100 North 90th Street, Scottsdale, Arizona 85260
Telephone: (480) 444-0020, Facsimile: (480) 444-0028

ATTORNEYS FOR DEFENDANTS-INTERVENORS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, MARK A. JANSSON, and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL

* Admitted *pro hac vice*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>       Plaintiffs,<br><br>   v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his | CASE NO. 09-CV-2292 VRW<br><br>**NOTICE OF CHANGE OF CONTACT INFORMATION** |

official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,

        Defendants,

and

PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,

        Defendants-Intervenors.

Additional Counsel for Defendants-Intervenors

ALLIANCE DEFENSE FUND
Timothy Chandler (CA Bar No. 234325)
*tchandler@telladf.org*
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 932-2850, Facsimile: (916) 932-2851

Jordan W. Lorence (DC Bar No. 385022)*
*jlorence@telladf.org*
Austin R. Nimocks (TX Bar No. 24002695)*
*animocks@telladf.org*
801 G Street NW, Suite 509, Washington, D.C. 20001
Telephone: (202) 393-8690, Facsimile: (202) 347-3622

* Admitted *pro hac vice*

        PLEASE TAKE NOTICE of the following change of contact information for the undersigned. My new telephone number is (202) 393-8690.

//

3

Dated: August 12, 2009

                            ALLIANCE DEFENSE FUND
ATTORNEYS FOR DEFENDANTS-INTERVENORS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, MARK A. JANSSON, AND PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL

By: s/Austin R. Nimocks
     Austin R. Nimocks

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2009, I electronically filed Notice of Change of Contact Information with the Clerk of Court using CM/ECF system, which automatically sends electronic notification to the following attorneys of record:

Alan Lawrence Schlosser - aschlosser@aclunc.org
Amir Cameron Tayrani - ATayrani@gibsondunn.com
Christine Van Aken - christine.van.aken@sfgov.org
Christopher Dean Dusseault - cdusseault@gibsondunn.com
Christopher Francis Stoll - cstoll@nclrights.org
Claude Franklin Kolm - ckolm@co.alameda.ca.us
Elizabeth O. Gill - egill@aclunc.org
Enrique Antonio Monagas - emonagas@gibsondunn.com
Erin Brianna Bernstein - Erin.Bernstein@sfgov.org
Ethan D. Dettmer - edettmer@gibsondunn.com
Gordon Bruce Burns - Gordon.Burns@doj.ca.gov
Ilona Margaret Turner - iturner@nclrights.org
James Dixon Esseks - jesseks@aclu.org
James J. Brosnahan - jbrosnahan@mofo.com
Jennifer Carol Pizer - jpizer@lambdalegal.org
Jon Warren Davidson - jdavidson@lambdalegal.org
Judy Whitehurst - JWhitehurst@counsel.lacounty.gov
Kenneth C. Mennemeier - kcm@mgslaw.com
Mary Elizabeth McAlister - court@lc.org
Matthew Albert Coles - mcoles@aclu.org
Matthew Dempsey McGill - mmcgill@gibsondunn.com
Shannon Minter - sminter@nclrights.org
Tamar Pachter - Tamar.Pachter@doj.ca.gov
Theodore B Olson - tolson@gibsondunn.com
Theodore Hideyuki Uno - tuno@bsfllp.com
Theodore J. Boutrous , Jr. - tboutrous@gibsondunn.com

I further certify that a copy of the foregoing Notice of Change of Contact Information was served via regular U.S. Mail upon the following attorneys:

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Theane Evangelis Kapur
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Tobias Barrington Wolff
University of Pennsylvania Law School
3400 Chestnut Street
Philadelphia, PA 19104-6204

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 12, 2009, at Washington, D.C.

                                           s/Austin R. Nimocks
                                          Austin R. Nimocks