UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KRISTIN M. PERRY et al

           Plaintiff(s),

v.

ARNOLD SCHWARZENEGGER et al

           Defendant(s).
_____/

Case No. CV 09 2292 VRW

ADR CERTIFICATION BY PARTIES AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Aug 13, 2009

                                               [Party]

Dated: 13 August 2009

                                               [Counsel]

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

---

Rev. 12/05

## CERTIFICATE OF SERVICE

<u>PERRY</u>, *et al.* v. <u>SCHWARZENEGGER</u>, *et al.*
United States District Court, Northern District, Case No. CV 09 2292

I, the undersigned, say:

I am employed in the County of Alameda, State of California, over the age of 18 years and not a party to the within cause. My business address is 1221 Oak Street, Suite 450, Oakland, CA 94612-4296.

On the date listed below, I served a true and accurate copy of the documents entitled:

1. **ADR CERTIFICATION BY PARTIES AND COUNSEL;**
2. **NOTICE OF NEED FOR ADR PHONE CONFERENCE; and**
3. **CERTIFICATE OF SERVICE.**

on the party in this action as indicated as follows:

| | |
|---|---|
| Alan Lawrence Schlosser<br>ACLU Foundation of Northern California, Inc.<br>39 Drumm Street<br>San Francisco, CA 94111 | Shannon Minter<br>National Center For Lesbian Rights<br>870 Market Street, Suite 570<br>San Francisco, CA 94102 |
| Jon W. Davidson, Esq.<br>Jennifer C. Pizer, Esq.<br>Tara Borelli, Esq.<br>Lambda Legal Defense and Education Fund, Inc.<br>3325 Wilshire Blvd., Suite 1300<br>Los Angeles, California 90010 | Theodore Hideyuki Uno, Esq.<br>Boies Schiller & Flexner LLP<br>333 Main Street<br>Armonk, NY 10504 |
| Theane Evangelis Kapur, Esq.<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 | David Boies, Esq.<br>Boies Schiller & Flexner LLP<br>333 Main Street<br>Armonk, NY 10504 |
| Alliance Defense Fund<br>James A Campbell, Esq.<br>15100 N. 90th Street<br>Scottsdale, AZ 85260 | ADR Unit - U.S. District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

(X)   BY MAIL:   I caused such envelope with postage thereon fully prepaid and to be placed in the United States mail, in the City of Oakland, California.

Perry v. Schwarzenegger, *et al.*
Case No.: CV 09-2292 VRW
Certificate of Service

(X)   BY ECF: I caused a copy/s of such document/s to be sent via ECF transmission to the office/s of the addressee/s.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Oakland, California, on August 13, 2009.

*[signature]*
Judy A. Martinez

---

Perry v. Schwarzenegger, *et al.*
Case No.: CV 09-2292 VRW
Certificate of Service