# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

PERRY

                                              CASE NO. 09-CV-2292 VRW
                    Plaintiff(s),

          v.                                  NOTICE OF NEED FOR ADR PHONE
SCHWARZENEGGER                                CONFERENCE

                    Defendant(s).
_____/


Counsel report that they have met and conferred regarding ADR and that they:

✓     have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  September 3, 2009

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|--------------------|-----------|----------------|
| Claude Kolm | Alameda County Clerk-Recorder | (510-272-6710) | claude.kolm@acgov.org |

_Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference._

Dated:_____

                                              _____
                                              Attorney for Plaintiff

Dated: 08/13/09

                                              _____
                                              Claude Kolm
                                              Attorney for Defendant

Rev 12.05 | When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."