DENNIS J. HERRERA, State Bar #139669
City Attorney
THERESE M. STEWART, State Bar #104930
Chief Deputy City Attorney
DANNY CHOU, State Bar #180240
Chief of Complex and Special Litigation
CHRISTINE VAN AKEN, State Bar #241755
MOLLIE M. LEE,* State Bar #251404
Deputy City Attorneys
City Hall, Room 234
One Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4708
Facsimile:     (415) 554-4699

Attorneys for *Amicus Curiae*
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>        Plaintiffs,<br><br>        vs.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>        Defendants. | Case No. 09-CV-2292 VRW<br><br>**NOTICE OF APPEARANCE**<br><br>Trial Date:         Not set |

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Deputy City Attorney Danny Chou will be appearing in the above-entitled lawsuit as an additional attorney of record for Amicus Curiae City and County of San Francisco.  Any and all further communication or correspondence relating to this lawsuit should also be sent to:

> Danny Chou
> Chief of Complex and Special Litigation
> Office of the City Attorney
> Fox Plaza
> 1390 Market Street, 7th Floor
> San Francisco, CA 94102
> (415) 554-3807
> danny.chou@sfgov.org

Dated:  August 13, 2009

> DENNIS J. HERRERA
> City Attorney
> THERESE M. STEWART
> Chief Deputy City Attorney
> DANNY CHOU
> Chief of Complex & Special Litigation
> CHRISTINE VAN AKEN
> MOLLIE M. LEE
> Deputy City Attorneys
>
>
> By:_____/s/_____
> DANNY CHOU
>
> Attorneys for *Amicus Curiae*
> CITY AND COUNTY OF SAN FRANCISCO