MARY E. MCALISTER
California Bar No. 148570
RENA M. LINDEVALDSEN*
LIBERTY COUNSEL
P.O. Box 11108
Lynchburg, VA 24506
(434) 592-7000 Telephone
(434) 592-7700 Facsimile
court@lc.org Email
Attorneys for Prospective Intervenor
*Admitted pro hac vice

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO, <br><br> Plaintiffs <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California, MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/ County Clerk for the County of Los Angeles, <br><br> Defendants. <br><br> and <br><br> PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM-YES ON 8, A PROJECT OF CALIFORNIA RENEWAL, <br><br> Intervenor-Defendants. | **Case No.09-CV 02292 VRW** <br><br><br> **NOTICE OF ASSOCIATION OF COUNSEL** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS:**

**NOTICE IS HEREBY GIVEN** that:

Gary G. Kreep, Esq.
United States Justice Foundation
932 D Street, Suite 2
Ramona, CA 92065
760-788-6624 telephone
760-788-6514 facsimile
usjf@usjf.net

has associated in as Counsel of Record for Proposed Intervenor CAMPAIGN FOR CALIFORNIA FAMILIES.

Dated: August 14, 2009

/s/ Mary E. McAlister
_____
Mary E. McAlister
LIBERTY COUNSEL
P.O. Box 11108
100 Mountain View Rd Suite 2775
Lynchburg, VA 24506

Notice of Association of Counsel – Case No. 09-CV-02292 VRW                              1

**PROOF OF SERVICE**

I am employed at the law firm of Liberty Counsel. I am over the age of 18 and not a party to the within action. My business address is 100 Mountain View Road, Suite 2775, Lynchburg Virginia 24502.

On August 14, 2009 I served the foregoing document described as:

**NOTICE OF ASSOCIATION OF COUNSEL**

on the below-listed parties in this action by the method stated.

I presented the foregoing to the Clerk of the Court for filing and uploading via the CM/ECF system of the United States District Court, Southern District of California, which will send a notice of electronic filing to the attorneys named on the attached Service List.

Executed on August 14, 2009, at Lynchburg, Virginia.

I declare under penalty of perjury under the laws of the United States of America and State of California that the above is true and correct.

/s/ Mary E. McAlister

Mary E. McAlister

## SERVICE LIST

Theodore B. Olson
Matthew C. McGill
Amir C. Tayranit
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036
(202) 955-8668
tolson@gibsondunn.com

Theodore J. Boutrous, Jr.
Christopher D. Dusseault
Ethan D. Dettmer
Theane Evangelis Kapur
Enrique A. Monagas
GIBSON, DUNN & CRUTCHER, LLP
333 S. Grand Avenue
Los Angeles, CA 90071
(213) 229-7804
tboutrous@gibsondunn.com

David Boies
Theodore H. Uno
BOIES, SCHILLER & FLEXNER, LLP
333 Main St
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

**Attorneys for Plaintiffs**

Kenneth C. Mennemeier
Kelcie M. Gosling
Landon D. Bailey
MENNEMEIER, GLASSMAN & STROUD, LLP
980 9TH St, Suite 1700
Sacramento, CA 95814-2736
(916) 553-4000
kcm@mgslaw.com

**Attorneys for Administration Defendants**

Timothy Chandler
ALLIANCE DEFENSE FUND
101 Parkshore Dr, Suite 100
Folsom, CA 95630
(916) 932-2850
tchandler@telladf.org

Andrew P. Pugno
LAW OFFICES OF ANDREW P. PUGNO
101 Parkshore Dr, Suite 100
Folsom, CA 95630
(916) 608-3065
andrew@pugnolaw.com

Benjamin W. Bull
Brian W. Raum
James A. Campbell
ALLIANCE DEFENSE FUND
15100 N. 90th St.
Scottsdale, AZ 85260
(480) 444-0020
bbull@telladf.org
braum@telladf.org
jcampble@telladf.org

**Attorneys for Proposition 8 Official Proponent Intervenor Defendants**

Edmund G. Brown, Jr.
Attorney General of California
Jonathan K. Renner
Senior Assistant Attorney General
Tamar Pachter
Deputy Attorney General
455 Golden Gate Ave, Suite 11000
San Francisco, CA 94102-7004
(415) 703-5970
Tamar.Pachter@doj.ca.gov

**Attorneys for Defendant Attorney General Edmund G. Brown Jr.**

|   |   |
|---|---|
| Elizabeth M. Cortez<br>Assistant County Counsel<br>Judy W. Whitehurst<br>Principal Deputy County Counsel<br>OFFICE OF THE COUNTY COUNSEL<br>648 Kenneth Hahn Hall of Administration<br>500 W. Temple St.<br>Los Angeles, CA 90012-2713<br>(213) 974-1845<br>jwhitehurst@counsel.lacounty.gov<br><br>**Attorneys for Defendant Dean C. Logan** | Richard E. Winnie<br>County Counsel<br>Claude F. Kolm<br>Deputy County Counsel<br>Brian E. Washington<br>Assistant County Counsel<br>Lindsey G. Stern<br>Associate County Counsel<br>OFFICE OF THE COUNTY COUNSEL<br>County of Alameda<br>1221 Oak St. Suite 450<br>Oakland , CA 94612<br>(510)272-6700<br>claude.kolm@acgov.org<br><br>**Attorneys for Defendant Patrick O'Connell** |

Notice of Association of Counsel – Case No. 09-CV-02292 VRW    4