MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER (SBN 113973)
ANDREW W. STROUD (SBN 126475)
KELCIE M. GOSLING (SBN 142225)
LANDON D. BAILEY (SBN 240236)
980 9th Street, Suite 1700
Sacramento, CA 95814-2736
Telephone: 916-553-4000
Facsimile: 916-553-4011
E-mail: kcm@mgslaw.com

Attorneys for Defendants
Arnold Schwarzenegger, in his official capacity as Governor of the State of California, Mark B. Horton, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics, and Linette Scott, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,

Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California, et al.,

Defendants.

Case No. 09 CV 2292 VRW

**THE ADMINISTRATION'S SUPPLEMENTAL CASE MANAGEMENT STATEMENT**

Date: August 19, 2009
Time: 10:00 a.m.
Judge: Hon. Vaughn R. Walker
Courtroom: 6

Pursuant to the Court's Order dated August 13, 2009 (Docket No. 141), defendants Arnold Schwarzenegger, in his official capacity as Governor of the State of California, Mark B. Horton, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics, and Linette Scott, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health (collectively, the "Administration"), hereby submit this supplemental Case Management Statement. This supplements the Case Management Statement that the Administration filed on August 7, 2009 (Docket No. 132).

## PRELIMINARY STATEMENT

Plaintiffs' Complaint presents important constitutional questions that require and warrant judicial determination. In a constitutional democracy, it is the role of the courts to determine and resolve such questions. To the extent that Plaintiffs have stated a justiciable controversy, setting forth federal constitutional challenges to Proposition 8, it is appropriate for the federal courts to determine and resolve those challenges. The Administration also continues to believe that it is in the interest of the People of the State of California to have the federal courts resolve the issues presented by Plaintiffs' complaint as expeditiously as possible.

As for the merits of Plaintiffs' claims, the Administration takes no position. The Administration does not intend to present any evidence or argument, either in support of or in opposition to those claims.

## CASE MANAGEMENT ITEMS LISTED IN COURT'S 8/12/09 ORDER

The Court's August 12, 2009, order asked the parties to address four case-management topics. The Administration addresses each topic below:

1. Specific Elements of Plaintiffs' Claims and Defendants' Defenses:

The Administration will leave it for others to list the specific elements of the claims that Plaintiffs assert. In particular, having asserted those claims, it is incumbent on Plaintiffs to identify the elements of each of their claims.

The Administration has not asserted any affirmative defenses, and makes no contention regarding the merit of any defense asserted by any other party in this matter.

2. Admissions and Stipulations:

The Administration has not proposed, and does not intend to propose, that the parties enter into any admissions or stipulations. If any of the other parties wishes to propose any admissions or stipulations, the Administration will consider any such proposals.

3. Discovery:

The Administration does not intend to conduct any discovery.

/ / /

4. Expert Witnesses:

The Administration does not intend to present any opinion testimony and/or expert witness testimony.

Dated: August 17, 2009

MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER
ANDREW W. STROUD
KELCIE M. GOSLING
LANDON D. BAILEY

By: /s/ Kenneth C. Mennemeier
Kenneth C. Mennemeier
Attorneys for Defendants Arnold Schwarzenegger, in his official capacity as Governor of the State of California, Mark B. Horton, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics, and Linette Scott, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health

Case Name: *Perry, et al. v. Schwarzenegger, et al.;*
Case No: US District Court, Northern District, Case No. 3:09-cv-2292 VRW

**CERTIFICATE OF SERVICE**

I declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 980 9th Street, Suite 1700, Sacramento, California 95814. On August 17, 2009, I served the within document(s):

**THE ADMINISTRATION'S SUPPLEMENTAL CASE MANAGEMENT STATEMENT**

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and delivering to a Federal Express agent for delivery.

☒ by placing the document(s) listed above in a sealed envelope, with postage thereon fully prepared, in the United States mail at Sacramento, California addressed as set forth below.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on August 17, 2009, at Sacramento, California.

/s/ Angela Knight
Angela Knight

**SERVICE LIST**

DAVID BOIES
BOIES SCHILLER & FLEXNER LLP
333 MAIN STREET
ARMONK, NY 10504

RENA M. LINDEVALDSEN
LIBERTY COUNSEL
100 MOUNTAINVIEW RD
SUITE 2775
LYNCHBERG, VA 24502

THEANE EVANGELIS KAPUR
GIBSON DUNN & CRUTCHER LLP
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071

TOBIAS BARRINGTON WOLFF
UNIVERSITY OF PENNSYLVANIA LAW SCHOOL
3400 CHESTNUT STREET
PHILADELPHIA, PA 19104-6204