EDMUND G. BROWN JR.
Attorney General of California
JONATHAN K. RENNER
Senior Assistant Attorney General
GORDON BURNS
Deputy Solicitor General
State Bar No. 173441
TAMAR PACHTER
Deputy Attorney General
State Bar No. 146083
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (415) 703-5970
 Fax: (415) 703-1234
 E-mail: Tamar.Pachter@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTIN M. PERRY, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 3:09-cv-02292-VRW<br><br>**ATTORNEY GENERAL'S SUPPLEMENTAL CASE MANAGEMENT STATEMENT**<br><br>Date:  August 19, 2009<br>Time:  10 a.m.<br>Dept:  6<br>Judge  Hon. Vaughn R. Walker, C.J.<br>Trial Date  None<br>Action Filed:  5/27/2009 |

The Attorney General respectfully submits this supplemental case management statement as directed by the Court in its Order issued on August 12, 2009 (Docket No. 141).

**(1)  The specific elements of the claims plaintiffs assert and the defenses, if any, defendants and intervenors contend apply:**

None.  The Attorney General has admitted the material allegations of plaintiffs' complaint and has not asserted any affirmative defenses.

1

**(2)** **Admissions and stipulations that the parties are prepared to enter with respect to the foregoing elements and applicable defenses at issue:**

Not applicable.  Because the Attorney General has not raised any defenses, no stipulations will be needed.  Additionally, the Attorney General has already admitted the material allegations in plaintiffs' complaint.

**(3)** **Discovery that the parties seek that may lead to the discovery of admissible evidence:**

None.  The Attorney General will not conduct discovery.

**(4)** **Subject matter (by discipline or expertise) of the opinion/expert evidence that the parties intend to present.**

None.  The Attorney General does not intend to present opinion or expert evidence.

Dated:  August 17, 2009                     Respectfully Submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN K. RENNER
Senior Assistant Attorney General


*/s/ Tamar Pachter*
TAMAR PACHTER
Deputy Attorney General
*Attorneys for Defendants*

SA2009310603
perry.doc

2

Attny. Gen's Suppl. Case Mngmt. Statement     No. 3:09-cv-02292-VRW, *Perry, et al.  v. Schwarzenegger, et. al.*