UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**VAUGHN R. WALKER**
United States District Chief Judge

**AMENDED**
**DATE:** July 2, 2009

**COURTROOM DEPUTY:** Cora Klein      **Court Reporter:** Sahar McVickar

**CASE NO.** C 09-2292 VRW

**TITLE:** KRISTIN PERRY, et al v. ARNOLD SCHWARNEGGER, et al

| **COUNSEL FOR PLAINTIFFS:** | **COUNSEL FOR DEFENDANTS:** |
|---|---|
| Ted Olson | Kenneth Mennemeier, Gordon Burns |
| | Tamar Pachter, CA Atty General's Office |
| | Claude Kolm - County of Alameda |

| **AMICUS:** | **DEFENDANT INTERVENORS:** |
|---|---|
| Therese Stewart, Christine Van Aken - City & Cty of SF | Charles Cooper, David Thompson, Peter Patterson |
| Alan Schlosser, Elizabeth Gill - ACLUNC | |
| Jennifer Pizer - Lambda | |
| Kato Kendell, Christopher Stoll - NCLR | |

**PROCEEDINGS:**

Motion to intervene by Prop 8 Official Proponents (doc #8) - granted.
Plas' motion for preliminary injunction (doc #7) - denied.
Case management conference.

**RESULTS:**

The Court heard argument from counsel.
The parties to submit joint case management statement no later than August 7, 2009.
The court scheduled the matter for further hearing on August 19, 2009 at 10:00 AM.