| Clerk's Use Only |
|---|
| Initial for fee pd.: |

MATHEW D. STAVER
LIBERTY COUNSEL
PO BOX 540774
ORLANDO, FL 32854
(800) 671-1776

FILED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO

Plaintiff(s),

v.

ARNOLD SCHWARZENEGGER, EDMUND G. BROWN, JR., MARK B. HORTON, LINETTE SCOTT, PATRICK O'CONNELL, DEAN C. LOGAN, et al.

Defendant(s).

CASE NO. 09-CV-2292-VRW

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, MATHEW D. STAVER, an active member in good standing of the bar of FLORIDA and the DISTRICT OF COLUMBIA, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing PROPOSED INTERVENOR in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Gary Kreep, United States Justice Foundation, 932 D Street, Suite 2 Ramona, CA 92065; (760) 788-6624.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 17, 2009

Mathew D. Staver

# PROOF OF SERVICE

I am employed at the law firm of Liberty Counsel. I am over the age of 18 and not a party to the within action. My business address is 100 Mountain View Road, Suite 2775, Lynchburg Virginia 24502.

On August 17, 2009 I served the foregoing document described as:

Application for Admission *Pro Hac Vice* and Proposed Order Granting Application for Admission of Attorney *Pro Hac Vice*.

<u>**US MAIL**</u>:   By placing the documents in a sealed enveloped, with postage thereon fully prepaid in the United States mail at Lynchburg, Virginia, addressed as shown on the attached **SERVICE LIST**.

Executed on August 17, 2009, at Lynchburg, Virginia.

I declare under penalty of perjury under the laws of the United States of America and State of California that the above is true and correct.

*[signature]*
Mary E. McAlister

| | |
|---|---|
| 1 | **SERVICE LIST** |

Theodore B. Olson
Matthew C. McGill
Amir C. Tayranit
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036
(202) 955-8668
tolson@gibsondunn.com

Theodore J. Boutrous, Jr.
Christopher D. Dusseault
Ethan D. Dettmer
Theane Evangelis Kapur
Enrique A. Monagas
GIBSON, DUNN & CRUTCHER, LLP
333 S. Grand Avenue
Los Angeles, CA 90071
(213) 229-7804
tboutrous@gibsondunn.com

David Boies
Theodore H. Uno
BOIES, SCHILLER & FLEXNER, LLP
333 Main St
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

**Attorneys for Plaintiffs**

Kenneth C. Mennemeier
Kelcie M. Gosling
Landon D. Bailey
MENNEMEIER, GLASSMAN &
STROUD, LLP
980 9TH St, Suite 1700
Sacramento, CA 95814-2736
(916) 553-4000
kcm@mgslaw.com

**Attorneys for Administration Defendants**

Timothy Chandler
ALLIANCE DEFENSE FUND
101 Parkshore Dr, Suite 100
Folsom, CA 95630
(916) 932-2850
tchandler@telladf.org

Andrew P. Pugno
LAW OFFICES OF ANDREW P. PUGNO
101 Parkshore Dr, Suite 100
Folsom, CA 95630
(916) 608-3065
andrew@pugnolaw.com

Benjamin W. Bull
Brian W. Raum
James A. Campbell
ALLIANCE DEFENSE FUND
15100 N. 90th St.
Scottsdale, AZ 85260
(480) 444-0020
bbull@telladf.org
braum@telladf.org
jcampble@telladf.org

**Attorneys for Proposition 8 Official Proponent Intervenor Defendants**

Edmund G. Brown, Jr.
Attorney General of California
Jonathan K. Renner
Senior Assistant Attorney General
Tamar Pachter
Deputy Attorney General
455 Golden Gate Ave, Suite 11000
San Francisco, CA 94102-7004
(415) 703-5970
Tamar.Pachter@doj.ca.gov

**Attorneys for Defendant Attorney General Edmund G. Brown Jr.**

POS Pro Hac Vice Staver – Case No. 09-CV-02292 VRW                                                                  i

| | |
|---|---|
| 1 | Richard E. Winnie |
| | County Counsel |
| 2  Elizabeth M. Cortez | Claude F. Kolm |
| 3  Assistant County Counsel | Deputy County Counsel |
|    Judy W. Whitehurst | Brian E. Washington |
| 4  Principal Deputy County Counsel | Assistant County Counsel |
|    OFFICE OF THE COUNTY COUNSEL | Lindsey G. Stern |
| 5  648 Kenneth Hahn Hall of Administration | Associate County Counsel |
|    500 W. Temple St. | OFFICE OF THE COUNTY COUNSEL |
| 6  Los Angeles, CA 90012-2713 | County of Alameda |
| 7  (213) 974-1845 | 1221 Oak St. Suite 450 |
|    jwhitehurst@counsel.lacounty.gov | Oakland, CA 94612 |
| 8 | (510)272-6700 |
| 9  **Attorneys for Defendant Dean C. Logan** | claude.kolm@acgov.org |
| 10 | **Attorneys for Defendant Patrick O'Connell** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

POS Pro Hac Vice Staver – Case No. 09-CV-02292 VRW    ii