MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER (SBN 113973)
ANDREW W. STROUD (SBN 126475)
KELCIE M. GOSLING (SBN 142225)
LANDON D. BAILEY (SBN 240236)
980 9th Street, Suite 1700
Sacramento, CA 95814-2736
Telephone: 916-553-4000
Facsimile:  916-553-4011
E-mail: kcm@mgslaw.com

Attorneys for Defendants
Arnold Schwarzenegger, in his official capacity as Governor of California, Mark B. Horton, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics, and Linette Scott, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTIN M. PERRY, et al., | Case No. 09-CV-02292 VRW |
| Plaintiffs, | **STIPULATION TO EXTEND TIME FOR THE ADMINISTRATION DEFENDANTS TO FILE AND SERVE ANSWER TO COMPLAINT IN INTERVENTION** |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Plaintiff-Intervenor, | |
| v. | |
| ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California, et al., | |
| Defendants, | |
| and | |
| PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, et al., | |
| Defendant-Intervenors. | |

Pursuant to Local Rule 6-2, Defendants Arnold Schwarzenegger, Mark B. Horton, and Linette Scott (collectively "the Administration") and Plaintiff in Intervention City and County of San Francisco (the "City'), by and through their respective counsel, hereby stipulate that the Administration may seek a two-day extension of time in which to file its answer to the City's Complaint in Intervention for Declaratory, Injunctive, or Other Relief.

The Administration's answer is currently due today, September 2, 2009. With a two-day extension, the Administration's answer will be due no later than Friday, September 4, 2009.

As required by Local Rule 6-2, the parties stipulate as follows:

1. The Administration submits that the two-extension is necessary in order for counsel to review the answer with representatives of the Administration.

2. There have been no previous time modifications in this case.

/ / /

3. Granting the requested two-day extension will not affect the schedule of this case in any manner.

Dated: September 2, 2009

MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER
KELCIE M. GOSLING

By: /s/ Kenneth C. Mennemeier
Kelcie M. Gosling
Attorneys for Defendants Arnold Schwarzenegger,
Mark B. Horton, and Linette Scott

Dated: September 2, 2009

DENNIS J. HERRERA
City Attorney
THERESE M. STEWART
Chief Deputy City Attorney

By: /s/ Therese M. Stewart
THERESE M. STEWART
Attorneys for Plaintiff-Intervenor
CITY AND COUNTY OF SAN FRANCISCO

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____

_____
VAUGHN R. WALKER
UNITED STATES DISTRICT COURT JUDGE

| | |
|---|---|
| Case Name: | *Perry, et al. v. Schwarzenegger, et al.;* |
| Case No: | US District Court, Northern District, Case No. 3:09-cv-2292 VRW |

## CERTIFICATE OF SERVICE

I declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 980 9th Street, Suite 1700, Sacramento, California 95814. On September 2, 2009, I served the within document(s):

**STIPULATION TO EXTEND TIME FOR THE ADMINISTRATION DEFENDANTS TO FILE AND SERVE ANSWER TO COMPLAINT IN INTERVENTION**

☐    by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and delivering to a Federal Express agent for delivery.

☒    by placing the document(s) listed above in a sealed envelope, with postage thereon fully prepared, in the United States mail at Sacramento, California addressed as set forth below.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on September 2, 2009, at Sacramento, California.

            /s/ Angela Knight
            Angela Knight

**SERVICE LIST**

DAVID BOIES
BOIES SCHILLER & FLEXNER LLP
333 MAIN STREET
ARMONK, NY 10504

RENA M. LINDEVALDSEN
LIBERTY COUNSEL
100 MOUNTAINVIEW RD
SUITE 2775
LYNCHBERG, VA 24502

THEANE EVANGELIS KAPUR
GIBSON DUNN & CRUTCHER LLP
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071

TOBIAS BARRINGTON WOLFF
UNIVERSITY OF PENNSYLVANIA LAW SCHOOL
3400 CHESTNUT STREET
PHILADELPHIA, PA 19104-6204