| | |
|---|---|
| 1 | MARY E. MCALISTER |
| | California Bar No. 148570 |
| 2 | RENA M. LINDEVALDSEN* |
| | LIBERTY COUNSEL |
| 3 | P.O. Box 11108 |
| | Lynchburg, VA 24506 |
| 4 | (434) 592-7000 Telephone |
| | (434) 592-7700 Facsimile |
| 5 | court@lc.org Email |
| | Attorneys for Prospective Intervenor |
| 6 | *Admitted pro hac vice |

FILED

09 AUG 26 PM 2:22

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,

　　　　Plaintiffs

v.

ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California, MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/ County Clerk for the County of Los Angeles,

　　　　Defendants.

and

PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; andPROTECTMARRIAGE.COM-YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,

　　　　Intervenor-Defendants.

**Case No.09-CV 02292 VRW**

**NOTICE OF APPEAL**

1  Notice is hereby given under Fed. R. App. P. 3 and Ninth Circuit Rule 3-3 that Campaign for
2  California Families, proposed Defendant-Intervenor in the above named case, hereby appeals to the
3  United States Court of Appeals for the Ninth Circuit from the order of the District Court denying its
   motion to intervene entered in this action on August 19, 2009.
4
5  Dated: August 24, 2009.
6
7  *[signature]*
   MARY E. McALISTER
8  California Bar No. 148570
   RENA M. LINDEVALDSEN*
9  LIBERTY COUNSEL
   P.O. Box 11108
10 Lynchburg, VA 24506
   (434) 592-7000 Telephone
11 (434) 592-7700 Facsimile
   court@lc.org Email
12 Attorneys for Prospective Intervenor
   *Admitted pro hac vice

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

VAUGHN R. WALKER
United States District Chief Judge

DATE: August 19, 2009

COURTROOM DEPUTY: Cora Klein          Court Reporter:   Belle Ball

CASE NO. C 09-2292 VRW

CASE TITLE:   KRISTIN PERRY et al v. ARNOLD SCHWARNEGGER et al

COUNSEL FOR PLAINTIFFS:                PLAINTIFF INTERVENORS:
David Boies, Theodore B Olson          Our Family Coalition:
Theodore Boutrous, Christopher Dusseault   Shannon P Minter, Christopher Stoll,
Theane Kapur, Enrique Monagas          James Esseks, Elizabeth Gill,
Jeremy Goldman, Theodore Uno           Matthew Coles, Jennifer Pizer
Matthew D McGill

PLAINTIFF INTERVENOR:
City and County of San Francisco:
Therese Stewart, Christine Van Aken
Erin Bernstein, Dennis Herrera

DEFENDANTS:
Arnold Schwarzenegger, Mark Horton, Linette Scott:
Kenneth C Mennemeier

Edmund G Brown- Attorney General of California:
Gordon Burns, Tamar Pachter

Patrick O'Connell - Clerk Recorder for County of Alameda:
Claude Kolm, Lindsey Stern

Dean C Logan - Registrar Recorder/County Clerk for the County of Los Angeles:
Judy Whitehurst

INTERVENOR DEFENDANTS:
 Prop 8 Official Proponents and protectmarriage.com:
Charles J Cooper
David H Thompson
Campaign For California Families:
Rena Lindevaldsen

**PROCEEDINGS and RESULTS:**

The Court heard argument from counsels and ruled as follows:

1. Motion to intervene as party plaintiffs filed by the Our Family coalition, Doc #79 - denied.
2. Motion for intervention as intervenor-defendant filed by Campaign for California Families, Doc # 91 - denied.
3. Motion to intervene filed by City and County of San Francisco, Doc #109 - granted in part to allow San Francisco to present issue of alleged effect on governmental interests.
4. Trial setting and scheduling as follows:
    a. Designation of witnesses presenting evidence under FRE 702, 703 or 705 and production of written reports pursuant to FRCP 26(a)(2)(B): October 2, 2009;
    b. Dispositive motions to be served and filed so as to be heard on October 14, 2009 at 10 AM;
    c. Completion of all discovery, except for evidence intended solely to contradict or rebut evidence on the same subject matter identified by another party under FRCP 26(a)(2)(B): November 30, 2009;
    d. Completion of discovery on the same subject matter identified by another party under FRCP 26(a)(2)(B): December 31, 2009; see FRCP 26(a)(2)(C)(ii);
    e. Pretrial conference: December 16, 2009 at 10 AM;
    f. Trial: January 11, 2010 at 8:30 AM.
5. With respect to any disputes regarding discovery, counsel are directed to comply with Civ LR 37-1(b) and the court's standing order 1.5.
6. In the absence of the assigned judge, counsel are directed to bring any discovery disputes before Magistrate Judge Joseph C Spero.