MARY E. MCALISTER
California Bar No. 148570
RENA M. LINDEVALDSEN*
LIBERTY COUNSEL
P.O. Box 11108
Lynchburg, VA 24506
(434) 592-7000 Telephone
(434) 592-7700 Facsimile
court@lc.org Email
Attorneys for Prospective Intervenor
*Admitted pro hac vice

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,

        Plaintiffs

v.

ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California, MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/ County Clerk for the County of Los Angeles,

        Defendants.

and

PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; andPROTECTMARRIAGE.COM-YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,

        Intervenor-Defendants.

**Case No.09-CV 02292 VRW**

**APPELLANT'S 9TH CIR. RULE 3-2(b) REPRESENTATION STATEMENT**

1

2  Theodore B. Olson
   Matthew C. McGill
3  Amir C. Tayranit                          Charles J. Cooper
   GIBSON, DUNN & CRUTCHER, LLP              David H. Thompson
4  1050 Connecticut Avenue, NW               Howard C. Nielson, Jr.
   Washington, D.C. 20036                    Peter A. Patterson
5  (202) 955-8668                            1523 New Hampshire Ave., N.W.,
   FAX (202) 467-0539                        Washington, D.C. 20036
6  tolson@gibsondunn.com                     (202) 220-9600
                                             FAX (202) 220-9601
7  Theodore J. Boutrous, Jr.                 ccooper@cooperkirk.com
   Christopher D. Dusseault
8  Ethan D. Dettmer                          Timothy Chandler
   Theane Evangelis Kapur                    ALLIANCE DEFENSE FUND
9  Enrique A. Monagas                        101 Parkshore Dr, Suite 100
   GIBSON, DUNN & CRUTCHER, LLP              Folsom, CA 95630
10 333 S. Grand Avenue                       (916) 932-2850
   Los Angeles, CA 90071                     FAX (916) 932-2851
11 (213) 229-7804                            tchandler@telladf.org
   FAX (213) 229-7520
12 tboutrous@gibsondunn.com                  Andrew P. Pugno
                                             LAW OFFICES OF ANDREW P. PUGNO
13 David Boies                               101 Parkshore Dr, Suite 100
   Theodore H. Uno                           Folsom, CA 95630
14 BOIES, SCHILLER & FLEXNER, LLP            (916) 608-3065
   333 Main St                               FAX (916) 608-3066
15 Armonk, NY 10504                          andrew@pugnolaw.com
   (914) 749-8200
16 FAX (914) 749-8300                        Benjamin W. Bull
   dboies@bsfllp.com                         Brian W. Raum
                                             James A. Campbell
17 **Attorneys for Plaintiffs**              ALLIANCE DEFENSE FUND
                                             15100 N. 90th St.
18                                           Scottsdale, AZ 85260
   Kenneth C. Mennemeier                     (480) 444-0020
19 Kelcie M. Gosling                         FAX (480) 444-0028
   Landon D. Bailey
20 MENNEMEIER, GLASSMAN & STROUD,            Jordan W. Lorence
   LLP                                       Austin R. Nimocks
21 980 9TH St, Suite 1700                    ALLIANCE DEFENSE FUND
   Sacramento, CA 95814-2736                 801 G Street N.W., Suite 509
22 (916) 553-4000                            Washington, D.C. 20001
   FAX (916) 553-4011                        (202) 637-4610
23 kcm@mgslaw.com                            FAX (202) 347-3622
   **Attorneys for Administration Defendants**
24                                           **Attorneys for Proposition 8 Official Proponent**
                                             **Intervenor Defendants**
25

26

27

28

1  Elizabeth M. Cortez
   Assistant County Counsel
2  Judy W. Whitehurst
   Principal Deputy County Counsel
3  OFFICE OF THE COUNTY COUNSEL
   648 Kenneth Hahn Hall of Administration
4  500 W. Temple St.
   Los Angeles, CA 90012-2713
5  (213) 974-1845
   FAX (213) 617-7182
6
   jwhitehurst@counsel.lacounty.gov
7  **Attorneys for Defendant Dean C. Logan**

8
   Edmund G. Brown, Jr.
9  Attorney General of California
   Jonathan K. Renner
10 Senior Assistant Attorney General
   Tamar Pachter
11 Deputy Attorney General
   455 Golden Gate Ave, Suite 11000
12 San Francisco, CA 94102-7004
   (415) 703-5970
13 FAX (415) 703-1234
   Tamar.Pachter@doj.ca.gov

14
   **Attorneys for Defendant Attorney General**
15 **Edmund G. Brown Jr.**

16 Richard E. Winnie
   County Counsel
17 Claude F. Kolm
   Deputy County Counsel
18 Brian E. Washington
   Assistant County Counsel
19 Lindsey G. Stern
   Associate County Counsel
20 OFFICE OF THE COUNTY COUNSEL
   County of Alameda
21 1221 Oak St. Suite 450
   Oakland , CA 94612
22 (510)272-6700
   FAX (510) 272-5020
23 claude.kolm@acgov.org

24 **Attorneys for Defendant Patrick O'Connell**

25

26

27

28

Dennis J. Herrera
City Attorney
Therese Stewart
Chief Deputy City Attorney
Danny Chou
Chief of Complex and Special Litigation
Vince Chhabria
Erin Bernstein
Christine Van Aken
Mollie M. Lee
Deputy City Attorneys
City and County of San Francisco
Office of the City Attorney
1 Dr. Carlton B. Goodlett Place
Room 234
San Francisco, CA 94102-4682
(415) 554-4708
FAX (415) 554-4699
therese.stewart@sf.gov.org

**Attorneys for Intervenor- Plaintiff City and County of San Francisco**