# Exhibit B

## **Exhibit B – California Laws**

- With the exception of the denomination "marriage," under California law "same-sex couples retain the same substantive protections embodied in the state constitutional rights of privacy and due process as those accorded to opposite-sex couples and the same broad protections under the state equal protection clause that are set forth in the majority opinion in the *Marriage Cases*." *Strauss v. Horton*, 46 Cal. 4th 364, 412 (Cal. 2009).

- California's political branches passed the state's first domestic partnership statute in 1999, and expanded domestic partnerships' rights and benefits in 2001, 2002, 2003, 2004, 2005, 2006, and 2007. *See* 2007 Cal. Stat. 567; 2006 Cal. Stat. 802; 2005 Cal. Stat. 416; 2004 Cal. Stat. 488; 2003 Cal. Stat. 421; 2002 Cal. Stat. 447; 2001 Cal. Stat. 893; 1999 Cal. Stat. 588.

- The California Registered Domestic Partner Rights and Responsibilities Act of 2003 gives to domestic partners "the full range of legal rights, protections and benefits, as well as all of the responsibilities, obligations, and duties to each other, to their children, to third parties and to the state, as the laws of California extend to and impose upon spouses." 2003 Cal. Stat. 421, § 15; *see also* CAL. FAM. CODE § 297.5.

- California puts domestic partners on an equal footing with married spouses with respect to inheritance and intestacy. CAL. FAM. CODE § 297.5(c).

- California puts domestic partners on an equal footing with married spouses with respect to property. CAL FAM. CODE § 297.5(k)(1).

- California puts domestic partners on an equal footing with married spouses with respect to insurance coverage. CAL. INS. CODE § 381.5.

- California puts domestic partners on an equal footing with married spouses with respect to state tax treatment. CAL. REV. & TAX. CODE §§ 17024.5(h)(2)(B), 18521(d).

- California prohibits discrimination on the basis of sexual orientation in businesses' provision of services. CAL. CIV. CODE § 51(b), 51.5.

- California protects individuals against violence and intimidation by threat of violence based on sexual orientation. *Id.* § 51.7.

- California prohibits discrimination on the basis of sexual orientation in the peremptory challenges of jurors. CAL. CIV. PROC. CODE § 231.5.

- California prohibits prohibiting discrimination on the basis of sexual orientation in public education. CAL. EDUC. CODE § 200.

- California prohibits discrimination on the basis of sexual orientation in state-funded educational programs. *Id.* § 220; CAL. WELF. & INST. CODE § 14504.1(c).

- California prohibits schools from teaching anything that could "promote a discriminatory bias" based on sexual orientation. CAL. EDUC. CODE § 51500.

- California prohibits discrimination on the basis of sexual orientation in secondary education. *Id.* § 66251.

- California prohibits discrimination on the basis of sexual orientation in post-secondary education. *Id.* § 66270.

- California prohibits discrimination on the basis of sexual orientation in state-funded programs and activities. CAL. GOV'T CODE § 11135(a).

- California prohibits discrimination on the basis of sexual orientation in employment. *Id.* §§ 12920, 12921, 12940.

- California prohibits discrimination on the basis of sexual orientation in housing. *Id.* §§ 12921, 12955, 12955.8.

- California prohibits discrimination on the basis of sexual orientation in labor organizations. *Id.* § 12940(b).

- California prohibits discrimination on the basis of sexual orientation in apprenticeships. *Id.* § 12940(c).

- California prohibits discrimination on the basis of sexual orientation in licensing boards. *Id.* § 12944.

- California prohibits discrimination on the basis of sexual orientation in civil service. *Id.* § 18500(c)(5).

- California prohibits discrimination on the basis of sexual orientation in health insurance. CAL. HEALTH & SAFETY CODE § 1365.5.

- California prohibits discrimination on the basis of sexual orientation in adult day health care centers. *Id.* § 1586.7.

- California prohibits discrimination on the basis of sexual orientation in community redevelopment projects. *Id.* § 33050(a).

- California prohibits discrimination on the basis of sexual orientation in court-ordered HIV-status disclosure of criminal defendants. *Id.* § 120292(a)(1).

- California prohibits discrimination on the basis of sexual orientation in sexual health education programs. *Id.* § 151002(a)(6).

- California prohibits discrimination on the basis of sexual orientation in insurance. CAL. INS. CODE §§ 10140(a), (e), 10141.

- California prohibits discrimination on the basis of sexual orientation in children's public health insurance. *Id.* § 12693.28.

- California prohibits discrimination on the basis of sexual orientation in health care organizations. CAL. LAB. CODE § 4600.6(g)(3).

- California prohibits discrimination on the basis of sexual orientation in public contractors. CAL. PUB. CONT. CODE § 6108(g)(9).

- California prohibits discrimination on the basis of sexual orientation in juvenile detention. CAL. WELF. & INST. CODE § 224.73.

- California prohibits discrimination on the basis of sexual orientation in access to elder services. *Id.* § 9103.1(a), (c), (d).

- California has acted to combat bias on the basis of sexual orientation in public schools. CAL. EDUC. CODE § 32228(b).

- California schools are required to provide sexual orientation-sensitive sex education materials. *Id.* § 51933(b)(4).

- California protects the right to privacy in sexual orientation for teachers. *Id.* § 49091.24.

- California domestic abuse evaluators' required training includes instruction regarding the relationship of sexual orientation to domestic violence. CAL. FAM. CODE § 1816(d)(5)(B).

- California's Commission on Disability Access facilitates communication on sexual orientation in disability communities. CAL. GOV'T CODE § 8299.01(b)(2)(F).

- California issues publications to minimize housing discrimination on the basis of sexual orientation. *Id.* § 12930(i).

- California provides assistance in resolving disputes relating to discrimination on the basis of sexual orientation. *Id.* § 12931.

- California funds advisory and conciliation councils to study sexual orientation discrimination generally and in housing and employment. *Id.* § 12935(g).

- California local commissions on human relations are charged with studying and resolving discrimination and prejudice on the basis of sexual orientation. *Id.* §§ 50264(c), 50265(a).

- California requires certain medical personnel to receive training in preventing sexual orientation discrimination. CAL. HEALTH & SAFETY CODE § 1257.5.

- California foster parents and group home and foster family agency licensing personnel have access to training addressing sexual orientation discrimination. *Id.* §§ 1522.41(c)(1)(H), 1563(c)(5), CAL. WELF. & INST. CODE § 16003(a)(1).

- California law enforcement personnel receive training related to crimes committed on the basis of the sexual orientation of the victim, CAL. PENAL CODE § 13519.6.

- California law enforcement personnel receive training about sensitivity to sexual orientation. *Id.* § 13519.4.

- California recognizes the right of children in juvenile detention facilities to be free from sexual orientation discrimination. CAL. WELF. & INST. CODE § 224.71(i).

- California punishes hate crimes committed on the basis of sexual orientation. CAL. PENAL CODE §§ 422.55(a)(6), 422.6, 422.7, 422.75, 422.85, 422.865, 3053.4, CAL. EDUC. CODE §§ 66301(e), 67380, 94367(f), CAL. WELF. & INST. CODE § 707(d)(2)(C)(iii).

- California prohibits harmful insurance premium adjustment following hate crime-related claims. CAL. INS. CODE § 676.10.

- California recognizes the right of persons of any sexual orientation to be free from fear and harm by gangs. CAL. PENAL CODE §§ 186.21, 11410.

- California jury instructions prohibit bias on the basis of sexual orientation. *Id.* § 1127h.