COOPER AND KIRK, PLLC
Charles J. Cooper (DC Bar No. 248070)*
*ccooper@cooperkirk.com*
David H. Thompson (DC Bar No. 450503)*
*dthompson@cooperkirk.com*
Howard C. Nielson, Jr. (DC Bar No. 473018)*
*hnielson@cooperkirk.com*
Peter A. Patterson (Ohio Bar No. 0080840)*
*ppatterson@cooperkirk.com*
1523 New Hampshire Ave. N.W., Washington, D.C. 20036
Telephone: (202) 220-9600, Facsimile: (202) 220-9601

LAW OFFICES OF ANDREW P. PUGNO
Andrew P. Pugno (CA Bar No. 206587)
*andrew@pugnolaw.com*
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 608-3065, Facsimile: (916) 608-3066

ALLIANCE DEFENSE FUND
Brian W. Raum (NY Bar No. 2856102)*
*braum@telladf.org*
James A. Campbell (OH Bar No. 0081501)*
*jcampbell@telladf.org*
15100 North 90th Street, Scottsdale, Arizona 85260
Telephone: (480) 444-0020, Facsimile: (480) 444-0028

ATTORNEYS FOR DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, MARK A. JANSSON, and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL

* Admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic | CASE NO. 09-CV-2292 VRW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT-INTERVENORS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  October 14, 2009<br>Time:  10:00 a.m.<br>Judge:  Chief Judge Vaughn R. Walker<br>Location: Courtroom 6, 17th Floor |

| | |
|---|---|
| 1 | Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants, |
| 6 | and |
| 7 | PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL, |
| 8 | |
| 9 | |
| 10 | |
| 11 | Defendant-Intervenors. |
| 12 | |
| 13 | Additional Counsel for Defendant-Intervenors |
| 14 | |
| 15 | ALLIANCE DEFENSE FUND<br>Timothy Chandler (CA Bar No. 234325)<br>*tchandler@telladf.org* |
| 16 | 101 Parkshore Drive, Suite 100, Folsom, California 95630<br>Telephone: (916) 932-2850, Facsimile: (916) 932-2851 |
| 17 | |
| 18 | Jordan W. Lorence (DC Bar No. 385022)*<br>*jlorence@telladf.org*<br>Austin R. Nimocks (TX Bar No. 24002695)* |
| 19 | *animocks@telladf.org*<br>801 G Street NW, Suite 509, Washington, D.C. 20001 |
| 20 | Telephone: (202) 393-8690, Facsimile: (202) 347-3622 |
| 21 | * Admitted *pro hac vice* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Defendant-Intervenors have demonstrated there are no genuine issues of material fact that must be resolved at trial and that they are entitled to judgment as a matter of law.  Therefore, the Court finds that Defendant-Intervenors' Motion for Summary Judgment is **GRANTED**.

**THE COURT THEREFORE ENTERS SUMMARY JUDGMENT** in favor of Defendant-Intervenors on all of Plaintiffs' and Plaintiff-Intervenor's claims.

Dated the _____ of _____, 2009          _____

                                                                   Chief Judge Vaughn R. Walker