# GIBSON, DUNN & CRUTCHER LLP

LAWYERS
A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

1050 Connecticut Avenue, N.W. Washington, D.C. 20036-5306
(202) 955-8500
www.gibsondunn.com

MMcGill@gibsondunn.com

August 31, 2009

| Direct Dial | Client No. |
|---|---|
| (202) 887-3680 | T 36330-00001 |
| Fax No. | |
| (202) 530-9662 | |

VIA ELECTRONIC MAIL AND FIRST CLASS MAIL

Nicole J. Moss, Esq.
Cooper & Kirk, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036

Re:   *Perry, et al. v. Schwarzenegger, et al.,*
       *U.S.D.C., N.D. Cal. C--9-2292-VRW*

Dear Nicole:

   Thank you for your correspondence of August 27, 2009. I am writing to confirm that Plaintiffs' First Set of Requests for Production does not seek internal communications among and between your clients regarding Proposition 8 and the related political campaign, except to the extent that you deem such communications responsive to Requests Nos. 9, 10, 13, 14, or 15. We reserve the right to make additional requests for production of your clients' internal communications in the future.

   Contrary to your letter, however, to the extent communications between your clients "and their agents, contractors, attorneys, donors, or others" are responsive to Plaintiffs' First Set of Requests for Production and not otherwise subject to the attorney-client, work product, or other recognized legal privilege, we do expect that they will be produced in response to these requests. Consistent with the instructions in the document requests, we expect that all versions of such communications, including those not actually distributed publicly, will be produced.

   I would be happy to discuss these matters with you at your convenience.

Very truly yours,

Matthew D. McGill

LOS ANGELES   NEW YORK   WASHINGTON, D.C.   SAN FRANCISCO   PALO ALTO   LONDON
PARIS   MUNICH   BRUSSELS   DUBAI   SINGAPORE   ORANGE COUNTY   CENTURY CITY   DALLAS   DENVER

**GIBSON, DUNN & CRUTCHER LLP**

Nicole J. Moss, Esq.
August 31, 2009
Page 2


cc:     Charles J. Cooper
        David H. Thompson
        Christopher Dusseault
        Ethan D. Dettmer