GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson, SBN 38137
*tolson@gibsondunn.com*
Matthew D. McGill, *pro hac vice*
Amir C. Tayrani, SBN 229609
1050 Connecticut Avenue, N.W., Washington, D.C. 20036
Telephone: (202) 955-8668, Facsimile: (202) 467-0539

Theodore J. Boutrous, Jr., SBN 132009
*tboutrous@gibsondunn.com*
Christopher D. Dusseault, SBN 177557
Ethan D. Dettmer, SBN 196046
Sarah E. Piepmeier, SBN 227094
Theane Evangelis Kapur, SBN 243570
Enrique A. Monagas, SBN 239087
333 S. Grand Avenue, Los Angeles, California 90071
Telephone: (213) 229-7804, Facsimile: (213) 229-7520

BOIES, SCHILLER & FLEXNER LLP
David Boies, *pro hac vice*
*dboies@bsfllp.com*
Theodore H. Uno, SBN 248603
333 Main Street, Armonk, New York 10504
Telephone: (914) 749-8200, Facsimile: (914) 749-8300

Attorneys for Plaintiffs KRISTIN M. PERRY, SANDRA B. STIER,
PAUL T. KATAMI, and JEFFREY J. ZARRILLO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>    Defendants. | CASE NO. 09-CV-2292 VRW<br><br>**DECLARATION OF MATTHEW D. MCGILL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT-INTERVENORS' MOTION FOR ADMINISTRATIVE LEAVE TO EXCEED PAGE LIMITATIONS** |

I, Matthew D. McGill, declare as follows:

1. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys of record for Plaintiffs Kristin M. Perry, Sandra B. Stier, Paul T. Katami, and Jeffrey J. Zarrillo ("Plaintiffs") in this action. I make this declaration in support of Plaintiffs' Opposition to Defendant-Intervenors Motion for Administrative Leave to Exceed Page Limitations. Doc #172. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify hereto.

2. On September 9, 2009, counsel for Defendant-Intervenors first contacted me to request our consent to the filing a 100 page motion for summary judgment. We declined the request, but offered to discuss and negotiate a reasonable page increase. Defendant-Intervenors declined to discuss or negotiate a page limit of less than 100 pages.

3. Later in the day on September 9, 2009, I spoke again with Defendant-Intervenors' counsel. They informed me that they intended to file a motion for leave to exceed the page limitation and would be filing their 100 page motion for summary judgment with that filing. I offered Defendant-Intervenors additional time to file a summary judgment motion that conformed to the local rules, provided that the hearing date and reply brief filing date remained the same, that Plaintiffs be given extra days to oppose the motion, and that those extra days be deducted from Defendant-Intervenors' time to reply. Defendant-Intervenors declined the offer and reaffirmed their intention to file a 100 page dispositive motion.

I declare, under penalty of perjury under the laws of the United States, that these facts are true and correct and that this Declaration is executed this 10th day of September 2009 at Washington, DC.

_____
Matthew D. McGill