**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KRISTIN M PERRY, SANDRA B STIER, PAUL T KATAMI and JEFFREY J ZARRILLO,** | No  C 09-2292 VRW |
| Plaintiffs, | ORDER |
| **CITY AND COUNTY OF SAN FRANCISCO,** | |
| Plaintiff-Intervenor, | |
| v | |
| **ARNORLD SCHWARZENEGGER, in his official capacity as governor of California; EDMUND G BROWN JR, in his official capacity as attorney general of California; MARK B HORTON, in his official capacity as director of the California Department of Public Health and state registrar of vital statistics; LINETTE SCOTT, in her official capacity as deputy director of health information & strategic planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as clerk-recorder of the County of Alameda; and DEAN C LOGAN, in his official capacity as registrar-recorder/county clerk for the County of Los Angeles,** | |
| Defendants, | |
| **DENNIS HOLLINGSWORTH, GAIL J KNIGHT, MARTIN F GUTIERREZ, HAKSHING WILLIAM TAM and MARK A JANSSON, as official proponents of Proposition 8,** | |
| Defendant-Intervenors. | |

For purposes of clarification, the court orders as follows:

(1) All dates in the minute order issued on August 19, 2009, Doc #160, control. Contrary dates in the pretrial order issued on August 24, 2009, Doc #164, should be disregarded;

(2) All discovery on the same subject matter identified by another party under FRCP 26(a)(2)(C)(ii), including production of written reports pursuant to FRCP 26(a)(2)(B), shall be completed not later than December 31, 2009;

(3) The parties are relieved of any alternative dispute resolution (ADR) obligation.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge