DENNIS J. HERRERA, State Bar #139669
City Attorney
THERESE M. STEWART, State Bar #104930
Chief Deputy City Attorney
DANNY CHOU, State Bar #180240
Chief of Complex and Special Litigation
RONALD P. FLYNN, State Bar #184186
VINCE CHHABRIA, State Bar #208557
ERIN BERNSTEIN, State Bar #231539
CHRISTINE VAN AKEN, State Bar #241755
MOLLIE M. LEE, State Bar #251404
Deputy City Attorneys
City Hall, Room 234
One Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4708
Facsimile:     (415) 554-4699

Attorneys for Plaintiff-Intervenor
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>　　　　Defendants, | Case No. 09-CV-2292 VRW<br><br>**CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO DEFENDANT-INTERVENORS' MOTION FOR ADMINISTRATIVE LEAVE TO EXCEED PAGE LIMITATIONS**<br><br>Trial Date:     Jan. 11, 2009 |

and

PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,

   Defendant-Intervenors.

CITY AND COUNTY OF SAN FRANCISCO,

   Plaintiff-Intervenor

   vs.

ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; and LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health,

   Defendants.

   Plaintiff-Intervenor the City and County of San Francisco joins in the opposition of Plaintiffs Perry et al. to the Motion of the Yes On 8 Defendant-Intervenors for leave to file a 98-page brief in support of a motion for summary judgment. The City agrees with the Perry Plaintiffs that such a brief is excessive even in light of the importance of the issues in this case, and further that the Defendant-Intervenors failed to follow the Court's Local Rules in dealing with this matter. Counsel for the City offered to stipulate to a more modest extension of the page limit and to a brief extension of time in order for Defendant-Intervenors to reduce the size of their brief accordingly, but Defendant-Intervenors was not interested in that offer. See Declaration of Therese M. Stewart filed herewith. For these reasons, the City respectfully requests that the Court deny Defendant-Intervenors' Motion to file the brief submitted, and hold that the motion is untimely or, in the alternative, require them to file

a motion that meets the Court's page limit requirements by the close of business on Monday, September 14 and extend Plaintiffs' time for filing opposition by three court days.

Dated:  September 10, 2009

DENNIS J. HERRERA
City Attorney
THERESE M. STEWART
Chief Deputy City Attorney
DANNY CHOU
CHIEF OF COMPLEX & SPECIAL LITIGATION
RONALD P. FLYNN
VINCE CHHABRIA
ERIN BERNSTEIN
CHRISTINE VAN AKEN
MOLLIE M. LEE
Deputy City Attorneys

By: _____/s/_____
     THERESE M. STEWART

Attorneys for Plaintiff-Intervenor
CITY AND COUNTY OF SAN FRANCISCO

1  Pursuant to General Order 45, § X(B), I hereby attest that the concurrence in the filing of
2  this document has been obtained from single signatory, Therese M. Stewart.

Dated: September 10, 2009

By: _____/s/_____
    RONALD P. FLYNN

    Attorneys for Plaintiff-Intervenor
    CITY AND COUNTY OF SAN FRANCISCO

CCSF Opp to Motion re Excess Pages         3
CASE NO. 09-CV-2292 VRW