United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M PERRY, SANDRA B STIER, PAUL T KATAMI and JEFFREY J ZARRILLO, <br><br> Plaintiffs, <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Plaintiff-Intervenor, <br><br> v <br><br> ARNORLD SCHWARZENEGGER, in his official capacity as governor of California; EDMUND G BROWN JR, in his official capacity as attorney general of California; MARK B HORTON, in his official capacity as director of the California Department of Public Health and state registrar of vital statistics; LINETTE SCOTT, in her official capacity as deputy director of health information & strategic planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as clerk-recorder of the County of Alameda; and DEAN C LOGAN, in his official capacity as registrar-recorder/county clerk for the County of Los Angeles, <br><br> Defendants, <br><br> DENNIS HOLLINGSWORTH, GAIL J KNIGHT, MARTIN F GUTIERREZ, HAKSHING WILLIAM TAM and MARK A JANSSON, as official proponents of Proposition 8, <br><br> Defendant-Intervenors. <br> _____/ | No   C 09-2292 VRW <br><br> ORDER |

Defendant-intervenors, the proponents of Proposition 8 ("proponents"), seek leave to file a motion for a protective order. Doc #175. Plaintiffs and plaintiff-intervenor City and County of San Francisco have indicated their intent to oppose proponents' motion. Doc ##181, 182. To resolve the dispute expeditiously, the court orders as follows:

Proponents shall file their motion for a protective order not later than September 15, 2009. Plaintiffs and plaintiff-intervenor shall file their opposition not later than September 18, 2009. Proponents shall file their reply not later than September 22, 2009. The initial motion and opposition shall not exceed fifteen pages; the reply shall not exceed ten pages.

The court will hold a hearing the matter on September 25, 2009 at 10 AM.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

**2**