# Exhibit K

COOPER AND KIRK, PLLC
Charles J. Cooper (DC Bar No. 248070)*
*ccooper@cooperkirk.com*
David H. Thompson (DC Bar No. 450503)*
*dthompson@cooperkirk.com*
Howard C. Nielson, Jr. (DC Bar No. 473018)*
*hnielson@cooperkirk.com*
Nicole J. Moss
*nmoss@cooperkirk.com* (DC Bar No. 472424)
Jesse Panuccio
*jpanuccio@cooperkirk.com* (DC Bar No. 981634)
Peter A. Patterson (Ohio Bar No. 0080840)*
*ppatterson@cooperkirk.com*
1523 New Hampshire Ave. N.W., Washington, D.C. 20036
Telephone: (202) 220-9600, Facsimile: (202) 220-9601

LAW OFFICES OF ANDREW P. PUGNO
Andrew P. Pugno (CA Bar No. 206587)
*andrew@pugnolaw.com*
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 608-3065, Facsimile: (916) 608-3066

ALLIANCE DEFENSE FUND
Brian W. Raum (NY Bar No. 2856102)*
*braum@telladf.org*
James A. Campbell (OH Bar No. 0081501)*
*jcampbell@telladf.org*
15100 North 90th Street, Scottsdale, Arizona 85260
Telephone: (480) 444-0020, Facsimile: (480) 444-0028

ATTORNEYS FOR DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH,
GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM,
MARK A. JANSSON, and PROTECTMARRIAGE.COM – YES ON 8, A
PROJECT OF CALIFORNIA RENEWAL

* Admitted *pro hac vice*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Direc- | CASE NO. 09-CV-2292 VRW<br><br>**DECLARATION OF NICOLE MOSS IN SUPPORT OF DEFENDANT-INTERVENORS' MOTION FOR A PROTECTIVE ORDER**<br><br>Date:  September 25, 2009<br>Time:  10:00 a.m.<br>Judge:  Chief Judge Vaughn R. Walker<br>Location:  Courtroom 6, 17th Floor |

1   tor of the California Department of Public
2   Health and State Registrar of Vital Statistics;
    LINETTE SCOTT, in her official capacity as
3   Deputy Director of Health Information & Stra-
    tegic Planning for the California Department of
4   Public Health; PATRICK O'CONNELL, in his
    official capacity as Clerk-Recorder for the
5   County of Alameda; and DEAN C. LOGAN, in
    his official capacity as Registrar-
6   Recorder/County Clerk for
    the County of Los Angeles,
7

8                        Defendants,

9   and

10  PROPOSITION 8 OFFICIAL PROPONENTS
    DENNIS HOLLINGSWORTH, GAIL J.
11  KNIGHT, MARTIN F. GUTIERREZ, HAK-
    SHING WILLIAM TAM, and MARK A.
12  JANSSON; and PROTECTMARRIAGE.COM
    – YES ON 8, A PROJECT OF CALIFORNIA
13  RENEWAL,

14                 Defendant-Intervenors.

15

16      Additional Counsel for Defendant-Intervenors

17

18  ALLIANCE DEFENSE FUND
    Timothy Chandler (CA Bar No. 234325)
    *tchandler@telladf.org*
19  101 Parkshore Drive, Suite 100, Folsom, California 95630
    Telephone: (916) 932-2850, Facsimile: (916) 932-2851
20
    Jordan W. Lorence (DC Bar No. 385022)*
21  *jlorence@telladf.org*
    Austin R. Nimocks (TX Bar No. 24002695)*
22  *animocks@telladf.org*
    801 G Street NW, Suite 509, Washington, D.C. 20001
23  Telephone: (202) 393-8690, Facsimile: (202) 347-3622

24  * Admitted *pro hac vice*

25

26

27

28

DECLARATION OF NICOLE J. MOSS IN SUPPORT OF DEFENDANT-INTERVENORS' MOTION FOR A PROTECTIVE ORDER
CASE NO. 09-CV-2292 VRW

I, Nicole J. Moss, make the following declaration pursuant to 28 U.S.C. § 1746:

1.  I am a resident of the state of North Carolina over 18 years of age, and my statements herein are based on personal knowledge.

2.  This declaration is made in support of Defendant-Intervenors' Motion for a Protective Order.

3.  The articles listed below and attached hereto as Exhibit K-1 through K-71 are true and correct copies of articles that I or my staff have accessed online since September 12, 2009, each of which documents one or more incidents relating to people who supported Proposition 8:

**Discussing Negative Effects of Public Disclosure**

Exhibit K-1:   John R. Lott, Jr. and Bradley Smith (Opinion), *Donor Disclosure Has Its Downsides: Supporters of California's Prop 8 have faced a backlash*, Wall Street Journal, Dec. 26, 2008, *available at* http://online.wsj.com/article/SB123025779370234773.html (last visited Sept. 14, 2009).

Exhibit K-2:   Steve Lopez (Opinion), *Readers Have Choice Words (Pro and Con) on Prop. 8*, L.A. Times, Dec. 17, 2008, *available at* http://articles.latimes.com/2008/dec/17/local/me-lopez17 (last visited Sept. 14, 2009).

**Death Threats, Physical Violence, and Threats of Physical Violence**

Exhibit K-3:   *Proposition 8 Death Threats*, CBS Fresno, Oct. 31, 2008, *available at* http://www.cbs47.tv/mostpopular/story/Proposition-8-Death-` Threats/iQyK1E0C30aNjdD0tVyMJA.cspx (last visited Sept. 14, 2009)

Exhibit K-4:   Amanda Perez, *Prop 8 Death Threats*, ABC Fresno, Oct. 31, 2008, *available at* http://abclocal.go.com/kfsn/story?section=news/local&id=6479861&pt=print (last visited Sept. 14, 2009).

Exhibit K-5:   John-Thomas Kobos, *Proposition 8 Email Threats*, ABC Fresno, Nov. 7, 2008, *available at* http://abclocal.go.com/kfsn/story?section=news/local&id=6494921&rss=rss-kfsn-article-6494921 (last visited Sept. 14, 2009).

1

Exhibit K-6: Colleen Raezler, *O'Reilly Alone Reports Gay Attack on Christians*, Culture and Media Institute, Nov. 19, 2008, *available at* http://www.cultureandmediainstitute.org/printer/2008/20081119181938.aspx (last visited Sept. 14, 2009).

Exhibit K-7: *Anger Over Prop. 8 Erupts in San Francisco*, KTVU Oakland, Nov. 14, 2008, *available at* http://www.ktvu.com/print/17986914/detail.html (last visited Sept. 14, 2009).

Exhibit K-8: David Markland, *Prop 8 Supporter Attacked While Distributing Signs*, NBC San Diego, Oct. 22, 2008, *available at* http://www.nbcsandiego.com/news/elections/local/Prop_8_supporter_attacked_while_distributing_signs_DGO.html (last visited Sept. 14, 2009).

Exhibit K-9: Ben Winslow, *Powder Scares at 2 LDS Temples, Catholic Plant*, Deseret News, Nov. 14, 2008, *available at* http://deseretnews.com/article/content/mobile/1,5620,705262822,00.html?printView=true (last visited Sept. 14, 2009).

Exhibit K-10: John Cadiz Klemack, Patrick Healy, and Jon Lloyd, *Prop 8 Protestors March Into Nigh Protests Continue Into Second Day*, NBC Los Angeles, Nov. 7, 2008, *available at* http://www.nbclosangeles.com/news/local/Protestors_Signal_Battle_over_Same_Sex_Marriage_Not_Over.html (last visited Sept. 14, 2009).

Exhibit K-11: Jennifer Garza, *Protests Over Proposition 8 Outcome Getting Personal*, Deseret News, Nov. 13, 2008, *available at* http://deseretnews.com/article/content/mobile/1,5620,705262671,00.html (last visited Sept. 14, 2009).

Exhibit K-12: Adrienne S. Gaines, *Radical Gay Activists Seek to Intimidate Christians*, Charisma Magazine, Nov. 19, 2008, *available at* http://charismamag.com/index.php/news/19444 (last visited Sept. 14, 2009)

Exhibit K-13: http://broadwayworld.com/board/readmessage.cfm?boardid=2&thread=983640 (last visited Sept. 14, 2009)

Exhibit K-14: Krista Gesaman, *Threats, Legal Action in Washington's Gay-Marriage Debate*, Newsweek, Sept. 8, 2009, *available at* http://blog.newsweek.com/blogs/thegaggle/archive/2009/09/08/threats-legal-action-in-washingtons-gay-marriage-debate.aspx (last visited September 15, 2009).

Exhibit K-15: Brad Stone, *Discl19ure, Magnified On the Web*, N.Y. Times, February 8, 2009, at BU.

Exhibit K-16:  Colleen Carroll Campbell, *Attacks on Miss California reveal intolerance of gay-rights activists Point of Biew: Beauty queen is latest target of a campaign to silence critics of same-sex marriage*, St. Louis Post-Dispatch, April 30, 2009, at A17.

Exhibit K-17:  Maria Armental, *Same-sex marriage protesters assaulted with food*, Projo 7 to 7 News        Blog, July 29, 2009, *available at* http://newsblog.projo.com/2009/07/working-32.html (last visited Sept. 15, 2009).

Exhibit K-18:  Maureen Mullarkey, *The New Blacklist*, The Weekly Standard, Mar. 16, 2009, Vol. 14 No. 25.

Exhibit K-19:  Brad Stone, *Disclosure, Magnified On the Web*, N.Y. Times, Feb. 8, 2009, at BU.

**Vandalism**

Exhibit K-20::  Chelsea Phua, *Mormon Church in Orangevale Vandalized in Wake of Prop. 8 Vote*, Sacramento Bee, Nov. 9, 2008, *available at* http://www.sacbee.com/ourregion/story/1382472.html (last visited Sept. 14, 2009).

Exhibit K-21:  *Vandals Egg Downtown Fresno Church*, ABC Fresno, Oct. 28, 2008, *available at* http://abclocal.go.com/kfsn/story?section=news/local&id=6473251&pt=print (last visited Sept. 14, 2009).

Exhibit K-22:  *Vandals Arrange Prop. 8 Signs Into Swastika*, CBS Los Angeles, Nov. 7, 2008, *available at* http://cbs2.com/local/Proposition.8.Vandalism.2.859176.html (last visited Sept. 14, 2009 ).

Exhibit K-23:  *Vandals Spray Paint Signs in Downtown Fullerton*, Orange County Register, Oct. 20, 2008, *available at* http://www.ocregister.com/articles/macdonald-one-police-2200383-paint-vandals# (last visited Sept. 14, 2009).

Exhibit K-24:  Bob Banfield, *Neighborhood Vandalized Over Prop 8*, ABC Los Angeles, Oct. 31, 2008, *available at* http://abclocal.go.com/kabc/story?section=news/local/inland_empire&id=6482810&pt=print (last visited Sept. 14, 2009).

Exhibit K-25:  *Anti-Prop 8 Vandals Hit Alto Loma Home*, ABC Los Angeles, Oct. 28, 2008, *available at* http://abclocal.go.com/kabc/story?section=news/local/inland_empire&id=6470557&pt=print (last visited Sept. 14, 2009).

Exhibit K-26:  *Vandals Strike Prop 8 Homes in SJ*, ABC San Francisco, Oct. 27, 2008, *available at* http://abclocal.go.com/kgo/story?section=news/local/south_bay&id=6472609&pt=print (last visited Sept. 14, 2009).

3

Exhibit K-27:  *Vandals Target Prop 8 Supporters in NorCal*, CBS Los Angeles, Oct. 28, 2008, *available at* http://cbs2.com/local/Proposition.8.Vandalism.2.850469.html (last visited Sept. 14, 2009).

Exhibit K-28:  Barbara Giasone, *Five Held on Suspicion of Stealing "Yes" on Prop. 8 Signs*, Orange County Register, Oct. 21, 2008, *available at* http://www.ocregister.com/articles/signs-macdonald-five-2201253-fullerton-sign (last visited Sept. 14, 2009).

Exhibit K-29:  Aaron Bruner, *Prop 8 Supporters Face Sign Theft, Vandalism*, California Aggie, Oct. 29, 2008, *available at* http://www.californiaaggie.com/article/1747 (last visited Sept. 14, 2009).

Exhibit K-30:  Salvador Hernandez, *Prop. 8 Sign-Stealing Ignites Free Speech Debate*, Orange County Register, Oct. 30, 2008, *available at* http://www.ocregister.com/articles/signs-stolen-people-2211707-proposition-sing am (last visited Sept. 14, 2009).

Exhibit K-31:  Chris Daines, *Dana Point Man Will Keep Replacing Downed Signs Favoring Prop. 8*, Orange County Register, Oct. 31, 2008, *available at* http://www.ocregister.com/articles/sign-vogeler-put-2213420-signs-down (last visited Sept. 14, 2009).

Exhibit K-32:  *Sheriff: Prop. 8 Signs Being Stolen, Burned*, KCRA Sacramento, Oct. 20, 2008, *available at* http://www.kcra.com/news/17758850/detail.html (last visited Sept. 14, 2009).

Exhibit K-33:  Posting of Anthony Scorci, *Arrests made in Roseville after Yes on Proposition 8 signs found in car*, to Sacto 9-1-1, October 28, 2008, *available at* http://www.sacbee.com/static/weblogs/crime/archives/016492.html (last visited Sept. 15, 2009)

Exhibit K-34:  *Prop 8 protestors vandalize church*, San Francisco News, January 4, 2009, *available at* http://abclocal.go.com/kgo/story?section=news/local/san_francisco&id=6584961 (last visited Sept. 15, 2009).

**Examples of How Public Disclosure Reports are Being Used:**

Exhibit K-35:  Steve Lopez, *A Life Thrown Into Turmoil by $100 Donation for Prop. 8*, Los Angeles Times, Dec. 14, 2008, *available at* http://www.latimes.com/news/local/la-me-lopez14-2008dec14,0,4735956,print.co lumn (last visited Sept. 14, 2009).

Exhibit K-36:  Greg Gutfeld, *Major Victory for Prop 8 Protestors*, Foxnews.com, Dec. 11, 2008, *available at:* http://www.foxnews.com/printer_friendly_story/0,3566,465413,00.html (last visited Sept. 14, 2009).

Exhibit K-37:  Jennifer Bonnett, *Galt Attorney: Son Harassed by Teacher Over Proposition 8*, Lodi News-Sentinel, Oct. 31, 2008, *available at:* http://lodinews.com/articles/2008/10/31/news/7_harassment_081031.prt (last visited Sept. 14, 2009).

Exhibit K-38:  John Diaz, *The Ugly Backlash Over Proposition 8*, SFGate.com, Nov. 23, 2008, *available at:* http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2008/11/23/INOQ147155.DTL (last visited Sept. 14, 2009)..

Exhibit K-39:  Gregg Goldstein, *Richard Raddon Resigns Post*, Hollywood Reporter, Nov. 25, 2008.

Exhibit K-40:  Marcus Crowder, *Theater Felt Growing Pressure Before Artistic Director Quit*, Sacramento Bee, Nov. 12, 2008, *available at:* http://www.sacbee.com/ourregion/v-print/story/1390297.html (last visited Sept. 14, 2009).

Exhibit K-41:  *Student Leaders Face Recall Over Prop. 8*, KCRA Sacramento, Oct. 21, 2008, *available at:* http://www.kcra.com/news/17768622/detail.html (last visited Sept. 14, 2009).

Exhibit K-42:  Alison Stateman, *What Happens If You're on Gay Rights' 'Enemies List'*, Time, Nov. 15, 2008, *available at:* http://www.time.com/time/nation/article/0,8599,1859323,00.html (last visited Sept. 14, 2009)

Exhibit K-43:  *Pro. 8 – boycott, or blacklist?* (Editorial), L.A. Times, Dec. 10, 2008, *available at:* http://www.latimes.com/news/opinion/editorials/la-ed-boycott10-2008dec10,0,2703213.story (last visited Sept. 14, 2009).

Exhibit K-44:  *Prop. 8 Anger Spurs Donor Blacklists*, CBS News, Nov. 13, 2008, *available at:* http://www.cbsnews.com/stories/2008/11/13/eveningnews/main4601227.shtml (last visited Sept. 14, 2009).

Exhibit K-45:  Lori Consalvo, *Proposition 8 Passage Inspires Protests; Proponents Claim     Intimidation*, Inland Valley Daily Bulletin, Nov. 15, 2008.

Exhibit K-46:  Tami Abdollah and Cara Mia DiMassa, *Proposition 8 Protestors Target Businesses*, Los Angeles Times, Nov. 14, 2008, *available at*:

5

http://articles.latimes.com/2008/nov/14/local/me-boycott14 (last visited Sept. 14, 2009).

Exhibit K-47:  *Prop. 8 Opponents Protest Ice Cream Parlor*, KCRA Sacramento, Nov. 17, 2008, *available at*
http://www.kcra.com/politics/17994183/detail.html (last visited Sept. 14, 2009).

Exhibit K-48:  Jim Carlton, *Gay Activists Boycott Backers of Prop 8*, Wall Street Journal, Dec.27, 2008, *available at:*
http://sec.online.wsj.com/article/SB123033776467736451.html (last visited Sept. 14, 2009).

Exhibit K-49:  William M. Welch, *Prop 8 foes turn to 'blacklist' tactics*, USA Today, Dec. 21, 2008, *available at*:
http://www.usatoday.com/news/nation/2008-12-21-blacklist_N.htm (last visited Sept. 14, 2009).

Exhibit K-50:  *Prop. 8 Victors Upset by Personal Attacks*, The Sacramento Bee, Nov. 12, 2008, *available at*
http://www.sacbee.com/capitolandcalifornia/v-print/story/1390055.html (last visited Sept. 14, 2009).

Exhibit K-51:  Martin Wisckol, *Prop. 8 Leaders Accuse Foes of Harassment, Intimidation*, Orange County Register, Nov. 14, 2008, *available at*
http://www.ocregister.com/articles/prop-vassos-leaders-2229235-gay-marriage (last visited Sept. 14, 2009).

Exhibit K-52:  *Activists Target Mormons for Gay-Marriage Ban's Success in California*,      FOX-News.com, Dec. 1, 2008, *available at*
http://www.foxnews.com/printer_friendly_story/0,3566,459544,00.html (last visited Sept. 14, 2009).

Exhibit K-53:  Matthai Kuruvila, *Mormons Face Flak for Backing Prop. 8*, SFGate.com, Oct. 27, 2008, *available at*
http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2008/10/27/BAP113OIRD.DTL&type=printable (last visited Sept. 14, 2009).

Exhibit K-54:  John Wildermuth and Demian Bulwa, *Same-Sex Marriage Backers Hit Capitol, Churches*, SFGate.com, Nov. 10, 2008, *available at*
http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2008/11/10/MN4E141B3P.DTL&type=printable (last visited Sept. 14, 2009).

Exhibit K-55:  *Local Donors Give $1.6 Million for Ban on Gay Marriage*, Orange County Register, Sept. 7, 2008, *available at*
http://www.ocregister.com/articles/prop-gay-marriage-2149221-ban-california# (last visited Sept. 14, 2009).

Exhibit K-56:  John Wildermuth, *Gay-Rights Activists Protest Prop. 8 at Capitol*, SFGate.com, Nov. 22, 2008, *available at* http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2008/11/23/BAAR14ACGC.DTL&type=printable (last visited Sept. 14, 2009).

Exhibit K-57:  Rachel Abramowitz and Tina Daunt, *Hollywood and the Same Sex Marriage Fight*, Nov. 23, 2008, *available at* http://articles.latimes.com/2008/nov/23/entertainment/et-shunned23 (last visited Sept. 14, 2009).

Exhibit K-58:  Devin Clerici, *Prop. 8 Foes Aim Their Ire at Lassen's Stores: Owner Backed Ballot Measure*, Ventura County Star, Nov. 19, 2008, *available at* http://www.venturacountystar.com/news/2008/nov/19/prop-8-foes-aim-their-ire-at-local-lassens/ (last visited Sept. 14, 2009).

Exhibit K-59:  Bill Ainsworth, *Gay Rights Groups to Boycott Manchester Grand Hyatt: Owner Donated to Proposition 8*, San Diego Union-Tribune, July. 10, 2008, *available at* http://www.signonsandiego.com/news/metro/20080710-9999-1m10boycott.html (last visited Sept. 14, 2009).

Exhibit K-60:  Tony Cochran, *Rally Against Prop H8: Manchester Grand Hyatt*, *available at* http://www.indybay.org/newsitems/2008/11/18/18552103.php (last visited Sept. 14, 2009).

Exhibit K-61:  Alexander Alter, *A Church names names of gay-marriage foes; A Jacksonville church published the names of Florida residents who signed a petition backing the ballot initiative to ban same-sex marriage*, Miami Herald, Jun. 15, 2009, at A1.

Exhibit K-62:  Karen Grigsby Bates, *Backers of Calif. Gay Marriage Ban Face Backlash*, NPR, March 5, 2009, *available at* http://www.npr.org/templates/story/story.php?storyId=101460517 (last visited Sept. 15, 2009).

Exhibit K-63:  Tony Semerad, *Gay-rights group, Garff Automotive meet; boycott goes on*, Salt Lake Tribune, Feb. 12, 2009.

Exhibit K-64:  Matthew T. Hall, *Hotelier Manchester offering $125,000 to gay, lesbian groups*, San Diego Union-Tribune, May 9, 2009, at B5.

Exhibit K-65:  Jesse McKinley, *Donors against gay marriage want to be anonymous*, N.Y. Times, Jan. 19, 2009, *available at* http://www.nytimes.com/2009/01/19/world/americas/19ihtletter.1.19482325.html?_r=1 (last visited Sept. 15, 2009).

7

Exhibit K-66:  Gale Holland, *L.A. college is sued over speech on gay marriage; Student opposed to the unions says teacher reacted improperly*, L.A. Times, Feb. 16, 2009, at B3.

Exhibit K-67:  *Gay Activists Protest Mormons in NYC*, KNX 1070 News, *available at* http://www.knx1070.com/pages/3313034.php? (last visited Sept. 15, 2009).

Exhibit K-68:  Jeff McDonald, *Clinton won't cancel talk at boycotted hotel; Owner supported gay-marriage ban*, San Diego Union-Tribune, Feb. 13, 2009, at B1.

Exhibit  K-69: David Van Biema, *The Church and Gay Marriage: Are Mormons Misunderstood?*, Time, June 22, 2009, *available at* http://www.time.com/time/printout/0,8816,1904146,00.html (last visited Sept. 15, 2009).

Exhibit K-70:  James Rasmussen, *Prop. 8 foes plan protest at Long Beach Hyatt*,      whittierdailynews.com, May 12, 2009, *available at* http://www.whittierdailynews.com/california/ci_12355993 (last visited Sept. 15, 2009).

Exhibit K-71:  Nancy Dillon, *Artist Draws Gays' Ire for Same-Sex  Nups Ban Support*, Daily News, Feb. 3, 2007, at 8.

    4.  The websites listed below are websites that I or my staff have accessed online since September 14, 2009, each of which lists donors to Proposition 8 and encourages taking some form of action against the listed donors or groups who supported Proposition 8:

        http://www.mormonsstoleourrights.com

        http://californiansagainsthate.com

        http://www.boycottmanchesterhotels.com

        http://boycotta-1selfstorage.com

    5.  The document attached hereto as Exhibit K-72 is a true and correct copy of an editorial note explaining a student newspaper's decision to allow an article to be published anonymously because of the author's fear of retaliation because of his support for Proposition 8.

6.  The websites listed below are websites that I or my staff have accessed since September 14, 2009, each of which, as of September 14, 2009 contained video footage of incidents targeting supporters of Proposition 8:

http://abclocal.go.com/kfsn/video?id=6545349 (Fresno mayor and pastor receive death threats because of support for Proposition 8)

http://cbs2.com/video/?id=81887@kcbs.dayport.com (same)

http://nbclosangeles.com/news/local/Protestors_Signal_Battle_over_Same_Sex_Marriage_Not_Over.html (several videos on left side of page showing Opponents of Proposition 8 blocking streets outside and LDS Temple in Los Angeles)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Executed this 15th day of September, 2009, in North Carolina.

_Nicole J. Moss_

Nicole J. Moss

9

K-1



Dow Jones Reprints: This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit www.djreprints.com.

See a sample reprint in PDF format.        Order a reprint of this article now

**THE WALL STREET JOURNAL.**
WSJ.com

OPINION | DECEMBER 26, 2008

# Donor Disclosure Has Its Downsides

*Supporters of California's Prop. 8 have faced a backlash.*

By JOHN R. LOTT JR. and BRADLEY SMITH

How would you like elections without secret ballots? To most people, this would be absurd.

We have secret balloting for obvious reasons. Politics frequently generates hot tempers. People can put up yard signs or wear political buttons if they want. But not everyone feels comfortable making his or her positions public -- many worry that their choice might offend or anger someone else. They fear losing their jobs or facing boycotts of their businesses.

And yet the mandatory public disclosure of financial donations to political campaigns in almost every state and at the federal level renders people's fears and vulnerability all too real. Proposition 8 -- California's recently passed constitutional amendment to outlaw gay marriage by ensuring that marriage in that state remains between a man and a woman -- is a dramatic case in point. Its passage has generated retaliation against those who supported it, once their financial support was made public and put online.

For example, when it was discovered that Scott Eckern, director of the nonprofit California Musical Theater in Sacramento, had given $1,000 to Yes on 8, the theater was deluged with criticism from prominent artists. Mr. Eckern was forced to resign.

Richard Raddon, the director of the L.A. Film Festival, donated $1,500 to Yes on 8. A threatened boycott and picketing of the next festival forced him to resign. Alan Stock, the chief executive of the Cinemark theater chain, gave $9,999. Cinemark is facing a boycott, and so is the gay-friendly Sundance Film Festival because it uses a Cinemark theater to screen some of its films.

A Palo Alto dentist lost patients as a result of his $1,000 donation. A restaurant manager in Los Angeles gave a $100 personal donation, triggering a demonstration and boycott against her restaurant. The pressure was so intense that Marjorie Christoffersen, who had managed the place for 26 years, resigned.

These are just a few instances that have come to light, and the ramifications are still occurring over a month after the election. The larger point of this spectacle is its implications for the future: to intimidate people who donate to controversial campaigns.

The question is not whether Prop. 8 should have passed, but whether its supporters (or opponents) should have their political preferences protected in the same way that voters are protected. Is there any reason to think that the repercussions Mr. Eckern faced for donating to Prop. 8 would be different if it were revealed that instead of donating, he had voted for it?

Indeed, supporters of Prop. 8 engaged in pressure tactics. At least one businessman who donated to "No on 8," Jim Abbott of Abbott & Associates, a real estate firm in San Diego, received a letter from the Prop. 8 Executive Committee threatening to publish his company's name if he didn't also donate to the "Yes on 8" campaign.

In each case, the law required disclosure of these individuals' financial support for Prop. 8. Supposedly, the reason for requiring disclosure of campaign contributions is to allow voters to police politicians who might otherwise become beholden to financiers by letting voters know "who is behind the message." But in a referendum vote such as Prop. 8, there are no office holders to be beholden to big donors.

Does anyone believe that in campaigns costing millions of dollars a donation of $100, or even $1,000 or $10,000 will give the donor "undue" influence? Over whom? Meanwhile, voters learn little by knowing the names and personal information of thousands of small contributors.

Besides, it is not the case that voters would have no recourse when it comes to the financial backers of politicians or initiatives. Even without mandatory disclosure rules, the unwillingness to release donation information can itself become a campaign issue. If voters want to know who donated, there will be pressure to disclose that information. Possibly voters will be most concerned about who the donors are when regulatory issues are being debated. But that is for them to decide. They can always vote "no."

Ironically, it has long been minorities who have benefited the most from anonymous speech. In the 1950s, for example, Southern states sought to obtain membership lists of the NAACP in the name of the public's "right to know." Such disclosure would have destroyed the NAACP's financial base in the South and opened its supporters to threats and violence. It took a Supreme Court ruling in *NAACP v. Alabama* (1958) to protect the privacy of the NAACP and its supporters on First Amendment grounds. And more recently, it has usually been supporters of gay rights who have preferred to keep their support quiet.

There is another problem with publicizing donations in political elections: It tends to entrench powerful politicians whom donors fear alienating. If business executives give money to a committee chairman's opponent, they often fear retribution.

Other threats are more personal. For example, in 2004 Gigi Brienza contributed $500 to the John Edwards presidential campaign. An extremist animal rights group used that information to list Ms. Brienza's home address (and similarly, that of dozens of co-workers) on a Web site, under the ominous heading, "Now you know where to find them." Her "offense," also revealed from the campaign finance records, was that she worked for a pharmaceutical company that tested its products on animals.

In the aftermath of Prop. 8 we can glimpse a very ugly future. As anyone who has had their political yard signs torn down can imagine, with today's easy access to donor information on the Internet, any crank or unhinged individual can obtain information on his political opponents, including work and home addresses, all but instantaneously. When even donations as small as $100 trigger demonstrations, it is hard to know how one will feel safe in supporting causes one believes in.

**Mr. Lott, a senior research scientist at the University of Maryland, is the author of "Freedomnomics" (Regnery, 2007). Mr. Smith, a former Federal Election Commission commissioner, is chairman of the Center for Competitive Politics and professor of law at Capital University in Columbus, Ohio.**

Please add your comments to the Opinion Journal forum.

Printed in The Wall Street Journal, page A13

Copyright 2009 Dow Jones & Company, Inc. All Rights Reserved
This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law.
For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit
www.djreprints.com

K-2

**Los Angeles Times** | California | Local

You are here: LAT Home > Articles > California | Local

Related Articles

A life thrown into turmoil by $100 donation for Prop. 8 Dec 14, 2008

Jonathan Crutchley discovers how intolerant the gay... Aug 26, 2008

Palm Springs Makes Bid for Gays' Dollars - Tourism: Some... Mar 08, 1993

Ads by Google / Ad Feedback

**Carefree Cove**

Gay and Lesbian mountain community Come to visit or to live

www.carefreecove.com

**McDonnell for Governor**

Bob 4 Jobs Contribute Now!

www.BobMcDonnell.com

**California Proposition 65**

Testing, risk mgt, consulting, product assessments & screening

www.intertek.com/prop65

**DC Gay Ceremonies**

Creating personalized unique unforgettable memories for life!

www.blueridgerainbowceremonies.org/

# Readers have choice words (pro and con) on Prop. 8

By STEVE LOPEZ
December 17, 2008

When you write a column for a living, you get called lots of names on a regular basis. Moron, liar and sellout, to name a few.

I'm in no position to complain, though, since I occasionally use the same words to describe public officials and captains of industry.

Ads by Google / Ad Feedback

**Now Legal in Vermont**

Ben & Jerry's Is Happy To Celebrate The Legalization Of Gay Marriage.

www.BenJerry.com



But I've never been called a bigot so many times as I have since I wrote in my Sunday column about the boycott of El Coyote, the Los Angeles cantina whose Mormon manager donated $100 to Proposition 8, the successful November ballot initiative to ban gay marriage.

"Your article defending" the manager "is making the rounds on gay boards, which means that you're becoming notorious for your bigotry," wrote someone named Laight.

"You should be ashamed of yourself," wrote Amy.

About two-thirds of the roughly 400 readers who sent e-mails took similar positions. They said I was too sympathetic to Margie Christoffersen in writing about how business at her mother's margarita mill is way down, thanks in part to an organized boycott, and how Christoffersen is so distraught she has taken a leave of absence.

"Oh, poor Margie," was a popular line among angry readers, as was, "Cry me a river."

So did I get it wrong?

To summarize the column, I said I was opposed to Prop. 8 and to the ugly campaigns against gay marriage by organized religion. I also wrote that Christoffersen is entitled to her views no matter how objectionable they are to me or anyone else, and that 89 El Coyote employees shouldn't be hurt by their manager's politics.

I'm not taking any of it back, and that goes for my comments about organized religion, which ruffled the feathers of another flock of readers. But there's room for honest disagreement on the many issues wrapped into this story, and I thought a lot of responses from readers were worth sharing.

T. Miyashiro-Sonoda wrote: "All couples (of any combination) should apply for a civil union license and have a civil ceremony. This would have all of the legal rights that are now granted by what we recognize as a 'marriage.' If the couple would like this union blessed or recognized by a church, synagogue, temple or any place of worship as a 'marriage,' another ceremony could be performed there. That way, any church, synagogue, temple or place of worship would have the right to recognize the union or not. What do you think?" I think I like it.

<< Previous Page | Next Page >>

Ads by Google / Ad Feedback

**Fly Hawaiian Airlines**
Book RT Flights to Hawaii from 10 Getaway Cities - Starting at $338*.
www.HawaiianAir.com

*Los Angeles Times*  Copyright 2009 Los Angeles Times                                                    Privacy Policy | Terms of Service

## Los Angeles Times | California | Local

You are here: LAT Home > Articles > California | Local

Ads by Google / Ad Feedback

**McDonnell for Governor**
Bob 4 Jobs Contribute Now!
www.BobMcDonnell.com

**California Proposition 65**
Testing, risk mgt, consulting,
product assessments &
screening
www.intertek.com/prop65

**DC Gay Ceremonies**
Creating personalized unique
unforgetable memories for
life!
www.blueridgerainbowceremonies.org/

**Raise Money Like Obama**
Multiple Ways to Rasie
Money Online Learn From
Experts Sign-up Today.
www.ElectionMall.com

**Fly Hawaiian Airlines**
Book Travel with Non-Stop
Flights to Hawaii from 10
West Coast Cities
www.HawaiianAir.com

# Readers have choice words (pro and con) on Prop. 8

By STEVE LOPEZ
December 17, 2008

Marc Pattavina wrote: "Saying that she has no problems with gay people and loves them like everyone else but donates money to [Prop. 8] is no different than me saying I have no problems with Mexicans or blacks and then giving money to the Minutemen or the KKK. . . . If Margie was a real friend to the gay community she'd step up for her friends and not let herself be herded like a sheep by the Mormon Church. If they told her to jump off a bridge would she do that as well?"

Ads by Google / Ad Feedback



**Now Legal in Vermont**

Ben & Jerry's Is Happy To Celebrate
The Legalization Of Gay Marriage.
www.BenJerry.com

My guess is yes.

Tim O'Shaughnessy wrote: "Those who supported this proposition for religious reasons committed the ultimate betrayal of Jesus Christ's prime directive: 'Judge not lest ye be judged.' They reap what they sow."

OK, Tim, but doesn't that work both ways?

Jeff Dannels wrote: "Homophobia is not just another point of view. It's not some harmless 'I like Coke, he likes Pepsi' difference of opinion. It is hateful and it is harmful."

Agreed. But there's been steady progress, and one day in California, gay marriage will be legal. It doesn't surprise me that at least half the population isn't there yet, and I don't think blacklisting those who still aren't comfortable with gay marriage advances the cause. But don't take my word for it.

J. Greg Veneklasen wrote: "As a gay man I am VERY unhappy with reverse discrimination of the anti-8 crowd. Their reactionary strategy is definitely too much, too late. Where was this organization before the election, when it could have had an impact...Not a way to win over hearts and minds, guys."

Good point. If the yes-on-8 campaign seemed unconscionable, the no-on-8 campaign seemed uninspired.

John A. Blue wrote: "I went to three same-sex marriages last summer, and the joy I saw at each is just indescribable. It absolutely boggles my mind that anyone, let alone any persons claiming to follow the teachings of Jesus Christ, could want to destroy that joy. . . . In civil society, actions have to have consequences. Otherwise we are in a Malthusian world where life is nasty, brutish and short. I contributed to the No on 8 campaign, and if that persuades some Christians that they should not patronize me or my law firm, well, I will live with it. . . . I'd just as soon not provide my legal services to someone who thinks it's OK to take away civil rights from a fellow citizen."

A noble position.

Case3:09-cv-02292-VRW    Document187-11    Filed09/15/09    Page20 of 255



## Los Angeles Times | California | Local

You are here: LAT Home > Articles > California | Local

**Related Articles**

A life thrown into turmoil by $100 donation for Prop. 8 Dec 14, 2008

Jonathan Crutchley discovers how intolerant the gay... Aug 26, 2008

Palm Springs Makes Bid for Gays' Dollars - Tourism: Some... Mar 08, 1993

Ads by Google / Ad Feedback

**California Proposition 65**
Testing, risk mgt, consulting, product assessments & screening
www.intertek.com/prop65

**DC Gay Ceremonies**
Creating personalized unique unforgetable memories for life!
www.blueridgerainbowceremonies.org/

**Raise Money Like Obama**
Multiple Ways to Rasie Money Online Learn From Experts Sign-up Today.
www.ElectionMail.com

**Fly Hawaiian Airlines**
America's #1 On-Time Carrier 5th Year in a Row. Book Online & Save.
www.HawaiianAir.com

**Guaranteed Love Spells**
Money back guarantee & results in as soon as hours! Caring Service
www.veralovespells.com

# Readers have choice words (pro and con) on Prop. 8

By STEVE LOPEZ
December 17, 2008

April (no last name) wrote: "The issue is that she likes to make money from gays and anyone else willing to spend a buck in her restaurant. Despite being a Mormon, she serves alcohol -- to make money. Guess her faith is kinda flexible, but it's okay when she's anti-gay rights because of her faith?"

Also a fair point.

Ads by Google / Ad Feedback



**Now Legal in Vermont**
Ben & Jerry's Is Happy To Celebrate The Legalization Of Gay Marriage.
www.BenJerry.com

Maria Elena Hernandez wrote: "Tell Ms. Christoffersen to save her hankies and tissues for those of us whose wedding vows may be negated and to those who will have to wait until we have equal rights across the nation. My years of tears certainly outweigh hers."

Hard to argue.

Richard Adkins wrote: "I am disappointed in our gay leaders who failed to identify the Mormon component in this election and use it to assist in the proposition's defeat. . . . I will go to El Coyote on a Thursday night because I don't think anyone should lose their livelihood over an opinion. . . . Any supporters of a political ideal need to be aware that they can become what they oppose."

Don't eat your fajitas in silence, Richard. Tell Margie how you feel about that opinion of hers.

Robert Barrone wrote: "Although I voted against Prop 8, and can only hope to understand the frustration in the gay community, I am reminded of [the famous quote]: 'I disagree with what you say, but I defend to the death your right to say it.' "

That was Evelyn Beatrice Hall describing the French philosopher Voltaire's beliefs. And speaking of Voltaire, isn't he the one who said: "Prejudices are what fools use for reason?"

steve.lopez@latimes.com

<< Previous Page | Next Page >>

Ads by Google / Ad Feedback

**Guaranteed Love Spells**
Money back guarantee & results in as soon as hours! Caring Service
www.veralovespells.com

K-3

## Proposition 8 Death Threats

Last Update: 10/31/2008 9:20 am

The Fresno Police Department is providing security for Fresno Mayor Alan Autry and Pastor Jim Franklin of Fresno's Cornerstone Church after both men received death threats.



Police say the threats are in response to their support of Proposition 8. The state ballot measure would define marriage as only between a man and a woman.

Earlier this week, Franklin's home, church and church office were egged but now he says someone has gone too far.

Pastor Franklin said, "Here we have a side that talks about tolerance and just let people do what they want to do. But then we get these types of reaction that would threaten people's lives who are simply exercising their freedom of speech."

Fresno Mayor Alan Autry declined to talk on camera about the death threats but Fresno Police Chief Jerry Dyer says investigators are taking the situation seriously and they're close to making an arrest in the case.

Fresno Police Chief Jerry Dyer said, "The information we did receive, we felt serious enough that we would conduct a criminal investigation that's led up to a search warrant. We're going to be making an arrest, I would imagine, in the near future."

Both Franklin and Autry strongly support Proposition 8, which would amend the California Constitution to define marriage as between one man and one woman only.

Pastor Franklin said, "I think without a doubt, just by the nature of the threat as it was related to me, that there's no doubt that it was tied to our support of Proposition 8."

Despite the threats, Franklin says he has no plans to stop speaking out. Franklin said, "It's emboldened us to do even more and to work harder, to get Prop 8 yes."

K-4

Track the storm with the ABC 30 Street-Level Interactive Radar Map | Click here ..

**LOCAL** 

## Prop 8 Death Threats

Friday, October 31, 2008 | 10:18 AM

 By Amanda Perez

**Fresno, CA, USA (KFSN) -- The fight over proposition 8 is taking a dangerous turn as Fresno Police investigate death threats against the mayor and a prominent valley pastor.**

Police Chief Jerry Dyer said the written threats against Mayor Alan Autry and Cornerstone Pastor Jim Franklin were very detailed and mentioned their participation in a pro-proposition 8 rally this weekend. That's the California ballot initiative that would ban same sex marriage. "We have significant information regarding threats against Mayor Autry and Pastor Franklin and it's as a result as their participation on the "Yes on 8" that occurred here recently," said Dyer.

Pastor Franklin says the threat came into the mayor's office and he learned of it Wednesday afternoon. The threat comes just days after someone egged Franklin's home and church. They never prepare you for this at seminary. You never think that just because you express your opinion, you participate in the political process in a passionate issue that people will take it to this extent," said Franklin.

Dyer said the Fresno Police Department is taking the case very seriously and they're taking extra steps to protect the two men as they investigate. "We've already served a search warrant regarding the threats and I have no doubt that we're going to be making an arrest in the very near future," said Dyer.

Story continues below

Advertisement



Thursday night, "No on 8" organizer Jason Scott condemned the threats. "This is something we don't want to see happening. "We just need to let each person have their own opinion on this issue and give them their space to exercise their first amendment right on it," said Scott.

With just days to go until Election Day, emotions are high on both sides of the issue. "No on 8" supporters say they've also had a lot of hate calls during the last week and 'yes' and 'no' signs are disappearing all over town.

-------------------------------------------------------------------------------------

**abc30 News Links:**
Links to other news sections on our website.

- **HomePage**
- **Top Headlines**
- **Fresno Local News**
- **State News**
- **National/World News**
- **Entertainment News**
- **Business News**
- **Politics News**
- **Sports News**
- **Health Watch**
- **Consumer Watch**
- **Mr. Food**

-------------------------------------------------------------------------------------

**Breaking News Alerts:**
**Click Here to Sign-Up for Breaking News E-Mail Alerts**
**Receive Breaking News alerts in your email inbox.**

**Click Here to Sign-Up for Text Message Alerts**
**Receive Breaking News alerts right on your cell phone.**

-------------------------------------------------------------------------------------
(Copyright ©2009 KFSN-TV/DT. All Rights Reserved.)

K-5

Track the storm with the ABC 30 Street-Level Interactive Radar Map | Click here ..

**LOCAL** 

## Proposition 8 Email Threats

Friday, November 07, 2008 | 7:52 PM

By John-Thomas Kobos

**Fresno, CA, USA (KFSN) -- Action News has obtained a statement of probable cause which includes the disturbing email. In it, Autry and Franklin are described as "bigots," "racists," and "hate mongers." We learned the email threatened anyone who supported Prop 8.**

-------------------------------------------------------------------------------------
                        |  **Download the Life Threatening Email**  |
-------------------------------------------------------------------------------------

On Sunday October 26th, Fresno Mayor Alan Autry spoke in favor of Proposition 8 outside of City Hall.

Autry said, "And that should marriage remain between one man and one woman."

Three days later Fresno Police investigators say the mayor's life was threatened through an email. Part of it reads: "Hey Bubba, you really acted like a real idiot at the Yes of Prop 8 Rally this past weekend. Consider yourself lucky. If I had a gun I would have gunned you down along with each and every other supporter."

Story continues below

Advertisement



Action news has not changed the spelling or wording of this email to preserve it.

The email continues, "Anybody who had a yes on Prop 8 sign or banner in front of their house or bumper sticker on the car in Fresno is in danger of being shot or firebombed."

A Fresno County search warrant lists this northwest Fresno house as the most likely origin of the email. We knocked. But no one was home. Darrel Palmer was surprised to hear his neighbor could be involved.

Darrel Palmer said, "So he would be that last person that you would think of?" Yeah, because they would always keep to themselves."

According to the warrant investigators discovered a large water-cooled homemade computer with five external hard drives inside.

Palmer said, "So kind of a tech wizard? Yeah, he was a pretty smart guy. I'm sure he's pretty smart. Like I said he did most of the renovation work inside his house."

Pastor jim franklin was also at the yes on 8 rally outside city hall. He too was mentioned in the email. It reads: "I've also got a little surprise for Pastor Franklin and his congregation of lowlife's in the coming future. Keep letting him preach hate and he'll be sorry. He will be meeting his maker sooner than expected."

Yesterday Action News spoke with Pastor Franklin about the threat. He said he felt confident in the police investigation.

Pastor Jim Franklin said, "It is real. It's a shame that it's come to that and we've seen that even now escalate now that the election has taken place."

No arrests have been made and no charges have been filed. Police told Action News they no longer believe the message was sent by the man listed in the original affidavit.

But investigators believe someone may have sent the message from the man's computer or using his Internet Protocol Address.

---------------------------------------------------------------------------------------------

**abc30 News Links:**
Links to other news sections on our website.

- **HomePage**
- **Top Headlines**
- **Fresno Local News**

K-6

# O'Reilly Alone Reports Gay Attack on Christians

**Homosexuals enraged over Prop. 8 physically and sexually assault a group of religious believers innocently praying in a public place, and this isn't news?**

**By Colleen Raezler**
**Culture and Media Institute**
**November 19, 2008**



Printer-friendly version

Bill O'Reilly of Fox News is boldly reporting what no other media outlets are touching – physical assaults, and an attempted sexual assault, of praying Christians by enraged homosexuals in San Francisco's Castro District.

A mob of hundreds gathered Friday, Nov. 14 when a small group of evangelical Christians made their weekly trek to San Francisco's homosexual neighborhood. The residents sexually and verbally assaulted the Christians as they prayed and sang hymns on the sidewalk.

According to the personal account of one of the members of the group:

> We began to sing "Amazing Grace," and basically sang that song the whole night. (At some points we also sang "Nothing but the Blood of Jesus" and "Oh the Blood of Jesus.") At first, they just shouted at us, using crude, rude, and foul language and calling us names like "haters" and "bigots." Since it was a long night, I can't even begin to remember all of the things that were shouted and/or chanted at us. Then, they started throwing hot coffee, soda and alcohol on us and spitting (and maybe even peeing) on us.

> Then, a group of guys surrounded us with whistles, and blasted them inches away from our ears continually. Then, they started getting violent and started shoving us. At one point a man tried to steal one of our Bibles. Chrisdene noticed, so she walked up to him and said, "Hey, that's not yours, can you please give it back?" He responded by hitting her on the head with the Bible, shoving her to the ground, and kicking her. I called the cops, and when they got there, they pulled her out of the circle and asked her if she wanted to press charges. She said, "No, tell him I forgive him." Afterwards, she didn't rejoin us in the circle, but she made friends with one of the people in the crowd, and really connected heart to heart.

As of November 19, O'Reilly is the only mainstream media figure to cover the story.  He aired video clips during the November 18 *O'Reilly Factor* in which police escorted the prayer group out of the neighborhood.  An angry protester appears in the video yelling, "And we don't ever want them coming back, ever. Do you understand that other Christians? Do you understand that, other Mormons? I'm talking to you people, yes, you. Stay out of our neighborhood if you don't like us. Leave us alone!"  Sharp, piercing whistles can be heard in the background.

Christian actor Kirk Cameron discussed the Castro district attack with O'Reilly

and defended traditional marriage and Proposition 8:

> KIRK CAMERON: Well, I say that it really comes down to who defines marriage. I certainly don't define marriage, and neither does anybody else. Marriage is not a new institution. It's been around for thousands of years, if not longer. And it's defined by God. None of us have the opportunity to redefine that without coming into -- up against serious consequences and unraveling the fabric of our society.
>
> …
>
> [W]e can make laws in our country based on what the majority of people say. And the majority of people in our country say that marriage is worth fighting for, and they did. And the definition of it stays.
>
> …
>
> For me, marriage is -- it's a theological issue. It's a moral issue. It's a family issue. And marriage is what it is. And we understand what it is. And when we start playing with that, there is going to be serious consequences for it.

On November 17, O'Reilly also aired video in which radical homosexual activists stormed a church in Lansing, Michigan, during the November 9 Sunday services and declared, "Jesus is a homo!" and tossed condoms at the congregation. Same-sex couples also proceeded to make out with each other at the front of the church. Again, O'Reilly's show was the only mainstream media outlet to report the event.

Austin Nimock, senior counsel of the Christian legal organization Alliance Defense Fund told O'Reilly:

> It's quite clear that the pretense of tolerance is over. I mean, the advocates in this country for redefining marriage for years have built their campaign on the pretense of tolerance. And what you have here, is tolerance – or no tolerance, I should say, for anybody who dares to disagree with their viewpoint. The opposite of tolerance, Bill, is tyranny.

These are not the only attacks directed at at supporters of Prop. 8, and virtually ignored by the establishment media. Homosexual activists at a "No on Prop. 8" rally in Palm Springs, California, snatched a cross out of the hands of a peaceful counter-protester and stomped on it in full view of a television camera crew. Only a local TV station covered the incident.

Life Site News reported last week that protestors shouted racial slurs, including the n-word, at African-Americans due to the high levels of African-American support for Prop. 8. A higher percentage of blacks, 70 percent, supported Prop. 8 than any other ethnic group.

The Associated Press reported on November 13 that Mormon temples in Los Angeles and Salt Lake City received envelopes containing white powder.

A Nexis search revealed that the three broadcast networks – ABC, CBS, and NBC – and the three cable news channels – CNN, Fox News and MSNBC – collectively aired 75 stories on the Prop 8 protests between November 5 and November 17. Incidents in which homosexuals attacked Prop. 8 backers were largely ignored by the television news.

None of the stories mentioned the use of the n-word by homosexual activists. On November 13, O'Reilly quoted homosexual activist Wayne Besen's saying that he found African-American support for Prop. 8 "galling and repugnant" from "people who have felt the sting of discrimination [and] turn around and step on another minority." CNN reported on comedienne Roseanne Barr's observation that African-Americans who support traditional marriage are "as bigoted and ignorant as their white Christian right-wing counterparts."

Only NBC aired a brief report of the white powder sent to the Mormon temples. ABC reported on it in an article on their Web site.

CMI previously noted that the majority of the coverage following California's vote to pass Proposition 8, which defines marriage as between one man and one woman, focused almost exclusively on the opponents of traditional marriage. News reports highlighted the protests and the plight of the 18,000 same-sex "marriages" performed after California's state Supreme Court ruled last May that the state must allow same-sex couples to "marry," but barely acknowledged the victory traditional values scored in one of the most liberal states in the country.

*Colleen Raezler is a research assistant at the Culture and Media Institute, a division of the Media Research Center.*



K-7

# KTVU.com

# Anger Over Prop. 8 Erupts In San Francisco

Posted: 10:40 pm PST November 14, 2008Updated: 11:57 pm PST November 14, 2008

**SAN FRANCISCO --** In San Francisco's Castro District, people on both sides of the same-sex marriage controversy confronted each other on Friday night, as police tried to keep the peace. Proposition 8 passed in a close vote and eliminated the right of same-sex couples to marry.

Members of the gay community said that almost every Friday night, a Christian group meets at the corner of Castro and 18th Streets. They try to convert gays and lesbians into a straight lifestyle.

This Friday night, the message didn't go over well. Some gays and lesbians reacted by trying to chase the group out of the Castro.

"Their rights were respected," said Joe Schmitz, an opponent of Prop 8. "They got a chance to go ahead and pray on the sidewalk and I had the opportunity to express my freedom of speech which is telling them to get out of my neighborhood."

San Francisco Police officers in riot gear formed a line and escorted the religious group into a van to safely get them out of the area.

Members of the gay community insisted that their reaction to the Christian group was spontaneous. "It was not an organized thing. We're tired of it. It's not religious. It's not a racial thing. It's about hate. We're trying to send a message across the world that we're standing up and we don't want this to go on anymore," said Adam Quintero.

Supporters of same-sex marriage plan on Saturday to stage a national day of protest against Prop 8. Some demonstrators told KTVU that they are planning on more than protests. They say they plan to break away and carry out acts of civil disobedience.

In San Francisco, the demonstration is scheduled to take place outside City Hall. Other demonstrations are planned in Oakland and Walnut Creek, and in New York, Washington, Chicago and other U.S. cities.

Supporters of Prop 8 include the Mormon and Catholic churches. They say the passage of the measure was the will of the people and that they are being unfairly targeted.

Don Eaton, the public affairs representative of the Church of Jesus Christ of the Latter Day Saints in the Bay Area said, "The church only encourages people to vote their conscience. The church also reminded us what our doctrine is with regards to marriage between a man and a woman." He also said that some members of the church gave money to the No on 8 campaign, and they weren't punished by the church.

A non-profit group called the Equal Justice Society joined the legal battle against Prop 8 on Friday. It and the NAACP, the Asian Pacific American Legal Center and Mexican American Legal Defense jointly filed a lawsuit. They are asking the California Supreme Court to invalidate Prop 8, arguing that it takes away civil rights.

"People of color need to stand up for the LGBT community," said Eva Paterson of the Equal Justice Society. "We

think civil rights groups that represent people of color say it's very dangerous for the California electorate to take away constitutionally guaranteed rights."

*Copyright 2008 by KTVU.com. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*

K-8





Powered by Clickability



SAVE THIS | EMAIL THIS | Close

# Prop 8 supporter attacked while distributing signs

## Man was passing out Yes on 8 signs

By **DAVID MARKLAND**

Updated 2:02 PM PDT, Wed, Oct 22, 2008



Gay marriage debate becomes
violent

A Modesto man was attacked while passing out Yes On Prop 8 signs last Sunday.

Jose Nunez, 37, who became a U.S. citizen two months ago, was outside St. Stanislaus Catholic Church when an unidentified man grab about 75 of the signs and ran. Nunez took chase, and when he caught up the man punched him the face.

Proposition 8 supporters, who are fighting to overturn gay marriage in California by changing language in the state Constitution, describe this incident as part of "a wave of intimidation and violence up and down the state."

> According to Chip White, Californians from around the state have reported being harassed by people who are against Prop. 8. Among the incidents he related were: verbal harassment of Prop.8 supporters on the freeway, including obscene gestures; the theft of yard signs; and a woman in Riverside, California who had her garage sprayed with graffiti. [Catholic News Agency]

The Bay Area Reporter, a gay community targeted news source, says the Prop 8 debate has become "ugly on both sides":

> In Fair Oaks, a suburb of Sacramento, sheriff's deputies were called to a home Saturday after it was reported that a neighborhood teenager burned No on 8 yard signs. The teenager was taken

into custody for a 72-hour psychological evaluation. While the youth was in custody, a third sign was stolen from the same home.

Comments: 9

**Copyright California Faultline**

**First Published: Oct 17, 2008 6:03 PM PDT**

**Find this article at:**
http://www.nbcsandiego.com/news/politics/Prop_8_supporter_attacked_while_distributing_signs_DGO.html



SAVE THIS | EMAIL THIS | Close

☐  Check the box to include the list of links referenced in the article.

© NBC Universal, Inc. | All Rights Reserved.

K-9

# Deseret News

## Powder scares at 2 LDS temples, Catholic plant

No evidence to link threats to Prop. 8 opponents, FBI says

**By Ben Winslow**
Deseret News
*Published: Friday, Nov. 14, 2008 12:00 a.m. MST*
Envelopes containing a suspicious white powder were mailed to two LDS temples and a Catholic fraternity, prompting a hazardous materials response and a federal investigation into who is behind it.

The white powder scares were reported Thursday at Salt Lake City's Temple Square, the LDS Church's temple in Los Angeles and at a printing plant belonging to the Knights of Columbus in New Haven, Conn.

"Our mailroom employees discovered an envelope that had been mailed to us from California shortly before noon," Pat Korten, vice president of communications for the Knights of Columbus, told the Deseret News late Thursday. "When they opened it some white powder escaped."

The Church of Jesus Christ of Latter-day Saints and the Knights of Columbus are both major backers of the controversial Proposition 8, which banned same-sex marriage in California. However, the FBI cautioned late Thursday there is no evidence to link the threats to Prop. 8 opponents.

"We've got to follow the evidence and at this point we have not received anything that would lead us to believe the opponents of Prop. 8 are behind any kind of terroristic activity," FBI Special Agent Juan Becerra said from the agency's Salt Lake City office. "It would be irresponsible to say that at this point."

LDS Church security officials called Salt Lake police and firefighters about 4 p.m. Thursday when an employee in the recorder's office inside the Salt Lake Temple annex opened a manila envelope.

"When the employee opened it up and looked inside it, there was actually another white envelope inside that had a white powdery substance in it," Salt Lake Fire spokesman Scott Freitag said.

The employee who opened it immediately set the envelope down and called church security officials, who came over wearing a respirator and plastic gloves. They sealed the envelope inside a plastic bag, Freitag said.

Three employees in the room at the time were quarantined. Security denied access to the room and shut off the air vents.

"They are not complaining of any injury or illness," Freitag said, adding that they did not have to undergo a decontamination process.

Hazardous materials teams sanitized the substance to ensure it was not a biological agent like anthrax.

On the Main Street plaza, missionaries and other church employees were allowed to come and go. A lone LDS security official stood behind the temple gates. He opened the gate for firefighters, then closed and locked it behind them.

A pair of FBI agents left Temple Square with the envelope in a black plastic bag. The envelope was taken to a lab to be tested.

"We are working to find out what it is and hopefully it's harmless," Becerra told the Deseret News.

Firefighters said they did not see anything of a threatening nature with the envelope.

Because the annex is a separate building, the temple itself was not evacuated. However, church

security did not allow anyone to come or go while hazmat teams were there. A portion of North Temple was also closed to traffic.

"At first, we thought it was maybe picketing again," said Poulsen Udall, who was inside the temple at the time.

He was referring to mass protests outside Temple Square last week against the LDS Church's backing of Prop. 8. Similar demonstrations were held outside LDS temples in California and New York.

"It's a sad thing that all of this is going on," said Udall's wife, Pauline.

At the LDS Church's temple in Westwood, Calif., the grounds were closed Thursday afternoon after an employee there opened an envelope similar to the one at church headquarters in Salt Lake City.

"They received an envelope with a suspicious white powdery substance," Los Angeles police officer Karen Smith told the Deseret News. "It's been cleared and there was no hazardous material."

In New Haven, Conn., workers at a printing plant for the Knights of Columbus opened the envelope containing white powder. Hazardous materials teams responded, Korten said, and took it to a lab to be tested.

"We do not yet know what was in that envelope," he said.

The Knights of Columbus did not know if it had been targeted over Prop. 8.<

"We've got a great deal of pretty vulgar communication from people who are not happy with our role to help pass Prop. 8," Korten said. "Whether this has any connection or not, we don't know."

The LDS Church declined to speculate on whether Prop. 8 had a role in the hazardous materials scares.

"We're working with local law enforcement and the FBI," church spokesman Scott Trotter said.

---

E-mail: bwinslow@desnews.com

*© 2009 Deseret News Publishing Company | All rights reserved*

K-10





Powered by **Clickability**



SAVE THIS | EMAIL THIS | Close

# Prop 8 Protesters March Into Night

## Protests continue into second day

By **JOHN CADIZ KLEMACK**, **PATRICK HEALY** and **JON LLOYD**

Updated 7:49 AM PDT, Fri, Nov 7, 2008



LOOK
Getty Images

LOS ANGELES -- More than 2,000 people protesting California's new ban on same-sex marriage marched through Westside Los Angeles streets Thursday, snarling afternoon rush-hour traffic as hundreds of police officers monitored the situation.

Two people were arrested after a confrontation between the crowd and an occupant of a pickup truck that had a banner supporting Proposition 8, the ballot measure that banned same-sex marriage. Seven arrests occurred during Los Angeles-area street marches late Wednesday.

Some spectators cheered from apartment balconies; one person threw eggs at the marchers.

The demonstration began at a Mormon temple complex in Westwood where marchers protested the church's support of Proposition 8, which won 52 percent support Tuesday for its definition of marriage as a heterosexual union. Same-sex marriage had only been allowed in California for a matter of months since a state Supreme Court decision earlier this year.

Case3:09-cv-02292-VRW    Document187-11    Filed09/15/09    Page44 of 255


LOOK

Protestors March Outside Mormon Temple

Prop 8 Opponents March at Mormon Temple


WATCH

Prop 8 Opponents March at Mormon Temple

March at Temple Lasts Into Night


WATCH

March at Temple Lasts Into Night

The march was noisy, with chants of "Separate church and state" and "What do we want? Equal rights."
Some waved signs saying "No on H8" or "I didn't vote against your marriage," and many equated the issue
with the civil rights struggle.

"I'm disappointed in the Californians who voted for this," said F. Damion Barela, 43, a Studio City resident
who married his husband nearly five months ago. "I understand the African-American and Latino
communities voted heavily in favor of Proposition 8. To them I say, shame on you because you should know
what this feels like."

Brief violence erupted when marchers surrounded the pickup bearing a pro-Proposition 8 sign. Protesters
ripped the sign, and an occupant of the vehicle got out and knocked down a protester. A demonstrator,
Maurice Carriere, 27, of Studio City, ended up with a bloody nose in the fracas. He told police he didn't see
the punch coming. Officers arrested two people and put them in a patrol car.

Organizers said another protest is planned for this weekend in Silver Lake's Sunset Junction area.

Thursday's march initially focused on the Mormon temple because same-sex rights advocates claim the
Church of Jesus Christ of Latter-day Saints spent millions to air deceptive advertisements in support of
Proposition 8, and the church should lose its tax-exempt status.

"No one's religious beliefs should be used to deny fundamental rights to others," said Lorri L. Jean, chief
executive officer of the L.A. Gay & Lesbian Center. "Our civil rights are inalienable."

"It is a travesty that the Mormon Church bought this election and used a campaign of lies and deception to manipulate voters in the great state of California," Jean said. "Today we will send a message to (church President Thomas Monson) that we will not tolerate being stripped of our equal rights in the name of religious bigotry. They're entitled to their beliefs, but not to impose them upon the constitution or laws of California. Let's flood the Mormon Temple in Salt Lake City with postcards."

Jean announced the creation of a Web site at www.InvalidateProp8.org, where people can donate to the legal fight to overturn the proposition. For every donation of $5 or more, the L.A. Gay & Lesbian Center will send a postcard to Monson.

Campaign finance records show the Utah-based church made an in-kind donation of $2,078.97 to ProtectMarriage.com, a coalition of faith organizations and conservative groups that supported Proposition 8. Church spokeswoman Kim Farah in Salt Lake City said the donation covered travel of church leaders who went to California to meet with the coalition.

"By law, the church is required to report when it uses any expenses to travel in support of things like this," Farah said.

Farah dismissed the tax-exemption issue.

"It's a civics 101 lesson. Churches by law are allowed to speak on moral issues," Farah said. "It does not jeopardized the church's tax- exemption status and to suggest otherwise is ridiculous."

The Church, in a written statement on its Web site had this to say: "Allegations of bigotry or persecution made against the Church were and are simply wrong. The issue for the Church has always been about the sacred and divine institution of marriage -- a union between a man and a woman. While the Church does not endorse candidates or platforms, it does reserve the right to speak out on important issues."

The full text of the LDS Church's statement is available here: www.newsroom.lds.org.

Police estimated the protest drew 2,500 people. The event did not have a permit or approved march route.

Demonstrators spilled into the lanes of Santa Monica Boulevard, and then marched around the sprawling temple complex before taking off through the heavily traveled streets of Westwood and, as night fell, toward Beverly Hills.

Among the marchers was Ryan Suffern, 31, who said he and his wife came to support gay friends.

"I find it preposterous, this concept of protecting the sanctity of marriage, when -- looking at divorce -- marriage is a coin toss," he said.

Also demonstrating was Rakefet Abergel, 29, who married her partner of seven years the day gay marriage became legal this year.

"We just want to have the same rights as everyone else gets. We're tired of being second-class citizens when we are citizens of America," she said. "You don't have to agree with us but you have to let us be."

Demonstrator Taylor Miller, 28, was perplexed by the victory of Proposition 8 in the same election that swept Democrat Barack Obama into the presidency.

"It's strange because with Obama winning there's been a surge of really motivated liberalism," she said. "This is just ignorance and ignorance is so last presidency."

**First Published: Nov 6, 2008 3:28 AM PDT**

**Find this article at:**
http://www.nbclosangeles.com/news/local-beat/Protestors_Signal_Battle_over_Same_Sex_Marriage_Not_Over.html

          SAVE THIS | EMAIL THIS | Close

☐  Check the box to include the list of links referenced in the article.

© NBC Universal, Inc. | All Rights Reserved.

K-11

# Deseret News

## Protests over Proposition 8 outcome getting personal

**By Jennifer Garza**
McClatchy Newspapers
*Published: Thursday, Nov. 13, 2008 12:08 a.m. MST*
SACRAMENTO, Calif. — Supporters of Proposition 8 won the election but now are frustrated because they are still fighting for their cause.

A week after the majority of voters passed the controversial measure to ban same-sex marriage, the conflict continues — in the courts, at protests and in personal attacks.

"I'm frustrated by what's going on," said Dave Leatherby, owner of the Leatherby Family Creamery in Sacramento, commenting on the protests and court battles.

"Let's move on. I always told my children that once a rule was made, you have to abide by it. I think it should be the same in this circumstance."

Leatherby and his family donated about $20,000 for the passage of Proposition 8. A devout Catholic and father of 10, Leatherby supported the measure for religious reasons. He said his business has been targeted by bloggers as a result, and that he is particularly confused because his business has participated in the annual gay pride Rainbow Festival.

"It saddens me that all this is happening," he said.

The battle over same-sex marriage will not end anytime soon. This week, 44 state legislators filed a friend-of-the-court brief on behalf of opponents of the gay-marriage ban. They maintain the initiative process was used improperly. The California Supreme Court could rule as early as this week on a lawsuit that seeks to invalidate Proposition 8, said court spokeswoman Lynn Holton.

Proposition 8 opponents said they will continue to fight for their civil rights.

"For them to say the voters have spoken and no one should question it is a bit disingenuous," said West Sacramento Mayor Christopher Cabaldon. He cited repeated attempts to pass other initiatives. "They believe in the justice of their causes, that's why they return over and over again with the same proposal on parental notification."

Cabaldon was referring to Proposition 4, which would have required parental notification before a minor could have an abortion. It was defeated for the third time last week.

Since the election, thousands have protested on the steps of the state Capitol and in some cities at temples of The Church of Jesus Christ of Latter-day Saints and other sites. Gay marriage advocates said they were planning nationwide demonstrations this weekend in more than 175 cities and outside the U.S. Capitol.

Also, a fire outside an LDS church in Littleton, Colo., is being investigated as a bias-motivated arson that may have stemmed from the church's position on Proposition 8. Arapahoe County sheriff's deputies responded to the building about 7:15 p.m. Tuesday, some three hours after a church member found a burning copy of the Book of Mormon on a doorstep. No damage to the church was reported.

Wednesday night hundreds carried protest signs in front of the LDS Church's Manhattan meetinghouse, which also houses a temple. Several people held signs asking, "Did you cast a ballot or a stone?" while other signs read "Love not H8."

LDS Church spokesman Michael Otterson said while citizens have the right to protest, he was "puzzled" and "disturbed" by the gathering given that the majority of California's voters had approved the amendment.

"Protesting is a time-honored American tradition," said Ned Dolejsi, executive director of the California Catholic Conference. Catholic leaders were active in the "Yes on 8" campaign. "But it's unfortunate when it steps over into religious bigotry or harassment."

Some Proposition 8 supporters say a minority of protesters have gone too far by targeting individuals. Opponents of the measure have called for a boycott of the California Musical Theatre after revelations that artistic director Scott Eckern, a member of the LDS Church, donated $1,000 to the "Yes on 8" Campaign.

On Wednesday, Eckern resigned his position. He released a statement saying that he quit "after prayerful consideration to protect the organization and to help the healing in the local theater-going and creative community."

Others who supported Proposition 8 said they have also been targeted. Scott Purves, of Purves & Associates, a Davis insurance company, said a protester carrying a sign reading "Purves Family Supports Homophobia" picketed his business Monday.

"If this had gone the other way, I can't imagine the backlash if people protested and called the other side names," said Purves. "People would be angry and rightfully so. ... It makes me sad that this would happen when a majority of people supported this measure."

Opponents of Proposition 8 issued a statement last week asking those disheartened by the passage of the initiative not to target those who voted the other way. "We achieve nothing if we isolate the people who did not stand with us in this fight," the statement said. "... We know people of all faiths, races and backgrounds stand with us in our fight to end discrimination, and will continue to do so."

Other ballot initiatives that have been approved by voters have faced legal challenges.

"When it comes to social initiatives, it can become very emotional," said Douglas Kmiec, professor of constitutional law at Pepperdine University.

He cited two initiatives that were approved by voters and later challenged in the courts. One was Proposition 209, the 1996 ballot measure that eliminated racial preferences at California agencies and public institutions; the other was Proposition 187, the 1994 measure that proposed barring undocumented children from schools and most health care.

"Although there were bumps along the way, Prop. 209 eventually passed, but 187 was ultimately invalidated," said Kmiec.

For now, Leatherby said, Proposition 8 should stand. "If they want to win me over," he said. "That's not how to do it."

———————————————

Contributing: Marcus Franklin, Associated Press

© 2009 Deseret News Publishing Company | All rights reserved

K-12

Case3:09-cv-02292-VRW   Document187-11   Filed09/15/09   Page51 of 255

# Radical Gay Activists Seek to Intimidate Christians

Wednesday, 19 November 2008 12:20 AM EST     News - Featured News



*Since Nov. 4, Christians have reported increased incidences of church vandalism and sometimes-violent attacks for their support of traditional marriage.*

0
tweets

tweet



[11.19.08] The Nov. 4 passage of constitutional amendments banning gay marriage in California, Arizona and Florida has evoked a sometimes-violent response from radical gay activists who have vandalized churches, mobbed intercessors and disrupted a worship service in Michigan.

Intercessors with a house of prayer in San Francisco said they feared they might be killed Friday night during a routine prayer walk through the area's Castro district, which has a large gay community. They said a crowd who thought they were marriage amendment demonstrators shouted lewd remarks, pushed them, threw hot coffee on their faces and threatened the prayer group leader with death. (See related video.)

One man reportedly hit an intercessor on the head with her Bible before shoving her to the ground and kicking her. Before police arrived, another house of prayer member said someone repeatedly tried to pull his pants down.

"We hadn't preached, we hadn't evangelized," one of the intercessors said after the incident. "We worshipped God in peace, and we were about to die for it."

Police eventually escorted the group to their van, telling the intercessors they had to leave if they wanted to make it out, one witness said.

"These are the nicest kids," said TheCall founder Lou Engle, who knows many of the young intercessors involved in the incident. "That night they were doing only worship. They weren't trying to aggravate anything."

"I think what's happening is an exposure of what's really there and an underbelly of this [radical gay] movement," Engle added. "I think the church has to really reveal what's going on there so the nation gets a clue about what they're making an alliance with."

In Michigan, where voters in 2004 approved an amendment defining marriage as the union of one man and one woman, a Chicago-based gay rights organization called Bash Back interrupted a Nov. 9 service at an Assemblies of God congregation in Lansing. (See related video.)

After staging a demonstration outside Mount Hope Church to draw most of the security staff away from the worship service, protestors masked as congregants stood up in the middle of the service, "declared themselves fags and began screaming loudly," Bash Back leaders said in a statement posted online.

The protestors pulled the fire alarm and threw thousands of fliers into the congregation, while a gay couple rushed to the front and began kissing in front of the pastor. "Let it be known: So long as bigots kill us in the streets, this pack of wolves will continue to BASH BACK!" the group said in a statement about the incident.

Bash Back leaders said Mount Hope was targeted because it is "complicit in the repression of queers" by working to "institutionalize transphobia and homophobia" through "repulsive" ex-gay conferences and hell house plays, "which depict queers, trannies and womyn [sic] who seek abortions as the horrors."

In a statement posted on Mount Hope's Web site, church leaders said they don't "attempt to identify the church as anti-homosexual, anti-choice, or right wing" but do "take the Bible at face value and believes what the Bible says to be the truth."

Mount Hope spokesman David J. Williams Jr., said the sheriff's department had launched an investigation into the incident. "We're really asking for prayer for the people that did this," Williams said. "They need Jesus; they need to know His love."

Attorney John Stemberger, who chaired Florida's marriage amendment campaign, said many gay protestors want to intimidate

the public into silence. "Their goal is to create an intense climate of intimidation and hostility within the culture to try and deter people from supporting traditional marriage and other pro-family initiatives in the future," Stemberger said. "We will not be bullied into silence, indifference or inaction."

In Palm Springs, Calif., a 69-year-old woman planned to file charges against protesters who reportedly pushed the woman and spit on her during a Nov. 8 rally opposing the passage of Proposition 8, which amends the state constitution to define marriage as the union of one man and one woman. Phyllis Burgess said authorities convinced her to press charges against the attackers.

Nationwide, gay rights advocates protested marriage bans on Saturday, pointing particularly to California's Proposition 8, which defined marriage as between one man and one woman and overturned a state Supreme Court ruling that had legalized gay marriage. Many of the demonstrations were peaceful, according to Associated Press (AP) reports, with participants waving rainbow-colored flags and holding signs saying "Don't Spread the H8."

But pastors across the country, particularly in California, say incidents of vandalism and theft have increased since Nov. 4. One California pastor said a minister in his state received death threats for his support of Proposition 8.
According to reports from California's Protect Marriage campaign:

· At Messiah Lutheran Church in Downey, Calif., a "Yes on 8" sign was wrapped around a heavy object and used to smash the window of the pastor's office.

· Several "Yes on 8" yard signs were stolen from Calvary Chapel Ventura, as well as a large banner displaying the church's name and service times.

· Park Community Church in Shingle Springs, Calif., received harassing phone calls and has been threatened with lawsuits by Proposition 8 opponents.

· Bloggers targeted Yorba Linda, Calif., pastor Jim Domen, who is open about his past struggle with same-sex attraction, and his girlfriend for harassment after seeing the couple's photo in news reports about the passage of Proposition 8.

· The words "No on 8" were spray-painted on a Mormon church in Orangevale, Calif.

· A brick was thrown through the window of Family Fellowship Church in Hayward, Calif., and at Trinity Baptist Church in Arcata, Proposition 8 opponents vandalized the church's marquee, which encouraged support for the marriage amendment; stole the church's flags; and committed other acts of vandalism totaling $1,500.

· Eggs thrown on the building of San Luis Obispo Assembly of God and toilet paper was strewn across the property, while a Mormon church in the same city had adhesive poured onto a doormat, a keypad and a window.

The Mormon Church, headquartered in Salt Lake City, Utah, has also become a target of gay rights activists because it provided major funding to the Proposition 8 campaign and encouraged its members to support the marriage amendment, which passed with 52 percent of the vote.

Some gay rights advocates have called for a boycott of the state of Utah, and Bash Back leaders admitted to vandalizing Mormon churches there, as well as in Washington state and California. A Mormon temple in Salt Lake City reported receiving a letter containing a white, powdery substance that forced the facility to close while police launched an investigation.

"The hypocrisy, hatred, and intolerance shown by the gay rights movement isn't pretty," said Randy Thomasson, president of the Campaign for Children and Families, a leading California-based pro-family group. "While claiming to be against hate and for tolerance and choice, the homosexual activists are revealing their hatred of voters and religion and showing their intolerance of people's personal choices to support man-woman marriage. By attacking the people's vote to protect marriage in the state constitution, homosexual activists have declared war on our republic and our democratic system."

Christian leaders say the backlash is likely to continue and may worsen. "It's actually desperation time for us all across the nation to be praying," Engle said. "They're calling [Christians] haters when all they're doing is simply saying there's a higher authority. It's a raging against Christ and His loving, foundational laws. It is becoming an anti-Christ rage. They are creating a Jesus of their own mind, a Jesus who lets everybody do whatever they want.

"I think the church has to be prepared [for religious persecution]," he added. "Our allegiance is to God and His Word, and if that means imprisonment and martyrdom, so be it." -- **Adrienne S. Gaines**

K-13

Case3:09-cv-02292-VRW   Document187-11   Filed09/15/09   Page54 of 255

**Back to Message** | **Print Thread**

# Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of Yorba Linda, and J.D. Gaddis of Yorba Linda are hateful bigots!

**Posted by Phyllis Rogers Stone** *2008-11-05 12:41:06.0*





Bob Knoke, of Mission Viejo, Amanda Stanfield, of Monrovia, Jim Domen, of Yorba Linda, and J.D. Gaddis, of Yorba Linda, celebrate returns for Proposition 8 at an Irvine hotel.

There. Now whenever someone Googles them this will come up.

___

### re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by Calvin** *2008-11-05 12:42:30.0*

Whee! Reposting from the other thread:

Indeed. Let's go get 'em.

I'll take the Jack Warden lookalike. PRS, you take the beer-bellied guy dancing to YMCA. The heil Hitler guy in the dark suit is up for grabs, plus we need a female volunteer to take the doped up girl.

___

### re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by Phyllis Rogers Stone** *2008-11-05 12:44:21.0*

I nominate BigFatBlonde.

___

### re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by BigFatBlonde** *2008-11-05 12:50:37.0*

Don't tempt me.

I'm having a hard enough time fighting the urge to put on my construction boots, hop on a plane and kick some right-wing ass!

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of

Posted by **mejusthavingfun** *2008-11-05 12:54:47.0*

Odd not a black person in that photo. I guess they were busy carrying bags or something.

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of

Posted by **Calvin** *2008-11-05 12:55:15.0*

Look at Jim Domen's MySpace page. He's a Jesus nut who likes to dress like Zorro.

Link

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of

Posted by **JoeKv99** *2008-11-05 12:59:29.0*

I just can't understand how a person not in the least bit affected by this law could celebrate it's demise so gleefully.

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of

Posted by **mejusthavingfun** *2008-11-05 13:01:07.0*



Well Jim obviously doesn't like bears too much.

---

### re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by madbrian** *2008-11-05 13:01:22.0*

Wow, that's an awfully big closet to hold all those people.

---

### re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by StockardFan** *2008-11-05 13:02:48.0*

I can take out the doped up chick, no problem.

---

### re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by DottieD'Luscia** *2008-11-05 13:03:00.0*

What vile people.

---

### re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by DayDreamer** *2008-11-05 13:14:07.0*

Let this be a call to renewed activism.

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by Phyllis Rogers Stone** *2008-11-05 13:16:45.0*

FEDERAL issue!

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by madbrian** *2008-11-05 15:18:58.0*

Phyllis is correct. This needs to go up to the SCOTUS, where they should decide that the 14th Amendment applies, and marriage equality should be granted to all.

Having said that, the religious aspect is a non-trivial one, both culturally and legally. My opinion is that no church should be compelled to grant same-sex marriage rights, however there may be legal implications if they don't.

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by Enjolras77** *2008-11-05 16:25:16.0*

Who's gonna take the woman on the far right side, the one obstructed by the "heil Hitler" guy, who could possibly be giving the finger to the camera?

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by StockardFan** *2008-11-05 16:30:49.0*

She looks old. I could probably take both her and the doped up chick.

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by Calvin** *2008-11-05 16:33:03.0*

Somebody also needs to claim Mr. Clean hiding behind dopey.

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by StockardFan** *2008-11-05 16:35:39.0*

I'm not sure I can handle all three of them.....

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by TheatreDiva90016** *2008-11-05 16:42:58.0*

Jim is also on Facebook. He blocked his account on MySpace... loser.

Send him a message on Facebook!

I did.

Name: Jim Domen Networks: Orange County, CA Azusa Pacific Alum

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by StockardFan** *2008-11-05 16:57:26.0*

ugh, I don't have a facebook account. I wonder if these idiots' phone numbers are listed.

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by TheatreDiva90016** *2008-11-05 17:05:52.0*

I've been trying to locate them...

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by Phyllis Rogers Stone** *2008-11-05 17:08:55.0*

What a f*cking p*ssy. If he's that excited to see the prop fail, you'd think he wouldn't want to hide.

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by TheatreDiva90016** *2008-11-05 17:12:55.0*

A Stanfield
home
street address not available
Monrovia, CA
(626) 305-5205

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by StockardFan** *2008-11-05 17:14:55.0*

ooooh, who's going to call her first? I have vonage so I have free long distance. If someone tells me something witty to say, I'll call her!

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by Schmerg_The_Impaler** *2008-11-05 17:15:27.0*

Mejusthavingfun-- I can't believe didn't get your 'bear' joke until the second time I read this thread... heh...

Unless that wasn't intended as a joke and this site has COMPLETELY rewired my young virgin mind!

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of

**Posted by Phyllis Rogers Stone** *2008-11-05 17:16:06.0*

Diva's a regular stalker! (and I mean that as a compliment)

---

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of

**Posted by StockardFan** *2008-11-05 17:17:11.0*

Schmergie, where the heck have you been all day? I don't really get the bear joke myself.

---

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of

**Posted by Calvin** *2008-11-05 17:17:51.0*

Ha. Call her and tell her she's won the publisher's clearinghouse grand prize (she looks like the type who would send in an entry for that). And then give her the address of a gay bar as the place to claim it.

---

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of

**Posted by Schmerg_The_Impaler** *2008-11-05 17:18:59.0*

Dude, I've been in school all day! We had yesterday and the day before off, but now I'm back to the same old routine...

But I'm not TOO upset, because Hugh Panaro's coming to my school, and I'm excited about that...

---

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of

**Posted by StockardFan** *2008-11-05 17:21:29.0*

Dude....you know I'm a girl right? LOL!

That would be funny Calvin! Should I do it? Maybe I should do it on her machine while she's at work. I guess I need to find the address for a gay bar in her area....

---

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of

**Posted by Schmerg_The_Impaler** *2008-11-05 17:25:06.0*

I call my mom 'dude'... and my (female) pastor... and my teachers...

Which is not to say that they appreciate that...

---

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of

**Posted by StockardFan** *2008-11-05 17:27:49.0*

I know, I'm just teasing you!!!

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of

**Posted by Mister Matt** *2008-11-05 17:30:20.0*

SrockardFan - If she's married, ask her if she's getting remarried since the last few weeks obviously must have nullified their union completely. If she says she's still married, tell her not to worry and we'll work on taking her rights away as soon as possible. If she says she's never been married, tell her it's too bad because proposition 8 pretty much killed her chances.

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of

**Posted by TheatreDiva90016** *2008-11-05 17:45:38.0*

It's her number.

I just left a message.

**Posted by LePetiteFromage** *2008-11-05 17:46:56.0*

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of

**Posted by TheatreDiva90016** *2008-11-05 17:50:58.0*

"Hi this is Amanda, blah blah blah"

Beep.

"Hi Amanda, I just wanted to call and let you know what a great picture that was of you and the other Nazi's in the newspaper. It's nice to see you getting out and supporting discrimination. Don't worry though, we have plans for you and your friends. When you have one of your basic rights taken away from you, you'lll know how is feels to be discriminated against.

I hope you rot in hell, you fckuing c**t."

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of

**Posted by StockardFan** *2008-11-05 18:09:11.0*

You go girl!!!!

**Posted by LePetiteFromage** *2008-11-05 18:13:51.0*

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of

**Posted by ndshep** *2008-11-05 19:37:48.0*

Case3:09-cv-02292-VRW    Document187-11    Filed09/15/09    Page62 of 255

# Voters approve Proposition 8 banning same-sex marriages



Bob Knoke, of Mission Viejo, Amanda Stanfield, of Monrovia, Jim Domen, of Yorba Linda, and J.D. Gaddis, of Yorba Linda, celebrate returns for Proposition 8 at an Irvine hotel.

Here's Amanda Stanfield's Work Voicemail. She works at a super religious Christian School.

Amanda Stanfield, M.A.
Assistant Director, Graduate Center Client Services
Azusa Pacific University
(626) 815-4560

If they disconnect her number, call her boss:
Graduate Center
Azusa Pacific University
PO Box 7000, Azusa, CA 91702-7000
Phone: (626) 815-4570
Fax: (626) 815-4545
http://www.apu.edu/graduatecenter/

Source:
http://www.surveymonkey.com/s.aspx?sm=saUttZjgdoWxUHxoVi2YJg_3d_3d

Amanda Stanfield

---

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by TheatreDiva90016** *2008-11-05 19:56:44.0*

It's just too bad that the others have to hide.

Well except for the Jim on Facebook.

I called and left a message for Amanda at her work as well.

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by Calvin** *2008-11-05 19:58:01.0*

OK, this is all going a bit overboard now. It kinda feels like that scene in "Last Supper" when they poisoned the mousy woman just because she wanted to ban "Catcher in the Rye."

Oh wait -- no one saw that movie.

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by TheatreDiva90016** *2008-11-05 20:59:31.0*

I never said any harm should come to her, I just wanted her to know that she's a biggot and she discriminates, and to have yourself surrounded by the same type of people just makes you worse.

Like a Nazi.

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by Calvin** *2008-11-05 21:22:14.0*

I wasn't referring to you, Diva, but to a brand new member who immediately popped up with information not immediately available through a simple Google search.

Oh, hear they are praying together:



Eww! Those two guys' hands are touching!

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by StickToPriest** *2008-11-05 23:42:30.0*

what about this lady?

http://www.latimes.com/news/local/la-me-prop8-pg,0,3589438.photogallery?index=6

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by Calvin** *2008-11-05 23:48:11.0*

Why are Mormons such horrible dressers?

And what is this Irvine hotel everyone was at? Did they spend all their money on the campaign so they were forced to cram into a Super 8 that night? With whitebread sandwiches and Aquafina?

### re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of

**Posted by Phyllis Rogers Stone** *2008-11-05 23:59:32.0*

Only elite fags drink bottled water.

---

### re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of

**Posted by Phyllis Rogers Stone** *2008-11-06 00:05:37.0*



Her gay son is hiding his head in shame.

---

### re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of

**Posted by Wanna Be A Foster** *2008-11-06 00:15:26.0*

Diva, I love you.

---

### re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of

**Posted by StockardFan** *2008-11-06 07:26:57.0*

Yeah, Diva rocks!!!!!

---

### re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of

**Posted by Calvin** *2008-11-06 13:08:03.0*

Just wanted to mention that if you google "Jim Domen," this thread is third on the results.

Hope he's googling himself today!

---

### re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
Posted by **Phyllis Rogers Stone** *2008-11-06 13:12:55.0*

Awesome.

---

### re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
Posted by **ndshep** *2008-11-06 13:31:02.0*



More phone numbers!

UPDATE: A few friendly readers wrote in with contact information for the horrible Bob Knocke, Jim Domen and Amanda Starfield pictured in the above photo. Please give them a call or email them and let them know how you feel.

Bob Knocke (949) 472-1249
Louis Kanoke (949) 472-1249
25292 Campina Dr, Mission Viejo, CA 92691
His church: http://www.stkilianchurch.org/


Jim Domen, Catalyst Pastor at Rose Drive Friends Church, jimd@rdf.org 714.528.6496 ext. 130
Rose Drive Friends Church. Jim LeShana, Sr. Pastor 4221 Rose Drive, Yorba linda, CA 92886. 714-528-6496
http://rdf.org/
http://tinyurl.com/63o69j
http://tinyurl.com/65yvk4

Amanda Stanfield, M.A.
Assistant Director, Graduate Center Client Services
Azusa Pacific University
(626) 815-4560

If they disconnect her number, call her boss:
Graduate Center
Azusa Pacific University
PO Box 7000, Azusa, CA 91702-7000
Phone: (626) 815-4570
Fax: (626) 815-4545
http://www.apu.edu/graduatecenter/

Contact Jim Domen

---

### re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
Posted by **TheatreDiva90016** *2008-11-06 14:51:45.0*



Why does Bob look like he's ready to gobble a knob?

And thanks for the other numbers, now I have something to do today!

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by TheatreDiva90016** *2008-11-06 15:09:51.0*



Kirk Wasson
home
12907 Crossmont Pl
Moreno Valley, CA 92553
(951) 653-6173Type: Land Line
Provider: Verizon
Location: Moreno, CA
Household: Lisa Wasson

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by Phyllis Rogers Stone** *2008-11-06 15:28:59.0*

You know, it's just now that I see what those signs say in the background. Are they effing kidding me? I'm actually so enraged right now I want to go punch a Mormon.

Even by the standards of the most crazed zealot, how in the name of the hateful god of Abraham does this proposition equal religious freedom? How?

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of

**Posted by TheatreDiva90016** *2008-11-06 15:32:22.0*

PRS,

GET OUT OF ME!

I was thinking the same thing!

It's got NOTHING to do with religion.

Are the Morons...uhm, Mormons worried that they may not be able to marry more than one woman?

Oh, and the above folks have a block on their phone so you have to call froma number that shows up for them. I'm going down to the payphone.... Be back soon!

---

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of

**Posted by Calvin** *2008-11-06 15:33:42.0*

You know, for someone who bikes and runs so much in his photos, why is Jim Domen still such a fat-ass?

---

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of

**Posted by doodlenyc** *2008-11-06 15:34:42.0*

That bicycle picture is the gayest thing I've seen in awhile.

---

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of

**Posted by Calvin** *2008-11-06 15:35:38.0*

I notice his myspace page is now set to private and his Facebook page is gone entirely.

Awwwwww. Did someone hurt his wittle feelings?

---

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of

**Posted by Phyllis Rogers Stone** *2008-11-06 15:36:47.0*

I mean, I know they always equate it with their religion and crap, but I've never once seen anyone actually answer the damn question. No one is going to force your stupid effing church (no offense to believers) to perform gay marriages.

But again - even plenty of non-religious folks are grossed out by the thought of two men doing it. As it always has been, as it always shall be, it seems.

I'd love to be able to find out if any of these people whose names and joyous faces were splattered all over

the papers have ever been divorced.

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of

Posted by **TheatreDiva90016** *2008-11-06 18:14:55.0*

Well, the pay phone at the store wouldn't go through either, so it's a good thing the manager of the store is very kind and she let me place the call from her office phone.

I told them that in the picture, their son was hanging his head in shame because he can't belive his parents are such biggots.

It's nice to have friends that will let you use their phone to scream at ignorant people...

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of

Posted by **ndshep** *2008-11-06 20:06:59.0*

# BIGOTRY
# 4
# JESUS



Bob Knoke, of Mission Viejo, Amanda Stanfield, of Monrovia, Jim Domen, of Yorba Linda, and J.D. Gaddis, of Yorba Linda, celebrate returns for Proposition 8 at an Irvine hotel.



Amanda Stanfield, Jim Domen, JD Gaddis

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by Schmerg_The_Impaler** *2008-11-06 20:09:31.0*

Is 'asteem' a pun or a typo?

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by KathyGriffinLovesYou** *2008-11-06 20:12:05.0*

Up until now I wanted to be a actor. I've taken a gazillion classes and have been in a gazillion shows.

The past couple of weeks have helped me decided I want to get into politics.

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by Calvin** *2008-11-07 01:26:07.0*

I think we need a new version of this song.

Ha

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by WestVillage** *2008-11-07 13:19:25.0*

Curious .. besides TheatreDiva, is anyone contacting these ignorant and despicable people?

And thanks for posting the contact information.

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by TheatreDiva90016** *2008-11-07 13:56:43.0*

Cricket


cricket.


Also, has anyone else, besides PJ, reported the LDS to the IRS?

Subject: Take Action Against LDS

If it upsets you that a church can meddle with another state's political statutes, here's something simple you can do:

To report the LDS Church to the IRS, simply take 5 minutes to print these articles out and any others you can find:

http://www.sltrib.com/ci_10839546 http://www.sltrib.com/news/ci_10842051

Then print, sign and send the attached form (already completed) or download a blank and fill it out yourself at

http://www.irs.gov/pub/irs-pdf/f3949a.pdf

List the taxpayer as:

Thomas S. Monson, et al
50 East North Temple
Salt Lake City, Utah 84150

List his occupation as President and the business as The Church of Jesus Christ of Latter-Day Saints.
Check the boxes for False Exemption and Public/Political Corruption.
Then in the Comments section demand that the LDS Church be fined and their tax-exempt status revoked for repeated and blatant violations of the IRS's separate of church and state rules, and for conspiring to interfere with a state's political process.
Check Yes under "Are books/records available?" and write in "campaign finance records." You don't have to provide any of your own personal info.

Mail the form and the printed articles to:
Internal Revenue Service
Fresno, CA 93888

---

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of

**Posted by ndshep** *2008-11-07 14:16:25.0*



Dear West Village,

I have indeed contacted both Amanda and Jim's workplaces with emails and calls letting them know how I feel. I've also copied everyone from their organization that I could dig up online. I'm sure that their coworkers are in the same mindset as the offending party, so I'm not sure it's much use to "embarrass" them. Heck, they'll probably get even more credit.


Please see mailing lists below.

astanfield@apu.edu, graduatecenter@apu.edu, alumni@apu.edu, universityrelations@apu.edu, jwallace@apu.edu, provost@apu.edu, bmccarty@apu.edu, kcleveland@apu.edu, Lawrence@apu.edu, jramos@apu.edu, bodell@apu.edu, gpine@apu.edu, slehman@apu.edu, jrutter@apu.edu, dbahruth@apu.edu, jferris@apu.edu, sgeiss@apu.edu, psvagdis@apu.edu, rruiz@apu.edu, jleslie@apu.edu, ahaggins@apu.edu, thardeman@apu.edu, ckausrud@apu.edu, vsantacruz@apu.edu, bwillmer@apu.edu, jdarnell@apu.edu, pwolf@apu.edu, dblomquist@apu.edu, jsurrell@apu.edu, dwood@apu.edu, cwebber@apu.edu, jwoods@apu.edu, lshimasaki@apu.edu, rfleming@apu.edu, mbohren@apu.edu, tholmes@apu.edu, mbarnett@apu.edu, kreid@apu.edu, ckeife@apu.edu, jreinsch@apu.edu, areed@apu.edu, kduskin@apu.edu, gfung@apu.edu, jpearce@apu.edu, ddacus@apu.edu, ibezjian@apu.edu, junderwood@apu.edu, cfaber@apu.edu, hbutler@apu.edu, sbmgrad@apu.edu, BMcHenry@apu.edu

There are More white people in this church staff than you can shake a stick at!

http://www.rdf.org/cgi-bin/gx.cgi/AppLogic+FTContentServer?pagename=FaithHighway/10000/6000/246RO/staff1


jimd@rdf.org, jiml@rdf.org, chriss@rdf.org, bobbig@rdf.org, mikeb@rdf.org, jerryc@rdf.org, irisf@rdf.org, billg@rdf.org, jimk@rdf.org, heidim@rdf.org, greggp@rdf.org, murielt@rdf.org, craigd@rdf.org, jenniferp@rdf.org, zachs@rdf.org, mandip@rdf.org, jasonm@rdf.org, Chrisc@rdf.org, robinr@rdf.org, jenniferm@rdf.org, tresam@rdf.org, janab@rdf.org, conniek@rdf.org, kariw@rdf.org, rickk@rdf.org, larryl@rdf.org, sandyp@rdf.org

Contact Jim Domen

---

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
Posted by WestVillage *2008-11-07 14:33:05.0*

Thanks ... I'm going to send out some emails as well. Amanda's home phone # is "no longer in service; I guess that means she was getting lots of angry calls. I'm glad it caused some disruption in her life.

---

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
Posted by ndshep *2008-11-07 14:57:03.0*

Uh oh!

Got an Angry sounding reply from Rose Drive Friends Church:

From: Chris Steiger
Subject: RE: Jim Domen's Bigotry
To: jimd@rdf.org, jiml@rdf.org, bobbig@rdf.org, mikeb@rdf.org, jerryc@rdf.org, irisf@rdf.org, billg@rdf.org, jimk@rdf.org, heidim@rdf.org, greggp@rdf.org, murielt@rdf.org, craigd@rdf.org, jenniferp@rdf.org, zachs@rdf.org, mandip@rdf.org, jasonm@rdf.org, Chrisc@rdf.org, robinr@rdf.org, jenniferm@rdf.org, tresam@rdf.org, janab@rdf.org, conniek@rdf.org, kariw@rdf.org, rickk@rdf.org, larryl@rdf.org,

sandyp@rdf.org
Date: Friday, November 7, 2008, 2:30 PM

Staff,

This is one of the many emails that Jim has received ⊞ I am getting his website email instead of him for a short period of time. Please DO NOT respond to this or any email like this. We will be reporting these emails to the web domain host.

Chris

---

# re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by WestVillage** *2008-11-07 15:23:45.0*

HeHe! I just fired one off to all the email address that ndshep listed. Lets make some noise people!

---

# re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by Phyllis Rogers Stone** *2008-11-07 16:09:43.0*

Y'all are crazy! But I'm laughing my ass off.

---

# re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by ndshep** *2008-11-07 17:29:24.0*

YES ON PROPOSITION 8
ZIP Code Supervisors for the Glendale, CA Area

(Glendale, La Canada, La Crescenta, Verdugo Hills, Sunland, Tujunga)

The following is the list of ZIP CODE SUPERVISORS you can contact.


Zip Codes
Zip Code
Supervisor
Phone
E-mail

90012
Christian Sampsen
310-971-8480
Christian_Sampson@hotmail.com

90026
John Christiansen
818-247-6748


90031
Roger and Dianne Skelton

818-353-1994
rsroger@aol.com


90039
Matt and Lisa Woodruff
818-952-8771
Mattywoody@yahoo.com


90041
Shannon Syphus
808-781-1616
shannonterry10@gmail.com


90042
Adam Minson
818 468 7138
a_minson@yahoo.com


90065
Steve and Carol Bush
818-957-2037


91011
Micke and Stan Nielson
818-952-7940
mickienielson@sbcglobal.net


91020
Deb Milam
818-248- 1761
milam@earthlink.net


91040
Alice and Lee Watson
818-353-1502
alicewteach@yahoo.com


91042
Brent Peterson
818-952-1815
bcp4949@earthlink.net


91105
Marta Viera
818-241-2313


91201
Suzie and Brian Kelley
818-415-4078 (cell),
213 944 8888 (cell)
Suziq1@dslextreme.com


91202
Clyde Condie
818-248-8270
ccondie@aeoinc.us


91203

Michael Milam
818-248- 1761
milam@earthlink.net

91204
Humberto Barillas
818 352-4338
Hbarillas@aol.com

91205
Jon Sommer
818-244-4242
jgsommer@earthlink.net

91206
Susan Jones
323 257 5562
Suzig1@dslextreme.com

91207
James Pak
213 792 7162
jamesbpak@gmail.com

91208
Marty Newton
818-790-2895


91214
Terri and Richard Lonas
818 957-2213
MrsLonas1@aol.com

---

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by TheatreDiva90016** *2008-11-08 20:54:38.0*

Is ANYONE else doing ANYTING besides posting?


You should be ashamed.

---

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by FindingNamo** *2008-11-08 21:30:43.0*

"Catalyst Pastor"?

Are they freaking KIDDING with that title?

---

## re: Bob Knoke of Mission Viejo, Amanda Stanfield of Monrovia, Jim Domen of
**Posted by ndshep** *2008-11-13 15:52:44.0*

# BIGOTRY
# 4
# JESUS





**YOU WON'T BELIEVE THIS!!!!**

Oh my God! I can't believe it! I just received an email update from a Pastor that thinks I'm on "his side". P.S. Please sign up for mailing lists on those Support 8 websites! They are talking about the "Persecution" that has happened to Jim Domen because of his picture appearing in the LA Times. Guess WHAT!!!! HE'S AN EX GAY!! Can you believe this s#$% I'm still in shock! He's a bigot and a hypocrite! And guess what, they said that his girlfriend is also being targeted... I'll bet that's her right in the picture! Amanda Stanfield!!!

They included his PERSONAL email address! So Please Let him know that you support him and his "girlfriend"!

Text of the email is below:

YORBA LINDA█Pastor Jim Domen of Rose Drive Friends Church has been the target of persecution by marriage opponents; not just him, but his girlfriend as well. Jim is one whom the Lord delivered from a life of struggle with same-sex attractions. He has been a vocal supporter of Proposition 8. He was photographed on Election night celebrating the results of Proposition 8, both he and his girlfriend. The photographs were published in The Los Angeles Times, The Orange County Register, and The Chicago Tribune. Since then, blogs were established to target both Jim AND his girlfriend for verbal persecution, particularly when it was discovered that he is an █ex-gay.█

Please email/phone Pastor Jim and offer your words of encouragement and your prayers as we stand with this dear brother of ours who is suffering persecution for our Lord█s sake.

Pastor Jim Domen
Rose Drive Friends Church
4221 Rose Dr
Yorba Linda 92886
714.528.6496
jimdomen@me.com

Some numbers from the previous posts...
Bob Knocke (949) 472-1249
Louis Kanoke (949) 472-1249
25292 Campina Dr, Mission Viejo, CA 92691
His church: http://www.stkilianchurch.org/

Jim Domen, Catalyst Pastor at Rose Drive Friends Church, jimd@rdf.org 714.528.6496 ext. 130
Rose Drive Friends Church. Jim LeShana, Sr. Pastor 4221 Rose Drive, Yorba linda, CA 92886. 714-528-6496
http://rdf.org/
http://tinyurl.com/63o69j
http://tinyurl.com/65yvk4

Amanda Stanfield, M.A.
Assistant Director, Graduate Center Client Services
Azusa Pacific University
(626) 815-4560

If they disconnect her number, call her boss:
Graduate Center
Azusa Pacific University
PO Box 7000, Azusa, CA 91702-7000
Phone: (626) 815-4570
Fax: (626) 815-4545
http://www.apu.edu/graduatecenter/

Jim Domen Gay

K-14

## Threats, Legal Action in Washington's Gay-Marriage Debate



**Tuesday, September 08, 2009 10:02 AM**
**By Newsweek**

### By Krista Gesaman

This November, residents of Washington state will go to the polls to decide the fate of same-sex domestic partnerships, voting on Referendum 71 (R-71). Nicknamed the "everything but marriage" proposition, R-71 proposes an expansion of a current domestic-partnership law to include adoption rights, child support, pension, and other public-employee benefits for same-sex couples. Although gay partners would have all the rights afforded married couples, the state will refrain from using the term "marriage." But right now, voters are less worried about what's actually on the ballot than how it got there in the first place. In Washington, as in most states, supporters must collect a threshold number of signatures for a ballot initiative to go to the polls. In the case of R-71, those who signed were asked to include their name, occupation, and address. Now, a political group wants to publish the names of the 121,000 residents who signed on the Internet.

WhoSigned.Org is a grassroots organization based in Washington which would make the names and contact information of these individuals available on a searchable Web site so residents could check whether their signature was accurately or fraudulently recorded. Although for some, advocating for the public disclosure of records could be a democratic and civic-minded concept, state residents started to worry when threats came pouring in. Protect Marriage Washington, the primary organization behind R-71, cites a variety of Web postings advocating harm. One post retrieved from the Web site Queer Equality Revolution in early August stated: "I advocate using violence against the property of ALL of those who are working tirelessly to HURT my family; starting with churches and government property. Government is enabling a vote on whether or not I "should be allowed" to see my husband [*sic*] while he is dying in the hospital - any NORMAL man would be driven to get a gun and kill those who tried such evil cruelty against his loved ones." Messages on WhoSigned.org have also threatened to boycott the businesses of everyone who signed the petition.

Protect Marriage Washington has filed a motion for an injunction to stop the release. The organization not only asks to seal the release of the names and organizations of the individuals who supported the referendum but also the contact information of individuals who signed petitions opposing the potential law. On Sept. 3, District Court Judge Benjamin H. Settle had the difficult task of weighing constitutional rights versus public disclosure. One side argues that releasing the names will have a chilling effect on free speech, while the other side claims that public-disclosure laws should be upheld in order to continue open government efforts. In an unusual twist, Settle decided to extend a temporary restraining order while he considers some of the public disclosure issues. He expects to have a decision by Sept.10.

Advertisement

K-15



1 of 2 DOCUMENTS

Copyright 2009 The New York Times Company
The New York Times

**February** 8, 2009 Sunday
Late Edition - Final

**SECTION:** Section BU; Column 0; Money and Business/Financial Desk; SLIPSTREAM; Pg. 3

**LENGTH:** 959 words

**HEADLINE: Disclosure, Magnified On the Web**

**BYLINE:** By BRAD STONE

**BODY:**

FOR the backers of Proposition 8, the state ballot measure to stop single-sex couples from marrying in California, victory has been soured by the ugly specter of intimidation.

Some donors to groups supporting the measure have received death threats and envelopes containing a powdery white substance, and their businesses have been boycotted.

The targets of this harassment blame a controversial and provocative Web site, eightmaps.com.

The site takes the names and ZIP codes of people who donated to the ballot measure -- information that California collects and makes public under state campaign finance disclosure laws -- and overlays the data on a Google map.

Visitors can see markers indicating a contributor's name, approximate location, amount donated and, if the donor listed it, employer. That is often enough information for interested parties to find the rest -- like an e-mail or home address. The identity of the site's creators, meanwhile, is unknown; they have maintained their anonymity.

Eightmaps.com is the latest, most striking example of how information collected through disclosure laws intended to increase the transparency of the political process, magnified by the powerful lens of the Web, may be undermining the same democratic values that the regulations were to promote.

With tools like eightmaps -- and there are bound to be more of them -- strident political partisans can challenge their opponents directly, one voter at a time. The results, some activists fear, could discourage people from participating in the political process altogether.

That is why the soundtrack to eightmaps.com is a loud gnashing of teeth among civil libertarians, privacy advocates and people supporting open government. The site pits their cherished values against each other: political transparency and untarnished democracy versus privacy and freedom of speech.

"When I see those maps, it does leave me with a bit of a sick feeling in my stomach," said Kim Alexander, president of the California Voter Foundation, which has advocated for open democracy. "This is not really the intention

of voter disclosure laws. But that's the thing about technology. You don't really know where it is going to take you."

Ms. Alexander and many Internet activists have good reason to be queasy. California's Political Reform Act of 1974, and laws like it across the country, sought to cast disinfecting sunlight on the political process by requiring contributions of more than $100 to be made public.

Eightmaps takes that data, formerly of interest mainly to social scientists, pollsters and journalists, and publishes it in a way not foreseen when the open-government laws were passed. As a result, donors are exposed to a wide audience and, in some cases, to harassment or worse.

A college professor from the University of California, San Francisco, wrote a $100 check in support of Proposition 8 in August, because he said he supported civil unions for gay couples but did not want to change the traditional definition of marriage. He has received many confrontational e-mail messages, some anonymous, since eightmaps listed his donation and employer. One signed message blasted him for supporting the measure and was copied to a dozen of his colleagues and supervisors at the university, he said.

"I thought what the eightmaps creators did with the information was actually sort of neat," the professor said, who asked that his name not be used to avoid becoming more of a target. "But people who use that site to send out intimidating or harassing messages cross the line."

Joseph Clare, a San Francisco accountant who donated $500 to supporters of Proposition 8, said he had received several e-mail messages accusing him of "donating to hate." Mr. Clare said the site perverts the meaning of disclosure laws that were originally intended to expose large corporate donors who might be seeking to influence big state projects.

"I don't think the law was designed to identify people for direct feedback to them from others on the other side," Mr. Clare said. "I think it's been misused."

Many civil liberties advocates, including those who disagree with his views on marriage, say he has a point. They wonder if open-government rules intended to protect political influence of the individual voter, combined with the power of the Internet, might be having the opposite effect on citizens.

"These are very small donations given by individuals, and now they are subject to harassment that ultimately makes them less able to engage in democratic decision making," said Chris Jay Hoofnagle, senior fellow at the Berkeley Center for Law and Technology at the University of California.

THANKS to eightmaps.com, the Internet is abuzz with bloggers, academics and other pundits offering potential ways to resolve the tension between these competing principles. One idea is to raise the minimum donation that must be reported publicly from $100, to protect the anonymity of small donors.

Another idea, proposed by a Georgetown professor, is for the state Web sites that make donor information available to ask people who want to download and repurpose the data to provide some form of identification, like a name and credit card number.

"The key here is developing a process that balances the sometimes competing goals of transparency and privacy," said the professor, Ned Moran, whose undergraduate class on information privacy spent a day discussing the eightmaps site last month.

"Both goals are essential for a healthy democracy," he said, "and I think we are currently witnessing, as demonstrated by eightmaps, how the increased accessibility of personal information is disrupting the delicate balance between them."

Disclosure, Magnified On the Web The New York Times February 8, 2009 Sunday

**URL:** http://www.nytimes.com

**GRAPHIC:** PHOTO: California's Proposition 8 drew protests last year. A Web site takes names and ZIP codes of donors supporting the measure and overlays data on a map.(PHOTOGRAPH BY J. EMILIO FLORES FOR THE NEW YORK TIMES) MAP

**LOAD-DATE:** February 8, 2009

K-16

Case3:09-cv-02292-VRW    Document187-11    Filed09/15/09    Page85 of 255

LexisNexis® *Total Research System*

Switch Client ┊ Preferences ┊ Sign Out ┊ ? Help

*My Lexis*™  ❯ Search  ❯ Research Tasks  ❯ *Get a Document*  *Shepard's*®  ❯ Alerts  ❯ Total Litigator  ❯ Transactional Advisor  ❯ Counsel Selector  ❯ Dossier ┊ History ❯ 🔼

FOCUS™ Terms [ proposition 8 and harass ]  Search Within [ Original Results (1 - 78) ]  ☐ Using Semantic Concepts What's this?  [Go →]  Advanced...

All Results - (20)    News - (20) ▶

Source: **Combined Source Set 20** 🔲 - Major Newspapers; The New York Times; Los Angeles Times
Terms: proposition 8 /s donor* and date geq (09/14/2008)   (Edit Search | Suggest Terms for My Search)
Focus: **proposition 8 and harassment and date geq (09/14/2008)**   (Exit FOCUS™)

✏ Select for FOCUS™ or Delivery
☐

*Attacks on Miss California reveal intolerance of gay-rights activists Point of View • Beauty queen is latest target of a campaign to silence critics of same-sex marriage. OTHER VIEWS St. Louis Post-Dispatch (Missouri) April 30, 2009 Thursday*

Copyright 2009 St. Louis Post-Dispatch, Inc.
All Rights Reserved
St. Louis Post-Dispatch (Missouri)

**April 30, 2009 Thursday**
THIRD EDITION

**SECTION:** EDITORIAL; Pg. A17

**LENGTH:** 669 words

**HEADLINE:** Attacks on Miss California reveal intolerance of gay-rights activists Point of View • Beauty queen is latest target of a campaign to silence critics of same-sex marriage. OTHER VIEWS

**BYLINE:** COLLEEN CARROLL CAMPBELL

**DATELINE:** 0

**BODY:**

"I believe that a marriage should be between a man and a woman. No offense to anybody out there, but that's how I was raised."

With that mild answer to a beauty-pageant query earlier this month, Miss California Carrie Prejean was catapulted to the center of an international controversy resulting in vicious attacks on her character, intelligence and religious beliefs.

The assault began almost immediately after the 21-year-old college junior answered a question about her views on same-sex marriage from Perez Hilton, a gay gossip blogger and Miss USA contest judge who earned his fame by drawing obscene doodles on celebrity photos and "outing" gay stars on his website. Incensed by Prejean's failure to endorse his views on gay marriage, Hilton took to the airwaves and Internet to call Prejean a string of unprintable names.

The incident would be just another laughable case of a blogger behaving badly were it not for the fact that Hilton's histrionic response was echoed by a chorus of more respectable voices. They ranged from the TV journalists who fretted on air about Prejean's insensitivity and pageant officials who publicly sided with Hilton to the parade of Hollywood celebrities who denounced Prejean and high-ranking gay British politician Alan Duncan, who called her a "silly [expletive]" and said that if she turns up murdered, "you will know it was me."

For all the fuss, Prejean hardly is alone in her conventional view of marriage. Polls show that most Americans share that view and voters in 29 states, including California, have approved state constitutional amendments banning gay marriage. Yet Prejean did something most Americans who oppose gay marriage no longer dare to do: She voiced her beliefs in the public square. And when pressured to recant, she refused.

Prejean's boldness has made her the latest target of a cabal of strident gay-rights activists and their media allies who define even the most muted public words against same-sex marriage as hate speech. These ideologues increasingly rely on intimidation tactics to advance their cause where rhetorical persuasion and democratic means have failed. In an ugly twist for a movement that once made "tolerance" its rallying cry, the most glaring examples of intolerance in today's marriage debate come from supporters of same-sex marriage.

That intolerance was on full display in California last fall, before and after the passage of the **Proposition 8** gay-marriage ban. Anti-**Proposition 8** TV ads blatantly stoked religious prejudices by depicting wild-eyed Mormon missionaries gleefully terrorizing a lesbian couple. Gay activists published an online blacklist of individual contributors to the **Proposition 8** cause so those donors could be targeted for **harassment,** boycotts and firings. After the election, evangelical, Catholic and Mormon churchgoers faced angry protesters screaming at them on their way in to their respective churches. In Palm Springs, a raucous mob of gay-rights activists was caught on TV ripping a cross from an elderly woman's hands and stomping on it, while shoving her and swatting her with their placards. In Michigan, a band of gay-rights activists incensed by the California vote disrupted an evangelical church service, yelling at churchgoers, pulling a fire alarm and unfurling a gay pride flag from the church balcony as part of their "Bash Back" campaign.

Such boorish behavior typically receives little coverage from the mainstream media. Yet many Americans have noticed the increasing intolerance of the gay-marriage movement and they resent it. Perhaps that's why Miss California has enjoyed a surge of grassroots

support in the wake of her media flogging. At a time when many politicians and pastors are too intimidated to defend their beliefs about marriage, a beauty queen willing to stand up to a bully is an inspiring sight.

---

Colleen Carroll Campbell is an author, television and radio host and St. Louis-based fellow at the Ethics and Public Policy Center. Her website is www.colleen-campbell.com.

**GRAPHIC:** Miss California Carrie Prejean reads from a Bible during church services in San Diego Sunday. The Associated Press Colleen Carroll Campbell

**LOAD-DATE:** April 30, 2009

Source: **Combined Source Set 20 ⓘ - Major Newspapers; The New York Times; Los Angeles Times**
Terms: proposition 8 /s donor* and date geq (09/14/2008)   (Edit Search | Suggest Terms for My Search)
Focus: **proposition 8 and harassment and date geq (09/14/2008)**   (Exit FOCUS™)
View: Full
Date/Time: Monday, September 14, 2009 - 12:40 PM EDT

*My Lexis™* | Search | Research Tasks | Get a Document | *Shepard's®* | Alerts | Total Litigator | Transactional Advisor | Counsel Selector
History | Delivery Manager | Dossier | Switch Client | Preferences | Sign Out | Help

About LexisNexis   | Terms & Conditions   | Contact Us
Copyright ©  2009 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

K-17

Case3:09-cv-02292-VRW     Document187-11     Filed09/15/09     Page88 of 255

# Projo 7 to 7 News Blog

Taking the news pulse of Rhode Island and Southeastern Massachusetts, by Providence Journal and projo.com staff, from 7 to 7, every business day

Search blog   · Headlines · 25 words · Tag cloud · RSS · MultiBlog

Get the 7 to 7 on your mobile at **www.projo.com**. Twitter: projo | RSS | Email alerts

« North Providence jewelry company to add 60 jobs | Main | Update: R.I. A.G. Lynch seeks divorce ahead of gov. race »

## Same-sex marriage protesters assaulted with food

4:55 PM Wed, Jul 29, 2009 | Permalink
Maria Armental ✉ Email

WARWICK, R.I. -- The police are investigating an assault Tuesday on Bald Hill Road.

The weapon of choice: soda, salsa, eggs ...

"Your basic garden variety of food condiments," Capt. Robert Nelson said Wednesday.

It started as the four men stood at the median on Bald Hill Road and East Avenue around 2:40 p.m. protesting against same-sex marriage.

The location, Nelson noted, afforded them a roomy median and prime visibility.

They caught the attention of a group of women in one of the cars.

The women, who apparently objected to their message, flung a soda bottle at the men and vowed to return.

And back they were, about 15 minutes later, hurling at the men a mélange of food ingredients and drinks and a full repertoire of profanities, Nelson said.

One of the women swashed a protester with pepper spray.

No one was hurt and no arrests have been made, Nelson said



K-18



24 of 227 DOCUMENTS

Copyright 2009 The Weekly Standard
The Weekly Standard

March 16, 2009 Monday

SECTION: ARTICLES Vol. 14 No. 25

LENGTH: 1606 words

**HEADLINE:** The New Blacklist;
Freedom of speech--unless you annoy the wrong people.

**BYLINE:** Maureen Mullarkey, The Weekly Standard

**BODY:**

Strange times we live in when it takes a ballot initiative to confirm the definition of marriage as the union of a man and a woman. Stranger still when endorsing that definition through the democratic process brings threats and reprisals.

In November, the San Francisco Chronicle published the names and home addresses of everyone who donated money in support of California's **Proposition 8** marriage initiative. All available information, plus the amount donated, was broadcast. My name is on that list.

Emails started coming. Heavy with epithets and ad hominems, most in the you-disgust-me vein. Several accused me, personally, of denying the sender his single chance at happiness after a life of unrelieved oppression and second-class citizenship. Some were anonymous but a sizable number were signed, an indication of confidence in collective clout that belied howls of victimhood. New York's Gay City News asked for an interview because I was "one of only four New Yorkers who contributed more than $500."

I ignored the request, trashed the emails, and forgot about them. But the West Coast bureau chief of the New York Daily News did not forget.

One night in early February, I drove home to find two cars, two men, waiting for me, unannounced, in the dark. Reporters for the Daily News, they were publishing a story on me and Prop 8 the next day and wanted a live quotation. Serious interviews are arranged ahead of time. Besides, I had filed enough newspaper pieces on deadline to know that copy is well into the can at 7 P.M. This was intimidation, not fact-gathering.

Where is the story, I asked, if I have not said anything? The response was: "We have documents." Sound familiar? For half a second, I thought of saying that Prop 8 left intact all the legal advantages of civil union. It took nothing away. But I was too surprised by having been singled out. After a few heated words--none of them equal to what, in hindsight, I wish I had said--I went into the house.

Next day, I discovered in the Daily News that I am known as a painter of gays and lesbians; gay activists felt betrayed by my contribution. It was a sparse article. The only accurate quotation to appear was a sentence cribbed from

The New Blacklist; Freedom of speech--unless you annoy the wrong people. The Weekly Standard March 16, 2009
Monday

my own website, which seems to be the "document" from which the story was spun. (The sentence, from an old interview about a gallery show of my paintings, referred to New York's gay pride parade as "an erotic celebration loosed for a day to keep us all mindful that Dionysus is alive, powerful and under our own porch.") Compensating for the interview that never took place, the reporter constructed an exchange over the question he obviously wanted to ask but never got the chance. The article reads:

When asked how she could have donated money to fight gay marriage after making money from her depictions of gays, she just said, "So?"

Set aside the non sequitur. The question was an undisguised indictment that triggered a barrage of virulent mail and threats of blacklisting. Suddenly, I was "a vampire on the gay community" who should be put out of business. As one note put it: "Your career is over, you nasty piece of s--. F-- off! WHORE!"

To make sense of this, backspace to the early '90s and a series of paintings I exhibited called Guise & Dolls. It was a singular body of work based on images from New York's annual carnival, the gay pride parade. I could have used a New Orleans Mardi Gras or Munich's Fasching, but Manhattan was closer. At times funny and poignant, the parade was also--in the age of AIDS--tinged with sexual danger. The spectacle of it made a splendid analogy to the medieval danse macabre.

Festive misrule and the politics of carnival, deeply rooted in cultural history, are a compelling motive for painting. Think of Bruegel the Elder's Fight Between Carnival and Lent. The flamboyant Dionysian heart of the gay pride parade was the subject of Guise & Dolls, not homosexuality itself and certainly not any policy agenda. A public event free for the watching, it is staged to provoke audience response. I responded with a suite of paintings; they bore no relation to my prior or subsequent work. All suggestion that I "make a living on the back of the gay community," as my mail insisted, was a hysterical fantasy brewed in the grievance industry's fever swamp.

But no matter. I was up there now with Halliburton and Big Oil, a class enemy. The brownshirts came out in force. Within 24 hours, the "story" spread from one gay website to another, even to Vancouver ("Typical greedy American bigot"), France, and Belgium. My home address and email were repeated in comment sections in which readers egged each other on to "make the bitch pay." Militants trawled for editors and gallerists I had worked with to warn them that "the Gay Community is looking at our adversaries and those who may support them." (One former editor blind-copied me his exchange with an aspiring storm trooper who threatened a **boycott** for those "having an association" with me.)

Reprimands flooded in, all based on the false premise that fat slices of proprietary gay imagery were being creamed off the urban spectacle for my personal profit:

You should apologize for your deceit. Stop using us as your subject matter in this incredibly exploitative manner. You must realize that your actions are no different than an artist depicting the black community contributing to white supremacist organizations.

How dare you use gay people as inspiration and then stab these people in the back by fighting to limit their rights. You are a disgusting, pitiful, opportunistic bitch.

Conceptual clarity is not mobthink's strong suit:

I don't understand why you would want to deny love in this world, no matter what form it takes. I can't imagine your motives, can't imagine your hate.

Our parades are not the only place you can fulfill your artistic vision. You could visit the Hasidic community. You know, them? They wear "unusual" clothes, too. There are so very many freak shows you can enjoy in this world.

The prevailing mood was punitive:

The New Blacklist; Freedom of speech--unless you annoy the wrong people. The Weekly Standard March 16, 2009 Monday

Homosexuals rule the World of Creativity, and that is whom you just f--ed with!

You represent the most despicable type of artist and human being. I do hope that you feel the financial pain your actions will bring. May God bless you with financial ruin for your treacherous deed.

Because I love delusional bigots, I hope you never see another dime, bitch.

The president and CEO of an executive travel agency cc'd his message to a curator at the Brooklyn Museum: "You are a disgusting TURD of a woman to support Prop 8." One painter, whose work I had reviewed enthusiastically months before, rushed to her blog to broadcast an open letter exposing my perfidy to the New York gallery world:

The grave ungood you have done is not only to us, lesbians and gays who expect no less than full civil rights in our own country, but ironically to your own art career. Unless you don't mind showing at Reverend Rick's or perhaps at Brigham Young University.

A local paper followed up the Daily News piece. I submitted a brief statement to the reporter affirming the time-honored definition of marriage. I took care to note that regard for individual gay persons does not require assent to a politicized assault on bedrock social reality and the common good. The story disclosed other "suspect" donations of mine (to pro-life groups and, most damning, to the Swift Boat vets) and referred to my Catholicism. That prompted a fellow painter, and heretofore friendly colleague, to write:

At first I thought there should be a special place in hell for people like you. But then I thought, maybe purgatory! A dull, nothing kind of Catholic nowhere. Just like you!

The religious note struck various chords. Rick0564 wrote: "If God makes us Gay, then please let us love one another through marriage. It's what Jesus would do." Tina K inquired: "If I believed that Catholics should not vote, and managed to get a proposition passed to that effect, would that be fair to you?"

Ah, Tina, my opposition to same-sex marriage does not originate in the pew. However much sympathy, affection--indeed, love--I have for certain gay persons, "gay marriage" burlesques a primal institution rooted in nature. Marriage, as a unique bond between male and female, predates all politics and religious doctrines. And no one has to believe in God to see social anarchy, with children adrift in the wreckage, at the end of the same-sex marriage road.

But any semblance of moral reasoning is lost on a mob. The character and sensibility of the same-sex marriage brigades is told in their litany of sexual hostility:

Eat shit and die, c--. Eat c-- and die, bitch. You right-wing, heterosupremacist t--. You are the moral equivalent of a Jewish Nazi. Roast in hell, you filthy c--.

It is one thing to read hate-filled mail on a computer screen. It is something else to have it in hand. At the end of the week, when it started coming to my house, I filed a police report.

Until now, donating to a cause did not open private citizens to a battery of invective and jackboot tactics. While celebrities sport their moral vanity with white ribbons, thousands of ordinary Americans who donated to Prop 8 are being targeted in a vile campaign of intimidation for having supported a measure that, in essence, ratified the crucial relation between marriage and childbearing. Some in California have lost their jobs over it; others worry about an unhinged stranger showing up at the door.

Who was it who predicted that if fascism ever came to the United States, it would come in the guise of liberal egalitarianism?

Maureen Mullarkey is a painter who writes on art and culture.

The New Blacklist; Freedom of speech--unless you annoy the wrong people. The Weekly Standard March 16, 2009
Monday

**LOAD-DATE:** March 9, 2009

K-19



FOCUS - 9 of 45 DOCUMENTS

Copyright 2009 The New York Times Company
The New York Times

February 8, 2009 Sunday
Late Edition - Final

**SECTION:** Section BU; Column 0; Money and Business/Financial Desk; SLIPSTREAM; Pg. 3

**LENGTH:** 959 words

**HEADLINE:** Disclosure, Magnified On the Web

**BYLINE:** By BRAD STONE

**BODY:**

FOR the backers of **Proposition 8,** the state ballot measure to stop single-sex couples from marrying in California, victory has been soured by the ugly specter of intimidation.

Some donors to groups supporting the measure have received death **threats** and envelopes containing a powdery white substance, and their businesses have been boycotted.

The targets of this harassment blame a controversial and provocative Web site, eightmaps.com.

The site takes the names and ZIP codes of people who donated to the ballot measure -- information that California collects and makes public under state campaign finance disclosure laws -- and overlays the data on a Google map.

Visitors can see markers indicating a contributor's name, approximate location, amount donated and, if the donor listed it, employer. That is often enough information for interested parties to find the rest -- like an e-mail or home address. The identity of the site's creators, meanwhile, is unknown; they have maintained their anonymity.

Eightmaps.com is the latest, most striking example of how information collected through disclosure laws intended to increase the transparency of the political process, magnified by the powerful lens of the Web, may be undermining the same democratic values that the regulations were to promote.

With tools like eightmaps -- and there are bound to be more of them -- strident political partisans can challenge their opponents directly, one voter at a time. The results, some activists fear, could discourage people from participating in the political process altogether.

That is why the soundtrack to eightmaps.com is a loud gnashing of teeth among civil libertarians, privacy advocates and people supporting open government. The site pits their cherished values against each other: political transparency and untarnished democracy versus privacy and freedom of speech.

"When I see those maps, it does leave me with a bit of a sick feeling in my stomach," said Kim Alexander, president of the California Voter Foundation, which has advocated for open democracy. "This is not really the intention

Disclosure, Magnified On the Web The New York Times February 8, 2009 Sunday

of voter disclosure laws. But that's the thing about technology. You don't really know where it is going to take you."

Ms. Alexander and many Internet activists have good reason to be queasy. California's Political Reform Act of 1974, and laws like it across the country, sought to cast disinfecting sunlight on the political process by requiring contributions of more than $100 to be made public.

Eightmaps takes that data, formerly of interest mainly to social scientists, pollsters and journalists, and publishes it in a way not foreseen when the open-government laws were passed. As a result, donors are exposed to a wide audience and, in some cases, to harassment or worse.

A college professor from the University of California, San Francisco, wrote a $100 check in support of **Proposition 8** in August, because he said he supported civil unions for gay couples but did not want to change the traditional definition of marriage. He has received many confrontational e-mail messages, some anonymous, since eightmaps listed his donation and employer. One signed message blasted him for supporting the measure and was copied to a dozen of his colleagues and supervisors at the university, he said.

"I thought what the eightmaps creators did with the information was actually sort of neat," the professor said, who asked that his name not be used to avoid becoming more of a target. "But people who use that site to send out intimidating or harassing messages cross the line."

Joseph Clare, a San Francisco accountant who donated $500 to supporters of **Proposition 8,** said he had received several e-mail messages accusing him of "donating to hate." Mr. Clare said the site perverts the meaning of disclosure laws that were originally intended to expose large corporate donors who might be seeking to influence big state projects.

"I don't think the law was designed to identify people for direct feedback to them from others on the other side," Mr. Clare said. "I think it's been misused."

Many civil liberties advocates, including those who disagree with his views on marriage, say he has a point. They wonder if open-government rules intended to protect political influence of the individual voter, combined with the power of the Internet, might be having the opposite effect on citizens.

"These are very small donations given by individuals, and now they are subject to harassment that ultimately makes them less able to engage in democratic decision making," said Chris Jay Hoofnagle, senior fellow at the Berkeley Center for Law and Technology at the University of California.

THANKS to eightmaps.com, the Internet is abuzz with bloggers, academics and other pundits offering potential ways to resolve the tension between these competing principles. One idea is to raise the minimum donation that must be reported publicly from $100, to protect the anonymity of small donors.

Another idea, proposed by a Georgetown professor, is for the state Web sites that make donor information available to ask people who want to download and repurpose the data to provide some form of identification, like a name and credit card number.

"The key here is developing a process that balances the sometimes competing goals of transparency and privacy," said the professor, Ned Moran, whose undergraduate class on information privacy spent a day discussing the eightmaps site last month.

"Both goals are essential for a healthy democracy," he said, "and I think we are currently witnessing, as demonstrated by eightmaps, how the increased accessibility of personal information is disrupting the delicate balance between them."

Disclosure, Magnified On the Web The New York Times February 8, 2009 Sunday

**URL:** http://www.nytimes.com

**GRAPHIC:** PHOTO: California's **Proposition 8** drew protests last year. A Web site takes names and ZIP codes of donors supporting the measure and overlays data on a map.(PHOTOGRAPH BY J. EMILIO FLORES FOR THE NEW YORK TIMES) MAP

**LOAD-DATE:** February 8, 2009

K-20

Case3:09-cv-02292-VRW   Document187-11   Filed09/15/09   Page99 of 255

THE SACRAMENTO BEE   sacbee.com

This story is taken from Sacbee / Our Region

# Mormon church in Orangevale vandalized in wake of Prop. 8 vote

**cphua@sacbee.com**

**Published Sunday, Nov. 09, 2008**

Three days after voters approved a proposition to ban same-sex marriage in California, vandals targeted a Mormon church in Orangevale.

Vandals spray-painted the words "No on Prop 8" at the church's property on Hazel Avenue sometime between late Thursday and early Friday, Sacramento County sheriff's spokesman Sgt. Tim Curran said.

The church's building was tagged once and the sidewalk multiple times, Curran said. Sheriff's officials say they have not characterized the crime as the work of those opposed to Proposition 8, an amendment to the California constitution that limits marriage to between a man and a woman.

Curran said the department has not received similar reports of vandalism in the county.

In response to the incident, officials from the Church of Jesus Christ of Latter-day Saints issued a statement asking for those involved in the same-sex marriage debate to treat each other with respect and civility.

"While those who disagree with our position on Proposition 8 have the right to make their feelings known, it's wrong to target the Church and its sacred places of worship for being part of the democratic process," said the church's statement. "No one on either side of the question should be vilified, harassed or subject to erroneous information."

The Mormon church supported the proposition, encouraging members to contribute time and resources to help its passage.

Supporters of same-sex marriage have staged protests outside Mormon temples, including one Friday at the church's headquarters in Salt Lake City.

In Sacramento today, a "marriage equality" rally is planned at the state Capitol.

Same-sex marriage advocates say they have called for a peaceful and civil campaign.

"The No on Prop. 8 campaign denounces any sort of vandalism whatsoever," said Bill Bradley, a campaign spokesman. "It's wrong to deface property and does not reflect the spirit or values of this campaign."

Andrea Shorter, a campaign spokeswoman, added, "That is not going to get us any closer to marriage equality."

"We understand that people are upset and angry and frustrated, but we call upon everyone to express their frustration through the correct processes."

The debate over whether same-sex couples should be allowed to marry has been intense. In the run-up to the Nov. 4 election, campaign signs were vandalized and there have been some reports of violence since the vote.

In Southern California, published reports say yard signs supporting the proposition at a Roman Catholic church in Riverside were rearranged into a swastika.

And in Fresno, a prominent pastor who supported Proposition 8 received death threats that prompted police to assign officers to protect him. Vandals also targeted his church.

ShareThis
Buzz up!

---

*Call The Bee's Chelsea Phua, (916) 321-1132.*

K-21

Track the storm with the ABC 30 Street-Level Interactive Radar Map | Click here ..

**LOCAL** 

# Vandals Egg Downtown Fresno Church

Tuesday, October 28, 2008

**Fresno, CA, USA (KFSN) -- Vandals targeted a downtown Fresno church that supports a California ballot measure that would eliminate the right of same-sex couples to marry.**

Workers at Cornerstone Church got to their offices Tuesday to find the offices and the sanctuary, which is in the historic Wilson Theater, had been egged. Crews are working on cleaning up the mess.

On Sunday, a rally supporting Proposition 8 was held at City Hall. Cornerstone's Pastor Jim Franklin told other prop eight supporters his home had recently been egged.

-------------------------------------------------------------------------------------------

**abc30 News Links:**
Links to other news sections on our website.

- **HomePage**
- **Top Headlines**
- **Fresno Local News**
- **State News**
- **National/World News**
- **Entertainment News**
- **Business News**
- **Politics News**
- **Sports News**
- **Health Watch**
- **Consumer Watch**
- **Mr. Food**

-------------------------------------------------------------------------------------------

**Breaking News Alerts:**
**Click Here to Sign-Up for Breaking News E-Mail Alerts**
**Receive Breaking News alerts in your email inbox.**

**Click Here to Sign-Up for Text Message Alerts**
**Receive Breaking News alerts right on your cell phone.**

-------------------------------------------------------------------------------------------

Advertisement

K-22

Slideshows



Amelia's Photos From The Sky

- Freed U.S. Journalists Return Home
- Michael Jackson Memorial
- SoCal's Most Wanted Fugitives
- 2009 Celebrity Deaths

E-mail    Print    Share +

Nov 7, 2008 12:24 pm US/Pacific

# Vandals Arrange Prop. 8 Signs Into Swastika

RIVERSIDE  Vandals Thursday rearranged yard signs at a Riverside church expressing support for Proposition 8 into a swastika, police said Friday.

The vandalism at Our Lady of Perpetual Help took place Thursday at 9:35 a.m., Steven Frasher of the Riverside Police Department said.

No damage was done to the grounds or the church, Frasher added.

Proposition 8, which narrowly passed on Tuesday, amended the state constitution to define marriage as being between a man and a woman.

(© 2008 CBS Broadcasting Inc. All Rights Reserved. This material may not be published, broadcast, rewritten, or redistributed. Wire services contributed to this report.)



1 of 1          Click to enlarge

Vandals arranged Proposition 8 signs into a swastika at a church in Riverside.
CBS

Related Stories

Thousands Protest Gay Marriage Ban In L.A.
(11/7/2008)

Gay Rights Leaders Concede Passage Of Prop. 8
(11/6/2008)

Ellen 'Saddened' By Passage Of Gay Marriage Ban
(11/6/2008)

Prop. 8 Protestors Gather At Mormon Temple In L.A.
(11/6/2008)

Gay Marriages Now Uncertain After Prop. 8 Passes
(11/6/2008)

K-23



Monday, October 20, 2008

# Vandals spray paint signs in downtown Fullerton

## If caught, violators could face up to one year in prison, $10,000 fine.

**By BARBARA GIASONE**

The Orange County Register

FULLERTON – Vandals used gold spray paint to scrawl anti-Proposition 8 messages on commercial and residential buildings in the downtown and east Fullerton over the weekend, police said.

The "Prop H8TE" message was found on the Bank of America and Union Bank on north Harbor Boulevard, and on a retail store in the 500 block of north Harbor. Additional tagging was found on houses near Dorothy Lane.

Sgt. Mike MacDonald said anyone caught causing more than $400 in damages is subject to one year in state prison or county jail – and $10,000 in fines. Suspects who are caught causing less than $400 in damages could be charged $1,000 and spend one year in county jail.

In addition to the spray-paint vandalism, 500 "Yes on 8" signs valued at $10 apiece were reported missing throughout the city by a Yes on 8 community organizer, MacDonald said.

At least one resident in the city is using a night-vision camera to catch sign vandals, police said. The homeowner told police he captured images of a woman stealing signs.

"While we respect people's rights to have an opinion on state politics, it's never appropriate to deface property to further their own beliefs," MacDonald said. "We treat this type of crime very seriously.

"Violators will be prosecuted to the fullest extent of the law," he said.

A resident in the northeast section of the city reported late Monday morning that his property was also defaced with gold paint.

"I've lived in the city for 18 years, and I've never had anything like this," Randy Reece said.

"It's ironic the purveyors of tolerance seem to not have any respect for the First Amendment and it's disgusting," Reece said. "I'd like to have a discussion with them if they want to."

Vandalism should be reported to the Fullerton Police Department at 714-738-6715.

Contact the writer: 714-704-3762 or bgiasone@ocregister.com

Advertisement



Print Powered By [f] Format**Dynamics**

K-24

**INLAND EMPIRE** 

## Neighborhood vandalized over Prop 8

Friday, October 31, 2008

By Bob Banfield

**YUCAIPA (KABC) -- Vandals have gone on a graffiti spree in a San Bernardino County neighborhood, apparently over neighbors' support of Proposition 8.**

Many residents between 5th St. and 6th St. in Yucaipa found their property had been targeted by unwanted visitors with paint cans, and a possible political motive.

"We woke up this morning and we just had paint on all of our cars and fences. It was on everything. It was bright orange -- beautiful paint," said Yucaipa resident, Dawn Antinucci.

The same political message was painted on a number of vehicles, garages, fences, and on "Yes on 8" signs.

Story continues below

Advertisement



The Antinucci's were angered but not swayed.

"We know what the Lord tells us about this prop. We will be doing what we know is to be true," said Antinucci.

If the graffiti was politically motivated the painters made a big mistake. That is the opinion of Garrett Davis. He is not a supporter of Prop 8.

"Especially in this town. This town is a highly conservative Republican town. To do this is even more radical, because you are just going to persuade the people who are on the line to vote yes anyways. Why would you ever do that? It is just horrible," said Davis.

The vandalism is the talk of the neighborhood and the subject of a sheriff's

department investigation.

"Just to thinking that someone has vandalized our home, wow. Someone is obviously angry and upset. What is next? Are they going to destroy more of our property? Is this going to escalate? Anyone would think and be concerned about that," said a concerned resident.

- **Get more L.A. breaking news, weather, traffic and sports**
- **Have a news tip? Send your tips, video, or pictures**

(Copyright ©2009 KABC-TV/DT. All Rights Reserved.)

K-25

**INLAND EMPIRE** 

## Anti-prop 8 vandals hit Alta Loma home

Saturday, October 25, 2008

By Rob McMillan

**ALTA LOMA (KABC) -- Suzie Taylor says she awoke to find that she was a victim of vandalism. Taylor says her fifth-wheel trailer was spray-painted advocating a no on Proposition 8.**

"It was kind of a shock, and then our neighbors started coming out and they saw it" said Taylor

The words "love for all," "no on 8" and "equal rights were sprayed on three sides of her trailer. Taylor thinks the only reason she was targeted was because of the "Yes on 8" sign in her front yard.

"It's hard to understand why these things happen," said Taylor. "You have a little sign expressing your opinion about something and to have that response was a little shocking."

Story continues below

Advertisement



And Taylor is not alone. Several people who are against the proposition say they have been victims of Vandalism.

As the elections draw neared vandalism and sign theft has become an epidemic across the nation.

Taylor says she now has to move her sign inside at night. Neighbors said it's sad it has come down to this.

"I am for freedom of speech and I think we have the right, but not to go vandalize," said Taylor's neighbor Al Marino. "That is what the courts are for."

- **Get more local news headlines from the Inland Empire**
- **Have a news tip? Send your tips, video, or**

K-26

**SOUTH BAY NEWS** 

## Vandals strike Prop 8 homes in SJ

Monday, October 27, 2008 | 12:09 PM



**SAN JOSE, CA (KGO) -- Vandals struck overnight in San Jose at two homes where the owners put out signs in support of Proposition 8.**

A "Yes on 8" sign was painted over, and the garage doors on each of the two homes were sprayed with "No on 8."

One of their cars was also vandalized. Prop 8 would change the state constitution to outlaw same-sex marriage. One of the homeowners says she was mad at first, but is now trying to think about what was going through the vandal's mind.



Advertisement



"Why would you, instead of just giving us a pamphlet, or wanting to talk to us, instead coming in and trying to destroy something we really worked hard for because we're very opened minded we're very open minded people. We're willing to talk to people," said Kelly Byrne, "Proposition 8" supporter.

Police took a report on the vandalism, but the homeowners say there's probably little that can be done to catch the culprit given the fact they have no suspect description.

(Copyright ©2009 KGO-TV/DT. All Rights Reserved.)

K-27

Most Popular Slideshows



**Celebs Who Posed For Playboy**

- AskMen.com Names Top 99 Women Of 2009
- Tattooed Ladies of Hollywood
- Stars Dazzle Red Carpet At Oscars

E-mail    Print    Share +

Oct 28, 2008 8:58 am US/Pacific

# Vandals Target Prop 8 Supporters In NorCal
## Measure Proposes Ban On Same-Sex Marriage

Voter Guide: Compare Candidates, Measures

About The Candidates & Issues

SAN JOSE, Calif. (AP) —  San Jose police are investigating another case of vandalism targeting supporters of a gay marriage ban in California.

Police were called to a house in South San Jose earlier this week after homeowners reported their garage was spray-painted with "No on 8" messages. Proposition 8 would take away the right of same-sex couples to wed.

The homeowners had signs supporting the measure on their lawn.

Sgt. Mike Sullivan said the department has not tracked incidents of political sign vandalism, but he does know there have been at least four reported incidents involving Proposition 8.

The campaign to defeat the measure issued a statement saying it condemns vandalism and activities of this kind.

(© 2009 The Associated Press. All Rights Reserved. This material may not be published, broadcast, rewritten, or redistributed.)



1 of 1                           Click to enlarge

Vandals targeted supporters of a gay marriage ban in California by spray-painting their garage.
CBS

Related Slideshows



California's 1st Same-Sex Marriage



In To Be Out: Gay Celebrities

K-28



Tuesday, October 21, 2008

# Five held on suspicion of stealing "Yes" on Prop. 8 signs

## Suspects tell police they were angry after attending a rally at a Fullerton bar.

**By BARBARA GIASONE**

The Orange County Register

FULLERTON - Five people were arrested early today on suspicion of participating in a sign-stealing spree the suspects said originated in a downtown bar, Sgt. Mike MacDonald said.

A police officer patrolling the area near Chapman and Pomona avenues at 1:30 a.m. saw a passenger jump from a car and place a campaign sign on the corner.

When the officer approached the driver, she noticed three "No on Prop 8" signs in the vehicle. She also located 10 torn-up "Yes on 8" signs on the front floorboard with three McCain-Palin signs.

The "Yes on 8" signs were allegedly stolen and the "No on Prop 8" signs were not, police said.

When questioned, the suspects said they had just come from a "No on 8" rally at a downtown business and were angry, MacDonald said.

Based on their statements, all five were arrested on suspicion of possession of stolen property.

Taken to city jail were Jonathan Barrett, 19, of Fullerton; Jennifer Berry, 23, Covina; Emanuel Muro, 23, Artesia; Daniel Palacios, 23, Lakewood; and Eric Gutierrez, 23, Fullerton.

MacDonald said all five admitted taking the signs.

Advertisement



Print Powered By [FormatDynamics]

K-29

# Prop 8 supporters face sign theft, vandalism

## Published Oct 29, 2008

In a community that values free speech and open debate, recent political sign thefts have outraged some community members.

The controversy over Proposition 8, which would amend the California Constitution to allow marriage between only a man and a woman, has spilled over into petty theft and vandalism of lawn signs.

Yes on 8 supporters say they've been hit especially hard in Davis, where a large number of signs have been defaced or stolen.

Davis resident Jo Lynn Meirovitz had Yes on 8 signs stolen from her front yard last week.

"People preach tolerance but they are very intolerant of other people," Meirovitz said. "They see us protecting marriage as full of hate, bigots … and are appalled that we would want to help Prop 8 pass. I'm sure the more signs they see the more frustrated they get."

Having left the house for only an hour and a half and not expecting her signs to be taken during the middle of the day, Meirovitz found two lawn signs missing upon her return, she said.

"We believe in freedom of speech for everybody, not just one side of this proposition," Meirovitz said. "Everybody should be able to voice their opinion."

Davis resident and Cedric Papa is involved in Yes on 8 sign distribution and says voters are calling in daily to report that their signs have been stolen.

Papa, who has had 14 signs taken, estimates that 200 or more may have been taken or vandalized in Davis alone.

"I will follow the law, no matter what happens, so I'd like to get my voice out now," Papa said. "We are just trying to keep our individual rights and keep the government out of our lives."

Papa said one group of people went so far as to pretend to support Prop 8 and took 100 signs and dumped them.

Yolo County Republican Party chair Mark Pruner said it has been common in this and previous elections for political signs to be stolen.

"We spend so much money replacing signs, you almost feel violated," he said.

In addition to sign theft in Davis, there have been several incidences of vandalism and theft in Sacramento, and video of at least two incidences have been posted on YouTube, Pruner said.

"Let's face it, stealing of political signs is something that always happens," he said. "We have

to budget for paying for more signs."

There is little legal recourse for people who have had their signs stolen or vandalized, and many don't bother to report the crimes. The Davis and Sacramento Police Departments and the Yolo County Sheriff all say no police reports regarding stolen or damaged signs have been filed in their jurisdictions.

Among other incidents in Davis are keyed cars displaying Yes on 8 bumper stickers, while last week the Yes on 8 table located on the Quad was hit with water balloons by a group of students yelling "you teach hate," according to UC Davis graduate student Casey Meirovitz, who is married to Jo Lynn Meirovitz.

"I think yelling 'you teach hate' and exhibiting hate isn't the coolest thing in the world, especially at a university," he said. "People feel very passionately about Prop 8 and they are letting it get the best of them. Unfortunately they're weakening the stance of their argument by acting hypocritically."

Meirovitz and wife Jo Lynn have since replaced their Yes on 8 signs with a homemade sign made of plywood, attached to a tree in their front yard with a bike lock, a sign that they will not forfeit their right to free speech anytime soon.

Representatives from the No on 8 campaign did not respond to requests for information regarding sign theft or vandalism on their side.

AARON BRUNER can be reached at city@californiaaggie.com.

K-30



Thursday, October 30, 2008

# Prop. 8 sign-stealing ignites free speech debate

## Pro-amendment group says 25,000 'Yes on Prop. 8' signs have been stolen.

**By SALVADOR HERNANDEZ**

The Orange County Register

He admits he's done it at least 20 times – out of pure anger and frustration – but he said he didn't know it was against the law when he did it. Just don't ask him if he'll stop.

He's done it on his way to work or back home. The feeling was overwhelming, Shankar Singam said, and he would pull over to the side of the road, grab one of the yellow "Yes on Proposition 8" signs and throw it on the back of his truck.

"It's (Prop. 8 is) discrimination in disguise and it infuriates me," said Singam. "It's a civil right."

It's a scene that continues to play out on the streets as the day nears for California voters to decide on Prop. 8, which would amend the state constitution to define marriage as that between a man and a woman – and therefore ban same-sex marriage. While proponents and opponents of the proposition have raised more than a combined $21 million to campaign their views, individuals have been pushing their own personal campaigns.

Some of them have done so illegally.

Theft and vandalism of Proposition 8 signs have been reported in Santa Ana, Yorba Linda, Huntington Beach, Fountain Valley, Irvine and Laguna Hills. In Fullerton, five people were taken into custody after police there found 10 torn "Yes on Proposition 8" signs in their car. The suspects told police they had just attended a "No on 8" rally.

In Irvine, two citizen arrests have been reported of people stealing or vandalizing "Yes" signs and on Tuesday, three students were stopped by a police officer in an area where several signs had the word "No" spray-painted over several "Yes" signs. Two of them, a 17- and an 18-year-old were found to be in possession of spray cans. The minor was released to her parents, said Lt. Rick Handfield of the Irvine Police. Police are investigating the case involving the 18-year-old, who was not taken into custody.

Singam said he feels that at stake are the civil rights of thousands of people, equating it to the past prohibition of interracial marrying.

But 58-year-old Robert Thompson, who said he has had 14 "Yes" signs stolen from his front lawn, said his right to express himself is being hindered.

"Everyone has a right to voice their opinion," he said. "Why can't they get their own signs? I'm not going to be offended if they put up their own signs."

Advertisement



Print Powered By Format Dynamics



It's a common occurrence, said Damon Micallizi, spokesman for the Orange County Sheriff's Department. As political signs go up, reports of stolen or vandalized signs surface, although the sheriff's department does not keep track of the numbers. They're listed along with other incidents thefts and vandalism. Taking signs from private yards and public areas is against the law, but the sheriff's department has not seen spike in incidents.

"We've had continued reports on both sides," Handfield said. "It's not just Prop. 8 signs, although that's one issue that seems to be polarizing."

Mike Erickson, a community organizer for "Yes on Proposition 8" said the campaign estimates about 25,000 signs have been stolen or vandalized in California, about one-third of the signs distributed.

"It is epidemic," he said. "It leads us down a dangerous road when you say you don't have a right to your speech."

In three weeks, Erickson said he has received about 670 emails from people reporting missing signs in the county. He said he believes the reason why so many signs have been reported stolen on both sides of the isle is because the issue at hand is something very personal.

"This is a sensitive issue," he said "It's about people's families and that's the most cherished relationships and passions are high on both sides."

Singam said he never took signs from people's yards and thought taking them from public spots was legal.

"I'm not gay but that doesn't mean I can't stand

for equal rights," Singam said. "Their right to free speech is to put it up. Mine is to take it down."

Stolen signs might hurt the campaign's visibility, but it has also pushed some supporters of the proposition, Erickson said. One Orange County resident picked up signs after finding out his neighbor's sign was stolen.

In Fullerton, one resident posted more than 40 signs in her front lawn after several were stolen.

"Is it helping? I don't think so," Singam said about his opposition to the constitutional amendment. "I think by taking down the signs I'm letting them know people won't stand for it."

In the end, Erickson said, the discussion will continue in the poll box.

"I just ask they be respectful of my rights and participate in the political process," he said.

Contact the writer: shernandez@ocregister.com or 949-454-7361

Advertisement



Print Powered By [Format Dynamics]

K-31



Friday, October 31, 2008

# Dana Point man will keep replacing downed signs favoring Prop. 8

**By CHRIS DAINES**

The Orange County Register

William Vogeler calls Proposition 8 sign-placement feuds the "battle of the signs" – but he says he's not giving up posting signs promoting the initiative until Tuesday's election is over.

"Virtually every sign I have put up from Santa Ana through Irvine, San Juan to Dana Point has been taken down," Vogeler said.

Proposition 8 is a ballot proposal to amend the California Constitution to define marriage as between a man and a woman. It would effectively end same-sex marriage in the state.

Though the signs around Vogeler's Dana Point home have been undisturbed, signs along the stretch of Pacific Coast Highway between Niguel Road and Harbor Drive are being removed almost as fast as he can put them up, he said.

"I put them out wherever I go for my work or otherwise, and when I go past where I've been, they are gone," Vogeler said.

Such sign removal has been rampant across Orange County and has ignited many discussions of free speech. Regardless of one's position on Prop. 8, Vogeler – who practices general law but specializes in media rights – says he wishes there could be more respect between the two sides.

"We live in a society where people have the right to say their piece," he said. "Taking down a sign is not saying your piece, that's vandalism."

Vogeler, who has been placing signs favoring Prop. 8 for several months in south Orange County, often receives looks and honks from passing motorists but said he can't tell whether they're friendly. He has taken cell-phone photos of people he thought were acting suspiciously around the signs, but he can't be sure whether they are removing them.

After a 7-foot-tall wooden Prop. 8 sign was removed a day after he placed it at the intersection of Alicia Parkway and Aliso Creek Road, Vogeler decided a steel sign would be harder to take down, and he put one up Thursday morning. He said Friday that he hadn't driven past the site yet, but he said someone would need a hacksaw to take it down.

"(If) I drive by and my sign is gone, I'll put another one up. I'll put a new one up the day after if it is gone, and again on Monday if I need to – the election is Tuesday."

Contact the writer: 949-492-5135 or cdaines@ocregister.com

Advertisement



K-32

# KCRA.com

**Sheriff: Prop. 8 Signs Being Stolen, Burned**

Related To Story

### *Both Sides Of Gay-Marriage Initiative See Signs Destroyed*

POSTED: 9:31 pm PDT October 19, 2008
UPDATED: 12:08 am PDT October 20, 2008



**POLITICAL SIGNS**

**Video:** Political Sign Vandalism Rising, Sheriff Says

**SACRAMENTO, Calif.** -- As the days leading up to Election Day dwindle down, signs on both sides of the gay-marriage initiative are being stolen, and in some cases even burned, sheriff's officials said.

Hector Lluen said that a "Yes" on Prop. 8 sign nailed to the front of his Fair Oaks home door was stolen in the middle of the night.

"My family and I strongly believe that their acts are cowardly," Lluen said. "It is not going to intimidate my family. We will continue to put up 'yes' on Prop. 8 signs."

Some supporters of the vote "No" on Prop. 8 campaign said those stealing signs are just hurting their own cause.

"If someone is doing it on our side it needs to stop, and if someone is doing it on their side that needs to stop as well," said David Cano, who supports the "No" on Prop. 8 campaign.

Some voters who have had their signs stolen said it feels like getting mugged.

"I feel disenfranchised," said Linda Subramanian, who had her political sign stolen. "That was my sign. That was my political expression."

In Midtown, voters are coming together to urge those breaking the law to have a better approach.

"You got to vote, that's where you make your opinion count," said voter Megan Evans.

## Related Story:

- October 19, 2008: [Survey: Race For Prop. 8 'Essentially Tied'](#)

*Copyright 2008 by KCRA.com. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*

K-33



# Sacto 9-1-1



**The Sacramento Bee's Crime blog is a comprehensive report of crime news, trends and information for your community and beyond.**

**October 28, 2008**

## Arrests made in Roseville after Yes on Proposition 8 signs found in car



From David Richie:

Roseville police arrested a man and two women early today who were reportedly stealing "Yes on Proposition 8" signs from residents' yards.

Officers recovered 53 signs from the suspects' vehicle - all in support of Proposition 8, said Dee Dee Gunther, police department spokeswoman.

The arrests occurred about 12:32 a.m. after a resident in the 200 block of Sierra Boulevard spotted someone taking a sign out of a neighbor's yard.

A few minutes later an officer spotted a green sedan, matching the description of the suspect vehicle in the 700 block of Shasta Street. All four doors and the trunk were open and the officer watched as two people walked to the car and placed something in the trunk. The car then drove away but was stopped by police.

Police arrested Brian Joseph Greene (left photo), 18 of Roseville, Kacey Elizabeth Flieder (right photo), 18, of Sacramento and a 17-year-old girl from Roseville. The 18-year-olds were booked on suspicion of possession of stolen property, conspiracy, petty theft and contributing to the delinquency of a minor. The 17-year-old was cited and released to her parents.

Karen England, a local coordinator for the Yes on 8 campaign said theft and vandalism of Proposition 8 signs has become a continuing problem. In some cases, signs have been stolen multiple times.

Case3:09-cv-02292-VRW    Document187-11    Filed09/15/09    Page130 of 255

Proposition 8 backers along Misty Creek Drive, off Foothills Boulevard, have started bringing their signs in at night but recently they also have experienced spray paint vandalism as well as sign theft.

"This has been happening all over Roseville," England said, noting that she has filed two police reports related to theft of signs from her yard. Her organization recently posted a $1,000 reward for information leading the arrest of sign thieves and vandals, England said.

**Categories:** Arrests

**Tags:** Campaign signs

Posted by **Anthony Sorci**

K-34

NOW STREAMING: ABC7 News at 5

**SAN FRANCISCO NEWS** 

## Prop 8 protestors vandalize church

Sunday, January 04, 2009 | 7:45 PM



**SAN FRANCISCO (KGO) -- Vandals spray-painted swastikas on a Catholic church in San Francisco's Castro District Saturday night.**

It appears the vandals are upset about the Catholic church's support of Proposition 8, which made same-sex marriage illegal in California.

But, the Most Holy Redeemer Catholic Church on Diamond Street is gay-friendly. Many parishioners voted against Prop 8 and they are upset their church was targeted.



Story continues below

Advertisement



"We're very disturbed by the hierarchy's support of the Yes on Eight Campaign. We've been in conversation with the bishop, which is the way I think we need to handle it. I think Catholic teaching shows us we're all a community and we all need to talk to one another about it even if we have disagreements," said Rob Hopckey.

San Francisco Police are investigating the vandalism.

(Copyright ©2009 KGO-TV/DT. All Rights Reserved.)

K-35

**Los Angeles Times** | California | Local

You are here: LAT Home > Articles > California | Local

**Related Articles**

SAN DIEGO PEOPLE Aug 22, 1989

LOS ANGELES - Restaurateurs Urge 2-Year Delay in Smoking Ban Jun 23, 1993

SALSA, CHIPS AND TCHOTCHKES Jun 10, 2001

Ads by Google / Ad Feedback

**Los Angeles Local Guide**
Find Local Businesses Faster & More Easily w/Bing ™-the Decision Engine
www.bing.com/Local

**Hair Transplant California**
Dr. Craig Ziering Specializes in Hair Loss and Hair Restoration.
www.zieringmedical.com/LA-clinic

**California Proposition 65**
Testing, risk mgt, consulting, product assessments & screening
www.intertek.com/prop65

**Meet Mormon Singles**
Free to Join. 1000's of Pictures of Beautiful Mormon Singles
www.LDSPlanet.com

**Raise Money Like Obama**
Multiple Ways to Rasie Money Online Learn From Experts Sign-up Today.
www.ElectionMail.com

# A life thrown into turmoil by $100 donation for Prop. 8

By STEVE LOPEZ
December 14, 2008

Margie Christoffersen didn't make it very far into our conversation before she cracked. Chest heaving, tears streaming, she reached for her husband Wayne's hand and then mine, squeezing as if she'd never let go.

"I've almost had a nervous breakdown. It's been the worst thing that's ever happened to me," she sobbed as curious patrons at a Farmers Market coffee shop looked on, wondering what calamity had visited this poor woman who's an honest 6 feet tall, with hair as blond as the sun.

Ads by Google / Ad Feedback

**Now Legal in Vermont**
Ben & Jerry's Is Happy To Celebrate The Legalization Of Gay Marriage.
www.BenJerry.com

**LA Culinary Arts School**
Get your Degree in Le Cordon Bleu Hospitality & Restaurant Management
lecordonbleuprogram-pasadena.com



**"I Got Fired"**

After getting laid off, I found a simple way to make money by posting links online.

**Click Here to Read My Story**

Well, Christoffersen was a manager at El Coyote, the Beverly Boulevard landmark restaurant that's always had throngs of customers waiting to get inside. Many of them were gay, and Christoffersen, a devout Mormon, donated $100 in support of Proposition 8, the successful November ballot initiative that banned gay marriage.

She never advertised her politics or religion in the restaurant, but last month her donation showed up on lists of "for" and "against" donors. And El Coyote became a target.

A boycott was organized on the Internet, with activists trashing El Coyote on restaurant review sites. Then came throngs of protesters, some of them shouting "shame on you" at customers. The police arrived in riot gear one night to quell the angry mob.

The mob left, but so did the customers.

Sections of the restaurant have been closed, a manager told me Friday during a very quiet lunch hour. Some of the 89 employees, many of them gay, have had their hours cut and layoffs are looming. And Christoffersen, who has taken a voluntary leave of absence, is wondering whether she'll ever again be able to work at the landmark restaurant, which opened in 1931 (at 1st and La Brea) and is owned by her 92-year-old mother.

"It's been so hard," she said, breaking down again.

A lot of customers saw Christoffersen as the face of the restaurant. She was the hostess who roamed from table to table with a pitcher of water, refilling glasses and schmoozing with friends.

Christoffersen, raised Mormon by her late father, told me she has no problem with gay people.

"I love them like everybody else."

But she supports her church's position that marriage is between a man and a woman.

I, on the other hand, opposed Prop. 8. And as I wrote more than once, I think organized Christian religion reached new levels of hypocrisy in using the Bible to preach discrimination and promote the initiative.

*Los Angeles Times* | California | Local

You are here: LAT Home > Articles > California | Local

Related Articles

SAN DIEGO PEOPLE Aug 22, 1989

LOS ANGELES - Restaurateurs Urge 2-Year Delay in Smoking Ban Jun 23, 1993

SALSA, CHIPS AND TCHOTCHKES Jun 10, 2001

Ads by Google / Ad Feedback

**Le Cordon Bleu Program**
Institute of Culinary Training. A World Leader in Culinary Arts
lecordonbleuprogram-pasadena.com

**California Proposition 65**
Testing, risk mgt, consulting, product assessments & screening
www.intertek.com/prop65

**Meet Mormon Singles**
Free to Join. 1000's of Pictures of Beautiful Mormon Singles
www.LDSPlanet.com

**Los Angeles Logistics**
Warehousing, Transportation and Value Added Services.
www.FlexLA.com

**Raise Money Like Obama**
Multiple Ways to Rasie Money Online Learn From Experts Sign-up Today.
www.ElectionMall.com

# A life thrown into turmoil by $100 donation for Prop. 8

By STEVE LOPEZ
December 14, 2008

As for the Mormons, I have trouble taking any cues on social mores from a group whose founder and early leaders believed they were acting on directives from on high when they took enough wives -- many in their teens -- to fill every booth in the cavernous El Coyote.

But I didn't like what I was hearing about the vilification of Margie Christoffersen and others in California being targeted for the crime of voting their conscience.

Ads by Google / Ad Feedback

**Los Angeles Culinary Arts**
Get your Degree in Le Cordon Bleu Hospitality & Restaurant Management
lecordonbleuprogram-pasadena.com

**Now Legal in Vermont**
Ben & Jerry's Is Happy To Celebrate The Legalization Of Gay Marriage.
www.BenJerry.com



"I agree with you on this," said Fred Karger. On his Californians Against Hate website, Karger has been outing Prop. 8 supporters, but he thinks Christoffersen's small personal donation didn't warrant such a backlash against El Coyote. Karger also spoke out against the resignation of a Sacramento theater director who gave $1,000 to Yes on 8 and happens to be Mormon.

The focus should be on the Mormon Church, Karger said, and on people and businesses that gave hundreds of thousands of dollars to Yes on 8. He said he doesn't intend to go back to El Coyote, but he's not supporting an organized boycott.

Wayne Christoffersen, who is also a manager at El Coyote, is not a Mormon, and he said he doesn't care who marries whom. But he doesn't think it's right that he and other employees at the restaurant are seeing their livelihoods threatened. Should Apple be boycotted by Yes on 8 people, he asked, simply because the computer company donated $100,000 to the No on 8 campaign?

El Coyote has never been known for gourmet cuisine. But the warm, kitschy vibe and cool patio scene have always been a hit with customers who were willing to wait in long lines under the distinctive neon sign.

Now business is off about 30%, Wayne said. Margie wants to blame it on the economy, because she can't deal with the alternative. But Wayne insisted the low-priced restaurant is largely recession-proof, and it's the controversy that has stemmed the flow of margaritas.

Margie tried to smooth things over last month by inviting gay clients to a free lunch to talk it over, but she left in tears when asked if she would write a check to the group challenging Prop. 8.

She blubbered all over again as she thought back on the last month. She has been a nightly fixture at El Coyote for two decades, walking to work from her home just a few doors away. It's been her life, she said. And she can't stand that it's been taken away.

Even if she goes back to work, Wayne said, "she will never, ever be back here on a Thursday night."


NEW STAR WARS COSTUMES   FREE SHIPPING!   STARWARSSHOP.COM

## Los Angeles Times | California | Local

Ads by Google / Ad Feedback

**LA Culinary Arts School**
Get your Degree in Le
Cordon Bleu Hospitality &
Restaurant Management

lecordonbleuprogram-pasadena.com

**California Proposition 65**
Testing, risk mgt, consulting,
product assessments &
screening

www.intertek.com/prop65

**Meet Mormon Singles**
Free to Join. 1000's of
Pictures of Beautiful Mormon
Singles

www.LDSPlanet.com

**California Logistics**
Warehousing, Transportation
and Value Added Services.

www.FlexLA.com

**Raise Money Like Obama**
Multiple Ways to Rasie
Money Online Learn From
Experts Sign-up Today.

www.ElectionMall.com

# A life thrown into turmoil by $100 donation for Prop. 8

By STEVE LOPEZ
December 14, 2008

Thursdays, as tradition had it, the place was mobbed with gay customers.

I had lunch at El Coyote on Thursday and the place was quiet, most tables empty. Margie was off in a dark corner of the restaurant -- at the table where Sharon Tate had her last meal -- exchanging Christmas presents with friends and her mother. I sat on the patio with Wayne and two other El Coyote managers -- Arnoldo Archila and Bill Schoeppner -- who happen to be gay.

Ads by Google / Ad Feedback

**Now Legal in Vermont**
Ben & Jerry's Is Happy To Celebrate The
Legalization Of Gay Marriage.

www.BenJerry.com

**Los Angeles Burgers**
Los Angeles Businesses Are Easier to
Find on Bing-the Decision Engine

www.bing.com/Local

"We always joked around with Margie," said Schoeppner, who's been on the job 26 years. "I'm a Democrat and voted for Obama; she probably voted for McCain -- so what? If she were a bigot or a homophobe, you wouldn't have had all these gay people" working at the restaurant or eating at it.

Besides, the donation was personal. "She didn't cut a check from the restaurant," added Archila, a 28-year employee. "The restaurant didn't have anything to do with it."

Archila said he and other employees voted no on Prop. 8 and gave money to the legal challenge. As someone who came to the U.S. 30 years ago from El Salvador, Archila said, he's always cherished this country's right of free speech and the diversity of opinion.

"You can express yourself as a citizen," said Archila. "Not everyone has to believe the same things."

steve.lopez@latimes.com

**<< Previous Page** | **Next Page >>**

Ads by Google / Ad Feedback
**Raise Money Like Obama**
Multiple Ways to Rasie Money Online Learn From Experts Sign-up Today.
www.ElectionMall.com

K-36



# Major Victory for Prop 8 Protesters

**Thursday , December 11, 2008**

**By Greg Gutfeld**

**FOX NEWS**

Today, I salute gays for a major civil rights victory:
They forced some old lady to quit her job.

After Proposition 8 passed, angry gays discovered
that Margie Christoffersen — who fills pitchers at El
Coyote restaurant in Los Angeles — had given cash to
the cause, which restricted the definition of marriage
to include only straights. So they picketed her place of
business with hilarious protest signs until the evil lady
finally resigned.

Now, some might say this is nothing like Rosa Parks
on the bus. But they're wrong. I mean, it takes guts to
ruin some old lady's life just because she supports a
bill based on her silly religious beliefs!

Seriously, if I was there, I would have thrown paint on
her — a soft lilac shade, of course.

ADVERTISEMENT

GET **HUNDREDS** OF USES
OUT OF EACH RECHARGEABLE BATTERY

DURACELL

GoMobile CHARGER

THAT'S DURACELL
SMART POWER

LEARN MORE >

But why stop there? Now that you banished the old
broad, get your ass down to those other parts of town where you don't brunch and give those blacks and
Mexicans a piece of your mind. And, when you're done, why not the Muslims — who are not only against you
marrying, but living too!

Look, I'm all for gay marriage, but just because some folks aren't as enlightened as you are, doesn't mean you
can treat them like poop. No one is going to take you seriously until you protest more seriously. Blacks sat in
restaurants where they weren't welcome and women protested outside the White House for days on end.

But instead of picketing a Cineplex playing a Tyler Perry movie, gays hit a joint in West Hollywood a few blocks
from a busy gay bar.

And to that I say: *Comer con gusto!*

*Greg Gutfeld hosts "Red Eye with Greg Gutfeld" weekdays at 3 a.m. ET. Send your comments to:
redeye@foxnews.com*

**SEARCH**                                                **GO**

**Click here for FOX News RSS Feeds**

**Advertise on FOX News Channel, FOXNews.com and FOX News Radio**

Jobs at FOX News Channel.
Internships At Fox News (Summer Application Deadline is March 15, 2007)
Terms of use.  Privacy Statement.  For FOXNews.com comments write to
foxnewsonline@foxnews.com;  For FOX News Channel comments write to
comments@foxnews.com
© Associated Press. All rights reserved.
This material may not be published, broadcast, rewritten, or redistributed.

Copyright 2009 FOX News Network, LLC. All rights reserved.
All market data delayed 20 minutes.

K-37

Case3:09-cv-02292-VRW   Document187-11   Filed09/15/09   Page140 of 255

## Galt attorney: Son harassed by teacher over Proposition 8

*By Jennifer Bonnett*
*News-Sentinel Staff Writer*

A Galt attorney claims his son is being harassed, even attacked, by a Galt High teacher for his views on Proposition 8.

Len ReidReynoso, who also sits on the school district's Bond Oversight Committee, said his son, Tarl, has been teased and even made a public example by Alex Bauer, who teaches economics and advanced placement American government.

Bauer, who is president of the Galt Federation of Teachers union, said the allegations are false.

"I have not done anything inappropriate," he said in an e-mail, declining to elaborate further.

Additionally, according to a letter sent to Superintendent Tom Gemma on Thursday, ReidReynoso said his son has been slapped and even received death threats from fellow students because he supports Proposition 8.

The proposition would remove the right for same-sex couples to marry in California. Tarl ReidReynoso does not support same-sex marriage, according to his father.

ReidReynoso's 17-year-old son was among the contingent last week who protested the California Teachers' Association's donation to fight against the proposition by staying home from school. Gemma said at that time the high school received about 30 calls from parents keeping their students home for that reason.

Because of his efforts in helping organize the protest, ReidReynoso said his son was made an example by Bauer, who allegedly presented to the class an out-of-state court case which states that blocking students while handing out flyers was not allowed.

Upon reading this case to the class, ReidReynoso said Bauer substituted Tarl's name and other personal information for the person in the court case.

"This was implying to all of the students present that Tarl, by supporting Proposition 8 and actively taking a political stand, was a bad person and had done something illegal ... This presentation by an adult teacher was in poor judgment and may even be itself illegal," he wrote to Gemma.

ReidReynoso, who said he does not plan to explore legal action against Bauer, said his son is not the only victim. Two parents have contacted him as an attorney to see what their options against on-campus harassment over Proposition 8 are.

"The parents of these harassed students are afraid to come forward due to fear of retaliation for their children at Galt High School," he said. "These parents lack confidence that the current administration will protect their children."

In addition to alleged incidents by Bauer, ReidReynoso said that one of these verbal "assaults" was over a three-day period and at the hands of a substitute teacher.

It is unclear how the district will handle the issues or if ReidReynono's was the only complaint, and Gemma was out of the office Thursday.

In his letter, ReidReynoso said Bauer posted his opinions on various political topics on his personal blog and students are required to respond to the blog in order to earn participation points.

ReidReynoso said he would like a public apology from the teacher for what he calls "pure intimidation" and assurance from the district that what he terms harassment won't occur in the future.

*Contact reporter Jennifer Bonnett at jenniferb@lodinews.com.*

Editor's Note: This story was updated at 4:31 p.m. Friday, Oct. 31 to correct the classes that Alex Bauer teaches.

K-38

**SFGate**.com
**SFGate**.com

Print This Article　｜　Back to Article

advertisement | your ad here


# The ugly backlash over Proposition 8

John Diaz

Sunday, November 23, 2008

A supporter of Proposition 8, fed up with what he believed was the gay community's and "liberal media's" refusal to accept the voters' verdict, fired off a letter to the editor.

"Please show respect for democracy," he wrote, in a letter we published.

What he encountered instead was an utter lack of respect for free speech.

Within hours, the intimidation game was on. Because his real name and city were listed - a condition for publication of letters to The Chronicle - opponents of Prop. 8 used Internet search engines to find the letter writer's small business, his Web site (which included the names of his children and dog), his phone number and his clients. And they posted that information in the "Comments" section of SFGate.com - urging, in ugly language, retribution against the author's business and its identified clients.

"They're intimidating people that don't have the same beliefs as they do ... so they'll be silenced," he told me last week. "It doesn't bode well for the free-speech process. People are going to have to be pretty damn courageous to speak up about anything. Why would anyone want to go through this?"

Let the record show that I absolutely disagree with the letter writer on the substance of Prop. 8. I believe that same-sex couples should have the full rights and responsibilities of marriage. In my view, the discrimination inherent in Prop. 8 is morally and legally indefensible in a society where the concept of equal protection is supposed to safeguard the rights of the minority.

But let me also say that I am disturbed by the vicious, highly personalized attacks against the letter writer and others. Protesters have shouted insults at people headed to worship; temples and churches have been defaced. "Blacklists" of donors who contributed to Yes on 8 are circulating on the Internet, and even small-time donors are being confronted. A Palo Alto dentist lost two patients as a result of his $1,000 donation. The artistic director of the California Musical Theatre resigned to spare the organization from a fast-developing boycott. Scott Eckern, the artistic director of the Sacramento theater group and a Mormon, had given $1,000 to Yes on 8.

This out-of-scale attempt to isolate and intimidate decidedly small players in the Yes on 8 campaign is no way to win the issue in a court of law or the court of public opinion.

Equally disappointing is the lack of a forceful denunciation from leaders of the honorable cause of bringing marriage equality to California. "We achieve nothing if we isolate the people who did not stand with us in this fight," the No on 8 campaign reminded its coalition in a statement issued after the election.

Guess what? Certain advocates of the cause *are* alienating people - and this approach needs to be called out. Remember, the No on 8 campaign was shouting "blackmail!" at the top of its lungs when the Yes side sent certified letters to major donors threatening to "out" them in a press release unless they also contributed to the marriage ban. Of course, that "threat" had a tinge of absurdity. Corporations such as PG&E, McDonald's and Levi Strauss were not afraid of being "outed" for their association with the marriage-equality cause. They were well aware that their major donations amounted to a public statement that might cause them to lose - and gain - customer goodwill.

Opponents of same-sex marriage should not be let off the hook for their post-election tactics. There is already talk of a recall campaign against California Supreme Court justices if they overturn Prop. 8, reminiscent of the unsuccessful attempt to oust Chief Justice Ronald George and Justice Ming Chin after they voted to overturn a law that required parental consent for minors to receive an abortion. The judiciary must not be intimidated in this nation of laws.

Assemblyman Mark Leno, the San Francisco Democrat who wrote a marriage-equality bill that passed both houses and was vetoed by Gov. Arnold Schwarzenegger, said he does not "defend or rationalize" overzealous tactics by those on his side. He noted that tumult and emotion have historically defined moments of momentous social change. "This is a visceral reaction to the fact that, for the first time in U.S. history, a recognized constitutional right was repealed by a simple majority vote," Leno said.

Time is on the side of marriage equality. Sixty-one percent of voters younger than 30 opposed Prop. 8, while 61 percent of those older than 65 supported it. Attitudes are changing and will continue to shift as more and more Americans see that extending the right to same-sex couples is not a threat to traditional marriage, but an affirmation of its value to society.

Intimidation, through attempts to chill free speech or an independent judiciary, should have no part in this debate. The leaders on both sides should have the honesty to recognize it within their camps - and the courage to condemn it.

John Diaz is The Chronicle's editorial page editor. You can e-mail him at jdiaz@sfchronicle.com.

http://sfgate.com/cgi-bin/article.cgi?f=/c/a/2008/11/23/INOQ147155.DTL

This article appeared on page **G - 9** of the San Francisco Chronicle

© 2008 Hearst Communications Inc. | Privacy Policy | Feedback | RSS Feeds | FAQ | Site Index | Contact

K-39



1 of 1 DOCUMENT


Copyright 2008 VNU Business Media, Inc.
All Rights Reserved



hollywoodreporter.com

November 25, 2008 Tuesday

**SECTION:** HOMEPAGE; NEWS

**LENGTH:** 767  words

**HEADLINE:** Richard Raddon resigns post

**BYLINE:** Gregg Goldstein

**BODY:**

NEW YORK -- In the wake of harsh industry criticism over his $1,500 donation in support of Proposition 8, the California initiative that banned same-sex marriage, Richard Raddon has resigned as director of the Los Angeles Film Festival. He had held the post at the fest, run by Film Independent, since 2000.

"I have always held the belief that all people, no matter race, religion or sexual orientation, are entitled to equal rights. As many know, I consider myself a devout and faithful Mormon," said Raddon, whose donation became public after gay-rights supporters began scanning lists of political donors. Members of the Mormon Church contributed more than $20 million toward the "Yes on 8" campaign that helped the proposition pass in a 52%-48% vote this month.

"I prefer to keep the details around my contribution through my church a private matter," Raddon said. "But I am profoundly sorry for the negative attention that my actions have drawn to Film Independent and for the hurt and pain that is being experienced in the GLBT community."

The heat surrounding Raddon's contribution has been building for several weeks. Film Independent not only has several openly gay members on its board but also supports indie filmmaking, with encouraging diversity one of its stated goals.

When word of Raddon's contribution first surfaced nearly two weeks ago, Film Independent appeared to back its festival director, saying: "As a champion of diversity, Film Independent is dedicated to supporting the civil rights of all individuals. At the same time, our organization does not police the personal, religious and political choices of any employee, member or filmmaker." Several outlets reported at the time that Raddon had offered his resignation but the group had declined to accept it.

Richard Raddon resigns post hollywoodreporter.com November 25, 2008 Tuesday

But Film Independent general counsel Michael Donaldson said Tuesday that Raddon didn't formally offer to resign until Monday. Donaldson explained that "he was going through a process" involving general discussions and talking to many of the Film Independent board members.

On Monday afternoon, two emotional conference calls were held among the board members, who debated the issues involved.

"Generally we've been very happy with Rich, and most if not all of us have been unhappy with Prop 8," said board member and film director Rodrigo Garcia. "Most have felt that we don't fire people."

Even within the organization, there were questions about whether Raddon had offered an earlier resignation and, if so, why it had not been accepted.

"Some of us were consulted and some weren't," said one board member who spoke on condition of anonymity. "There was some question as to why (the resignation) wasn't accepted before."

Added Garcia: "The protests have kept growing. I've also heard rumblings that a lot of our members were unhappy."

The widespread impression that Film Independent had decided that Raddon should stay led to "a very rough week and a half," the board member said. "There have been a lot of calls and e-mails, and everyone is extremely opinionated."

Donaldson said that Film Independent executive director Dawn Hudson tried to reach out to all board members during the past few weeks. Hudson and Raddon did not respond to requests for comment.

On Tuesday, the Film Independent board issued a statement, saying that "with great reluctance" it accepted Raddon's resignation.

"Rich's service to the independent film community and to Film Independent has been nothing less than extraordinary," the statement read. "He has always shown complete commitment to our core principles of equality and diversity during his long tenure."

No immediate replacement was named.

"I'll miss Rich, who was a great film festival director," said Roadside Attractions co-president Howard Cohen, a member of the LAFF advisory board. "On the other hand, the wife of (Mormon church founder Brigham Young's descendant) Steve Young came out publicly against Prop 8. Standing behind the church holds no sway with me."

The controversy at LAFF comes amid a rising call in some quarters for boycotts of individuals and businesses that supported the "Yes on 8" campaign. Some activists have called for a boycott of the Sundance Film Festival because it is located in the Mormon church's home state of Utah -- or at least a selective boycott of the Holiday Village Cinemas, used by Sundance, because the theater is owned by the Cinemark chain, whose CEO Alan Stock contributed to the campaign against same-sex marriage.

No one had called for a boycott of LAFF or Film Independent's Spirit Awards, though some board members worried about that possibility.

**LOAD-DATE:** December 1, 2008

K-40

THE SACRAMENTO BEE  sacbee.com

This story is taken from Sacbee / Our Region

# Theater felt growing pressure before artistic director quit

**mcrowder@sacbee.com**

**Published Wednesday, Nov. 12, 2008**

The California Musical Theatre found itaself caught in a dramatic conflict between free speech and civil rights, a situation that ultimately led to today's resignation of artistic director Scott Eckern.

Eckern quit this morning. He became the target of strong criticism after it was learned he donated $1,000 to the Proposition 8 campaign to ban gay marriage.

In an industry long considered gay-friendly and tied to causes such as AIDS research, Eckern's donation outraged theater workers across the country.

In Sacramento, a number of the musical theater's supporters contacted The Bee to rally behind the embattled Eckern, stating that he was now a victim of intolerance and persecution himself.

Playbill and other media have said he issued an apology and plans to donate $1,000 to a nonprofit committed to achieving equal rights for gay, lesbian, bisexual and transgender people.

When Tony Award-winner Marc Shaiman, the composer of "Hairspray," read of Eckern's donation last week, he urged artists and theater workers across the country to boycott the theater.

On Tuesday, Kellie Randle and a group of like-minded friends launched www.supportscotteckern.blogspot.com to advocate for Eckern.

"It's everyone's First Amendment right to contribute to the causes they believe in and voice their political choice," Randle said. To show the abuse against Eckern, Randle's site links to the Clyde Fitch Report, one of numerous blogs now weighing in on the debate.

"I'm so enraged at the hypocrisy of the No on 8 community. I could care less how he voted on any issue. It's about what he does in his job. This is persecution," Randle said.

Other community members, including Kitty Wilson of Curtis Park, echoed this sentiment.

"Before any gay person talks about blacklisting anyone in theater, I'll remind them what McCarthy's blacklist did to the entire entertainment industry," Wilson said.

The idea of a blacklist and boycott have grown from Shaiman's postings and e-mails. The composer, who is openly gay, said he read about Eckern's contribution to the campaign on the Web site www.datalounge.com, and he felt he had to do something.

"I was so shocked. I'm dealing myself with being legally discriminated against, and then come to

find out, I helped put money in his pocket that helped get this proposition passed," Shaiman said in a telephone interview.

Shaiman sent an e-mail which has reverberated through the national theater community and backed the CMT's leaders into the unusual position of doing damage control. He wrote he wouldn't allow his work to be done at California Musical Theatre, and theater workers around the country have followed his lead.

"No one should be surprised in 2008 at how fast information can be spread, and that's of course a doubled-edged sword," Shaiman said.

Susan Egan, star of "Thoroughly Modern Millie" and "Cabaret," followed with a similar e-mail.

Theater professionals flooded CMT's offices over the weekend with phone calls and e-mails decrying Eckern's actions.

In a statement released Monday, CMT executive producer Richard Lewis said: "Any political action or the opinion of Scott Eckern is not shared by California Musical Theatre. We have a long history of appreciation for the LGBT community and are truly grateful for their longstanding support."

New York talent agent Chris Nichols, who negotiated three of the four contracts for the actors employed in CMT's "Forever Plaid" at the Cosmopolitan Cabaret in Sacramento, said New York is watching the situation closely.

"I woke up to Susan Egan's e-mail Monday morning and have received that e-mail 11 times in less than 48 hours," Nichols said. "I would say the industry is buzzing. I took no less than half a dozen phone calls from clients today who are working in various theaters across the country asking if it was true."

Frank Schubert, the local campaign manager for Yes on Prop. 8, wrote a letter of support for Eckern on Tuesday, faxing it to all of CMT's board members.

"Mr. Eckern unfortunately is the victim of what appears to be a systematic attempt to harass and intimidate anybody who had the courage to stand up and support traditional marriage," Schubert said by phone. "There's nothing about supporting traditional marriage which is anti-gay."

Shaiman hopes the episode leads to better understanding of gay people.

"I love God. And this is how God made me," he said. "How people can say this is a choice? Unless you are – you don't know."

   ShareThis
   Buzz up!

---

*Call The Bee's Marcus Crowder, (916) 321-1120.*

K-41

# KCRA.com

**Student Leaders Face Recall Over Prop. 8**

## *Council Endorsed Measure On Sept. 30*

POSTED: 5:56 am PDT October 21, 2008
UPDATED: 8:31 am PDT October 21, 2008

**SACRAMENTO, Calif.** -- Several student government leaders at American River College are facing a recall vote today and Wednesday after they supported Proposition 8, a statewide ballot measure that would ban same-sex marriage.

The American River College Student Council voted 8-3 on Sept. 30 to endorse Prop. 8. Three members of the council abstained.

Supporters of gay marriage responded by launching the recall effort.

Prop. 8, which is on the Nov. 4 ballot, defines marriage as being between a man and woman.

Related To Story



Jorge Riley

**RECALL EFFORT**

**Video:** Student Leader Defends Support Of Prop. 8
**Resource:** American River College
          Complete Coverage

Jorge Riley, one of the student leaders facing recall, on Tuesday defended his earlier endorsement of Prop. 8.

"We definitely want to stand up against things that take away from family values in our community," Riley said.

Student Cassendra Smith said she supports Prop. 8, but added that she feels the leaders should not have taken their stand without discussing the issue more to fellow students.

"They didn't have the right to go out and just be the big voice like that," Smith said. "They should have kind of talked a bit more to the school."

"This is a decision made by students, and it's a stance that they wanted to take," added Phil Sander, campus life coordinator. "Would I have done it? No. But, you know, as a student government, I believe that they believe that that was something they needed to do, right or wrong."

Voter turnout among students at the campus is usually very low. Only about 1 percent of students took part in the election to elect the leaders in the first place.

American River College is a state-funded two-year community college and is part of the Los Rios Community College District.

**Previous Stories:**

- October 20, 2008: Sheriff: Prop. 8 Signs Being Stolen, Burned

- October 19, 2008: Survey: Race For Prop. 8 'Essentially Tied'
- October 16, 2008: AdWatch: Vote 'No' On Prop. 8 Ad Examined
- October 16, 2008: AdWatch: Vote 'Yes' On Prop. 8 Ad Examined
- October 15, 2008: Poll: Asian-Americans Oppose Gay Marriage Ban
- October 14, 2008: Priest Loses Job Over Prop. 8 Stand
- October 13, 2008: Gay Couples Rush To Wed Before Election

*Copyright 2008 by KCRA.com. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*

K-42



**Saturday, Nov. 15, 2008**
# What Happens If You're on Gay Rights' 'Enemies List'
**By Alison Stateman / Los Angeles**

Ever since a slim majority outlawed gay marriage in California, opponents have waged national protests and petitions, urging the judicial system to reconsider the results of the Nov. 4 referendum. (Proposition 8 overturned an earlier decision by the California Supreme Court that legalized same-sex marriage.) While the court weighs whether or not to get back into the fray, the civil unrest ignited by the ban shows no sign of abating. A national protest against Prop. 8 organized by JoinTheImpact.com is scheduled for today. The Church of Jesus Christ of Latter-day Saints, which opponents say donated more than $20 million to the Yes on 8 campaign, has already become a focus of protests, with demonstrators gathered around Mormon temples not only in California but across the country.

The Mormon Church is not the only group being singled out for criticism. African Americans, 70% of whom voted yes on Prop. 8, according to a CNN exit poll, have become a target. According to eyewitness reports published on the Internet, racial epithets have been used against African Americans at protests in California — with some even directed at blacks who are fighting to repeal Prop. 8. Said Evan Wolfson, executive director of nonprofit group Freedom to Marry: "In any fight, there will be people who say things they shouldn't say, but that shouldn't divert attention from what the vast majority are saying against this, that it's a terrible injustice." (See the Top 10 ballot measures.)

In addition to the protests, gay rights activists have begun publishing lists online exposing individuals and organizations that have donated money in support of Prop. 8. On AntiGayBlacklist.com, individuals who gave money toward Prop. 8 are publicized, and readers are urged not to patronize their businesses or services. The list of donors was culled from data on ElectionTrack.com, which follows all contributions of $1,000 and more and all contributions of more than $100 given before Oct. 17. Dentists, accountants, veterinarians and the like who gave a few thousand dollars to the cause are listed alongside major donors like the Container Supply Company Inc. of Garden Grove, which gave $250,000. "Anyone who steps into a political fight aimed at taking away fundamental rights from fellow citizens opens themselves up to criticism," said Wolfson. "The First Amendment gives them the right of freedom of speech and to support political views, but people also have the right to criticize them."

Even before the passage of Prop. 8, the group Californians Against Hate compiled and published a "dishonor roll" of individuals (and their company affiliations) who gave $5,000 or more in support of the measure. Phone numbers and websites were added, along with commentary about some of the larger donors, all public information obtained through the California secretary of state's office. "My goal was to make it socially unacceptable to give huge amounts of money to take away the rights of one particular group, a minority group," says Fred Karger, a retired political consultant and founder of Californians

Against Hate. "I wanted to make the public aware of who these people are and how much they're giving, and then they could make a decision as to whether or not they want to patronize their businesses."

The negative publicity is having an effect on both companies and individuals. Scott Eckern, artistic director of the California Musical Theatre in Sacramento, whose $1,000 donation was listed on ElectionTrack, chose to resign from his post this week to protect the theater from public criticism. Karger says a "soft boycott" his group had started against Bolthouse Farms — which gave $100,000 to Prop. 8 — was dropped after he reached a settlement with the company. Bolthouse Farms was to give an equal amount of money to gay rights political causes. The amount ultimately equaled $110,000.

Meanwhile, lists of donors to Prop. 8, once trumpeted on the Yes on 8 website, have been taken down to protect individuals from harassment. "It's really awful," says Frank Schubert, campaign manager for Yes on 8. "No matter what you think of Proposition 8, we ought to respect people's right to participate in the political process. It strikes me as quite ironic that a group of people who demand tolerance and who claim to be for civil rights are so willing to be intolerant and trample on other people's civil rights."

See TIME's Pictures of the Week.

See the Cartoons of the Week.

 **Click to Print**

**Find this article at:**
http://www.time.com/time/nation/article/0,8599,1859323,00.html

---

Copyright © 2009 Time Inc. All rights reserved. Reproduction in whole or in part without permission is prohibited.

Privacy Policy  |  Add TIME Headlines to your Site  |  Contact Us  |  Customer Service

K-43

latimes.com/news/opinion/editorials/la-ed-boycott10-2008dec10,0,2703213.story

# latimes.com

**Editorial**

## Prop. 8 -- boycott, or blacklist?

### Shunning businesses is one thing; intimidation crosses the line.

December 10, 2008

Gays and lesbians -- at least some of them -- plan to refrain
from working and shopping today as an expression of their
dismay over Proposition 8, the Nov. 4 measure that banned
same-sex marriage, and as a showing of both their economic
clout and their place within the larger community. If organizers
carry it off, this is exactly the kind of tactic that can make a
difference, though its impact might have been bigger before
election day.

For all the complaints (mainly coming from the Yes-on-8
campaign), boycotts against corporations or organizations are a
time-honored method of expressing opinions and pushing for
social or political change. But in the superheated Proposition 8
debate, this venerable tactic has occasionally been used in ugly
ways.

It started when the directors of the Yes-on-8 campaign sent letters to various companies that had donated to
the opposition camp. The missives warned donors to pay an equal amount to the "Yes" side or risk being
publicly outed as opponents of "traditional marriage" (the implication being that they would then face a
boycott). The tactic looked and quacked a lot like extortion. It's one thing to boycott, or threaten it; a demand
for hush money goes over the line.

Since then, postelection boycott efforts by the other side -- defenders of same-sex marriage -- have expanded
into a vengeful campaign against individuals who donated to the gay-marriage ban, usually in the form of
pressure on their employers. At least two people have resigned from their jobs and a third is considering it,
including the artistic director of a stage company in Sacramento and a manager at an L.A. eatery.

As much as we abhorred Proposition 8, there's nothing to cheer about when private individuals are afraid to
donate to the political campaigns of their choice because it may cost them their livelihood. In the case of
Scott Eckern, who resigned from the California Musical Theatre in Sacramento, the future of the nonprofit
company was at stake after some artists refused to work with him. But what if that situation were reversed
and Eckern were targeted because he opposed Proposition 8? Or because he was gay? Professionals have to
look past their personal and political differences or everyone with an opinion will be on an official list of
undesirables.

The line between boycott and blacklist can be imprecise. Owners and officers of companies aren't just private

Case3:09-cv-02292-VRW   Document187-11   Filed09/15/09   Page159 of 255

individuals; they must accept that their political actions will reflect on the organizations they head and act accordingly. But a heated debate about a basic right -- in this case, the right to marry whom one chooses -- must also consider the rights of citizens to vote and donate without intimidation.

Copyright © 2009, The Los Angeles Times

K-44

SAN FRANCISCO, Nov. 13, 2008

# Prop. 8 Anger Spurs Donor Blacklists

## CBS Evening News: Online Donor Lists Prompt Boycotts Of Same-Sex Marriage Ban Supporters

By John Blackstone



[Play CBS Video](#) [The Fight Against Prop 8](#)

Supporters of same sex marriage have started posting the names and businesses of those who gave money in support of Proposition 8. John Blackstone reports.



Supporters of same-sex marriage rally in San Francisco. **(CBS)**

**(CBS)** For supporters of same-sex marriage, the Election Day loss in California seems to be energizing their campaign rather than ending it.

Demonstrations against Proposition 8, the ban on same-sex marriage, have been growing, **CBS News correspondent John Blackstone** reports.

Now the anger is moving to the Internet, where supporters of same-sex marriage are posting blacklists - the names and businesses of those who gave money to help Proposition 8 pass.

Chris Lee, an engineer who is an immigrant from China, was shocked to see his name on the Web site AntiGayBlacklist.com after he gave $1,000 to the campaign to end same-sex marriage.

"I was completely disgusted," Li said. "This sort of blacklist should only appear in communist countries, should not be found in the United States."

In Los Angeles, demonstrators called for a boycott of a restaurant whose manager made a personal donation of $100 to the "Yes on 8" campaign.

"She didn't think it would be public record," said Jeff Yarbrough.

Anger over the blacklists brought out demonstrators in Sacramento, where Scott Eckern resigned as musical director of a local theater when he was identified as a donor.

While it isn't clear who is behind the blacklisting Web sites, political donations are public record and publishing them is legal. But this campaign is making even many supporters of same-sex marriage uncomfortable.

"I understand the anger, but I think we need to channel it," said Molly McKay of Marriage Equality USA. "Into conversations, into moving forward because, you know again, hate vs. hate produces more hate."

Those campaigning to end same-sex marriage drew up their own blacklist, sending letters to large donors to the campaign to save same-sex marriage, demanding equal money or threatening to publish their names.

The Internet has made open political financing even more open - and perhaps more intimidating.

---

© MMVIII, CBS Interactive Inc. All Rights Reserved.

K-45



1 of 1 DOCUMENT

Copyright 2008 MediaNews Group, Inc.
All Rights Reserved
Inland Valley Daily Bulletin (Ontario, CA)

November 15, 2008 Saturday

**SECTION:** NEWS

**LENGTH:** 396 words

**HEADLINE:** Proposition 8 passage inspires protests; proponents claim intimidation

**BYLINE:** Lori Consalvo, Staff Writer

**BODY:**

The 2008 election has come and gone, but the strong feelings about Proposition 8 have not subsided.

Those who opposed the ballot measure have been holding protests and rallies throughout the state - and even the nation - since its passage.

But supporters of the measure, which eliminated the right of same-sex couples to marry in California and provided that only marriage between a man and a woman is valid, say enough is enough.

"I think they're poor losers," said Jan Gurley of Upland about those who are protesting the measure's passage.

Proposition 8 passed 52 percent to 48 percent.

"The numbers were overwhelming," Gurley said. "It is still not being laid to rest."

In the days since the election, opponents of Proposition 8 have gathered in front of churches and walked down streets in California advocating for equal rights.

But the protests have gone too far, said Meg Waters, spokeswoman for the Yes on 8 Campaign.

The artistic director of a musical-theater company in Sacramento resigned amid protests that began when it was revealed that he financially supported the measure, picketers have harassed restaurant owners who supported Proposition 8 in Los Angeles, and others have been beaten up for their support in Carlsbad, she said.

"Harassing phone calls, intimidation, it just goes on and on and on," she said.

Waters was part of a news conference on Friday in Orange County that addressed the recent protests.

"We understand they have a right to protest and a right to file lawsuits," she said. "But they don't have a right to harass and intimidate and use violence against people they disagree with."

Proposition 8 passage inspires protests; proponents claim intimidation Inland Valley Daily Bulletin (Ontario, CA)
November 15, 2008 Saturday

Supporters will "vigorously defend" any lawsuits filed "in a peaceful and respectful way," Waters said.

"There was a call by many pastors for continued respect with the other side," she said. "We can disagree with the other side, but we should still respect them. And we ask that we receive respect from their side as well."

As he hears about continued protests and talk of lawsuits, Chino Hills resident Kenn Rasmussen said this is the best thing that could happen to the "Yes people."

"Our case is made. They have proven they are an angry, revengeful group," he said.

Rasmussen and other supporters know there is a possibility the vote could be overturned, but he said he would rather see it done in a civil way.

"If they want to do it, let's have another election," he said.

**GRAPHIC:**

**LOAD-DATE:** November 16, 2008

K-46

## Los Angeles Times | California | Local

You are here: LAT Home > Articles > California | Local

Related Articles

Residents Discuss Coyote
Problems With Animal Control
Staff Nov 16, 1993

Meeting Called Over Increasing
Coyote Threat Nov 13, 1993

SALSA, CHIPS AND
TCHOTCHKES Jun 10, 2001

Ads by Google / Ad Feedback

**Paid Campaign
Director**
Make a difference on
human rights and
environmental issues.
Apply Now

www.FundForThePublicInterest.org

**Telemarketing Services**
Free Quotes from
Multiple Vendors
Compare
Telemarketing Firms

www.BuyerZone.com/Telemarketing

**Meet Bob McDonnell**
Best Leader for
Virginia. Learn More.

www.BobMcDonnell.com

**Raise Money Like
Obama**
Multiple Ways to Rasie
Money Online Learn
From Experts Sign-up
Today.

www.ElectionMall.com

# Proposition 8 protesters target businesses

By Tami Abdollah, and Cara Mia DiMassa,
November 14, 2008

More than a week after the passage of Proposition 8, activists opposed to the ban on gay marriage have shifted their protests to new arenas -- using boycotts to target businesses and individuals who contributed to the winning side.

The effect of the boycotts remains unclear. Merchants said that the overall poor economy made it difficult to tell whether their businesses were declining specifically because of the threats. But the protests have been highly visible and have drawn strong objections from backers of the initiative.

Ads by Google / Ad Feedback



**Local VoIP Business Phone**

Get All-Digital Phones & Premium
Features w/ Phone Service from 8x8.

www.get8x8.com

"No matter your opinion of Proposition 8, we should all agree that it is wrong to intimidate and harass churches, businesses and individuals for participating in the democratic process," Ron Prentice, of ProtectMarriage.com, said in a statement. Boycotters were "unabashedly trampling on the rights of others," he said.

Activists behind the boycott effort argue they are simply exercising their political rights.

"People are determining who their friends are, and who are not their friends," said Fred Karger, a Los Angeles resident and retired political consultant. "I think people need to be held accountable for their financial support."

The activists have pored though campaign contribution databases and then "outed" Proposition 8 donors on sites like Facebook.com and craigslist.com. "People are going to do what they want, and it's in this society where you have campaign reporting that is all public information," said Karger.

Some gay rights activists also have gone onto the restaurant website yelp.com, giving bad reviews to eateries linked to the Yes on 8 movement.

"This one star is for their stance on Prop. 8," one poster wrote of El Coyote Mexican Cafe. "Enjoy it. . . . You deserve it."

Hundreds of protesters converged on El Coyote on Beverly Boulevard on Wednesday night, and the picketing got so heated that LAPD officers in riot gear had to be called.

All because Marjorie Christoffersen, a manager there and a daughter of El Coyote's owner, had contributed $100 to the Yes on 8 campaign.

Christoffersen, who is Mormon, met with protesters Wednesday and at one point broke down in tears, said Arnoldo Archila, another El Coyote manager. But the activists were not satisfied with her explanation and continued to post protests about her on the Web.

Case3:09-cv-02292-VRW    Document187-11    Filed09/15/09    Page168 of 255

*Los Angeles Times* | California | Local

You are here: LAT Home > Articles > California | Local

Related Articles

Residents Discuss Coyote
Problems With Animal Control
Staff Nov 16, 1993

Meeting Called Over Increasing
Coyote Threat Nov 13, 1993

SALSA, CHIPS AND
TCHOTCHKES Jun 10, 2001

Ads by Google / Ad Feedback

**Wall Street Journal**

Wall Street Journal
Free Delivery & 4
Weeks Free

www.wallstreetjournal.com

**How to make electricity**

A shocking secret
electric co's don't want
you to know

www.Power4Home.com

**Visit La**

Visit Los Angeles: 40
Sights One Low Price.
Save up to 35%!

SmartDestinations.com/LosAngeles

**Newspaper Nat'l
Network**

NNN: We Make
Newspapers National
One Stop Access to
Major USA Papers

nnnlp.com

# Proposition 8 protesters target businesses

By Tami Abdollah, and Cara Mia DiMassa,
November 14, 2008

"She had a chance to make nice and blew it. I was almost feeling a tiny bit of sympathy for her. Not no more!!" wrote one blog poster, who also listed competing Mexican restaurants where diners should go instead of El Coyote.

By Thursday, Christoffersen had left town, said Archila, who said El Coyote employees -- some of whom are gay -- were left staggered by the protests, including more than 50 calls a day criticizing the restaurant.

Ads by Google / Ad Feedback

**Explore Paul Krugman's**

favorite sites and blogs. Subscribe
today on Google Reader.

www.google.com/powerreaders



"We are all a family," Archila said. "If this is going to affect the business, its going to affect them. There are people who have to feed children and pay mortgages."

Some activists are now turning their attention to Texas-based Cinemark, one of America's largest theater chains, whose chief executive contributed nearly $10,000 to Yes on 8.

A prolonged protest could cause trouble for the Sundance Film Festival, which uses Cinemark screens to show movies during the January event in Park City, Utah. The state of Utah is a focus of some boycotts because the Church of Jesus Christ of Latter-day Saints, which has its headquarters there, marshaled millions of dollars in contributions from its members for the Yes on 8 campaign.

Brooks Addicott, a spokeswoman for the Sundance Institute, said the festival received about 100 e-mails over the last few week, many of which had the same text, but it appeared that the efforts had peaked.

"Our position is that we have a festival that is essentially three months away," Addicott said. "We are committed to having our 25th festival; it's a celebration for us. We would be incredibly disappointed if people decided not to come because of a boycott."

Officials at Cinemark did not return calls for comment.

Gay marriage activists had been targeting some Yes on 8 donors well before the Nov. 4 election. In July, Karger started the website Californians Against Hate, which lists a "dishonor roll" detailing more than 800 donations of $5,000 or more to the Yes on 8 campaign. He said the site was getting 300 to 350 hits a day before the election. Now, it's receiving an average of 7,500 hits daily.

Californians Against HateOne business affected by the campaign is Lassen's, a family-owned chain of nine health food stores throughout California, from Bakersfield to Thousand Oaks. Lassen's owners gave $27,500 to the Yes on 8 campaign.

Scott Parvel, general manager of the Ventura store, said the contribution was a "private donation" by family members who are Mormon.

**Los Angeles Times** | California | Local

You are here: LAT Home > Articles > California | Local

Related Articles

Residents Discuss Coyote
Problems With Animal Control
Staff Nov 16, 1993

Meeting Called Over Increasing
Coyote Threat Nov 13, 1993

SALSA, CHIPS AND
TCHOTCHKES Jun 10, 2001

Ads by Google / Ad Feedback

**Paid Campaign
Director**

Apply Now! Run
grassroots campaigns
for health care reform.

www.FundForThePublicInterest.org

**Telemarketing Services**

Free Quotes from
Multiple Vendors
Compare
Telemarketing Firms

www.BuyerZone.com/Telemarketing

**McDonnell for
Governor**

Bob 4 Jobs Contribute
Now!

www.BobMcDonnell.com

**Raise Money Like
Obama**

Multiple Ways to Rasie
Money Online Learn
From Experts Sign-up
Today.

www.ElectionMall.com

# Proposition 8 protesters target businesses

By Tami Abdollah, and Cara Mia DiMassa,
November 14, 2008

But No on 8 supporters listed their stores along with many others on websites, urging a boycott.

Since the election, the stores have received angry calls about Proposition 8 as well as comments from customers. "They have a right to their views, but they should take it up with the person who did it, not the people who work here. . . . We're providing a business, that's all we do," said Parvel, who has worked for the company since 2001.

Ads by Google / Ad Feedback

**Local VoIP Business Phone**

Get All-Digital Phones & Premium
Features w/ Phone Service from 8x8.

www.get8x8.com



Robert Hoehn was another person who made Karger's "dishonor roll." Hoehn, vice president of the Carlsbad-based Hoehn Motors, gave $25,000 of his own money to the Yes on 8 campaign in February. And he called what followed "a really, really ugly experience."

Hoehn said that most of the campaign against him came before the vote, when he received "dozens and dozens and dozens" of phone calls and his Honda dealership was picketed. Since the proposition passed, he said, he has received a few "vitriolic messages and phone calls."

Next time, he said, he will be "smarter" about how he gives such a donation, possibly in a way that doesn't require listing his business. "I wouldn't not do it because of fear," he said. "I am not ashamed of it, but it has been a very educational experience."

Despite the criticism, activists say they plan to continue applying pressure. "It doesn't matter if it's the CEO or if it's the hostess that greets you at El Coyote. It really makes no difference," said Gerry Moylan, 47, a Los Angeles Realtor who planned a night of picketing in front of the restaurant Thursday.

"If I'm going to eat dinner at El Coyote and part of my money is going to pay the hostess' pay and she turns around and uses her pay to promote a proposition that takes away my rights, then I'm going to stop paying my money to her."

Abdollah and DiMassa are Times staff writers.

tami.abdollah@latimes.com

cara.dimassa@latimes.com

K-47

Case3:09-cv-02292-VRW    Document187-11    Filed09/15/09    Page171 of 255

# KCRA.com

**Prop. 8 Opponents Protest Ice Cream Parlor**

### Family-Run Creamery Gave Thousands To 'Yes on 8' Campaign

Related To Story



POSTED: 4:14 pm PST November 16, 2008
UPDATED: 11:18 am PST November 17, 2008

**SACRAMENTO, Calif.** -- Opponents of Proposition 8, an amendment to ban same-sex marriage in California, gave out free ice cream Sunday in protest of a Sacramento family-run ice cream parlor.

About a dozen protesters rallied outside Leatherby's Family Creamery with signs and free rainbow sherbet.

Owner Alan Leatherby, his business and his relatives gave a total of $20,000 supporting the "Yes on 8" campaign, which worked to get the measure passed.

"I think that providing people with information is never a bad thing to do -- make an informed choice about where they are spending their money," said Rachel Gregg, who's opposed to Proposition 8.

A crowd also lined up out the door of Leatherby's to show their support for the ice cream parlor.

"We've had people drive in from Auburn," Leatherby said. "It's nice to have friends, it really is."

**Previous Stories:**

- November 13, 2008: Prop. 8 Opponents Host Staged Protest
- November 13, 2008: Gay Activists Divided On Protest Tactics
- November 12, 2008: Artistic Director Resigns Amid Prop. 8 Boycott

*Copyright 2008 by KCRA.com. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*

K-48

Dow Jones Reprints: This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit www.djreprints.com

See a sample reprint in PDF format.          Order a reprint of this article now

## THE WALL STREET JOURNAL.
WSJ.com

DECEMBER 27, 2008

# Gay Activists Boycott Backers of Prop 8

By JIM CARLTON

LOS ANGELES -- Soon after California's passage of a initiative banning same-sex marriage last month, dozens of gay activists descended on the El Coyote restaurant with signs and placards. They chanted "Shame on you," cussed at patrons and began a boycott of the cafe.

The restaurants's crime: A daughter of the owner donated $100 to support Proposition 8, the antigay-marriage initiative approved by voters. Gay activists have refused to lift the boycott -- which restaurant managers say has slashed revenues by 30% -- even after some El Coyote employees raised $500 to help repeal the new ban.

The boycotters have demanded that the owner's daughter, El Coyote manager Marjorie Christoffersen, pony up $100 to help repeal Prop 8. She tearfully declined, citing her Mormon faith, during a raucous meeting with activists. "You are not my friend if you take my civil rights," one activist shouted before she fled the room.

In the first days after California voters reinstated the ban on Nov. 4, activists vented much of their anger in protests at Mormon and other churches that had advocated Prop 8. But they soon shifted to a new tack: compiling Internet blacklists of businesses like El Coyote, where top officials or one or more employees were found from public disclosures to have donated to the "Yes on 8" campaign.

The idea is to use gay-spending power to punish businesses the activists say discriminate against gays' right to get married. Among the dozens of businesses now being targeted for boycotts are hotels, fast-food chains and dental offices.

So far, the boycott campaign has claimed at least two high-profile casualties: Scott Eckern, artistic director of the California Musical Theatre in Sacramento, and Richard Raddon, president of the Los Angeles Film Festival. Both men resigned after their private donations to Yes on 8 were revealed and activists threatened boycotts unless they quit.

Mr. Eckern and Mr. Raddon were members of the Church of Jesus Christ of Latter-day Saints, whose members accounted for much of the $40 million in contributions raised by the Yes on 8 campaign. "The main finger we are pointing is at the Mormon Church," says Vic Gerami, a leading gay activist in West Hollywood, Calif.

Some gay-rights advocates say they don't agree with the boycotts. "We need to get it together. I mean, gang, we lost," Dana Miller, a gay television producer from Los Angeles, wrote in a Nov. 24 column in the gay magazine, In Los Angeles.

Leaders of the gay-marriage movement say they don't endorse hurting people's livelihoods, but understand why some people would. "I am not going to support a business that will not support my rights," says San Francisco Mayor Gavin Newsom, who gained national attention for allowing same-sex marriages in his city in 2004.

Some legal experts say the boycotts raise issues about the civil liberties of people who are targeted. In most cases, individuals can boycott anyone they want for almost any reason so long as they aren't representing a government institution, says Vikram Amar, associate dean of the University of California at Davis School of Law. But if the boycotts include defamatory comments that are untrue, Mr. Amar said, the target of the boycott could have grounds for a

lawsuit.

"If I am just outing you because you are a Proposition 8 supporter, there is nothing the law can do," said Mr. Amar.

In compiling blacklists, activists say they have tried to make sure a business really belongs on one. They decided not to target a law firm in Los Angeles after learning that only one of the partners had donated to Yes on 8 and that the firm employed many gay attorneys, says David Stern, publisher of Frontiers Magazine, a gay publication in Los Angeles.

But the fact that many of the El Coyote's 89 employees are gay didn't spare that establishment. The cafe also has long served as a gay hangout, which is why boycott organizers say they chose to target it after they discovered Ms. Christoffersen's donation."It just hit too close to home," Mr. Gerami says.

The restaurant invited activists to a free brunch on Nov. 12 and Ms. Christoffersen read them an apology. "I am sick at heart that I have offended anyone in the gay community," the 67-year-old manager told a few dozen activists in the colorfully decorated cafe. The meeting turned ugly when she refused to renounce her support of the gay-marriage ban. "I can't change a lifetime of faith in which I believe in very deeply," she said.

Boisterous street protests erupted that night, prompting a sharp slowdown of El Coyote's business. While the protests have died down, the restaurant has been assailed since in online reviews.

"It's a lynch mob," says Carl Bell, 77 years old, a retired Hollywood animator who dined there on a recent afternoon. "I'm ashamed of the gay community."

At first, Ms. Christoffersen stayed away, but then returned to the cafe when the protests faded. "Tons of people have called or come in to show their support, and that has been gratifying," she said at the El Coyote on a recent evening, when several tables remained empty.

Boycotters offer little sympathy, and some even suggest they won't go back unless she quits. "Marjorie," says Mr. Gerami, "has the key to make things better."

**Write to** Jim Carlton at jim.carlton@wsj.com

Printed in The Wall Street Journal, page A3

Copyright 2009 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law.
For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit
www.djreprints.com

K-49

 

FREEPEOPLE.COM



PRINT THIS
Powered by

Click to Print                                                    SAVE THIS | EMAIL THIS | Close

## Prop 8 foes turn to 'blacklist' tactics

By William M. Welch, USA TODAY

LOS ANGELES — After losing on Election Day, some supporters of gay marriage are using economic boycotts and Internet lists to focus ire on the financial backers of Proposition 8.

Some on the receiving end say the tactic amounts to a blacklist, a term that conjures memories of Hollywood's refusal to hire screenwriters and others identified as communists in the late 1940s and 1950s.

"I just hate being pigeonholed as a hate monger or bigot," says Robert Hoehn, who contributed $25,000 to the campaign for Prop 8, which amended California's Constitution to exclude same-sex marriage. "I have friends in the gay community, and I don't think any of them would say that."

Hoehn has seen protesters outside his Carlsbad, Calif., car dealerships, his name and business have appeared on websites publicizing donors, and he has received "the most vitriolic kinds of e-mails, letters and phone calls."

His discomfort is exactly what some have in mind.

"I want to make it a little hot for these people," says Fred Karger, a retired Los Angeles political consultant who started the group and website called Californians Against Hate.

Small as well as large donors have felt heat:

• El Coyote, a Mexican restaurant in Los Angeles since 1931, has seen fewer diners and been picketed over a $100 contribution by a manager and member of the owning family. Marjorie Christoffersen told *The Los Angeles Times*, "I've almost had a nervous breakdown."

• San Diego developer Doug Manchester, who donated $125,000 to put Prop 8 on the ballot, has seen a boycott against hotels he owns, including the Manchester Grand Hyatt on San Diego Bay. Manchester did not return calls seeking comment. Sonja Eddings Brown, spokeswoman for the Protect Marriage coalition, which supports Prop 8, said Manchester's hotel "has lost several national conventions and conferences."

• A-1 Self Storage, with 30 locations across California, has also been targeted by Karger's group. Owner Terry Caster and family members donated $693,000.

Caster did not return calls but has a recording on his phone defending the contribution and Prop 8. "The homosexual community is trying to change something that has been practiced since the start of our great country," he says, referring to marriage. "I simply exercise my right to support that which I believe in."

Brown says she has received calls from small business owners in Hollywood and West Hollywood who have lost customers because of their donations. She said she has seen printed lists that name Hollywood studio employees who gave to the cause, an action that "replicates that feel" of blacklists of movie-industry figures who many in Hollywood to this day believe were prevented from earning a living because of their politics.

Some say blacklist is the wrong analogy.

Larry Gross, professor and director of the school of communication at the University of Southern California, said publicizing donors is a legitimate tactic. He says it is similar to the Montgomery, Ala., bus boycott of the 1960s in which blacks were protesting segregated seating.

"This is a matter of private citizens saying they don't want to patronize businesses that have worked against their interests," Gross said.

But Ron Prentice, executive director of the California Family Council, says it is wrong to compare supporters of traditional marriage to racists.

"I think the general public is recognizing intolerance" of the blacklist, he said.

**Find this article at:**
http://www.usatoday.com/news/nation/2008-12-21-blacklist_N.htm

Click to Print                                                    SAVE THIS | EMAIL THIS | Close

☐ Check the box to include the list of links referenced in the article.

Copyright 2009 USA TODAY, a division of Gannett Co. Inc.

Advertisement



**Colon Cleansing Real Or Fake?**

See our special investigative report on popular Colon Cleansing products and



**Jeanette Lost 47lbs With 1 Old Rule!**

Jeanette cut 47lbs of fat in 1 month. Read her journey from start to finish. Learn More



**Potomac Moms! Lose 47lbs, Follow 1 Old Rule!**

See how to cut down 47lbs of stomach fat by obeying 1 old rule. Learn More

K-50

THE SACRAMENTO BEE   sacbee.com

---

This story is taken from Sacbee / Capitol and California

---

# Prop. 8 victors upset by personal attacks

**jgarza@sacbee.com**

**Published Wednesday, Nov. 12, 2008**

Supporters of Proposition 8 won the election but now are frustrated because they are still fighting for their cause.

A week after a majority of voters passed the controversial measure to ban same-sex marriage, the conflict continues – in the courts, at protests and in personal attacks.

"I'm frustrated by what's going on," said Dave Leatherby, owner of the Leatherby Family Creamery in Sacramento, commenting on the protests and court battles.

"Let's move on. I always told my children that once a rule was made, you have to abide by it. I think it should be the same in this circumstance."

Leatherby and his family donated about $20,000 for the passage of Proposition 8. A devout Catholic and father of 10, Leatherby supported the measure for religious reasons. He said his business has been targeted by bloggers as a result, and that he is particularly confused because his business has participated in the annual gay pride Rainbow Festival.

"It saddens me that all this is happening," he said.

The battle over same-sex marriage will not end anytime soon. This week, 44 state legislators filed a friend-of-the-court brief on behalf of opponents of the gay-marriage ban. They maintain the initiative process was used improperly. The California Supreme Court could rule as early as this week on a lawsuit that seeks to invalidate Proposition 8, said court spokeswoman Lynn Holton.

Proposition 8 opponents said they will continue to fight for their civil rights.

"For them to say the voters have spoken and no one should question it is a bit disingenuous," said West Sacramento Mayor Christopher Cabaldon. He cited repeated attempts to pass other initiatives. "They believe in the justice of their causes, that's why they return over and over again with the same proposal on parental notification."

Cabaldon was referring to Proposition 4, which would have required parental notification before a minor could have an abortion. It was defeated for the third time last week.

Since the election, thousands have protested on the steps of the state Capitol and in some cities at temples of the Church of Jesus Christ of Latter-day Saints and other sites. The Sacramento temple has not been targeted.

"Protesting is a time-honored American tradition," said Ned Dolejsi, executive director of the California Catholic Conference. Catholic leaders were active in the Yes on 8 campaign. "But it's

unfortunate when it steps over into religious bigotry or harassment."

Some Proposition 8 supporters say a minority of protesters have gone too far by targeting individuals. Opponents of the measure have called for a boycott of the California Musical Theatre after revelations that artistic director Scott Eckern, a Mormon, donated $1,000 to the Yes on 8 Campaign. Members of his church played a significant role in the campaign.

"It's disheartening that he is being singled out," said Lisa West, spokeswoman for the church in the Sacramento area. "We had hoped there would be more tolerance for different viewpoints."

Others who supported Proposition 8 said they have also been targeted. Scott Purves, of Purves & Associates, a Davis insurance company, said a protester carrying a sign reading "Purves Family Supports Homophobia" picketed his business Monday.

"If this had gone the other way, I can't imagine the backlash if people protested and called the other side names," said Purves. "People would be angry and rightfully so. ... It makes me sad that this would happen when a majority of people supported this measure."

Opponents of Proposition 8 issued a statement last week asking those disheartened by the passage of the initiative not to target those who voted the other way. "We achieve nothing if we isolate the people who did not stand with us in this fight," the statement said. "... We know people of all faiths, races and backgrounds stand with us in our fight to end discrimination, and will continue to do so."

Other ballot initiatives that have been approved by voters have faced legal challenges.

"When it comes to social initiatives, it can become very emotional," said Douglas Kmiec, professor of constitutional law at Pepperdine University.

He cited two initiatives that were approved by voters and later challenged in the courts. One was Proposition 209, the 1996 ballot measure that eliminated racial preferences at California agencies and public institutions; the other was Proposition 187, the 1994 measure that proposed barring undocumented children from schools and most health care.

"Although there were bumps along the way, Prop. 209 eventually passed, but 187 was ultimately invalidated," said Kmiec.

For now, Leatherby said, Proposition 8 should stand. "If they want to win me over," he said, "that's not how to do it."

ShareThis
Buzz up!

*Call the Bee's Jennifer Garza, (916) 321-1133.*

K-51



Friday, November 14, 2008

# Prop. 8 leaders accuse foes of harassment, intimidation

## Opponents of the gay marriage ban counter that boycotts are fair game; but some agree that other "nutcase" tactics have gone too far.

**By MARTIN WISCKOL**

The Orange County Register

SANTA ANA - Proposition 8 leaders gathered Friday to denounce their opponents' post-election tactics as harassment, intimidation and – in the case of white powder sent to two Mormon temples – "domestic terrorism."

Ten days after the Prop. 8 ban on gay marriage was approved by voters, protests and lawsuits by gay marriage proponents show no signs of abating. Indeed, several dozen protesters were

on hand outside the Santa Ana hotel where the pro-Prop. 8 press conference was held, and at least two more Orange County protests are planned for the weekend.

Prop. 8 leaders were quick to acknowledge that demonstrations and lawsuits were the right of protesters – but other tactics that were out of bounds.

"What they don't have the right to do is harass and intimidate people," said Frank Schubert, director of the Prop. 8 campaign. "They don't have a right to blacklist and boycott our supporters."

Schubert listed three businesses that had been boycotted or threatened with boycotts by Prop. 8 foes. Newspaper accounts have specified at least three more. Cinemark Theatres, which has cinemas in Orange County, has also been mentioned as a possible target.

Leaders of the battle against Prop. 8 and protesters interviewed outside today's press conference condemned the use of violence, threats of physical harm, and the mailing of an unidentified white powder to two temples of the Mormons, who contributed significantly to the Prop. 8 campaign.

"That's some nutcase," protester Angelo Vassos said of the white powder. "That's just dumb."

Vassos and other Prop. 8 opponents say they generally support the boycott approach. But Vassos – who still doesn't eat Carls Jr. hamburgers because of the politics of the late Carl Karcher – said he isn't sure he endorses all of the current targets.

Among those is El Coyote restaurant in Los Angeles, which is being boycotted because the

Advertisement







owner's daughter contributed $100 to the Yes on 8 campaign. Another is the California Musical Theatre, which was threatened with a boycott because its artistic director gave $1,000 to the campaign. The director then resigned.

"If it's the head of the company who's giving money, I'd say I wasn't going there," said Vassos, a retired school teacher from Irvine who, along with his wife, is a longtime political activist. "But if it's the daughter of the owner or an employee, I'm not so sure."

Inside the ballroom of the Doubletree Hotel, Yes on 8 leaders filled the room with more than 400 backers, who frequently interrupted speeches with cheers and gave the press conference the festivity of a rally or political convention. About 30 of the leaders shared the stage, with evangelical Christians and Muslims from throughout Southern California accounting for more than half.

They called gay marriage an assault on the family, and labeled Prop. 8 foes as hypocrites for calling the measure hateful and intolerant.

"They have shown their own intolerance and hatred," said Ron Prentice, chairman of the Protect Marriage Coalition.

Leaders said democracy had been exercised – and it was time to acknowledge that.

"I come here with a wholly righteous, God-given anger at what's happening in our state," Jim Garlow, a Sand Diego pastor, said of his opponents' activities. He also complained about unfair treatment by the media, and was enthusiastically cheered. "The bigotry must come to an end."

But the battle is likely to continue through a

legal challenge and future ballot measures.

"Just because it was on the ballot doesn't mean it was constitutional," said Irvine's Mitch Goldstone, a gay man who married his longtime partner in June.

Goldstone was among protesters outside the hotel holding signs and periodically breaking into chants – including, "It's not over. It's not over." There was a mix of gays, lesbians and straights, like Vassos.

"We have two great gay friends," said Vassos, 76. "I said, 'I have to go over there for Kelly and Joe.'"

Contact the writer: 714-285-2867 or mwisckol@ocregister.com

Advertisement



Print Powered By FormatDynamics™

K-52



# Activists Target Mormons for Gay-Marriage Ban's Success in California

**Monday , December 01, 2008**

FOX NEWS

In the nearly four weeks since Election Day, gay
activists and thousands of their supporters have rallied
outside Mormon temples around the country,
protesting the Church of Jesus Christ of Latter-Day
Saints' support for California's Proposition 8, the ballot
initiative to make same-sex marriage illegal in the
Golden State.

There have been calls to boycott the annual
Sundance Film Festival in Park City, Utah; some
activists have called for a boycott of the entire state of
Utah. Protesters have defaced some church buildings,
and in Arapaho County, Colo., the Sheriff's Office is
investigating a possible hate crime — the torching of
the Book of Mormon on a church's doorstep.

Even the state of California itself has announced that
it is investigating the church's involvement in
Proposition 8, which was approved by a vote of 52
percent to 48 percent and, barring a Supreme Court
overturn, will ban gay marriage in the state.

ADVERTISEMENT


There have been no other reports of backlash against other groups that supported Prop 8, notably African-
Americans and other churches and religious denominations that turned out in heavy numbers to push through the
ban.

Exit polls after the Nov. 4 vote showed that 70 percent of black voters and more than half of Latino voters voted
yes on Prop 8. About two-thirds of self-identified Christians supported the ban, and married voters and parents
also showed strong support. The Knights of Columbus, the Catholic Church and evangelical groups in the state
also urged for a ban on gay marriage.

So why is the Mormon Church the only target?

It's because of the money, says Evan Wolfe, executive director of Freedom to Marry, a New York-based group
that supports same-sex marriage.

"The Mormon Church hierarchy led the way on this attack on gay families and the California constitution," Wolfe
said. "They provided more than half of the funding. They provided the ground troops and were a major political
force in a way that no other group was.

"It's not like there's one centralized voice telling everyone whom to protest. People have their own reactions to
what they see with their own eyes, and what they saw here was a $40 million deceptive campaign to take away
rights, led by the Mormon Church hierarchy."

Lorri Jean, CEO of the L.A. Gay and Lesbian Center, wrote on the organization's Web site that she doesn't blame
African-Americans or minority groups for the passage of Prop. 8.

"We have been critical of all of the out-of-state conservative religious groups that made significant contributions
to the campaign, including the Knights of Columbus National Headquarters in Connecticut and Focus on the
Family in Colorado. But the truth is that the LDS church leadership in Utah specifically directed its membership to
get involved with the Yes campaign in an unprecedented way — both in terms of volunteer time and dollars,"
Jean wrote.

"The campaign they funded was one of lies and deceit, clearly in violation of the religious tenet of "thou shalt not lie."

Ron Buckmire, president of the Barbara Jordan/Bayard Rustin Coalition, an organization that organizes African-Americans for gay rights in Southern California, said fewer African-Americans supported the gay-marriage ban than was originally reported -- 57 percent instead of 70.

"People were emotional after Obama being elected and recognizing the ideal that the African American and LGBT (lesbian, gay, bisexual and transgender) community were part of one large progressive alliance that were going to enact change … was not necessarily true," Buckmire said.

"Once they realized that, and that some of the data is not exactly correct and they were actually being hateful to some African-Americans, I think they then focused on the Mormons, the religious people and some Republicans as well."

Rev. Roland Stringfellow, coordinator of the Bay Area Coalition of Welcoming Congregations, a network of gay-friendly religious organizations, said that he has heard of African American individuals being harassed for the passage of Prop 8, but that many are using the Mormon Church as a scapegoat for their anger.

"Many gays and lesbians have been hurt by the church and they see the Mormons as a way of taking out that aggression, not only on the Prop 8 position, but on their life in general," he told FOXNews.com.

"I think simply it comes down to everyone needing a scapegoat. I think we're seeing that with the Republican Party, where people are pointing fingers at Sarah Palin as to why John McCain lost."

Back in June, soon after the California Supreme Court ruled that a ban on gay marriage was unconstitutional in the state, the Mormon Church sent a letter to members announcing its support of Prop 8, which was designed to overturn the ruling. The church's members subsequently donated millions of dollars to support the Yes on 8 campaign.

According to Californians Against Hate, which lobbied to defeat Prop 8, Mormons gave $25 million of the almost $40 million that groups supporting the initiative spent on advertising and get-out-the-vote efforts.

"They did the slickest commercials you've ever seen, and they mostly do it to convince younger people why its OK to be opposed to same sex marriage," Californians Against Hate founder Frank Karger told FOXNews.com.

Mormon voters themselves had little effect on the ballot initiative's outcome, simply because the Mormon population is small in California. There are only about 750,000 Mormons in the state, about 2 percent of its 38 million residents.

But over 59,000 Mormon families contributed to the Yes on 8 effort, Karger said. "Without the Mormon money it would have been a very different campaign."

Mormons also donated time — walking through California neighborhoods to get voters talking about Prop 8, he said.

In the weeks after Nov. 4, of Gay activist John Aravosis, editor of Americablog.com, called on Hollywood to shun the Sundance Film Festival, held just a few hours' drive from Salt Lake City.

"Anyone who attends Sundance is quite literally funding the enemy," he wrote. Aravosis also called for a boycott of tourism and skiing in the "Hate State of Utah."

California Musical Theatre Artistic Director Scott Eckern, a Mormon and graduate of Brigham Young University, resigned from his position with the Sacramento theater group on Nov. 12 after undergoing pressure from artists who scorned his decision to give $1,000 to the Yes on 8 campaign.

And last week, Californians Against Hate filed a complaint with the state Fair Political Practices Commission alleging that the Mormon Church did not report all of its non-monetary contributions to the campaign.

"I just want to make sure that when they involve themselves in California elections that they play by the rules," Karger said.

"They bused people into California the last three weekends going door to door and out with signs on the major intersects and major highways. It's a common California roadside activity, but they did it with hundreds and hundreds of people," Karger said.

On Friday, the commission said it would investigate the complaint.

Californians Against Hate also has called on gay-marriage supporters to boycott A-1 Storage facilities around the

state because the business's owner gave more than $700,000 to the Yes on 8 cause.

On Nov. 14, Mormon Church leaders issued a statement criticizing the backlash.

"Since the people of California voted to reaffirm the sanctity of traditional marriage between a man and a woman on November 4, 2008, places of worship have been targeted by opponents of Proposition 8 with demonstrations and, in some cases, vandalism," the church's First Presidency wrote.

"Attacks on churches and intimidation of people of faith have no place in civil discourse over controversial issues. People of faith have a democratic right to express their views in the public square without fear of reprisal. Efforts to force citizens out of public discussion should be deplored by people of goodwill everywhere."

But gay activists say they are right to single out the Mormons for the success of California's ballot initiative.

"What is clear in any case is that we did not lose this election because of African Americans," Lorri Jean wrote.

"Even if African Americans had voted for and against Prop 8 in the same proportion as white voters, we still would have lost."

**SEARCH**                                                  GO

**Click here for FOX News RSS Feeds**

**Advertise on FOX News Channel, FOXNews.com and FOX News Radio**
Jobs at FOX News Channel.
Internships At Fox News (Summer Application Deadline is March 15, 2007)
Terms of use.  Privacy Statement.  For FOXNews.com comments write to
foxnewsonline@foxnews.com;  For FOX News Channel comments write to
comments@foxnews.com
© Associated Press. All rights reserved.
This material may not be published, broadcast, rewritten, or redistributed.

Copyright 2009 FOX News Network, LLC. All rights reserved.
All market data delayed 20 minutes.

K-53



SFGate.com    Print This Article    Back to Article

advertisement | your ad here



## Mormons face flak for backing Prop. 8

Matthai Kuruvila, Chronicle Religion Writer

Monday, October 27, 2008




**(10-26) 14:40 PDT OAKLAND** -- Christine Alonso's body trembled and her lips quivered as she walked up and spoke to a few of the 50 protesters in front of the Mormon Temple in Oakland on Sunday.

"Don't think they're all against you," said Alonso, 27, explaining that she was Mormon and that despite her religious leaders' support of a ballot measure banning same-sex marriage, she was actively opposed.

As she walked away, she said, "I'm afraid that a gay or lesbian friend might hear that I'm Mormon and think that I want to tear their marriage apart."

Alonso's solitary act came as the Church of Jesus Christ of Latter-day Saints and its members are increasingly under fire for their support of Proposition 8, which would take away the right of gays and lesbians to marry. In addition to increased protests, online campaigns seek to identify and embarrass Mormons who support the ballot measure.

<< **Database: Look up Prop. 8 contributors** >>

The church largely stays out of politics. But in this case, the Salt Lake City-based church has sent letters, held video conferences and in church meetings asked for volunteers to support the campaign. In response, some church members have poured in their savings and undertaken what may be an unprecedented grassroots mobilization for the effort.

Prop. 8 is on pace to be the costliest race in the nation, except for the billion-dollar presidential election. The Yes on 8 campaign estimates that up to 40 percent of its donations come from Mormons. Some others estimate that Mormons account for over 70 percent of donations from individuals.

All of California's Catholic bishops have all come out in favor of the measure. So have many evangelical Christians and Orthodox Jews. Yet it is Mormons, who account for 2 percent of the state population, who are catching the most heat.

"We seem to be the symbol of the Yes on 8 campaign," said Rand King, 60, a Walnut Creek resident who is Mormon and who was watching Sunday's protest from inside the temple's gates.

Prop. 8 opponents are increasingly narrowing their focus on Mormons, harnessing technology and open-records laws in their efforts. One Web site run by a Prop. 8 opponent, Mormonsfor8.com, identifies the name and hometown of every Mormon donor. On the Daily Kos, the nation's most popular liberal

blog, there is a campaign to use that information to look into the lives of Mormons who financially support Prop. 8.

It has led some Mormons to question why other religious groups in the coalition aren't being targeted.

"I don't think it's politically expedient to point the finger at the Catholic Church," said Dave Christensen, 52, a Mormon and an Alamo resident who donated $30,000 to the Yes on 8 campaign. "You don't get the mileage criticizing a church that has more clout."

Nadine Hansen, who runs Mormonsfor8.com, said the church decided to enter politics and can't excuse itself for the ramifications.

"Any group that gets involved in the political arena has to be treated like a political action committee," said Hansen, 61, a Mormon who lives in Cedar City, Utah, and has stopped going to church. "You can't get involved in politics and say, 'Treat me as a church.' "Hansen said she focused on Mormons because she is one. She said Mormons have contacted her to shut the site, saying it was being used by the Daily Kos campaign in a "witch hunt."

"I didn't think there were any witches on the list, so I wasn't worried," said Hansen, whose site is "neutral" on its views, though she is opposed because she views it as "divisive."

The person who initiated the Daily Kos campaign to look into the lives of Mormon donors is Dante Atkins, an elected delegate to the state Democratic convention who said he's the vice president of the Los Angeles County Young Democrats.

Atkins said his goal was to "embarrass the opposition by pointing out and publicizing any contributors they may have." He said focusing on Mormons made sense. "If one religious group is putting close to the majority of the money and the effort into passing this proposition, it is fair to single them out."

The Mormon church hasn't taken the same level of interest in Arizona or Florida, which also have constitutional amendments banning same-sex marriage.

But California is a bellwether, said LDS spokesman Mike Otterson. "If same-gender marriage is approved in California... other states will follow suit."

Several Bay Area Mormons said they would support the right of gay and lesbian unions to have all the rights of married couples. But the word marriage was sacred, pivotal to their concept of families, who can be "eternally united" in the afterlife. A key church document - "The Family: A Proclamation to the World" - says that "marriage between man and a woman is essential to His eternal plan." They also believe that children are entitled to be raised by a father and a mother.

Those words speak for Michele Sundstrom, 47, of San Jose, who has been married for 18 years and has five children.

She and her husband gave $30,000 to the Yes on 8 campaign and put a sign on their home. But in response, two women parked an SUV in front of their home, with the words "Bigots live here" painted on the windshield.

Sundstrom believes such responses must come from deep places of pain - and that gays and lesbians are entitled to the same rights as heterosexuals, just not the word marriage. Any animosity toward gays or lesbians is wrong, she said.

"There must be such deep, deep, deep hurt; otherwise there couldn't be so much opposition," she said. "They've lived with this. I guess we're getting a taste of where they live."

E-mail Matthai Kuruvila at mkuruvila@sfchronicle.com.

http://sfgate.com/cgi-bin/article.cgi?f=/c/a/2008/10/27/BAP113OIRD.DTL

This article appeared on page **B - 1** of the San Francisco Chronicle

© 2008 Hearst Communications Inc. | Privacy Policy | Feedback | RSS Feeds | FAQ | Site Index | Contact

K-54



Print This Article    Back to Article

advertisement | your ad here



# Same-sex marriage backers hit Capitol, churches

John Wildermuth, Demian Bulwa, Chronicle Staff Writers
Monday, November 10, 2008

     More…

The backlash against the state's new ban on gay and lesbian marriage intensified over the weekend, with thousands of people gathering around the Bay Area and California during mostly peaceful protests.

Supporters of same-sex marriage questioned whether they had done enough before Tuesday's vote on Proposition 8 and expressed hope that it would be tossed out by the state Supreme Court. They also promised to take the issue back to the ballot.

<<Related story: Catholics, Mormons allied to pass Prop. 8.>>

About 2,500 people gathered on the Capitol steps Sunday afternoon after a noisy, three-hour rally against the marriage ban. About 400 assembled outside Oakland's Mormon Temple, forcing Highway Patrol officers to temporarily close two Highway 13 ramps to protect the marchers.

"I didn't see it coming," said Joe West, who traveled from San Francisco for the Sacramento demonstration. "It was like a punch in the gut. We worked so hard to bring change in this election, and then this happens."

"If I'd known if was going to be so close, I would have made more phone calls," added Brendan Bishop of Sacramento.

The weekend of protests started Friday evening in San Francisco when about 1,000 people gathered, some clogging rush-hour traffic. The state's largest event was held in San Diego with about 10,000 protesters Saturday. On Sunday, hundreds gathered outside Saddleback Church in Lake Forest (Orange County), an evangelical megachurch that had pushed for the ban, which was approved by 52 percent of voters.

## Covering state capitol steps

At the Sacramento protest, the crowd covered the Capitol steps and spilled into the surrounding park. Dozens of rainbow gay pride banners waved, along with hundreds of the blue and white "Vote No on Prop. 8" signs left over from the campaign.

There were hundreds more homemade signs, broadcasting the feelings of those left shocked and disappointed by the election results. "Hatred is Not a Family Value," one said. "Love Will Prevail,"

another added. "I'm Embarrassed to be a Californian," a third read.

Opponents of the same-sex marriage ban have filed a challenge to the new constitutional amendment with the California Supreme Court, arguing that the rights guaranteed by the court in a May decision overturning a 2000 same-sex marriage ban can't be overturned by a simple ballot measure.

Republican Gov. Arnold Schwarzenegger, an opponent of Prop. 8, expressed support for the court challenge on CNN's "Late Edition" Sunday, calling the measure's passage "unfortunate."

"But it is not the end because I think this will go back into the courts," the governor said. "It's the same as in the 1948 (California) case when blacks and whites were not allowed to marry. This falls into the same category."

Supporters of Prop. 8 argue that the legal challenge is little more than a desperate attempt to overturn the will of California voters.

It's more than that, said Dennis Mangers, a former Orange County legislator who will take over next month as chief of staff to state Sen. Darrell Steinberg, D-Sacramento.

"It's very clear we're not going to take no for an answer," said Mangers, who married his longtime partner this year. "If necessary, we'll go back to the ballot ... and give the voters of California another chance."

In Oakland, the loud and peaceful protest outside the Mormon Temple included dozens of gay and lesbian couples whose marriages are in limbo. They said they wanted to openly display their anguish to people who pushed to ban same-sex marriage.

Inside the gates of the huge temple, church officials asked protesters to accept the will of the voters. But the anger over Prop. 8 only seems to be growing.

"I don't think people thought it was going to pass," said Carrie Blanche, 52, an Alameda schoolteacher who got married Oct. 29.

Blanche and others said they were focusing anger on the church because of its endorsement of Prop. 8 and the subsequent rush of campaign donations by members.

Some of those who gathered advocated for a boycott of travel to Utah, the home of the Mormon church, and of Mormon-owned businesses.

### Mormons feel singled out

Tim DeBenedictis, a protest organizer from San Francisco, said the actions were warranted, even though he noted that some Mormons support same-sex marriage and not all Utah residents are church members. "To affect large social change, you have to make difficult decisions," he said.

A spokesman for the church, which moved some of its services to other locations Sunday because of the protest, said Mormons have been unfairly singled out.

"We don't normally get involved in anything political," said Don Eaton, who directs public affairs for the church in most of the Bay Area. "However, on certain things that are considered moral issues, we do get involved."

Eaton said calls for boycotts amounted to discrimination and doubted such a strategy would be tolerated if it was aimed at another major religion. "We're an easy target," he said.

The Associated Press contributed to this report. E-mail the writers at jwildermuth@sfchronicle.com and dbulwa@sfchronicle.com.

http://sfgate.com/cgi-bin/article.cgi?f=/c/a/2008/11/10/MN4E141B3P.DTL

This article appeared on page **A - 1** of the San Francisco Chronicle

© 2008 Hearst Communications Inc. | Privacy Policy | Feedback | RSS Feeds | FAQ | Site Index | Contact

K-55



Sunday, September 7, 2008

# Local donors give $1.6 million for ban on gay marriage

## Local Proposition 8 supporters contribute 30 times more than opponents.

**By ERIN CARLYLE**

THE ORANGE COUNTY REGISTER

Orange County, where Republicans dominate politics and tens of thousands pour into evangelical megachurches each weekend, has become a funding powerhouse in the effort to ban gay marriage in California.

Orange County donors have contributed $1.6 million for Proposition 8, a November ballot initiative that would amend the state constitution to define marriage as between a man and a woman, eliminating the right of same-sex couples to marry.

Donations from here to support Prop. 8 constitute 24 percent of the $6.8 million raised statewide, according to campaign finance records filed with the California Secretary of State through Aug. 28. Orange County's portion accounts for 15 percent of the $10.9 million that

had been raised nationwide in support of Prop. 8.

Orange County is home not only to numerous individual Prop. 8 supporters, but also to the state's most generous donor and a major Prop. 8 fundraising committee. The National Organization for Marriage-California, a political committee that has collected $2.8 million of the $10.9 million total to fuel the fight, is headquartered in Santa Ana. The biggest donation in California comes from a local billionaire's Irvine-based foundation.

Local donations against Prop. 8 total $50,000, making up 1 percent of the $4.7 million state total and an almost negligible portion of the $9.6 million raised nationally.

WHO'S GIVING?

The strongest opposition to gay marriage comes from people 55 or older, said Catherine Bolzendahl, a UC Irvine sociologist who studies public opinion on same-sex relationships. People 35 to 55 have a mix of opinions, while people 18 to 35 tend to support gay marriage, Bolzendahl said. Women are more supportive than men of gay marriage.

People in favor of Prop. 8 tend to be older, more politically conservative and religiously devout, according to political analysts.

"Republicans and conservatives tend to support it more," said Sherry Bebitch Jeffe, a political analyst at USC, about the initiative. "Hispanics are a potential group of supporters. Democrats tend not to. Moderates and liberals tend not to. Independents are more receptive to the idea of single-sex marriage."

Mark Hobbins of Trabuco Canyon supports the measure. He donated $25,000 toward the gay-

Advertisement



Print Powered By FormatDynamics



marriage ban.

"If the traditional definition of marriage is not upheld, it has what I believe to be extremely negative consequences in our society, and for families and children," said Hobbins, a Mormon and founder of www.familyiq.com, a Web site that offers e-learning courses designed to strengthen families.

Laguna Beach resident Sandra Hartness, owner of Asset Services Inc., sees things differently. She donated $2,500 to defeat Prop. 8.

"I think this issue rises beyond a gay-straight issue," said Hartness, who is gay and serves on the board of the Human Rights Campaign, which has raised about $325,000 against Prop. 8. "I decided to donate primarily because I don't believe in discrimination of any sort. Equal rights are the basis of our country, and so why they wouldn't be extended to all citizens is an anathema to me."

Larry Shultz of Placentia gave $80 to support the ban. He doesn't see same-sex marriage as an issue of equal rights but one of religious morality.

"I don't donate to a lot of campaigns but I thought this issue was very important, so I did," said Shultz, 68. "I believe in the Bible and I think that the Bible clearly states that marriage should be between a man and a woman, and homosexuality is wrong."

Major Prop. 8 supporters in Orange County include Irvine-based Fieldstead &Co., the personal foundation of Home Savings heir Howard Fieldstead Ahmanson and his wife, Roberta Green Ahmanson, which gave $500,000.

Donald G. Laws and Steve Samuelian donated

$100,000 each. Laws is a Laguna Beach resident and health care executive who has contributed to Republican presidential candidates. Samuelian works for Generations Healthcare, according to his political donation record, and has been a bishop of the Laguna Beach ward of the Church of Jesus Christ of Latter-day Saints.

Former state senator Robert Hurtt Jr. donated $25,000 in his name, and $25,000 was donated through his company, Container Supply Co.

PUBLIC OPINION

Though nationwide fundraising for and against the measure is fairly evenly matched, attitudes toward gay marriage appear to be shifting somewhat in California.

Eight years ago, 61 percent of California voters approved a same-sex marriage ban.

In 2004, 11 other states passed anti-gay marriage initiatives.

Then in May, the California Supreme Court ruled that denying same-sex couples the right to marry is unconstitutional. A recent Public Policy Institute of California survey found that 47 percent of likely California voters are against letting gay couples marry, while 47 percent are in favor.

"Clearly attitudes have shifted since that (2000) election," said Mark Baldassare, PPIC president and chief executive.

To pass Prop. 8, same-sex marriage opponents must persuade a narrow margin of undecided voters in California – 6 percent – to support their cause.

They'll also have to persuade their philosophical

Advertisement



Print Powered By FormatDynamics™



allies to support the measure.

Though 47 percent of likely voters oppose gay marriage, only 40 percent say they favor the ballot proposition.

The gap between philosophical support and likely voters may be related to the initiative's language. Set by state Attorney General Jerry Brown, Prop. 8 is called the "Eliminates Right of Same-Sex Couples to Marry Initiative Constitutional Amendment."

"Now we have a ballot measure that seeks to eliminate a right that already exists," Baldassare noted.

Shifting demographics also might be behind changing attitudes.

"People who are more supportive, or at least less opposed, are increasing in the U.S," Bolzendahl said. "As older cohorts die out … there's not going to be the same kind of strong opposition in the general population."

Still, the issue clearly resonates with small donors in Orange County and across the country. Nearly half of the donations – 45 percent – are from people who gave $500 or less.

Staff writer Ronald Campbell contributed to this report

Advertisement



Print Powered By [FormatDynamics]

K-56

**SFGate**.com | Print This Article | Back to Article

**SFGate**.com

advertisement | your ad here

# Gay-rights activists protest Prop. 8 at Capitol

John Wildermuth, Chronicle Staff Writer
Sunday, November 23, 2008

     More…

ANN TAYLOR

WE'RE READY TO **CHANGE** INTO SOMETHING MORE **BEAUTIFUL**

SHOP THE NEW COLLECTION ▶

**(11-23) 04:00 PDT Sacramento** - --

Opponents of Proposition 8 might have to go back to the ballot to reverse the ban on same-sex marriage, speakers told a crowd of about 5,000 at a loud and enthusiastic gay-rights rally in front of the state Capitol on Saturday.

Although the state Supreme Court has agreed to hear a challenge to Prop. 8 early next year, preparations already are being made to fight the battle for marriage rights all over again if the court doesn't overturn the constitutional amendment passed by voters in November, said Geoff Kors, executive director of Equality California.

"We can't just sit around until June and see what (the justices) do," he said. "We will take this back to the ballot if we have to and get our rights back."

More than 100,000 people already have pledged to carry petitions for a new ballot measure, which could come as early as the 2010 election, said Kors, whose group was one of the leaders of the "No on Prop. 8" effort.

"So we lost," said Robin Tyler, one of the plaintiffs in a case the state Supreme Court used in May to overturn Proposition 22, a statutory marriage ban approved in 2000. "It's only a battle and this is a war. And we'll win the war."

Any new campaign would be very different from the unsuccessful push to stop Prop. 8, the speakers agreed. There will have to be an improved effort to go out and make the case for marriage equality to the religious groups that provided much of the support for the measure.

"There's no road to success that doesn't go through religion-based homophobia," said the Rev. Lindi Ramsden of the Unitarian Universalist Legislative Ministry. "This is a community that's very good at talking to ourselves. Now we need to talk to others."

The results of the Nov. 4 election shocked many in the lesbian, gay, bisexual and transgender community, who never believed Californians would vote 52 percent to 48 percent to eliminate the right to same-sex marriage. Since the election, rallies and marches against Prop. 8 have brought hundreds of thousands of people out into the streets across the nation.

Even though the election is over, the protests send an important message to Californians, said Mike

Bennett of Sacramento, who was at the rally with his partner and their two children.

"We got complacent, and a lot of us wish we'd done more of this before people went out and voted," he said. "But it just seems completely obvious that our household doesn't affect anyone else's household."

It is important to show California how many people care deeply about the same-sex marriage issue, Kors said.

"To go invisible after having our rights were taken away would have been giving up," he added.

Protesters filled much of the lawn beyond the Capitol steps, carrying homemade signs with messages like "What's so scary about our love?" and "Give tolerance a chance." Vendors walked through the crowd, selling gay-rights buttons and rainbow flags.

The crowd was much smaller than the 15,000 to 30,000 organizers originally had advertised or even the scaled-back 10,000 they hoped for this week. But while the rally was talked up in the days after the election, the actual organizing was done on the fly.

"There was a lot of buzz about this, but no real information," said Keegan Killian of California Outreach, one of the organizers. "Our first planning meeting was little more than a week ago."

The event featured some big-name speakers, such as civil rights attorney Gloria Allred, comedian Margaret Cho and state Sen. Darrell Steinberg, D-Sacramento, who will take over as leader of the state Senate next month.

While the crowd was peaceful and relaxed, there were plenty of hot words from the speakers, many of them aimed at the people and organizations who backed Prop. 8.

Tyler, a longtime activist for lesbian rights, argued that same-sex marriage opponents have no right to complain about any physical and verbal attacks they've encountered since election day.

"Get over it," she said. "It's easier to wash a paint stain off a church than to take off the stain they left on the California Constitution."

Cho, whose comedy routines are anything but G-rated, provided a song she wrote slamming Mormons for their support of the measure, ending with a chorus suggesting that voters not let the Mormons get away with what they did.

As has been the case at almost all the postelection rallies, supporters of Prop. 8 were invisible Saturday, declining to respond to the attacks or stage counterprotests.

"Getting involved in protests would undermine our point that the election is over and we won," said Andrew Pugno, an attorney for the Prop. 8 effort. "It seems pretty basic to me."

But for the opponents of Prop. 8, the election might be over but the battle continues.

"Anything worth fighting for oftentimes is a struggle," Steinberg said. "But the arc of history moves

forward, it doesn't move backward. Prop. 8 is only a temporary setback."

E-mail John Wildermuth at jwildermuth@sfchronicle.com.

http://sfgate.com/cgi-bin/article.cgi?f=/c/a/2008/11/23/BAAR14ACGC.DTL

This article appeared on page **B - 1** of the San Francisco Chronicle

© 2008 Hearst Communications Inc. | Privacy Policy | Feedback | RSS Feeds | FAQ | Site Index | Contact

K-57

**Los Angeles Times** | **Entertainment**

You are here: LAT Home > Articles > Entertainment

Related Articles

Sundance Is Better Off Without Bringing In More Commercial... Feb 22, 1999

Sundance fest going global May 18, 2004

A movable festival Aug 26, 2003

Ads by Google / Ad Feedback

**Film Investment Software**
Raise money for a film with this Investment Memorandum/PPM.

www.movieplan.net

**Film & Video Production**
Learn to Shoot, Direct, Edit, & Produce for Movies & TV at Collins!

CollinsCollege.edu/Film

**Student Group Tours**
Free trip quotes for teachers. Best value for educational travel.

www.traveladventures.com

**Free Movies Online**
Watch & Share your passion 4 Movies Press Play on Babelgum: 100% Free!

www.Babelgum.com/Films

**Short Films**
View and download short films by Brian Tolle

www.briantolle.com

# Hollywood and the same-sex marriage fight

By Rachel Abramowitz, and Tina Daunt,
November 23, 2008

Should there be boycotts, blacklists, firings or de-facto shunning of those who supported Proposition 8?

That's the issue consuming many in liberal Hollywood who fought to defeat the initiative banning same-sex marriage and are now reeling with recrimination and dismay. Meanwhile, activists continue to comb donor lists and employ the Internet to expose those who donated money to support the ban.

Ads by Google / Ad Feedback

**Now Legal in Vermont**
Ben & Jerry's Is Happy To Celebrate The Legalization Of Gay Marriage.
www.BenJerry.com

**Make an Ad Competition**
Over $200,000 in prizes Win Tickets to London Film Festival
www.mofilm.com



Already out is Scott Eckern, director of the nonprofit California Musical Theatre in Sacramento, who resigned after a flurry of complaints from prominent theater artists, including "Hairspray" composer Marc Shaiman, when word of his contribution to the Yes on 8 campaign surfaced.

Other targets include Film Independent, the nonprofit arts organization that puts on both the Los Angeles Film Festival and the Spirit Awards; the Cinemark theater chain; and the Sundance Film Festival.

In Film Independent's case, the board has defended the continued employment of Richard Raddon, the Mormon director of the L.A. Film Festival who donated $1,500 to support Proposition 8. Cinemark is under siege because Chief Executive Alan Stock gave $9,999 to support the same-sex marriage ban. And in a sign of a powerful ripple effect, Sundance, perhaps the American institution that has done the most to support gay filmmakers and gay cinema, is being targeted because it screens films in a Cinemark theater.

For many in Hollywood, the Proposition 8 backlash represents a troubling clash of free speech, religious beliefs and the right to fight intolerance; many supporters of same-sex marriage view the state constitutional amendment as codified bigotry, a rollback of civil liberties for gays and lesbians.

Raddon has been a particularly polarizing figure because Film Independent's board includes many independent film stalwarts, including Don Cheadle, Forest Whitaker, Fox Searchlight President Peter Rice and Oscar-winning writer Bill Condon. One of the group's explicit missions is to promote diversity.

Last week, Raddon offered to resign. According to one board member, a conference call was hastily arranged, and after much discussion the board voted unanimously to keep him.

Yet the anger continues to stew.

"There is still roiling debate within the organization," says distributor Howard Cohen, an advisor to the film festival who is gay. "Is it OK to let this go? There are a lot of gay people who work at Film Independent. The issue has not been closed."

## Los Angeles Times | Entertainment

You are here: LAT Home > Articles > Entertainment

Related Articles

Sundance Is Better Off Without
Bringing In More Commercial...
Feb 22, 1999

Sundance fest going global May
18, 2004

A movable festival Aug 26, 2003

Ads by Google / Ad Feedback

**Film Investment
Software**
Raise money for a film
with this Investment
Memorandum/PPM.
www.movieplan.net

**Student Group Tours**
Free trip quotes for
teachers. Best value for
educational travel.
www.traveladventures.com

**Park City Condo Rental**
Great rates, SAVE
NOW! World class
ski-snowboard resorts
www.GreatCondoRental.com

**Short Films**
View and download
short films by Brian
Tolle
www.briantolle.com

# Hollywood and the same-sex marriage fight

By Rachel Abramowitz, and Tina Daunt,
November 23, 2008

No one is certain how the current protest will affect Film Independent's Spirit Awards in the spring, a popular event recognizing work that "challenges the status quo." And there are already indications the Los Angeles Film Festival could be affected.

Gregg Araki, director of the critically acclaimed gay cult hit "Mysterious Skin" and an influential figure in "new queer cinema," has said he won't allow his films to be shown there, while others, such as "Milk" producers and gay activists Dan Jinks and Bruce Cohen, say they're going to "study in depth all the facets of our specific situation before making a decision."

Ads by Google / Ad Feedback

**Now Legal in Vermont**
Ben & Jerry's Is Happy To Celebrate The
Legalization Of Gay Marriage.
www.BenJerry.com

**Make an Ad Competition**
Over $200,000 in prizes Win Tickets to
London Film Festival
www.mofilm.com



Araki says Raddon should step down. "I don't think he should be forcibly removed. The bottom line is if he contributed money to a hateful campaign against black people, or against Jewish people, or any other minority group, there would be much less excusing of him. The terrible irony is that he runs a film festival that is intended to promote tolerance and equality."

Others are leery of punishing free speech, even if they consider it hateful. "I can't quite stomach the notion that you fire somebody because of what they believe. It doesn't feel right to me," says Christine Vachon, a pillar of gay cinema who produced such films as "Boys Don't Cry" and "Far From Heaven."

Raddon declined to comment, but Dawn Hudson, executive director of Film Independent, says, "Are we happy with his donation? No. But he has a right to his religious and personal beliefs.

"The very cornerstone of our organization is diversity, and diversity includes sexual orientation. Rich's actions have always been in accordance with those principles," she said.

Condon, the gay writer-director of "Dreamgirls" and a Film Independent board member, offered this retort to what he calls the "off-with-his-head" crowd: "If you're asking, 'Do we take discrimination against gays as seriously as bigotry against African Americans and Jews?' . . . the answer is, 'Of course we do.' But we also believe that some people, including Rich, saw Prop. 8 not as a civil rights issue but a religious one. That is their right. And it is not, in and of itself, proof of bigotry."

Fury is certainly percolating through the gay community, fomented largely through the Web. Younger advocates -- not necessarily from Hollywood -- have been using Facebook and YouTube to get the message out. What began as a kind of cyber-venting is mushrooming into a new kind of viral protest movement, including the latest protest of Proposition 8 in Hollywood today, which was largely publicized via Facebook.

## *Los Angeles Times* | Entertainment

You are here: LAT Home > Articles > Entertainment

Related Articles

Sundance Is Better Off Without Bringing In More Commercial... Feb 22, 1999

Sundance fest going global May 18, 2004

A movable festival Aug 26, 2003

Ads by Google / Ad Feedback

**Film Investment Software**
Raise money for a film with this Investment Memorandum/PPM.
www.movieplan.net

**Film & Video Production**
Learn to Shoot, Direct, Edit, & Produce for Movies & TV at Collins!
CollinsCollege.edu/Film

**Student Group Tours**
Free trip quotes for teachers. Best value for educational travel.
www.traveladventures.com

**Free Movies Online**
Watch & Share your passion 4 Movies Press Play on Babelgum: 100% Free!
www.Babelgum.com/Films

**Short Films**
View and download short films by Brian Tolle
www.briantolle.com

# Hollywood and the same-sex marriage fight

By Rachel Abramowitz, and Tina Daunt,
November 23, 2008

And there remains a distinct contingent of same-sex marriage supporters who are adamant about retribution. One is Chad Griffin, a political advisor to Hollywood executives who says, "A dollar to the yes campaign is a dollar in support of bigotry, homophobia and discrimination. There are going to be consequences. Any individual who has held homophobic views and who has gone public by writing a check, you can expect to be publicly judged. Many can expect to pay a price for a long time to come."

Ads by Google / Ad Feedback

**Now Legal in Vermont**
Ben & Jerry's Is Happy To Celebrate The Legalization of Gay Marriage.
www.BenJerry.com

**Make an Ad Competition**
Over $200,000 in prizes Win Tickets to London Film Festival
www.mofilm.com



Still, film companies are typically wary of involving themselves in causes, particularly those that advocate boycotts, because they know how vulnerable their products are to similar initiatives by well-organized groups on the religious right. For eight years, the Southern Baptist Convention boycotted the Walt Disney Co. for extending employee benefits to same-sex partners and urged its members not to patronize the theme parks and Disney products. Films with religious subjects -- most notably "The Last Temptation of Christ" -- have also sparked protests.

Bruce Cohen, one of the producers of "Milk," -- which lands in theaters next week and traces the life and death of California's first openly gay elected official (San Francisco Supervisor Harvey Milk) -- and a leader of the No on 8 campaign in Hollywood, suggests everyone should proceed with caution.

"You need to draw a very specific distinction between the cases where it's the actual owner of the company who put money into a cause. If it's an employee, it's a different discussion. That becomes a freedom of speech issue," he says. "People should personally always have the right to express their own opinions even if that means getting out their checkbook."

And in fact, Focus Features, which is distributing "Milk," still intends to play the film in Cinemark theaters despite calls for a boycott.

In particular, the notion of boycotting Sundance, which seems to have originated with the liberal Americablog, has picked up little traction thus far within the Hollywood community.

"I don't feel the Sundance Film Festival deserves our ire or our censor," says Howard Cohen. "It's an incredible force for good. I know where they are on the issues, and there's no evidence they supported Yes on 8."

"If there is one festival that has supported queer cinema from the start, it's Sundance," says Marcus Hu, president of Strand Releasing, which has released many gay-themed films. "Sundance has been, first and foremost, people who have been discovering and fostering young gay talent."



## Los Angeles Times | Entertainment

You are here: LAT Home > Articles > Entertainment

**Related Articles**

Sundance Is Better Off Without
Bringing In More Commercial...
Feb 22, 1999

Sundance fest going global May
18, 2004

A movable festival Aug 26, 2003

Ads by Google / Ad Feedback

**Sundance Film Festival**
Experience Sundance Film
Festival 2009 - Exclusive
Coverage & More.

SundanceChannel.com/Festival

**Children Festival**
See local dance groups,
troupes from Spain at Wolf
Trap now.

InternationalChildrensFestival.org

**Fall Festival In Virginia**
Official Site. Find Things To
Do & Places To Stay in
Virginia Now!

www.Virginia.org

**Indie Film Distribution**
Make Your Film Available for
Sale On Amazon.com. Get
Discovered!

www.CreateSpace.com

**Sundance Spa Pillows**
Original Sundance Spa
Pillows The best price on
Sundance Pillows

www.wizardofspas.com

# Hollywood and the same-sex marriage fight

By Rachel Abramowitz, and Tina Daunt,
November 23, 2008

In part, Hollywood's distress is a reflection of its guilty conscience about Proposition 8's passage. Many feel that they were asleep at the wheel, preoccupied with Barack Obama's candidacy and winning larger congressional majorities for the Democrats. "Many straight people really don't understand it's a civil rights issue," says Vachon. "We didn't do our job well enough. We need to do it better."

Ads by Google / Ad Feedback

**Make an Ad Competition**
Over $200,000 in prizes Win Tickets to
London Film Festival
www.mofilm.com

**Sundance Film Festival**
Experience Sundance Film Festival 2009
- Exclusive Coverage & More.
SundanceChannel.com/Festival

The No on 8 campaigns simply didn't have a high profile in Hollywood until the very end, when people realized that the effort was in trouble. At that point, the No on 8 forces enlisted Griffin, who worked in the Clinton White House, and a new team of advertising consultants to turn things around. A number of high-profile celebrities donated to the cause, among them Steven Spielberg and Brad Pitt. But it wasn't enough.

"What the passage of Prop. 8 did is stir the soul of the people in the gay community," says publicist-activist Howard Bragman. "It took what had been a top-down movement and made it a grass-roots movement."

Abramowitz and Daunt are Times staff writers.

rachel.abramowitz@latimes.com

tina.daunt@latimes.com

<< Previous Page | Next Page >>

Ads by Google / Ad Feedback

**Film Investment Software**
Raise money for a film with this Investment Memorandum/PPM.
www.movieplan.net

K-58



# Prop. 8 foes aim their ire at Lassen's stores

## Owner backed ballot measure

By Kevin Clerici
Wednesday, November 19, 2008

As a vegetarian, Jessica Pollack frequently turned to Lassen's Natural Foods & Vitamins in Ventura for its organic and dairy-free products.

"It's been a saving grace," she said.

So the 26-year-old lesbian, who got married in August, said she was shocked and angry to learn the store's owner contributed $27,500 to the campaign for Proposition 8, a state constitutional ban on same-sex marriage approved by voters this month.

"I haven't been back since," said Pollack, who has urged her friends to shop elsewhere. "I couldn't understand why they would be supporting this. It's incredibly disappointing and hurtful."

Although Ventura County's largest gay and lesbian organization has not organized a protest against the store, some activists have independently targeted it. Handmade signs calling for people to boycott Lassen's were on display at a rally of some 600 people Saturday in downtown Ventura, and a small group protested Sunday outside the Lassen's store in Thousand Oaks.

Gay activists say the backlash against Lassen's and other businesses that financially supported Proposition 8 is likely to intensify, fueled by text messages, e-mails and calls for action on Web sites such as Facebook and MySpace.

"There is definitely a movement to educate people," said J.J. Wilner of Ventura, who criticized the owner of the Lassen's store in Ventura forpromoting a position that he said conflicts with the egalitarian beliefs of many customers.

"People have always seen Lassen's as progressive and forward-thinking," said Wilner, co-founder of Community Organized for Liberty, Opportunity and Respect, or COLOR, a gay-straight alliance. "I know a lot of customers — gay and straight — who felt blindsided."

State campaign finance records show the Ventura store contributed separate checks of $25,000 and $2,500 to Proposition 8. The Lassen's in Camarillo also contributed $3,000 to the proposition, and the store in Simi Valley $1,000. Election law allows business owners to contribute as much as they want to ballot initiatives.

**Other businesses targeted**

In July, gay rights advocates called for a boycott of two San Diego hotels because owner Doug Manchester contributed $125,000 to Proposition 8. And since the Nov. 4 election, California has seen an outpouring of demonstrations against passage of Proposition 8.

Sign-waving protesters have massed outside churches and temples, as well as a Los Angeles Mexican restaurant where employees contributed to the proposition. Gay activists have begun publishing lists online of individuals and organizations that donated money to Proposition 8.

Dentists, accountants and veterinarians who gave a few thousand dollars are listed alongside major donors like the Container Supply Co. of Garden Grove, which gave $250,000. The artistic director at the California Musical Theater, the state's largest nonprofit musical theater company, quit last week amid protests over his $1,000 donation to the Yes on 8 campaign.

National organizers are planning a Dec. 10 "Day Without a Gay" that encourages supporters to volunteer instead of going to work, and a Jan. 10 coast-to-coast protest.

"A lot of these events are going to be popping up, and many are from individual and grass-roots efforts being born from text-message blasts and the Internet," said Jay Smith, director of the nonprofit Ventura County Rainbow Alliance, a support center for lesbian, gay, bisexual, transgendered and HIV/AIDS-affected individuals.

Smith said he has discouraged people from protesting in front of Lassen's, but some are angry.

"There are a lot of people in our community who have been continuous supporters of Lassen's who were shocked to see that much money going to defeat our civil rights," he said.

### Word spreads via e-mail

Kasie Vinson, a longtime patron of Lassen's, sent an e-mail to nearly 200 local Democratic volunteers detailing the store's campaign contributions. Vinson, who is straight, was stunned to learn the contributions were collectively the largest in Ventura County for Proposition 8, according to campaign finance forms.

"I personally do not feel comfortable knowing that I contributed even a penny's worth to writing discrimination into the constitution," she said in the e-mail.

Owner Peter Lassen, who has held a business license for the store since 1986, did not respond to repeated calls seeking comment.

Store manager Scott Parbell said the campaign donations were private contributions and were not tied to store operations, even though the donations were listed under the store's name on the state finance forms.

"We have an extremely diverse staff that do not necessarily share the same views," Parbell said. "We're all about providing good customer service, natural foods and vitamins, and what the owner chooses to do with his money is his choice, and we don't have any say over it."

### Family defends contributions

Lassen is a member of The Church of Jesus Christ of Latter-day Saints, which opposes same-sex marriage, and it was well within his rights as owner to put his money behind his beliefs, said his niece Else Endecott. The store in Simi Valley is the only one of eight with the Lassen name that is not owned by a Lassen family member, said Endecott, who personally contributed $250 to Proposition 8.

"We have a lot a gay and lesbian customers. We have nothing against them," said Endecott, who manages the Lassen's store in Camarillo, which is owned by her father, John Lassen. "To us, it (same-sex marriage) is a moral issue, not a civil issue."

Business at the Camarillo store has not been affected, she said, although she acknowledged her uncle has

received some backlash, which she felt was unfair. She wasn't surprised he has avoided interviews, because the media have unfairly targeted Mormons for their beliefs and advocacy, she said.

"Sadly, people feel like they have to blame somebody," she said. "It's not just Mormons who voted for this. It was passed by a majority of Californians.

"We love our gay and lesbian customers," she said. "If they don't want to shop at our store, then that's their choice. I can respect that, but they should respect my family's beliefs, too. It's pretty sad how mean people can be."

Sonja Eddings Brown of ProtectMarriage.com, a Web site created to support Proposition 8, said boycott threats against business donors have been widespread, and some have reported losses.

**Approach could backfire**

Beverly Kelley, an author and communications professor at California Lutheran University in Thousand Oaks, said protesting won't likely change Lassen's mind. In fact, it could have the opposite effect, she said.

"The protesters against this need to learn there could be a backlash against them," Kelley said. "Was this $27,500 contribution what turned the tide? No. It was all the new voters, the minority voters, the African-American voters who came out in record numbers and put Obama over the top and put this initiative over the top."

Same-sex marriage backers, she said, should focus on figuring out why people voted as they did. "You have to respect the other side if you want to convince them," she said.

In the parking lot outside the Ventura store recently, longtime customer Christine Burke said she voted against Proposition 8 and was disappointed to learn of Lassen's support, but it wouldn't change her shopping habits. "I believe he has the right to believe in what he believes in," she said. "It's a complex issue."

Shopper Chris Hoover, a Ventura contractor, agreed. "I don't support his point of view," he said, "but I think he has a right to it."



© 2009 Ventura County Star

K-59

Case3:09-cv-02292-VRW    Document187-11    Filed09/15/09    Page213 of 255



  

    SAVE THIS | EMAIL THIS | Close

**More Metro news**    

# Gay rights groups to boycott Manchester Grand Hyatt

### Owner donated to Proposition 8

**By Bill Ainsworth**
U-T SACRAMENTO BUREAU

**July 10, 2008**

Gay rights supporters and their union allies plan to launch a boycott of the Manchester Grand Hyatt because its owner, Doug Manchester, contributed $125,000 to Proposition 8, an amendment to ban same-sex marriage on the November ballot.

Organizers of the campaign, which is expected to be announced at a news conference today, say they believe it is the first time that gay rights supporters have boycotted a business whose owner seeks to ban same-sex marriage.

Leaders will urge the public to avoid the downtown hotel because they say that support for Proposition 8 amounts to unfair treatment of gays and lesbians.

"Manchester's contribution to this anti-marriage initiative is discrimination plain and simple," said Brigette Browning, president of Unite Here Local 30, which represents 4,500 hotel and restaurant workers.

The Manchester Grand Hyatt is not unionized.

Manchester and campaign officials from Proposition 8 did not return phone calls seeking comment.

In an interview earlier this year, Manchester said that he decided to donate to Proposition 8 because he had heard that schools that teach that marriage is between a man and a woman could be sued for discriminating against gays.

In addition, he said, he was motivated by his strong Catholic faith to believe that marriage is between a man and a woman.

But, he said, that he welcomes gays and lesbians to his hotels and restaurants.

Gay rights leaders say they are not targeting the Hyatt Corp. – which operates the Manchester Grand Hyatt – because the company has a good record in hiring and supporting gays and lesbians. But they are singling out the Manchester property.

In May, California became the second state in the nation to allow same-sex marriage after the state Supreme Court ruled that laws banning it violate the right to marry in the state constitution. A court ruling in Massachusetts legalized same-sex marriage in that state four years ago.

In November, voters will get a chance to overturn the California ruling, if they vote for a constitutional ban under Proposition 8.

Manchester is one of several San Diegans whose large contributions helped put the initiative on the ballot. Others include Mission Valley developer Terry Caster, who gave $162,500, and Robert Hoehn, owner of Hoehn Motors in Carlsbad, who has given $25,000.

Fred Karger, who is helping to organize the boycott and is running an organization opposed to Proposition 8, said he is also urging the public to boycott Manchester's other hotel, the Grand Del Mar.

"This is someone who is giving an exorbitant amount of money to write discrimination into the constitution for the very first time," he said.

Karger said he hopes the boycott will send a message to other potential contributors to the Proposition 8 campaign.

"Our goal is to create a business loss for people who contribute," he said. "We want to make it a little uncomfortable."

The results of the boycott could be watched closely.

In the battle over Proposition 8, both sides will be trying to raise huge amounts of money, nearly $15 million each, to make their case to voters. In 2000, 61 percent of California voters approved Proposition 22, enacting a statutory ban on same-sex marriages. But in late May of this year after the court ruling, the nonpartisan Field Poll found a majority of California voters opposed a constitutional ban and by a slimmer majority for the first time supported same-sex marriage.

Backers of Proposition 8 have predicted that any boycott efforts would fail.

"Support for traditional marriage is a mainstream view," said Andrew Pugno, an attorney for protectmarriage.com, which supports Proposition 8. "I can't imagine that efforts to boycott businesses with mainstream views are going to be successful."

In April, once Manchester's contribution became widely known, two gay rights organizations, the Gay and Lesbian Alliance Against Defamation and PlanetOut Inc., moved events they had scheduled at the Manchester Grand Hyatt.

**Find this article at:**

http://www.signonsandiego.com/news/metro/20080710-9999-1m10boycott.html

Click to Print                                             SAVE THIS | EMAIL THIS | Close

☐  Check the box to include the list of links referenced in the article.

© Copyright 2007 Union-Tribune Publishing Co. ? A Copley Newspaper Site



K-60



| About | Contact | Subscribe | Calendar | Publish | Print | Donate |

**Regions**

north coast
central valley
north bay
east bay
south bay
san francisco
peninsula
santa cruz
california
us
international

**Topics**

animal lib
anti-war
arts + action
drug war
education
en español
environment
global justice
government
health/housing
immigrant
media
labor
lgbti / queer
police state
racial justice
womyn

**International**

americas
haiti
iraq
palestine
afghanistan

**More**

make media
get involved
calendar
gallery
archives
chat
links

[Search]

**Donate**

Help support
grassroots
independent
media.

printable version - fixed-width version

## San Diego | LGBTI / Queer

### Rally Against Prop H8: Manchester Grand Hyatt
by Tony Cochran ( tcochran [at] unitehere.org )
*Tuesday Nov 18th, 2008 5:02 PM*

Rally Agaist Hate!

Doug Manchester is one of the leading funders ($125,000) of Proposition 8, a California ballot initiative that discriminates against LGBT couples. While Hyatt may officially disavow Manchester's contributions to Proposition 8 as a personal choice, the fact remains that their multi-million dollar LGBT marketing efforts must be seen as little more than sheer hypocrisy when the revenue this marketing attracts is then funneled into efforts that bite the hand which feeds them. In such a situation, we always have the ability to choose not to feed them any longer.

RALLY @ MANCHESTER HYATT
NOVEMBER 22TH -5:00 P.M.
1 Market Place, San Diego, CA 92101

On July 10th, 2008, a coalition led by the San Diego labor movement and the LGBT community called for a boycott of the Manchester Grand Hyatt, the host site for AERA's 2009 Conference. Manchester's Hyatt has brought the LGBT community UNITE HERE together to fight for equality for gay and lesbian couples and justice for the workers at his Hyatt hotel. Doug Manchester has a history working against both:

· Equality for lesbian and gay couples. Doug Manchester is one of the leading funders ($125,000) of Proposition 8, a California ballot initiative that discriminates against LGBT couples. The California LGBT community faces an extremely difficult fight to prevent an outright ban on their civil right to have legal recognition for same sex couples and equal protection for their families. While Hyatt may officially disavow Manchester's contributions to Proposition 8 as a personal choice, the fact remains that their multi-million dollar LGBT marketing efforts must be seen as little more than sheer hypocrisy when the revenue this marketing attracts is then funneled into efforts that bite the hand which feeds them. In such a situation, we always have the ability to choose not to feed them any longer.
· Justice for Manchester Hyatt workers. Manchester's Hyatt allegedly forces housekeepers to clean more rooms than housekeepers at other Hyatt hotels, including the other Hyatt hotel in San Diego. In 2006, housekeepers began lunch hour protests against working conditions in the hotel, saying that their daily room quota had been increased from 17 to 30 rooms per shift! We have no reason to believe that Manchester has made any workload reductions to address these protests. Across the hotel industry, increasing workloads have put a greater strain on housekeepers; work speedups have led to increasing injury rates. According to the Department of Labor, injury rates for hotel workers are 40% higher than the service sector average. Hotel housekeeper injuries are debilitating. Back injuries, housemaids' knee (bursitis), and shoulder pain can lead to permanent disability. Numerous studies have shown that unreasonable workloads are a serious occupational health issue; here are a few facts that highlight the severity of that problem:
In a recent survey of more than 600 hotel housekeepers in the U.S. and Canada, 91% said that they have suffered work-related pain. Of those who reported workplace pain:
_ 77% said their workplace pain interfered with routine activities.
_ Two out of every three workers visited their doctor to deal with workplace pain.
_ 66% took pain medication just to get through their daily quota.
(UNITE HERE survey results)

http://sleepwiththerightpeople.org

K-61



FOCUS - 7 of 12 DOCUMENTS

Copyright 2006 The Miami Herald
All Rights Reserved

## The Miami Herald

Found on Miami ● com

The Miami Herald

June 15, 2006 Thursday

**SECTION:** A; Pg. 1

**LENGTH:** 810 words

**HEADLINE:** A church names names of gay-**marriage** foes;
A Jacksonville church published the names of Florida residents who signed a petition backing the ballot initiative to ban same-sex **marriage.**

**BYLINE:** ALEXANDRA ALTER, aalter@MiamiHerald.com

**BODY:**

A Florida church launched a campaign this week to identify supporters of a proposed state constitutional amendment to ban same-sex **marriage** by publishing the names and addresses of 400,000 Florida residents in 60 counties.

The Internet campaign by Christ Church of Peace, a nondenominational church in Jacksonville, has been denounced by groups that support a state ballot initiative that defines **marriage** as the union of a man and a woman.

Gary Debusk, pastor of Christ Church of Peace, said the church began the "**Know Thy Neighbor**" effort Monday to encourage dialogue and prevent voter-signature fraud. As the head of a congregation that supports same-sex **marriage,** Debusk said he also wanted to add a new perspective to a debate that he said has been dominated largely by religious conservatives. "It's time for another voice that is Christian to be heard," he said.

The website, knowthy neighbor.org/florida, is linked to the church's home page and contains a searchable database of names. The names on such petitions are part of the public record, according to the Florida Department of State.

Christian groups such as the Fort Lauderdale-based Center for Reclaiming America and the Florida Family Policy Council have denounced the website as a misguided effort to intimidate activists.

PRIVACY ISSUE

"It's a gross invasion of people's privacy," said John Stemberger, president and general counsel of the Florida Family Policy Council, an offshoot of James Dobson's national Christian conservative group Focus on the Family.

A church names names of gay-marriage foes; A Jacksonville church published the names of Florida residents who signed a petition backing the ballot initiative to ban same-sex marriage. The Miami Herald

Stemberger argued that, if Christian conservatives published the names and addresses of gay-rights activists, they would likely be condemned as hatemongers.

"A lot of people would be outraged and say it's a hateful, un-Christian gesture," he said.

Lisa Owens, a nurse who lives in Pasco County, said she was furious when she learned from the Florida Family Policy Council that her name and address had been posted online.

"If somebody wanted to do a hate crime, my address was right there," she said. ``I felt like my privacy had been invaded."

So far, Florida's Department of State had not received any complaints of harassment by people identified on the website.

The **Know Thy Neighbor** campaign, modeled on a similar effort in Massachusetts, may further feed controversy surrounding religious support for a ban on gay **marriage.**

Christian conservatives leading the petition drive say they have faced increasing interference from opponents of the ballot initiative.

Last week, Sunrise police investigated allegations that an off-duty officer harassed Christian volunteers who were collecting signatures for the **marriage** amendment at a Promise Keepers rally. Stemberger, whose group organized the petition effort at the event, said the officer verbally harassed volunteers and stopped them from distributing petitions.

More than 466,000 people have signed petitions supporting a state ban on same-sex **marriage,** zeroing in on the 611,000 signatures required to get the proposed amendment onto the 2008 ballot.

Some political analysts say that while the Internet campaign may deter some people from signing the petition, others will likely be stirred to activism as a result.

### A QUESTION OF ANGER

"The actual activists will not be deterred by this. In fact, they might be angered and their anger will make them more zealous," said John Green, a senior fellow in religion and American politics at the Pew Forum on Religion & Public Life.

John Schumpert, a founding member of Christ Church of Peace, said he got the idea for the website last February after reading an article about how gay-rights activists in Massachusetts published the names of residents who supported a gay-**marriage** ban there. After the church board unanimously approved the campaign, church leaders contacted Florida county supervisors of elections and got the information on petition signers. So far, the church has posted names from 60 of 67 counties.

Schumpert said the website isn't meant to encourage people to harass petition-signers. Instead, he hopes it will offer those who oppose a **marriage** amendment the chance to look up friends and family members who signed and engage them in dialogue.

"The information is really there for people to use in a positive manner," he said. ``You cannot legislate to take away someone's rights or permanently deny them rights under the cover of darkness."

Still, some Christians who support gay **marriage** say that publishing names and addresses is going too far.

Garth Thompson, pastor of the Miami Beach Community Church, said that while he favors the legalization of gay **marriage,** he disagrees with the church's tactics.

A church names names of gay-marriage foes; A Jacksonville church published the names of Florida residents who signed a petition backing the ballot initiative to ban same-sex marriage. The Miami Herald

"Even though we are definitely a pro-gay-rights church and an open and affirming church, it seems to me that they have a right to their opinion and a right to privacy," he said. ``It's almost like blackmail.''

**LOAD-DATE:** June 15, 2006

K-62

# Backers Of Calif. Gay Marriage Ban Face Backlash

by KAREN GRIGSBY BATES



Interactive: State-By-State Look At Gay Marriage

*March 5, 2009*

text size A A A

Since California voters passed a ban on gay marriage, some supporters of the measure have found themselves squarely in the bull's-eye of angry gay rights activists.

It's no secret who gave money for and against the controversial amendment to the state's constitution, known as Proposition 8. California's secretary of state publicized the lists of contributors, which were picked up by local media and Web sites.

And in the aftermath of a contentious campaign, protests followed. In Los Angeles, would-be patrons of a popular Tex-Mex restaurant were greeted by furious protestors like John Dennison.

"El Coyote — millions in gay margarita money funding hatred," Dennison yelled during the protest. "Boycott El Coyote!"

The restaurant owner's daughter, Margie Christofferson, a faithful Mormon, had made a modest $100 contribution to the "Yes on 8" campaign — and the restaurant's gay patrons, like Edward Stanley, felt betrayed.

"I won't be eating here," Stanley said.

Business dipped about 30 percent at the height of the protest, and it still hasn't returned to pre-protest levels. Several members of the restaurant's staff — including many of its gay employees — have seen their hours cut back in response. And Christofferson, who managed the restaurant, has resigned.

**Others Feel The Heat**

In Sacramento, the owners of Leatherby's Family Creamery found themselves part of the backlash when *The Sacramento Bee* printed the list of contributors. Dave Leatherby, a devout Roman Catholic father of 10, says he was responding to a direct request from his bishop to give generously.

"We gave $20,000 for Yes on Proposition 8," he says.

And once that was known, retaliation was swift. "We soon started getting very nasty e-mails and letters and phone calls by the hundreds," he says.

Leatherby says he was mystified, because the Creamery had always enjoyed good relations with the gay and lesbian community.

And he says something interesting happened when demonstrators arrived outside his shop: Business went up, instead of down. "The day they picketed us, there were about 15 picketers, and that day we had people waiting two hours to get into our restaurant for four or five hours," he says.

Not every backlash story ends that way.

Richard Raddon, director of the Los Angeles Film Festival, and Scott Eckern, director of the California Musical Theater in Sacramento, are devout Mormons. Both made contributions to Yes on 8, and both got demands for their resignations from gay rights protestors. They quit so their organizations wouldn't face further controversy. Ironically, the film festival has been instrumental in introducing works by gay and lesbian filmmakers to a broader audience — and the musical theater included works by gay playwrights and composers.

**Attempt To Intimidate?**

"This seems to be an effort to indiscriminately go after anyone who contributed money, regardless of their position on gay issues," says Frank Schubert, spokesman for the Yes on 8 campaign. He says the backlash has endangered individuals who exercised their constitutional right to freedom of religion.

"I think that overall the attempt here is to intimidate and punish people so that they are less inclined to speak out in the future," he says.

And it's given rise to charges that as gay rights advocates tried to change public opinion, some stepped over the line and turned their protest into a witch hunt.

K-63



4 of 12 DOCUMENTS

Copyright 2009 The Salt Lake Tribune
All Rights Reserved
The Salt Lake Tribune

February 12, 2009 Thursday

**SECTION:** BREAKING; Business

**LENGTH:** 500 words

**HEADLINE: Gay**-rights group, **Garff** Automotive meet; boycott goes on

**BYLINE:** By Tony Semerad The Salt Lake Tribune

**BODY:**

A boycott of one of Utah's most prominent car dealers remains in place for now, in spite of what both sides described Thursday as an amicable and productive face-to-face meeting aimed at resolving it.

John **Garff,** president of Salt Lake City-based Ken **Garff** Automotive Group, and Fred Karger, head of Californians Against Hate, both said a resolution to the conflict was in the works, after a two-hour meeting on Wednesday.

The California group has called for a boycott of 53 **Garff** dealerships across six states, including California and Utah, in retaliation for a $100,000 campaign donation made by Katharine **Garff,** matriarch of the **Garff** family, in support of Proposition 8, last year's successful initiative to ban same-sex marriage.

Katharine **Garff,** who was out of town Thursday and unavailable for comment, is company president John **Garff's** mother. She made the donation to the pro-Prop 8 group ProtectMarriage.com, a week before the Nov. 4 election, according to filings with the California Secretary of State.

Karger and John **Garff** said they had agreed to keep the substance of their settlement discussions confidential for now, but both confirmed that Karger was drafting a proposal for steps the company might take to resolve the boycott, following the pair's meeting late Wednesday at **Garff** offices.

"Fred and I focused on common ground, and there is plenty of common ground," **Garff** said of their meeting, adding that the exchange included details of the company's extensive history of support for Utah's **gay** and lesbian community.

Karger called the meeting with **Garff** "a good healthy dialogue" and said he hoped his call for customers to stay away from **Garff** dealerships could be withdrawn soon, though he refused to be specific about a time frame.

Karger said the group's Internet site, boycottkengarffautomotive.com, and other Internet-based efforts would remain active until final details of the settlement were worked out.

Gay-rights group, Garff Automotive meet; boycott goes on The Salt Lake Tribune February 12, 2009 Thursday

"This is a civil rights issue," Karger said.

In addition to having a nondiscriminatory policy on hiring and employment, **Garff** Automotive is an annual donor to the pro-**gay** rights Human Rights Campaign and has donated vehicles to the Utah Pride parade, along with a range of other diversity-promoting causes, **Garff** said.

"Fred learned some things I don't think he knew," **Garff** said.

Jerry Rapier, Utah's representative on the Human Rights Campaign's national board of governors, confirmed that annual donations from the **Garff** company made up a sizable share of corporate largess for the group's banquet and silent auction.

Noting that he was expressing his personal view, Rapier said the boycott call "offends me and seems shortsighted."

**Garff** and his father, former Utah House Speaker and Salt Lake Olympic organizer Bob **Garff,** have both characterized Katharine **Garff's** donation to Prop 8 -- the fifth-largest made by any Utahn -- as a personal gesture, unrelated to the company.

"We are a politically neutral company and we always have been," John **Garff** said.

tsemerad@sltrib.com

**GRAPHIC:**

**LOAD-DATE:** February 12, 2009

K-64



FOCUS - 1 of 4 DOCUMENTS

Copyright 2009 The San Diego Union-Tribune
The San Diego Union-Tribune

**May** 9, 2009 Saturday

**SECTION:** LOCAL; Pg. B-5

**LENGTH:** 460 words

**HEADLINE:** Hotelier **Manchester** offering $125,000 to **gay,** lesbian groups

**BYLINE:** Matthew T. Hall, STAFF WRITER

**DATELINE:** DOWNTOWN SAN DIEGO

**BODY:**

DOWNTOWN SAN DIEGO -- San Diego hotelier Doug **Manchester** offered $125,000 in cash and hotel credit to **gay** and lesbian groups yesterday, more than a year after contributing an equal amount to the successful campaign to ban **gay** marriage statewide.

The offer won't end a 10-month boycott by **gay**-rights supporters and their union allies of **Manchester's** three hotels, including the downtown Grand Hyatt. It was announced by a **Manchester** employee at the International **Gay** and Lesbian Travel Association convention in Toronto.

In an interview after his announcement, Kelly Commerford, marketing director for the **Manchester** Grand Hyatt, said **Manchester** is trying to say "he made the mistake from the standpoint of offending the (**gay**) community as it relates to everyone thinking that he is anti-**gay** and homophobic."

**Manchester** is a devout Catholic who says he is against **gay** marriage, not **gays** and lesbians.

"All I'm doing is clarifying what I've said," **Manchester** said yesterday. "Our **gay** and lesbian employees have contributed enormously to our success. We're certainly in support of domestic partnerships and civil unions."

He declined to elaborate further, deferring to crisis-management consultant Howard Bragman. Bragman said that **Manchester's** views on **gay** marriage are no different from President Barack Obama's, but that the hotelier attracts "more heat."

"Doug **Manchester** could save a busload full of schoolchildren from going over a cliff, and certain people would find something to criticize about it," Bragman said.

Fred Karger formed Californians Against Hate last July to target major donors who backed Proposition 8, the **gay**-marriage ban. He said the boycott launched by his group will continue, and he criticized **Manchester's** offer of $100,000 in hotel credit.

Hotelier Manchester offering $125,000 to gay, lesbian groups The San Diego Union-Tribune May 9, 2009 Saturday

"The only way someone could take advantage of that credit is to break the picket line," he said. "It's blood money. I'm deeply offended by it."

Karger said Commerford told him yesterday that the hotel has lost $7 million in business because of the boycott. Neither Commerford nor Bragman would comment on the hotel's loss of business.

Bragman said **Manchester's** move was not meant to be divisive.

"What you need to understand is like almost every not-for-profit organization in this country, **gay** and lesbian groups are hurting," he said. "They don't have the money they did, and they don't have the resources they did. They don't have the endowments they once did. They're looking for places to hold fundraisers and places to meet. I think that our actions are very upfront."

Bragman said **Manchester** doesn't yet know how to distribute the money, only that **gay** and lesbian nonprofits must request it. He said meetings with local **gay**-rights groups will be arranged for that purpose, but he didn't know when.

**LOAD-DATE:** May 11, 2009

K-65

The New York Times

PRINTER-FRIENDLY FORMAT
SPONSORED BY



**SAN FRANCISCO** — In many ways it is a typical map, showing states, highways, cities and streets.

But also dotting the online display are thousands of red arrows, marking spots from Bryn Mawr, Pennsylvania, to Jamacha, California, identifying the addresses of donors who supported Proposition 8, which outlawed same-sex marriage in California.

It is exactly those arrows that concern supporters of the measure, who say they have been regularly harassed since the election - with threatening e-mail messages and sometimes with boycotts of their businesses.

"Some gay activists have organized Web sites to actively encourage people to go after supporters of Proposition 8," said Frank Schubert, the campaign manager for Protect Marriage, the leading group behind the proposition. "And giving these people a map to your home or office leaves supporters of Proposition 8 feeling especially vulnerable. Really, it is chilling."

So chilling, apparently, that supporters have filed suit in U.S. District Court in Sacramento seeking a preliminary injunction against a state election law that requires donors of $100 or more to disclose their names, addresses, occupations and other personal information. In particular, the suit seeks to stop the final filing for the 2008 election, which is due Jan. 31. That filing includes donations made in the closing days of the campaign, when the proposition surged to victory.

James Bopp Jr., a lawyer from Indiana who filed the lawsuit on behalf of Protect Marriage, said the harassment of Proposition 8 supporters violated their constitutional rights of free speech and assembly.

"The cost of transparency cannot be discouragement of people's participation in the process," said Bopp, who has argued several prominent cases challenging campaign-finance laws in California and other states. "The highest value in the First Amendment is speech, and some amorphous idea about transparency cannot be used to subvert those rights."

The election law in question, the Political Reform Act of 1974, was approved by California voters as Proposition 9, and gay rights advocates say there is rich irony in supporters of Proposition 8 opposing the earlier ballot measure.

"They believe in the will of the people if it's in tune with what they believe," said Jennifer Pizer, marriage project director of Lambda Legal, the gay rights legal organization, in Los Angeles.

Opponents of Proposition 8 are also suspicious of the intent of trying to prevent donors from being identified. "Do they want to hide something?" said Shannon Minter, legal director of the National Center for Lesbian Rights in San Francisco.

Schubert insisted that there was "no smoking gun" and that the filing would show only "modest in-kind contributions" from the Church of Jesus Christ of Latter-day Saints. Church members contributed millions to the "Yes on 8" campaign, and the California Fair Political Practices Commission is investigating accusations that the Mormon leadership neglected to report a battery of nonmonetary contributions, including phone banks, a Web site and online commercials on the behalf of Proposition 8.

The lawsuit is just one part of the continuing legal wrangling over Proposition 8, whose constitutionality is being reviewed by the State Supreme Court. The court legalized same-sex marriage in May, a decision that was overturned by Proposition 8.

The court is expected to hear arguments on the proposition as soon as March and will probably also decide the fate of some 18,000 same-sex marriages that were performed in the state.

Several prominent groups filed or signed on to briefs in recent days expressing opposition to Proposition 8, including civil rights and women's rights organizations, labor and religious groups, and Google, which created the mapping technology.

In his suit, which is also being argued by the Alliance Defense Fund, a conservative legal group, Bopp alleges a wide range of acts against supporters, including "death threats, acts of domestic terrorism, physical violence, threats of physical violence, vandalism of personal property, harassing phone calls, harassing e-mails, blacklisting and boycotts."

In one instance, a supporter found a flier in his neighborhood calling him a bigot and listing his employer. In another, white powder was sent to a Mormon temple and a facility run by the Knights of Columbus, the Catholic group, which contributed more than $1 million in support of Proposition 8. Other supporters, including the director of the Los Angeles Film Festival, Richard Raddon, have been forced to resign because of their backing of the measure, while some businesses have been boycotted because of Proposition 8.

Bopp also said that the level set under California's campaign law for public disclosure, anything above $100, was too low.

"There certainly would be an amount that would influence more than a few voters," he said. "But it's way above $100."

Opponents of Proposition 8 have condemned any attacks on supporters but noted that those claiming harassment were already protected by laws. "Violence and vandalism are illegal, and

Case3:09-cv-02292-VRW    Document187-11    Filed09/15/09    Page232 of 255

those laws should be enforced," Pizer said. "And sadly people on both sides of this issue have experienced some of that."

John Vincour is on vacation. His Politicus column will resume next Tuesday.

K-66

Case3:09-cv-02292-VRW    Document187-11    Filed09/15/09    Page234 of 255

LexisNexis® *Total Research System*

Switch Client ┊ Preferences ┊ Sign Out ┊ ? Help

*My Lexis*™ ⟋ Search ⟋ Research Tasks ⟋ Get a Document ⟋ *Shepard's*® ⟋ Alerts ⟋ Total Litigator ⟋ Transactional Advisor ⟋ Counsel Selector ⟍     Dossier ┊ History ⟍ 🖳

FOCUS™ Terms | proposition 8 and harass |  Search Within | Original Results (1 - 78) ▾ |  ☐ Using Semantic Concepts What's this?  Go → | Advanced...

⟍ All Results - (20) ⟋ News - (20) ▸ ⟍

Source: **Combined Source Set 20** i - **Major Newspapers**
Terms: proposition 8 /s donor* and date geq (09/14/2008)   (Edit Search | Suggest Terms for My Search)
Focus: **proposition 8 and harassment and date geq (09/14/2008)**   (Exit FOCUS™)

☛Select for FOCUS™ or Delivery
☐

*THE REGION; L.A. college is sued over speech on gay marriage: Student opposed to the unions says teacher reacted improperly. Los Angeles Times February 16, 2009 Monday*

Copyright 2009 Los Angeles Times
All Rights Reserved
Los Angeles Times

**February** 16, 2009 Monday
Home Edition

**SECTION:** CALIFORNIA; Metro Desk; Part B; Pg. 3

**LENGTH:** 623 words

**HEADLINE:** THE REGION;
L.A. college is sued over speech on gay marriage;
Student opposed to the unions says teacher reacted improperly.

**BYLINE:** Gale Holland

**BODY:**

A classroom dispute at Los Angeles City College in the emotional aftermath of **Proposition 8** has given rise to a lawsuit testing the balance between 1st Amendment rights and school codes on offensive speech.

Student Jonathan Lopez says his professor called him a "fascist bastard" and refused to let him finish his speech against same-sex marriage during a public speaking class last November, weeks after California voters approved the ban on such unions.

When Lopez tried to find out his mark for the speech, the professor, John Matteson, allegedly told him to "ask God what your grade is," the suit says.

Lopez also said the teacher threatened to have him expelled when he complained to higher-ups.

In addition to financial damages, the suit, filed last week in U.S. District Court in Los Angeles, seeks to strike down a sexual **harassment** code barring students from uttering "offensive" statements.

Jean-Paul Jassy, a 1st Amendment lawyer in Los Angeles, said a number of cases have explored the tension between offensive speech and the expression of religious views. Often, he said, the decision depends on the specifics of the situation.

"Free speech really thrives when people are going back and forth, disagreeing sometimes and sometimes finding things each other says offensive, but there are limits, particularly in a school setting," Jassy said after reviewing the lawsuit.

Lopez, a Los Angeles resident working toward an associate of arts degree, is described in the suit as a Christian who considers it a religious duty to share his beliefs, particularly with other students. He declined to comment. Matteson could not be reached.

Lopez is represented by the Alliance Defense Fund, a Christian legal organization based in Scottsdale, Ariz., and co-founded by evangelical leader James Dobson of Focus on the Family. The group also advised proponents of **Proposition 8** and sued, unsuccessfully, to stop the release of the names and addresses of donors, who said they had been harassed during the weeks of demonstrations that followed the measure's passage.

Alliance staff counsel David J. Hacker said Lopez was a victim of religious discrimination.

"He was expressing his faith during an open-ended assignment, but when the professor disagreed with some minor things he mentioned, the professor shut him down," Hacker said. "Basically, colleges and universities should give Christian students the same rights to free expression as other students."

Hacker said Alliance filed a similar suit in 2006 against Missouri State University over the school's attempt to discipline a Christian social-work student who refused to support adoptions by same-sex couples. The college settled the suit by, among other things, ordering an external review of the social-work program, Hacker said.

The Los Angeles Community College District's offices were closed Friday for the Presidents Day holiday, and the general counsel,

Camille A. Goulet, could not be reached. But in a letter to Alliance, the district said it deemed Lopez's complaint "extremely serious in nature" and had launched a private disciplinary process.

In the letter, Dean Allison Jones also said that two students had been "deeply offended" by Lopez's address, one of whom stated that "this student should have to pay some price for preaching hate in the classroom."

Hacker said the district's response was inadequate.

"What they didn't do was ensure this wouldn't happen to other students," he said. "The dean accused Jonathan of offending other students."

The suit names the Los Angeles Community College District, which operates nine campuses including L.A. City College; its board of trustees; Matteson; and various administrators. Lopez is asking for a jury trial.

--

gale.holland@latimes.com

**LOAD-DATE:** February 16, 2009

Source:  **Combined Source Set 20**  **- Major Newspapers**
Terms:  proposition 8 /s donor* and date geq (09/14/2008)   (Edit Search | Suggest Terms for My Search)
Focus:  **proposition 8 and harassment and date geq (09/14/2008)**   (Exit FOCUS™)
View:  Full
Date/Time:  Monday, September 14, 2009 - 12:38 PM EDT

About LexisNexis  | Terms & Conditions  | Contact Us
Copyright ©  2009 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

K-67

**KNX10.70**
**NEWSRADIO**

Search: [          ] Go!

◉ KNX1070.com ○ Web ○ KNX 1070 Audio

Traffic: **11 Incidents**

Weather: **71°F** | 90001 | Go

10:05am PDT, 09/14/09

HOME | NEWS | TRAFFIC | MONEY | ON-AIR | AUDIO | VIDEO | FEATURES | ABOUT US | 🎧 LISTEN LIVE

## KNX 1070 News

✉ **E-Mail Story**    🖨 **Print Story**    **ShareThis**    Text Size: A A A

ADVERTISEMENT



Loma Linda University Medical Center

Non-surgical treatment of Brain Cancer.

Loma Linda University Medical Center

1-800-PROTONS
www.protons.com

# Gay Activists Protest Mormons in NYC

**NYC (AP)** -- Carrying signs reading "Love not H8" and "Did you cast a ballot or a stone?", a large crowd of gay-marriage supporters gathered outside a Mormon temple to protest the church's endorsement of a same-sex marriage ban in California.

The rally Wednesday night outside The Church of Jesus Christ of Latter-day Saints temple came hours after gay couples exchanged vows for the first time in Connecticut amid cheers and tears of joy.

The milestone did not ease the sting of a major loss for gay-marriage supporters last week. Gay activists planned protests across the country over the vote that took away their right to wed in California.

In the Upper West Side of Manhattan, demonstrators chanted "Shame on you!" outside the temple. Leaders of the Mormon church had encouraged members to support passage of California's Proposition 8, a referendum banning same-sex marriage.

"I'm fed up and disgusted with religious institutions taking political stances and calling them moral when it's nothing but politics," said Dennis Williams, 36. "Meanwhile they enjoy tax-free status while trying to deny me rights that should be mine at the state and federal level."

Church spokesman Michael Otterson said that while citizens have the right to protest, he was "puzzled" and "disturbed" by the gathering since the majority of California's voters had approved the amendment.

"This was a very broad-based coalition that defended traditional marriage in a free and democratic election," Otterson said, referring to the numerous religious and social conservative groups that sponsored Proposition 8.

Organizers of the rally estimated at least 10,000 people participated. Police said they could not give a crowd estimate.

Gay-marriage advocates said they were planning nationwide demonstrations this weekend in more than 175 cities and outside the U.S. Capitol. A Seattle blogger was trying to organize simultaneous protests outside statehouses and city halls in every state Saturday.

Earlier in Connecticut, Jody Mock and Elizabeth Kerrigan emerged from Town Hall in West Hartford to the cheers of about 150 people and waved their marriage license high. The couple led the lawsuit that overturned the state law.

"We feel very fortunate to live in the state of Connecticut, where marriage equality is valued, and hopefully other states will also do what is fair," Kerrigan said.

The Connecticut Supreme Court ruled on Oct. 10 that same-sex couples have the right to wed rather than accept a 2005 civil union law designed to give them the same rights as married couples. A lower-court judge entered a final order permitting same-sex marriage Wednesday morning. Massachusetts is the only other state that allows gay marriages.

Connecticut officials had no information Wednesday on how many marriage licenses were issued to same-sex couples. According to the state public health department, 2,032 civil union licenses were issued between October 2005 and July 2008.

Like the highest courts in Connecticut and Massachusetts, the California Supreme Court ruled this spring that same-sex marriage is legal. After about 18,000 such unions were conducted in California, however, its voters last week approved Proposition 8, a constitutional amendment.

Gay rights groups said Wednesday they may ask California voters to overturn the ban on same-sex marriage if legal challenges to Proposition 8 are unsuccessful.

Case3:09-cv-02292-VRW    Document187-11    Filed09/15/09    Page238 of 255

The California vote has sparked protests in several states, many targeting Mormon churches. Some have been vandalized.

Activists also are aiming boycotts and protests at businesses and individuals who contributed to the campaign to pass Proposition 8.

✉ E-Mail Story      🖨 Print Story       ShareThis    Text Size:   A  A  A

ShareThis
Print Page                                          Email This Page



| Advertiser Directory | | Search: [          ] | Browse Categories [          ] | GO |

**Sponsored Links:**

**Wedding**
Find **Wedding Centerpiece**, **Wedding Ideas**, **Bridal Show**, and other wedding resources in the Los Angeles area from PartyPOP.com

**Unemployed Mom Makes $77/Hr (Online)**
Mom makes $8,673/Month Part-Time! Read this special report to see how.
www.NewYorkGazetteNews.com

**Does Acai Berry Work?**
Warning! Want to Try Acai Berry? Make Sure You Read This First.
www.HealthNews3.tv

**Leadership & Negotiation**
Notre Dame Management Training Certificates Online
www.NotreDameOnline.com

**DON'T Pay for White Teeth**
Learn the trick, discovered by a mom, to turn yellow teeth white.
MomsTeethStory.com

**Need Credit Card Debt Bailout?**
10K+debts? We get rid of high credit card debt. Save 60%! List debt.
www.DebtReliefCenter.org/DebtHelp

**Weichert, Realtors: Your Source for over 2 Million Homes for Sale**
Find **Los Angeles Real Estate**, **LA Real Estate**, **LA Homes for Sale**. There's no better time to buy then now!

KNX 1070 NEWSRADIO is Southern California's most trusted and honored news radio station serving Los Angeles County / Orange County / Ventura County / Riverside County / San Bernardino County / San Diego County. 50,000 watt clear signal. CBS News. Traffic & Weather Together on the Fives. Money news, sports, weather, entertainment and special features. Streaming live online and offering News On Demand with free podcast downloads. Available in HD. Video webisodes of Money 101 Online with Bob McCormick, Cookin' Up a Kitchen with Melinda Lee. www.knx1070.com.

Home | KNX 1070 Los Angeles News | US and World News | Los Angeles Traffic | Los Angeles Weather | Business News | Sports News | Entertainment News | Health News | Listen Live | Podcasts / News On Demand | Local Los Angeles News | KNX Program Schedules | KNX Personalities | Join our Listener Club | Contests / Special Offers | Events/ Promotions | Resources / Local Links | California Lottery Results | Contact Us | Advertise on KNX | Advertiser Directory | Jobs | KNX History | Money 101 Online with Bob McCormick

© MMIX CBS Radio Stations Inc., All Rights Reserved.                    Advertise | Privacy Policy / Your California Privacy Rights | Terms Of Use | EEO Report
Powered by Intertech Media, LLC

K-68



FOCUS - 2 of 4 DOCUMENTS

Copyright 2009 The San Diego Union-Tribune
The San Diego Union-Tribune

**February** 13, 2009 Friday

**SECTION:** LOCAL; Pg. B-1

**LENGTH:** 611 words

**HEADLINE:** Clinton won't cancel talk at boycotted hotel;
Owner supported **gay**-marriage ban

**BYLINE:** Jeff McDonald, STAFF WRITER

**DATELINE:** DOWNTOWN SAN DIEGO

**BODY:**

DOWNTOWN SAN DIEGO -- Despite pressure from supporters of same-sex marriage and organized labor, former President Bill Clinton will speak as planned at a San Diego hotel whose owner gave money to help pass Proposition 8.

Union leaders, political activists and an elected official issued an open letter to Clinton yesterday, urging him to reconsider delivering a speech Sunday at the **Manchester** Grand Hyatt.

The hotel has been the target of a boycott since July, after owner Doug **Manchester** donated $125,000 to the successful campaign to ban same-sex marriage in California.

Union officials also accuse **Manchester** of requiring more work of maids and other employees than most hotels.

"Please do not violate our boycott," states the letter, signed by San Diego City Councilman Todd Gloria, labor leader Lorena Gonzalez and six others. "Please do not speak at the **Manchester** Hyatt."

But a spokesman for the former president said Clinton will stick to his plan to speak before 2,500 members of the International Franchise Association.

Clinton "feels like he has an obligation to the people who invited him to speak," spokesman Matthew McKenna said yesterday. "He's obviously sympathetic to this cause. I don't think you can name a leader in the world who has done more to advance **gay** and lesbian issues."

McKenna noted that Clinton campaigned against Proposition 8 last year and said that if **Manchester** or the hotel had extended the invitation -- rather than the trade group -- Clinton would not have accepted.

**Manchester** did not return a call seeking comment.

Some who signed the letter, which notes that other organizations moved meetings and conferences to honor the

Clinton won't cancel talk at boycotted hotel; Owner supported gay-marriage ban The San Diego Union-Tribune
February 13, 2009 Friday

boycott, were unhappy when told of Clinton's decision.

"It's shameful and hypocritical that President Clinton wouldn't stand by his principles and honor two groups that he's historically supported -- labor groups and **gay** rights," said Brigette Browning, president of Unite Here Local No. 30.

Cleve Jones, a longtime **gay**-rights activist who founded the NAMES Project/AIDS Memorial Quilt, said Clinton should have known he'd create controversy.

"The boycott has been in effect and very well-publicized since July," said Jones, who also signed the letter. "He's had ample foreknowledge of the situation."

Supporters of the boycott plan to gather outside the hotel at 11 a.m. Sunday and remain throughout Clinton's scheduled 12:30 p.m. speech.

A spokeswoman for the International Franchise Association said the convention was booked six or seven years ago. She said the trade group has no stance on **gay** marriage or the rally.

"The boycott really is between the hotel and this group," Alisa Harrison said.

Keynote speakers are typically booked up to a year in advance, said Stacy Tetschner, chief executive of the National Speakers Association, a trade group for professional speakers. Top-tier speakers such as Clinton can command fees of $100,000 or more.

"More than likely, it's his handlers that accepted this rather than himself," Tetschner said. "I don't know that the owner of a hotel's personal political beliefs or support is something they would normally research."

**Gay**-rights leaders have targeted other Yes on 8 contributors, including A-1 Self Storage owner Terry Caster, a San Diegan who gave almost $700,000 to the campaign.

Supporters of Proposition 8 say such donors are being unfairly targeted and that opponents should accept the will of the majority.

The measure passed Nov. 4 with 52 percent of the vote but has since been challenged in court on multiple grounds. The state Supreme Court is to hear oral arguments March 5.

Online:

To read the open letter to Bill Clinton, go to uniontrib.com/more/documents

**GRAPHIC:** 1 PIC; CAPTIONS: President Clinton will speak Sunday at **Manchester** Grand Hyatt.; PHOTOBY: Associated Press

**LOAD-DATE:** February 15, 2009

K-69



What we love: Animal prints → SHOP NOW    FREE SHIPPING OVER $150

 Back to Article     Click to Print



**Monday, Jun. 22, 2009**

# The Church and Gay Marriage: Are Mormons Misunderstood?

**By DAVID VAN BIEMA**

Last November, Jay Pimentel began hearing that people in his neighborhood were receiving letters about him. Pimentel lives in Alameda, Calif., a small, liberal-leaning community hanging off Oakland into the San Francisco Bay. Pimentel, who is a Mormon, had supported Proposition 8, the ballot initiative banning same-sex marriage. And that made him a target. "Dear Neighbor," the letter began, "Our neighbors, Colleen and Jay Pimentel" — and it gave their address — "contributed $1,500.00 to the Yes on Proposition 8 campaign. NEIGHBORS SHOULD BE AWARE OF THEIR NEIGHBORS' CHOICES." The note accused the Pimentels of "obsessing about same-sex marriage." It listed a variety of local causes that recipients should support — "unlike the Pimentels."

Pimentel, a lawyer and a lay leader in the small Mormon congregation in Alameda, is markedly even-keeled. Yet the poison-pen note still steams him, even though in May the California Supreme Court validated Prop 8 as constitutional. He is bothered less by the revelation of his monetary contribution, which he stands by, than the fact that the letter's author didn't bother to find out that every other Saturday for 15 years, he or someone else from Alameda's 184-member Mormon ward has delivered a truckload of hot meals to the Midway Shelter for Abused and Homeless Women and Children — one of the organizations the Pimentels allegedly wouldn't support. "The church does a lot of things in the community we don't issue press releases about," he says. "And when people criticize us, we often just take it on the chin. I guess you could say I'm not satisfied with the way we're seen." (See pictures from inside a Mormon ward.)

Across the country, that's the dilemma facing the Church of Jesus Christ of Latter-day Saints. With 13 million members worldwide (by its own count), the LDS is the fourth largest church in the country, the richest per capita and one of the fastest-growing abroad. The body has become a mainstream force, counting among its flock political heavyweights like former Republican presidential candidate Mitt Romney and Democratic Senate majority leader Harry Reid, businesspeople like the Marriotts and entertainers like Glenn Beck and *Twilight* novelist Stephenie Meyer. The passage of Prop 8 was the church's latest display of its power: individual Mormons contributed half of the proposition's $40 million

war chest despite constituting only 2% of California's population. LDS spokesman Michael Otterson says, "This is a moment of emergence." (See pictures of Stephenie Meyer's career.)

But that emergence has its costs. Even as Mormons have become more prominent, they have struggled to overcome lingering prejudices and misrepresentations about the sources of their beliefs. Polls suggest that up to half of Americans would be uncomfortable with a Mormon President. And though the Prop 8 victory was a high-water mark for Mormon political advocacy, it also sparked a vicious backlash from gay-rights activists, some of whom accused Mormons of bigotry and blind religious obedience.

The LDS regards such charges as the product of ignorance. It sees itself as primarily apolitical; on issues on which it has taken a stand, the church's positions have been roughly consistent with other conservative faiths. But Mormon activism, when it occurs, does differ from the American norm in significant ways, because of both the dominating role played by LDS President and Prophet Thomas Monson and the church's remarkable electoral cohesion. After the California Supreme Court's ruling to uphold Prop 8, gay-rights groups announced their intent to return same-sex marriage to the California ballot in 2010, almost challenging the Mormons to respond. By championing the California traditional-marriage initiative so forcefully and successfully the first time, the Mormon church has stepped onto America's next big cultural battleground. But in figuring out if it should pick up the gauntlet again, the Mormons, who feel they have so much else to offer, must consider whether the issue is becoming a referendum on Mormonism itself.

**What Mormons Believe**
"Our Message for the World," says M. Russell Ballard Jr., one of the 14 apostles just under Monson, "is that we are His children, we lived with Him before we came here ... we're striving to keep His commandments so that when we die we can be entitled to receive all the blessings that the Heavenly Father has for His children." Ballard adds emphatically, "People like to make it complex. But it's really pretty simple."

See the top 10 religion stories of 2008.

See pictures of John 3:16 in pop culture.

Actually, it's pretty complex. Beyond some (extremely) colorful details, there are two radical Mormon theological deviations from conventional Christianity, both of which have at least some bearing on the gay-marriage battle. The first is an expansion of the drama of salvation. In creedal Christianity, Jesus' divinity, incarnation, teachings, death and resurrection are the entire point. Mormons, too, believe in Christ as Saviour and model and are as committed as any other Christians to his emulation. But they also believe we existed prenatally as God's "spirit children," that our earthly life is an interlude for learning and testing and that we continue developing after death. The best Mormons may become in the afterlife parents to their own batch of spirit children. "As Man is, God once was; as God is, Man may become," goes the couplet by the fifth Mormon President, Lorenzo Snow. This unusual scheme underlies Mormon sunniness, industriousness and charity. Says Jana Riess, a comparative-religions expert who converted to Mormonism and is a co-author of Mormonism for Dummies: "There's no other Christian theology as beautifully open to human beings' eternal

potential." (See people finding God on YouTube.)

Gays constitute a notable exception. Some Mormons have a conventional view of homosexuality as sin. But their marriage preference has an additional aspect. The return to God is accomplished by heterosexually founded families, not individuals, and only as a partner in a procreative relationship can a soul eventually create spirit children. "I've had personal experience with gay people, and I weep with them," says official LDS historian Marlin Jensen, but the "context for our being so dogged about preserving the family is that Mormons believe that God is their father and that they have a heavenly mother and that eventually their destiny is to become like that." The alienation felt by gay Mormons was highlighted in 2000, when one of them, 32-year-old Stuart Matis, committed suicide on the steps of the Los Altos, Calif., church headquarters.

The second politically controversial Mormon teaching is the belief in a living, breathing Prophet — in Salt Lake City. Prophets have even more authority than Popes do in Catholicism; among other things, they are able to add to Scripture. Because they make key decisions with their apostles, the model is oligarchic rather than absolute, but it still vests extraordinary influence in Monson, his two counselors and his apostles, who transmit orders downward through the Salt Lake City — based general authorities, regional stake presidents and local pastors called bishops. (See pictures of spiritual healing around the world.)

Mormons bristle at the notion of "blind obedience" to the Prophet. The faith makes much of free will, and each believer divines his path privately with the help of reason, prayer and the Holy Spirit. But most often, the outcome of that process affirms the Prophet's instructions. The combination of free-will rhetoric and de facto obedience produces what Stephen Carter, editor of the independent Mormon magazine Sunstone, calls "people who are psychologically healthy, have a good sense of direction and who are for the most part ready to follow orders."

**The Organized Mormon**
Richard and Joan Ostling, authors of Mormon America, calculated that pious Mormons devote an astonishing 20 hours a week to church-related activities, an expectation Richard Ostling says exists in "no other big denomination." Constant interaction through Bible study, family home evenings, Mormon scout troops and other community-building activities yield a practiced, seamless unity more common to much smaller insular groups like the Amish and ultra-Orthodox Jews.

The biggest manifestation of that unity is one of America's largest private welfare networks, a charitable wonder called the Bishop's Storehouse system that kept thousands of LDS members off the dole during the Great Depression (and is humming again). In the past, the only knock against the church's largesse was that it aided mostly Mormons: the Ostlings write that in the 14 years ending in 1997, the LDS spent a paltry $30.7 million in cash on non-Mormon humanitarian aid. But that changed in the late '90s, and humanitarian expenditures in 2008 alone topped $110 million (including noncash donations). "We're there when the tornadoes hit and hurricanes hit and the volcanoes explode," says Ballard. Notes Marian Sylvestre of the Bay Area Red Cross, which developed a fruitful cooperation with Pimentel: "They're quiet soldiers with plenty of resources."

See pictures of a drive-in church.

Read "What Is Mormonism? A Baptist Answer."

It's precisely those resources, though, that have drawn the LDS into the eye of the country's biggest cultural tempest. The church embraced church-state separation in the 1800s and explicitly recognizes the right of independent-minded officeholders like Romney and Reid to make their own calls. Retail politics, however, is different. Although Salt Lake City officially rejects wading in on most issues, it makes a large exception: matters of morals, with an emphasis on gender debates. Mormon activists helped halt the Equal Rights Amendment in the 1970s and '80s and gay marriage in Hawaii (1998) and California (2000). (Read "What Romney Belives.")

Prop 8 constituted a kind of perfect political storm of theology, demographics and organization. At the Alameda Meeting House last June (as at other Mormon churches statewide), a letter from Monson and his counselors advised believers to "do all you can to support the proposed constitutional amendment by donating of your means and time." A string of Protect Marriage coalition meetings followed. They never occurred on LDS property, but they were overwhelmingly Mormon in attendance and sought Mormon support. Alaina Stewart, a church member, was asked to employ a list of "who in the ward we thought could contribute. We'd call and say, 'We're asking you to give such and such an amount,'" she says.

Some declined. A senior church official had promised Mormons who disagreed on Prop 8 that "we love them and bear them no ill will." This played well in Alameda, where many LDS members ferry their children to classmates' birthday parties thrown by same-sex parents. Stewart says she intended from the start to vote yes. But she adds, "I can certainly understand why members of the gay community wanted to receive this rite. I think there were ward members on the fence, thinking, Why not give them marriage?"

But the general authorities in Salt Lake City increased the pressure. A broadcast to all churches outlined the pro-8 ground campaign, with titles like "Thirty People in Each Ward" and "More than Four Hours per Week." Craig Teuscher, the Alameda ward's regional stake president, reiterated in church the seriousness of Monson's request to congregants.

The new push for the proposition had a rational side: the church claimed that the legalization of gay marriage would threaten its tax-exempt status if it refused to perform gay nuptials. (Most legal scholars disagree.) But belief in Monson's supernatural connection also played a big role. Says Stewart: "The Prophet's telling us to stand up. When he speaks, you're realizing that there may be things that I don't see." Asks Gayle Teuscher, the stake president's wife: "If I believe that the Prophet is a true prophet of God and disregard his counsel, what does that say about my belief in God?" Sunstone's Carter says most Mormons who explained their stance for his publication "said, 'The Prophet has a longer view than we do' or 'It was revealed to me.'" Clark Pingree, a Bay Area Mormon gay activist, says that of the various Mormon pro-8 rationales, the Prophet-made-me-do-it line was "the most infuriating, because people say, 'I'm showing my faith by voting against what I know in my heart.' It's a force field you will never penetrate."

**Politics — or Persecution?**

Proposition 8 won by less than 5% of the vote. Individual Mormons contributed $20 million of its $40 million war chest. Asked whether the belief in prophecy, transmuted into funding and activism, could have been decisive, David Campbell, a University of Notre Dame political scientist (and a Mormon) who has studied LDS political activity, says, "I think that's arguable, in the positive sense of the word." Many Alameda congregants who had initially refused Stewart's fundraising efforts changed their mind; she exceeded her goals. Mormons made calls, placed flyers and planted lawn signs. They thought they were being good citizens.

Watch a gay marriage wedding video.

See more about Mormonism.

That has made the aftermath of Prop 8 all the more disturbing to them. Furious gay-rights activists targeted the church, picketing temples in several states. A prominent Mormon Sacramento musical-theater director was hounded from his job. Tom Hanks declared the Mormons "un-American." (He later apologized.) Alameda Mormons like Pimentel read fire-breathing quotes in the San Francisco *Chronicle* and fielded "Dear Neighbor" notes.

Says Stewart: "I hear they threw bags of urine at a temple. If we had lost, it never would have occurred to me to react that way." Three months after the election, she says, "I don't feel quite the same way about our community." She felt frozen out of conversations among other parents. "You think, This will go away. But it doesn't seem to. I think about my kids in school," she says. "I want them to be accepted, to feel it's O.K. to be different." Of course, this is precisely the sentiment motivating the gay-marriage movement. (See pictures of the gay rights movement.)

But as a Mormon concern, it long predates Prop 8. For a century, the Mormon church had a rocky and sometimes bloody relationship with American culture at large; persecution by "gentiles" became key to LDS self-understanding. But thanks to their industry, optimism and civic-mindedness, many Mormons have found their place in the American fabric. Ballard says, "We'd like to be seen as mainstream — if that means being part of the national conversation about issues of morality and having our members respected as contributing members of society. But we have to hang on to what's true, regardless of where society goes." He adds, "We've never felt that we were being more understood or more appreciated, at least in my 30 years as a general authority." Ballard helped supervise an outreach program during the heightened "Mormon Moment" of the Romney campaign as apostles fanned out to visit media editorial boards. However, he contends that the "real power" determining public perception of his faith is "when a member of the church meets his neighbor, and the neighbor sees that he has objectives to his life and is finding happiness in his field. That's starting to happen all over." (See pictures of Mitt Romney on the campaign trail.)

Not everyone is as upbeat. Christopher Bigelow, a publisher and satirist (he edited the Sugar Beet, a kind of LDS Onion), says, "In the 20th century, we were allowed to grow and even gain a measure of respect." But Bigelow sees that as a mere "doughnut hole" in a darker dynamic. Gay marriage, he says, belongs to a class of

behaviors increasingly tolerated in the broader society that the church must nonetheless oppose. He dips into an old but potent vocabulary: "As civilization keeps moving from standards we think God wants people to hold, it's inevitable that we expect persecution." Back in Alameda, Stewart's husband Brad says about Prop 8, "I hope I never have to do it again," but adds grimly, "I expect that I will."

**The Dilemma of Deployment**

The Church has not decided on its future role in the gay-marriage debate. The heat surrounding Prop 8 may die down by next year. "Talking about what may or may not happen in 2010 would be speculation, and I wouldn't want to do that," says Apostle Quentin Cook. The LDS abstained from same-sex-marriage battles in Iowa and New England. But avoiding a California rematch may be tougher. Notre Dame's Campbell says, "If it appeared that the church sat out next time because it was criticized this time, there might be a credibility question." But given a national trend toward supporting gay marriage, he asks, "Does the church want the public to identify it primarily as a political body opposing an issue that comes back again and again?"

Jay Pimentel, for one, will be spared that profoundly tricky question — for now. Shortly after the "Dear Neighbor" letter, Salt Lake City tapped him to lead all missionary activity in eastern Germany. The move entails sacrifices; he'll be leaving his job and uprooting an adult son with special needs. But it will put him in a field where the LDS has concerns — its spectacular international growth has begun to plateau — and incidentally remove him from any 2010 proposition battle.

Is he relieved? "I might feel relief," he says finally. "Or I might feel a kind of longing, a desire to be there." Then Pimentel expresses an archetypal LDS sentiment: "I like to help where I can be helpful."

[See TIME's Pictures of the Week.](#)

[See the world's most influential people in the 2009 TIME 100.](#)

 **Click to Print**

**Find this article at:**
http://www.time.com/time/magazine/article/0,9171,1904146,00.html

K-70

whittierdailynews.com

# Prop. 8 foes plan protest at Long Beach Hyatt

By James Rasmussen, Staff Writer

Posted: 05/12/2009 09:12:21 PM PDT

LONG BEACH - Gay activists will be protesting at the Hyatt Regency Long Beach this afternoon because an owner of another Hyatt hotel is a strong opponent of gay marriage and last year made a six-figure donation to the Yes on Proposition 8 campaign.

The event is co-sponsored by the Long Beach Coalition for Good Jobs and a Healthy Community and has two demands of the Hyatt Corp.: the first is for Hyatt to publicly support marriage equality and the second is for Hyatt to sever all ties with Doug Manchester.

This protest comes after Manchester, owner of the Manchester Grand Hyatt in San Diego, donated $125,000 to help put California's Proposition 8 on the ballot last November.

Hyatt spokesman Mike Murchison said Tuesday that he had no comment on the protest at this time.

The Manchester Grand Hyatt and leaders of the lesbian, gay, bisexual and transgender community in San Diego have been butting heads since July when groups called for a boycott of the hotel during the San Diego Gay Pride Parade.

In a phone interview for San Diego television station KGTV's Web site published July 10, 2008, Manchester said the boycott is just another tactic in the labor group's long-time effort to unionize the hotel.

Manchester added that he supported gay and lesbian employees who work at his hotel, but he said his Catholic faith motivates him to support traditional marriage.

The coalition is not calling for a boycott of the Hyatt Hotel, but pledges to hold the Hyatt Long Beach and its owner and operator, The Hyatt Corp., accountable for their relationship to Manchester.

The press conference, which is open to the public, will be held at 5p.m. today at the Hyatt Regency, 200 S. Pine Ave.

james.rasmussen@presstelegram.com , 562-499-1281

Advertisement



Print Powered By   Format Dynamics

K-71



FOCUS - 10 of 45 DOCUMENTS

Copyright 2009 Daily News, L.P.



Daily News (New York)

February 3, 2009 Tuesday
SPORTS FINAL EDITION

**SECTION:** NEWS; Pg. 8

**LENGTH:** 287 words

**HEADLINE:** ARTIST DRAWS GAYS' IRE FOR SAME-SEX NUPS BAN SUPPORT

**BYLINE:** BY NANCY DILLON DAILY NEWS WEST COAST BUREAU CHIEF With Edgar Sandoval in Chappaqua, N.Y.

**BODY:**

LOS ANGELES - A New York artist known for her colorful canvases of drag queens and gay pride parades gave $1,000 to help pass California's ban on same-sex marriage.

Maureen Mullarkey, 66, made her sizable contribution to the National Organization for Marriage's "Yes on 8" fund in June, a Daily News review of campaign records found.

The Westchester County woman was one of tens of thousands who poured a total of more than $83 million into the coffers of **Proposition 8** support groups - money that helped convince California voters to overturn an earlier court decision granting gays the right to marry in the Golden State.

Questioned outside her home in tony Chappaqua - the same town where Bill and Hillary Clinton live - she refused to discuss her donation last night.

When asked how she could have donated money to fight gay marriage after making money from her depictions of gays, she just said, "So?"

"If you write that story, I'll sue you," she said.

On her Web site, Mullarkey says gay parades are a "marvelous spectacle" and "assertion of solidarity."

"It is an erotic celebration loosed for a day to keep us all mindful that Dionysus is alive, powerful and under our own porch," said Mullarkey, a former art critic for the now-defunct New York Sun.

Gay activists felt betrayed at word of Mullarkey's donation.

ARTIST DRAWS GAYS' IRE FOR SAME-SEX NUPS BAN SUPPORT Daily News (New York) February 3, 2009
Tuesday

"If I were a buyer of her work, I wouldn't buy it anymore," said Charles Leslie, co-founder of Leslie/Lohman Gay Art Foundation in Manhattan.

Leslie stopped short of calling for a boycott of Mullarkey's work, but the **threat** of boycotts was part of the reason supporters of **Proposition 8** asked a judge to keep secret the names of most donors.

The federal judge denied the request last Thursday.

ndillon@nydailynews.com

**LOAD-DATE:** February 3, 2009

K-72



UCSF | University of California, San Francisco | About UCSF | Search UCSF | UCSF Medical Center



Synapse
The UCSF Student Newspaper

## A Note From the Editors

It is not the policy of *Synapse* to run opinion articles anonymously, but we have broken that rule to publish the accompanying article on Proposition 8.

We do so because we think it is important for all shades of opinion within the campus community to be heard. We do so because we have printed many articles from those opposing Prop 8, but hadn't received any from the other side.

Efforts were made to get the writer to agree to use his name, but he refused, citing fear of harassment. While we devoutly hope that would not be the case, we were sobered by a column on November 23 by the *San Francisco Chronicle's* Editorial Page Editor John Diaz. He wrote:

*A supporter of Proposition 8, fed up with what he believed was the gay community's and "liberal media's" refusal to accept the voters' verdict, fired off a letter to the editor.*
*"Please show respect for democracy," he wrote, in a letter we published.*
*What he encountered instead was an utter lack of respect for free speech.*
*Within hours, the intimidation game was on. Because his real name and city were listed – a condition for publication of letters to* The Chronicle *– opponents of Prop. 8 used Internet search engines to find the letter writer's small business, his Web site (which included the names of his children and dog), his phone number and his clients. And they posted that information in the "Comments" section of* SFGate.com *– urging, in ugly language, retribution against the author's business and its identified clients.*

We at *Synapse* would like to think that this would never happen at UCSF, but finally decided to let the accompanying article run anonymously, to spare the writer of any of the harassment that has occurred since the passage of Prop 8.

In this democracy, the way to rectify errors at the polls is to convince a majority at a future election of the rightness of your cause. No matter how passionately one feels about an issue, it is important to maintain a civil dialogue and a reasoned debate.

We welcome any and all comments from the campus community. Email them to us at synapse@ucsf.edu

The Editors

Ads by Google

**Argosy University**
Earn a Business Degree on Your Schedule. Learn More Today!
www.argosy.edu

**HP Deals for Your School**
Buy Direct from HP and Save on PCs and Printers for your School!
www.shopping.hp.com/st

Ads by Google

**Sales Letter Business**
Copy Our Software Business We Used To Make Over $900,000 in 60 Days
www.SalesLetterBusines:

**Test IM Practice Manager**
at UCSF Hospitalist Conference Sept 24-26, 2009 San Francisco, CA
www.ingeniousmed.com