# Exhibit L

COOPER AND KIRK, PLLC
Charles J. Cooper (DC Bar No. 248070)*
*ccooper@cooperkirk.com*
David H. Thompson (DC Bar No. 450503)*
*dthompson@cooperkirk.com*
Howard C. Nielson, Jr. (DC Bar No. 473018)*
*hnielson@cooperkirk.com*
Nicole J. Moss
*nmoss@cooperkirk.com* (DC Bar No. 472424)
Jesse Panuccio
*jpanuccio@cooperkirk.com* (DC Bar No. 981634)
Peter A. Patterson (Ohio Bar No. 0080840)*
*ppatterson@cooperkirk.com*
1523 New Hampshire Ave. N.W., Washington, D.C. 20036
Telephone: (202) 220-9600, Facsimile: (202) 220-9601

LAW OFFICES OF ANDREW P. PUGNO
Andrew P. Pugno (CA Bar No. 206587)
*andrew@pugnolaw.com*
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 608-3065, Facsimile: (916) 608-3066

ALLIANCE DEFENSE FUND
Brian W. Raum (NY Bar No. 2856102)*
*braum@telladf.org*
James A. Campbell (OH Bar No. 0081501)*
*jcampbell@telladf.org*
15100 North 90th Street, Scottsdale, Arizona 85260
Telephone: (480) 444-0020, Facsimile: (480) 444-0028

ATTORNEYS FOR DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, MARK A. JANSSON, and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL

* Admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>   Plaintiffs,<br><br>   v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HOR- | CASE NO. 09-CV-2292 VRW<br><br>**DECLARATION OF HAK-SHING WILLIAM TAM IN SUPPORT OF DEFENDANT-INTERVENORS' MOTION FOR A PROTECTIVE ORDER**<br><br>Date:  September 25, 2009<br>Time:  10:00AM<br>Judge:  Chief Judge Vaughn R. Walker<br>Location:  Courtroom 6, 17th Floor |

1

| | |
|---|---|
| 1 | TON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Defendants, |
| 9 | and |
| 10 | PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL, |
| 11 | |
| 12 | |
| 13 | |
| 14 | Defendant-Intervenors. |

Additional Counsel for Defendant-Intervenors

ALLIANCE DEFENSE FUND
Timothy Chandler (CA Bar No. 234325)
*tchandler@telladf.org*
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 932-2850, Facsimile: (916) 932-2851

Jordan W. Lorence (DC Bar No. 385022)*
*jlorence@telladf.org*
Austin R. Nimocks (TX Bar No. 24002695)*
*animocks@telladf.org*
801 G Street NW, Suite 509, Washington, D.C. 20001
Telephone: (202) 393-8690, Facsimile: (202) 347-3622

* Admitted *pro hac vice*

  I, Hak-Shing William Tam**,** make the following declaration pursuant to 28 U.S.C. § 1746**:**

  1. I am a resident of California over 18 years of age, and my statements herein are based on personal knowledge.

2

DECLARATION IN SUPPORT OF DEFENDANT-INTERVENORS' MOTION FOR PROTECTIVE ORDER
CASE NO. 09-CV-2292 VRW

2. I am one of the Official Proponents of the California ballot measure in 2008 known as Proposition 8. I am also a Defendant-Intervener in this case. As an official proponent I had private communications regarding political strategy and my own personal political and moral views with other members of ProtectMarriage.com and the campaign.

3. In addition to being an Official Proponent, I volunteered as the head of a coalition of Asian churches whose membership also had an interest in the passage of Proposition 8. The coalition communicated with interested churches about the campaign and encouraged them to get out and vote. As the head of this coalition, I had numerous private communications reflecting mine and others' deeply held political and religious views and our thoughts on political strategy and petitioning the government. I engaged in these communications as part of this coalition, not in my capacity as an official proponent of Proposition 8. I am very concerned that Plaintiffs' broad discovery requests make no distinction in this regard and would require me to produce all such private communications because they were between me and a "third-party."

4. If I am required to disclosure such communications, whether the non-public communications I had as an official proponent or the communications I had as the head of a coalition interested in Proposition 8, it would affect how I communicate in the future. I would change what I say, who I feel I can speak to, and who I associate with for fear that such communications would not remain private as they were intended.

5. I am also concerned about disclosing such communications because I am aware of many instances of harassment and retaliation against supporters of Proposition 8 that occurred after their support for the ballot initiative or their affiliation with Protect Marriage became public. For example, a friend in my church was beaten by a person when he was passing out "Yes on 8" flyers. Another friend's house was vandalized with spray paint graffiti. Another friend's name was put

online as a donor to Proposition 8. Her boss saw the webpage and warned her about supporting Proposition 8. A good number of friends got their Proposition 8 yard signs stolen or vandalized.

6. I personally experienced harassment and retaliation due to my affiliation with Protect Marriage. My car was vandalized. In response to public communications I made regarding Proposition 8, I was called derogatory names, threatened to be killed, and told to leave the country.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on September 15, 2009

_____
Hak-Shing William Tam

4

DECLARATION IN SUPPORT OF DEFENDANT-INTERVENORS' MOTION FOR PROTECTIVE ORDER
CASE NO. 09-CV-2292 VRW