# Exhibit M

COOPER AND KIRK, PLLC
Charles J. Cooper (DC Bar No. 248070)*
*ccooper@cooperkirk.com*
David H. Thompson (DC Bar No. 450503)*
*dthompson@cooperkirk.com*
Howard C. Nielson, Jr. (DC Bar No. 473018)*
*hnielson@cooperkirk.com*
Nicole J. Moss
*nmoss@cooperkirk.com* (DC Bar No. 472424)
Jesse Panuccio
*jpanuccio@cooperkirk.com* (DC Bar No. 981634)
Peter A. Patterson (Ohio Bar No. 0080840)*
*ppatterson@cooperkirk.com*
1523 New Hampshire Ave. N.W., Washington, D.C. 20036
Telephone: (202) 220-9600, Facsimile: (202) 220-9601

LAW OFFICES OF ANDREW P. PUGNO
Andrew P. Pugno (CA Bar No. 206587)
*andrew@pugnolaw.com*
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 608-3065, Facsimile: (916) 608-3066

ALLIANCE DEFENSE FUND
Brian W. Raum (NY Bar No. 2856102)*
*braum@telladf.org*
James A. Campbell (OH Bar No. 0081501)*
*jcampbell@telladf.org*
15100 North 90th Street, Scottsdale, Arizona 85260
Telephone: (480) 444-0020, Facsimile: (480) 444-0028

ATTORNEYS FOR DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, MARK A. JANSSON, and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL

* Admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK | CASE NO. 09-CV-2292 VRW<br><br>**DECLARATION OF SARAH TROUPIS IN SUPPORT OF DEFENDANT-INTERVENORS' MOTION FOR A PROTECTIVE ORDER**<br><br>Date: September 25, 2009<br>Time: 10:00 a.m.<br>Judge: Chief Judge Vaughn R. Walker |

1

| | |
|---|---|
| 1  B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles, | Location: Courtroom 6, 17th Floor |

        Defendants,

and

PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,

        Defendant-Intervenors.

<u>Additional Counsel for Defendant-Intervenors</u>

ALLIANCE DEFENSE FUND
Timothy Chandler (CA Bar No. 234325)
*tchandler@telladf.org*
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 932-2850, Facsimile: (916) 932-2851

Jordan W. Lorence (DC Bar No. 385022)*
*jlorence@telladf.org*
Austin R. Nimocks (TX Bar No. 24002695)*
*animocks@telladf.org*
801 G Street NW, Suite 509, Washington, D.C. 20001
Telephone: (202) 393-8690, Facsimile: (202) 347-3622

* Admitted *pro hac vice*

2

DECLARATION OF SARAH TROUPIS IN SUPPORT OF DEFENDANT-INTERVENORS'
MOTION FOR PROTECTIVE ORDER, CASE NO. 09-CV-2292 VRW

I, Sarah E. Troupis, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a resident of Indiana over 18 years of age, and my statements herein are based on personal knowledge.

2. This declaration is made in support of Defendant-Intervenors' motion for a protective order.

3. ProtectMarriage.com is a Defendant-Intervenor in this case.

4. I am an attorney who represents ProtectMarriage.com as a plaintiff in another case—a lawsuit challenging various election disclosure provisions of California law. The case is styled as *ProtectMarriage.com v. Bowen*, No. 09-0058 (E.D. Cal., filed Jan. 7, 2009).

5. One of ProtectMarriage.com's assertions in the *Bowen* case is that California laws requiring the public disclosure of the identity of certain referendum campaign donors violate the First Amendment by chilling core political speech. As part of its factual showing in that case, ProtectMarriage.com has submitted nearly 60 declarations of individuals who attested to harassment and threats leveled against them because of their support of traditional marriage.

6. I was the attorney responsible for collecting these declarations. As part of that process, I spoke with each of the declarants, who reported to me many instances of harassment and threats as a result of their support for Prop. 8.

7. True and correct copies of those declarations, as filed in the *Bowen* case, are available on the District Court for Eastern District of California's PACER website. *See* Docs # 32-33, 35-40, 45, 113-162, *ProtectMarriage.com v. Bowen*, No. 09-00058 (E.D. Cal. filed Jan. 9, 2009). The declarations of Does 1 through 9 were filed in support of ProtectMarriage.com's motion for a preliminary injunction. The majority of the declarations—those of Does 10 through 58—were filed in support of ProtectMarriage.com's motion for summary judgment.

3

8. I have had several other individuals who support traditional marriage come to me with incidents of harassment and threats they suffered because of their support for traditional marriage. Even though we have a protective order in place in the *Bowen* case that allows individuals to submit declarations under seal, these individuals were unwilling to submit declarations because of the fear that, despite the protective order, their names would become public knowledge and they would be subject to further threats and harassment.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on September 15, 2009

_____
Sarah E. Troupis

5

DECLARATION OF SARAH E. TROUPIS IN SUPPORT OF DEFENDANT-INTERVENORS'
MOTION FOR PROTECTIVE ORDER, CASE NO. 09-CV-2292 VRW