1  GIBSON, DUNN & CRUTCHER LLP
   Theodore B. Olson, SBN 38137
2  *tolson@gibsondunn.com*
   Matthew D. McGill, *pro hac vice*
3  Amir C. Tayrani, SBN 229609
   1050 Connecticut Avenue, N.W., Washington, D.C. 20036
4  Telephone: (202) 955-8668, Facsimile: (202) 467-0539

5  Theodore J. Boutrous, Jr., SBN 132009
   *tboutrous@gibsondunn.com*
6  Christopher D. Dusseault, SBN 177557
   Ethan D. Dettmer, SBN 196046
7  Sarah E. Piepmeier, SBN 227094
   Theane Evangelis Kapur, SBN 243570
8  Enrique A. Monagas, SBN 239087
   333 S. Grand Avenue, Los Angeles, California 90071
9  Telephone: (213) 229-7804, Facsimile: (213) 229-7520

10 BOIES, SCHILLER & FLEXNER LLP
   David Boies, *pro hac vice*
11 *dboies@bsfllp.com*
   Theodore H. Uno, SBN 248603
12 333 Main Street, Armonk, New York 10504
   Telephone: (914) 749-8200, Facsimile: (914) 749-8300
13
   Attorneys for Plaintiffs KRISTIN M. PERRY, SANDRA B. STIER,
14 PAUL T. KATAMI, and JEFFREY J. ZARRILLO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>Defendants. | CASE NO. 09-CV-2292 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY OF EXPERT WITNESSES** |

Plaintiffs Kristin M. Perry, Sandra B. Stier, Paul T. Katami, and Jeffrey J. Zarrillo ("Plaintiffs"), Plaintiff-Intervenor City and County of San Francisco ("Plaintiff-Intervenor"), Defendant-Intervenors Proposition 8 Official Proponents Dennis Hollingsworth, Gail J. Knight, Martin F. Gutierrez, Hak-Shing William Tam, and Mark A. Jansson; and ProtectMarriage.com – Yes on 8, A Project of California Renewal ("Defendant-Intervenors"), and Defendants Arnold Schwarzenegger, Edmund G. Brown, Jr., Mark B. Horton, Linette Scott, Patrick O'Connell, and Dean C. Logan ("Defendants") (collectively the "Parties"), through their respective counsel of record, hereby stipulate to the following regarding the scope of discovery concerning expert witnesses in this matter:

1. The Parties stipulate and agree that no Party is entitled to discover the contents of communications that involve counsel for any Party and any retained expert or outside consultant, whether such expert or outside consultant is serving as a testifying or non-testifying expert;

2. Further, the Parties stipulate and agree that no Party is entitled to discover the contents of drafts of expert witness disclosures or reports prepared in relation to Federal Rules of Civil Procedure Rule 26(a)(2);

3. Nothing in this stipulation limits in any way the right of either party to discover and examine the basis for a testifying expert's opinion or conclusion, the data or other information considered by the Outside Consultant in forming the opinion or conclusion, and any other information subject to discovery under Rule 26(a)(2); and

4. This Stipulation may be signed in counterparts and facsimile signatures are deemed originals for all purposes.

///
///
///

| | | |
|---|---|---|
| 1 | DATED: September 16, 2009 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | | |
| 3 | | By: _____/s/_____ |
| | | Christopher D. Dusseault |
| 4 | | |
| | | and |
| 5 | | |
| | | BOIES, SCHILLER & FLEXNER LLP |
| 6 | | |
| | | David Boies |
| 7 | | |
| | | Attorneys for Plaintiffs KRISTIN M. PERRY, |
| 8 | | SANDRA B. STIER, PAUL T. KATAMI, and |
| | | JEFFREY J. ZARRILLO |
| 9 | | |
| 10 | DATED: September 10, 2009 | OFFICE OF THE CITY ATTORNEY |
| 11 | | |
| 12 | | By: _____/s/_____ |
| | | Ronald Flynn |
| 13 | | |
| | | Attorneys for Plaintiff-Intervenor |
| 14 | | CITY AND COUNTY OF SAN FRANCISCO |
| 15 | | |
| | DATED: September 10, 2009 | COOPER AND KIRK, PLLC |
| 16 | | |
| 17 | | |
| | | By: _____/s/_____ |
| 18 | | David Thompson |
| 19 | | Attorneys for Defendant-Intervenors |
| | | PROPOSITION 8 OFFICIAL PROPONENTS; and |
| 20 | | PROTECTMARRIAGE.COM – YES ON 8, A |
| | | PROJECT OF CALIFORNIA RENEWAL |
| 21 | | |
| 22 | DATED: September 16, 2009 | OFFICE OF THE ATTORNEY GENERAL |
| 23 | | |
| 24 | | By: _____/s/_____ |
| | | Tamar Pachter |
| 25 | | |
| | | Attorneys for Defendant |
| 26 | | ATTORNEY GENERAL EDMUND G. BROWN, JR. |
| 27 | | |
| 28 | | |

| | |
|---|---|
| DATED: September 16, 2009 | MENNEMEIER, GLASSMAN & STROUD LLP |

By: _____/s/_____
Kenneth C. Mennemeier

Attorneys for Defendants ARNOLD SCHWARZENEGGER, MARK B. HORTON, and LINETTE SCOTT (the "Administration Defendants")

