# EXHIBIT C



# THE 18TH ANNUAL POLLIE AWARDS & CONFERENCE
RECOGNIZING THE BEST IN POLITICAL AND PUBLIC AFFAIRS COMMUNICATIONS

POLLIE WINNERS 2009

MARCH 27-29, 2009 · GAYLORD NATIONAL RESORT & CONVENTION CENTER
NATIONAL HARBOR · WASHINGTON, DC

# THE 18TH ANNUAL POLLIE AWARDS & CONFERENCE

## TABLE OF CONTENTS

**The Judges**
Individuals and Organizations ............ 3-5

**Overall Campaign**
Candidate ............ 6
Ballot ............ 7
Public Affairs ............ 6

**Collateral**
Candidate ............ 7
Ballot ............ 7
Public Affairs ............ 8

**Direct Mail**
Candidate ............ 8
Ballot ............ 10
Public Affairs ............ 11

**Field**
Candidate ............ 12
Ballot ............ 12
Public Affairs ............ 12

**Fundraising**
Candidate ............ 12
Ballot ............ 12
Public Affairs ............ 12

**Internet**
Candidate ............ 13
Ballot ............ 14
Public Affairs ............ 15

**Newspaper**
Candidate ............ 16
Ballot ............ 16
Public Affairs ............ 16

**Phones**
Candidate ............ 16
Ballot ............ 18
Public Affairs ............ 18

**Radio**
Candidate ............ 19
Ballot ............ 19
Public Affairs ............ 19

**Television**
Candidate ............ 20
Ballot ............ 21
Public Affairs ............ 22

**International**
European ............ 23
Latin America ............ 23

**Student**
Categories ............ 23



AAPC — THE ASSOCIATION OF POLITICAL AND PUBLIC AFFAIRS PROFESSIONALS

## THE JUDGES

Each year the AAPC is host to the world's only awards competition solely for political and public affairs consultants, and it could not be done without the time, talent and contributions of the many individuals and organizations listed below!

Andrew Acosta, Acosta|Salazar, LLC
Kim Alfano, Doyle, Alfano Communications
Jill Alper, Dewey Square Group
Holly Armstrong
Gerald J. Austin, Gerald J. Austin & Associates / Burges & Burges Strategists
Steve Ayscue, Haddon Capital Ventures, LLC
David Bain, Viral Media Productions
Bruce Barcelo, Barcelo&Company
Michael Bassik, Air America Media
Ross Bates, Bates Consulting
Carol Baudler, The Nature Conservancy
Tony Bawidamann, MWW Group
Margie Becker, MBA
Roy Behr, Behr Communications
Anthony Bellotti, GD Online Ads
Terry Benham, Impact Management Group
Krista Benner
Paul W. Bentz, HighGround, Inc.
Achim Bergmann, SC Strategies, LLC
Michael Beychok, Ourso Beychok Johnson, Inc.
Aaron Beytin, Kennedy Communications
Garrett Biggs, Blair • Biggs Campaigns
Shannon J Bilger, Pennsylvania Democratic Party
Brent Blackaby, Blackrock Associates
Bob Blaemire, Catalist
Todd Blair, Blair • Biggs Campaigns
Nancy Bocskor, The Nancy Bocskor Company
Glen Bolger, Public Opinion Strategies
James Bowers, Berman and Company
Paul W. Brandenburger, The University of Kansas
Pete Brodnitz, Benenson Strategy Group
Edward Brookover, Greener and Hook
Stephen Brooks, Ray C. Bliss Institute of Applied Politics at The University of Akron
David Browne, David Browne & Associates
Jeff Browne, CapAd Communications
Julie Buckner, Laurel Canyon Media Group, Inc.
Mark Bunge, Hart Research Associates
Jennifer Burton, Envision Communications
Michael John Burton, Ohio University
Edward Cafiero, The Clinton Group
Bruce Cain, Center for Campaign Leadership
Sean Carr
Sean Cartwright, Kennedy Communications
Chris Casey, NGP Software
Meredith Chalken, The Mellman Group
Lorena Chambers, Chambers Lopez & Gaitán LLC
Kathy Chan, Facebook
Cathrine Charles, Various Campaigns Field Director
Melissa Chernaik, Grove Insight, Ltd.
Andrei Cherny
Karl Chisholm, Mandate Media
Scott Cimmarusti, Curtis Scott Advertising Inc.
Molly Clancy, Politics Magazine
Tim Clark, JohnsonClark Associates
Michael Clarke, Internet Association Corporation Chief Political Consultant
David Cohen, Ray C. Bliss Institute of Applied Politics at The University of Akron
Travis Considine, Campaign Solutions
Katie Cook, Direct Line Politics
Todd Cook, Main Street Strategies
Chris Cooper, MSHC Partners
Meghan Cox, Lincoln Strategy Group
Bernard Craighead, IEM Message Management
Christopher J. Crotty, Crotty Consulting, Inc.
Bill Crounse, Bill Crounse Communications
Allan Crow, Allan B. Crow & Associates
Christian Curto, Campaign Solutions
Carol Dahmen, Comcast Spotlight
Shaun Dakin, The National Political Do Not Contact Registry
Nick Dalsey, Campaign Solutions
James Dandeneau, New York State Senate
Maurice Daniel, eye2eye Communications
Michelle Davidson, The Media Guys
Fred N. Davis III, Strategic Perception Inc.
John Del Cecato, AKPD Message and Media
Marcus Dell'Artino, FirstStrategic, Communications and Public Affairs
James Delorey, Global Strategy Group
Debra DeShong Reed, Point Blank Public Affairs, LLC
Iva Ellen Deutchman, Hobart and William Smith Colleges
Raghu Devaguptapu, Rapid Strategies
Tad Devine, Devine Mulvey
Tracy Dietz, Politics Magazine
Jenny Dombrowski, JD/DC Strategic Communications, LLC
Becki Donatelli, Campaign Solutions/ CD Online Ads
Angela Douglas
Jennifer Duffy, The Cook Political Report
Myles Duffy, 360jmg
Scott Dworkin, Bulldog Finance Group
Frank Eaton, The Bully Documentary Co.
Ekaterina Egorova, Niccolo M Group
Thomas C. Ellington, Wesleyan College
Dale Emmons, Emmons & Company, Inc.
Jamie Emmons, Emmons & Company, Inc.
Matthew Erickson, Laguens Kully Klose Partners
Edward Espinoza, America Votes
Kelly Evans, Kelly Evans Consulting

**AAPC: The Association of Political and Public Affairs Professionals**

**THE 18TH ANNUAL POLLIE AWARDS & CONFERENCE**

Patricia Ewing, eye2eye Communications
Gayle Lynn Falkenthal, Falcon Valley Group
Marilyn Fancher, APCO Worldwide
Chris Faulkner, Faulkner Strategies
Michael Favilla, New York State Senate
Jessica Fawson, Guidant Strategies
Donald Ferguson
Christie Findlay, Politics Magazine
Stephanie Findley, Fast & Accurate Business Solutions
Celia Fischer, Laurel Canyon Media Group, Inc.
Hal Fischer, Mount Vernon Printing
Sarah Flowers, Laguens Kully Klose Partners
Stephen Fong
George Fontas, New Gotham Strategies
Ondine Fortune, Fortune Media, Inc.
Brian Franklin, Impact Politics, LLC
Joe Fuld, MSHC Partners
Chris Gallaway, FieldWorks, LLC
Sean Gamble, Special Projects Nevada
Anthony Garrett, Anthony Garrett and Associates
Harry E. Giannoulis, The Parkside Group
John Glesser, Spoken Hub, LLC
Buddy Gill, Texas Credit Union League
Christy Gleason, Camden County Democratic Committee

Mattis Goldman, SeeChange Media
Adam Goodman, The Victory Group, Inc.
Rachel Gorlin, Tipping Point Strategies
Chad W. Gosselink, Zata|3 Consulting
Julie Greene, AFL-CIO
Josh Grossfield, Mammen Group, Inc.
Michael Grossman, Fifty Plus One
Lisa Grove, Grove Insight, Ltd.
Joaquin Guerra, SEIU Communications Center Inc.
Reed Guice, The Guice Agency
Jeff Gumbinner, 360jmg
John P. Guyette, New York State Senate
Janis Hahn, Hahn and Associates, LLP
Baha Hariri
Deborah Harkins, McGlinchey Stafford PLLC
Ryan Hawkins, The Winding Creek Group, Inc.
Mitchel Herian, University of Nebraska
Craig Hickox, KTVU-TV
Bill Hillsman, North Woods Advertising
Michael Hoffman, See3 Communications
Jason Holly, Leviathan Strategy
Bradley Honan, Penn, Schoen and Berland Associates
Trish Hoppey, MSHC Partners
Misha Houser, Superior Campaigns

David Howard, California Association of REALTORS®
Michael Hudome, MH Media
Jackie Huelbig, CD Online Ads
Aleita Huguenin, Aleita & Partners
Larry Huynh, Blackrock Associates
Cassandra Illidge-Roberts, Getty Images
Kay Israel, Rhode Island College
Bud Jackson, Jackson Group Media, LLC
Karen Jagoda, E-Voter Institute
Evelyn Jerome Alexander, SJA Strategies
Michael Johns
Jennifer Johnson, Lauer Johnson Research
Benjamin Jones, New Partners, Inc.
Dan Judy, Ayres, McHenry & Associates, Inc.
Aram Kailian, Leo A Daly
Tugba Kalafatoglu, Tugba Kalafatoglu & Associates
Larry Kamer, Kamer Consulting Group
Carter Kidd, Campaign Solutions
Adam Kirsch, Marion County Democratic Party
Christopher Klose, Laguens Kully Klose Partners
Rob Kubasko, Iguana, Inc.
Karen Kunz, West Virginia University
Andrea Landis, Kaufman Campaign Consultants

Matt Latham, Oklahoma Association for Justice
Natalie LeBlanc, MSHC Partners
Christopher Lee, CGL Consulting Group
Roger Lee, The Roger Lee Group
Dotty E. LeMieux, Green Dog Campaigns and Communications
Kevin Lenaburg, Bonner & Associates
Mitchell Lester, Lester Connect
Catherine Lew, The Lew Edwards Group
Krista Lewie-Cepero
Jordan Lieberman, Politics Magazine
Alice Lincoln, Plus Three
Ann Liston, Adelstein | Liston
Jef Loeb, Brainchild Creative
Luther Lowe, Yelp.com
Marina Luderer, Winning Directions
Walter Ludwig, TeamBlue Politics, Inc.
Kevin Mack, Mack|Crounse Group
Lisa MacLean, Moxie Media
Lance Mangum, Capital One
Susan Markham, EMILY's List
Read Scott Martin, WIT Strategy
Cesar Martinez, MAS Consulting Group
Yvette Martinez, PSP
Michael Matthews, LSG Strategies
Lewis Mazanti, The University of Oklahoma

Peggy Maze Johnson
Doug McAlarney, Brown & McAlarney Communications
Sean McCarthy, Jackson McCarthy & Associates
Elizabeth Jane McCune
Jon McHenry, Ayres, McHenry & Associates, Inc.
Bill McIntyre, Democratic Assembly Campaign Committee
Gibson McKay, Verious
Bryon McKim, McKim Strategies
Jamie McKown, College of the Atlantic
Rod McLeod
Francine McMahon, The Hill
Matthew McMillian, BuzzMaker
Howell Medley
Bynum Thompson Ryer Strategic Communications
Michael O'Connor, Bose Public Affairs
Marc O'Hara, Precision Politics - Hired Gun Media
Jon Meizer
Brian Michael, Integrated Web Strategy
Erin Micheletti, Kennedy Communications
Jason C. Miller, MSHC Partners
Rohn Jay Miller, IconNicholson
Will Miller, The University of Akron
Erik Millman, Millman Research and Consulting
Vinny Minchillo, Scott Howell & Company
Patrick Moir, Moir & Associates
Brad Mont, Media Ad Ventures, Inc.

