FILED
09 SEP 15 PM 2:24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KRISTIN M. PERRY et al.,

    Plaintiff,

v.

ARNOLD SCHWARZENEGGER et al.,

    Defendant.

CASE NO. 09-CV-2292

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Rosanne C. Baxter, whose business address and telephone number is

BOIES SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504 (914) 749-8200

and who is an active member in good standing of the bar of Southern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiffs Kristin M. Perry et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 9/21/2009



Chief Judge Vaughn R. Walker
United States District Court

GRANTED