1 | MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER (SBN 113973)
2 | ANDREW W. STROUD (SBN 126475)
KELCIE M. GOSLING (SBN 142225)
3 | LANDON D. BAILEY (SBN 240236)
980 9th Street, Suite 1700
4 | Sacramento, CA 95814-2736
Telephone: 916-553-4000
5 | Facsimile: 916-553-4011
E-mail: kcm@mgslaw.com

Attorneys for Defendants
Arnold Schwarzenegger, in his official capacity as Governor of California, Mark B. Horton, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics, and Linette Scott, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO, <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles, <br><br> Defendants. | Case No. 09 CV 2292 VRW <br><br> **THE ADMINISTRATION'S FORMAL WRITTEN REQUEST TO APPEAR BY TELEPHONE AT HEARING ON DEFENDANT-INTERVENORS' MOTION FOR PROTECTIVE ORDER** <br><br> Date: September 25, 2009 <br> Time: 10:00 a.m. <br> Judge: Hon. Vaughn R. Walker <br> Courtroom: 6 |

392.83.PLE.def-int.mot.po.request.to.appear.by.phone.wpd     1
THE ADMINISTRATION'S FORMAL WRITTEN REQUEST TO APPEAR BY TELEPHONE AT HEARING ON DEFENDANT-INTERVENORS' MOTION FOR PROTECTIVE ORDER; CASE NO. 09 CV 2292 VRW

PLEASE TAKE NOTICE that defendants Arnold Schwarzenegger, in his official capacity as Governor of California, Mark B. Horton, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics, and Linette Scott, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health (collectively, the "Administration"), hereby formally request leave of this Court to appear by telephone at the hearing on Defendant-Intervenors' Motion For Protective Order.  The Administration neither supports nor opposes Defendant-Intervenors' Motion For Protective Order and does not intend to be heard on the matter.

Dated:  September 21, 2009

MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER
ANDREW W. STROUD
KELCIE M. GOSLING
LANDON D. BAILEY

By: *[signature]*
Kenneth C. Mennemeier
Attorneys for Defendants Arnold Schwarzenegger, in his official capacity as Governor of California, Mark B. Horton, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics, and Linette Scott, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health

Case Name: *Perry, et al. v. Schwarzenegger, et al.;*
Case No: US District Court, Northern District, Case No. 3:09-cv-2292 VRW

## CERTIFICATE OF SERVICE

I declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 980 9th Street, Suite 1700, Sacramento, California 95814. On September 21, 2009, I served the within document(s):

**THE ADMINISTRATION'S FORMAL WRITTEN REQUEST TO APPEAR BY TELEPHONE AT HEARING ON DEFENDANT-INTERVENORS' MOTION FOR PROTECTIVE ORDER**

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and delivering to a Federal Express agent for delivery.

☒ by placing the document(s) listed above in a sealed envelope, with postage thereon fully prepared, in the United States mail at Sacramento, California addressed as set forth below.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on September 21, 2009, at Sacramento, California.

Melissa Haagensen

## SERVICE LIST

DAVID BOIES
BOIES SCHILLER & FLEXNER LLP
333 MAIN STREET
ARMONK, NY 10504

RENA M. LINDEVALDSEN
LIBERTY COUNSEL
100 MOUNTAINVIEW RD
SUITE 2775
LYNCHBERG, VA 24502

THEANE EVANGELIS KAPUR
GIBSON DUNN & CRUTCHER LLP
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071

TOBIAS BARRINGTON WOLFF
UNIVERSITY OF PENNSYLVANIA LAW SCHOOL
3400 CHESTNUT STREET
PHILADELPHIA, PA 19104-6204