1 GIBSON, DUNN & CRUTCHER LLP
  Theodore B. Olson, SBN 38137
2 *tolson@gibsondunn.com*
  Matthew D. McGill, *pro hac vice*
3 Amir C. Tayrani, SBN 229609
  1050 Connecticut Avenue, N.W., Washington, D.C. 20036
4 Telephone: (202) 955-8668, Facsimile: (202) 467-0539

5 Theodore J. Boutrous, Jr., SBN 132009
  *tboutrous@gibsondunn.com*
6 Christopher D. Dusseault, SBN 177557
  Ethan D. Dettmer, SBN 196046
7 Sarah E. Piepmeier, SBN 227094
  Theane Evangelis Kapur, SBN 243570
8 Enrique A. Monagas, SBN 239087
  333 S. Grand Avenue, Los Angeles, California 90071
9 Telephone: (213) 229-7804, Facsimile: (213) 229-7520

10 BOIES, SCHILLER & FLEXNER LLP
   David Boies, *pro hac vice*
11 *dboies@bsfllp.com*
   Theodore H. Uno, SBN 248603
12 333 Main Street, Armonk, New York 10504
   Telephone: (914) 749-8200, Facsimile: (914) 749-8300

13

14 Attorneys for Plaintiffs KRISTIN M. PERRY, SANDRA B. STIER,
   PAUL T. KATAMI, and JEFFREY J. ZARRILLO

15                **UNITED STATES DISTRICT COURT**

16               **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 17 KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO, | CASE NO. 09-CV-2292 VRW |
| 18 | |
| 19          Plaintiffs, | **STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING DISCOVERY OF EXPERT WITNESSES** |
| 20     v. | |
| 21 ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles, | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28        Defendants. | |

1    Plaintiffs Kristin M. Perry, Sandra B. Stier, Paul T. Katami, and Jeffrey J. Zarrillo

2  ("Plaintiffs"), Plaintiff-Intervenor City and County of San Francisco ("Plaintiff-Intervenor"),

3  Defendant-Intervenors Proposition 8 Official Proponents Dennis Hollingsworth, Gail J. Knight,

4  Martin F. Gutierrez, Hak-Shing William Tam, and Mark A. Jansson; and ProtectMarriage.com –

5  Yes on 8, A Project of California Renewal ("Defendant-Intervenors"), and Defendants Arnold

6  Schwarzenegger, Edmund G. Brown, Jr., Mark B. Horton, Linette Scott, Patrick O'Connell, and

7  Dean C. Logan ("Defendants") (collectively the "Parties"), through their respective counsel of record,

8  hereby stipulate to the following regarding the scope of discovery concerning expert witnesses in

9  this matter:

10    1.    The Parties stipulate and agree that no Party is entitled to discover the contents of

11  communications that involve counsel for any Party and any retained expert or outside consultant,

12  whether such expert or outside consultant is serving as a testifying or non-testifying expert;

13    2.    Further, the Parties stipulate and agree that no Party is entitled to discover the contents

14  of drafts of expert witness disclosures or reports prepared in relation to Federal Rules of Civil

15  Procedure Rule 26(a)(2);

16    3.    Nothing in this stipulation limits in any way the right of either party to discover and

17  examine the basis for a testifying expert's opinion or conclusion, the data or other information

18  considered by the Outside Consultant in forming the opinion or conclusion, and any other

19  information subject to discovery under Rule 26(a)(2); and

20    4.    This Stipulation may be signed in counterparts and facsimile signatures are deemed

21  originals for all purposes.

