# Exhibit F

# F-1

**Dennis Herrera for San Francisco City Attorney** (http://www.dennisherrera.org/)

# Biography

**Share** (http://www.addthis.com/bookmark.php)
Email
Print
Font Size:
(javascript:CE_SetPageFont(''))
(javascript:CE_SetPageFont('med'))
(javascript:CE_SetPageFont('large'))



San Francisco City Attorney Dennis Herrera leads an office that has won national acclaim as one of the most talented, progressive and innovative public law offices in the nation.

The first Latino ever to hold the office, Dennis was elected City Attorney of San Francisco in 2001 on a pledge to defend the integrity of our public institutions, to expand neighborhood protection efforts, and to enhance local government's accountability to its citizens and taxpayers.  But it has been several of his bolder, affirmative litigation efforts for which Herrera has earned his national reputation.

- He filed the first government litigation in American history to challenge the constitutionality of marriage laws that discriminate against gay and lesbian couples.  His case was among those that won a landmark 2008 decision that not only toppled the discriminatory marriage exclusion, but solidified civil rights protections for lesbians and gay men from discrimination in California.

- He led the nation's only public sector intervention to challenge the constitutionality of the Bush Administration's federal abortion ban, representing public hospitals and clinics that are often a safety net of last resort for poor and underserved women, and fighting to protect women's right to reproductive choice all the way to the U.S. Supreme Court.

- He led the groundbreaking public integrity investigation and lawsuit on behalf of the San Francisco

Unified School District that blew the whistle on a nationwide scam to defraud the federal E-Rate program, which helps expand access to technology to America's poorest school districts. His testimony before Congress on the case helped establish lasting protections against waste, fraud and abuse for countless public school children.

Beyond his role as City Attorney, Herrera is active participant in numerous local, state and national organizations. He serves on the board of the Hunter's Point Boys and Girls Club, and helps to impart his love of sports and recreation by helping to coach local youth soccer and baseball programs. He worked tirelessly to raise money statewide to support the 2008 campaign to defeat Proposition 8. He was chosen to serve on a judicially appointed committee on the independence of the judiciary, and he has spoken and written extensively on the importance of protecting our judicial branch of government from cynical political attacks. He also serves on the board of the American Constitution Society, a prestigious and influential national legal organization past leadership includes U.S. Attorney General Eric Holder and others.

Herrera was born on November 6, 1962 in Bay Shore, New York, and grew up in the nearby Long Island community of Glen Cove. He obtained his bachelor's degree at Villanova University in Pennsylvania, and went on to earn his juris doctor from the George Washington University School of Law in Washington, D.C. He was admitted to the California Bar in 1989.

With the inauguration of President Bill Clinton in January 1993, Herrera was appointed to the U.S. Maritime Administration in Washington, D.C., where he served under Transportation Secretary Federico Pena and helped lead implementation of the National Shipbuilding Initiative and Maritime Security Program. Herrera later returned to private practice in San Francisco as a partner in the maritime law firm of Kelly, Gill, Sherburne & Herrera, but remained active in local community service. He was appointed to the City's Transportation Commission by then-Mayor Willie L. Brown Jr., who later named him to the San Francisco Police Commission.

Herrera won high marks from police accountability advocates and police officers' association leaders alike for his fair-minded temperament and focus on bridging divides and solving problems. He would later be elected Police Commission President. As a commissioner, Herrera led a groundbreaking effort to develop police department protocols to assure fair treatment and protect the dignity of transgendered people.

Dennis Herrera and his wife, Anne, live in the Potrero Hill neighborhood of Dogpatch, with their seven-year-old son, Declan.

F-2

## So City Attorney Dennis Herrera Was on 'No on 8' Executive Committee -- Can He Do That? And What Will Enraged LGBT Activists Think?

By Joe Eskenazi in Government, Politics          Friday, Jan. 23 2009 @ 6:30AM



*If LGBT activists excoriate Dennis Herrera for his role on the No on Prop. 8 executive committee, then he'll be feeling the heat from all sides*

This week, after months of rancor and a public records request, the names of the 16 folks on the No on Prop. 8 executive committee began circulating on the Internet. Very quickly, this became a case of indignant LGBT blogger see, indignant LGBT blogger link.

