| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Type name, address, phone number of applicant here
Jesse Panuccio
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036 (202) 220-9600

FILED
SEP 22 PM 2:06

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Perry, et al.,

        Plaintiff(s),

v.

Schwarzenegger, et al.,

        Defendant(s).

CASE NO. C09-2292 VRW

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Jesse Panuccio, an active member in good standing of the bar of District of Columbia and Florida, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant-Intervenors in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Timothy Chandler (916) 932-2850
101 Parkshore Drive, Suite 100, Folsom, California 95630

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/21/09

