EDMUND G. BROWN JR.
Attorney General of California
JONATHAN K. RENNER
Senior Assistant Attorney General
GORDON BURNS
Deputy Solicitor General
TAMAR PACHTER
Deputy Attorney General
State Bar No. 146083
 455 Golden Gate Avenue, Ste 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5970
 Fax: (415) 703-1234
 E-mail: Tamar.Pachter@doj.ca.gov
*Attorneys for Defendant*
*Attorney General Edmund G. Brown Jr.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTIN M. PERRY, et al.,** | Case No. 09-CV-2292 VRW |
| Plaintiff and Appellee, | **DEFENDANT ATTORNEY GENERAL'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT AND JOINDER IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendant and Appellant. | Date: October 14, 2009<br>Time: 10 a.m.<br>Courtroom: 6<br>Judge    Chief Judge Vaughn R. Walker<br>Trial Date    January 11, 2010<br>Action Filed: May 27, 2009 |

Attorney General Edmund G. Brown Jr. opposes the motion for summary judgment filed by Defendant-Intervenors, Doc. 172, and he joins the opposition filed by Plaintiffs and Plaintiff-Intervenors (collectively, "Plaintiffs"). Although the Attorney General's analysis may differ in some respects, the Attorney General has conceded the material facts in the Plaintiffs' complaints; agrees with the Plaintiffs that Proposition 8 violates the 14th Amendment, esentially for the

1

reasons given in *In re Marriage Cases,* 43 Cal.4th 757 (2008); agrees with Plaintiffs that some issues in the case could be resolved as a matter of law in *plaintiffs'* favor, Doc. 191 at 2:9; and agrees that the Court should deny the motion for summary judgment.

Dated: September 23, 2009  Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California

/s/ Gordon Burns

GORDON BURNS
Deputy Solicitor General
*Attorneys for Defendant*
*Attorney General Edmund G. Brown Jr.*

SA2009102343