# AMENDED CERTIFICATE OF SERVICE

Case Name: **Kristin M. Perry, et al. v. Arnold Schwarzenegger, et al.**   No. **3:09-cv-02292-VRW**

I hereby certify that on September 23, 2009, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT ATTORNEY GENERAL'S JOINDER IN PLAINTIFFS AND PLAINTIFF-INTERVENORS OPPOSITIONS TO MOTION FOR SUMMARY JUDGMENT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On September 23, 2009, I have mailed the foregoing document(s) by First-Class Mail to the following non-CM/ECF participants:

| | |
|---|---|
| David Boies<br>Boies Schiller & Flexner LLP<br>333 Main Street<br>Armonk, NY 10504 | Theodore Hideyuki Uno<br>Boies Schiller & Flexner LLP<br>1999 Harrison St, Suite 900<br>Oakland, CA 94612 |
| Rena Lindevaldsen<br>Liberty Counsel<br>100 Mountainview Rd, Suite 2775<br>Lynchberg, CA 24502 | Theane Evangelis Kapur<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 |
| Jesse Panuccio<br>Cooper & Kirk PLLC<br>1523 New Hamshire Ave, N.W.<br>Washington, DC 20036 | Tobias Barrington Wolff<br>University of Pennsylvania Law School<br>3400 Chestnut Street<br>Philadelphia, PA 19104-6204 |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 23, 2009, at Sacramento, California.

| Gladys Lopez | /s/ Gladys Lopez |
|:---:|:---:|
| Declarant | Signature |