GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson, SBN 38137
*tolson@gibsondunn.com*
Matthew D. McGill, *pro hac vice*
Amir C. Tayrani, SBN 229609
1050 Connecticut Avenue, N.W., Washington, D.C. 20036
Telephone: (202) 955-8668, Facsimile: (202) 467-0539

Theodore J. Boutrous, Jr., SBN 132009
*tboutrous@gibsondunn.com*
Christopher D. Dusseault, SBN 177557
Ethan D. Dettmer, SBN 196046
Sarah E. Piepmeier, SBN 227094
Theane Evangelis Kapur, SBN 243570
Enrique A. Monagas, SBN 239087
333 S. Grand Avenue, Los Angeles, California 90071
Telephone: (213) 229-7804, Facsimile: (213) 229-7520

BOIES, SCHILLER & FLEXNER LLP
David Boies, *pro hac vice*
*dboies@bsfllp.com*
Theodore H. Uno, SBN 248603
333 Main Street, Armonk, New York 10504
Telephone: (914) 749-8200, Facsimile: (914) 749-8300

Attorneys for Plaintiffs KRISTIN M. PERRY, SANDRA B. STIER,
PAUL T. KATAMI, and JEFFREY J. ZARRILLO

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>　　　　Defendants. | CASE NO. 09-CV-2292 VRW<br><br>**DECLARATION OF ENRIQUE A. MONAGAS IN SUPPORT OF PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S JOINT OPPOSITION TO DEFENDANT-INTERVENORS' MOTION FOR SUMMARY JUDGMENT** |

Gibson, Dunn & Crutcher LLP

09-CV-2292 VRW  DECLARATION OF ENRIQUE A. MONAGAS IN SUPPORT OF PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S JOINT OPPOSITION TO DEFENDANT-INTERVENORS' MOTION FOR SUMMARY JUDGMENT

I, Enrique A. Monagas, declare as follows:

1. I am an attorney licensed to practice law in the State of California and in the Northern District of California. I am an associate in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Plaintiffs Kristin M. Perry, Sandra B. Stier, Paul T. Katami, and Jeffrey J. Zarrillo in the above-captioned matter. I make this declaration in support of Plaintiffs' and Plaintiff-Intervenor City and County of San Francisco's (collectively, "Plaintiffs") Joint Opposition to Defendant-Intervenors' Motion for Summary Judgment. The information below is stated on personal knowledge and if called as a witness, I could and would testify completely thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the Attorney General's Responses to Plaintiffs' Requests for Admission, Set One, served on September 23, 2009.

3. Attached hereto as Exhibit B is a true and correct copy of the Transcript of Proceedings before this Court on August 19, 2009.

4. Attached hereto as Exhibit C is a true and correct copy of Defendant-Intervenors' Responses to Plaintiffs' First Set of Requests for Admission, served on September 11, 2009.

5. Attached hereto as Exhibit D is Plaintiffs' Responses to Defendant-Intervenors Proposition 8 Proponents' First Set of Interrogatories, served on September 16, 2009.

6. Attached hereto as Exhibit E is a true and correct copy of the American Psychological Association Task Force on Appropriate Therapeutic Responses to Sexual Orientation (2009), http://www.apa.org/pi/lgbc/publications/therapeutic-response.pdf.

7. Attached hereto as Exhibit F is Plaintiffs' Responses to Defendant-Intervenors Proposition 8 Proponents' First Set of Requests for Admission, served on September 16, 2009.

8. Attached hereto as Exhibit G is a true and correct copy of David R. Francis, *Is Population Growth a Ponzi Scheme?*, CHRISTIAN SCIENCE MONITOR, Aug. 17, 2009, *available at* http://features.csmonitor.com/economyrebuild/2009/08/17/economic-scene-is-population-growth-a-ponzi-scheme/.

9. Attached hereto as Exhibit H is a true and correct copy of American Psychiatric Association, *Healthy Minds. Healthy Lives., Gay/Lesbian/Bisexuals,* at http://www.healthyminds.org/More-Info-For/GayLesbianBisexuals.aspx (last visited Sept. 23, 2009).

Gibson, Dunn & Crutcher LLP

09-CV-2292 VRW  DECLARATION OF ENRIQUE A. MONAGAS IN SUPPORT OF PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S JOINT OPPOSITION TO DEFENDANT-INTERVENORS' MOTION FOR SUMMARY JUDGMENT

10. Attached hereto as Exhibit I is a true and correct copy of Kristin Anderson Moore et al., *Marriage from a Child's Perspective: How Does Family Structure Affect Children, and What Can We Do about It?*, Child Trends Research Brief (June 2002).

11. Attached hereto as Exhibit J is a true and correct copy of Yongmin Sun, *The Well-Being of Adolescents in Households with No Biological Parents*, 65 J. MARRIAGE & FAM. 894 (2003).

12. Attached hereto as Exhibit K is a true and correct copy of Herma Hill Kay, Symposium, *From the Second Sex to the Joint Venture: An Overview of Women's Rights and Family Law in the United States During the Twentieth Century*, 88 CAL. L. REV. 2017 (2000).

13. Attached hereto as Exhibit L is a true and correct copy of Alana Semuels, *Gay Marriage a Gift to California's Economy*, L.A. TIMES, June 15, 2008, *available at* http://articles.latimes.com/2008/jun/02/business/fi-wedding2.

14. Attached hereto as Exhibit M is a true and correct copy of the Ballot Pamphlet materials for Proposition 8, California General Election, November 4, 2008 ("Voter Guide").

15. Attached hereto as Exhibit N is a true and correct copy of a Letter from Andrew P. Pugno to Station Managers (Sept. 29, 2008), produced by Defendant-Intervenors, at DEFINT_PM_003184 – 003192.

I declare, under penalty of perjury under the laws of the United States, that these facts are true and correct and that this Declaration is executed this 23rd day of September 2009 at San Francisco, California.

                                                /s/ Enrique A. Monagas
                                                   Enrique A. Monagas

Gibson, Dunn & Crutcher LLP

3

09-CV-2292 VRW  DECLARATION OF ENRIQUE A. MONAGAS IN SUPPORT OF PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S JOINT OPPOSITION TO DEFENDANT-INTERVENORS' MOTION FOR SUMMARY JUDGMENT

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

                                                 /s/ Theodore B. Olson  
                                                 Theodore B. Olson

Gibson, Dunn & Crutcher LLP

4

09-CV-2292 VRW  DECLARATION OF ENRIQUE A. MONAGAS IN SUPPORT OF PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S JOINT OPPOSITION TO DEFENDANT-INTERVENORS' MOTION FOR SUMMARY JUDGMENT