E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Perry, et al.,

        Plaintiff,

v.

Schwarzenegger, et al.,

        Defendant.

CASE NO. 09-CV-2292 VRW

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Nicole J. Moss, whose business address and telephone number is

Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036 (202) 220-9600

and who is an active member in good standing of the bar of North Carolina and D.C. having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Intervenor Defendants.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/25/2009

Chief Judge Vaughn R. Walker
United States District Judge