IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KRISTIN M. PERRY et al.,

Plaintiff,

v.

ARNOLD SCHWARZENEGGER et al.,

Defendant.

CASE NO. 09-CV-2292 VRW

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Joshua Schiller, whose business address and telephone number is BOIES SCHILLER & FLEXNER LLP, 575 Lexington Avenue, 7th Floor, New York, NY 10022 (212) 446-2300 and who is an active member in good standing of the bar of Southern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiffs Kristin M. Perry et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 9/25/2009

Chief Judge
United States District Court



GRANTED
Judge Vaughn R Walker