**United States District Court**
For the Northern District of California

|  |  |
|---|---|
| **IN THE UNITED STATES DISTRICT COURT** | |
| **FOR THE NORTHERN DISTRICT OF CALIFORNIA** | |

**KRISTIN M PERRY, SANDRA B STIER, PAUL T KATAMI and JEFFREY J ZARRILLO,**

  Plaintiffs,

**CITY AND COUNTY OF SAN FRANCISCO,**

  Plaintiff-Intervenor,

  v

**ARNORLD SCHWARZENEGGER, in his official capacity as governor of California; EDMUND G BROWN JR, in his official capacity as attorney general of California; MARK B HORTON, in his official capacity as director of the California Department of Public Health and state registrar of vital statistics; LINETTE SCOTT, in her official capacity as deputy director of health information & strategic planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as clerk-recorder of the County of Alameda; and DEAN C LOGAN, in his official capacity as registrar-recorder/county clerk for the County of Los Angeles,**

  Defendants,

**DENNIS HOLLINGSWORTH, GAIL J KNIGHT, MARTIN F GUTIERREZ, HAKSHING WILLIAM TAM and MARK A JANSSON, as official proponents of Proposition 8,**

  Defendant-Intervenors.
_____/

No   C 09-2292 VRW

ORDER

On September 25, 2009, defendant-intervenors ("proponents") moved for administrative relief to exceed the page limitations for their reply in support of their summary judgment motion. Doc #208. Proponents argue that additional pages are necessary to address the issues raised in plaintiffs' response. Id at 3. Because the extension appears reasonable, proponents' motion is GRANTED. Proponents' reply shall not exceed twenty-five pages.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge