IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Perry, et al.,

CASE NO. 09-2292 VRW

        Plaintiff,

v.

Schwarzenegger, et al,

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

        Defendant.

Jesse Panuccio, whose business address and telephone number is
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036 (202) 220-9600
and who is an active member in good standing of the bar of District of Columbia, Florida
having applied in the above-entitled action for admission to practice in the Northern District of
California on a pro hac vice basis, representing Defendant-Intervenors.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/29/2009



GRANTED
Judge Vaughn R Walker