UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE:** September 25, 2009

**COURTROOM DEPUTY:** Cora Klein      **Court Reporter:** Kelly Bryce

**CASE NO.** C 09-2292 VRW

**TITLE:** KRISTIN PERRY, et al v. ARNOLD SCHWARNEGGER, et al

| **COUNSEL FOR PLAINTIFFS:** | **COUNSEL FOR DEFENDANTS:** |
|---|---|
| Christopher Dusseault, | Gordon Burns - CA AG, |
| Matthew McGill, Jeremy Goldman | K. Mennemeier for CA Gov (by telephone) |
| Enrique Monagas, Sarah Piepmeier | |

| **AMICUS SF CITY & CTY:** | **DEF INTERVENORS PROP 8:** |
|---|---|
| Mollie Lee | Charles Cooper, Jesse Panuccio |
| Ronald Flynn | Brian Raum, Tim Chandler - ADF |
| | |
| | Andrew Pugno for protectmarriage.com and Individual defendant intervenors |

**PROCEEDINGS:**

Discovery hearing re Defendant-Intervenors' leave to file motion for protective order; (Motion for protective order, doc 187).

**RESULTS:**

The Court heard argument from counsel.
The court submitted the matter.