| | |
|---|---|
| 1 | COOPER AND KIRK, PLLC |
|   | Charles J. Cooper (DC Bar No. 248070)* |
| 2 | *ccooper@cooperkirk.com* |
|   | David H. Thompson (DC Bar No. 450503)* |
| 3 | *dthompson@cooperkirk.com* |
|   | Howard C. Nielson, Jr. (DC Bar No. 473018)* |
| 4 | *hnielson@cooperkirk.com* |
|   | Nicole J. Moss (DC Bar No. 472424)* |
| 5 | *nmoss@cooperkirk.com* |
|   | Jesse Panuccio (DC Bar No. 981634)* |
| 6 | *jpanuccio@cooperkirk.com* |
|   | Peter A. Patterson (Ohio Bar No. 0080840)* |
| 7 | *ppatterson@cooperkirk.com* |
|   | 1523 New Hampshire Ave. N.W., Washington, D.C. 20036 |
| 8 | Telephone: (202) 220-9600, Facsimile: (202) 220-9601 |
| 9 | LAW OFFICES OF ANDREW P. PUGNO |
|   | Andrew P. Pugno (CA Bar No. 206587) |
| 10 | *andrew@pugnolaw.com* |
|    | 101 Parkshore Drive, Suite 100, Folsom, California 95630 |
| 11 | Telephone: (916) 608-3065, Facsimile: (916) 608-3066 |
| 12 | ALLIANCE DEFENSE FUND |
|    | Brian W. Raum (NY Bar No. 2856102)* |
| 13 | *braum@telladf.org* |
|    | James A. Campbell (OH Bar No. 0081501)* |
| 14 | *jcampbell@telladf.org* |
|    | 15100 North 90th Street, Scottsdale, Arizona 85260 |
| 15 | Telephone: (480) 444-0020, Facsimile: (480) 444-0028 |

ATTORNEYS FOR DEFENDANTS-INTERVENORS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, MARK A. JANSSON, and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL

* Admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California | CASE NO. 09-CV-2292 VRW<br><br>**DECLARATION OF JESSE PANUCCIO IN SUPPORT OF DEFENDANT-INTERVENORS' MOTION TO REALIGN ATTORNEY GENERAL EDMUND G. BROWN, JR.**<br><br>Date:  August 19, 2009<br>Time:  10:00 a.m.<br>Judge:  Chief Judge Vaughn R. Walker<br>Location:  Courtroom 6, 17th Floor |

Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,

     Defendants,

and

PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,

     Defendant-Intervenors.

Additional Counsel for Defendant-Intervenors

ALLIANCE DEFENSE FUND
Timothy Chandler (CA Bar No. 234325)
*tchandler@telladf.org*
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 932-2850, Facsimile: (916) 932-2851

Jordan W. Lorence (DC Bar No. 385022)*
*jlorence@telladf.org*
Austin R. Nimocks (TX Bar No. 24002695)*
*animocks@telladf.org*
801 G Street NW, Suite 509, Washington, D.C. 20001
Telephone: (202) 393-8690, Facsimile: (202) 347-3622

* Admitted *pro hac vice*

---

DECLARATION OF JESSE PANUCCIO IN SUPPORT OF DEFENDANT-INTERVENORS' MOTION TO REALIGN ATTORNEY GENERAL EDMUND G. BROWN, JR. – CASE NO. 09-CV-2292 VRW

I, Jesse Panuccio, attorney for Defendant-Intervenors Proposition 8 Proponents Dennis Hollingsworth, Gail J. Knight, Martin F. Gutierrez, Hak-Shing William Tam, Mark A. Jansson, and Proposition 8 Campaign Committee ProtectMarriage.com – Yes on 8, a Project of California Renewal, have personal knowledge of the facts in this declaration, and if called as a witness, I could and would competently testify to these facts under oath:

1. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' First Set of Requests for Admission to Defendant Attorney General Edmund G. Brown, Jr., served August 25, 2009.

2. Attached hereto as Exhibit B is a true and correct copy of an email addressed from Pearl Lim, Legal Secretary in the Office of the Attorney General, that counsel for Defendant-Intervenors received on September 25, 2009.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 2, 2009 at Washington, D.C.

_____
Jesse Panuccio

1

DECLARATION OF JESSE PANUCCIO IN SUPPORT OF DEFENDANT-INTERVENORS' MOTION TO REALIGN ATTORNEY GENERAL EDMUND G. BROWN, JR. – CASE NO. 09-CV-2292 VRW