# EXHIBIT B

## Jesse Panuccio

| | |
|---|---|
| **From:** | Pearl Lim [Pearl.Lim@doj.ca.gov] |
| **Sent:** | Friday, September 25, 2009 11:36 AM |
| **To:** | associate co. counsel office of the co. counsel; associate co. counsel office of the co. counsel; associate co. counsel office of the co. counsel; associate co. counsel office of the county counsel; bois, schiller & flexner llp; bois, schiller & flexner llp; bois, schiller & flexner llp; bois, schiller & flexner llp; bois, schiller & flexner llp; Chuck Cooper; David Thompson; Howard Nielson; Jesse Panuccio; Nicole Moss; Pete Patterson; office of the los angeles co. counsel; deputy attorney general; gibson, dunn & crutcher llp; gibson, dunn & crutcher llp; gibson, dunn & crutcher llp; gibson, dunn & crutcher llp; gibson, dunn & crutcher llp; gibson, dunn & crutcher llp; gibson, dunn & crutcher llp; gibson, dunn & crutcher llp; gibson, dunn & crutcher llp; gibson, dunn & crutcher llp; gibson, dunn, & crutcher llp; gibson, dunn & crutcher llp; mennemeier, glass & stroud llp; mennemeier, glass & stroud llp; mennemeier, glass & stroud llp; mennemeier, glass & stroud llp; mennemeier, glass & stroud llp; city of san francisco; city of san francisco; city of san francisco; city of san francisco; city of san francisco; city of san francisco; city of san francisco; city of san francisco; cooper & kirk, pllc; cooper & kirk, pllc |
| **Cc:** | Tamar Pachter |
| **Subject:** | Fwd: Perry V. Schwarzenegger, et al., No. 3:09-cv-02292-VRW: AG's Responses |
| **Attachments:** | AG's Responses.pdf; pos.pdf; service list.pdf; pos1.pdf |

Sorry, due to a glitch in my e-mail address book, some of you might not have received the below document; therefore, I'm resending it to you.  The problem is resolved and hopefully this will not recur again.

Pearl Lim
Legal Secretary
Government Law Section
Department of Justice
Office of the Attorney General
(415) 703-1332
pearl.lim@doj.ca.gov


>>> Pearl Lim 9/23/2009 12:10 PM >>>
Attached is Attorney's General's Responses to Plaintiff's Requests for Admission, Set One.

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.