FILED

OCT 02 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KRISTIN M. PERRY; et al.,<br><br>    Plaintiffs - Appellees,<br>  v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; et al.,<br><br>    Defendants,<br><br>PROPOSITION 8 OFFICIAL PROPONENTS; et al.,<br><br>    Defendant-intervenors,<br><br>CAMPAIGN FOR CALIFORNIA FAMILIES,<br><br>     Defendant-Proposed Intervenor - Appellant,<br>  v.<br><br>OUR FAMILY COALITION; et al.,<br><br>    Plaintiff-intervenors - Appellees. | No. 09-16959<br><br>D.C. No. 3:09-cv-02292-VRW<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Appellant's second motion to expedite the appeal is granted.

The opening brief submitted on September 25, 2009 has been filed.

The answering brief remains due October 9, 2009.

28Sept2009/LBS/Pro Mo

09-16959

The optional reply brief is due 7 days after the service date of the last-served answering brief.

The provisions of Ninth Circuit Rule 31-2.2(a) shall not be applicable to this case; any Rule 31-2.2(b) request is strongly disfavored.

This case shall be placed on the November 2009 calendar.

Court records do not currently reflect that the district court has issued the certificate of record. The appellant shall monitor the issuance of the certificate.

    For the Court:

    MOLLY C. DWYER
    Clerk of the Court


    Lorela Bragado-Sevillena
    Deputy Clerk
       Ninth Circuit Rule 27-7/Advisory Note
       to Rule 27 and Ninth Circuit Rule 27-10