## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>              Plaintiffs,<br><br>       v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>              Defendants,<br><br>and<br><br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,<br><br>              Defendant-Intervenors. | CASE NO. 09-CV-2292 VRW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT-INTERVENORS' MOTION FOR A STAY PENDING APPEAL AND/OR PETITION FOR WRIT OF MANDAMUS** |

       IT IS HEREBY ORDERED that for good cause shown, as set forth in Defendant-Intervenors' Motion for a Stay Pending Appeal and/or Petition for Writ of Mandamus, that Defendant-Intervenors' Motion is GRANTED.  IT IS THEREFORE ORDERED that the discovery authorized by the Court's October 1, 2009 Order, Doc # 214, is stayed pending resolution of

Defendant-Intervenors' appeal and/or petition for writ of mandamus.


Dated the _____ of _____, 2010            _____

                                                Chief Judge Vaughn R. Walker




r