
1  GIBSON, DUNN & CRUTCHER LLP
   Theodore B. Olson, SBN 38137
2  *tolson@gibsondunn.com*
   Matthew D. McGill, *pro hac vice*
3  Amir C. Tayrani, SBN 229609
   1050 Connecticut Avenue, N.W., Washington, D.C. 20036
4  Telephone: (202) 955-8668, Facsimile: (202) 467-0539

5  Theodore J. Boutrous, Jr., SBN 132009
   *tboutrous@gibsondunn.com*
6  Christopher D. Dusseault, SBN 177557
   Ethan D. Dettmer, SBN 196046
7  Sarah E. Piepmeier, SBN 227094
   Theane Evangelis Kapur, SBN 243570
8  Enrique A. Monagas, SBN 239087
   333 S. Grand Avenue, Los Angeles, California 90071
9  Telephone: (213) 229-7804, Facsimile: (213) 229-7520

10 BOIES, SCHILLER & FLEXNER LLP
   David Boies, *pro hac vice*
11 *dboies@bsfllp.com*
   Theodore H. Uno, SBN 248603
12 333 Main Street, Armonk, New York 10504
   Telephone: (914) 749-8200, Facsimile: (914) 749-8300
13

14 Attorneys for Plaintiffs KRISTIN M. PERRY, SANDRA B. STIER,
   PAUL T. KATAMI, and JEFFREY J. ZARRILLO

15 **UNITED STATES DISTRICT COURT**

16 **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>           Plaintiffs,<br><br>       v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>           Defendants. | CASE NO. 09-CV-2292 VRW<br><br>**DECLARATION OF CHRISTOPHER D. DUSSEAULT IN SUPPORT OF PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S JOINT OPPOSITION TO DEFENDANT-INTERVENORS' MOTION FOR A STAY PENDING APPEAL AND/OR PETITION FOR WRIT OF MANDAMUS**<br><br>Date:  January 7, 2010<br>Time:  10:00 a.m.<br>Judge:  Chief Judge Walker<br>Location:  Courtroom 6, 17th Floor |

Gibson, Dunn &
Crutcher LLP

I, Christopher D. Dusseault, declare as follows:

1. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys of record for Plaintiffs Kristin M. Perry, Sandra B. Stier, Paul T. Katami, and Jeffrey J. Zarrillo ("Plaintiffs") in this action. I make this declaration in support of Plaintiffs' and Plaintiff-Intervenor's Joint Opposition to Defendant-Intervenors' Motion for a Stay Pending Appeal and/or Petition for Writ of Mandamus. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify hereto.

2. On October 8, 2009, counsel for Defendant-Intervenors, Jesse Panuccio, requested by e-mail that Plaintiffs stipulate to an expedited briefing schedule for this Motion. Mr. Panuccio's original proposal was that Plaintiffs respond to the Motion by Tuesday, October 13, just two business days after filing of the Motion, and it made no mention of any reply brief. On that same day, I responded to Mr. Panuccio's e-mail and stated that, while Plaintiffs were amenable to such an expedited schedule, they wanted to be certain that the Court could, if desired, address the issues raised by the Motion in the October 14, 2009 hearing on Defendant-Intervenors' Motion for Summary Judgment. Accordingly, I sought to confirm that the briefing on Plaintiffs' Motion be limited to the Motion and Plaintiffs' opposition.

3. Defendant-Intervenors sought to reserve the right to file a reply after October 13, 2009 or, alternatively, to shorten even further Plaintiffs' already shortened time to reply to Defendant-Intervenors' Motion. While the parties were not able to agree on a specific briefing schedule, both parties agreed that the matter should be resolved as promptly as possible. A true and correct copy of the October 8, 2009 e-mail exchange between Mr. Panuccio and I reflecting these negotiations is attached hereto as Exhibit A.

4. Plaintiffs have submitted their Opposition to Plaintiffs' Motion as early as practicable.

5. Defendant-Intervenors have not yet offered to Plaintiffs any draft language for any protective order that could be applied to documents produced in this case.

6. Plaintiffs' efforts at obtaining information through third party discovery of information related to the strategy underlying the Prop. 8 campaign have been blocked as a result of Defendant-Intervenors' appeal because third parties such as Schubert Flint Public Affairs have

incorporated by reference Defendant-Intervenors' First Amendment privilege defense (and Defendant-Intervenors' interlocutory appeal of the order rejecting that defense as presented).   A true and correct copy of Schubert Flint's Responses and Objections to Plaintiffs' Subpoena to Produce Documents is attached as Exhibit B.

7.   On September 1, 2009, Defendant-Intervenors served a subpoena seeking communications substantially similar to those they seek to protect here from Fred Karger, founder of Californians Against Hate, as part of their discovery in *ProtectMarriage.com v. Bowen* (E.D. Cal. Case No. 2:09-cv-00058-MCE-DAD).  A true and correct copy of this subpoena is attached hereto as Exhibit C.

8.   Defendant-Intervenors have not disclosed the identities of three members of the ad hoc executive committee who provided the executive direction to the campaign or whether such individuals have evidence relevant to this case.

I declare, under penalty of perjury under the laws of the United States, that these facts are true and correct and that this Declaration is executed this 13th day of October 2009 at Los Angeles, California.

      /s/ Christopher D. Dusseault
      Christopher D. Dusseault

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

By: /s/ Theodore B. Olson
Theodore B. Olson