UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE:** October 14, 2009

**COURTROOM DEPUTY:** Cora Klein          **Court Reporter:**   Lydia Zinn

**CASE NO.**  C 09-2292  VRW

**TITLE:** KRISTIN PERRY, et al v. ARNOLD SCHWARNEGGER, et al

| **COUNSEL FOR PLAINTIFFS:** | **DEF INTERVENORS PROP 8:** |
|---|---|
| Theodore Olson | Charles Cooper, |
| Christopher Dusseault, | Brian Raum, Peter Patterson |
| Matthew McGill, Jeremy Goldman | Howard C Nielson |
| Theodore Uno, Amir Tayrani | James Campbell |

**COUNSEL FOR DEFENDANTS:**
Andrew Stroud for Gov Schwarnegger
Tamar Pachter for CA Attorney General
Gordon Burns for CA AG

Claude Kolm for O'Connell, Alameda County

**PLAINTIFF-INTERVENORS SF CITY & CTY:**
Therese Stewart
Danny Chou

**PROCEEDINGS:**

- Defendant-intervenors' motion for summary judgment, Doc #172 - denied.
- Defendant-intervenors shall file their reply memorandum in support of the motion to stay, Doc #220, not later than October 16, 2009.  The court will submit the matter on the papers or hear argument by telephone as necessary.
- Plaintiffs and the Attorney General shall file their oppositions to defendant-intervenors' motion to realign the Attorney General, Doc #216, not later than October 28, 2009.  Defendant-intervenors shall file their reply not later than November 4, 2009.  The matter will be submitted on the papers.