UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

October 15, 2009

**CASE INFORMATION:**
Short Case Title:  Perry v. Schwarzenegger

Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>No. District of CA, Civil Division, Judge Walker</u>
Criminal and/or Civil Case No.:  <u>CV-09-2292 VRW</u>
Date Complaint/Indictment/Petition Filed: 5/22/09
Date Appealed order/judgment *entered* 10/1/09
Date NOA *filed* 10/9/09
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):    ☐ granted in full (attach order)    ☐ denied in full (send record)
                           ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: Sahar McVickar 415-626-6060, Belle Ball 415-373-2529, Kelly Bryce 415-522-2102 and Lydia Zinn 415-531-6587

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:   10/9/09              Date Docket Fee Billed:
Date FP granted:                             Date FP denied:
Is FP pending?  ☐ yes  ☐ no                  Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                           Appellee Counsel:

**SEE DOCKET SHEET**


☐ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                 Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: <u>Felicia Reloba</u>
                                                    415-522-2000