IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, et al, | No. C 09-2292 VRW |
| Plaintiff(s), | **CLERK'S NOTICE** |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Plaintiff-Intervenor, | |
| v. | |
| ARNOLD SCHWARZENEGGER, et al, | |
| Defendant(s), | |
| OFFICIAL PROPONENTS OF PROPOSITION 8, | |
| Defendant-Intervenors. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD;

YOU ARE NOTIFIED THAT a telephone conference to discuss the progress of the parties efforts regarding discovery in this case has been scheduled for **November 2, 2009 at 2:30 p.m.**

Dated: October 28, 2009

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*
Courtroom Deputy Clerk to
Chief Judge Vaughn R Walker
Email: cora_delfin-klein@cand.uscourts.gov