UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE:** November 2, 2009

**COURTROOM DEPUTY:** Cora Klein      **Court Reporter:** Lydia Zinn

**CASE NO.** C 09-2292 VRW

**TITLE:** KRISTIN PERRY et al v ARNOLD SCHWARZENEGGER et al

**ATTORNEYS:**

**Ethan D. Dettmer** for Plaintiffs.

**Mollie Lee** for Plaintiff-Intervenor City and County of San Francisco.

**Charles J. Cooper** for Defendants-Intervenors Prop 8 Proponents and Protectmarriage.com

**Andrew W. Stroud** for Defendants Schwarzenegger, Horton and Scott

**Tamar Pachter** for Defendant E.G.Brown, Jr., California Attorney General

**Manuel F. Martinez** for Defendant Patrick O'Connell, Clerk Recorder of Alameda County

**Judy Whitehurst** for Defendant Dean C. Logan, Registrar-Recorder/County Clerk, Los Angeles


**PROCEEDINGS:**

**Telephonic Discovery Hearing**
See transcript of the hearing for details.