# Exhibit 1

**Defendant-Intervenors' Privilege Log**
**for Sample Documents Submitted for *In Camera* Review**
***Perry v. Schwarzennegger*, No. 09-2292 (N.D. Cal.)**

| Doc No. | Bates Range | Priv Call | Doc Type | Date | Author(s) | Recipient(s) | Copyee(s) | Basis of Privilege |
|---------|-------------|-----------|----------|------|-----------|--------------|-----------|--------------------|
| Doc. 1 | DEF_INT_PRIV_000001-12 | First Amendment | Email string with attached draft agenda and finance strategy outline | 6/26/2008 to 6/27/2008 | Frank Schubert, Mark Jansson | Frank Schubert, Mark Jansson, Ron Prentice, Andrew Pugno, Doe 1, Doe 2, Doe 3, Lori Wortz, Jeff Flint, Sarah Pollo, Nancy Limon, Kristy Babb, Doe 4, Steve Linder, Doe 5 | | Nonpublic document reflects internal discussion and planning about campaign and fundraising strategy and reveals donor/volunteer/member names. |
| Doc. 2 | DEF_INT_PRIV_000013-16 | First Amendment | Email string with attached draft organizational statement | 6/10/2008 to 6/11/2008 | Mark Jansson, Andrew Pugno | Mark Jansson, Andrew Pugno, Ron Prentice, Doe 1 and Doe 2 | | Nonpublic document reflects internal strategy regarding organization of Protect Marriage coaltion of supporters, including edits to draft document. |
| Doc. 3 | DEF_INT_PRIV_000017-35 | First Amendment | Email string | 8/5/2008 | Frank Schubert, Jennifer Kerns | Frank Schubert, Jennifer Kerns, Jeff Flint | Ron Prentice, Andrew Pugno, Mark Jansson, Doe 1 | Nonpublic document reflects discussion of campaign messaging. |
| Doc. 4 | DEF_INT_PRIV_000036-41 | First Amendment | Email string with attached draft ad script | 8/31/2008 to 9/1/2008 | Frank Schubert, Doe 1, Gary Lawrence, Jeff Flint, Mark Jansson | Ron Prentice, Andrew Pugno, Doe 1, Doe 2, Mark Jansson, Frank Schubert, Gary Lawrence, Jeff Flint | Jeff Flint | Nonpublic document reflects edits to draft television ad with copy of draft ad. |
| Doc. 5 | DEF_INT_PRIV_000042 | First Amendment and Attorney Work Product | Web page message | | Andy Pugno | | | Nonpublic document reflects draft statement regarding Protect Marriage.com created by counsel to campaign. |
| Doc. 6 | DEF_INT_PRIV_000043-49 | First Amendment | Email string with attached draft flyers and messaging strategy memo | 10/11/2008 to 10/16/2008 | Doe 1, Doe 2 | Marc Jansson, Doe 1, Doe 3, Doe 4 | | Nonpublic document reveals internal campaign messaging strategy discussions and edits to messaging.  Reveals anonymous volunteer names. |
| Doc. 7 | DEF_INT_PRIV_000050-63 | First Amendment | Email string with attachment (draft messages) | 6/25/2008 | Frank Schubert | Jeff Flint, Andrew Pugno, Mark Jansson, Gary Lawrence, and Doe 1 | | Nonpublic document reflects draft messaging related to Proposition 8, including edits to potential message. |
| Doc. 8 | DEF_INT_PRIV_000064-69 | First Amendment | Email string | 6/13/2008 | Ron Prentice, Mark Jansson | Mark Jansson, Ron Prentice, Andrew Pugno, Doe 1 and Doe 2 | | Nonpublic document reflects internal discussions and planning about campaign messaging and strategy. |

| Doc No. | Bates Range | Priv Call | Doc Type | Date | Author(s) | Recipient(s) | Copyee(s) | Basis of Privilege |
|---------|-------------|-----------|----------|------|-----------|--------------|-----------|--------------------|
