**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 16, 2009

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 09-02292 VRW**

**CASE TITLE: KRISTIN M. PERRY-v-ARNOLD SCHWARZENEGGER**

USCA Case Number:

Dear Sir/Madam:

     Enclosed is the Notice of Appeal in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

*Felicia Reloba*

by: Felicia Reloba
Case Systems Administrator

cc: Counsel of Record