UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

November 16, 2009

**CASE INFORMATION:**
Short Case Title: <u>KRISTIN M. PERRY</u>-v- <u>ARNOLD SCHWARZENEGGER</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>No. District of CA, Civil Division, Judge Walker</u>
Criminal and/or Civil Case No.: <u>CV 09-02292 VRW </u>
Date Complaint/Indictment/Petition Filed: <u>5-22-09</u>
Date Appealed order/judgment *entered* <u>11-11-09</u>
Date NOA *filed* <u>11-13-09</u>
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):   ☐ granted in full (attach order)   ☐ denied in full (send record)
                          ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number: <u>Sahar McVickar 415-626-6060, Belle Ball 415-373-2529, Kelly Bryce 415-522-2102, Lydia Zinn 415-531-6587</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>11-13-09</u>            Date Docket Fee Billed:
Date FP granted:                                  Date FP denied:
Is FP pending? ☐ yes  ☐ no                                      Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                                Appellee Counsel:

SEE DOCKET SHEET


☐ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                      Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                    9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: <u>Felicia Reloba</u>
                                                    415-522-2000