# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO. C 09-02292 VRW (JCS)**

**CASE NAME:** KRISTIN M. PERRY v. ARNOLD SCHWARZENEGGER

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY:** Karen Hom |
| **DATE:** November 19, 2009   **TIME:** 34 M | **COURT REPORTER:** Kathy Sullivan |

**COUNSEL FOR PLAINTIFF:**
Matthew D. McGill - Plas
Mollie Lee - Pla Intv CCSF

**COUNSEL FOR DEFENDANT:**
Nicole Moss- Dft-Intv Prop 8
Andrew Stroud -Admin Dfts
Tamar Pachter - Dft AG Ed Brown

**PROCEEDINGS:**

**RULING:**

1. Telephonic Discovery Hearing re: Docket Nos. 256 and 257          Submitted

**ORDERED AFTER HEARING:**

Parties shall meet and confer on an expedited basis today and tomorrow to negotiate a stipulated protective order. If the parties cannot come to an agreement on the stipulated protective order, the Court will enter it's own protective order.

**ORDER TO BE PREPARED BY:**    () Plaintiff    () Defendant    (X) Court

**CASE CONTINUED TO:**

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**   at 9:30 a.m. | | **Pretrial Conference:**   at 1:30 p.m. |

**Trial Date:**        at 8:30 a.m.  ()Jury   ()Court    Set for    days

**cc:** Chambers; Karen
\* (T) = Telephonic Appearance