GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson, SBN 38137
*tolson@gibsondunn.com*
Matthew D. McGill, *pro hac vice*
Amir C. Tayrani, SBN 229609
1050 Connecticut Avenue, N.W., Washington, D.C. 20036
Telephone: (202) 955-8668, Facsimile: (202) 467-0539

Theodore J. Boutrous, Jr., SBN 132009
*tboutrous@gibsondunn.com*
Christopher D. Dusseault, SBN 177557
Ethan D. Dettmer, SBN 196046
Sarah E. Piepmeier, SBN 227094
Theane Evangelis Kapur, SBN 243570
Enrique A. Monagas, SBN 239087
333 S. Grand Avenue, Los Angeles, California 90071
Telephone: (213) 229-7804, Facsimile: (213) 229-7520

BOIES, SCHILLER & FLEXNER LLP
David Boies, *pro hac vice*
*dboies@bsfllp.com*
Theodore H. Uno, SBN 248603
333 Main Street, Armonk, New York 10504
Telephone: (914) 749-8200, Facsimile: (914) 749-8300

Attorneys for Plaintiffs KRISTIN M. PERRY, SANDRA B. STIER,
PAUL T. KATAMI, and JEFFREY J. ZARRILLO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>　　　　Defendants. | CASE NO. 09-CV-2292 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING RULE 26 DISCLOSURES** |

WHEREAS, the parties met and conferred repeatedly on case management issues and submitted extensive case management statements in advance of the Court's August 19, 2009 case management conference; and

WHEREAS, on August 19, 2009, the Court issued an order setting November 30, 2009 as the deadline for the parties to complete discovery in this case, and, accordingly, the parties immediately began serving and responding to discovery; and

WHEREAS, the parties believe that the initial disclosures required by Federal Rule of Civil Procedure 26 have been or will be made through the course of the expedited discovery process; and

WHEREAS, given the parties' continuing efforts to complete discovery by the deadline set by the Court, the parties believe that the initial disclosures required by Federal Rule of Civil Procedure 26 have been or will be made through the course of the expedited discovery process.

NOW, THEREFORE, the parties, through their respective counsel of record, hereby stipulate and agree, and ask the Court to enter an order pursuant to Federal Rule of Civil Procedure 26(f)(1) as follows:

1. No Party is required to provide initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1);

2. The parties are not required to file a separate report pursuant to Rule 26(f)(2); and

3. If the Court later determines that Rule 26 disclosures should be made or a separate Rule 26 report should be filed, the parties will meet and confer and will exchange Rule 26 disclosures and file a separate Rule 26 report within 10 days of the Court's direction.

DATED:  November 25, 2009

GIBSON, DUNN & CRUTCHER LLP

By: _____/s/_____
Ethan Dettmer

and

BOIES, SCHILLER & FLEXNER LLP

David Boies

Attorneys for Plaintiffs KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO

| | | |
|---|---|---|
| 1 | DATED:  November 12, 2009 | OFFICE OF THE CITY ATTORNEY |
| 2 | | By:             /s/ |
| 3 | | Ronald Flynn |
| 4 | | Attorneys for Plaintiff-Intervenor<br>CITY AND COUNTY OF SAN FRANCISCO |
| 5 | DATED:  November 10, 2009 | COOPER AND KIRK, PLLC |
| 6 | | |
| 7 | | By:             /s/<br>Nicole Moss |
| 8 | | Attorneys for Defendant-Intervenors<br>PROPOSITION 8 OFFICIAL PROPONENTS; and |
| 9 | | PROTECTMARRIAGE.COM – YES ON 8, A<br>PROJECT OF CALIFORNIA RENEWAL |
| 10 | | |
| 11 | DATED:  November 9, 2009 | OFFICE OF THE ATTORNEY GENERAL |
| 12 | | By:             /s/ |
| 13 | | Tamar Pachter |
| 14 | | Attorneys for Defendant<br>ATTORNEY GENERAL EDMUND G. BROWN, JR. |
| 15 | DATED:  November 12, 2009 | MENNEMEIER, GLASSMAN & STROUD LLP |
| 16 | | |
| 17 | | By:             /s/<br>Kenneth C. Mennemeier |
| 18 | | Attorneys for Defendants ARNOLD |
| 19 | | SCHWARZENEGGER, MARK B. HORTON, and<br>LINETTE SCOTT (the "Administration Defendants") |
| 20 | DATED:  November 12, 2009 | THE OFFICE OF THE COUNTY COUNSEL |
| 21 | | |
| 22 | | By:             /s/<br>Manuel F. Martinez |
| 23 | | Attorneys for Defendant PATRICK O'CONNELL, |
| 24 | | Clerk-Recorder for the County of Alameda |
| 25 | DATED:  September 9, 2009 | THE OFFICE OF COUNTY COUNSEL |
| 26 | | By:             /s/ |
| 27 | | Judy Whitehurst |
| 28 | | Attorneys for Defendant DEAN C. LOGAN,<br>Recorder/County Clerk for the County of Los Angeles |

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____              _____
                                           HON. VAUGHN R. WALKER
                                           United States District Chief Judge

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

                      By: /s/ Enrique A. Monagas
                                Enrique A. Monagas