GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson, SBN 38137
*tolson@gibsondunn.com*
Matthew D. McGill, *pro hac vice*
Amir C. Tayrani, SBN 229609
1050 Connecticut Avenue, N.W., Washington, D.C. 20036
Telephone: (202) 955-8668, Facsimile: (202) 467-0539

Theodore J. Boutrous, Jr., SBN 132009
*tboutrous@gibsondunn.com*
Christopher D. Dusseault, SBN 177557
Ethan D. Dettmer, SBN 196046
Sarah E. Piepmeier, SBN 227094
Theane Evangelis Kapur, SBN 243570
Enrique A. Monagas, SBN 239087
333 S. Grand Avenue, Los Angeles, California 90071
Telephone: (213) 229-7804, Facsimile: (213) 229-7520

BOIES, SCHILLER & FLEXNER LLP
David Boies, *pro hac vice*
*dboies@bsfllp.com*
Theodore H. Uno, SBN 248603
333 Main Street, Armonk, New York 10504
Telephone: (914) 749-8200, Facsimile: (914) 749-8300

Attorneys for Plaintiffs KRISTIN M. PERRY, SANDRA B. STIER,
PAUL T. KATAMI, and JEFFREY J. ZARRILLO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>Defendants. | CASE NO. 09-CV-2292 VRW<br><br>**JOINT STIPULATION [AND PROPOSED ORDER] TO EXTEND TIME REGARDING PRETRIAL FILINGS** |

1    Plaintiffs Kristin M. Perry, Sandra B. Stier, Paul T. Katami, and Jeffrey J. Zarrillo
2  ("Plaintiffs"), Plaintiff-Intervenor City and County of San Francisco ("Plaintiff-Intervenor"),
3  Defendant-Intervenors Proposition 8 Official Proponents Dennis Hollingsworth, Gail J. Knight,
4  Martin F. Gutierrez, Hak-Shing William Tam, and Mark A. Jansson; and ProtectMarriage.com –
5  Yes on 8, A Project of California Renewal ("Defendant-Intervenors"), and Defendants Arnold
6  Schwarzenegger, Edmund G. Brown Jr., Mark B. Horton, Linette Scott, Patrick O'Connell, and Dean
7  C. Logan ("Defendants") (collectively the "Parties"), through their respective counsel of record,
8  hereby stipulate to the following regarding the dates for filing of documents directed by the Court's
9  August 24, 2009 Pretrial Scheduling Order (Doc #164):
10   WHEREAS the Court entered a Pretrial Scheduling Order directing the parties to file trial
11  memoranda, proposed findings of fact, witness lists, designations of discovery excerpts, motions *in*
12  *limine*, and objections to anticipated evidence and testimony, and exchange exhibits "not less than ten
13  days before the pretrial conference" scheduled for December 16, 2009, at 10:00 a.m.;
14   WHEREAS the Pretrial Scheduling Order states that the parties shall file and serve their
15  responses to objections to evidence and responses to motions *in limine* "five days before the pretrial
16  conference";
17   WHEREAS certain relevant discovery will not occur until November 30, 2009, or shortly
18  before November 30, 2009, due to the parties' ongoing discovery disputes and difficulty scheduling
19  all depositions prior to November 30, 2009;
20   WHEREAS the parties wish to ensure that their pretrial filings are as complete and reflect as
21  much discovery as possible; and
22   WHEREAS the Federal Rules of Civil Procedure and the Northern District of California Civil
23  Local Rules that go into effect on December 1, 2009 will compute time based on calendar days
24  instead of court days, such that a filing deadline of not less than "five days before the [December 16]
25  pretrial conference" would be calculated to be December 11, 2009, not December 9, 2009, which
26  would be the deadline under the former Federal and Local Rules;
27  //
28  //

THEREFORE, pursuant to Federal Rule of Civil Procedure 6(b) and Northern District of California Civil Local Rules 6-1(b), 6-2(a), 7-12, and 16-2(e), it is hereby STIPULATED AND AGREED, by and between the undersigned, attorneys of record for parties in the above-captioned action, as follows:

1. The parties will file trial memoranda, proposed findings of fact, witness lists, designations of discovery excerpts, motions *in limine*, and objections to anticipated evidence and testimony, and serve exhibits by December 7, 2009 pursuant to the Court's Pretrial Scheduling Order;

2. The parties will file and serve any responses to objections to evidence and/or responses to motions *in limine* on December 11, 2009 pursuant to the Court's Pretrial Scheduling Order and applying the December 1, 2009 modifications to the relevant Rules;

3. The parties reserve the right to supplement their pretrial filings to reflect discovery that occurs after the date of the pretrial filings, including depositions currently scheduled to occur after November 30, 2009;

4. This Stipulation may be signed in counterparts and facsimile signatures are deemed originals for all purposes.

///

///

///

| | |
|---|---|
| DATED: November 30, 2009 | GIBSON, DUNN & CRUTCHER LLP |

By: _____/s/_____
Christopher D. Dusseault

and

BOIES, SCHILLER & FLEXNER LLP

David Boies

Attorneys for Plaintiffs KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO

DATED: November 30, 2009        OFFICE OF THE CITY ATTORNEY

By: _____/s/_____
Ronald Flynn

Attorneys for Plaintiff-Intervenor
CITY AND COUNTY OF SAN FRANCISCO

DATED: November 30, 2009        COOPER AND KIRK, PLLC

By: _____/s/_____
Nicole J. Moss

Attorneys for Defendant-Intervenors
PROPOSITION 8 OFFICIAL PROPONENTS; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL

DATED: November 30, 2009        OFFICE OF THE ATTORNEY GENERAL

By: _____/s/_____
Tamar Pachter

Attorneys for Defendant
ATTORNEY GENERAL EDMUND G. BROWN JR.

| | |
|---|---|
| DATED:  November 30, 2009 | MENNEMEIER, GLASSMAN & STROUD LLP |
| | By: _____/s/_____<br>         Andrew W. Stroud |
| | Attorneys for Defendants ARNOLD SCHWARZENEGGER, MARK B. HORTON, and LINETTE SCOTT (the "Administration Defendants") |
| DATED:  November 30, 2009 | THE OFFICE OF THE COUNTY COUNSEL |
| | By: _____/s/_____<br>         Manuel F. Martinez, Associate County Counsel |
| | Attorneys for Defendant PATRICK O'CONNELL, Clerk-Recorder for the County of Alameda |
| DATED:  November 30, 2009 | THE OFFICE OF COUNTY COUNSEL |
| | By: _____/s/_____<br>         Judy Whitehurst |
| | Attorneys for Defendant DEAN C. LOGAN, Recorder/County Clerk for the County of Los Angeles |

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:_____            _____
                                                                       HON. VAUGHN R. WALKER
                                                                       United States District Chief Judge

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

By: _____/s/_____
Sarah E. Piepmeier