IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M PERRY, SANDRA B STIER, PAUL T KATAMI and JEFFREY J ZARRILLO, <br><br> Plaintiffs, <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Plaintiff-Intervenor, <br><br> v <br><br> ARNOLD SCHWARZENEGGER, in his official capacity as governor of California; EDMUND G BROWN JR, in his official capacity as attorney general of California; MARK B HORTON, in his official capacity as director of the California Department of Public Health and state registrar of vital statistics; LINETTE SCOTT, in her official capacity as deputy director of health information & strategic planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as clerk-recorder of the County of Alameda; and DEAN C LOGAN, in his official capacity as registrar-recorder/county clerk for the County of Los Angeles, <br><br> Defendants, <br><br> DENNIS HOLLINGSWORTH, GAIL J KNIGHT, MARTIN F GUTIERREZ, HAKSHING WILLIAM TAM, MARK A JANSSON and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIOFORNIA RENEWAL, as official proponents of Proposition 8, <br><br> Defendant-Intervenors. <br> _____/ | No C 09-2292 VRW <br><br> ORDER |

The Ninth Circuit has instructed the parties to comply with this court's order to meet and confer on the terms of a protective order. Ninth Circuit Case No 09-17241 Doc #23 at 3, referring to ND Cal Case No 09-2292 Doc #259 at 5-6. The parties have informed the court that despite their good faith negotiations, they have been unable to agree to the terms of a protective order. Doc ##260, 262, 263. Accordingly, the parties are DIRECTED to submit their respective versions of the protective order not later than Tuesday, December 1, 2009 at 5 PM PST.

IT IS SO ORDERED.

Joseph C Spero
United States Magistrate Judge