

**OFFICE OF THE COUNTY COUNSEL**

1221 Oak Street, Suite 450, Oakland, California 94612-4296
Telephone (510) 272-6700    Facsimile (510) 272-5020

RICHARD E. WINNIE
COUNTY COUNSEL

December 1, 2009

Honorable Joseph C. Spero, United States Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom A , 15th Floor
San Francisco, CA 94102

RE:   Defendant Patrick O'Connell's, in his Official Capacity as Clerk-Recorder for the County of Alameda, Response to this Court's Order [Document 267] in the Matter of *PERRY V. SCHWARZENEGGER*, Case No. C 09-2292 VRW

Dear Honorable Judge Spero:

Defendant Patrick O'Connell, in his Official Capacity as Clerk-Recorder for the County of Alameda, (County) does not take a position on the terms of the proposed protective order. However, the County respectfully urges this Court to consider adopting language that minimally impacts the cost of enforcing any such protective order this Court should issue.

Very truly yours,

RICHARD E. WINNIE
County Counsel

By _____
Manuel F. Martinez
Associate County Counsel

MFM/mfm