# GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
_____

555 Mission Street, Suite 3000, San Francisco, California 94105-2933
(415) 393-8200
www.gibsondunn.com

EDettmer@gibsondunn.com

December 1, 2009

| Direct Dial | Client Matter No. |
|---|---|
| (415) 393-8292 | T 36330-00001 |

Fax No.
(415) 374-8444

The Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court for the
    Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

      Re:    *Perry v. Schwarzenegger*, Case No. C 09-2292 VRW

Dear Magistrate Judge Spero:

      I write pursuant to the Court's November 30 order directing the parties to submit their proposed protective orders.  Plaintiffs' proposed order is attached as Exhibit A.  Since my November 23 letter to the Court, the parties' respective positions have not changed:  Plaintiffs believe that the parties have reached agreement with respect to all provisions except Sections 7.3 and 7.5—those provisions defining the class of persons to be excluded from the attorneys' eyes only provision of the protective order.  Exhibit A incorporates the agreements reached as of November 20, and Plaintiffs' proposal with respect to Sections 7.3 and 7.5.

                        Respectfully submitted,

                        */s/ Ethan D. Dettmer*
                        Ethan D. Dettmer
                        Counsel for Plaintiffs

cc:    All Counsel