| CITY AND COUNTY OF SAN FRANCISCO | OFFICE OF THE CITY ATTORNEY |
|---|---|
| DENNIS J. HERRERA<br>City Attorney | RONALD P. FLYNN<br>Deputy City Attorney |



DIRECT DIAL: (415) 554-3901
E-MAIL: ronald.flynn@sfgov.org

December 2, 2009

The Honorable Joseph C. Spero
Magistrate Judge of the United States District Court
    for the Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

    Re:    *Perry v. Schwarzenegger*, No. 09-2292 VRW

Dear Magistrate Judge Spero:

    I write on behalf of Plaintiff-Intervenor City and County of San Francisco. For the reasons stated in the letter from this office dated November 23, 2009, [Doc#263], San Francisco strongly objects to the entry of a protective order that categorically denies San Francisco access to the documents. As anticipated, Defendant-Intervenors' proposed order [Doc#270], which San Francisco first saw last night when it was filed, would do just that. Accordingly, San Francisco formally objects to Defendant-Intervenors' form of proposed order. San Francisco joins in the request that the Court enter the form of proposed order submitted by Plaintiffs. [Doc#269.]

    Very truly yours,

    DENNIS J. HERRERA
    City Attorney

    */s/ RONALD P. FLYNN*

    RONALD P. FLYNN
    Deputy City Attorney

FOX PLAZA · 1390 MARKET STREET, 7TH FLOOR · SAN FRANCISCO, CALIFORNIA 94102-5408
RECEPTION: (415) 554-3800 · FACSIMILE: (415) 554-3985

n:\cxlit\li2009\091484\00596673.doc