## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Kristin M. Perry, et al. v. Arnold Schwarzenegger, et al.**
No.:   **3:09-cv-02292-VRW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>December 3, 2009</u>, I served the attached **Letter dated December 3, 2009** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

| | |
|---|---|
| David Boies<br>Attorney at Law<br>Boies Schiller & Flexner LLP<br>333 Main Street<br>Armonk, NY 10504 | Theane Evangelis Kapur<br>Attorney at Law<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071 |
| Jesse Panuccio<br>Cooper & Kirk PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, DC  20036 | Tobias Barrington Wolff<br>University of Pennsylvania Law School<br>3400 Chestnut Street<br>Philadelphia, PA  19104-6204 |
| Rena M. Lindevaldsen<br>Liberty Counsel<br>100 Mountain View Road, Suite 2775<br>Lynchburg, VA   24502-2272 | |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 3, 2009, at San Francisco, California.

| Pearl Lim | */s/ Pearl Lim* |
|---|---|
| Declarant | Signature |

SA2009310603
20238586.doc