OFFICE OF THE COUNTY COUNSEL
ELIZABETH M. CORTEZ, Assistant County Counsel
JUDY W. WHITEHURST, Principal Deputy County Counsel
(SBN 182855) • jwhitehurst@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1845 · Fax: (213) 617-7182

Attorneys for DEAN C. LOGAN,
LOS ANGELES REGISTRAR-
RECORDER/COUNTY CLERK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity at Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>Defendants. | CASE NO. 09-CV-2292 VRW<br><br>**TRIAL MEMORANDUM OF DEFENDANT DEAN C. LOGAN, LOS ANGELES COUNTY REGISTRAR-RECORDER/ COUNTY CLERK**<br><br>Trial Date:     January 11, 2010<br><br>Action Filed:   May 27, 2009 |

| | |
|---|---|
| 1 | PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAKSHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM-YES ON 8, A PROJECT OF CALIFORNIA RENEWAL, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendant-Intervenors, |
| 6 | CITY AND COUNTY OF SAN FRANCISCO, |
| 7 | Plaintiff-Intervenor, |
| 8 | v. |
| 9 | ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity at Registrar-Recorder/County Clerk for the County of Los Angeles, |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | Defendants. |
| 18 | |

As stated in the Registrar-Recorder/County Clerk's ("Registrar") answer, the Registrar had a duty to uphold State law when Proposition 8 was passed by the voters at the November 4, 2008 election. Other than providing any necessary defense of the Registrar's actions in abiding by Proposition 8 upon passage, the Registrar takes no position on the merits of the case as to the validity of Proposition 8. The Registrar does not intend on presenting any evidence or arguments on the merits, but reserves the right to provide a defense as to any asserted wrongdoing in abiding by Proposition 8 once passed.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

OFFICE OF THE COUNTY COUNSEL


By   /s/  Judy W. Whitehurst
    JUDY W. WHITEHURST
    Principal Deputy County Counsel

Attorneys for DEAN C. LOGAN, LOS ANGELES REGISTRAR-RECORDER/COUNTY CLERK

**DECLARATION OF SERVICE**
Case No. 09-CV-2292 VRW

STATE OF CALIFORNIA, County of Los Angeles:

Hazel T. Bataclan states: I am employed in the County of Los Angeles, State of California, over the age of eighteen years and not a party to the within action. My business address is 648 Kenneth Hahn Hall of Administration, 500 West Temple Street, Los Angeles, California 90012-2713.

That on December 4, 2009, I served the attached

**TRIAL MEMORANDUM OF DEFENDANT DEAN C. LOGAN, LOS ANGELES COUNTY REGISTRAR-RECORDER/ COUNTY CLERK**

upon Interested Party(ies) by placing ☐ the original ☐ a true copy thereof enclosed in a sealed envelope addressed ☒ as follows ☐ as stated on the attached mailing list:

**BY ELECTRONIC MAIL**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 4, 2009, at Los Angeles, California.

Hazel T. Bataclan                    /s/ Hazel T. Bataclan
                                          **Signature**

HOA.661283.1                               1

## Service List Here

| | |
|---|---|
| Ted Olson<br>Matthew McGill<br>Amir Tayrani<br>GIBSON DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C.  20036<br>TOlson@gibsondunn.com<br>MMcGill@gibsondunn.com<br>ATayrani@gibsondunn.com | Ethan Dettmer<br>Enrique Monagas<br>GIBSON DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>EDettmer@gibsondunn.com<br>SPiepmeier@gibsondunn.com<br>EMonagas@gibsondunn.com |
| Theodore Boustrous, Jr.<br>Theane Evangelis Kapur<br>Christopher Dusseault<br>GIBSON DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071<br>TBoutrous@gibsondunn.com<br>TKapur@gibsondunn.com<br>CDusseault@gibsondunn.com | Theodore Hideyuki Uno<br>BOIES SCHILLER & FLEXNER LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA  94612<br>dboies@bsfllp.com<br>jgoldman@bsfllp.com<br>tuno@bsfllp.com |
| Brian E. Washington<br>Claude F. Kolm<br>OFFICE OF THE COUNTY COUNSEL<br>1221 Oak Street, Suite 450<br>Oakland, CA  94612<br>Brian.washington@acgov.org<br>Claude.kolm@acgov.org<br>Lindsey.Stern@acgov.org | COOPER & KIRK PLLC<br>1523 New Hampshire Avenue N.W.<br>Washington, D.C.  20036<br>ccooper@cooperkirk.com<br>dthompson@cooperkirk.com<br>hnielson@cooperkirk.com<br>nmoss@cooperkirk.com |
| Kenneth C. Mennemeier<br>Andrew W. Stroud<br>MENNEMEIER GLASS & STROUD LLP<br>980 9th Street, Suite 1700<br>Sacramento, CA  95814<br>kcm@mgslaw.com<br>gosling@mgslaw.com<br>aknight@mgslaw.com<br>stroud@mgslaw.com | CITY OF SAN FRANCISCO<br>SAN FRANCISCO CITY ATTORNEY'S OFFICE<br>1390 Market Street, Seventh Floor<br>San Francisco, CA  94102<br>therese.stewart@sfgov.org<br>erin.bernstein@sfgov.org<br>vince.chhabria@sfgov.org<br>ronald.flynn@sfgov.org |
| DEPUTY ATTORNEY GENERAL<br>Government Law Section<br>California Department of Justice<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA  94102-7004<br>Gordon.Burns@doj.ca.gov<br>Tamar.Pachter@doj.ca.gov | |