# DECLARATION OF SERVICE
### Case No. 09-CV-2292 VRW

STATE OF CALIFORNIA, County of Los Angeles:

Hazel T. Bataclan states:  I am employed in the County of Los Angeles, State of California, over the age of eighteen years and not a party to the within action.  My business address is 648 Kenneth Hahn Hall of Administration, 500 West Temple Street, Los Angeles, California 90012-2713.

That on December 4, 2009, I served the attached

**TRIAL MEMORANDUM OF DEFENDANT DEAN C. LOGAN, LOS ANGELES COUNTY REGISTRAR-RECORDER/ COUNTY CLERK**

upon Interested Party(ies) by placing ☐ the original ☐ a true copy thereof enclosed in a sealed envelope addressed ☐ as follows ☒ as stated on the attached mailing list:

**(BY MAIL)** by sealing and placing the envelope for collection and mailing on the date and at the place shown above following our ordinary business practices.  I am readily familiar with this office's practice of collection and processing correspondence for mailing.  Under that practice the correspondence would be deposited with the United States Postal Service that same day with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 4, 2009, at Los Angeles, California.

Hazel T. Bataclan          /s/ Hazel T. Bataclan
                                          **Signature**

HOA.661283.1          3

**SERVICE LIST**

David Boies
BOIES SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA  94612

Jesse Panuccio
COOPER & KIRK PLLC
1523 New Hampshire Avenue N.W.
Washington, D.C.  20036

Rena M Lindevaldsen
Liberty Counsel
100 Mountainview Road, Sutie 2775
Lynchberg, VA  24502

Theane Evangelis Kapur
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071

Tobias Barrington Wolff
University of Pennsylvania Law School
3400 Chestnut Street
Philadelphia, PA  19104-6204