1  RICHARD E. WINNIE [68048]
   County Counsel
2  CLAUDE F. KOLM [83517]
   Deputy County Counsel
3  MANUEL F. MARTINEZ [245113]
   Associate County Counsel
4  Office of County Counsel
   County of Alameda
5  1221 Oak Street, Suite 450
   Oakland, California 94612
6  Telephone:   (510) 272-6700

7  Attorneys for PATRICK O'CONNELL,
   Clerk-Recorder of the County of Alameda
8

9              UNITED STATES DISTRICT COURT

10   NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11

12  KRISTIN M. PERRY, SANDRA B. STIER,        Case No.: CV 09 2292 VRW
    PAUL R. KATAMI, and  JEFFREY J.
13  ZARRILLO,                                 **TRIAL MEMORANDUM OF
                                              DEFENDANT PATRICK
14                           Plaintiffs,      O'CONNELL, CLERK-RECORDER
                                              OF THE COUNTY OF ALAMEDA**
15      v.
                                              **Trial Date:       January 11, 2010**
16  ARNOLD SCHWARTZENEGGER, in his
    official capacity as Governor of California;   **Action Filed:    May 27, 2009**
17  EDMUND G. BROWN, JR. in his official
    capacity as Attorney General of California;
18  MARK B. HORTON, in his official capacity
    as Director of the California Department of
19  Public Health and State Registrar of Vital
    Statistics; LINETTE SCOTT, in her official
20  capacity as Deputy Director of Health
    Information and Strategic Planning for the
21  California Department of Public Health;
    PATRICK O'CONNELL in his official
22  capacity as Clerk-Recorder for the County
    of Alameda; and DEAN C. LOGAN, in his
23  official capacity as Registrar-
    Recorder/County Clerk for the County of
24  Los Angeles,
                             Defendants.
25

26

27      As stated in the answer of Defendant Patrick O'Connell, Alameda County Clerk-

28  Recorder ("Clerk-Recorder"), the Clerk-Recorder has a ministerial duty to carry out

1   the law.  As of yet, no court has determined that Proposition 8 is invalid, and the

2   California Supreme Court has upheld the validity of Proposition 8 against an attack

3   on grounds not before this Court.  Should this action result in a determination that

4   Proposition 8 is invalid, the Clerk-Recorder, following his ministerial duty, shall

5   cease to carry out the provisions of Proposition 8.

6       Other than providing any necessary defense of his actions in abiding by

7   Proposition 8 upon passage, the Clerk-Recorder, takes no position on the merits of

8   the case with respect to the validity of Proposition 8.  The Clerk-Recorder does not

9   foresee presenting any evidence or arguments on the merits, but reserves the right

10  to provide a defense as to any asserted wrongdoing as a result of his obeying

11  Proposition 8 once it became effective.

12

13                                          Respectfully submitted,

14

15  DATED:      December 4, 2009            RICHARD  E.  WINNIE, County
                                            Counsel in and for the County of
16                                          Alameda, State of California

17

18

19                                          By:  _____

20                                                Claude F. Kolm
                                                  Deputy County Counsel
21

22                                          Attorneys  for  Patrick  O'Connell,
                                            Clerk Recorder for the County of
23                                          Alameda

24

25

26

27

28

CERTIFICATE OF SERVICE

<u>PERRY</u>, *et al.* v. SCHWARZENEGGER, *et al.*
United States District Court, Northern District, Case No. CV 09 2292 VRW

I, the undersigned, say:

I am employed in the County of Alameda, State of California, over the age of 18 years and not a party to the within cause.  My business address is 1221 Oak Street, Suite 450, Oakland, CA  94612-4296.

On the date listed below, I served a true and accurate copy of the documents entitled:

1.     TRIAL MEMORANDUM OF DEFENDANT PATRICK O'CONNELL, CLERK-RECORDER OF THE COUNTY OF ALAMEDA; and

2.     CERTIFICATE OF SERVICE.

on the party in this action as indicated as follows:

| | |
|---|---|
| Theodore Boustrous, Jr., Esq. Theane Evangelis Kapur, Esq. Christopher Dusseault, Esq. Gibson Dunn & Crutcher LLP 333 South Grand Avenue Los Angeles, CA 90071 | Ted Olson, Esq. Matthew McGill, Esq. Amir Tayrani, Esq. Gibson, Dunn & Crutcher LLP 1050 Connecticut Avenue, N.W. Washington, DC  20036-5306 |
| Cooper & Kirk PLLC 1523 New Hampshire Avenue N.W. Washington, D.C. 20036 | City of San Francisco San Francisco City Attorney's Office 1390 Market Street, Seventh Floor San Francisco, CA 94102 |
| Deputy Attorney General Government Law Section California Department of Justice 455 Golden Gate Avenue, Suite 11000 San Francisco, CA 94102-7004 | Ethan Dettmer, Esq. Enrique Monagas, Esq. Gibson, Dunn & Crutcher LLP 555 Mission Street, Suite 3000 San Francisco, CA  94105 |
| Theodore Hideyuki Uno, Esq. Bois, Schiller & Flexner LLP 1999 Harrison Street, Suite 900 Oakland, CA 94612 | Kenneth C. Mennemeier, Esq. Andrew W. Stroud, Esq. Mennemeier Glass & Stroud LLP 980 9th Street, Suite 1700 Sacramento, CA 95814 |

1 | Office of the County Counsel
Elizabeth M. Cortez, Esq.
2 | Judy W. Whitehurst, Esq.
3 | 648 Kenneth Hahn Hall of Admin.
500 West Temple Street
4 | Los Angeles, California 90012-2713

5   (X)    BY MAIL:  I caused such envelope with postage thereon fully prepaid and to be placed in the United States mail, in the City of Oakland, California.

6

7   (X)    BY ECF: I caused a copy/s of such document/s to be sent via ECF transmission to the office/s of the addressee/s.

8

9     I declare under penalty of perjury that the foregoing is true and correct and that

10 this declaration was executed at Oakland, California, on December 4, 2009.

11

12                             Judy A. Martinez

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28