**EDMUND G. BROWN JR.**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA  94102-7004

Public:  (415) 703-5500
Telephone:  (415) 703-5970
Facsimile:  (415) 703-1234
E-Mail:  Tamar.Pachter@doj.ca.gov

December 4, 2009

Cora Klein
Calendar Clerk to the Honorable Vaughn R. Walker, Chief Judge
Northern District of California
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

RE:   *Perry v. Schwarzenegger*
      Case No. 09-02292 VRW

Dear Ms. Klein:

    This is to inform the Court and the parties that the Attorney General, who has admitted the material allegations of the Complaint, will not submit pre-trial documents in the referenced matter.

Sincerely,

*/s/Tamar Pachter*
TAMAR PACHTER
Deputy Attorney General

For    EDMUND G. BROWN JR.
Attorney General

TP:

SA2009310603
20238259.doc