MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER (SBN 113973)
ANDREW W. STROUD (SBN 126475)
KELCIE M. GOSLING (SBN 142225)
LANDON D. BAILEY (SBN 240236)
980 9th Street, Suite 1700
Sacramento, CA 95814-2736
Telephone:  916-553-4000
Facsimile:   916-553-4011
E-mail:  kcm@mgslaw.com

Attorneys for Defendants
Arnold Schwarzenegger, in his official capacity as Governor of
California, Mark B. Horton, in his official capacity as Director of the
California Department of Public Health and State Registrar of Vital
Statistics, and Linette Scott, in her official capacity as Deputy Director
of Health Information & Strategic Planning for the California Department
of Public Health

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTIN M. PERRY, et al., | Case No. 09-CV-02292 VRW |
| Plaintiffs, | **THE ADMINISTRATION DEFENDANTS' TRIAL MEMORANDUM** |
| CITY AND COUNTY OF SAN FRANCISCO, | Pre-Trial Conference: December 16, 2009 |
| Plaintiff-Intervenor, | Time: 10:00 a.m. |
| v. | Trial Date: January 11, 2010<br>Time: 8:30 a.m.<br>Courtroom: 6 |
| ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California, et al., | |
| Defendants, | |
| and | |
| PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, et al., | |
| Defendant-Intervenors. | |

Pursuant to this Court's Pretrial Scheduling Order (Docket No. 164), Defendants Arnold Schwarzenegger in his official capacity as Governor of California, Mark B. Horton, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics, and Linette Scott, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health (collectively "the Administration Defendants") hereby respectfully submit this Trial Memorandum.

## TRIAL MEMORANDUM

This matter presents important constitutional questions that require and warrant judicial determination. In a constitutional democracy, it is the role of the courts to determine and resolve such questions. To the extent that Plaintiffs have stated a justiciable controversy, setting forth federal constitutional challenges to Proposition 8, it is appropriate for the federal courts to determine and resolve those challenges. The Administration Defendants encourage the Court to resolve the merits of this action expeditiously.

The Administration Defendants intend to appear before this Court at trial through trial counsel, Kenneth C. Mennemeier or Andrew W. Stroud of the law firm Mennemeier, Glassman & Stroud, LLP. However, the Administration Defendants take no position on the merits of Plaintiffs' claims regarding the validity of Proposition 8 as alleged in this matter. Accordingly, the Administration Defendants do not presently anticipate presenting any evidence or calling any witnesses at trial, but reserve the right to object to any evidence presented or to call witnesses as may be necessary for rebuttal to any evidence presented.

Dated:  December 7, 2009  
                                        MENNEMEIER, GLASSMAN & STROUD LLP  
                                        KENNETH C. MENNEMEIER  
                                        ANDREW W. STROUD  
                                        KELCIE M. GOSLING  
                                        LANDON D. BAILEY  

                       By:    /s/ Kenneth C. Mennemeier  
                               Kenneth C. Mennemeier  
                               Attorneys for Defendants Arnold Schwarzenegger,  
                             Mark B. Horton, and Linette Scott

Case Name:   *Perry, et al. v. Schwarzenegger, et al.;*
Case No:     US District Court, Northern District, Case No. 3:09-cv-2292 VRW

# CERTIFICATE OF SERVICE

I declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 980 9th Street, Suite 1700, Sacramento, California 95814. On December 7, 2009, I served the within document(s):

**THE ADMINISTRATION DEFENDANTS' TRIAL MEMORANDUM**

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and delivering to a Federal Express agent for delivery.

☒ by placing the document(s) listed above in a sealed envelope, with postage thereon fully prepared, in the United States mail at Sacramento, California addressed as set forth below.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on December 7, 2009, at Sacramento, California.

    /s/ Angela Knight
Angela Knight

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | DAVID BOIES |
| | BOIES SCHILLER & FLEXNER LLP |
| 3 | 333 MAIN STREET |
| | ARMONK, NY 10504 |
| 4 | |
| | JESSE PANUCCIO |
| 5 | COOPER & KIRK PLLC |
| | 1523 NEW HAMPSHIRE AVENUE, N.W. |
| 6 | WASHINGTON, DC 20036 |
| 7 | RENA M. LINDEVALDSEN |
| | LIBERTY COUNSEL |
| 8 | 100 MOUNTAINVIEW RD |
| | SUITE 2775 |
| 9 | LYNCHBERG, VA 24502 |
| 10 | THEANE EVANGELIS KAPUR |
| | GIBSON DUNN & CRUTCHER LLP |
| 11 | 333 SOUTH GRAND AVENUE |
| | LOS ANGELES, CA 90071 |
| 12 | |
| | TOBIAS BARRINGTON WOLFF |
| 13 | UNIVERSITY OF PENNSYLVANIA LAW SCHOOL |
| | 3400 CHESTNUT STREET |
| 14 | PHILADELPHIA, PA 19104-6204 |