# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

VAUGHN R. WALKER
United States District Chief Judge

DATE: August 19, 2009

COURTROOM DEPUTY: Cora Klein          Court Reporter:   Belle Ball

CASE NO.  C 09-2292  VRW

CASE TITLE:    KRISTIN PERRY et al v.  ARNOLD SCHWARNEGGER et al

| COUNSEL FOR PLAINTIFFS: | PLAINTIFF INTERVENORS: |
|---|---|
| David Boies, Theodore B Olson | **Our Family Coalition:** |
| Theodore Boutrous, Christopher Dusseault | Shannon P Minter, Christopher Stoll, |
| Theane Kapur, Enrique Monagas | James Esseks, Elizabeth Gill, |
| Jeremy Goldman, Theodore Uno | Matthew Coles, Jennifer Pizer |
| Matthew D McGill | |

**PLAINTIFF INTERVENOR:**
**City and County of San Francisco:**
Therese Stewart, Christine Van Aken
Erin Bernstein, Dennis Herrera

**DEFENDANTS:**
**Arnold Schwarzenegger, Mark Horton, Linette Scott:**
Kenneth C Mennemeier

**Edmund G Brown- Attorney General of California:**
Gordon Burns, Tamar Pachter

**Patrick O'Connell - Clerk Recorder for County of Alameda:**
Claude Kolm, Lindsey Stern

**Dean C Logan - Registrar Recorder/County Clerk for the County of Los Angeles:**
Judy Whitehurst

**INTERVENOR DEFENDANTS:**
 **Prop 8 Official Proponents and protectmarriage.com:**
Charles J Cooper
David H Thompson
**Campaign For California Families:**
Rena Lindevaldsen

**PROCEEDINGS and RESULTS:**

The Court heard argument from counsels and ruled as follows:

1. Motion to intervene as party plaintiffs filed by the Our Family coalition, Doc #79 - denied.
2. Motion for intervention as intervenor-defendant filed by Campaign for California Families, Doc # 91 - denied.
3. Motion to intervene filed by City and County of San Francisco, Doc #109 - granted in part to allow San Francisco to present issue of alleged effect on governmental interests.
4. Trial setting and scheduling as follows:
    a. Designation of witnesses presenting evidence under FRE 702, 703 or 705 and production of written reports pursuant to FRCP 26(a)(2)(B): October 2, 2009;
    b. Dispositive motions to be served and filed so as to be heard on October 14, 2009 at 10 AM;
    c. Completion of all discovery, except for evidence intended solely to contradict or rebut evidence on the same subject matter identified by another party under FRCP 26(a)(2)(B): November 30, 2009;
    d. Completion of discovery on the same subject matter identified by another party under FRCP 26(a)(2)(B): December 31, 2009; see FRCP 26(a)(2)(C)(ii);
    e. Pretrial conference: December 16, 2009 at 10 AM;
    f. Trial: January 11, 2010 at 8:30 AM.
5. With respect to any disputes regarding discovery, counsel are directed to comply with Civ LR 37-1(b) and the court's standing order 1.5.
6. In the absence of the assigned judge, counsel are directed to bring any discovery disputes before Magistrate Judge Joseph C Spero.