# EXHIBIT D

## Index of Material Considered

1.   2nd Annual Seven Straight Nights for Equal Rights Events, September 14-20

2.   2008 Diocesan Convention: Resolution – Support for Marriage Equality, Diocese of California

3.   A Brief Summary As to Why Promoting California's Proposition 8 Was Contrary to Both Scripture & Official LDS Doctrine, http://h1.ripway.com/lds4gaymarriage/prop8.htm (last visited Sept. 27, 2009).

4.   Acceptance at the Altar; The Episcopal Church's Support for Gays and Lesbians Reaches Far Beyond Religion to Touch Society, Los Angeles Times, Aug. 2, 2009

5.   John H. Adams, *Homosexual Minister who helped rile PCUSA takes issue to Episcopalians*, THE LAYMAN ONLINE, Sept. 17, 2009, http://www.layman.org/News.aspx?article=17509.

6.   Affirmation: Gay and Lesbian Mormons, 2009 Conference Theme Becomes Inspiring Song, May 2009.

7.   Affirmation: Gay and Lesbian Mormons, Welcome New Friend: About Us.

8.   Adventists Against Proposition 8, The Petition, *available at* http://www.ipetitions.com/petition/sdanoonprop8/

9.   Marta W. Aldrich, *California United Methodists react to same-sex ruling*, UNITED METHODIST NEWS SERV., July 08, 2008, http://www.umc.org/site/apps/nlnet/content3.aspx?c=lwL4KnN1LtH&b=.

10.   Alliance of Baptists, http://www.allianceofbaptists.org/ (Sept. 27, 2009).

11.   All Saints Church: The Virtual Action Table of All Saints Church, http://www.allsaints-pas.org/site/PageServer?pagename=ActionTable (last visited Sept. 22, 2009).

12.   Rebecca Alpert, *Same-Sex Marriage and the Law*, THE SHALOM CTR., http://www.shalomctr.org/node/3 (last visited Sept. 15, 2009).

13.   Marc Andrus & Steven Charleston, *After Prop 8, Love Endures*, http://diocal.org/index.php?option=com_content&task=view&id=336&Itemid=215 (last visited Sept. 27, 2009).

14.   Marc Handley Andrus, The Rt. Rev. March Handley Andrus writes letter to the diocese in response to Proposition 8 decision, http://oasiscalifornia.org/2009%20andrus%20resonds%20prop%208%20decision.htm (last visited Sept. 27, 2009).

15.    Lavina Fielding Anderson, *Against Proposition 8*, BY COMMON CONSENT, July 2008.

16.    Annual Meeting, Pacific Southwest District of the Unitarian Universalist Association and Camp de Benneville Pines, May 1-3, 2009

17.    Asian American & Pacific Islander Clergy Support the Right of Same-Sex Couples to Marry, http://www.netrj.org/resources/library/api-clergy-support-marriage.htm (last visited Sept. 27, 2009).

18.    Application for File Amicus Brief and Proposed Brief of Amici Curiae Reverend Dr. Frank M. Alton, et al., Strauss et al. v. Horton et al., Nos. S168047/S168066/S168078 (Cal. 2009)

19.    Application for Leave to Join Brief of Amici Curiae California Council of Churches et al. in Support of Petitioners, Strauss et al. v. Horton et al., Nos. S168047/S168066/S168078 (Cal. 2009)

20.    Letter from Ed Bacon, Rector, All Saints Church, Pasadena, Cal., to members of All Saints Church, *available at* http://www.allsaints-pas.org/site/PageServer?pagename=ActionTable.

21.    Christy Baker, The Civil Right to Civil Marriage, Unitarian Universalist Church of Berkeley, Aug. 3, 2008

22.    Mark Baldassare, *Why the same-sex marriage ban passed*, S.F. CHRON., Dec. 4, 2008, at B7.

23.    Stephen Baxter, *The Rev. Carole Vincent of Almaden Hills United Methodist Church plans to retire at the end of June*, WILLCOX GLEN RESIDENT, Feb. 6, 2009.

24.    The Bay Area CWC, CLGS, *available at* http://www.clgs.org/bay-area-cwc California Faith for

25.    Equality, *available at* http://cafaithforequality.org/

26.    Thomas Berg, *Taking exception: Gay marriage legislation*, THE CHRISTIAN CENTURY, June 30, 2009.

27.    Linda Bloom, *Gay marriage ruling won't directly affect churches, bishop says*, UNITED METHODIST NEWS SERV., Nov. 20, 2003, http://archives.umc.org/umns/news_archive2003.asp?story={7741F2.

28.    Marcos Breton, Supporters of reverend seek facts, Sacramento Bee, May 10, 2009.

29.    Rabbi Jerry Brown, Protecting the Institution of Marriage, Yom Kippur, 2008

30.    California Faith For Equality, Catholic Statement Supporting the Freedom to Marry in California, http://www.thedatabank.com/dpg/239/personal2.asp?formid=cathsignup, (last visited Sept. 30, 2009).

31.    California Faith for Equality, Mission, 2005.

32.    California Conference Ministers Support Episcopal Bishops, United Church of Christ, Sept. 17, 2008

33.    California Council of churches, *available at* http://www.calchurches.org/1-1.html

34.    The California Nevada Conference of the United Methodist Church, California UM Bishops on Record as 'Prop 8' Seems Headed for Courts, http://www.cnumc.org/news_detail.asp?TableName=oNews_PJAYMY&PKValue=978 (Nov. 14, 2008).

35.    The California Nevada Conference of the United Methodist Church, Cal-Nevada Ums Join 'No on 8' Rallies, http://www.cnumc.org/news_detail.asp?PKValue=988 (Nov. 20, 2008).

36.    California Proposition 8 (2008), Wikipedia, *available at* http://en.wikipedia.org/wiki/California_Proposition_8_(2008)#Re

37.    California's Prop 8 Passage Prompts UCC ad, United Church of Christ, Nov. 8, 2008

38.    Christ Chapel of Laguna Beach Orange County California Gay, http://www.christchapeloflaguna.org/events.htm (last visited Sept. 27, 2009).

39.    Church of the Foothills, Pastor/Staff, http://chotf.org/staff.html (last visited Sept. 27, 2009).

40.    Church of the Good Shepherd, An Open Letter from the Episcopal Synod of America to all faithful people in the Anglican Tradition, July 29, 1997.

41.    Lee Michael Cohn, Activist Rev. Still Performing Gay Marriages, Santa Monica Mirror, Sept. 24-30, 2009

42.    David Cole, *The Same-Sex Future*, THE NEW YORK REVIEW OF BOOKS Vol. 56, No. 11, July 2, 2009.

43.    Congregation Shomrei Torah, All in God's Image, http://www.shomreitorah.org/inthenews.html (last visited Sept. 27, 2009).

