# EXHIBIT F

**Index of Materials Considered**

1.   Expert Report of Gary M. Segura

2.   Deposition Transcript

3.   18 U.S.C. § 245

4.   CAL. CONST., art. II, § 10.

5.   CAL. CIV. PROC. CODE § 51 (2009)

6.   CAL. CIV. PROC. CODE § 51.5 (2009)

7.   CAL. CIV. PROC. CODE § 51.7 (2009)

8.   CAL. CIV. PROC. CODE § 231.5 (2009)

9.   CAL. EDUC. CODE § 200.  (2009)

10.  CAL. EDUC. CODE § 220 (2009)

11.  CAL. EDUC. CODE § 32228 (2009)

12.  CAL. EDUC. CODE § 49091.24 (2009)

13.  CAL. EDUC. CODE § 51500 (2009)

14.  CAL. EDUC. CODE § 51933 (2009)

15.  CAL. EDUC. CODE § 66251 (2009)

16.  CAL. EDUC. CODE § 66270 (2009)

17.  CAL. EDUC. CODE § 66301 (2009)

18.  CAL. EDUC. CODE § 67380 (2009)

19.  CAL. EDUC. CODE § 94367 (2009)

20.  CAL. FAM. CODE § 297.5 (2009)

21.  CAL. FAM. CODE § 1816 (2009)

22.  CAL. FAM. CODE § 9000 (2009)

23.   CAL. GOV'T CODE § 8299.01 (2009)

24.   CAL. GOV'T CODE § 11135 (2009)

25.   CAL. GOV'T. CODE § 12920

26.   CAL GOV'T CODE § 12921 (2009)

27.   CAL. GOV'T CODE § 12930 (2009)

28.   CAL. GOV'T CODE § 12931 (2009)

29.   CAL. GOV'T CODE § 12940 (2009)

30.   CAL. GOV'T CODE § 12944 (2009)

31.   CAL. GOV'T CODE § 18500 (2009)

32.   CAL. GOV'T CODE § 12955 (2009)

33.   CAL. GOV'T CODE § 12955.8 (2009)

34.   CAL. GOV'T CODE § 50264 (2009)

35.   CAL. GOV'T CODE § 50265 (2009)

36.   CAL. HEALTH & SAFETY CODE § 1257.5 (2009)

37.   CAL. HEALTH & SAFETY CODE § 1365.5 (2009)

38.   CAL. HEALTH & SAFETY CODE § 1522.41 (2009)

39.   CAL. HEALTH & SAFETY CODE § 1563 (2009)

40.   CAL. HEALTH & SAFETY CODE § 1586.7 (2009)

41.   CAL. HEALTH & SAFETY CODE § 33050 (2009)

42.   CAL. HEALTH & SAFETY CODE § 120292 (2009)

43.   CAL. HEALTH & SAFETY CODE § 151002 (2009)

44.   CAL. INS. CODE § 676.10 (2009)

45.   CAL. INS. CODE § 10140 (2009)

46.   Cal. Ins. Code § 10141 (2009)

47.   Cal. Ins. Code § 12693.28 (2009)

48.   Cal. Lab. Code § 4600.6 (2009)

49.   Cal. Penal Code § 186.21 (2009)

50.   Cal. Penal Code § 422.55 (2009)

51.   Cal. Penal Code § 422.6 (2009)

52.   Cal. Penal Code § 422.7 (2009)

53.   Cal. Penal Code § 422.75 (2009)

54.   Cal. Penal Code § 422.85 (2009)

55.   Cal. Penal Code § 422.865 (2009)

56.   Cal. Penal Code § 1127 (2009)

57.   Cal. Penal Code § 3053.4  (2009)

58.   Cal. Penal Code § 11410 (2009)

59.   Cal. Penal Code § 13519.4 (2009)

60.   Cal. Penal Code §  13519.6 (2009)

61.   Cal. Pub. Cont. Code § 6108 (2009)

62.   Cal. Rev. & Tax Code § 17024.5 (2009)

63.   Cal. Rev. & Tax Code § 18521 (2009)

64.   Cal. Welf. & Inst. Code § 224.71 (2009)

65.   Cal. Welf. & Inst. Code § 224.73 (2009).

66.   Cal. Welf. & Inst. Code § 707 (2009)

67.   Cal. Welf. & Inst. Code § 9103.1 (2009)

68.   Cal. Welf. & Inst. Code § 14504.1 (2009)

69.   CAL. WELF. & INST. CODE § 16001.9 (2009)

70.   CAL. WELF. & INST. CODE § 16003 (2009)

71.   CAL. WELF. & INST. § 16013 (2009)

72.   1999 Cal. Stat. 588

73.   2001 Cal. Stat. 893

74.   2002 Cal. Stat. 447

75.   2003 Cal. Stat. 421

76.   2004 Cal. Stat. 488

77.   2005 Cal. Stat. 416

78.   2006 Cal. Stat. 802

79.   2007 Cal. Stat. 567

80.   California Council of Churches Amicus Brief in Strauss v. Horton, Nos. S168047/ S168066/S168078

81.   Mark Dicamillo and Mervin Field, *55 Percent of Votes Oppose Proposition 8, The Initiative to Ban Same-Sex Marriages in California*, ON Magazine.

82.   Defendant –Intervenors' Notice of Motion and Motion for Summary Judgment, and Memorandum of Points and Authorities in Support of Motion for Summary Judgment in Perry et al. v. Schwarzenegger, et al., No. 09-CV-2292 in the Northern District of California.

83.   Dr. Frank M. Alton Amicus Brief in Strauss v. Horton, Nos. S168047/ S168066/S168078

84.   *In re Marriage Cases*, 43 Cal 4th. 757 (2008).

85.   *Knight v. Sup. Ct. of Sacramento County*, 128 Cal. App. 4th 14 (Cal. Ct. App. 2005).

86.   Lockyer v. City and County of San Francisco, et al., 33 Cal. 4th 1055 (2004)

87.   Sharon S., v. Annette F., 31 Cal. 4th 417 (Cal. 2003).

88.   Strauss v. Horton, 46 Cal 4th 364 (2009)

89.   81st Annual Academy Awards – Winners, Actor in a Leading Roll, Oscar.com

90.   About EQCA-Equality California, Building a State of Equality

91.   A Brief Summary As to Why Promoting California's Proposition 8 Was Contrary to Both Scripture & Official LDS Doctrine, http://h1.ripway.com/lds4gaymarriage/prop8.htm (last visited Sept. 27, 2009).

