# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PERRY, *et al.*,<br><br>v.<br><br>SCHWARZENEGGER, *et al.* | CASE NO. 09-CV-2292 VRW<br><br>**DECLARATION OF**<br>**KATHERINE YOUNG, PhD. ,**<br>**AS EXPERT WITNESS FOR**<br>**DEFENDANT** |

I, Katherine Young, declare as follows:

      1.      I am over the age of majority. I make this declaration based upon my personal knowledge and I am competent to testify to the contents herein.

      2.      I make this declaration as an expert witness on behalf of the Defendant-Intervenors. .

**<u>Introduction</u>**

      3.      The purpose of this declaration is to provide my evidence, as an expert in comparative religion, on what universally constitutes marriage and why.[1] From my study of world religions (such as Judaism, Confucianism, Hinduism, Islam, and Christianity) and the worldviews of small-scale societies. I conclude that marriage has not one but *five*

---

[1] This discussion draws on Katherine K. Young and Paul Nathanson. "Redefining Marriage or Deconstructing Society: a Canadian Case Study." *Journal of Family Studies* (Australia). Vol 13 issue 2 ((November 2007), 133-178; Katherine K. Young, "The Institution of Marriage: Mediation of Nature and Culture in Cross-Cultural Perspective." Chapter for a volume entitled *The Conjugal Bond: Interdisciplinary Perspectives on the Institution of Marriage* edited by Daniel Cere [under review]. Katherine K. Young and Paul Nathanson, "The Future of an Experiment" in *Divorcing Marriage: Unveiling the Dangers in Canada's New Social Experiment,* ed. Daniel Cere and Douglas Farrow (Montreal: McGill-Queen's University Press, 2004).

*universal functions*: (1) complementing nature with culture; (2) providing children with at least one parent of each sex whenever possible; (3) providing them with their biological parents whenever possible; (4) bringing men and women together for both practical and symbolic purposes; and (5) providing men with a stake in the family and society.

4.      From my comparative study of the worldviews of major cultures and religions and the worldviews of small-scale societies I have also concluded that the following features of marriage are *universal*. Marriage is supported by authority and incentives; it recognizes the interdependence of maleness and femaleness; it has a public dimension; it defines eligible partners; it encourages procreation under specific conditions; it provides mutual support not only between men and women but also between men and women and their children (the sharing of resources, apart from anything else, or transmission of property), and it emphasizes durable parental relationships (at least until the children reach maturity; because of the long time that it takes for infants to mature, cooperation is necessary to ensure their survival).

5.      The following features of marriage are *nearly* universal: mutual affection and companionship; family (or political) alliances; and the intergenerational cycle (reciprocity between young and old).

6.      These universal and nearly features assume the distinctive contributions of both sexes, transmit knowledge from one generation to another, and create not only "vertical" links between the generations but also "horizontal" ones between allied families or communities.

7.      Any particular culture's definition of marriage will contain not only universal and nearly universal features but also variable features. Religious worldviews and symbol systems change according to these variables. From one perspective, the variables will make every culture's definition of marriage distinctive. But from a cross-cultural perspective, universal and nearly universal features can be discerned.[2]

---

[2] It could be argued that focusing on the universal or nearly universal features would lead to the methodological problem of essentialism. But that is a false problem for three reasons. First, there really *is* an empirical basis for these features. Second, using inductive reason to discern patterns is a fundamental characteristic of scholarship. And third, any

8.     Same-sex relationships are indeed worthy of respect. But "same-sex marriage" is an oxymoron, because it lacks the five *defining* features of marriage according to religious, historical, and anthropological evidence.

## My qualifications

9.     As a full professor in the Faculty of Religious Studies at McGill University and with the university distinction of James McGill Professor,[3] I have expertise in comparative religion (also known as the history and phenomenology of religions) in general and on Hinduism in particular. The assumption of the comparative approach is that one must have in-depth historical and linguistic expertise in one area; because my study of Hinduism is focused on Srivaisnavism and the merger of north Indian and south Indian cultures between the first century BCE and fifteenth century CE, I have studied Sanskrit, Tamil, and Telugu. However, the field of comparative religion acknowledges that to know one religion, alone, is to know none. True understanding comes not only from knowing one religion in its historical perspective but also from knowing what makes it similar and different from other religions—and what is true about religion in general. For many years, I have taught introductory courses in world religions. Teaching has helped further my knowledge of religions other than Hinduism, and I continually draw on this knowledge to detect patterns on which generalizations are based. Furthermore, my scholarship frequently draws upon anthropology so that my knowledge of religions extends to small-scale societies and those based on oral traditions.

10.     Comparative religion is an empirical and social scientific approach to religion, not a theological or faith-based one. The German title of the field is *Religionswissenschaft*, often translated into English as the "scientific study of religion." In France, it is known as *sciences réligieuses*. My initial training in comparative religion,

---

phenomenon so common as to be universal or nearly universal surely reveals something basic in human nature.

[3] This is an honor with a major research stipend for seven years made by the university to recognize its most productive and internationally well-known researchers. It is the internal equivalent of a Canada Research Chair Tier One.

in the late 1960s at the University of Chicago, was under Mircea Eliade. He was most famous (and probably still is) for his comparative approach. Although I learned much from his comparative method, I have refined it by drawing on the approach of cultural anthropology. The latter pays more attention than Eliade did to patterns determined by social, economic, and political organization. I draw on the anthropological methods of Bruce Trigger, for instance, who defends the cross-cultural approach against the postmodern vogue of "particularism" in his study of early civilizations.[4]

11.     As interest in women and religion grew in the 1970s, so did interest in what were general problems for women in other cultures. It has been my privilege to write the introductions to several books that have chapters written by experts on women in Hinduism (some of them my chapters), Judaism, Christianity, Islam, Confucianism, Taoism, Buddhism, Sikhism, African religions, Native American religions, Shinto, and Zoroastrianism. My scholarly task in writing these introductions has been to compare these chapters by other experts and, drawing on my own criteria of expertise, to detect similarities and differences. In doing so, I have helped sort out the conflicting claims being made by feminists and others about gender and religion. These introductions are found in the following books, edited by Arvind Sharma: *Women and World Religions* (1987), *Today's Woman in World Religions*  (1993), *Religion and Women* (1994), *Feminism and World Religions* (as joint editor, 1999), *Women Saints in World Religions* (2000), *Methodologies in Religious Studies: The Interface with Women's Studies* (2002), and (as joint editor) *Her Voice, Her Faith* (2003). *Women and World Religions* has been used as a textbook for courses in religion throughout Canada and the United States. *Feminism and World Religions* was selected by *Choice* as a book of excellence in January 2000. In the last few years, I have written over twenty articles on women and religion, which are being published in encyclopedias by well-known presses such as Routledge, Brill, and Oxford.

12.     The study of gender and religion could not be complete without a study of men. I have been working with a colleague, Dr. Paul Nathanson, and together, we have

---

[4] Bruce G. Trigger, *Understanding Early Civilizations: A Comparative Study* (Cambridge: Cambridge University Press, 2003), at 22, 647-683.

written three books on gender and men: *Spreading Misandry: The Teaching of Contempt for Men in Popular Culture* (McGill-Queen's Press, 2001); *Legalizing Misandry: from Public Shame to Systemic Discrimination against Men* (2006); and *Transcending Misandry: The Road to Intersexual Dialogue* (forthcoming 2010). These volumes identify the universal and particular aspects of masculinity, show how gender identity is formed, and assess the ethical implications of current ideological claims about men. They continue my comparative interests in gender but move them, through scholarly collaboration, to a more contemporary focus. We document patterns in American and Canadian culture, evaluating them from comparative and ethical perspectives. In addition, we have completed a book manuscript called *Sanctifying Misandry: Goddess Ideology and the Fall of Man* (McGill-Queen's University Press (forthcoming Fall 2009)..

13.    My third area of interest, developed over the past fifteen years, has been comparative ethics in general and Hindu ethics in particular. I am a member of the McGill Centre for Medicine, Ethics and Law. I have sat for five years on a national advisory body dealing with ethical problems in research**.**[5] In addition, I have published my research on various ethical problems: violence, biotechnology, euthanasia, status of the fetus, and so on.

14.    My interests in religion, gender, and ethics have led me to study reproduction and marriage through not only historical studies but also contemporary ones. Working again as a team, Dr. Nathanson and I have conducted research specifically on reproduction and families. This project was funded by the Donner Canadian Foundation ($200,000 between 1988 and 1992 for "New Reproductive Technologies and the Family" (of the Family and Law Program at the McGill Centre for Medicine, Ethics, and Law). We brought a comparative approach to this topic by showing how three modern worldviews influence the ethics and politics of reproductive technologies: those of the libertarians; feminists who advocate reproductive power and autonomy for women; and natural law. For this project, in addition, we examined the positions of Canadian

---

[5] National Research Council of Canada, Human Subjects Research Ethics Committee (1992-1996).

religious groups and their contributions to the Royal Commission on New Reproductive Technologies. Because we worked on this project and the one on men at the same time, we paid special attention to the ways in which reproductive technologies might affect men both actually and symbolically. These research projects inform my expertise, illustrated in this declaration, on the ways in which men's identity might be affected by major changes to the laws governing marriage.[6]

15.     My research on new reproductive technologies has also led me to think about how they might affect children's identities in a society that considers the biological component of parenting, having a parent of each sex, no longer essential.

16.     At McGill's Faculty of Religious Studies, I have taught the honor's colloquium focused on religion, pluralism, and human rights. Again, I have used a comparative focus to see how world religions deal with diversity, tolerance, and minorities. Teaching has helped me to consider the current demand for same-sex marriage in relation to minority status and discrimination.[7]

17.     At McGill, I have also taught the core BA course called Theories of Religion, which examines the various methods of the social sciences and humanities that produced these theories. My interest in method has led me to examine the debate over flaws in the research protocols of those scholars who claim that we have empirical proof that same-sex marriage does not harm children.

18.     My comparative studies over the past thirty years have led me to take a new direction. I have worked with a team of scholars from several disciplines (law, health sciences, and ethics) to develop ways of integrating expertise to solve major social problems. This builds on my training in comparative religion and in the interdisciplinary

---

[6] Work in Progress: Katherine K. Young and Paul Nathanson, *Three Views on Assisted Reproduction: A Comparative Perspective.*

[7] For examples, see: David E. Gunn, Chris Barrigar, and Katherine K. Young, eds., *Religion and Law in the Global Village* (Atlanta: Scholars Press, 2000); Katherine K. Young and Paul Nathanson, *Interfaith Etiquette in a Multireligious Society, in* TOWARDS A CODE OF ETHICS: INTERFAITH DIMENSIONS OF CANADIAN MULTICULTURALISM (Abdul Lodhi et al. eds. 1990).
.

study of a region (South Asia) but also on my interests in ethics and public policy. This new but still evolving approach is called "transdisciplinarity". In my understanding, it takes comparative and interdisciplinary studies a step further by using them for practical purposes. I was invited to present my approach at a colloquium near Paris, sponsored by the EOLSS Foundation and the UNESCO Division of Philosophy and Ethics; the proceedings were published in 2000.[8] The use of expertise in several areas, required for problem-solving and decision-making in court cases about redefining marriage, is an example of transdisciplinarity at work. This is in line with the cutting-edge methods of research-intensive universities. They recognize that narrow specializations must become synergetic with other fields and that new discoveries are usually found on the borders of several disciplines.

19.    My interest in comparative methods and transdisciplinarity has prepared me to do research on marriage. This began with a major contract by Justice Canada[9] and several publications.[10]   In addition, I was the associate editor of a new encyclopedia on marriage, responsible for the entries on anthropology and history of religions.[11]

**General comments on comparative religion**

---

[8]Katherine Young, "Transdisciplinarity: Postmodern Buzz Word or New Methods for New Problems?" in *Transdisciplinarity: Recreating Integrating Knowledge*, ed. Margaret A. Somerville and David J. Rapport (Oxford: EOLSS, 2000).

[9] Contract with Justice Canada for research on marriage from the perspective of comparative religion. 2000.

[10] See Katherine K. Young and Paul Nathanson, "The Future of an Experiment," in *Divorcing Marriage: Unveiling the Dangers in Canada's New Social Experiment*, ed. Daniel Cere and Douglas Farrow (Montreal: McGill-Queen's University Press, 2004); and Katherine K. Young and Arvind Sharma, "Hindu Marriage," Ecumenism 163 (September 2006): 4-11..

[11] This project was with Routledge Press under the general editorship of Dr. Don Browning of the University of Chicago. After a year of work, we were told that Routledge had decided not to continue publishing encyclopedias and would therefore end the project for an encyclopedia of marriage.

20.    Scholars in comparative religion study the worldviews of both small-scale societies (such as those of North American Indians) and large-scale societies (such as those of China and India). In small-scale societies, religion is fully integrated into what we would consider secular aspects of culture; everything is religious—not only beliefs about this or that deity but also about food production, kinship political structures, and so on. Religion is fully integrated in traditional large-scale societies, too, but it is more specialized; everything has a religious component in these traditional societies, but distinctions are made among (religious) law, (religious) art, (religious) economic structures, (religious) political institutions, and so on. As a result, the study of comparative religion includes many topics that those outside the field might not identify immediately as religious. For instance, religions are very concerned with biological matters such as sex, reproduction, contraception, birth, and childrearing. They produce primary sets of "reproductive rules," which constitute "parental investment handbooks."[12]

21.    Religions are concerned with social matters too. Three major themes come up in the sociology of religion: "Religion is a social phenomenon. Each religious tradition grows out of it, and in turn acts back upon, the social life of the people who participate in it. Religious traditions contain a systematic set of beliefs that are acted upon and sustained by rituals and institutions. Each tradition constructs a religious ethos that defines the taboo lines between acceptable and inappropriate behavior, defines identities, legitimates social orders, and provides guidelines for everyday life."[13]

---

[12]    "Religions are very concerned with matters biological—with sex, with reproduction, with contraception, with birth and childrearing. Indeed, it may be that no other aspect of cultural life is so influential in determining how people conduct their day-to-day doings as their beliefs, and these are nearly always deeply ingrained in the religions of their cultures ... Religions thus act as culturally phrased biological messages. They arise from the survival strategies of past group members and continue to advise at the present time. As such, a religion is a primary set of `reproductive rules,' a kind of `parental investment handbook'" (Vernon Reynolds and Ralph Tanner, *The Biology of Religion* [London: Longman House 1983] 294).

[13]    Lester Kurtz, *Gods in the Global Village: The World's Religions in Sociological Perspective* (Thousand Oaks, Calif.: Sage, 1995) 18.

22.    Using the comparative method, scholars in my field examine traditions to find general patterns (apart from anything else). The patterns found are used to make inductive generalizations. These generalizations, in turn, invite explanations. Empirical data comes from the anthropological study of both small-scale and large-scale societies to discern what is universal, nearly universal, and variable.

**Marriage as an institution**

23.    I will argue here that the closer these universal features of marriage are to meeting basic human needs—the biological base line of existence as this relates to demographic continuity and well-being—the more concerned they will be in directing important goals. And the more they will evoke the highest authority that the culture of any society can provide.

24.    Thinking of marriage as a religious and social *institution* provides further insights. As an institution, marriage is a system in the sense of an ordered and structured combination of parts into a complex or unitary whole in order to ensure continuity. From the verb "to institute" in the sense of setting up, establishing, or founding, "institutional" means "[a] well-established and structured pattern of behavior or relationships."[14] By definition, institutions are foundational, fundamental, purposeful, public, and well-established. In this sense, institutions relate to tradition in the sense of norm, standard, or model; these are based on collective human experience and passed on from one generation to another. In the case of marriage, these norms are rules that structure the coming together of men and women so as to provide what their cultures consider the ideal conditions for having children (one of the five functions of marriage)**.** Accordingly, marriage has been the building block of society. And the wedding, as it were, is its institutional portal. The words "marriage" and "family" are often used interchangeably in common parlance, although they have been distinguished as follows: families are groups defined *by kinship* in which parents care for their children, whereas marriage is a socially

---

[14] *Webster's Encyclopedic Unabridged Dictionary of the English Language* (New York: Portland House, 1989).

acknowledged and approved sexual union between a man and a woman who assume responsibility for their children.[15] It is no coincidence that dictionaries choose "marriage" to illustrate the sociological definition of "institution."

## Marriage as a norm from the perspective of comparative religion

25.     The definitions of "spouse" and "marriage" in American law have been criticized by advocates of same-sex marriage for assuming that marriage must be between a man and a woman; that its main purpose is procreation; and that no explanation is given for this definition. In this declaration, I will use empirical evidence to show that marriage has been a norm essential to public order.

