# EXHIBIT E

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PERRY, et al.,                                              CASE NO. 09-CV-2292 VRW

            v.

                                                            **DECLARATION OF**
                                                            **LOREN MARKS,**
SCHWARZENEGGER, et al.                                      **AS EXPERT WITNESS FOR**
                                                            **DEFENDANT-INTERVENORS**

## EXPERT REPORT OF LOREN MARKS

*Introduction*

       1.      I will address the question:  Based on available social science that meets established standards, is the biological, marriage-based family the ideal structure for child outcomes?

*Qualifications*

       2.      I am the Kathryn Norwood and Claude Fussel Alumni Professor in the College of Agriculture in the Division of Family, Child, and Consumer Sciences at Louisiana State University. I have published or have in press over forty peer-reviewed articles and chapters on topics relating to family and family science.  Additionally, I have given over forty refereed or invited presentations, including many at national/international conferences such as the National Council on Family Relations and the Society for Research on Child Development.  Finally, I am a reviewer for thirteen peer-reviewed journals, including *Applied Psychology: Health and Well-being*, *Family Relations, Fathering,* the *Journal of Child and Family Studies*, the *Journal of Comparative Family Studies*, the *Journal of Family Theory and Review*, the *Journal of Marital and Family Therapy*, the *Journal of Marriage and Family*, and the *Journal of Social and Clinical Psychology*.

       3.      In 2008, I received the LSU Rainmaker Award for being one of the Top 100 LSU Research Faculty. In 2005, I received the Jack Shand Research Award from the Society for the Scientific Study of Religion.  I received the Alumni Association Outstanding Teacher Award from the LSU School of Human Ecology in both 2004 and 2008, and I recently received the 2009 LSU College of Agriculture Sedberry Undergraduate Teacher of the Year Award.  I received 2004 sectional Paper of the Year Award the National Council on Family Relations. Most recently, I was honored with an endowed professorship (although I am still only an associate professor in rank)—the

Kathryn Norwood and Claude Fussel Alumni Professorship in the LSU College of Agriculture.

4.　　　I hold a Bachelor of Science in family sciences and a Master of Science in family sciences and human development from Brigham Young University, and a Doctorate of Philosophy in family studies from the University of Delaware. The courses I taught while at Delaware included Introduction to Community and Family Services, Foundations of Family Studies, and Emerging Lifestyles: Relationships and Diversity.

5.　　　Since 2002, I have been a member of the faculty of the Division of Family, Child, and Consumer Services at Louisiana State University. For the past eight academic years, I have taught undergraduate courses in, among other topics, Family Dynamics, Family Resource Management, Marriage and Family Relationships, and Family Life Education. During the same time, I have taught graduate courses in Qualitative Research Methods, Contemporary Family, and Theories of Family Science.

6.　　　For my work in this matter, I am being compensated at a rate of $200 per hour.

### Biological, Marriage-Based Parenting and Child Outcomes

7.　　　In the August 2009 issue of *Journal of Marriage and Family*, a leading family sociology journal, an article title reads "Adolescents with Nonresident Fathers: Are Daughters More Disadvantaged than Sons?"[1] This title reflects at least two points central to my report. First, most sociologists are aware of recurring findings that children (male and female) who are not living in a biological, marriage-based (hereafter "intact") family are at heightened risk for problems in several areas of critical societal-level concern, including, but not limited to: (a) health, mortality, and suicide risks, (b) drug and alcohol abuse, (c) criminality and incarceration, (d) intergenerational poverty, (e) education and/or labor force contribution, and (f) sexual activity and early childbearing. The ideal way to study these outcomes is across time and into adolescence and young adulthood—one-time, cross-sectional studies of younger children tell us significantly less about these core issues of concern because most of them do not emerge until adolescence. As I will document in this paper, each of the critical aforementioned concerns has been documented in rigorous studies with large probability samples.

8.　　　*Health, mortality, and suicide risks in intact and non-intact families.* Being born to an unmarried mother is correlated with a 50% higher rate of infant mortality.[2] Being raised outside of marriage and residential fatherhood is associated with heightened risks to physical health, mental health, and mortality. For example, a tripling of the suicide rate among *teens and young adults* over the last 50 years, motivated a study which found that the "most explanatory variable…is the increased share of youths living in homes with a divorced parent." This change accounts for up to "two-thirds of the increase" in suicide.[3]

9.　　　Linda Waite, a leading Demographer and former president of the Population Association of America, has reviewed scores of mortality and health related

---

[1] Mitchell et al., 2009
[2] Gaudino et al., 1999; Siegel et al., 1996
[3] Wilcox et al., 2005, p. 28; Cutler et al., 2000

studies and has concluded that marriage correlates with a variety of measurable health and protective benefits that extend to children, women, and men.[4] A recent related study in Sweden, where nonmarital childbearing and rearing are normative, nevertheless found that male youth in single-parent homes were more than 50% more likely to die from suicide, accidents, or addiction—and that females and males alike were more than 50% as likely to struggle with mental illness, suicide, and alcohol and drug abuse.[5]

10.     *Drug and alcohol abuse in intact and non-intact families*. The same heightened risk of drug use and abuse documented in Sweden during adolescence (as high as two to three times as high) has also been found in single-parent U.S. homes.[6] This finding holds even after controlling for race, family income, and gender.[7]

11.     The connection between marriage and lower drug and alcohol abuse rates influences children in multiple respects. First, married mothers and fathers have significantly lower rates of illegal drug and alcohol use than single adults.[8] This means that risks of damage to a fetus in utero are lower (e.g., Fetal Alcohol Syndrome)—and that infant mortality rates after birth decrease.[9]

12.     Second, longitudinal research by Bachman and colleagues indicates that marriage helps change several self-destructive tendencies. Waite and Gallagher report decreases in cocaine, alcohol, tobacco use that are particularly sharp among married men.[10] Notably, the trends toward lower drinking tend to reverse for men after a divorce.[11]

13.     The marital influence on drinking is not solely male, however. In connection with problem drinking, a longitudinal study by Horwitz and colleagues found that getting married led to more significant declines in women's problem drinking than men's.[12] The same study noted that both wives and husbands who report good relationship quality report fewer problems with alcohol and lower depression. Lower problem drinking among married *adults* also holds for African Americans and Latinos.[13] In sum, marriage and marital quality are both correlated with lower use of alcohol.

14.     Relatively low rates of drug use and abuse by married parents provide healthier models for children to emulate. However, this is not the only alcohol/drug connection to child outcomes and well-being. Decreases or cessation in alcohol consumption are particularly significant because an estimated 65-80% of child abuse is alcohol related.[14]

15.     Marriage, when combined with biological parenting, appears to offer protective benefits for drug use and abuse for children and adolescents in addition to the

---

[4] Waite, 1995
[5] Weitoft et al., 2003; Wilcox et al., 2005
[6] Flewelling & Bauman, 1990
[7] Johnson, 1996; Wilcox et al., 2005
[8] Bachman et al. 1997; Simon, 2002
[9] Bachman, 1997
[10] Waite & Gallagher, 2000
[11] Waite & Gallagher, 2000
[12] Horwitz et al., 1996
[13] Schoenborn, 2004; Contrast with teen-based finding of little difference in Blackmon et al., 2005
[14] Burger & Youkeles, 2000; Kroll & Taylor, 2000

parental benefits discussed above. Flewelling and Bauman found that teens in intact families were less likely than those from single-parent homes to use alcohol or tobacco— but that teens from stepfamilies were the *most* likely to drink or smoke.[15] In a recent related review, Wilcox and colleagues state that "teens living with *both biological parents* are significantly less likely to illicit drugs, alcohol, and tobacco" themselves.[16]

16.     *Criminality and incarceration in intact and non-intact families*. In addition to marriage serving as an apparent buffer against drug and alcohol use, there also appear to be protective effects in connection with crime. Waite and Gallagher summarize, "Both divorced and unwed parenting dramatically increase the risk that a child will get into trouble with the law…[and] commit more delinquent acts."[17] Manning and Lamb similarly found that children from cohabiting families were 122% more likely to be suspended or expelled from school than those from intact families.[18] In another examination of early criminality and delinquency, Rickel and Langer found that children who were residing with their biological fathers were least involved in delinquent behavior, while children with stepfathers fared worst. Single-parented children fell in between.[19]

17.     Moving to more serious offenses, a recent study by Harper and McLanahan found that in connection with criminal activity and subsequent incarceration between the ages of 15-30, single-parented males are at twice the risk of those from intact families.[20]   In their summary of the literature, Kamark and Galston concluded that:

> The relationship [between family structure and crime] is so strong that controlling for family configuration [intact versus non-intact], erases the relationship between race and crime and between low income and crime. This conclusion shows up again and again in the literature.[21]

18.     But why the strong link between intact (biological, marriage-based) families and lower crime? Waite and Gallagher offer a partial explanation:

> The social capital created by married families benefits not only the children of that marriage, but other kids in the neighborhood too. The risk that a teen will engage in juvenile crime…is heavily influenced not just by whether or not his own parent is married, but whether or not he lives in a neighborhood where single-parent families are common.[22]

