GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson, SBN 38137
*tolson@gibsondunn.com*
Matthew D. McGill, *pro hac vice*
1050 Connecticut Avenue, N.W., Washington, D.C. 20036
Telephone: (202) 955-8668, Facsimile: (202) 467-0539

Theodore J. Boutrous, Jr., SBN 132009
*tboutrous@gibsondunn.com*
Christopher D. Dusseault, SBN 177557
Ethan D. Dettmer, SBN 196046
333 S. Grand Avenue, Los Angeles, California 90071
Telephone: (213) 229-7804, Facsimile: (213) 229-7520

BOIES, SCHILLER & FLEXNER LLP
David Boies, *pro hac vice*
*dboies@bsfllp.com*
333 Main Street, Armonk, New York 10504
Telephone: (914) 749-8200, Facsimile: (914) 749-8300

Jeremy M. Goldman, SBN 218888
*jgoldman@bsfllp.com*
1999 Harrison Street, Suite 900, Oakland, California 94612
Telephone: (510) 874-1000, Facsimile: (510) 874-1460

Attorneys for Plaintiffs
KRISTIN M. PERRY, SANDRA B. STIER,
PAUL T. KATAMI, and JEFFREY J. ZARRILLO

Dennis J. Herrera, SBN 139669
Therese M. Stewart, SBN 104930
Danny Chou, SBN 180240
One Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-4708, Facsimile (415) 554-4699

Attorneys for Plaintiff-Intervenor
CITY AND COUNTY OF SAN FRANCISCO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, *et al.*,<br><br>Plaintiffs,<br>and<br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff-Intervenor,<br>v.<br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>Defendants,<br>and<br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et al.*,<br><br>Defendant-Intervenors. | CASE NO. 09-CV-2292 VRW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S MOTION *IN LIMINE* TO EXCLUDE THE EXPERT REPORTS, OPINIONS, AND TESTIMONY OF KATHERINE YOUNG, LOREN MARKS AND DAVID BLANKENHORN** |

1

Gibson, Dunn & Crutcher LLP

09-CV-2292 VRW  [PROPOSED] ORDER GRANTING PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S MOTION *IN LIMINE* TO EXCLUDE PROPOSED EXPERTS YOUNG, MARKS, AND BLANKENHORN

Plaintiffs' and Plaintiff-Intervenor's motion *in limine* to exclude the expert reports, opinions, and testimony of Dr. Katherine Young, Dr. Loren Marks, and David Blankenhorn ("Motion") came on for hearing before the above-entitled Court on December 16, 2009.  After full consideration of all moving and opposing documents, the court's record and file in this matter, and the arguments of counsel, and good cause appearing, **IT IS HEREBY ORDERED**:

(1)   Plaintiffs' and Plaintiff-Intervenor's Motion is hereby GRANTED in its entirety;

(2)   The expert reports of Dr. Katherine Young, Dr. Loren Marks, and David Blankenhorn are EXCLUDED from evidence;

(3)   Dr. Katherine Young, Dr. Loren Marks, and David Blankenhorn are PROHIBITED from offering expert testimony or opinion in the above-captioned matter;

(4)   Defendants, Defendant-Intervenors, and their counsel, are PROHIBITED from introducing or referring in any way to the excluded expert reports, testimony, and/or opinions of Dr. Katherine Young, Dr. Loren Marks, and David Blankenhorn during trial.

Date:

UNITED STATES DISTRICT JUDGE
CHIEF JUDGE VAUGHN R. WALKER

Gibson, Dunn & Crutcher LLP

2

09-CV-2292 VRW  [PROPOSED] ORDER GRANTING PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S MOTION *IN LIMINE* TO EXCLUDE PROPOSED EXPERTS YOUNG, MARKS, AND BLANKENHORN