COOPER AND KIRK, PLLC
Charles J. Cooper (DC Bar No. 248070)*
*ccooper@cooperkirk.com*
David H. Thompson (DC Bar No. 450503)*
*dthompson@cooperkirk.com*
Howard C. Nielson, Jr. (DC Bar No. 473018)*
*hnielson@cooperkirk.com*
Nicole J. Moss (DC Bar No. 472424)*
*nmoss@cooperkirk.com*
Peter A. Patterson (Ohio Bar No. 0080840)*
*ppatterson@cooperkirk.com*
1523 New Hampshire Ave. N.W., Washington, D.C. 20036
Telephone: (202) 220-9600, Facsimile: (202) 220-9601

LAW OFFICES OF ANDREW P. PUGNO
Andrew P. Pugno (CA Bar No. 206587)
*andrew@pugnolaw.com*
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 608-3065, Facsimile: (916) 608-3066

ALLIANCE DEFENSE FUND
Brian W. Raum (NY Bar No. 2856102)*
*braum@telladf.org*
James A. Campbell (OH Bar No. 0081501)*
*jcampbell@telladf.org*
15100 North 90th Street, Scottsdale, Arizona 85260
Telephone: (480) 444-0020, Facsimile: (480) 444-0028

ATTORNEYS FOR DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH,
GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM,
MARK A. JANSSON, and PROTECTMARRIAGE.COM – YES ON 8, A
PROJECT OF CALIFORNIA RENEWAL

* Admitted *pro hac vice*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO, | CASE NO. 09-CV-2292 VRW |
| Plaintiffs, | **DEFENDANT-INTERVENORS' OBJECTIONS TO EVIDENCE** |
| CITY AND COUNTY OF SAN FRANCISCO, | **Pretrial Conference** |
| Plaintiff-Intervenor, | Date:    December 16, 2009 |
| v. | Time:   10:00 a.m. Judge:  Chief Judge Vaughn R. Walker Location:  Courtroom 6, 17th Floor |
| ARNOLD SCHWARZENEGGER, in his official capacity as Governor of  California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his | Trial Date: January 11, 2010 |

1   official capacity as Director of the California
2   Department of Public Health and State Registrar of
    Vital Statistics; LINETTE SCOTT, in her official
3   capacity as Deputy Director of Health Information
    & Strategic Planning for the California Department
4   of Public Health; PATRICK O'CONNELL, in his
    official capacity as Clerk-Recorder for the County
5   of Alameda; and DEAN C. LOGAN, in his official
    capacity as Registrar-Recorder/County Clerk for
6   the County of Los Angeles,

7                    Defendants,

8   and

9   PROPOSITION 8 OFFICIAL PROPONENTS
    DENNIS HOLLINGSWORTH, GAIL J.
10  KNIGHT, MARTIN F. GUTIERREZ, HAK-
    SHING WILLIAM TAM, and MARK A.
11  JANSSON; and PROTECTMARRIAGE.COM –
    YES ON 8, A PROJECT OF CALIFORNIA
12  RENEWAL,

13                Defendant-Intervenors.

14

15  Additional Counsel for Defendant-Intervenors

16

17  ALLIANCE DEFENSE FUND
    Timothy Chandler (CA Bar No. 234325)
18  *tchandler@telladf.org*
    101 Parkshore Drive, Suite 100, Folsom, California 95630
19  Telephone: (916) 932-2850, Facsimile: (916) 932-2851

20  Jordan W. Lorence (DC Bar No. 385022)*
    *jlorence@telladf.org*
21  Austin R. Nimocks (TX Bar No. 24002695)*
    *animocks@telladf.org*
22  801 G Street NW, Suite 509, Washington, D.C. 20001
    Telephone: (202) 393-8690, Facsimile: (202) 347-3622

23  * Admitted *pro hac vice*

24

25

26

27

28

## DEFENDANT-INTERVENORS' STATEMENT OF OBJECTIONS TO EVIDENCE EXPECTED TO BE OFFERED AT TRIAL

Pursuant to the Court's Pretrial Scheduling Order, Doc # 164, Defendant-Intervenors ("Proponents") respectfully submit that they "anticpat[e] making an objection to" the following "testimony or exhibits expected to be offered":

- On privilege grounds, exhibits or testimony constituting or relating to nonpublic information and/or Proponents' subjective intent and beliefs, the introduction of which would violate the First Amendment Privilege against compelled disclosure of core political speech and association.

- On relevance grounds, exhibits or testimony constituting or relating to nonpublic information not before the electorate at the time Proposition 8 was adopted and/or Proponents' subjective intent and beliefs, to the extent introduced in relation to the voters' intent or motivation in adopting Proposition 8 or the purposes or rationality of that provision.

- On relevance grounds, any exhibits or testimony falling within any of the categories of information that the Court has already deemed irrelevant, not subject to discovery, or both. *See* Doc # 214; Doc # 252.

- On relevance grounds, exhibits or testimony constituting or relating to public documents relating to the intent or motivations of the electorate in adopting Proposition 8—aside from the language of the ballot measure and, if necessary to resolve textual ambiguity, the official ballot arguments—and including advertisements, campaign materials, and other communications and information relating to the adoption of Proposition 8.

Dated: December 7, 2009

COOPER AND KIRK, PLLC
ATTORNEYS FOR DEFENDANT-INTERVENORS
DENNIS HOLLINGSWORTH, GAIL J. KNIGHT,
MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM,
MARK A. JANSSON, and ProtectMarriage.com –
YES ON 8, A PROJECT OF CALIFORNIA RENEWAL

By: /s/Charles J. Cooper
Charles J. Cooper

1