GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson, SBN 38137
*tolson@gibsondunn.com*
Matthew D. McGill, *pro hac vice*
1050 Connecticut Avenue, N.W., Washington, D.C. 20036
Telephone: (202) 955-8668, Facsimile: (202) 467-0539

Theodore J. Boutrous, Jr., SBN 132009
*tboutrous@gibsondunn.com*
Christopher D. Dusseault, SBN 177557
Ethan D. Dettmer, SBN 196046
333 S. Grand Avenue, Los Angeles, California 90071
Telephone: (213) 229-7804, Facsimile: (213) 229-7520

BOIES, SCHILLER & FLEXNER LLP
David Boies, *pro hac vice*
*dboies@bsfllp.com*
333 Main Street, Armonk, New York 10504
Telephone: (914) 749-8200, Facsimile: (914) 749-8300

Jeremy M. Goldman, SBN 218888
*jgoldman@bsfllp.com*
1999 Harrison Street, Suite 900, Oakland, California 94612
Telephone: (510) 874-1000, Facsimile: (510) 874-1460

Attorneys for Plaintiffs
KRISTIN M. PERRY, SANDRA B. STIER,
PAUL T. KATAMI, and JEFFREY J. ZARRILLO

Dennis J. Herrera, SBN 139669
Therese M. Stewart, SBN 104930
Danny Chou, SBN 180240
One Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-4708, Facsimile (415) 554-4699

Attorneys for Plaintiff-Intervenor
CITY AND COUNTY OF SAN FRANCISCO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, *et al.*,<br><br>Plaintiffs,<br><br>and<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>Defendants,<br><br>and<br><br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et al.*,<br><br>Defendant-Intervenors. | CASE NO. 09-CV-2292 VRW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S MOTION *IN LIMINE* TO EXCLUDE PORTIONS OF THE EXPERT REPORT, OPINIONS, AND TESTIMONY OF KENNETH P. MILLER**<br><br>**PLAINTIFFS' MIL NO. 2 OF 2**<br><br>Date:     December 16, 2009 [Pre-Trial Conf.]<br>Time:     10:00 a.m.<br>Judge:    Chief Judge Walker<br>Location: Courtroom 6, 17th Floor<br><br>Trial Date: January 11, 2010 |

Plaintiffs' and Plaintiff-Intervenor's motion *in limine* to exclude portions of the expert report, opinions, and testimony of Kenneth P. Miller ("Motion") came on for hearing before the above-entitled Court on December 16, 2009. After full consideration of all moving and opposing documents, the court's record and file in this matter, and the arguments of counsel, and good cause appearing, **IT IS HEREBY ORDERED:**

(1) Plaintiffs' and Plaintiff-Intervenor's Motion is hereby GRANTED in its entirety;

(2) Paragraphs 53-72 of Dr. Kenneth P. Miller's expert report are EXCLUDED from evidence;

(3) Dr. Kenneth P. Miller is PROHIBITED from offering expert testimony or opinion on the subject matter expressed therein; and

(4) Defendants, Defendant-Intervenors, and their counsel, are PROHIBITED from introducing or referring in any way to the excluded paragraphs of Dr. Kenneth P. Miller's report during trial.

Date: _____          _____
                                       UNITED STATES DISTRICT JUDGE
                                       CHIEF JUDGE VAUGHN R. WALKER

1

09-CV-2292 [PROPOSED] ORDER GRANTING PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S MOTION *IN LIMINE* TO EXCLUDE PORTIONS OF THE EXPERT REPORT, OPINIONS, AND TESTIMONY OF KENNETH P. MILLER