```
GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson, SBN 38137
tolson@gibsondunn.com
Matthew D. McGill, pro hac vice
Amir C. Tayrani, SBN 229609
1050 Connecticut Avenue, N.W., Washington, D.C. 20036
Telephone: (202) 955-8668, Facsimile: (202) 467-0539

Theodore J. Boutrous, Jr., SBN 132009
tboutrous@gibsondunn.com
Christopher D. Dusseault, SBN 177557
Ethan D. Dettmer, SBN 196046
Sarah E. Piepmeier, SBN 227094
Theane Evangelis Kapur, SBN 243570
Enrique A. Monagas, SBN 239087
333 S. Grand Avenue, Los Angeles, California 90071
Telephone: (213) 229-7804, Facsimile: (213) 229-7520

BOIES, SCHILLER & FLEXNER LLP
David Boies, pro hac vice
dboies@bsfllp.com
Theodore H. Uno, SBN 248603
333 Main Street, Armonk, New York 10504
Telephone: (914) 749-8200, Facsimile: (914) 749-8300

Attorneys for Plaintiffs KRISTIN M. PERRY, SANDRA B. STIER,
PAUL T. KATAMI, and JEFFREY J. ZARRILLO
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>Defendants. | CASE NO. 09-CV-2292 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEMONSTRATIVES** |

Gibson, Dunn & Crutcher LLP

1   Plaintiffs Kristin M. Perry, Sandra B. Stier, Paul T. Katami, and Jeffrey J. Zarrillo
2  ("Plaintiffs"), Plaintiff-Intervenor City and County of San Francisco ("Plaintiff-Intervenor"),
3  Defendant-Intervenors Proposition 8 Official Proponents Dennis Hollingsworth, Gail J. Knight,
4  Martin F. Gutierrez, Hak-Shing William Tam, and Mark A. Jansson; and ProtectMarriage.com –
5  Yes on 8, A Project of California Renewal ("Defendant-Intervenors"), and Defendants Arnold
6  Schwarzenegger, Edmund G. Brown Jr., Mark B. Horton, Linette Scott, Patrick O'Connell, and Dean
7  C. Logan ("Defendants") (collectively the "Parties"), through their respective counsel of record,
8  hereby stipulate to the following regarding the admissibility of demonstratives in this matter:
9   1.   The Parties stipulate and agree that the Parties shall exchange demonstrative exhibits
10  to be used with a given witness at least 72 hours prior to the witness's testimony.
11   2.   The Parties stipulate and agree that any demonstrative exhibit disclosed pursuant to
12  Paragraph 1 above shall be admissible into evidence to the same extent as if it had been disclosed on
13  the Parties' exhibits lists.
14   3.   Nothing in this stipulation limits in any way the right of any Party to object to the
15  admissibility of a demonstrative on any other grounds.
16   4.   This Stipulation may be signed in counterparts and facsimile signatures are deemed
17  originals for all purposes.
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

| | | |
|---|---|---|
| DATED: December 11, 2009 | | GIBSON, DUNN & CRUTCHER LLP |

By: _____/s/_____
Christopher D. Dusseault

and

BOIES, SCHILLER & FLEXNER LLP

David Boies

Attorneys for Plaintiffs KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO

DATED: December 11, 2009                OFFICE OF THE CITY ATTORNEY

By: _____/s/_____
Ronald P. Flynn

Attorneys for Plaintiff-Intervenor
CITY AND COUNTY OF SAN FRANCISCO

DATED: December 11, 2009                COOPER AND KIRK, PLLC

By: _____/s/_____
Nicole J. Moss

Attorneys for Defendant-Intervenors
PROPOSITION 8 OFFICIAL PROPONENTS; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL

DATED: December 11, 2009                OFFICE OF THE ATTORNEY GENERAL

By: _____/s/_____
Tamar Pachter

Attorneys for Defendant
ATTORNEY GENERAL EDMUND G. BROWN JR.

| | |
|---|---|
| DATED: December 11, 2009 | MENNEMEIER, GLASSMAN & STROUD LLP |

By: /s/
Andrew W. Stroud

Attorneys for Defendants ARNOLD SCHWARZENEGGER, MARK B. HORTON, and LINETTE SCOTT (the "Administration Defendants")

DATED: December 11, 2009        THE OFFICE OF THE COUNTY COUNSEL

By: /s/
Claude F. Kolm, Deputy County Counsel

Attorneys for Defendant PATRICK O'CONNELL, Clerk-Recorder for the County of Alameda

DATED: December 11, 2009        THE OFFICE OF COUNTY COUNSEL

By: /s/
Judy Whitehurst

Attorneys for Defendant DEAN C. LOGAN, Recorder/County Clerk for the County of Los Angeles

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____        _____
HON. VAUGHN R. WALKER
United States District Chief Judge

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

By:       /s/      
      Sarah E. Piepmeier