COOPER AND KIRK, PLLC
Charles J. Cooper (DC Bar No. 248070)*
*ccooper@cooperkirk.com*
David H. Thompson (DC Bar No. 450503)*
*dthompson@cooperkirk.com*
Howard C. Nielson, Jr. (DC Bar No. 473018)*
*hnielson@cooperkirk.com*
Nicole J. Moss (DC Bar No. 472424)*
*nmoss@cooperkirk.com*
Peter A. Patterson (OH Bar No. 0080840)*
*ppatterson@cooperkirk.com*
1523 New Hampshire Ave. N.W., Washington, D.C. 20036
Telephone: (202) 220-9600, Facsimile: (202) 220-9601

LAW OFFICES OF ANDREW P. PUGNO
Andrew P. Pugno (CA Bar No. 206587)
*andrew@pugnolaw.com*
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 608-3065, Facsimile: (916) 608-3066

ALLIANCE DEFENSE FUND
Brian W. Raum (NY Bar No. 2856102)*
*braum@telladf.org*
James A. Campbell (OH Bar No. 0081501)*
*jcampbell@telladf.org*
15100 North 90th Street, Scottsdale, Arizona 85260
Telephone: (480) 444-0020, Facsimile: (480) 444-0028

ATTORNEYS FOR DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH,
GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM,
MARK A. JANSSON, and PROTECTMARRIAGE.COM – YES ON 8, A
PROJECT OF CALIFORNIA RENEWAL

* Admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO, <br><br> Plaintiffs, <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney | CASE NO. 09-CV-2292 VRW <br><br> **DECLARATION OF PETER A. PATTERSON IN SUPPORT OF DEFENDANT-INTERVENORS' MEMORANDUM IN OPPOSITON TO PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S MOTION *IN LIMINE* TO EXCLUDE THE EXPERT REPORTS, OPINIONS, AND TESTIMONY OF KATHERINE YOUNG, LOREN MARKS, AND DAVID BLANKENHORN** <br><br> **Pretrial Conference** |

1  General of California; MARK B. HORTON, in his
2  official capacity as Director of the California
   Department of Public Health and State Registrar of
3  Vital Statistics; LINETTE SCOTT, in her official
   capacity as Deputy Director of Health Information
4  & Strategic Planning for the California Department
   of Public Health; PATRICK O'CONNELL, in his
5  official capacity as Clerk-Recorder for the County
   of Alameda; and DEAN C. LOGAN, in his official
6  capacity as Registrar-Recorder/County Clerk for
   the County of Los Angeles,
7
8                    Defendants,

9  and

10 PROPOSITION 8 OFFICIAL PROPONENTS
   DENNIS HOLLINGSWORTH, GAIL J.
11 KNIGHT, MARTIN F. GUTIERREZ, HAK-
   SHING WILLIAM TAM, and MARK A.
12 JANSSON; and PROTECTMARRIAGE.COM –
   YES ON 8, A PROJECT OF CALIFORNIA
13 RENEWAL,

14                    Defendant-Intervenors.

15

16     Additional Counsel for Defendant-Intervenors

17

18 ALLIANCE DEFENSE FUND
   Timothy Chandler (CA Bar No. 234325)
   *tchandler@telladf.org*
19 101 Parkshore Drive, Suite 100, Folsom, California 95630
   Telephone: (916) 932-2850, Facsimile: (916) 932-2851
20
21 Jordan W. Lorence (DC Bar No. 385022)*
   *jlorence@telladf.org*
   Austin R. Nimocks (TX Bar No. 24002695)*
22 *animocks@telladf.org*
   801 G Street NW, Suite 509, Washington, D.C. 20001
23 Telephone: (202) 393-8690, Facsimile: (202) 347-3622

24 * Admitted *pro hac vice*

25

26

27

28

Date:    December 16, 2009
Time:    10:00 a.m.
Judge:   Chief Judge Vaughn R. Walker
Location:   Courtroom 6, 17th Floor

Trial Date:  January 11, 2010

---

DECLARATION OF PETER A. PATTERSON IN SUPPORT OF DEFENDANT-INTERVENORS' OPPOSITION TO MOTION *IN LIMINE* RE YOUNG, MARKS, AND BLANKENHORN
CASE NO. 09-CV-2292 VRW

1       I, Peter A. Patterson, attorney for Defendant-Intervenors Proposition 8 Proponents Dennis

2   Hollingsworth, Gail J. Knight, Martin F. Gutierrez, Hak-Shing William Tam, Mark A. Jansson, and

3   Proposition 8 Campaign Committee ProtectMarriage.com – Yes on 8, a Project of California

4   Renewal, have personal knowledge of the facts in this declaration, and if called as a witness, I could

5   and would competently testify to these facts under oath:

6       1.  Attached hereto as Exhibit A is a true and correct copy of Katherine K. Young and Paul

7   Nathanson, "Redefining Marriage or Deconstructing Society:  a Canadian Case Study." *Journal of*

8   *Family Studies* (Australia) Vol. 13 Issue 2 at 141 (November 2007).

9       2.  Attached hereto as Exhibit B is a true and correct copy of Katherine K. Young and

10  Arvind Sharma, "Hindu Marriage," Ecumenism 163 (September 2006): 4-11.

11      3.  Attached hereto as Exhibit C is a true and correct copy of relevant excerpts from the

12  certified transcript of the deposition of Dr. Loren Marks, taken on October 20, 2009.

13      4.  Attached hereto as Exhibit D is a true and correct copy of relevant excerpts from the

14  certified transcript of the deposition of David Blankenhorn, taken on November 3, 2009.

15      I declare under the penalty of perjury under the laws of the United States that the foregoing

16  is true and correct.

17

18  Executed on December 11, 2009 at Cincinnati, OH

19

20

21      Peter A. Patterson

22

23

24

25

26

27

28

1