FILED

NOV 20 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KRISTIN M. PERRY; et al.,<br><br>        Plaintiffs - Appellees,<br><br>PROPOSITION 8 OFFICIAL PROPONENTS,<br><br>        Defendant-intervenor - Appellant,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; et al.,<br><br>        Defendants,<br><br> and<br><br>DENNIS HOLLINGSWORTH; et al.,<br><br>        Defendant-intervenors - Appellants,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>        Plaintiff-intervenor. | No. 09-17241<br><br>D.C. No. 3:09-cv-02292-VRW<br>Northern District of California,<br>San Francisco<br><br>ORDER |

| | |
|---|---|
| KRISTIN M. PERRY; et al., | No. 09-17551 |
| Plaintiffs - Appellees, | D.C. No. 3:09-cv-02292-VRW |
| v. | Northern District of California, San Francisco |
| ARNOLD SCHWARZENEGGER; et al., | |
| Defendants, | |
| and | |
| DENNIS HOLLINGSWORTH; et al., | |
| Defendant-intervenors - Appellants, | |
| v. | |
| OUR FAMILY COALITION; et al., | |
| Plaintiff-intervenors - Appellees. | |

Before: WARDLAW, FISHER and BERZON, Circuit Judges.

Appellants' motion to consolidate these appeals is granted. Appeal numbers 09-17241 and 09-17551 are consolidated.

Appellants' motion for an extension of time to respond to the October 20, 2009 jurisdictional order to show cause in appeal number 09-17241 is granted.

Appellants' response, received on November 13, 2009, has been filed and shall be considered in both appeals.

The briefing schedule established for appeal number 09-17551 is vacated.

The court sua sponte grants a temporary stay of the district court's October 1 and November 11, 2009 orders pending consideration of the merits of appellants' motion for stay.

Appellees' response to the motion for stay, not to exceed 35 pages, is due at 12:00 p.m. Pacific Time on November 23, 2009. Appellees' response shall address the jurisdictional issue raised in this court's October 20, 2009 order to show cause. Appellants may file a reply by 5:00 p.m. Pacific Time on November 23, 2009.