FILED

DEC 01 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KRISTIN M. PERRY; et al., | No. 09-17241 |
| Plaintiffs - Appellees, | D.C. No. 3:09-cv-02292-VRW |
| and | Northern District of California, San Francisco |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Plaintiff-intervenor, | ORDER |
| v. | |
| ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; et al., | |
| Defendants, | |
| and | |
| DENNIS HOLLINGSWORTH; et al., | |
| Defendant-intervenors - Appellants. | |

| | |
|---|---|
| KRISTIN M. PERRY; et al.,  Plaintiffs - Appellees,  and  OUR FAMILY COALITION; et al.,  Plaintiff-intervenors - Appellees,  v.  ARNOLD SCHWARZENEGGER; et al.,  Defendants,  and  DENNIS HOLLINGSWORTH; et al.,  Defendant-intervenors - Appellants. | No. 09-17551  D.C. No. 3:09-cv-02292-VRW  Northern District of California, San Francisco |

Before: WARDLAW, FISHER and BERZON, Circuit Judges.

The request of the American Civil Liberties Union of Northern California ("ACLU-NC") for leave to submit an *amicus curiae* letter is granted.

The Clerk shall file the ACLU-NC's letter submitted on November 27, 2009 and shall accept appellees' response submitted on November 30, 2009.