FILED

DEC 02 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KRISTIN M. PERRY; et al., | No. 09-17241 |
| Plaintiffs - Appellees, | D.C. No. 3:09-cv-02292-VRW |
| and | Northern District of California, San Francisco |
| CITY AND COUNTY OF SAN FRANCISCO, | ORDER |
| Plaintiff-intervenor, | |
| v. | |
| ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; et al., | |
| Defendants, | |
| and | |
| DENNIS HOLLINGSWORTH; et al., | |
| Defendant-intervenors - Appellants. | |

| | |
|---|---|
| KRISTIN M. PERRY; et al., <br><br> Plaintiffs - Appellees, <br><br> and <br><br> OUR FAMILY COALITION; et al., <br><br> Plaintiff-intervenors - Appellees, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER; et al., <br><br> Defendants, <br><br> and <br><br> DENNIS HOLLINGSWORTH; et al., <br><br> Defendant-intervenors - Appellants. | No. 09-17551 <br><br> D.C. No. 3:09-cv-02292-VRW <br> Northern District of California, <br> San Francisco |

Before: WARDLAW, FISHER and BERZON, Circuit Judges.

The request of Advocates for Faith and Freedom ("Advocates") for leave to submit an *amicus curiae* letter is granted.

The Clerk shall file Advocates' letter submitted on November 30, 2009.