ADVOCATES FOR FAITH AND FREEDOM
Robert H. Tyler (CA Bar No. 179572)
*rtyler@faith-freedom.com*
*Jennifer L. Monk (CA Bar No. 245512)
*jmonk@faith-freedom.com*
24910 Las Brisas Road, Suite 110
Murrieta, California 92562
Telephone: 951-304-7583; Facsimile: 951-600-4996

*Application Pending for Admission to U. S. District Court, Northern District of California*

ATTORNEYS FOR PROPOSED INTERVENORS COUNTY OF IMPERIAL OF
THE STATE OF CALIFORNIA, BOARD OF SUPERVISORS OF IMPERIAL COUNTY,
AND ISABEL VARGAS IN HER OFFICIAL
CAPACITY AS DEPUTY CLERK/DEPUTY COMMISSIONER OF CIVIL
MARRIAGES FOR THE COUNTY OF IMPERIAL

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; | CASE NO. 09-CV-2292 VRW<br><br>**DECLARATION OF ISABEL VARGAS IN SUPPORT OF PROPOSED INTERVENORS' MOTION TO INTERVENE**<br><br>Date:  January 21, 2010<br>Time:  10:00 a.m.<br>Judge:  Chief Judge Vaughn R. Walker<br>Location:  Courtroom 6, 17th Floor |

1

PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,

Defendants,

DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON, as official proponents of Proposition 8,

Defendant-Intervenors

PROPOSED INTERVENORS COUNTY OF IMPERIAL OF THE STATE OF CALIFORNIA, BOARD OF SUPERVISORS OF IMPERIAL COUNTY, AND ISABEL VARGAS IN HER OFFICIAL CAPACITY AS DEPUTY CLERK/DEPUTY COMMISSIONER OF CIVIL MARRIAGES FOR THE COUNTY OF IMPERIAL

Proposed-Intervenors

I, Isabel Vargas, a deputy clerk of the County of Imperial ("County"), have personal knowledge of the facts in this declaration, and if called as a witness, I could and would competently testify to these facts under oath:

1.    I have been a deputy clerk of the County of Imperial since 2000.  By statute, my position and official responsibilities include the duties of a county clerk with respect to marriage under California law.   Specifically, my duties include performing marriage ceremonies and issuing marriage licenses.

2.    I have been informed that the Governor, Attorney General, and other elected officials are not actively defending Proposition 8 in the above-captioned litigation.  I have also been informed that as a result there is a possibility that a ruling by the District Court against

///

2

1  Proposition 8 might not be appealable to the Court of Appeals for the Ninth Circuit or the

2  United States Supreme Court.

3      3.    I am concerned that an unappealable ruling by a single District Court striking

4  down Proposition 8 would create significant confusion for me and other County clerks and

5  officials in the performance of our legal duties regarding marriage.  It is unclear to me

6  whether, in such a situation, County clerks and other County officials would have a duty to

7  follow Proposition 8 as now enshrined in the California Constitution or to follow the ruling of

8  the District Court and issue marriage licenses to, or perform marriage ceremonies for, same-

9  sex couples.  Such confusion would materially disrupt and impede the performance of my

10  official duties relating to marriage.

11      4.    I have joined the proposed intervention of the County and Board of Supervisors

12  so as to ensure the possibility of appellate review, regardless of the outcome in the District

13  Court, in order that there be clarity and certainty as to the legal duties of County clerks and

14  other County officials relating to marriage.

15      5.    I have no personal knowledge or documents or files regarding the Yes on

16  Proposition 8 campaign or its message, strategies or motivations other than possible

17  recollections of what was transmitted to the general public during the 2008 campaign.

18      I declare under the penalty of perjury under the laws of the United States that the

19  foregoing is true and correct.

20      Executed on December 15th 2009 at El Centro, County of Imperial, California.

21

22

23      ISABEL VARGAS

24

25

26

27

28

3