ADVOCATES FOR FAITH AND FREEDOM
Robert H. Tyler (CA Bar No. 179572)
*rtyler@faith-freedom.com*
*Jennifer L. Monk (CA Bar No. 245512)
*jmonk@faith-freedom.com*
24910 Las Brisas Road, Suite 110
Murrieta, California 92562
Telephone:951-304-7583; Facsimile: 951-600-4996

*Application Pending for Admission to U. S. District Court, Northern District of California*

ATTORNEYS FOR PROPOSED INTERVENORS COUNTY OF IMPERIAL OF THE STATE OF CALIFORNIA, BOARD OF SUPERVISORS OF IMPERIAL COUNTY, AND ISABEL VARGAS IN HER OFFICIAL CAPACITY AS DEPUTY CLERK/DEPUTY COMMISSIONER OF CIVIL MARRIAGES FOR THE COUNTY OF IMPERIAL

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; | CASE NO. 09-CV-2292 VRW<br><br>**PROPOSED INTERVENORS' NOTICE OF MOTION AND MOTION TO SHORTEN TIME**<br><br>Judge: Chief Judge Vaughn R. Walker<br>Location: Courtroom 6, 17th Floor |

PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,

    Defendants,

DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON, as official proponents of Proposition 8,

    Defendant-Intervenors,

PROPOSED INTERVENORS COUNTY OF IMPERIAL OF THE STATE OF CALIFORNIA, BOARD OF SUPERVISORS OF IMPERIAL COUNTY, AND ISABEL VARGAS IN HER OFFICIAL CAPACITY AS DEPUTY CLERK/DEPUTY COMMISSIONER OF CIVIL MARRIAGES FOR THE COUNTY OF IMPERIAL

    Proposed-Intervenors

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE THAT** Proposed Intervenors, the County of Imperial of the State of California ("County"), the Board of Supervisors of Imperial County ("Board"), and Isabel Vargas in her official capacity as Deputy Clerk/Deputy Commissioner of Civil Marriages/Recordable Document Examiner ("Clerk"), hereby move this Court for an order shortening time on their Motion to Intervene.

  The motion of Proposed Intervenors is based on this Notice of Motion and Motion, Motion to Intervene, Declaration of Jennifer L. Monk in support of the Motion to Shorten Time, all pleadings and other documents filed in this case, and any and all arguments of counsel at a hearing on the Motion to Shorten Time.

///

///

# ARGUMENT

Pursuant to Civil Local Rule 6-3, Proposed Intervenors respectfully seek the Court's leave for a hearing on their Motion to Intervene at the pretrial conference on December 16, 2009 or as soon thereafter as reasonably possible. Proposed Intervenors likewise respectfully submit that the time for briefing should be shortened to expedite the Court's consideration of this matter. With trial set to begin on January 11, 2010, time does not permit the usual briefing and hearing schedule on the Motion to Intervene.

As set forth in the Motion to Intervene and supporting Memorandum, the standing of the Official Proponents to appeal has been called into question because they are not a governmental entity or official. Given that the governmental Defendants all either agree with Plaintiffs that Proposition 8 is unconstitutional or have declined to defend it actively, there is a distinct possibility that they will choose not to notice an appeal, let alone seek Supreme Court review, of a ruling holding Proposition 8 unconstitutional. Thus, it is possible that none of the current parties to the case would be both willing and able to appeal from a ruling by this Court that Proposition 8 is unconstitutional, or to seek Supreme Court review of such a ruling by the Court of Appeals. The intervention of Proposed Intervenors may thus be essential to ensure the possibility of appellate and Supreme Court review regardless of the outcome of this case.

Moreover, Proposed Intervenors do not seek to conduct discovery, present evidence at trial, or otherwise participate substantively in the litigation before this Court. Proposed Intervenors have no evidence relevant to plaintiffs' claims, but will comply as quickly as possible with any reasonable discovery requests. And while Proposed Intervenors reserve the right to submit post-trial briefing on the merits, they most likely will largely adopt the arguments of the Official Proponents. The requested expedited schedule will allow quick resolution of this critically important technicality before the press of trial is upon the parties and this Court.

