# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles, | CASE NO. 09-CV-2292 VRW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME**<br><br>Judge: Chief Judge Vaughn R. Walker<br>Location: Courtroom 6, 17th Floor |

|   |
|---|
| Defendants, |
| DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON, as official proponents of Proposition 8, |
| Defendant-Intervenors |
| PROPOSED INTERVENORS COUNTY OF IMPERIAL OF THE STATE OF CALIFORNIA, BOARD OF SUPERVISORS OF IMPERIAL COUNTY, AND ISABEL VARGAS IN HER OFFICIAL CAPACITY AS DEPUTY CLERK/DEPUTY COMMISSIONER OF CIVIL MARRIAGES FOR THE COUNTY OF IMPERIAL |
| Proposed-Intervenors |

## [PROPOSED] ORDER

The County of Imperial of the State of California, the Board of Supervisors of Imperial County, and Isabel Vargas, in her official capacity as Deputy Clerk/Deputy Commissioner of Civil Marriages for the County of Imperial, moved to shorten time on the motion to intervene in this action as party defendants. For good cause appearing, the Motion to Shorten Time is hereby GRANTED.

IT IS THEREFORE ORDERED that the Motion to Intervene filed by County of Imperial of the State of California, the Board of Supervisors of Imperial County, and Isabel Vargas, in her official capacity as Deputy Clerk/Deputy Commissioner of Civil Marriages for the County of Imperial, shall be heard by this Court on December 16 or shortly thereafter.

Dated: December ___, 2009

_____
Hon. Vaughn R. Walker
United States Chief District Judge