**Davis Wright Tremaine LLP**

Thomas R. Burke
Suite 800
505 Montgomery Street
San Francisco, CA 94111-6533

Tel 415.276.6552
Fax 415.276.6599

Email: thomasburke@dwt.com

December 21, 2009

The Honorable Vaughn R. Walker
Chief Judge of the U.S. District Court
Northern District of California
Courtroom 6, 17th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

Re: **Case No. 09-CV-02292-VRW**
*Perry, et al v. Schwarzenegger, et al*

Dear Chief Judge Walker:

On behalf of ABC News, KGO-TV, KABC-TV, Cable News Network, In Session (formerly known as "Court TV"), Fox News, NBC News, CBS News, Hearst Corporation, publisher of the *San Francisco Chronicle* and SFGate.com, and Dow Jones & Company, Inc. (the "Media Coalition"), we write to inform the Court of the Media Coalition's interest to provide camera coverage to broadcast and webcast the upcoming trial proceedings in this matter. On behalf of the Media Coalition, experienced personnel from In Session are prepared to provide gavel to gavel "pooled" coverage.

As the Ninth Circuit Court of Appeals only last week authorized the use of cameras in the District Courts, the Media Coalition appreciates that there are currently no procedures in place for such coverage and understands that the Court may want the Media Coalition to file a formal motion for access. If that is needed, the Media Coalition respectfully requests that the Court issue a briefing schedule.

We appreciate the Court's attention to this matter and look forward to the opportunity to provide coverage of these historic proceedings.

Respectfully submitted,

Davis Wright Tremaine LLP for the Media Coalition

Thomas R. Burke

Anchorage
Bellevue
Los Angeles
New York
Portland
San Francisco
Seattle
Shanghai
Washington, D.C.

www.dwt.com