UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE:** December 16, 2009

**COURTROOM DEPUTY:** Cora Klein        **Court Reporter:** Kathy Sullivan

**CASE NO.** C 09-2292 VRW

**TITLE:** KRISTIN PERRY, et al v. ARNOLD SCHWARNEGGER, et al

| **COUNSEL FOR PLAINTIFFS:** | **DEF INTERVENORS PROP 8:** |
|---|---|
| Theodore Olson, David Boies, | Charles Cooper, David Thompson |
| Enrique Monagas, Christopher Dusseault, | Brian Raum, Jesse Panuccio |
| Matthew McGill, Jeremy Goldman | |
| Theodore Boutrous, Jr. | |
| Sarah Piepmeier , Joshua Schiller | |
| | **COUNSEL FOR DEFENDANTS:** |
| | Andrew Stroud for Gov Schwarnegger |
| | Tamar Pachter for CA Attorney General |
| | Claude Kolm and Manuel F. Martinez for O'Connell, |
| | Alameda County, Alameda County Clerk Recorder |
| **AMICUS SF CITY & CTY:** | Judy Whitehurst Los Angeles County Counsel |
| Therese Stewart, Ron Flynn | Dean Logan |
| Mollie Lee, Erin Bernstein | |
| Danny Chou | |

Jennifer Monk for Imperial County of California on the motion to intervene.

**PROCEEDINGS:**
1. Motion to intervene by Imperial County .
2. Motion to Realign the Attorney General
3. Discovery Matter.
4. Motions in limine
5. Pretrial Conference.

The court heard argument from counsel.
The court submitted the matter.
The court to issue a written ruling.