EDMUND G. BROWN JR.
Attorney General of California
JONATHAN K. RENNER
Senior Assistant Attorney General
GORDON BURNS
Deputy Solicitor General
TAMAR PACHTER
Deputy Attorney General
State Bar No. 146083
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5970
  Fax:  (415) 703-1234
  E-mail:  Tamar.Pachter@doj.ca.gov
*Attorneys for Defendant*
*Attorney General Edmund G. Brown Jr.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTIN M. PERRY, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | Civil Case No. 09-2292 VRW<br><br>**ATTORNEY GENERAL'S STATEMENT OF NO OPPOSITION TO MOTION TO INTERVENE OF IMPERIAL COUNTY**<br><br>**(Local Rule 7-3(b))**<br><br>Courtroom:  No. 6, 17th Floor<br>Judge:      Hon. Vaughn R. Walker, C.J.<br>Trial Date:  January 11, 2010<br>Action Filed:  May 22, 2009 |

1

Attorney General's Statement of  No Opposition to Imperial County Motion to Intervene
*Perry, et al. v. Schwarzenegger, et al.,* Case No. 09-2292 VRW

Attorney General Edmund G. Brown Jr. does not oppose the Motion to Intervene of proposed defendant intervenors Imperial County, the Imperial County Board of Supervisors and Isabel Vargas.

Dated: December 24, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN K. RENNER
Senior Assistant Attorney General
GORDON BURNS
Deputy Solicitor General

*/s/ Tamar Pachter*
TAMAR PACHTER
Deputy Attorney General
*Attorneys for Defendant*
*Attorney General Edmund G. Brown Jr.*

SA2009310603
Document in ProLaw

2

Attorney General's Statement of No Opposition to Imperial County Motion to Intervene
*Perry, et al. v. Schwarzenegger, et al.,* Case No. 09-2292 VRW