OFFICE OF THE COUNTY COUNSEL
ELIZABETH M. CORTEZ, Assistant County Counsel
JUDY W. WHITEHURST, Principal Deputy County Counsel
(SBN 182855) • jwhitehurst@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1845 · Fax: (213) 617-7182

Attorneys for DEAN C. LOGAN
LOS ANGELES COUNTY
REGISTRAR-RECORDER/COUNTY
CLERK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>        Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>        Defendants. | CASE NO. 09-CV-02292 VRW<br><br>**DEAN C. LOGAN, LOS ANGELES COUNTY REGISTRAR-RECORDER COUNTY CLERK'S STATEMENT OF NON-OPPOSITION IN RESPONSE TO COUNTY OF IMPERIAL OF THE STATE OF CALIFORNIA, BOARD OF SUPERVISORS OF IMPERIAL COUNTY AND ISABEL VARGAS'S MOTION TO INTERVENE**<br><br>Action Filed:   May 27, 2009<br><br>Trial Date:   January 11, 2010 |

| | |
|---|---|
| 1 | PROPOSITION 8 OFFICIAL PROPONENTS DENNIS |
| 2 | HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAKSHING |
| 3 | WILLIAM TAM, and MARK A. JANSSON; and |
| 4 | PROTECTMARRIAGE.COM-YES ON 8, A PROJECT OF CALIFORNIA |
| 5 | RENEWAL, |
| 6 | Defendant-Intervenors, |
| 7 | CITY AND COUNTY OF SAN FRANCISCO, |
| 8 | |
| 9 | Plaintiff-Intervenor, |
| 10 | v. |
| 11 | ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; |
| 12 | EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; |
| 13 | MARK B. HORTON, in his official capacity as Director of the California |
| 14 | Department of Public Health and State Registrar of Vital Statistics; LINETTE |
| 15 | SCOTT, in her official capacity as Deputy Director of Health Information & Strategic |
| 16 | Planning for the California Department of Public Health; PATRICK O'CONNELL, in |
| 17 | his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. |
| 18 | LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the |
| 19 | County of Los Angeles, |
| 20 | Defendants. |

21  PLEASE TAKE NOTICE that defendant Dean C. Logan, in his official

22 capacity as Los Angeles County Registrar-Recorder/County Clerk, does not oppose

23 the County of Imperial of the State of California, Board of Supervisors of Imperial

24 

25 County, and Isabel Vargas's Motion to Intervene (docket no. 311.)

26

27

28

| | | |
|---|---|---|
| 1 | DATED: December 28, 2009 | Respectfully submitted, |
| 2 | | OFFICE OF THE COUNTY COUNSEL |
| 5 | | By   /s/ Judy W. Whitehurst |
| 6 | | JUDY W. WHITEHURST |
| | | Principal Deputy County Counsel |
| 7 | | Attorneys for DEAN C. LOGAN, |
| 8 | | LOS ANGELES COUNTY REGISTRAR- |
| 9 | | RECORDER/COUNTY CLERK |

**DECLARATION OF SERVICE**
Case No. 09-CV-02292 VRW

STATE OF CALIFORNIA, County of Los Angeles:

Hazel T. Bataclan states: I am employed in the County of Los Angeles, State of California, over the age of eighteen years and not a party to the within action. My business address is 648 Kenneth Hahn Hall of Administration, 500 West Temple Street, Los Angeles, California 90012-2713.

That on December 28, 2009, I served the attached

**DEAN C. LOGAN, LOS ANGELES COUNTY REGISTRAR-RECORDER COUNTY CLERK'S STATEMENT OF NON-OPPOSITION IN RESPONSE TO COUNTY OF IMPERIAL OF THE STATE OF CALIFORNIA, BOARD OF SUPERVISORS OF IMPERIAL COUNTY AND ISABEL VARGAS'S MOTION TO INTERVENE**

upon the non-ECP Participating Interested Party(ies) by placing ☐ the original ☐ a true copy thereof enclosed in a sealed envelope addressed ☐ as follows ☒ as stated on the attached list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 28, 2009, at Los Angeles, California.

_____Hazel T. Bataclan_____      /s/ Hazel T. Bataclan_____
                                              Signature

HOA.666180.1

1

SERVICE LIST

**(BY MAIL)** by sealing and placing the envelope for collection and mailing on the date and at the place shown above following our ordinary business practices. I am readily familiar with this office's practice of collection and processing correspondence for mailing. Under that practice the correspondence would be deposited with the United States Postal Service that same day with postage thereon fully prepaid.

David Boies
BOIES SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA  94612

Jesse Panuccio
COOPER & KIRK PLLC
1523 New Hampshire Avenue N.W.
Washington, D.C.  20036

Rena M Lindevaldsen
Liberty Counsel
100 Mountainview Road, Sutie 2775
Lynchberg, VA  24502

Theane Evangelis Kapur
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071

Tobias Barrington Wolff
University of Pennsylvania Law School
3400 Chestnut Street
Philadelphia, PA  19104-6204

HOA.666180.1                                2