```
 1  RICHARD E. WINNIE [68048]
    County Counsel
 2  CLAUDE F. KOLM [83517]
    Deputy County Counsel
 3  MANUEL F. MARTINEZ [245113]
    Associate County Counsel
 4  Office of County Counsel
    County of Alameda
 5  1221 Oak Street, Suite 450
    Oakland, California 94612
 6  Telephone:  (510) 272-6700

 7  Attorneys for PATRICK O'CONNELL,
    Clerk-Recorder of the County of Alameda
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL R. KATAMI, and JEFFREY J. ZARRILLO,<br>                    Plaintiffs,<br>v.<br>ARNOLD SCHWARTZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR. in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information and Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br>                    Defendants. | Case No.: CV 09 2292 VRW<br><br>STATEMENT OF NO OPPOSITION BY DEFENDANT PATRICK O'CONNELL, CLERK-RECORDER OF THE COUNTY OF ALAMEDA'S MOTION TO INTERVENE OF IMPERIAL COUNTY<br><br>(Local Rule 7-3(b))<br><br>Trial Date:    January 11, 2010<br>Courtroom:    No. 6, 17th Floor<br>Chief Justice Vaughn R. Walker<br><br>Action Filed:    May 22, 2009 |

//
//

---

**Perry v. Schwartzenegger et al, Case No. CV 09 2292**
Statement of No Opp. to Imperial County Motion to Intervene              1

1  Defendant Patrick O'Connell, Clerk-Recorder of the County of Alameda does
2  not oppose the Motion to Intervene of proposed defendant intervenors Imperial
3  County, the Imperial County Board of Supervisors and Isabel Vargas.

Respectfully submitted,

DATED:   December 28, 2009

RICHARD E. WINNIE, County Counsel in and for the County of Alameda, State of California

By: *[signature]*
Claude F. Kolm
Deputy County Counsel

Attorneys for Patrick O'Connell, Clerk Recorder for the County of Alameda

# CERTIFICATE OF SERVICE

<u>PERRY</u>, et al. v. <u>SCHWARZENEGGER</u>, et al.
United States District Court, Northern District, Case No. CV 09 2292 VRW

I, the undersigned, say:

I am employed in the County of Alameda, State of California, over the age of 18 years and not a party to the within cause. My business address is 1221 Oak Street, Suite 450, Oakland, CA 94612-4296.

On the date listed below, I served a true and accurate copy of the documents entitled:

1. STATEMENT OF NO OPPOSITION BY DEFENDANT PATRICK O'CONNELL, CLERK-RECORDER OF THE COUNTY OF ALAMEDA'S MOTION TO INTERVENE OF IMPERIAL COUNTY; and

2. CERTIFICATE OF SERVICE..

on the party in this action as indicated as follows:

| | |
|---|---|
| Theodore Boustrous, Jr., Esq.<br>Theane Evangelis Kapur, Esq.<br>Christopher Dusseault, Esq.<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 | Ted Olson, Esq.<br>Matthew McGill, Esq.<br>Amir Tayrani, Esq.<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306 |
| Cooper & Kirk PLLC<br>1523 New Hampshire Avenue N.W.<br>Washington, D.C. 20036 | City of San Francisco<br>San Francisco City Attorney's Office<br>1390 Market Street, Seventh Floor<br>San Francisco, CA 94102 |
| Deputy Attorney General<br>Government Law Section<br>California Department of Justice<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 | Ethan Dettmer, Esq.<br>Enrique Monagas, Esq.<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105 |
| Theodore Hideyuki Uno, Esq.<br>Bois, Schiller & Flexner LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | Kenneth C. Mennemeier, Esq.<br>Andrew W. Stroud, Esq.<br>Mennemeier Glass & Stroud LLP<br>980 9th Street, Suite 1700<br>Sacramento, CA 95814 |

| | |
|---|---|
| 1  Office of the County Counsel<br>   Elizabeth M. Cortez, Esq.<br>2  Judy W. Whitehurst, Esq.<br>   648 Kenneth Hahn Hall of Admin.<br>3  500 West Temple Street<br>4  Los Angeles, California 90012-2713 | |

5  (X)   BY MAIL:  I caused such envelope with postage thereon fully prepaid and to be placed in the United States mail, in the City of Oakland, California.

6

7  (X)   BY ECF: I caused a copy/s of such document/s to be sent via ECF transmission to the office/s of the addressee/s.

8

9         I declare under penalty of perjury that the foregoing is true and correct and that
10 this declaration was executed at Oakland, California, on December 28, 2009.

11

12

13                                              Judy A. Martinez

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4