IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M PERRY, SANDRA B STIER, PAUL T KATAMI and JEFFREY J ZARRILLO,<br><br>    Plaintiffs,<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Plaintiff-Intervenor,<br><br>    v<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as governor of California; EDMUND G BROWN JR, in his official capacity as attorney general of California; MARK B HORTON, in his official capacity as director of the California Department of Public Health and state registrar of vital statistics; LINETTE SCOTT, in her official capacity as deputy director of health information & strategic planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as clerk-recorder of the County of Alameda; and DEAN C LOGAN, in his official capacity as registrar-recorder/county clerk for the County of Los Angeles,<br><br>    Defendants,<br><br>DENNIS HOLLINGSWORTH, GAIL J KNIGHT, MARTIN F GUTIERREZ, HAKSHING WILLIAM TAM, MARK A JANSSON and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIOFORNIA RENEWAL, as official proponents of Proposition 8,<br><br>    Defendant-Intervenors.<br>_____/ | No    C 09-2292 VRW<br><br>ORDER |

I

Plaintiffs seek leave to file a motion to compel the deposition of Doug Swardstrom, a member of ProtectMarriage.com - Yes on 8 ad hoc executive committee. Doc #333. Swardstrom's identity as an executive committee member has only recently been disclosed to plaintiffs. Id. The court GRANTS leave to file the motion.

To resolve the matter promptly, plaintiffs shall file their motion not later than 7 PM PST on January 4, 2010. Proponents shall file their opposition not later than 5 PM PST on January 5, 2010. The court will hear the matter at the hearing previously scheduled for January 6, 2010 at 10 AM.

II

The court also wishes to hear the motion to intervene by Imperial County, Doc #311, at the January 6 hearing. It would be helpful to have Imperial County's reply memorandum before the January 6 hearing. Accordingly, Imperial County shall serve and file its reply memorandum, if any, not later than January 5, 2010 at 5 PM.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge