1  GIBSON, DUNN & CRUTCHER LLP
   Theodore B. Olson, SBN 38137
2  *tolson@gibsondunn.com*
   Matthew D. McGill, *pro hac vice*
3  Amir C. Tayrani, SBN 229609
   1050 Connecticut Avenue, N.W., Washington, D.C. 20036
4  Telephone: (202) 955-8668, Facsimile: (202) 467-0539

5  Theodore J. Boutrous, Jr., SBN 132009
   *tboutrous@gibsondunn.com*
6  Christopher D. Dusseault, SBN 177557
   Ethan D. Dettmer, SBN 196046
7  Sarah E. Piepmeier, SBN 227094
   Theane Evangelis Kapur, SBN 243570
8  Enrique A. Monagas, SBN 239087
   333 S. Grand Avenue, Los Angeles, California 90071
9  Telephone: (213) 229-7804, Facsimile: (213) 229-7520

10 BOIES, SCHILLER & FLEXNER LLP
   David Boies, *pro hac vice*
11 *dboies@bsfllp.com*
   333 Main Street, Armonk, New York 10504
12 Telephone: (914) 749-8200, Facsimile: (914) 749-8300

13 Jeremy M. Goldman, SBN 218888
   *jgoldman@bsfllp.com*
14 Theodore H. Uno, SBN 248603
   1999 Harrison Street, Suite 900, Oakland, California 94612
15 Telephone: (510) 874-1000, Facsimile: (510) 874-1460

16 Attorneys for Plaintiffs
   KRISTIN M. PERRY, SANDRA B. STIER,
17 PAUL T. KATAMI, and JEFFREY J. ZARRILLO

18 **UNITED STATES DISTRICT COURT**

19 **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 20 KRISTIN M. PERRY, *et al.*, | CASE NO. 09-CV-2292 VRW |
| 21         Plaintiffs, | |
|    and | **DECLARATION OF ETHAN D. DETTMER** |
| 22 CITY AND COUNTY OF SAN FRANCISCO, | **IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH** |
| 23         Plaintiff-Intervenor, | **SUBPOENA BY FORMERLY "UNNAMED** |
|    v. | **EXECUTIVE COMMITTEE MEMBER"** |
| 24 ARNOLD SCHWARZENEGGER, *et al.*, | **DOUG SWARDSTROM** |
| 25         Defendants, | |
| 26    and | |
| 27 PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et al.*, | |
| 28         Defendant-Intervenors. | |

Gibson, Dunn & Crutcher LLP

09-CV-2292 VRW  DECLARATION OF ETHAN D.DETTMER IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA BY DOUG SWARDSTROM

I, Ethan D. Dettmer, declare as follows:

1. I am an attorney licensed to practice law in the State of California and in the Northern District of California. I am an partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Plaintiffs Kristin M. Perry, Sandra B. Stier, Paul T. Katami, and Jeffrey J. Zarrillo in the above-captioned matter. I make this declaration in support of Plaintiffs' Motion to Compel the Deposition of ProtectMarriage.com Executive Committee member Doug Swardstrom. The information below is stated on personal knowledge and if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of a letter sent by ProtectMarriage.com to Jim Abbott revealing the identity of ProtectMarriage.com Executive Committee Member Edward Dolejsi, dated October 22, 2008.

3. Attached hereto as Exhibit B is a true and correct copy of Defendant-Intervenors' Response to Plaintiffs' Second Set of Interrogatories, dated November 9, 2009.

4. Attached hereto as Exhibit C is a true and correct copy of an email from Kaylan Phillips, counsel for Doug Swardstrom, to Ethan D. Dettmer, dated December 29, 2009.

5. Attached hereto as Exhibit D is a true and correct copy of a letter from Nicole Jo Moss to Matthew McGill and Ethan Dettmer, dated December 15, 2009.

6. Attached hereto as Exhibit E is a true and correct copy of an email message from Andrew Pugno to the Editorial Board of *The Wall Street Journal*, attaching a letter to the editor signed by, *inter alia*, Doug Swardstrom as a member of the Executive Committee of ProtectMarriage.com.

7. Attached hereto as Exhibit F is a true and correct copy of the Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action, directed to the Unnamed "Yes on 8" Ad Hoc Committee Member, c/o James Bopp, Jr., dated October 26, 2009.

8. Attached hereto as Exhibit G is a true and correct copy of an email from Kaylan Phillips to Ethan D. Dettmer, dated October 27, 2009.

9. Attached hereto as Exhibit H is a true and correct copy of a letter from James Bopp, Jr. to Ethan D. Dettmer, dated November 9, 2009.

2

Gibson, Dunn & Crutcher LLP

09-CV-2292 VRW  DECLARATION OF ETHAN D.DETTMER IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA BY DOUG SWARDSTROM

10. Attached hereto as Exhibit I is a true and correct copy of excerpts from the transcript of the deposition of Mark Jansson, taken on December 3, 2009.

11. Attached hereto as Exhibit J is a true and correct copy of excerpts from the transcript of the deposition of Edward Dolejsi, taken on December 16, 2009.

12. Attached hereto as Exhibit K is a true and correct copy of excerpts from the transcript of the deposition of Ronald Prentice, taken on December 17, 2009.

I declare, under penalty of perjury under the laws of the United States, that these facts are true and correct and that this Declaration is executed this 4th day of January, 2010, at San Francisco, California.

/s/ Ethan D. Dettmer<br>Ethan D. Dettmer

Gibson, Dunn & Crutcher LLP

3

09-CV-2292 VRW  DECLARATION OF ETHAN D.DETTMER IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA BY DOUG SWARDSTROM

## ATTESTATION PURSUANT TO GENERAL ORDER NO. 45

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

/s/ Theodore Boutrous, Jr
Theodore Boutrous, Jr.

4

09-CV-2292 VRW  DECLARATION OF ETHAN D.DETTMER IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA BY DOUG SWARDSTROM

Gibson, Dunn & Crutcher LLP