# Exhibit E

# Exhibit B

| | |
|---|---|
| **From:** | Andrew P. Pugno |
| **To:** | wsj.ltrs@wsj.com |
| **Cc:** | jim.carlton@wsj.com |
| | REDACTED |
| **Subject:** | Request for correction, and Letter to the Editor |
| **Date:** | Wednesday, October 22, 2008 4:54:00 PM |
| **Attachments:** | To Editor final[1].doc |

Below and attached please find a Letter to the Editor from the Executive Committee of the campaign in favor of Proposition 8, in response to misstatements in your report on Proposition 8 and same-sex marriage in California (Oct 22). We respectfully request that you consider it and print the appropriate corrections.

Thank you for your attention.

*************************************************************

To Editor:

In your report on Proposition 8 and same-sex marriage in California (Oct 22), two statements cannot go unchallenged.

The assertion that the coalition of Proposition 8 supporters is "heavily bankrolled by the Mormon Church" and that about a third of donations have come from the "Utah-based church," is patently false. It's clear that our opponents are trying to depict this battle as one between some Californians and an out-of state organization with its own agenda.

That won't work. The reality is that none of the cash donations received by ProtectMarriage.com, the coalition of churches, organizations and individuals supporting Proposition 8, has come from the "Mormon Church," either from Utah or anywhere else. There are millions of California Catholics, Evangelicals, Mormons and others who believe passionately that marriage between a man and a woman is the bedrock of our society and that changing that ages old institution poses real threats to that society and to our liberties. These Californians have donated their personal time and money for a cause they deeply believe in. We are pleased that evangelical Protestant denominations, Orthodox Jewish groups, the Catholic Church and the Mormon Church – to name only a few – have endorsed Proposition 8. However, to refer to the "Utah-based Mormon Church" makes as much sense as discounting California Catholics because their church is headquartered in Rome.

We also take strong exception to the intemperate term "blood feud" by the chief deputy city attorney of San Francisco. In our association with Mormon leaders throughout this campaign, they have been consistent in urging everyone to be respectful and sensitive to the feelings of others, and in recognizing that this issue generates strong emotions on both sides.

Californians face a tough decision on November 4, but they won't be misled by these last-minute attempts to divert attention from the real issue – that of safeguarding traditional marriage in our society for future generations.

By: ProtectMarriage.com Executive Committee

Ron Prentice, Chairman (An Evangelical)
Edward E. Dolejsi (A Catholic)
Mark A. Jansson (A Mormon)
Andrew P. Pugno, Esq. (A Catholic)
Doug Swardstrom (An Evangelical)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Law Offices of
**ANDREW P. PUGNO**
101 Parkshore Drive, Suite 100
Folsom, California 95630-4726
Tel: (916) 608-3065
Fax: (916) 608-3066
Email: andrew@pugnolaw.com

Website: www.PugnoLaw.com

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and contains information that is or may be privileged, confidential or protected from disclosure. Any unauthorized review, copying, retention, use, disclosure, dissemination, or distribution of the information is prohibited. If you are not the intended recipient and have received this message in error, please delete it immediately and notify the sender by reply e-mail or telephone (916) ___-____.

In accordance with requirements imposed by the IRS, including IRS Circular 230 Notice, we inform you that any U.S. tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding U.S. tax penalties.

To Editor:

In your report on Proposition 8 and same-sex marriage in California (Oct 22), two statements cannot go unchallenged.

The assertion that the coalition of Proposition 8 supporters is "heavily bankrolled by the Mormon Church" and that about a third of donations have come from the "Utah-based church," is patently false. It's clear that our opponents are trying to depict this battle as one between some Californians and an out-of state organization with its own agenda.

That won't work. The reality is that none of the cash donations received by ProtectMarriage.com, the coalition of churches, organizations and individuals supporting Proposition 8, has come from the "Mormon Church," either from Utah or anywhere else. There are millions of California Catholics, Evangelicals, Mormons and others who believe passionately that marriage between a man and a woman is the bedrock of our society and that changing that ages old institution poses real threats to that society and to our liberties. These Californians have donated their personal time and money for a cause they deeply believe in. We are pleased that evangelical Protestant denominations, Orthodox Jewish groups, the Catholic Church and the Mormon Church – to name only a few – have endorsed Proposition 8. However, to refer to the "Utah-based Mormon Church" makes as much sense as discounting California Catholics because their church is headquartered in Rome.

We also take strong exception to the intemperate term "blood feud" by the chief deputy city attorney of San Francisco. In our association with Mormon leaders throughout this campaign, they have been consistent in urging everyone to be respectful and sensitive to the feelings of others, and in recognizing that this issue generates strong emotions on both sides.

Californians face a tough decision on November 4, but they won't be misled by these last-minute attempts to divert attention from the real issue – that of safeguarding traditional marriage in our society for future generations.

By: ProtectMarriage.com Executive Committee

Ron Prentice, Chairman (An Evangelical)

Edward E. Dolejsi (A Catholic)

Mark A. Jansson (A Mormon)

Andrew P. Pugno, Esq. (A Catholic)

Doug Swardstrom (An Evangelical)

DEFINT_PM_003663