# Exhibit G

## Monagas, Enrique A.

| | |
|---|---|
| **From:** | Kaylan Phillips [kphillips@bopplaw.com] |
| **Sent:** | Tuesday, October 27, 2009 9:11 AM |
| **To:** | Dettmer, Ethan D.; Monagas, Enrique A. |
| **Cc:** | JBoppjr@aol.com |
| **Subject:** | RE: Perry v. Schwarzenegger, N.D. Cal. No. C 09-2292 VRW |

Mr. Dettmer,

We've reviewed the subpoena. We do need more time to finalize our objections. However, so that we may begin to come to an agreement, we are providing an initial list of requirements below.

1) Jim is unavailable on November 9th as he will be arguing before the Eastern District of Louisiana on that day. We will seek our client's availability and provide alternative dates as soon as possible.
2) Regarding the deposition itself:
    a. We do not agree to the deposition being videotaped;
    b. Our client will not disclose his or her identity at any point.
3) Regarding any document production: all identifying information will be redacted prior to production.
4) Further, we will seek a protective order. We must have this order in place prior to the deposition. While we are still finalizing what will be included, at a minimum it will include:
    a. All protections being afforded to the Proposition 8 committee;
    b. Specific protections to preserve our client's anonymity;
    c. An agreement that, if our client's identity is discovered, the parties will agree to keep the client anonymous (absent a court order to the contrary).

I look forward to working with you.


Kaylan Lytle Phillips
Bopp, Coleson & Bostrom
1 South 6th Street
Terre Haute, IN  47807-3510
voice: 812-232-2434 (ex. 42)
fax: 812-234-3736
email: kphillips@bopplaw.com

NOTICE AND DISCLAIMERS

The preceding message may be confidential or protected by the attorney-client privilege.
It is not intended for transmission to, or receipt by, any unauthorized persons. If you believe
that this message has been sent to you in error, please (i) do not read it, (ii) reply to
the sender that you have received the message in error, and (iii) erase or destroy the message.
To the extent this e-mail message contains legal advice it is solely for the benefit of the client(s)
of Bopp, Coleson & Bostrom represented by the Firm in the particular matter that is the
subject of this message and may not be relied upon by any other party.

From: EDettmer@gibsondunn.com
To: jboppjr@aol.com
CC: EMonagas@gibsondunn.com
Sent: 10/26/2009 6:54:07 P.M. Eastern Daylight Time
Subj: Perry v. Schwarzenegger, N.D. Cal. No. C 09-2292 VRW


Dear Jim:

Thanks again for taking the time to talk with us earlier today, and thanks very much for accepting service of this subpoena by email on your client's behalf.  As we discussed, the attached subpoena is directed to "Unnamed 'Yes on 8' Ad Hoc Committee Member" because the Prop 8 Proponents have not divulged the individual's name.  Although we have noticed the production and deposition for November 9 here in San Francisco, we would certainly like to discuss with you your client's responses and the time and place of deposition so as to make them as convenient as possible, while still abiding by the Court's schedule.

For your convenience, I have also attached copies of the Court's recent orders related to the Prop 8 Proponents' First Amendment objections.

I look forward to talking with you again shortly.

Best,

Ethan

_____
Ethan D. Dettmer
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, California  94105
Phone:  (415) 393-8292
Fax:  (415) 374-8444


<<2009-10-26 Plainitffs' Subpoena to Unnamed Yes on 8 Ad Hoc Committee Member.pdf>> <<2009-10-01 Court Order re Protective Order.pdf>> <<2009-10-23 Court Order Denying Motion to Stay.pdf>>

==========================================================================
This message may contain confidential and privileged information.  If it has
been sent to you in error, please reply to advise the sender of the error and
then immediately delete this message.
==========================================================================