# Exhibit I

```
 1                UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3


 4    KRISTIN M. PERRY, SANDRA   )
      B. STIER, PAUL T. KATAMI,  )
 5    JEFFREY J. ZARRILLO,       )
                                 )
 6           Plaintiffs,         )  No. 09-CV-2292
                                 )      VRW
 7    vs.                        )
                                 )
 8    ARNOLD SCHWARZENEGGER, in  )
      his official capacity as   )
 9    Governor of California;    )
      EDMUND G. BROWN, JR. in    )
10    his official capacity as   )
      Attorney General of        )
11    California; MARK B.        )
      HORTON, in his official    )
12    capacity as Director of    )
      the California Department  )
13    of Public Health and       )
      State Registrar of Vital   )
14    Statistics; LINETTE        )
      SCOTT, in her official     )
15    capacity as Deputy         )
      Director of Health         )
16    Information & Strategic    )
      Planning for the           )
17    California Department of   )
      Public Health; PATRICK     )
18    O'CONNELL, in his          )
      official capacity as       )
19    Clerk-Recorder for the     )
      County of Alameda; and     )
20    DEAN C. LOGAN, in his      )
      official capacity as       )
21    Registrar-Recorder/County  )
      Clerk for the County of    )
22    Los Angeles,               )
                                 )
23           Defendants,         )
                                 )
24

25
```

```
 1        and

 2        PROPOSITION & OFFICIAL
          PROPONENTS DENNIS
 3        HOLLINGSWORTH, GAIL J.
          KNIGHT, MARTIN F.
 4        GUTIERREZ, HAKSHING
          WILLIAM TAM, and MARK A.
 5        JANSSON; and
          PROTECTMARRIAGE COM-YES
 6        ON 8; A PROJECT OF
          CALIFORNIA RENEWAL,
 7
          Defendant-Intervenors.
 8

 9

10

11

12

13

14

15              DEPOSITION OF MARK A. JANSSON

16                   Folsom, California

17              Thursday, December 3, 2009

18

19

20

21

22   REPORTED BY:  YVONNE FENNELLY, CSR NO. 5495
     California Certified Realtime Reporter
23

24   FILE NO.:    35818

25   Pages 1 - 304
```

1    Q.  And who were the four members of the
2    executive committee for ProtectMarriage.com - Yes
3    on 8 during 2008?
4         MS. MOSS:  To the extent that the response
5    to that question would require you to reveal the
6    identity of any anonymous members of the executive
7    committee, I would instruct you not to provide
8    that information, but you can provide any
9    publically-available information.
10        THE WITNESS:  Ron Prentice, Ned Dolejsi,
11   myself, and John Doe.
12   BY MR. UNO:
13   Q.  Was Mr. Pugno a member of the
14   ProtectMarriage.com - Yes on 8 executive committee
15   in 2008?
16   **A.  He was our legal counsel.**
17   Q.  He was legal counsel to the executive
18   committee -- sorry.
19        Was Mr. Pugno legal counsel to the
20   executive committee of ProtectMarriage.com - Yes
21   on 8 during 2008?
22   **A.  Yes.**
23   Q.  Is there a distinction between Mr. Pugno
24   being legal counsel to the executive committee of
25   ProtectMarriage.com - Yes on 8 during 2008 and his

1 STATE OF CALIFORNIA

2 COUNTY OF CONTRA COSTA

3

4 I, YVONNE FENNELLY, hereby certify that

5 the witness in the foregoing deposition was by me

6 duly affirmed to testify to the truth, the whole

7 truth and nothing but the truth, in the

8 within-entitled cause; that said deposition was

9 taken at the time and place herein named; that the

10 deposition is a true record of the witness's

11 testimony as reported to the best of my ability,

12 by me, a duly Certified Shorthand Reporter and

13 disinterested person, and was thereafter

14 transcribed under my direction into typewriting by

15 computer; that the witness was given an

16 opportunity to read, correct and sign the

17 deposition.

18 I further certify that I am not interested

19 in the outcome of said action nor connected with

20 nor related to any of the parties in said action

21 nor to their respective counsel.

22

23

24 YVONNE FENNELLY, CCRR, CSR No. 5495

25