# Exhibit K

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

KRISTIN M. PERRY, et al.,

        Plaintiffs,

   vs.                          Case No. 09-CV-2292 VRW

ARNOLD SCHWARZENEGGER,
et al.,

        Defendants.
_____/

Deposition of

RONALD PRENTICE

Volume I

Thursday, December 17, 2009

REPORTED BY: LESLIE CASTRO, CSR #8876

BONNIE L. WAGNER & ASSOCIATES
Court Reporting Services
41 Sutter Street, Suite 1605
San Francisco, California 94104
(415) 982-4849

Page 50

```
10:01:57   1   compensation; is that correct?
10:01:58   2      A.  Correct.  I believe that I operate as its
10:02:02   3   executive director without compensation.
10:02:06   4      Q.  And what are your responsibilities as
10:02:14   5   executive director for California Renewal?
10:02:19   6      A.  Prior to -- there has been no activity by
10:02:27   7   California Renewal leading up to the
10:02:36   8   ProtectMarriage.com-Yes on 8 campaign.
10:02:41   9      Q.  I'm not sure I understand what you just said
10:02:43  10   so let me try to ask.  You say there's been no activity
10:02:49  11   by California Renewal leading up to the Yes on 8
10:02:55  12   campaign.  I'm trying to understand the connection
10:03:00  13   between California Renewal and ProtectMarriage.
10:03:04  14      Is there one?
10:03:06  15      A.  When you say "ProtectMarriage," are you
10:03:08  16   referring to the ProtectMarriage.com-Yes on 8 campaign?
10:03:13  17      Q.  Yes.
10:03:14  18      A.  The sponsoring entity was the (c)(4)
10:03:17  19   California Renewal.
10:03:19  20      Q.  The sponsoring entity of the initiative
10:03:24  21   measure?
10:03:24  22      A.  Yes, of ProtectMarriage.com-Yes on 8 campaign
10:03:30  23   committee.
10:03:40  24      Q.  So just to be clear: California Renewal was
10:03:43  25   the sponsor of --
```

Page 51

```
10:03:44   1          (Mr. Pugno enters the room.)
10:03:47   2      MS. STEWART: Q  -- the entity, the Yes on 8
10:03:51   3   ProtectMarriage entity or are you saying it was the
10:03:54   4   sponsor of the initiative itself, the ballot measure.
10:03:59   5      A.  To the best of my knowledge, the way that I
10:04:01   6   would frame it would be that the initiative was put
10:04:20   7   forth by the campaign committee called
10:04:24   8   ProtectMarriage.com-Yes on 8.
10:04:32   9      Q.  Okay.
10:04:32  10          So ProtectMarriage.com-Yes on 8 actually was
10:04:36  11   the official proponent or an official proponent of
10:04:41  12   Proposition 8; is that correct?
10:04:44  13      MS. MOSS:  Object to the extent it calls for a
10:04:46  14   legal conclusion.
10:04:48  15      MS. STEWART:  I'm asking for his understanding
10:04:49  16   counsel.
10:04:52  17      THE WITNESS:  I believe that there was a campaign
10:04:56  18   committee formed and there were individual proponents.
10:05:01  19      MS. STEWART: Q  But just from a lay person's
10:05:03  20   understanding, how was ProtectMarriage.com, the entity,
10:05:07  21   involved in that process?
10:05:13  22      A.  ProtectMarriage.com-Yes on 8, to the best of
10:05:15  23   my understanding, is primarily formed ballot measure
10:05:18  24   committee.
10:05:19  25      Q.  And who formed that ballot measure committee?
```

