GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson, SBN 38137
*tolson@gibsondunn.com*
Matthew D. McGill, *pro hac vice*
Amir C. Tayrani, SBN 229609
1050 Connecticut Avenue, N.W., Washington, D.C. 20036
Telephone: (202) 955-8668, Facsimile: (202) 467-0539

Theodore J. Boutrous, Jr., SBN 132009
*tboutrous@gibsondunn.com*
Christopher D. Dusseault, SBN 177557
Ethan D. Dettmer, SBN 196046
Sarah E. Piepmeier, SBN 227094
Theane Evangelis Kapur, SBN 243570
Enrique A. Monagas, SBN 239087
333 S. Grand Avenue, Los Angeles, California 90071
Telephone: (213) 229-7804, Facsimile: (213) 229-7520

BOIES, SCHILLER & FLEXNER LLP
David Boies, *pro hac vice*
*dboies@bsfllp.com*
333 Main Street, Armonk, New York 10504
Telephone: (914) 749-8200, Facsimile: (914) 749-8300

Jeremy M. Goldman, SBN 218888
*jgoldman@bsfllp.com*
Theodore H. Uno, SBN 248603
1999 Harrison Street, Suite 900, Oakland, California 94612
Telephone: (510) 874-1000, Facsimile: (510) 874-1460

Attorneys for Plaintiffs
KRISTIN M. PERRY, SANDRA B. STIER,
PAUL T. KATAMI, and JEFFREY J. ZARRILLO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, *et al.*, <br> Plaintiffs, <br> and <br> CITY AND COUNTY OF SAN FRANCISCO, <br> Plaintiff-Intervenor, <br> v. <br> ARNOLD SCHWARZENEGGER, *et al.*, <br> Defendants, <br> and <br> PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et al.*, <br> Defendant-Intervenors. | CASE NO. 09-CV-2292 VRW <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEPOSITION OF FORMERLY "UNNAMED EXECUTIVE COMMITTEE MEMBER" DOUG SWARDSTROM** <br><br> Hearing Date: January 6, 2010 <br> Hearing Time: 10:00 a.m. <br> Courtroom: 6 <br> Trial Date: January 11, 2010 |

Gibson, Dunn & Crutcher LLP

09-CV-2292 VRW [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEPOSITION OF FORMERLY "UNNAMED EXECUTIVE COMMITTEE MEMBER" DOUG SWARDSTROM

Pursuant to an order of this Court, Doc #338, Plaintiffs moved for an order compelling compliance with a subpoena served on the then-"unnamed" member of the Defendant-Intervenor ProtectMarriage.com – Yes on 8, a Project of California Renewal, who has since been identified as Doug Swardstrom. Plaintiffs' motion came on for hearing before this Court on January 6, 2010. After full consideration of all moving and opposing documents, the court's record and file in this matter, and the arguments of counsel, and good cause appearing, **IT IS HEREBY ORDERED**:

(1)   Plaintiffs' motion to compel compliance is hereby GRANTED in its entirety;

(2)   Mr. Swardstrom will produce all responsive and non-privileged documents immediately; and

(3)   Mr. Swardstrom will appear for deposition at a date mutually convenient to the parties and Mr. Swardstrom but no later than January 13, 2010.

**IT IS SO ORDERED.**

Date:

THE HONORABLE VAUGHN R. WALKER
CHIEF JUDGE OF THE UNITED STATES
DISTRICT COURT

Gibson, Dunn & Crutcher LLP

1

09-CV-2292 VRW   [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEPOSITION OF FORMERLY "UNNAMED EXECUTIVE COMMITTEE MEMBER" DOUG SWARDSTROM