GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson, SBN 38137
*tolson@gibsondunn.com*
Matthew D. McGill, *pro hac vice*
Amir C. Tayrani, SBN 229609
1050 Connecticut Avenue, N.W., Washington, D.C. 20036
Telephone: (202) 955-8668, Facsimile: (202) 467-0539

Theodore J. Boutrous, Jr., SBN 132009
*tboutrous@gibsondunn.com*
Christopher D. Dusseault, SBN 177557
Ethan D. Dettmer, SBN 196046
Sarah E. Piepmeier, SBN 227094
Theane Evangelis Kapur, SBN 243570
Enrique A. Monagas, SBN 239087
333 S. Grand Avenue, Los Angeles, California 90071
Telephone: (213) 229-7804, Facsimile: (213) 229-7520

BOIES, SCHILLER & FLEXNER LLP
David Boies, *pro hac vice*
*dboies@bsfllp.com*
333 Main Street, Armonk, New York 10504
Telephone: (914) 749-8200, Facsimile: (914) 749-8300

Jeremy M. Goldman, SBN 218888
*jgoldman@bsfllp.com*
Theodore H. Uno, SBN 248603
1999 Harrison Street, Suite 900, Oakland, California 94612
Telephone: (510) 874-1000, Facsimile: (510) 874-1460

Attorneys for Plaintiffs
KRISTIN M. PERRY, SANDRA B. STIER,
PAUL T. KATAMI, and JEFFREY J. ZARRILLO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, *et al.*, | CASE NO. 09-CV-2292 VRW |
| Plaintiffs, | |
| and | **DECLARATION OF SERVICE** |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Plaintiff-Intervenor, | |
| v. | |
| ARNOLD SCHWARZENEGGER, *et al.*, | |
| Defendants, | |
| and | |
| PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et al.*, | |
| Defendant-Intervenors. | |

Gibson, Dunn &
Crutcher LLP

# DECLARATION OF SERVICE

I, Enrique A. Monagas, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Gibson, Dunn & Crutcher LLP, 555 Mission Street, Suite 3000, San Francisco, CA 94105, in said County and State. On January 4, 2010, I served the following document(s):

1. PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA BY FORMERLY "UNNAMED EXECUTIVE COMMITTEE MEMBER" DOUG SWARDSTROM

2. DECLARATION OF ETHAN D. DETTMER IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA BY FORMERLY "UNNAMED EXECUTIVE COMMITTEE MEMBER" DOUG SWARDSTROM

3. [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEPOSITION OF FORMERLY "UNNAMED EXECUTIVE COMMITTEE MEMBER" DOUG SWARDSTROM

on the parties stated below by the following means of service:

James Bopp, Jr.
Kaylan L. Phillips
Bopp, Coleson & Bostrom, Attorneys at Law
1 South Sixth Street
Terre Haute, Indiana 47807-3510
Phone: (812) 232-2434
Fax: (812) 235-3685
jboppjr@aol.com
kphillips@bopplaw.com

*Attorneys for Formerly "Unnamed"*
*ProtectMarriage.com Executive Committee*
*Member Doug Swerdstrom*

☑ **BY ELECTRONIC MAIL**: I caused such documents to be transmitted via electronic mail to the attorneys of record at the email addresses listed above.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed in San Francisco, California on January 4, 2010.

/s/Enrique A. Monagas
Enrique A. Monagas

Gibson, Dunn &
Crutcher LLP