UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, ET AL., | No. C 09-02292 VRW (JCS) |
| Plaintiff(s), | **NOTICE OF REFERENCE AND ORDER SETTING HEARING ON PLAINTIFFS' DOCUMENT REQUESTS [Docket No. 325]** |
| v. | |
| ARNOLD SCHWARZENEGGER, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to the Order issued on December 30, 2009, by Judge Vaughn R. Walker, referring the dispute about Plaintiffs' document requests to Magistrate Judge Joseph C. Spero for appropriate hearing and resolution, IT IS HEREBY ORDERED that the hearing on Plaintiffs' document requests is set for **Wednesday, January 6, 2010, at 1:30 p.m.,** 450 Golden Gate Ave., Courtroom 2, 17th Floor, San Francisco, CA 94102.

**ELECTRONIC FILING AND COURTESY COPIES**

Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of California for information relating to electronic filing procedures and requirements. All documents shall be filed in compliance with the Civil Local Rules. Documents not filed in compliance with those rules will not be considered by the Court.

BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE CONFORMED, **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED **"JCS'S CHAMBERS' COPY."**

1       The failure of counsel or a party to abide by this Order may result in sanctions pursuant to
2 Fed. R. Civ. P. 16(f).
3       IT IS SO ORDERED.

4

5 Dated: January 5, 2010

6                                           JOSEPH C. SPERO
                                             United States Magistrate Judge