RECEIVED
JAN 04 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Perry, et al.

CASE NO. 09-CV-2292 VRW

Plaintiff,

v.

Schwarzenegger, et al.

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Defendant.

Dale M. Schowengerdt, whose business address and telephone number is Alliance Defense Fund, 15100 N. 90th Street, Scottsdale, Arizona 85260
Telephone: (480) 444-0020

and who is an active member in good standing of the bar of the Supreme Court of Arizona having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Proposed Intervenors.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: January 5, 2010

IT IS SO ORDERED
Judge Vaughn R Walker