David E. Bunim (SBN 44185)
HAAS & NAJARIAN, LLP
58 Maiden Lane, Second Floor
San Francisco, CA 94108
Telephone: 415.788.6330
Facsimile:   415.391.0555

Attorneys for Respondent
Bill Criswell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, et al.,<br><br>          Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>          Defendants. | Case No. 09-CV-2292 VRW<br><br>**[PROPOSED] ORDER GRANTING MOTION OF BILL CRISWELL TO QUASH SUBPOENA TO APPEAR AND TESTIFY**<br><br>Date: February 11, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom 6, 17th Floor, San Francisco, CA 94102 |

This action came up for consideration before the Court on _____, 2010 at _____ a.m./p.m., Honorable Vaughn R. Walker, Judge of the United States District Court, presiding, on Bill Criswell's Motion to Quash Subpoena pursuant to Federal Rule of Civil Procedure 45(c) and the issues having been duly considered and a decision having been duly rendered.

**IT IS SO ORDERED** that Bill Criswell's Motion to Quash Subpoena is **GRANTED**.

DATED: _____, 2010        _____
                                                      HONORABLE VAUGH R. WALKER

N:\CLIENTS\52\5294\002\Motion to Quash-Prop Ord.doc

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28