Eric Grant (Bar No. 151064)
grant@hicks-thomas.com
Hicks Thomas LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833
Facsimile: (916) 691-3261

James Bopp, Jr. (*pro hac vice* pending)
jbopp@bopplaw.com
Richard E. Coleson (*pro hac vice* pending)
rcoleson@bopplaw.com
Kaylan Lytle Phillips (*pro hac vice* pending)
kphillips@bopplaw.com
Bopp, Coleson & Bostrom
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434
Facsimile: (812) 234-3736

Counsel for Objector DOUG SWARDSTROM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTIN M. PERRY, et al.,<br><br>　　　　Plaintiffs,<br><br>and<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Plaintiff-Intervenor,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants,<br><br>and<br><br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, et al.,<br><br>　　　　Defendant-Intervenors. | No. 3:09-cv-02292-VRW<br><br>**OBJECTOR DOUG SWARDSTROM'S ADMINISTRATIVE MOTION TO PERMIT OUT-OF-STATE COUNSEL TO APPEAR BY TELEPHONE AT HEARING ON PLAINTIFFS' MOTION TO COMPEL**<br>**[Civil L.R. 7-11]**<br><br><br><br><br><br>Hearing Date: January 6, 2010<br>Hearing Time: 10:00 a.m.<br>Courtroom: 6 (17th Floor)<br>Judge: Hon. Vaughn R. Walker |

Pursuant to Civil L.R. 7-11 (Motion for Administrative Relief), Objector Doug Swardstrom respectfully requests permission for his out-of-state counsel James Bopp, Jr. to appear by telephone at tomorrow's hearing on Plaintiffs' motion to compel Mr. Swardstrom's compliance with a deposition subpoena. In support of his request, Mr. Swardstrom would show the following:

1. On Monday, January 4, 2010, Plaintiffs filed a motion to compel Mr. Swardstrom's compliance with a deposition subpoena. *See* Doc # 339.

2. Although the undersigned local counsel intends to appear at the hearing on such motion, Mr. Bopp is Mr. Swardstrom's principal counsel, and he desires to present argument on Mr. Swardstrom's behalf at such hearing. *See* Declaration of James Bopp, Jr. ("Bopp Decl.") ¶ 2 (filed concurrently herewith).

3. Also on Monday, January 4, 2010, the Court set relevant hearing for Wednesday, January 6, 2010, at 10:00 a.m. *See* Doc. # 333 at 2. Mr. Bopp learned of the newly set hearing date at approximately 7:00 p.m. Eastern time on Monday the 4th. *See* Bopp Decl. ¶ 3.

4. Given such short notice, neither Mr. Bopp nor any of his law firm colleagues was able to make arrangements to travel to San Francisco from their offices in Terre Haute, Indiana to appear in person at the hearing.

5. Mr. Bopp's direct telephone number for the time of the hearing is (812) 243-0825.

For these reasons, Objector Doug Swardstrom respectfully requests permission for his out-of-state counsel James Bopp, Jr. to appear by telephone at tomorrow's hearing on Plaintiffs' motion to compel Mr. Swardstrom's compliance with a deposition subpoena.

Dated: January 5, 2010.

Respectfully submitted,

/s/ Eric Grant
Eric Grant
Hicks Thomas LLP

James Bopp, Jr.
Richard E. Coleson
Kaylan Lytle Phillips
Bopp, Coleson & Bostrom

Counsel for Objector DOUG SWARDSTROM

HICKS THOMAS LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833