Eric Grant (Bar No. 151064)
grant@hicks-thomas.com
Hicks Thomas LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone:  (916) 388-0833
Facsimile:   (916) 691-3261

James Bopp, Jr. (*pro hac vice* pending)
jbopp@bopplaw.com
Richard E. Coleson (*pro hac vice* pending)
rcoleson@bopplaw.com
Kaylan Lytle Phillips (*pro hac vice* pending)
kphillips@bopplaw.com
Bopp, Coleson & Bostrom
1 South 6th Street
Terre Haute, Indiana 47807
Telephone:  (812) 232-2434
Facsimile:   (812) 234-3736

Counsel for Objector DOUG SWARDSTROM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTIN M. PERRY, et al.,<br><br>　　　　Plaintiffs,<br><br>and<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Plaintiff-Intervenor,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants,<br><br>and<br><br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, et al.,<br><br>　　　　Defendant-Intervenors. | No. 3:09-cv-02292-VRW<br><br>**DECLARATION OF JAMES BOPP, JR. IN SUPPORT OF OBJECTOR DOUG SWARDSTROM'S ADMINISTRATIVE MOTION TO PERMIT OUT-OF-STATE COUNSEL TO APPEAR BY TELEPHONE AT HEARING ON PLAINTIFFS' MOTION TO COMPEL**<br>**[Civil L.R. 7-11]**<br><br><br><br><br><br>Hearing Date: January 6, 2010<br>Hearing Time: 10:00 a.m.<br>Courtroom:　　6 (17th Floor)<br>Judge:　　　　Hon. Vaughn R. Walker |

I, James Bopp, Jr., declare as follows:

1. I make this declaration in support of Objector Doug Swardstrom's Administrative Motion to Permit Out-of-State Counsel to Appear by Telephone at Hearing on Plaintiffs' Motion to Compel, filed concurrently herewith. I make the statements of fact in this declaration of my own personal knowledge. If called as a witness in this proceeding, I could and would competently testify to the facts set forth herein.

2. I am Mr. Swardstrom's principal counsel, and I desire to present argument on his behalf at the hearing on Plaintiffs' motion to compel Mr. Swardstrom's compliance with a deposition subpoena.

3. On Monday, January 4, 2010, the Court set that hearing for Wednesday, January 6, 2010, at 10:00 a.m. I learned of the newly set hearing date at approximately 7:00 p.m. Eastern time on Monday the 4th.

4. Given such short notice, neither I nor any of my law firm colleagues was able to make arrangements to travel to San Francisco from our offices in Terre Haute, Indiana to appear in person at the hearing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 5, 2010.

/s/ James Bopp, Jr.
James Bopp, Jr.

(The filer of this document hereby attests that concurrence in the filing of this document has been obtained from the signatory above.)

HICKS THOMAS LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833

{00134111.DOC}     2     No. 3:09-cv-02292-VRW

Declaration of James Bopp, Jr. in Support of Objector Doug Swardstrom's Administrative Motion