1  Eric Grant (Bar No. 151064)
   grant@hicks-thomas.com
2  Hicks Thomas LLP
   8001 Folsom Boulevard, Suite 100
3  Sacramento, California 95826
   Telephone:  (916) 388-0833
4  Facsimile:   (916) 691-3261

5  James Bopp, Jr. (*pro hac vice* pending)
   jbopp@bopplaw.com
6  Richard E. Coleson (*pro hac vice* pending)
   rcoleson@bopplaw.com
7  Kaylan Lytle Phillips (*pro hac vice* pending)
   kphillips@bopplaw.com
8  Bopp, Coleson & Bostrom
   1 South 6th Street
9  Terre Haute, Indiana 47807
   Telephone:  (812) 232-2434
10 Facsimile:   (812) 234-3736

11 Counsel for Objector DOUG SWARDSTROM

12

13                 UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

16

17 KRISTIN M. PERRY, et al.,            )  No. 3:09-cv-02292-VRW
                                        )
18            Plaintiffs,               )
                                        )  **[PROPOSED] ORDER GRANTING**
19 and                                  )  **OBJECTOR DOUG SWARDSTROM'S**
                                        )  **ADMINISTRATIVE MOTION TO**
20 CITY AND COUNTY OF SAN FRANCISCO,    )  **PERMIT OUT-OF-STATE COUNSEL**
                                        )  **TO APPEAR BY TELEPHONE AT**
21            Plaintiff-Intervenor,     )  **HEARING ON PLAINTIFFS' MOTION**
                                        )  **TO COMPEL**
22       v.                             )  **[Civil L.R. 7-11]**
                                        )
23 ARNOLD SCHWARZENEGGER, et al.,       )
                                        )
24            Defendants,               )
                                        )
25 and                                  )
                                        )
26 PROPOSITION 8 OFFICIAL PROPONENTS    )  Hearing Date:   January 6, 2010
   DENNIS HOLLINGSWORTH, et al.,        )  Hearing Time:   10:00 a.m.
27                                      )  Courtroom:      6 (17th Floor)
            Defendant-Intervenors.      )  Judge:          Hon. Vaughn R. Walker
28                                      )

{00134111.DOC}                1                      No. 3:09-cv-02292-VRW
Order Granting Objector Doug Swardstrom's Administrative Motion to Permit Counsel to Appear by Telephone

1    WHEREAS, Objector Doug Swardstrom has filed an Administrative Motion to Permit

2  Out-of-State Counsel to Appear by Telephone at Hearing on Plaintiffs' Motion to Compel; and

3    WHEREAS, Mr. Swardstrom has established good cause for granting such motion;

4    IT IS THEREFORE ORDERED that Mr. Swardstrom's out-of-state counsel James Bopp,

5  Jr. shall be permitted to appear by telephone at the hearing on Plaintiffs' motion to compel set for

6  Wednesday, January 6, 2010, at 10:00 a.m.

7

8  Date: _____

9

10  _____
     VAUGHN R. WALKER
11   United States District Chief Judge

HICKS THOMAS LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Objector Doug Swardstrom's Administrative Motion to Permit Counsel to Appear by Telephone