JAMES BOPP, JR.[1]

*Senior Associates*
RICHARD E. COLESON[1]
BARRY A. BOSTROM[1]

*Associates*
RANDY ELF[2]
JEFFREY P. GALLANT[3]
ANITA Y. WOUDENBERG[1]
JOSIAH S. NEELEY[4]
JOSEPH E. LA RUE[5]
SARAH E. TROUPIS[6]
KAYLAN L. PHILLIPS[7]
JOSEPH A. VANDERHULST[1]
SCOTT F. BIENIEK[8]
ZACHARY S. KESTER[1]

[1]admitted in Ind.
[2]admitted in NY and Penn.
[3]admitted in Va.
[4]admitted in Tex.
[5]admitted in Oh.
[6]admitted in Wis.
[7]admitted in Okla.
[8]admitted in Ill.

**BOPP, COLESON & BOSTROM**
ATTORNEYS AT LAW
(not a partnership)

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510

Telephone 812/232-2434   Facsimile 812/235-3685

_____

THOMAS J. MARZEN
(1946-2007)

E-MAIL ADDRESSES
jboppjr@aol.com
rcoleson@bopplaw.com
bbostrom@bopplaw.com
relf@bopplaw.com
jgallant@bopplaw.com
awoudenberg@bopplaw.com
jneeley@bopplaw.com
jlarue@bopplaw.com
stroupis@bopplaw.com
kphillips@bopplaw.com
jvanderhulst@bopplaw.com
sbieniek@bopplaw.com
zkester@bopplaw.com

January 6, 2010

Re:   *Perry v. Schwarzenegger, et al.,*
N.D. Cal. Case No. 09-CV-22292 VRW

The Honorable Vaughn R. Walker
Chief Judge of the U.S. District Court
  for the Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Dear Chief Judge Walker:

     I write on behalf of Objector Doug Swardstrom in response to the Court's December 30, 2009 order regarding recording or broadcasting the hearing today. Doc 332. Mr. Swardstrom objects to the recording and/or broadcasting of today's hearing as well as the trial as a whole. As a witness, Mr. Swardstrom is concerned not only with the procedural deficiencies of the Court's notice (as noted by the Defendant-Intervenors' letters, Doc 324 and 336), but also by the potential harm such recording and broadcasting could have on his First Amendment right of association. Recording and/or broadcasting these proceedings will increase the already substantial harassment against Proposition 8 supporters. For these reasons, Mr. Swardstrom respectfully requests that no proceedings be recorded nor broadcast.

Sincerely,

  /s/   James Bopp, Jr.
James Bopp, Jr
Counsel for Objector Doug Swardstrom
(*Pro hac vice* motion pending)