David E. Bunim (SBN 44185)
HAAS & NAJARIAN, LLP
58 Maiden Lane, Second Floor
San Francisco, CA 94108
Telephone: 415.788.6330
Facsimile: 415.391.0555

Attorneys for Respondent
Bill Criswell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | Case No. 09-CV-2292 VRW <br><br> **APPLICATION FOR ORDER SHORTENING TIME** |

Respondent Bill Criswell hereby applies for an Order Shortening Time for the filing of a Motion to Quash Subpoena to Appear and Testify to be heard on _____, 2010 at _____ or as soon thereafter as possible. The attached Declaration demonstrates that the hearing of this motion on shortened time is necessary because Respondent was served with the subpoena on December 23, 2009, and trial is scheduled to commence in this matter on January 11, 2010, which does not allow for compliance with the 35 day notice requirement in Civil Local Rule 7-2(a). Respondent's counsel has notified Plaintiffs' counsel via telephone voicemail that this application would be filed electronically, and the Declaration so stating accompanies this application.

This application is based on the accompanying Points and Authorities and Declaration of David E. Bunim.

HAAS & NAJARIAN, LLP
58 Maiden Lane, 2nd Floor
San Francisco, CA 94108
415.788.6330

- 1 -

**APP. FOR ORDER SHORTENING TIME ON MOT. OF BILL CRISWELL TO QUASH SUBPOENA**

Case # 09-CV-2292 VRW

Dockets.Justia.com

DATED: January 6, 2010      Respectfully submitted:

HAAS & NAJARIAN, LLP

By: _____/s/_____
    David E. Bunim
    Attorneys for Respondent
    Bill Criswell

Bill Criswell hereby submits his Memorandum of Points and Authorities in support of his Application for Order Shortening Time, stating as follows:

## I.

## FACTUAL BACKGROUND

On December 23, 2009, during the holiday season, Bill Criswell was served with a Subpoena to Appear and Testify at trial in this matter, currently set to begin on January 11, 2010.  Bunim Decl. ¶ 3.  The undersigned filed the Motion to Quash as soon as practicable after determining the need therefore, but could not obtain a hearing date prior to commencement of trial given the timing of the service of the subpoena and the notice requirement of Local Rule 7-2(a).  Bunim Decl. ¶ 4.  Plaintiffs were notified that Respondent would present this application to the Court.  Bunim Decl. ¶ 5.

## II.

## GOOD CAUSE EXISTS TO GRANT AN ORDER SHORTENING TIME

A court may, upon presentation with a declaration showing good cause, prescribe shorter times for the filing and service of papers than the times set forth in local rules of court.  *See* Fed. R. Civ. P. 6(c)(1)(C).  Good cause exists for an order shortening time when a party will be substantially prejudiced by any further delay.  In the instant case, because trial is set for January 11, 2010, it is imperative that Respondent obtain a determination by the Court as soon as possible as to whether it will grant a motion to quash, so that all parties may prepare accordingly.

For all of the above reasons, Respondent respectfully requests an Order Shortening Time for the filing of a Motion to Quash Subpoena to Appear and Testify.

1  DATED: January 6, 2010        Respectfully submitted,

2                                HAAS & NAJARIAN, LLP

3

4                                By:_____/s/_____
                                     David E. Bunim
5                                    Attorneys for Respondent
                                     Bill Criswell
6
N:\CLIENTS\52\5294\002\Application for OST.doc

- 3 -

**APP. FOR ORDER SHORTENING TIME ON MOT. OF BILL CRISWELL TO QUASH SUBPOENA**    Case #  09-CV-2292 VRW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28