David E. Bunim (SBN 44185)
HAAS & NAJARIAN, LLP
58 Maiden Lane, Second Floor
San Francisco, CA 94108
Telephone: 415.788.6330
Facsimile:   415.391.0555

Attorneys for Respondent
Bill Criswell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, et al.,<br><br>             Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>             Defendants. | Case No. 09-CV-2292 VRW<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER SHORTENING TIME** |

   Upon reading the application of Bill Criswell for an order shortening time on the hearing for his Motion to Quash Subpoena, the papers filed herein and good cause appearing therefor,

   IT IS HEREBY ORDERED that Bill Criswell's Motion to Quash Subpoena to Appear and Testify shall be heard on _____ at _____ in Courtroom 6, 17th Floor of this Court, and that Plaintiffs' papers in opposition shall be filed and served no later than _____. No reply shall be permitted.

DATED: _____, 2010       _____
                                   HONORABLE VAUGH R. WALKER

N:\CLIENTS\52\5294\002\Motion to Quash-Prop Ord.doc

HAAS & NAJARIAN, LLP
58 Maiden Lane, 2nd Floor
San Francisco, CA 94108
415.788.6330

- 1 -

**[PROPOSED] ORDER GRANTING APP. FOR ORDER SHORTENING TIME**          Case #  09-CV-2292 VRW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28