## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTE ORDER**

**Chief Judge VAUGHN R. WALKER**

Date: **January 6, 2010**

**C09-2292- VRW**

**Kristin M. Perry, et al.** v. **Arnold Schwarzenegger, et al.**

Attorneys:

Plaintiffs:
Jeremy M. Goldman, Theodore B. Olson, Christopher D. Dusseault, Matthew D. McGill,
Theodore J. Boutrous, Jr., and Ethan D. Dettmer

Plaintiff Intervenor (City and County of San Francisco)
Therese M. Stewart and Erin Bernstein

Intervenor Defendants (Prop 8 Official Proponents):
Michael W. Kirk, and Jesse Panuccio

Intervenor Defendants (County of Imperial of the State of CA and Board of Supervisors of Imperial County):
Robert H. Tyler and Jennifer L. Monk

State Official Defendants:
Andrew Stroud (Governor Arnold Schwarzenegger)
Tamar Pachter (California Attorney General)

Interested Party (Media Coalition):
Thomas R. Burke

Non-Party Objector:
Eric Grant

Time: 2 ½ Hours

Deputy Clerk: **LASHANDA SCOTT**            Reporter: **Kathryn Sullivan**

**PROCEEDINGS:**                                                                                     **RULING**
1. Hearing re Request to Broadcast                                                          Granted
2. Defendant Intervenor's Motion to Compel                                          Matter Submitted
3. Plaintiff's Motion to Compel Douglas Swardstrom                           Granted
4.

( ) Status Conference       ( ) P/T Conference       ( ) Case Management Conference

**ORDERED AFTER HEARING:**
The Court heard argument from counsel. Defendant Intervenor's Motion to Compel is taken under submission. The Court will issue a ruling. Court adjourned until Monday, January 11, 2010 at 9:00 a.m. for Court Trial.  Dispute re Plaintiff's Request for Documents was referred to Magistrate Judge Joseph C. Spero.