1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICE OF TERRY L. THOMPSON
Terry L. Thompson (CA Bar No. 199870)
*tl_thompson@earthlink.net*
P.O. Box 1346, Alamo, CA 94507
Telephone: (925) 855-1507, Facsimile: (925) 820-6034

ATTORNEY FOR DEFENDANT-INTERVENOR HAK-SHING WILLIAM TAM

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,

Plaintiffs,

CITY AND COUNTY OF SAN FRANCISCO,

Plaintiff-Intervenor,

v.

ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,

Defendants,

PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,

Defendant-Intervenors,

CASE NO. 09-CV-2292 VRW

**NOTICE OF CHANGE OF COUNSEL FOR DEFENDANT-INTERVENOR HAK-SHING WILLIAM TAM**

Courtroom: 6, 17th Floor
Judge: Chief Judge Vaughn R. Walker
Trial Date: January 11, 2010
Action Filed: May 22, 2009

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE BE ADVISED that counsel for Defendant-Intervenor Hak-Shing William Tam in the above-referenced action is now Terry L. Thompson, whose contact information is as follows:

Terry L. Thompson
LAW OFFICE OF TERRY L. THOMPSON
P.O. Box 1346
Alamo, CA 94507
Telephone:  (925) 855-1507
Facsimile:  (925) 820-6034
*tl_thompson@earthlink.net*

Former counsel for Mr. Tam will no longer be representing him in the above-referenced action.

Dated: January 6, 2010.

LAW OFFICES OF TERRY L. THOMPSON

Terry L. Thompson

COOPER AND KIRK, PLLC

s/Charles J. Cooper
Charles J. Cooper

Hak-Shing William Tam

NOTICE OF CHANGE OF COUNSEL FOR DEFENDANT-INTERVENOR HAK-SHING WILLIAM TAM
CASE NO. 09-CV-2292 VRW

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE BE ADVISED that counsel for Defendant-Intervenor Hak-Shing William Tam in the above-referenced action is now Terry L. Thompson, whose contact information is as follows:

Terry L. Thompson
LAW OFFICE OF TERRY L. THOMPSON
P.O. Box 1346
Alamo, CA 94507
Telephone: (925) 855-1507
Facsimile: (925) 820-6034
tl_thompson@earthlink.net

Former counsel for Mr. Tam will no longer be representing him in the above-referenced action.

Dated: January 6, 2010.

LAW OFFICES OF TERRY L. THOMPSON

_____
Terry L. Thompson

COOPER AND KIRK, PLLC

_____
Charles J. Cooper

_____
Hak-Shing William Tam

---

1

NOTICE OF CHANGE OF COUNSEL FOR DEFENDANT-INTERVENOR HAK-SHING WILLIAM TAM
CASE NO. 09-CV-2292 VRW