| | |
|---|---|
| 1 | OFFICE OF THE COUNTY COUNSEL |
| 2 | ELIZABETH M. CORTEZ, Assistant County Counsel<br>JUDY W. WHITEHURST, Principal Deputy County Counsel |
| 3 | (SBN 182855) • *jwhitehurst@counsel.lacounty.gov*<br>648 Kenneth Hahn Hall of Administration |
| 4 | 500 West Temple Street<br>Los Angeles, California 90012-2713 |
| 5 | Telephone: (213) 974-1845 · Fax: (213) 617-7182 |
| 6 | Attorneys for DEAN C. LOGAN,<br>LOS ANGELES REGISTRAR- |
| 7 | RECORDER/COUNTY CLERK |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 11 | KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO, | CASE NO. 09-CV-2292 VRW |
| 12 | | **STIPULATION AND [PROPOSED] ORDER REGARDING ATTENDANCE OF TRIAL BY DEFENDANT DEAN C. LOGAN, LOS ANGELES COUNTY REGISTRAR-RECORDER/COUNTY CLERK** |
| 13 | Plaintiffs, | |
| 14 | v. | |
| 15 | ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles, | |
| | | Trial Date: January 11, 2010 |
| | | Action Filed: May 27, 2009 |
| | Defendants. | |

| | |
|---|---|
| 1 | PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAKSHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM-YES ON 8, A PROJECT OF CALIFORNIA RENEWAL, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendant-Intervenors, |
| 6 | CITY AND COUNTY OF SAN FRANCISCO, |
| 7 | Plaintiff-Intervenor, |
| 8 | v. |
| 9 | ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles, |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | Defendants. |
| 18 | |

19   WHEREAS, the Los Angeles County Registrar-Recorder/County Clerk's Dean C.

20 Logan ("Los Angeles County Clerk"), has stated in his trial memorandum filed on

21 December 4, 2009, that he takes no position on the merits of the case as to the validity of

22 Proposition 8.

23   WHEREAS, in the same trial memorandum, Defendant Los Angeles County Clerk

24 further indicated that he does not intend on presenting any evidence or argument on the

25 merits, but reserves the right to provide a defense as to any specific wrongdoing as to him.

26

27

28

NOW, THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree, and ask the Court to enter an order pursuant to Federal Rule of Civil Procedure 16 as follows:

1. The attendance at trial by counsel of record for Defendant Dean C. Logan, the Los Angeles County Clerk, will not be necessary, but Defendant Logan's counsel may attend the hearing, as budgetary restraints permit, for selected arguments.

2. Defendant County Registrar will continue to be served in the normal practice throughout the proceedings.

3. Defendant County Registrar will be bound by the final judgment of the Court in this matter.

IT IS SO STIPULATED.

DATED: January 7, 2010                    OFFICE OF THE COUNTY COUNSEL

                                          By___/s/_____
                                             Judy W. Whitehurst
                                             Principal Deputy County Counsel

                                          Attorneys for DEAN C. LOGAN,
                                          LOS ANGELES REGISTRAR-
                                          RECORDER/COUNTY CLERK

DATED: January 7, 2010                    GIBSON, DUNN & CRUTCHER LLP

                                          By___/s/_____
                                             Christopher Dusseault

                                          Attorneys for Plaintiffs KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO

| | | |
|---|---|---|
| 1 | DATED:  January 7, 2010 | OFFICE OF THE CITY ATTORNEY |
| 2 | | By   /s/ |
| 3 | | Therese Stewart |
| 4 | | Attorneys Plaintiff-Intervenor CITY AND COUNTY OF SAN FRANCISCO |
| 5 | | |
| 6 | DATED:  January 7, 2010 | COOPER AND KIRK, PLLC |
| 7 | | By   /s/ |
| 8 | | David Thompson |
| 9 | | Attorneys for Defendant-Intervenors PROPOSITION 8 OFFICIAL PROPONENTS; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL |
| 10 | | |
| 11 | | |
| 12 | DATED:  January 7, 2010 | LAW OFFICE OF TERRY L. THOMPSON |
| 13 | | By   /s/ |
| 14 | | Terry L. Thompson |
| 15 | | Attorney for Defendant-Intervenors HAK-SHING WILLIAM TAN |
| 16 | | |
| 17 | | |
| 18 | DATED:  January 7, 2010 | OFFICE OF THE ATTORNEY GENERAL |
| 19 | | By   /s/ |
| 20 | | Tamar Pachter |
| 21 | | Attorneys for Defendant ATTORNEY GENERAL EDMUND G. BROWN, JR. |
| 22 | | |
| 23 | DATED:  January 7, 2010 | MENNEMEIER, GLASSMAN & STROUD LLP |
| 24 | | By   /s/ |
| 25 | | Andrew W. Stroud |
| 26 | | Attorneys for Defendants ARNOLD SCHWARZENEGGER, MARK B. HORTON, and LINETTE SCOTT (the "Administration Defendants") |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | DATED:  January 7, 2010 | OFFICE OF THE COUNTY COUNSEL |
| 2 | | By   /s/ |
| 3 | | Claude F. Kolm |
| | | Deputy County Counsel |
| 4 | | |
| 5 | | Attorneys for Defendant PATRICK O'CONNELL, Clerk Recorder for the County of Alameda |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____        _____
                                      HON. VAUGHN R. WALKER
                                      Chief Judge of the
                                      United States District Court

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

By  /s/  _____
Judy W. Whitehurst
Principal Deputy County Counsel

**DECLARATION OF SERVICE**
Case No. 09-CV-02292 VRW

STATE OF CALIFORNIA, County of Los Angeles:

Hazel T. Bataclan states:  I am employed in the County of Los Angeles, State of California, over the age of eighteen years and not a party to the within action.  My business address is 648 Kenneth Hahn Hall of Administration, 500 West Temple Street, Los Angeles, California 90012-2713.

That on January 7, 2010, I served the attached

**DEAN C. LOGAN, LOS ANGELES COUNTY REGISTRAR-RECORDER COUNTY CLERK'S STATEMENT OF NON-OPPOSITION IN RESPONSE TO COUNTY OF IMPERIAL OF THE STATE OF CALIFORNIA, BOARD OF SUPERVISORS OF IMPERIAL COUNTY AND ISABEL VARGAS'S MOTION TO INTERVENE**

upon the non-ECP Participating Interested Party(ies) by placing ☐ the original ☐ a true copy thereof enclosed in a sealed envelope addressed ☐ as follows ☒ as stated on the attached list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 7, 2010, at Los Angeles, California.


      Hazel T. Bataclan            /s/ Hazel T. Bataclan
                                                           **Signature**

# SERVICE LIST

**(BY MAIL)** by sealing and placing the envelope for collection and mailing on the date and at the place shown above following our ordinary business practices. I am readily familiar with this office's practice of collection and processing correspondence for mailing. Under that practice the correspondence would be deposited with the United States Postal Service that same day with postage thereon fully prepaid.

David Boies
BOIES SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612

Jesse Panuccio
COOPER & KIRK PLLC
1523 New Hampshire Avenue N.W.
Washington, D.C. 20036

Michael W. Kirk
Cooper & Kirk PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Rena M Lindevaldsen
Liberty Counsel
100 Mountainview Road, Suite 2775
Lynchberg, VA 24502

Theane Evangelis Kapur
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071

Tobias Barrington Wolff
University of Pennsylvania Law School
3400 Chestnut Street
Philadelphia, PA 19104-6204