EDMUND G. BROWN JR.
Attorney General of California
JONATHAN K. RENNER
Senior Assistant Attorney General
GORDON BURNS
Deputy Solicitor General
TAMAR PACHTER
Deputy Attorney General
State Bar No. 146083
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5970
 Fax:  (415) 703-1234
 E-mail:  Tamar.Pachter@doj.ca.gov
*Attorneys for Defendant*
*Attorney General Edmund G. Brown Jr.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTIN M. PERRY, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 3:09-cv-02292-VRW<br><br>**ATTORNEY GENERAL'S NOTICE OF NON-OPPOSITION TO APPLICATIONS TO FILE AMICUS CURIAE BRIEFS**<br><br>Judge:  Hon. Vaughn R. Walker, Chief Judge<br>Trial Date:  January 11, 2010<br>Action Filed:  May 27, 2009 |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD, AND ALL APPLICANTS SEEKING LEAVE OF COURT TO FILE AMICUS CURIAE BRIEFS:

PLEASE TAKE NOTICE THAT the Attorney General will not oppose the filing of an amicus brief by any applicant.  Applicants may rely on this notice and need not seek the Attorney General's consent individually.  The Attorney General's non-opposition does not reflect his agreement with any amicus brief filed and he reserves the right to respond to any amicus brief filed in this case.

1

Attorney General's Notice of Non-Opposition to Applications to File Amicus Briefs
*Perry, et al. v. Schwarzenegger, et al*, Case No. . 3:09-cv-02292-VRW

| | | |
|---|---|---|
| 1 | Dated: January 7, 2010 | Respectfully submitted, |
| 2 | | EDMUND G. BROWN JR.<br>Attorney General of California |
| 3 | | JONATHAN K. RENNER<br>Senior Assistant Attorney General |
| 4 | | GORDON BURNS<br>Deputy Solicitor General |
| 7 | | */s/ Tamar Pachter*<br>TAMAR PACHTER |
| 8 | | Deputy Attorney General<br>*Attorneys for Defendant* |
| 9 | | *Attorney General Edmund G. Brown Jr.* |
| 10 | SA2009310603<br>20244207.doc | |

2

Attorney General's Notice of Non-Opposition to Applications to File Amicus Briefs
*Perry, et al. v. Schwarzenegger, et al*, Case No. . 3:09-cv-02292-VRW