1    RICHARD E. WINNIE [68048]
County Counsel
2    CLAUDE F. KOLM [83517]
Deputy County Counsel
3    MANUEL F. MARTINEZ [245113]
Associate County Counsel
4    Office of County Counsel
County of Alameda
5    1221 Oak Street, Suite 450
Oakland, California 94612
6    Telephone: (510) 272-6700

7    Attorneys for PATRICK O'CONNELL, Clerk-Recorder of the County of Alameda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL R. KATAMI, and JEFFREY J. ZARRILLO,<br><br>        Plaintiffs,<br><br>CITY AND COUNTY OF SAN FRANCISCO<br><br>        Plaintiffs-Interveners,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR. in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information and Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>        Defendants, | Case No.: CV 09 2292 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ATTENDANCE OF TRIAL BY DEFENDANT PATRICK O'CONNELL CLERK-RECORDER OF THE COUNTY OF ALAMEDA**<br><br>Trial Date: January 11, 2010<br>Courtroom: No. 6, 17th Floor<br>United States District Chief Judge Vaughn R. Walker<br><br>Action Filed: May 27, 2009 |

**Perry v. Schwartzenegger et al, Case No. CV 09 2292**
Stipulation and [Proposed] Order      1

1  DENNIS HOLLINGSWORTH, GAIL J.
2  KNIGHT, MARTIN F. GUTIERREZ,
   HAK-SHING WILLIAM TAM, MARK A.
3  JANSSON and
   PROTECTMARRIAGE.COM – YES ON 8,
4  A PROJECT OF CALIFORNIA RENEWAL,
   as official proponents of Proposition 8,
5
                Defendants-Interveners.
6

7      WHEREAS, Patrick O'Connell Clerk-Recorder of the County of Alameda
8  ("Alameda County Clerk-Recorder"), has stated in his trial memorandum filed on
9  December 4, 2009 (Document Nos. 277), that he takes no position on the merits of the
10 case as to the validity of Proposition 8.

11     WHEREAS, in the same trial memorandum, Defendant Patrick O'Connell Clerk-
12 Recorder of the County of Alameda further indicated that he does not intend on
13 presenting any evidence or argument on the merits, but reserves the right to provide a
14 defense as to any specific wrongdoing as to him.

15     NOW THEREFORE, the parties, through their respective counsel of record, do
16 hereby stipulate and agree, and ask the Court to enter an order pursuant to Federal
17 Rule of Civil Procedure 16 as follows:

18     1.    The attendance at trial by counsel of record for Defendant
19 Patrick O'Connell Clerk-Recorder of the County of Alameda will not be necessary, but
20 Defendant Patrick O'Connell Clerk-Recorder of the County of Alameda's counsel may
21 attend the hearing, as budgetary restraints permit, for selected arguments.

22     2.    Defendant Patrick O'Connell Clerk-Recorder of the County of Alameda will
23 continue to be served in the normal practice throughout the proceedings.

24 ///
25 ///
26 ///
27 ///
28 ///

3.    Defendant Patrick O'Connell Clerk-Recorder of the County of Alameda will be bound by the final judgment of the Court in this matter.

IT IS SO STIPULATED.

DATED:   1/5/10                OFFICE OF THE COUNTY COUNSEL

By:   /s/ Judy W. Whitehurst
         Judy W. Whitehurst
         Principal Deputy County Counsel

Attorneys for DEAN C. LOGAN,
LOS ANGELES REGISTAR-
REORDER/COUNTY CLERK

DATED:   1/5/10                GIBSON, DUNN & CRUTCHER LLP

By:   /s/ Christopher D. Dusseault
         Christopher D. Dusseault

Attorneys for Plaintiffs KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and FEFFREY J. ZARRILLO

DATED:   1/6/10                OFFICE OF THE CITY ATTORNEY

By:   /s/ Terese M. Stewart
         Terese M. Stewart
         Chief Deputy City Attorney

Attorneys Plaintiff-Intervenor CITY AND COUNTY OF SAN FRANCISCO

DATED:   1/7/10                LAW OFFICE OF TERRY L. THOMPSON

By:   /s/ Terry L. Thompson
         Terry L. Thompson

Attorney for Defendant-Intervener
HAK-SHING WILLIAM TAM

**Perry v. Schwartzenegger et al, Case No. CV 09 2292**
Stipulation and [Proposed] Order                3

| | | |
|---|---|---|
| 1 | DATED: __1/7/10__ | COOPER AND KIRK, PLLC |
| 2 | | |
| 3 | | By: __/s/ David H. Thompson__<br>     David H. Thompson |
| 4 | | |
| 5 | | Attorneys for Defendant-Intervenors<br>PROPOSITION 8 OFFICIAL PROPONENTS;<br>and PROTECTMARRIAGE.COM – YES ON 8,<br>A PROJECT OF CALIFORNIA RENEWAL |
| 6 | | |
| 7 | | |
| 8 | DATED: __1/5/10__ | OFFICE OF THE ATTORNEY GENERAL |
| 9 | | |
| 10 | | By: __/s/ Tamar Pacher__<br>     Tamar Pachter<br>     Deputy Attorney General |
| 11 | | |
| 12 | | Attorneys for Defendant ATTORNEY<br>GENERAL EDMUND G. BROWN, JR. |
| 13 | | |
| 14 | DATED: __1/5/10__ | MENNEMEIIER, GLASSMAN & STROUD LLP |
| 15 | | By: __/s/ Andrew W. Stroud__<br>     Andrew W. Stroud |
| 16 | | |
| 17 | | Attorneys for Defendants ARNOLD<br>SCHWARZNEGGER, MARK B. HORTON and<br>LINETTE SCOTT (the "Administration<br>Defendants") |
| 18 | | |
| 19 | | |
| 20 | DATED: __1/5/10__ | RICHARD E. WINNIE, County Counsel in and<br>for the County of Alameda, State of California |
| 21 | | |
| 22 | | By: __/s/ Claude F. Kolm__<br>     Claude F. Kolm<br>     Deputy County Counsel |
| 23 | | |
| 24 | | Attorneys for Defendant<br>PATRICK O'CONNELL, Clerk-Recorder for the<br>County of Alameda |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**Perry v. Schwartzenegger et al, Case No. CV 09 2292**
Stipulation and [Proposed] Order            4

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____     _____
                                 HONORABLE VAUGHN R. WALKER
                                 Chief Judge of the United States District Court,
                                 Northern District of California

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

                RICHARD E. WINNIE, County Counsel in and
                for the County of Alameda, State of California

                By:   /s/ Manuel F. Martinez
                          Manuel F. Martinez
                          Associate County Counsel

                Attorneys for Defendant
                PATRICK O'CONNELL, Clerk-Recorder for the
                County of Alameda