COOPER AND KIRK, PLLC
Charles J. Cooper (DC Bar No. 248070)*
*ccooper@cooperkirk.com*
David H. Thompson (DC Bar No. 450503)*
*dthompson@cooperkirk.com*
Howard C. Nielson, Jr. (DC Bar No. 473018)*
*hnielson@cooperkirk.com*
Nicole J. Moss (DC Bar No. 472424)*
*nmoss@cooperkirk.com*
Jesse Panuccio (DC Bar No. 981634)*
*jpanuccio@cooperkirk.com*
Peter A. Patterson (Ohio Bar No. 0080840)*
*ppatterson@cooperkirk.com*
1523 New Hampshire Ave. N.W., Washington, D.C. 20036
Telephone: (202) 220-9600, Facsimile: (202) 220-9601

LAW OFFICES OF ANDREW P. PUGNO
Andrew P. Pugno (CA Bar No. 206587)
*andrew@pugnolaw.com*
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 608-3065, Facsimile: (916) 608-3066

ALLIANCE DEFENSE FUND
Brian W. Raum (NY Bar No. 2856102)*
*braum@telladf.org*
James A. Campbell (OH Bar No. 0081501)*
*jcampbell@telladf.org*
15100 North 90th Street, Scottsdale, Arizona 85260
Telephone: (480) 444-0020, Facsimile: (480) 444-0028

ATTORNEYS FOR DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH,
GAIL J. KNIGHT, MARTIN F. GUTIERREZ, MARK A. JANSSON,
and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL

* Admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State | CASE NO. 09-CV-2292 VRW<br>Chief Judge Vaughn R. Walker<br><br>**DEFENDANT-INTERVENORS' DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, MARK A. JANSSON, AND PROTECTMARRIAGE.COM'S NOTICE OF FILING OF REDACTED DECLARATION OF RONALD PRENTICE** |

Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,

    Defendants,

and

PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,

    Defendant-Intervenors.

Additional Counsel for Defendant-Intervenors

ALLIANCE DEFENSE FUND
Timothy Chandler (CA Bar No. 234325)
*tchandler@telladf.org*
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 932-2850, Facsimile: (916) 932-2851

Jordan W. Lorence (DC Bar No. 385022)*
*jlorence@telladf.org*
Austin R. Nimocks (TX Bar No. 24002695)*
*animocks@telladf.org*
801 G Street NW, Suite 509, Washington, D.C. 20001
Telephone: (202) 393-8690, Facsimile: (202) 347-3622

* Admitted *pro hac vice*

DEFENDANT-INTERVENORS' NOTICE OF FILING OF REDACTED DECLARATION OF RONALD PRENTICE
CASE NO. 09-CV-2292 VRW

At a hearing before Magistrate Judge Spero on January 6, 2010, the Court ruled that Defendant-Intervenors may submit under seal for *in camera* review a declaration relating to "the core group of person engaged in the formulation of campaign strategy and messages" for ProtectMarriage.com. *Perry v. Schwarzenegger*, No. 09-17241, slip op. at 36 n.12.  *See* Hr'g of Jan. 6, 2010, Tr. (rough) at 103:7-9.

The Court also noted, however, that it preferred that Plaintiffs have access to the declaration. *See id.* at 103:13-21.  Accordingly, Defendant-Intervenors, pursuant to an agreement with Plaintiffs' counsel, have provided the enclosed declaration to Plaintiffs' counsel on an attorneys' eyes only basis.  Also pursuant to an agreement with Plaintiffs' counsel, Defendant-Intervenors are hereby filing a redacted version of the attached declaration on the Court's electronic docket.

There was a question at the hearing regarding whether a particular name that the Court deemed within the "core group" was already public, and Proponents have confirmed that that name—Michael Spence—was already disclosed on the privilege log previously filed on the Court's public docket.  This information was disclosed to Plaintiffs' counsel following the hearing.

Following the January 6 hearing, Defendant-Intervenors assessed the production schedule the Court has ordered.  Defendant-Intervenors continue to believe it is not possible to meet that schedule.  Defendant-Intervenors will, however, review, produce, and log documents as quickly as possible with the resources available.

Defendant-Intervenors thus respectfully submit the attached, redacted declaration.

Dated: January 7, 2010

> COOPER AND KIRK, PLLC
> ATTORNEYS FOR DEFENDANTS-INTERVENORS
> DENNIS HOLLINGSWORTH, GAIL J. KNIGHT,
> MARTIN F. GUTIERREZ, MARK A. JANSSON, and
> PROTECTMARRIAGE.COM – YES ON 8, A PROJECT
> OF CALIFORNIA RENEWAL
>
> By:   /s/Charles J. Cooper
>         Charles J. Cooper

3

DEFENDANT-INTERVENORS' NOTICE OF FILING OF REDACTED DECLARATION OF RONALD PRENTICE
CASE NO. 09-CV-2292 VRW