# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 09-02292 VRW (JCS)**

**CASE NAME:  KRISTIN M. PERRY, ET AL v. ARNOLD SCHWARZENEGGER, ET AL.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: January 6, 2010   **TIME:** 1 H 50 M | **COURT REPORTER**: <u>Debra Pas</u> |

| <u>COUNSEL FOR PLAINTIFF:</u> | <u>COUNSEL FOR DEFENDANT:</u> |
|---|---|
| Matthew D. McGill | Michael W. Kirk- Dft-Intv Prop 8 |
| Theodore J. Boutrous, Jr. | Jesse Panuccio- Dft-Intv Prop 8 |
| Christopher D. Dusseault | Andrew Stroud -Admin Dfts |
| Jeremy M. Goldman | Tamar Pachter - Dft AG Ed Brown |
| Ethan Dettmer | |
| Danny Chou - Pla Intv CCSF | |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Dft-Intervenor's Privilege Log [docket no. 325] | Granted in part, denied in part. |

**ORDERED AFTER HEARING:**

Court issued oral rulings on the record.  Protective Order will be entered by the Court. Court to issue written order.

_____

**ORDER TO BE PREPARED BY:**     () Plaintiff     () Defendant     (X) Court

**CASE CONTINUED TO:**
_____

| | | |
|---|---|---|
| Number of Depos: | Number of Experts: | Discovery Cutoff: |
| Expert Disclosure: | Expert Rebuttal: | Expert Discovery Cutoff: |
| Motions Hearing:     at 9:30 a.m. | | Pretrial Conference:     at 1:30 p.m. |
| Trial Date:     at 8:30 a.m.  ()Jury   ()Court     Set for     days | | |

_____

**cc:**     Chambers; Karen
\* (T) = Telephonic Appearance