CERTIFICATE OF SERVICE

<u>PERRY</u>, <i>et al.</i> v. <u>SCHWARZENEGGER</u>, <i>et al.</i>
United States District Court, Northern District, Case No. CV 09 2292

I, the undersigned, say:

I am employed in the County of Alameda, State of California, over the age of 18 years and not a party to the within cause. My business address is 1221 Oak Street, Suite 450, Oakland, CA 94612-4296.

On the date listed below, I served a true and accurate copy of the documents entitled:

1. STIPULATION AND [PROPOSED] ORDER REGARDING ATTENDANCE OF TRIAL BY DEFENDANT PATRICK O'CONNELL CLERK-RECORDER OF THE COUNTY OF ALAMEDA; and

2. CERTIFICATE OF SERVICE.

on the party in this action as indicated as follows:

| | |
|---|---|
| David Boies<br>Boies Schiller & Flexner LLP<br>333 Main Street<br>Armonk, NY 10504 | Jesse Panuccio<br>Cooper & Kirk PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, DC 20036 |
| Michael W. Kirk<br>Cooper & Kirk, PLLC<br>1523 New Hampshire Avenue, NW<br>Washington, DC 2003 | Rena M Lindevaldsen<br>Liberty Counsel<br>100 Mountainview Rd, Ste 2775<br>Lynchberg, VA 24502 |
| Theane Evangelis Kapur<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 | Tobias Barrington Wolff<br>University of Pennsylvania Law School<br>3400 Chestnut Street<br>Philadelphia, PA 19104-6204 |

(X) BY MAIL: I caused such envelope with postage thereon fully prepaid and to be placed in the United States mail, in the City of Oakland, California.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Oakland, California, on January 8, 2010.

*Judy C Martin* (signature)
Judy A. Martinez

Perry v. Schwarzenegger, et al.
Case No.: CV 09-2292 VRW
Certificate of Service