LAW OFFICE OF TERRY L. THOMPSON
Terry L. Thompson (CA Bar No. 199870)
*tl_thompson@earthlink.net*
P.O. Box 1346, Alamo, CA 94507
Telephone: (925) 855-1507, Facsimile: (925) 820-6034

ATTORNEY FOR DEFENDANT-INTERVENOR HAK-SHING WILLIAM TAM

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>Defendants,<br><br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,<br><br>Defendant-Intervenors, | CASE NO. 09-CV-2292 VRW<br><br>**[PROPOSED] ORDER GRANTING HAK-SHING WILLIAM TAM'S MOTION TO WITHDRAW**<br><br>Courtroom: 6, 17th Floor<br>Judge: Chief Judge Vaughn R. Walker<br>Trial Date: January 11, 2010<br>Action Filed: May 22, 2009 |

**[PROPOSED] ORDER GRANTING HAK-SHING WILLIAM TAM'S MOTION TO WITHDRAW**

CASE NO. 09-CV-2292 VRW

## **[PROPOSED] ORDER**

Defendant-Intervenor, Hak-Shing William Tam moved to withdraw from this case. For good cause appearing, the Motion to Withdraw is hereby GRANTED.

IT IS THEREFORE ORDERED that the Hak-Shing William Tam be withdrawn as a Defendant-Intervenor in this case.

Dated: January \_\_\_\_, 2010

_____
Hon. Vaughn R. Walker
United States Chief District Judge