LAW OFFICE OF TERRY L. THOMPSON
Terry L. Thompson (CA Bar No. 199870)
*tl_thompson@earthlink.net*
P.O. Box 1346, Alamo, CA 94507
Telephone: (925) 855-1507, Facsimile: (925) 820-6034

ATTORNEY FOR DEFENDANT-INTERVENOR HAK-SHING WILLIAM TAM

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO, <br><br> Plaintiffs, <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles, <br><br> Defendants, <br><br> PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL, <br><br> Defendant-Intervenors, | CASE NO. 09-CV-2292 VRW <br><br> **DECLARATION OF SERVICE** |

# DECLARATION OF SERVICE

I, Terry L. Thompson, declare as follows:

I am employed in the State of California; I am over the age of eighteen years and am not a party to this action; my business address is P.O. Box 1346, Alamo, CA 94507.  On January 8, 2010, I served the following document(s):

1. Defendant-Intervenor Hak-Shing William Tam's **Notice of Motion To Withdraw, and Memorandum of Points and Authorities in Support of Motion to Withdraw and supporting documents**

on the parties stated below by the following means of service:

Kenneth C. Mennemeier
Andrew W. Stroud
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, Suite 1700
Sacramento, CA 95814-2736
kcm@mgslaw.com
gosling@mgslaw.com
aknight@mgslaw.com
stroud@mgslaw.com
lbailey@mgslaw.com

*Attorneys for the Administration Defendants*

Gordon Burns
Tamar Pachter
OFFICE OF THE ATTORNEY GENERAL
1300 I Street, Suite 125
P.O Box. 944255
Sacramento, CA  94244-2550
Gordon.Burns@doj.ca.gov
Tamar.Pachter@doj.ca.gov

*Attorneys for Defendant Attorney General Edmund G. Brown, Jr.*

Dennis J. Herrera
Therese M. Stewart
OFFICE OF THE CITY ATTORNEY
City Hall, Room 234
One Dr. Carlon B. Goodlett Place
San Francisco, California 94102-4682
therese.stewart@sfgov.org
erin.bernstein@sfgov.org
vince.chhabria@sfgov.org
danny.chou@sfgov.org
ronald.flynn@sfgov.org
mollie.lee@sfgov.org
Christine.van.aken@sfgov.org
catheryn.daly@sfgov.org

*Attorneys for Plaintiff-Intervenor City and County of San Francisco*

Elizabeth M. Cortez
Judy W. Whitehurst
THE OFFICE OF CITY COUNSEL
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, CA  90012-2713
jwhitehurst@counsel.lacounty.gov

*Attorneys for Defendant Dean C. Logan Registrar-Recorder/County Clerk, County of Los Angeles*

| | |
|---|---|
| Richard E. Winnie<br>Brian E. Washington<br>Claude F. Kolm<br>Manuel F. Martinez<br>THE OFFICE OF CITY COUNSEL<br>1221 Oak Street, Suite 450<br>Oakland, California 94612<br>Brian.washington@acgov.org<br>Claude.kolm@acgov.org<br>Manuel.martinez@acgov.org<br>Judith.martinez@acgov.org<br><br>*Attorneys for Defendant Patrick O'Connell*<br>*Clerk Recorder of the County of Alameda* | Ted Olson<br>Matthew McGill<br>Amir Tayrani<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>T: (202) 955-8500<br>F: (202) 467-0539<br>TOlson@gibsondunn.com<br>MMcGill@gibsondunn.com<br>ATayrani@gibsondunn.com<br><br>Theodore Boustrous, Jr.<br>Christopher Dusseault<br>Theane Kapur<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90072-1512<br>T: (213) 229-7000<br>F: (213) 229-7520<br>TBoutrous@gibsondunn.com<br>CDusseault@gibsondunn.com<br>TKapur@gibsondunn.com<br>SMalzahn@gibsondunn.com<br><br>Ethan Dettmer<br>Enrique Monagas<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>T: (415) 393-8200<br>F: (415) 393-8306<br>EDettmer@gibsondunn.com<br>SPiepmeier@gibsondunn.com<br>EMonagas@gibsondunn.com<br>RJustice@gibsondunn.com<br>MJanky@gibsondunn.com<br><br>Theodore Uno<br>BOIES, SCHILLER & FLEXNER LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>T: (510) 874-1000<br>F: (510) 874-1460<br>jgoldman@bsfllp.com<br>tuno@bsfllp.com<br>brichardson@bsfllp.com<br>rbettan@bsfllp.com<br>jischiller@bsfllp.com |

*Attorneys for Plaintiff Kristin M. Perry, et al.*

**BY ELECTRONIC FILING:** I caused the foregoing document to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following attorneys of record at the email addresses listed above.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed in Alamo, California on January 8, 2010.

s/Terry L. Thompson  
Terry L. Thompson

3