1  Patrick J. Gorman                          Christopher M. Gacek
2  Wild, Carter & Tipton                      Senior Fellow for Regulatory Affairs
   246 W. Shaw Avenue                         Family Research Council
3  Fresno, California 93704                   801 G. Street, N.W.
4  (559) 224-2131 (tel)                       Washington, D.C. 20001
   (559) 229-7295 (fax)                       (202) 393-2100 (tel)
5  *pgorman@wctlaw.com*                       (202) 393-2134 (fax)
6                                             *cmg@FRC.ORG*
                                              *Pro Hac Vice* Application Pending
7
8  Paul Benjamin Linton                       Thomas Brejcha
   Special Counsel                            President & Chief Counsel
9  Thomas More Society                        Thomas More Society
10 921 Keystone Avenue                        29 S. La Salle Street Suite 440
   Northbrook, Illinois 60062                 Chicago, Illinois 60603
11 (847) 291-3848 (tel)                       (312) 782-1680 (tel)
12 (847) 412-1594 (fax)                       (312) 782-1887 (fax)
   *PBLCONLAW@AOL.COM*                        *BREJCHA@AOL.COM*
13 *Pro Hac Vice* Application Pending         *Pro Hac Vice* Application Pending
14
   Attorneys for *Amicus Curiae*
15 The Family Research Council
16
                    **UNITED STATES DISTRICT COURT**
17                 **NORTHERN DISTRICT OF CALIFORNIA**
18
   KRISTIN M. PERRY, SANDRA B. STIER,        )   Case No. 09-CV-2292 VRW
19 PAUL T. KATAMI, AND JEFFREY J. ZARILLO,   )
20                                           )   **MOTION FOR LEAVE TO FILE**
              Plaintiffs,                    )   **PRE-TRIAL BRIEF OF THE**
21                                           )   **FAMILY RESEARCH COUNCIL,**
              vs.                            )   **AS *AMICUS CURIAE*, WITH**
22                                           )   **SUPPORTING DECLARATION;**
   ARNOLD SCHWARZENEGGER, in his official    )   **[PROPOSED] ORDER**
23 capacity as Governor of California; EDMUND )
   G. BROWN, JR., in his official capacity as )
24 Attorney General of California; MARK B.   )
25 HORTON, in his official capacity as Director of ) Date and Time of Hearing:
   the California Department of Public Health and ) To Be Determined by the Court
26 State Registrar of Vital Statistics; LINETTE ) Judge: Chief Judge Walker
27 SCOTT, in her official capacity as Deputy Director ) Location: Courtroom 6, 17^(th) Floor
28

1   of Health Information & Strategic Planning for the   )
    California Department of Public Health; PATRICK   )
2   O'CONNELL, in his official capacity as Clerk-   )
3   Recorder for the County of Alameda; and DEAN   )
    C. LOGAN, in his official capacity as Registrar-   )
4   Recorder/County Clerk for the County of Los   )
5   Angeles,   )
                                                       )
6                    Defendants.   )
7                                                      )
    and   )
8                                                      )
9   PROPOSITION 8 OFFICIAL PROPONENTS   )
    DENNIS HOLLINGSWORTH, GAIL J. KNIGHT,   )
10  MARTIN F. GUTIERREZ, HAK-SHING   )
11  WILLIAM TAM, and MARK A JANSSON; and   )
    PROTECT MARRIAGE.COM-YES ON 8, A   )
12  PROJECT OF CALIFORNIA RENEWAL,   )
13                                                     )
                 Defendants-Intervenors.   )
14

15          TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

16          PLEASE TAKE NOTICE THAT the Family Research Council respectfully requests the

17  Court's leave to participate as *amicus curiae* in the above-captioned case in support of

18  Defendants-Intervenors through the filing of a pre-trial brief.

19          **Standard for Motion for Leave to File Brief of *Amicus Curiae***

20          The Court has broad discretion to permit third parties to participate in an action as *amici*

21  *curiae*. *Gerritsen v. de la Madrid Hurtado*, 819 F.2d 1511, 1514, n.3 (9th Cir. 1987).

22  Participation of *amici curiae* may be particularly appropriate where the legal issues have potential

23  ramifications beyond the parties directly involved or where *amici* can offer a unique perspective

24  that may assist the Court in addressing those issues. *Sonoma Falls Developers., LLC v. Nevada*

25  *Gold & Casinos, Ltd.*, 272 F. Supp.2d 919, 925 (N.D. Cal. 2003).
26

27

28

                                        2

**Statement of Identity and Interest of the *Amicus***

The Family Research Council (FRC) was founded in 1983 as an organization dedicated to the promotion of marriage and family and the sanctity of human life in national policy. Through books, pamphlets, media appearances, public events, debates and testimony, FRC's team of experienced policy experts review data and analyze proposals that affect family law in policy in Congress and in the executive branch. FRC also strives to assure that the unique attributes of the family are recognized and respected through the decisions of the courts and regulatory bodies.

FRC champions marriage and family as the foundation of civilization, the seedbed of virtue and the wellspring of society. FRC helps to shape public debate and formulate public policies that value human life and uphold the institutions of marriage and the family. Believing that God is the author of life, liberty and the family, FRC promotes the Judeo-Christian worldview as the basis for a just, free and stable society. Consistent with its mission statement, FRC is committed to strengthening traditional families in America and advocates continuously on behalf of policies designed to accomplish that goal.

FRC has actively supported efforts to amend state constitutions to protect the traditional understanding of marriage as a relationship that can exist only between a man and a woman. FRC publicly supported the successful effort to adopt Proposition 8, the constitutionality of which is the subject of the present lawsuit, as well as similar amendments in other States. FRC, therefore, has a particular interest in the outcome of this case. FRC also played an instrumental role in securing passage of the federal Defense of Marriage Act, the constitutionality of which would be called into question by a decision of this Court declaring Proposition 8 unconstitutional on federal constitutional grounds.

