| | |
|---|---|
| Patrick J. Gorman<br>Wild, Carter & Tipton<br>246 W. Shaw Avenue<br>Fresno, California 93704<br>(559) 224-2131 (tel)<br>(559) 229-7295 (fax)<br>*pgorman@wctlaw.com* | Christopher M. Gacek<br>Senior Fellow for Regulatory Affairs<br>Family Research Council<br>801 G. Street, N.W.<br>Washington, D.C. 20001<br>(202) 393-2100 (tel)<br>(202) 393-2134 (fax)<br>*cmg@FRC.ORG*<br>*Pro Hac Vice* Application Pending |
| Paul Benjamin Linton<br>Special Counsel<br>Thomas More Society<br>921 Keystone Avenue<br>Northbrook, Illinois 60062<br>(847) 291-3848 (tel)<br>(847) 412-1594 (fax)<br>*PBLCONLAW@AOL.COM*<br>*Pro Hac Vice* Application Pending | Thomas Brejcha<br>President & Chief Counsel<br>Thomas More Society<br>29 S. La Salle Street Suite 440<br>Chicago, Illinois 60603<br>(312) 782-1680 (tel)<br>(312) 782-1887 (fax)<br>*BREJCHA@AOL.COM*<br>*Pro Hac Vice* Application Pending |

Attorneys for *Amicus Curiae*
The Family Research Council

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, AND JEFFREY J. ZARILLO,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the | Case No. 09-CV-2292 VRW<br><br>**DECLARATION OF PAUL BENJAMIN LINTON IN SUPPORT OF THE BRIEF *AMICUS CURIAE* OF THE FAMILY RESEARCH COUNCIL IN SUPPORT OF DEFENDANTS-INTERVENORS**<br><br>Date and Time of Hearing:<br>To Be Determined by the Court<br>Judge: Chief Judge Walker<br>Location: Courtroom 6, 17th Floor |

MOTION/BRIEF OF *AMICUS CURIAE* THE FAMILY RESEARCH COUNCIL
Case No. 09-CV-2292 VRW

| | |
|---|---|
| California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |
| and | ) ) |
| PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A JANSSON; and PROTECT MARRIAGE.COM-YES ON 8, A PROJECT OF CALIFORNIA RENEWAL, | ) ) ) ) ) ) ) |
| Defendants-Intervenors. | ) |

I, Paul Benjamin Linton, declare that I am an attorney at law licensed to practice in the State of Illinois. I am Special Counsel for the Thomas More Society, Chicago, Illinois, and co-counsel for *amicus curiae*, the Family Research Council, in the above-captioned case. Simultaneously with the filing of this Declaration, I am submitting my application for *pro hac vice* admission to the bar of the Northern District of California.

This declaration is made in support of the Motion for Leave to File Pre-Trial Brief of the Family Research Council, as *Amicus Curiae*. I have personal knowledge of the factual representations set forth in the Motion and, if called as a witness, I could and would testify competently thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 8, 2010

By: *[signature]*
Patrick J. Gorman
Christopher M. Gacek
Paul Benjamin Linton
Thomas Brejcha

Paul Benjamin Linton
*Pro Hac Vice* Application Pending
Attorneys for *Amicus Curiae*
Family Research Council