| | |
|---|---|
| Patrick J. Gorman | Christopher M. Gacek |
| Wild, Carter & Tipton | Senior Fellow for Regulatory Affairs |
| 246 W. Shaw Avenue | Family Research Council |
| Fresno, California 93704 | 801 G. Street, N.W. |
| (559) 224-2131 (tel) | Washington, D.C. 20001 |
| (559) 229-7295 (fax) | (202) 393-2100 (tel) |
| *pgorman@wctlaw.com* | (202) 393-2134 (fax) |
| | *cmg@FRC.ORG* |
| | Pro Hac Vice Application Pending |
| | |
| Paul Benjamin Linton | Thomas Brejcha |
| Special Counsel | President & Chief Counsel |
| Thomas More Society | Thomas More Society |
| 921 Keystone Avenue | 29 S. La Salle Street Suite 440 |
| Northbrook, Illinois 60062 | Chicago, Illinois 60603 |
| (847) 291-3848 (tel) | (312) 782-1680 (tel) |
| (847) 412-1594 (fax) | (312) 782-1887 (fax) |
| *PBLCONLAW@AOL.COM* | *BREJCHA@AOL.COM* |
| Pro Hac Vice Application Pending | Pro Hac Vice Application Pending |

Attorneys for *Amicus Curiae*
The Family Research Council

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, AND JEFFREY J. ZARILLO,<br><br>Plaintiffs,<br>vs.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director | Case No. 09-CV-2292 VRW<br><br>**[PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE PRE-TRIAL BRIEF OF THE FAMILY RESEARCH COUNCIL, AS *AMICUS CURIAE*, IN SUPPORT OF DEFENDANTS-INTERVENORS.**<br><br>Date and Time of Hearing:<br>To Be Determined by the Court<br>Judge:   Chief Judge Walker<br>Location: Courtroom 6, 17th Foor |

of Health Information & Strategic Planning for the )
California Department of Public Health; PATRICK )
O'CONNELL, in his official capacity as Clerk- )
Recorder for the County of Alameda; and DEAN )
C. LOGAN, in his official capacity as Registrar- )
Recorder/County Clerk for the County of Los )
Angeles, )
                                                )
              Defendants.                       )
                                                )
and                                             )
                                                )
PROPOSITION 8 OFFICIAL PROPONENTS               )
DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, )
MARTIN F. GUTIERREZ, HAK-SHING                  )
WILLIAM TAM, and MARK A JANSSON; and            )
PROTECT MARRIAGE.COM-YES ON 8, A                )
PROJECT OF CALIFORNIA RENEWAL,                  )
                                                )
              Defendants-Intervenors.           )

Good cause appearing, the Motion of *Amicus Curiae* Family Research Council for leave to file a pre-trial brief in support of defendants-intervenors is hereby GRANTED.

IT IS SO ORDERED

Date:   January_____, 2010         _____
                                   Hon. Vaughn R. Walker
                                   United States District Judge

MOTION/PRE-TRIAL BRIEF OF *AMICUS CURIAE* FAMILY RESEARCH COUNCIL
Case No. 09-CV-2292 VRW