LAW OFFICES OF CHARLES S. LIMANDRI, APC
CHARLES S. LIMANDRI
P.O. Box 9120
Rancho Santa Fe, CA 92067
Phone: (858) 759-9930
Fax: (858) 759-9938
Email: climandri@limandri.com

ATTORNEYS FOR PROPOSED AMICUS CURIAE NATIONAL ORGANIZATION FOR MARRIAGE, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO, <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles, <br><br> Defendants, <br><br> and <br><br> PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL, <br><br> Defendant-Intervenors. | CASE NO. 09-CV-2292 VRW <br><br> **DECLARATION OF SERVICE** |

# DECLARATION OF SERVICE

I, Charles S. LiMandri, declare as follows:

I am employed in the State of California; I am over the age of eighteen years and am not a party to this action; my business address is P.O. Box 9120, Rancho Santa Fe, California 92067. On January 8, 2010, I served the following document(s):

1. Motion for Leave to File Brief of *Amicus* Curiae National Organization for Marriage, Inc.;

2. *Amicus Curiae* Brief in Support of Defendant-Intervenors; and

3. [PROPOSED] Order.

on the parties stated below by the following means of service:

| | |
|---|---|
| Kenneth C. Mennemeier<br>Andrew W. Stroud<br>MENNEMEIER, GLASSMAN & STROUD LLP<br>980 9th Street, Suite 1700<br>Sacramento, CA 95814-2736<br>kcm@mgslaw.com<br>gosling@mgslaw.com<br>aknight@mgslaw.com<br>stroud@mgslaw.com<br>lbailey@mgslaw.com<br><br>*Attorneys for the Administration Defendants* | Gordon Burns<br>Tamar Pachter<br>OFFICE OF THE ATTORNEY GENERAL<br>1300 I Street, Suite 125<br>P.O Box. 944255<br>Sacramento, CA 94244-2550<br>Gordon.Burns@doj.ca.gov<br>Tamar.Pachter@doj.ca.gov<br><br>*Attorneys for Defendant Attorney General Edmund G. Brown, Jr.* |
| Dennis J. Herrera<br>Therese M. Stewart<br>OFFICE OF THE CITY ATTORNEY<br>City Hall, Room 234<br>One Dr. Carlon B. Goodlett Place<br>San Francisco, California 94102-4682<br>therese.stewart@sfgov.org<br>erin.bernstein@sfgov.org<br>vince.chhabria@sfgov.org<br>danny.chou@sfgov.org<br>ronald.flynn@sfgov.org<br>mollie.lee@sfgov.org<br>Christine.van.aken@sfgov.org<br>catheryn.daly@sfgov.org<br><br>*Attorneys for Plaintiff-Intervenor City and County of San Francisco* | Elizabeth M. Cortez<br>Judy W. Whitehurts<br>THE OFFICE OF CITY COUNSEL<br>648 Kenneth Hahn Hall of Administration<br>500 West Temple Street<br>Los Angeles, CA 90012-2713<br>jwhitehurst@counsel.lacounty.gov<br><br>*Attorneys for Defendant Dean C. Logan Registrar-Recorder/County Clerk, County of Los Angeles* |

DECLARATION OF SERVICE
CASE NO. 09-CV-2292 VRW

| | |
|---|---|
| Richard E. Winnie<br>Brian E. Washington<br>Claude F. Kolm<br>Manuel F. Martinez<br>THE OFFICE OF CITY COUNSEL<br>1221 Oak Street, Suite 450<br>Oakland, California 94612<br>Brian.washington@acgov.org<br>Claude.kolm@acgov.org<br>Manuel.martinez@acgov.org<br>Judith.martinez@acgov.org<br><br>*Attorneys for Defendant Patrick O'Connell*<br>*Clerk Recorder of the County of Alemeda* | Ted Olson<br>Matthew McGill<br>Amir Tayrani<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>T: (202) 955-8500<br>F: (202) 467-0539<br>TOlson@gibsondunn.com<br>MMcGill@gibsondunn.com<br>ATayrani@gibsondunn.com<br><br>Theodore Boustrous, Jr.<br>Christopher Dusseault<br>Theane Kapur<br><br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90072-1512<br>T: (213) 229-7000<br>F: (213) 229-7520<br>TBoutrous@gibsondunn.com<br>CDusseault@gibsondunn.com<br>TKapur@gibsondunn.com<br>SMalzahn@gibsondunn.com<br><br>Ethan Dettmer<br>Enrique Monagas<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>T: (415) 393-8200<br>F: (415) 393-8306<br>EDettmer@gibsondunn.com<br>SPiepmeier@gibsondunn.com<br>EMonagas@gibsondunn.com<br>RJustice@gibsondunn.com<br>MJanky@gibsondunn.com<br><br>Theodore Uno<br>BOIES, SCHILLER & FLEXNER LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>T: (510) 874-1000<br>F: (510) 874-1460<br>jgoldman@bsfllp.com<br>tuno@bsfllp.com<br>brichardson@bsfllp.com<br>rbettan@bsfllp.com<br>jischiller@bsfllp.com<br><br>*Attorneys for Plaintiff Kristin M. Perry* |

DECLARATION OF SERVICE
CASE NO. 09-CV-2292 VRW

**BY ELECTRONIC FILING:** I caused the foregoing document to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following attorneys of record at the email addresses listed above.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed in Rancho Santa Fe, California on January 8, 2010.

                                            /s/ *Charles S. LiMandri*
                                            Charles S. LiMandri, Esq.