Kevin T. Snider, SBN 170988
  *Counsel of Record*
PACIFIC JUSTICE INSTITUTE
kevinsnider@pacificjustice.org
212 9th St. Suite 208
Oakland, CA 94607
Tel. (510) 834-7232
Fax (510) 834-8784

ATTORNEYS FOR PROPOSED AMICUS CURIAE AMERICAN COLLEGE OF PEDIATRICIANS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>Defendants,<br><br>and<br><br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK- | CASE NO. 09-CV-2292 VRW<br><br>**MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* AMERICAN COLLEGE OF PEDIATRICIANS; [PROPOSED] ORDER**<br><br>***AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANT-INTERVENORS**<br><br>Date: (To be determined by the Court)<br>Time:<br>Location: Courtroom 6, 17th Floor<br>Judge: Chief Judge Vaughn R. Walker<br><br>Trial Date: January 11, 2010 |

| | |
|---|---|
| 1 | SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL, |
| 2 | |
| 3 | Defendants-Intervenors. |
| 4 | |

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at a date and time to be determined by the Court, or as soon thereafter as the matter may be heard, before the Honorable Vaughn R. Walker, United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California, *amicus curiae* American College of Pediatricians ("*Amicus*" or "College"), will move this Court for an order granting leave to participate *amicus curiae* in the above-captioned case in support of Defendant-Intervenors.

*Amicus* has conferred with counsel for all parties. Counsel for the Attorney General, the Registrar-Recorder/County Clerk, County of Los Angeles, and Clerk Recorder of the County of Alameda have consented to this motion. Counsel for the Perry Plaintiffs have not responded to the request for consent. Moreover, Counsel for the Plaintiff-Intervenor City and County of San Francisco has not consented to the brief.

## I. STANDARD FOR MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE*

The Court has broad discretion to permit third parties to participate in an action as *amicus curiae*. *Gerritsen v. de la Madrid Hurtado*, 819 F.2d 1511, 1514 n.3 (9th Cir. 1987). Participation of *amicus curiae* may be particularly appropriate where the legal issues in a case have potential ramifications beyond the parties directly involved or where amicus can offer a unique perspective that may assist the Court. *Sonoma Falls Devs., LLC v. Nev. Gold & Casinos, Inc.*, 272 F. Supp.2d 919, 925 (N.D. Cal. 2003).

## II. STATEMENT OF IDENTITY AND INTEREST OF *AMICUS CURIAE*

*Amicus Curiae* American College of Pediatricians is a national medical association of pediatricians and other healthcare professionals who specialize in the care of infants, children, and adolescents. The College was formed in 2002 to promote the welfare of children and the preservation of the natural family, and is dedicated to ensuring all children reach their optimal

1

physical and emotional well-being. Its members believe that children are the future of our nation and should be reared in the best possible family environment and supported by physicians committed to ensuring their optimal health and well-being.

The College is dedicated to educating parents, pediatricians, policy makers, and society about factors that are most likely to enhance a child's well-being.

The College recognizes that the basic father-mother family unit within the context of marriage is the optimal setting for childhood development. Its members promote this basic family unit while pledging support for all children, regardless of their circumstances. Consistent with that goal, the College has filed briefs *amicus curiae* in cases dealing with parenting and the welfare of children.

### III. REASONS WHY AMICUS CURIAE'S EXPERTISE WILL BE BENEFICIAL TO THIS COURT

Based on its academic and professional expertise, the College publishes position papers and policy statements on issues affecting children, families, and society using evidenced-based medical research and expert opinion to assist parents and influence childrearing. The College's expertise will be beneficial to the Court in determining whether the decision to set parameters on marriage is both rational and compelling.

### IV. CONCLUSION

Wherefore, American College of Pediatricians requests this Court's leave to submit an *amicus* brief in support of Defendant-Intervenors.

Dated: January 8, 2010.

By: /s/ Kevin T. Snider
KEVIN T. SNIDER
PACIFIC JUSTICE INSTITUTE
kevinsnider@pacificjustice.org
212 9th St. Suite 208
Oakland, CA 94607
Tel. (510) 834-7232
Fax (510) 834-8784
ATTORNEY FOR AMICUS CURIAE AMERICAN COLLEGE OF PEDIATRICIANS

2