1 Kevin T. Snider, SBN 170988
*Counsel of Record*
2 PACIFIC JUSTICE INSTITUTE
kevinsnider@pacificjustice.org
3 212 9th St. Suite 208
Oakland, CA 94607
4 Tel. (510) 834-7232
Fax (510)
5
Garland Nagy
6 COOPER & KIRK

7 ATTORNEYS FOR PROPOSED AMICUS CURIAE AMERICAN COLLEGE OF PEDIATRICIANS

8
**UNITED STATES DISTRICT COURT
9 NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10 KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO, | CASE NO. 09-CV-2292 VRW |
| 12 Plaintiffs, | **[PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* AMERICAN COLLEGE OF PEDIATRICIANS IN SUPPORT OF DEFENDANT-INTERVENORS** |
| 13 CITY AND COUNTY OF SAN FRANCISCO, | |
| 14 Plaintiff-Intervenor, | |
| 15 v. | Date: (To be determined by the Court) Time: |
| 16 ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles, | Location: Courtroom 6, 17th Floor Judge: Chief Judge Vaughn R. Walker Trial Date: January 11, 2010 |
| 25 Defendants, | |
| 26 and | |
| 27 PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. | |

---

[PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE BRIEF
OF *AMICUS CURIAE* AMERICAN COLLEGE OF PEDIATRICIANS IN SUPPORT OF DEFENDANT-INTERVENORS –
CASE NO. 09-CV-2292 VRW

1  KNIGHT, MARTIN F. GUTIERREZ, HAK-
   SHING WILLIAM TAM, and MARK A.
2  JANSSON; and PROTECTMARRIAGE.COM –
   YES ON 8, A PROJECT OF CALIFORNIA
3  RENEWAL,

4       Defendants-Intervenors.

Good cause appearing, the Motion of *Amicus Curiae* American College of Pediatricians for leave to file a brief in support of Defendant-Intervenors is hereby GRANTED.

Dated: _____ ___, 2010.

_____
HON. VAUGHN R. WALKER
UNITED STATES CHIEF DISTRICT JUDGE

1

[PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE BRIEF
OF *AMICUS CURIAE* AMERICAN COLLEGE OF PEDIATRICIANS IN SUPPORT OF DEFENDANT-INTERVENORS –
CASE NO. 09-CV-2292 VRW