Kevin T. Snider, SBN 170988
PACIFIC JUSTICE INSTITUTE
kevinsnider@pacificjustice.org
212 9th St. Suite 208
Oakland, CA 94607
Tel. (510) 834-7232
Fax (510) 834-8784

ATTORNEY FOR PROPOSED AMICUS CURIAE AMERICAN COLLEGE OF PEDIATRICIANS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>    Defendants,<br><br>and<br><br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – | CASE NO. 09-CV-2292 VRW<br><br>**DECLARATION OF SERVICE** |

1 | YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,
2 |
3 |       Defendant-Intervenors.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF SERVICE
CASE NO. 09-CV-2292 VRW

**DECLARATION OF SERVICE**

I, Kevin T. Snider, declare as follows:

I am employed in the State of California; I am over the age of eighteen years and am not a party to this action; my business address is 212 9th St. Suite 208, Oakland, CA 94607.

On January 8, 2010, I served the following document(s):

1. Motion for Leave to File Brief of *Amicus Curiae* American College of Pediatricians;

2. [PROPOSED] Order; and

3. *Amicus Curiae* Brief in Support of Defendant-Intervenors

on the parties stated below by the following means of service:

| | |
|---|---|
| Kenneth C. Mennemeier<br>Andrew W. Stroud<br>MENNEMEIER, GLASSMAN & STROUD LLP<br>980 9th Street, Suite 1700<br>Sacramento, CA 95814-2736<br>kcm@mgslaw.com<br>gosling@mgslaw.com<br>aknight@mgslaw.com<br>stroud@mgslaw.com<br>lbailey@mgslaw.com<br><br>*Attorneys for the Administration Defendants* | Gordon Burns<br>Tamar Pachter<br>OFFICE OF THE ATTORNEY GENERAL<br>1300 I Street, Suite 125<br>P.O Box. 944255<br>Sacramento, CA  94244-2550<br>Gordon.Burns@doj.ca.gov<br>Tamar.Pachter@doj.ca.gov<br><br>*Attorneys for Defendant Attorney General Edmund G. Brown, Jr.* |
| Dennis J. Herrera<br>Therese M. Stewart<br>OFFICE OF THE CITY ATTORNEY<br>City Hall, Room 234<br>One Dr. Carlon B. Goodlett Place<br>San Francisco, California 94102-4682<br>therese.stewart@sfgov.org<br>erin.bernstein@sfgov.org<br>vince.chhabria@sfgov.org<br>danny.chou@sfgov.org<br>ronald.flynn@sfgov.org<br>mollie.lee@sfgov.org<br>Christine.van.aken@sfgov.org<br>catheryn.daly@sfgov.org<br><br>*Attorneys for Plaintiff-Intervenor City and County of San Francisco* | Elizabeth M. Cortez<br>Judy W. Whitehurts<br>THE OFFICE OF CITY COUNSEL<br>648 Kenneth Hahn Hall of Administration<br>500 West Temple Street<br>Los Angeles, CA  90012-2713<br>jwhitehurst@counsel.lacounty.gov<br><br>*Attorneys for Defendant Dean C. Logan Registrar-Recorder/County Clerk, County of Los Angeles* |

| | | |
|---|---|---|
| 1 | Richard E. Winnie<br>Brian E. Washington | Ted Olson<br>Matthew McGill |
| 2 | Claude F. Kolm<br>Manuel F. Martinez | Amir Tayrani<br>GIBSON, DUNN & CRUTCHER LLP |
| 3 | THE OFFICE OF CITY COUNSEL<br>1221 Oak Street, Suite 450 | 1050 Connecticut Avenue, N.W.<br>Washington, DC  20036-5306 |
| 4 | Oakland, California  94612<br>Brian.washington@acgov.org | T:  (202) 955-8500<br>F:  (202) 467-0539 |
| 5 | Claude.kolm@acgov.org<br>Manuel.martinez@acgov.org | TOlson@gibsondunn.com<br>MMcGill@gibsondunn.com |
| 6 | Judith.martinez@acgov.org | ATayrani@gibsondunn.com |

1  Richard E. Winnie
   Brian E. Washington
2  Claude F. Kolm
   Manuel F. Martinez
3  THE OFFICE OF CITY COUNSEL
   1221 Oak Street, Suite 450
4  Oakland, California  94612
   Brian.washington@acgov.org
5  Claude.kolm@acgov.org
   Manuel.martinez@acgov.org
6  Judith.martinez@acgov.org

