Steven N.H. Wood, Esq. (CA SBN 161291)
Christopher J. Schweickert, Esq. (CA SBN 225942)
**BERGQUIST, WOOD & ANDERSON, LLP**
1470 Maria Lane, Suite 300
Walnut Creek, CA 94596
Telephone: (925) 938-6100
Facsimile: (925) 938-4354
wood@wcjuris.com
cjs@wcjuris.com

Attorneys for *Amicus Curiae* Paul R. McHugh, M.D.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, et al.,<br><br>    Plaintiffs,<br><br>and<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Plaintiff-Intervenor,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants,<br><br>and<br><br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,<br><br>    Defendant-Intervenors. | CASE NO. 09-CV-2292 VRW<br><br>**MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* PAUL R. MCHUGH, M.D.**<br><br>Date:     To Be Determined By The Court<br>Time:    To Be Determined By The Court<br>Location: Courtroom 6, 17th Floor<br>Judge:   Chief Judge Vaughn R. Walker<br>Trial Date: January 11, 2010 |

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Paul R. McHugh, M.D. moves this Court for an order granting leave to participate *amicus curiae* in the above-captioned case in support of Defendant-Intervenors. Counsel for *Amicus* has conferred with counsel for Plaintiffs and Plaintiff-Intervenor, who consent to the filing of this application for leave but reserve judgment on whether to consent to the motion. Counsel for *Amicus* has complied with this Court's brevity requirement (under 15 pages) and, to Counsel's knowledge, the brief not being duplicative of other evidence as it uniquely addresses the issue of sexual orientation.

## I. STANDARD FOR MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE*

The Court has broad discretion to permit third parties to participate in an action as *amicus curiae*. *Gerritsen v. de la Madrid Hurtado*, 819 F.2d 1511, 1514 n.3 (9th Cir. 1987). Participation of *amicus curiae* may be particularly appropriate where the legal issues in a case have potential ramifications beyond the parties directly involved or where amicus can offer a unique perspective that may assist the Court. *Sonoma Falls Devs., LLC v. Nev. Gold & Casinos, Inc.*, 272 F. Supp.2d 919, 925 (N.D. Cal. 2003).

## II. STATEMENT OF INTEREST AND IDENTITY OF *AMICUS CURIAE*

*Amicus* is a scholar of psychiatry with a professional interest in orientation issues, and offers scientific information that is directly relevant to this court in assessing whether orientation as a category is sufficiently similar to race and gender to merit analogous treatment in Constitutional law.

**Paul R. McHugh, M.D.** is the University Distinguished Service Professor of Psychiatry at the Johns Hopkins University School of Medicine. He was the Henry Phipps Professor of Psychiatry, Director of the Department of Psychiatry and Behavioral Sciences at the Johns Hopkins University School of Medicine, and psychiatrist-in-chief at the Johns Hopkins Hospital from 1975-

2001. Dr. McHugh received his undergraduate degree from Harvard in 1952 and his medical degree at Harvard Medical School in 1956. He served as head of the department of psychiatry at the University of Oregon Medical School in the early 1970s. He is the author of four books and more than 150 papers.

### III. REASONS WHY AMICUS CURIAE'S EXPERTISE WILL BE BENEFICIAL TO THIS COURT

*Amicus* seeks to provide information to this Court bearing on its decision of whether to endorse a legal declaration that orientation is a fixed and immutable characteristic similar to race or gender. In the proposed brief, *Amicus* points out two highly relevant facts: (1) there is no scientific consensus on what homosexuality is, and the number of people who fit in the class "gay and lesbian" varies widely, depending on which definition of homosexuality is used and (2) there is no scientific consensus that homosexuality is exclusively or primarily genetic in origin.

### IV. CONCLUSION

Wherefore, *Amicus* Paul R. McHugh, M.D. requests this Court's leave to submit a brief in support of Defendant-Intervenors.

Respectfully submitted, /s/

Dated: January 8, 2010

_____
Steven N.H. Wood, Esq. (CA SBN 161291)
Christopher J. Schweickert, Esq. (CA SBN 225942)
**BERGQUIST, WOOD & ANDERSON, LLP**
1470 Maria Lane, Suite 300
Walnut Creek, CA 94596
Telephone: (925) 938-6100
Facsimile: (925) 938-4354
wood@wcjuris.com
cjs@wcjuris.com

Attorneys for *Amicus Curiae* Paul R. McHugh, M.D.