Holly L. Carmichael
*holly.l.carmichael@gmail.com*
5096 Selinda Way
Los Gatos, CA 95032
408-838-1212

Attorney for *Amicus Curiae* National Legal Foundation

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,

    Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,

    Defendants,

and

PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and
PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,

CASE NO. 09-CV-2292 VRW

**BRIEF OF AMICUS CURIAE OF NATIONAL LEGAL FOUNDATION IN SUPPORT OF DEFENDANT-INTERVENORS**

Defendant-Intervenors.

Additional Counsel for *Amicus Curiae* National Legal Foundation

National Legal Foundation
Steven Fitschen, Of Counsel
*nlf@nlf.net*
P.O. Box 64427
Virginia Beach, VA 23467-4427
Tel: 757-463-6133
Fax: 757-463-6055

**TABLE OF CONTENTS**

TABLE OF AUTHORITIES ................................................................................................. ii

INTEREST OF AMICUS CURIAE ....................................................................................... 1

INTRODUCTION ................................................................................................................. 1

I. Homosexuals and Lesbians Have Powerful Political Allies, Both Locally and Nationally ............................................................................................................. 2

II. The LGBT Community Is Well-Financed by a Broad Range of Contributors and Resources ........................................................................................................... 3

   *A. Homosexual and lesbian political interests have demonstrated deep pockets* .............. 3

   *B. Enormously influential labor unions support homosexual and lesbian causes* .......... 5

   *C. Corporate America also supports LGBT political interests* ........................................ 6

III. Overwhelming Media Support for Homosexuals and Lesbians is Likely to Enhance Future Political Power for the LGBT Community ............................................................ 8

IV. Although the Religious Community is Split Over LGBT Issues, Many Religious Groups Encourage Support of Homosexual Rights. ............................................................. 9

V. Public Opinion is Trending in Favor of Plaintiffs' Interests ............................................. 10

CONCLUSION ..................................................................................................................... 11

# TABLE OF AUTHORITIES

## CASES

*Plyer v. Doe*, 457 U.S. 202 (1982)..................................................................................1, 11

## OTHER SOURCES

The American National Election Studies (ANES; www.electionstudies.org), the ANES 2008 Time Series Study [dataset], Stanford University and the University of Michigan [producers] ..................................................................................10

Brief for California Federation of Labor, AFL-CIO, *et al*. as *Amici Curiae* Supporting Petitioners, *Strauss v. Horton*, 207 P.3d 48 (Cal. 2009) (Nos. S168047, S168066, S168078) ..................................................................................6

The California Democratic Party, *2008 State Platform*, *Equality of Opportunity*, *available at* http://www.cadem.org/site/c.jrLZK2PyHmF/b.1193709/k.7470/Equality_of_Opportunity.htm..................................................................................3

The California Legislative Lesbian, Gay, Bisexual & Transgender (LGBT) Caucus, http://www.assembly.ca.gov/LGBT_caucus/. ..................................................................................2

California Secretary of State, *State Ballot Measures*, *available at* http://www.sos.ca.gov/elections/sov/2000_primary/measures.pdf..................................................................................1

California Teachers Association, *Campaign 2008 – Recap*, *available at* http://www.cta.org/issues/current/campaign/. ..................................................................................5

Campaign Finance: No on 8, Equality for All, http://cal-access.sos.ca.gov/Campaign/Committees/Detail.aspx?id=1259396&session=2007&view=general) ..................................................................................4

Campaign Finance: Protectmarriage.com -Yes on 8, A Project of California Renewal, http://cal-access.sos.ca.gov/Campaign/Committees/Detail.aspx?id=1302592&session=2007..................................................................................4

John Cloud, *The Gay Mafia That's Redefining Liberal Politics*, TIME, Oct. 31, 2008, *available at* http://www.time.com/time/politics/article/0,8599,1854884-1,00.html .........4, 5

Mark DiCamillo & Mervin Field, *Greater Acceptance of Homosexual Relations & Support for Anti-Discriminatory Policies Towards Gays & Lesbians*, The Field Poll, Mar. 22, 2006. ..................................................................................10-11

Editorial, *Californians Should Reject Proposition 8*, S.F. CHRON., Oct. 1, 2008, at B8 ..................9

Editorial, *Endorsements '08: Say "No" to All Propositions Except 11*, SACRAMENTO BEE, Oct. 9, 2008 ..................................................................................9

Editorial, *Initiative Against Gay Marriage Must Be Defeated*, S.J. MERCURY NEWS, Aug., 17, 2008..................................................................................9

