Steven N.H. Wood, Esq. (CA SBN 161291)
Christopher J. Schweickert, Esq. (CA SBN 225942)
**BERGQUIST, WOOD & ANDERSON, LLP**
1470 Maria Lane, Suite 300
Walnut Creek, CA 94596
Telephone: (925) 938-6100
Facsimile: (925) 938-4354
wood@wcjuris.com
cjs@wcjuris.com

Attorneys for *Amicus Curiae* Paul R. McHugh, M.D.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, et al., | CASE NO. 09-CV-2292 VRW |
| Plaintiffs, | **[PROPOSED] ORDER** |
| and | Date: To Be Determined By The Court<br>Time: To Be Determined By The Court<br>Location: Courtroom 6, 17th Floor<br>Judge: Chief Judge Vaughn R. Walker<br>Trial Date: January 11, 2010 |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Plaintiff-Intervenor, | |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants, | |
| and | |
| PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL, | |
| Defendant-Intervenors. | |

1

[PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE BRIEF OF
*AMICUS CURIAE* PAUL R. MCHUGH, M.D. IN SUPPORT OF DEFENDANT-INTERVENORS
CASE NO. 09-CV-2292 VRW

Good cause appearing, the Motion of *Amicus Curiae* Paul R. McHugh, M.D. for leave to file a brief in support of Defendant-Intervenors is hereby GRANTED.

Dated: _____ ___, 2010.

                                               Hon. Vaughn R. Walker
                                               United States Chief District Judge

2

[PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE BRIEF OF
*AMICUS CURIAE* PAUL R. MCHUGH, M.D. IN SUPPORT OF DEFENDANT-INTERVENORS
CASE NO. 09-CV-2292 VRW