| | |
|---|---|
| 1 | LAW OFFICE OF TERRY L. THOMPSON |
| 2 | Terry L. Thompson (CA Bar No. 199870) |
|   | *tl_thompson@earthlink.net* |
| 3 | P.O. Box 1346, Alamo, CA 94507 |
|   | Telephone: (925) 855-1507, Facsimile: (925) 820-6034 |
| 4 | |
|   | ATTORNEY FOR DEFENDANT-INTERVENOR HAK-SHING WILLIAM TAM |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO, | CASE NO. 09-CV-2292 VRW |
| Plaintiffs, | **HAK-SHING WILLIAM TAM'S NOTICE OF MOTION AND MOTION TO SHORTEN TIME** |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Plaintiff-Intervenor, | Courtroom: 6, 17th Floor |
| v. | Judge: Chief Judge Vaughn R. Walker |
|  | Trial Date: January 11, 2010 |
|  | Action Filed: May 22, 2009 |
| ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles, | |
| Defendants, | |
| PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL, | |
| Defendant-Intervenors, | |

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant-Intervenor Hak-Shing William Tam hereby moves this court for an order shortening time on his Motion to Withdraw from the case. The motion of Hak-Shing William Tam is based on this Notice of Motion and Motion, the Motion to Withdraw, the Declaration of Terry L. Thompson in support of the Motion to Shorten Time, all pleadings and other documents filed in this case, and any and all arguments of counsel at a hearing on the Motion to Shorten Time.

**ARGUMENT**

Pursuant to Civil Local rule 6-3, Defendant-Intervenor Hak-Shing William Tam respectfully seeks the Court's leave for a hearing on the Motion to Withdraw either before or after the trial proceedings on Tuesday, January 12th, 2010 or as soon thereafter as reasonably possible. Defendant-Intervenor Tam (Dr. Tam) also submits that the time for briefing should be shortened to expedite the Court's consideration of this matter. Since the trial is set to begin on January 11, 2010, time does not permit the usual briefing and hearing schedule on the Motion to Withdraw. Further, since Dr. Tam could be called as a witness as early as Wednesday January 13th, it would be beneficial to all parties to have Dr. Tam's motion for withdrawal heard as soon as possible.

As set forth in the Motion to Withdraw and supporting Memorandum, Defendant-Intervenor Dr. Tam voluntarily intervened in this case and has a similar right to voluntarily withdraw from the case. Plaintiffs' have stated that he has this right. In addition there are compelling reasons for granting Dr. Tam's motion to withdraw, including real and palpable concerns for his personal safety and the safety of his family, a desire to avoid offensive and intrusive discovery, pressure to devote more time to his ministry and objection to being tied down for several years with this case.

Counsel for Dr. Tam has conferred with all the parties about the instant motion. Plaintiffs have indicated that they are "evaluating the motion" to withdraw and are not in a position at this time to indicate what their response will be. Similarly, they will not comment on the Motion to Shorten Time until the motion is filed. A message was left for Plaintiff-Intervenors but at this point they have not yet responded.

Defendants SCHWARZENEGGER, HORTON and SCOTT have indicated that they would not oppose the Motion to Withdraw nor the Motion to Shorten Time. Defendant LOGAN has indicated that he would not oppose the Motion to Withdraw nor the Motion to Shorten Time. Defendant-Intervenors have indicated that they would not oppose the Motion to Withdraw nor the Motion to Shorten Time. Defendant O'CONNELL has indicated that he would take no position on these motions. A message was left for counsel for Defendant BROWN but a response has not yet been received.

This motion should be heard as soon as possible to make the most efficient use of time for all parties and to expedite Dr. Tams request to withdraw.

## CONCLUSION

For all of these reasons, Defendant-Intervenor Tam respectfully requests that this motion to shorten time be granted.

Dated: January 8, 2010

                LAW OFFICE OF TERRY L. THOMPSON
                Attorney for Defendant-Intervenor
                Hak-Shing William Tam

                By: s/Terry L. Thompson _
                    Terry L. Thompson

**HAK-SHING WILLIAM TAM'S NOTICE OF MOTION AND MOTION TO SHORTEN TIME**

CASE NO. 09-CV-2292 VRW