LAW OFFICE OF TERRY L. THOMPSON
Terry L. Thompson (CA Bar No. 199870)
*tl_thompson@earthlink.net*
P.O. Box 1346, Alamo, CA 94507
Telephone: (925) 855-1507, Facsimile: (925) 820-6034

ATTORNEY FOR DEFENDANT-INTERVENOR HAK-SHING WILLIAM TAM

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>Defendants,<br><br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,<br><br>Defendant-Intervenors, | CASE NO. 09-CV-2292 VRW<br><br>**[PROPOSED] ORDER GRANTING HAK-SHING WILLIAM TAM'S MOTION TO SHORTEN TIME**<br><br>Courtroom: 6, 17th Floor<br>Judge: Chief Judge Vaughn R. Walker<br>Trial Date: January 11, 2010<br>Action Filed: May 22, 2009 |

**[PROPOSED] ORDER GRANTING HAK-SHING WILLIAM TAM'S MOTION TO SHORTEN TIME**

CASE NO. 09-CV-2292 VRW

**[PROPOSED] ORDER**

Defendant-Intervenor, Hak-Shing William Tam moved to shorten time on his motion to withdraw from this case. For good cause appearing, the Motion to Shorten Time is hereby GRANTED.

IT IS THEREFORE ORDERED that the Motion to Withdraw filed by Hak-Shing William Tam shall be heard by this court on January 12, 2010 or shortly thereafter.

Dated: January ____, 2010

_____
Hon. Vaughn R. Walker
United States Chief District Judge