LAW OFFICE OF TERRY L. THOMPSON
Terry L. Thompson (CA Bar No. 199870)
*tl_thompson@earthlink.net*
P.O. Box 1346, Alamo, CA 94507
Telephone: (925) 855-1507, Facsimile: (925) 820-6034

ATTORNEY FOR DEFENDANT-INTERVENOR HAK-SHING WILLIAM TAM

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO, <br><br> Plaintiffs, <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles, <br><br> Defendants, <br><br> PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL, <br><br> Defendant-Intervenors, | CASE NO. 09-CV-2292 VRW <br><br> **DECLARATION OF SERVICE** |

**DECLARATION OF SERVICE**

I, Terry L. Thompson, declare as follows:

I am employed in the State of California; I am over the age of eighteen years and am not a party to this action; my business address is P.O. Box 1346, Alamo, CA 94507.  On January 8, 2010, I served the following document(s):

1. Defendant-Intervenor Hak-Shing William Tam's **Motion to Shorten Time**

on the parties stated below by the following means of service:

| | |
|---|---|
| Kenneth C. Mennemeier<br>Andrew W. Stroud<br>MENNEMEIER, GLASSMAN & STROUD LLP<br>980 9th Street, Suite 1700<br>Sacramento, CA 95814-2736<br>kcm@mgslaw.com<br>gosling@mgslaw.com<br>aknight@mgslaw.com<br>stroud@mgslaw.com<br>lbailey@mgslaw.com<br><br>*Attorneys for the Administration Defendants* | Gordon Burns<br>Tamar Pachter<br>OFFICE OF THE ATTORNEY GENERAL<br>1300 I Street, Suite 125<br>P.O Box. 944255<br>Sacramento, CA  94244-2550<br>Gordon.Burns@doj.ca.gov<br>Tamar.Pachter@doj.ca.gov<br><br>*Attorneys for Defendant Attorney General Edmund G. Brown, Jr.* |
| Dennis J. Herrera<br>Therese M. Stewart<br>OFFICE OF THE CITY ATTORNEY<br>City Hall, Room 234<br>One Dr. Carlon B. Goodlett Place<br>San Francisco, California 94102-4682<br>therese.stewart@sfgov.org<br>erin.bernstein@sfgov.org<br>vince.chhabria@sfgov.org<br>danny.chou@sfgov.org<br>ronald.flynn@sfgov.org<br>mollie.lee@sfgov.org<br>Christine.van.aken@sfgov.org<br>catheryn.daly@sfgov.org<br><br>*Attorneys for Plaintiff-Intervenor City and County of San Francisco* | Elizabeth M. Cortez<br>Judy W. Whitehurst<br>THE OFFICE OF CITY COUNSEL<br>648 Kenneth Hahn Hall of Administration<br>500 West Temple Street<br>Los Angeles, CA  90012-2713<br>jwhitehurst@counsel.lacounty.gov<br><br>*Attorneys for Defendant Dean C. Logan Registrar-Recorder/County Clerk, County of Los Angeles* |

| | | |
|---|---|---|
| 1 | | |
| 2 | Richard E. Winnie<br>Brian E. Washington | Ted Olson<br>Matthew McGill |
| 3 | Claude F. Kolm<br>Manuel F. Martinez | Amir Tayrani<br>GIBSON, DUNN & CRUTCHER LLP |
| 4 | THE OFFICE OF CITY COUNSEL<br>1221 Oak Street, Suite 450 | 1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306 |
| 5 | Oakland, California 94612<br>Brian.washington@acgov.org | T: (202) 955-8500<br>F: (202) 467-0539 |
| 6 | Claude.kolm@acgov.org<br>Manuel.martinez@acgov.org | TOlson@gibsondunn.com<br>MMcGill@gibsondunn.com |
| 7 | Judith.martinez@acgov.org | ATayrani@gibsondunn.com |
| 8 | *Attorneys for Defendant Patrick O'Connell*<br>*Clerk Recorder of the County of Alameda* | Theodore Boustrous, Jr.<br>Christopher Dusseault |
| 9 | | Theane Kapur<br>GIBSON, DUNN & CRUTCHER LLP |
| 10 | | 333 South Grand Avenue<br>Los Angeles, CA 90072-1512 |
| 11 | | T: (213) 229-7000<br>F: (213) 229-7520 |
| 12 | | TBoutrous@gibsondunn.com<br>CDusseault@gibsondunn.com |
| 13 | | TKapur@gibsondunn.com<br>SMalzahn@gibsondunn.com |
| 14 | | Ethan Dettmer |
| 15 | | Enrique Monagas<br>GIBSON, DUNN & CRUTCHER LLP |
| 16 | | 555 Mission Street, Suite 3000<br>San Francisco, CA 94105 |
| 17 | | T: (415) 393-8200<br>F: (415) 393-8306 |
| 18 | | EDettmer@gibsondunn.com<br>SPiepmeier@gibsondunn.com |
| 19 | | EMonagas@gibsondunn.com<br>RJustice@gibsondunn.com |
| 20 | | MJanky@gibsondunn.com |
| 21 | | Theodore Uno<br>BOIES, SCHILLER & FLEXNER LLP |
| 22 | | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 |
| 23 | | T: (510) 874-1000<br>F: (510) 874-1460 |
| 24 | | jgoldman@bsfllp.com<br>tuno@bsfllp.com |
| 25 | | brichardson@bsfllp.com<br>rbettan@bsfllp.com |
| 26 | | jischiller@bsfllp.com |
| 27 | | *Attorneys for Plaintiff Kristin M. Perry, et al.* |
| 28 | | |

1 **BY ELECTRONIC FILING:** I caused the foregoing document to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following attorneys of record at the email addresses listed above.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed in Alamo, California on January 8, 2010.

                                                s/Terry L. Thompson
                                                Terry L. Thompson