| | |
|---|---|
| 1 | Holly L. Carmichael |
| 2 | *holly.l.carmichael@gmail.com*<br>5096 Selinda Way<br>Los Gatos, CA 95032 |
| 3 | 408-838-1212 |
| 4 | ATTORNEY FOR *AMICUS CURIAE* NATIONAL LEGAL FOUNDATION |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>Defendants,<br><br>and<br><br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. | CASE NO. 09-CV-2292 VRW<br><br>**MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* NATIONAL LEGAL FOUNDATION; [PROPOSED] ORDER**<br><br>***AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANT-INTERVENORS**<br><br>Date:  To Be Determined By The Court<br>Time:  To Be Determined By The Court<br>Location: Courtroom 6, 17th Floor<br>Judge: Chief Judge Vaughn R. Walker<br><br>Trial Date: January 11, 2010 |

---

MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* NATIONAL LEGAL FOUNDATION –
CASE NO. 09-CV-2292 VRW

| | |
|---|---|
| 1 | JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL, |
| 2 | |
| 3 |           Defendants-Intervenors. |

<u>Additional Counsel for *Amicus Curiae* National Legal Foundation</u>

National Legal Foundation
Steven Fitschen, Of Counsel
*nlf@nlf.net*
P.O. Box 64427
Virginia Beach, VA 23467-4427
Tel: 757-463-6133
Fax: 757-463-6055

---

MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* NATIONAL LEGAL FOUNDATION –
CASE NO. 09-CV-2292 VRW


TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that *Amicus Curiae* National Legal Foundation, will move this Court for an order granting leave to participate *amicus curiae* in the above-captioned case in support of Defendant-Intervenors.

## I. STANDARD FOR MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE*

The Court has broad discretion to permit third parties to participate in an action as *amicus curiae*. *Gerritsen v. de la Madrid Hurtado*, 819 F.2d 1511, 1514 n.3 (9th Cir. 1987). Participation of *amicus curiae* may be particularly appropriate where the legal issues in a case have potential ramifications beyond the parties directly involved or where amicus can offer a unique perspective that may assist the Court. *Sonoma Falls Devs., LLC v. Nev. Gold & Casinos, Inc.*, 272 F. Supp.2d 919, 925 (N.D. Cal. 2003).

## II. STATEMENT OF IDENTITY AND INTEREST OF *AMICUS CURIAE*

*Amicus* is a public interest law firm, litigating issues related to citizens' constitutional rights—including the marriage issue before this Court. Its constituents, which include many California citizens, have a great interest in the outcome of this Court's decision.

## III. REASONS WHY AMICUS CURIAE'S EXPERTISE WILL BE BENEFICIAL TO THIS COURT

*Amicus* seeks to provide information to this Court bearing on its decision of whether to endorse a legal declaration that the Lesbian, Gay, Bisexual, and Transgendered (LGBT) community lacks political power.

## IV. CONCLUSION

Wherefore, National Legal Foundation requests this Court's leave to submit an *amicus* brief in support of Defendant-Intervenors.

Dated: January 8, 2010.

                                HOLLY L. CARMICHAEL
                                ATTORNEY FOR AMICUS CURIAE NATIONAL LEGAL FOUNDATION

By: s/Holly L. Carmichael
Holly L. Carmichael

MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* NATIONAL LEGAL FOUNDATION –
CASE NO. 09-CV-2292 VRW