Holly L. Carmichael
*holly.l.carmichael@gmail.com*
5096 Selinda Way
Los Gatos, CA 95032
408-838-1212

ATTORNEY FOR *AMICUS CURIAE* NATIONAL LEGAL FOUNDATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>Defendants,<br><br>and<br><br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK- | CASE NO. 09-CV-2292 VRW<br><br>**[PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* NATIONAL LEGAL FOUNDATION IN SUPPORT OF DEFENDANT-INTERVENORS**<br><br>Date: To Be Determined By The Court<br>Time: To Be Determined By The Court<br>Location: Courtroom 6, 17th Floor<br>Judge: Chief Judge Vaughn R. Walker<br><br>Trial Date: January 11, 2010 |

1  SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM –
2  YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,
3  
4            Defendants-Intervenors.
Additional Counsel for *Amicus Curiae* National Legal Foundation

National Legal Foundation
Steven Fitschen, Of Counsel
*nlf@nlf.net*
P.O. Box 64427
Virginia Beach, VA 23467-4427
Tel: 757-463-6133
Fax: 757-463-6055

Good cause appearing, the Motion of *Amicus Curiae* National Legal Foundation for leave to file a brief in support of Defendant-Intervenors is hereby GRANTED.

Dated: _____ ___, 2010.

_____
HON. VAUGHN R. WALKER
UNITED STATES CHIEF DISTRICT JUDGE

1

[PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE BRIEF
OF *AMICUS CURIAE* NATIONAL LEGAL FOUNDATION IN SUPPORT OF DEFENDANT-INTERVENORS –
CASE NO. 09-CV-2292 VRW