1 David L. Llewellyn, Jr., SBN 71706
Llewellyn † Spann
2 5530 Birdcage Street, Suite 210
Citrus Heights, California 95610
3 916.966-9036
916.966-9036 fax
4 DLlewellyn@LS4law.com

5
William C. Duncan
6 Marriage Law Foundation
1868 N 800 E
7 Lehi, Utah 84043
801-367-4570
8 duncanw@marriagelawfoundation.org

9 Attorneys for *Amicus Curiae*
Ethics and Religious Liberty Commission
10 of the Southern Baptist Convention

11
**UNITED STATES DISTRICT COURT**
12 **NORTHERN DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| 14 KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and 15 JEFFREY J. ZARRILLO, | Case no. 09-CV-2292 VRW |
| 16    Plaintiffs, 17 v. | **APPLICATION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* OF THE ETHICS AND RELIGIOUS LIBERTY COMMISSION OF THE SOUTHERN BAPTIST CONVENTION** |
| 18 ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., 19 in his official capacity as Attorney General of California; MARK B. 20 HORTON, in his official capacity as Director of the California Department of 21 Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her 22 official capacity as Deputy Director of Health Information & Strategic Planning 23 for the California Department of Public Health; PATRICK O'CONNELL, in his 24 official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. 25 LOGAN, in his official capacity as Registrar-Recorder/County Clerk for 26 the County of Los Angeles, 27       Defendants. 28 | Chief Judge Vaughn R. Walker Courtroom 6  Hearing:  No hearing set |

*Application for Leave to File Brief Amicus Curiae,
Ethics and Religious Liberty Commission SBC*

| | |
|---|---|
| 1 | Proposition 8 Official Proponents, )
DENNIS HOLLINGSWORTH, GAIL J. ) |
| 2 | KNIGHT, MARTIN F. GUTIERREZ, )
HAK-SHING WILLIAM TAM, ) |
| 3 | MARK A. JANSSON; and )
PROTECTMARRIAGE.COM-YES ON 8,) |
| 4 | A PROJECT OF CALIFORNIA )
RENEWAL, ) |
| 5 | ) |
| 6 | Defendants-Intervenors. )
_____) |

**TO CLERK OF COURT AND ALL PARTIES AND COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that the Ethics and Religious Liberty Commission of the Southern Baptist Convention hereby applies to the Court for leave to file the brief *amicus curiae* served and filed herewith. The application is based on this motion and the attached points and authorities. Applicant requests that the matter be set for hearing at a date, time and location to be ordered by the Court, if a hearing is required.

**I.   STANDARD FOR LEAVE TO FILE BRIEF *AMICUS CURIAE***

The Court has broad discretion to permit third parties to participate in an action as *amicus curiae*. *Gerritsen v. de la Madrid Hurtado*, 819 F.2d 1511, 1514 n.3 (9th Cir. 1987). Participation of *amicus curiae* may be particularly appropriate where the legal issues in a case have potential ramifications beyond the parties directly involved or where an *amicus curiae* can offer a unique perspective that may assist the Court. *Sonoma Falls Developers, LLC v. Nevada Gold & Casinos, Inc*, 272 F. Supp.2d 919, 925 (N.D. Cal. 2003).

**II.   STATEMENT OF IDENTITY AND INTEREST OF *AMICUS CURIAE***

The Ethics and Religious Liberty Commission (ERLC) of the Southern Baptist Convention works to address the social and moral concerns of Southern Baptists and the implications of these concerns for public policy at the local, state and national levels

*Application for Leave to File Brief Amicus Curiae,*
*Ethics and Religious Liberty Commission SBC*   2

with particular attention to their impact on American families and their faith. The Southern Baptist Convention is the largest non-Catholic denomination in the nation with over 16 million members.

### III. BENEFITS OF THE EXPERTISE OF *AMICUS CURIAE* TO THIS COURT

As representatives of one of the largest Christian denominations in the United States, the ERLC is uniquely positioned to inform the Court concerning the nature of religious support for Proposition 8 and to explain why such support does not constitute animus against any person or group of persons.

### IV. CONCLUSION

Wherefore, the Ethics and Religious Liberty Commission of the Southern Baptist Convention requests leave of Court to submit the accompanying brief *amicus curiae* in support of Defendant-Intervenors in this action.

