1   David L. Llewellyn, Jr., SBN 71706
    Llewellyn † Spann
2   5530 Birdcage Street, Suite 210
    Citrus Heights, California 95610
3   916.966-9036
    916.966-9036 fax
4   DLlewellyn@LS4law.com

5   William C. Duncan
6   Marriage Law Foundation
    1868 N 800 E
7   Lehi, Utah 84043
    801-367-4570
8   duncanw@marriagelawfoundation.org

9   Attorneys for *Amicus Curiae*
    Ethics and Religious Liberty Commission
10  of the Southern Baptist Convention

11

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14  KRISTIN M. PERRY, SANDRA B.          )   Case no. 09-CV-2292 VRW
    STIER, PAUL T. KATAMI, and           )
15  JEFFREY J. ZARRILLO,                 )   **MEMORANDUM OF LAW,**
                                         )   **BRIEF *AMICUS CURIAE*,**
16            Plaintiffs,                )   **OF THE ETHICS AND RELIGIOUS**
    v.                                   )   **LIBERTY COMMISSION OF THE**
17                                       )   **SOUTHERN BAPTIST CONVENTION**
    ARNOLD SCHWARZENEGGER, in            )
18  his official capacity as Governor of )
    California; EDMUND G. BROWN, JR.,    )
19  in his official capacity as Attorney )
    General of California; MARK B.       )
20  HORTON, in his official capacity as  )
    Director of the California Department of )
21  Public Health and State Registrar of )
    Vital Statistics; LINETTE SCOTT, in her ) Chief Judge Vaughn R. Walker
22  official capacity as Deputy Director of ) Courtroom 6
    Health Information & Strategic Planning )
23  for the California Department of Public ) Hearing:  No hearing set
    Health; PATRICK O'CONNELL, in his    )
24  official capacity as Clerk-Recorder for )
    the County of Alameda; and DEAN C.   )
25  LOGAN, in his official capacity as    )
    Registrar-Recorder/County Clerk for  )
26  the County of Los Angeles,           )
                                         )
27            Defendants.                )
    _____)
28

    *Memorandum of Law, Brief Amicus Curiae, of the*
    *Ethics and Religious Liberty Commission SBC*

1    Proposition 8 Official Proponents,    )
     DENNIS HOLLINGSWORTH, GAIL J.    )
2    KNIGHT, MARTIN F. GUTIERREZ,    )
     HAK-SHING WILLIAM TAM,    )
3    MARK A. JANSSON; and    )
     PROTECTMARRIAGE.COM-YES ON 8,)
4    A PROJECT OF CALIFORNIA    )
     RENEWAL,    )
5                                          )
6              Defendants-Intervenors.    )
     _____)
7

8              The Ethics and Religious Liberty Commission of the Southern Baptist

9    Convention submits this memorandum of law as a brief *amicus curiae* in support of the

10   Defendants-Intervenors in this action.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

# TABLE OF CONTENTS

2
Page

3      INTEREST OF *AMICUS CURIAE*                                           1

4      ARGUMENT                                                             1

5

6          I.      RELIGIOUS COMMUNITIES HAVE LONG SUPPORTED
                   MARRIAGE AS A SACRED INSTITUTION THAT
7                  PROTECTS IMPORTANT POLICY INTERESTS.                      1

8          II.     RELIGIOUS SUPPORT FOR MARRIAGE AND
                   OPPOSITION TO NONMARITAL SEXUALITY IS
9                  MOTIVATED BY LOVE.                                        4

10         III.    TO CHARACTERIZE RELIGIOUS SUPPORT FOR
                   MARRIAGE AS UNCONSTITUTIONAL ANIMUS
11                 THREATENS THE ABILITY OF RELIGIOUS PEOPLE TO
12                 PARTICIPATE IN PUBLIC DEBATE.                             5

13     CONCLUSION                                                           7

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**TABLE OF AUTHORITIES**

2

Page

3

**Cases**

4

*Mitchell v. Helms* (2000) 530 U.S. 793                                    6

5

*Walz v. Tax Commission of City of New York* (1970) 397 U.S. 664          6

6

7

**Other Authorities**

8

The Baptist Faith and Message at http://www.sbc.net/BFM/bfm2000.asp        2, 4

9

"Manhattan Declaration: A Call of Christian Conscience,"
at http://www.manhattandeclaration.org/the-declaration                    3

10

New American Standard Bible                                               passim

11

12

Richard W. Garnett, "Freedom for Faith, Freedom for All,"
*First Things* (December 2009) at
http://www.firstthings.com/article/2009/11/freedom-for-faith-freedom-for-all   6

13

14

Popenoe, David, *Life Without Father* (1996)                               2

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**INTEREST OF *AMICUS CURIAE***

The Ethics and Religious Liberty Commission (ERLC) of the Southern Baptist Convention works to address the social and moral concerns of Southern Baptists and the implications of these concerns for public policy at the local, state and national levels with particular attention to their impact on American families and their faith. The Southern Baptist Convention is the largest non-Catholic denomination in the nation with over 16 million members.

The ERLC believes that an order by this court that California's constitutional definition of marriage violates the guarantees of the United States Constitution would undermine the critical contributions marriage has always made to society.  The ERLC is particularly concerned that acceptance of plaintiffs' argument in this case, that support for traditional marriage stems necessarily from animus, unfairly represents the reasonable and loving Christian understanding of marriage and sexuality.

Plaintiffs make the implausible charge that voter approval of Proposition 8, California's constitutional definition of marriage, can only be explained by motives of animus. Defendants-Intervenors have effectively demonstrated that this is not the case as a factual matter.  In this memorandum, the ERLC will explain why the charge of animus is particularly inappropriate when leveled at mainstream religious faiths, many of whose members supported Proposition 8.

