J. HECTOR MORENO, JR., SBN 131970
AMY SMITH, SBN 246942
The Law Firm of J. Hector Moreno, Jr. & Associates
51 East Campbell Avenue, Suite 128
Campbell, CA 95008
(408) 370-6160

ATTORNEYS FOR PROPOSED *AMICUS CURIAE*
INSTITUTE FOR MARRIAGE AND PUBLIC POLICY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>Defendants,<br><br>and<br><br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. | CASE NO. 09-CV-2292 VRW<br><br>**MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* INSTITUTE FOR MARRIAGE AND PUBLIC POLICY**<br><br>Date:      To be Determined by the Court<br>Time:      To be Determined by the Court<br>Location:  Courtroom 6, 17th Floor<br>Judge:     Chief Judge Vaughn R. Walker<br><br>Trial Date: January 11, 2010 |

| | |
|---|---|
| 1 | KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL, |
| 2 | |
| 3 | |
| 4 | Defendants-Intervenors. |

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that *amicus curiae* INSTITUTE FOR MARRIAGE AND PUBLIC POLICY moves this Court for an order granting leave to participate as *amicus curiae* in the above-captioned case in support of Defendant-Intervenors. *Amicus curiae* has conferred with counsel for all parties. Tamar Pachter, Counsel for Defendant Attorney General Edmund G. Brown, Jr. consents to the filing of this motion, Judy W. Whitehurts, Counsel for Defendant Dean C. Logan Registrar-Recroder/County-Clerk, County of Los Angeles consents to the filing of this motion, Andrew W. Stroud, Counsel for the Administration-Defendants consents to the filing of this motion, and Charles Cooper, Counsel for the Defendant-Intervenors, consents to the filing of this motion. Claude F. Kolm, Attorney for Defendant Patrick O'Connell, Clerk Recorder of the County of Alameda is not taking an active role in the case, and therefore does not object the motion. Matthew McGill, Counsel for the Plaintiffs, Kristen M. Perry, *et al.* does not object to the motion for leave to file this brief but reserves the right to provide objection or consent to *amicus curiae's* brief upon its review. Therese M. Stewart, Counsel for Plaintiff-Intervenor City and County of San Francisco, reserves the right to consent or object to this motion for a later time.

**I.  STANDARD FOR MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE***

In a case whose legal issues have the potential of impacting parties beyond those directly involved, and when participation of *amicus curiae* can offer the Court additional information or analysis, the participation of such third parties is appropriate. *Sonoma Falls Devs., LLC v. Nev. Gold & Casinos, Inc.*, 272 F. Supp.2d 919, 925 (N.D. Cal. 2003). The Court has broad discretion to

permit third parties to participate in an action as *amicus curiae*. *Gerritsen v. de la Madrid Hurtado*, 819 F.2d 1511, 1514 n.3 (9th Cir. 1987).

## II. STATEMENT OF IDENTITY AND INTEREST OF *AMICUS CURIAE*

The Institute for Marriage and Public Policy (iMAPP) is a 501(c)(3) nonprofit, nonpartisan organization dedicated to high quality research and public education on ways that law and public policy can strengthen marriage as a social institution. Working with top scholars, public officials, and community leaders, iMAPP brings the latest research to bear on important policy questions, seeking to promote thoughtful, informed discussion of marriage and family policy at all levels of American government, academia, and civil society.

The Institute for Marriage and Public Policy is committed to advancing civil and thoughtful debate over the public purposes of marriage and our marriage laws. Accordingly, iMAPP is concerned by recent trends toward increasing hostility, intimidation and even violence surrounding the public debate over same-sex marriage.

By carefully documenting a wide-range of reprisals directed against people and groups who supported Proposition 8, iMAPP believes its brief will assist the Court as it considers some of the legal issues presented in this case.

## III. REASONS WHY AMICUS CURIAE'S EXPERTISE WILL BE BENEFICIAL TO THIS COURT

Since its inception in 2004, the iMAPP has been heavily involved in research and analysis regarding ways in which law and public policy can strengthen marriage as a social institution. Given the policy debates of the day, many of these issues have touched on same-sex unions, and iMAPP has served to facilitate thoughtful debate and discussion of controversial issues in both academic and popular contexts. The Institute for Marriage and Public Policy's experience in the marriage debate has provided it with a perspective on the Proposition 8 debate that we believe would be of value to this Court as it considers the legal arguments at issue here in their broader

cultural context.

## IV. CONCLUSION

Wherefore, the iMAPP requests this Court's leave to submit an *amicus curiae* brief in support of Defendant-Intervenors.

Date: January 8, 2010                THE LAW FIRM OF J. HECTOR MORENO, JR.
                                                                                    & ASSOCIATES

                                                                             By: /s/ J. Hector Moreno, Jr.
                                                                                         J. HECTOR MORENO, JR.