1  J. HECTOR MORENO, JR., SBN 131970
   AMY SMITH, SBN 246942
2  The Law Firm of J. Hector Moreno, Jr. & Associates
   51 East Campbell Avenue, Suite 128
3  Campbell, CA 95008
4  (408) 370-6160

5  ATTORNEYS FOR PROPOSED *AMICUS CURIAE*
   INSTITUTE FOR MARRIAGE AND PUBLIC POLICY

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>Defendants,<br><br>and<br><br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. | CASE NO. 09-CV-2292 VRW<br><br>**[PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* INSTITUTE OF MARRIAGE AND PUBLIC POLICY IN SUPPORT OF DEFENDANT-INTERVENORS**<br><br>Date: To be determined by the Court<br>Time: To be determined by the Court<br>Location: Courtroom 6, 17th Floor<br>Judge: Chief Judge Vaughn R. Walker<br><br>Trial Date: January 11, 2010 |

| | |
|---|---|
| 1<br>2<br>3<br>4 | KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,<br><br>        Defendants-Intervenors. |

GOOD CAUSE APPEARING, the Motion of *Amicus Curiae* INSTITUTE OF MARRIAGE AND PUBLIC POLICY for leave to file a brief in support of Defendant-Intervenors is hereby **GRANTED**.

Dated: _____, 2010.

                                            _____
                                            HON. VAUGHN R. WALKER
                                            UNITED STATES CHIEF DISTRICT JUDGE