1  J. HECTOR MORENO, JR., SBN 131970
2  AMY SMITH, SBN 246942
   The Law Firm of J. Hector Moreno, Jr. & Associates
3  51 East Campbell Avenue, Suite 128
   Campbell, CA 95008
4  (408) 370-6160

5  ATTORNEYS FOR PROPOSED *AMICUS CURIAE*
   INSTITUTE FOR MARRIAGE AND PUBLIC POLICY
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 KRISTIN M. PERRY, SANDRA B. STIER, PAUL       CASE NO. 09-CV-2292 VRW
   T. KATAMI, and JEFFREY J. ZARRILLO,
12                                                **BRIEF OF *AMICUS CURIAE***
                Plaintiffs,                       **INSTITUTE FOR MARRIAGE AND**
13                                                **PUBLIC POLICY IN SUPPORT OF**
                                                  **DEFENDANT-INTERVENORS**
14 CITY AND COUNTY OF SAN FRANCISCO,

15              Plaintiff-Intervenor,             Date:     To be determined.
                                                  Time:     To be determined.
16 v.                                             Location: Courtroom 6, 17th Floor
                                                  Judge:    Chief Judge Vaughn R. Walker
17 ARNOLD SCHWARZENEGGER, in his official
   capacity as Governor of California; EDMUND G.  Trial Date: January 11, 2010
18 BROWN, JR., in his official capacity as Attorney
   General of California; MARK B. HORTON, in his
19 official capacity as Director of the California
   Department of Public Health and State Registrar of
20 Vital Statistics; LINETTE SCOTT, in her official
   capacity as Deputy Director of Health Information
21 & Strategic Planning for the California Department
   of Public Health; PATRICK O'CONNELL, in his
22 official capacity as Clerk-Recorder for the County of
   Alameda; and DEAN C. LOGAN, in his official
23 capacity as Registrar-Recorder/County Clerk for
   the County of Los Angeles,
24
                Defendants,
25
26 and

27 PROPOSITION 8 OFFICIAL PROPONENTS
28 DENNIS HOLLINGSWORTH, GAIL J. KNIGHT,

1
2
3
4

MARTIN F. GUTIERREZ, HAK-SHING
WILLIAM TAM, and MARK A. JANSSON; and
PROTECTMARRIAGE.COM – YES ON 8, A
PROJECT OF CALIFORNIA RENEWAL,

     Defendants-Intervenors.

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **TABLE OF CONTENTS**

TABLE OF SOURCES CITED................................................................................ i-ix

INTEREST OF *AMICUS CURIAE* ...................................................................... 1

INTRODUCTION .............................................................................................. 1

REPRISALS AGAINST PROP 8 SUPPORTERS.................................................. 2

UNDERSTANDING THE ANIMOSITY SURROUNDING SUPPORT FOR PROP 8 .......... 14

CONCLUSION.................................................................................................. 15

1

# **TABLE OF SOURCES CITED**

2

3    **Litigation Materials**

4    Perry v. Schwarzenegger, No. 3:09-cv-2292-VRW

5    Declaration of Ronald Prentice in Support of Defendant-Intervenors' Motion
for a Protective Order, Perry v. Schwarzenegger, No. 3:09-cv-2292-VRW
6    (No. 187-2) (Sep. 15, 2009).........................................................................................8

7    Declaration of Sarah Troupis in Support of Defendant-Intervenors' Motion for a Protective
Order, Perry v. Schwarzenegger, No. 3:09-cv-2292-VRW (No. 187-13) (N.D. Cal. Sep. 15,
8    2009). ...............................................................................................................................2

9
Declaration of Frank Schubert in Support of Defendant-Intervenors' Motion for a Protective
10   Order, Perry v. Schwarzenegger, No. 3:09-cv-2292-VRW (No. 187-9) (N.D. Cal. Sep. 15,
2009). ......................................................................................................................3, 4, 6
11

12   Declaration of Hak-Shing William Tam in Support of Defendant-Intervenors' Motion for a
Protective Order, Perry v. Schwarzenegger, No. 3:09-CV-2292-VRW (No. 187-12) (Sep. 15,
13   2009).............................................................................................................................11

14   Letter from Charles J. Cooper to Hon. Chief Judge Walker at 7, Perry v. Schwarzenegger, No.
3:09-cv-2292-VRW (No. 324) (Dec. 28, 2009). .........................................................3
15

16   ProtectMarriage.com v. Bowen, No. 2:09-cv-00058

17   Declaration of John Doe 1 in Support of Plaintiffs' Motion for Preliminary Injunction,
ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. Jan. 15, 2009).........................5
18

19   Declaration of John Doe 2 in Support of Plaintiffs' Motion for Preliminary Injunction,
ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. Jan. 15, 2009) ........................7
20

21   Declaration of John Doe 4 in Support of Plaintiffs' Motion for Preliminary Injunction,
ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. Jan. 15, 2009) ........................6

22   Declaration of John Doe 10 in Support of Plaintiffs' Motion for Summary Judgment,
23   ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009) ........................6

24   Declaration of John Doe 11 in Support of Plaintiffs' Motion for Summary Judgment,
ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009)..........................2
25

26   Declaration of John Doe 12 in Support of Plaintiffs' Motion for Summary Judgment,
ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009)..........................2

27

28                                                      i

Declaration of John Doe 13 in Support of Plaintiffs' Motion for Summary Judgment, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009)...................2, 5, 7

Declaration of John Doe 14 in Support of Plaintiffs' Motion for Summary Judgment, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009).......................2, 3

Declaration of John Doe 16 in Support of Plaintiffs' Motion for Summary Judgment, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009)...........................7

Declaration of John Doe 20 in Support of Plaintiffs' Motion for Summary Judgment, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009)...........................7

Declaration of John Doe 23 in Support of Plaintiffs' Motion for Summary Judgment, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009).......................4, 6

Declaration of John Doe 24 in Support of Plaintiffs' Motion for Summary Judgment, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009)...........................3

Declaration of John Doe 25 in Support of Plaintiffs' Motion for Summary Judgment, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009)...........................3

Declaration of John Doe 26 in Support of Plaintiffs' Motion for Summary Judgment, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009)...........................5

Declaration of John Doe 28 in Support of Plaintiffs' Motion for Summary Judgment, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009)...........................5

Declaration of John Doe 31 in Support of Plaintiffs' Motion for Summary Judgment, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009)...........................3

Declaration of John Doe 33 in Support of Plaintiffs' Motion for Summary Judgment, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009)...........................5

Declaration of John Doe 41 in Support of Plaintiffs' Motion for Summary Judgment, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009)...........................5

Declaration of John Doe 45 in Support of Plaintiffs' Motion for Summary Judgment, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009).......................4, 5

Declaration of John Doe 47 in Support of Plaintiffs' Motion for Summary Judgment, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009).......................4, 5

Declaration of John Doe 51 in Support of Plaintiffs' Motion for Summary Judgment, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009)...........................6

Declaration of John Doe 53 in Support of Plaintiffs' Motion for Summary Judgment,

ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009)...........................5

Declaration of John Doe 54 in Support of Plaintiffs' Motion for Summary Judgment,
ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009)...........................6

Declaration of John Doe 56 in Support of Plaintiffs' Motion for Summary Judgment,
ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009).........................5

Plaintiffs' Statement of Undisputed Facts in Support of Motion for Summary Judgment,
ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009)......................4, 6

Other Cases

Brief of *Amicus Curiae* Alliance Defense Fund in Support of Appellant, Citizens
United v. FEC, No. 08-205 (U.S. Jan. 15, 2009)........................................................2

Brief of The Cato Institute et al. as *Amici Curiae* in Support of Petitioners, Independence
Institute v. Buescher, No. 09-265 (U.S. Oct. 5, 2009)................................................2

Brief of The Institute for Justice as *Amicus Curiae* in Support of Appellant, Citizens
United v. FEC, No. 08-205 (U.S. Jan. 2009)..............................................................2

Petition for Writ of Certiorari, Protect Marriage Washington v. Reed, No. 09-559
(U.S. Nov. 6, 2009)....................................................................................................2

Plaintiffs' Memorandum in Support of Motion for Summary Judgment at 8,
ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009)...........................2

Reply Brief for Appellant at 28-29, Citizens United v. FEC, No. 08-205
(U.S. Mar. 17, 2009)..................................................................................................5

**Written News Sources**

Aaron Bruner, *Prop 8 Supporters Face Sign Theft, Vandalism*, THE CALIFORNIA
AGGIE, Oct. 29, 2008, *available at* http://theaggie.org/article/1747 ..............................2

*Activists Target Mormons for Gay-Marriage Ban's Success in California*,
FOXNews.com, Dec. 1, 2008, *available at*
http://www.foxnews.com/printer_friendly_story/0,3566,459544,00.html.................................8

Adrienne S. Gaines, *Radical Gay Activists Seek to Intimidate Christians*,
CHARISMA MAG., Nov. 19, 2008, *available at*
http://www.charismamag.com/index.php/news/19444. ...............................................4

