J. HECTOR MORENO, JR., SBN 131970
AMY SMITH, SBN 246942
The Law Firm of J. Hector Moreno, Jr. & Associates
51 East Campbell Avenue, Suite 128
Campbell, CA 95008
(408) 370-6160

ATTORNEYS FOR PROPOSED *AMICUS CURIAE*
INSTITUTE FOR MARRIAGE AND PUBLIC POLICY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>Defendants,<br><br>and<br><br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, | CASE NO. 09-CV-2292 VRW<br><br>**DECLARATION OF SERVICE** |

| | |
|---|---|
| 1 | MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL, |
| 2 | |
| 3 | |
| 4 | Defendants-Intervenors. |

## DECLARATION OF SERVICE

I, Denise Ramirez declare as follows:

I am employed in the State of California; I am over the age of eighteen years and am not a party to this action; my business address is 51 East Campbell Avenue, Suite 128, Campbell, CA 95008. On January 8, 2010, I served the following document(s):

1. Motion for Leave to File Brief of *Amicus* Curiae INSTITUTE FOR MARRIAGE AND PUBLIC POLICY;

2. [PROPOSED] Order; and

3. *Amicus Curiae* Brief in Support of Defendant-Intervenors on the parties indicated on the attached Declaration of Service by the following means of service:

**BY ELECTRONIC FILING:** I caused the foregoing document to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the attorneys of record at the email addresses listed on the Proof of Service List attached hereto.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed in Campbell, California on January 8, 2010.

Date: January 8, 2010                          THE LAW FIRM OF J. HECTOR MORENO, JR.
                                               & ASSOCIATES


                                               By: /s/ L. Denise Ramirez
                                                   L. Denise Ramirez

## DECLARATION OF SERVICE LIST

*Perry v. Schwarzenegger*
**Case No. 09-CV-2292 VRW**

| | |
|---|---|
| Kenneth C. Mennemeier<br>Andrew W. Stroud<br>MENNEMEIER, GLASSMAN & STROUD LLP<br>980 9th Street, Suite 1700<br>Sacramento, CA 95814-2736<br>kcm@mgslaw.com<br>gosling@mgslaw.com<br>aknight@mgslaw.com<br>stroud@mgslaw.com<br>lbailey@mgslaw.com<br><br>*Attorneys for the Administration Defendants* | Gordon Burns<br>Tamar Pachter<br>OFFICE OF THE ATTORNEY GENERAL<br>1300 I Street, Suite 125<br>P.O Box. 944255<br>Sacramento, CA  94244-2550<br>Gordon.Burns@doj.ca.gov<br>Tamar.Pachter@doj.ca.gov<br><br>*Attorneys for Defendant Attorney General Edmund G. Brown, Jr.* |
| Dennis J. Herrera<br>Therese M. Stewart<br>OFFICE OF THE CITY ATTORNEY<br>City Hall, Room 234<br>One Dr. Carlon B. Goodlett Place<br>San Francisco, California 94102-4682<br>therese.stewart@sfgov.org<br>erin.bernstein@sfgov.org<br>vince.chhabria@sfgov.org<br>danny.chou@sfgov.org<br>ronald.flynn@sfgov.org<br>mollie.lee@sfgov.org<br>Christine.van.aken@sfgov.org<br>catheryn.daly@sfgov.org<br><br>*Attorneys for Plaintiff-Intervenor City and County of San Francisco* | Elizabeth M. Cortez<br>Judy W. Whitehurts<br>THE OFFICE OF CITY COUNSEL<br>648 Kenneth Hahn Hall of Administration<br>500 West Temple Street<br>Los Angeles, CA  90012-2713<br>jwhitehurst@counsel.lacounty.gov<br><br>*Attorneys for Defendant Dean C. Logan Registrar-Recorder/County Clerk, County of Los Angeles* |
| Richard E. Winnie<br>Brian E. Washington<br>Claude F. Kolm<br>Manuel F. Martinez<br>THE OFFICE OF CITY COUNSEL<br>1221 Oak Street, Suite 450<br>Oakland, California  94612<br>Brian.washington@acgov.org<br>Claude.kolm@acgov.org<br>Manuel.martinez@acgov.org<br>Judith.martinez@acgov.org<br><br>*Attorneys for Defendant Patrick O'Connell Clerk Recorder of the County of Alameda* | [Continued Below] |

| | |
|---|---|
| 1 | Ted Olson |
|   | Matthew McGill |
| 2 | Amir Tayrani |
|   | GIBSON, DUNN & CRUTCHER LLP |
| 3 | 1050 Connecticut Avenue, N.W. |
|   | Washington, DC  20036-5306 |
| 4 | T:  (202) 955-8500 |
|   | F:  (202) 467-0539 |
| 5 | TOlson@gibsondunn.com |
|   | MMcGill@gibsondunn.com |
| 6 | ATayrani@gibsondunn.com |
| 7 | Theodore Boustrous, Jr. |
|   | Christopher Dusseault |
| 8 | Theane Kapur |
|   | GIBSON, DUNN & CRUTCHER LLP |
| 9 | 333 South Grand Avenue |
|   | Los Angeles, CA  90072-1512 |
| 10 | T:  (213) 229-7000 |
|   | F:  (213) 229-7520 |
| 11 | TBoutrous@gibsondunn.com |
|   | CDusseault@gibsondunn.com |
| 12 | TKapur@gibsondunn.com |
|   | SMalzahn@gibsondunn.com |
| 13 | |
| 14 | Ethan Dettmer |
|   | Enrique Monagas |
| 15 | GIBSON, DUNN & CRUTCHER LLP |
|   | 555 Mission Street, Suite 3000 |
| 16 | San Francisco, CA  94105 |
|   | T:  (415) 393-8200 |
| 17 | F:  (415) 393-8306 |
|   | EDettmer@gibsondunn.com |
| 18 | SPiepmeier@gibsondunn.com |
|   | EMonagas@gibsondunn.com |
| 19 | RJustice@gibsondunn.com |
|   | MJanky@gibsondunn.com |
| 20 | Theodore Uno |
|   | BOIES, SCHILLER & FLEXNER LLP |
| 21 | 1999 Harrison Street, Suite 900 |
|   | Oakland, CA 94612 |
| 22 | T:  (510) 874-1000 |
|   | F:  (510) 874-1460 |
| 23 | jgoldman@bsfllp.com |
|   | tuno@bsfllp.com |
| 24 | brichardson@bsfllp.com |
|   | rbettan@bsfllp.com |
| 25 | jischiller@bsfllp.com |
| 26 | *Attorneys for Plaintiff Kristin M. Perry* |
| 27 | |
| 28 | |

DECLARATION OF SERVICE
CASE NO. 09-CV-2292 VRW