# BOIES, SCHILLER & FLEXNER LLP

1999 HARRISON STREET•SUITE 900•OAKLAND, CA 94612•PH. 510.874.1000•FAX 510.874.1460

January 8, 2010

<u>Filed via ECF</u>

The Honorable Vaughn R. Walker
Chief Judge of the United States District Court
   for the Northern District of California
450 Golden Gate Ave.
San Francisco, California 94102

     Re:   *Perry, et al. v. Schwarzenegger, et al.*, No. CV-09-2292 VRW

Dear Chief Judge Walker,

     The Plaintiffs and Plaintiff-Intervenors in this litigation request that Your Honor allow us to arrange for the provision of secure high-speed wireless or wired internet access in the courtroom during the upcoming trial. This connection will enable the trial team in the courtroom to stay connected to our online case repository and resources in the office during critical moments of the proceedings. In addition, we will be able to reduce the files and personnel we bring into the courtroom, as well as the traffic to and from the courtroom during proceedings. During recent tests in the courtroom using mobile broadband cards, internet connectivity was intermittent and unstable enough that it will likely not be a reliable means of staying connected to our home offices during trial.

     Subject to your approval, we will retain Courtroom Connect to provide these services. Courtroom Connect does not require any court resources to provide service, and installs a network that is completely independent of the Court's existing systems. Courtroom Connect only needs the permission of the Court to temporarily locate the minimal amount of required equipment and cabling to connect to the Internet (e.g. phone line, small router and firewall that can be hidden from sight). This can be done easily, and, of course, will be paid for by the parties at no cost to the Court.

The following describes how Courtroom Connect restricts access to the network and ensures compliance with court security and directives:

- Anyone using the network is required to use the highest level of encryption available (among other security measures, 802.11x is utilized with rotating key encryption).

The Honorable Vaughn R. Walker
January 8, 2010
Page 2

- Onsite support, maintenance, monitoring, off-site user authentication, and many other measures are provided to ensure the highest levels of security and reliability.

- The network is totally separate from the court's internal network; it is therefore physically impossible for information on the court's existing systems to be accessed or compromised.

    Many trials in federal courts throughout the country have utilized a high speed connection to the Internet in the courtroom.  Many Judges in the Northern District of California have approved such services including but not limited to Judge Wilken, Judge Jenkins, Judge Whyte, Judge Illston and Judge Hamilton.  Only users approved by Your Honor will be able to access the Internet, and all users are required to use proven security standards.

                                        Respectfully Submitted,

                                        /s/ Jeremy M. Goldman

                                        Jeremy M. Goldman
                                        Attorneys for Plaintiffs

Cc:  Counsel of Record