COOPER AND KIRK, PLLC
Charles J. Cooper (DC Bar No. 248070)*
*ccooper@cooperkirk.com*
David H. Thompson (DC Bar No. 450503)*
*dthompson@cooperkirk.com*
Howard C. Nielson, Jr. (DC Bar No. 473018)*
*hnielson@cooperkirk.com*
Nicole J. Moss (DC Bar No. 472424)*
*nmoss@cooperkirk.com*
Peter A. Patterson (OH Bar No. 0080840)*
*ppatterson@cooperkirk.com*
1523 New Hampshire Ave. N.W., Washington, D.C. 20036
Telephone: (202) 220-9600, Facsimile: (202) 220-9601

LAW OFFICES OF ANDREW P. PUGNO
Andrew P. Pugno (CA Bar No. 206587)
*andrew@pugnolaw.com*
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 608-3065, Facsimile: (916) 608-3066

ALLIANCE DEFENSE FUND
Brian W. Raum (NY Bar No. 2856102)*
*braum@telladf.org*
James A. Campbell (OH Bar No. 0081501)*
*jcampbell@telladf.org*
15100 North 90th Street, Scottsdale, Arizona 85260
Telephone: (480) 444-0020, Facsimile: (480) 444-0028

ATTORNEYS FOR DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, MARK A. JANSSON, and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL

* Admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California | CASE NO. 09-CV-2292 VRW<br><br>**DEFENDANT-INTERVENORS' SUPPLEMENTAL DESIGNATION OF DISCOVERY EXCERPTS**<br><br>Trial Date: January 11, 2010 |

Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,

     Defendants,

and

PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,

     Defendant-Intervenors.

Additional Counsel for Defendant-Intervenors

ALLIANCE DEFENSE FUND
Timothy Chandler (CA Bar No. 234325)
*tchandler@telladf.org*
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 932-2850, Facsimile: (916) 932-2851

Jordan W. Lorence (DC Bar No. 385022)*
*jlorence@telladf.org*
Austin R. Nimocks (TX Bar No. 24002695)*
*animocks@telladf.org*
801 G Street NW, Suite 509, Washington, D.C. 20001
Telephone: (202) 393-8690, Facsimile: (202) 347-3622

* Admitted *pro hac vice*

Defendant-Intervenors Dennis Hollingsworth, Gail J. Knight, Martin F. Gutierrez, Mark A. Jansson, and ProtectMarriage.com – Yes on 8, A Project of California Renewal ("Proponents") respectfully submit this statement identifying (1) deposition testimony and (2) interrogatory answers and requests for admission that may be used as part of their direct case, which has been supplemented to reflect recent depositions.  Proponents may also rely upon deposition testimony and/or interrogatory answers and requests for admission designated by other parties to this case.

