

Clerk's Use Only
Initial for fee pd.:

James Bopp, Jr.
1 South 6th Street
Terre Haute, IN 47807-3510
(812) 232-2434

FILED
JAN 0 6 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Kristin M. Perry, et al.,

          Plaintiff(s),

v.

Arnold Schwarzenegger, in his official capacity as Governor of California, et al.,

          Defendant(s).

CASE NO. 09-2292 VRW

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, James Bopp, Jr., an active member in good standing of the bar of Indiana, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Doug Swardstrom in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Eric Grant (916) 388-0833
Hicks Thomas LLP; 8001 Folsom Blvd., Suite 100; Sacramento, CA 95826

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Jan. 5, 2010

James Bopp, Jr.
by Richard E. Coleson
as authorized