DATED: September 10, 2009        THE OFFICE OF THE COUNTY COUNSEL

By: _____/s/_____
Claude F. Kolm, Deputy County Counsel

Attorneys for Defendant PATRICK O'CONNELL, Clerk-Recorder for the County of Alameda

DATED: September 10, 2009        THE OFFICE OF COUNTY COUNSEL

By: _____/s/_____
Judy Whitehurst

Attorneys for Defendant DEAN C. LOGAN, Recorder/County Clerk for the County of Los Angeles

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____        _____
HON. VAUGHN R. WALKER
United States District Chief Judge

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

By: /s/ Enrique A. Monagas<br>Enrique A. Monagas

| | | |
|---|---|---|
| 1 | DATED: September 16, 2009 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Christopher D. Dusseault |
| 5 | | and |
| 6 | | BOIES, SCHILLER & FLEXNER LLP |
| 7 | | David Boies |
| 8 | | Attorneys for Plaintiffs KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO |
| 9 | | |
| 10 | DATED: September ___, 2009 | OFFICE OF THE CITY ATTORNEY |
| 11 | | |
| 12 | | By:_____ |
| 13 | | Ronald Flynn |
| 14 | | Attorneys for Plaintiff-Intervenor CITY AND COUNTY OF SAN FRANCISCO |
| 15 | DATED: September ___, 2009 | COOPER AND KIRK, PLLC |
| 16 | | |
| 17 | | By:_____ |
| 18 | | David Thompson |
| 19 | | Attorneys for Defendant-Intervenors PROPOSITION 8 OFFICIAL PROPONENTS; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL |
| 20 | | |
| 21 | | |
| 22 | DATED: September ___, 2009 | OFFICE OF THE ATTORNEY GENERAL |
| 23 | | |
| 24 | | By:_____ |
| 25 | | Tamar Pachter |
| 26 | | Attorneys for Defendant ATTORNEY GENERAL EDMUND G. BROWN, JR. |

| | | |
|---|---|---|
| 1 | DATED: September ___, 2009 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | | |
| 3 | | By:_____ |
| 4 | | Christopher D. Dusseault |
| 5 | | and |
| 6 | | BOIES, SCHILLER & FLEXNER LLP |
| 7 | | David Boies |
| 8 | | Attorneys for Plaintiffs KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO |
| 9 | | |
| 10 | DATED: September 10, 2009 | OFFICE OF THE CITY ATTORNEY |
| 11 | | |
| 12 | | By:_/s/ Ronald Flynn_____ |
| 13 | | Ronald Flynn |
| 14 | | Attorneys for Plaintiff-Intervenor CITY AND COUNTY OF SAN FRANCISCO |
| 15 | DATED: September ___, 2009 | COOPER AND KIRK, PLLC |
| 16 | | |
| 17 | | |
| 18 | | By:_____ David Thompson |
| 19 | | Attorneys for Defendant-Intervenors PROPOSITION 8 OFFICIAL PROPONENTS; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL |
| 20 | | |
| 21 | | |
| 22 | DATED: September ___, 2009 | OFFICE OF THE ATTORNEY GENERAL |
| 23 | | |
| 24 | | By:_____ Tamar Pachter |
| 25 | | Attorneys for Defendant ATTORNEY GENERAL EDMUND G. BROWN, JR. |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| DATED: September ___, 2009 | GIBSON, DUNN & CRUTCHER LLP |

By: _____
        Christopher D. Dusseault

and

BOIES, SCHILLER & FLEXNER LLP

David Boies

Attorneys for Plaintiffs KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO

DATED: September ___, 2009    OFFICE OF THE CITY ATTORNEY

By: _____
        Ronald Flynn

Attorneys for Plaintiff-Intervenor
CITY AND COUNTY OF SAN FRANCISCO

DATED: September ___, 2009    COOPER AND KIRK, PLLC

By: *David Thompson /pb*
        David Thompson

Attorneys for Defendant-Intervenors
PROPOSITION 8 OFFICIAL PROPONENTS; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL

DATED: September ___, 2009    OFFICE OF THE ATTORNEY GENERAL

By: _____
        Tamar Pachter

Attorneys for Defendant
ATTORNEY GENERAL EDMUND G. BROWN, JR.