Bob Moore, Moore Information, Inc.
Chad Morgan, Visteva
Chris Mottola, Chris Mottola Consulting, Inc.
Michael Mulé, UPT Strategies
Millard Mulé, UPT Strategies
Michael Muller, Democratic Assembly Campaign Committee
Julian Mulvey, Devine Mulvey
Andrew Myers, Myers Research | Strategic Services
Luis Navarro
Nathan Nayman, Visa
Samuel Nitz, Petel & Co.
Julia Norton, Squier Knapp Dunn Communications
Timothy Nurnberger, Campaign Solutions
Josh Pulliam, JPM&M, Inc.
Joe Qualls, The Parkside Group
Marko Rakar, MRAK Services
Jason Ralston, Ralston Lapp Media
Joe Reubens, The Parkside Group
Erica Rickel, Hamilton Companies
Brett Smiley, Campaign Finance Officers, LLC
Michael Smith, ConnectCallUSA.com/MDSA Strategic Communications
Ronald Smith, Smith Communications, LLC
Steve Snider, National Education Association
Mark SooHoo, Campaign Solutions
Jim Spencer, The Campaign Network

Robert W. Pearson, Fels Institute of Government, University of Pennsylvania
Ryan Peene, Capital Impact Group Public Affairs
Robert Penner, Strategic Communications
Michael Pereira, New York State Senate
Rebecca Perkins, The Perkins Partnership
Karen Petel, Petel & Co.
Elizabeth Pine, The Athena Group
Wade Plank, Plank's Heating and Air
Jeffrey Pollock, Global Strategy Group
Ernie Powell, AARP
Brandon Powers, Communications, Inc.
Colleen Shogan, Congressional Research Service (CRS)
Amy Simon, Goodwin Simon Victoria Research
Scott Simpson, Hamilton Campaigns
Sean Sinclair, Sinclair Strategies
Bart Robbett, Robbett Advocacy Media, LLC
Rich Robinson, Robinson Communications
Rick Robinson, Author
Will Robinson, New Media Firm
Chuck Rocha, United Steelworkers Union
Lindsay Roitman
Paul Rosenberg
John Rowley, Fletcher Rowley Riddle

Melissa Roy, Organizing Group
Barry Rubin, infoUSA
Maya Russell, NOW Communications
Marcy Rye, WireMedia Communications, Inc.
Roger Stone, Advocacy, Inc.
Angela Struebing, The Lukens Company
Sean Sullivan, HSC, Inc.
Jim Sype
Mary Szczepanik, Lester Connect
Jim Tabilio, Winning Directions
José Manuel Talero Garcia, more2say GmbH
Rick Thomas, Quinn Thomas Public Affairs, LLC
Jeremy Thompson, Reelpolitik Campaign Media
Waldo Tibbetts, Politico
Sean Tipton, American Society for Reproductive Medicine
Brad Todd, OnMessage, Inc.
J. Toscano, GMMB
Ed Traz, thetrazgroup
Stanley Tsao, The Connections Group
Gail C. Tuzzolo, GTA, Inc.
Eugene Lehling, Gannett Company, Inc
Drew Veeneman, The University of Akron
Dan Vermillion, MT Democrats
Bill Wachob, The Campaign Group
Ryan Waite, CD Online Ads

Tom Squitieri, TS Navigations, LLC
Evan Stavisky, The Parkside Group
Jared Stimson, Faulkner Strategies
Marty Stone, Stones' Phones
Jacob Saperstein, Ground Floor Public Affairs
Scott Schmidt, RSC Partners, Inc.
Matt Schneider, Field Strategies
Eric Schnurer, Public Works, LLC
Paul Seale, Allen Media, Inc.
Jaimey Sexton, Telephone Strategies Group
Michael Salis, New York State Assembly
Barb Sallee, Meridian Chiles
Kyle Osterhout, Media Strategies and Research
John Owens-Ream, Design Different Consulting
Alan Packman, LSG Strategies
Van Parish, The Parish Group
Chris Paulitz, Senator George V. Voinovich, Ohio
Patrick C. Melnick, The University of Oklahoma
Kevin O'Neill, Grassroots Enterprise
Joseph Oddo, Write Consult, LLC
Margie Omero, Momentum Analysis
Stuart Osnow, Prime New York

Debra Walker, Artist
John Wallace, Politics Magazine
Brian Walsh, NRCC
Brian Walsworth, Walsworth Political
Joshua Wander
Bret Wask
Ruth Watry, Northern Michigan University
Mark Watts, Abacus Associates
Amy Weiss, Point Blank Public Affairs, LLC
Steve Welchert, Welchert & Britz, Inc.
Liz Welsh, Executive Communications, Inc.
John Whitehurst, Whitehurst/Mosher Campaign Strategy and Media
Juli-anne Whitney, Groundswell Communications
Jay Williams, The Stoneridge Group
Lynne Williams
Chris Wilson, Wilson Research Strategies
Ken Winneg, Annenberg Public Policy Center
Mircalla Wozniak
Chris Wright, Committee on Jobs
Amos Young Jr., California Democratic Party
Amy Young, Progressive Solutions Group
Matthew Zablud, Adfero Group
Rachel Zenner, Safeway, Inc.
Suzanne Zurn, 720 Strategies

# THE WINNERS

Please join us in recognizing the winning firms and entries within the following categories.

## Overall Campaign

*Candidate*

Local Voices
TruthandHope.org PAC
Silver

Mark Begich for U.S. Senate
Murphy Putnam Media
Bronze

**Direct Mail Campaign: Democrat**

Obama Iowa
The Strategy Group
Gold

Kostar for Missouri Attorney General
a-political
Honorable Mention

Steve Stivers' Lobbyist Games
Mission Control, Inc.
Silver

**TV/Radio Campaign: Republican**

Larry Marek for State Representative
360jmg
Bronze

John Sullivan for Congress
Strategic Perception, Inc.
Silver

Barack Obama for President (FL)
Mack|Crounse Group
Honorable Mention

Hodes
Mission Control, Inc.
Honorable Mention

Jim Inhofe for Senate
Strategic Perception, Inc.
Honorable Mention

**Direct Mail Campaign: Republican**

John Carona – "Little John" Campaign
Allyn & Company
Silver

Stivers Campaign
King Strategic Communications, Inc.
Bronze

Myers Republican Primary
theitezzgroup
Honorable Mention

**TV/Radio Campaign: Democrat**

SKD/DSCC Ad Campaign Against Senator Elizabeth Dole
Squier Knapp Dunn Communications
Gold

**Best of Show: Democrat**

Gone, Gone
The Jackson Group
Honorable Mention

Rocking Chairs
Squier Knapp Dunn Communications
Gold

Obama Iowa BIO/DVD
The Strategy Group
Silver

"King of Big Oil" Rhyming Cartoon
360jmg
Bronze

**Best of Show: Republican**

Barack Obama Neighbor-to-Neighbor
Blue State Digital
Honorable Mention

John Sununu for Senate
Strategic Perception, Inc.
Bronze

2008 Republican Convention – GOPConvention 2008.com
Campaign Solutions
Silver

John McCain for President – "Celeb" TV
Strategic Perception, Inc.
Bronze

McCain Iwo Jima Response America
Honorable Mention

**Best Use of Humor: Democrat**

Job Interview Series
Murphy Putnam Media
Gold

Vern's Office
Laguens Kully Klose Partners
Bronze

**Best Fundraising: Democrat**

Obama for America
A.B. Data, Ltd.
Silver

Volunteer Tithing Initiative
The Eleison Group, LLC
Silver

**Best Fundraising: Republican**

RNC Online Advertising
Connell Donatelli, Inc.
Bronze

**Field/Phone Campaign: Democrat**

Foreign Language
Squier Knapp Dunn Communications
Silver

Vern's Office
Laguens Kully Klose Partners
Bronze

## TV/Radio Campaign

Yes on Proposition 8: Television Campaign
Schubert Flint Public Affairs
Gold

2GOES2FAR TV Campaign
Hanon McKendry
Silver

Support Rail Transit
McNeil Wilson Communications
Honorable Mention

I Believe in God
Vern's Office
Silver

Approve 57
Murphy Putnam Media
Bronze

**Best Fundraising**

Yes on Proposition 8 Online Marketing Campaign
Schubert Flint Public Affairs and Connell Donatelli, Inc.
Silver

**Best Use of Humor**

Invasion of the Two-Faced Lawyers
Hackney & Hackney
Silver

"Professor" TV
Hanon McKendry
Bronze

Godzilla
The Strategy Group
Honorable Mention

**Internet/New Technology Campaign**

Microtargeted Television Buying – Defend Oregon
Changing Targets Media, MSHC Partners and The New Media Firm
Silver

**Internet/New Technology Campaign: Democrat**

360jmg
Democrat
Vern's Office

**Internet/New Technology Campaign: Republican**

2008 Republican Convention – GOPConvention 2008.com
Campaign Solutions
Silver

*Ballot*

**Direct Mail Campaign**

Vote Yes Minnesota: Targeting Women and Sportsmen
Wampold Strategies
Silver

Napa Pipe – "Get Out the Vote"
DAVIES
Bronze

California Proposition 8
Bieber Communication/ Schubert Flint Public Affairs
Honorable Mention

## Best Use of Humor

Class Elections
Berman and Company
Gold

Union Boss Game
Berman and Company
Silver

Dollhouse
Berman and Company
Bronze

*Public Affairs*

**Direct Mail Campaign**

RNC Online Advertising
Connell Donatelli, Inc.
Honorable Mention

AAPC 2008 Hall of Fame Booklet
Winning Directions
Bronze

AAPC 2008 Winners Booklet
Winning Directions
Honorable Mention

**TV/Radio Campaign**

Pickens Plan Media Campaign
Network Relations
Gold

Access to Care Campaign
American Cancer Society
Silver

EFAC Radio Ads
Berman and Company
Bronze

Real Abortion Solutions
The Eleison Group, LLC
Honorable Mention

**Field/Phone Campaign**

Pickens Plan Field Campaign
Network Relations
Gold

**Best Fundraising**

RNC Online Advertising
Connell Donatelli, Inc.
Bronze

Yes on Proposition 8 Online Marketing Campaign
Schubert Flint Public Affairs and Connell Donatelli, Inc.
Bronze