22  ///

23  ///

24  ///

25

26

27

28

1   DATED:  September 16, 2009          GIBSON, DUNN & CRUTCHER LLP

2

3                                       By:_____/s/_____
                                               Christopher D. Dusseault
4
                                        and
5
                                        BOIES, SCHILLER & FLEXNER LLP
6
                                        David Boies
7
                                        Attorneys for Plaintiffs KRISTIN M. PERRY,
8                                       SANDRA B. STIER, PAUL T. KATAMI, and
                                        JEFFREY J. ZARRILLO
9

10  DATED:  September 10, 2009          OFFICE OF THE CITY ATTORNEY

11

12                                      By:_____/s/_____
                                                  Ronald Flynn
13
                                        Attorneys for Plaintiff-Intervenor
14                                      CITY AND COUNTY OF SAN FRANCISCO

15
    DATED:  September 10, 2009          COOPER AND KIRK, PLLC
16

17

18                                      By:_____/s/_____
                                                  David Thompson
19                                      Attorneys for Defendant-Intervenors
                                        PROPOSITION 8 OFFICIAL PROPONENTS; and
20                                      PROTECTMARRIAGE.COM – YES ON 8, A
                                        PROJECT OF CALIFORNIA RENEWAL
21

22  DATED:  September 16, 2009          OFFICE OF THE ATTORNEY GENERAL

23

24                                      By:_____/s/_____
                                                  Tamar Pachter
25
                                        Attorneys for Defendant
26                                      ATTORNEY GENERAL EDMUND G. BROWN, JR.

27

28

1  DATED: September 16, 2009          MENNEMEIER, GLASSMAN & STROUD LLP

2

3                                     By:_____/s/_____
                                                  Kenneth C. Mennemeier
4
                                      Attorneys for Defendants ARNOLD
5                                     SCHWARZENEGGER, MARK B. HORTON, and
                                      LINETTE SCOTT (the "Administration Defendants")
6

7  DATED: September 10, 2009          THE OFFICE OF THE COUNTY COUNSEL

8

9                                     By:_____/s/_____
                                               Claude F. Kolm, Deputy County Counsel
10
                                      Attorneys for Defendant PATRICK O'CONNELL,
11                                    Clerk-Recorder for the County of Alameda

12
   DATED: September 10, 2009          THE OFFICE OF COUNTY COUNSEL
13

14

15                                    By:_____/s/_____
                                                    Judy Whitehurst
16                                    Attorneys for Defendant DEAN C. LOGAN,
                                      Recorder/County Clerk for the County of Los Angeles
17

18                                    **ORDER**

19  PURSUANT TO STIPULATION, IT IS SO ORDERED.

20

21

22  Dated:_September 22, 2009_____

23                                    Hon.
                                      United

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence

in the filing of the document has been obtained from each of the other signatories to this document.


By:  /s/ Enrique A. Monagas
Enrique A. Monagas

Gibson, Dunn &
Crutcher LLP

1  DATED: September 16, 2009          GIBSON, DUNN & CRUTCHER LLP

2

3                                     By: _____
                                           Christopher D. Dusseault
4
                                      and
5
                                      BOIES, SCHILLER & FLEXNER LLP
6
                                      David Boies
7
                                      Attorneys for Plaintiffs KRISTIN M. PERRY,
8                                     SANDRA B. STIER, PAUL T. KATAMI, and
                                      JEFFREY J. ZARRILLO
9

10 DATED: September ___, 2009         OFFICE OF THE CITY ATTORNEY

11

12                                    By: _____
                                           Ronald Flynn
13
                                      Attorneys for Plaintiff-Intervenor
14                                    CITY AND COUNTY OF SAN FRANCISCO

15
   DATED: September ___, 2009         COOPER AND KIRK, PLLC
16

17
                                      By: _____
18                                         David Thompson

19                                    Attorneys for Defendant-Intervenors
                                      PROPOSITION 8 OFFICIAL PROPONENTS; and
20                                    PROTECTMARRIAGE.COM – YES ON 8, A
                                      PROJECT OF CALIFORNIA RENEWAL
21

22 DATED: September ___, 2009         OFFICE OF THE ATTORNEY GENERAL

23

24                                    By: _____
                                           Tamar Pachter
25
                                      Attorneys for Defendant
26                                    ATTORNEY GENERAL EDMUND G. BROWN, JR.