We couldn't help but notice that one of the 16 folks mentioned is City Attorney Dennis Herrera. This prompts two questions: Is a city attorney legally allowed to serve on the executive board of a statewide political action committee, potentially charting strategy, allotting millions of dollars, and fund-raising from folks he may well see in court one day?

And, secondly, we've written how Herrera's tenacious legal work on behalf of advancing gay marriage has helped make him a solid mayoral candidate. Does serving on the executive committee of the organization that laid a $45 million egg and lost the electoral fight for marriage equality tarnish his candidacy?

The answer to these questions, respectively, are "yes" and "perhaps." Let us explain.

The handful of California legal and good-government experts *SF Weekly* called could not recall a single instance in which a city attorney was so heavily involved in a major statewide political campaign (face it, San Francisco is just a political town).

That being said, all agreed that while Herrera's involvement was highly unusual, it was also certainly legally permissible.

"It's unusual for a city attorney to get involved in a statewide race. But this was an unusual race and an unusual election issue that affected San Francisco more than most other statewide measures," said Bob Stern, president of Los Angeles' Center for Governmental Studies and a former general counsel for the Fair Political Practices Commission. "Herrera was bringing the lawsuit, not judging it."

(Incidentally, San Francisco law prohibits the city attorney from weighing in on local candidates and ballot measures.).

Derek Cressman, the western states regional director of California Common Cause, also saw nothing improper about San Francisco's city attorney serving on a statewide PAC. But he did perceive one red flag: "If Herrera was in a position

F-3

# Statement of Organization
# Recipient Committee

Type or print in ink

STATEMENT OF ORGANIZATION

## CALIFORNIA FORM 410

For Official Use only

Page 7

Date Stamp

**Statement Type**

☐ Initial
Not yet qualified ☐ or

Date qualified as committee

■ Amendment
List I.D. number:
#  1259396
#  10/3/2003

Date qualified as committee
(If applicable)

☐ Termination - See Part 5
List I.D. number:
#  _____

Date of Termination

## 1. Committee Information

NAME OF COMMITTEE
No on 8, Equality for All

STREET ADDRESS (NO P. O. BOX)

CITY                    STATE    ZIP CODE          AREA CODE/PHONE

MAILING ADDRESS (IF DIFFERENT)

**OPTIONAL:** FAX/E-MAIL ADDRESS

COUNTY OF DOMICILE            COUNTY WHERE COMMITTEE IS ACTIVE IF DIFFERENT THAN COUNTY OF DOMICILE

Attach additional information on appropriately labeled continuation sheets.

## 2. Treasurer and Other Principal Officers

NAME OF TREASURER

STREET ADDRESS

CITY                    STATE    ZIP CODE          AREA CODE/PHONE

NAME OF ASSISTANT TREASURER, IF ANY

STREET ADDRESS

CITY                    STATE    ZIP CODE          AREA CODE/PHONE

NAME AND POSITION OF OTHER PRINCIPAL OFFICER(S), IF APPLICABLE
Dennis Herrera

MAILING ADDRESS

CITY                    STATE    ZIP CODE          AREA CODE/PHONE
San Francisco            CA       94102             415-554-4700

## 3. Verification

I have used all reasonable diligence in preparing this statement and to the best of my knowledge the information contained herein is true and complete. I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____ DATE    By _____ SIGNATURE OF TREASURER OR ASSISTANT TREASURER

Executed on _____ DATE    By _____ SIGNATURE OF CONTROLLING OFFICEHOLDER, CANDIDATE, OR STATE MEASURE PROPONENT

Executed on _____ DATE    By _____ SIGNATURE OF CONTROLLING OFFICEHOLDER, CANDIDATE, OR STATE MEASURE PROPONENT

Executed on _____ DATE    By _____ SIGNATURE OF CONTROLLING OFFICEHOLDER, CANDIDATE, OR STATE MEASURE PROPONENT

FPPC Form 410 (Jan/01)
FPPC Toll-Free Helpline: 866/ASK-FPPC

F-4

Support Our Troops, Read Their Stories

REALTIME NEWS  **News Blaze**

Get NewsBlaze in your email

Search News    Daily News

**BREAKING NEWS: TODAY IS WORLD ALZHEIMER'S DAY**

     