| Doc. 9 | DEF_INT_PRIV_000070-73 | First Amendment | Email string | 8/15/2008 | Doe 1 | Ron Prentice, Jeff Flint, Frank Schubert, Doe 2, Doe 3, Doe 4 | | Nonpublic document reflects internal discussion about possible messaging and outreach; also religious association. |
| Doc. 10 | DEF_INT_PRIV_000074 | First Amendment | Email string | 9/22/2008 to 9/23/2008 | Ron Prentice, Frank Schubert | Frank Schubert, Andrew Pugno, Mark Jansson, Doe 1, Jeff Flint, Doe 2 | | Nonpublic document reflects internal messaging strategy discussions. |
| Doc. 11 | DEF_INT_PRIV_000075-78 | First Amendment | Email with attached campaign strategy documents | 10/5/2008 | Ron Prentice | Doe 1, Andrew Pugno, Mark Jansson, Doe 2 | | Nonpublic document reflects internal campaign strategy and messaging discussions. |
| Doc. 12 | DEF_INT_PRIV_000079-80 | First Amendment and Attorney-Client Communication | Email with attached voter guide | 7/22/2008 | Frank Schubert | Andrew Pugno, Ron Prentice, Mark Jansson, Doe 1, Doe 2, Doe 3, Jeff Flint, Sarah Pollo, Nancy Limon, Gary Lawrence | | Nonpublic document reflects internal discussion regarding arguments in response to official voter guide.  Also reflects legal advice of counsel and request for additional legal advice. |
| Doc. 13 | DEF_INT_PRIV_000081-82 | First Amendment and Attorney-Client Communication | Email | 2/22/2007 | Andrew Pugno | Doe 1, Doe 2, Mark Jansson, Doe 3, Doe 4, Doe 5, Doe 6 | Doe 7 | Nonpublic document reflects internal discussion about marriage amendment language.  Also reflects legal advice of counsel to campaign. |
| Doc. 14 | DEF_INT_PRIV_000083-84 | First Amendment | Email string | 6/13/2008 | Ron Prentice, Andrew Pugno | Andrew Pugno, Ron Prentice | Doe 1, Doe 2, Mark Jansson, Doe 3, Frank Schubert, Jeff Flint, Doe 4 | Nonpublic document reflects internal discussion about campaign strategy, reveals volunteer names. |
| Doc. 15 | DEF_INT_PRIV_000085-86 | First Amendment | Email | 9/23/2008 to 9/24/2008 | Ron Prentice; Doe 1 | Doe 1; Ron Prentice | | Nonpublic document reflects internal discussion regarding campaign strategy and fundraising, and reveals volunteers names. |
| Doc. 16 | DEF_INT_PRIV_000087-93 | First Amendment | Email string | 6/26/2008 to 7/1/2008 | Doe 1, Doe 2, Ron Prentice, Doe 3, Frank Schubert | Ron Prentice, Andew Pugno, Doe 2, Doe 1, Doe 3, Steve Linder | Jeff Flint, Frank Schubert, Andrew Pugno, Doe 2 | Nonpublic document reflects internal discussion and planning about campaign fundraising strategy and reveals donors and/or anonymous volunteers' identities. |

| Doc No. | Bates Range | Priv Call | Doc Type | Date | Author(s) | Recipient(s) | Copyee(s) | Basis of Privilege |
|---|---|---|---|---|---|---|---|---|
| Doc. 17 | DEF_INT_PRIV_000094 | First Amendment | Email string | 10/9/2008 to 10/10/2008 | Doe 1, Gary Lawrence | Gary Lawrence, Doe 2, Frank Schubert, Jeff Flint | | Nonpublic document reflects internal discussion about effectiveness of Prop. 8 ad and reveals intentions and political convictions of a California voter unaffiliated with campaign. |
| Doc. 18 | DEF_INT_PRIV_000095-101 | First Amendment | Email string | 10/31/2008 to 11/1/2008 | Ron Prentice, Doe 1, Frank Schubert, Jeff Flint, Andrew Pugno | Frank Schubert, Doe 1, Ron Prentice, Jeff Flint, Andrew Pugno | Andrew Pugno, Jeff Flint | Nonpublic document reflects internal discussion and planning regarding fundraising strategy. |