44.    Congregation Shomrei Torah, Opposing Prop. 8 Interfaith service will support gay marriage, http://www.shomreitorah.org/inthenews.html (last visited Sept. 27, 2009).

45.  Congregation Shomrei Torah, Please let my moms be married,
     http://www.shomreitorah.org/inthenews.html (last visited Sept. 27, 2009).

46.  Congregational Church of Belmont, http://www.uccbelmont.org/ (last visited Sept. 27,
     2009).

47.  David J. Cooper, *Teshuva on Prop 8*, KOL KEHILLA (Kehilla Cmty. Synagogue,
     Piedmont, Cal.), Dec. 2008, at 1.

48.  Alan Cooperman, *Conservative Rabbis Allow Ordained Gays, Same-Sex Unions*, THE
     WASH. POST, Dec. 7, 2006.

49.  John Corvino, *Corvino: Friends with the Enemy*, 365GAY, Dec. 12, 2008,
     http://www.365gay.com/opinion/corvino-friends-with-the-enemy.

50.  John Corvino, *Corvino: Gay marriage and the bigot card*, 365GAY, May 1, 2009,
     http://www.365gay.com/opinion/corvino-gay-marriage-and-the-bigot-card/.

51.  John Corvino, *Corvino: Scared in California*, 365GAY, Oct. 17, 2008,
     http://www.365gay.com/opinion/corvino-scared-in-california.

52.  Covenant Network of Presbyterians, History & Purpose of the Covenant Network.

53.  Created in God's Image, B'reishit 5769, October 24, 2008

54.  Louie Crew, The Founding of Integrity, Mar. 17, 1986.

55.  Shaila Dewan, *United Church of Christ Backs Same Sex Marriage*,  N.Y. TIMES, July 5,
     2005.

56.  Day of Decision Rallies, Equality Action Project, May 22, 2009

57.  Decision Day Rally & March, What to Bring, West Hollywood Presbyterian Church

58.  Defendant-Intervenors' Notice of Motion and Motion for Summary Judgment, and
     Memorandum of Points and Authorities in Support of Motion for Summary Judgment,
     Perry et al. v. Schwarzenegger et al., No. 09-2292 (N.D. Cal. filed May 22, 2009)

59.  DIGNITY Los Angeles – Photos – Wedding of Jim and Raol 2008,
     http://www.dignitylosangeles.org/photos-15-prop8-pg.htm (last visited Sept. 27, 2009).

60.  Email from Dignity Los Angeles to Dignity Los Angeles Members (Aug. 27, 2008, 6:39
     PST).

61.  DioCal, *2008 Diocesan Convention: Resolution - Support for Marriage Equality*.

62.    Diocese of California, Episcopal Church – California bishops denounce Proposition 8, http://diocal.org/index.php?option=com_content&task=view&id=303&Itemid=215 (last visited Sept. 27, 2009).

63.    Sandi Dolbee, A Battle over 'God's Will', Sept. 14, 2008, *available at* http://signonsandiego.printthis.clickability.com/pt/cpt?action=cpt&title=A+battle+over+%27God%27s+will%27+|+The+San+Diego+Union-Tribune&expire=&urlID=30991009&fb=Y&url=http%3A%2F%2Fwww.signonsandiego.com%2Funiontrib%2F20080914%2Fnews_1n14prop8.html&partnerID=86541

64.    Sandi Dolbee, Battle Lines Drawn on Proposition 8, Sept. 27, 2008, *available at* http://www.signonsandiego.com/uniontrib/20080927/news_1c27prop8.html

65.    Sandi Dolbee, Ministers Define marriage at Forum, Sept. 15, 2008, *available at* http://signonsandiego.printthis.clickability.com/pt/cpt?action=cpt&title=Ministers+define+marriage+at+forum+|+The+San+Diego+Union-Tribune&expire=&urlID=31008098&fb=Y&url=http%3A%2F%2Fwww.signonsandiego.com%2Funiontrib%2F20080915%2Fnews_1m15forum.html&partnerID=86541

66.    Elliot Dorff, Prop 8 Teaches Our Children That God Did Not Create Everyone Equal, OPPOSINGVIEWS.COM.

67.    Sarah Dreier, *Expressing Faith Through Marriage Equality*, Center for American Progress, Mar. 3, 2009.

68.    *East Bay Church Votes to Oppose Prop 8, Plans 'Mass' Blessing of Weddings Between Same-Sex Couples*, REDORBIT NEWS, Oct. 9, 2008, http://www.redorbit.com/modules/news/tools.php?tool=print&id=1583642

69.    The Ecumenical Catholic Church, Church's Formal Request to Invalidate Proposition 8, Nov. 18, 2008

70.    Editorial, *Prop. 8's Battle Lessons*, L.A. TIMES, Nov. 11, 2008.

71.    Lisa Edwards, *From the Rabbi's Study . . . Wedding Blues*, G'VANIM (Beth Cayim Chadashim, L.A., Cal.), Nov.-Dec. 2008, at 2.

72.    Bob Egelko, Everyone Wants a Say on Prop. 8, San Francisco Chronicle, Jan. 26, 2009

73.    Crystal Eldridge, *Friends learned to agree to disagree on same-sex marriage debate*, THE ASU HERALD, Mar. 13, 2008.

74.    *Election Forum*, STILL SPEAKING . . . (Cmty. Church of Atascadero, Atascadero, Cal.), Oct. 2008, at 1.

75.    Michael Patrick Ellard, A Pastoral Letter regarding the November 4 Election, Metropolitan Community Church of San Jose, Oct. 31, 2008.

76. David Ellenson, Editorial, *Prop 8 goes against God's love for every person*, JTA, Nov. 3, 2008.

77. David Ellenson, *Same-Sex Marriage, In The Jewish Tradition*, THE JEWISH WEEK – NY, http://huc.edu/newspubs/pressroom/2004/3/samesex.shtml, (last visited Sept. 16, 2009).

78. Episcopal Church, Final Resolutions concerning Liturgy, http://gc2009.org/ViewLegislation/view_leg_detail.aspx?id=898&type=Final (last visited Sept. 30, 2009).

79. Equality for All, Vote No on Prop 8: List of Faith Based Organizations that oppose Prop 8, http://equalityforall.articulatedman.com/about?id=0009 (last visited Sept. 30, 2009).

80. Evangelical Lutheran Church in America, A Brief Summary of Actions: Eleventh Churchwide Assembly, Aug. 17 – 23, 2009.

81. The Evangelical Network, General Information.

82. Joe Fanelli, *et al.*, *Day of Decision and the Day After*, FIRST WORDS (First Unitarian Univeralist Church of San Diego, San Diego, Cal.), July 2009, at 1.

83. Faith Leaders from Across State to Speak Out Against Proposition 8, Media Advisory, Oct. 8, 2008

84. Faith Whitmore Invocation, St. Marks. United Methodist Church

85. Posting of Father Geoff Farrow to Blogspot, http://fathergeofffarrow.blogspot.com/2008/10/la-press-conference... (Oct. 14, 2008, 3:56 PM).