92.   Alice Pride Breakfast Sponsor List, http://www.alicebtoklas.org/component/content/article/1-latest-news/52-alice-pride-breakf.

93.   Alliance of Baptists, http://www.allianceofbaptists.org/ (last visited Sept. 27, 2009).

94.   Lavina Fielding Anderson, *Against Proposition 8*, BY COMMON CONSENT, July 2008.

95.   Marc Andrus & Steven Charleston, *After Prop 8, Love Endures*, http://diocal.org/index.php?option=com_content&task=view&id=336&Itemid=215 (last visited Sept. 27, 2009).

*96.*   Marc Handley Andrus, *The Rt. Rev. Marc Handley Andrus writes letter to the diocese in response to Proposition 8 Decision,* http://oasiscalifornia.org/2009%20andrus%20resonds%20prop%208%20decision.htm (last visited Sept. 27, 2009).

97.   Asian American & Pacific Islander Clergy Support the Right of Same-Sex Couples to Marry, http://www.netrj.org/resources/library/api-clergy-support-marriage.htm (last visited Sept. 27, 2009).

98.   Assem. Comm. on Labor & Employ., Bill Analysis of AB849, Apr. 22, 2009.

99.   Assem. Joint Res. 19, Cal. Leg., 2009-2010 Reg. Sess.

100.  Assem. Joint Res. 60-Relative to immigration, Cal. Leg., Sept. 14, 2004.

101.  Assem. Joint Res. 109, Cal. Leg., July 29, 2003.

102.  Audit Bureau of Circulations, Circulation Averages for US Newspapers, Mar. 31, 2009.

103.  Letter from Ed Bacon, Rector, All Saints Church, Pasadena, Cal., to members of All Saints Church, *available at* http://www.allsaints-pas.org/site/PageServer?pagename=ActionTable.

104.  Christy Baker.  The Civil Right to Civil Marriage.  *August 3, 2008* Unitarian Universalist Church of Berkeley.  http://www.uucb.org/sermons/2008080301

105. *Ballot Recommendations*. Long Beach Press-Telegram. November 4, 2008 *All archives are stored on a SAVE (tm) newspaper library system from MediaStream Inc., a Knight-Ridder Inc. company*

106. Stephen Baxter, *The Rev. Carole Vincent of Almaden Hills United Methodist Church plans to retire at the end of June*, WILLCOX GLEN RESIDENT, Feb. 6, 2009.

107. Posting of Becks to Living in the O, http://oaklandliving.wordpress.com/2009/05/26/join-oaklanders-to-protest-the-supreme-court-ruling-on-prop-8/ (May 26, 2009).

108. Paul Bedard, *Suze Orman's Coming Out at the  Human Rights Campaign Dinner*, U.S. News & World Report, October 7, 2008.

109. Paster Susan Brecht Speaks out Against Prop 8: Pacific School of Religion, http://www.psr.edu/alum-rev-susan-brecht-against-prop-8 (last visited Sept. 27, 2009).

110. A Brief Summary of Actions, Evangelical Lutheran Church in America, August 17-23, 2009.

111. Jerry Brown, Sermon, *Protecting the Institution of Marriage…,* Yom Kippur, 5769/2008

112. California Conference Ministers support Episcopal Bishops, September 17 2008. http://www.ucc.org/news/california-conference.html?print=t.

113. California Council of Churches, The Mission of the Council & IMPACT

114. The California Democratic Party, *Support Same-Sex Couples in Their Right to Marry by Repealing Proposition 8*, April 26, 2009.

115. California Legislative Lesbian, Gay, Bisexual, & Transgender (LGBT) Caucus, Welcome!

116. The California Nevada Conference of the United Methodist Church, California UM Bishops on Record as 'Prop 8' Seems Headed for Courts, http://www.cnumc.org/news_detail.asp?TableName=oNews_PJAYMY&PKValue=978 (Nov. 14, 2008).

117. The California Nevada Conference of the United Methodist Church, Cal-Nevada Ums Join 'No on 8' Rallies, http://www.cnumc.org/news_detail.asp?PKValue=988 (Nov. 20, 2008).

118. California Republican Party, Republican Party Platform, Feb. 24, 2008.

119. Campaign Finance: **NO ON 8, EQUALITY FOR ALL.  Contribution Totals**

120. 1980 Democratic Political Party Platform

6

121.  Christ Chapel of Laguna Beach Orange County California Gay, http://www.christchapeloflaguna.org/events.htm (last visited Sept. 27, 2009).

122.  Church of Jesus Christ of Latter-Day Saints, California and Same-Sex Marriage, June 30, 2008.

123.  Church of Jesus Christ of Latter-Day Saints, The Family: A Proclamation to the World, Sept. 23, 1995.

124.  Church of the Foothills, Pastor/Staff, http://chotf.org/staff.html (last visited Sept. 27, 2009).

125.  Congregational Church of Belmont, http://www.uccbelmont.org/ (last visited Sept. 27, 2009).

126.  Congregation Shomrei Torah, All in God's Image, http://www.shomreitorah.org/inthenews.html (last visited Sept. 27, 2009).

127.  Congregation Shomrei Torah, Opposing Prop. 8 Interfaith service will support gay marriage, http://www.shomreitorah.org/inthenews.html (last visited Sept. 27, 2009).

128.  Congregation Shomrei Torah, Please let my moms be married, http://www.shomreitorah.org/inthenews.html (last visited Sept. 27, 2009).

129.  David J. Cooper, *Teshuva on Prop 8*, KOL KEHILLA (Kehilla Cmty. Synagogue, Piedmont, Cal.), Dec. 2008, at 1.

130.  Courage Campaign, Invest in victory: Contribute to the Courage Campaign and help us repeal Prop 8.

131.  *Created in God's Image*, B'reishit 5769, October 24, 2008.

132.  Ray Delgado, *Transgender San Franciscan Makes History as Woman of the Year,* SF Gate, April 4, 2003.

133.  DIGNITY Los Angeles – Photos – Wedding of Jim and Raol 2008, http://www.dignitylosangeles.org/photos-15-prop8-pg.htm (last visited Sept. 27, 2009).