26.     A norm is a collective preference. Support is provided by legal authority. Conformity is encouraged by rewards and discouraged by lack of rewards. All societies have found it necessary to establish norms not only for sexual behavior but for most other forms of behavior as well. That is because no society can have it all, just as no individual can. Every society must make choices. And choosing one thing—one form of behavior, say—inevitably means not choosing others. Although nature helps identify and establish norms; nature itself does not enforce norms, culture has had to do so.[17] *Every* society, therefore, has found it necessary—whether formally or informally, directly or indirectly—to reward some forms of behavior and not reward others. As one of its functions, marriage is every society's norm for reproduction, and it has always been associated with the highest authority (ancestors, deities, scripture, law, and so forth), public recognition (rituals, witnesses, registrations), and thus public accountability. It has always been fostered by inducements, moreover, whether social (prestige, say, or

---

[15] Anthony Giddens, Mitchell Duneier, and Richard P. Appelbaum, *Introduction to Sociology*, 4th ed. (New York: W.W. Norton, 2004): chapt. 15.

[17] Humans have developed a greatly enhanced capacity for culture. This has passed from one generation to another. "Humans learn the rules that govern behavior and how to conform to them; they also attach meaning to their ideas."

political alliances), economic (transfer of property), religious (divine rewards, and so on), or a combination of these.

27.     In other words, culture refers by definition to the order established by society in the midst of what would otherwise be chaos. This pattern varies from one society to another. But all societies have culture. And thus all have the norms on which order is based. The only question is whether this or that norm is useful *and should be protected or preserved.*

28.     Not only do all societies create norms, but all individuals live by them as well. There is no such thing as a human *tabula rasa*, someone who could engage in an activity without at least some awareness—no matter how rudimentary, distorted, or subconsciously perceived through linguistic and other symbols—of its cultural context. Other species rely heavily on instinct. What instinct does for them, by and large, culture does for us.

29.     As I will show, every society creates some cultural matrix for (1) complementing nature with culture to ensure the reproductive cycle; (2) providing children with at least one parent of each sex whenever possible; (3) providing them with their biological parents whenever possible; (4) bringing men and women together for both practical and symbolic purposes; and (5) providing men with a stake in the family and society. Especially important in this functional schema is the fact that every society fosters norms that are advantageous for conception, childbirth, and childcare. Not surprisingly, no society (unless it is in the process of disintegrating) has ever left family life—including the supposedly biological mechanics of reproduction—entirely to nature (that is, the sexual urge to mate).

**The universal features of marriage**

30.     I have already introduced the fact that marriage has not one but *five functions*:

31.     I have noted that this institution is characterized by universal features. First, I report the definition of marriage supported by cultural anthropology.  Next, I will show that the universal features of my general definition of marriage can be documented

historically for the world religions. In other words, I will use comparative religion as a way of discerning the universal. In addition, I will show that still other features are nearly universal.[18]

## Historical evidence

32.    Based on a comparative study of the marriage norms of those world religions that have survived from earlier civilizations (Judaism, Confucianism, Hinduism, Islam, and Christianity), I concur in Suzanne Frayser's definition of marriage as "*a relationship within which a group socially approves and encourages sexual intercourse and the birth of children ....*"[19]

---

[18]    "Every culture of the world recognizes some form of the institution of marriage ... There are three major categories of belief about the purposes of marriage: Marriage may be viewed as existing primarily for the continuation of the family and society through procreation; it may be considered most importantly as an alliance, that is, the means to bring about the integration of society by setting up kinship ties and kinship terminology; and finally, the union of bride and groom may be perceived as a complex system of exchanges between groups and/or individuals" (Edith Turner and Pamela R. Frese, "Marriage," in *Encyclopedia of Religion*, ed. Mircea Eliade, vol. 9 [New York: Macmillan, 1987] 218). The second and third definitions depend on the first: social conditions for procreation. "Marriage has two main functions: it is the means adopted by human society for regulating the relations between the sexes; and it furnishes the mechanism by means of which the relation of a child to the community is determined ...The institution of marriage may be regarded as the central feature of all forms of human society ... It stands in an especially close relation to the family—using this term for the group consisting of parents and children. This social group rests absolutely on the institution of marriage ... The institution of marriage also underlies the extended family" (W.H.R. Rivers, "Marriage," in *Encyclopaedia of Religion and Ethics,* ed. James Hastings, vol. 8 [New York: Charles Scribner's Sons, 1915] 423).

[19]    Susanne G. Frayser, *Varieties of Sexual Experience: An Anthropological Perspective on Human Sexuality* (New Haven: HRAS press, 1985), 248 (my emphasis). Suzanne Frayser's definition is based on a sub-sample (every third example) from the full Standard Cross-Cultural Sample of 186 societies designed by Murdock and White (1969). The sample represents world areas and it groups contiguous societies with extremely similar cultures into clusters, which, "in turn were grouped into 186 `distinctive world areas' on the basis of similarity in language and other cultural elements" (428).

33.    World religions fall into two basic categories: ethnic and universalistic. Although these categories capture key features, it is important to recognize that ethnic religions have also developed many universalistic characteristics and vice versa.[20] It is also important to keep in mind that all of these religions have been influenced by modernity and are undertaking reforms, especially to improve the position of women.

34.    Ethnic religions include Judaism, Confucianism, and Hinduism. These, at least in their early stages, have been associated with specific territories and languages. People are "born into" them. Marriage and the family, including ancestors, are particularly important. Family solidarity and durability are valued very highly. Marriage and procreation are encouraged, therefore, and almost always required of the adherents to these religions. The traditional duties of elite women are undertaken at home, which has allowed them hardly any place in public life; their identity is defined primarily in terms of motherhood. But, in modern times, reformers have generated many changes.

35.    Universalistic religions include Islam, Christianity, and Buddhism. Each began with a charismatic leader who wanted to reform the ancestral tradition. These religions offer universal access to salvation, which involves transcending the ordinary world altogether. Religious identity is based on primary religious experiences and on belonging to voluntary religious groups (rather than to kinship groups); unlike ethnic religions, in fact, these make voluntary groups as important as or even more important than the family. People are encouraged to leave home in search of salvation. Denying the claims of family life altogether, some become monastics or saints. Nevertheless, most

---

[20] The word "universalism" usually refers to proselytism. Universal religions are said to be those that spread throughout the world through conversion (and sometimes conquest). Jews, though, have often called that a spurious form of universalism—one that relies on conformity to a single notion of truth. For Jews, the word signifies something more general: openness to the larger world. That is distinguished from "particularism," which refers to ethnocentrism. Both perspectives have been around for a very long time, and the resulting tension for Jews could be described as a characteristic feature of Judaism both ancient and modern.

I am using the word "universal" here in two senses. One is a feature that occurs across all cultures (and religions). The other is a subtype of world religions, those spread across several regions.

people orient themselves toward marriage and family life; otherwise, they would find it unnecessarily hard to transmit religious, or communal, identity to future generations.

**Specific universal features**

36.     The five major world religions apart from Buddhism[21]—Judaism, Confucianism, Hinduism, Christianity, and Islam—illustrate the universal features of marriage. There are at least six universal features: (1) authority and incentives; (2) maleness and femaleness; (3) the public dimension; (4) eligibility; (5) encouragement of procreation under specific conditions; and (6) mutual support and duties toward children.

37.     *Authority and incentives:* The highest authority in traditional societies is scripture, or religious law, used either exclusively or in connection with civic authority. Of interest here are not the details but the fact that marriage has been considered important enough to be supported with the highest authority and with the most attractive incentives possible.

38.     *Maleness and femaleness:* Religions have recognized that maleness and femaleness lie at the heart of human existence—and that each has a cosmic dimension (an image of the deity, say, or a fundamental aspect of creation).

39.     *The public dimension:* Weddings are public events. This aspect might involve special times (seasons or weeks); witnesses; vows; the exchange of rings or other

---

[21] I will not discuss Buddhism, another world religion, because its scriptures focus mainly on a monastic tradition; it says little about the laity in general or of the family in particular. Buddhists have left family structure largely to the regulations of other local religions: Hinduism in India, Confucianism in China, and Shinto or Confucianism in Japan.

The most recent discussion of the relation between Buddhism and family life is by Alan Cole, "Buddhism." In *Sex, Marriage, and Family in World Religions* ed. by Don S. Browning, M. Christian Green, and John Witte Jr. (New York: Columbia University Press, 2006) 299-366.

For a discussion of marriage and the family in Buddhism, see also Rita M. Gross, "The Householder and the World-Renunciant: Two Modes of Sexual Expression in Buddhism" in *Marriage Among the Religions of the World,* ed. Arlene Anderson Swidler (Lewiston, N.Y.: Edwin Mellen Press, 1990), 115-136.

emblems; an exchange of gifts; processions accompanied by music; feasts; and so on. All of these public features distinguish marriage from mere mating and define it as a norm.

40.     *Eligibility:* Restrictions on who may marry all disapprove of marriage between parents and their children. And all permit marriage only between man and women.

41.     *Encouragement of procreation under specific conditions:* Implicit in the importance given to maleness and femaleness, their union being central to creation or to the cosmic order, is the realization that group survival depends on unions of this kind. World religions use authority and incentives to bond biological fathers to their wives and children, thus providing the nuclear family with stability.

42.     *Mutual support and duties toward children:* The contributions of both men and women—providing food, shelter, clothing, and so on—are necessary for family life. The duties of adults toward children consist, in addition, of their moral training and education.

43.     For these reasons, every culture has customs and laws that encourage marriage.


## The rational connection between the definition of marriage and its restriction to heterosexual couples

44.     Advocates of same-sex marriage argue that the opposite-sex requirement of marriage is not rationally connected with procreation and childrearing. "The law is both over-inclusive and under-inclusive," said one Canadian court. "The ability to 'naturally' procreate and the willingness to raise children are not prerequisites of marriage for opposite-sex couples. Indeed, many opposite-sex couples that marry are unable to have children or choose not to do so.[22] Simultaneously, the law is under-inclusive, because it excludes same-sex couples that have and raise children."[23]

---

[22]    Some married couples are now childless *by design*, however, rather than by default. As exceptions, even they do not seriously undermine the symbolism of marriage. But incorporating them into a *new norm* by redefining marriage would do precisely that, because it would reinforce the notion that formalizing "love and commitment" is the primary function of marriage. It is worth remembering that these couples sometimes

45.     That criticism is true but also trite, because marriage is a *norm.* All societies have found it necessary to establish norms. These are cultural ideals—models, paradigms, collective preferences. Every society must make choices. And choosing one thing—one form of behavior, say—inevitably means *not* choosing others. All norms are by *definition* both over-inclusive (allowing some exceptions) and under-inclusive (not allowing *all* exceptions). Otherwise, there would be no need for norms. In this case, over-inclusiveness has a practical advantage: requiring formal vows from couples *before* they have children. This gives them time to think carefully about what children will entail—that is, about the need for some measure of self-sacrifice.

46.     Not all married couples do have children, of course, because of infertility, old age, or choice. Some societies have allowed infertile couples to separate after annulments or divorces. Others have allowed polygyny or surrogacy in cases of female infertility. Still others have allowed polyandry, levirate marriage, or some other mechanism in cases of male infertility.

47.     Couples who do not have children *maintain the ideal*, albeit as exceptions, merely by being married and therefore supporting an institution intended for couples who *do* have children. They do this symbolically. Some do so practically as well, however, by giving resources to their extended families. These societies could have married couples *after* the arrival of children, and that might have made the purpose of marriage more transparent than it is, but it would also have replaced old problems with new ones. It would have been much harder, for instance, to establish biological paternity or to encourage the commitment of men to women and children.

---

change their minds or have "accidents." For that reason (along with the need for demographic survival), every society must assume that most couples will have children. Marriage has always been based primarily on this and other communal needs in addition to individual ones, including those of children.

[23] *Halpern v. Canada* (A.G.) (2003) O.A.C. 172. at para. 130.

**Differences between same-sex relationships and (opposite-sex) marriages**

48.     Advocates for same-sex "marriage" emphasize similarities between same-sex and opposite-sex couples but ignore the chief differences highlighted by these universals. For example, same-sex couples emphasize that marriage is appropriate for them because they love each other and seek a life-long commitment to one another.

49.     Note that "love" is a *nearly* universal feature, *not* a universal one.[24] It is desirable, to be sure, but not necessary. The following syllogism expresses the relation between love and same-sex marriage: Marriage is an institution designed to foster the love between two people; gay people can love each other just as straight people can; ergo, marriage should be open to gay people. The second statement is true, and the third may seem to follow logically from it. Because the first statement is false, however, this line of reasoning makes no sense. Marriage is a complex institution. Fostering the emotional gratification of two adults is only one of its functions and not the most important one from a cross-cultural or historical perspective. (As it happens, an increasing focus on emotional gratification coincides with declining birthrates and increasing divorce rates in almost every Western country.) We find it hard to believe that any government would consider it important to recognize this form of "love" as an end in itself. To do so would be to endorse the idea that the government has a compelling interest in pleasure.

50.     Even though "love and commitment" are the reasons that most people now give for wanting to marry, they are not necessarily the *underlying* ones. People might or might not be conscious of the latter, because these are so deeply embedded in cultural structures that they are now implicit rather than explicit. The most important reason, as we will show, is providing the best context for children. People who want to marry but not to have children are still a minority even today, although their number has grown.

---

[24] It is mainly because many large-scale societies have preferred *arranged* marriages, not marriages based on personal choice (although they encourage companionship and love, too, as a secondary phenomenon that supports marriage). Our point here is to establish the historical and cross-cultural record, however, not to argue for arranged marriages.

51.     Someone could argue that partners in long-term relationships generally consider themselves "committed," and many consider themselves "married." However, this not only ignores important distinctions between relationships and marriages but also overlooks the cultural interests that marriage serves. Neither relationships nor civil unions are marriages, because they do not fulfill the five functions of marriage—including the production and rearing of children in an optimal environment. For this reason, same-sex *relationships* are not synonymous with marriages.

**Likely effects of legalizing same-sex marriage on children**

52.     Redefining marriage is a serious threat to both its functions and its symbolism. To redefine it as a union between any two *people*—not between a man and a woman—is to ignore the distinctive needs of children, men, women, and society. Communal and public support for heterosexual culture is the necessary *counterpart* of heterosexual copulation. And every experiment involves risk. Take away the public culture of heterosexuality, and you pose a risk to children and to the demographic continuity of society. Why? Because copulation, governed primarily by nature, is *not synonymous* with reproduction. The latter, governed primarily by culture, includes a wide range of complex heterosexual behaviors that family life within a larger society requires.

53.     Same-sex marriage would introduce changes that fragment parenthood. Some jurisdictions that have legalized same-sex marriage, for instance, have replaced "husband" and "wife" with "Party A" and "Party B" (Massachusetts), "Parent A" and "Parent B" (Massachusetts) Progenitor A and Progenitor B (Spain) and "[natural] parent" with "legal parent" (Canada). Instead of changing terms, some jurisdictions have simply entered the name of the "non-biological mother" into the "father" slot.[25]

---

[25] Elizabeth Marquardt, *The Revolution in Parenthood: The Emerging Global Clash between Adult Rights and Children's Needs* (New York: Institute for American Values, 2006) 5-14.

## Exacerbating the identity problem of men

54.     To have a healthy identity, all people must be able to *contribute something distinctive, necessary, and publicly valued to the larger society*.[26] This applies not only to individuals but also to groups such as men and women. A cross-cultural study of masculine identity reveals that it has been defined in terms of three functions: provider, protector, and progenitor. The first two are no longer the exclusive domains of men in the Western world, because women have now entered the public realm on a massive scale. Only the third source of identity remains: fatherhood. But even that can be tenuous. Because men have a more ambiguous connection with their children than women do, culture reinforces it. This has been one function of marriage. Today, artificial insemination reduces some men's contribution to reproduction to often nothing more than a "teaspoonful of sperm." The numbers of children conceived through artificial insemination are growing. The direct or indirect message to men is that they have no significant place in family life (except as assistant mothers).

## Conclusions

55.     From my study of comparative religions and the cultures that have derived from them, it is my opinion that reproduction under specific conditions has *always* been one of the five functions of marriage. Today, though, many argue that the main reason for marriage is companionship. It is my opinion that marriage is a culturally approved opposite-sex relationship, one function of which is always to encourage the birth and rearing of children in the most favorable environment available.