Not only are children outside of intact families more likely to engage in crime, they are far more likely to be victims of crimes, including child abuse. For example, Margolin

---

[15] Flewelling & Bauman, 1990
[16] Wilcox et al., 2005, p. 25 (emphasis added); See also Johnson, 1996.
[17] Waite & Gallagher, 2000, p. 134
[18] Manning & Lamb, 2003
[19] Rickel & Langer, 1985; See also Popenoe, 1996
[20] Harper & McLanahan, 2004; Also, in connection with the Black population, sociologist Robert Sampson (1995) states, "The data clearly reveal that black family disruption has large effects on black robbery and murder" (cf. Blackmon et al., 2005, p. 19).
[21] Kamark & Galston, 1990, pp. 14-15
[22] Waite & Gallagher, 2000, p. 129

indicated that "mother's boyfriends committed *27 times more child abuse* than their hours in child care would lead us to predict."[23]

19. *Intergenerational poverty in intact and non-intact families*. Another risk of growing up outside of an intact family is economic. Economist and Nobel laureate George Akerlof has argued that from a financial perspective, children and society both win when men father responsibly and provide for their own. Akerlof summarizes:

> There are noticeable differences between the lifestyle of married and unmarried men. Married men are more attached to the labour force; they have less substance abuse, they commit less crime…have better health, and are less accident prone. [24]

Each of the factors outlined have personal, familial, and societal economic impact.

20. Census data indicate that marriage-based Black households have more than twice the income and twenty times as much net worth than single households.[25] U.S. children in nonmarried households are nearly four times more likely to experience poverty (81% versus 22% in married households) and nearly five times (50% versus 10%) as likely to experience "dire poverty"—an income of less than half of the poverty line.[26]

21. Following her analysis of a data set of 35,938 children—"arguably the largest…nationally representative survey of U.S. children and their parents,"[27]—Susan Brown emphasized, "The findings of this study…demonstrate the importance of separating children and adolescents." She explains:

> Although the outcomes of children (6-11 years old) in cohabiting families…are worse…than those of children in *two-biological-parent* married families, much of this difference…is economic…. In contrast, regardless of economic and parental resources, the outcomes of adolescents (12-17 years old) in cohabiting families…are worse…than those…in *two-biological-parent* married families.[28]

In short, outcomes of children in cohabiting families went from poor in childhood to worse in adolescence, relative to children with married, biological parents.

22. Significantly, the ties between marriage and economics are not only household concerns, they are multi-generational. Blackmon and colleagues conclude that "there is strong evidence that the family structure of one generation plays an important role in shaping the family structure and well-being of the next."[29] Phrased differently, "marriage and wealth represent two kinds of social capital that are transmitted from one

---

[23] Margolin, 1992, p. 546 (emphasis added)
[24] Akerlof, 1998, p. 298
[25] Blackmon et al., 2005; Oliver & Shapiro, 1997
[26] Rank & Hirschl, 1999; Wilcox et al., 2005
[27] Brown, 2004, p. 355
[28] Brown, 2004, p. 364 (emphasis added)
[29] Blackmon et al., 2005, p. 25; See also Lichter et al., 2003.

generation to the next"[30]—a finding that holds in another large, representative U.S. study across three generations.[31] Further, economic advantage carries with it educational benefits.

23.    *Education and/or labor force contribution in intact and non-intact families*. McLanahan and Sandefur indicate that "perhaps the most obvious way in which income loss affects [poor] children…is by lowering the quality of the schools they attend."[32] Subsequently, school quality correlates with graduation rates. Based on the NLSY—a nationally representative and longitudinal study of about 14,000 youth—McLanahan and Sandefur found "an 18 percentage point difference in dropout rates for girls in one- [versus] two-parent families…[and] a 15 percentage point difference for boys" and that "children who grow up apart from a parent are disadvantaged in many ways relative to children who grow up with both parents."[33] Namely, "they are less likely to graduate from high school and college [and] they are more likely to become teen mothers."[34] Manning and Lamb similarly found that adolescents from single-parent homes are 46% more likely to have low grades than those from intact families.[35]

24.    Among African Americans, marriage-based households are correlated with a higher likelihood of an A average in high school,[36] significantly higher college educational aspirations,[37] and higher test scores.[38] Sophisticated analyses of a representative sample of 2,500+ Black students also found that those from two-parent households have significantly higher test scores.[39]

25.    In connection with educational and occupational outcomes in the general population, Amato summarized the relevant U.S. research by stating:

> Specifically, compared with children who grow up in stable, two-parent families, children born outside marriage reach adulthood with less education, earn less income, have lower occupational status, and are more likely to be idle (that is, not employed and not in school).[40]

26.    In a longitudinal, nationally representative sample, Allison and Furstenberg similarly found that divorce was related to lower academic achievement, although the effects were not large.[41] Similarly, in a longitudinal study of U.K. children of divorce, Cherlin and colleagues found that divorce may harm educational achievement and social development in ways that are not discernible until children "try to enter the labor market, marry, or have children of their own."[42] In an earlier study of the sample

---

[30] Blackmon et al., 2005, p. 24; Musick & Mare, 2004. For discussion regarding how growing up in a single-parent family is especially hard on black children economically, see Page & Stevens, 2005.
[31] Amato & Cheadle, 2005
[32] McLanahan & Sandefur, 1994, p. 33
[33] McLanahan & Sandefur, 1994, p. 57
[34] McLanahan & Sandefur, 1994, p. 61
[35] Manning & Lamb, 2003
[36] Phillips & Asbury, 1993
[37] Heiss, 1996
[38] Teachman et al., 1998
[39] Battle, 1998
[40] Amato, 2005, p. 78
[41] Allison & Furstenberg, 1989
[42] Cherlin et al., 1998; cf. Lansford, 2009, p. 141

($n$=17,414), only small differences were noted between children from divorced versus intact homes at age 23.[43] However, at age 33, the gap had widened over time.[44] The deleterious outcomes were not fully apparent until middle adulthood.  Similarly, a nonpartisan *Child Trends* report states:

> Divorce is linked to academic and behavior problems among children, including depression, antisocial behavior, impulsive/hyperactive behavior, and school behavior problems. [However], mental health problems linked to marital disruption have also been identified among *young adults*.[45]

27.     Many of the outcomes I have addressed would not have been captured in studies of preadolescent children. Indeed, one of McLanahan and Sandefur's take-home messages from studying four nationally representative data sets (20,000+ total participants) across several years was "that children raised apart from one of their parents are less successful in *adulthood* than children raised by both parents."[46] Again and again, we see that some of the developmental effects of being raised in a nonmarital or disrupted family become more pronounced, or at least more measurable, during later adolescence and young adulthood.[47]

28.     *Sexual activity and early childbearing in intact and non-intact families*. Early sexual activity can have effects that ripple through the life course. In their book-length study of divorce and children, Amato and Booth cite four separate studies, from four different groups of researchers who conclude that children from divorced families tend to:  (a) become sexually active at younger ages, and (b) have more sexual partners than adolescents from intact families.[48] These two trends carry with them an additional share of critical concerns, including heightened risk of sexually transmitted disease, pregnancy, and nonmarital childbearing.

29.     In a more recent 2005 review, Amato states that "differences in well being between children with divorced [parents] and children with continuously married parents persist well into adulthood," including "an increased risk of having a nonmarital birth."[49] More specifically, McLanahan and Sandefur (based on PSID data) found that the teen birth rate among daughters of single parents was 31% versus 14% of daughters from continuously married parents.[50]

30.     One of the better related studies to date is a 2003 *Child Development* article entitled "Does Father Absence Place Daughters at Special Risk for Early Sexual

---

[43] Chase-Lansdale et al., 1995; cf. Lansford, 2009, p. 142
[44] Cherlin et al., 1998
[45] Moore et al, 2002, p. 1 (emphasis added)
[46] McLanahan & Sandefur, 1994, p. 134 (emphasis added); Amato (1991) found this to be true with subjective well-being during adulthood as well.
[47] Based on 25-year study (with a non-representative clinical sample), Wallerstein and colleagues (2001) state, "Contrary to what we have long thought, the major impact of divorce does not occur during childhood or adolescence. Rather, it rises in adulthood as serious romantic relationships move center stage. When it comes time to choose a life mate and build a new family, the effects of divorce crescendo" (p. xxix). This point underscores the need for adolescent and young adult research.
[48] Amato & Booth, 2000, p. 107.
[49] Amato, 2005, pp. 77-78
[50] McLanahan & Sandefur, 1994

Activity and Teenage Pregnancy?" Based on two national longitudinal samples, one in the U.S. and one in New Zealand, Bruce Ellis and colleagues report:

> A widely held assumption is that it is not father absence per se that is harmful to children but the stress associated with divorce…loss of an adult male income and so on. The current research suggests that, in relation to daughters' sexual development, the social address of father presence is important in its own right and not just as a proxy for its many correlates…. *In conclusion, father absence was an overriding risk factor for early sexual activity and adolescent pregnancy.* Conversely, father presence was a major protective risk factor against early sexual outcomes, even if other risk factors were present.[51]

31.     Sexual activity and nonmarital childbearing are the concluding examples of critical societal concerns that I will address. We now move to a brief discussion of stepfamilies.