Proposed Intervenors have conferred with the parties about the instant motion. Plaintiffs have indicated that they oppose this motion, as well as Proposed Intervenors intervention. Plaintiff-Intervenors have also indicated they oppose this motion, as well as intervention. Counsel for

1   Defendants SCHWARZENEGGER, HORTON, and SCOTT has not returned a message regarding this
2   motion. Defendant BROWN has indicated he will not oppose the Motion to Intervene or the Motion
3   to Shorten Time. Defendant O'CONNELL has indicated he will not oppose the Motion to Intervene
4   or the Motion to Shorten Time. Defendant LOGAN has also indicated he will not oppose the Motion
5   to Intervene or the Motion to Shorten Time. Defendant-Intervenors have indicated they would
6   stipulate to shorten time on the Motion to Intervene and that they would not oppose the Motion to
7   Intervene.

8       This case plainly presents momentous issues of importance not only to the parties to this
9   litigation, but also to the State of California and the Nation as a whole. The constitutional issues
10  presented surely warrant definitive resolution by the Court of Appeals and perhaps even the Supreme
11  Court. It is therefore essential to ensure that the enormous efforts and resources being expended on
12  these proceedings by the parties and the Court not result in an unappealable, nonprecedential ruling
13  applicable only to the parties to this case. Any ambiguity on this front should be resolved as soon as
14  reasonably possible.

## CONCLUSION

For these reasons, Proposed Intervenors respectfully request that this motion be granted.

DATED: December 15, 2009

ADVOCATES FOR FAITH AND FREEDOM
ATTORNEYS FOR PROPOSED
INTERVENORS COUNTY OF IMPERIAL
OF THE STATE OF CALIFORNIA, BOARD
OF SUPERVISORS OF IMPERIAL
COUNTY, AND ISABEL VARGAS IN HER
OFFICIAL CAPACITY AS DEPUTY
CLERK/DEPUTY COMMISSIONER OF
CIVIL MARRIAGES FOR THE COUNTY
OF IMPERIAL

By: _____
Jennifer L. Monk

# DECLARATION OF SERVICE

I, Jennifer L. Monk, declare as follows:

I am employed in the State of California; I am over the age of eighteen years and am not a party to this action; my business address is 24910 Las Brisas Road, Suite 110, Murrieta, California 92562. On December 15, 2009, I served the following document(s):

1. **PROPOSED INTERVENORS' NOTICE OF MOTION AND MOTION TO SHORTEN TIME; DECLARATION OF JENNIFER L. MONK IN SUPPORT OF MOTION TO SHORTEN TIME; AND [PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME**

on the parties stated below by the following means of service:

| | |
|---|---|
| Kenneth C. Mennemeier<br>Andrew W. Stroud<br>MENNEMEIER, GLASSMAN & STROUD LLP<br>980 9th Street, Suite 1700<br>Sacramento, CA 95814-2736<br>kcm@mgslaw.com<br>gosling@mgslaw.com<br>aknight@mgslaw.com<br>stroud@mgslaw.com<br>lbailey@mgslaw.com<br><br>*Attorneys for the Administration Defendants* | Gordon Burns<br>Tamar Pachter<br>OFFICE OF THE ATTORNEY GENERAL<br>1300 I Street, Suite 125<br>P.O Box. 944255<br>Sacramento, CA 94244-2550<br>Gordon.Burns@doj.ca.gov<br>Tamar.Pachter@doj.ca.gov<br><br>*Attorneys for Defendant Attorney General Edmund G. Brown, Jr.* |
| Dennis J. Herrera<br>Therese M. Stewart<br>OFFICE OF THE CITY ATTORNEY<br>City Hall, Room 234<br>One Dr. Carlon B. Goodlett Place<br>San Francisco, California 94102-4682<br>therese.stewart@sfgov.org<br>erin.bernstein@sfgov.org<br>vince.chhabria@sfgov.org<br>danny.chou@sfgov.org<br>ronald.flynn@sfgov.org<br>mollie.lee@sfgov.org<br>Christine.van.aken@sfgov.org | Elizabeth M. Cortez<br>Judy W. Whitehurts<br>THE OFFICE OF CITY COUNSEL<br>648 Kenneth Hahn Hall of Administration<br>500 West Temple Street<br>Los Angeles, CA  90012-2713<br>jwhitehurst@counsel.lacounty.gov<br><br>*Attorneys for Defendant Dean C. Logan Registrar-Recorder/County Clerk, County of Los Angeles* |