Page 52

```
10:05:23   1      A.  It was created by an ad hoc executive
10:05:26   2   committee.
10:05:27   3      Q.  And earlier you said something about
10:05:32   4   California Renewal being the sponsoring -- I can't
10:05:37   5   remember the language you used -- but member or
10:05:39   6   sponsoring -- in some way sponsoring.  And I was unclear
10:05:48   7   whether you were saying they sponsored the formation of
10:05:52   8   ProtectMarriage.com or something else.
10:05:55   9         Can you explain?
10:05:57  10      A.  Well, I'm not sure that I can explain it much
10:05:59  11   better than I have because of my lack of legal
10:06:02  12   intellect.  And it would have to do with that there is a
10:06:13  13   board of directors, too.
10:06:18  14         California Renewal who gave authority to an ad
10:06:24  15   hoc executive committee to move forward with a
10:06:28  16   primarily-formed ballot measure called
10:06:34  17   ProtectMarriage.com-Yes on 8.
10:06:40  18      Q.  I would say that's not an intellect issue, I
10:06:45  19   think it was very clear.
10:06:46  20      A.  Thank-you.  Let's just hope it's accurate.
10:06:50  21      MS. MOSS:  Can we take a bathroom break?
10:06:54  22      THE VIDEOGRAPHER:  Off record at 10:08.
10:09:30  23          (Brief break.)
10:09:30  24          (Ms. Piepmeier is not present.)
10:14:51  25      THE VIDEOGRAPHER:  Back on the record at 10:14.
```

Page 53

```
10:15:01   1      MS. STEWART: Q  Mr. Prentice, when you were
10:15:03   2   employed by Focus on the Family, what was the
10:15:06   3   approximate annual budget of that organization?
10:15:11   4      A.  Approximately -- well, it varied within those
10:15:13   5   ten years.  Anywhere from 125 million to 145 million.
10:15:35   6      Q.  Earlier you mentioned that the board of
10:15:36   7   directors of California Renewal gave authority to an ad
10:15:39   8   hoc committee to move forward to create
10:15:42   9   ProtectMarriage.com or what became ProtectMarriage.com.
10:15:49  10      A.  Became the ballot measure committee.
10:15:56  11      Q.  What did -- well, first of all, who was on the
10:16:01  12   ad hoc committee?
10:16:04  13      A.  Of?
10:16:05  14      Q.  You said the board of directors of California
10:16:08  15   Renewal gave authority to an ad hoc committee.  And I
10:16:11  16   was wondering who was on that committee.
10:16:15  17      MS. MOSS:  And in responding to that, I'm going to
10:16:17  18   instruct you to the extent that there's a member of that
10:16:20  19   committee who has asked us to keep his identity
10:16:23  20   confidential while he pursues his claim of privilege, I
10:16:27  21   would instruct you not to reveal that identity.
10:16:29  22   Otherwise, you can respond.
10:16:30  23      MS. STEWART: Q  And are you going to follow your
10:16:32  24   counsel's instruction?
10:16:35  25      A.  Yes.
```

Page 54

```
10:16:35   1      MS. STEWART:  Just before you respond, I want to
10:16:37   2   see if we can make a stipulation for the record going
10:16:40   3   forward that I don't have to repeatedly ask the witness
10:16:45   4   if he is going to follow your instruction.
10:16:48   5      MS. MOSS:  That is fine.
10:16:49   6      MS. STEWART:  I'm going to pretty much assume it
10:16:51   7   unless there's something in the way he answers it
10:16:52   8   that --
10:16:54   9      MS. MOSS:  Sure.
10:16:55  10      MS. STEWART:  -- that assumes otherwise.
10:16:58  11      Q.  So going back to the question with your
10:17:03  12   counsel's instruction, who was on the ad hoc committee
10:17:04  13   that the board of directors of California Renewal gave
10:17:07  14   authority to form a ballot committee?
10:17:11  15      A.  There was myself.  There was Ned Dolejsi.
10:17:13  16   There was Mark Jansson.  And there's the anonymous
10:17:18  17   person.
10:17:19  18      Q.  What was the last name?
10:17:20  19      A.  I said anonymous.
10:17:23  20      Q.  Yourself, Ned Dolejsi, Mr. Jansson?
10:17:27  21      A.  Yes.
10:17:29  22      Q.  And then an anonymous person?
10:17:33  23      A.  A person who chooses to remain confidential.
10:17:40  24      Q.  Did you form an entity that is -- did that ad
10:17:46  25   hoc committee then form an entity?
```