In FRC's judgment, recognition of same-sex marriages–either by state legislators or by the courts–would be detrimental to the institution of marriage, to children and to society as a whole. Moreover, for the reasons set forth in the accompanying brief, FRC submits that such recognition is not compelled by a proper understanding and principled interpretation of the Constitution.

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Reasons why *Amicus Curiae's* Expertise would be Beneficial to this Court**

Apart from its policy expertise, FRC has submitted *amicus curiae* briefs defending the traditional understanding of marriage in multiple cases over the past few years including *Kerrigan v. Comm'r of Public Health* (Connecticut), *Conaway v. Deane* (Maryland), *Lewis v. Harris* (New Jersey), *Hernandez v. Robles* and the companion cases consolidated for argument in the New York Court of Appeals, *Shields v. Madigan* (New York Supreme Court–Appellate Division) and *Anderson v. King County* (Washington). In that capacity, FRC has developed an expertise in many of the issues that are stake in the present litigation.

In addition to the expertise of the *amicus*, the principal author of the proposed brief, Paul Benjamin Linton, has a special expertise in litigation defending the traditional understanding of marriage. Mr. Linton has submitted *amicus curiae* briefs in most of the state and federal cases that have been brought to date challenging–on state or federal constitutional grounds–state constitutional amendments, state statutes and state policies reserving the institution of marriage, its name and/or its incidents and benefits to opposite-sex couples. Those cases include *In re Marriage Cases* (California Supreme Court); *Kerrigan v. Comm'r of Public Health* (Connecticut Supreme Court), *Morrison v. Sadler* (Indiana Court of Appeals), *Varnum v. Brien* (Iowa Supreme Court), *Conaway v. Deane* (Maryland Court of Appeals), *Goodridge v. Dep't of Public Health* (Massachusetts Supreme Judicial Court), *Snetsinger v. Montana University System* (Montana Supreme Court), *Citizens for Equal Protection v. Bruning* (Fifth Circuit); *Lewis v. Harris* (New Jersey Superior Court–Appellate Division and New Jersey Supreme Court), *Hernandez v. Robles* (New York Supreme Court–Appellate Division and New York Court of Appeals), *Samuels v. New York State Dep't of Health* (New York Supreme Court–Appellate Division, consolidated with *Hernandez v. Robles* in the New York Court of Appeals); *Shields v. Madigan* (New York Supreme Court/Appellate Division, consolidated with *Hernandez v. Robles* in the New York Court of Appeals); *Li v. Oregon* (Oregon Supreme Court), and *Andersen v. King County* (Washington Supreme Court).

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The foregoing cases presented a broad array of issues including the three issues to which the proposed *amicus* brief is directed–whether the fundamental due process right to marry extends to same-sex couples, whether the reservation of marriage to opposite-sex couples discriminates on the basis of sex and whether the reservation of marriage to opposite-sex couples discriminates on the basis of sexual orientation, in violation of the Equal Protection Clause.  The proposed *amicus* brief submitted with this motion presents original research and analysis of these issues, including perspectives and insights that, to the knowledge of the *amicus*, have not been brought to the attention of this Court in the pleadings that have been filed to date.  FRC respectfully suggests that its analysis of the issues could assist the Court in its deliberations.

5

MOTION/BRIEF OF *AMICUS CURIAE* THE FAMILY RESEARCH COUNCIL
Case No. 09-CV-2292 VRW

1

**Conclusion**

2          For the foregoing reasons, the Family Research Council requests that this Court grant

3     leave to submit an *amicus curiae* brief in support of defendants-intervenors.

4

5     Dated: January 8, 2010

6

7
      Patrick J. Gorman                              Christopher M. Gacek
8     Wild, Carter & Tipton                          Senior Fellow for Regulatory Affairs
9     246 W. Shaw Avenue                             Family Research Council
      Fresno, California 93704                       801 G. Street, N.W.
10    (559) 224-2131 (tel)                           Washington, D.C. 20001
11    (559) 229-7295 (fax)                           (202) 393-2100 (tel)
      *pgorman@wctlaw.com*                           (202) 393-2134 (fax)
12                                                   *cmg@FRC.ORG*
13                                                   *Pro Hac Vice* Application Pending

14    Paul Benjamin Linton                           Thomas Brejcha
15    Special Counsel                                President & Chief Counsel
      Thomas More Society                            Thomas More Society
16    921 Keystone Avenue                            29 S. La Salle Street Suite 440
17    Northbrook, Illinois 60062                     Chicago, Illinois 60603
      (847) 291-3848 (tel)                           (312) 782-1680 (tel)
18    (847) 412-1594 (fax)                           (312) 782-1887 (fax)
19    *PBLCONLAW@AOL.COM*                            *BREJCHA@AOL.COM*
      *Pro Hac Vice* Application Pending             *Pro Hac Vice* Application Pending
20
21    Attorneys for *Amicus Curiae*
      The Family Research Council
22

23

24

25

26

27

28

6

1

## ATTESTATION PURSUANT TO GENERAL ORDER NO. 45

2

    Pursuant to General Order No. 45 of the Northern District of California, I attest that

3

4

concurrence in the filing of the document has been obtained from each of the other signatories to

5

this document.

6

By: _____

7

Paul Benjamin Linton

8

*Pro Hac Vice* Application Pending

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION/BRIEF OF *AMICUS CURIAE* THE FAMILY RESEARCH COUNCIL
Case No. 09-CV-2292 VRW