7  *Attorneys for Defendant Patrick O'Connell*
   *Clerk Recorder of the County of Alameda*

Ted Olson
Matthew McGill
Amir Tayrani
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
T:  (202) 955-8500
F:  (202) 467-0539
TOlson@gibsondunn.com
MMcGill@gibsondunn.com
ATayrani@gibsondunn.com

Theodore Boustrous, Jr.
Christopher Dusseault
Theane Kapur

GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90072-1512
T:  (213) 229-7000
F:  (213) 229-7520
TBoutrous@gibsondunn.com
CDusseault@gibsondunn.com
TKapur@gibsondunn.com
SMalzahn@gibsondunn.com

Ethan Dettmer
Enrique Monagas
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105
T:  (415) 393-8200
F:  (415) 393-8306
EDettmer@gibsondunn.com
SPiepmeier@gibsondunn.com
EMonagas@gibsondunn.com
RJustice@gibsondunn.com
MJanky@gibsondunn.com

Theodore Uno
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
T:  (510) 874-1000
F:  (510) 874-1460
jgoldman@bsfllp.com
tuno@bsfllp.com
brichardson@bsfllp.com
rbettan@bsfllp.com
jischiller@bsfllp.com

*Attorneys for Plaintiff Kristin M. Perry*

1  **James A Campbell**
   15100 N. 90th Street
2  Scottsdale, AZ 85260
   (480)444-0020
3  480-444-0028 (fax)
4  jcampbell@telladf.org

5  *Attorneys for Defendant-Intervenor*

6  **Timothy D Chandler**
   Alliance Defense Fund
7  101 Parkshore Dr., Suite 100
8  Folsom, CA 95630
   916-932-2850
9  tchandler@telladf.org

10 *Attorneys for Defendant-Intervenor*

11
   **Matthew Albert Coles**
12 ACLU LGBT & AIDS Project
   125 Broad St.
13 New York, NY 10004
   212-549-2624
14 mcoles@aclu.org

15
   *Attorneys for Plaintiff-Intervenor*
16
   **Charles J. Cooper**
17 Cooper & Kirk
   1523 New Hampshire Avenue, N.W.
18 Washington, DC 20036
   202-220-9600
19 202-220-9601 (fax)
20 ccooper@cooperkirk.com

21 *Attorneys for Defendant-Intervenor*

22
   **Jon Warren Davidson**
23 Lambda Legal Defense and Education Fund
   3325 Wilshire Blvd Ste 1300
24 Los Angeles, CA 90010
   (213) 382-7600, ext. 229
25 jdavidson@lambdalegal.org

26
   *Attorneys for Plaintiff-Intervenor*
27
   **James Dixon Esseks**
28 ACLU Foundation

2 Charlton St #14H
New York, NY 10014
212-549-2623
jesseks@aclu.org

*Attorneys for Plaintiff-Intervenor*

**Jeremy Michael Goldman**
Boies, Schiller & Flexner LLP
1999 Harrison Street
Suite 900
Oakland, CA 94612
510-874-1000
510-874-1460 (fax)
jgoldman@bsfllp.com

*Attorneys for Plaintiff*

**Charles Salvatore LiMandri**
Law Offices of Charles S. LiMandri
P.O. Box 9120
Rancho Santa Fe, CA 92067
(858) 759-9930
(858) 759-9938 (fax)
cslimandri@limandri.com

*Attorneys for Plaintiff*

**Andrew Perry Pugno**
Law Offices of Andrew P Pugno
101 Parkshore Dr #100
Folsom, CA 95630-4726
andrew@pugnolaw.com

*Attorneys for Defendant-Intervenor*

**Terry Lee Thompson**
Terry L. Thompson, Attorney at Law
P.O. Box 1346
Alamo, CA 94507
925/855-1507
tl_thompson@earthlink.net

*Attorneys for Defendant-Intervenor*

**BY ELECTRONIC FILING:** I caused the foregoing document to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the attorneys

1 | of record at the email addresses listed above.
2 |     I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed in Oakland on January 8, 2010.

                                          s/ Kevin T. Snider
                                          KEVIN T. SNIDER