Editorial, *Intrusion Into Marriage Should Be Even-Handed*, THE ORANGE COUNTY REGISTER, Oct. 1, 2008..................................................................................9

| | |
|---|---|
| 1 | Editorial, *No on 8*, RIVERSIDE PRESS-ENTERPRISE, Sept. 27, 2008 .................................................9 |
| 2 | Editorial, *No on Prop. 8*, THE FRESNO BEE, Oct. 21, 2008..............................................................9 |
| 3 | Editorial, *No on Prop. 8*, LOS ANGELES DAILY NEWS, Oct. 20, 2008 ..............................................9 |
| 4 | Editorial, *No on Prop. 8*, S.D. UNION-TRIBUNE, Sept. 18, 2008 ......................................................9 |
| 5 | Editorial, *Preserving California's Constitution*, N.Y. TIMES, Sept. 29, 2008, at A20 .....................9 |
| 6 | Editorial, *Reject the Rejection of Same-Sex Marriage*, THE PALM SPRINGS DESERT SUN, Sept. 7, 2008, at B6.......................................................................................................9 |
| 7 | Editorial, *Reneging on a Right*, L.A. TIMES, Aug. 8, 2008...............................................................9 |
| 8, 9 | Editorial, *Times Recommendations on California Propositions*, CONTRA COSTA TIMES, Oct. 19, 2008.........................................................................................................................9 |
| 10 | Editorial, *Una Propuesta Innecesaria*, LA OPINION, Oct. 9, 2008 ....................................................9 |
| 11 | Editorial, *Vote No on Proposition 8*, THE BAKERSFIELD CALIFORNIAN, Oct. 15, 2008 ....................9 |
| 12 | *Equal Rights for Gay and Lesbian Citizens*, AFSCME Res. 49, 36th Int'l Convention (2004), *available at* http://www.afscme.org/resolutions/2004/r36-049.htm ........................6 |
| 13, 14, 15 | Equality California, *2009 Legislative Scorecard*, *available at* http://www.eqca.org/atf/cf/%7B34f258b3-8482-4943-91cb-08c4b0246a88%7D/EQCA_LEG_SCORECARD_2009.PDF.............................................2 |
| 16, 17 | Press Release, Equality California, Pro-Equality Candidates Sweep Seats in the Legislature, Gain Ground in State (Nov. 8, 2006), *available at* http://www.eqca.org/site/apps/nlnet/content2.aspx?c=kuLRJ9MRKrH&b=4025925&ct=5196849 ........................................................................................................................2 |
| 18, 19, 20 | Equality California, *Winning Back Marriage Equality in California: Analysis and Plan* 22 (2009), *available at* http://www.eqca.org/atf/cf/%7B34f258b3-8482-4943-91cb-08c4b0246a88%7D/EQCA-WINNING_BACK_MARRIAGE_EQUALITY.PDF ......................................................10 |
| 21 | Gay, Lesbian, and Straight Education Network, 2008 Annual Report 11 (2008). ...........................7 |
| 22 | Gay Men's Health Crisis, 2008 Annual Report (2009). .....................................................................2 |
| 23 | Duke Helfand, *Pastors Risk Careers Over Gay Marriage*, L.A. TIMES, July 17, 2008, *available at* http://articles.latimes.com/2008/jul/17/local/me-methodist17 ........................10 |
| 24, 25 | Wendy L. Hansen and Neil J. Mitchell, *Disaggregating and Explaining Corporate Political Activity: Domestic and Foreign Corporations in National Politics*, 94 AM. POL. SCI. REV. 891 (2000) ..............................................................................................................6, 8 |
| 26, 27 | Human Rights Campaign, *Congressional Scorecard: Measuring Support for Equality in the 110th Congress*, *available at* http://www.hrc.org/documents/Congress_Scorecard-110th.pdf. .........................................................................................................................2,3 |

iii

Human Rights Campaign, National Corporate Sponsors, http://www.hrc.org/about_us/partners.asp ...................................................................................................7

Robert P. Hunter, Paul Kersey, and Shawn Miller, *Union Political Involvement*, Mackinac Center for Public Policy (Dec. 15, 2001), *available at* http://www.mackinac.org/3979 ...................................................................5

Austin Jenkins, *Wealthy Gay Donors a New Force in Politics*, NPR (June 26, 2007), *available at* http://www.npr.org/templates/story/story.php?storyId=11433268 ............... 3-4

Roger Jones, Family Minister, *Thanks to Friends of Fairness*, THE UNIGRAM, Nov. 2008, at 4, *available at* http://uuss.org/Unigram/Unigram2008-11.pdf .........................................10

Lambda Legal, *Sponsors*, http://www.lambdalegal.org/about-us/sponsors/ ...................................8

Ken McLaughlin, *Campbell Picks Young, Gay Mayor*, SAN JOSE MERCURY NEWS, Dec. 6, 2009, *available at* http://www.mercurynews.com/top-stories/ci_13941127?nclick_check=1 ........................................................................2

National Education Association, *Focus on Tomorrow: What Matters Most in 2008 and Beyond, Voters and the Issues* (2008), *available at* http://www.nea.org/assets/docs/votingfocus08.pdf ..................................................5

John Patterson, *Why Gus van Sant's Milk Is an Important Film*, THE GUARDIAN, Dec. 5, 2008, *available at* http://www.guardian.co.uk/film/2008/dec/05/john-patterson-milk-gus-van-sant ....................................................................................................9

The Pew Forum on Religion & Public Life, *Religious Groups' Official Positions on Same-Sex Marriage*, July 9, 2009, *available at* http://pewforum.org/docs/?DocID=426 ........................................................................ 9-10

*Press Democrat Recommendations*, SANTA ROSA PRESS DEMOCRAT, Oct. 29, 2008 ........................9

Pride at Work, *California Labor Comes Together to Oppose Prop. 8*, *available at* http://www.prideatwork.org/page.php?id=617 ........................................................6