January 8, 2010

/s/ _____
David L. Llewellyn, Jr.
Attorney for *Amicus Curiae*,
Ethics and Religious Liberty Commission
of the Southern Baptist Convention

PROOF OF ELECTRONIC SERVICE

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the document(s) described below were served. My business address is 5530 Birdcage Street, Suite 210, Citrus Heights, California 95610. I served the document(s) described below on the interested parties in this action by filing them electronically with the United States District Court for the Northern District of California using the Electronic Court Filing (ECF) system.

Date of service:        January 8, 2010
Location of service:    Citrus Heights, California

Description of document(s): APPLICATION FOR LEAVE TO FILE BRIEF AMICUS CURIAE ON BEHALF OF THE ETHICS AND RELIGIOUS LIBERTY COMMISSION OF THE SOUTHERN BAPTIST CONVENTION

Addressee(s):   See attached Service List.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Citrus Heights, California, January 8, 2010.

/s/  _____
     David L. Llewellyn, Jr.

| | |
|---|---|
| 1 | **SERVICE LIST** |

Rosanne C. Baxter
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504
914-749-8200
914-749-8300 (fax)
rbaxter@bsfllp.com
PRO HAC VICE
ATTORNEY TO BE NOTICED representing Kristin M. Perry (Plaintiff)

Erin Brianna Bernstein
Office of the City Attorney of San Francisco
1390 Market Street, 7th Floor
San Francisco, CA 94102
(415) 554-3975
Erin.Bernstein@sfgov.org
ATTORNEY TO BE NOTICED representing City and County of San Francisco Amicus)

Richard J. Bettan
Boies Schiller & Flexner LLP
575 Lexington Avenue
7th Floor
New York, NY 10022
212-446-2300
212-446-2350 (fax)
rbettan@bsfllp.com
PRO HAC VICE
ATTORNEY TO BE NOTICED representing Jeffrey J. Zarrillo (Plaintiff), Paul T. Katami (Plaintiff), Sandra B. Stier (Plaintiff)

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504
914-749-8200
914-749-8300 (fax)
PRO HAC VICE
ATTORNEY TO BE NOTICED representing Jeffrey J. Zarrillo (Plaintiff), Kristin M. Perry (Plaintiff), Sandra B. Stier (Plaintiff), Paul T. Katami (Plaintiff)

Tara Lynn Borelli
Lambda Legal Defense & Education Fund
3325 Wilshire Blvd #1300
Los Angeles, CA 90010
213-382-7600
tborelli@lambdalegal.org
ATTORNEY TO BE NOTICED representing Lavender Seniors of the East Bay (Intervenor Plaintiff), Our Family Coalition (Intervenor Plaintiff), Parents, Families, and Friends of Lesbians and Gays (Intervenor Plaintiff)

| | |
|---|---|
| 1 | Theodore J. Boutrous, Jr. |
| 2 | Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue |
| 3 | Los Angeles, CA 90071-3197<br>213-229-7804 |
| 4 | 213-229-7520 (fax)<br>tboutrous@gibsondunn.com |
| 5 | ATTORNEY TO BE NOTICED representing Jeffrey J. Zarrillo (Plaintiff), Kristin M. Perry (Plaintiff), Paul T. Katami (Plaintiff), Sandra B. Stier (Plaintiff) |
| 6 | |
| 7 | James J. Brosnahan<br>Morrison & Foerster LLP |
| 8 | 425 Market Street<br>San Francisco, CA 94105 |
| 9 | 415-268-7000<br>415-268-7522 (fax) |
| 10 | jbrosnahan@mofo.com<br>ATTORNEY TO BE NOTICED representing Equality California (Amicus) |
| 11 | David E. Bunim |
| 12 | Haas & Najarian<br>58 Maiden Lane |
| 13 | Second Floor<br>San Francisco, CA 94108 |
| 14 | 415-788-6330<br>415-391-0555 (fax) |
| 15 | DBunim@haasnaja.com<br>LEAD ATTORNEY |
| 16 | ATTORNEY TO BE NOTICED representing William T. Criswell (Respondent) |
| 17 | Thomas R. Burke |
| 18 | Davis Wright Tremaine LLP<br>505 Montgomery Street, Suite 800 |
| 19 | San Francisco, CA 94111-6533<br>415/276-6500 |
| 20 | 415/276-6599 (fax)<br>thomasburke@dwt.com |
| 21 | ATTORNEY TO BE NOTICED representing Media Coalition (Interested Party) |
| 22 | Gordon Bruce Burns |
| 23 | Attorney Generals Office, Dept. of Justice<br>1300 I Street, 17th Floor |
| 24 | Sacramento, CA 95814<br>916-324-3081 |
| 25 | Gordon.Burns@doj.ca.gov<br>LEAD ATTORNEY |
| 26 | ATTORNEY TO BE NOTICED representing Edmund G. Brown, Jr. (Defendant) |
| 27 | |
| 28 | |