**ARGUMENT**

**I.      RELIGIOUS COMMUNITIES HAVE LONG SUPPORTED
         MARRIAGE AS A SACRED INSTITUTION THAT
         PROTECTS IMPORTANT POLICY INTERESTS.**

For the Southern Baptist Convention, as for most mainstream faith traditions, marriage between a man and a woman is sacred.  Our commitment to marriage is motivated by this core understanding of marriage as a sacred institution designed by God.  The Bible declares, "Marriage is to be held in honor among all." Hebrews 13:4

(New American Standard Bible).  Southern Baptists' confessional statement, The

Baptist Faith and Message, affirms: "Marriage is the uniting of one man and one woman

in covenant commitment for a lifetime.  It is God's unique gift to reveal the union

between Christ and His church and to provide for the man and the woman in marriage

the framework for intimate companionship, the channel of sexual expression according

to Biblical standards, and the means for procreation of the human race."  Article XVIII,

"The Family," at http://www.sbc.net/BFM/bfm2000.asp.

 One reason religious people desire to protect the sacred institution of marriage is

that it uniquely promotes important social interests.  The sexual relationship between a

man and a woman is the only relationship that can naturally result in the birth of

children.  When that relationship takes place within marriage, children who are born to

that married couple are guaranteed an opportunity to know and be raised by their own

mother and father who are bound to one another and to the children their relationship

creates.  When that ideal is not possible for a child or when a married couple cannot

have children, they can still promote marriage's childrearing purpose by providing a

mother and father for a child who would otherwise be deprived of that opportunity.

Marriage creates unity out of two corresponding genders.  See Genesis 2:23-24.  Thus,

it also promotes a setting for childbirth and childrearing in which children will be

provided role models and companionship from both sexes and ensured the unique

contributions both men and women make to child well being.  See David Popenoe, *Life

Without Father* (1996) (sociological studies confirming these principles).

 A recent statement signed by Dr.  Richard Land, president of the ERLC,

effectively explains the nature of our concern with the institution of marriage:

> Vast human experience confirms that marriage is the original and
> most important institution for sustaining the health, education, and welfare
> of all persons in a society.  Where marriage is honored, and where there
> is a flourishing marriage culture, everyone benefits -- the spouses
> themselves, their children, the communities and societies in which they
> live.  Where the marriage culture begins to erode, social pathologies of

1
2
3
4
5
6

every sort quickly manifest themselves.  Unfortunately, we have witnessed over the course of the past several decades a serious erosion of the marriage culture in our own country.    Perhaps the most telling -- and alarming -- indicator is the out-of-wedlock birth rate.  Less than fifty years ago, it was under 5 percent.  Today it is over 40 percent.  Our society -- and particularly its poorest and most vulnerable sectors, where the out-of-wedlock birth rate is much higher even than the national average -- is paying a huge price in delinquency, drug abuse, crime, incarceration, hopelessness, and despair.  Other indicators are widespread non-marital sexual cohabitation and a devastatingly high rate of divorce.

7
8
9

"Manhattan Declaration: A Call of Christian Conscience" (see

http://www.manhattandeclaration.org/the-declaration).

10
11
12
13
14
15
16
17
18
19
20
21

A desire to protect the sacred institution of marriage and the social goods it promotes is the source of religious opposition to redefining marriage as the union of any two people.  Such a redefinition would send the message that marriage is about nothing more than adult desires.  As the Manhattan Declaration explains, redefining marriage to include same-sex couples "would lock into place the false and destructive belief that marriage is all about romance and other adult satisfactions, and not, in any intrinsic way, about procreation and the unique character and value of acts and relationships whose meaning is shaped by their aptness for the generation, promotion and protection of life."  Redefining marriage sends a message that men and women are fungible and that children do not need both a mother and a father.  Christians deplore this and other threats to the meaning and significance of marriage such as divorce, cohabitation, and unwed childbearing.

22
23
24
25
26
27
28

As an aside, some commentators and critics of religious opposition to redefining marriage have suggested that our opposition to same-sex marriage is somehow disingenuous because Christians do not adhere to every Biblical injunction (such as dietary restrictions) in the Old Testament.  The implication of this charge is that our opposition to same-sex sexual behavior is premised on bad faith.  This is a distortion of Christian teachings.  Christians recognize themselves as having been freed from the

*Memorandum of Law, Brief Amicus Curiae, of the*
*Ethics and Religious Liberty Commission SBC*      3

strictures of the ceremonial and civil laws God gave to Moses recorded in the Old

Testament.  Many of the moral laws followed by those who lived before Christ,

however, are still in force.  These include the disapproval of same-sex sexual behavior

(Leviticus 18:22; Romans 1:24-27) and other non-marital sexual behavior (Exodus

20:14; 1 Corinthians 6:9-10), and the affirmation of the sacred nature of marriage

between a man and a woman (Genesis 2:23-25; Matthew 19:1-6).

## II.   RELIGIOUS SUPPORT FOR MARRIAGE AND OPPOSITION TO NONMARITAL SEXUALITY IS MOTIVATED BY LOVE.

Our love for God and our love for all people, not atavistic hatred of difference,

motivates our opposition to all forms of non-marital sexual union, including between

persons of the same sex.  We believe that any sexual conduct outside the bond of

marriage, the union of one man and one woman, is contrary to the will of God because

God has designed marriage as the only appropriate context in which sexual relations

should occur.  Genesis 1:26-28; 2:18-25.