Alison Stateman, *What Happens If You're on Gay Rights' 'Enemies List'*, TIME,
Nov. 15, 2008, *available at*

iii

http://www.time.com/time/nation/article/0,8599,1859323,00.html. .......................................10

Amanda Perez, *Prop 8 Death Threats*, KFSN-TV, Oct. 31, 2008,
http://abclocal.go.com/kfsn/story?section=news/local&id=6479861. ......................................11

*Anger over Prop. 8 Erupts in San Francisco*, KTVU, Nov. 14, 2008,
www.ktvu.com/print/17986914/detail.html. ...........................................................................12

Barbara Giasone, *Vandals Spray Paint Signs in Downtown Fullerton*, ORANGE
COUNTY REG., Oct. 20, 2008, *available at*
http://www.ocregister.com/articles/macdonald-one-police-2200383-paint-vandals....................3

Ben Winslow, *Powder Scares at 2 LDS Temples, Catholic Plant*, DESERET NEWS,
Nov. 14, 2008, *available at*
http://deseretnews.com/article/content/mobile/1,5620,705262822,00.html?printView=true ....10

Ben Winslow, *FBI to Run More Tests on Mystery Substance Mailed to LDS Church*,
DESERET NEWS, Nov. 18, 2008, *available at*
http://www.deseretnews.com/article/1,5143,705263982,00.html .............................................11

Bill Ainsworth, *Gay Rights Groups to Boycott Manchester Grand Hyatt: Owner Donated
to Proposition 8*, SAN DIEGO UNION-TRIBUNE, July 10, 2008,
http://weblog.signonsandiego.com/news/metro/20080710-9999-1m10boycott.html ................13

Bob Banfield, *Neighborhood Vandalized Over Prop 8*, KABC-TV, Oct. 31, 2008,
http://abclocal.go.com/kabc/story?section=news/local/inland_empire&id=6482810&pt=print..3

*Book of Mormon Set Ablaze on Church Door Step*, KMGH, Nov. 12, 2008,
http://www.thedenverchannel.com/news/17964575/detail.html ...............................................11

Brad Stone, *Prop 8 Donor Web Site Shows Disclosure Law Is 2-Edged Sword*,
N.Y. TIMES, Feb. 8, 2009, *available at*
http://www.nytimes.com/2009/02/08/business/08stream.html ................................................2, 5

Catholic News Agency, *Attack Outside of Catholic Church Part of 'Wave of Intimidation,'
Says Yes on 8*, Oct. 15, 2008, http://www.catholicnewsagency.com/new.php?n=14069...........12

Chelsea Phua, *Mormon Church in Orangevale Vandalized in Wake of Prop. 8 Vote*,
SACRAMENTO BEE, Nov. 9, 2008......................................................................................................4

Colleen Raezler, *O'Reilly Alone Reports Gay Attack on Christians*, CULTURE AND MEDIA
INSTITUTE, Nov. 19, 2008,
http://www.cultureandmediainstitute.org/printer/2008/20081119181938.aspx ..........................12

David Boies, *Gay Marriage and the Constitution*, WALL ST. J., July 20, 2009, *available
at* http://online.wsj.com/article/SB124804515860263587.html................................................14

iv

Editorial, *Prop. 8's Battle Lessons*, L.A. TIMES, Nov. 11, 2008, *available at* http://www.latimes.com/news/opinion/editorials/la-ed-marriage11-2008nov11,0,3352846.story .......................................................................................................................8

Editorial, *Prop. 8—Boycott, or Blacklist?*, L.A. TIMES, Dec. 10, 2008, *available at* http://www.latimes.com/news/opinion/editorials/la-ed-boycott10-2008dec10,0,2703213.story .......................................................................................................................13

Erin Gorski, *Anger Over Gay Marriage Vote Directed at Mormons*, USA TODAY, Nov. 13, 2008, *available at* http://www.usatoday.com/news/religion/2008-11-13-Mormon-gay-marriage_N.htm ....................................................................................................9

Gale Holland, *Student sues L.A. City College district over gay-marriage speech*, L.A. TIMES, Feb. 16, 2009, *available at* http://articles.latimes.com/2009/feb/16/local/me-speech16 .......................................................................................................................7

Gregg Goldstein, *Richard Raddon Resigns Post*, HOLLYWOOD REPORTER, Nov. 25, 2008, *available at* http://www.hollywoodreporter.com/hr/content_display/news/e3ia4d7c75ed209875b1e63b36a5c 025f44?pn=1 ............................................................................................................13

*Heated Gay Marriage Debate Playing out in SJ Yard*, CBS 5, Oct. 20, 2008, http://cbs5.com/local/gay.marriage.sign.2.844943.html..............................................6

James Rasmussen, *Prop. 8 foes plan protest at Long Beach Hyatt*, WHITTIER DAILY NEWS, May 12, 2009, *available at* http://www.whittierdailynews.com/california/ci_12355993..........13

Jennifer Garza, *Feds Investigate Vandalism at Mormon Sites*, SACRAMENTO BEE, Nov. 14, 2008 ..............................................................................................................4

Jennifer Garza, *Protests over Proposition 8 Outcome Getting Personal*, DESERET NEWS, Nov. 13, 2008, *available at* http://deseretnews.com/article/content/mobile/1,5620,705262671,00.html .......................................................................................................................11

Jesse McKinley, *Donors against gay marriage want to be anonymous*, N.Y. TIMES, Jan. 19, 2009, *available at* http://www.nytimes.com/2009/01/19/world/americas/19iht-letter.1.19482325.html............................................................................................5

Jesse McKinley, *Theater Director Resigns Amid Gay-Rights Ire*, N.Y. TIMES, Nov. 12, 2008, *available at* http://www.nytimes.com/2008/11/13/theater/13thea.html .....................................13

Jim Carlton, *Gay Activists Boycott Backers of Prop 8*, WALL ST. J., Dec. 27, 2008, *available at* http://sec.online.wsj.com/article/SB123033766467736451.html ..........................................8

John Diaz, *The Ugly Backlash Over Proposition 8*, S.F. CHRON., Nov. 23, 2008, *available at* http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2008/11/23/INOQ147155.DTL. .....................6

v

John R. Lott, Jr. & Bradley Smith, Op-Ed, *Donor Disclosure Has Its Downsides: Supporters of California's Prop. 8 Have Faced a Backlash*, WALL ST. J., Dec. 26, 2008, *available at* http://online.wsj.com/article/SB123025779370234773.html ...............................13

John-Thomas Kobos, *Proposition 8 Email Threats*, KFSN-TV, Nov. 7, 2008, http://abclocal.go.com/kfsn/story?section=news/local&id=6494921 ........................................11

Karen Grigsby Bates, *Backers of Calif. Gay Marriage Ban Face Backlash*, NPR, Mar. 5, 2009, *available at* http://www.npr.org/templates/story/story.php?storyId=101460517 ........................................13

Kathryn Lopez, *Mormons in the Crosshairs*, TOWNHALL.COM, Nov. 26, 2008, http://townhall.com/columnists/KathrynLopez/2008/11/26/mormons_in_the_crosshairs...........8

Kevin Clerici, *Prop. 8 Foes Aim Their Ire at Lassen's Stores*, VENTURA COUNTY STAR, Nov. 19, 2008, *available at* http://www.vcstar.com/news/2008/nov/19/prop-8-foes-aim-their-ire-at-local-lassens/ ............13

Maggie Gallagher, *Above the Hate*, REAL CLEAR POLITICS, Nov. 26, 2008, http://www.realclearpolitics.com/articles/2008/11/above_the_hate.html ................................8

Martin Wisckol, *Prop. 8 Leaders Accuse Foes of Harassment, Intimidation*, ORANGE COUNTY REG., Nov. 14, 2008, *available at* http://www.ocregister.com/common/printer/view.php?db=ocregister&id=197239 .................13

Matthai Kuruvila, *Mormons Face Flak for Backing Prop. 8*, S.F. CHRON., Oct. 27, 2008, *available at* http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2008/10/27/BAP113OIRD.DTL ...................6

Matthew T. Hall, *Hotelier Manchester Offering $125,000 to Gay, Lesbian Groups*, SAN DIEGO UNION-TRIB., May 9, 2009, *available at* http://www3.signonsandiego.com/stories/2009/may/09/1m9doug021135-hotelier-manchester-offering-125000-/................................................................................................................13

Maureen Mullarkey, *The New Blacklist*, WEEKLY STAND., Mar. 16, 2009, *available at* http://www.weeklystandard.com/Content/Public/Articles/000/000/016/252zsbwa.asp?pg=2 ........................................................................................................................................6

Maurine Jensen Proctor, *The Hypocrisy of the Tolerance Movement*, MERIDIAN MAG., *available at* http://www.meridianmagazine.com/familyleadernetwork/081114tolerance.html ......................9

Meredith May, *Vandals Desecrate Pro-Gay Catholic Church*, S.F. CHRON., Jan. 6, 2009, *available at* http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2009/01/06/BA5B1540PH.DTL.....................3

vi

Nancy Dillon, *Artist Draws Gays' Ire for Same-Sex Nups Ban Support*, DAILY NEWS, Feb. 3, 2009, *available at* http://www.nydailynews.com/lifestyle/2009/02/03/2009-02-03_artist_draws_gays_ire_for_samesex_nups_b.html ......................6