## I.     Deposition Testimony[1]

| Witness | Designations |
|---|---|
| Chauncey | 4:2-4:8; 15:1-15:13; 16:5-19:13; 20:25-24:8; 32:10-33:17; 34:2-34:17; 36:1-36:23; 37:8-37:25; 39:4-39:24; 44:1-50:24; 51:20-52:4; 52:23-55:4; 57:24-67:1; 68:6-69:5; 74:18-75:20; 78:6-79:3; 82:25-83:10; 104:23-105:11; 108:11-109:20; 110:25-111:4; 112:14-113:5; 115:17-116:11; 123:5-123:10; 127:5-127:17; 137:14-137:22; 138:3-138:10; 140:25-141:8; 142:19-144:20; 148:9-148:17; 157:5-157:24; 166:6-166:18; 168:14-169:19; 174:1-174:13; 177:3-178:1; 179:16-179:20 |
| Cott | 5:1-5:10; 23:5-23:15; 28:11-32:15; 34:19-36:20; 65:19-90:24; 145:6-146:8; 151:15-151:23; 162:24-163:25; 166:20-167:2; 167:19-170:4; 174:1-176:20; 181:25-182:9; 184:21-185:18; 205:19-207:16; 213:19-215:4; 226:24-228:16 |
| Egan | 7:4-7:13; 10:22-12:14; 19:4-20:8; 29:24-30:17; 32:16-33:6; 39:17-40:10; 74:6-74:14; 180:18-181:17; 181:21-182:8; 185:20-186:12; 205:24-207:4; 218:6-219:10; 220:14-220:21; 224:22-225:21; 226:9-226:21 |
| Hamermesh | 6:4-6:6; 11:14-12:7; 12:18-12:21; 13:1-13:11; 41:16-42:5; 58:23-60:9; 68:22-69:14; 76:16-77:25; 79:17-80:2; 85:16-86:1; 98:19-99:9; 99:15-99:20; 126:14-126:24; 136:22-137:21; 140:7-140:15; 141:7-141:18; 143:8-143:21; 144-22-145:5; 145:14-145:24; 161:6-162:4; 164:22-165:10; 174:3-174:16; 175:22-176:4; 182:6-182:18; 183:11-185:2; 193:3-193:13 |
| Lamb | 6:11-6:21; 97:6-98:13; 99:4-99:18; 187:4-187:12; 187:20-189:9 |
| Meyer | 5:1-4; 39:15-22; 49:10-19; 50:2-15; 51:20-25; 52:1-13; 64:5-15; 74:7-17; 77:19-25; 76:2-23; 85:5-11; 85:17-25; 86:2-3; 108:12-23; 124:3-24; 125:2-14; 130:7-25; 131:2-7; 160:14-25; 161:2-25; 162:2-13; 164:2-25; 165:2-10; 166:13-25; 167:2-25; 168:2-5; 173:24-25; 174:2-14; 187:4-25; 188:2-25; 189:2-13; 190:2-25; 191:2-25; 192:2-25; 193:2-25; 194:2-17 |
| Peplau | 5:4-5:6; 8:25-11:15; 44:9-46:4; 121:5-125:22;190:23-192:5; 199:15-200:5; 223:6-225:9 |
| Perry | 6:1-6:6; 7:3-7:4; 14:10-14:21; 16:11-17:1; 17:18-18:17; 19:1-20:17; 20:21-21:6; 23:1-23:22; 24:6-25:7; 26:4-26:12; 27:17-27:24; 28:22-29:5; 29:13-29:16; 31:6-31:12; 31:18-31:20; 32:14-32:18; 32:23-33:2; 33:13-33:14; 37:10-37:18; 38:6-38:15; 40:18-41:2; 41:11-43:6; 53:10-53:22; 54:7-55:8; 69:15-72:14; 75:1-71:22; 76:1-76:8; 87:22-88:10; 110:7-111:3; 117:17-118:8; 120:5-120:12; 124:13-125:8; 134:15- |

---

[1] Proponents reserve the right to designate testimony from any deposition that has yet to take place.