| | | |
|---|---|---|
| 1 | DATED: September ___, 2009 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | | |
| 3 | | By:_____ |
| 4 | | Christopher D. Dusseault |
| 5 | | and |
| 6 | | BOIES, SCHILLER & FLEXNER LLP |
| 7 | | David Boies |
| 8 | | Attorneys for Plaintiffs KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO |
| 9 | | |
| 10 | DATED: September ___, 2009 | OFFICE OF THE CITY ATTORNEY |
| 11 | | |
| 12 | | By:_____ |
| 13 | | Ronald Flynn |
| 14 | | Attorneys for Plaintiff-Intervenor CITY AND COUNTY OF SAN FRANCISCO |
| 15 | | |
| 16 | DATED: September ___, 2009 | COOPER AND KIRK, PLLC |
| 17 | | |
| 18 | | By:_____ |
| | | David Thompson |
| 19 | | Attorneys for Defendant-Intervenors PROPOSITION 8 OFFICIAL PROPONENTS; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL |
| 20 | | |
| 21 | | |
| 22 | DATED: September 16, 2009 | OFFICE OF THE ATTORNEY GENERAL |
| 23 | | |
| 24 | | By: /s/ Tamar Pachter |
| 25 | | Tamar Pachter |
| 26 | | Attorneys for Defendant ATTORNEY GENERAL EDMUND G. BROWN, JR. |
| 27 | | |
| 28 | | |

Gibson, Dunn & Crutcher LLP

2

09-CV-2292 VRW  STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY OF EXPERT WITNESSES

DATED: September 16, 2009             MENNEMEIER, GLASSMAN & STROUD LLP

By: /s/ Kenneth C. Mennemeier
        Kenneth C. Mennemeier

Attorneys for Defendants ARNOLD SCHWARZENEGGER, MARK B. HORTON, and LINETTE SCOTT (the "Administration Defendants")

DATED: September ___, 2009            THE OFFICE OF THE COUNTY COUNSEL

By: _____
        Lindsey Stern

Attorneys for Defendant PATRICK O'CONNELL, Clerk-Recorder for the County of Alameda

DATED: September ___, 2009            THE OFFICE OF COUNTY COUNSEL

By: _____
        Judy Whitehurst

Attorneys for Defendant DEAN C. LOGAN, Recorder/County Clerk for the County of Los Angeles

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

HON. VAUGHN R. WALKER
United States District Chief Judge

100725508_1 (2009-09-09 Stipulation re experts) (4).DOC

| | | |
|---|---|---|
| 1 | DATED: September ___, 2009 | MENNEMEIER, GLASSMAN & STROUD LLP |
| 2 | | |
| 3 | | By:_____ |
| | | Kenneth C. Mennemeier |
| 4 | | |
| 5 | | Attorneys for Defendants ARNOLD SCHWARZENEGGER, MARK B. HORTON, and LINETTE SCOTT (the "Administration Defendants") |
| 6 | | |
| 7 | DATED: September _10_, 2009 | THE OFFICE OF THE COUNTY COUNSEL |
| 8 | | |
| 9 | | By: _[signature]_____ |
| | | Claude F. Kolm, Deputy County Counsel |
| 10 | | |
| 11 | | Attorneys for Defendant PATRICK O'CONNELL, Clerk-Recorder for the County of Alameda |
| 12 | DATED: September ___, 2009 | THE OFFICE OF COUNTY COUNSEL |
| 13 | | |
| 14 | | |
| 15 | | By:_____ |
| | | Judy Whitehurst |
| 16 | | Attorneys for Defendant DEAN C. LOGAN, Recorder/County Clerk for the County of Los Angeles |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____              _____
                                           HON. VAUGHN R. WALKER
                                           United States District Chief Judge

100725508_1 (2009-09-09 Stipulation re experts) (4).DOC

3

09-CV-2292 VRW   STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY OF EXPERT WITNESSES

Gibson, Dunn & Crutcher LLP

| | | |
|---|---|---|
| 1 | DATED: September ___, 2009 | MENNEMEIER, GLASSMAN & STROUD LLP |

By:_____
Kenneth C. Mennemeier

Attorneys for Defendants ARNOLD SCHWARZENEGGER, MARK B. HORTON, and LINETTE SCOTT (the "Administration Defendants")

DATED: September ___, 2009          THE OFFICE OF THE COUNTY COUNSEL

By:_____
Lindsey Stern

Attorneys for Defendant PATRICK O'CONNELL, Clerk-Recorder for the County of Alameda

DATED: September 10, 2009          THE OFFICE OF COUNTY COUNSEL

By:_____
Judy Whitehurst

Attorneys for Defendant DEAN C. LOGAN, Recorder/County Clerk for the County of Los Angeles

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____

_____
HON. VAUGHN R. WALKER
United States District Chief Judge

100725508_1 (2009-09-09 Stipulation re experts) (4).DOC