For Maryland for Our Future
Blue State Digital
Honorable Mention

Obama Announcement
The Strategy Group
Silver

Main Street and Mill Street Mad Dog Mail
Silver

Change
Compass Media Group
Bronze

McMahon Doorhanger
The Parkside Group
Honorable Mention

W/CV – Dino Rossi's Record on the Environment: 32%
The Connections Group
Silver

Business Man "Man of Faith" Logo
John Manlove Marketing & Communications
Bronze

Family Court Judge Logo
Buisson Creative Strategies
Honorable Mention

**Most Original/ Innovative Collateral Material**

*Candidate*

**Billboard**

You Don't Know Jack
Buisson Creative Strategies
Bronze

**Yard/Outdoor Sign**

Obama Poster "CHANGE"
Continental Colorcraft
Gold

Mobile Device Tags
Petel & Co.
Silver

IAFF Toolkit
Mack|Crounse Group
Bronze

Dean Berkley for U.S. Senate – Independence Party Tattoos
North Woods Advertising
Honorable Mention

**Non-Mail Brochure**

**Doorhanger**

Yes on A, San Francisco – Children Deserve Great Teachers
Whitehurst/Mosher Campaign Strategy and Media
Silver

Sanchez Community Tabloid
Left Coast Communications
Bronze

Iowa Barn Door
The Strategy Group
Bronze

IAFF Q&A Booklet
Mack|Crounse Group
Honorable Mention

*Ballot*

**Billboard**

Yes on A, San Francisco – Children Deserve Great Teachers
Whitehurst/Mosher Campaign Strategy and Media
Silver

Yes on A, San Francisco's Heart
Whitehurst/Mosher Campaign Strategy and Media
Bronze

**Yard/Outdoor Sign**

"Yes on J" Window Sign
Stearns Consulting, LLC
Silver

Yes on A, San Francisco – The Heart of the City Sign
Whitehurst/Mosher Campaign Strategy
Bronze

Yes on SAFE
RBI Strategies & Research
Honorable Mention

**Doorhanger**

Yes on A, San Francisco – Children Deserve Great Teachers
Whitehurst/Mosher Campaign Strategy and Media
Silver

"Earth" Doorhanger
Stearns Consulting, LLC
Bronze

Yes on A, San Francisco – Save SF General
Whitehurst/Mosher Campaign Strategy and Media
Honorable Mention

**Logo**

Yes on A, San Francisco – Every Child Deserves a Great Teacher
Whitehurst/Mosher Campaign Strategy and Media
Silver

Kids Logo: Yes on Measure OO City of Oakland
The Lew Edwards Group
Bronze

Yes on G/No on F
Terris, Barnes & Walters
Honorable Mention

Gue Douglass for Agriculture
Rainmaker Media Group
Bronze

Leno for State Senate – Best Choice for Change Sign
Whitehurst/Mosher Campaign Strategy and Media
Silver

Gue Douglass for Agriculture
Rainmaker Media Group
Silver

Sanchez Activist Banner
Left Coast Communications
Silver

**Most Original/ Innovative Collateral Material**
Salt Shaker
Stearns Consulting, LLC
Silver

Measure FF Bookmark
BergDavis Public Affairs
Bronze

**Non-Mail Brochure**
Yes on SAFE Walk Card
RBI Strategies & Research
Silver

Vote Yes Brochure
Wampold Strategies
Bronze

**Most Original/ Innovative Collateral Material**

*Public Affairs*

**Billboard**
San Manuel, A New Beginning
JohnsonClark Associates
Bronze

Water Water Everywhere
The Epstein Group, Inc.
Silver

Don't Target Colorado
RBI Strategies & Research
Bronze

Worst Unionized Teacher Contest
Berman and Company
Honorable Mention

**Mass Transit/Bus Sign**
10 Ways to Be a Great Dad
Department of Social Services
Silver

Sneakers
Robbett Advocacy Media
Bronze

Cease the Grease – Bus
The Epstein Group, Inc.
Honorable Mention

---

**Doorhanger**
Environmental Vote Update – Gillibrand
Gold Communications
Bronze

**Logo**
Biofuel for Thought
The Epstein Group, Inc.
Silver

Arts+Labs
Mercury
Bronze

CEEL Logo
Berman and Company
Honorable Mention

Obama Iowa Senior 2
The Strategy Group
Honorable Mention

**For President: Republican**
Obama Gun Contrast
The Stoneridge Group
Silver

Ask the Experts
Winning Directions
Honorable Mention

**Non-Mail Brochure**
WCV Legislative Scorecard for 2007-2008
The Connections Group
Gold

Save Water Brochure
The Epstein Group, Inc.
Silver

BOMA – Guide to the Jungle of San Francisco Politics
Whitehurst/Mosher Campaign Strategy and Media
Bronze

Pickens Plan Tabloid
Mercury
Honorable Mention

Energy Independence
Meridian Central Public Affairs
Silver

---

**Direct Mail**
*Candidate*

**For President: Democrat**
Pay Equity
The Strategy Group
Gold

Obama for America
Rally Sign Campaign
Silver

A.B. Data, Ltd.
Silver

They Agree
Mack|Crounse Group
Bronze

Dahlkemper for Congress – Time
Terris, Barnes & Walters
Bronze

**For President: Republican**
Barrow for Congress – Bull
Terris, Barnes & Walters
Honorable Mention

**For U.S. House: Republican**
Here's the Truth
Jamestown Associates
Silver

Make a Difference
Curtis Scott Advertising, Inc.
Bronze

**For Governor: Democrat**
Tooth Fairy
JC-Evans, Inc.
Honorable Mention

Small Town
Mission Control
Silver

Blueprint
Kennedy Communications
Bronze

---

**Senator Lindsey Graham – Line in the Sand**
First Tuesday Strategies
Bronze

**For U.S. House: Democrat**
Haunted House
Checkmate Consulting
Gold

Hands
Mission Control
Gold

Concrete Evidence of Pay-to-Play
The Strategy Group
Silver

**For President: Other**
Bring Ohio Back Direct Mail Campaign
Winning Directions
Bronze

**For U.S. Senate: Democrat**
Hope
Mack|Crounse Group
Bronze

Doing What's Right
Mack|Crounse Group
Honorable Mention

**For U.S. Senate: Republican**

---

**Grandma Mollie**
Kennedy Communications
Honorable Mention

**For Statewide Constitutional Office**
Allen Alley for Treasurer Bio Brochure
Quinn Thomas Public Affairs, LLC
Bronze

Peter Goldmark Harassment
Northwest Passage Consulting
Honorable Mention

**For State Legislature: Democrat**
Leno for State Senate – Right Here Right Now
Whitehurst/Mosher Campaign Strategy and Media

**For State Legislature: Republican**
Odd Man Out
The Stoneridge Group
Silver

Scott Bruun for State Representative – Important Issues
Quinn Thomas Public Affairs, LLC
Bronze

John Carona – Hard Work
Allyn & Company
Honorable Mention

Jenkins Stunt Double
The Stoneridge Group
Honorable Mention

---

**For National Organization**
Windows
Moxie Media
Gold

War Hero?
MSHC Partners
Silver

The American Dream
Message Audience & Presentation, Inc.
Bronze

Flag
Mission Control
Bronze

John McCain's Phone
Mission Control
Honorable Mention

**For State Organization**
Barry's Treasure
Lisella Public Affairs, LLC
Silver

Steams Consulting, LLC
Honorable Mention

NOI
Kennedy Communications
Bronze

Old Enough
Mack|Crounse Group
Honorable Mention

**For Local/Municipal/ Regional Candidate**
Assault Rifle
Kennedy Communications
Gold

You're Fired
theltrazgroup
Silver

Greer Redecorates
50 Blue, LLC
Bronze

Pittsburgh Story
Gold Communications
Honorable Mention

---

**Lack of "Gumption"**
Rainmaker Media Group
Honorable Mention

**Slate: Local**
Hooters
Lisella Public Affairs, LLC
Silver

More of the Same
Mack|Crounse Group
Bronze

A Better World Is Possible
Winning Directions
Honorable Mention

**Slate: Statewide**
AFRW Shoe Slate
Faulkner Strategies
Bronze

Gay Marriage
State Card
Stearns Consulting, LLC
Honorable Mention

**GOTV: Statewide**
Vote for Change
VOTE EARLY
eye2eye Communications
Silver

Change Is Just a Vote Away (Obama/Nixon)
Mack|Crounse Group
Bronze

Obama Texas GOTV 3
The Strategy Group
Honorable Mention

**GOTV: Local**
Soldier
Mack|Crounse Group
Silver

Chris Murphy "Buttons"
360jmg
Bronze

---

**Why Daddy Was a Democrat**
The Chadderdon Group
Honorable Mention

**Vote-by-Mail Ballot Request**
Meet Your New Voting Booth
360jmg
Silver

Clear
Compass Media Group
Bronze

Do You Commute?
Mack|Crounse Group
Honorable Mention

Vote-by-Mail Chase
One Little Stamp
JPM&M, Inc.
Silver

Dog
Mack|Crounse Group
Bronze

**Independent Expenditure Campaign: U.S. Senate: Democrat**
Vote Against Elizabeth Dole
Mack|Crounse Group
Silver

Blanket
Mission Control
Bronze

Clear Choice (Shaheen)
Mack|Crounse Group
Honorable Mention

Independent Expenditure Campaign: U.S. Senate: Republican

Shaheen: Record Book Persuasion Partners, Inc.
Bronze

Shaheen Pinocchio
Faulkner Strategies
Honorable Mention

---

**Independent Expenditure Campaign: U.S. House: Democrat**
Musgrave/Bush
MSHC Partners
Silver

Sweetheart
Mission Control
Bronze

Realtors PAC – Doors
Terris, Barnes & Walters
Honorable Mention

**Independent Expenditure Campaign: U.S. House: Republican**
A Record of Working for West Virginia Families
Cornerstone Solutions
Silver