27

28

1  DATED: September ___, 2009     GIBSON, DUNN & CRUTCHER LLP

2

3     By:_____
          Christopher D. Dusseault

4

5     and

    BOIES, SCHILLER & FLEXNER LLP

6

    David Boies

7

    Attorneys for Plaintiffs KRISTIN M. PERRY,
8     SANDRA B. STIER, PAUL T. KATAMI, and
    JEFFREY J. ZARRILLO

9

10 DATED: September **10**, 2009     OFFICE OF THE CITY ATTORNEY

11

12     By: *Ronald Flyn* _____
          Ronald Flynn

13

    Attorneys for Plaintiff-Intervenor
14     CITY AND COUNTY OF SAN FRANCISCO

15

DATED: September ___, 2009     COOPER AND KIRK, PLLC
16

17

    By:_____
18           David Thompson

19     Attorneys for Defendant-Intervenors
    PROPOSITION 8 OFFICIAL PROPONENTS; and
20     PROTECTMARRIAGE.COM – YES ON 8, A
    PROJECT OF CALIFORNIA RENEWAL

21

22 DATED: September ___, 2009     OFFICE OF THE ATTORNEY GENERAL

23

24     By:_____
          Tamar Pachter

25

    Attorneys for Defendant
26     ATTORNEY GENERAL EDMUND G. BROWN, JR.

27

28

Gibson, Dunn &
Crutcher LLP

1   DATED: September ___, 2009          GIBSON, DUNN & CRUTCHER LLP

2

3                                        By:_____
                                              Christopher D. Dusseault
4
                                         and
5
                                         BOIES, SCHILLER & FLEXNER LLP
6
                                         David Boies
7
                                         Attorneys for Plaintiffs KRISTIN M. PERRY,
8                                        SANDRA B. STIER, PAUL T. KATAMI, and
                                         JEFFREY J. ZARRILLO
9

10  DATED: September ___, 2009          OFFICE OF THE CITY ATTORNEY

11

12                                       By:_____
                                              Ronald Flynn
13
                                         Attorneys for Plaintiff-Intervenor
14                                       CITY AND COUNTY OF SAN FRANCISCO

15
    DATED: September ___, 2009          COOPER AND KIRK, PLLC
16

17
                                         By: David Thompson / pb
18                                            David Thompson

19                                       Attorneys for Defendant-Intervenors
                                         PROPOSITION 8 OFFICIAL PROPONENTS; and
20                                       PROTECTMARRIAGE.COM – YES ON 8, A
                                         PROJECT OF CALIFORNIA RENEWAL
21

22  DATED: September ___, 2009          OFFICE OF THE ATTORNEY GENERAL

23

24                                       By:_____
                                              Tamar Pachter
25
                                         Attorneys for Defendant
26                                       ATTORNEY GENERAL EDMUND G. BROWN, JR.

27

28

                                         2

1    DATED: September ___, 2009      GIBSON, DUNN & CRUTCHER LLP

2

3                                             By:_____

                                                     Christopher D. Dusseault

4

5                                             and

                                            BOIES, SCHILLER & FLEXNER LLP

6

                                            David Boies

7                                             Attorneys for Plaintiffs KRISTIN M. PERRY,

8                                             SANDRA B. STIER, PAUL T. KATAMI, and
                                            JEFFREY J. ZARRILLO

9

10   DATED: September ___, 2009      OFFICE OF THE CITY ATTORNEY

11

12                                             By:_____

                                                      Ronald Flynn

13

14                                             Attorneys for Plaintiff-Intervenor
                                            CITY AND COUNTY OF SAN FRANCISCO

15

16   DATED: September ___, 2009      COOPER AND KIRK, PLLC

17

18                                             By:_____

                                                 David Thompson

19                                             Attorneys for Defendant-Intervenors

20                                             PROPOSITION 8 OFFICIAL PROPONENTS; and
                                            PROTECTMARRIAGE.COM – YES ON 8, A
                                            PROJECT OF CALIFORNIA RENEWAL

21

22   DATED: September /6, 2009      OFFICE OF THE ATTORNEY GENERAL

23

24                                             By:_____

                                                   Tamar Pachter

25

26                                             Attorneys for Defendant
                                            ATTORNEY GENERAL EDMUND G. BROWN, JR.