Horoscope  Lottery  Movies  Entertainment  Recipes  Gas Prices  Stocks  Weather



Catch the Hot Gossip

Published: September 17,2008                                      Send to a friend

**NEWS**
Daily News
Top Stories
Breaking News
World
Politics
Business
Growth Minute
Sports
Health
Food & Wine
Women
Women in Business
Opinion
Letters to the Editor
High Tech
Horoscope
Entertainment
Entertainment Gossip
Music
Features
Books
Poetry
Movie Reviews
Home & Garden
Industry
States
Health Column
Senior Health
Environment
Education
SupportOurTroops
Iraq
Iran
Nepal
Kashmir
Cartoons
Video Releases
Most Read

**WIRES**
Eworldwire
Marketwire
GlobeNewswire
PRNewswire
Send2Press
Marketwire Canada
24-7 Pressrelease
Realwire
PR.com
ACNNewswire
Business Wire
NewsBlazeWire
Spanish Releases
Movers/Shakers

**OTHER**
About Us
Contact Us
Feedback
Writers
Bookmarks
Link to Us
Advertise
Sitemap

**TECHNOLOGY**
RFID
Supply Chain
Text to Speech
Voice Over IP
Wi-Fi
Games
iPod
Biotech

**NEWSPAPERS**
Folsom
Orange County
Boca Raton
St Augustine
Vero Beach

**Brad Pitt Opposes Prop. 8; Donates $100k: No on Prop. 8**

**Gay Friendly Church**
An open-minded, liberal faith We support same sex marriage
www.BaltWashUUs.org/

**Truck Insurance**
Full Service Commercial Ins. Agency Heavy Duty Trucks, Owners & Fleets
www.tecinsurance.net

**Bob McDonnell's Blueprint**
Read What the Washington Post Found About Bob's Extreme Social Agenda!
www.BobMcDonnellBlueprint.com

Ads by Google

LOS ANGELES, Sept. 17 /PRNewswire/ -- Brad Pitt today donated $100,000 to fightCalifornia's Proposition 8, which would eliminate same sex couples' right to marry.

Prop. 8 threatens to take away important benefits like health insurance, eliminate protections for children, and complicate decision-making related to medical emergencies and other situations. These and other issues are not resolved by domestic partnerships.

"Because no one has the right to deny another their life even though they disagree with it, because everyone has the right to live the life they so desire if it doesn't harm another, and because discrimination has no place in America, my vote will be for equality and against Proposition 8," Pitt said.

"The entertainment industry should view this contribution as a challenge. It is our hope that others in the entertainment industry will step up and match Brad Pitt's heroic commitment to equality and to defeating Prop. 8," said Chad Griffin, political strategist for the No on 8 campaign. "This isn't a special interest issue -- this measure affects every business and every family. WithCalifornia's budget and the national economy in chaos, the last thing we need is an unnecessary measure that threatens health benefits and protections for children."

    For more information or to contribute, visit
http://www.votenoonproposition8.com

Paid for by Californians Against Eliminating Basic Rights, No on Prop. 8 San Francisco City

Attorney Dennis Herrera, Chair PO Box 2973,Beverly Hills, CA 90213 T: 310.285.2316 - ID#1307787

Californians Against Eliminating Basic Rights is a member of the Equality for All Coalition

SOURCE Californians Against Eliminating Basic Rights

Sponsored Results                                              Chitika | Premium

Dennis Attorneys
Free Online Attorney Consultation -All Types of Cases- No Obligation.
www.AttorneyHelp.com

Attorneys in Dennis
Find experienced attorneys in all US states. It's fast and free.
www.attorneylink.us

Boston Injury Lawyers
Free Case Consultation with a Local Injury Lawyer. Contact Us Now.
www.InjuryHelpLineLawyer.com

Comment on this story, by email comment@newsblaze.com

Click here to get NewsBlaze News in your email

Copyright © 2009, PRNewswire
Copyright © 2009, NewsBlaze, Daily News
Tags: .PUB,POL,STP,CA-Calif.-Against



Is your favorite bookmark site missing? Ask for it.