| Doc. 19 | DEF_INT_PRIV_000102-103 | First Amendment | Email string | 9/9/2008 | Mark Jansson, Ron Prentice | Gary Lawrence, Doe 1 | | Nonpublic document reflects internal discussion regarding campaign strategy; reveals volunteers' names. |
| Doc. 20 | DEF_INT_PRIV_000104-107 | First Amendment | Email string | 9/19/2008 to 9/20/2008 | Mark Jansson, Frank Schubert, Ron Prentice | Frank Schubert, Mark Jansson, | Jeff Flint | Nonpublic document reflects internal discussion and planning about campaign strategy and messaging; reveals the names of volunteers. |
| Doc. 21 | DEF_INT_PRIV_000108-115 | First Amendment | Email with attached draft campaign strategy memo | 10/5/2008 | Mark Jansson | Andrew Pugno, Doe 1, Doe 2, and Ron Prentice | | Nonpublic document reflects internal discussion and planning regarding campaign strategy and messaging.  Reveals anonymous volunteers' names. |
| Doc. 22 | DEF_INT_PRIV_000116-127 | First Amendment | Email string with attachments | 10/3/2008 to 10/4/2008 | Doe 1, Doe 2, Mark Jansson | Doe 2, Doe 3, Mark Jansson, Andrew Pugno, Doe 5, Doe 6, Ron Prentice, Frank Schubert, Jeff Flint, Jennifer Kerns | Doe 4 | Nonpublic document reflects internal discussion and planning about campaign strategy and messaging.  Reveals anonymous volunteers' names. |
| Doc. 23 | DEF_INT_PRIV_000128-129 | First Amendment | Email string | 9/17/2008 | Jennifer Kerns, Frank Schubert | Jennifer Kerns, Frank Schubert, Ron Prentice, Andrew Pugno, Mark Jansson | | Nonpublic document reflects internal discussion and planning regarding campaign strategy and messaging related to field poll on Proposition 8 |
| Doc. 24 | DEF_INT_PRIV_000130-132 | First Amendment | Email string | 7/1/2008 | Gary Lawrence, Frank Schubert | Frank Schubert, Gary Lawrence, Jeff Flint, Ron Prentice, Andy Pugno | | Nonpublic document reflects internal discussions and planning regarding polling data and messaging strategy |
| Doc. 25 | DEF_INT_PRIV_000133-134 | First Amendment | Email string | 6/17/2008 | Doe 1; Ron Prentice | Ron Prentice; Doe 1 | Andew Pugno, Mark Jansson, Doe 1 and Doe 2 | Nonpublic document reflects internal discussion and planning about campaign strategy; reveals anonymous volunteers' names. |

| Doc No. | Bates Range | Priv Call | Doc Type | Date | Author(s) | Recipient(s) | Copyee(s) | Basis of Privilege |
|---|---|---|---|---|---|---|---|---|
| Doc. 26 | DEF_INT_PRIV_000135-138 | First Amendment | Draft memo | | | Mark Jansson | | Nonpublic document reveals internal planning about campaign strategy related to get-out-the-vote efforts and coordination with affiliated groups and individuals. |
| Doc. 27 | DEF_INT_PRIV_000139-140 | First Amendment | Draft argument | 7/2/2008 | Andy Pugno | | | Nonpublic document reflects internal edits to ballot argument. |
| Doc. 28 | DEF_INT_PRIV_000141-160 | First Amendment | Email with attached agenda, weekly contribution tally report, budgets, polls, fraft ad scripts | 9/18/2008 | Frank Schubert | Ron Prentice, Andrew Pugno, Doe 1, Doe 2, Doe 3, Doe 4, Doe 5, Mark Jansson, Jeff Flint, Gary Lawrence, and Steve Linder | | Nonpublic documents reflect internal discussion and planning regarding messaging and campaign strategy. |
| Doc. 29 | DEF_INT_PRIV_000161-162 | First Amendment | Flyer | | Anonymous | | | Anonymous political speech. |