86. Julie G. Fax, *Gay Marriage; Is it a fight for equal rights or the end of a moral society?*, THE JEWISH J., May 13, 2004.

87. *FCCB Votes No on Prop. 8*, FCCB THE CARILLON (First Congregational Church of Berkeley, United Church of Christ, Berkeley, Cal.), Sept. 21, 2008, at 1.

88. Todd Ferrell, The Evangelical Network Responds to Recent ENDA Bill Changes," The Evangelical Network.

89. Bill Fentum, *Retired pastors offer to perform gay weddings*, THE UNITED METHODIST PORTAL, July 15, 2008, http://www.umportal.org/print_article.asp?id=3809.

90. The Flaming Chalice, Newsletter of Starr King Unitarian Universalist Church, Sept. 2008

91. MacArthur H. Flournoy, *An Open Letter to Our Beloved Community*, The UCC Coalition for LGBT Concerns, http://www.ucccoalition.org/news/archive/news/article/an-open-letter-to.

6

92.     Foes of Proposition 8 Hold Interfaith Service, The San Diego Union-Tribune, *available at* http://video.signonsandiego.com/vmix_hosted_apps/p/media?id=2347697&item_index=1&all=1&sort=NULL

93.     *For Same-Sex Marriage and Religious Freedom: Hearing on L.D. 1020 Before the Comm. On Judiciary, 124th Leg., 1st Reg. Sess.* (2009) (statements of Rabbi Hillel Katzir and Reverend Mark Worth).

94.     Friday Flash, Newsletter of St. Aldan's Episcopal Church, Oct. 10, 2008

95.     Friday Flash, Newsletter of St. Aldan's Episcopal Church, Oct. 17, 2008

96.     Friday Flash, Newsletter of St. Aldan's Episcopal Church, Oct. 24, 2008

97.     Friends in Faith, Moving Towards Marriage Equality, Equality California, *available at* http://www.eqca.org/site/apps/s/content.asp?c=kuLRJ9MRKrH&b=4096757&ct=7021835

98.     From Our Co-Ministers, Unitarian Universalist Church of Berkeley, October, 2008

99.     From Rabbi Klein, The Isaian, September, 2008

100.    Leslie Fulbrght, et. al., *Prop. 8 rivals seek support in black churches*, SFGate.com (Oct. 22, 2008, 15:47 PDT).

101.    Leslie Fullbright and Matthai Kuruvila, Prop. 8 Rivals Seek Support in Black Faithful; Competing Rallies in S.F., Oakland, L.A. Attempt to Influence Critical Bloc of Voters Whose Turnout at Polls is Expected to be High, San Francisco Chronicle, Oct. 22, 2008

102.    Paul Gackle, *Christian Minister Fights for Gay Marriage*, THE BERKELEY DAILY PLANET, June 4, 2009.

103.    Welton Gaddy, Interfaith Alliance, Same-Gender Marriage & Religious Freedom: A Call to Quiet Conversations And Public Debates.

104.    Jennifer Garaza, Faith Leaders make Final Appeal on Gay Marriage; They Urge Flocks to do the Right Thing by Voting For or Against the Ban, Sacramento Bee, Nov. 3, 2008

105.    Jennifer Garza, Pastor Fears his Outspokenness May Cost him Job, Sacramento Bee, Feb. 11, 2009

106.    Jessica Garrison, Prop. 8 Opponents Rally Across California to Protest Gay-Marriage Ban, Los Angeles Times, Nov. 16, 2008

107.    Melissa Gasca, *Santa Clarita to discuss gay marriage; An open forum for open minded people,* THE SIGNAL, Oct. 3, 2008.

108. Rev. Dr. Mary Susan Gast, Religious Voices Against Proposition 8, The United Church of Christ

109. Gay, Bisexual, and Other Men who Have Sex with Men (MSM) Continue to Have Highest Number of HIV Infections in the U.S., Called Out eNews – August 2008, United Church of Christ

110. Rabbi Laura Geller, The Jigsaw Puzzle of Creation: A Jewish View Against Proposition 8, Oct. 24, 2008

111. THE GENERAL CONVENTION OF THE EPISCOPAL CHURCH, SUMMARY OF ACTIONS OF THE 76th GENERAL CONVENTION, Aug. 2009.

112. Beth M. Gilbert, *Gays and Lesbians Under the Chupah*, REFORM JUDAISM MAG., Summer 2006.

113. Kathleen Gilbert, "Episcopal Bishops in California Support Homosexual 'Marriage,' Sept. 10, 2008.

114. Kathy L. Gilbert, *Benediction will be emotional, Lowery says*, UNITED METHODIST NEWS SERV., Jan. 14, 2009, http://www.umc.org/site/apps/nlnet/content2.aspx?c=lwL4KnN1LtH&b=.

115. Johanna Ginsberg, *As New Jersey hears gay marriage case, rabbis split along movement lines*, N.J. JEWISH NEWS, Feb. 9, 2006.

116. George Gittleman, Rabbi, Congregation Shomrei Torah, Torah Teaches: Love the Stranger, Oct. 2008, http://www.shomreitorah.org/rabbimsg.html (last visited Sept. 22, 2009).

117. God's Extravagant Welcome, Forward this YouTube Link to ANYBODY who…, The UCC Coalition for LGBT Concerns

118. God's Extravagant Welcome, Ripples – May 2009, The UCC Coalition for LGBT Concerns

119. God's Extravagant Welcome, Ripples – October 2008, The UCC Coalition for LGBT Concerns

120. *The Good Book and Gay Marriage: A faith-based debate over what Scripture teaches about same-sex marriage*, NEWSWEEK, December 16, 2008, http://www.newsweek.com/id/175223

121. Larry Gordon, *Tough Debate on Gay Jews*, L.A. TIMES, http://www.glbtjews.org/article.php3?id_article=323. (last visited Sept. 29, 2009).

122. Steven Greenberg, *Wrestling with God and Men: Homosexuality in the Jewish Tradition* (Madison: University of Wisconsin Press, 2004).

123. J. Bennett Guess, *Religious bodies issue legal challenge to California's Proposition 8*, United Church of Christ, Nov. 18, 2008.

124. Matthew T. Hall and Michael Stetz, *Thousands at stadium; mayor speaks at vigil*, SAN DIEGO UNION TRIBUNE, Nov. 2, 2008.

125. Rev. Bill Hamilton-Holway, We can Make a Difference: Election 2008, Unitarian Universalist Church of Berkeley, Oct. 12, 2008

126. Duke Helf, *California's top Episcopal bishops oppose gay marriage ban*, L.A. TIMES, Sept. 11, 2008.

127. Duke Helfand, *Bishops in state oppose Prop. 8; Episcopal leaders go on the record against the ballot measure which would bar same-sex marriage*, L.A. TIMES, Sept. 11, 2008.