134.  Email from Dignity Los Angeles to Dignity Los Angeles Members (Aug. 27, 2008, 6:39 PST).

135.  Diocese of California, 2008 Diocesan Convention: Resolution – Support For Marriage Equality.

136. Democratic Party Platform of 1984. July 16, 1984. American Presidency Project. http://www.presidency.ucsb.edu/ws/index.php?pid=29608

137. Democratic Party Platform of 1988. July 18, 1984.  American Presidency Project. http://www.presidency.ucsb.edu/ws/index.php?pid=29609

138. Democratic Party Platform of 1992.  July 13. 1992.  American Presidency Project. http://www.presidency.ucsb.edu/ws/index.php?pid=29610

139. Democratic Party Platform of 1996.  August 26, 1996.  American Presidency Project. http://www.presidency.ucsb.edu/ws/index.php?pid=29611

140. Democratic Party Platform of 2000.  August 14, 2000.  American Presidency Project. http://www.presidency.ucsb.edu/ws/index.php?pid=29612

141. The Democratic National Platform of 2004.  As approved by the 2004 Democratic National Convention July 27, 2004.

142. DioCal – California bishops denounce Proposition 8, http://diocal.org/index.php?option=com_content&task=view&id=303&Itemid=215 (last visited Sept. 27, 2009).

143. The Ecumenical Catholic Church Letter to Attorney General of California and California Department of Public Health, November 16, 2008.

144. Editorial OUR VIEW: Lists of editorial boards' recommended candidates, issues. North County Times Endorsement.  **Sunday, November 2, 2008**

145. Lisa Edwards, *From the Rabbi's Study . . . Wedding Blues*, G'VANIM (Beth Cayim Chadashim, L.A., Cal.), Nov.-Dec. 2008, at 2.

146. Election 2008: Where we stand on the election. The Desert Sun (Palm Springs, California). November 2, 2008 Sunday. LexisNexis

147. *Election Forum*, STILL SPEAKING . . . (Cmty. Church of Atascadero, Atascadero, Cal.), Oct. 2008, at 1.

148. David Ellenson, Editorial, *Prop 8 goes against God's love for every person*, JTA, Nov. 3, 2008.

149. Episcopal Church, General Convention, Legislation, 2006.

150. Episcopal Church, General Convention, Legislation, 2009.

151. Equality Action Project, Day of Decision Rallies.

152. Equality California – Sponsors

153. CAL GOV'T CODE § 12935 (2009)

154. EQUAL MARRIAGE RIGHTS FOR ALL

155. Evangelical Lutheran Church in America, ELCA 'Draft Social Statement on Human Sexuality' Now Available, ELCA News Service, Mar. 13, 2008.

156. Evangelical Lutheran Church in America, Lutherans Prepare for Floods, ELCA News Service, Apr. 7, 1997.

157. Joe Fanelli, *et al.*, *Day of Decision and the Day After*, FIRST WORDS (First Unitarian Univeralist Church of San Diego, San Diego, Cal.), July 2009, at 1.

158. Geoff Farrow, *LA  Press Conference held on Tuesday 14 October 2008*.

159. *FCCB Votes No on Prop. 8*, FCCB THE CARILLON (First Congregational Church of Berkeley, United Church of Christ, Berkeley, Cal.), Sept. 21, 2008, at 1.

160. The Field Poll # 2292, October 31, 2008

161. The Flaming Chalice Newsletter, September 2008.

162. Form 990, Community United Against Violence, Inc, 2007.

163. Form 990, Gay & Lesbian Adolescent Social Services, Inc, 2007.

164. Form 990, Gay & Lesbian Community Services Center of Orange County, 2007.

165. Form 990, GLBT Historical Society of California, 2007.

166. Form 990, Harvey Milk Institute, 2003.

167. Form 990, Los Angeles Gay & Lesbian Community, 2006

168. Form 990, One National Gay & Lesbian Archives Inc, 2007.

169. Form 990, Our Family Coalition, 2007.

170. Form 990, Pacific Pride Foundation, 2007.

171. Form 990, QCC – The Center for LGBT Arts & Culture, 2007.

172. Form 990, The San Diego LGBT Community Center, 2007.

173. Form 990, SF Lesbian/Gay/BI/Trans Parade Committee, 2006.

174. Form 990, Stepping Stone of San Diego, 2007.

175. Leslie Fulbright, Matthai Kuruvila, *Prop 8 Rivals Seek Support in Black Churches*, SF Gate, October 22, 2008.

176. Gay, bisexual and other men who have sex with men (MSM) continue to have highest number of HIV infections in the U.S. Called Out eNews-August 2008 http://www.ucc.org/newsletter/called-out/called-out-enews-august-2008.html

177. Rabbi Laura Geller.  The Jigsaw Puzzle of Creation : A Jewish View Against Proposition 8.  October 24, 2008.

178. George Gittleman, Rabbi, Congregation Shomrei Torah, Torah Teaches: Love the Stranger, Oct. 2008.

179. Shelby Grad. *Campaign to overturn Prop. 8 and legalize gaymarriage begins today with ballot filing*. LA Times. September 24, 2009

180. Green Party of California, Platform, Sept. 8, 2007.

181. Joshua  Green, *They Won't Know What Hit Them*. The Atlantic, March 2007.

182. Matthew Hall and Michael Stets, *Religious Groups Gather on Both Sides of Prop. 8*, San Diego Union Tribune, November 2, 2008.

183. Rev. Bill Hamilton-Holway.  We Can Make a Difference: Election 2008.  October 12, 2008 Unitarian Universalist Church of Berkeley. http://www.uucb.org/sermons/2008101201

184. Duke Helfand, *Board of rabbis opposes California anti-gay-marriage initiative.*  LA Times.  September 26, 2008 http://latimesblogs.latimes.com/lanow/2008/09/proposition-8-i.html

185. Duke Helfand, *Clergy on Both Sides of Proposition 8 Speak Out (California)*, LA Times, Oct. 26, 2008.

186. Duke Helfand, *Pastors Defy United Methodist Officials to Conduct Gay Weddings,* LA Times, July 17, 2008.

187. Seth Hemmelgarn, *Black Faith, Community Leaders Urge Churchgoers to Oppose Prop 8*, BAY AREA REP., Oct. 23, 2008.

188. Seth Hemmelgarn, *Churches Play Key Role in Prop 8 Campaigns*, The Bay Area Reporter, September 18, 2008.

189. Duke Helf, *California's top Episcopal bishops oppose gay marriage ban*, L.A. TIMES, Sept. 11, 2008.

190. Tim Herdt, *Supreme Court decides Tuesday on Prop 8*, VENTURA COUNTY STAR, May 22, 2009.

191. House of Danu – House of Danu Takes Stand on Proposition 8, http://www.houseofdanu.com/content/view/13/1 (last visited Sept. 27, 2009).