56.     Some argue that even if procreation under specific conditions were an essential feature of marriage in the past, it is no longer. That is highly disputable. First, many western communities have already begun to realize that their continued existence is by no means assured. And many post-industrial countries worry about low birthrates in

---

[26] See Paul Nathanson and Katherine K. Young, *Spreading Misandry: The Teaching of Contempt for Men in Popular Culture* (Montreal: McGill-Queen's University Press, 2001) 87-89.

connection with economic problems on the horizon. Members of the next generation could face enormous financial pressure to care for their parents, because their tax dollars would pay for the pensions and medical expenses of an aging population. Second, marriage has never been defined merely as one context for producing or rearing children, both of which can occur—and often do—without marriage. Marriage has always been defined as an *ideal* context for producing and rearing children. An ideal context is arguably needed now more than ever. That is because marriage, at least in theory, provides them with parents of both sexes on an intimate and enduring basis. Special incentives, therefore, have always been used to support and promote marriage. These incentives have not been extended to non-marriage relationships because they do not provide an ideal context for producing and rearing children.

57.     Legalizing same-sex marriage would create competing norms. The result would be the establishment of either a new norm or a hierarchy of norms—both of which would defeat not only the point of norms but also the aims of those who advocate a society without what they consider the "oppression" of norms. Either way, the end result could be anomie.

58.     If marriage can mean anything, after all, it can also mean nothing.

59.     Same-sex marriage would not simply expand the norm of marriage, making it more inclusive, it would represent a break with an essential feature of its definition. And it would do so at potentially a very high cost.

60.     Anyone trying to predict the future runs the risk of sounding alarmist, especially when doing so in the name of caution. But the potential price for acting without knowing the effect of legalized same-sex marriage is much higher than acting with caution. And the last few decades illustrate this point. Who would have predicted thirty years ago that an act of compassion for a few people in unhappy marriages, legalizing easy divorce, would create a "divorce culture" for the many? Who would have predicted then that an act of compassion for single mothers, extending the benefits of welfare, would create a permanent underclass of fatherless families led by single women? Who would have predicted even ten years ago that acts of compassion for a few childless couples, sponsoring research on in vitro fertilization and other reproductive technologies, would lead to debates over the ethics of human cloning? In all of these cases and many

more, the original solutions to problems turned into the causes of other problems. There is reason for deliberate caution.

61.    When courts redefine marriage to *include* homosexuality, they simultaneously *exclude* the heterosexual definition of marriage and move marriage farther away from its grounding in reproduction and the intergenerational cycle. It effectively makes marriage an institution more purely devoted to romantic love and adult fulfillment than to the heavier and more selfless responsibilities of having children. Marital love and parental responsibilities are not mutually exclusive, of course, but the gravity of marriage as an institution comes from its demand that marital love encompass these responsibilities. To be sure, some straight couples do not have children and some gay ones do. But to define an institution as important to society as marriage by exceptions to the norms of both sexual orientations—rather than by the norms themselves—makes no sense. It could be argued that marriage is quite literally an outgrowth of heterosexuality itself, an institution that follows from nature's requirement that men and women sexually merge to perpetuate the species.[27]

62.    I have been retained at a rate of $250/hour for my work in connection with this case.

_____

[27]    Shelby Steele, "Selma to San Francisco? Same-Sex Marriage Is Not a Civil Rights Issue," [dated:] 20 March 2004, *Opinion Journal*, [visited:] 19 August 2004, www.opinionjournal.com/forms/printTHIS.htm1?id=110004846: 1; this article appeared in the Wall Street Journal, 20 March 2004.

**Katherine Young**
**October 2, 2009**

# *Katherine K. Young, James McGill Professor*

Faculty of Religious Studies,
McGill University,
3520 University St.,
Montreal, QC,
H3A 2A7
(514) 398-1511; katherine.young@mcgill.ca


**FIELDS**

**Comparative Religion and Ethics; History of Religions** (with specializations in Hinduism and the religions of Tamilnadu)**; Gender and Religion**


**EDUCATION**

**PhD** (**McGill** University 1978; history of religions; comparative religions; Hinduism; Honour's List); **Special Student** (**Harvard** University; Center for the Study of World Religions, 1973-1974; Sanskrit; Indian Philosophy); **MA** (University of **Chicago** 1970; comparative religion; history of religions); **College Year in India Program** (University of **Wisconsin** 1965-1966); **BA** (University of **Vermont**, philosophy and religion 1966; Honour's list for four years).


**EMPLOYMENT**

**James McGill Professor**, McGill University (2001-8; renewed until 2015); Full Professor, McGill University, Faculty of Religious Studies (1997- ); Associate Professor, McGill University, Faculty of Religious Studies (1978-1997); Assistant Professor, McGill University, Faculty of Religious Studies (1976-1978); Lecturer McGill University, Faculty of Religious Studies (1972-1976); Lecturer, Sir George Williams University (now Concordia) (1971-1972); Lecturer, McGill University, Faculty of Religious Studies (1970-1971); Sessional Lecturer, Carleton University, Department of Religion (1969-1970).


**GRANTS, HONOURS, AND AWARDS**

**(1)** "The Non-brahmin Srivaisnava Revival: Ritual, Proselytism, and Politics in Contemporary Tamil Nadu. **Sole Investigator: Social Sciences and Humanities Research Council of Canada (SSHRC) ($150,000 over three years)** (2007); **(2)** "Religion, Health, and Ethics: A Comparative Perspective." **Sole Investigator. Canadian Institutes of Health Research (CIHR). $333,000** over 5 years (2005); **(3)** "Singing, Strumming, Drumming, Dancing: Performers as Symbols of Identity in the Social and Religious Histories of South India." **Chief Investigator (co-investigator, Leslie Orr** (Concordia)). **Social Sciences and Humanities Research Council of Canada (SSHRC). $93,000** over 3 years (2004); **(4)** James McGill Professorship, McGill University. Includes a research stipend of $100,000 over 7 years (2002-2009); **(5)** "Integration of Sudras into Srivaisnavism: A Study of Contemporary Conversions in Tamilnadu." SSHRC McGill Humanities Sub-Committee. Research in India. $1,000 (2000); **(6)** SSHRC McGill Travel Grant. $1,500 (2000); **(7)** Feminism and World Religions, book jointly edited with Arvind

Sharma. CHOICE January 2000 as an Academic Book of Excellence for 1999 (2000); **(8)** "The Peaceable Ideal of Manhood in Four Societies and Its Implication for Our Own." **Sole Investigator Social Sciences and Humanities Research Council of Canada (SSHRC)**. $88,000 (1997-93); **(9)** Challenge 92. Federal government funding for research assistant for project on feminism. $2000 (1992); **(10)** "New Reproductive Technologies and the Family." **Principal investigator (co-investigator, P. Nathanson). Donner Canadian Foundation. $520,000** Research undertaken in connection with the development of a Family and Law Program (McGill Centre for Medicine, Ethics, and Law). Half of the funding went towards this program ((1992-1988); **(11)** "Protestant Reflections on New Reproductive Technologies." **Association of Theological Schools in the United States and Canada (ATS). $9,000**. (1991-90); **(12)** Challenge 90. Federal government funding for research assistant for project on reproductive technologies. $2000 (1990). "Reproduction and Religion: A Classical Hindu Perspective." SSHRC McGill Humanities Sub-Committee. $2700.00 (1990); **(13)** Challenge 89. Federal government funding for research assistant for project on Donner Foundation Project. $2000 (1989); **(14) Shastri Indo-Canadian Institute Language Training Grant. $6,000 (1984-83); (15) SSHRC Research Leave Grant (India and France). $10,000 (1984-83), (16); McGill University, Honour List for Ph.D (1978). (17) Canada Council Fellowships (1975-72); (18) Shastri Indo-Canadian Institute Fellowship (1972-71); (19) University of Chicago Graduate Fellowships (full tuition and board) (1968-66); (20) NDEA Language Grant (1967 summer); (21) University of Wisconsin College Year in India Scholarship (1966-65); (22) Dean's Honour List each semester, University of Vermont (1965-62).**

**COURSES TAUGHT**

**Graduate courses**: Religion and Caste; Theories in Religious Ethics; Religion and Medicine; Bioethics and World Religions; Special Studies: Hinduism and Caste; Religions of South India I and II; Visistadvaita Vedanta; Indian Logic; Advaita-vedanta Asian Medical Systems; Gender and World Religions (IAIN: Jakarta, Indonesia)' Methodologies in the Study of Gender and Religion (IAIN: Yogyakarta, Indonesia) **Undergraduate courses. Indian religions and culture** Bhakti Hinduism; Introduction to Hinduism and Buddhism; Hindu and Buddhist Images of the Feminine; Myth and Symbol in Hindu and Buddhist Art; Hinduism; Buddhism; Classical Hinduism; Introduction to Indian Civilization I and II; **Methodology**: Religionswissenschaft; Theories of Religion; **World Religions, Comparative Religion**: Introduction to World Religions; Religions of the Far East and Islam; Mysticism; Sacred City and the Wilderness; Religious Leadership; Death, Conversion; Meditation; Religion and Medicine; **Ethics and Law**: Suicide, Self-willed Death, and Euthanasia; Religion, Pluralism, and Human Rights (Honours Methodology Colloquium); Ethics of Violence and Non-Violence; Comparative Bioethics at the Margins of Life; Bioethics: A Comparative (Canada-India) Approach. **Languages: Sanskrit** (Introductory, Intermediate, Advanced) Sanskrit (Graduate); Graduate courses involving translation of *Tarkasangraha*, *Arthasangraha*; *Yatindramatadipika*, Sankara's and Ramanuja's commentaries on the *Bhagavad Gita*, Ramanuja's *Vedantasara*, etc.; **Tamil** (Introductory). **Reading Courses**: A Comparative Study of Vaisnava and Saiva Hagiographies (special theme: miracles); (2008) Sanskrit: Advanced Level (2006 Fall and Winter); Hindu Religious Sites in Montreal (2003); Tamil (2001; Ethics (2001)

**GRADUATE STUDENTS**

**PhD and MA Theses Completed: Aimee Patterson**, "The Ends of Medicine at the End of Life: Understanding the Ordinary-Extraordinary Means Distinction in an Age of Pervasive

2

Technology" (SSHRC) co-advised with Gaelle Fiasse (PhD); **Jordon Prokopy**, The Interface of Medicine Spirituality, and Ethics: A Case Study of the McGill Programs in Whole Person Care (2008; Dean's Honour's List); **Erin Reid**, MA " Needling the Spirit: An Investigation of the Perceptions and Uses of the Term `Qi' by Acupuncturists Trained in Quebec (2008 Dean's Honour's List; co-supervisor Robin Yates, East Asian Studies); **Thomasz Pokinko**, "Strategies for Justifying Violence in Societal Self-Defence in Indian Lay Jainism: A Textual and Ethnographic Study" (MA) (FQRSC) (2008); **R. Balasubramanian**, "The Tirukkalirruppatiyar: Transition from Bhakti to Caiva Cittantam Philosophy" (Dean's Hounour's List), MA (2006); **Jose Thevercad**, "The Architectural Theory of the Manasara." (on thesis committee in the School of Architecture) (Dean's Honour's List), PhD (2004); **Davesh Soneji**, "Vanity, Womanhood, and Devotion: *Satyabhama* in Textual and Extratexual Tradition." (Dean's Honour's List), PhD (2004); **Laurie Lamoureux-Scholes**, "The Social Authority of Religion in Canada: A Study of Contemporary Death Rituals." (Dean's Honour's List) MA (2004); **Natalia Abraham**, "Ayurveda and Religion in Canada: A Critical Look at New Age Ayurveda From the Indian Diaspora Perspective," MA (2003); **Colin O'Rourke**, "God, Saint and Priest: A Comparison of Mediatory Modes in Roman Catholicism and Srivaisnavism with special reference to the Council of Trent and the Yatindramatadipika." (joint supervision with T. Kirby) PhD (2003). **Barbra Clayton**, "Ethics in the *Siksamuccaya*: A Study in Mahayana Morality." (joint supervision with R. Hayes) (Dean's Honour's List) PhD (2002); associate professor Mount Allison; **Arti Dhand**, "Poison, Snake, the Sharp Edge of a Razor: Yet the Highest of Gurus: Defining Female Sexuality in the Mahabharata." PhD (2002). associate professor, the University of Toronto 2001-); **Noel Salmond**, "Hindu Iconoclasts: Rammohun Roy, Dayananda Sarasvati and Nineteenth-Century Polemics Against Idolatry." Associate professor, Carleton University, Ph.D. (1999); **Kamala Nayar**, "Hayagriva: Lord of Light and Learning." PhD (1998) (SSHRC post-doctoral grant); associate professor Kwantlen Polytechnique; **Anjoli Bandyopadhyay**, "The Religious Significance of Ornaments and Armaments in the Myths and Rituals of Kannaki and Draupadi," MA (1996); **Colin O'Rourke**, "Globalization or Liberation Theology? An Examination of the Presuppositions and Motives Underlying the Efforts Toward Globalization." (co-supervisor with Dean Runnalls), MA (1995); **Zain Kassam-Hann**, "Imam and Avatara: A Study of Divine-Human Configurations in Islam and Hinduism." Associate professor, Pamona College, (Claremont, CA), USA, PhD (1994); **Leslie C. Orr**, "Donors, Devotees, and Daughters of God: Temple Women in Medieval Tamilnadu," PhD (1993) Published: *Donors, Devotees, and Daughters of God: Temple Women in Medieval Tamilnadu.* (New York: Oxford University Press, 2000). Religion Department, Concordia University; **Julian Woods**, "*Daiva* (Destiny) and Purus akara (Human Initiative) in the Mahabharata" Independent researcher." PhD (1993) Published: *Destiny and Human Initiative in the Mahabharata* (Albany: State University of New York Press, 2001); **Tazim Kassam**, "Songs of Wisdom and Circles of Dance: an Anthology of Hymns by the Satpanth Isma`ili Saint, Pir Shams." PhD (1992), Associate Professor, Syracuse University. Published: *Songs of Wisdom and Circles of Dance* (Albany: State University of New York Press, 1995); **Nancy Ann Nayar**, "The Srivaisnava Acarya as Sanskrit Poet: A Study of the Stotra from 10th to 13th Centuries." PhD (1991), Published: *Poetry as Theology: The Srivaisnava Stotra in the Age of Ramanuja* (Wiesbaden: Otto Harrassowitz, 1992). **Upinder Singh**, "Kings, Brahmanas and Temples in Orissa: An Epigraphic Study (300-1147 C.E.)." PhD (1991), Published: *Kings, Brahmanas, and Temples in Orissa: an Epigraphic Study (300-1147 C.E.)* (New Delhi: Munshiram Manoharlal, 1993). Professor St. Stephen's College (Delhi University, India). **Paul Nathanson**, "Over the Rainbow: The Wizard of Oz as a Secular Myth." PhD (1989), Published: *Over the Rainbow: The Wizard of Oz as a Secular Myth of America* (Albany: State University of New York, 1991). Independent scholar and editor; **Shrinivas Tilak**, "Religion and Aging in the Indian Tradition. A Textual Study." (PhD (1988); Published: *Religion and Aging in the Indian Tradition* (Albany: State University of New York Press, 1989). Assistant Professor, Concordia

3

University; **Julian Woods**, "The Phenomena of Boon and Curse in the Mahabharata" MA (1988); **Kristyna Pakneys**, "A Study of the Buddha's Epithets in the Khuddaka Nikaya" MA (1988).