32.     *Are stepfamilies the equivalent of intact families?* Most of the studies reviewed to this point compare intact families with post-divorce and/or single-parent families. Given the child outcome advantages associated with an intact (marriage-based, biological) family, we might ask how stepfamilies compare. Amato recently summarized:

> Studies consistently indicate…that children in stepfamilies exhibit more problems than do children with continuously married parents and about the same number of problems as do children with single parents.[52]

33.     McLanahan & Sandefur conclude:

> *Children who grow up in a household with only one biological parent are worse off, on average, than children who grow up in a household with both of their biological parents…regardless of whether the resident parent remarries.*[53]

34.     A nonpartisan *Child Trends* report states that, like children in single-parent homes,

> Children growing up with stepparents also have lower levels of well-being than children growing up with biological parents. Thus, it is not simply the presence of two parents, as some have assumed, but the presence of two biological parents that seems to support children's development.[54]

35.     Returning to stepfamilies, I earlier reported that single-parented males between the ages of 15-30, are at twice the risk of those from intact families to engage in

---

[51] Ellis et al., 2003, p. 818 (emphasis added)
[52] Amato, 2005, p. 80; See also McLanahan & Sandefur, 1994, p. 144: "Children in stepfamilies do just as poorly, on average, as children in single-mother families."
[53] McLanahan & Sandefur, 1994, p. 1 (emphasis in original)
[54] Moore et al., 2002, pp. 1-2

criminal activity and to be incarcerated. However, the same study found that stepfathered boys are at even greater risk (2.5 times the rate of boys from intact homes).[55]

36.    Stepfathered daughters face a heightened risk of incestuous abuse—more than seven times higher than in intact families—a study of 930 San Francisco women found. Specifically, the rates were one in six for stepdaughters compared to one out of every 40 biological daughters. Further, almost twice as many cases were "very serious" in stepfamilies (47% versus 26%).[56] A study by Wilson and Daly found not seven-fold but 40 times higher child abuse statistics among Canadian preschool children of step- versus intact families.[57] In a 2008 book-length review of the crime literature, they report, "Stepparenthood *per se* remains the single most powerful risk factor for child abuse that has yet been identified."[58]

37.    Blackmon and colleagues' conducted an extensive review of more than 120 studies on African-American marriage and concluded:

> For African American children, parental marriage produces important benefits. Black children of married parents typically enjoy better infant health, receive better parenting, are less delinquent, have fewer behavioral problems, have higher self-esteem, are more likely to delay sexual activity, and have moderately better educational outcomes. These findings almost certainly reflect more than mere correlations:  *Marriage itself* appears to be contributing strongly to better outcomes for Black children.[59]

38.    Returning to the general population, a large, national longitudinal study by Zill and colleagues followed children into young adulthood found that among intact families, only 29% of young adults reported a poor relationship with their fathers, while 65% of children from divorced families did.[60] The same study found that remarriage and stepfamily life was correlated with an even further drop in father-child relationship quality, as 70% of young adults from stepfamilies reported poor relationships with their fathers. Amato and Afifi found that "the feeling of being caught between parents" into young adulthood continued to harm many parent-child relationships.[61]

39.    In connection with father-child involvement, according to leading family sociologists, "many men appear to view fatherhood as a package deal, accepting responsibility for children only as long as they are married to the mother."[62] In their

---

[55] Harper & McLanahan, 2004; Also, in connection with the Black population, sociologist Robert Sampson (1995) states, "The data clearly reveal that black family disruption has large effects on black robbery and murder" (cf. Blackmon et al., 2005, p. 19).
[56] Russell, 1984
[57] Wilson & Daly, 1987; cf. Popenoe, 1996
[58] Daly & Wilson, 2008
[59] Blackmon et al., 2005, p. 54, (emphasis in original); Please note, however, that the researchers are again referring to marriage between the *biological* father and mother.
[60] Zill, Morrison, & Coiro, 1993; See also Aquilino, 1994, for similar findings.
[61] Amato & Afifi, 2006, p. 222
[62] Amato & Booth, 2000, p. 68. This idea was attributed Frank Furstenberg and has been made numerous times since. See also Hofferth & Anderson, 2003, for findings emphasizing the influence of marriage.

review of research on father-mother-child relationships, Doherty and colleagues (1998) add a positive correlate of this finding:

> We conclude that, in practice, the kind of mother-father relationship most conducive to responsible fathering in contemporary U.S. society is a caring, committed, collaborative marriage. Outside of this arrangement, substantial barriers stand in the way of active, involved fathering.[63]

40.     Remarriage, for biological children, tends to correlate with small but additive harms to the relationship with the biological father. For children, remarriage is not the equivalent of marriage in terms of father-child relationship quality, nor in terms of other outcomes.[64]

41.     When biological fatherhood and marriage are combined, research indicates that children tend to fare better, at least in part because married fathers tend to have better relationships with the mothers of their children than fathers in marriage alternatives.[65] Conversely, without marriage, paternal ties are significantly more tenuous, fragile, and at risk.[66] When these ties weaken[67] or are cut, children are at elevated risk— particularly during adolescence.[68]

### Conclusion

42.     *First*:  Based on available social science *that meets established standards*, the biological, marriage-based (intact) family[69] is associated with better child outcomes than nonmarital, divorced, or step-families.[70] Comparative advantages are evident in connection with critical societal  concerns including, but not limited to:  (a) health, mortality, and suicide risks, (b) drug and alcohol abuse, (c) criminality and incarceration, (d) intergenerational poverty, (e) education and/or labor force contribution, and (f) early childbearing.

43.     *Second*:  The above outcome issues of critical societal concern *are not fully apparent until adolescence and adulthood.*[71]

44.     Most of the studies I have cited in this report are rigorous, based on large probability samples, and include systematically sampled comparison groups. Further, many of them are longitudinal. There are hundreds of others that could be cited.[72] However, without belaboring the issue, sufficient data have been presented from mainstream scholars to underscore the above points that:  (1) The intact family is the ideal context for these child outcomes,[73] and (2) In many cases, these outcomes of critical

---

[63] Doherty et al., 1998, p. 286
[64] Amato & Booth, 2000
[65] Nock, 1998
[66] Blankenhorn, 1995; Doherty et al., 1998; Popenoe, 1996
[67] Booth & Amato, 2001; Jekielek, 1998
[68] McLanahan & Sandefur, 1994; Moore et al., 2002; See also Amato & Booth, 2000.
[69] Literally hundreds of additional studies could be cited to further illustrate this point. Wilcox et al. (2005) cite well over 200 high quality studies that indicate "Why Marriage Matters." Blackmon et al. (2005) cite 120+ studies on African American marriage alone.
[70] McLanahan & Sandefur, 1994, p. 144; Daly & Wilson, 2008.
[71] Among many other examples, see Aquilino, 1994, 1996
[72] See footnote 41.
[73] Naturally, there are exceptions including high-conflict or abusive marriages.

concern are not only child outcomes, but *lifespan* outcomes that are most apparent in adolescence and adulthood.[74]




Loren Marks
October 2, 2009




---

[74] Even so, children who grow up outside of intact families tend to be resilient and most do reasonably well—if there are no additional divorces. About 75% of children of divorce do *not* suffer from serious psychological problems—only about 25% do. This takes on new light, however, when we learn that only 10% of children from intact families have psychological problems (Hetherington & Kelly, 2002). In other words, children of divorce are at an elevated risk for psychological problems (about 2-2.5 times greater). Emotional and behavioral problems also tend to arise. At the conclusion of her highly respected Virginia Longitudinal Study (VLS) of about 1,400, Hetherington reports, "Serious emotional or behavioral problems were found in only 20 percent of children whose parents had gone through a single divorce, but in 38 percent of those coping with multiple divorces" (p. 269).

## References

Aquilino, W. S. (1994). Impact of childhood family disruption on young adults'
    relationships with parents. *Journal of Marriage and the Family, 56,* 295-313.

Aquilino, W. S. (1996). The life course of children born to unmarried mothers:
    Childhood living arrangements and young adult outcomes. *Journal of Marriage
    and the Family, 58,* 293-310.

Akerlof, G. (1998). Men without children. *Economic Journal, 108,* 287-309.

Allison, P. D., & Furstenberg, F. F. (1989). How marital dissolution affects children:
    Variations by age and sex. *Developmental Psychology, 25,* 540-549.

Amato, P. (1991). Parental absence during childhood and depression in later life.
    *Sociological Quarterly, 32,* 543-556.

Amato, P. (2005). The impact of family formation change on the cognitive, social, and
    emotional well-being of the next generation. *The Future of Children, 15,* 75-96.

Amato, P., & Booth, A. (2000). *A generation at risk:  Growing up in an era of family
    upheaval*. Cambridge, MA:  Harvard University Press.

Amato, P., & Afifi, T. D. (2006). Feeling caught between parents:  Adult children's
    relations with parents and subjective well-being. *Journal of Marriage and Family,
    68,* 222-235.