| | | |
|---|---|---|
| 1 | catheryn.daly@sfgov.org | |
| 2 | *Attorneys for Plaintiff-Intervenor City and* | |
| 3 | *County of San Francisco* | |
| 4 | Richard E. Winnie | Ted Olson |
|   | Brian E. Washington | Matthew McGill |
| 5 | Claude F. Kolm | Amir Tayrani |
|   | Manuel F. Martinez | GIBSON, DUNN & CRUTCHER LLP |
| 6 | THE OFFICE OF CITY COUNSEL | 1050 Connecticut Avenue, N.W. |
| 7 | 1221 Oak Street, Suite 450 | Washington, DC  20036-5306 |
|   | Oakland, California  94612 | T:  (202) 955-8500 |
| 8 | Brian.washington@acgov.org | F:  (202) 467-0539 |
| 9 | Claude.kolm@acgov.org | TOlson@gibsondunn.com |
|   | Manuel.martinez@acgov.org | MMcGill@gibsondunn.com |
| 10 | Judith.martinez@acgov.org | ATayrani@gibsondunn.com |
| 11 | | |
| 12 | *Attorneys for Defendant Patrick O'Connell* | Theodore Boustrous, Jr. |
|    | *Clerk Recorder of the County of Alemeda* | Christopher Dusseault |
| 13 | | Theane Kapur |
| 14 | | |
|    | | GIBSON, DUNN & CRUTCHER LLP |
| 15 | | 333 South Grand Avenue |
|    | | Los Angeles, CA  90072-1512 |
| 16 | | T:  (213) 229-7000 |
| 17 | | F:  (213) 229-7520 |
|    | | TBoutrous@gibsondunn.com |
| 18 | | CDusseault@gibsondunn.com |
| 19 | | TKapur@gibsondunn.com |
|    | | SMalzahn@gibsondunn.com |
| 20 | | |
| 21 | | Ethan Dettmer |
|    | | Enrique Monagas |
| 22 | | GIBSON, DUNN & CRUTCHER LLP |
| 23 | | 555 Mission Street, Suite 3000 |
|    | | San Francisco, CA  94105 |
| 24 | | T:  (415) 393-8200 |
| 25 | | F:  (415) 393-8306 |
|    | | EDettmer@gibsondunn.com |
| 26 | | SPiepmeier@gibsondunn.com |
| 27 | | EMonagas@gibsondunn.com |
|    | | RJustice@gibsondunn.com |
| 28 | | MJanky@gibsondunn.com |

19

**DECLARATION OF SERVICE**                                                  09-CV-2292 VRW

Theodore Uno
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
T: (510) 874-1000
F: (510) 874-1460
jgoldman@bsfllp.com
tuno@bsfllp.com
brichardson@bsfllp.com
rbettan@bsfllp.com
jischiller@bsfllp.com

*Attorneys for Plaintiff Kristin M. Perry*

**BY ELECTRONIC MAIL:** I caused the following documents to be transmitted via electronic mail to the attorneys of record at the email addresses listed above pursuant to an agreement in writing between the parties that such service is appropriate under Federal Rule of Civil Procedure 5(b)(2)(E).

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed in Murrieta, California, December 15, 2009.

_____
Jennifer L. Monk