Page 55

```
10:17:48   1      A.  Yes.
10:17:48   2      Q.  And what is that entity?
10:17:51   3      A.  The primarily formed ballot measure committee
10:17:55   4   of ProtectMarriage.com-Yes on 8.
10:17:58   5      Q.  And what is the form of that entity, if you
10:18:01   6   know?
10:18:02   7      A.  When you say "form" --
10:18:04   8      Q.  I mean the legal organization.
10:18:06   9      A.  Again, I would -- the best I can do is a
10:18:09  10   ballot measure committee.
10:18:19  11      Q.  Is -- what is the title of that ballot measure
10:18:28  12   committee?
10:18:31  13      A.  ProtectMarriage.com-Yes on 8.
10:18:33  14      Q.  Is ProtectMarriage.com used in any sense
10:18:39  15   that's broader than that ballot measure committee?
10:18:47  16      A.  As you know, there are now -- there is now a
10:18:56  17   (c)(3) and (c)(4), ProtectMarriage.com Education
10:19:01  18   Foundation and ProtectMarriage.com Action Fund.
10:19:04  19      Q.  Do you sometimes use ProtectMarriage.com to
10:19:06  20   describe a coalition of entities?
10:19:16  21      A.  I think that there are a number of entities
10:19:19  22   that would say that they align with the general purposes
10:19:32  23   of ProtectMarriage.com.
10:19:36  24      MS. STEWART:  I'm going to have marked as
10:19:38  25   Exhibit 1.
```

Page 56

```
10:19:38   1         (Whereupon, Exhibit No. 1 was
10:19:54   2         Marked for identification.)
10:20:06   3      MS. STEWART:  Q  A document that at the top says
10:20:08   4   "Protect Marriage."  And I'm going to ask you to take a
10:20:15   5   look at it and tell me if you recognize it.
10:20:37   6         (Pause in the proceedings.)
10:20:38   7      THE WITNESS:  I would say I can only go so far as
10:20:42   8   to say I'm familiar with its general content.  I don't
10:20:45   9   know if it's in any way been altered, but yes.
10:20:48  10      MS. STEWART:  Q  And on the left, it has, sort of,
10:20:52  11   a gray box that says "ProtectMarriage.com" and has some
10:20:57  12   little people.
10:20:59  13      Do you see that?
10:20:59  14      A.  Yes.
10:21:00  15      Q.  Is that the logo of ProtectMarriage.com or a
10:21:07  16   logo?
10:21:08  17         (Ms. Piepmeier enters the room.)
10:21:16  18      THE WITNESS:  I wouldn't say that it's a formal
10:21:19  19   logo, no.
10:21:21  20      MS. STEWART:  Q  Has ProtectMarriage.com --
10:21:26  21      A.  Thank-you.
10:21:26  22      Q.  -- does it have a logo that it has adopted?
10:21:39  23      A.  There was a logo that was used during the
10:21:42  24   campaign.  So when you refer to ProtectMarriage.com, it
10:21:48  25   does not have a formal logo.
```

Page 57

```
10:21:52   1      Q.  Was there a logo that it used on its website?
10:22:04   2      MS. MOSS:  Just by point of clarification,
10:22:05   3   objection.  When you're referring to
10:22:09   4   ProtectMarriage.com, are you referring to -- I guess
10:22:12   5   what specifically are you referring to?  Is it a
10:22:16   6   shorthand for Yes on 8 or --
10:22:19   7      MS. STEWART:  You're getting to my other line of
10:22:21   8   questioning, which I diverted from.  So let me go back
10:22:24   9   to that and then we'll go back to the logo.
10:22:27  10      As I mentioned earlier, sometimes it's not a linear
10:22:31  11   process, this deposition business.
10:22:33  12      Q.  Do you see the first paragraph of this
10:22:35  13   document where it says "ProtectMarriage.com is a growing
10:22:38  14   broad-based coalition of organizations, churches and
10:22:42  15   individuals who believe that marriage's foremost purpose
10:22:47  16   is raising of healthy children in a family with a mom
10:22:50  17   and a dad"?
10:22:51  18      A.  Yes.
10:22:52  19      Q.  Is that language that was on
10:22:54  20   ProtectMarriage.com's website at some point in time?
10:23:00  21      A.  Apparently, this was printed off of its
10:23:02  22   website, and so I would imagine so.
10:23:05  23      Q.  And is it accurate that the title
10:23:08  24   "ProtectMarriage.com" was used to refer to a broad-based
10:23:13  25   coalition of organizations and people?
```