Proposition 8 Contributions, http://www.sfgate.com/webdb/prop8/ ........................................4, 5, 7

*Record Endorsements in Tuesday's Election*, STOCKTON RECORD, Nov. 2, 2008 ...........................9

Kathy Robertson, *Union Spending Boosts Lobbying Total for 2004-2005*, SACRAMENTO BUS. J., Mar. 31, 2006, *available at* http://sacramento.bizjournals.com/sacramento/stories/2006/04/03/focus2.html ...................5

Lester M. Salamon & John J. Siegfried, *Economic Power and Political Influence: The Impact of Industry Structure on Public Policy*, 71 AM. POL. SCI. REV. 1026 (1977) ............3

*Star Editorial Board Recommendations*, VENTURA COUNTY STAR, Oct. 28, 2008 ............................9

Value All Families Coalition, *Business Support for LGBT Non-Discrimination Legislation House Bill 300*, *available at* http://www.aclupa.org/downloads/TPs BusinessHB300.pdf ............................................................................................8

BRIEF OF *AMICUS CURIAE* NATIONAL LEGAL FOUNDATION IN SUPPORT OF DEFENDANT-INTERVENORS
CASE NO. 09-CV-2292 VRW

John Wildermuth, *Wealthy Gay Men Backed Anti-Prop. 8 Effort*, S.F. CHRON., Nov. 16, 2008, at B1, *available at* http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2008/11/16/BAJG144PTB.DTL ..........................................................................4

Alan S. Yang, Policy Institute of the National Gay and Lesbian Task Force Foundation, *The 2000 National Elections Study and Gay and Lesbian Rights: Support for Equality Grows*, *available at* http://www.thetaskforce.org/downloads/reports/reports/2000NationalElectionsStudy.pdf ...............................................................11

## INTEREST OF *AMICUS CURIAE*

*Amicus* is a public interest law firm, litigating issues related to citizens' constitutional rights—including the marriage issue before this Court. Its constituents, which include many California citizens, have a great interest in the outcome of this Court's decision. They seek to provide information to this Court bearing on its decision of whether to endorse a legal declaration that the Lesbian, Gay, Bisexual, and Transgendered (LGBT) community lacks political power.

## INTRODUCTION

Plaintiffs assert that they, and all members of a larger class of homosexuals and lesbians, should be characterized as a "suspect class" meriting heightened scrutiny and protection under the Equal Protection Clause of the Fourteenth Amendment. To date, only race, alienage, national origin, and gender have merited the level of heightened scrutiny that the plaintiffs request. In the past, that status has been granted, in part, on a finding that these groups "have historically been 'relegated to such a position of political powerlessness as to command extraordinary protection from the majoritarian political process.'" *Plyer v. Doe*, 457 U.S. 202, 216 n.14 (1982) (citation omitted).

As an expert in equal protection law, *Amicus* offers information that is directly relevant to this court in assessing whether homosexuals and lesbians suffer from an inability, or even a lesser ability, to assert political power. We provide information demonstrating the broad and powerful array of political allies serving the homosexual and lesbian community. In addition, data indicates that the political interests of the homosexual and lesbian community enjoy substantial financial support and access to the influential platforms of prominent union and corporate supporters.

Political power extends beyond the influence of those in office today. Tomorrow's political decisions are guided today by the media and, some might say, religious organizations. The homosexual and lesbian community benefits from overwhelming support from American media outlets. And while religious support may not be overwhelming, it is split, with many religious organizations strongly supporting the interests of homosexuals and lesbians. Positive changes in public opinion favoring homosexuality over the past decade reflect the comprehensive political power of the homosexual and lesbian community. As a result, the plaintiffs do not require extraordinary protection from the majoritarian political process that resulted in the passage of Proposition 8.

1

## I. HOMOSEXUALS AND LESBIANS HAVE POWERFUL POLITICAL ALLIES, BOTH LOCALY AND NATIONALLY.

"In California, supporting LGBT [Lesbian, Gay, Bisexual & Transgender] rights is a winning formula, as candidates who oppose equality are continually rejected by voters." Press Release, Equality California, Pro-Equality Candidates Sweep Seats in the Legislature, Gain Ground in State (Nov. 8, 2006), *available at h*ttp://www.eqca.org/site/apps/nlnet/content2.aspx?c=kuLRJ9MRKrH&b=4025925&ct=5196849. From city councils, mayors,[1] and state legislators[2] to members of U.S. Congress,[3] California voters elect candidates who support LGBT rights.