1  James A Campbell
   15100 N. 90th Street
2  Scottsdale, AZ 85260
   (480)444-0020
3  480-444-0028 (fax)
   jcampbell@telladf.org
4  PRO HAC VICE
   ATTORNEY TO BE NOTICED representing Proposition 8 Official Proponents
5  (Intervenor Defendant), ProtectMarriage.com - Yes on 8, A Project of California
   Renewal (Intervenor Defendant), Dennis Hollingsworth (Intervenor Defendant), Gail J.
6  Knight (Intervenor Defendant), Hak-Shing William Tam Intervenor Defendant), Mark A.
7  Jansson (Intervenor Defendant), Martin F. Gutierrez (Intervenor Defendant)

8  Timothy D Chandler
   Alliance Defense Fund
9  101 Parkshore Dr., Suite 100
   Folsom, CA 95630
10 916-932-2850
   tchandler@telladf.org
11 ATTORNEY TO BE NOTICED representing ProtectMarriage.com - Yes on 8, A Project
   of California Renewal (Intervenor Defendant), Dennis Hollingsworth (Intervenor
12 Defendant), Gail J. Knight (Intervenor Defendant), Hak-Shing William Tam Intervenor
   Defendant), Mark A. Jansson (Intervenor Defendant), Martin F. Gutierrez (Intervenor
13 Defendant)

14
   Danny Yeh Chou
15 San Francisco City Attorney's Office
   1 Dr. Carlton B. Goodlett Place
16 San Francisco, CA 94102
   415-554-4655
17 danny.chou@sfgov.org
   ATTORNEY TO BE NOTICED representing City and County of San Francisco (Amicus)
18
   Matthew Albert Coles
19 ACLU LGBT & AIDS Project
   125 Broad St.
20 New York, NY 10004
   212-549-2624
21 mcoles@aclu.org
   ATTORNEY TO BE NOTICED representing Lavender Seniors of the East Bay
22 (Intervenor Plaintiff), Our Family Coalition (Intervenor Plaintiff), Parents, Families, and
23 Friends of Lesbians and Gays (Intervenor Plaintiff)

24

25

26

27

28

| | |
|---|---|
| 1 | Charles J. Cooper |
| 2 | Cooper & Kirk |
|   | 1523 New Hampshire Ave, N.W. |
| 3 | Washington, DC 20036 |
|   | 202-220-9600 |
| 4 | ccooper@cooperkirk.com |
|   | PRO HAC VICE |
| 5 | ATTORNEY TO BE NOTICED representing Proposition 8 Official Proponents |
| 6 | (Intervenor Defendant), ProtectMarriage.com - Yes on 8, A Project of California Renewal (Intervenor Defendant), Dennis Hollingsworth (Intervenor Defendant), Gail J. Knight (Intervenor Defendant), Hak-Shing William Tam Intervenor Defendant), Mark A. |
| 7 | Jansson (Intervenor Defendant), Martin F. Gutierrez (Intervenor Defendant) |
| 8 | Jon Warren Davidson |
|   | Lambda Legal Defense and Education Fund |
| 9 | 3325 Wilshire Blvd Ste 1300 |
|   | Los Angeles, CA 90010 |
| 10 | (213) 382-7600, ext. 229 |
|   | jdavidson@lambdalegal.org |
| 11 | ATTORNEY TO BE NOTICED representing Our Family Coalition (Intervenor Plaintiff), |
| 12 | Parents, Families, and Friends of Lesbians and Gays (Intervenor Plaintiff), Lavender Seniors of the East Bay (Intervenor Plaintiff) |
| 13 | |
|   | Ethan D. Dettmer |
| 14 | Gibson Dunn & Crutcher LLP |
|   | 333 South Grand Avenue |
| 15 | Los Angeles, CA 90071 |
|   | 213-229-7804 |
| 16 | edettmer@gibsondunn.com |
|   | ATTORNEY TO BE NOTICED representing Jeffrey J. Zarrillo (Plaintiff), Kristin M. Perry |
| 17 | (Plaintiff), Sandra B. Stier (Plaintiff), Paul T. Katami (Plaintiff) |
| 18 | Christopher Dean Dusseault |
|    | Gibson Dunn & Crutcher LLP |
| 19 | 333 S Grand Ave |
|    | Los Angeles, CA 90071 |
| 20 | 213-229-7855 |
| 21 | cdusseault@gibsondunn.com |
|    | ATTORNEY TO BE NOTICED representing Jeffrey J. Zarrillo (Plaintiff), Kristin M. Perry |
| 22 | (Plaintiff), Paul T. Katami (Plaintiff), Sandra B. Stier (Plaintiff) |
| 23 | James Dixon Esseks |
|    | ACLU Foundation |
| 24 | 2 Charlton St #14H |
|    | New York, NY 10014 |
| 25 | 212-549-2623 |
|    | jesseks@aclu.org |
| 26 | ATTORNEY TO BE NOTICED representing Lavender Seniors of the East Bay |
| 27 | (Intervenor Plaintiff), Our Family Coalition (Intervenor Plaintiff), Parents, Families, and Friends of Lesbians and Gays (Intervenor Plaintiff) |
| 28 | |