Engaging in sexual conduct outside the bond of marriage demeans the dignity of

the individual, ignores God's full plan for marriage, and interferes with a person's

relationship with God.  Sexual activity within God's design is good.  Hebrews 13:4.

When one engages in sexual activity outside of God's design, that person demeans his

or her dignity as God's creation in His image.  Genesis 1:27; Romans 1:24-27;

1 Corinthians 6:18.

The Baptist Faith and Message affirms that marriage provides for a man and a

woman "the framework for intimate companionship, the channel of sexual expression

according to biblical standards, and the means for procreation of the human race."

Article XVIII, "The Family."  Genesis 1:26-28; 2:15-25; 3:1-20; Exodus 20:12;

Deuteronomy 6:4-9; Proverb 22:6; Malachi 2:14-16; Matthew 19:3-9; Ephesians

5:21-33; 6:1-4; Colossians 3:18-21.  Any sexual activity in which all of these fundamental purposes are not represented ignores God's design for marriage.

Our beliefs about marriage and human sexuality must also be understood in the context of our love for all people.  Matthew 22:39.  There is no authority in Biblical teachings for hatred of any people including those who identify as gay or lesbian.  Of course, sinful behavior cannot be approved or promoted, but we believe that all people are sinners.  Romans 3:23.  There are many forms of sin, including dishonesty, gossip, lust, envy, jealousy, love of money, and all sexual impurity (sexual relations outside the marital union of a husband and wife).  We invite all sinners (or in other words all people) to develop a relationship with Jesus Christ.

Southern Baptists must, and do, pray that all people, including those who experience same-sex attraction, come to know and love Jesus Christ and keep His commandments.  We aspire to follow the example of Jesus Christ who loves all people and who extends the possibility of forgiveness and freedom from sin to all who seek Him.

### III. TO CHARACTERIZE RELIGIOUS SUPPORT FOR MARRIAGE AS UNCONSTITUTIONAL ANIMUS THREATENS THE ABILITY OF RELIGIOUS PEOPLE TO PARTICIPATE IN PUBLIC DEBATE.

While Christians reach out in love to all who engage in sinful behavior of any kind, they continue to affirm the nature of marriage as a sacred institution and strongly oppose any attempt to redefine marriage as something other than the union of a man and a woman.  This concern with marriage is in line with other teachings on religious issues like abortion, assisted suicide and attempts to banish religious influence and expression from the public square.  In all of these matters, religious people can and should seek to influence public policy in the way they believe will be most beneficial to society.  The salutary effect of religious influence in public issues is manifest in our

nation's Civil Rights Movement which was led by religious persons including pastors. Like all citizens, Christians should be able to express their views and cast their votes on these kinds of significant public matters.  A faithful Christian will vote according to his or her faith, whatever the matter being considered and a just society will never seek to force a religious believer to vote or participate in the political process without reference to her or his faith.

When that faith is treated as bigotry, however, the participation of Christians in public life is threatened.  The U.S.  Supreme Court has noted that "churches as much as secular bodies and private citizens" have the right to "take strong positions on public issues." *Walz v. Tax Commission of City of New York* (1970) 397 U.S. 664, 670.

Professor Richard Garnett has recently explained that our Constitution does not "require us to privatize our faith -- to disintegrate our lives -- before entering into the public square or taking up the responsibilities of citizenship."  Richard W. Garnett, "Freedom for Faith, Freedom for All," *First Things* (December 2009) (see http://www.firstthings.com/article/2009/11/freedom-for-faith-freedom-for-all).

As Justice Thomas has noted, it would be "most bizarre" for our courts to "reserve special hostility for those who take their religion seriously, who think their religion should affect the whole of their lives." *Mitchell v. Helms* (2000) 530 U.S. 793, 827-828 (plurality).  Treating religious views about marriage as nothing more than irrational hatred expresses just such hostility for those who believe religion should affect their voting and participation in the political process.

We must underscore a point demonstrated above-to portray religious support for marriage (and, by extension, support for California's Proposition 8) as rooted in anti-homosexual animus is grossly inaccurate and deeply offensive.

///

1

**CONCLUSION**

2

For the foregoing reasons, the Ethics and Religious Liberty Commission of the

3

Southern Baptist Convention, as *amicus curiae,* respectfully requests that this

4

Honorable Court uphold the constitutionality of Proposition 8.

5

Respectfully submitted,

6

7

/s/   _____

8

David L. Llewellyn, Jr.
Attorney for *Amicus Curiae*,
Ethics and Religious Liberty Commission
of the Southern Baptist Convention

9

10

11

12

ATTESTATION PURSUANT TO GENERAL ORDER NO. 45

13

Pursuant to General Order No. 45 of the Northern District of California, I attest

14

that concurrence in the filing of the document has been obtained from each of the other

15

signatories to this document.

16

/s/   _____

17

David L. Llewellyn, Jr.
Attorney for *Amicus Curiae*

18

19

20

21

22

23

24

25

26

27

28

*Memorandum of Law, Brief Amicus Curiae, of the*
*Ethics and Religious Liberty Commission SBC*    7

PROOF OF ELECTRONIC SERVICE

I am over the age of 18 and not a party to this action.  I am a resident of or employed in the county where the document(s) described below were served.  My business address is 5530 Birdcage Street, Suite 210, Citrus Heights, California 95610. I served the document(s) described below on the interested parties in this action by filing them electronically with the United States District Court for the Northern District of California using the Electronic Court Filing (ECF) system.