*Prop. 8 Anger Spurs Donor Blacklists*, CBS News, Nov. 13, 2008, http://www.cbsnews.com/stories/2008/11/13/eveningnews/main4601227.shtml ...................13

Pamela Hale-Burns, *Prop. 8 Protest Mostly Peaceful Despite 15 Arrests*, LONG BEACH PRESS-TELEGRAM, Nov. 8, 2008, *available at* http://www.presstelegram.com/search/ci_10938555 ...................9

*Prop. 8 Passage Spawns Protests, Violence and Vandalism*, CHRISTIAN EXAMINER, Dec. 2008, *available at* http://www.christianexaminer.com/Articles/Articles%20Dec08/Art_Dec08_09.html ..........................................................................................................................2

*Prop 8 Protestors Vandalize Church*, KGO-TV, Jan. 4, 2009, http://abclocal.go.com/kgo/story?section=news/local/san_francisco&id=6584961 .................3

*Prop. 8 Opponents Protest Ice Cream Parlor*, KCRA, Nov. 17, 2008, http://www.kcra.com/politics/17994183/detail.html ...................13

Rachel Abramowitz &Tina Daunt, *Prop. 8 Rifts Put Industry on Edge*, L.A. TIMES, Nov. 23, 2008, *available at* http://articles.latimes.com/2008/nov/23/entertainment/et-shunned23 ..........13

Rob McMillan, *Anti-Prop 8 Vandals Hit Alta Loma Home*, KABC-TV, Oct. 28, 2008, http://abclocal.go.com/kabc/story?section=news/local/inland_empire&id=6470557&pt=print ..........................................................................................................................3

*Same-sex Marriage Rallies Stretch Across Nation*, CNN, Nov. 16, 2008, http://www.cnn.com/2008/US/11/15/same.sex.marriage/index.html ...................9

Salvador Hernandez, *Prop. 8 Sign-Stealing Ignites Free Speech Debate*, ORANGE COUNTY REG., Oct. 30, 2008. ...................4

Seth Hemmelgarn, *Prop 8 Fight Gets Ugly on Both Sides*, BAY AREA REPORTER, Oct. 16, 2008, *available at* http://www.ebar.com/news/article.php?sec=news&article=3403 ...................12

*Several Gay Marriage Ban Protesters Arrested in Clashes with Police in California*, FOXNEWS, Nov. 6, 2008, http://www.foxnews.com/story/0,2933,447744,00.html...................9

Steve Lopez, *Prop. 8 Stance Upends her Life*, L.A. TIMES, Dec. 14, 2008, *available at* http://articles.latimes.com/2008/dec/14/local/me-lopez14. ...................13

*Student Leaders Face Recall Over Prop. 8*, KCRA SACRAMENTO, Oct. 21, 2008, http://www.kcra.com/news/17768622/detail.html...................13

Tami Abdollah, *L.A. Mormon Temple Closed After Suspicious Envelope Arrives in Mail*, L.A. TIMES, Nov. 14, 2008, *available at* http://www.latimes.com/news/local/la-me-mormon14-2008nov14,0,7206616.story?track=rss ..................................................................10

Tami Abdollah & Cara Mia DiMassa, *Prop. 8 Foes Shift Attention*, L.A. TIMES, Nov. 14, 2008, *available at* http://articles.latimes.com/2008/nov/14/local/me-boycott14 ....................................13

Tony Cochran, *Rally Against Prop H8: Manchester Grand Hyatt*, INDYMEDIA, Nov. 18, 2008, http://www.indybay.org/newsitems/2008/11/18/18552103.php ......................13

*Vandals Arrange Prop. 8 Signs into Swastika*, KCAL-9, Nov. 7, 2008, http://cbs2.com/local/Proposition.8.Vandalism.2.859176.html .....................................4

*Vandals Egg Downtown Fresno Church*, KFSN-TV, Oct. 28, 2008, http://abclocal.go.com/kfsn/story?section=news/local&id=6473251&pt=print .........................4

*Vandals Strike Prop 8 Homes in SJ*, KGO-TV, Oct. 27, 2008, http://abclocal.go.com/kgo/story?section=news/local/south_bay&id=6472609&pt=print..........3

*Vandals Target Prop 8 Supporters in NorCal*, KCAL-9, Oct. 28, 2008, http://cbs2.com/local/Proposition.8.Vandalism.2.850469.html .....................................4

William M. Welch, *Prop 8 Foes Turn to 'Blacklist' Tactics*, USA TODAY, Dec. 21, 2008, *available at* http://www.usatoday.com/news/nation/2008-12-21-blacklist_N.htm...................13

Wyatt Buchanan, *Prop. 8 Protests Could Become National Movement*, S.F. CHRON., Nov. 15, 2008, *available at* http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2008/11/15/MNF0144O0P.DTL ...........................................................9

**Videos**

*CBS 13 News: Vandals Target Mormon Church in Orangevale* (television broadcast Nov. 7, 2008), http://www.cbs13.com/video/?id=42005@kovr.dayport.com .............................4

*CBS 2, Mayor, Pastor Receive Death Threats Over Prop 8* (television broadcast Oct. 31, 2008), http://cbs2.com/video/?id=81887@kcbs.dayport.com ......................................11

Youtube online video: Christians Assaulted in San Francisco (posted by publicfreedom Nov. 20, 2008), http://www.youtube.com/watch?v=nTuqXiHzZtk............................................12

Youtube online video: Gay Activist Attacks Female Christian Missionary In SF (Fox News television broadcast of Bill O'Reilly news report on this story posted by DPS72 on Nov. 21, 2008), http://www.youtube.com/watch?v=TqCXONxwqPs&NR=1 ....................12

viii

Youtube online video: Gay Marriage Mormon Church Protest NYC (posted by Gllafc, Nov. 14, 2008), http://www.youtube.com/watch?v=PvdDoLeFXh0&feature=related ...............9

Youtube online video: Home Invasion: Vote No on Prop 8 (posted by CourageCampaign, Oct. 31, 2008), http://www.youtube.com/watch?v=q28UwAyzUkE .........................................8

Youtube online video: Mormon Temple Los Angeles —Target of Gay Anger & Mob—LGBT Protest—Join the Impact LA (posted by Vintageyellow71, Nov. 7, 2008), http://www.youtube.com/watch?v=GxagcNFyHyc&feature=related ..........................................9

Youtube online video: No on Prop 8 Protest at Mormon Church, Front Gate 11/6/08 (posted by MarcoMoonTV, Nov. 6, 2008), http://www.youtube.com/watch?v=P4m5yUhrXj0&feature=related..........................................9

Youtube online video: Palm Springs Prop 8 Rally Turns Ugly (posted by PSConfidential, Apr. 30, 2009), http://www.youtube.com/watch?v=znXHJQSX78o ........................................12

**Other Sources**

Memorandum from Kathryn Kolbert, President, People For the American Way Foundation, to Progressive Allies and Journalists (Nov. 7, 2008), *available at* http://site.pfaw.org/site/PageServer?pagename=issues_equality_prop_8_memo.....................10

Posting of Anthony Sorci to Sacto 9-1-1, *Arrests made in Roseville after Yes on Proposition 8 signs found in car*, , Oct. 28, 2008, http://www.sacbee.com/static/weblogs/crime/archives/2008/10/post-13.html ...........................4

Posting of Pam Spaulding to www.pamshouseblend.com, http://www.pamshouseblend.com/showDiary.do?diaryId=8077 (Nov. 7, 2008, 16:15:00 PM EST) ........................................................................................................10

Posting of Rod to rodonline.typepad.com/, http://rodonline.typepad.com/rodonline/2008/11/n-word-and-raci.html (Nov. 7, 2008, 12:34 EST).......................................................................10

Posting of Wayne Besen to www.truthwinsout.org, http://www.truthwinsout.org/blog/truth-wins-out-condemns-racial-intolerance-within-the-lgbt-community-following-proposition-8-defeat/ (Nov. 7, 2008)..............................................................................................10

Press Release, Alliance Defense Fund, "Calif. Professor to Student: 'Ask God What Your Grade Is,'" Feb. 12, 2009, *available at* http://www.alliancedefensefund.org/news/pressrelease.aspx?cid=4823....................................7

THOMAS M. MESSNER, THE PRICE OF PROP 8, HERITAGE FOUNDATION BACKGROUNDER, No. 2328 (Oct. 22, 2009), *available at* http://www.heritage.org/research/family/bg2328.cfm..............................................................1

## INTEREST OF *AMICUS CURIAE*

The Institute for Marriage and Public Policy (iMAPP) is a 501(c)(3) nonprofit, nonpartisan organization dedicated to high quality research and public education on ways that law and public policy can strengthen marriage as a social institution. Working with top scholars, public officials, and community leaders, iMAPP brings the latest research to bear on important policy questions, seeking to promote thoughtful, informed discussion of marriage and family policy at all levels of American government, academia, and civil society.