| | | |
|---|---|---|
| | | 135:5; 136:22-137:23; 140:6-140:18; 141:7-141:19; 145:3-147:2; 147:25-148:9; 151:16-152:24 |
| | Segura | 5:3-5:5; 32:1-34:3; 36:9-37:10; 38:23-40:22; 102:2-102:14; 115:7-115:12; 116:16-116:23; 125:7-126:21; 130:25-137:10; 141:14-142:11; 142:17-143:19; 172:14-176:18; 178:11-181:6; 186:13-191:4; 194:22-195:24; 206:19-207:12; 235:22-236:22; 270:12-272:14; 272:16-273:16 |
| | Stier | 6:4-6:6; 12:23-13:1; 18:14-19:2; 19:13-20:8; 20:19-20:25; 21:25-22:22; 23:2-24:11; 24:20-27:4; 27:16-28:17; 29:11-29:22; 33:2-33:17; 34:18-35:1; 35:13-36:21; 37:12-37:15; 37:21-38:6; 40:9-40:14; 42:2-42:11; 43:5-43:6; 45:3-46:19; 57:6-57:14; 61:10-61:18; 62:17-63:5; 68:10-69:18; 70:5-70:16; 71:24-73:18; 90:5-90:24; 94:18-96:6; 96:18-96:21; 98:24-99:12; 101:8-101:15; 121:3-121:10; 128:19-128:24; 129:15-130:1; 132:9-132:19; 143:1-143:11; 166:8-166:24; 169:7-169:22; 172:21-172:25; 175:11-175:24; 176:9-176:17; 179:8-179:25; 180:5-180:21; 186:21-188:2; 190:3-190:25; 192:11-192:18; 192:23-193:8; 193:13-193:25; 195:15-196:1; 196:23-197:7; 197:17-198:13; 198:24-199:7; 199:11-199:25; 200:24-202:8; 203:15-204:16 |
| | Katami | 28:8-30:7; 34:24-36:2; 37:15-38:10; 52:6-52:10; 54:14-55:9; 59:11-59:14; 60:6-61:12; 62:12-62:19; 63:18-64:15; 65:9-65:17; 66:11-67:7; 67:10-67:15; 68:5-68:10; 68:24-69:1; 70:20-71:3; 71:22-72:2; 74:8-74:21; 75:3-76:7; 77:3-78:12; 81:1-81:6; 83:25-84:12; 84:24-85:3; 86:18-87:1; 91:16-91:24; 93:2-94:2; 95:16-95:18; 97:22-98:4; 100:4-100:19; 101:3-101:19; 103:6-103:18; 104:6-104:14; 104:16-104:25; 105:2-105:8; 105:10-105:18; 109:5-109:13; 111:17-112:3; 112:21-113:10; 115:25-116:2; 116:21-117:1 |
| | Sanders | 4:5-4:12; 6:1-6:3; 10:3-18:2; 20:4-20:7; 20:17-20:25; 21:8-21:10; 22:4-22:20; 25:9-26:25; 28:2-35:5; 35:14-36:23; 37:18-39:24; 40:4-40:17; 41:6-42:10; 43:16-44:5; 45:21-45:23; 46:21-55:16; 56:13-61:2; 62:3-62:17; 62:22-63:1; 63:8-65:9; 65:16-66:14; 66:18-69:23; 70:11-76:23; 77:7-77:13; 77:23-79:23; 80:18-81:7; 81:15-82:15; 82:18-85:2; 86:18-89:3; 91:4-91:13; 92:23-98:23; 99:22-108:7; 108:12-108:22; 109:6-110:8; 110:22-117:22; 118:5-122:22; 123:15-125:3 |
| | Zia | 10:9-10:12; 10:24-12:16; 12:22-13:13; 28:8-28:15; 30:9-30:18; 32:7-32:10; 33:24-34:15; 37:11-37:15; 37:23-38:17; 38:21-39:1; 40:9-41:3; 50:2-50:15; 51:17-51:21; 52:1-53:19; 57:2-57:17; 58:16-58:19; 59:18-60:12; 60:18-61:12; 65:1-65:4; 65:11-66:17; 67:14-68:13; 71:11-71:13; 72:15-73:1; 77:2-77:13; 78:3-78:19; 80:12-80:17; 81:15-83:7; 84:17-87:2; 87:9-87:14; 87:22-88:3; 88:14-88:17; 88:21-89:1; 92:7-92:14; 95:1-95:14; 100:6-100:16; 102:16-103:2; 108:8-108:22; 111:22-112:24; 113:21-114:15; 115:8-116:2; 118:16-119:1; 121:3-123:4; 125:9-125:20; 126:8-127:1; 127:15-128:2; 128:18-128:25; 129:11-130:16 |
| | Zarrillo | 18:4-18:21; 23:10-23:16; 24:6-24:13; 27:11-28:2; 28:8-28:15; 29:7-29:12; 38:5-38:23; 40:9-40:25; 42:23-43:1; 43:23-44:12; 44:22-45:15; 45:16-46:13; 53:20-54:21; 56:2-57:21; 57:22-58:16; 59:12-60:4; 64:18-64:25; 66:9-67:1; 69:12-69:22; 71:20-71:24; 72:6-72:16; 75:4-76:7; 77:13-78:4; 79:20-80:5; 82:24-83:10; 88:10-89:10; 89:20-90:2; 90:16-90:22; 91:10-91:19; 93:10-94:7; 97:25-98:7; 99:22-100:12; 102:15-103:12; 103:19-104:7; 105:2-105:4; 105:10-105:22; 106:6-106:13; 109:3-109:9; 111:17-111:18; 113:4-113:12 |
| | Rogers | 19:12-19:25; 20:1-21:16;22:17-25:16; 25:21-28:18; 29:1-30:3; 30:24-32:8; 32:9-33:5; 34:2-34:11; 36:14-36:23; 37:14-37:23; 38:3-39:2; 39:10-39:24; 40:7-40:20; 40:24-42:20; 43:-43:20;44:1-44:11; 45:2-48:8; 49:8-50:3; 51:23-52:13; 53:6-56:1; 56:8-57:7; 59:6-59:17; 60:3-60:14; 60:21-61:13; 61:22-67:16; 67:23-63:25; 68:3-72:7; 73:9-74:15; |