Convict
Innovative Advertising
Bronze

Many Faces
Innovative Advertising
Honorable Mention

**Independent Expenditure Campaign: State Legislature: Democrat**
Not a Hero
Mack|Crounse Group
Silver

Train
Polka Consulting
Bronze

Sacrifice
MSHC Partners
Honorable Mention

**Independent Expenditure Campaign: State Legislature: Republican**
Bubbles
Bieber Communications
Silver

---

Jackson Response
JohnsonClark Associates
Bronze

Training Wheels
Bieber Communications
Honorable Mention

**Independent Expenditure Campaign: Governor: Democrat**
Big Perks
Thomas Mills Communications, Inc.
Silver

Fabric
Thomas Mills Communications, Inc.
Bronze

Trains
Thomas Mills Communications, Inc.
Honorable Mention

**Independent Expenditure Campaign: Statewide Constitutional Office**
Fair and Balanced
MSHC Partners
Silver

**Membership Political Mail**
Meltdown
Mack|Crounse Group
Gold

Rumors
Mack|Crounse Group
Silver

Big Oil
Mack|Crounse Group
Bronze

Penguins...
Mission Control
Honorable Mention

An American Story
MSHC Partners
Honorable Mention

**For Coordinated Campaign: Democrat**

Nowhere
Kennedy Communications
Silver

Whopper
Kennedy Communications
Bronze

America's Veterans
Petel & Co.
Honorable Mention

National Grassroots: Bilingual/Multilingual/Foreign Language

Outsource. Downsize. Shutdown.
Mack|Crounse Group
Silver

Obama Story
Mack|Crounse Group
Bronze

Immigrant's Journey
Stearns Consulting, LLC
Honorable Mention

**State/Local Grassroots: Bilingual/Multilingual/Foreign Language**

The Great Outdoors
MSHC Partners
Silver

Greetings From Carson
Crotty Consulting, Inc.
Bronze

Who Can You Trust?
Gold Communications
Honorable Mention

**Bilingual/Multilingual/Foreign Language: For President**

Who's He Listening To? (California Primary)
360jmg
Silver

**Bilingual/Multilingual/Foreign Language: U.S. House**

Bilingual Health Care
Gold Communications
Bronze

Guilty
Checkmate Consulting
Honorable Mention

**Bilingual/Multilingual/Foreign Language: Local/Municipal/Regional**

Greer Redecorates (Spanish)
50 Blue, LLC
Silver

Principal for Change (Spanish)
50 Blue, LLC
Bronze

**Best Use of Humor**

Milk a Cow
360jmg
Silver

Bush's Biggest Fan
MSHC Partners
Honorable Mention

Merry Christmas to Mel
thetrazgroup
Honorable Mention

**Best Use of Illustration**

"King of Big Oil" Rhyming Cartoon
360jmg
Silver

Crushed
Moxie Media
Bronze

What's With Mike Erickson?
Winning Mark
Honorable Mention

**Best Use of Negative/Contrast: President**

McCain & Palin: Out of Touch
Mack|Crounse Group
Silver

Target
Mission Control
Bronze

Killing the Middle Class
Mack|Crounse Group
Honorable Mention

**Best Use of Negative/Contrast: U.S. Senate**

Sununu Economy
Mack|Crounse Group
Silver

Bush-Cheney-Smith
Mack|Crounse Group
Bronze

Wrong Is Wrong
Mack|Crounse Group
Honorable Mention

**Best Use of Negative/Contrast: U.S. House**

Sweatheart
Mission Control
Gold

Stivars "Million Dollars"
King Strategic Communications, Inc.
Silver

Two of a Kind
MSHC Partners
Bronze

Abandoned
Mack|Crounse Group
Honorable Mention

**Best Use of Negative/Contrast: Statewide**

Promisee
50 Blue, LLC
Gold

Yes on B – Puzzle
Terris, Barnes & Walters
Silver

End of the Line
The Strategy Group
Silver

**Best Use of Negative/Contrast: Local/Municipal/Regional**

Yes on B, San Francisco – Lifesaver
Whitehurst/Mosher Campaign Strategy and Media
Silver

Barry's Treasure
Lisella Public Affairs, LLC
Gold

The Secret Is Out
Cornerstone Solutions
Bronze

Fishy
Kennedy Communications
Silver

Issue Overload (Proposition F)
San Francisco Association of Realtors
Honorable Mention

Lack of "Gumption"
Fairmaker Media Group
Bronze

**For City Campaign**

Beware
Imprenta Communications Group, Inc.
Gold

The Sileo Family
Smith Communications, LLC
Honorable Mention

*Ballot*

**For Statewide Campaign**

Yes on D, San Francisco – Sitting by the Dock of the Bay
Whitehurst/Mosher Campaign Strategy and Media
Silver

Beech Closed
Wampold Strategies
Silver

Defend Oregon – Tricked
Terris, Barnes & Walters
Bronze

No on 101
Veridus
Bronze

Outdoor Memories
Wampold Strategies
Honorable Mention

**For County Campaign**

Bake Sale
50 Blue, LLC
Gold

Promisee
50 Blue, LLC
Gold

Yes on A, San Francisco – Our Community's Healthcare Hub
Whitehurst/Mosher Campaign Strategy and Media
Silver

Seconds Count: Cathedral City Sponsored Mailer
The Lew Edwards Group
Honorable Mention

**Vote-by-Mail Ballot Request**

Texas Two Stamp Message Audience & Presentation, Inc.
Gold

**Vote-by-Mail Chase**

San Marcos No on O Absentee Chase
Tom Shepard & Associates, Inc.
Silver

**GOTV: Statewide**

No on 101
Veridus
Bronze

**For Membership Organization**

You Are Their Only Voice
Winning Mark
Gold

Trap
50 Blue, LLC
Silver

**For Public Agency**

Welcome to Charter Public Schools
Mack|Crounse Group
Honorable Mention

Yes on A – Imagine
Terris, Barnes & Walters
Silver

Localized Districts: LAUSD – Measure Q
The Lew Edwards Group
Bronze

**For State Organization**

TRUST
Welchert & Britz, Inc.
Silver

Trap
50 Blue, LLC
Gold

Yes on D – Stepping
Terris, Barnes & Walters
Silver

Sprinklers
Welchert & Britz, Inc.
Bronze

Huntington's Natural Beauty
The Chadderdon Group
Honorable Mention

**For Local/Municipal Organization**

Emergency Gatefold
Stearns Consulting, LLC
Bronze

No on 10
Mack|Crounse Group
Honorable Mention

Yes on O "Bilingual" – Westminster School District
The Lew Edwards Group
Bronze

Measure V Trabajos Perdidos
Bieber Communication/ Schubert Flint Public Affairs
Bronze

Future
Imprenta Communications Group, Inc.
Silver

Filipino Veterans Fight for Democracy
Imprenta Communications Group, Inc.
Honorable Mention

Misplaced Priorities (Proposition B)
San Francisco Association of Realtors
Honorable Mention

**Best Use of Humor**

Issue Overload (Proposition F)
San Francisco Association of Realtors
Bronze

Misplaced Priorities (Proposition B)
San Francisco Association of Realtors
Honorable Mention

**Best Use of Negative/Contrast**

Thumbs Up, Thumbs Down Guys
The Eppstein Group, Inc.
Silver

Issue Overload (Proposition F)
San Francisco Association of Realtors
Bronze

Misplaced Priorities (Proposition B)
San Francisco Association of Realtors
Silver

**Best Use of Illustration**

A Better World Is Possible
Winning Directions
Silver

Issue Overload (Proposition F)
San Francisco Association of Realtors
Bronze

Misplaced Priorities (Proposition B)
San Francisco Association of Realtors
Honorable Mention

Fort Worth Bond Proposition One
The Eppstein Group, Inc.
Honorable Mention

*Public Affairs*

**For Federal Government Persuasion**

Wind
Mercury
Silver

John McCain Didn't Care Enough
eye2eye Communications
Bronze

**For State Government Persuasion**

Summer Resorts
Harrah's Kansas
DAVIES
Silver

**For County Government Persuasion**

Smoke-Free Northern Kentucky Competing Rights
The Strategy Group
Bronze

**For City Government Persuasion**

Quarry Falls – San Diego
DAVIES
Silver

Sick Day
Kennedy Communications
Bronze

**For National Organization**

Disappearing Baby
The Lukens Company
Gold

Families
Moxie Media
Silver

AAPC Call for Entries
Winning Directions
Bronze

Represent Me
Mack|Crounse Group
Honorable Mention

**For State Organization**

Diapers
Mission Control
Silver

EC/Prevention First
Mack|Crounse Group
Bronze

We Believe in Planned Parenthood
Mack|Crounse Group
Honorable Mention

**For Local/Municipal Organization**

Smoke-Free Dallas
Allyn & Company
Silver

Call for Change
Kennedy Communications
Bronze

Promisee (Variable Date)
50 Blue, LLC
Honorable Mention

**For Public Agency**

Overwhelming Response
Bieber Communications
Silver

Go Home
Bieber Communications
Bronze

Your Ideas: School District Public Affairs Mail
The Lew Edwards Group
Honorable Mention

**For Membership Organization**

Wake Up Wal-Mart: Evangelical Candlelight Vigil
360jmg
Silver

Wake Up Wal-Mart: Civil Rights
360jmg
Bronze

Change Is in the Air
eye2eye Communications
Bronze

Promises (Variable Data)
50 Blue, LLC
Honorable Mention

**Best Use of Bilingual/ Multilingual/Foreign Language**

Cease the Grease Mailer
The Epstein Group, Inc.
Silver

A Trabajar!
Mack/Crounse Group
Bronze

**Best Use of Negative/Contrast**

Who Really Supports Veterans?
eye2eye Communications
Silver

Macias – Furniture Murphy Turner and Associates
Bronze

Energy Walkcard
Mack/Crounse Group
Bronze

**Field**

*Candidate*

**Best Volunteer Recruitment Program**

Human Rights Campaign's Camp Equality '08 Campaign Camps
Grassroots Solutions
Silver

**Best Use of New Technology**

Barack Obama Neighbor-to-Neighbor
Blue State Digital
Gold

GPS Tracking of Canvassers
FieldWorks
Silver

VoIP Surveying
AGI SMARTech
Bronze

Obama for America Microtargeting Strategic Telemetry
Honorable Mention

**Best Doorhanger: Republican**

Beck Doorhanger
thetrazgroup
Bronze

McCain/Palin Doorhanger
The Stoneridge Group
Honorable Mention

**Best Walk Piece: Democrat**

Stephanie Herseth Sandlin Walkpiece
Petel & Co.
Honorable Mention

**Best Walk Piece: Republican**

Meet Chris
thetrazgroup
Silver

Allen Alley for Treasurer Walk Piece
Quinn Thomas Public Affairs, LLC
Bronze

Affordability Agenda
thetrazgroup
Honorable Mention

*Ballot*

**Best Volunteer Recruitment Program**

Organizational Development for a Decline to Sign Campaign
Grassroots Solutions
Bronze

Minneapolis Strong Schools Strong City Referendum
Grassroots Solutions
Honorable Mention

**Best GOTV Program**

Vote Yes Minnesota: Campus Get-Out-the-Vote Program
Grassroots Solutions
Bronze

**Best Use of New Technology**

Text Message to Find Your Polling Place
Mobile Commons
Gold

**Best Doorhanger**

Beware
Imprenta Communications Group, Inc.
Bronze

*Public Affairs*

**Best Volunteer Recruitment Program**

Pickens Plan Field Campaign
Network Relations
Silver

Trick or Vote
Bus Federation
Bronze

Fill Rick's Boots
Blackrock Associates
Honorable Mention

**Best Use of User-Generated Content to Raise Funds (YouTube)**

Majority Builders
The Stoneridge Group
Bronze

The Darcy Burner Online Town Hall on Iraq
Laguens Kully di Lis
Klose Partners
Innovative Advertising
Honorable Mention

**House Mailer: U.S. Senate**

Bob Schaffer Emergency Media Appeal
The Lukens Company
Bronze

The Wedding Registry: No on 8
Blackrock Associates
Silver

**House Mailer: Governor**

Steak Invite
Faulkner Strategies
Gold

**Best Use of Breakthrough Internet Fundraising Technique**

Barack Obama Grassroots Match
Blue State Digital
Gold

ElephantTrakker
eNilsson International, LLC
Silver

WelcomeBackTim.com Coordinated Raising With Video
Blackrock Associates
Bronze

McCain-Palin 2008 Search Marketing Campaign
Connell Donatelli, Inc.
Honorable Mention