27

28

Gibson, Dunn &
Crutcher LLP

1   DATED: September 16, 2009              MENNEMEIER, GLASSMAN & STROUD LLP

2

3                                         By: _Ken C. Mennemeier_
                                              Kenneth C. Mennemeier
4
                                          Attorneys for Defendants ARNOLD
5                                         SCHWARZENEGGER, MARK B. HORTON, and
                                          LINETTE SCOTT (the "Administration Defendants")
6

7   DATED: September ___, 2009            THE OFFICE OF THE COUNTY COUNSEL

8

9                                         By: _____
                                                           Lindsey Stern
10
                                          Attorneys for Defendant PATRICK O'CONNELL,
11                                        Clerk-Recorder for the County of Alameda

12
    DATED: September ___, 2009            THE OFFICE OF COUNTY COUNSEL
13

14
                                          By: _____
15                                                         Judy Whitehurst

16                                        Attorneys for Defendant DEAN C. LOGAN,
                                          Recorder/County Clerk for the County of Los Angeles
17

18                                    **ORDER**

19  PURSUANT TO STIPULATION, IT IS SO ORDERED.

20

21

22  Dated: _____       _____
23                                 HON. VAUGHN R. WALKER
                                   United States District Chief Judge
24

25

26

27  100725508_1 (2009-09-09 Stipulation re experts) (4).DOC

28

                                      3

1  DATED: September ___, 2009          MENNEMEIER, GLASSMAN & STROUD LLP

2

3                                      By:_____
                                             Kenneth C. Mennemeier
4
                                       Attorneys for Defendants ARNOLD
5                                      SCHWARZENEGGER, MARK B. HORTON, and
                                       LINETTE SCOTT (the "Administration Defendants")
6

7  DATED: September _10_, 2009         THE OFFICE OF THE COUNTY COUNSEL

8
                                       By:_____
9                                            Claude F. Kolm, Deputy County Counsel

10
                                       Attorneys for Defendant PATRICK O'CONNELL,
11                                     Clerk-Recorder for the County of Alameda

12
   DATED: September ___, 2009          THE OFFICE OF COUNTY COUNSEL
13

14
                                       By:_____
15                                            Judy Whitehurst

16                                     Attorneys for Defendant DEAN C. LOGAN,
                                       Recorder/County Clerk for the County of Los Angeles
17

18                                          **ORDER**

19  PURSUANT TO STIPULATION, IT IS SO ORDERED.

20

21

22  Dated:_____            _____
                                       HON. VAUGHN R. WALKER
23                                     United States District Chief Judge

24

25

26

27  100725508_1 (2009-09-09 Stipulation re experts) (4).DOC

28

                                            3

                           09-CV-2292 VRW  STIPULATION AND [PROPOSED] ORDER
                           REGARDING DISCOVERY OF EXPERT WITNESSES

PAGE 2/2 * RCVD AT 9/10/2009 9:53:20 AM [Pacific Daylight Time] * SVR:LA_FAX01/0 * DNIS:6520 * CSID:5102726841 * DURATION (mm-ss):01-00

1    DATED:  September ___, 2009          MENNEMEIER, GLASSMAN & STROUD LLP

2

3                                         By:_____
                                                    Kenneth C. Mennemeier
4
                                          Attorneys for Defendants ARNOLD
5                                         SCHWARZENEGGER, MARK B. HORTON, and
                                          LINETTE SCOTT (the "Administration Defendants")
6

7    DATED:  September ___, 2009          THE OFFICE OF THE COUNTY COUNSEL

8

9                                         By:_____
                                                       Lindsey Stern
10
                                          Attorneys for Defendant PATRICK O'CONNELL,
11                                        Clerk-Recorder for the County of Alameda

12
     DATED:  September 10, 2009           THE OFFICE OF COUNTY COUNSEL
13

14
                                          By:_____
15                                                     Judy Whitehurst

16                                        Attorneys for Defendant DEAN C. LOGAN,
                                          Recorder/County Clerk for the County of Los Angeles
17

18                                        **ORDER**

19   PURSUANT TO STIPULATION, IT IS SO ORDERED.

20

21

22   Dated:_____        _____
                                         HON. VAUGHN R. WALKER
23                                       United States District Chief Judge

24

25

26

27   100725508_1 (2009-09-09 Stipulation re experts) (4).DOC

28

Gibson, Dunn &
Crutcher LLP