[            ]  Search

Editorial
Political

Get Daily

Promote Your Business
Schedule Your Interview
Click Here

Ads by Google

Bob McDonnell's Blueprint
Read What the Washington Post Found About Bob's Extreme Social Agenda!

California Proposition 65
Testing Laboratory Fast Results -
1-800-755-1794
www.LATesting.com

California Proposition 65
Testing, risk mgt, consulting, product assessments & screening
www.intertek.com/prop65

Auto Insurance - Save 70%
Get free instant insurance quotes. See how much you will save.
Insurance-Quotes-Auto.net

Wills, powers of attorney
Protect you and your partner now with the right legal documents
www.PartnerPlanning.com






Keep the Fleece



Never pay more than $8 for dot com domains
Click Here

F-5



ENEWS SIGN-UP | TELL A FRIEND | DONATE NOW | **LOG IN**

Equality California

Legislation   Issues   Elections   Events   Action Center   Media   About   Search >









## Events

You Are Cordially Invited to Join Event Champions and Chairs for

### An Evening to Benefit the No On 8 Campaign

*Special performance by Melissa Etheridge and Mary J. Blige*

**Tuesday, October 21**
6:30 p.m.

**At the home of Ron Burkle**
Green Acres Estate
Beverly Hills

**Champions:** Steve Bing, David C. Bohnett & Tom Gregory, Jonathan Lewis

**Chairs:** John & Mike August, Ron Burkle, Kate Capshaw & Steven Spielberg, Bruce Cohen & Gabe Catone, David Geffen, Chad Griffin, Frank Pond, Hon. Dennis Herrera, Hon. Gavin Newsom, Hon. Fabian Nuñez, Hon. Antonio Villaraigosa, Equality California - Geoff Kors, Human Rights Campaign - Joe Solmonese, L.A. Gay & Lesbian Center - Lorri L. Jean, National Center for Lesbian Rights - Kate Kendell

**Honorary Chair:** Barbra Streisand

**Hosts:** Julie Anderson & Amy Dantzler, Tess Ayers & Jane Anderson, Shelley Freeman, Susan Feniger & Dean Hansell, Jason Hendler & Chad Billmyer, John Gile, Jeffrey & Marilyn Katzenberg, Kathy Kennedy & Frank Marshall, Jonathan King, Hugh Kinsellagh & Dana Perlman, Kelly Lynch & Annie Goto, Rayman Mathoda & Avantika Shahi, Gary Meade, Bill Resnick & Doug Cordell, Dan Ricketts & Steve Frankel, Fred Paul & Eric M. Shore, Joel Safranek, Lorraine & Sid Sheinberg

**Sponsors:** Steve Afriat & Curtis Sanchez, Jehan F. Agrama & Dwora Fried, Mark Baer, Tammy Billik, Ilene Chaiken, Elizabeth Chase & Janelle Eagle, Chris Cook, Clifford Davidson & Andy Sfeir, Craig Dougherty & Tony Leonhardt, Brian Hargrove and David Hyde Pierce, Chuck Henry, Ellen Huang, Barry Karas, Barbara Kaufman, Barton H. Kogan, Kirk & Rob Marcolina, George Mariella, Jym Genesta & Tommy Chambers, Rafael Medina, Loren Ostrow & Brian Newkirk, David Pence & Andrew Georgiou & Yael Swerdlow, Vahan Saroians, Rodney Scott, Curt Shepard & Alan Hergott, Dannielle Thomas, Bart Verry & Mark Arteaga, Lew Wolf

**Co-Chairs:** Greg Berlanti, Hon. John Duran, Fall Out Boy, Michele & Rob Reiner, Anita May Rosenstein

List of supporters still in formation.