| Doc. 30 | DEF_INT_PRIV_000163-198 | First Amendment | Email string with attached draft campaign strategy proposal | 6/5/2008 | Andrew Pugno | Ron Prentice, Doe I, Doe 2, Mark Jansson, Doe 3 and Doe 4 | | Nonpublic document reveals internal discussions and planning about campaign strategy and messaging; reveals the names of anonymous volunteers. |
| Doc. 31 | DEF_INT_PRIV_000199-201 | First Amendment | Email string | 5/28/2008 | Doe 1, Doe 6, Doe 2 | Ron Prentice, Doe 1, Doe 2, Doe 3, Andrew Pugno, Doe 4, Doe 5, Doe 6, Doe 7 and Doe 8 | | Nonpublic document reveals internal discussions and planning about campaign strategy and messaging; reveals the names of anonymous volunteers/supporters of Prop. 8 campaign. |
| Doc. 32 | DEF_INT_PRIV_000202-207 | First Amendment | Email with attached volunteer instructions and grassroots strategy | 8/14/2008 | Doe 1 | Multiple Doe volunteers and Mark Jansson | | Nonpublic document reveals internal discussion and planning related to campaign strategy. |
| Doc. 33 | DEF_INT_PRIV_000208 | First Amendment | Email | 8/19/.2008 | Jennifer Kerns | Mark Jansson | Doe 1 | Nonpublic document reflects internal discussion about associational activity and reveals name of anonymous volunteer. |
| Doc. 34 | DEF_INT_PRIV_000209-211 | First Amendment | Email | 8/19/2008 | Frank Schubert | Doe 1 | Jeff Flint, Mark Jansson, Nancy Limon | Nonpublic document reflects internal discussion and planing related to campaign strategy and messaging; reveals the names of anonymous volunteers. |

4

| Doc No. | Bates Range | Priv Call | Doc Type | Date | Author(s) | Recipient(s) | Copyee(s) | Basis of Privilege |
|---------|-------------|-----------|----------|------|-----------|--------------|-----------|-------------------|
| Doc. 35 | DEF_INT_PRIV_000212-214 | First Amendment | Email string | 8/20/2008 | Doe 1, Ron Prentice, Frank Schubert | Ron Prentice, Doe 2, Andrew Pugno, Doe 3, Doe 4, Mark Jansson | Frank Schubert, Jeff Flint | Nonpublic document reveals internal  campaign strategy and discussions about same. |
| Doc. 36 | DEF_INT_PRIV_000215-218 | First Amendment | Email with attached Committee meeting minutes | 9/10/2008 | Sarah Pollo | Doe 1, Doe 2, Doe 3, Doe 4, Delepine Tiffany, Frank Schubert, Jeff Flint, Doe 5, Doe 6, Mark Jansson, Doe 7, Doe 8, Doe 9, Doe 10, Nancy Limon, Doe 11, Ron Prentice, Steve Linder, Doe 12 and Doe 13 | | Nonpublic document reveals internal discussion and planning regarding campaign strategy and messaging; reveals anonymous volunteers' names. |
| Doc. 37 | DEF_INT_PRIV_000219-231 | First Amendment | Email with attached survey questionnaire | 9/24/2008 | Frank Schubert | Ron Prentice, Andrew Pugno, Doe 1, Mark Jansson, Doe 2, Doe 3, Doe 4, Jeff Flint, Gary Lawrence | | Nonpublic document reveals internal planning and discussion about campaign strategy. |
| Doc. 38 | DEF_INT_PRIV_000232-248 | First Amendment | Email string with attached Grassroot and Get Out the Vote draft proposal | 7/29/2008 to 7/30/2008 | Doe 1 | Doe 2, Doe 3, Doe 4, Doe 5, Doe 6, Doe 7, Doe 8, Frank Schubert, Jeff Flint, Ron Prentice, Doe 9, Doe 10; Doe 11 | | Nonpublic document reveals internal discussion and planning regarding campaign strategy. |