128. Duke Helfand, *Board of rabbis opposes California anti-gay-marriage initiative*, L.A. TIMES, Sept. 26, 2008.

129. Duke Helfand, *Clergy on Both Sides of Proposition 8 Speak Out (California)*, L.A. TIMES, Oct. 26, 2008.

130. Duke Helfand, *Episcopal leaders reopen divisive debate on same-sex marriage*, L.A. TIMES, July 11, 2009.

131. Duke Helfand, Gay Activists Leads Rabbis, Los Angeles Times, May 12, 2009

132. Seth Hemmelgarn, *Black Faith, Community Leaders Urge Churchgoers to Oppose Prop 8*, BAY AREA REP., Oct. 23, 2008.

133. Seth Hemmelgarn, Churches Play Key Role in Prop 8 Campaigns, Bay Area Reporter, Sept. 18, 2008

134. Tim Herdt, *Supreme Court decides Tuesday on Prop 8*, VENTURA COUNTY STAR, May 22, 2009.

135. House of Danu – House of Danu Takes Stand on Proposition 8, http://www.houseofdanu.com/content/view/13/1 (last visited Sept. 27, 2009).

136. http://www.ids4gaymarriage.org/ (last visited Sept. 22, 2009).

137. HUC-JIR Weekly Digest, Rabbis on Anti-Gay Marriage Prop 8, http://huc.edu/external/newsletter/08/10/17/ (last visited Sept. 27, 2009).

138.   Human Rights Campaign, News: Equally Speaking – transcript of news webcast concerning Prop. 8, Oct. 16, 2008, http://www.hrc.org/issues/religion/11422.html.

139.   Human Rights Campaign, News: Equally Speaking – transcript of news webcast concerning Prop. 8, Oct. 22, 2008, http://www.hrc.org/issues/religion/11474.html.

140.   Identity-Based Ministries Report to the UUA Board of Trustees, December 2008

141.   Inclusive Baptist Church, Welcoming & Affirming All, Readings for the Day: Matthew 2:1-12 and 'The Journey of the Magi' by T.S. Eliot, http://www.baptistchurchsf.org/sermons/detail.php?month=Jan%202009&mId=67  (last visited Sept. 27, 2009).

142.   Inclusive Baptist Church, Welcoming & Affirming All, Their Story, Our Story, http://www.baptistchurchsf.org/sermons/detail.php?month=Nov%202008&mId=65#168 (last visisted Sept. 27, 2009).

143.   Inner Light Center, Communicate Prop 8, http://www.innerlightministries.com/documents/communications-on-8.pdf (last visited Sept. 27, 2009).

144.   INTEGRITY INFOLETTER  (Integrity, Rochester, N.Y.), Oct. 2008.

145.   Elysse James, *Anti-Prop 8 rally at church on Thursday*, O.C. REG., Mar. 4, 2008.

146.   JCRC, Statement on Same-Sex Civil Marriage, Feb. 14, 2006.

147.   THE JEWISH GAILY FORWARD (Congregation Shaar Zahav, S.F., Cal.), Sept.-Oct. 2008.

148.   Jewish Social Policy Action Network, Newsletter: Dec. 12, 2008

149.   JEWS FOR MARRIAGE EQUALITY, News (Updated Aug. 12, 2009), http://www.jewsformarrigeequality.org/html/news.html.

150.   Posting of Jim to Irregular Times blog, http://irregulartimes.com/index.php/archives/2009/04/22/maine-clergy-articulate-case-for-same-sex-marriage-and-the-separation-of-church-and-state/ (Apr. 22, 2009)

151.   Deborah L. Johnson, Gutting Equality Out of the Constitution, http://www.innerlightministries.com/download/Gutting_Equality_Prop-8_Rev_Deborah_L_Johnson.pdf (last visited Sept. 27, 2009).

152.   Bronwen Jones, *Vote No on Prop. 8: Three Months of UUCCSM Grassroots Activism*, Unitarian Universalist Community Church of Santa Monica Newsletter, Nov. 2008.

153.   Bronwen Jones & Kris Langabeer, *Marriage Equality Team Fights to Defeat Proposition 8*, Unitarian Universalist Community Church of Santa Monica Newsletter, Sept. 2008.

154.   Rabbi Jim Kaufman, Rosh Hashana Sermon, 2008

155.   Janet Kawamoto, *California bishops call for defeat of proposition that would ban same-sex marriage*, EPISCOPAL LIFE ONLINE, Sept. 10, 2008, http://www.episcopalchurch.org/79901_100556_ENG_HTM.htm.

156.   Janet Kawamoto, *Resolution to allow 'generous discretion' for same-sex blessings draws passionate debate*, EPISCOPAL LIFE ONLINE, July 8, 2009, http://www.episcopalchurch.org/79901_112164_ENG_HTM.htm.

157.   Kehilla Community Synagogue – Increase the Visibility of the "No on Proposition 8" Campaign, Oct. 24, 2008, http://www.kehillasynagogue.org/article.php/20081024174712292

158.   Zelda Kennedy, *et al.*, *"Let No One Put Asunder" – Reflections on the Sanctity of Marriage*, SAINTS ALIVE (All Saints Episcopal Church, Pasadena, Cal.), Nov. 16, 2008, at 1.

159.   KOL KEHILLA, Newsletter (Kehilla Cmty. Synagogue, Piedmont, Cal.), Nov. 2008.

160.   Maria L. LaGanga, *Loudly and colorfully, opposing sides debate Proposition 8*, L.A. TIMES, Mar. 6, 2009.

161.   Dan Laget, Prop 8 and the Separation of Church and State, Oct. 31, 2008.

162.   Jane Lampman, Luthrens and Presbyterians May Allow Local Congregations to Choose People in Same-Sex Relationships as Pastors, *Christian Science Monitor, available at* http://www.csmonitor.com/2009/0331/p02s04-ussc.htm?print=true1%20of

163.   Kris Langabeer & Bronwen Jones, *Help Make History! Help Defeat Prop. 8*, Unitarian Universalist Community Church of Santa Monica Newsletter, Oct. 2008.

164.   Michael Lerner, *The Only Winning Way to Fight the Ban on Gay Marriage*, BALT. CHRON., Jun. 6, 2006.

165.   Letter from TEC General Convention to Archbishop Robert William Duncan

166.   Posting of Becks to Living in the O, http://oaklandliving.wordpress.com/2009/05/26/join-oaklanders-to-protest-the-supreme-court-ruling-on-prop-8/ (May 26, 2009).

167.   Posting of Angelo Lopez to CrossLeft: Balancing the Christian Voice, Christians Against Proposition 8, http://www.crossleft.org/node/6644 (Nov. 15, 2008, 11:45).