192. H.R. 3685, Employee Nondiscrimination Act of 2007

193. HUC-JIR Weekly Digest, Rabbis on Anti-Gay Marriage Prop 8, http://huc.edu/external/newsletter/08/10/17/ (last visited Sept. 27, 2009).

194. Human Rights Campaign, Congressional Scorecard Measuring Support for Equality in the 110th Congress.

195. Human Rights Campaign Foundation, Corporate Equality Index (2010).

196. Human Rights Campaign, *Joe Solmonest at HRC's 11th National Dinner*.

197. Identity-Based Ministries, Report to the UUA Board of Trustees, December 2008.

198. Inclusive Baptist Church, Welcoming & Affirming All, Readings for the Day: Matthew 2:1-12 and 'The Journey of the Magi' by T.S. Eliot, http://www.baptistchurchsf.org/sermons/detail.php?month=Jan%202009&mId=67 (last visited Sept. 27, 2009).

199. Inclusive Baptist Church, Welcoming & Affirming All, Their Story, Our Story, http://www.baptistchurchsf.org/sermons/detail.php?month=Nov%202008&mId=65#168 (last visisted Sept. 27, 2009).

200. Inner Light Center, Communicate Prop 8, http://www.innerlightministries.com/documents/communications-on-8.pdf (last visited Sept. 27, 2009).

201. Institute for Public Affairs, *OU Restates its Support for Federal Marriage Protection Amendment*, June 6, 2006

202. Integrity InfoLetter  (Integrity, Rochester, N.Y.), Oct. 2008.

203. Issued by the Democratic Party of the United States Governor Howard Dean, Chairman. DELEGATE SELECTION RULES FOR THE 2008 DEMOCRATIC NATIONAL CONVENTION.  August 19, 2006. www.democrats.org

204. Elysse James, *Anti-Prop 8 rally at church on Thursday*, O.C. REG., Mar. 4, 2008.

*205.* Jewish Community Mobilization for Marriage Equality, *No on Prop 8!*

206. Jewish Community Relations Council, *Statement on Same-Sex Civil Marriage*, February 14, 2006.

207. The Jewish Gaily Forward (Congregation Shaar Zabav, S.F., Cal.), Sept.-Oct. 2008.

208. Jewish Social Policy Network, USPAN Newsletter, December 12, 2008.

209. Deborah L. Johnson, Gutting Equality Out of the Constitution, http://www.innerlightministries.com/download/Gutting_Equality_Prop-8_Rev_Deborah_L_Johnson.pdf (last visited Sept. 27, 2009).

210. Bronwen Jones & Kris Langabeer, *Marriage Equality Team Fights to Defeat Proposition 8*, Unitarian Universalist Community Church of Santa Monica Newsletter, Sept. 2008.

211. Bronwen Jones, *Vote No on Prop. 8: Three Months of UUCCSM Grassroots Activism*, Unitarian Universalist Community Church of Santa Monica Newsletter, Nov. 2008.

212. Jeffrey M. Jones, Gallup Poll, Some Americans Reluctant to Vote for Mormon, 72-Year-Old Presidential Candidates, February 20, 2007.

213. Rabbi Jim Kaufman.  ROSH HASHANA SERMON, 2008.

214. Kehilla Community Synagogue – Increase the Visibility of the "No on Proposition 8" Campaign, http://www.kehillasynagogue.org/article.php/20081024174712292 (last visited on Sept. 27, 2009).

215. Keenan Kelsey, *The State of Our Church*, New Vision, March/April 2009.

216. Zelda Kennedy, *et al.*, *"Let No One Put Asunder" – Reflections on the Sanctity of Marriage*, SAINTS ALIVE (All Saints Episcopal Church, Pasadena, Cal.), Nov. 16, 2008, at 1.

217. KOL KEHILLA (Kehilla Cmty. Synagogue, Piedmont, Cal.), Nov. 2008.

218. Statement by Dr. Gerald B. Kieschnick on Same-Sex Marriage, October 23, 2008

219. Rabbi Klein, The Isain Newsletter, September, 2008.

220. Jessica Garrison Corina Knoll, *Prop 8 Opponents Rally Across California to Protest Gay-Marriage Ban*, LA Times, November 16, 2008.

221. Maria L. LaGanga, *Loudly and colorfully, opposing sides debate Proposition 8*, L.A. TIMES, Mar. 6, 2009.

222. Kris Langabeer & Bronwen Jones, *Help Make History! Help Defeat Prop. 8*, Unitarian Universalist Community Church of Santa Monica Newsletter, Oct. 2008.

223. L.A. Gay & Lesbian Center, 2008 Annual Report.

224. Lavender Youth Recreation and Information Center, Form 990 Return of Organization Exempt from Income Tax, 2006.

225. Gregory B. Lewis, *Why Did Californians Pass Proposition 8?*

226. Posting of Angela Lopez to CrossLeft: Balancing the Christian Voice, Christians Against Proposition 8, http://www.crossleft.org/node/6644 (Nov. 15, 2008, 11:45).

227. Los Angeles:  All Saints, Pasadena, clergy opt out of civil marriages until gay couples can legally wed, http://www.pinknews.co.uk/aroundtheworld/2009/06/los-angeles-all-saints-pasadena-clergy-opt-out-of-civil-marriages-until-gay-couples-can-legally-wed/ (June 5, 2009).

228. Love, Marriage and Voting NO on Proposition 8, http://www.mccla.org/love_marriage_prop_8.html#4.

229. Marriage Equality Ministry Team, FCCB News, May 24, 2009.

230. Marriage Equality Task Force Memo.

231. Seba Martinez, AP Story Features Mormon Supporter of Marriage Equality, October 6, 2008. http://www.affirmation.org/news/2008_057.shtml

232. Dennis McMillan, *Religious Leaders Speak Out Against Prop 8*, S.F. BAY TIMES, Mar. 12, 2009.

233. *Members of Basileia participate in Rally to Overturn Prop. 8*, WCNNEWSLETTER (The Welcoming Cmty. Network, Independence, Mo.), Mar. 2009, at 2.