**Theses in Process: Sanjay Kumar**, "Women in the Textual Tradition of the Mahabharata and its Televised Version (1988-1990)."(FQRSC) (PhD); **Jessica Main**, "Japanese Buddhism and Human Rights: Exclusion and Reconciliation." (joint supervision with V. Hori) (SSHRC and MEXT (Japan) (PhD) **[UBC tenure-tract assistant prof]**; **Cory Lebrecque**, "Transhumanism as Secular Religion: Allure of the Transcendent in the Biotech Age and Its Ethical Implications" (Faculty of Religious Studies Full Funding Package) (PhD); **Erin McCann**, Linguistic Analysis of Manipravala in Srivaisnavism: a Case of Creole Genesis" (PhD) [research funding from my SSHRC grant]; **Chris Durante**, topic; religious pluralism in bioethics (PhD) [funded by my CIHR grant]; R. Balasubramanian, Early Saiva-siddhanta; **Jordon Knogten**, The Antinomianism of Kabir (co-advised with S. Alvi in the Islamic Institute) (MA) **Jenna Preston** (MA) [funded by my CIHR grant]

**SPECIAL PROJECTS**

**Research trip** (Chennai and Pondicherry, India) and invited participant for the **Interational Workshop on the Internal and External Chronology of Tamil Bhakti** held at Ecole Française d'Extrême-Orient (Centre of Pondicherry): Pondicherry Aug 2009). **Research trip** Chennai, Hyderabad, Pondicherry (January 2009); Organized Day-long **Symposium** "Complementary and Alternative Medicine: Medical, Legal, Religious, and Multicultural Implications with keynote speakers David Colquhoun, eminent UK scientist and Michael H. Cohen, lawyer and professor at Harvard School of Public Health (9 May 2008); **Research trip**, Chennai, India (2007); **Declaration of Katherine Young as Expert Witness for Defendant. The Iowa District Court for Polk County Case No. CV 596 January 2007. Research trip (2006)**, Chennai, India (2006); **Research trip.** Chennai, India (2005); **Legislative Committee on Bill C-38: House of Commons, Presentation by Dr. Katherine K. Young, "Proposed Amendments to Bill C-38" (June 8, 2005)**; **Address to "The Standing Senate Committee on Legal and Constitutional Affairs of the Canadian Parliament" (July 12, 2005). Declaration of Katherine Young, Superior Court of the State of California; City and County of San Francisco. Marriage cases: Thomasson, et. al. Petitioners, v. Newsom, et al. respondents. Proceeding no. 4365 case no. 428794 (consolidated with 503943). 2003 Contract. Associate editor.** *The Routledge Encyclopedia of Marriage.* **Chief ed., Don Browning. [contract abandoned. Publisher decided to leave the encyclopedia business.] Research trip**. Chennai, India (2004); **Katherine Young and Paul Nathanson. "Questioning some of the Claims for Gay Marriage," Invited presentation to the Canadian House of Commons Standing Committee on Justice and Human Rights. Affidavit. Record of the Respondent the Attorney General of Canada, Vol. 2A, Tab F. for** *Halpern (2002) and for EGALE Canada Inc. v. Canada* **(A.G.) [2001 B.C.J. NO. 1995 (S.C.) (2002).** Organizer with graduate student D. Soneji for **Conference** on Religion in South India, The Living Arts: Changing Ritual and Performance Traditions in South India" sponsored jointly by the **Canadian Museum of Civilization** (Ottawa) and McGill Faculty of Religious Studies (2000); **Contract with the Department of Justice, Canada for research on marriage from the perspective of comparative religion (2000). Visiting Professor**, **IAIN Yogyakarta, Indonesia**, for the Indonesia-Canada Higher Education Project: Taught a graduate course on "Methodological Approaches to the Study of Gender and Religion" and taught a three-week (four hours per day) Workshop on "Religion and Development" (1999); One month **research in southern Sweden** (1998); Sabbatical (1997-98). Five months **research in Cambridge**, England (1996); One month **research in Stockholm**, Sweden (1996); Arvind

4

Sharma, Katherine K. Young, D. Stewart and Paul Nathanson, eds., the *Journal of Gender and World Religions* (1995-2002); Organizer for McGill Symposium. Interfaith and Legal dimensions of Multiculturalism (1995); Organizer for McGill **Symposium**. Ethics and the Environment (1994); Sabbatical Research. University of Toronto. Centre for Bioethics (1992-91); Board of Trustees, Vedic School, Kapilesvaram, Andhra Pradesh, India (1992-91); Research trip to Germany to interview theologians and ethicists on new reproductive technologies (1991); Organizer of panels on "Women and Religion" for the Canadian Society for the Scientific Study of Religion (CSSR) at the Learned Society meetings (1989); **International Seminar** on Study of Srivaisnavism (Bombay). Co-Sponsor with Dr. K.K.A. Venkatachari of Ananthacharya Indological Research Institute (1989); Conference on Religion in South India (Steering Committee) (1989-87); Arvind Sharma, Katherine K. Young, eds., *The Annual Review of Women in World Religions* (State University of New York Press) ongoing (6 vols. published) (1988-2005); Conference on Heroic Women in Politics, Religion, Literature and Society (Carleton University) co-host. (1988); Organizer and Host for CRSI (Conference on Religion in South India) (1987); Women Religious Specialists: **FCAR Research** Project with Lynn Teskey (Concordia) and K. Young (McGill) (1987-86); Editor of ARC; Religion and Violence II. Vol. XIII, No. 2 Spring, 1986; Organized "Issues in the Study of Religion" (weekly lecture series sponsored by the Islamic Institute and the Faculty of Religious Studies) (1986-4); Organized a special lecture series for McGill entitled: "Women Erased?: Power, Patriarchy and Religion" which brought six well-known scholars on Women and Religion to the McGill campus (1981); Member of Equipe d'encadrement for "Voyage d'Etudes en Inde et a Sri Lanka," organized by the University of Sherbrooke and funded by CIDA to introduce French Canadian students and teachers to the study of India and Sri Lanka (1980-78); McGill-Shastri Indian Studies Summer Program (involving students from across Canada); designed, co-ordinated and lectured in the interdisciplinary courses Introduction to Indian Civilization I and II. (1979);

**CHIEF EDITOR**

**McGill Studies in the History of Religions: An International Series** with State University of New York Press, USA (1987-2003): *Women in World Religions*. Ed. Arvind Sharma (1987); *Hindu Ethics: Purity, Abortion and Euthanasia* by H. Coward, J. Lipner and K. Young (1989); *Religion and Aging in the Indian Tradition* by S. Tilak (1989); *Over the Rainbow* by P. Nathanson (1991); *Religion and Women* Ed. A. Sharma (1993); *Today's Woman in World Religions* Ed.A. Sharma (1993); *Songs of Wisdom and Circles of Dance* by T. Kassam (1995); *Because It Gives Me Peace Of Mind: Ritual Fasts in the Religious Lives of Hindu Women* by Ann Mackenzie Pearson (1996); *Kenosis and Feminist Theology: The Challenge of Gianni Vattimo* by Marta Frascati-Lochhead (1998); *Feminism and World Religions* (Ed by A. Sharma and Katherine K. Young (1999); *Freedom: Through Inner Renunciation: Sankara's Philosophy in a New Light* by Roger Marcaurelle (2000); *The Concept of Bodhicitta in Santideva's Bodhicaryavatara* by Francis Brassard (2000); *Women Saints in World Religions* Ed. A. Sharma, 2000; *Destiny and Human Initiative in the Mahabharata* by Julian Woods (2000); *Identifying Selfhood: Imagination, Narrative, and Hermeneutics in the Thought of Paul Ricoeur* by H. I. Venema (2000); *Ritual Worship of the Great Goddess: The Liturgy of the Durga Puja with Interpretations* by Hillary Peter Rodrigues (2003); *Women in the Yoruba Religious Sphere* by Oyeronke Olajubu (2003).

**ADMINISTRATION AND ACADEMIC SERVICE**

5

**International, National, and Provincial Committees**: Canadian Institutes of Health Research. Reviewer for the Health Ethics, Law and Humanities Peer Review Committee (Ottawa 2009-2008). American Academy of Religion: Standing Committee on Teaching and Learning (1998-95); Organized a Special Topics Forum for the Academy called Mindfield or Minefield: Teaching Religion in the Multi-cultural classroom for the 1996 Annual Meeting; Also worked on the Syllabus Project and general planning; advising to publication *Spotlight On Teaching*; and did the five year review for one of the AAR units (1996); National Research Council of Canada Human Subjects Research Ethics Committee (1996-92); American Academy of Religion: Steering Committee, Religion in South Asia Section (1995-92); SSHRC Committee to review Canadian Journals in the Humanities (1995); Shastri Indo-Canadian Institute: Fellowship Selection Committee (Calgary) (1993); Contributing Editor, Spotlight on Teaching: American Academy of Religion (1995-92); CBC Advisory Board for Programs on Religion (Quebec) (1991-89); Chairperson Shastri Indo-Canadian Institute: Fellowship Selection Committee (1985); Shastri Indo-Canadian Institute: Fellowship Selection Committee (1984). **McGill Committees**: Review of Research Centres (2008); Prodean (Medicine, Education, Social Work, Islamic Studies (2008-2007); Selection Committee for Vice Principal of Graduate Studies (2006-5);; Selection Committee for Dean of Graduate Studies (2007-2005); University Tenure Committee for Recruitment for the Faculty of Religious Studies (2009-2005); McGill Senate (2004-3); Research Policy Committee (2004-3); Faculty of Law: Promotions Committee (2003-2000); Nominations Committee (2003); Sexual Harassment (2003-1998); University Admissions Committee (2001-2000); Executive, McGill School of the Environment. (2001-2000); Committee to select Dean of the Faculty of Religious Studies (2000); Faculty of Arts Tenure Committee (alternate) (2001-2000); Committee to select the Beaverbrook Chair in Ethics, Media and Communications (2000); Search committee for a position in Religion and Environment (2001-1998); Represented McGill on Commission Des Universites Sur Les Programmes [Religion] (1999); Academic Policy and Planning Committee (2001-1998); Committee to select a new dean of law (1998-99); McGill Senate (1995-92); McGill Association of University Teachers (Council) (1995-92); McGill Association of University Teachers (Committee on Harassment) (1995-92); McGill Board Committee on the Regulations Concerning Complaints of Sexual Harassment (1995-93); McGill Advisory Committee: Shastri Indo-Canadian Institute (1995-75); Faculty of Arts Tenure Committee (1994-92); McGill Faculty of Medicine—Committee on Ethics and Teaching (1992-90); McGill Centre for Medicine Ethics and Law. Bioethics Graduate Studies Advisory Committee (1992); McGill Senate (1991-86); Faculty of Medicine: Sub-committee on Ethics Education (1991); Humanities Fellowships Selection Committee (1990); Humanities Research Grants Sub-committee (1990-87); East Asian Studies Advisory Committee (1989-81); McGill Committee to select MacKenzie King Open and Travelling Scholarships (1987); McGill Institute of Medicine, Ethics and Law (Faculty of Religious Studies representative) (1987-86); Chairperson McGill Advisory Committee: Shastri Indo-Canadian Institute (1986-85); Marshall for Graduation (1986-85); Selection Committee for a New Dean for the Faculty of Religious Studies (1980); McGill Committee (representing the Faculty of Graduate Studies and Research) which formulated McGill's response to the Quebec government's document "Problematique de la politique scientifique." (1979). **Faculty of Religious Studies Committees**: Promotion to full professor (D. Farrow) (2008-9; Ph.D. orals (R. Namasee (2008), Derek Melchin (2008); BA, Graduate Studies, ongoing; Selection of a director for CREOR (2008); Pre-tenure review Committee: Davesh Soneji (2006); Promotion Committee: Ellen Aitken (2006); Search Committee: Ethics (2006-5); Promotion Committee: T. Kirby (2006-5); Chair of Search Committee: Hinduism (2003-2); Search Committee: Buddhism (2003-2); Faculty: BA, Grad, Council (2007-3); Search committee for a joint position in Religious Studies and School of the Environment (2002-2000); Acting Dean (July 1979); Doktorklub (1996-5); Faculty representative to ARC (1995-93); B.A. Committee (1995-75); Graduate Committee (1995-78); Visiting Speakers Series (1995-91); Chair, B.A. Committee (1991-81); B.A. Committee Advisor (1991-

75); Committee to Design a Graduate Program in Ethics and Medical Humanities (1987); Visiting Speakers (1987-77); Editorial Committee for ARC (a publication of news and scholarly articles from the McGill Faculty of Religious Studies); Chair of ARC 1985-79; Executive (1985-77); Committee to Study Teaching Evaluation (1981); Secretary of Graduate Studies Committee (1980-78); Educational Development Consultant (1979-78). **Other**: External Reviewer for a tenure file University of Ottawa (2008); external reviewer for promotion to full professor University of Winnipeg (2008); external reviewer for promotion to full professor, Denison University (2005); External Reviewer for the Department of Religion (2008); Toronto University (2001); External Reviewer for the Department of Religion, McMaster University (2000).

## MEDIA AND PRINT INTERVIEWS

Katherine Young on a panel with Steve Paikin, The Agenda, TVO to debate "Why aren't there more women in politics? (2008) Katherine Young and Paul Nathanson; interviewed by Sean Moncrief on The Moncrief Show, News Talk Radio, Dublin, Ireland, 3 August 2007; Katherine Young and Paul Nathanson interviewed by Daniel Bell for "Dorks, Dweebs, and Dummies," *Times* [of London], 31 July 2007; Katherine Young and Paul Nathanson.; interviewed by Michael Seeber for CPR [Centre for Parental Responsibility: family law reform] TV (Minnesota Cable Network, Minneapolis and www.mcn6.org). Katherine Young and Paul Nathanson; interviewed by Gregory Andresen in Washington D.C. July 2007; for "Dads on the Air" Radio (Australian Broadcasting Corporation); Katherine Young. Interviewed by Steve Paikin, The Agenda, TVO on discrimination against men. December 13, 2006; Katherine Young. Interviewed by Bethany A Heitman of *Cosmopolitan Magazine* for article in March 2007 issue. Nov 15, 2006; Katherine Young and Paul Nathanson, interviewed by Lorna Dueck, "A Child's Rights: Revisiting Same-Sex Marriage," on *Listen Up TV*, Global Quebec, Montreal, [date of taping 29 November 2006; Katherine Young (on *Legalizing Misandry: from Public Shame to Systemic Discrimination against Men* (interviewed by Leo Carbonneau for *University Affairs* (vol 47, No. 10, December 2006). (Association of Universities and Colleges of Canada Published as "Counter Culture: Academics who Defy the Dogma," by Leo Charbonneau 8-15; Katherine Young (on the relation of new biotechnologies to developments in secular religion: interviewed by Doug Basely: *Edmonton Journal* 22 March 2005). Paul Nathanson and Katherine K. Young (on *Spreading Misandry: the Teaching of Contempt for Men in Popular Culture* (McGill-Queens University Press, 2001)): selected interviews of both authors unless otherwise noted; Bernie Ahearn for *A Man's World* broadcast on www.healthylife.net, 28 July 2005; Terry Schroell, Toronto Film School for the student film "Two Wrongs Won't Make a Right;" Roy Greene, *The Roy Greene Show*, Chorus Network, CHML, Hamilton, Ontario, 14 November 2001; Paul and Carol Mott on *The Motts* (open line), CFRB, Toronto, Ontario, 14 November 2001.; Anne Legace Dawson on *Home Run*, CBC, CBFM, Montreal, Quebec, 15 November 2001; Larry Fedoruk on *Drive Home* (open line), Telemedia, CKTB, St. Catherines, Onterio, 15 November 2001; Al Stafford on *The Stafford Show* (open line), Chorus Network, CHED, Edmonton, Alb., 15 November 2001; Dave Rutherford on *The Rutherford Show*, Chorus Network, CHQR, Calgary, Alberta, 16 November, 2001; Peter Warren on *Warren on the Weekend* (open line), CKVN, Vancouver, British Columbia, 18 November 2001; Melanie Deveau on *Guy's Corner*, CKLW, Windsor, Ont., 20 November 2001; John Gormley on *John Gormley Live* (open line), Rawlko, CKOM, Saskatoon and CJME, Regina, 21 November 2001; David and Diane Nicholson during a panel discussion at their salon, 21 November 2001; Tommy Schnurmacher on *The Tommy Schnurmacher Show*, CBC, CJAD, Montreal, Quebec, 29 November 2001; Michael Coren, on *Michael Coren Live*, CTS, Burlington, Ontario, 3 December 2001. With Michael Rowe and Gwen Smith; Paula Todd on *Studio 2*, TV Ontario, Toronto, Ontario, 7 December 2001. With Susan G. Cole; Katherine K. Young, interviewed by Tracey McKee on *This Morning Live*, Global (TV), Montreal, Quebec, 12

December 2001; Katherine Gombay on "Art Talk," CBC, Montreal, Quebec, 12 December 2001; Dennis Trudeau for *Canada Now*, CBC, 21 January 2002. With Lillian Robinson (head of Simone de Beauvoir Institute, Concordia University).' *Canada Now*, CBC, Montreal, Quebec, January 2002; Katherine K. Young, interviewed by Frank Prendergast for *Book Television* at the Atlas Boxing Centre, Bravo!, Toronto, 4 April 2002. [will appear on Canadian Learning Television across Canada; also internationally syndicated in USA, Europe, Australia. One hour show; will include interviews by two other guests who have read the book.]; *Book Television*, Bravo! Toronto, 30 January 2002; Laura Schlessinger on *Dr. Laura*, KFI radio, Los Angeles, 10 January 2002; Daniel Richler on *Book TV*, Toronto, 30 January 2002; Vicki Gabereau on *Vicki Gabereau*, CTV, Vancouver, 18 February 2002; Robert Sapienza and Howard Gontovnick, for CINQ-FM, Montreal, 20 and 27 April 2002; "The Problem of Misandry and the Possibility of Intersexual Dialogue," presented at the conference on Visions of Men's Health, sponsored by Catholic Community Services and the ManKind Project, Montreal, 13 June 2002; Joe Manthey on *The Joe Manthey Show*, MND Radio, Los Angeles, www.mensnewsdaily.com/radio/mantheyshow.htm, 22 July 2002; *Dimanche Magazine* by Chantal Lavigne, CBC (Radio Canada), Montreal, 1 October 2002; Matthew Walls for his class on "Broadcast Journalism," Concordia University, Montreal, 3 October 2002; Tanya Spreckley on *SexTV: The Series*, CityTV (Chum), Toronto, 25 October 2002; Tom Clark on *The Tom Clark Show*, Wisconsin Public Radio, 13 March 2003.; Dave Taylor on *Afternoons with Dave Taylor*, CHQR radio, Calgary, 25 March 2003.