Bachman, J. G., et al. (1997). *Smoking, drinking and drug abuse in young adulthood*.
    Mahwah, NJ:  Erlbaum.

Battle, J. (1998). What beats having two parents?:  Educational outcomes for African-
    American students in single- versus dual-parent families. *Journal of Black
    Studies, 28,* 783-801.

Blackmon, L., Clayton, O., Glenn, N., Malone-Colon, L., & Roberts, A. (2005). *The
    consequences of marriage for African Americans:  A comprehensive literature
    review*. New York:  Institute for American Values.

Blankenhorn, D. (1995). *Fatherless America*. New York: Harper.

Booth, A., & Amato, P. (2001). Parental predivorce relations and offspring postdivorce
    well-being. *Journal of Marriage and Family, 63,* 197-212.

Burger, W. R., & Youkeles, M. (2000). *Human services in contemporary America*.
    Pacific Grove, CA: Brooks/Cole.

Cherlin, A. J., Chase-Lansdale, P. L., & McRae, C. (1998). Effects of parental divorce on
    mental health throughout the life course. *American Sociological Review, 63,* 239-
    249.

Daly, M., & Wilson, M. (2008). *Homocide (4th ed.)*. London:  Transaction Publishers.

Doherty, W.J., Kouneski, E.F. & Erickson, M.F. (1998). Responsible fathering: An
    overview and conceptual framework. *Journal of Marriage and the Family, 60,*
    277-292.

Ellis, B. J., et al. (2003). Does father absence place daughters at special risk for early
    sexual activity and teenage pregnancy? *Child Development,* 74, 801-821.

Gaudino, J. A., et al. (1999). *No fathers' names:  A risk factor for infant mortality in the
    sate of Georgia*. Social Science and Medicine, 48, 253-265.

Harper, C., & McLanahan, S. (2004). Father absence and youth incarceration. *Journal of
    Research on Adolescence, 14,* 369-397.

Heiss, J. ( 1996). Effects of African American family structure on chool attitude and

performance. *Social Problems, 43,* 246-267.

Hetherington, M., & Kelly, J. (2002). *For better or for worse:  Divorce reconsidered.*
New York:  Norton.

Horwitz, A. V., White, H. R., & Howell-White, S. (1996). Becoming married and mental
health:  A longitudinal study of a cohort of young adults. *Journal of Marriage and
the Family, 58,* 895-907.

Jekielek, S. (1998). Parental conflict, marital disruption, and children's emotional well-
being. *Social Forces, 76,* 905-936.

Kamark, E. C., & Galston, W. A. (1990). *Putting children first:  A progressive family
policy for the 1990s.* Washington, DC:  Progressive Policy Institute.

Kroll, B. & Taylor, A. (2000). Invisible children? Parental substance abuse and child
protection: dilemmas for practice. *Probation Journal, 47,* 91–100.

Lansford, J. E. (2009). Parental divorce and children's adjustment. *Perspectives on
Psychological Science, 4,* 140-152.

Manning, W. D., & Lamb, K. A. (2003). Adolescent well-being in cohabiting, married,
and single-parent families. *Journal of Marriage and Family, 65,* 876-893.

Margolin, L. (1992). Child abuse by mothers' boyfriends:  Why the overrepresentation?
*Child Abuse and Neglect, 16,* 541-551.

McLanahan, S., & Sandefur, G. (1994). *Growing up with a single parent:  What hurts,
what helps.* Cambridge, MA:  Havard University Press.

Mitchell, K. S., Booth, A., & King, V. (2009). Adolescents with nonresident fathers:  Are
daughters more disadvantaged than sons? *Journal of Marriage and Family, 71,*
650-662.

Musick, K., & Mare, R. D. (2004). Family structure, intergenerational mobility, and the
reproduction of poverty:  Evidence for increasing polarization? *Demography, 41,*
629-648.

Nock, S. L. (1998). *Marriage in men's lives.* New York: Oxford University Press.

Oliver, M. L., & Shapiro, T. M. (1997). *Black wealth/White wealth.* New York:
Routledge.

Page, M. E., & Stevens, A. H. (2005). Understanding racial differences in the economic
costs of growing up in a single-parent family. *Demography, 42,* 75-90.

Phillips, C. P., & Asbury, C. A. (1993). Parental divorce/separation and the motivational
characteristics and educational aspirations of African American university
students. *The Journal of Negro Education, 62,* 204-210.

Popenoe, D. (1996). *Life without father: Compelling new evidence that fatherhood and
marriage are indispensable for the good of children and society.* New York:
Basic.

Rank, M. R., & Hirshl, T. A. (1999). The economic risk of childhood in America:
Estimating the probability of poverty across the formative years. *Journal of
Marriage and the Family, 61,* 1058-1067.

Russell, D. E. H. (1984). The prevalence and seriousness of incestuous abuse:
Stepfathers vs. biological fathers. *Child Abuse and Neglect, 8,* 15-22.

Schoenborn, C. A. (2004). Marital status and health: United States 1999-2002. Advance
Data from Vital Health and Statistics 351. Atlanta , GA:  Centers for Disease
Control.

Siegel, C., et al. (1996). *Mortality from intentional and unintentional injury among infants of young mothers in Colorado, 1982-1992.* Archives of Pediatric and Adolescent Medicine, 150, 1077-1083.

Simon, R. W. (2002) Revisiting the relationships among gender, marital status, and mental health. *American Journal of Sociology, 107,* 1065-1096.

Teachman, J. R., et al. (1998). Sibling resemblance in behavioral and cognitive outcomes: The role of father presence. *Journal of Marriage and the Family, 60,* 835-848.

Waite, L. (1995). Does marriage matter? *Demography, 32,* 483-507.

Waite, L., & Gallagher, M. (2000). *The case for marriage:  Why married people are happier, healthier, and better off financially.* New York:  Doubleday.

Wallerstein, J., Lewis, J. M., Blakeslee, S. (2001). *The unexpected legacy of divorce.* New York:  Hyperion.

Weitoft, G. R., et al. (2003). Mortality, severe morbidity, and injury in children living with single parents in Sweden:  A population-based study. *The Lancet, 361,* 289-295.

Wilcox, W. B., et al. (2005). *Why marriage matters (2nd. Ed.).* New York:  Institute for American Values.

Wilson, M., & Daly, M. (1987). Risk of maltreatment of children living with stepparents. In R. Gelles & J. Lancaster (Eds.), *Child abuse and neglect:  Biosocial dimensions.* New York:  Aldine de Gruyter.

Zill, N., Morrison, D. R., & Coiro, M. J. (1993).Long-term effects of parental divorce on parent-child relationships, adjustment, and achievement in young adulthood. *Journal of Family Psychology, 7,* 91-103.

# Loren D. Marks

Kathryn Norwood and Claude Fussel Alumni Professor
College of Agriculture
*Louisiana State University / School of Human Ecology / Division of Family, Child, & Consumer Sciences /*
*341 Human Ecology Building / Baton Rouge, LA 70803 / phone: (225) 578-2405 /*
*E-mail:* lorenm@lsu.edu */ fax: (225)578-2697*

## EMPLOYMENT

2009-        Kathryn Norwood and Claude Fussel Alumni Professorship
             College of Agriculture
             School of Human Ecology
             Division of Family, Child, and Consumer Sciences
             Louisiana State University

2008-2009    Associate Professor
             College of Agriculture
             School of Human Ecology
             Division of Family, Child, and Consumer Sciences
             Louisiana State University

2002-2008    Assistant Professor
             College of Agriculture
             School of Human Ecology
             Division of Family, Child, and Consumer Sciences
             Louisiana State University

## EDUCATION

Ph.D.        University of Delaware, 2002
             Major: Family Studies
             Areas of Interest: Religious Faith, Parenting, and Marriage
             Dissertation: Illuminating the Interface between Families and Faith
             Major Professor: Dr. Rob Palkovitz

M.S.         Brigham Young University, 1999
             Major: Family Sciences and Human Development
             Major Professor: Dr. David C. Dollahite

B.S.         Brigham Young University, 1997
             Major: Family Sciences

## TEACHING

*Louisiana State University; Division of Family, Child, and Consumer Sciences*

| | |
|---|---|
| 2009 | Human Ecology (HUEC) 2050 – *Family Dynamics* |
| 2007-2008 | HUEC 2065 – *Family Resource Management* |
| 2003-2009 | HUEC 2091 – *Marriage and Family Relationships* |
| 2006-2007 | HUEC 3067 – *Field Experience in Family, Child, and Consumer Sciences* |
| 2002-2009 | HUEC 3090 – *Seminar in Human Ecology (Internship Preparation)* |
| 2006 | HUEC 4065 – *Family Life Education* |
| 2003-2009 | HUEC 4067 – *Internship in Family, Child, and Consumer Sciences* |
| 2003-2005 | HUEC 7051 – *Contemporary Family* |
| 2004-2009 | HUEC 7052 – *Qualitative Research Methods* |
| 2004-2009 | HUEC 7057 – *Theories of Family Science* |