Page 270

1  DEPOSITION OFFICER'S CERTIFICATE
2
3  STATE OF CALIFORNIA          )
4                               ) Ss.
5  COUNTY OF CONTRA COSTA       )
6
7      I LESLIE CASTRO, CSR, hereby certify:
8      I am a duly qualified Shorthand Reporter in
9  the State of California, holder of Certificate Number
10 8876 issued by the Court Reporter's Board of California
11 and which is in full force and effect. (Fed R. Civ. P.
12 28(a)).
13     I am authorized to administer oaths of
14 affirmations pursuant to California Code of Civil
15 Procedure, Section 2093(b), and prior to being examined,
16 the deponent was first duly sworn by me. (Fed. R. Civ.
17 P. 28(a), 30(f) (1)).
18     I am not a relative or employee or attorney or
19 counsel of any of the parties, nor am I a relative or
20 employee of such attorney or counsel, nor am I
21 financially interested in this action. (Fed. R. Civ. P.
22 28).
23     I am the deposition officer that
24 stenographically recorded the testimony in the foregoing
25 deposition and the foregoing transcript is a true record

Page 271

1  of the testimony given by the deponent. (Fed. R. Civ.
2  P. 30(f) (1)).
3      Before completion of the deposition, review of
4  the transcript [ ] was [X] was not requested. If
5  requested, any changes made by the deponent (and
6  provided to the reporter) during the period allowed, are
7  appended hereto. (Fed. R. Civ. P. 30(a)).
8
9
10
11
12 Dated: 28th of December, 2009.
13
14
15
16           _____
17           LESLIE CASTRO, CSR
             State of California
18           CSR License No. 8876

Page 272

1  ERRATA SHEET
2
3  PAGE  LINE   CHANGE
4  ___   ___   _____
5  ___   ___   _____
6  ___   ___   _____
7  ___   ___   _____
8  ___   ___   _____
9  ___   ___   _____
10 ___   ___   _____
11 ___   ___   _____
12 ___   ___   _____
13 ___   ___   _____
14 ___   ___   _____
15 ___   ___   _____
16 ___   ___   _____
17 ___   ___   _____
18 ___   ___   _____
19 ___   ___   _____
20 _
21     I, RONALD PRENTICE, have made the following changes
22 to my deposition taken in the matter of PERRY, ET AL.
23 vs. SCHWARZENEGGER, ET AL. taken on DECEMBER 17, 2009.
24 DATE:_____  _____
                     RONALD PRENTICE

Page 273

1  CERTIFICATION OF WITNESS
2
3
4      I, RONALD PRENTICE, hereby declare that I have read
5  the foregoing testimony, and the same is true and a
6  correct transcription of my said testimony except as I
7  have corrected.
8
9
10
11           _____
             Signature
12
13
14
15           _____
             Date

Page 274

BONNIE L. WAGNER & ASSOCIATES
COURT REPORTING SERVICE
41 SUTTER STREET, SUITE 1605
SAN FRANCISCO, CALIFORNIA 94104
(415) 982-4849

January 4, 2010
Ronald Prentice
c/o Nicole J. Moss, Esq.
Cooper & Kirk
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Re: Perry, et al. vs.
   Schwarzenegger, et al.

Dear Mr. Prentice:
You are hereby notified that pursuant to the California Code of Civil Procedure Section 2019(E), your deposition is available for your review within 35 days from the date of this letter.

If you are represented by an attorney in this matter contact your attorney before contacting this office. Do not ask that we send you the original deposition. State law does not allow us to do so.

Yours very truly,


Leslie Castro, CSR
Bonnie L. Wagner & Associates

CC: Original Transcript
   All Counsel