In recent years, the many pro-LGBT candidates elected by California's voters have contributed significantly to the advancement of the LGBT political agenda. Equality California, a homosexual rights organization, assessed the 2009 California Legislative session as "one of Equality California's best yet in Sacramento. We passed a record 11 pieces of Equality California-sponsored legislation that will improve the lives of LGBT Californians." Equality California, *2009 Legislative Scorecard*, 2, *available at* http://www.eqca.org/atf/cf/%7B34f258b3-8482-4943-91cb-08c4b0246a88%7D/EQCA_LEG_SCORECARD_2009.PDF. On the national front, Joe Solmonese, President of the Human Rights Campaign, an LGBT rights organization, described the actions of our most recent Congress in the following way:

> The lesbian, gay, bisexual and transgender community has made unprecedented progress in Congress over this two-year session. For the first time, the U.S. Senate and U.S. House of Representatives have both passed hate crimes legislation that provides protection on the basis of sexual orientation and gender identity (the Matthew Shepard Act). The first-ever House vote on the

---

[1] On December 1, 2009, the city council of Campbell, California elected one of its current members, Evan Low, to serve as mayor. Mayor Low is 26, Asian-American, and openly homosexual. A news article about Mayor Low's election observed that "far more people in town mention his youth than his sexuality or ethnicity." Ken McLaughlin, *Campbell Picks Young, Gay Mayor*, SAN JOSE MERCURY NEWS, Dec. 6, 2009, *available at* http://www.mercurynews.com/top-stories/ci_13941127?nclick_check=1.

[2] California was the first state to create an officially-recognized caucus of openly-homosexual state legislators. California's LGBT Caucus has had as many as eight members. Today's membership includes the current and very influential chair of the Assembly Democratic Caucus, John A. Perez, as well as Senators Mark Leno and Christine Kehoe and Assemblymember Tom Ammiano. *See* The California Legislative Lesbian, Gay, Bisexual & Transgender (LGBT) Caucus, http://www.assembly.ca.gov/LGBT_caucus/.

[3] Senator Barbara Boxer, House Speaker Nancy Pelosi, and twenty-four other California Congressional members received top scores from the Human Rights Campaign. Human Rights Campaign, *Congressional Scorecard: Measuring Support for Equality in the 110th Congress*, 6, 15-16, *available at* http://www.hrc.org/documents/Congress_Scorecard-110th.pdf. Senator Feinstein, who scored 75 out of 100, appeared in television ads for the "No on 8" campaign.

> Employment Non-Discrimination Act (ENDA) was held. Since the "Don't Ask, Don't Tell" law (DADT) was passed in 1993, no hearings examining the negative impact of that policy had been held until this year. And the discriminatory Federal Marriage Amendment was dead on arrival. . . . [T]hese accomplishments would not have been possible without the support of congressional leadership and allies in both the House and Senate.

*Congressional Scorecard: Measuring Support for Equality in the 110th Congress*, 2, http://www.hrc.org/documents/Congress_Scorecard-110th.pdf.

California's LGBT population can expect to continue to enjoy the support of their powerful political allies. California is predominately a Democratic state, with a consistent Democratic majority in the state Legislature and among the ranks of its U.S. Congressional representatives and Senators. The 2008 California Democratic Party Platform includes a pledge that California Democrats will fight for "[s]upport [for] nondiscrimination and equality for Lesbian, Gay, Bisexual, and Transgender people in all aspects of their lives. We support the LGBT Community in its quest for the right to legal marriage." The California Democratic Party, *2008 State Platform*, *Equality of Opportunity*, *available at* http://www.cadem.org/site/c.jrLZK2PyHmF/b.1193709/k.7470/Equality_of_Opportunity.htm. This commitment by California's most influential political party to fight for LGBT issues, together with historic popular political support for LGBT candidates and causes in California reflects the political power, rather than powerlessness, of the homosexual and lesbian community.

## II. THE LGBT COMMUNITY IS WELL-FINANCED BY A BROAD RANGE OF CONTRIBUTORS AND RESOURCES.

### A. *Homosexual and lesbian political interests have demonstrated deep pockets.*

"Few questions are as important to an understanding of American democracy as the relationship between economic power and political influence." Lester M. Salamon & John J. Siegfried, *Economic Power and Political Influence: The Impact of Industry Structure on Public Policy*, 71 AM. POL. SCI. REV. 1026 (1977). In reality, money is the lifeblood of modern-day politics. That lifeblood is flowing strongly for the homosexual and lesbian community, which has access to tremendous financial support from many sources. In 2007, National Public Radio (NPR) reported that "[a] new force is emerging in American politics: wealthy, gay political donors who target state-level races." Austin Jenkins, *Wealthy Gay Donors a New Force in Politics*, NPR (June 26, 2007), *available at* http://www.npr.org/templates/story/story.php?

3

storyId=11433268. In that report, NPR described an organized effort to finance candidates who support homosexual and lesbian causes.[4] *Id.*

But the story does not end there. Inspired by Jon Stryker, who was number 578 on Forbes' 2008 list of the world's richest people and founder of the multi-million dollar homosexual rights Arcus Foundation,[5] wealthy homosexual men across America have organized and vowed to contribute millions more to future campaigns. John Wildermuth, *Wealthy Gay Men Backed Anti-Prop. 8 Effort*, S.F. CHRON., Nov. 16, 2008, at B1, *available at* http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2008/11/16/BAJG144PTB.DTL. The San Francisco Chronicle reported "a handful of the nation's wealthiest gay men pumped more than $4.5 million into the campaign against Prop. 8, part of a flood of lesbian, gay, bisexual and transgender money that accounted for more than half of the $38 million raised." *Id.* Final data reported to the California Secretary of State shows that the total amount raised by the "No on 8" campaign was actually higher—$43,291,424. Campaign Finance: No on 8, Equality for All, http://cal-access.sos.ca.gov/Campaign/Committees/Detail.aspx?id=1259396&session=2007&view=general. In contrast, the Proposition 8 campaign raised $3 million less—$40,042,108. Campaign Finance: Protectmarriage.com -Yes on 8, A Project of California Renewal, http://cal-access.sos.ca.gov/Campaign/Committees/Detail.aspx?id=1302592&session=2007.