| | |
|---|---|
| 1 | Ronald P. Flynn |
| 2 | Office of the City Attorney<br>1390 Market Street, Seventh Floor |
| 3 | San Francisco, CA 94102<br>415 554-3901 |
| 4 | 415 554-3985 (fax)<br>ronald.flynn@sfgov.org |
| 5 | ATTORNEY TO BE NOTICED representing City and County of San Francisco (Amicus) |
| 6 | Elizabeth O. Gill<br>American Civil Liberties Union of No. Calif. |
| 7 | 39 Drumm Street<br>San Francisco, CA 94111 |
| 8 | 415-621-2493<br>415-255-8437 (fax) |
| 9 | egill@aclunc.org<br>ATTORNEY TO BE NOTICED representing ACLU Foundation of Northern California |
| 10 | (Amicus) |
| 11 | Jeremy Michael Goldman<br>Boies, Schiller & Flexner LLP |
| 12 | 1999 Harrison Street |
| 13 | Suite 900<br>Oakland, CA 94612 |
| 14 | 510-874-1000<br>510-874-1460 (fax) |
| 15 | jgoldman@bsfllp.com<br>ATTORNEY TO BE NOTICED representing Jeffrey J. Zarrillo (Plaintiff), Kristin M. Perry |
| 16 | (Plaintiff), Paul T. Katami (Plaintiff), Sandra B. Stier (Plaintiff) |
| 17 | Patrick John Gorman<br>Wild, Carter & Tipton |
| 18 | 246 West Shaw Avenue<br>Fresno, CA 93704 |
| 19 | 559-224-2131 |
| 20 | 559-229-7295 (fax)<br>pgorman@wctlaw.com |
| 21 | LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED representing The Family Research Council (Amicus) |
| 22 | Eric Grant |
| 23 | Hicks Thomas LLP<br>8001 Folsom Blvd., Ste. 100 |
| 24 | Sacramento, CA 95826<br>(916) 388-0833 |
| 25 | (916) 691-3261 (fax)<br>grant@hicks-thomas.com |
| 26 | LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED representing Doug Swardstrom (Objector) |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Theane Evangelis Kapur |
| 2 | Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue |
| 3 | Los Angeles, CA 90071<br>213-229-7804 |
| 4 | ATTORNEY TO BE NOTICED representing Jeffrey J. Zarrillo (Plaintiff), Kristin M. Perry (Plaintiff), Paul T. Katami (Plaintiff), Sandra B. Stier (Plaintiff) |
| 5 | |
| | Michael W. Kirk |
| 6 | Cooper & Kirk, PLLC<br>1523 New Hampshire Avenue, NW |
| 7 | Washington, DC 2003<br>202.220.9600 |
| 8 | PRO HAC VICE<br>ATTORNEY TO BE NOTICED representing Proposition 8 Official Proponents |
| 9 | (Intervenor Defendant) |
| 10 | Claude Franklin Kolm |
| 11 | County of Alameda<br>1221 Oak Street, Suite 450 |
| 12 | Oakland, CA 94612-4296<br>510-272-6710 |
| 13 | claude.kolm@acgov.org<br>LEAD ATTORNEY |
| 14 | ATTORNEY TO BE NOTICED representing Patrick O'Connell (Defendant) |
| 15 | Charles Salvatore LiMandri |
| | Law Offices of Charles S. LiMandri |
| 16 | P.O. Box 9120<br>Rancho Santa Fe, CA 92067 |
| 17 | (858) 759-9930<br>(858) 759-9938 (fax) |
| 18 | cslimandri@limandri.com<br>LEAD ATTORNEY |
| 19 | ATTORNEY TO BE NOTICED representing Attorney Charles S LiMandri (Plaintiff) |
| 20 | Rena M Lindevaldsen |
| 21 | Liberty Counsel<br>100 Mountainview Rd, Ste 2775 |
| 22 | Lynchberg, VA 24502<br>434-592-7000 |
| 23 | PRO HAC VICE<br>ATTORNEY TO BE NOTICED representing Campaign for California Families |
| 24 | (Intervenor Defendant) |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Jordan W. Lorence |
| | Alliance Defense Fund |
| 2 | 801 G Street NW |
| | Washington, DC 20001 |
| 3 | (202) 393-8690 |
| | jlorence@telladf.org |
| 4 | ATTORNEY TO BE NOTICED representing Hak-Shing William Tam (Intervenor |
| 5 | Defendant), Proposition 8 Official Proponents (Intervenor Defendant), |
| | ProtectMarriage.com - Yes on 8, A Project of California Renewal (Intervenor |
| 6 | Defendant), Gail J. Knight (Intervenor Defendant), Dennis Hollingsworth (Intervenor |
| | Defendant), Mark A. Jansson (Intervenor Defendant), Martin F. Gutierrez (Intervenor |
| 7 | Defendant) |
| 8 | Manuel Francisco Martinez |
| | Office of the County Counsel, County of Alameda |
| 9 | 1221 Oak Street, Suite 450 |
| | Oakland, CA 94612 |
| 10 | 510-891-3306 |
| | 510-272-5020 (fax) |
| 11 | manuel.martinez@acgov.org |
| | ATTORNEY TO BE NOTICED representing Patrick O'Connell (Defendant) |
| 12 | |
| 13 | Mary Elizabeth McAlister |
| | Liberty Counsel |
| 14 | 100 Mountain View Rd Ste 2775 |
| | Lynchburg, VA 24502 |
| 15 | 434-592-7000 |
| | court@lc.org |
| 16 | ATTORNEY TO BE NOTICED representing Campaign for California Families |
| | (Intervenor Defendant) |
| 17 | |
| | Matthew Dempsey McGill |
| 18 | Gibson Dunn & Crutcher LLP |
| | 1050 Connecticut Ave., NW |
| 19 | Washington, DC 20036-5306 |
| | 202-955-8668 |
| 20 | mmcgill@gibsondunn.com |
| | PRO HAC VICE |
| 21 | ATTORNEY TO BE NOTICED representing Jeffrey J. Zarrillo (Plaintiff), Kristin M. Perry |
| 22 | (Plaintiff), Paul T. Katami (Plaintiff), Sandra B. Stier (Plaintiff) |
| 23 | Kenneth C. Mennemeier |
| | Mennemeier Glassman & Stroud LLP |
| 24 | 980 9th St, Ste 1700 |
| | Sacramento, CA 95814 |
| 25 | 916-553-4000 |
| | 916-553-4011 (fax) |
| 26 | kcm@mgslaw.com |
| | LEAD ATTORNEY |
| 27 | ATTORNEY TO BE NOTICED representing Arnold Schwarzenegger (Defendant), |
| 28 | Linette Scott (Defendant), Mark B. Horton (Defendant) |