Date of service:            January 8, 2010
Location of service:        Citrus Heights, California

Description of document(s):  MEMORANDUM OF LAW, BRIEF *AMICUS CURIAE,* OF THE ETHICS AND RELIGIOUS LIBERTY COMMISSION OF THE SOUTHERN BAPTIST CONVENTION

Addressee(s):   See attached Service List.

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Citrus Heights, California, January 8, 2010.

/s/   _____
                David L. Llewellyn, Jr.

1                                    **SERVICE LIST**

2     Rosanne C. Baxter
      Boies Schiller & Flexner LLP
3     333 Main Street
      Armonk, NY 10504
4     914-749-8200
      914-749-8300 (fax)
5     rbaxter@bsfllp.com
      PRO HAC VICE
6     ATTORNEY TO BE NOTICED representing Kristin M. Perry (Plaintiff)

7
      Erin Brianna Bernstein
8     Office of the City Attorney of San Francisco
      1390 Market Street, 7th Floor
9     San Francisco, CA 94102
      (415) 554-3975
10    Erin.Bernstein@sfgov.org
      ATTORNEY TO BE NOTICED representing City and County of San Francisco Amicus)
11
      Richard J. Bettan
12    Boies Schiller & Flexner LLP
      575 Lexington Avenue
13    7th Floor
      New York, NY 10022
14    212-446-2300
      212-446-2350 (fax)
15    rbettan@bsfllp.com
      PRO HAC VICE
16    ATTORNEY TO BE NOTICED representing Jeffrey J. Zarrillo (Plaintiff), Paul T. Katami
17    (Plaintiff), Sandra B. Stier (Plaintiff)

18    David Boies
      Boies Schiller & Flexner LLP
19    333 Main Street
      Armonk, NY 10504
20    914-749-8200
      914-749-8300 (fax)
21    PRO HAC VICE
      ATTORNEY TO BE NOTICED representing Jeffrey J. Zarrillo (Plaintiff), Kristin M. Perry
22    (Plaintiff), Sandra B. Stier (Plaintiff), Paul T. Katami (Plaintiff)

23
      Tara Lynn Borelli
24    Lambda Legal Defense & Education Fund
      3325 Wilshire Blvd #1300
25    Los Angeles, CA 90010
      213-382-7600
26    tborelli@lambdalegal.org
      ATTORNEY TO BE NOTICED representing Lavender Seniors of the East Bay
27    (Intervenor Plaintiff), Our Family Coalition (Intervenor Plaintiff), Parents, Families, and
      Friends of Lesbians and Gays (Intervenor Plaintiff)
28

1   Theodore J. Boutrous, Jr.
    Gibson Dunn & Crutcher LLP
2   333 South Grand Avenue
    Los Angeles, CA 90071-3197
3   213-229-7804
    213-229-7520 (fax)
4   tboutrous@gibsondunn.com
    ATTORNEY TO BE NOTICED representing Jeffrey J. Zarrillo (Plaintiff), Kristin M. Perry
5   (Plaintiff), Paul T. Katami (Plaintiff), Sandra B. Stier (Plaintiff)

6
    James J. Brosnahan
7   Morrison & Foerster LLP
    425 Market Street
8   San Francisco, CA 94105
    415-268-7000
9   415-268-7522 (fax)
    jbrosnahan@mofo.com
10  ATTORNEY TO BE NOTICED representing Equality California (Amicus)

11
    David E. Bunim
12  Haas & Najarian
    58 Maiden Lane
13  Second Floor
    San Francisco, CA 94108
14  415-788-6330
    415-391-0555 (fax)
15  DBunim@haasnaja.com
    LEAD ATTORNEY
16  ATTORNEY TO BE NOTICED representing William T. Criswell (Respondent)

17  Thomas R. Burke
    Davis Wright Tremaine LLP
18  505 Montgomery Street, Suite 800
    San Francisco, CA 94111-6533
19  415/276-6500
    415/276-6599 (fax)
20  thomasburke@dwt.com
    ATTORNEY TO BE NOTICED representing Media Coalition (Interested Party)
21
    Gordon Bruce Burns
22  Attorney Generals Office, Dept. of Justice
    1300 I Street, 17th Floor
23  Sacramento, CA 95814
    916-324-3081
24  Gordon.Burns@doj.ca.gov
    LEAD ATTORNEY
25  ATTORNEY TO BE NOTICED representing Edmund G. Brown, Jr. (Defendant)

26

27

28

1   James A Campbell
    15100 N. 90th Street
2   Scottsdale, AZ 85260
    (480)444-0020
3   480-444-0028 (fax)
    jcampbell@telladf.org
4   PRO HAC VICE
    ATTORNEY TO BE NOTICED representing Proposition 8 Official Proponents
5   (Intervenor Defendant), ProtectMarriage.com - Yes on 8, A Project of California
    Renewal (Intervenor Defendant), Dennis Hollingsworth (Intervenor Defendant), Gail J.
6   Knight (Intervenor Defendant), Hak-Shing William Tam Intervenor Defendant), Mark A.
    Jansson (Intervenor Defendant), Martin F. Gutierrez (Intervenor Defendant)
7

8   Timothy D Chandler
    Alliance Defense Fund
9   101 Parkshore Dr., Suite 100
    Folsom, CA 95630
10  916-932-2850
    tchandler@telladf.org
11  ATTORNEY TO BE NOTICED representing ProtectMarriage.com - Yes on 8, A Project
    of California Renewal (Intervenor Defendant), Dennis Hollingsworth (Intervenor
12  Defendant), Gail J. Knight (Intervenor Defendant), Hak-Shing William Tam Intervenor
    Defendant), Mark A. Jansson (Intervenor Defendant), Martin F. Gutierrez (Intervenor
13  Defendant)