The Institute for Marriage and Public Policy is committed to advancing civil and thoughtful debate over the public purposes of marriage and our marriage laws. Accordingly, iMAPP is concerned by recent trends toward increasing hostility, intimidation and even violence surrounding the public debate over same-sex marriage.

By carefully documenting a wide range of reprisals directed against people and groups who supported Proposition 8, iMAPP believes this brief will assist the Court as it considers some of the legal issues presented in this case.

## INTRODUCTION

Support for Proposition 8 has come with a heavy price for many individuals and institutions who think that marriage should be recognized as the union of husband and wife in California.[1] Publicly available sources show that expressions of support for Prop 8 have generated a range of reprisals, including harassment, intimidation, vandalism, racial scapegoating, blacklisting, loss of employment, economic hardships, angry protests, violence, at least two death threats, and gross

---

[1]Much of the information and many of the incidents documented in this brief have been set forth in a report previously published by The Heritage Foundation. *See* THOMAS M. MESSNER, THE PRICE OF PROP 8, HERITAGE FOUNDATION BACKGROUNDER, NO. 2328 (Oct. 22, 2009), *available at* http://www.heritage.org/research/family/bg2328.cfm. Restatements of parts of that report in this (Continued)

1

expressions of anti-religious bigotry.[2] Although many reprisals have likely gone unreported,[3] published news stories and other sources provide some sense of what the New York Times has called the "ugly specter of intimidation" that many individuals and institutions have faced for supporting Prop 8.[4]

## REPRISALS AGAINST PROP 8 SUPPORTERS

Many reports of hostility toward Prop 8 supporters involve acts of vandalism.[5] For example, several Prop 8 supporters have had their cars vandalized.[6] "One supporter had his automobile keyed

---

(Cont'd)
brief are with permission of Thomas M. Messner and The Heritage Foundation.

[2] The phenomenon of intimidation and reprisals being directed against Prop 8 supporters has been cited in other federal court proceedings, including proceedings in the U.S. Supreme Court. *See, e.g.*, Petition for Writ of Certiorari, Protect Marriage Washington v. Reed, No. 09-559 (U.S. Nov. 6, 2009), Brief of The Cato Institute et al. as *Amici Curiae* in Support of Petitioners at 14-16, Independence Institute v. Buescher, No. 09-265 (U.S. Oct. 5, 2009); Reply Brief for Appellant at 28-29, Citizens United v. FEC, No. 08-205 (U.S. Mar. 17, 2009); Brief of *Amicus Curiae* Alliance Defense Fund in Support of Appellant at 17-22, Citizens United v. FEC, No. 08-205 (U.S. Jan. 15, 2009); Brief of The Institute for Justice as *Amicus Curiae* in Support of Appellant at 13, Citizens United v. FEC, No. 08-205 (U.S. Jan. 2009); Plaintiffs' Memorandum in Support of Motion for Summary Judgment at 8, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009).

[3] *See* Declaration of Sarah Troupis in Support of Defendant-Intervenors' Motion for a Protective Order, Perry v. Schwarzenegger, No. 3:09-cv-2292-VRW (No. 187-13) (N.D. Cal. Sep. 15, 2009) (stating that some individuals who had suffered incidents of harassment and threats for supporting traditional marriage "were unwilling to submit declarations because of the fear that, despite the protective order, their names would become public knowledge and they would be subject to further threats and harassment"); *cf.* Letter from Charles J. Cooper to Hon. Chief Judge Walker at 7, Perry v. Schwarzenegger, No. 3:09-cv-2292-VRW (No. 324) (Dec. 28, 2009) (stating that "some potential witnesses have indicated that they will not be willing to testify at all if the trial is broadcast or webcast beyond the courthouse").

[4] Brad Stone, *Prop 8 Donor Web Site Shows Disclosure Law Is 2-Edged Sword*, N.Y. TIMES, Feb. 8, 2009, *available at* http://www.nytimes.com/2009/02/08/business/08stream.html.

[5] *See* Declaration of John Doe 11 in Support of Plaintiffs' Motion for Summary Judgment, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009) (senior citizen who placed a pro-Prop-8 bumper sticker on her car had her car's rear window smashed in); *Prop. 8 Passage Spawns Protests, Violence and Vandalism*, CHRISTIAN EXAMINER, Dec. 2008 (elderly couple who put a Yes on 8 sign in their yard had a block thrown through their window), *available at* http://www.christianexaminer.com/Articles/Articles%20Dec08/Art_Dec08_09.html.

[6] *See, e.g.*, Declaration of John Doe 12 in Support of Plaintiffs' Motion for Summary Judgment, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009) (woman with a "One (Continued)

2

with a swastika and the words, 'gay sex is love,' scratched into the paint down to the raw metal."[7]

Other supporters had Yes on Prop 8 bumper stickers scraped or ripped off their vehicles or

defaced.[8] Some individuals found their homes and other property vandalized with spray paint.[9]

Vandals also targeted houses of worship. For example, swastikas and other graffiti were

scrawled on the walls of the Most Holy Redeemer Catholic Church in San Francisco, even though

the parish was known widely as being "gay-friendly."[10] Signs supporting Prop 8 were twisted into a

(Cont'd)
Man, One Woman" bumper sticker had her car keyed and tires deflated while she was in a grocery store); Declaration of John Doe 13 in Support of Plaintiffs' Motion for Summary Judgment, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009) (Prop 8 supporter who put stickers on her car reported that her car was keyed, leaving a gash about 27 inches long); Declaration of John Doe 14 in Support of Plaintiffs' Motion for Summary Judgment, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009) (man who placed signs in his yard and stickers on his cars and motorbike had his car egged, floured, and honeyed twice, his motorbike pushed over, and bumper stickers scraped off the back glass windows of his cars); *see also* Aaron Bruner, *Prop 8 Supporters Face Sign Theft, Vandalism*, THE CALIFORNIA AGGIE, Oct. 29, 2008, *available at* http://theaggie.org/article/1747.
[7]Declaration of Frank Schubert in Support of Defendant-Intervenors' Motion for a Protective Order, Perry v. Schwarzenegger, No. 3:09-cv-2292-VRW (No. 187-9) (N.D. Cal. Sep. 15, 2009).
[8]*See* Declaration of John Doe 24 in Support of Plaintiffs' Motion for Summary Judgment, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009) (bumper sticker ripped off); Declaration of John Doe 25 in Support of Plaintiffs' Motion for Summary Judgment, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009) (bumper sticker ripped off); Declaration of John Doe 31 in Support of Plaintiffs' Motion for Summary Judgment, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009) (bumper sticker was defaced by changing "Yes on 8" to "No on 8").
[9]*See* Declaration of John Doe 14, *supra* note 6 (man who placed signs in his yard and stickers on his cars and motorbike had his home egged and floured three times); Bob Banfield, *Neighborhood Vandalized Over Prop 8*, KABC-TV, Oct. 31, 2008, http://abclocal.go.com/kabc/story?section=news/local/inland_empire&id=6482810&pt=print; Rob McMillan, *Anti-Prop 8 Vandals Hit Alta Loma Home*, KABC-TV, Oct. 28, 2008, http://abclocal.go.com/kabc/story?section=news/local/inland_empire&id=6470557&pt=print; *Vandals Target Prop 8 Supporters in NorCal*, KCAL-9, Oct. 28, 2008, http://cbs2.com/local/Proposition.8.Vandalism.2.850469.html; *Vandals Strike Prop 8 Homes in SJ*, KGO-TV, Oct. 27, 2008, http://abclocal.go.com/kgo/story?section=news/local/south_bay&id=6472609&pt =print; Barbara Giasone, *Vandals Spray Paint Signs in Downtown Fullerton*, ORANGE COUNTY REG., Oct. 20, 2008, *available at* http://www.ocregister.com/articles/macdonald-one-police-2200383-paint-vandals.
[10]Meredith May, *Vandals Desecrate Pro-Gay Catholic Church*, S.F. CHRON., Jan. 6, 2009, (Continued)

3

1    swastika at Our Lady of Perpetual Help Catholic Church in Riverside.[11] Ten Mormon church

2    buildings in the Sacramento region were vandalized in the first week after Prop 8 passed.[12]

3        In addition, reports of Yes on Prop 8 signs being defaced, damaged, dislocated, or stolen are

4    almost too numerous to track reliably.[13] Evidence submitted in this case refers to "video footage of

5    roaming bands of thieves stealing hundreds of [Prop 8] signs and then displaying them as if they

6

7    were a trophy."[14] Prop 8 supporters who replaced stolen signs often had their signs stolen again.[15]