2

DEFENDANT-INTERVENORS' SUPPLEMENTAL DESIGNATION OF DISCOVERY EXCERPTS
CASE NO. 09-CV-2292 VRW

|   | |
|---|---|
|   | 79:20-80:16; 81:6-82:18; 83:23-86:2; 90:4-92:4; 94:10-94:24; 95:5-99:21; 99:23-101:3; 103:18-105:15; 106:1-115:15; 115:19-116:19; 117:14-118:16; 119;10-121:2; 121:3-122:16; 125:24-132:12; 133:22-144:15; 145:14-146:24; 147:18-149:11; 149:13-157:20; 158:22-161:17; 162:2-163:24; 166:17-167:8; 170:19-171:16; 173:2-173:9; 173:22-175:20; 177:2-182:8 |
| Kendall | 16:22-17:17; 18:21-19:15; 20:14-21:3; 21:15-21:25; 23:11-23:16; 24:23-25:10; 25:21-27:2; 27:19-27:22; 28:23-29:23; 36:15-37:8; 38:6-38:20; 41:8-41:16; 42:19-43:23; 46:16-47:9; 48:8-50:11; 53:24-55:11; 56:1-58:16; 59:9-59:22; 61:8-61:15; 62:16-64:18; 66:14-67:10; 68:5-69:15; 70:1-75:4; 75:13-75:18; 76:11-77:4; 78:9-78:13; 80:1-80:4; 81:18-82:23; 83:15-83:19; 85:2-86:16; 87:9-88:10; 89:12-89:21; 90:11-90:15; 91:19-92:12; 93:22-94:15; 95:21-96:3; 96:9-96:17; 97:6-97:16; 98:2-99:4; 99:17-100:11; 101:15-106:2; 106:20-107:4; 107:22-108:4; 109:24-110:9; 111:6-112:6; 113:14-113:18; 114:19-116:24; 117:16-120:3; 120:21-121:1; 123:17-123:25; 125:20-126:15; 127:12-127:24; 129:6-130:3 |

## II.     Interrogatory Answers and Requests for Admission

1. Attorney General's Response to Plaintiffs' Request for Admission No. 42, September 23, 2009

2. Attorney General's Response to Plaintiffs' Request for Admission No. 48, September 23, 2009

3. Attorney General's Response to Plaintiffs' Request for Admission No. 50, September 23, 2009

4. Plaintiffs' Response to Defendant-Intervenors Proposition 8 Proponents' Interrogatory No. 16, September 16, 2009

5. Plaintiffs' Response to Defendant-Intervenors Proposition 8 Proponents' Request for Admission No. 22, September 16, 2009

6. Plaintiffs' Response to Defendant-Intervenors Proposition 8 Proponents' Request for Admission No. 50, September 16, 2009

7. Plaintiffs' Response to Defendant-Intervenors Proposition 8 Proponents' Request for Admission No. 134, September 16, 2009

8. The Administration Defendants' Response to Plaintiff-Intervenor City and County of San Francisco's Interrogatory No. 3, December 4, 2009

Dated:     January 8, 2010
                                                              COOPER AND KIRK, PLLC

3

DEFENDANT-INTERVENORS' SUPPLEMENTAL DESIGNATION OF DISCOVERY EXCERPTS
CASE NO. 09-CV-2292 VRW

ATTORNEYS FOR DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, MARK A. JANSSON, AND PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL

By: /s/Charles J. Cooper
    Charles J. Cooper