**Best Use of E-mail to Raise Money**

smartcommunicator E-mail Module
AGI SMARTech
Bronze

*Fundraising*

*Candidate*

**Prospect Mailer: Political Party**

*Ballot*

*Public Affairs*

**PAC/Trade Association Program**

FIREPAC Brochure
Mack/Crounse Group
Silver

**Internet: Fundraising**

RNC Online Advertising
Connell Donatelli, Inc.
Silver

RNC Search Marketing Campaign
Connell Donatelli, Inc.
Bronze

**Persuasion Online Advertising: Independent Expenditure Campaign**

*Internet*

*Candidate*

**Persuasion Online Advertising: President**

Faux Video Fundraising Ads
MSHC Partners
Bronze

Hippie Hillary
Connell Donatelli, Inc.
Honorable Mention

**Persuasion Online Advertising: U.S. Senate**

McConnell Countdown
MSHC Partners
Bronze

**Persuasion Online Advertising: U.S. House**

Rudy Giuliani; Urban Legend International Association of Fire Fighters
Silver

He Can't Hide
Connell Donatelli, Inc.
Bronze

Robotic Bush/Myers
MSHC Partners
Honorable Mention

**Persuasion Online Advertising: State Legislature**

Fried Chicken
MSHC Partners
Bronze

290 Votes
Compass Media Group
Honorable Mention

Busfull
MacWilliams Kirchner Sanders & Partners
Bronze

Obamatch Quiz
New Media Communications
Honorable Mention

Coin
Connell Donatelli, Inc.
Silver

Truth Fights Back
Blue State Digital
Bronze

Bush-McCain Quiz
MSHC Partners
Honorable Mention

McConnell Senate Committee '08 – Schumer
McCarthy Marcus Hennings, Ltd.
Honorable Mention

Aliens
Connell Donatelli, Inc.
Silver

Pork Survey
Connell Donatelli, Inc.
Bronze

Sununu on the Issues
Connell Donatelli, Inc.
Honorable Mention

Reichert on the Issues
Connell Donatelli, Inc.
Honorable Mention

Aliens
Connell Donatelli, Inc.
Honorable Mention

Worst Ever? Maybe Not.
MSHC Partners
Honorable Mention

**Web Animation/Web Video: President**

Sanchez Flash Animation
Left Coast Communications
Silver

Seal
MH Media
Silver

**Web Animation/Web Video: U.S. Senate**

True to Maine
Devine Mulvey
Bronze

**Web Animation/Web Video: U.S. House**

Bobblehead
Devine Mulvey
Gold

**Web Animation/Web Video: Statewide**

Letters From Travis
BrabenderCox
Bronze

**Web Animation/Web Video: Negative/Contrast**

Interactive Mapping Widgets: Senator Tim Johnson
Blackrock Associates
Silver

ElephantScheduler
eNilsson International, LLC
Bronze

2008 Republican Convention – GOPConvention 2008.com
Campaign Solutions
Honorable Mention

**Web Animation/Web Video: Local**

**Best Blog Ad**

Toilet Paper
Connell Donatelli, Inc.
Silver

Pork Survey
Connell Donatelli, Inc.
Bronze

**Best Blog**

McCainBlogette.com (Candidate)
Iguana, Ltd.
Bronze

**Best Use of E-Mail/ Viral Marketing**

Spending Hole
Meridian Pacific, Inc.
Bronze

**Best Use of New Technology**

Barack Obama Neighbor-to-Neighbor
Blue State Digital
Gold

Running Rich – Critics for Attorney General Communications Counsel, Inc.
Honorable Mention

**Best Use of a Viral Video**

Donna Edwards for Congress: Trick or Treat
GMMB
Bronze

**Website: National Organization**

2008 Republican Convention – GOPConvention 2008.com
Campaign Solutions
Honorable Mention

**Best Use of Search Engine Marketing**

McCain-Palin 2008 Search Marketing Campaign
Connell Donatelli, Inc.
Silver

Optimizing Google Adwords: Dick Durbin
Blackrock Associates
Honorable Mention

**Best Use of Game Technology**

Blunt Document Destroyer: Taking Down Governor Blunt
Blackrock Associates
Gold

Dress Like Palin
MSHC Partners
Silver

Pork Invaders
Connell Donatelli, Inc.
Bronze

**Best Use of Mobile Technology**

Obama Mobile Distributive Networks
Gold

**Best Use of Facebook**

Barack Obama Facebook Connect
Blue State Digital
Silver

Democrats.org
Blue State Digital
Bronze

**VOTE411**
Kennedy Communications
Honorable Mention

**Website: State Organization**
Tony the Phony
Compass Media Group
Honorable Mention

JayNixon.com: Engaging the Grassroots
Blackrock Associates
Bronze

Republican Party of Pennsylvania – PAGOP.org
Campaign Solutions
Honorable Mention

**Website: Local Organization**
Fiona Ma for California State Assembly
Blackrock Associates
Silver

Latino Inaugural Gala 2009 Plus Three
BarackObama.com
Blue State Digital
Bronze

**Website: Landing Page**
McCain for President New Media
Kennedy Communications
Bronze

Sanchez Flash Website Left Coast Communications
Silver

Mary Landrieu for Senate Splash Page
Blackrock Associates
Bronze

No Good Nick
Kennedy Communications
Honorable Mention

McCain Health Care Tax Calculator
MSHC Partners
Honorable Mention

**Website: Best Use of Humor**
Dress Like Palin
MSHC Partners
Silver

What Would Todd Do?
Kennedy Communications
Bronze

**Website: Best Use of Negative/Contrast**
Website: America's Worst Governor
Proof Interactive
Silver

What DeLay Taught McCaul
Message Audience & Presentation, Inc.
Bronze

290 Votes
Compass Media Group
Honorable Mention

**Website: Candidate: President**

**Website: Candidate: U.S. Senate: Democrat**
Mary Landrieu for Senate
Blackrock Associates
Bronze

TimJohnson.com
Blackrock Associates
Honorable Mention

**Website: Candidate: U.S. Senate: Republican**
JohnCornyn.com
Upstream Communications
Silver

Jim DeMint for U.S. Senate, www.jimdemint.com
Under the Power Lines
Bronze

Friends of Gordon Smith – GordonSmith.com
Campaign Solutions
Honorable Mention

**Website: Candidate: U.S. House: Democrat**
Mazie Hirono for Congress
NGP Software
Bronze

MarkSchauer.com
BuzzMaker, LLC
Honorable Mention

**Website: Candidate: U.S. House: Republican**
Steveforus.com
The Stoneridge Group
Bronze

**Persuasion Online Advertising for State Campaigns**
Laura Web
Joe Slade White & Company
Gold

Yeson1and2.com
HighGround, Inc.
Silver

Yes on Proposition 8 Online Advertising Campaign
Schubert Flint Public Affairs and Connell Donatelli, Inc.
Bronze

Missouri Renewables Video Banner Ad
MSHC Partners
Honorable Mention

**Persuasion Online Advertising for County Campaigns**
Save San Francisco General Hospital
Spot-on.com
Silver

CTP Gas Banner Ads
MSHC Partners
Bronze

**Best Use of Web Animation/Web Video**
Republicans Against 8 – Join Us!/ Defend Freedom
RSC Partners, Inc.
Silver

Stop Lawsuit Abuse in Arizona – No on 201 Video
Integrated Web Strategy
Bronze

**Best Blog Ad**
Yes on Proposition 8 Online Advertising Campaign
Schubert Flint Public Affairs and Connell Donatelli, Inc.
Silver

Stop Slots Daily
BuzzMaker, LLC
Bronze

**Best Use of E-Mail/ Viral Marketing**
Yes on 411 The Ritz Carlton, Paradise Valley Integrated Web Strategy
Silver

Stop Lawsuit Abuse in Arizona – No on 201 Integrated Web Strategy
Bronze

Yes on Proposition 8 E-mail Marketing Campaign
Schubert Flint Public Affairs and Connell Donatelli, Inc.
Honorable Mention

**Best Use of New Technology**
Yes on Proposition 8 Online Marketing Campaign
Schubert Flint Public Affairs and Connell Donatelli, Inc.
Silver

Save San Francisco General Hospital
Spot-on.com
Bronze

The Wedding Registry: No on 8
Blackrock Associates
Honorable Mention

**Best Use of Search Engine Marketing**
Yes on Proposition 8 Search Marketing Campaign
Schubert Flint Public Affairs and Connell Donatelli, Inc.
Silver

**Best Use of Facebook**
Save JROTC Facebook Doorhanger
JKW Political Consulting
Bronze

**Website: Best Use of Negative/Contrast**
Read the Fine Print
Blue State Digital
Bronze

**Website: State Ballot**
No on Proposition 8 Campaign
Blackrock Associates
Silver

South Dakota Healthy Families: No on Measure 11
Blue State Digital
Bronze

Yes on Proposition 8: Protect Marriage Website
Schubert Flint Public Affairs
Honorable Mention

**Website: County Ballot**
CTP Proposition M Website
MSHC Partners
Bronze

*Ballot*

*Public Affairs*

Clean Up the Shipyard Website
Stearns Consulting, LLC
Honorable Mention

**Website: City Ballot**
Seattle Parks for All Website
Mercury
Silver

Debbie Shank Has Paid Enough
Blue State Digital
Gold

The Bush-McCain Challenge (Planned Parenthood)
Laguens Kully Klose Partners
Gold

Build America
The New Media Firm
Bronze

Coin
Connell Donatelli, Inc.
Honorable Mention

**Persuasion Online Advertising: Best Use of Humor**
Do It in the Booth
Zoon Politikon
Gold

True Grit
Zoon Politikon
Silver

The InsurAnimals: Episode 1
North Woods Advertising
Bronze

**Persuasion Online Advertising: Best Use of Negative/Contrast**
Palin Video Ad
MSHC Partners
Gold

McCainBlogette.com (Public Affairs)
Iguana, Inc.
Honorable Mention

Headlines
BrabenderCox
Bronze

Fan Mail
BrabenderCox
Honorable Mention

**Best Use of Web Animation/Web Video**
Stand Tall for America: Morning in America
GMMB
Gold

The InsurAnimals
North Woods Advertising
Silver

FTTH Exaflood
Mercury
Bronze

Partnership to Fight Chronic Disease Web Video
720 Strategies
Honorable Mention

**Best Blog Ad**
IAVA Soldier Blog Ads
MSHC Partners
Silver

PanCAN Blog Ads
MSHC Partners
Bronze

Yes on Proposition 8 Online Advertising Campaign
Schubert Flint Public Affairs and Connell Donatelli, Inc.
Honorable Mention

**Best Blog**
Wal-Mart Watch
Blue State Digital
Bronze

**Best Use of E-mail/ Viral Marketing**
Debbie Shank Has Paid Enough
Blue State Digital
Gold

**Best Use of Web Animation/Web Video**

**Best Use of Mobile Technology**
Human Rights Campaign Mobile Campaign
MSHC Partners
Bronze

Cherry Tree Mobile & Rock the Vote GOTV Text
Cherry Tree Mobile Media
Honorable Mention