$1,000 donation per person or $10,000 Event Sponsor includes reception and entertainment

For the private dinner preceding the reception (seating limited to 75 guests):
$250,000 Champion | $100,000 Chair | $50,000 Co-Chair | $25,000 Host

**This is sold out!**

For more information please call 818.905.9831

More Information: www.NoOnProp8.com/laevent

Back to Events

Submit an Event ▶

SPECIAL THANKS TO:





see all supporters >

additional
institute supporters >

Donate | About | Sponsors | Contact | Privacy Policy | Site Map
Our affiliated organizations: Equality California Institute & Equality California PAC
2370 Market St. 2nd Floor, San Francisco, CA 94114 phone: 415.581.0005 fax: 415.581.0805


MySpace | Facebook | Twitter | Blogger | YouTube | Photos

Copyright 2008

F-6

Donate | About | Sponsors | Contact
| Privacy Policy | Site Map
Our affiliated organizations: Equality
California Institute & Equality
California PAC
2370 Market St. 2nd Floor, San
Francisco, CA 94114 phone:
415.581.0005 fax: 415.581.0805

# 2005 Press Releases





MySpace | Facebook |
Twitter | Blogger |
YouTube | flickr Photos

Copyright 2008

**For Immediate Release: January 21, 2005**

**EQUALITY CALIFORNIA CO-HOSTS WEEKEND MARRIAGE
SUMMIT AND ACTIVIST TRAINING WITH
ASSEMBLYMEMBER MARK LENO, NCLR AND OTHER LOCAL
ORGANIZATIONS**

Media Inquiries

Media Resources

2009 Press Releases

Comunicados de medios
en español

Archive

2008

2007

2006

2005

2002-2004

**Sunday, January 23rd, 2005, 9:30 AM - 3:30 PM
State Building, Basement Auditorium
455 Golden Gate Ave, near the Civic Center in San
Francisco
Free Admission/ Refreshments Provided**

**San Francisco** - On Sunday, January 23, 2005, Equality
California is co-hosting a marriage summit and activist
training to give supporters the latest update on the marriage
litigation from the attorneys, legislators and organizations
leading the charge. Press are welcome to attend. The agenda
is below.

10:00-10:15 AM          Welcome, Organizational Sponsors
Introduced
10:15-10:45 AM          **California Litigation Update**
                        Courtney Joslin, NCLR, lead counsel
in marriage litigation
                        Dennis Herrera, SF City Attorney
                        Plaintiffs: John Lewis & Stuart
Gaffney

10:45-11:00 AM  **Assemblymember Mark Leno**,AB 19:
Religious Freedom & Marriage Protection Act

11:00-11:10 AM  **Geoffrey Kors, EQCA Executive
Director**
                        Overview of 2005 Plans to combat
discrimination and secure equality for LGBT families

11:15-12:00 PM          **Part One of Panel Breakout
Sessions** (select one)

1. **Building an Asian Pacific Islander Movement for
Marriage Equality** (Andy Wong moderator, panelists Felix
Tsai (GAPA) Stuart Gaffney and John Lewis (EQCA/MECA)

2. **Building Coalitions: Finding Common Goals and
Strategies with non-LGBTQ Groups**
Moderator:  Eve Lubalin - PFLAG Statewide Advocacy
Coordinator for CA  Panelists include: Nicole Yelich (Political
Organizer, NARAL Pro-Choice California), Diane Harrison (
President and CEO, Planned Parenthood Golden Gate)

3. **Prop 54/Three Strikes/Lessons:** Moderator:  Rafael
Mandelman  Panelists include:  Maya Harris (Racial Justice
Project, ACLU)  Steve Phillips (Power PAC.org), Stephanie
Ong (Hope Road Consulting)

4. **Marriage Equality in the Latino Community** Moderator:
David Campos Panelists: Mark Sanchez (Commissioner, San
Francisco Board of Education): Victor Marquez (Former
President, La Raza Lawyers Association)

12:00-12:45 PM          Lunch (on your own)

12:45-1:30 PM           **Part Two of Panel Breakout
Sessions** (select one)

1)  **Why Marriage Equality?  Why Now?**
Moderator:  Debra Walker/Michael Goldstein  Panelists
include:  Leslie Katz (Chair of SF Democratic Party), Joey
Cain (Chair of SF Pride Board), Devina Kotulski (Marriage
Equality)