| Doc. 39 | DEF_INT_PRIV_000249-254 | First Amendment | Email with attached spreadsheet listing names of potential donors | 8/2/2008 | Doe 1 | Doe 2 and Ron Prentice | | Nonpublic document reveals internal discussion and planning regarding campaign strategy; reveals volunteers' and potential donors' names. |
| Doc. 40 | DEF_INT_PRIV_000255-256 | First Amendment | Email | 10/7/2008 | Jeff Flint | Ron Prentice, Andrew Pugno, Doe 1, Doe 2 and Mark Jansson | Frank Schubert | Nonpublic documents reveals internal discussion and planning regarding campaign strategy. |
| Doc. 41 | DEF_INT_PRIV_000257-258 | First Amendment | Email with attached letter to potential donors | 3/14/2008 | Ron Prentice | Doe 1, Doe 2 | Doe 3, Doe 4, Doe 5; Mark Jansson, Frank Schubert, Jeff Flint | Nonpublic document reveals names of supporters of campaign and reflects nonpublic communications with same. |
| Doc. 42 | DEF_INT_PRIV_000260-261 | First Amendment | Email | 10/16/2008 | Doe 1 | Ron Prentice, Doe 2, Frank Schubert, Jeff Flint | Doe 3, Gary Lawrence; Doe 4 and Doe 5 | Nonpublic document reflects internal discussion and planning regarding campaign strategy; reveals anonymous volunteer names. |
| Doc. 43 | DEF_INT_PRIV_000262-263 | First Amendment | Email | 8/13/2008 | Doe 1 | Frank Schubert | Ron Prentice, Jeff Flint, Doe 2, Andrew Pugno, and Doe 3 | Nonpublic document reflects internal discussion and planning regarding campaign strategy; reveals identity of potential donor |

5

| Doc No. | Bates Range | Priv Call | Doc Type | Date | Author(s) | Recipient(s) | Copyee(s) | Basis of Privilege |
|---|---|---|---|---|---|---|---|---|
| Doc. 44 | DEF_INT_PRIV_000264-267 | First Amendment | Email string | 7/27/2008 | Steve Linder, Doe 3, Doe 1 | Ron Prentice, Doe 1, Doe 2, Doe 3, Steve Linder, Doe 4 | | Nonpublic document reflects internal campaign strategy and discussions and reveals volunteers' names and potential donors' names. |
| Doc. 45 | DEF_INT_PRIV_000268-269 | First Amendment | Email with attached marriage amendment drafts | 3/29/2007 | Andrew Pugno | Doe 1, David Bauer, Doe 2, Doe 3, Mark Jansson, Doe 4, Doe 5, and Ron Prentice | | Nonpublic document reveals internal discussion regarding proposed constitutional amendment. |
| Doc. 46 | DEF_INT_PRIV_000270-274 | First Amendment and Attorney Client | Email with attached insructions related to petitions | 3/12/2008 | Andrew Pugno | Doe 1 | Doe 2, Doe 3, Ron Prentice, Doe 4 | Nonpublic documents reveal internal discussion and planning related to getting Proposition 8 on ballot; reflects legal advice regading validating petitions. |
| Doc. 47 | DEF_INT_PRIV_000275-279 | First Amendment | Email with attached campaign strategy documents | 6/7/2008 | Mark Jansson | Doe 1 | Ron Prentice, Andrew Pugno, Doe 2, Doe 3 | Nonpublic document reveals internal discussions and planning related to campaign strategy and messaging. |
| Doc. 48 | DEF_INT_PRIV_000280-282 | First Amendment | Email string | 6/16/2008 to 6/17/2008 | Doe 1, Andrew Pugno | Andrew Pugno, Ron Prentice, Jeff Flint, Doe 1 | | Nonpublic document reveals internal discussion and planning about messaging |
| Doc. 49 | DEF_INT_PRIV_000283-286 | First Amendment and Attorney-Client Communication | Email string | 12/6/2007 to 1/3/2008 | Doe 1, Doe 2 | Ron Prentice, Joe Infranco | Doe 2, Doe 3, Doe 4, Andy Pugno, Doe 5, Ron Prentice | Nonpublic document reveals internal discussions and planning about content of campaign website. Also contains legal advice regarding wording. |