168.   Posting of Angelo Lopez to CrossLeft blog, http://www.crossleft.org/node/6671/ (Nov. 28, 2008, 10:52 EST)

169.   Los Angeles:  All Saints, Pasadena, clergy opt out of civil marriages until gay couples can legally wed,http://www.pinknews.co.uk/aroundtheworld/2009/06/los-angeles-all-saints-pasadena-clergy-opt-out-of-civil-marriages-until-gay-couples-can-legally-wed/ (June 5, 2009).

170.   Marriage Equality Task Force, MDUUC.

171.   Seba Martinez, *AP Story Features Mormon Supporter of Marriage Equality*, AFFIRMATION: GAY & LESBIAN MORMONS, Oct. 6, 2008, http://www.affirmation.org/voices/robert_moore.shtml

172.   Meredith May, March in the Castro on Eve of Prop. 8 Hearing, SFGate.com, March 5, 2009, *available at* http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2009/03/05/BAR916986Q.DTL&type=printable

173.   Meredith May, Same-Sex Marriage Fans, Foes Await Court Ruling, SFGate.com, May 26, 2009, *available at* http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2009/05/26/BAJP17QORO.DTL&type=printable

174.   Meredith May, Rally in Castro on eve Prop. 8 hearing, S.F. Chron., Mar. 5, 2009.

175.   Judaism and Homosexuality: Reform Judaism, Religious Tolerance, *available at* http://www.religioustolerance.org/hom_jref.htm

176.   Rev. Barbara Meyers' Ministry Quarterly Report to MPUUC Board of Trustees, December 2008

177.   MCC In the Valley: A Church Alive, Repeal Prop 8 Vigil, http://www.mccinthevalley.com/0903NoProp8Vigil.htm, (last visited Sept. 30, 2009).

178.   MCCLA, Love, Marriage and Voting NO on Proposition 8, http://www.mccla.org/love_marriage_prop_8.html, (last visited Sept. 30, 2009).

179.   MCCLA, Post Prop 8 Ministry Updates, May 2009, http://www.mccla.org/prop_8_news_and_actions_May_2009.html.

180.   MCC of San Jose, News: MCC San Jose creates two new "No on Eight" videos, Oct. 31, 2008.

181.   MCC of San Jose, News: "No on 8" Rally at MCC on September 21, Sept. 17, 2008.

182.   MCC of San Jose, News: Prop 8 Upheld – Rally announcement, May 24, 2009.

183.   Dennis McMillan, *Religious Leaders Speak Out Against Prop 8*, S.F. BAY TIMES, Mar. 12, 2009.

184.   Meeting of the Vestry of Saint Gregory of Nyssa Episcopal Church, Sept. 23, 2008

185.   *Members of Basileia participate in Rally to Overturn Prop. 8*, WCN NEWSLETTER (The Welcoming Community. Network, Independence, Mo.), Mar. 2009, at 2.

186.   Mission Hills United Church of Christ, Prop 8 Update, PILGRIM CONGREGATIONALIST, at 1 (May 5, 2009).

*187.*   David Mivasair and Yair Hillel Goelman, *On Broadening Our Vision of Holy Relationship:  A Proposal to the Or Shalom Community*, OR SHALOM, Sept. 6, 2001, http://www.orshalom.ca/samesex.html.

188.   *Modesto area religious leaders respond to Proposition 8 ruling*, THE MODESTO BEE, May 27, 2009.

189.   More Light Presybterians: Two Presbyterian Witness Events for Marriage Equality and against the discriminatory California Proposition 8, http://www.mlp.org/article.php?story=20081022163840941&mode=print (Oct. 22, 2008, 04:38PM).

190.   Mormons for Marriage, http://docs.google.com/Doc?id=dd3xpn44_0dpg5wrcb (Nov. 1, 2008, 21:09).

191.   *Most UM clergy back traditional marriage*, THE UNITED METHODIST PORTAL, July 20, 2009, http://www.umportal.org/article.asp?id=5627.

192.   Paul Nathanson & Katherine K. Young, *Spreading Misandry: The Teaching of Contempt for Men in Popular Culture* 206-207 (Montreal: McGill-Queen's University Press, 2001).

193.   National Religious Leadership Roundtable, *Multi-faith leaders urge support for the freedom to marry*, Oct. 20, 2008, http://www.welcomingresources.org/nrlr.htm.

194.   NCJW, Los Angeles Section, A Growing Legacy: 100 Years in Action, 2007-2008 Annual Report.

195.   Neighborhood Unitarian Universalist Church of Pasadena, Newsletter, Oct. 9, 2008.

196.   Neighborhood Unitarian Universalist Church of Pasadena, Newsletter, Oct. 26, 2008.

197.   Neighborhood Unitarian Universalist Church of Pasadena, Newsletter, Nov. 2, 2008.

198.   Neighborhood Unitarian Universalist Church of Pasadena, Newsletter Vol 61, No. 7, Nov. 20, 2008.

199.   Neighborhood Unitarian Universalist Church of Pasadena, Newsletter, Mar. 1, 2009.

200.   Jim Nelson, Sermon: Today and Tomorrow, June 14, 2009.

201.    News From FCCB: Marriage Equality,
        http://www.fccb.org/newspages/MarriageEqualityNews.htm (last visited Sept .27, 2009).

202.    News from the Pacific Central District of the UUA, May 10, 2009

203.    News from the Pacific Central District, PCD Currents, May 25, 2009

204.    Newsletter of the Pacific Southwest District of the UUA, The PSWD NetwUUrk, Issue
        124, Fall 2008.

205.    NEWS – LUTHERANS LOVE!!  Lutherans Concerned/Los Angeles,
        http://www.lutheranslove.com/ChapterNews.html (last visited Sept. 27, 2009).

206.    News! News! – Hollywood Lutheran Church, *Congregation Still Opposes Proposition 8!*,
        http://www.hollywoodlutheran.org/HLCNews.html (last visited Sept. 27, 2009).

207.    New Vision, The Newsletter for Noe Valley Ministry Presbyterian Church, March/April,
        2009

208.    *No on Proposition 8: Debunking the myths used to promote the ban on same-sex
        marriage*, L.A. TIMES, Nov. 02, 2008.

209.    No on Prop 8! Jewish Community Mobilization for Marriage Equality

210.    No on Prop 8 Phone Bank, Oct. 26, 2008, Universalist Unitarian Church of Riverside

211.    No on Prop 8 Phone Bank, Nov. 1, 2008, Universalist Unitarian Church of Riverside

212.    NO on Proposition 8 Gains More Endorsements, Contra Costa Times, Oct. 27, 2008,
        *available at* http://forums.contracostatimes.com/topic/no-on-proposition-8-gains-more-
        endorsements

213.    Northern California Nevada Conference, United Church of Christ, Letter of Oct. 11, 2008

214.    Jan Nunley, *Episcopal Church leaders urge restraint on marriage amendment*,
        EPISCOPAL NEWS SERV., Mar. 2, 2004,
        http://www.episcopalchurch.org/3577_30106_ENG_HTM.htm.