234. Metropolitan Community Church Los Angeles, Special Prop 8 Release.

235. The Metropolitan Community Church of San Jose, http://mccsj.org/?p=112.

236. The Metropolitan Community Church of San Jose,  *MCC Sane Jose Creates Two New "No on Eight" Videos.*

237. The Metropolitan Community Church of San Jose, *"No on 8" Rally at MCC on September 21.*

238. The Metropolitan Community Church of San Jose, *Prop 8 Upheld – Rally 5/26 and Taize 5/27*.

239. Barbara Meyers, Quarterly Report to MPUCC Board of Trustees, Mission Peak Unitarian Universalist Congregation, December 2008.

240. Lee Michael, Activist Rev. Still Performing Gay Marriages, Santa Monica Mirror, http://www.smmirror.com/MainPages/DisplayArticleDetails.asp?eid=8761.

241. Jeff Mitchell, *Q & A with state Sen.-elect Mark Leno*, Politicker.com, November 30, 2008.

242. *Modesto area religious leaders respond to Proposition 8 ruling*, THE MODESTO BEE, May 27, 2009.

243. Modesto Faith Communities Call on Straight Californians to Make a Difference, Press Release, September 9, 2008.

244. National Association of Evangelicals, About Us, 2009.

245. National Council of Jewish Women, 2007-2008 Annual Report.

246. National Gay and Lesbian Task Force, *Percentage of U.S. Population Covered by a Sate, County, and/or City Nondiscrimination Law and a Broad Family Recognition Law Over Time*, May 8, 2007.

247. National Gay and Lesbian Task Force, The Task Force National Religious Leadership Roundtable

248. National Religious Leadership Roundtable, Press release. December 22, 2006.

249. Neighborhood Unitarian Universalist Church of Pasedena Newsletter, October 26, 2008.

250. Neighborhood Unitarian Universalist Church of Pasedena Newsletter, November 2, 2008.

251. Neighborhood Unitarian Universalist Church of Pasedena Newsletter, October 19, 2008

252. Neighborhood Unitarian Universalist Church of Pasedena Newsletter, March 1, 2009.

253. Neighborhood Unitarian Universalist Church of Pasedena Newsletter, *The Times They Are A-Changin'*, Neightborhood News, November 20, 2008.

254. Jim Nelson Sermon, *Today and Tomorrow*, June 14, 2009.

255. Erin Yazgan, *UC Santa Cruz Raises Its Voice Against Prop 8*, City on a Hill Press, November 20, 2008.

256. NEWS – LUTHERANS LOVE!!  Lutherans Concerned/Los Angeles, http://www.lutheranslove.com/ChapterNews.html (last visited Sept. 27, 2009).

257. News! News! – Hollywood Lutheran Church, Congregation Still Opposed *Proposition 8!*, http://www.hollywoodlutheran.org/HLCNews.html (last visited Sept. 27, 2009).

258. Official Google Blog, *Our Postion on California's No on 8 Campaign*, September 26, 2008.

259. *Open and Affirming – The Journey Continues*, CCC (Cmty. Congregational Church, Tiburon, Cal.), Oct. 2008, at 2.

260. Pacific School of Religion, *PSR Faculty and Staff Arrested Following Prop 8 Decision*, May 26, 2009.

261. Pacific School of Religion, *Religious Leaders Against Prop 8*, October 28, 2008.

262. Pacific Southwest District of the Unitarian Universalist Association at Camp de Benneville Pines, Annual Meeting, May 1-3, 2009.

263. Palomar Unitarian Universalist Fellowship Telescope Newsletter, November 2008.

264. Pastoral Letter on the Supreme Court's Prop 8 Ruling, http://www.uusf.org/Flame/nl-090526-Prop8PastoralLetter.html (last visited Sept. 27, 2009).

265. PCD Currents, *News from the Pacific Central District of the UUA*, Sept 29, 2008

266. PCD Currents, *News from the Pacific Central District of the UUA*, May 10, 2009.

267. PCD Currents, *News from the Pacific Central District of the UAA*, May 25, 2009.

268. PCD Currents, Proposition 8 Passes in California, November 10, 2008.

269. PCD Currents, Update: Proposition 8, October 20, 2008.

270. The Pew Forum on Religion & Public Life, U.S. Religious Landscape Survey, February 2008.

271. Pilgrim Congregationalist, *Prop 8 Update*, May 5, 2009.

272. Dan Pine, *Jews take to the streets after Prop. 8 ruling*, JWeekly.com, May 28, 2009.

273. Frank Pizzoli, Breaking News: CA Prop. 8 Opponents Speak to Central Voice, Press Release, October 20, 2006.

274. Platform of the Libertarian Party of California, Feb. 2006

275. Platform of the Peace and Freedom Party

276. Ronald W. Powell, *Gay Pride Hits its Stride*, SignOnSanDiego.com, July 31, 2005.

277. Press Release, Affirmation: Gay & Lesbian Mormons, Gay Mormons and Allies Coming Together Against Proposition 8: October 11 Gathering in Los Angeles (Oct. 4, 2008).

278. Press Release, Cal. Council of Churches, Religious Leaders, Faith Organizations to Court: Invalidate Prop 8 (Jan. 14, 2009).

279. Press Release, NO on Prop 8, Faith Leaders Across State to Speak Out Against Proposition 8 (Oct. 31, 2008).

280. Press Release, Cal.-Pac. Ann. Conf. of the United Methodist Church (Oct. 30, 2008).

281. Press Release, Congregation Kol Ami, Congregation Kol Ami Says Court Ruling to Uphold Proposition-8 is a Set-Back for Civil Rights and Religious Rights for Everyone (May 26, 2009).

282. Press Release, Jewish Family Serv., Jewish Family Service of Los Angeles Opposes California Proposition 8 (Oct. 17, 2008).

283. Press Release, Levi Strauss & Co., Levi Strauss Foundation Announces Two $25,000 Grants to Leading Equal Rights Organizations, May 27, 2009.

284. Press Release, Recon Movement, Judaism's Reconstructionist Movement Condemns Bans on Same-Sex Marriage (Nov. 21, 2008).

285. Press Release, Rick Schlosser, Reverend, Cal. Council of Churches, Proposition 8 Amici Brief Filing Press Conference (Jan. 14, 2009).

286. Proclamation 8387 – Lesbian, Gay, Bisexual, and Transgender Pride Month, Administration of Barack H. Obama, June 1, 2009.