**PUBLICATIONS: Divided into four fields: Ethics and Law, Gender, Hinduism, and Other Topics. Includes additional sections on "in press, under contract, accepted for publication," and "in progress." (Katherine K. Young is the sole author unless otherwise indicated)**

**CODING SYSTEM: B (book single author); B2 (book: 2 authors), BEd (book sole editor); BEd2 (book; two editors); J (journal); J2 (journal: 2 authors); C (chapter single author); C2 (chapter: 2 authors); E (encyclopedia article: single author); R (book review); O2 (op eds: 2 authors)**

**PUBLICATIONS: ETHICS AND LAW**

C   2009 6 chapters for *The Cambridge World History of Medical Ethics*. Eds. Robert Baker and Laurence B. McCullough (Cambridge: Cambridge University Press) [reviewed]

  Ch 3: Medical Ethics through the Life Cycle in Hindu India, 101-112

  Ch 4 Medical Ethics through the Life Cycle in Buddhist India, 113-125

  Ch 9 The Discourse of Hindu Medical Ethics, 175-184

  Ch 10 The Discourses of Buddhist Medical Ethics, 185-194

  Ch 20 The Discourses of Practitioners in India, 324-334

  Ch 44 The Discourses of Bioethics in South Asia, 509-524

C   2009. "Just-War Theory in South Asia: Indic Success, Sri Lankan Failure" In *World Religions After 9/11* Westport, CT. Ed. Arvind Sharma (Praeger: 2009), 37-68 [reviewed]

E   2007. Ahimsa. *RoutledgeCurzon Encyclopedia of Hinduism*. Eds. D.Cush, C. Robinson, and M. York. London: RoutledgeCurzon. [reviewed]

**E**   2007. Human Rights. *RoutledgeCurzon Encyclopedia of Hinduism*. Eds. D.Cush, C. Robinson, and M. York. London: RoutledgeCurzon. [reviewed]

**E**   2007. Mahapatakas. *RoutledgeCurzon Encyclopedia of Hinduism*. Eds. D.Cush, C. Robinson, and M. York. London: RoutledgeCurzon. [reviewed]

**E**   2007. Prayaschicitta. *RoutledgeCurzon Encyclopedia of Hinduism*. Eds. D.Cush, C. Robinson, and M. York. London: RoutledgeCurzon. [reviewed]

**E**   2007. Law. *RoutledgeCurzon Encyclopedia of Hinduism*. Eds. D.Cush, C. Robinson, and M. York. London: RoutledgeCurzon. [reviewed]

**E**   2007. War and Peace. *RoutledgeCurzon Encyclopedia of Hinduism*. Eds. D.Cush, C. Robinson, and M. York. London: RoutledgeCurzon. [reviewed]

**E**   2007. Niyoga. *RoutledgeCurzon Encyclopedia of Hinduism*. Eds. D.Cush, C. Robinson, and M. York. London: RoutledgeCurzon. [reviewed]

**J2 2007. "Katherine K. Young and Paul Nathanson. "Redefining Marriage or Deconstructing Society: a Canadian Case Study." *Journal of Family Studies* (Australia). Vol 13 issue 2 ((November 2007), 133-178. [reviewed]**

**C**   2005. "Health." *The Blackwell Companion to Religious Ethics*. Ed. William Schweiker. Oxford: Blackwell Publishing. 519-527. [reviewed]

**C**   2005. "Nonviolence and Peace in Hinduism: Is There a Connection?" *Religion, Terrorism and Globalization: Nonviolence: A New Agenda*. Ed. Kuriakose Karikottu. Nova Science Publishers. [reviewed]

**C2 2004. Katherine K. Young and Paul Nathanson. "The Future of an Experiment." *Divorcing Marriage: Unveiling the Dangers in Canada's new Social Experiment*. Eds. Daniel Cere and Douglas Farrow. Montreal: McGill Queen's University Press. 41-62.**

**C**   2004. "Hinduism and the Ethics of Weapons of Mass Destruction." *Ethics and Weapons of Mass Destruction: Religious and Secular Perspectives*. Eds. Sohail Hashmai and Steven Lee. Cambridge University Press. (The Ethikon Series in Comparative Ethics.) 277-307. [reviewed]

**C**   2004. "The Status of the Fetus in Scriptural Hinduism" *Der Umgang mit vorgeburtlichem Leben in anderen Kulturen*. Berlin: Nationaler Ethikrat. 51-61. [reviewed]

**C**   2003. "Traditional Hindu Views on Planned Self-Will Death and Euthanasia." *Reason and Insight: Western and Eastern Perspectives on the Pursuit of Moral Wisdom*. Eds. Timothy Shanahan and Robin Wang. Thomson Wadsworth. 318-325. [reviewed]

**B2** 2001. Paul Nathanson and Katherine K. Young. *Spreading Misandry: The Teaching of Contempt for Men in Popular Culture*. Montreal and Kingston: McGill Queen's University Press. 370 pp. [reviewed] [see Media for television and radio interviews]

**BEd3**   2000. David E. Guinn, Chris Barrigar, Katherine K. Young, eds. *Religion and Law in the Global Village*. Atlanta: Scholars Press. 219 pp. [reviewed]

**E**   1995. "Death: Eastern Thought." *Encyclopedia of Bioethics*. Chief ed. Warren T. Reich. New York: Macmillan Publishing Company. 487-498. [reviewed]

**J**   1994. "A Cross-cultural Historical Case Against Planned Self-Willed Death and Assisted Suicide," *McGill Law Journal* 39.3 (October): 657-707. [reviewed]

**C**   1994. "Hindu Bioethics." *Religious Methods and Resources in Bioethics*. Ed. Paul F. Camenisch. Dordrecht: Kluwer Academic Publishers. 3-30. [reviewed]

**J2**   1991. Katherine K. Young and Paul Nathanson. "Living Together: Etiquette for a Multireligious Society." *Hikmat* 3.5 (July): 8-17. [reviewed]

**C**   1990. "The Classical Indian View of Tolerance with Special Reference to the Tamil Epic Cilappatikaram." *Truth and Tolerance*. Ed. E. Furcha. Montreal: McGill, Faculty of Religious Studies, ARC Supplement. 83-112. [reviewed]

**B3**   1989. H.C. Coward, Julius J. Lipner and Katherine K. Young, *Hindu Ethics: Purity, Abortion and Euthanasia* Albany: State University of New York Press. 139 pp. [reviewed] [authors alphabetical]

**C**   1989. "Euthanasia: Traditional Hindu Views and the Contemporary Debate." *Hindu Ethics: Purity, Abortion and Euthanasia*. Eds. H.C. Coward, Julius J. Lipner and Katherine K. Young. Albany: State University of New York Press. 71-130. [reviewed]


**In press, under contract, or accepted for publication**

**C2**   Katherine K. Young and Paul Nathanson, "Gender Equality and Sex Difference: the Effects on Fathers and Children" for the volume *What is Parenthood? Two Competing Models for Understanding Today's Revolution in Parenthood* ed. by Linda C. McClain and Dan Cere.

**C**   **"The Institution of Marriage: Mediation of Nature and Culture in Cross-Cultural Perspective." Chapter for a volume entitled *The Conjugal Bond: Interdisciplinary Perspectives on the Institution of Marriage* edited by Daniel Cere [under review].**


**Work in progress**

**B2 Katherine K. Young and Paul Nathanson, Contra: the Case Against Same-sex Marriage. book manuscript**

**B2**   Katherine K. Young and Paul Nathanson, *Liberating the Body: On the Frontier between Medicine and Religion*. book manuscript

**B2**   Katherine K. Young and Paul Nathanson, *Like an Autumn Leaf: A Study of Old Age in Art and Religion* book manuscript [under review: McGill-Queen's University Press]

**B**   *Religion, Health, and Ethics: A Comparative Perspective*; book manuscript funded by CIHR

**Bed**   Katherine K. Young, ed. *The Ethical Physician: A Comparative Perspective* [book manuscript with chapters on Hinduism, Buddhism, Confucianism, Taoism, Judaism, and Christianity].

**C2**   Sanjay Kumar and Katherine K. Young. "The Ethical Physician as Spiritual Person: the Integral Approach of Classical Hindu Medicine." Chapter for *"The Ethical Physician: A Comparative Perspective"*

**J2**   Katherine K. Young and Paul Nathanson. "Three Views on Assisted Reproduction: a Comparative Perspective."

**C**   "Altruism and religion in the context of planetary stress." *Bioethics for a Small Planet: Responding to Health Needs as a Test Case*. Eds. M. A. Somerville and T. Schrecker.

**GENDER**

2009 J   "Fate Hangs on a Particle: The Hermeneutics of Bhagavadgita 9:32. *Journal of Hinduism* (Oxford: Oxford University Press)

**E**   2008. "World Religions: Gendering;" *Oxford Encyclopedia of Women in World History*. ed. by Bonnie G. Smith. [reviewed]

**E**   2008. "World Religions: Processes of Creation;" *Oxford Encyclopedia of Women in World History* ed. by Bonnie G. Smith. New York:  Oxford University Press USA. [reviewed]

**E**   2008. "World Religions: Diffusion;" and "Proselytization." *Oxford Encyclopedia of Women in World History* edited by Bonnie G. Smith. New York:  Oxford University Press USA. [reviewed]

**BEd2**   2007. Arvind Sharma and Katherine K. Young, eds. *Fundamentalism and Women in World Religions* (New York: T & T Clark, 2007). [sold out and reissued as a paperback 2008] [reviewed]

**E**   2007. "Overview: Status of Women. *Encyclopedia of Hinduism*. Eds. D. Cush, C. Robinson, and M. York. London: RoutledgeCurzon. [reviewed]

**E**   2007. Pativrata/Patiparmesvara. *Encyclopedia of Hinduism*. Eds. D. Cush, C. Robinson, and M. York. London: RoutledgeCurzon. [reviewed]

**E**   2007. Sex and Sexuality. *Encyclopedia of Hinduism*. Eds. D. Cush, C. Robinson, and M. York. London: RoutledgeCurzon. [reviewed]

**E**   2007. Motherhood. *Encyclopedia of Hinduism*. Eds. D. Cush, C. Robinson, and M. York. Encyclopedia of Hinduism. [reviewed]

**E**   **2007. Child Marriage. *Encyclopedia of Hinduism*. Eds. D. Cush, C. Robinson, and M. York. London: RoutledgeCurzon [reviewed]**

**E**   2007. Foeticide. *Encyclopedia of Hinduism*. Eds. D. Cush, C. Robinson, and M. York. London: RoutledgeCurzon. [reviewed]

**E**   2007. Infanticide. *Encyclopedia of Hinduism*. Eds. D. Cush, C. Robinson, and M. York. London: RoutledgeCurzon. [reviewed]

**E**   2007. Divorce. *Encyclopedia of Hinduism*. Eds. D. Cush, C. Robinson, and M. York. London: RoutledgeCurzon. [reviewed]

**E**   2007. Sati. *Encyclopedia of Hinduism*. Eds. D. Cush, C. Robinson, and M. York. London: RoutledgeCurzon. [reviewed]

**E**   2007. Pandita Ramabai Saraswati. *Encyclopedia of Hinduism*. Eds. D. Cush, C. Robinson, and M. York. London: RoutledgeCurzon. [reviewed]

**E**   2007. Women's Movement. *Encyclopedia of Hinduism*. Eds. D. Cush, C. Robinson, and M. York. London: RoutledgeCurzon. [reviewed]

**E**   2007. Feminism. *Encyclopedia of Hinduism*. Eds. D. Cush, C. Robinson, and M. York. London: RoutledgeCurzon. Encyclopedia of Hinduism. Eds. D. Cush, C. Robinson, and M. York. London: RoutledgeCurzon. [reviewed]

**E** 2007. Women's Question/Social Evils. *Encyclopedia of Hinduism*. Eds. D. Cush, C. Robinson, and M. York. London: RoutledgeCurzon. [reviewed]

**E** 2007. Women's Rituals. *Encyclopedia of Hinduism*. Eds. D. Cush, C. Robinson, and M. York. London: RoutledgeCurzon.[reviewed]

**E** 2007. Sarojini Naidu. *Encyclopedia of Hinduism*. Eds. D. Cush, C. Robinson, and M. York. London: RoutledgeCurzon. [reviewed]

**E** 2007.Madhu Kishwar. *Encyclopedia of Hinduism*. Eds. D. Cush, C. Robinson, and M. York. London: RoutledgeCurzon. [reviewed]

**E** 2007. Stridharma. *Encyclopedia of Hinduism*. Eds. D. Cush, C. Robinson, and M. York. London: RoutledgeCurzon. [reviewed]

**E** 2007. Virginity. *Encyclopedia of Hinduism*. Eds. D. Cush, C. Robinson, and M. York. London: RoutledgeCurzon. [reviewed]

**E** 2007. Celibacy. *Encyclopedia of Hinduism*. Eds. D. Cush, C. Robinson, and M. York. London: RoutledgeCurzon. [reviewed]

**E** 2007. Education. *Encyclopedia of Hinduism*. Eds. D. Cush, C. Robinson, and M. York. London: RoutledgeCurzon. [reviewed]

**E** 2007. Widowhood. *Encyclopedia of Hinduism*. Eds. D. Cush, C. Robinson, and M. York. London: RoutledgeCurzon. [reviewed]

**E 2007. Ban on Widow Remarriage. *Encyclopedia of Hinduism*. Eds. D. Cush, C. Robinson, and M. York. London: RoutledgeCurzon. [reviewed]**

**E** 2007. Dowry. *Encyclopedia of Hinduism*. Eds. D. Cush, C. Robinson, and M. York. London: RoutledgeCurzon. [reviewed]

**O** 2007. Katherine Young and Paul Nathanson, *Ottawa Citizen*. Special Feature. "Another

**O** 2007. Katherine Young and Paul Nathanson, Invited Op Ed, "Men, Misogyny and Misandry," *Ottawa Citizen*, 6 April 2007.

**B2** 2006. Paul Nathanson and Katherine K. Young. *Legalizing Misandry: From Public Shame to Systemic Discrimination Against Men*. Montreal and Kingston: McGill Queen's University Press. 650 pp. [reviewed] [see Media below for television and radio interviews]. Review in the *Times Literary Supplement* March 30, 2007 "Against the Male Stream" by Jean Bethke Elshtain p. 26.

**C** 2005. "Sankara on the Liberation of Women and Sudras," *Goddesses and Women in the Indic Religious Tradition*. Ed. Arvind Sharma. Leiden: Brill. 131-166. [reviewed]

**E** 2004. "Religious Studies." *Encyclopedia of Women and Islamic Cultures: Methodologies, Paradigms and Sources*, Vol.1. Eds. Suad Joseph, et al. Leiden: Brill Academic. [reviewed]

**BEd2** 2003. Arvind Sharma and Katherine K. Young, eds. *Her Voice, Her Faith: Women Speak on World Religions*. Boulder: Westview Press. 327pp. [reviewed]

**C** 2003. "Introduction." *Her Voice, Her Faith: Women Speak on World Religions*. Eds. Arvind Sharma and Katherine K. Young. Boulder: Westview Press. 1-9. [reviewed]

**BEd2** 2002. Arvind Sharma and Katherine K. Young, eds. *The Annual Review of Women in World Religions*, Vol. 6. Albany: State University of New York Press. 296 pp. [reviewed]

**C** 2002. "Introduction." *Methodologies in Religious Studies: The Interface with Women's Studies*. Ed. Arvind Sharma. Albany: State University of New York Press. ix-xi. [reviewed]

**C** 2002. Oṃ, the Vedas, and the Status of Women with Special Reference to Srivaisnavism." *Jewels of Authority: Women and Textual Tradition in Hindu India*. Ed. Laurie L. Patton. Oxford: Oxford University Press. 84-121. [reviewed]

**C** 2002. "Phenomenology and Feminism." *Methodologies in Religious Studies: The Interface with Women's Studies*. Ed. Arvind Sharma. Albany: State University of New York Press. 17-40. [reviewed]

**C** 2002. "Women and Hinduism." *Women in Indian Religions*. Ed. Arvind Sharma. New Delhi: Oxford University Press, India. 1-37. [reviewed]

**B2** 2001. Paul Nathanson and Katherine K. Young, *Spreading Misandry: The Teaching of Contempt for Men in Popular Culture*. Montreal and Kingston: McGill Queen's University Press. 650 pp. [reviewed] [see Media below for television and radio interviews ].