*University of Delaware; Department of Individual and Family Studies*

| | |
|---|---|
| 2001-2002 | IFST 101 – *Introduction to Community and Family Services* |
| 2002 | IFST 201 – *Lifespan Development* |
| 2001 | IFST 202 – *Foundations of Family Studies* |
| 2002 | IFST 230 – *Emerging Lifestyles: Relationships and Diversity* |

*Brigham Young University; Department of Family Sciences*

| | |
|---|---|
| 1998-99 | Family Sciences 303 – *Parenting* |

## GRANTS

*Funded Research Grants*

| | |
|---|---|
| 2008 | **Marks, L. D.** *Religion and strong, happy, enduring African-American marriages.* Office of Research and Economic Development Faculty Travel Grant, $750. |
| 2006 | **Marks, L. D.** *National Study of Faith and Families.* LSU Council on Research, $750. |
| 2005 | **Marks, L. D.** *When Faith Comes Home: A Qualitative Study of 150 Christian, Jewish, and Muslim Families.* Society for the Scientific Study of Religion, Jack Shand Research Award, $3,000. |
| 2005 | Degreenia, K., LeJeune, E., Lawrence, F. C., **Marks, L.**, & Burczyk-Brown, J. J. *The Influence of Parents on Students' Money Management and Credit Behaviors.* LSU College of Agriculture Undergraduate Research Grant, $750. |

2004        **Marks, L. D.** *Why Religious Beliefs, Practices, and Communities Matter:*
            *A National Qualitative Study of Muslim, Jewish, and Christian Families*,
            Proposal submitted to Faculty Research Grant Program, LSU Office of
            Research and Graduate Studies, $10,000.

2004        **Marks, L. D.** *A Qualitative Test of a Conceptual Model of How Highly*
            *Religious Families Strive to Fulfill Sacred Purposes.* Louisiana Board of
            Regents Travel Grant for Emerging Faculty, $1,000.

2004        Garrison, M. E., & **Marks, L. D.** *Major Coastal Storms and*
            *Family Functioning.* Quick Response Grant Program, Natural Hazards
            Center, $3,460.

2003        **Marks, L. D.**, & Garrison, M. E. B. *Children, Mothers, Fathers, and*
            *Family Challenges: A Mixed-Method Study of Family Stress, Coping*
            *Processes, and Children's Outcomes.* Billie Collier Challenge Grant,
            $1,500.

2003        **Marks, L. D.** *The Meaning and Influence of Religious Beliefs in Families:*
            *Muslim, Jewish, and Christian Perspectives.* LSU Council on Research,
            $5,000.

2003        Davis, T., **Marks, L.**, Sasser, D., Garrison, M.E.B., Hopkins, K. &
            Nesteruk, O. *A Qualitative Study of Family Stress and Coping in African-*
            *American Families.* Undergraduate Research Grant, College of
            Agriculture, $500 ($800 match from Human Ecology).

2003        Fritzinger, T., Garrison, M.E.B., **Marks, L.**, Sasser, D., & Dunaway, D.
            *A Multidisciplinary and Longitudinal Investigation of Parenting and*
            *Children's Classroom Motivation.*  Undergraduate Research Grant,
            College of Agriculture, $500 ($800 match from Human Ecology).


## PUBLICATIONS (reverse chronological order)

*Peer-Reviewed Articles and Chapters*

**Marks, L. D.**, & Dollahite, D. C., Dew, J., & Wax. J. (in press). Enhancing cultural
        competence in financial counseling and planning: Understanding why families
        make religious contributions. *Financial Counseling and Planning, 20 (2).*
**Marks, L. D.**, & Dollahite, D. C. (in press). Mining the meanings from
        psychology of religion's correlation mountain. *Journal of Psychology of*
        *Religion and Spirituality.*

**Marks, L. D.**, Hopkins, K., Chaney, C., Nesteruk, O., & Sasser, D. (in press). "My kids and wife have been my life": A qualitative study of married African-American fathers. In R. Coles & C. Green (Eds.), *The myth of the missing black father*. New York: Columbia University.

Laird, R. D., Marrero, M. D., & **Marks, L. D.** (in press). Adolescent religiosity as a protective factor for delinquency: Review of evidence and a conceptual framework for future research. *Delinquency: Causes, reduction, and prevention*. Hauppage, NY: Nova Science.

Holmes, E. K., Baumgartner, J., **Marks, L. D.**, Palkovitz, R., & Nesteruk, O. (in press). Contemporary contradictions and challenges facing married fathers and mothers. In F. Columbus (Ed.), *Marriage: Roles, stability, and conflict*. Hauppage, NY: Nova Science.

Chaney, C., **Marks, L. D.**, Sasser, D. D., & Hopkins, K. D. (in press). "Train up a child in the way…": A qualitative study of how the Black church influences parents. In F. Columbus (Ed.), *Family Relations*. Hauppage, NY: Nova Science.

Nesteruk, O., **Marks, L. D.**, & Garrison, M. E. (in press). Immigrant parents' concerns regarding their children's education in the U.S. *Family and Consumer Sciences Research Journal*.

**Marks, L. D.**, Cherry, K., & Silva, J. (2009). Faith, crisis, coping, and meaning making after Katrina: A qualitative, cross-cohort examination. In K. Cherry (ed.), *Lifespan Perspectives on Natural Disasters: Coping with Katrina, Rita and other Storms* (pp. 195-215). New York: Springer.

Nesteruk, O., & **Marks, L. D.** (2009).Grandparents across the ocean: Eastern European immigrants' struggle to maintain intergenerational relationships. *Journal of Comparative Family Studies, 40,* 77-95.

Dollahite, D. C., & **Marks, L. D.** (2009). A conceptual model of processes in a diverse, national sample of highly religious families. *Review of Religious Research, 50,* 373-391.

Silva, J., **Marks, L. D.**, & Cherry, K. (2009). The psychology behind helping and prosocial behaviors: An examination from intention to action in an adult population. In K. Cherry (ed.), *Lifespan Perspectives on Natural Disasters: Coping with Katrina, Rita and other Storms* (pp. 219-240). New York: Springer.

**Marks, L. D.** (2008). Prayer and marital intervention: Asking for divine help…or professional trouble? *Journal of Social and Clinical Psychology, 27,* 678-685.

**Marks, L. D.**, Hopkins, K., Chaney, C., Nesteruk, O., Monroe, P., & Sasser, D. (2008). "Together, we are strong": A qualitative study of happy, enduring African-American marriages. *Family Relations, 57,* 171-184.

Batson, M., & **Marks, L. D.** (2008). Making the connection between prayer, faith, and forgiveness in Roman Catholic families. *The Qualitative Report, 13,* 394-415.

**Marks, L. D.**, & Beal, B. (2008). Preserving peculiarity as a people: Mormon distinctness in values and internal structure. In C. K. Jacobson, J. P. Hoffmann, and T. B. Heaton (Eds.), *Revisiting "The Mormons": Persistent themes and contemporary perspectives* (pp. 258-285). Salt Lake City, UT: University of Utah Press.

**Marks, L. D.,** & Dollahite, D. C. (2007). Fathering and religious contexts: Why religion makes a difference to fathers and their children. In S. E. Brotherson & J. M. White (Eds.), *Why fathers count* (pp. 335-351). Harriman, TN: Men's Studies Press.

**Marks, L. D.,** & Palkovitz, R. (2007). Fathers as spiritual guides. In S. E. Brotherson & J. M. White (Eds.), *Why fathers count* (pp. 209-223). Harriman, TN: Men's Studies Press.

**Marks, L. D.,** & Chaney, C. (2007). Faith communities and African American families: A qualitative look at why the black church matters. In S. D. Ambrose (Ed.), *Religion and psychology: New research* (pp. 277-294). Hauppauge, NY: Nova Science.

**Marks, L. D.** (2006). Religion and family relational health: An overview and conceptual model. *Journal of Religion and Health, 45,* 603-618.

**Marks, L. D.** (2006). Mental health, religious belief, and "the terrifying question." *Journal of Child and Family Studies, 15(2).*

**Marks, L. D.,** Swanson, M., Nesteruk, O., & Hopkins-Williams, K. (2006). Stressors in African American marriages and families: A qualitative study. *Stress, Trauma, and Crisis: An International Journal, 9,* 203-225.

Boyatzis, C., Dollahite, D. C., & **Marks, L. D.** (2006). The family as a context for religious and spiritual development in children and youth. In E. C. Roehlkepartain, P. E. King, L. Wagener, & P. L. Benson (Eds.), *The handbook of spiritual development in childhood and adolescence* (pp. 297-309). Thousand Oaks, CA: Sage.

Dollahite, D. C., & **Marks, L. D.** (2006). Family and community nurturing spirituality in Latter-day Saint children and youth. In K. Yust, A. N. Johnson, S. E. Sasso, & E. C. Roehlkepartain (Eds.), *Nurturing childhood and adolescent spirituality: Perspectives from the world's religious traditions* (pp. 394-408). Lanham, MD: Rowman & Littlefield.

Lawrence, F., Cude, B., Lyons, A., **Marks, L.,** & Machtmes, K. (2006). College students' financial practices: A mixed methods analysis. *Journal of Consumer Education, 23,* 13-26.