Although the No on 8 campaign's excess spending was not rewarded with sufficient votes to prevail, the concerted effort by wealthy homosexuals to finance campaigns has succeeded elsewhere. Across America in the 2008 election, there was "an intriguing development: anti-gay conservatives had suffered considerably. . . ." John Cloud, *The Gay Mafia That's Redefining Liberal Politics*, TIME, Oct. 31, 2008, *available at* http://www.time.com/time/politics/article/0,8599,1854884-1,00.html. A 2008 Time Magazine article revealed the scope and organization of the homosexual political movement, describing "the Cabinet" of wealthy homosexual men. "Among gay activists, the Cabinet is revered as a kind of secret gay Super Friends, a homosexual justice league that can quietly swoop in wherever anti-gay candidates are threatening and finance victories for the good guys." *Id.* Even without an

---

[4] The story focuses on Tim Gill, who reportedly contributed $720,000 to the No on 8 campaign in a combination of direct contributions and funding from his various organizations. Proposition 8 Contributions, http://www.sfgate.com/webdb/prop8/ (enter "contributor name").

[5] Mr. Stryker reputedly contributed more than $1 million to the No on 8 campaign. Proposition 8 Contributions, http://www.sfgate.com/webdb/prop8/ (enter "contributor name").

official-sounding moniker like "the Cabinet," the LGBT political machine is a legitimate financial powerhouse.

### B. Enormously influential labor unions support homosexual and lesbian causes.

"Perhaps the worst kept secret in . . .Washington . . . is the extent to which unions are active in political campaigns."  Robert P. Hunter, Paul Kersey, and Shawn Miller, *Union Political Involvement*, Mackinac Center for Public Policy (Dec. 15, 2001), *available at* http://www.mackinac.org/3979.  "Political action committee (PAC) contributions are a small part of the union political effort, but even in that one area unions have a huge impact, with six of the top twelve PACs nationwide being run by various labor unions."  *Id.*  Many of the most influential unions actively support the homosexual and lesbian community, which exponentially furthers their political influence.

For example, the National Education Association (NEA) has consistently ranked in the top fifteen of the *Fortune* Washington Power 25 list.  The NEA flexes its political power not just in Washington, but also among its 3.2 million members, to whom it regularly advocates for LGBT rights, including marriage recognition.  National Education Association, *Focus on Tomorrow: What Matters Most in 2008 and Beyond, Voters and the Issues* 2, 9-10 (2008), *available at* http://www.nea.org/assets/docs/votingfocus08.pdf.  The California Teachers Association, which recommended a "No" vote on Proposition 8, is also no stranger to politics. California Teachers Association, *Campaign 2008 – Recap*, *available at* http://www.cta.org/issues/current/campaign/.  In some recent elections, the California Teachers Association outspent oil companies by millions of dollars, earning a spot as the largest statewide lobby.  Kathy Robertson, *Union Spending Boosts Lobbying Total for 2004-2005*, SACRAMENTO BUS. J., Mar. 31, 2006, *available at* http://sacramento.bizjournals.com/sacramento/stories/2006/04/03/focus2.html.  The California Teachers Association contributed $1,312,998 to oppose Proposition 8.  Proposition 8 Contributions, http://www.sfgate.com/webdb/prop8/ (enter "contributor name").

With more than twice as many members as the California Teachers Association, the 700,000 member California State Council of the Service Employees International Union (SEIU) is yet another solid ally of the homosexual and lesbian community.  SEIU contributed more than $500,000 to the "No on 8" campaign and has very publicly expressed its support for LGBT rights. In fact, SEIU was credited for its "strong leadership" in assembling a coalition of more than fifty California labor groups who joined in an amicus brief filed with the California

Supreme Court opposing Proposition 8.  Pride at Work, *California Labor Comes Together to Oppose Prop. 8*, *available at* http://www.prideatwork.org/page.php?id=617; Brief for California Federation of Labor, AFL-CIO, *et al.* as *Amici Curiae* Supporting Petitioners, *Strauss v. Horton*, 207 P.3d 48 (Cal. 2009) (Nos. S168047, S168066, S168078) (listing labor groups expressing opposition to Proposition 8).

Union support for homosexual and lesbian rights will continue.  Many unions have adopted positions similar to that of the 1.6 million member American Federation of State, County and Municipal Employees (AFSCME).  AFSCME has resolved to "continue to support the adoption of federal, state, and local civil rights laws that prohibit discrimination based on sexual orientation in employment and other areas[;] . . . encourage negotiation of anti-discrimination, pay equity and domestic partner benefits provisions in all contracts; and . . . [to] strongly oppose any law or constitutional amendment that will abridge the rights of gays and lesbians including ones that perpetuate unequal marriage treatment."  *Equal Rights for Gay and Lesbian Citizens*, AFSCME Res. 49, 36th Int'l Convention (2004), *available at* http://www.afscme.org/resolutions/2004/r36-049.htm.  The past political and financial support from these powerful labor organizations and their pledge to offer future support demonstrates an additional dimension of LGBT political power.