Shannon Minter
National Center For Lesbian Rights
870 Market St, Ste 570
San Francisco, CA 94102
415-392-6257
sminter@nclrights.org
LEAD ATTORNEY
ATTORNEY TO BE NOTICED representing National Center for Lesbian Rights (Amicus), Lavender Seniors of the East Bay (Intervenor Plaintiff), Parents, Families, and Friends of Lesbians and Gays (Intervenor Plaintiff), Our Family Coalition (Intervenor Plaintiff)

Enrique Antonio Monagas
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
213-229-7804
emonagas@gibsondunn.com
ATTORNEY TO BE NOTICED representing Jeffrey J. Zarrillo (Plaintiff), Kristin M. Perry (Plaintiff), Sandra B. Stier (Plaintiff), Paul T. Katami (Plaintiff),

Jennifer Lynn Monk
Advocates for Faith and Freedom
24910 Las Brisas Road
Suite 110
Murrieta, CA 92562
951-304-7583
951-600-4996 (fax)
jmonk@faith-freedom.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED representing Board of Supervisors of Imperial County (Intervenor Defendant), County of Imperial of the State of California (Intervenor Defendant), Isabel Vargas (Intervenor Defendant)

Howard C. Nielson, Jr.
Cooper & Kirk PLLC
1523 New Hampshire Ave NW
Washington, DC 20036
202-220-9600
hnielson@cooperkirk.com
PRO HAC VICE
ATTORNEY TO BE NOTICED representing Proposition 8 Official Proponents (Intervenor Defendant), ProtectMarriage.com - Yes on 8, A Project of California Renewal (Intervenor Defendant), Dennis Hollingsworth (Intervenor Defendant), Gail J. Knight (Intervenor Defendant), Hak-Shing William Tam (Intervenor Defendant), Mark A. Jansson (Intervenor Defendant), Martin F. Gutierrez (Intervenor Defendant)