14
    Danny Yeh Chou
15  San Francisco City Attorney's Office
    1 Dr. Carlton B. Goodlett Place
16  San Francisco, CA 94102
    415-554-4655
17  danny.chou@sfgov.org
    ATTORNEY TO BE NOTICED representing City and County of San Francisco (Amicus)
18

19  Matthew Albert Coles
    ACLU LGBT & AIDS Project
20  125 Broad St.
    New York, NY 10004
21  212-549-2624
    mcoles@aclu.org
22  ATTORNEY TO BE NOTICED representing Lavender Seniors of the East Bay
    (Intervenor Plaintiff), Our Family Coalition (Intervenor Plaintiff), Parents, Families, and
23  Friends of Lesbians and Gays (Intervenor Plaintiff)

24

25

26

27

28

1   Charles J. Cooper
    Cooper & Kirk
2   1523 New Hampshire Ave, N.W.
    Washington, DC 20036
3   202-220-9600
    ccooper@cooperkirk.com
4   PRO HAC VICE
5   ATTORNEY TO BE NOTICED representing Proposition 8 Official Proponents
    (Intervenor Defendant), ProtectMarriage.com - Yes on 8, A Project of California
6   Renewal (Intervenor Defendant), Dennis Hollingsworth (Intervenor Defendant), Gail J.
    Knight (Intervenor Defendant), Hak-Shing William Tam Intervenor Defendant), Mark A.
7   Jansson (Intervenor Defendant), Martin F. Gutierrez (Intervenor Defendant)

8   Jon Warren Davidson
    Lambda Legal Defense and Education Fund
9   3325 Wilshire Blvd Ste 1300
    Los Angeles, CA 90010
10  (213) 382-7600, ext. 229
    jdavidson@lambdalegal.org
11  ATTORNEY TO BE NOTICED representing Our Family Coalition (Intervenor Plaintiff),
    Parents, Families, and Friends of Lesbians and Gays (Intervenor Plaintiff), Lavender
12  Seniors of the East Bay (Intervenor Plaintiff)

13
    Ethan D. Dettmer
14  Gibson Dunn & Crutcher LLP
    333 South Grand Avenue
15  Los Angeles, CA 90071
    213-229-7804
16  edettmer@gibsondunn.com
    ATTORNEY TO BE NOTICED representing Jeffrey J. Zarrillo (Plaintiff), Kristin M. Perry
17  (Plaintiff), Sandra B. Stier (Plaintiff), Paul T. Katami (Plaintiff)

18  Christopher Dean Dusseault
    Gibson Dunn & Crutcher LLP
19  333 S Grand Ave
    Los Angeles, CA 90071
20  213-229-7855
    cdusseault@gibsondunn.com
21  ATTORNEY TO BE NOTICED representing Jeffrey J. Zarrillo (Plaintiff), Kristin M. Perry
22  (Plaintiff), Paul T. Katami (Plaintiff), Sandra B. Stier (Plaintiff)

23  James Dixon Esseks
    ACLU Foundation
24  2 Charlton St #14H
    New York, NY 10014
25  212-549-2623
    jesseks@aclu.org
26  ATTORNEY TO BE NOTICED representing Lavender Seniors of the East Bay
    (Intervenor Plaintiff), Our Family Coalition (Intervenor Plaintiff), Parents, Families, and
27  Friends of Lesbians and Gays (Intervenor Plaintiff)

28

1  Ronald P. Flynn
   Office of the City Attorney
2  1390 Market Street, Seventh Floor
   San Francisco, CA 94102
3  415 554-3901
   415 554-3985 (fax)
4  ronald.flynn@sfgov.org
   ATTORNEY TO BE NOTICED representing City and County of San Francisco (Amicus)
5
   Elizabeth O. Gill
6  American Civil Liberties Union of No. Calif.
   39 Drumm Street
7  San Francisco, CA 94111
   415-621-2493
8  415-255-8437 (fax)
   egill@aclunc.org
9  ATTORNEY TO BE NOTICED representing ACLU Foundation of Northern California
   (Amicus)
10
   Jeremy Michael Goldman
11 Boies, Schiller & Flexner LLP
   1999 Harrison Street
12 Suite 900
   Oakland, CA 94612
13 510-874-1000
   510-874-1460 (fax)
14 jgoldman@bsfllp.com
   ATTORNEY TO BE NOTICED representing Jeffrey J. Zarrillo (Plaintiff), Kristin M. Perry
15 (Plaintiff), Paul T. Katami (Plaintiff), Sandra B. Stier (Plaintiff)
16
   Patrick John Gorman
17 Wild, Carter & Tipton
   246 West Shaw Avenue
18 Fresno, CA 93704
   559-224-2131
19 559-229-7295 (fax)
   pgorman@wctlaw.com
20 LEAD ATTORNEY
   ATTORNEY TO BE NOTICED representing The Family Research Council (Amicus)
21
   Eric Grant
22 Hicks Thomas LLP
   8001 Folsom Blvd., Ste. 100
23 Sacramento, CA 95826
   (916) 388-0833
24 (916) 691-3261 (fax)
   grant@hicks-thomas.com
25 LEAD ATTORNEY
   ATTORNEY TO BE NOTICED representing Doug Swardstrom (Objector)
26

27

28

1  Theane Evangelis Kapur
   Gibson Dunn & Crutcher LLP
2  333 South Grand Avenue
   Los Angeles, CA 90071
3  213-229-7804
   ATTORNEY TO BE NOTICED representing Jeffrey J. Zarrillo (Plaintiff), Kristin M. Perry
4  (Plaintiff), Paul T. Katami (Plaintiff), Sandra B. Stier (Plaintiff)