8    (Cont'd)
     *available at* http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2009/01/06/BA5B1540PH.DTL. *See
9    also Prop 8 Protestors Vandalize Church*, KGO-TV, Jan. 4, 2009,
     http://abclocal.go.com/kgo/story?section=news/local/san_francisco&id=6584961.
10   [11]*See Vandals Arrange Prop. 8 Signs into Swastika*, KCAL-9, Nov. 7, 2008,
     http://cbs2.local/Proposition.8.Vandalism.2.859176.html; Chelsea Phua, *Mormon Church in
11   Orangevale Vandalized in Wake of Prop. 8 Vote*, SACRAMENTO BEE, Nov. 9, 2008.
     [12]*See* Jennifer Garza, *Feds Investigate Vandalism at Mormon Sites*, SACRAMENTO BEE, Nov. 14,
12   2008; *see also* Declaration of John Doe 23 at 2, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058
     (E.D. Cal. June 3, 2009) (orange paint used to vandalize a statue of the Virgin Mary outside one
13   church); *Vandals Egg Downtown Fresno Church*, KFSN-TV, Oct. 28, 2008 (offices at church were
     egged), http://abclocal.go.com/kfsn/story?section=news/local&id=6473251&pt=print; Adrienne S.
14   Gaines, *Radical Gay Activists Seek to Intimidate Christians*, CHARISMA MAG., Nov. 19, 2008
     (Assembly of God Church in San Luis Obispo was egged and toilet-papered and a Mormon church
15   had an adhesive poured onto a doormat and keypad), *available at*
     http://www.charismamag.com/index.php/news/19444; *id.* (heavy object wrapped with a Yes on 8
16   sign used to smash the window of a pastor's office at Messiah Lutheran Church in Downey); *CBS
     13 News: Vandals Target Mormon Church in Orangevale* (television broadcast Nov. 7, 2008)
17   (video footage showing vandalism of a Mormon church in Orangevale),
     http://www.cbs13.com/video/?id=42005@kovr.dayport.com.
18   [13]See, for example, the summaries of declarations submitted by John Does 13, 14, 16, 18, 20, 22,
     24, 25, 26, 31, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 55, 57, and 58 in
19   *ProtectMarriage.com v. Bowen*. The summaries are provided in Plaintiffs' Statement of Undisputed
     Facts in Support of Motion for Summary Judgment, ProtectMarriage.com v. Bowen, No. 2:09-cv-
20   00058 (E.D. Cal. June 3, 2009) (Appendix B). *See also* Salvador Hernandez, *Prop. 8 Sign-Stealing
     Ignites Free Speech Debate*, ORANGE COUNTY REG., Oct. 30, 2008.
21   [14]Declaration of Frank Schubert, *supra* note 7. *See also* Posting of Anthony Sorci to Sacto 9-1-1,
     *Arrests made in Roseville after Yes on Proposition 8 signs found in car*, Oct. 28, 2008 (describing
22   arrests of people for allegedly "stealing 'Yes on Proposition 8' signs from residents' yards"),
     http://www.sacbee.com/static/weblogs/crime/archives/2008/10/post-13.html.
23   [15]*See, e.g.*, Declaration of John Doe 45 in Support of Plaintiffs' Motion for Summary Judgment,
     ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009) (stating that "the signs
24   I had replaced the original in my yard with were also stolen" and "signs I had placed around the
     neighborhood were also stolen repeatedly"); Declaration of John Doe 47 in Support of Plaintiffs'
25   (Continued)

26

27                                                4

28

Sign thefts also often involved the added element of trespass or fear of trespass.[16]

Several Prop 8 supporters were subjected to harassing telephone calls, e-mails, and

mailings.[17] Prop 8 supporters have reported receiving phone calls and voice mails calling them

"bigot"[18] and using vulgar language.[19] Sometimes harassers called at work.[20] Other Prop 8

---

(Cont'd)
Motion for Summary Judgment, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal.
June 3, 2009) (stating he began "bringing in the signs at night" after his second sign supporting
Prop 8 was stolen); Posting of Sorci, *supra* note 14 ("In some cases, signs have been stolen multiple
times.").

[16]*See* Declaration of John Doe 41 in Support of Plaintiffs' Motion for Summary Judgment,
ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009) ("Because of the
location of the signs, anyone who stole the signs would have had to trespass on my property.");
Declaration of John Doe 13, *supra* note 6 (stating that, after her sign was vandalized, she repaired it
and placed it inside a low wall so vandals would have to go out of their way to reach it);
Declaration of John Doe 26 in Support of Plaintiffs' Motion for Summary Judgment,
ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009) (stating that sign thief
"had to climb a brick retaining wall that is approximately 5.5 to 6 feet tall"); Declaration of John
Doe 33 in Support of Plaintiffs' Motion for Summary Judgment, ProtectMarriage.com v. Bowen,
No. 2:09-cv-00058 (E.D. Cal. June 3, 2009) ("Whoever removed the signs had to climb up the slope
of my property to remove the signs."); Declaration of John Doe 45, *supra* note 15 ("On the evening
that this first sign was destroyed, I went into the garage to put my recyclables in the recycle can and
heard male voices in my front yard."); Declaration of John Doe 47, *supra* note 15 (reporting that a
suspected perpetrator quickly drove away when spotted through the front window of his house).

[17]Many reprisals against Prop 8 supporters have been facilitated by the dissemination of donor
information on the Internet. *See* Messner, *supra* note 1, at 2-3; *see also* Reply Brief for Appellant at
28-29, *supra* note 2 (arguing that the "widespread economic reprisals against financial supporters of
California's Proposition 8 dramatically illustrate the unsettling consequences of disseminating
contributors' names and addresses to the public through searchable websites"); Jesse McKinley,
*Donors against gay marriage want to be anonymous*, N.Y. TIMES, Jan. 19, 2009, *available at*
http://www.nytimes.com/2009/01/19/world/americas/19iht-letter.1.19482325.html; Stone, *supra*
note 4 (discussing how the Internet facilitated the "ugly specter of intimidation" of Prop 8
supporters).

[18]Declaration of John Doe 56 in Support of Plaintiffs' Motion for Summary Judgment,
ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009).

[19]*See* Declaration of John Doe 28 in Support of Plaintiffs' Motion for Summary Judgment,
ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009).

[20]*See id.* (stating that "I received a voice mail from an unknown male at my workplace");
Declaration of John Doe 53 in Support of Plaintiffs' Motion for Summary Judgment,
ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009) ("Once my personal
information was released to the public in February, I began to receive harassing phone calls at
work."); Declaration of John Doe 1 in Support of Plaintiffs' Motion for Preliminary Injunction,
ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. Jan. 15, 2009) ("My stores received
(Continued)

supporters received e-mails, letters, and postcards using vulgar language[21] and offensive labels like "gay hater."[22] "[S]everal donors [] had . . . their employees harassed, and [] received hundreds of threatening emails and phone calls."[23]

Other forms of harassment were more unusual. For example, two women painted an arrow and the words "Bigots live here" on the window of an SUV and parked the vehicle in front of a household that had supported Prop 8.[24] One Prop 8 supporter received a book, sent anonymously through Amazon.com, that contained "the greatest homosexual love stories of all time."[25] One

(Cont'd)

numerous harassing phone calls that referenced my support of Proposition 8."); Declaration of John Doe 56, *supra* note 18 (stating that "a man called my office and left me a voice mail message" after John Doe 56 donated to Prop 8 in the name of John Doe 56's business).

[21] *See* Declaration of John Doe 54 in Support of Plaintiffs' Motion for Summary Judgment, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009).

[22] Declaration of John Doe 51 in Support of Plaintiffs' Motion for Summary Judgment, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009). Other examples of harassment abound. For example, employers of donors to Protect Marriage "were called to ask about the employer's non-discrimination policy and to inform them that they had an alleged bigot in their employ." Declaration of Schubert, *supra* note 7. Through the contact form on his business's Web site, one Prop 8 supporter received e-mails stating "burn in hell." Declaration of John Doe 4 in Support of Plaintiffs' Motion for Preliminary Injunction, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. Jan. 15, 2009) (Exhibit B). One e-mail threatened to contact the parents of students at a school where a particular Prop 8 supporter worked. *See* Declaration of John Doe 10 in Support of Plaintiffs' Motion for Summary Judgment, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009). One donor to Prop 8 has published an article recounting in chilling detail the harassment she experienced after her name was published on the Internet. *See* Maureen Mullarkey, *The New Blacklist*, WEEKLY STAND., Mar. 16, 2009, *available at* http://www.weeklystandard.com/Content/Public/Articles/000/000/016/252zsbwa.asp?pg=2; *see also* Nancy Dillon, *Artist Draws Gays' Ire for Same-Sex Nups Ban Support*, DAILY NEWS, Feb. 3, 2009, *available at* http://www.nydailynews.com/lifestyle/2009/02/03/2009-02-03_artist_draws_gays_ire_for_samesex_nups_b.html. Also see John Diaz, *The Ugly Backlash Over Proposition 8*, S.F. CHRON., Nov. 23, 2008 (editorial page editor describing "intimidation" of person who wrote letter to editor supporting Prop 8), *available at* http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2008/11/23/INOQ147155.DTL.

[23] Declaration of Schubert, *supra* note 7.

[24] Matthai Kuruvila, *Mormons Face Flak for Backing Prop. 8*, S.F. CHRON., Oct. 27, 2008, *available at* http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2008/10/27/BAP113OIRD.DTL. *See also Heated Gay Marriage Debate Playing out in SJ Yard*, CBS 5, Oct. 20, 2008 (source includes a photograph), http://cbs5.com/local/gay.marriage.sign.2.844943.html.