**Best Use of New Technology**
ACCCE Power House Virilion
Gold

VOTE411
Kennedy Communications
Silver

Brennan Center Student Voting Guide
Blue State Digital
Bronze

2008 Republican Convention – GOPConvention 2008.com
Campaign Solutions
Honorable Mention

**Best Use of Search Engine Marketing**
RNC Search Marketing Campaign
Connell Donatelli, Inc.
Silver

**Best Use of Game Technology**
Bush Moving Day
MSHC Partners
Gold

**Best Use of Facebook**
Pledge to End Breast Cancer
Grassroots Enterprise
Silver

**Best Use of a Viral Video**
The Great Schlep
Liberty Concepts, Inc.
Gold

Maybe It's Your Civic Duty Not to Vote
Bus Federation
Silver

Fork You
Innovative Advertising
Bronze

Partnership to Fight Chronic Disease Viral Video
720 Strategies
Honorable Mention

**Website: State/ National Campaign**
NJREBEL.com
Winning Strategies
Silver

National Republican Senatorial Committee NRSC.org
Campaign Solutions
Bronze

Video Game Voters Network
Grassroots Enterprise
Honorable Mention

**Website: Best Use of Humor**
The Great Schlep
Liberty Concepts, Inc.
Gold

Bush Moving Day
MSHC Partners
Silver

Lou Dobbs for Governor
Blue State Digital
Bronze

Americans for Higher Taxes
BrabenderCox
Honorable Mention

**Website: Best Use of Negative/Contrast**
www.leadershipforamericasfuture.com
McNally Temple Associates, Inc.
Bronze

New Hampshire Town
BrabenderCox
Honorable Mention

**Website: Bilingual/ Multilingual/Foreign Language**
Microsoft: Voices for Innovation
Adfero Group
Silver

## Newspaper

*Candidate*

**Full Page: State**

Identity Theft
Guidant Strategies
Silver

Between the Lines
Hackney & Hackney
Bronze

**Full Page: Local**

No Deal for Wall Street
Rainmaker Media Group
Silver

Roadmap
BrabenderCox
Bronze

A Better Life
Novak Media, Inc.
Honorable Mention

**Full Page: Organization**

Virgil Goode Job Loss
360jmg
Silver

Worker Intimidation Ad
Berman and Company
Bronze

**Less Than Full Page: State**

No Deal for Wall Street
Rainmaker Media Group
Silver

Too Much?
Hackney & Hackney
Bronze

Thanks, Capt. Ted!
Hackney & Hackney
Honorable Mention

**Less Than Full Page: Local**

Lambert for Judge
The Casale Group
Silver

**Less Than Full Page: Organization**

Goode Soldier
360jmg
Silver

**Best Use of Negative/Contrast**

Virgil Goode Job Loss
360jmg
Silver

**For Statewide Campaign**

Spadea
The Strategy Group
Bronze

**For County Campaign**

Compete
Welchert & Britz, Inc.
Silver

**For City Campaign**

Seattle Needs Good Parks
Mercury
Silver

1890 (copy)
Welchert & Britz, Inc.
Bronze

**For State Organization**

Switzer
Hackney & Hackney
Bronze

**Best Use of Negative/Contrast**

TRUST
Welchert & Britz, Inc.
Bronze

## Bilingual/Multilingual/Foreign Language

Bills
Imprenta Communications Group, Inc.
Bronze

Beware
Imprenta Communications Group, Inc.
Honorable Mention

*Ballot*

**For Federal Government Persuasion**

Handshake
Jonathan Varner & Associates
Gold

Pickens Plan Print
Mercury
Silver

CN's Acquisition of the EJ&E Railway
Burson-Marsteller
Bronze

Shopping Bag
Mercury
Honorable Mention

**For State Government Persuasion**

Out There
BrabenderCox
Silver

AT&T Engage
Mercury
Silver

AT&T Latimer
Mercury
Bronze

AT&T Whatever
Mercury
Honorable Mention

**For County Government Persuasion**

Skate Board (English)
50 Blue, LLC
Silver

Gas (English)
50 Blue, LLC
Bronze

Closed for Business (English)
50 Blue, LLC
Honorable Mention

**For National Organization**

Worst Unionized Teacher Contest
Rotten Apple Ad
Berman and Company
Silver

Concerned About Barack Obama?
You Should Be.
Jamestown Associates
Bronze

Teachers Union Bullies
Berman and Company
Honorable Mention

**For State Organization**

Steelers
BrabenderCox
Silver

Drawing a Bead...
Hackney & Hackney
Bronze

**Best Use of Bilingual/Multilingual/Foreign Language**

Rain Lady (Spanish)
50 Blue, LLC
Silver

Shell Game (Kreyol)
50 Blue, LLC
Bronze

Shell Game (Spanish)
50 Blue, LLC
Honorable Mention

## Phones

*Candidate*

**Automated Calls: National Grassroots**

Elizabeth Edwards: No to McCain Health Care Plan
Stones' Phones
Bronze

**Automated Calls: State/Local Grassroots**

Leach Williams/Rendell
CPEC, LLC
Silver

Fighting Back
Winning Connections, Inc.
Bronze

He Ran a Smear Campaign Against Us!
Executive Communications, Inc.
Honorable Mention

**Automated Calls: Bilingual/Multilingual/Foreign Language**

Florida Campaign for Change – Miami Volunteer Recruitment
Winning Connections, Inc.
Silver

Mi Amigo, Señor Obama
Zatal3 Consulting
Bronze

Courting Filipino Voters
Zatal3 Consulting
Honorable Mention

**Automated Calls: State Organization**

Henry Jones Is One of Us
Zatal3 Consulting
Bronze

**Automated Calls: Local Organization**

Protect Your Second Amendment Rights
The Casale Group
Bronze

**Automated Calls: President**

Mama Obama
Zatal3 Consulting
Silver

Press 1 for Text, Press 2 for E-mail
Zatal3 Consulting
Bronze

Largest U.S. Campaign Crowd Ever
Winning Connections, Inc.
Honorable Mention

**Automated Calls: U.S. House**

Mimi Called Him Darlin'
Zatal3 Consulting
Gold

Seniors Unite!
ConnectCallUSA.com
Silver

DC Doesn't Like Me
ConnectCallUSA.com
Bronze

Last Minute Testimonial for a Blue Dog
Zatal3 Consulting
Honorable Mention

**Automated Calls: Governor**

She Didn't Use the "T" Word    Zatal3 Consulting
Silver

To Serve and Rebut
Zatal3 Consulting
Bronze

Pure Nirvana Down Ballot
Zatal3 Consulting
Honorable Mention

**Automated Calls: Statewide Constitutional Office**

Philly Down Ballot
CPEC, LLC
Silver

Showdown in the Show-Me State
Zatal3 Consulting
Bronze

**Automated Calls: Best Use of Humor**

Trick or Vote Event Notification Call
PoliticalRobocalls.com
Gold

Mississippi John
Zatal3 Consulting
Silver

**Automated Calls: Local Government**

Don't Support This One – He Doesn't Support Us!
Executive Communications, Inc.
Silver

It's Not His Choice
Zatal3 Consulting
Bronze

You're Never Too Cool for School!
Stones' Phones
Honorable Mention

**Automated Calls: Contrast/Negative**

Mimi Called Him Darlin'
Zatal3 Consulting
Silver

Huffman Hit F/M
CPEC, LLC
Bronze

Hell Hath No Fury Like a Republican Scorned
Zatal3 Consulting
Honorable Mention

**Automated Calls: Independent Expenditure Campaign: Federal: Democrat**

Ozinga and Blagojevich Sittin' in a Tree
Stones' Phones
Silver

**Automated Calls: Independent Expenditure Campaign: State: Democrat**

Remember When...
CPEC, LLC
Silver

**Live Calls: State/Local Grassroots**

Dump Denham
Zatal3 Consulting
Bronze

**Live Calls: Bilingual/Multilingual/Foreign Language**

Florida Hispanic Early Vote for the Campaign for Change
Winning Connections, Inc.
Silver

Obama Bilingual '08 in Nevada and Ohio
Zatal3 Consulting
Bronze

Cuban Accent Spanish
Zatal3 Consulting
Honorable Mention

**Live Calls: National Organization**

Turning North Carolina Red to Blue With a Little Green
Winning Connections, Inc.
Silver

Give the Middle Class a Break
Winning Connections, Inc.
Bronze

**Live Calls: State Organization**

But Will They See the Ads?
Stones' Phones
Silver

GOTV Call for Evergreen Progress
Winning Connections, Inc.
Bronze

Buckeye Teachers
Zatal3 Consulting
Honorable Mention

**Live Calls: President**

The Ultimate One-Stop Shop
Stones' Phones
Silver

Election Day Troubleshooting in Nevada and Ohio
Zatal3 Consulting
Bronze

**Live Calls: U.S. Senate**

Franken for Senate
Winning Connections, Inc.
Bronze

Begich Down the Stretch
Zatal3 Consulting
Honorable Mention

**Live Calls: U.S. House**

Free Home Delivery
Zatal3 Consulting
Silver

Skelly for Congress
Winning Connections, Inc.
Bronze

Bill Foster Triumphs in Former Republican Stronghold
The Clinton Group
Honorable Mention

**Live Calls: Governor**

Markell for Governor
Winning Connections, Inc.
Bronze

**Live Calls: Statewide Constitutional Office**

Only a Heartbeat Away
Stones' Phones
Bronze

Bullock for Attorney General
Winning Connections, Inc.
Honorable Mention

**Live Calls: State Government**

Last Minute Turnout
Winning Connections, Inc.
Bronze

**Live Calls: Local Government**

When a Win Isn't a Win
Stones' Phones
Bronze

**Live Calls: Contrast/Negative**

Georgia Families Are Suffering
Winning Connections, Inc.
Bronze

Lummis' Behavior as Unethical as Cubin's
Winning Connections, Inc.
Honorable Mention

**Live Calls: Independent Expenditure Campaign: Federal: Democrat**

Turning North Carolina Red to Blue With a Little Green
Winning Connections, Inc.
Silver