| Doc. 50 | DEF_INT_PRIV_000297-289 | First Amendment | Email with attached draft ballot argument | 7/1/2008 | Gary Lawrence | Frank Schubert, Jeff Flint, Andrew Pugno, Ron Prentice | | Nonpublic document reveals internal discussion regarding polling and draft ballot argument. |
| Doc. 51 | DEF_INT_PRIV_000290-296 | First Amendment | Email with attached Marriage Pledge Rally Flow of Events | 10/20/2008 | Frank Schubert | Doe 1, Ron Prentice, Mark Jansson, Andrew Pugno | Jeff Flint, Sonja Eddings Brown, Chip White, Cherri Spriggs Hernandez | Nonpublic document reveals discussion and planning related to campaign strategy and messaging. |
| Doc. 52 | DEF_INT_PRIV_000297-300 | First Amendment | Email | 10/16/2008 | Doe 1 | Frank Schubert, Jeff Flint, Doe 2, Ron Prentice, Andrew Pugno, Mark Jansson | Doe 3, Doe 4, Doe 5, Doe 6, Doe 7, Doe 8, Doe 9, Doe 10 | Nonpublic document reveals internal discussion and planning related to campaign strategy. |
| Doc. 53 | DEF_INT_PRIV_000301-313 | First Amendment | Grassroots strategic planning memo | 7/10/008 | | | | Nonpublic document reveals internal campaign strategy |

| Doc. No. | Bates Range | Priv Call | Doc Type | Date | Author(s) | Recipient(s) | Copyee(s) | Basis of Privilege |
|---|---|---|---|---|---|---|---|---|
| Doc. 54 | DEF_INT_PRIV_000314-317 | First Amendment | Email string | 10/3/2008 to 10/8/2008 | Doe 1, Doe 2, Frank Schubert | Doe 2, Doe 1, Jeff Flint, Frank Schubert, Andrew Pugno, Ron Prentice, Doe 3, Mark Jansson | Jeff Flint, Andrew Pugno, Ron Prentice, Doe 3, Mark Jansson | Nonpublic document reveals internal discussion and planning regarding  messaging; reveals volunteers' and potential supporters' names. |
| Doc. 55 | DEF_INT_PRIV_000318-322 | First Amendment | Email string with attached draft press release | 10/23/2008 | Chip White, Frank Schubert, Jeff Flint | Jeff Flint, Doe 1, Frank Schubert, Doe 2, Chip White | Doe 3, Andrew Pugno | Nonpublic document reveals internal discussion about and edits to eventual press release. |
| Doc. 56 | DEF_INT_PRIV_000323-325 | First Amendment | Email string | 9/12/2008 to 9/13/2008 | Frank Schubert, Doe 5, Andrew Pugno | Ron Prentice, Andrew Pugno, Doe 1, Doe 2, Doe 3, Mark Jansson, Gary Lawrence, Jeff Flint, Doe 4, Doe 5 | | Nonpublic document reveals internal discussion and editing regarding content of messaging. |
| Doc. 57 | DEF_INT_PRIV_000326-343 | First Amendment | Email string with attached draft phone script | 6/27/2008 | Gary Lawrence, Frank Schubert, Andrew Pugno | Andrew Pugno, Ron Prentice, Frank Schubert, Jeff Flint | | Nonpublic document reveals internal discussion, planning, and editing with regard to polling. |
| Doc. 58 | DEF_INT_PRIV_000344-354 | First Amendment | Memo | | | | | Nonpublic document reveals internal  post-election analysis of strategy and messaging. |
| Doc. 59 | DEF_INT_PRIV_000355-356 | First Amendment | Email | 11/14/2008 | Doe 1 | Andrew Pugno; Doe 2, Mark Jansson, Ron Prentice, Sonja Brown | | Nonpublic document reveals internal post-election analysis of strategy and messaging. |
| Doc. 60 | DEF_INT_PRIV_000357 | First Amendment | Draft | | | | | Nonpublic draft of internal television ad script never publicly aired or distributed. |