215.    *Open and Affirming – The Journey Continues*, CCC (Cmty. Congregational Church,
        Tiburon, Cal.), Oct. 2008, at 2.

216.    *Oppose the Florida and California Marriage Protection Initiatives*, Resolutions of the
        2008 UUA General Assembly, Jul. 10, 2008.

217.    Order, California Council of Churches et al. v. Horton et al., No. S168332 (Cal. 2008)

218.    Pastor Susan Brecht Speaks out Against Prop 8, Pacific School of Religion,
        http://www.psr.edu/alum-rev-susan-brecht-against-prop-8 (last visited Sept. 27, 2009).

14

219.   Pastoral Letter on the Supreme Court's Prop 8 Ruling, http://www.uusf.org/Flame/nl-090526-Prop8PastoralLetter.html (last visited Sept. 27, 2009).

220.   Michael Paulson, *Jewish Group OK's Same-Sex Marriage*, THE BOSTON GLOBE, Jan. 16, 2004.

221.   Petition for Writ of Mandate or Prohibition, California Council of Churches et al. v. Horton et al., Nos. S168047, S168066, S168078, S168281 (Cal. 2008)

222.   The Pilgrim, First Congregational Church of Long Beach, Oct. 19, 2008

223.   Dan Pine, *Jews Take to the Streets after Prop. 8 Ruling*, JWEEKLY, May 28, 2009.

224.   Frank Pizzoli, *Breaking News: CA Prop. 8 Opponents Speak to Central Voice*, CENTRAL VOICE (Oct. 20, 2008).

225.   *PJA Sole Jewish Co-Signer of Proposition 8 Petition Filed in California Supreme Court*, PJA PROGRESSIVE JEWISH ALLIANCE, http://www.pjalliance.org/article.aspx?ID=473&CID=9, (last visited Sept. 15, 2009).

226.   Amber Powers, *Judaism and Same-Sex Marriage*, MYJEWISHLEARNING, http://www.myjewishlearning.com/life/Sex_and_Sexuality/Homosexuality/Same_Sex_Marriage.shtml (last visited Sept. 29, 2009).

227.   Press Release, Affirmation: Gay & Lesbian Mormons, Gay Mormons and Allies Coming Together Against Proposition 8: October 11 Gathering in Los Angeles (Oct. 4, 2008).

228.   Press Release, Cal. Council of Churches, Religious leaders, Faith Organizations File Lawsuit to Invalidate Prop 8 (Nov. 17, 2008).

229.   Press Release, Cal. Council of Churches, Religious Leaders, Faith Organizations to Court: Invalidate Prop 8 (Jan. 14, 2009).

230.   Press Release, Cal.-Pac. Ann. Conf. of the United Methodist Church, Faith Leaders from Across State to Speak Out Against Proposition 8 (Oct. 8, 2008).

231.   Press Release, Congregation Kol Ami, Congregation Kol Ami Says Court Ruling to Uphold Proposition-8 is a Set-Back for Civil Rights and Religious Rights for Everyone (May 26, 2009).

232.   Press Release, DIGNITY Los Angeles, Bishops Support of Marriage Amendment is Wrong (Jul. 4, 2008).

233.   Press Release, Evangelical Lutheran Church in America, ELCA Churchwide Assembly to meet in Minneapolis, Aug. 17-23 (May 26, 2009).

234.   Press Release, Jewish Family Serv., Jewish Family Service of Los Angeles Opposes California Proposition 8 (Oct. 17, 2008).

235.   Press Release, MCC, Denomination of Metropolitan Community Churches Urges "No" Vote on California's Proposition 8 (Oct. 14, 2008).

236.   Press Release, MCC, MCC Decries California Marriage Vote (Nov. 7, 2008).

237.   Press Release, NRLR, 2008 NRLR press conference in California supporting the freedom to marry (Oct. 20, 2008).

238.   Press Release, NO on Prop 8, Faith Leaders Across State to Speak Out Against Proposition 8 (Oct. 31, 2008).

239.   Press Release, Recon Movement, Judaism's Reconstructionist Movement Condemns Bans on Same-Sex Marriage (Nov. 21, 2008).

240.   Press Release, Rick Schlosser, Reverend, Cal. Council of Churches, Proposition 8 Amici Brief Filing Press Conference (Jan. 14, 2009).

241.   *Protests Held in Calif. on Post Prop. 8 Sunday*, ASSOC. PRESS, Nov. 9, 2008, http://www.msnbc.msn.com/id/27634025/.

242.   Prop 8 Results, Adventists Against Prop 8, Nov. 5, 2008, *available at* http://adventistsagainstprop8.org/

243.   Prop 8: What Happened to Separation of Church and State?, Global Spin, Nov. 7, 2008.

244.   Proposition 8 Cases, Strauss v. Horton, California Courts: High Profile Cases, *available at* http://www.courtinfo.ca.gov/courts/supreme/highprofile/prop8.htm

245.   Proposition 8 Passes in California, PCD Currents, Nov. 10, 2008

246.   The PSAs , GetToKnowUsFirst.org, *available at* http://www.gettoknowmefirst.org/ThePSAs.html

247.   PSR Faculty and Staff Arrested Following prop 8 Decision, Pacific School of Religion, May 26, 2009

248.   The PSWD NetwUUrk, Newsletter of the Pacific Southwest District of the UUA, Summer 2009

249.   *Reform Backs Same-Sex Ban Challenge*, JTA, Jan. 14, 2009, http://jta.org/news/article/2009/01/14/1002230/reform-movement-backs-challenge-to-calif-same-sex-marriage-ban.

250.   Reform Jewish Movement Joins Amicus Brief Challenging Proposition 8, Religious Action Center of Reform Judaism, *available at* http://rac.org/PrintItem/index.cfm?id=3174&type=Articles

251.   Religious Action Center: Fact Sheet on Proposition 8, http://rac.org/printitem/index.cfm?id=1909&type=articles (last visited Sept. 15, 2009).

252.   Religious Action Center: Reform Movement Perspective, http://rac.org/printitem/index.cfm?id=3231&type=articles (last visited Sept. 15, 2009).

253.   Religious Leaders Against Prop 8, Pacific School of Religion, Oct. 28, 2008

254.   Resource Kit for Decision Day, California Faith for Equality

255.   RFP GA 2009, PCD Currents, Sept. 29, 2008

256.   *Response to CA Supreme Court Decision on Prop. 8*, FCCB THE CARILLON (First Congregational Church of Berkeley, United Church of Christ, Berkeley, Cal.), May 31, 2009, at 1.

257.   Robin Russell, *Activists Prepare for Ecumenical Ordination*, THE UNITED METHODIST PORTAL, Oct. 10, 2008, http://www.umportal.org/print_article.asp?id=4231.