287. Protectmarriage.com – Yes on 8, A Project of California Renewal, California Secretary of State Debra Bowen

288. *Protests held in Calif. on post-Prop.8 Sunday*, Assoc. Press, Nov. 9, 2008, http://www.msnbc.msn.com/id/27634025/ns/politics-decision_08/ (last visited Sept. 27, 2009).

289. The PSWD NetwUUrk Newsletter, Fall 2008.

290. The PSWD NetwUUrk Newsletter, Summer 2009.

291. Redlands United Church of Christ, Wanderings Newsletter, April 2009.

292. Adam P. Romero, Amanda K. Baumle, et al., Census Snapshot, The Williams Institute, December 2007.

293. Religious Action Center, *Reform Movement Perspective*.

294. Repeal-prop-8.org, The Countdown to Equality Starts Now!

295. RENEWING AMERICA'S PROMISE. Platform Standing Committee Governor Deval Patrick, Former Attorney General Patricia Madrid and Former Discovery Communications, Inc. CEO Judith McHale,Committee Chairs.  August 9, 2008.

296. Jim Rutenberg, *New Protections for Transgender Federal Workers,* The New York Times, June 24, 2009.

297. *Response to CA Supreme Court Decision on Prop. 8*, FCCB THE CARILLON (First Congregational Church of Berkeley, United Church of Christ, Berkeley, Cal.), May 31, 2009, at 1.

298. J.B. Sacks, Rabbi, Congregation Sha'ar Zahav, Abraham and Obama: Reflections on Senator Obama's Victory and the Passage of Proposition 8.

299. Saint Matthew's Lutheran Church North Hollywood, Reformation 2008.

300. Hugo Salinas, *Affirmation Couples Get Married*, AFFIRMATION: GAY & LESBIAN MORMONS, June 2008, http://www.affirmation.org/voices/robert_moore.shtml (last visited Sept. 27, 2009).

301. Hugo Salinas, *Marching for Equality: A Conversation with Robert Moore*, http://www.affirmation.org/voices/robert_moore.shtml (last visited Sept. 27, 2009).

302. San Francisco LGBT Community Center, 2007/2008 Annual Report.

303. Santa Clara County Council of Churches – Council of Churches Urges NO on Proposition 8, http://www.councilofchurches-scc.org/article.php/aspeopleoffaith (last visited Sept. 27, 2009).

304. Santa Clara County Council of Churches – Court Ruling on Prop 8 Tuesday, May 26: Pray Together!, http://www.councilofchurches-scc.org/article.php?story=courtdecision&query=prop (last visited Sept. 27, 2009).

17

305. SBC Resolution: ON SAME-SEX MARRIAGE

306. Senate Joint Resolution No. 6 – Relative to the "Don't Ask, Don't Tell" military policy.

307. Senate Joint Resolution No. 9 – Relative to the "Don't Ask, Don't Tell" military policy.

308. Senate Joint Resolution No. 11—Relative to the "Don't Ask, Don't Tell" military policy.

309. SENATOR ART TORRES (RET.), CHAIRMAN. *2008 Platform*. California Democratic Party. March 30, 2008.  www.cadem.org

310. Seventh-Day Adventist Kinship, *Prop 8 Results*, November 5, 2008.

311. Rabbi Shifra.  2008 Yom Kippur Sermon.

312. Sierra Foothills Unitarian Universalists, December Services, December 2008.

313. Sierra Foothills Unitarian Universalists, May Services, May 2009

314. Sierra Foothills Unitarian Universalists, June Services, June 2009.

315. The SLO UU News, September 2008.

316. The SLO UU News, November 2008

317. The SLO UU News, July 2009

318. SOME VIEWS ON BALLOT ITEMS TO CONSIDER.  Modesto Bee.   November 2, 2008 www.modbee.com/opinion

319. St. Andrews Episcopal Church, FridayFLASH Newsletter, October 10, 2008

320. St. Andrews Episcopal Church, FridayFLASH Newsletter, October 17, 2008.

321. St. Andrews Episcopal Church, FridayFLASH Newsletter, October 24, 2008

322. St. Aidan's Episcopal Church Letter, May 28, 2009.

323. State Ballot Measures, Breakdown of Votes.

324. Greg Stewart, *Minister's Mailbox: Reduce, Reuse, Repeal!*, FIRST NEWS (The First Unitarian Universalist Soc'y of S.F., S.F., Cal.), Mar. 2009, at 3.

325. St. Francis Times, *Festival of the Reformation*, October 26, 2008.

326. St. Francis Times, *All Saints Sunday*, November 2, 2008.

327. St. Francis Times, *Day of Pentecost*, May 31, 2009.

328. Jerry Stinson, *Sunday Celebration Notes*, The Pilgrim, October 19, 2008

329. Arvid Straube, *Arvid's Arcana: Lies, Fears and Marriage Licenses*, FIRST WORDS (First Unitarian Universalist Church of San Diego, San Diego, Cal.), Apr. 2009, at 2.

330. Deborah Streeter, *Congregations continue to respond to Prop. 8*, UNITED CHURCH NEWS – THE PAC., Feb.-Mar. 2009, at B7.

331. Olvera Street, *No On Proposition 8 Vigil*, MCC in the Valley.

332. Tapestry, A Unitarian Universalist Congregation, Annual Committee Reports, FY July 1, 2007-June 30, 2008

333. Tapestry, A Unitarian Universalist Congregation, Annual Committee Reports, FY July 1, 2008-June 5, 2009

334. Jake Tapper and Sunlen Miller, *Obama to Appoint John Berry to OPM, Making Him Highest-Ranking Openly  Gay Official,* ABC News, January 14, 2009.

335. Paul Tellstrom, Proper 19 A "Forgiveness," http://www.iucc.org/Sermon/sermon-09-15-08.pdf (last visited Sept. 27, 2009).

336. Paul Tellstrom, Stewardship Sunday/Veterans Day "Joe," http://www.iucc.org/Sermon/sermon-11-09-08.pdf (last visited Sept. 27, 2009).

337. Temple Beth El, The Shofar Newsletter, June 2009.

338. Morris A. Thurston, *Religious Organizations Should Not Rely on False or Misleading Legal Arguments in their Zeal to Support California Proposition 8*, AFFIRMATION: GAY & LESBIAN MORMONS, Oct. 2, 2008, http://www.affirmation.org/me/religious_organizations.shtml (last visited Sept. 27, 2009).