**E** 2000. "Hinduism." *Routledge Encyclopedia of Feminist Theories*. London: Routledge. [reviewed].

**C** 2000. "Introduction." *Women Saints in World Religions*. Ed. Arvind Sharma. Albany: State University of New York Press. 1-39. [reviewed]

**BEd2** 1999. Arvind Sharma and Katherine K. Young, eds. *Annual Review of Women in World Religions*, Vol. 5. Albany: State University of New York Press. 232pp. [reviewed]

**BEd2** 1999. Arvind Sharma and Katherine K. Young, eds. *Femininism and World Religions*. Albany: State University of New York Press. 333 pp. [reviewed] [Selected by Choice in 1999 as an Academic Book of Excellence]

**C** 1999. "Introduction" *Feminism and World Religions*. Eds. Arvind Sharma and Katherine K. Young. Albany: State University of New York Press. 1-25. [reviewed]

**C** 1999. "Women and Religion: In the East" *Encyclopedia of Women and World Religion*, Vol. 2. Ed. Serenity Young. New York: Macmillan USA. 1058-1060. [reviewed]

**J** 1998. "The Spirit and the Bride say Come!: Continuing a Hindu-Christian Dialogue." *Journal of Vaisnava Studies* 6.1 (January): 99-116. [reviewed]

**BEd2** 1996. Arvind Sharma and Katherine K. Young, eds. *Annual Review of Women in World Religions*, Vol. 4. Albany: State University of New York Press. 192 pp. [reviewed].

**J** 1995. "Theology Does Help Women's Liberation: Srivaisnavism, a Case Study," *Journal of Vaisnava Studies* 3.4 (Fall): 173-198. [reviewed]

**C** 1995. "Upholding Norms of Hindu Womanhood: A Study of Hindi Cinema." *Gender, Genre and Religion: Feminist Reflections*. Eds. Morny Joy and Eva K. Neumaier Dargyay. Waterloo: Wilfrid Laurier Press. 171-198. [reviewed]

**BEd2** 1993. Arvind Sharma and Katherine K. Young, eds. *Annual Review of Women in World Religions*, Vol. 3. Albany: State University of New York Press. 192 pp. [reviewed]

**BEd2** 1993. "Introduction." *Today's Woman in World Religions*. Ed. Arvind Sharma. Albany: State University of New York Press. 1-37. [reviewed]

**C** 1993. "Women in Hinduism." *Today's Woman in World Religions*. Ed. Arvind Sharma. Albany: State University of New York Press. 75-135. [reviewed]

13

**C**  1993. "Introduction." *Religion and Women*. Ed. Arvind Sharma. Albany: State University of New York Press. 1-38. [reviewed]

**C**  1992. Arvind Sharma and Katherine K. Young, eds. *Annual Review of Women in World Religions*, Vol. 2. Albany: State University of New York Press. 168 pp. [reviewed]

**BEd2**  1991. Arvind Sharma and Katherine K. Young, eds. *Annual Review of Women in World Religions*, Vol. 1. Albany: State University of New York Press. 180 pp. [reviewed]

**C**  1991. "Goddesses, Feminists and Scholars." *The Annual Review of Women in World Religions*, Vol. 1. Eds. Arvind Sharma and Katherine K. Young. Albany: State University of New York Press. 105-179. [reviewed]

**C2**  1990. Katherine K. Young and Lily Miller. "Sacred Biography and the Restructuring of Society: A Study of Anandamaya Ma, Lady-Saint of Modern Hinduism." *Boeings and Bullock Carts: Indian Civilization in Its Local, Regional and National Aspects*, Vol. 22. Ed. Dhirendra K. Vajpeyi. Delhi: Chanakya Publications. 112-147 [reviewed]

**C2**  1988. Alaka Hejib and Katherine K. Young. "Sati, Widowhood and Yoga." *Sati: Historical and Phenomenological Essays*. Ed. Arvind Sharma. Delhi: Motilal Banarsidass. 73-84. [reviewed]

**C**  1987. "Introduction." *Women in World Religions*. Ed. Arvind Sharma. Albany: State University of New York Press. 10-37. [reviewed]

**C**  1987. "Women in Hinduism." *Women in World Religions*. Ed. Arvind Sharma. Albany: State University of New York Press. 59-105. [reviewed]

**C**  1983. "From Hindu *stridharma* to Universal Feminism: A Study of the Women of the Nehru Family." *Traditions in Contact and Change: Selected Proceedings of the XIV Congress of the International Association for the History of Religions*. Eds. Peter Slater and Donald Wiebe. Toronto: Sir Wilfrid Laurier Press. 87-105. [reviewed]

**J**  1983. "Srivaisnava Feminism: Intent or Effect?" *Studies in Religion (Sciences Religieuses)* 12.2: 183-190. [reviewed]

**C**  1982. "Why are Hindu Women Traditionally Oriented to Rebirth Rather than Liberation (*moksa*)?" *Third International Symposium on Asian Studies*. Hong Kong: Asian Research Service. 937-945. [reviewed]

**J**  1981. "The Buddha's Attitude to Women." ARC 8.2: 20-25.

**B2**  [booklet] 1980. Katherine K. Young and Arvind Sharma. *Images of the Feminine in India: A Course Outline* Sydney: The University of Sydney. 22 pp. [reviewed]

**J**  1976. "The Beguiling Simplicity of a Dot." ARC 6.2: 8-11.

**B2**  [booklet] 1974. Katherine K. Young and Arvind Sharma. *Images of the Feminine - Mythic, Philosophic and Human in the Buddhist, Hindu, and Islamic Traditions: A Bibliography of Women in India*. Chico: New Horizons Press. 36 pp. [reviewed]

**In press, under contract, or accepted for publication**

**B2**  Katherine K. Young and Paul Nathanson. *Sanctifying Misandry: Goddess Ideology and Fall of Man* (book in press: McGill-Queens University Press). [to be released Fall 2009]

**B2**  Paul Nathanson and Katherine K. Young. *Transcending Misandry: The Road to Intersexual Dialogue*. McGill-Queens University Press. [accepted].

14

**J**   Paul Nathanson and Katherine K. Young, "Coming of Age as a Villain: What Boys Need to Know in a Misandric World," THYMOS: *The Journal of Boyhood Studies*, ed. Miles Groth [reviewed]. [forthcoming 2009]

**Work in progress**

**B**   *From Tradition to Liberation: Five Generations of Nehru Women*

**B2**  Arvind Sharma and Katherine K. Young. *Orientalism and the Study of Hindu Women.* [book manuscript]

**B**   *Tilaka: Interpreting the Hindu Woman's Forehead Dot*

**B2**  Katherine Young and Paul Nathanson, *The Peaceable Ideal of Manhood*


### HINDUISM AND BUDDHISM: PUBLICATIONS

**R**   2008 Book review of R. Cheran, Darshan Ambalavanar, Chelva Kanaganayakam eds. *History and Imagination: Tamil Culture in the Global Context.* TSAR Publications, 2007. xii, 202. $28.95 The University of Toronto Quarterly 78:1 (Winter 2008/2009: Letters in Canada 2007. [reviewed]

**C**   2006. "Brahmaṇas, Pancaratrins, and the Formation of Srivaisnavism." *Studies in Hinduism*, Vol. 4. Ed. Marion Rastelli. Vienna: Austrian Academy of Science Press. 197-261.

**J2**  **2006. Katherine K. Young and Arvind Sharma. "Hindu Marriage." *Ecumenism*: Marriage: Made in Heaven or on Earth" (vol 163 (September 2006) 4-11. [reviewed]**

**C2**  1994. Alaka Hejib and Katherine K. Young. "Etymology as a Bridge Between Text and Sectarian Context: A Case Study of Parasararabhattar's Commentary on Srivisnusahasranama." *Hermeneutical Paths to the Sacred Worlds of India.* Ed. Katherine K. Young. Atlanta: Scholar's Press. 222-230. [reviewed]

**Bed** 1994. Katherine K. Young, ed. *Hermeneutical Paths to the Sacred Worlds of India.* Atlanta: Scholar's Press. 242 pp.

**C**   1993. "The Indian Secular State Under Hindu Attack: A New Perspective on the Crisis of Legitimation," in *Ethical and Political Dilemmas of Modern India.* Eds. Ninian Smart and Shivesh Thaku. New York: St. Martin's (Macmillan) Press. 199-234. [reviewed]

**C**   1993. "The Meeting of Two Great Traditions: Migration into Tamil Nadu (500-900 C.E.)." *Ethnicity, Identity, Migration: The South Asian Context.* Eds. Milton Israel and N.K. Wagle. University of Toronto: Centre for South Asian Studies. 87-104. [reviewed]

**J2**  1990. Arvind Sharma and Katherine K. Young. "The meaning of *atmahano janah* in Isa Upanisad 3," *Journal of the American Oriental Society* 110.4 (October-December): 595-602. [reviewed]

**R**   1989. "Foreward." Shrinivas Tilak. *Religion and Aging in the Indian Tradition.* Albany: State University of New York Press. ix-xiii. [reviewed]

**R**   1988. "*Folktales of India* (1987) edited by Brenda E.F. Beck, Peter J. Claus, Praphulladatta Goswami, and Jawaharlal Handoo, eds. *Studies in Religion* (*Sciences Religeuses*) 17.1: 124.

**J**   1985. "Young's Response to Papers"; "Replies to Young's Response." *Iskcon Review: Academic Perspectives on the Hari Krishna Movement.* 1.1 (Spring): 29-34, 34-50.

**J**   1983. "Dying for *bhukti* and *mukti*: The Srivaisnava Theology of Liberation as a Triumph Over Death." *Studies in Religion (Sciences Religieuses)* 12.4 (Fall): 389-96. [reviewed]

**R**   1983. "*The Structure of the World in Udayana's Realism: A Study of the Laksanavali and the Kiranavali* (1981), by Musashi Tachikawa." *Religious Studies Review* 9.1 (January): 90-91.

**R**   1982. "F. *Max Müller and the Rg-Veda: A Study of its Role in his Work and Thought* (1980), by Ronald Neufeldt." In *Journal of the American Academy of Religion*: 318.

**R**   1982. "*Lustful Maidens and Ascetic Kings: Buddhist and Hindu Stories of Life* (1981), by Roy C. Amore and Larry D. Shinn." In *Studies in Religion (Sciences Religieuses)* .2.2: 223-24.

**J**   1982. "The Issue of the Buddha as vedagu with Reference to the Formation of the Dhamma and the Dialectic with the Brahmins." *Journal of the International Association of Buddhist Studies*. 5.2: 110-120. [reviewed]

**R**   1981. "*Un Text Tamoul de Devotion Vishnouite: Le Tiruppavai D'antal* (1972), by Jean Filliozat . » In *Religious Traditions* 4.1: 76-79.

**J2**  1980. Alaka Hejib and Katherine K. Young. "Kliba on the Battlefield: Towards a Reinterpretation of Arjuna's Despondency." *Annals: Bhandarkar Oriental Research Institute* 61: 2-12. [reviewed]

**J**   1980. "Conversion in India and North America: Some Reflections." *ARC* 8.1: 2-12.

**J**   1980."Tirtha and the Metaphor of Crossing Over." *Studies in Religion (Sciences Religieuses)* 9.1: 61-69. [reviewed]

**R**   1979. "*Religious Encounters with Death: Insights from the History and Anthropology of Religions* (1977), edited by Frank E. Reynolds and Earle H. Waugh. In *Studies in Religion (Sciences Religieuses)* 8.3: 336-37.

**R**   1977. "*The Divine Hierarchy: Popular Hinduism in Central India* by Lawrence A. Babb." In *Studies in Religion (Sciences Religieuses)* 6.5: 571-73.


**In press or accepted for publication**

**C**   The "Non-Brahmin" Srivaisnava Revival: Ritual in Contemporary Tamil Nadu (for a volume in honour of Fred Clothey: University of Pittsburg).


**Work in progress**

**B**   *Srivaisnava Beloved Places: The Genius of Hindu Cultural Integration* (complete manuscript)

**B**   *Non-Brahmin Shrivaishnavism: Religion, Caste, and Politics in Tamilnadu* (funded by SSHRC grant).

**B2**  Katherine K. Young and Leslie Orr," *Performers as Symbols: Rhetoric, Identity, and Status in Tamil History* (funded by SSHRC).

**B2**  Leslie Orr and Katherine K. Young, *Saivism and Vaisnavism: Comparing Sects in Medieval Tamilnadu* (funded by SSHRC grant).

16

**GENERAL TOPICS**

**C**   2000. "TRANSDISCIPLINARITY: Post-modern buzz word or new methods for new problems." TRANSDISCIPLINARITY: re CREATING INTEGRATED KNOWLEDGE. Eds. Margaret A. Somerville and David J. Rapport. EOLSS: Oxford. 125-134. [reviewed]

**C**   1992. "World Religions: A Category in the Making?" *Religion in History: The Word, the Idea, the Reality*. Eds. Michel Despland and Girard Vallee. Waterloo: Wilfrid Laurier University Press. 111-130. [reviewed]

**R**   1991. "Foreword." Paul Nathanson. *Over the Rainbow: The Wizard of Oz as a Secular Myth of America* Albany: State University of New York Press. xi-xx.


**In Progress**

Daniel and Katherine K. Young, eds. *What is Religion? Religion in the Courts and the Academy*" [book manuscript]

Katherine K. Young and Paul Nathanson, "From Religion to Secularity: A Continuum of Worldviews" chapter in Daniel Cere and Katherine K. Young, eds. *What is Religion? Religion in the Courts and the Academy*" (forthcoming)


**CONFERENCES AND SPECIAL LECTURES (subdivided into four: Ethics and Law, Gender, Hinduism, and Other Topics)**


**ETHICS AND LAW**

**2008 Katherine K. Young and Paul Nathanson, "Gender Equality and Sex Differences: The Effects on Parents and Children. Paper for conference on "Who is Called a Parent and Why? An Interdisciplinary Investigation of Core Questions at the Heart of Today's Family Debates" University of Virginia. Charlottesville**

2008 "Old Age in Asian Art" Proferred paper for 17th International Congress on Palliative Care (Sept 23-26). Montreal.

2008 Invited Talk for the "Public Policy and Nuclear Threats: Training the Next Generation" University of California Institute on Global Conflict and Cooperation" [refused invitation].

2008 "Is a Shared Ethic Possible?" Paper presented at the Canadian Society for the Study of Religion (CSSR) Congress of the Humanities and Social Sciences. Vancouver.

2008 ""Alternative Medicine, Religion, and Spirituality: The Mayo Clinic as a Case Study" for the symposium Alternative Medicine, Religion, and Spirituality: the Mayo Clinic as a Case Study." McGill University. Montreal.

2006. Munk Centre for International Studies, University of Toronto. "Is Medicine Becoming a Secular Religion?" Invited lecture. Toronto.

2006. Sanjay Kumar and Katherine K. Young, "The Ethical Physician as Spiritual Person: the Integral Approach of Classical Hindu Medicine."" Paper presented at the World Congress: "The World's Religions After 9/11." Montreal.

2006. "Just War Theory in Hinduism, Buddhism, and Islam with Special Reference to South Asia." Paper presented on the panel "Religion and `Just War'" at the World Congress: The World's Religions After 9/11. Montreal.

2006. Organized panel on "The Ethical Physician: Religion, Medical Oaths, Prayers, Narratives, and Rules" for the World Congress: "The World's Religions After 9/11." Montreal.

2006. Organized panel on "Extending Life: Popular Culture, Secular Religion, and World Religions" for the World Congress: The World's Religions After 9/11. Montreal.

2005. "Ahimsa, Santi, and Sanatana Dharma: A Comparison of Some Classical and Modern Concepts." Paper presented at the meeting of the American Asian Studies Association for panel "Constructing Sanatana Dharma." Chicago.

**2005. "The Institution of Marriage: Mediation of Nature and Culture in Cross-Cultural Perspective." Paper presented at the Illuminating Marriage Conference. Kananaskis, Alberta.**

**2005. Katherine K. Young and Paul Nathanson, "Gay Adults v. Children: Rights in Conflict." Guest Lecture for the Lord Reading Law Society; the other speakers were Martin Cauchon, Canada's former Minister of Justice, and Father John Walsh. Montreal.**

2005. Moderator for one-day (international) conference "The Portrayal of Indian Women in Western Academia and Media" at the Faculty of Religious Studies, McGill University. Montreal.