**Marks, L. D.** (2005). How does religion influence marriage?: Christian, Jewish, Mormon, and Muslim perspectives. *Marriage and Family Review, 38,* 85-111.

**Marks, L. D.,** Nesteruk, O., Swanson, M., Garrison, M. E. B., & Davis, T. (2005). Religion and health among African Americans: A qualitative examination. *Research on Aging, 27,* 447-474.

**Marks, L. D.** (2005). Religion and bio-psycho-social health: A review and conceptual model. *Journal of Religion and Health, 44,* 173-186.

Dollahite, D. C., & **Marks, L. D.** (2005). How highly religious families strive to fulfill sacred purposes. In V. Bengtson, A. Acock, K. Allen, P. Dillworth-Anderson, & D. Klein (Eds.), *Sourcebook of family theory and research* (pp. 533-541). Thousand Oaks, CA: Sage.

Garrison, M. E. B., **Marks, L. D.,** Lawrence, F. C., & Braun, B. (2004). Religious beliefs, faith community involvement, and depression: A study of rural, low-income mothers. *Women & Health, 40,* 51-62.

**Marks, L. D.** (2004). Sacred practices in highly religious families: Christian, Jewish, Mormon, and Muslim perspectives. *Family Process, 43,* 217-231.

Dollahite, D. C., **Marks, L. D.,** & Goodman, M. (2004). Religiosity and families: Relational and spiritual linkages in a diverse and dynamic cultural context. In M. J. Coleman & L. H. Ganong (Eds.), *The handbook of contemporary families* (pp. 411-431). Thousand Oaks, CA: Sage.

**Marks, L. D.,** & Palkovitz, R. (2004). American fatherhood types: The good, the bad, and the uninterested. *Fathering, 2,* 113-129.

Palkovitz, R., **Marks, L. D.,** Appleby, D. W., & Holmes, E. K. (2003). Parenting and adult development: Contexts, processes and products of intergenerational relationships. In L. Kucynski (Ed.), *The handbook of dynamics in parent-child relations* (pp. 307-323). Thousand Oaks, CA: Sage.

Palkovitz, R., & **Marks, L. D.** (2002). Refining fatherhood and motherhood: An analysis of cultural trends in American parenting. In W. E. Fthenakis & M. R. Trextor (Eds.), *Mutterschaft, Vatterschaft,* (pp. 156-169). Germany: Weinheim and Basel.

Dollahite, D. C., **Marks, L. D.,** & Olson, M. M. (2002). Fathering, faith, and family therapy: Generative narrative therapy with religious fathers. *Journal of Family Psychotherapy, 13,* 263-294. [published simultaneously in T. D. Carlson & M. J. Erickson (Eds.), *Spirituality and Family Therapy* (pp. 259-290). New York: Haworth.]

**Marks, L. D.,** & Dollahite, D. C. (2001). Religion, relationships, and responsible fathering in Latter-day Saint families of children with special needs. *Journal of Social and Personal Relationships, 18,* 625-650.

Dollahite, D. C., **Marks, L. D.,** & Olson, M. M. (1998). Faithful fathering in trying times: Religious beliefs and practices of Latter-day Saint fathers of children with special needs. *The Journal of Men's Studies, 7,* 71-93.

*Invited Publications and Book Reviews*

**Marks, L. D.** (in press). [Book Review] *Men on a mission:  Valuing youth work in our communities*, by W. Marsiglio. *Fathering, 7.*

**Marks, L. D.** (2009). [Book Review] *American religions and the family:  How faith traditions cope with modernization & democracy*, edited by D. S. Browning and D. A. Clairmont. *BYU Studies, 48,* 182-185.

**Marks, L. D.,** & Dollahite, D. C. (2005). Family worship in Christian, Jewish, and Muslim homes. In C. H. Hart, L. D. Newell, E. Walton, & D. C. Dollahite (Eds.), *Helping and healing our families,* (pp. 259-263). Salt Lake City: Deseret Book.

**Marks, L. D.** (2005). The importance of family in children's education. *The Baton Rouge Association for the Education of Young Children Quarterly.*

**Marks, L. D.** (2003). The effects of religious beliefs in marriage and family. *Marriage and Families, 12,* 2-10.

**Marks, L. D.,** & Dollahite, D. C. (2003). Families of faith: A preliminary report of why religion matters. *NCFR Report, 48,* F3-F4.

*Manuscripts under Review*

**Marks, L. D.**, Hopkins, K., Nesteruk, O., & Chaney, C. (revised and resubmitted). A qualitative exploration of why faith matters in African American marriages and families. *Journal of Family Issues*.

Lambert, N. M., Fincham, F. D., **Marks, L. D.**, & Stillman, T. F. (revised and resubmitted). Invocations and intoxication: Does prayer decrease alcohol consumption? *Psychology of Addictive Behaviors*.

Nesteruk,O., & **Marks, L. D.** (under review). The best of both cultures: Immigrant parents searching for balance in parenting practices. *Journal of Family Issues.*

*Manuscripts in Preparation*

**Marks, L. D.** (in preparation). Religious involvement and men's health: Insights from quantitative and qualitative research. *American Journal of Men's Health*.

**Marks, L. D.**, & Dollahite, D. C. (in preparation). Faith and prayer in family life. In *Strengthening our families (2nd ed.),* T.W. Draper (ed.). Provo, UT: BYU.

Tausch, C., Silva, J., Cherry, K., **Marks, L.**, Sasser, D., Frias, T., MacWilliams, Z., & Melancon, M. (in preparation). Religion and coping in the aftermath of Hurricanes Katrina and Rita: Qualitative Themes from the *Louisiana Healthy Aging Study*. (To be submitted to *Journal of Religion, Spirituality, and Aging*).

Dollahite, D., **Marks, L.**, Jolley, K., Fullwood, W., & Ficklin, T. (in preparation). Marital transformation in a national qualitative sample. (To be submitted to *Journal of Marriage and Family*).

Dollahite, D., **Marks, L.**, & Worthen, B. (in preparation). Marital sacredness in a national qualitative sample. (To be submitted to *Journal for the Scientific Study of Religion*).

**Marks, L.**, Dollahite, D., & Reid, K. (in preparation). Marital forgiveness in a national qualitative sample: Clinical implications (To be submitted to *Family Process*).

Goodman, M., Jacob, J., Dollahite, D., & **Marks, L.** (in preparation). Marital commitment in a national qualitative sample. (To be submitted to *Journal of Family Issues*).

**Marks, L.**, Dollahite, D., Call, S., & Burrell, K. (in preparation). A comparison of Abrahamic faiths in a national qualitative sample. (To be submitted to *Journal of Comparative Family Studies*).

Dollahite, D., **Marks, L.,** Handy, S., & Oxborrow, M. (in preparation). Transformative processes in marriage: Themes from a national qualitative sample. (To be submitted to *Journal of Family Psychology*).

Cherry, K., **Marks, L. D.**, & Silva, J., Frias, T., MacWilliams, Z., & Melancon, M. (in preparation). Hurricane Katrina and religion: A quantitative cross-cohort mixed-method study.

*Conference Proceedings Publications*

Cude, B., Lawrence, F., Lyons, A., **Marks, L.**, Machtmes, K., Metzger, K., & LeJeune, E. (2006). College students and financial literacy: What they know and what we need to learn. *Proceedings of the 33rd Conference of the Eastern Family Economics-Resource Management* Association, 102-109.

Lawrence, F., Metzger, K., LeJeune, E., **Marks, L.**, Machtmes, K., & Lyons, A. (2005). College students' money management behaviors and who influences them. *Proceedings of the Association for Financial Counseling and Planning*, 30-32.

Davis, T., Hopkins, K., Nesteruk, O., **Marks, L. D.**, Sasser, D.D., Burczyk-Brown, J., & Garrison, M. E. B. (2003). A Qualitative Study of Family Stress and Coping in African-American Families: Preliminary Findings. *Family Relations and Human Development / Family Economics and Resource Management Biennial, 5*.

Fritzinger, T., Garrison, M. E. B., **Marks, L. D.**, Sasser, D., Burczyk-Brown, J. (2003). A multidisciplinary and longitudinal investigation of parenting and children's classroom motivation. *Family Relations and Human Development / Family Economics and Resource Management Biennial, 5*.

## REFERREED OR INVITED PRESENTATIONS

**Marks, L. D.**, Lawrence, F., & Dollahite, D. C. (November, 2009). *Understanding why families make religious contributions*. Poster to be presented at the AFCPE Conference, Phoenix, AZ.

Lu, Y., & **Marks, L. D.** (November, 2009). *The influence of religion on Chinese Christian immigrants: A qualitative study of marriage*. Poster to be presented at the National Council on Family Relations, San Francisco, CA.

Lambert, N., Fincham, F., & **Marks, L.** (June, 2009). *Does talking to God make people less inclined to drink?: The association between prayer and alcohol consumption*. World Congress on Positive Psychology. Philadelphia, PA.