### C. Corporate America also supports LGBT interests.

Political scholars often credit labor unions for providing a balance to the political power wielded by Corporate America.  Regardless of whether that is true, nearly all scholars accept that "[t]he business community . . . is one of the most important sources of interest group activity." Wendy L. Hansen and Neil J. Mitchell, *Disaggregating and Explaining Corporate Political Activity:  Domestic and Foreign Corporations in National Politics*, 94 AM. POL. SCI. REV. 891 (2000).  The homosexual and lesbian community also enjoys broad support from this important source of interest group activity—Corporate America.

"No on 8" campaign contributors included many Fortune 500 corporations and their founders:  PG&E ($250,000), Apple ($100,000), Lucas Films ($50,000, plus another $50,000 from George Lucas), Levi Strauss ($25,000), Williamson Capital ($570,000), Google founders Sergey Brin and Larry Page ($140,000), David Geffen and Jeffrey Katzenberg of Dreamworks Studios ($125,000), and Bruce Bastian, founder of WordPerfect software ($1,000,000). Proposition 8 Contributions, http://www.sfgate.com/webdb/prop8/ (enter "contributor name").

Corporate America also provides continuing funding for broader homosexual and lesbian

causes. The Human Rights Campaign (HRC), a 750,000 member "civil rights organization working to achieve equality for lesbian, gay, bisexual and transgender Americans" lists numerous corporate sponsors: American Airlines, Bank of America, Citibank, Deloitte LLP, Ernst & Young LLP, Mitchell Gold & Bob Williams, Prudential, Beaulieu Vineyard, British Petroleum, Chevron, Harrah's, Lexus, MGM Mirage, Nike, Shell, Chase, Cox Enterprises, Dell, Google, IBM, KPMG, Orbitz, Paul Hastings, PricewaterhouseCoopers, Replacements, Ltd., Showtime, Starwood Hotels & Resorts, Sweet, and Tylenol PM. Human Rights Campaign, National Corporate Sponsors, http://www.hrc.org/about_us/partners.asp. These corporations provide a significant amount of HRC's more than thirty million dollar annual budget. The Gay Men's Health Clinic (GMHC), an organization dedicated to fighting AIDS, has a similar list of corporate sponsors that contribute a large portion of GMHC's thirty million dollar annual budget: Altria, Bristol-Meyers Squibb, Delta, Ford Foundation, Jeffrey Fashion Cares, MAC AIDS Fund, Duane Read, Empire Blue Cross Blue Shield, Gap, Inc., Merck, NBC4/Telemundo47, Wachovia, CBS, GlaxoSmithKline, IBM, JPMorgan Chase & Co., Macys, Newman's Own, Pfizer, PricewaterhouseCoopers, Target, Viacom, Abbott Laboratories, American Express, Anheuser-Busch Companies, Inc, Barclays, Bloomberg, Davis Polk & Wardwell, Deutsche Bank, Herrick, Feinstein LLP, Kenneth Cole Productions, Polo Ralph Lauren, Prudential Financial, Roche, and Washington Mutual, among others. Gay Men's Health Crisis, 2008 Annual Report 17-18 (2009). The Gay, Lesbian, and Straight Education Network (GLSEN) lists Cisco Systems, IBM, Morgan Stanley, Time-Warner, Disney-ABC Television, Goldman, Sachs & Co., Merck & Co, UBS, Wachovia, Citigroup Global Markets, Credit Suisse First Boston, Deutsche Bank, Dow Jones & Co., Eastman/Kodak Co., Holland & Knight LLP, MTV Networks, Nixon Peabody LLP, PricewaterhouseCoopers, Weil, Gotshal & Manges LLP, Wells Fargo, and many others. Gay, Lesbian, and Straight Education Network, 2008 Annual Report 11 (2008). Lambda Legal, "the oldest national organization pursuing high-impact litigation, public education and advocacy on behalf of equality and civil rights for lesbians, gay men, bisexuals, transgender people and people with HIV," includes a list of America's premiere law firms and corporations: Jeffrey Fashion Cares 2009, American Airlines, Merrill Lynch, Levi Strauss, Deloitte, Baker & McKenzie, Bingham McCutcheon, Cadwalader, Covington & Burling LLP, Cravath, Swaine & Moore LLP, Credit Suisse, Davis Polk & Wardwell, Hogan & Hartson, Jenner & Block, Jones Day, Kirkland & Ellis LLP, Kramer Levin, Lathan & Watkins, LexisNexis, Mayer Brown & Platt, McDermott Will & Emery, McGuireWoods, Mercedes-Benz,

Microsoft, Morrison Foerster, Navigant Consulting, O'Melveny & Myers LLP, PaulHastings, Perkins Cole, Pillsbury, Sheppard Mullin, Sidley Austin, Sonnenschein, Wachtell, Lipton, Rosen & Katz, and Wells Fargo. Lambda Legal, *Sponsors*, http://www.lambdalegal.org/about-us/sponsors/.