| | |
|---|---|
| 1 | Austin R. Nimocks |
| 2 | Alliance Defense Fund<br>801 G Street NW |
| 3 | Washington, DC 20001<br>(202) 393-8690 |
| 4 | animocks@telladf.org<br>ATTORNEY TO BE NOTICED representing ProtectMarriage.com - Yes on 8, A Project |
| 5 | of California Renewal (Intervenor Defendant), Hak-Shing William Tam Intervenor<br>Defendant), Proposition 8 Official Proponents (Intervenor Defendant), Gail J. Knight |
| 6 | (Intervenor Defendant), Martin F. Gutierrez (Intervenor Defendant), Dennis<br>Hollingsworth (Intervenor Defendant), Mark A. Jansson (Intervenor Defendant) |
| 7 | |
| 8 | Theodore B Olson<br>Gibson Dunn & Crutcher LLP |
| 9 | 1050 Connecticut Ave, N.W.<br>Washington, DC 20036-5306 |
| 10 | 202-955-8668<br>202-467-0539 (fax) |
| 11 | tolson@gibsondunn.com<br>LEAD ATTORNEY |
| 12 | PRO HAC VICE<br>ATTORNEY TO BE NOTICED representing Kristin M. Perry (Plaintiff), Paul T. Katami |
| 13 | (Plaintiff), Jeffrey J. Zarrillo (Plaintiff), Sandra B. Stier (Plaintiff) |
| 14 | Tamar Pachter<br>Office of the California Attorney General |
| 15 | 455 Golden Gate Ave, Suite 11000<br>San Francisco, CA 94102-7004 |
| 16 | 415-703-5970<br>415-703-1234 (fax) |
| 17 | Tamar.Pachter@doj.ca.gov<br>ATTORNEY TO BE NOTICED representing Edmund G. Brown, Jr. (Defendant) |
| 18 | |
| 19 | Jesse Panuccio<br>Cooper & Kirk PLLC |
| 20 | 1523 New Hampshire Avenue, N.W.<br>Washington, DC 20036 |
| 21 | 202-220-9600<br>PRO HAC VICE |
| 22 | ATTORNEY TO BE NOTICED representing Campaign for California Families<br>(Intervenor Defendant), Proposition 8 Official Proponents (Intervenor Defendant), |
| 23 | Dennis Hollingsworth (Intervenor Defendant), Gail J. Knight (Intervenor Defendant),<br>Hak-Shing William Tam (Intervenor Defendant), Mark A. Jansson (Intervenor |
| 24 | Defendant), Martin F. Gutierrez (Intervenor Defendant) |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Peter A. Patterson |
| 2 | Cooper & Kirk PLLC<br>1523 New Hampshire Ave NW |
| 3 | Washington, DC 20036<br>202-220-9600 |
| 4 | ppatterson@cooperkirk.com<br>PRO HAC VICE |
| 5 | ATTORNEY TO BE NOTICED representing Proposition 8 Official Proponents (Intervenor Defendant), ProtectMarriage.com - Yes on 8, A Project of California |
| 6 | Renewal (Intervenor Defendant), Gail J. Knight (Intervenor Defendant), Hak-Shing William Tam (Intervenor Defendant), Mark A. Jansson (Intervenor Defendant), Martin F. |
| 7 | Gutierrez (Intervenor Defendant), Dennis Hollingsworth (Intervenor Defendant) |
| 8 | Sarah Elizabeth Piepmeier |
| 9 | Gibson, Dunn & Crutcher LLP<br>555 Mission Street |
| 10 | Suite 3000<br>San Francisco, CA 94105 |
| 11 | (415) 393-8200<br>(415) 374-8404 (fax) |
| 12 | spiepmeier@gibsondunn.com<br>ATTORNEY TO BE NOTICED representing Jeffrey J. Zarrillo (Plaintiff), Kristin M. Perry |
| 13 | (Plaintiff), Paul T. Katami (Plaintiff), Sandra B. Stier (Plaintiff) |
| 14 | Jennifer Carol Pizer |
| 15 | Lambda Legal Defense and Education Fund, Inc.<br>3325 Wilshire Blvd. Suite 1300 |
| 16 | Los Angeles, CA 90010-1729<br>213-382-7600 |
| 17 | jpizer@lambdalegal.org<br>ATTORNEY TO BE NOTICED representing  Parents, Families, and Friends of Lesbians |
| 18 | and Gays (Intervenor Plaintiff), Lavender Seniors of the East Bay (Intervenor Plaintiff),<br>Our Family Coalition (Intervenor Plaintiff) |
| 19 | Andrew Perry Pugno |
| 20 | Law Offices of Andrew P Pugno<br>101 Parkshore Dr #100 |
| 21 | Folsom, CA 95630-4726<br>andrew@pugnolaw.com |
| 22 | ATTORNEY TO BE NOTICED representing ProtectMarriage.com - Yes on 8, A Project of California Renewal (Intervenor Defendant), Dennis Hollingsworth (Intervenor |
| 23 | Defendant), Gail J. Knight (Intervenor Defendant), Hak-Shing William Tam (Intervenor Defendant), Mark A. Jansson (Intervenor Defendant), Martin F. Gutierrez (Intervenor |
| 24 | Defendant) |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Brian W Raum |