5  Michael W. Kirk
6  Cooper & Kirk, PLLC
   1523 New Hampshire Avenue, NW
7  Washington, DC 2003
   202.220.9600
8  PRO HAC VICE
   ATTORNEY TO BE NOTICED representing Proposition 8 Official Proponents
9  (Intervenor Defendant)

10 Claude Franklin Kolm
   County of Alameda
11 1221 Oak Street, Suite 450
   Oakland, CA 94612-4296
12 510-272-6710
   claude.kolm@acgov.org
13 LEAD ATTORNEY
14 ATTORNEY TO BE NOTICED representing Patrick O'Connell (Defendant)

15 Charles Salvatore LiMandri
   Law Offices of Charles S. LiMandri
16 P.O. Box 9120
   Rancho Santa Fe, CA 92067
17 (858) 759-9930
   (858) 759-9938 (fax)
18 cslimandri@limandri.com
   LEAD ATTORNEY
19 ATTORNEY TO BE NOTICED representing Attorney Charles S LiMandri (Plaintiff)

20 Rena M Lindevaldsen
21 Liberty Counsel
   100 Mountainview Rd, Ste 2775
22 Lynchberg, VA 24502
   434-592-7000
23 PRO HAC VICE
   ATTORNEY TO BE NOTICED representing Campaign for California Families
24 (Intervenor Defendant)

25

26

27

28

1  Jordan W. Lorence
   Alliance Defense Fund
2  801 G Street NW
   Washington, DC 20001
3  (202) 393-8690
   jlorence@telladf.org
4  ATTORNEY TO BE NOTICED representing Hak-Shing William Tam (Intervenor
   Defendant), Proposition 8 Official Proponents (Intervenor Defendant),
5  ProtectMarriage.com - Yes on 8, A Project of California Renewal (Intervenor
   Defendant), Gail J. Knight (Intervenor Defendant), Dennis Hollingsworth (Intervenor
6  Defendant), Mark A. Jansson (Intervenor Defendant), Martin F. Gutierrez (Intervenor
   Defendant)
7

8  Manuel Francisco Martinez
   Office of the County Counsel, County of Alameda
9  1221 Oak Street, Suite 450
   Oakland, CA 94612
10 510-891-3306
   510-272-5020 (fax)
11 manuel.martinez@acgov.org
   ATTORNEY TO BE NOTICED representing Patrick O'Connell (Defendant)
12

13 Mary Elizabeth McAlister
   Liberty Counsel
14 100 Mountain View Rd Ste 2775
   Lynchburg, VA 24502
15 434-592-7000
   court@lc.org
16 ATTORNEY TO BE NOTICED representing Campaign for California Families
   (Intervenor Defendant)
17

18 Matthew Dempsey McGill
   Gibson Dunn & Crutcher LLP
19 1050 Connecticut Ave., NW
   Washington, DC 20036-5306
20 202-955-8668
   mmcgill@gibsondunn.com
21 PRO HAC VICE
   ATTORNEY TO BE NOTICED representing Jeffrey J. Zarrillo (Plaintiff), Kristin M. Perry
22 (Plaintiff), Paul T. Katami (Plaintiff), Sandra B. Stier (Plaintiff)

23 Kenneth C. Mennemeier
   Mennemeier Glassman & Stroud LLP
24 980 9th St, Ste 1700
   Sacramento, CA 95814
25 916-553-4000
   916-553-4011 (fax)
26 kcm@mgslaw.com
   LEAD ATTORNEY
27 ATTORNEY TO BE NOTICED representing Arnold Schwarzenegger (Defendant),
   Linette Scott (Defendant), Mark B. Horton (Defendant)
28

Shannon Minter
National Center For Lesbian Rights
870 Market St, Ste 570
San Francisco, CA 94102
415-392-6257
sminter@nclrights.org
LEAD ATTORNEY
ATTORNEY TO BE NOTICED representing National Center for Lesbian Rights
(Amicus), Lavender Seniors of the East Bay (Intervenor Plaintiff), Parents, Families,
and Friends of Lesbians and Gays (Intervenor Plaintiff), Our Family Coalition
(Intervenor Plaintiff)

Enrique Antonio Monagas
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
213-229-7804
emonagas@gibsondunn.com
ATTORNEY TO BE NOTICED representing Jeffrey J. Zarrillo (Plaintiff), Kristin M. Perry
(Plaintiff), Sandra B. Stier (Plaintiff), Paul T. Katami (Plaintiff),

Jennifer Lynn Monk
Advocates for Faith and Freedom
24910 Las Brisas Road
Suite 110
Murrieta, CA 92562
951-304-7583
951-600-4996 (fax)
jmonk@faith-freedom.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED representing Board of Supervisors of Imperial County
(Intervenor Defendant), County of Imperial of the State of California (Intervenor
Defendant), Isabel Vargas (Intervenor Defendant)

Howard C. Nielson, Jr.
Cooper & Kirk PLLC
1523 New Hampshire Ave NW
Washington, DC 20036
202-220-9600
hnielson@cooperkirk.com
PRO HAC VICE
ATTORNEY TO BE NOTICED representing Proposition 8 Official Proponents
(Intervenor Defendant), ProtectMarriage.com - Yes on 8, A Project of California
Renewal (Intervenor Defendant), Dennis Hollingsworth (Intervenor Defendant), Gail J.
Knight (Intervenor Defendant), Hak-Shing William Tam (Intervenor Defendant), Mark A.
Jansson (Intervenor Defendant), Martin F. Gutierrez (Intervenor Defendant)