[25] Declaration of John Doe 23, *supra* note 12. *See also* Plaintiffs' Statement of Undisputed Facts in (Continued)

6

woman who placed a pro-Prop-8 sign on her balcony reported finding that her staircase leading

downstairs had been covered in urine; she also found a puddle of urine at the bottom of the stairs.[26]

In another case, an individual who supported Prop 8 found himself the subject of a flyer

distributed in his town; the flyer included a photo of him, labeled him a "Bigot," and stated his

name, the amount of his donation to Prop 8, and his association with a particular Catholic parish.[27]

A professor at Los Angeles City College allegedly told students in his class, "If you voted yes on

Proposition 8, you are a fascist bastard."[28] At the University of California, Davis, a Yes on 8 table

on the quad was reportedly attacked by a group of students throwing water balloons and shouting

"you teach hate."[29]

Prop 8 supporters holding signs in public places also reported incidents of notable hostility.

One woman who stood near a street with a Yes on 8 sign reported that drivers circled the block and

yelled things like "You bitch" each time they drove by her.[30] Once a car with several men stopped,

and a man in the back seat opened the door and threw something at her.[31] Another source reports

---

(Cont'd)
Support of Motion for Summary Judgment (Appendix B), *supra* note 13 (summarizing declaration submitted by John Doe 23).

[26]*See* Declaration of John Doe 12, *supra* note 6.

[27]*See* Declaration of John Doe 2 in Support of Plaintiffs' Motion for Preliminary Injunction, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. Jan. 15, 2009); *id.* (Exhibit A).

[28]Press Release, Alliance Defense Fund, "Calif. Professor to Student: 'Ask God What Your Grade Is,'" Feb. 12, 2009, *available at* http://www.alliancedefensefund.org/news/pressrelease.aspx?cid=4823; Gale Holland, *Student sues L.A. City College district over gay-marriage speech*, L.A. TIMES, Feb. 16, 2009, *available at* http://articles.latimes.com/2009/feb/16/local/me-speech16.

[29]Bruner, *supra* note 6.

[30]Declaration of John Doe 16 in Support of Plaintiffs' Motion for Summary Judgment, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009). The woman also reported that a man stopped his car and shouted at her, "You despicable filthy bag of shit." *Id.*

[31]*See id.* One Prop 8 supporter who witnessed repeated vulgarities at sign-waving events said she felt nervous and scared and chose not to take her children with her. *See* Declaration of John Doe 13, *supra* note 16. Another Prop 8 supporter concluded that in the future she would make sure at least one man was with each group of wavers to ensure the protection and safety of the teenagers who participated. *See* Declaration of John Doe 20 in Support of Plaintiffs' Motion for Summary
(Continued)

7

that volunteers who supported Prop 8 by holding signs or distributing literature "were victims of physical assaults such as being spat upon and having hot coffee thrown on them by passengers in passing automobiles."[32]

Mormons were particularly and systematically targeted for supporting Prop 8.[33] The now-infamous "Home Invasion" television ad, for example, depicted two Mormon missionaries invading the home of a lesbian couple, ransacking their belongings, and tearing up their marriage license. "Hi, we're from the Church of Jesus Christ of Latter-day Saints," says one of the Mormon missionaries. "We're here to take away your rights," says the other. The ad concludes with script and a voiceover stating, "Say NO to a Church taking over your government. Vote <u>NO</u> on Proposition 8."[34]

_____

(Cont'd)
Judgment, ProtectMarriage.com v. Bowen, No. 2:09-cv-00058 (E.D. Cal. June 3, 2009).

[32]Declaration of Ronald Prentice in Support of Defendant-Intervenors' Motion for a Protective Order, Perry v. Schwarzenegger, No. 3:09-cv-2292-VRW (No. 187-2) (Sep. 15, 2009).

[33]See, e.g., *Activists Target Mormons for Gay-Marriage Ban's Success in California*, FOXNews.com, Dec. 1, 2008, *available at* http://www.foxnews.com/printer_friendly_story/0,3566,459544,00.html; Kathryn Lopez, *Mormons in the Crosshairs*, TOWNHALL.COM, Nov. 26, 2008, http://townhall.com/columnists/KathrynLopez/2008/11/26/mormons_in_the_crosshairs; Kuruvila, *supra* note 24. One leading gay-rights activist in West Hollywood reportedly said, "'The main finger we are pointing is at the Mormon church.'" Jim Carlton, *Gay Activists Boycott Backers of Prop 8*, WALL ST. J., Dec. 27, 2008 (quoting Vic Gerami and describing him as "a leading gay activist in West Hollywood, Calif."), *available at* http://sec.online.wsj.com/article/SB123033766467736451.html. Joe Solmonese, head of the Human Rights Campaign, echoed this sentiment on the *Dr. Phil* show when, in response to a question from a Mormon audience member asking why his church was being targeted, he reportedly declared, "We are going to go after your church every day for the next two years unless and until Prop 8 is overturned." Maggie Gallagher, *Above the Hate*, REAL CLEAR POLITICS, Nov. 26, 2008 (internal quotations omitted), http://www.realclearpolitics.com/articles/2008/11/above_the_hate.html. According to one source, "One Web site run by a Prop. 8 opponent, Mormonsfor8.com, identifies the name and hometown of every Mormon donor." Kuruvila, *supra*. This source also reported that, "[o]n the Daily Kos, the nation's most popular liberal blog, there is a campaign to use that information to look into the lives of Mormons who financially support Prop. 8." *Id.*

[34]A video of the smear ad is posted at Youtube online video: Home Invasion: Vote No on Prop 8 (posted by CourageCampaign, Oct. 31, 2008), http://www.youtube.com/watch?v=q28UwAyzUkE. This manifestation of undisguised religious bigotry undoubtedly caused great concern to many (Continued)

8

1  After Prop 8 passed, crowds of same-sex marriage activists congregated for protests at

2  Mormon houses of worship throughout the nation.[35] One video shows same-sex marriage activists

3  massed outside the Mormon temple in New York City crying "fascist church" repeatedly.[36] Another

4  video appears to show angry activists rattling the gates of the temple in Los Angeles and chanting

5  "shame on you."[37] Images from various protests show signs like "Mormon Scum,"[38] "Get your

6  filthy church off me,"[39] and "Keep your hate in Salt Lake."[40]

7

8  (Cont'd)
people. The *Los Angeles Times*, on the other hand, lamented that same-sex marriage activists had
failed to air more "hard-hitting" ads like it. Editorial, *Prop. 8's Battle Lessons*, L.A. TIMES, Nov.
11, 2008, *available at* http://www.latimes.com/news/opinion/editorials/la-ed-marriage11-
2008nov11,0,3352846.story.
[35]Protests in the City of Los Angeles prompted the Los Angeles Police Department to call a
"tactical alert." *Several Gay Marriage Ban Protesters Arrested in Clashes with Police in California*,
FOXNEWS, Nov. 6, 2008, http://www.foxnews.com/story/0,2933,447744,00.html. A protest in
Long Beach, though characterized as mostly peaceful, reportedly involved the arrest of 15 people, a
smashed police car window, and roughly 100 protestors who refused to leave, blocked traffic at an
intersection, and attempted to incite others to riot. *See* Pamela Hale-Burns, *Prop. 8 Protest Mostly
Peaceful Despite 15 Arrests*, LONG BEACH PRESS-TELEGRAM, Nov. 8, 2008, *available at*
http://www.presstelegram.com/search/ci_10938555. Same-sex marriage supporters also protested in
other cities throughout California and the nation. *See, e.g.*, *Same-sex Marriage Rallies Stretch
Across Nation*, CNN, Nov. 16, 2008,
http://www.cnn.com/2008/US/11/15/same.sex.marriage/index.html; Wyatt Buchanan, *Prop. 8
Protests Could Become National Movement*, S.F. CHRON., Nov. 15, 2008, *available at*
http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2008/11/15/MNF014400P.DTL.
[36]A copy of this video can be viewed at Youtube online video: Gay Marriage Mormon Church
Protest NYC (posted by Gllafc, Nov. 14, 2008),
http://www.youtube.com/watch?v=PvdDoLeFXh0&feature=related.
[37]See, for example, the footage from 5:08 to 6:00 in the video posted at Youtube online video:
Mormon Temple Los Angeles —-Target of Gay Anger & Mob—LGBT Protest—Join the Impact
LA (posted by Vintageyellow71, Nov. 7, 2008),
http://www.youtube.com/watch?v=GxagcNFyHyc&feature=related.
[38]*See, e.g.*, Erin Gorski, *Anger Over Gay Marriage Vote Directed at Mormons*, USA TODAY, Nov.
13, 2008, *available at* http://www.usatoday.com/news/religion/2008-11-13-Mormon-gay-
marriage_N.htm. The article reported that protestors chanted "Mormon scum" outside a Mormon
temple in Los Angeles. Also see the photograph posted at Maurine Jensen Proctor, *The Hypocrisy
of the Tolerance Movement*, MERIDIAN MAG., *available at*
http://www.meridianmagazine.com/familyleadernetwork/081114tolerance.html.
[39]The sign can be seen during the period, roughly, from 0:51 to 0:56 in the video posted at Youtube
online video: No on Prop 8 Protest at Mormon Church, Front Gate 11/6/08 (posted by
MarcoMoonTV, Nov. 6, 2008),
(Continued)