Give the Middle Class a Break
Winning Connections, Inc.
Bronze

**Most Innovative Use of Automated Technology**

Neighborhood Voices Spoken Hub
Gold

Building Franken's Army
Stones' Phones
Silver

Press 1 for Text, Press 2 for E-mail
Zata|3 Consulting
Bronze

Wait, Wait, Do Tell Me (Who You're Supporting)
Stones' Phones
Honorable Mention

**Best Use of Telephone Town Hall Call/Forum Call**

Accountability Update
Stones' Phones
Bronze

Luv Ya But I Gotta Run...
Zata|3 Consulting
Honorable Mention

*Ballot*

Look a TAD Lower Down the Ballot
Zata|3 Consulting
Silver

Yes on Proposition 8: The Obama Call
Schubert Flint Public Affairs
Bronze

**Automated Calls: County Campaign**

Don't Stop at the Top
Stones' Phones
Silver

All This Without a Tax Hike?
Zata|3 Consulting
Bronze

**Automated Calls: National Organization**

You Call That Hunting?
Zata|3 Consulting
Bronze

**Automated Calls: State Organization**

Clean Water Randell
CPFC, LLC
Silver

**Live Calls: Statewide Campaign**

Protect South Dakota Families
Winning Connections, Inc.
Silver

Fed Up With Taxes Maine
The Clinton Group
Bronze

**Live Calls: County Campaign**

San Mateo
Zata|3 Consulting
Bronze

Martin Sheen
JohnsonClark Associates
Gold

**Live Calls: National Organization**

Like Fish in a Barrel
Zata|3 Consulting
Bronze

**Live Calls: State Organization**

Stopping Amendment 46
Winning Connections, Inc.
Silver

**Live Calls: Local/ Municipal Organization**

Standing Up to the Coal Company
Winning Connections, Inc.
Silver

**Live Calls: Membership Organization**

Montana Planned Parenthood – Decline to Sign!
Winning Connections, Inc.
Silver

Your Union Says No to Proposition 8
Winning Connections, Inc.
Bronze

**Live Calls: Bilingual/ Multilingual/Foreign Language**

No Loss in Translation
Stones' Phones
Bronze

Mi Familia Vota – No on 200!
Winning Connections, Inc.
Silver

**Live Calls: Federal Government Persuasion**

Bridge Loan for the Auto Industry
Executive Communications, Inc.
Silver

You Gotta Fight! For Your Right! To Unionize!
Stones' Phones
Bronze

Thank You, Freshman
Winning Connections, Inc.
Honorable Mention

**Live Calls: State Government Persuasion**

Live Calls: State Government Persuasion

Thanks, Gov!
Executive Communications, Inc.
Bronze

**Live Calls: County Government Persuasion**

*Public Affairs*

**Automated Calls: Federal Government Persuasion**

Regulate, Don't Rider Hate
Stones' Phones
Bronze

**Automated Calls: County Government Persuasion**

Carrots for CAFE
Winning Connections, Inc.
Honorable Mention

No County for Old Men
Zata|3 Consulting
Bronze

**Automated Calls: State Government Persuasion**

The Early Vote Gets the Win
Stones' Phones
Silver

Can You Hear Me Now?
Zata|3 Consulting
Silver

**Automated Calls: National Organization**

Browbeating in Broward
Zata|3 Consulting
Bronze

Carrots for CAFE
Winning Connections, Inc.
Bronze

Letter to the Editor
Executive Communications, Inc.
Honorable Mention

**Best Use of 800 Technology**

Stop the Cuts!
Stones' Phones
Gold

**Best Use of Telephone Town Hall Call/Forum Call**

Held at Gunpoint
Zata|3 Consulting
Silver

Iowa's Katrina
Zata|3 Consulting
Bronze

Freshman Telephone Town Hall
Zata|3 Consulting
Silver

Let's Get 'Em Talking!
Executive Communications, Inc.
Bronze

*Radio*

*Candidate*

Obama for America: Buttercow Lady
Obama Media Team
Winning
Bronze

Obama for America: "Because"
Obama Media Team
Honorable Mention

Wal-Mart NIMBY
Executive Communications, Inc.
Bronze

Thanks Barack!
Executive Communications, Inc.
Bronze

**Most Innovative Use of Automated Technology**

Communicating Down Under
Stones' Phones
Silver

**State Legislature**

Always There
Compass Media Group
Bronze

Plane
Scout Communications
Honorable Mention

**Local/Municipal/ Regional**

Big Rock
JohnsonClark Associates
Silver

Cathi Compton for Judge
Paschall Strategic Communications
Bronze

Circus at City Hall
1st Strike Creative
Honorable Mention

**Bilingual/ Multilingual/Foreign Language**

Sueño Americano
Message Audience & Presentation, Inc.
Silver

Que Suenen en Grande
Message Audience & Presentation, Inc.
Bronze

**Best Use of Humor**

Blessed
Edmonds Associates
Bronze

"Brickhouse" – Driehaus for Congress
Fletcher Rowley Riddle, Inc.
Bronze

Jim Slattery for U.S. Senate – "Debate Duck"
North Woods Advertising
Bronze

**Statewide Constitutional Office**

Jim McIntire for State Treasurer
Northwest Passage Consulting
Bronze

**Best Use of Negative/Contrast**

Gone, Gone
The Jackson Group
Gold

Jim Slattery for U.S. Senate – "Merci, Pat Roberts"
North Woods Advertising
Silver

"You're Out!" – Pryor for State House
Fletcher Rowley Riddle, Inc.
Bronze

Doublespeak
Hackney & Hackney
Honorable Mention

*Ballot*

**For Statewide Campaign**

Invasion of the Two-Faced Lawyers
Hackney & Hackney
Gold

"Doctor Daughter" – Washington's Yes on I-100
Fletcher Rowley Riddle, Inc.
Silver

Nancy's Explanation
Fletcher Rowley Riddle, Inc.
Silver

**U.S. Senate**

Voices – Crime Victims' Bill of Rights Act
Randle Communications
Bronze

**U.S. House**

Ballot Box
Berman and Company
Silver

"No Place" – Washington's Yes on I-100
Fletcher Rowley Riddle, Inc.
Silver

**Best Use of Humor**

Going for Gold
Rabin Strasberg Media
Gold

Max Baucus for Senate: Burger Bonanza
GMMB
Honorable Mention

**For City Campaign**

Sommersworth
The New Media Firm
Bronze

**Bilingual/ Multilingual/Foreign Language**

Yes on Proposition 8 – "It's Already Happened"
Schubert Flint Public Affairs
Silver

Massachusetts Families
The New Media Firm
Bronze

**Best Use of Humor**

Invasion of the Two-Faced Lawyers
Hackney & Hackney
Silver

*Public Affairs*

**For Federal Government Persuasion**

Democracy for America – "$30 Bill"
North Woods Advertising
Silver

"Call" – Democratic Congressional Campaign Committee
Allan B. Crow & Associates
Bronze

Rip Van Winkle
RBI Strategies & Research
Honorable Mention

**For State Government Persuasion**

A Road Is a Road Prairie Fire Communications
Silver

**For National Organization**

How to Go Duck Hunting Without Ducks – A Guide
RBI Strategies & Research
Silver

**For State Organization**

Universal Health Care Foundation of Connecticut – "New Day"
North Woods Advertising
Silver

Voter Fraud – Ohio Republican Party Communications Counsel, Inc.
Bronze

**For Public Agency**

Save Water Nothing Can Replace It – 60 Second
The Eppstein Group, Inc.
Silver

**Best Use of Humor**

"TESTED": 60
Chris Mottola Consulting, Inc.
Honorable Mention

"Call" – Democratic Congressional Campaign Committee
Allan B. Crow & Associates
Silver

UHCF – "Governor's Office"
Obama Media Team
Bronze

**Best Use of Negative/Contrast**

Lobbyist
The New Media Firm
Silver

**Television**

<span style="color:red">**Candidate**</span>

**Presidential Primary: Democrat**

The 3 a.m. Ad
Penn, Schoen & Berland
Silver

Job Interview
Murphy Putnam Media
Bronze

Obama for America: "Mother"
Obama Media Team
Honorable Mention

**Presidential Primary: Republican**

My Christmas Story
MH Media
Gold

Romney for President – "Searched"
McCarthy Marcus Hennings, Ltd.
Silver

Chuck Norris Approved – Primary
Dresner, Wickers & Associates, LLC
Bronze

**Presidential General Election: Democrat**

Country I Love
Obama Media Team
Silver

Buster
Obama Media Team
Bronze

**Presidential General Election: Republican**

Never Find Out – Puzzle
Lukas Media
Silver

"LOVE": 60
Chris Mottola Consulting, Inc.
Bronze

John McCain for President "Celeb" TV
Strategic Perception, Inc.
Honorable Mention

**U.S. Senate: Democrat**

Humbled
Murphy Putnam Media
Gold

Kitchen
Joe Slade White and Company
Silver

Rocking Chairs
Squier Knapp Dunn Communications
Bronze

Mark Warner for Senate: Budget Mess
GMMB
Honorable Mention

**U.S. Senate: Republican**

Lamar Alexander for Senate Campaign
Strategic Perception, Inc.
Silver

Lamar Alexander for Senate "Good 60"
Strategic Perception, Inc.
Bronze

McConnell Senate Committee '08 – "Cares"
Alan Grayson for Congress – "Casa Closed"
North Woods Advertising
Gold

Not Easy
Murphy Putnam Media
Silver

Running
Murphy Putnam Media
Bronze

**U.S. House: Democrat**

**U.S. House: Republican**

Father
BrabenderCox
Silver

Greg Walden Right Here Right Now
The Victory Group
Bronze

Volcano
ErabenderCox
Honorable Mention

Ose for Congress "Mapquest" TV
McNally Temple Associates, Inc.
Honorable Mention

**Statewide Constitutional Office: Democrat**

Blessed
David Browne & Associates
Gold

Motivation
Murphy Putnam Media
Silver

Backwards
Murphy Putnam Media
Bronze

How Michael Nutter Surged From 5th to 1st
The Campaign Group
Honorable Mention

**Statewide Constitutional Office: Republican**

Kick A # 1
Alfano Communications
Silver

Jindal for Governor "You Can't Stop Corruption"
OnMessage, Inc.
Bronze

Front Door
Murphy Putnam Media
Honorable Mention

**State Legislature: Democrat**

Hole
Scout Communications
Silver

Brighter Future
David Browne & Associates
Bronze

All Three
SeeChange Media
Honorable Mention

**State Legislature: Republican**

Childish Mudslinger
Samuel M. Goldstein Productions, Inc.
Bronze

Tough Mountain
The Eppstein Group, Inc.
Honorable Mention

**Local/Municipal/ Regional**

Blair Jennings Rachel Sottile Ad
First Tuesday Strategies
Bronze

Expect
Wild Bunch Consulting
Gold

Trickle
Adelstein | Liston
Silver

Cliff
Adelstein | Liston
Bronze

Jeff Cloud – Family
The Strategy Group for Media
Honorable Mention

Cruelty
Wild Bunch Consulting
Honorable Mention

**Best Use of Humor**

Seat
Adelstein | Liston
Honorable Mention

**Best Use of Negative/Contrast: State Legislature/ Local/Municipal/ Regional**

Wife Beater
The Jackson Group
Gold

Mumbo Jumbo
David Browne & Associates
Bronze

Bush Guy
The Jackson Group
Silver

Hey Elk
Scott Howall & Company
Honorable Mention

**Best Use of Negative/Contrast: President**

Judgment
TruthandHope.org PAC
Gold

Obama for America: "90 Percent"
Obama Media Team
Silver

Thank John McCain
TruthandHope.org PAC
Bronze

Pause
Laguens Kully Klose Partners
Honorable Mention

**Best Use of Negative/Contrast: Senate/House/ Statewide**

Donna Edwards for Congress: Stakeout
GMMB
Silver

DSCC-IE Minnesota: "Running Man"
GMMB
Bronze

Lincoln Diaz-Balart "Police"
The Victory Group
Bronze

DSCC-IE Minnesota: "Running Man"
GMMB
Gold

Children
David Browne & Associates
Silver

Prey, South Carolina Senate Democrats
Allan B. Crow & Associates
Silver

"Diane's Story" – Schneider for State House
Fletcher Rowley Riddle, Inc.
Bronze

"My Cancer Swarm" – Accountability Colorado
Fletcher Rowley Riddle, Inc.
Bronze

No Experience
The Jackson Group
Honorable Mention

**Non-Broadcast Video**

South Side Girl
Murphy Putnam Media
Gold

Republican National Committee – Sarah Palin Bio
Strategic Perception, Inc.
Silver