258.   Robin Russell, *'Silent witness' protests church's stance on homosexuality*, THE UNITED METHODIST PORTAL, May 2, 2008, http://www.umportal.org/article.asp?id=3462.

259.   Harriet Ryan, Gay Bishop 'a walking, talking Rorschach', Los Angeles Times, Apr. 20, 2009

260.   J.B. Sacks, Rabbi, Congregation Sha'ar Zahav, Abraham and Obama: Reflections on Senator Obama's Victory and the Passage of Proposition 8.

261.   B.A. Robinson, *The Roman Catholic Church and Homosexuality*, Religious Tolerance, Jan. 20 2009.

262.   Hugo Salinas, *Marching for Equality: A Conversation with Robert Moore*, http://www.affirmation.org/voices/robert_moore.shtml (last visited Sept. 27, 2009).

263.   Hugo Salinas, *Affirmation Couples Get Married*, AFFIRMATION: GAY & LESBIAN MORMONS, June 2008, http://www.affirmation.org/voices/robert_moore.shtml (last visited Sept. 27, 2009).

264.   Santa Clara County Council of Churches, Council of Churches Urges NO on Proposition 8, http://www.councilofchurches-scc.org/article.php/aspeopleoffaith (last visited Sept. 27, 2009).

265. Santa Clara County Council of Churches – Court Ruling on Prop 8 Tuesday, May 26: Pray Together!, http://www.councilofchurches-scc.org/article.php?story=courtdecision&query=prop (last visited Sept. 27, 2009).

266. Saturday NO ON 8 Faith Events Throughout California, Lavender Newswire, Nov. 1, 2008

267. The Rev. Dr. Rick Schlosser, California Council of Churches, Proposition Amici Brief Filing Press Conference, January 14, 2009

268. Heather Sells, *Friendliness Key to the Gay Marriage Debate?* CBN NEWS, June 1, 2009,

269. Rabbi Shifra, 2008 Yom Kippur Sermon

270. The Shofar, Temple Beth El, June 2009

271. Sierra Foothills Unitarian Universalists, December Services

272. Sierra Foothills Unitarian Universalists, June Services

273. Sierra Foothills Unitarian Universalists, May Services

274. The SLO UU News, Newsletter of the Unitarian Fellowship of San Luis Obispo County, California, July 2009

275. The SLO UU News, Newsletter of the Unitarian Fellowship of San Luis Obispo County, California, November 2008

276. The SLO UU News, Newsletter of the Unitarian Fellowship of San Luis Obispo County, California, September 2008

277. Sojourners' History, Sojourners.

278. Soulforce, Soulforce Vision Statement, 2009.

279. Soulforce, Spring 2009 Catholic Action.

*280.* Michael Stetz, Evangelical Group Says Event is Not a Political Rally, Oct. 30, 2008, *available at* http://signonsandiego.printthis.clickability.com/pt/cpt?action=cpt&title=Pre-election+prayer+day+set+|+The+San+Diego+Union-Tribune&expire=&urlID=32074735&fb=Y&url=http%3A%2F%2Fwww.signonsandiego.com%2Funiontrib%2F20081030%2Fnews_1m30call.html&partnerID=86541

281. Tapestry, A Unitarian Universalist Congregation Annual committee Reports, FY July 1, 2007 – June 30, 2008

282. St. Andrew's Episcopal Church, Letter of May 28, 2009

283.   St. Francis Times, Weekly News from St. Francis Lutheran Church for May 31, 2009

284.   St. Francis Times, Weekly News from St. Francis Lutheran Church for November 2, 2008

285.   St. Francis Times, Weekly News from St. Francis Lutheran Church for October 26, 2008

286.   St. Matthew's Celebrates: Reformation 2008, St. Matthew's Lutheran Church

*287.*   Glenn Stanton and John Corvino, *Same Sex Marriage - A Civil Debate*, KIRKLAND PROD.,http://www.kirklandproductions.com/ARTISTS/Same_Sex_Marriage_Debate-bio.html, (last visited Sept. 29, 2009).

288.   Greg Stewart, *Minister's Mailbox: Reduce, Reuse, Repeal!*, FIRST NEWS (The First Unitarian Universalist Soc'y of S.F., S.F., Cal.), Mar. 2009, at 3.

289.   Arvid Straube, *Arvid's Arcana: Lies, Fears and Marriage Licenses*, FIRST WORDS (First Unitarian Universalist Church of San Diego, San Diego, Cal.), Apr. 2009, at 2.

*290.*   Deborah Streeter, *Congregations continue to respond to Prop. 8*, UNITED CHURCH NEWS – THE PAC., Feb.-Mar. 2009, at B7.

291.   Posting of Geoffrey Stone, Democracy, Religion and Proposition 8, University of Chicago Law School Faculty Blog, http://uchicagolaw.typepad.com/faculty/2008/11/democracy-relig.html (Nov. 16, 2008, 2:47AM).

292.   *Study examines why gay United Methodists stay with church*, UNITED METHODIST NEWS SERV., Nov. 06, 2002. http://archives.umc.org/umns/news_synd.asp?mid=883&story=5AA979E.

293.   Rebecca Spence, *In Wake of Movement's Shift, California Conservative Rabbis Rally Behind Same-Sex Marriage Rights*, FORWARD.COM, Mar. 4, 2008, http://www.forward.com/articles/12828/.

294.   *Survey: PCUSA Pastors Becoming More Supportive of LGBT Issues*, THE LAYMAN ONLINE, Sept. 17, 2009, http://www.layman.org/News.aspx?article=26288.

295.   Tapestry, A Unitarian Universalist Congregation Annual committee Reports, FY July 1, 2008 – June 5, 2009

296.   Telescope, The Newsletter of Palomar Unitarian Universalist Fellowship, November 2008

297.   Paul Tellstrom, Proper 19 A "Forgiveness," http://www.iucc.org/Sermon/sermon-09-15-08.pdf (last visited Sept. 27, 2009).

298.     Paul Tellstrom, Stewardship Sunday/Veterans Day "Joe,"
         http://www.iucc.org/Sermon/sermon-11-09-08.pdf (last visited Sept. 27, 2009).

299.     *Text of the Reform Judaism Gay Marriage Resolution*, BELIEF NET,
         http://www.beliefnet.com/Faiths/2000/03/Text-Of-The-Reform-Judaism-Gay-Marriage-
         Resolution.aspx, (last visited Sept. 29, 2009).

300.     Three Questions for the Right Rev. Mark Andrus, SFGate.com, August 23, 2009,
         *available at* http://www.sfgate.com/cgi-
         bin/article.cgi?f=/c/a/2009/08/23/BAEM18LRIJ.DTL&type=printable

301.     Morris A. Thurston, *Religious Organizations Should Not Rely on False or Misleading
         Legal Arguments in their Zeal to Support California Proposition 8*, AFFIRMATION: GAY
         & LESBIAN MORMONS, Oct. 2, 2008,
         http://www.affirmation.org/me/religious_organizations.shtml (last visited Sept. 27,
         2009).