339. Kerana Todorov, *Rally against Prop. 8*, NAPA VALLEY REG., Nov. 16, 2008.

340. Alice B. Toklas LGBT Democratic Club, July 2008 Newsletter.

341. Gregory Tomlin, Split among American Baptists over homosexuality is final, Baptist Press, May 18, 2006.

342. Transcript of "Equally Speaking", The Human Rights Campaign, October 16, 2008.

343.  Transcript of "Equally Speaking", The Human Rights Campaign, October 22, 2008.

344.  Tom Tugend, *Rabbis on anti-gay marriage Prop 8: Yes, no, maybe*, JEWISHJOURNAL.COM, Oct. 9, 2008, http://www.jewishjournal.com/elections/article/rabbis_on_anti_gay_marriage_prop_8_yes_no_maybe_20081009/ (last visited Sept. 27, 2009).

345.  *The Unigram*.  The Monthly Newsletter of the Unitarian Universalist Society of Sacramento.  Vol. 39, No. 5.  November 2008.  www.uuss.org

346.  Unitarian Universalist Association of Congregations, *Unitarian Universalists Protest Proposition 8*, June 3, 2009

347.  Unitarian Universalist Fellowship of Visalia, Calendar August 2008. http://www.uuvisalia.org/newsletter/2008/uuvisalia_august_2008.html

348.  Unitarian Universalist Legislative Ministry, Marriage Equality. http://www.uulmca.org/programs/me.html

349.  United Church of Christ, Called Out eNews – October 2008.

350.  United States Conference of Catholic Bishops, Statement of the Administrative Committee, September 9, 2003.

351.  UUA, Support of the Right to Marry for Same-Sex Couples, 1996 Resolution of Immediate of Witness.

352.  UUCB, From Our Co-Ministers, October 2008.

353.  The UUC qUUarterly, Unitarian Universalist Church of Davis, Spring 2009

354.  UUSS Online Calendar Week of November 2, 2008. Unitarian Universalist Society of Sacramento.  www.uuss.org

355.  UU Update, Unitarian Universalist Congregation, Santa Rose, August 2008.

356.  Jerry L. Van Marter, *Assembly Proposes Amendment to Delete G-6.0106b and Replace it with a New Version,* General Assembly News, June 27, 2008.

357.  Cecilia Vega, *Transgender Pioneer Rises to Powerful Spot*, SF Gate, May 12, 2007.

358.  Vestry of Saint Gregory of Nyssa Episcopal Church, Meeting Minutes, September 23, 2008.

359.  Video Clip, "Foes of Proposition 8 hold interfaith Service," San Diego Tribune, November 2, 2008 available at

http://video.signonsandiego.com/vmix_hosted_apps/p/media?id=2347697&item_index=2
5&genre_id=4676&sort=NULL

360. David W. Virtue, *California Episcopal Bishops Excoriate Passage of Proposition 8*,
VIRTUEONLINE, Nov. 9, 2008,
http://virtueonline.org/portal/modules/news/article.php?storyid=9324 (last visited Sept. 27,
2009).

361. Rev. Rebecca Voelkel.  A Time To Build Up: ANALYSIS OF THE NO ON
PROPOSITION 8 CAMPAIGN AND ITS IMPLICATIONS FOR FUTURE PRO-
LGBTQQIA RELIGIOUS ORGANIZING. National Gay and Lesbian Task Force's
National Religious Leadership Roundtable.  2009.

362. Voter' Right to Protect Marriage Initiative.

363. Gary Walker, Top Stories, The Argonaut, June 3, 2009.

364. Welcome! To the Unitarian Universalist Fellowship of Tuolumne County, General
Announcements, http://www.mlodeuu.com/current_events.html (last visited Sept. 27,
2009).

365. William Wan, Activists Protest Same-Sex Marriages, Los Angeles Times, February 14,
2004. http://articles.latimes.com/2004/feb/14/local/me-pledge14

366. The White House Office of the Press Secretary, *Lesbian, Gay, Bisexual, and Transgender
Pride Month, 2009,* June 1, 2009.

367. The White House Office of the Press Secretary, *Memorandum For the Heads of
Executive Departments and Agencies*, June 17, 2009.

368. Rev. Faith Whitmore.  Faith Whitmore Invocation. May 26, 2009.
http://www.stmarksumc.com/invocation

369. John Wildermuth, *Both sides make last-minute Prop. 8 push*, S.F. CHRONICLE, Nov. 2,
2008.

370. Public Statement of Nancy L. Wilson, MCC Moderator, November 7, 2008.

371. Public Statement of Nancy Wilson, Metropolitan Community Churches, October 14,
2008.

372. Nancy Wilson, *Queer Theology as Change Agent*, MCC Moderator, March 3' 2009.

373. Greg Wolfe, *Equality for All Rally – May 26, 2009*, Congregation Bet Haverim.

374.   Supplement to the Statement of Vote – Statewide Summary by County for Sate Ballot Measures.

375.   EQCA 2008 Press Release, July 29, 2008.

376.   The Pew Forum on Religion & Public Life, *Religious Groups' Official Positions on Same-Sex Marriage*, July 9, 2009.

377.   2009 ELCA Churchwide Assembly, Aug. 17-23 – Minneapolis Convention Center "God's work, Our Hands"

378.   Summary of Actions of the 76th General Convention

379.   United Church of Christ Advertisement

380.   Barbara Gardner, *An Open Invitation from VIA*, The Unigram, November 2008.

381.   EQCA, *Winning Back Marriage Equality in California, Analysis and Plan*.

382.   Jessica Garrison, *Jerry Brown: Gay Marriage ban should be invalidated*, LA Times, December 19, 2008

383.   Lieutenant governor John Garamendi's Statement on the California Supreme Court's Ruling on Proposition 8, May 26, 2009.

384.   Letter from Debra Bowen, California Secretary of State, recognizing LGBT Pride Month

385.   The Field Poll # 2087, August 29, 2003.

386.   Hanna Fenichel Pitkin, *Wittgenstein and Justice*, Berkeley:  University of California Press, 1972: 276-277.

387.   Thomas Hobbes, Leviathan, Ch. X

388.   Nelson W. Polsby, "Community Power and Political Theory, New Haven, Yale University Press: 1963.

389.   *City of Cleburne v. Cleburne Living Center,* 473 U.S. 432, 445 (1985)

390.   AB 849, available at: http://www.leginfo.ca.gov/cgi-bin/postquery?bill_number=ab_849&sess=0506&house=B&author=leno

391.   AB 43, available at: http://www.leginfo.ca.gov/cgi-bin/postquery?bill_number=ab_43&sess=PREV&house=B&author=leno

392.   *In re Marriage Cases*, 43 Cal.4th 873 (2008).