2003. "Euthanasia in Historical/Cultural Perspective." Lecture for the West Island Ethics Series. Montreal.

**2003. "Answering the Advocates of Gay Marriage." Paper presented at the conference "Defending Heterosexual Marriage: Good Arguments in an Era of Rights and Freedoms." Ottawa. [based on research with Paul Nathanson]**

2003. Respondent for two panels "Bioethics and Religious Implications in Indian Context: Challenges and Issues" for the conference International Association of the History of Religions (IAHR). Delhi, India.

2000. "Hindu and Buddhist Medical Ethics." Paper presented to the History of Medical Ethics Workshop for authors of the Cambridge History of Medical Ethics. Houston.

2000. "Hinduism and Medical Ethics." Paper for the Symposium on Hinduism in the Twenty-first Century (Concordia). Montreal.

1999. "Democracy, Human Rights, and Gender." Invited lecture at the Universitas Muhammadiyah Surakarta, Program Magister Studi Islam. Surakarta, Indonesia.

1999. Lecture Series for IAIN Workshop on Religion and Development included "Economics, Ethics, and the Clash of Civilizations" and "Development and Business Ethics." Yogyakarta, Indonesia.

1996. "Self-willed Death and Euthanasia in the History of World Religions." Plenary speaker for Special all-day Symposium: Searching for the Soul of Euthanasia For the 11th International Congress on Care of the Terminally Ill. Montreal.

1996. "Racism, Free Speech, and the University." Invited speaker for the public lecture hosted by the McGill Institute for the Study of Canada. Montreal.

18

1996. "Symposium on Tolerance." Invited speaker for the Canadian Authors Association, Montreal branch. Montreal.

1993. "Between Prolonging and Shortening Death: The Search for a Middle Path." Plenary address at the Eight Annual Grief Conference. Vancouver.

1993. "Summary of Between Prolonging and Shortening Death: The Search for a Middle Path." BCTV, Evening News, 12 November 1993. Television Interview. Vancouver.

1992. "The Biological Revolution: Canadian Churches Reflect on New Reproductive Technologies." Series presented to the Continuing Theological Education Programme, Presbyterian College. Montreal. Lecture 1: Major Ethical Positions (delivered by K. Young; jointly written with P. Nathanson); Lecture 2: The Canadian Royal Commission on New Reproductive Technologies: An Update (delivered by K. Young; jointly written with P. Nathanson); Lecture 3: Canadian Churches Reflect on the New Reproductive Technologies (K. Young).

1991. Katherine Young and Paul Nathanson, "New Reproductive Technologies: Three Views in the Public Square." Lecture at the Toronto Centre for Bioethics (University of Toronto). Toronto.

1991. Katherine Young and Paul Nathanson, "Deconstruction and Ethics: the Rhetoric of Autonomy, Pluralism and Ideology." Lecture at the Toronto Centre for Bioethics (University of Toronto). Toronto.

1991. Katherine Young and Paul Nathanson, "Deconstructing Deconstruction: Intellectual and Ideological Roots of Political Correctness." Invited lecture for the Canadian Royal Commission on New Reproductive Technologies addressing the deputies and researchers of various departments. Toronto.

1991. "Reproductive Rights." Special speaker at the McGill Alumnae "Choices and Challenges Seminar." Montreal.

1990. Invited by the Canadian Government to participate in the "Search Conference, Royal Commission on New Reproductive Technologies (NRT)." Wolfville, Nova Scotia.

1990. Hosted the Research Team of the Royal Commission on New Reproductive Technology and presented with P. Nathanson the Donner Canadian Foundation Project on the NRT. Montreal.

1990. "The Sanctity of Life: A Hindu Perspective." Paper presented at the annual meeting of the American Academy of Religion, at the panel "Religion and Medicine." New Orleans.

1989. Discussion of Au claire de l'ovule, at the McGill Pugwash Society. Montreal.

1989. "Regarding the announcement of the Royal Commission to study in vitro, artificial insemination and surrogacy." Interview on CBC Radio Noon, live: 15 April 1989. Montreal.

1989. "Regarding the announcement of the Royal Commission to study in vitro, artificial insemination and surrogacy." Interview on CKO Radio, aired 28 April and 1 May 1989 in major cities across Canada.

1989. Katherine Young and Paul Nathanson, "New Reproductive Technologies: Challenges to Human Identity." Paper presented to the McGill Associates and the McGill Society of Montreal. Montreal.

1989. Chair of panel "Feminism, Spirituality and Ethics" at the annual meeting of the Canadian Society for the Study of Religion (CSSR). Laval.

1989. "Abortion." Interview with Royal Orr and guests on *Exchange*, CJAD Radio, 12 July 1989. Montreal.

1989. Katherine Young and Paul Nathanson, "Understanding the Implications of New Reproductive Technologies." Paper presented at "London '89: The Second International Conference on Health Law and Ethics." London, UK.

1989. Katherine Young and Paul Nathanson, "Abortion: New Perspectives on an Old Debate." Special conference speaker at the annual meeting of the Canadian Bar Association on "Health Law and Civil Liberties." Vancouver.

1989. Katherine Young and Paul Nathanson, "NCWC Policy Statement on New Reproductive Technologies: A Critical Commentary." Lecture for the Montreal Council of Women. Montreal.

1989. Katherine Young and Paul Nathanson, "Canada's Naked Public Square." Plenary address given at Atlantic Human Rights Centre, "National Symposium on Interfaith Dimensions of Canadian Multiculturalism." Fredericton, NB.

1989. Medical Ethics Conference. Paper: Reproductive Technologies: The Ethical Issues. Montreal.

1989. McGill Faculty of Law: Moot Court. Invited speaker: Abortion. Montreal.

1989. Concordia University Lecture: Abortion: Some New Insights. Montreal.

1988. "Conflict Resolution in Hinduism." Paper presented to the Society for the Scientific Study of Religion. Chicago.

1987. "Euthanasia as Self-Willed Death: Discussions in the Dharma-sastras and the Contemporary Debate." Paper presented to the VIIth World Sanskrit Conference. Leiden, Netherlands.


**GENDER**

2009. Paul Nathanson and Katherine K. Young. "By Love Possessed: The Case for Intersexual Dialogue" for the McGill Psychology Students Society.

2007. Paul Nathanson and Katherine K. Young "Coming of Age as a Villain: What Boys Need to Know in a Misandric World," Boy's and the Boy Crisis. Plenary. Washington D.C. (with Paul Nathanson)

2007. "The New Double Standard; Misandry and Public Discourse." Invited lecture. Toronto Writer's Centre. Toronto,. With Paul Nathanson.

2006. Legalizing Misandry: From Public Shame to Systemic Discrimination against Men. Invited lecture. Wagner College. New York City (with Paul Nathanson)

2003. "Representations of Hindu Women in Western Academia." Paper for the conference International Association of the History of Religions (IAHR) for the panel "Representations of Hinduism in Western Academia." Delhi, India.

2003. "The Symbolism and Interpretation of the Dot Worn by Hindu Women." South Asia Conference. Madison.

2003. Invited lecture for Wagner College on *Spreading Misandry*. New York.

**2003. Katherine Young and Paul Nathanson, "Marriage and Male Identity." Presented at the conference "Wars of the Ring: Revisioning Marriage in Postmodern Culture." Montreal.**

2003. "Man as Inadequate, Evil, or Honorary Woman: Images of Men in Popular culture and the Implications for Our Times" and **"No longer Provider, Protector, Progenitor: The Loss of Male Identity and the Implications for the Institution of Marriage." Invited keynote speaker for the Alberta Federation of Women United for Families. Calgary.**

2002. "The Anthropology of Male Bleeding and Birthing Rituals," and "Are There Lessons to be Learned from Anthropology? Postmodernism, the Obsolescence of Maleness and Masculinity, and the Reproductive Revolution." Invited speaker at the Obstetrics and Gynecology Conference "New Developments New Boundaries" sponsored by the Faculty of Medicine, University of Alberta. Banff.

2001. "Contribution of the Field of Religious Studies to Women in Islamic Culture." Invited lecture for the Institute of Ismaili Studies. London, UK.

2001. "Antal." Paper presented at Chennai, India.

2001. IAIN Lecture Series on Gender and Religion (10 lectures). Jakarta, Indonesia.

1999. "What Does the Return of the Goddess Mean for Christianity?" Invited lecture at the Universitas Kristen Duta Wacana. Yogyakarta, Indonesia.

1998. "Om, the Vedas, and the Status of Women with Special Reference to Srivaisnavism." Paper presented at the annual meeting of the American Academy of Religion. Orlando

1997. "Concepts of Masculinity in Cankam (Tamil) Poetry." Paper presented to the working group at the Dharma Hinduja Indic Research Centre. Columbia University. New York.

1996. Paper presented to the working group at the Dharma Hinduja Indic Research Centre. Columbia University. New York.

1996. "Antal: the Female Jesus of Hinduism?" Invited speaker at the Brock Philosophical Society. Ontario.

1995. Respondent for a panel on "Women and Vedic Authority" at the annual meeting of the American Academy of Religion. Philadelphia.

1995. "Can Women Utter Mantras with OM: The Srivaisnava Debate." Invited participant in the working group at the Dharma Hinduja Indic Research Centre. Columbia University, for the topic "Gender and the Vedic Tradition." New York.

1994. "Vaidika Images in the Hindu Epics and their Implications for a Sitz im Leben." presented at the annual meeting of the American Academy of Religion. Chicago.

1994. "Women in Vedic Ritual." Paper presented at Conference on Religion in South India. Walker Valley, New York.

1994. "Women as Ritual Experts in the Tamil Bhakti Tradition." Paper presented at the meeting of the American Academy of Religion: Eastern International Region, for panel "Women as Ritual Experts: Historical and Textual Studies." Montreal.

1994. "Grief and the Crisis of Masculine Identity in Cross-Cultural Perspective." Plenary address at the International Conference on Helping the Bereaved Male. London, ON.

1993. "The Pavai Poems: A Study of Gender and Hinduism." Paper presented at the annual meeting of the American Academy of Religion. Washington, DC.

1992. "Women in World Religions: Some Recent Trends," Plenary address at the Isma`ili Women's Leadership Conference. Montreal.

1992-91.The Argyle Institute of Human Relations (a series of 6 talks with Paul Nathanson). Montreal.1) "Introduction to the Masculine Syndrome;" 2) "Beyond Ideology: Intersexual Dialogue.," 3) "Masculine Identity in Cross-Cultural and Historical Perspective.," 4) "The Rhetoric of Shame: Effects of Feminist Attacks on Masculine Identity." 5) "Directions for Future Research." 6) "Fatherhood in Popular Culture: An Analysis of the Murphy Brown Controversy."

1991. "Hindu Militancy and the Women's Issue." Paper presented to the Centre for South Asian Studies. Toronto.

1991. "Women and Hinduism." Invited speaker at the conference "Woman and Religion: A Feminist Inquiry." Calgary.

1991. "Teaching about Women and Hinduism." Paper presented to the annual meeting of the American Academy of Religion. Kansas City.

1990. "Ramanuja on the Salvation of Women." Paper presented at the International Conference on Srivaisnavism (Ananthacharya Indological Research Institute). Bombay.

1990. "The Concept of Tilaka," and "Sankara on Women." Papers presented at the Institute for Oriental Study (Thane: India). Bombay.

1990. "What If No One Wants to Know?: Dilemmas of Reconstructing the Life of a Hindu 'Lady Saint' and Challenging Emic History." Paper presented at the Berkshire Conference on the History of Women (Rutgers University). New Jersey.

1990. "Grounding Issues of Gender in Historical Process: the Rise of Kingdoms and Universal Religions in Comparative Perspective." Paper presented at the XVIth Congress of the International Association for the History of Religions. Rome.

1990. "Homosexuality and Religion: A Comparative Prospective," Paper presented at University of Toronto. Toronto.

1989. "Some Reflections on Fundamentalism, Hinduism, and Women." Paper presented at the CFQOI (Cercle des Femmes du Québec d'Origine Indienne) conference "Fundamentalism, Social Change, and Women." Montreal.

1988. "Hindu Widow Burning: Religious Dimensions of Sati." Paper presented at the Canadian Centre for Research on Women and Religion. University of Ottawa. Ottawa.

1988. "A General Theory of Women in World Religions. Responses to theory by R. Ruether, J. Smith, R. Gross, N. Barnes, D. Carmody, T. Kelleher." Paper presented at the annual meeting of the American Academy of Religion. Chicago.

1988. "Gandhi's Contribution to Women's Liberation." Lecture to the McGill Shastri Advisory Committee and Bharat Bhavan Foundation. Montreal.

1987. Respondent at conference on the "Mother Goddess: Comparative and Analytical Perspectives." Carleton University. Ottawa.

1987. "History, Hagiography, and Mythology in The Mormon, Shaker, Chinese, and Hindu Traditions." Discussant at the annual meeting of the American Academy of Religion. Boston.

1986. "Orthodox Grounds for a Feminist Theology: A Reappraisal of the Bhagavad Gita." Paper presented at the annual meeting of the American Asian Studies Association. Chicago.

1986. "Antal: The Biography of a Tamil Saint." Paper presented to The Buck Society. Montreal.

1986. "On the Model of Jaina Sallekhana: Antal's Fast to Death." Paper presented at the annual meeting of the American Academy of Religion. Atlanta.

1985. Antal: God's Slave as She Who Rules." Paper presented at the International Congress of the History of Religions (IAHR). Sydney, Australia.

1985. Indira Gandhi." Public lecture at Bishops University. Sherbrooke.

1982. Sexual Bisection at the Divine-Human Intersection: Reflections on the Hindu Couple as God and Goddess Incarnate." Paper presented at the Conference on Religion in South India. Pittsburgh.

1982. Katherine Young and Lily Miller, "The Popularity of Anandamaya Ma: Lady- Saint of Modern Hinduism." Paper presented at the annual meeting of the American Academy of Religion. New York.

1980. "From Hindu *strīdharma* to Universal Feminism: A Study of the Women of the Nehru Family." Paper presented at the IV International Congress of the International Association for the History of Religions (IAHR) Winnipeg.

1980. "One Stage, Three Acts: The Life Drama of a Traditional Hindu Woman." Paper presented at the Association for Asian Studies. Washington, DC

1979. "Srivaisnava Feminism: Intent or Effect?" Paper presented at the annual meeting of the American Academy of Religion. New York.

1979. "Tilaka: The Beguiling Simplicity of a Dot." Paper presented at Canadian Association of Sanskrit and Related Studies. Saskatoon.

1978. "Towards Recognition of the Religious Structure of Sati [joint paper]." Paper presented with Alaka Hejib at the American Oriental Society. Toronto.

1978. "Was the Buddha Misogynist?" Paper presented at the annual meeting of the American Academy of Religion. New Orleans.

1978. "The Classical Indian View of Tolerance as a Mediating Model" Paper presented at the annual meeting of the American Academy of Religion. New Orleans.

1978. Katherine Young and A. Hejib, "Power of the Meek (abala): A Feature of Indian Feminism." Paper presented at the annual meeting of the American Academy of Religion. New Orleans.


**HINDUISM AND BUDDHISM**

2009 Invited Lecture "Negotiating Śrīvaiṣṇava Identity, Canonizing Place" Interational Workshop on the Internal and External Chronology of Tamil Bhakti held at Ecole Française d'Extrême-Orient (Centre of Pondicherry): Pondicherry, India.

2009 Invited Lecture "Srivaisnava Reformers in the Nineteenth Century" (Chenna: Srivaisnava Society)

2009 "From Outside to Inside: Shrivaisnava "Outcastes" Inside Ramanuja's House." Tamil Studies Conference, University of Toronto.

2008 "Changing Srivaisnava Views of Service: a Non-Brahmin Perspective." Paper for North American Hindu Association of Dharma Studies (Chicago: in conjunction with the American Academy of Religion).

2008 Tamil Studies Conference: Changing Views of Tamil Religious Personhood:

The Intertwined Lives of Three Shrivaisnavas. Tamil Studies Conference. "Being Human; Being Tamil: Personhood, Agency, and Identity" University of Toronto.

2008 Invited Lecture: "Religion, Emotions and Politics in Contemporary Tamilnadu: A Look at Non-Brahmin Srivaishnavism (Organized by the Cultural Dynamics and Emotions Network (School of History and Anthropology, Queen's University Belfast, U.K. and M.O.P. Vaishnav College for Women, Chennai India.