Laird, R., Marrero, M., & **Marks, L.** (April, 2009). *Does opportunity, propensity, or proximity account for the association between religiosity and behavior problems?* Paper presented at the Society for Research on Child Development, Denver, CO.

**Marks, L. D.**, Hopkins, K., Chaney, C., & Sasser, D. (November, 2008). *Religion and strong, happy, enduring African-American marriages*. Paper presented at the National Council on Family Relations, Little Rock, Arkansas.

Nesteruk, O., **Marks, L., D.**, & Garrison, M. E. B. (November, 2008). *The challenges of raising children in immigration: Voices of parents from Eastern Europe*. Paper presented at the National Council on Family Relations, Little Rock, Arkansas.

**Marks, L. D.** (April, 2008). *Strengthening families: Lessons learned from happy, enduring African-American marriages*. LSU AgCenter State Conference. Baton Rouge, LA.

**Marks, L. D.** (March, 2008). Striving to be a great dad: Traps, trials, and truths. 22nd Annual "Kids Are Worth It!" Conference on Child Abuse and Neglect, Baton Rouge, LA.

**Marks, L. D.**, Chaney, C., Hopkins, K., & Sasser, D. (February, 2008). *A qualitative study of strong, happy, enduring African-American marriages*. Society for Cross-Cultural Research, 37th Annual National Conference, New Orleans, LA.

**Marks, L. D.** (November, 2007). *Why do highly religious marriages last?:  Experiences and explanations from a National Qualitative Sample*. Paper presented at the Association for Public Policy Analysis and Management, Washington, DC.

Nesteruk, O., & **Marks, L. D.**  (November, 2007). *Grandparents across the ocean:  A qualitative study of Eastern European immigrant families.* Paper presented at the National Council on Family Relations, Pittsburgh, PA.

**Marks, L. D.** (March, 2007). *The difficulties of qualitative research and some strategies for overcoming them*. Invited lecture at the LSU Qualitative Research Special Interest Group, Baton Rouge, LA.

**Marks, L. D.,** Chaney, C., & Hopkins-Williams, K. (November, 2006). *Faith communities and African-American families:  A qualitative study*. Paper presented at the National Council on Family Relations, Minneapolis, MN.

Nesteruk, O., & **Marks, L. D.**  (November, 2006). *What do the aliens see?:  A qualitative study of Eastern European immigrant families.* Paper presented at the National Council on Family Relations, Minneapolis, MN.

**Marks, L.** (March, 2006). *What does science tell us about families and religion?* Invited lecture at the LSU Science and Religion Collegium, Baton Rouge, LA.

**Marks, L.,** Dollahite, D., Berry, A., & Nesteruk, O. (November, 2005). *Faith communities and American families: A qualitative exploration of the challenges, the rewards, and the meanings*. Paper presented at the National Council on Family Relations, Phoenix, AZ.

Nesteruk, O., **Marks, L.**, & Garrison, M.E.B. (November, 2005). *What aliens see: A qualitative exploration of U.S. cultural influences*. Presented at the National Council on Family Relations, Phoenix, AZ.

Lawrence, F. C., Metzger, K., LeJeune, E., **Marks, L.**, & Lyons, A. (November, 2005). *College students' money management behaviors and who influences them*. Paper presented at the Annual Conference for the Association for Financial Counseling, Planning, and Education, Scottsdale, AZ.

Nesteruk, O., Swanson, M., Berry, A., & **Marks, L. D.** (March, 2005). *A qualitative examination of religious beliefs among African Americans*. Paper presented at the LSU Life Course and Aging Center Conference, Baton Rouge, LA.

**Marks, L. D.,** Swanson, M., Hopkins-Williams, K., & Nesteruk, O. (November, 2004). *Religion, stress, and coping in African American families*. Paper presented at the National Council on Family Relations, Orlando, FL.

Dollahite, D. C., & **Marks, L. D.** (November, 2004). *A qualitative test of a conceptual model of how highly religious families strive to fulfill sacred purposes*. Paper presented at the Theory Construction and Research Methodology Workshop of the National Council on Family Relations, Orlando, FL.

Nesteruk, O., Hopkins-Williams, K., Swanson, M., & **Marks, L. D.** (November, 2004). *Why do religious African Americans live almost 14 years longer?* Paper presented at the National Council on Family Relations, Orlando, FL.

**Marks, L. D.** (March, 2004). *Research in the School of Human Ecology: The ivory tower meets the real world*. Presentation at Annual LSU AgCenter Family and Consumer Sciences Conference, Baton Rouge, LA.

Nesteruk, O., Swanson, M., Hopkins-Williams, K., & **Marks, L. D.** (March, 2004). *Religion, health, and longevity among African Americans.* Paper presented at the LSU Life Course and Aging Center Conference, Baton Rouge, LA.

**Marks, L. D.** (February, 2004). *State of the black church*. Panelist/presentation at LSU Black History Month Celebration, Baton Rouge, LA.

**Marks, L. D.** (February, 2004). *Religious diversity in the workplace*. Presentation at Annual LSU AgCenter Diversity Conference, Baton Rouge, LA.

**Marks, L. D.** (November, 2003). *How and why does religion influence marriage?: Muslim, Jewish, and Christian perspectives*. Paper presented at the 2003 National Council on Family Relations, Vancouver, BC.

**Marks, L. D.** (October, 2003). *Food for thought: Linkages between health, religious communities, and nutrition education.* Presentation given at 2003 Annual Conference of LSU AgCenter Family Nutrition Program, Baton Rouge, LA.

**Marks, L. D.** (November, 2002). *Highly involved families of faith: A qualitative analysis of the costs, the challenges, and why it's worth it.* Paper presented at the 2002 National Council on Family Relations, Houston, TX.

**Marks, L. D.** (November, 2002). *The meaning and influence of religious practices for families: What do they do and why do they do it?* Paper presented at 2002 Society for the Scientific Study of Religion Conference, Salt Lake City, UT.

**Marks, L. D.** (October, 2002). *Why religion matters to families and those who study them.* Invited paper presented at School of Family Life Symposium, Brigham Young University, Provo, UT.

**Marks, L. D.** (May, 2002). *Why religion matters to families: A review and new conceptualization.* Paper presented at the Marion H. Steele Symposium of the Delaware Association of Family and Consumer Sciences, Newark, DE.

**Marks, L. D.** (November, 2001). *Religion, families, and fathers.* Paper presented at the Theory Construction and Research Methodology Workshop of the National Council on Family Relations, Rochester, NY.

**Marks, L. D.** (March, 2001). *Fatherhood and work: Challenges, choices, and balances.* Presented at Nursing Mothers Conference, Newark, DE.

**Marks, L. D.**, & Dollahite, D. C. (November, 2000). *Religious experience and meaning for Latter-day Saint fathers of children with special needs*. Presented at the National Council on Family Relations, Minneapolis, MN.

**Marks, L. D.**, & Dollahite, D. C. (October, 1999). *Religious experience and meaning for Latter-day Saint fathers of children with special needs.* Presented at the Society for the Scientific Study of Religion, Boston, MA.

**Marks, L. D.**, Springer, P., & Ogden, M. (April, 1999). *LDS fathers of children with special needs: A qualitative analysis.* Presented at the Brigham Young University Conference for Family Sciences, Provo, UT.

**Marks, L. D.** (April, 1998). *Challenges and supports for fathers of children with special needs*. Presented at the Utah Council on Family Relations, Provo, UT.

Dollahite, D. C., **Marks, L. D.**, & Olsen, M. M.  (November, 1997).  *Faithful fathering in trying times:  Religious beliefs and practices in fathers of children with special needs*.  Presented at the National Council on Family Relations, Crystal City, VA.

Olson, M. M., Dollahite, D. C., & **Marks, L. D.** (Novemeber, 1997). *Generative fathering of children with special needs: Conceptual connections and narratives*. Poster presented at the National Council on Family Relations, Crystal City, VA.

**Marks, L. D.**, & Dollahite, D. C. (April, 1997). *Faithful fathering:  Ten qualitative themes*. Presented at the Utah Council on Family Relations, Provo, UT, April, 1997.