But while corporate funding for LGBT causes is generous, it is not the full extent of corporate support. "There are various dimensions to corporate political activity . . . [although] 'corporate PAC donations are important in themselves, [] they also should be understood as [just] one quantitative indicator of a range of other corporate political activity.'" Wendy L. Hansen and Neil J. Mitchell, *Disaggregating and Explaining Corporate Political Activity: Domestic and Foreign Corporations in National Politics*, 94 AM. POL. SCI. REV. at 891 (citation omitted). Prominent corporations have actively supported LGBT non-discrimination legislation. Corporations also influence public policy by implementing their own internal nondiscrimination policies[6] and providing health benefits to same-sex couples.[7] And corporate leaders have a uniquely powerful platform when they express their support for LGBT rights, which they often do. See Value All Families Coalition, *Business Support for LGBT Non-Discrimination Legislation House Bill 300*, 2, *available at* http://www.aclupa.org/downloads/TPsBusinessHB300.pdf (quoting numerous corporate leaders).

The multi-faceted success of the homosexual and lesbian community in raising campaign funds and obtaining financial and other intangible support from both sides of the political balance—unions and corporate—is a tribute to their political power.

### III. OVERWHELMING MEDIA SUPPORT FOR HOMOSEXUALS AND LESBIANS IS LIKELY TO ENHANCE FUTURE POLITICAL POWER FOR THE LGBT COMMUNITY.

Contributors to the "No on 8" campaign include a virtual Who's Who of the Hollywood elite. Although Hollywood influences America's thinking and actively supports homosexuals and lesbians with numerous positive portrayals of LGBT characters,[8] America's news media

---

[6] According to the Human Rights Campaign: Corporate Equality Index 2008, ninety-eight percent of America's top grossing companies (including companies in the Fortune 1000, Forbes 200 top private firms, and/or American Lawyer's top 200 law firms) have policies prohibiting discrimination on the basis of sexual orientation.
[7] The HRC 2008 Corporate Equality Index indicated that sixty-six percent of all firms offering health benefits to employees' spouses offered identical benefits to same-sex couples.
[8] Numerous people have speculated that it was no coincidence that the Academy Award-winning film "Milk" was released in the critical week before the November 2008 election, providing invaluable publicity for the homosexual and lesbian community that could not be
(Continued)

renders even more direct and concrete support for the homosexual and lesbian community. In the November 2008 election, every major newspaper in California, along with the influential New York Times, expressed a "vote No on 8" editorial opinion. Editorial, *Californians Should Reject Proposition 8*, S.F. CHRON., Oct. 1, 2008, at B8; Editorial, *Endorsements '08: Say "No" to All Propositions Except 11*, SACRAMENTO BEE, Oct. 9, 2008; Editorial, *Initiative Against Gay Marriage Must Be Defeated*, S.J. MERCURY NEWS, Aug., 17, 2008; Editorial, *Intrusion Into Marriage Should Be Even-Handed*, THE ORANGE COUNTY REGISTER, Oct. 1, 2008; Editorial, *No on 8*, RIVERSIDE PRESS-ENTERPRISE, Sept. 27, 2008; Editorial, *No on Prop. 8*, THE FRESNO BEE, Oct. 21, 2008; Editorial, *No on Prop. 8*, LOS ANGELES DAILY NEWS, Oct. 20, 2008; Editorial, *No on Prop. 8*, S.D. UNION-TRIBUNE, Sept. 18, 2008; Editorial, *Preserving California's Constitution*, N.Y. TIMES, Sept. 29, 2008, at A20; Editorial, *Reject the Rejection of Same-Sex Marriage*, THE PALM SPRINGS DESERT SUN, Sept. 7, 2008, at B6; Editorial, *Reneging on a Right*, L.A. TIMES, Aug. 8, 2008; Editorial, *Times Recommendations on California Propositions*, CONTRA COSTA TIMES, Oct. 19, 2008; Editorial, *Una Propuesta Innecesaria*, LA OPINION, Oct. 9, 2008; Editorial, *Vote No on Proposition 8*, THE BAKERSFIELD CALIFORNIAN, Oct. 15, 2008; *Press Democrat Recommendations*, SANTA ROSA PRESS DEMOCRAT, Oct. 29, 2008; *Record Endorsements in Tuesday's Election*, STOCKTON RECORD, Nov. 2, 2008; *Star Editorial Board Recommendations*, VENTURA COUNTY STAR, Oct. 28, 2008. With the media firmly on its side, homosexuals and lesbians are well-positioned to pursue future political endeavors.

## IV. ALTHOUGH THE RELIGIOUS COMMUNITY IS SPLIT OVER LGBT ISSUES, MANY RELIGIOUS GROUPS ENCOURAGE SUPPORT OF HOMOSEXUAL RIGHTS.

A recent compilation of religious groups' official positions regarding same-sex marriage indicates continued dispute on this issue, with many religious organizations officially embracing the concept of homosexuality and same-sex partnership. The Pew Forum on Religion & Public Life, *Religious Groups' Official Positions on Same-Sex Marriage*, July 9, 2009, *available at* http://pewforum.org/docs/?DocID=426. The official stance, however, does not accurately portray the level of religious support for same-sex marriage. For example, although the General Conference of the United Methodist Church officially supports laws defining marriage as the

---

(Cont'd)
purchased with campaign funds. See, e.g., John Patterson, *Why Gus van Sant's Milk Is an Important Film*, THE GUARDIAN, Dec. 5, 2008, *available at* http://www.guardian.co.uk/film/2008/dec/05/john-patterson-milk-gus-van-sant.