| 2 | Alliance Defense Fund<br>15100 N. 90th Street |
| 3 | Scottsdale, AZ 85260<br>480-444-0020 |
| 4 | braum@telladf.org<br>ATTORNEY TO BE NOTICED representing Proposition 8 Official Proponents |
| 5 | (Intervenor Defendant), ProtectMarriage.com - Yes on 8, A Project of California<br>Renewal (Intervenor Defendant), Gail J. Knight (Intervenor Defendant), Hak-Shing |
| 6 | William Tam (Intervenor Defendant), Mark A. Jansson (Intervenor Defendant), Dennis<br>Hollingsworth (Intervenor Defendant), Martin F. Gutierrez (Intervenor Defendant) |
| 7 | |
| 8 | Josh Schiller<br>Boies Schiller & Flexner LLP |
| 9 | 575 Lexington Avenue<br>7th Floor |
| 10 | New York, NY 10022<br>212-446-2300 |
| 11 | 212-446-2350 (fax)<br>jischiller@bsfllp.com |
| 12 | PRO HAC VICE<br>ATTORNEY TO BE NOTICED representing Jeffrey J. Zarrillo (Plaintiff), Paul T. Katami |
| 13 | (Plaintiff), Sandra B. Stier (Plaintiff) |
| 14 | Alan Lawrence Schlosser<br>ACLU Foundation of Northern California, Inc. |
| 15 | 39 Drumm Street<br>San Francisco, CA 94111 |
| 16 | 415-621-2493<br>415-255-8437 (fax) |
| 17 | aschlosser@aclunc.org<br>ATTORNEY TO BE NOTICED representing ACLU Foundation of Northern California |
| 18 | (Amicus), Lavender Seniors of the East Bay (Intervenor Plaintiff), Our Family Coalition<br>(Intervenor Plaintiff), Parents, Families, and Friends of Lesbians and Gays (Intervenor |
| 19 | Plaintiff) |
| 20 | Christopher Francis Stoll |
| 21 | National Center for Lesbian Rights<br>870 Market St, Suite 370 |
| 22 | San Francisco, CA 94102<br>415-392-6257 |
| 23 | cstoll@nclrights.org<br>ATTORNEY TO BE NOTICED representing National Center for Lesbian Rights |
| 24 | (Amicus), Parents, Families, and Friends of Lesbians and Gays (Intervenor Plaintiff),<br>Lavender Seniors of the East Bay (Intervenor Plaintiff), Our Family Coalition |
| 25 | (Intervenor Plaintiff) |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Andrew Walter Stroud |
| 2 | Mennemeie Glassman & Stroud<br>980 9th Street, Suite 1700 |
| 3 | Sacramento, CA 95814-2736<br>(916)553-4000 |
| 4 | stroud@mgslaw.com<br>ATTORNEY TO BE NOTICED representing Arnold Schwarzenegger (Defendant), |
| 5 | Linette Scott (Defendant), Mark B. Horton (Defendant) |
| 6 | Amir Cameron Tayrani |
| 7 | Gibson Dunn & Crutcher LLP<br>1050 Connecticut Ave NW, Ste 900 |
| 8 | Washington, DC 20036<br>202-887-3692 |
| 9 | ATayrani@gibsondunn.com<br>PRO HAC VICE |
| 10 | ATTORNEY TO BE NOTICED representing Jeffrey J. Zarrillo (Plaintiff), Kristin M. Perry (Plaintiff), Paul T. Katami (Plaintiff), Sandra B. Stier (Plaintiff) |
| 11 | David H. Thompson |
| 12 | Cooper & Kirk PLLC<br>1523 New Hampshire Ave NW |
| 13 | Washington, DC 20036<br>(202) 220-9600 |
| 14 | dthompson@cooperkirk.com<br>ATTORNEY TO BE NOTICED representing Proposition 8 Official Proponents |
| 15 | (Intervenor Defendant), ProtectMarriage.com - Yes on 8, A Project of California Renewal (Intervenor Defendant), Dennis Hollingsworth (Intervenor Defendant), Gail J. |
| 16 | Knight (Intervenor Defendant), Hak-Shing William Tam (Intervenor Defendant), Mark A. Jansson (Intervenor Defendant), Martin F. Gutierrez (Intervenor Defendant) |
| 17 | |
| 18 | Terry Lee Thompson<br>Terry L. Thompson, Attorney at Law |
| 19 | P.O. Box 1346<br>Alamo, CA 94507 |
| 20 | 925/855-1507<br>tl_thompson@earthlink.net |
| 21 | ATTORNEY TO BE NOTICED representing Hak-Shing William Tam (Intervenor Defendant) |
| 22 | |
| 23 | Ilona Margaret Turner<br>National Ctr for Lesbian Rights |
| 24 | 870 Market St<br>Suite 370 |
| 25 | San Francisco, CA 94102<br>415-392-6257 |
| 26 | iturner@nclrights.org<br>ATTORNEY TO BE NOTICED representing National Center for Lesbian Rights |
| 27 | (Amicus), Lavender Seniors of the East Bay (Intervenor Plaintiff), Our Family Coalition (Intervenor Plaintiff), Parents, Families, and Friends of Lesbians and Gays (Intervenor |
| 28 | Plaintiff) |