1  Austin R. Nimocks
   Alliance Defense Fund
2  801 G Street NW
   Washington, DC 20001
3  (202) 393-8690
   animocks@telladf.org
4  ATTORNEY TO BE NOTICED representing ProtectMarriage.com - Yes on 8, A Project
   of California Renewal (Intervenor Defendant), Hak-Shing William Tam Intervenor
5  Defendant), Proposition 8 Official Proponents (Intervenor Defendant), Gail J. Knight
   (Intervenor Defendant), Martin F. Gutierrez (Intervenor Defendant), Dennis
6  Hollingsworth (Intervenor Defendant), Mark A. Jansson (Intervenor Defendant)

7
   Theodore B Olson
8  Gibson Dunn & Crutcher LLP
   1050 Connecticut Ave, N.W.
9  Washington, DC 20036-5306
   202-955-8668
10 202-467-0539 (fax)
   tolson@gibsondunn.com
11 LEAD ATTORNEY
   PRO HAC VICE
12 ATTORNEY TO BE NOTICED representing Kristin M. Perry (Plaintiff), Paul T. Katami
   (Plaintiff), Jeffrey J. Zarrillo (Plaintiff), Sandra B. Stier (Plaintiff)
13
   Tamar Pachter
14 Office of the California Attorney General
   455 Golden Gate Ave, Suite 11000
15 San Francisco, CA 94102-7004
   415-703-5970
16 415-703-1234 (fax)
   Tamar.Pachter@doj.ca.gov
17 ATTORNEY TO BE NOTICED representing Edmund G. Brown, Jr. (Defendant)

18
   Jesse Panuccio
19 Cooper & Kirk PLLC
   1523 New Hampshire Avenue, N.W.
20 Washington, DC 20036
   202-220-9600
21 PRO HAC VICE
   ATTORNEY TO BE NOTICED representing Campaign for California Families
22 (Intervenor Defendant), Proposition 8 Official Proponents (Intervenor Defendant),
   Dennis Hollingsworth (Intervenor Defendant), Gail J. Knight (Intervenor Defendant),
23 Hak-Shing William Tam (Intervenor Defendant), Mark A. Jansson (Intervenor
   Defendant), Martin F. Gutierrez (Intervenor Defendant)
24

25

26

27

28

1    Peter A. Patterson
     Cooper & Kirk PLLC
2    1523 New Hampshire Ave NW
     Washington, DC 20036
3    202-220-9600
     ppatterson@cooperkirk.com
4    PRO HAC VICE
     ATTORNEY TO BE NOTICED representing Proposition 8 Official Proponents
5    (Intervenor Defendant), ProtectMarriage.com - Yes on 8, A Project of California
     Renewal (Intervenor Defendant), Gail J. Knight (Intervenor Defendant), Hak-Shing
6    William Tam (Intervenor Defendant), Mark A. Jansson (Intervenor Defendant), Martin F.
7    Gutierrez (Intervenor Defendant), Dennis Hollingsworth (Intervenor Defendant)

8    Sarah Elizabeth Piepmeier
     Gibson, Dunn & Crutcher LLP
9    555 Mission Street
     Suite 3000
10   San Francisco, CA 94105
     (415) 393-8200
11   (415) 374-8404 (fax)
     spiepmeier@gibsondunn.com
12   ATTORNEY TO BE NOTICED representing Jeffrey J. Zarrillo (Plaintiff), Kristin M. Perry
13   (Plaintiff), Paul T. Katami (Plaintiff), Sandra B. Stier (Plaintiff)

14   Jennifer Carol Pizer
     Lambda Legal Defense and Education Fund, Inc.
15   3325 Wilshire Blvd. Suite 1300
     Los Angeles, CA 90010-1729
16   213-382-7600
     jpizer@lambdalegal.org
17   ATTORNEY TO BE NOTICED representing  Parents, Families, and Friends of Lesbians
     and Gays (Intervenor Plaintiff), Lavender Seniors of the East Bay (Intervenor Plaintiff),
18   Our Family Coalition (Intervenor Plaintiff)

19   Andrew Perry Pugno
     Law Offices of Andrew P Pugno
20   101 Parkshore Dr #100
     Folsom, CA 95630-4726
21   andrew@pugnolaw.com
22   ATTORNEY TO BE NOTICED representing ProtectMarriage.com - Yes on 8, A Project
     of California Renewal (Intervenor Defendant), Dennis Hollingsworth (Intervenor
23   Defendant), Gail J. Knight (Intervenor Defendant), Hak-Shing William Tam (Intervenor
     Defendant), Mark A. Jansson (Intervenor Defendant), Martin F. Gutierrez (Intervenor
24   Defendant)

25

26

27

28

1  Brian W Raum
   Alliance Defense Fund
2  15100 N. 90th Street
   Scottsdale, AZ 85260
3  480-444-0020
   braum@telladf.org
4  ATTORNEY TO BE NOTICED representing Proposition 8 Official Proponents
   (Intervenor Defendant), ProtectMarriage.com - Yes on 8, A Project of California
5  Renewal (Intervenor Defendant), Gail J. Knight (Intervenor Defendant), Hak-Shing
   William Tam (Intervenor Defendant), Mark A. Jansson (Intervenor Defendant), Dennis
6  Hollingsworth (Intervenor Defendant), Martin F. Gutierrez (Intervenor Defendant)

7
   Josh Schiller
8  Boies Schiller & Flexner LLP
   575 Lexington Avenue
9  7th Floor
   New York, NY 10022
10 212-446-2300
   212-446-2350 (fax)
11 jischiller@bsfllp.com
   PRO HAC VICE
12 ATTORNEY TO BE NOTICED representing Jeffrey J. Zarrillo (Plaintiff), Paul T. Katami
   (Plaintiff), Sandra B. Stier (Plaintiff)
13