9

The passage of Prop 8 also triggered hostility against African-Americans, who initially were reported to have supported the ballot measure by large margins. "According to eyewitness reports published on the Internet," states one news source, "racial epithets have been used against African Americans at protests in California—with some even directed against blacks who are fighting to repeal Prop. 8."[41]

Some of the animosity directed against people and groups who supported Prop 8 was openly threatening or even violent. For example, Mormon temples in California and Utah received packages containing suspicious white powder.[42] At least one of those incidents triggered a domestic

---

(Cont'd)
http://www.youtube.com/watch?v=P4m5yUhrXj0&feature=related.
[40] The sign can be seen during the period, roughly, from 2:51 to 2:55 in the YouTube online video Gay Marriage Mormon Church Protest NYC, *supra* note 36. Another sign sports a hand-drawn swastika. It can be seen during the period, roughly, from 3:40 to 3:44 in the video. The swastika was placed inside the letter "o" in the message "H8 IS TOXIC." *Id.*
[41] Alison Stateman, *What Happens If You're on Gay Rights' 'Enemies List'*, TIME, Nov. 15, 2008, *available at* http://www.time.com/time/nation/article/0,8599,1859323,00.html. One man, for example, reported he was called a particular racial slur twice and said the anti-Prop-8 protest he attended "'was like being at a klan rally except the klansmen were wearing Abercrombie polos and Birkenstocks.'" Posting of Pam Spaulding to www.pamshouseblend.com, http://www.pamshouseblend.com/showDiary.do?diaryId=8077 (Nov. 7, 2008, 16:15:00 PM EST) (quoting Posting of Rod to rodonline.typepad.com/, http://rodonline.typepad.com/rodonline/2008/11/n-word-and-raci.html (Nov. 7, 2008, 12:34 EST) (internal quotations omitted)). Another man reported that "'he and his boyfriend, who are both black, were carrying NO ON PROP 8 signs and still subjected to racial abuse.'" *Id.* (quoting Posting of Rod, *supra*). Also see Memorandum from Kathryn Kolbert, President, People For the American Way Foundation, to Progressive Allies and Journalists (Nov. 7, 2008) (describing as "inexcusable" the "speed with which some white gay activists began blaming African Americans—sometimes in appallingly racist ways—for the defeat of Proposition 8"), *available at* http://site.pfaw.org/site/PageServer?pagename=issues_equality_prop_8_memo; Posting of Wayne Besen to www.truthwinsout.org, http://www.truthwinsout.org/blog/truth-wins-out-condemns-racial-intolerance-within-the-lgbt-community-following-proposition-8-defeat/ (Nov. 7, 2008) (expressing "grave disappointment" with "those in the LGBT community" who engaged in "scapegoating minorities").
[42] *See* Tami Abdollah, *L.A. Mormon Temple Closed After Suspicious Envelope Arrives in Mail*, L.A. TIMES, Nov. 14, 2008, *available at* http://www.latimes.com/news/local/la-me-mormon14-2008nov14,0,7206616.story?track=rss. White powder also was sent to a Knights of Columbus facility in New Haven, Connecticut. *See* Ben Winslow, *Powder Scares at 2 LDS Temples, Catholic Plant*, DESERET NEWS, Nov. 14, 2008, *available at*
(Continued)

10

---

terrorism investigation by the FBI.[43] In Colorado, perpetrators placed a Book of Mormon on the steps of a Mormon church and lit it on fire.[44] Police reportedly investigated the incident as a "bias-motivated arson" related to the church's position on Prop 8.[45]

Some Prop 8 supporters received death threats. In Fresno, the town mayor received a death threat for supporting Prop 8. The threat stated, "Hey Bubba, you really acted like a real idiot at the Yes of [sic] Prop 8 Rally this past weekend. Consider yourself lucky. If I had a gun I would have gunned you down along with each and every other supporter."[46] One of the official proponents of Prop 8 was "threatened to be killed" and "told to leave the country."[47] In addition, the New York Times has reported that some donors to groups supporting Prop 8 "have received death threats."[48]

In Modesto, a Prop 8 supporter was allegedly punched in the face by someone who had

---

(Cont'd)
http://deseretnews.com/article/content/mobile/1,5620,705262822,00.html?printView=true.

[43] *See* Ben Winslow, *FBI to Run More Tests on Mystery Substance Mailed to LDS Church*, DESERET NEWS, Nov. 18, 2008, *available at* http://www.deseretnews.com/article/1,5143,705263982,00.html.

[44] *See Book of Mormon Set Ablaze on Church Door Step*, KMGH, Nov. 12, 2008, http://www.thedenverchannel.com/news/17964575/detail.html.

[45] Jennifer Garza, *Protests over Proposition 8 Outcome Getting Personal*, DESERET NEWS, Nov. 13, 2008, *available at* http://deseretnews.com/article/content/mobile/1,5620,705262671,00.html. *See also Book of Mormon Set Ablaze on Church Door Step, supra* note 44.

[46] John-Thomas Kobos, *Proposition 8 Email Threats*, KFSN-TV, Nov. 7, 2008, http://abclocal.go.com/kfsn/story?section=news/local&id=6494921. The threat also mentioned a "little surprise" for a local pastor who supported Prop 8 and "his congregation of lowlife's" [sic]. "Keep letting him preach hate and he'll be sorry," the perpetrator threatened. "He will be meeting his maker sooner than expected." *Id.* Police took the threat seriously, launching a criminal investigation and providing temporary security for the mayor and pastor. *See* Amanda Perez, *Prop 8 Death Threats*, KFSN-TV, Oct. 31, 2008, http://abclocal.go.com/kfsn/story?section=news/local&id=6479861; *see also CBS 2, Mayor, Pastor Receive Death Threats Over Prop 8* (television broadcast Oct. 31, 2008) (video news report discussing death threats), http://cbs2.com/video/?id=81887@kcbs.dayport.com.

[47] Declaration of Hak-Shing William Tam in Support of Defendant-Intervenors' Motion for a Protective Order, Perry v. Schwarzenegger, No. 3:09-CV-2292-VRW (No. 187-12) (Sep. 15, 2009) ("In response to public communications I made regarding Proposition 8, I was called derogatory names, threatened to be killed, and told to leave the country.").

[48] Stone, *supra* note 4.

11

---

stolen several Yes on 8 signs.[49] In Palm Springs, an elderly woman present at an anti-Prop-8 protest was allegedly spit at and a cross she was carrying was knocked out of her hands and stomped on.[50] A small group of Christians encountered similar hostilities when an angry crowd apparently took them for pro-Prop 8 demonstrators as they prayed and sang hymns on a sidewalk in the Castro District of San Francisco.[51] Video footage posted on the Internet shows a band of police officers dressed in riot gear fending off the angry crowd and escorting the Christians to safety.[52]

Same-sex marriage activists have also targeted the places where Prop 8 supporters work.

---

[49]According to news reports, Jose Nunez, who became a U.S. citizen just months before Prop 8 passed, was waiting to distribute signs outside his Catholic church when a man grabbed several Yes on 8 signs and fled. *See* Seth Hemmelgarn, *Prop 8 Fight Gets Ugly on Both Sides*, BAY AREA REPORTER, Oct. 16, 2008, *available at* http://www.ebar.com/news/article.php?sec=news&article=3403; Catholic News Agency, *Attack Outside of Catholic Church Part of 'Wave of Intimidation,' Says Yes on 8*, Oct. 15, 2008, http://www.catholicnewsagency.com/new.php?n=14069. When Nunez followed the thief and tried to recover the signs, the thief reportedly yelled "What do you have against gays?" and punched Nunez in the face. Catholic News Agency, *supra.*

[50]*See* Gaines, *supra* note 12. Video footage posted on the Internet shows several men shouting at the woman as a television reporter tries to interview her. *See* the footage from 0:00 to 2:29 of the video posted at Youtube online video: Palm Springs Prop 8 Rally Turns Ugly (posted by PSConfidential, Apr. 30, 2009), http://www.youtube.com/watch?v=znXHJQSX78o. "Get out of here," one man shouts in the elderly woman's face. *See* the footage from 0:11-0:16 in the video posted at *id.*

[51]*See* Gaines, *supra* note 12 (reporting understanding of the group that the crowd thought they were "marriage amendment demonstrators"); *see also* Colleen Raezler, *O'Reilly Alone Reports Gay Attack on Christians*, CULTURE AND MEDIA INSTITUTE, Nov. 19, 2008, http://www.cultureandmediainstitute.org/printer/2008/20081119181938.aspx.