Dos Caras
Message Audience & Presentation, Inc.
Gold

Republican National Committee – John McCain Bio
Strategic Perception, Inc.
Bronze

John McCain for President "Tiny 60"
Strategic Perception, Inc.
Honorable Mention

**Best Cable-Only Broadcast**

Signs
The Parkside Group
Silver

Obama for America: "Fundamentals"
Obama Media Team
Bronze

Obama for America: "No Maverick"
Obama Media Team
Honorable Mention

**Television Ad: More Than 60 Seconds**

Barack Obama – American Stories, American Solutions
Obama Media Team
Gold

Obama for America: "Defining Moment"
Obama Media Team
Silver

Kitchen
Joe Slade White and Company
Bronze

Minute – IN
Obama Media Team
Honorable Mention

**Bilingual/ Multilingual/Foreign Language**

Sueño Americano
Message Audience & Presentation, Inc.
Silver

Las Americas
Message Audience & Presentation, Inc.
Bronze

"Dos Gotas" – Taddeo for Congress
Fletcher Rowley Riddle, Inc.
Honorable Mention

**Best Use of Personality/Celebrity**

Barney
Obama Media Team
Silver

Quico Canseco – Ranger
The Strategy Group for Media
Silver

Obama for America: "Embraces"
Obama Media Team
Bronze

John McCain for President "Celeb" TV
Strategic Perception, Inc.
Honorable Mention

<span style="color:blue">**Ballot**</span>

**For Statewide Campaign**

Roof
Murphy Putnam Media
Gold

Californians for Humane Farms
The Humane Society of the United States
Silver

Proposition 2
The Humane Society of the United States
Bronze

Tiffany
Murphy Putnam Media
Honorable Mention

**For County Campaign**

Measure A TV Campaign
Brainchild Creative
Gold

Eisenhower
SeeChange Media
Silver

Oregon Zoo Measure "Crucial," "Healthy," "Experts"
Gard Communications
Bronze

Road Safety
SeeChange Media
Honorable Mention

**For City Campaign**

Density
Mercury
Silver

Strong Schools
MacWilliams Kirchner Sanders & Partners
Bronze

Yes on A, San Francisco – When Seconds Count
Whitehurst/Mosher Campaign Strategy and Media
Honorable Mention

**For Local/Municipal Organization**

Density
Mercury
Silver

Am I Missing Something
Marmillion + Gray
Bronze

NoRTID Warning
Mercury
Honorable Mention

**For Membership Organization**

Arizona Realtors – Pieces
The Stevens & Schriefer Group
Gold

Rich
Joe Slade White and Company
Silver

**Best Use of Humor**

Colorado SAFE "Mug"
Squier Knapp Dunn Communications
Silver

Yes on Ohio Issue 6 – Thanks Ohio Version 2
The Strategy Group for Media
Bronze

**Best Use of Personality/Celebrity**

"Professor" TV
Hanon McKendry
Honorable Mention

**Best Use of Negative/Contrast**

"BrickBayer" TV
Hanon McKendry
Silver

No on Ohio Issue 5 – The Loan Shark
The Strategy Group for Media
Bronze

No on Ohio Issue 5 – Big Brother
The Strategy Group for Media
Honorable Mention

**Bilingual/Multilingual/Foreign Language**

No on Proposition 8 Our Own
Kaufman Campaign Consultants
Silver

Yes on Proposition 8 – "It's Already Happened"
Schubert Flint Public Affairs
Bronze

**Non-Broadcast Video**

Laura Web
Joe Slade White and Company
Gold

**Best Cable-Only Broadcast**

Future Shock – Measure A
Brainchild Creative
Silver

Decide
MacWilliams Kirchner Sanders & Partners
Bronze

No on Proposition 8 Our Own
Kaufman Campaign Consultants
Silver

Yes on Ohio Issue 5 – Wilmington
The Strategy Group for Media
Bronze

<span style="color:blue">**Public Affairs**</span>

**For Federal Government Persuasion**

Fatigues
Armour Media, Inc.
Silver

Pickens Plan "Stranglehold"
Network Relations
Bronze

Get Something Done
Murphy Putnam Media
Honorable Mention

**For State Government Persuasion**

Hits Home
Compass Media Group
Silver

Yacht Party
Courage Campaign
Bronze

Turning Dino Rossi's Message of Change Against Him
The Campaign Grou
Honorable Mention

**For National Organization**

"How Much Time Should She Do?" TV
A House On Fire
Silver

Alliance for Climate Protection
The Glover Park Group
Bronze

Boardroom
Squier Knapp Dunn Communications
Honorable Mention

**For State Organization**

Universal Health Care Foundation of Connecticut – Police Tape
North Woods Advertising
Silver

Persevered
Galanty & Company, Inc.
Bronze

Manny
The New Media Firm
Honorable Mention

**For Local/Municipal Organization**

Reset
Impact Politics, LLC
Bronze

Touchscreen
Impact Politics, LLC
Honorable Mention

**For Public Agency**

Flex Your Power "Talia"
Brainchild Creative
Silver

**For Membership Organization**

Renewable Fuels Association – "Right Here, Right Now"
The Stevens & Schriefer Group
Gold

National Association of Realtors – Capito
The Stevens & Schriefer Group
Silver

Vets for Freedom – I Am the Surge
The Stevens & Schriefer Group
Bronze

Society for Human Resource Management
The Glover Park Group
Honorable Mention

**Best Use of Humor**

Class Elections
Berman and Company
Silver

Thanks Union Bosses, Continued
Berman and Company
Bronze

Lemonade
BrabenderCox
Honorable Mention

**Best Use of Negative/Contrast**

Clown
BrabenderCox
Silver

Both Ways Barack
RapidResponse Media, Inc.
Bronze

Gaffney/Obama/Biden
RapidResponse Media, Inc.
Honorable Mention

**Best Use of Bilingual/Multilingual/Foreign Language**

Gracias Jefes de las Uniones
Berman and Company
Silver

**Best Use of Personality/Celebrity**

"Vote Prevention" PFCD
720 Strategies/a-political
Gold

McGovern
Berman and Company
Silver

**Non-Broadcast Video**

Godzilla
The New Media Firm
Bronze

Cintas Video
Berman and Company
Honorable Mention

**Best Cable-Only Broadcast**

Our Florida Promise
Florida Speaks
The Victory Group
Silver

Partnership to Fight Chronic Diseases Cable Ad
720 Strategies
Bronze

<span style="color:red">**International**</span>

<span style="color:blue">*European*</span>

**Best Print/Graphics**

Progres Comunal, Andorran Elections
Segarra-Teres
International
Silver

**Best Television Ad**

Anwar Ibrahim ElectionMall Technologies, Inc.
Bronze

**Best Website**

Ken Livingstone for Mayor
Blue State Digita
Silver

**Best Use of Grassroots**

Progres Comunal, Andorran Elections
Segarra-Teres
International
Silver

<span style="color:blue">*Latin America*</span>

**Best Radio Ad**

Alvaro Colom for Guatemala: Cierre GMMB
Silver

**Best Television Ad**

Alvaro Colom for Guatemala: Cierre GMMB
Gold

Clown
QGMP – Quintella Gerez Political Marketing
Silver

Let's Go for the Yes Newlink Political
Bronze

Alvaro Colom for Guatemala: Destino GMMB
Honorable Mention

*Asia-Pacific*

**Best Fundraising**

Anwar Ibrahim ElectionMall Technologies, Inc.
Bronze

**Best Television Ad**

Revive
Rabin Strasberg Media
Bronze

**Best Website**

AnwarIbrahim.com
ElectionMall Technologies, Inc.
Silver

**Shoulda, Woulda, Coulda**

**Direct Mail**

America I See
MackCrounse Group
Silver

**Non-Broadcast Video**

"Evan" – Ron Klein for Congress
Allan B. Crow & Associates
Honorable Mention

Plant This Letter
MSHC Partners
Silver

Victory Taxes
Murphy Turner and Associates
Bronze

Mugs
Mad Dog Mail
Honorable Mention

**Internet Communications/Advertising**

Best Actor
Murphy Putnam Media
Silver

DSCCC: Here, There, Everywhere
FD Element
Bronze

**Phones: Automated Calls**

Ravenstahl/O'Connor
CPEC, LLC
Bronze

**Radio**

The Gambler
Rainmaker Media Group
Silver

I'm Don's Puppet
Rainmaker Media Group
Bronze

Buzz Sandy for Virginia Delegate – New York Spot
SJA Strategies, Inc.
Honorable Mention

**Television**

Dramatization
Adelstein | Liston
Silver

Judy
Chris Mottola Consulting, Inc.
Bronze

Sand Mr. Smith Back to Washington
Joseph Ferris – Election and Campaign Management Program at Fordham University
Gold

Karma Chameleon
Sarah Mullaly – The University of Akron
Silver

It's Time
Jennifer Burner – Fordham University
Bronze

Main Street
Hailey Wierzbicki – Fordham University
Honorable Mention

**Best Fundraising Effort**

2010 Tim Ryan U.S. Senate Budget & Fundraising Plan
Joshua Brickner – Ray C. Bliss Institute of Applied Politics
Silver

**Best Website**

College Democrats of New York
John Farrelly – Fordham University
Gold

Bill Stachowski's Campaign Website
John Farrelly – Fordham University
Bronze

Dorsey for City Court Judge
Bryon McKim – McKim Strategies
Honorable Mention

**Best Radio Ad**

There's a Problem in New Hampshire
Jennifer Burner – Fordham University
Bronze

**Best Television Ad**

**Student**

*Categories*

**Best Direct Mail**

More Powerful Than Chuck Norris
Kathryn Clark – Savannah College of Art & Design
Silver

Sam Rasoul for Congress Direct Mail Piece
Carey Markoe – KMB Consulting
Bronze

**Best Viral Campaign**

Jon Michael Durkin for Senate
Robert Niery – The University of Akron
Silver

**Best Use of YouTube**

College Democrats of America: Super Delegates
Tania Booker – College Democrats of America
Gold

**Best Use of Social Networking**

Study of Social Networking, 2008 Presidential Race
Brad Tidwell – Tulane University
Gold



600 Pennsylvania Avenue, SE • Suite 330 • Washington, DC 20003

Phone: 202-544-9815 • Fax: 202-544-9816 • www.theaapc.org

Design by Winning Directions, www.winningdirections.com

Printing donated by MVP Group, Inc., www.mvpgroup.com