302.     Kerana Todorov, *Rally against Prop. 8*, NAPA VALLEY REG., Nov. 16, 2008.

303.     Gregory Tomlin, *Split among American Baptists Over Homosexuality is Final*, BAPTIST
         PRESS, May 18, 2006.

304.     Randy Triezenberg, Proposition 8: Two Views of an Initiative to Overturn Court's OK of
         Gay Marriage, Sacramento Bee, Oct. 26, 2008

305.     Tom Tugend, *Rabbis on anti-gay marriage Prop 8: Yes, no, maybe*,
         JEWISHJOURNAL.COM, Oct. 9, 2008,
         http://www.jewishjournal.com/elections/article/rabbis_on_anti_gay_marriage_prop_8_ye
         s_no_maybe_20081009/.

306.     UCC Church Takes a Stand Against California's Proposition 8, Called Our eNews –
         October 2008, United Church of Christ

307.     The Unigram Newsletter, November 2008

308.     Unitarian Universalist Fellowship of Visalia, Calendar, August 2008

309.     Unitarian Universalist Legislative Ministry, California, Current Programs – Marriage
         Equality

310.     Unitarian Universalist Society of Sacrament Online Calendar, Week of November 2,
         2008

311.     Unitarian Universalists Protest Proposition 8, June 3, 2009

312.     United Church of Christ, News from the FCCB: Marriage Equality, May 24, 2009.

313.   The United Methodist Church 2008 General Conference, Summary of afternoon session, Apr. 30, 2008.

314.   Update: Proposition 8, PCD Currents, Oct. 20, 2008

315.   The UUCD qUUartely, Unitarian Universalist Church of Davis, Spring 2009

316.   UU Update, Unitarian Universalist Congregation, Santa Rosa, August 2008

317.   Rebecca Voelkel, *A Time to Build up: Analysis of the No on Proposition 8 Campaign and Its Implications for Future Pro-LGBTQQIA Religious organizing*, NRLR Task Force, 2009

318.   *Vote No on Prop. 8*, JWEEKLY, Oct. 24, 2008, http://www.jweekly.com/article/full/36037/vote-no-on-proposition-8/.

319.   David W. Virtue, *California Episcopal Bishops Excoriate Passage of Proposition 8*, VIRTUEONLINE, Nov. 9, 2008, http://virtueonline.org/portal/modules/news/article.php?storyid=9324 (last visited Sept. 27, 2009).

320.   Gary Walker, Santa Monica: Proposition 8 Supporters, foes Plan Next Moves as Battle over Same-Sex Marriage Continues, The Argonaut, June 3, 2009

321.   Rev. Vail Walker, Unplug the Holiday Machine, Compass Rose, Nov. 2008-Jan. 2009

322.   Wanderings, Redlands United Church of Christ, April 2009

323.   Authur Waskow, *Newsweek, Torah, And Same-Sex Marriage*, THE SHALOM CTR., http://www.shalomctr.org/node/1470, (last visited Sept. 15, 2009).

324.   Authur Waskow, *Prop 8, the White House & Same-Sex Marriage*, THE SHALOM CTR., http://www.shalomctr.org/node/1471, (last visited Sept. 15, 2009).

325.   Rabbi Tzvi Hersh Weireb, Orthodox Response to Same-Sex Marriage, *Institute for Public Affairs*, June 5, 2006.

326.   Welcome! To the Unitarian Universalist Fellowship of Tuolumne County, General Announcements, http://www.mlodeuu.com/current_events.html (last visited Sept. 27, 2009).

327.   What Is Integrity?, Integrity, 2008

328.   Why Vote No on Prop 8?, Bay to Breakers – A San Francisco Treat, http://baytobreakers2007.groups.vox.com/library/post/6a00fad6b851250, (last visited Sept. 25, 2009).

329.    Posting of Christine Wicker, The Pope vs. American Nuns, to Politics Daily, http://www.politicsdaily.com/2009/08/23/the-pope-vs-american-nuns (Aug. 23, 2009).

330.    Julie Wiener, *Gay marriage debate sends Reform rabbis into a tizzy*, JWEEKLY, Mar. 24, 2000,

331.    John Wildermuth, *Both sides make last-minute Prop. 8 push*, S.F. CHRONICLE, Nov. 2, 2008.

332.    Posting of Nancy Wilson to Moderatorscorner, Queer Theology As Change Agent, http://www.moderatorscorner.mccchurch.org?p=234 (Mar. 3, 2009).

333.    Melodie Woerman, *Convention calls for collection of 'resources' for same-gender blessing*, EPISCOPAL LIFE ONLINE, July 17, 2009, http://www.episcopalchurch.org/79901_112702_ENG_HTM.htm.

334.    Greg Wolfe, Rabbi, Congregation Bet Haverim, Equality for All Rally-May 26, 2009, http://www.bethaverim.org/equality.html (last visited Sept. 22, 2009).

335.    Paul Woodrum, St. Aelred of Rievaulz, Patron of Integrity, 1992.

336.    Eric Yoffie, Pres., Union for Reform Judaism, Address at Liberty University (Apr. 26, 2006).

337.    Erin Yazgan, UC Santa Cruz Raises its Voice Against Prop. 8, Nov. 20, 2008, City on a Hill Press

338.    YouTube video: Members of SFUU protesting Prop. 8, Sept. 21, 2008, http://www.youtube.com/watch?v=owwBfh2u31A.

339.    YouTube video: Parents No on 8, http://www.youtube.com/watch?v=opx-v_OhFnQ (last visited Sept. 30, 2009).

340.    YouTube video, The Evangelical Network Speaks out on Gay Marriage, http://www.youtube.com/watch?v=jzqNAkUZUcA (last visited Sept. 23, 2009).

341.    Neighborhood Unitarian Universalist Church of Pasadena, Newsletter, Oct. 19, 2008.

342.    In Memoriam, Sermon, Dolores Street Baptist Church, November 11, 2008.

343.    Rabbinical Assembly Committee on Jewish Law and Standards Concludes Meeting on Homosexuality and Halakah, Press Release of Dec. 6, 2006, Rabbinical Assembly of America

344.    Support of the Right to Marry for Same-Sex Couples, 1996 Resolution of Immediate of Witness, Unitarian Universalist Association of Congregations, *available at* http://uua.org/socialjustice/socialjustice/statements/14251.shtml

345.    Resolution in Support of Civil marriage for Same-Sex Couples, Reconstruction Rabbinical Association, March 16, 2004, *available at* http://therra.org/resolution-Mar2004.htm

346.    Marriage Equality, California Council of Churches