393. Campaign Finance: Protectmarriage.com – Yes on 8, a Project of California Renewal, 2007 through 2008 Historical Election Cycle, available at: http://cal-access.sos.ca.gov/Campaign/Committees/Detail.aspx?id=1302592&session=2007

394. Campaign Finance: No on 8, Equality for All, 1007 through 2008 Historical Election Cycle, available at: http://cal-access.sos.ca.gov/Campaign/Committees/Detail.aspx?id=1259396&session=2007

395. Supplement to the Statement of Vote Statewide Summary by County for State Ballot Measures, available at: http://www.sos.ca.gov/elections/sov/2008_general/ssov/10-ballot-measures-statewide-summary-by-county.pdf

396. SB 54, available at: http://www.leginfo.ca.gov/cgi-bin/postquery?bill_number=sb_54&sess=CUR&house=B&author=leno

397. *PG & E Announces $250,000 Contribution to Fight Prop 8,* EQCA 2008 Press Releases, July 29, 2008.

398. *God's work. Our Hands.*  2009 ELCA Churchwide Assembly, Aug. 17-23, 2009, available at: http://www.iksynod.org/ChurchwideAssembly09/CWA09insert.pdf

399. *Onward & Upward.*  Integrity InfoLetter, October 2008, available at: http://www.integrityusa.org/newletters/InfoLetters/2008-10.pdf

400. *We unite in Solidarity.*  United Church of Christ, available at: http://www.ucc.org/news/pdf/Prop8-ad.pdf

401. *Firstnews.*  The First Unitarian Universalist Society of San Francisco, March 2009, available at: http://www.uusf.org/Newsletters/UUSF_Newsletter_200903.pdf

402. *Winning Back Marriage Equality in California: Analysis and Plan.*  EQCA, available at: http://www.eqca.org/atf/cf/%7B34f258b3-8482-4943-91cb-08c4b0246a88%7D/EQCA-WINNING_BACK_MARRIAGE_EQUALITY.PDF

403. *Jerry Brown:  Gay-marriage ban should be invalidated.*  Los Angeles Times, December 19, 2009, available at: http://latimesblogs.latimes.com/lanow/2008/12/attorney-genera.html

404. *Lieutenant Governor John Garamendi's Statement on the California Supreme Court's Ruling on Proposition 8*, available at: http://www.ltg.ca.gov/index.php?option=com_content&view=article&id=511:52609-lieutenant-governor-john-garamendis-statement-on-the-california-supreme-courts-ruling-on-proposition-8&catid=67:press-releases&Itemid=347

405. *2007 Pride Celebrations*, Statement by Secretary of State Debra Bown of the State of California, available at: http://www.capride.org/proc/proc_ca_07bowen.pdf

406. *Invest in Victory: Contribute to the Courage Campaign and help us repeal Prop 8*, Courage Campaign Contribution Form, available at: https://secure.couragecampaign.org/page/contribute/Victory

407. Proclamation 8387, Lesbian, Gay, Bisexual and Transgender Pride Month, 2009, 74 Fed. Reg. 26,929, June 4, 2009

408. Remarks by the President at Human Rights Campaign Dinner, October 10, 2009, available at:http://www.whitehouse.gov/the_press_office/Remarks-by-the-President-at-Human-Rights-Campaign-Dinner

409. Remarks by the  President at Reception Commemorating the Enactment of the Matthew Shepard and James Byrd, Jr. Hate Crimes Prevention act, October 29, 2009, available at: http://www.whitehouse.gov/the-press-office/remarks-president-reception-commemorating-enactment-matthew-shepard-and-james-byrd

410. Zimmerman, Eric and Romm, Tony.  *Congressional Leaders signaling move to repeal "Don't ask, don't tell" policy*. The Hill, October 16, 2009, available at: http://thehill.com/homenews/house/63511-congressional-leaders-signaling-move-to-repeal-dont-ask-dont-tell-policy?tmpl=component&print=1&layout=default&page=

411. H.R. 2517

412. Messner, Thomas.  "The Price of Prop", The Heritage Foundation.

413. The Field Poll # 2310

414. *Sexual Orientation, Homosexuality and Bisexualit*y, APA Help Center.

415. H.R. 1283

416. The Pew Forum on Religion and Public Life, *Most Still Oppose Same-Sex  Marriage*, October 9, 2009

417. Pro-Equality Candidates Sweep Seats in the Legislature, Gain Ground in State Offices, EQCA 2006 Press Releases, November 8, 2006, available at: http://www.eqca.org/site/apps/nlnet/content2.aspx?c=kuLRJ9MRKrH&b=4025925&ct=5196849

418. EQCA California Ripple Effect, *Jerry Brown Supports Federal Case Against Prop 8*, June 12, 2009.

419.  *Leading LBT Groups Support Lockyer in Treasurer's Race*, available at:
      http://docs.google.com/gview?a=v&q=cache:ukijc5qhrJUJ:www.lockyer2010.co
      m/index2.php%3Foption%3Dcom_content%26do_pdf%3D1%26id%3D138+%22
      bill+lockyer%22+lgbt&hl=en&gl=us&sig=AFQjCNGB5Q3cXShxBBzqAOvYrF
      G79rJ4dQ

420.  *Task Force honors California statewide leaders for their contributions to LGBT
      equality*, National Gay and Lesbian Task Force, November 6, 2009.

421.  *Record 11 Bills, Resolutions Sponsored by Equality California Pass Legislature*, EQCA
      2009 Press Release, September 14, 2009.

422.  http://vote.wa.gov/Elections/WEI/

423.  http://www.victoryfund.org/home

424.  Gerald N. Rosenberg, *The Hollow Hope:  Can Courts Bring About Social Change?*
      Second Edition (2008).

425.  Egan, Patrick and Sherrill, Kenneth. *Neither an In-Law Nor An Out-law Be:  Trends in
      Americans' Attitudes Toward Gay People*, Public Opinion Pros.

426.  *The 2000 Nation Elections Study and Gay and Lesbian Rights:  Support for Equality
      Grows*, Policy Institute of the National Gay and Lesbian Task Force Foundation.

427.  *Renewing America's Promise*, The 2008 Democratic National Platform.