2008 "Deepak Chopra: Keeping Spiritual Pace with the Times" Paper for American Academy of Religion Eastern International Region Conference (Montreal)

2007. Keynote speech: Arvind Sharma's Contribution to Hinduism; Seventeenth International Congress of Vedanta (Miami Ohio)

2007. "State Formation in the Cankam Period" for the conference "Imagining Collectives: Continuities, Changes and Contestations" Tamil Studies Conference, University of Toronto. Toronto.

2007. "Chanting and Singing: Markers of Vaisnava Identities in Tamil Nadu." American Asian Studies. Boston.

2007. Plenary speaker, "The `Non-Brahmin' Srivaisnava Revival." University of Madras, Chennai, India.

2006. Negotiating Srivaisnava Identity, Canonizing Place." South Asia Conference. Madison, Wisconsin.

2006. "The `Non-Brahmin' Shrivaishnava Revival: Ritual, Proselytism, and Politics in Contemporary Tamil Nadu." University of Pittsburg. Invited lecture. Pittsburg.

2006. "Drummers and Changing Images of Identity: From Cankam to Bhakti Poetry" Tamil Studies Conference. Centre for South Asian Studies, University of Toronto . Invited lecture. Toronto.

2005. Katherine Young and Leslie Orr, "Praising, Performing, Recounting: The Evolution of Tamil Devotional Literature as Canon and Liturgy." Paper presented at the meeting of the American Academy of Religion: Eastern International Region for the panel "Performing Memory: Social, Ritual and Religious Identities in South India."

2003. "The Image-incarnation: Religion, Philosophy, and Sectarian Politics in the Evolution of Srivaisnavism." Invited speaker for the Austrian Academy of Sciences symposium "The Mutual Influences and Relationship of Visistadvaita and Pancaratra." Vienna.

2002. "Towards a Global Hindu Dharma." Paper for additional session at the American Academy of Religion. Toronto.

2002. "Is there a link between the symbolism of Mesopotamian sacred geography and Hinduism?" Invited speaker for a special three day colloquium organized by M. Witzel, Prof. of Sanskrit and Indian Studies, which brought together 30 linguists and archeologists to try to solve some of the problems of ancient Indian history. Cambridge, MA.

2001. "Crossing Over the Ocean to the Other Shore: Are Indic Metaphors and Indian Ocean Networks Connected?" Invited Paper presented to the Institute of Social and Cultural Anthropology, Oxford University conference "The Indian Ocean: Trans-regional creation of Societies and Cultures: Traditions of Learning and Networks of Knowledge." Oxford, UK.

2001. "Across and Around the Indian Ocean." Invited speaker for a special three day colloquium organized by M. Witzel, Prof. of Sanskrit and Indian Studies, which brought together 30 linguists and archeologists to try to solve some of the problems of ancient Indian history. Cambridge, MA.

2001. "Brahmasastra and the Ethics of Weapons of Mass Destruction in the Mahabharata." Paper presented at the International Conference on the Mahabharata (Concordia). Montreal.

2000. "Narayana: Supreme God of the Indus Valley Civilization?" Paper presented at Chennai, India.

2000. "The 108, the 96, the 4, the 2, the 1: Srivaisnava Beloved Places and the Hermeneutics of Favoritism." Paper presented at Chennai, India.

2000. "Srivaisnavism and Pilgrimage." Paper delivered by video. Bombay, India.

2000. Attended the annual meeting of the American Academy of Religion. Nashville.

2000. "Was the Indus Valley Civilization Dravidian? A View from the South" Paper presented to the International Congress of Asian and North African Studies (ICANAS). Montreal.

2000. Guest speaker at the Guyana Hindu temple. Montreal.

1999. Attended the Shastri Indo-Canadian Institute Symposium. Ottawa.

1999.  Chair for session at the meeting of the Canadian Society for the Study of Religion (CSSR). Sherbrooke.

1999. Paper given at the Conference on Religion in South India. Raleigh, NC

1999. Invited speaker for a special three day colloquium organized by M. Witzel, Prof. of Sanskrit and Indian Studies, which brought together 30 linguists and archeologists to try to solve some of the problems of ancient Indian history. Cambridge, MA.

1998. "Finding Sacred Landscapes in the Stars." Guest speaker at the University of Quebec at Montreal, Religion Department. Montreal.

1997. Guest speaker for the Organization of Women of Indian Origin. Montreal.

1996. Attended conference on Youth and Youthfulness in the Hindu Traditions. Cambridge, UK.

1996. Guest of Honour and Speech on the occasion of "Ponkal" delivered to the Saiva Community of Montreal. Montreal.

1994. "Introduction." For panel "Review of Diana Eck's *Encountering God*" at the annual meeting of the American Academy of Religion: Society for Hindu-Christian Studies.

1994. Katherine Young and Leslie Orr, "Images of Music in the Saiva Bhakti Hymns." Paper presented at the International Conference on Saivism. Montreal.

1994. Speech on the occasion of "Ponkal" delivered for the Saiva Community of Montreal. Montreal.

1993. "Planning for the Future: Representing Hinduism in North America in the 21st Century." Speech at the Hindu Mission. Montreal.

1993. "Etymology as a Hermeneutical Device in Sanskrit Commentaries." Paper presented at the meeting of the Canadian Asian Studies Association. Ottawa.

1992. "A Vedantic Critique of Western Hermeneutics." Plenary address for the Fourth International Congress of Vedanta. Miami, OH.

1992. Address and MP for Inaugural Event of the International Foundation for Vedic Education. New Jersey

1991. "From Hindu Raj to Hindu Tolerance." Paper presented at the meeting of the American Academy of Religion: Eastern International Region. Toronto.

1991. "Tamil Identity as Portrayed in Cankam Literature." Invited paper for the conference "Archaeological and Linguistic Approaches: Ethnicity in South Asia." Toronto.

1990. "The Liberal Sankara: In Support of the Sannyasa and Salvation of Sudras." Paper presented at conference "Advaita Vedanta." Miami, OH. Plenary Session:

1989. "The Classical Indian View of Tolerance and its Relevance for Today's Multiculturalism." Paper presented at the conference "Truth and Tolerance" at McGill University. Montreal.

1989. "The Meeting of Two Great Traditions: Migration Into Tamil Nadu (500 to 900 C.E.)." Invited paper for the Conference on South Asian Diaspora: Centre for South Asian Studies, University of Toronto. Toronto.

1988. Chair of panel at conference "Radhakrishnan." Miami, OH.

1988. "Reciprocal Illumination in the Context of Secularism." Paper presented at the meeting of the Canadian Society for the Study of Religion. Windsor.

1988. Katherine Young and Leslie Orr, "The Symbol of the Bard (Panar-) in Tamil Hagiographies." Paper presented to the Research Triangle, Conference on Religion in South India. North Carolina.

1988. "Imaging the Land in Tamil Poetry: Clues to the Early History of South India." Paper presented at the Department of Geography, McGill University. Montreal.

1987. Katherine Young and Arvind Sharma, "The Meaning of *atmahano janah* in *Isa Upanisad* 3." Presented at the meeting of the American Oriental Society. Los Angeles.

1987. "The Religions of India." Lecture at the Shastri Summer Program. Montreal.

1987. "The Religions of India: Appreciation at the End of the Millennium." Invited lecture at the National Library of Canada and the Shastri Indo-Canadian Institute. Ottawa.

1986. Katherine Young and Leslie Orr, "Just Who is Serving the God and Singing and Dancing in the Bhakti Hymns of the Alvars and Nayanmars?" Paper presented at the Conference on Religion in South India. Hyannis, MA.

**1985. "Is Indian Cross-Cousin Marriage Proto-Dravidian?" Paper presented to the Canadian Association of Sanskrit and Related Studies. Montreal.**

1985. Chairs of the panel "Perspectives on the Bhagavad Gita," at the meeting of the Canadian Asian Studies Association. Montreal.

1985. Chair of panel "Sanskrit Sastras," at the meeting of the Canadian Association of Sanskrit and Related Studies. Montreal.

1985. Chair of panels at the meeting of the Canadian Society for the Study of Religion. Montreal.

1985. Katherine Young and Leslie Orr, "Syncretism and Displacement: A Study of the Figure of the panar in Tamil Poetry." Conference on Hindu Syncretism. Ottawa.

1982. Chair for panel "Philosophy and Religion: The Visistadvaitic School." Conference of the Canadian Association of Sanskrit and Related Studies. Ottawa.

1982. "Dying for *bhukti* and *mukti*: The Srivaisnava Apprehension of Death." Paper presented for the Canadian Society for the Study of Religion. Ottawa.

1982. Discussant for panel "A Current Look at Iskcon," at the annual meeting of the American Academy of Religion. New York.

1981. "Srivaisnava Hermeneutics and Heuristics for Comprehensive Culmination." Paper presented to the Canadian Asian Studies Association. Halifax.

1981. "The Srivaisnava Concept of Pilgrimage." Respondent to plenary address by Dr. Charles Long at the conference "Pilgrimage, The Human Quest." Pittsburgh.

1981. "The Ontological Status of the Image (arca): A Srivaisnava Perspective." Paper presented at the conference "Religion in South India." Philadelphia.

1980. Katherine Young and A. Hejib, "Etymology as a Device for Commentarial Convenience: a Study of Parasarabhattar's Commentary on Srivisnusahasranama, 640-644." Paper presented at the Canadian Association for Sanskrit and Related Studies. Montreal

1979. "Was the Buddha really *vedagu* (well-versed in the Veda) as claimed in the Pali Canon?" Paper presented at the annual meeting of the American Academy of Religion. New York.

1979. "Tirtha: The Aquatic Gateway." Paper presented at the Canadian Asian Studies Association. Guelph.

1978. Katherine Young and A. Hejib, "Hermaphrodite on the Battlefield: Towards a Reinterpretation of Arjuna's Despondency." Paper presented at the All India Oriental Congress. Poona, India.

1978. "A Reconsideration of Ramanuja's Position on *arcavatara* with Special Reference to Bhagavad Gita 4:11." Paper presented at the annual meeting of the American Academy of Religion. New Orleans.


**GENERAL TOPICS**

2008 "Definition Religion: A View from the Academy: Keynote speech for the "What is Religion?" Symposium, Faculty of Religious Studies. McGill University. Montreal.

2007. One of three keynote speakers: "Religion, Rights, and the State:" For the Religion Pluralism, Politics, and God" Conference. McGill University. Montreal.

2001. Series of lectures and classes at The Elijah School (three weeks). Summer program "Saints in World Religions." Jerusalem, Israel.

2000. Invited speaker at the conference "Encounter of Civilizations" at Carleton University. Ottawa.

1999. "Good Governance: A Workable Solution for Indonesia?" Attended workshop. Montreal.

1992. "Graduate Education in Canada." Report to the American Academy of Religion Special Topics Forum on "Graduate Education in Religion: Setting the Agenda for the 90s and Beyond." San Francisco.

1989. "World Religions: A Category in the Making?" Invited paper presented at the McMaster conference "Religion in History: The Word, the Idea, the Reality." Hamilton, ON.

1985. "Hidden Agendas and the State of the Art: Should Comparative Religion be Taught in Indian Schools?" Conference at McGill University. Montreal.

1981. Representative of McGill Faculty of Religious Studies at the Council of Graduate Studies at the annual meeting of the American Academy of Religion. San Francisco.

**Index of Past Testimony**

- *Varnum v. Brien*, No. CV-5965 (Iowa Dist. Ct. 2007).

## Index of Material Considered

1. Don S. Browning et al, eds., In *Sex, Marriage, and Family in World Religions* (New York: Columbia University Press, 2006)

2. Declaration of Katherine Young, PhD., as Expert Witness for Defendant, Varnum et al. v. Brien, No. CV 5965 (Polk County, IA)

3. Declaration of Paul Nathanson, PhD., as Expert Witness for Defendant, Varnum et al. v. Brien, No. CV 5965 (Polk County, IA)

4. Defendant-Intervenors' Notice of Motion and Motion for Summary Judgment, and Memorandum of Points and Authorities in Support of Motion for Summary Judgment, Perry et al. v. Schwarzenegger et al., No. 09-2292 (N.D. Cal. filed May 22, 2009)

5. Anthony Giddens, Mitchell Duneier, and Richard P. Appelbaum, *Introduction to Sociology*, 4th ed. (New York: W.W. Norton, 2004)

6. Rita M. Gross, "The Householder and the World-Renunciant: Two Modes of Sexual Expression in Buddhism" in *Marriage Among the Religions of the World,* ed. Arlene Anderson Swidler (Lewiston, N.Y.: Edwin Mellen Press, 1990)

7. David E. Gunn, Chris Barrigar, and Katherine K. Young, eds., *Religion and Law in the Global Village* (Atlanta: Scholars Press, 2000)

8. *Halpern v. Canada* (A.G.) (2003) O.A.C. 172

9. Lester Kurtz, *Gods in the Global Village: The World's Religions in Sociological Perspective* (Thousand Oaks, Calif.: Sage, 1995)

10. Elizabeth Marquardt, *The Revolution in Parenthood: The Emerging Global Clash between Adult Rights and Children's Needs* (New York: Institute for American Values, 2006)

11. Paul Nathanson, *Pop Goes the Family: Marriage in Popular Culture*

12. Paul Nathanson and Katherine K. Young, "On Biology and Destiny," *Ecumenist* 27.2 (1989)

13. Paul Nathanson and Katherine K. Young, *Spreading Misandry: The Teaching of Contempt for Men in Popular Culture* (Montreal: McGill-Queen's University Press, 2001)

14. Vernon Reynolds and Ralph Tanner, *The Biology of Religion* (London: Longman House 1983)

15. W.H.R. Rivers, "Marriage," in *Encyclopaedia of Religion and Ethics,* ed. James Hastings, vol. 8 (New York: Charles Scribner's Sons, 1915)

16. Shelby Steele, "Selma to San Francisco? Same-Sex Marriage Is Not a Civil Rights Issue," 20 March 2004, *Opinion Journal*

17. Bruce G. Trigger, *Understanding Early Civilizations: A Comparative Study* (Cambridge: Cambridge University Press, 2003)

18. Edith Turner and Pamela R. Frese, "Marriage," in *Encyclopedia of Religion*, ed. Mircea Eliade, vol. 9 (New York: Macmillan, 1987)

19. Katherine K. Young, "The Institution of Marriage: Mediation of Nature and Culture in Cross-Cultural Perspective." Chapter for a volume entitled *The Conjugal Bond: Interdisciplinary Perspectives on the Institution of Marriage* edited by Daniel Cere [under review]

20. Katherine Young, "Transdisciplinarity: Postmodern Buzz Word or New Methods for New Problems?" in *Transdisciplinarity: Recreating Integrating Knowledge*, ed. Margaret A. Somerville and David J. Rapport (Oxford: EOLSS, 2000)

21. Katherine K. Young and Paul Nathanson, *Clearing the Air: The Spurious Claims of Those who Want to Redefine Marriage*

22. Katherine K. Young and Arvind Sharma, "Hindu Marriage," Ecumenism 163 (September 2006): 4-11.

23. Katherine K. Young and Paul Nathanson, *Interfaith Etiquette in a Multireligious Society*, in TOWARDS A CODE OF ETHICS: INTERFAITH DIMENSIONS OF CANADIAN MULTICULTURALISM (Abdul Lodhi et al. eds. 1990)

24. Katherine K. Young and Paul Nathanson. "Redefining Marriage or Deconstructing Society: a Canadian Case Study." *Journal of Family Studies* (Australia). Vol 13 issue 2 (November 2007)

25. Katherine K. Young, "The Classical Indian View of Tolerance with Special Reference to Tamil Epic Cilappatikaram," in *Truth and Tolerance* (Montreal: Faculty of Religious Studies, McGill University, 1990)

26. Katherine K. Young and Paul Nathanson, *The Future of an Experiment*, in Divorcing Marriage 41 (Daniel Cere and Douglas Farrow, eds., 2004)

27. Webster's Encyclopedic Unabridged Dictionary of the English Language (New York: Portland House, 1989).

28. Katherine K. Young and Paul Nathanson, Gender Equality and Sex Difference: The Effects on Fathers and Children (2009).

29. Katherine Young, *Definition of "Transdidciplinarity", in* Transdisciplinarity: Recreating Integrated Knowledge (Margaret Somerville and David J. Rapport, eds)

30. Katherine K. Young and Paul Nathanson, "The Future of an Experiment" in *Divorcing Marriage:    Unveiling the Dangers in Canada's New Social Experiment,* ed. Daniel Cere and Douglas Farrow      (Montreal: McGill-Queen's University Press, 2004)

31. Susanne G. Frayser, *Varieties of Sexual Experience: An Anthropological Perspective on Human Sexuality* (New Haven: HRAS press, 1985)