## AWARDS  AND RECOGNITIONS

2002 Best Paper Award, Delaware Association of Family and Consumer Sciences
2004 Paper of the Year Award, NCFR Religion and Family Life Section
2004 Alumni Association Outstanding Teacher Award, LSU School of Human Ecology
2005 Tiger Athletic Foundation Outstanding Teacher Award, LSU College of Agriculture
2005 Jack Shand Research Award, Society for the Scientific Study of Religion
2008 Alumni Association Outstanding Teacher Award, LSU School of Human Ecology
2008 LSU Rainmaker Award – Top 100 LSU Research Faculty for 2008
2009 Alpha Lamba Delta 'Dedication to Instruction' Recognition
2009 Sedberry Outstanding Undergraduate Teaching Award, LSU College of Agriculture
2009 *LSU Today* Flagship Faculty
2009 *Who's Who in America*
2009 Sedberry Award: Outstanding Undergraduate Teacher, LSU College of Agriculture
2009 Received Kathryn Norwood and Claude Fussel Alumni Professorship


## MEMBERSHIPS AND CERTIFICATIONS

Member, National Council on Family Relations (NCFR)
Member, Kappa Omicron Nu Honor Society
Member, Gamma Sigma Delta Honor Society
Certified Family Life Educator (CFLE)


## SERVICE

Member, NCFR Diversity Task Force
Reviewer for *Applied Psychology:  Health and Well-being* (UK)
Reviewer for *Counseling and Spirituality*
Reviewer for *Family Relations*
Reviewer for *Fathering*
Reviewer for *Journal of Child and Family Studies*
Reviewer for *Journal of Comparative Family Studies*
Reviewer for *Journal of Family Theory and Review*
Reviewer for *Journal of Financial Counseling and Planning*

Loren Marks

**SERVICE (cont.)**

Reviewer for *Journal of Marital and Family Therapy*
Reviewer for *Journal of Marriage and Family*
Reviewer for *Journal of Religion and Health*
Reviewer for *Journal of Social and Clinical Psychology*

**REFERENCES**

David C. Dollahite, Professor
School of Family Life
Brigham Young University
Provo, UT 84602
Phone: (801)378-4179
E-mail: dave_dollahite@byu.edu

Betsy Garrison, Professor
Associate Dean, College of Agriculture
Louisiana State University
Baton Rouge, LA 70803
E-mail: hcgarr@lsu.edu

Pam Monroe, Professor
Past-President of National Council on Family Relations
School of Social Work
Louisiana State University
Baton Rouge, LA 70803
E-mail: pmonroe@lsu.edu

Rob Palkovitz, Professor
Department of Individual and Family Studies
University of Delaware
104 Alison Hall
Newark, DE 19716
Phone: (302)831-8559
E-mail: robp@udel.edu

Index of Material Considered

1. Aquilino, W. S. (1994). Impact of childhood family disruption on young adults' relationships with parents. *Journal of Marriage and the Family*

2. Aquilino, W. S. (1996). The life course of children born to unmarried mothers: Childhood living arrangements and young adult outcomes. *Journal of Marriage and the Family*

3. Akerlof, G. (1998). Men without children. *Economic Journal*

4. Allison, P. D., & Furstenberg, F. F. (1989). How marital dissolution affects children: Variations by age and sex. *Developmental Psychology*

5. Amato, P. (1991). Parental absence during childhood and depression in later life. *Sociological Quarterly*

6. Amato, P. (2005). The impact of family formation change on the cognitive, social, and emotional well-being of the next generation. *The Future of Children*

7. Amato, P., & Booth, A. (2000). *A generation at risk:  Growing up in an era of family upheaval*. Cambridge, MA:  Harvard University Press.

8. Amato, P., & Afifi, T. D. (2006). Feeling caught between parents:  Adult children's relations with parents and subjective well-being. *Journal of Marriage and Family*

9. Bachman, J. G., et al. (1997). *Smoking, drinking and drug abuse in young adulthood*. Mahwah, NJ:  Erlbaum.

10. Battle, J. (1998). What beats having two parents?:  Educational outcomes for African-American students in single- versus dual-parent families. *Journal of Black  Studies*

11. Blackmon, L., Clayton, O., Glenn, N., Malone-Colon, L., & Roberts, A. (2005). *The consequences of marriage for African Americans:  A comprehensive literature review*. New York:  Institute for American Values.

12. Blankenhorn, D. (1995). *Fatherless America*. New York: Harper.

13. Booth, A., & Amato, P. (2001). Parental predivorce relations and offspring postdivorce well-being. *Journal of Marriage and Family*

14. Burger, W. R., & Youkeles, M. (2000). *Human services in contemporary America*. Pacific Grove, CA: Brooks/Cole.

15. Cherlin, A. J., Chase-Lansdale, P. L., & McRae, C. (1998). Effects of parental divorce on mental health throughout the life course. *American Sociological Review*

16. Daly, M., & Wilson, M. (2008). *Homocide (4th ed.).* London:  Transaction Publishers.

17. Doherty, W.J., Kouneski, E.F. & Erickson, M.F. (1998). Responsible fathering: An overview and conceptual framework. *Journal of Marriage and the Family*

18. Ellis, B. J., et al. (2003). Does father absence place daughters at special risk for early sexual activity and teenage pregnancy? *Child Development*

19. Gaudino, J. A., et al. (1999). *No fathers' names:  A risk factor for infant mortality in the sate of Georgia*. Social Science and Medicine

20. Harper, C., & McLanahan, S. (2004). Father absence and youth incarceration. *Journal of Research on Adolescence*

21. Heiss, J. ( 1996). Effects of African American family structure on chool attitude and performance. *Social Problems*

22. Hetherington, M., & Kelly, J. (2002). *For better or for worse:  Divorce reconsidered.* New York:  Norton.

23. Horwitz, A. V., White, H. R., & Howell-White, S. (1996). Becoming married and mental health:  A longitudinal study of a cohort of young adults. *Journal of Marriage and the Family*

24. Jekielek, S. (1998). Parental conflict, marital disruption, and children's emotional well-being. *Social Forces*

25. Kamark, E. C., & Galston, W. A. (1990). *Putting children first:  A progressive family policy for the 1990s*. Washington, DC:  Progressive Policy Institute.

26. Kroll, B. & Taylor, A. (2000). Invisible children? Parental substance abuse and child protection: dilemmas for practice. *Probation Journal*

27. Lansford, J. E. (2009). Parental divorce and children's adjustment. *Perspectives on Psychological Science*

28. Manning, W. D., & Lamb, K. A. (2003). Adolescent well-being in cohabiting, married, and single-parent families. *Journal of Marriage and Family*

29. Margolin, L. (1992). Child abuse by mothers' boyfriends:  Why the overrepresentation? *Child Abuse and Neglect*

30. McLanahan, S., & Sandefur, G. (1994). *Growing up with a single parent:  What hurts, what helps*. Cambridge, MA:  Havard University Press.

31. Mitchell, K. S., Booth, A., & King, V. (2009). Adolescents with nonresident fathers:  Are daughters more disadvantaged than sons? *Journal of Marriage and Family*

32. Musick, K., & Mare, R. D. (2004). Family structure, intergenerational mobility, and the reproduction of poverty:  Evidence for increasing polarization? *Demography*

33. Nock, S. L. (1998). *Marriage in men's lives.* New York: Oxford University Press.

34. Oliver, M. L., & Shapiro, T. M. (1997). *Black wealth/White wealth*. New York: Routledge.

35. Page, M. E., & Stevens, A. H. (2005). Understanding racial differences in the economic costs of growing up in a single-parent family. *Demography*

36. Phillips, C. P., & Asbury, C. A. (1993). Parental divorce/separation and the motivational characteristics and educational aspirations of African American university students. *The Journal of Negro Education*

37. Popenoe, D. (1996). *Life without father: Compelling new evidence that fatherhood and marriage are indispensable for the good of children and society.*  New York: Basic.

38. Rank, M. R., & Hirshl, T. A. (1999). The economic risk of childhood in America: Estimating the probability of poverty across the formative years. *Journal of Marriage and the Family*

39. Russell, D. E. H. (1984). The prevalence and seriousness of incestuous abuse: Stepfathers vs. biological fathers. *Child Abuse and Neglect*

40. Schoenborn, C. A. (2004). Marital status and health: United States 1999-2002. Advance Data from Vital Health and Statistics 351. Atlanta , GA:  Centers for Disease Control.

41. Siegel, C., et al. (1996). *Mortality from intentional and unintentional injury among infants of young mothers in Colorado, 1982-1992*. Archives of Pediatric and Adolescent Medicine

42. Simon, R. W. (2002) Revisiting the relationships among gender, marital status, and mental health. *American Journal of Sociology*

43. Teachman, J. R., et al. (1998). Sibling resemblance in behavioral and cognitive outcomes: The role of father presence. *Journal of Marriage and the Family*

44. Waite, L. (1995). Does marriage matter? *Demography*

45. Waite, L., & Gallagher, M. (2000). *The case for marriage:  Why married people are happier, healthier, and better off financially.* New York:  Doubleday.

46. Wallerstein, J., Lewis, J. M., Blakeslee, S. (2001). *The unexpected legacy of divorce.* New York:  Hyperion.

47. Weitoft, G. R., et al. (2003). Mortality, severe morbidity, and injury in children living with single parents in Sweden:  A population-based study. *The Lancet*

48. Wilcox, W. B., et al. (2005). *Why marriage matters (2nd. Ed.)*. New York:  Institute for American Values.

49. Wilson, M., & Daly, M. (1987). Risk of maltreatment of children living with stepparents. In R.

50. Gelles & J. Lancaster (Eds.), *Child abuse and neglect:  Biosocial dimensions*. New York: Aldine de Gruyter.

51. Zill, N., Morrison, D. R., & Coiro, M. J. (1993).Long-term effects of parental divorce on parent-child relationships, adjustment, and achievement in young adulthood. *Journal of Family Psychology*

52. Yongmin Sun, The Well-Being of Adolescents in the Households with No Biological Parents, Journal of Marriage and Family, Vol. 65, No. 4 (Nov., 2003)