9

BRIEF OF *AMICUS CURIAE* NATIONAL LEGAL FOUNDATION IN SUPPORT OF DEFENDANT-INTERVENORS
CASE NO. 09-CV-2292 VRW

union of one man and one woman, the California regional assemblies opposed Proposition 8. Duke Helfand, *Pastors Risk Careers Over Gay Marriage*, L.A. TIMES, July 17, 2008, *available at* http://articles.latimes.com/2008/jul/17/local/me-methodist17.

Meanwhile, other religious organizations united to provide support for the No on 8 campaign efforts. In its November 2008 newsletter, the Unitarian Universalist Association, which has officially supported same-sex marriage since 1996, urged its Sacramento congregants to continue giving "time, attention, and money to protect marriage equality by joining the No on Prop. 8 campaign! . . . There is still time to spend a few hours on a phone bank, put up a yard sign, or talk to friends and coworkers." Roger Jones, Family Minister, *Thanks to Friends of Fairness*, THE UNIGRAM, Nov. 2008, at 4, *available at* http://uuss.org/Unigram/Unigram2008-11.pdf.

Equality California, a proponent of same-sex marriage, acknowledged the valuable support of religious groups, saying "[w]hile our opponents certainly invoke scripture and theology to justify their beliefs, there are many clergy and denominations that feel equally passionate that their faiths call them to stand up for marriage equality." Equality California, *Winning Back Marriage Equality in California: Analysis and Plan* 22 (2009), *available at* http://www.eqca.org/atf/cf/%7B34f258b3-8482-4943-91cb-08c4b0246a88%7D/EQCA-WINNING_BACK_MARRIAGE_EQUALITY.PDF.

**V. PUBLIC OPINION IS TRENDING IN FAVOR OF PLAINTIFFS' INTERESTS.**

The success of the homosexual and lesbian community in obtaining funding, union support, corporate sponsorship, media endorsement, and religious backing is paying dividends beyond today's ballot box. Public opinion about homosexuality is trending in a positive direction. A recent national survey gauging attitudes towards homosexuals and lesbians showed a substantial upward trend over the past twenty-five years, from a 1984 rating of 30 on a "feeling thermometer" of 100 up to a 2008 rating of 49.4. The American National Election Studies (ANES; www.electionstudies.org), The ANES 2008 Time Series Study [dataset], Stanford University and the University of Michigan [producers]. And a March 2006 survey of Californians reported that forty-one percent said they were more accepting of homosexuality now than they were when they were eighteen. Mark DiCamillo & Mervin Field, *Greater Acceptance of Homosexual Relations & Support for Anti-Discriminatory Policies Towards Gays & Lesbians*, The Field Poll, Mar. 22, 2006. The Policy Institute of the National Gay and Lesbian Task Force Foundation recognized that in the 1990s, "[p]ublic attitudes toward . . . key

gay and lesbian rights issues have undergone a striking liberalization over the past decade." Alan S. Yang, Policy Institute of the National Gay and Lesbian Task Force Foundation, *The 2000 National Elections Study and Gay and Lesbian Rights: Support for Equality Grows* 3, *available at* http://www.thetaskforce.org/downloads/reports/reports/2000NationalElections Study.pdf.

This trend continued in the most recent decade, as shown by the narrowing margin in the Proposition 8 vote. In 2000, California voters added identical language to the California Family Code through Proposition 22. Proposition 22 passed with 61.4 percent of the vote. Its opponents registered 38.6 percent in 2000. California Secretary of State, *State Ballot Measures* 10-12, *available at* http://www.sos.ca.gov/elections/sov/2000_primary/measures.pdf. In 2008, however, the opponents of Proposition 8 garnered 47.7 percent of the popular vote—an increase of nearly nine full points.

## CONCLUSION

To date, homosexuals and lesbians have benefited greatly from the democratic process. California's legislature has broken ground in extending benefits based on sexual orientation. On a national level, California's voters have sent LGBT allies—including House Speaker Nancy Pelosi—to Washington, where their voice is clearly heard. The LGBT message is carried through paid efforts, funded by numerous wealthy individuals, unions, and corporations across America. Homosexual and lesbian rights have also been embraced by influential labor, corporate, and religious organizations that have pledged to fight for marriage equality.

Homosexual and lesbian political muscle is a model of the power of American democracy. This is not a case of "political powerlessness" meriting "extraordinary protection from the majoritarian political process." *Pyler*, 457 U.S. at 216 n.14. As a result, we suggest that it would be inappropriate for this court to grant suspect status to Plaintiffs, because the court cannot conclude that it should provide the Plaintiffs with extraordinary protection from the political process that was recently exercised by California voters in passing Proposition 8.

Dated: January 8, 2010

                                      Respectfully submitted,

                                      _____

                                      Holly L. Carmichael

11
BRIEF OF *AMICUS CURIAE* NATIONAL LEGAL FOUNDATION IN SUPPORT OF DEFENDANT-INTERVENORS
CASE NO. 09-CV-2292 VRW