| | |
|---|---|
| 1 | Robert Henry Tyler |
| | Advocates for Faith & Freedom |
| 2 | 24910 Las Brisas Road |
| | Suite 110 |
| 3 | Murrieta, CA 92562 |
| | 951-304-7583 |
| 4 | 951-600-4996 (fax) |
| | rtyler@faith-freedom.com |
| 5 | ATTORNEY TO BE NOTICED representing Board of Supervisors of Imperial County |
| 6 | (Intervenor Defendant), County of Imperial of the State of California (Intervenor Defendant), Isabel Vargas (Intervenor Defendant) |
| 7 | |
| | Theodore Hideyuki Uno |
| 8 | Boies Schiller & Flexner LLP |
| | 1999 Harrison St, Ste 900 |
| 9 | Oakland, CA 94612 |
| | 510-874-1000 |
| 10 | tuno@bsfllp.com |
| | PRO HAC VICE |
| 11 | ATTORNEY TO BE NOTICED representing Kristin M. Perry (Plaintiff), Paul T. Katami (Plaintiff), Jeffrey J. Zarrillo (Plaintiff), Sandra B. Stier (Plaintiff) |
| 12 | |
| 13 | Christine Van Aken |
| | Office of the City Attorney |
| 14 | 1390 Market St, 7th Floor |
| | San Francisco, CA 94102 |
| 15 | 415-554-3875 |
| | 415-554-3985 (fax) |
| 16 | christine.van.aken@sfgov.org |
| | ATTORNEY TO BE NOTICED representing  City and County of San Francisco |
| 17 | (Amicus) |
| 18 | |
| | Judy Whitehurst |
| 19 | Office of County Counsel, County of Los Angeles |
| | 500 West Temple St |
| 20 | Los Angeles, CA 90012 |
| | (213) 974-1845 |
| 21 | JWhitehurst@counsel.lacounty.gov |
| | LEAD ATTORNEY |
| 22 | ATTORNEY TO BE NOTICED representing Dean C. Logan (Defendant) |
| 23 | Tobias Barrington Wolff |
| | University of Pennsylvania Law School |
| 24 | 3400 Chestnut Street |
| | Philadelphia, PA 19104-6204 |
| 25 | (215) 898-7471 |
| | PRO HAC VICE |
| 26 | ATTORNEY TO BE NOTICED representing  Equality California (Amicus) |
| 27 | |
| 28 | |