14 Alan Lawrence Schlosser
   ACLU Foundation of Northern California, Inc.
15 39 Drumm Street
   San Francisco, CA 94111
16 415-621-2493
   415-255-8437 (fax)
17 aschlosser@aclunc.org
   ATTORNEY TO BE NOTICED representing ACLU Foundation of Northern California
18 (Amicus),  Lavender Seniors of the East Bay (Intervenor Plaintiff), Our Family Coalition
   (Intervenor Plaintiff), Parents, Families, and Friends of Lesbians and Gays (Intervenor
19 Plaintiff)

20
   Christopher Francis Stoll
21 National Center for Lesbian Rights
   870 Market St, Suite 370
22 San Francisco, CA 94102
   415-392-6257
23 cstoll@nclrights.org
   ATTORNEY TO BE NOTICED representing National Center for Lesbian Rights
24 (Amicus), Parents, Families, and Friends of Lesbians and Gays (Intervenor Plaintiff),
   Lavender Seniors of the East Bay (Intervenor Plaintiff), Our Family Coalition
25 (Intervenor Plaintiff)

26

27

28

1  Andrew Walter Stroud
   Mennemeie Glassman & Stroud
2  980 9th Street, Suite 1700
   Sacramento, CA 95814-2736
3  (916)553-4000
4  stroud@mgslaw.com
   ATTORNEY TO BE NOTICED representing Arnold Schwarzenegger (Defendant),
5  Linette Scott (Defendant), Mark B. Horton (Defendant)

6  Amir Cameron Tayrani
   Gibson Dunn & Crutcher LLP
7  1050 Connecticut Ave NW, Ste 900
   Washington, DC 20036
8  202-887-3692
   ATayrani@gibsondunn.com
9  PRO HAC VICE
   ATTORNEY TO BE NOTICED representing Jeffrey J. Zarrillo (Plaintiff), Kristin M. Perry
10 (Plaintiff), Paul T. Katami (Plaintiff), Sandra B. Stier (Plaintiff)

11 David H. Thompson
   Cooper & Kirk PLLC
12 1523 New Hampshire Ave NW
   Washington, DC 20036
13 (202) 220-9600
14 dthompson@cooperkirk.com
   ATTORNEY TO BE NOTICED representing Proposition 8 Official Proponents
15 (Intervenor Defendant), ProtectMarriage.com - Yes on 8, A Project of California
   Renewal (Intervenor Defendant), Dennis Hollingsworth (Intervenor Defendant), Gail J.
16 Knight (Intervenor Defendant), Hak-Shing William Tam (Intervenor Defendant), Mark A.
   Jansson (Intervenor Defendant), Martin F. Gutierrez (Intervenor Defendant)
17
   Terry Lee Thompson
18 Terry L. Thompson, Attorney at Law
   P.O. Box 1346
19 Alamo, CA 94507
   925/855-1507
20 tl_thompson@earthlink.net
   ATTORNEY TO BE NOTICED representing Hak-Shing William Tam (Intervenor
21 Defendant)

22 Ilona Margaret Turner
   National Ctr for Lesbian Rights
23 870 Market St
   Suite 370
24 San Francisco, CA 94102
   415-392-6257
25 iturner@nclrights.org
26 ATTORNEY TO BE NOTICED representing National Center for Lesbian Rights
   (Amicus), Lavender Seniors of the East Bay (Intervenor Plaintiff), Our Family Coalition
27 (Intervenor Plaintiff), Parents, Families, and Friends of Lesbians and Gays (Intervenor
   Plaintiff)
28

1
2
3
4
5
6

Robert Henry Tyler
Advocates for Faith & Freedom
24910 Las Brisas Road
Suite 110
Murrieta, CA 92562
951-304-7583
951-600-4996 (fax)
rtyler@faith-freedom.com
ATTORNEY TO BE NOTICED representing Board of Supervisors of Imperial County
(Intervenor Defendant), County of Imperial of the State of California (Intervenor
Defendant), Isabel Vargas (Intervenor Defendant)

7
8
9
10
11
12

Theodore Hideyuki Uno
Boies Schiller & Flexner LLP
1999 Harrison St, Ste 900
Oakland, CA 94612
510-874-1000
tuno@bsfllp.com
PRO HAC VICE
ATTORNEY TO BE NOTICED representing Kristin M. Perry (Plaintiff), Paul T. Katami
(Plaintiff), Jeffrey J. Zarrillo (Plaintiff), Sandra B. Stier (Plaintiff)

13
14
15
16
17

Christine Van Aken
Office of the City Attorney
1390 Market St, 7th Floor
San Francisco, CA 94102
415-554-3875
415-554-3985 (fax)
christine.van.aken@sfgov.org
ATTORNEY TO BE NOTICED representing  City and County of San Francisco
(Amicus)

18
19
20
21
22

Judy Whitehurst
Office of County Counsel, County of Los Angeles
500 West Temple St
Los Angeles, CA 90012
(213) 974-1845
JWhitehurst@counsel.lacounty.gov
LEAD ATTORNEY
ATTORNEY TO BE NOTICED representing Dean C. Logan (Defendant)

23
24
25
26

Tobias Barrington Wolff
University of Pennsylvania Law School
3400 Chestnut Street
Philadelphia, PA 19104-6204
(215) 898-7471
PRO HAC VICE
ATTORNEY TO BE NOTICED representing  Equality California (Amicus)

27
28