[52]This video has been posted at Youtube online video: Christians Assaulted in San Francisco (posted by publicfreedom Nov. 20, 2008), http://www.youtube.com/watch?v=nTuqXiHzZtk. *See also Anger over Prop. 8 Erupts in San Francisco*, KTVU, Nov. 14, 2008, www.ktvu.com/print/17986914/detail.html ("San Francisco Police officers in riot gear formed a line and escorted the religious group into a van to safely get them out of the area."). One of the Christians reportedly later stated that the people in the crowd shouted words like "haters" and "bigots" and then "started throwing hot coffee, soda and alcohol on us and spitting (and maybe even peeing) on us." Raezler, *supra* note 51. *See also Anger over Prop. 8 Erupts in San Francisco*, *supra*; Youtube online video: Gay Activist Attacks Female Christian Missionary In SF (Fox News television broadcast of Bill O'Reilly news report on this story posted by DPS72 on Nov. 21, 2008) (woman who allegedly was attacked recounting details of this incident), http://www.youtube.com/watch?v=TqCXONxwqPs&NR=1.

12

Businesses and other institutions that employ individuals who personally donated to Prop 8 have been threatened with and in some cases subjected to picketing, protests, and damaging boycotts. Some Prop 8 donors have resigned from their jobs or taken leaves of absence to protect their employers and colleagues.[53] In one case, a mere $100 donation by a 67-year-old restaurant employee triggered a boycott of the restaurant where she worked (which was owned by her mother) and led to "[b]oisterous street protests"[54] after she refused to renounce her support for Prop 8.[55] In other cases, business owners who supported Prop 8 either personally or through their enterprises have had their businesses targeted for reprisals by same-sex marriage activists.[56]

---

[53]*See* John R. Lott, Jr. & Bradley Smith, Op-Ed, *Donor Disclosure Has Its Downsides: Supporters of California's Prop. 8 Have Faced a Backlash*, WALL ST. J., Dec. 26, 2008, *available at* http://online.wsj.com/article/SB123025779370234773.html; *see also* Declaration of Ronald Prentice, *supra* note 32 ("I am aware of several individuals who chose to resign from their employment in order to escape the harassment and intimidation brought upon them and their employers."); Editorial, *Prop. 8—boycott, or blacklist?*, L.A. TIMES, Dec. 10, 2008, *available at* http://www.latimes.com/news/opinion/editorials/la-ed-boycott10-2008dec10,0,2703213.story; Gregg Goldstein, *Richard Raddon Resigns Post*, HOLLYWOOD REPORTER, Nov. 25, 2008, *available at* http://www.hollywoodreporter.com/hr/content_display/news/e3ia4d7c75ed209875b1e63b36a5c025 f44?pn=1; Rachel Abramowitz &Tina Daunt, *Prop. 8 Rifts Put Industry on Edge*, L.A. TIMES, Nov. 23, 2008, *available at* http://articles.latimes.com/2008/nov/23/entertainment/et-shunned23; Garza, *Protests over Proposition 8 Outcome Getting Personal*, *supra* note 45; *Prop. 8 Anger Spurs Donor Blacklists*, CBS News, Nov. 13, 2008, http://www.cbsnews.com/stories/2008/11/13/eveningnews/main4601227.shtml; Jesse McKinley, *Theater Director Resigns Amid Gay-Rights Ire*, N.Y. TIMES, Nov. 12, 2008, *available at* http://www.nytimes.com/2008/11/13/theater/13thea.html.
[54]Carlton, *supra* note 33.
[55]*See id.*; *see also* Steve Lopez, *Prop. 8 Stance Upends her Life*, L.A. TIMES, Dec. 14, 2008, *available at* http://articles.latimes.com/2008/dec/14/local/me-lopez14.
[56]*See, e.g.*, James Rasmussen, *Prop. 8 foes plan protest at Long Beach Hyatt*, WHITTIER DAILY NEWS, May 12, 2009, *available at* http://www.whittierdailynews.com/california/ci_12355993; Karen Grigsby Bates, *Backers of Calif. Gay Marriage Ban Face Backlash*, NPR, Mar. 5, 2009, *available at* http://www.npr.org/templates/story/story.php?storyId=101460517; Kevin Clerici, *Prop. 8 Foes Aim Their Ire at Lassen's Stores*, VENTURA COUNTY STAR, Nov. 19, 2008, *available at* http://www.vcstar.com/news/2008/nov/19/prop-8-foes-aim-their-ire-at-local-lassens/; Tami Abdollah & Cara Mia DiMassa, *Prop. 8 foes shift attention*, L.A. TIMES, Nov. 14, 2008, *available at* http://articles.latimes.com/2008/nov/14/local/me-boycott14; Martin Wisckol, *Prop. 8 Leaders Accuse Foes of Harassment, Intimidation*, ORANGE COUNTY REG., Nov. 14, 2008, *available at* http://www.ocregister.com/common/printer/view.php?db=ocregister&id=197239. A (Continued)

13

# UNDERSTANDING THE ANIMOSITY SURROUNDING SUPPORT FOR PROP 8

Arguments for same-sex marriage, although often couched in terms of tolerance and inclusion, are frequently based on the idea that preserving marriage as unions of husband and wife is a form of bigotry, irrational prejudice, and even hatred against homosexual persons who want the state to license their relationships.[57] As increasing numbers of individuals and institutions, including public officials and governmental bodies, embrace this ideology, belief in marriage as a relationship between a man and a woman likely will come to be viewed as an unacceptable form of discrimination that should be purged from public life through legal, economic, and social pressure. The malevolence directed against Prop 8 supporters vividly illustrates this dynamic and the potential for it to morph into threatening, destructive, and even violent behavior.

Some same-sex marriage activists have condemned certain types of reprisals against Prop 8

---

(Cont'd)

dentist in Palo Alto lost patients because he donated $1,000. *See* Lott & Smith, *supra* note 53. An insurance company in Davis was picketed with signs after family members donated to Prop 8. *See* Garza, *supra* note 45. Protesters rallied and handed out free ice cream to retaliate against a family-owned creamery that supported Prop 8. *See Prop. 8 Opponents Protest Ice Cream Parlor*, KCRA, Nov. 17, 2008, http://www.kcra.com/politics/17994183/detail.html. Activists boycotted the Grand Hyatt hotel in San Diego because its developer donated money to help to put Prop 8 on the ballot. *See* William M. Welch, *Prop 8 Foes Turn to 'Blacklist' Tactics*, USA TODAY, Dec. 21, 2008, *available at* http://www.usatoday.com/news/nation/2008-12-21-blacklist_N.htm; *see also* Matthew T. Hall, *Hotelier Manchester Offering $125,000 to Gay, Lesbian Groups*, SAN DIEGO UNION-TRIB., May 9, 2009, *available at* http://www3.signonsandiego.com/stories/2009/may/09/1m9doug021135-hotelier-manchester-offering-125000-/; Tony Cochran, *Rally Against Prop H8: Manchester Grand Hyatt*, INDYMEDIA, Nov. 18, 2008, http://www.indybay.org/newsitems/2008/11/18/18552103.php; Bill Ainsworth, *Gay Rights Groups to Boycott Manchester Grand Hyatt: Owner Donated to Proposition 8*, SAN DIEGO UNION-TRIBUNE, July 10, 2008, http://weblog.signonsandiego.com/news/metro/20080710-9999-1m10boycott.html. Same-sex marriage activists also targeted a self-storage company because its owner and his family donated money to Prop 8. *See* Welch, *supra*. Outside the commercial context, it was reported that "[s]everal student government leaders at American River College . . . [faced] a recall vote . . . after they supported Proposition 8, a statewide ballot measure that would ban same-sex marriage." *Student Leaders Face Recall Over Prop. 8*, KCRA SACRAMENTO, Oct. 21, 2008, http://www.kcra.com/news/17768622/detail.html.

[57] *See, e.g.*, David Boies, *Gay Marriage and the Constitution*, WALL ST. J., July 20, 2009 (describing Prop 8 as "the residue of centuries of figurative and literal gay-bashing"), *available at* (Continued)

14

supporters.[58] Some reprisals against Prop 8 supporters have involved illegal conduct. Some acts of hostility have been perpetrated by random individuals acting in isolation or by unpredictable crowds expressing anger and frustration.

But the fact remains that many Prop 8 supporters have paid a considerable price for defending marriage as the union of husband and wife. Indeed, no matter who is to blame for the hostility surrounding Prop 8, one lesson of Prop 8 cannot be denied: Individuals or institutions that publicly defend marriage as the union of husband and wife risk harassment, reprisal, and intimidation—at least some of it targeted and coordinated.

Because the issue of marriage is still very much alive in California and throughout the nation, the naked animosity and disapprobation manifested against people and groups who supported Prop 8 raises serious questions that should concern all parties interested in promoting civil society, democratic processes, and reasoned discourse on important matters of public policy like marriage.

**CONCLUSION**

Wherefore, the Institute for Marriage and Public Policy respectfully submits this *amicus curiae* brief in support of Defendant-Intervenors.

Date: January 8, 2010                    THE LAW FIRM OF J. HECTOR MORENO, JR.
                                         & ASSOCIATES


                                         By:  /s/ J. Hector Moreno, Jr.
                                              J. HECTOR MORENO, JR.

---

(Cont'd)
http://online.wsj.com/article/SB124804515860263587.html.
[58]*See* Messner, *supra* note 1, at 13 & n.11.

15