BRIAN R. CHAVEZ-OCHOA
CALIFORNIA STATE BAR # 190289
CHAVEZ-OCHOA LAW OFFICES, INC.
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013, FAX (209) 772-3090

VINCENT P. MCCARTHY, SR. COUNSEL
CONNECTICUT STATE BAR # 100195
AMERICAN CENTER FOR LAW AND JUSTICE, NE
11 W. CHESTNUT HILL ROAD
LITCHFIELD, CT 06759
(860) 567-9485, FAX (860) 567-9513
*Motion for Admission Pro Hac Vice Pending*

Attorneys for Non-Party Dr. Jim Garlow
and Non-Party Pastor Miles McPherson

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN M. PERRY, *et al.*,<br>        Plaintiffs,<br>and<br>CITY AND COUNTY OF SAN FRANCISCO,<br>        Plaintiff-Intervenor,<br>vs.<br>ARNOLD SCHWARZENEGGER, *et al.*,<br>        Defendants<br>and<br>PROPOSITION 8 OFFICIAL PROPONENTS DENNISE HOLLINGSWORTH, *et al.*,<br>        Defendant –Intervenors. | Case No.: 3:09-cv-02292<br><br>**JAMES L. GARLOW'S MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER**<br><br>Trial Date:   January 11, 2010 |

For the reasons stated in the accompanying Memorandum of Law, Movant, Jim Garlow, by counsel, respectfully requests this Court to quash the subpoena dated December 28, 2009 that he was issued by counsel for the Plaintiffs to appear and testify on January 11, 2010 at trial in this case. Non-Party witness furthermore requests an Order of this Court limiting the questions

that may be asked of him in the event that this court fails to grant the requested Motion to Quash.  He requests that no questions be permitted by the court regarding his personal beliefs regarding traditional marriage or same-sex marriage or any questions regarding his activities in furtherance of associations with others or individual actions taken by him supporting his beliefs regarding traditional or same-sex marriage. This would include sermons, speeches, comments to his parishioners or others, writings by him, and any other speech or actions taken by him alone or with others promoting traditional marriage and opposing same-sex marriage.  As stated in his affidavit this witness had nothing to do with the drafting of Proposition 8 in any manner whatsoever and his only association with Proposition 8 is in his speech supporting traditional marriage and therefore Proposition 8 and opposing same-sex marriage, all of which--witness asserts--are protected First Amendment activities.

Respectfully submitted,

/S/ Brian R. Chavez-Ochoa
Brian R. Chavez-Ochoa
CHAVEZ-OCHOA LAW OFFICES, INC.
Attorney for Non-Party Dr. Jim Garlow
and Non-Party Pastor Miles McPherson
4 Jean Street, Suite 4
Valley Springs, CA 95252
(209) 772-3013

Vincent P. McCarthy, Sr. Counsel
Connecticut State Bar # 100195
AMERICAN CENTER FOR LAW AND JUSTICE, NE
11 W. Chestnut Hill Road
Litchfield, CT 06759
(860) 567-9485
*Motion for Admission Pro Hac Vice Pending*

///

///

///

///

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of <u>James L. Garlow's Motion to Quash Subpoena and for Protective Order</u> was served on all parties required to be served this 11th day of January, 2010, by the following methods and addressed as follows:

By ELECTRONIC SERVICE:

| | |
|---|---|
| Elizabeth O. Gill | Theodore J. Boutrous, Jr. |
| Alan Lawrence Schlosser | Ethan D. Dettmer |
| Kevin Trent Snider | Christopher Dean Dusseault |
| Jennifer Lynn Monk | Jeremy Michael Goldman |
| Robert Henry Tyler | Theane Evengelis Kapur |
| Gordon Bruce Burns | Matthew Dempsey McGill |
| Tamar Pachter | Enrique Antonio Monagas |
| Rena M. Lindevaldsen | Theodore B. Olson |
| Mary Elizabeth McAlister | Sarah Elizabeth Piepmeier |
| Jesse Panucio | Josh Schiller |
| Eric Brianna Bernstein | Amir Cameron Tayrani |
| Danny Yeh Chou | Theodore Hideyuki Uno |
| Ronald P. Flynn | Tara Lynn Borelli |
| Christine Van Aken | Matthew Albert Coles |
| David E. Bunim | Jon Warren Davison |
| James J. Brosnahan | James Dixon Esseks |
| Tobias Barrington Wolff | Shannon Minter |
| James A. Campbell | Jennifer Carol Pizer |
| Timothy D. Chandler | Alan Lawrence Schlosser |
| Charles J. Cooper | Christopher Francis Stoll |
| Jordan W. Lorence | Ilona Margaret Turner |
| Howard C. Neilson, Jr. | Charles Salvatore LiMandri |
| Austin R. Nimocks | Judy Whitehurst |
| Peter A. Patterson | Thomas R. Burke |
| Andrew Perry Pugno | Claude Franklin Kolm |
| Brian E. Raum | Manuel Francisco Martinez |
| David H. Thompson | Rosanne C. Baxter |
| Kenneth C. Mennemieier | Michael W. Kirk |
| Andrew Walter Stroud | Eric Grant |
| Richard J. Bettan | Terry Lee Thompson |
| David Boies | Patrick John Gorman |

///

///

(Signature on Following Page)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,
Signed at Valley Springs, California on January 11, 2010.

<u>/S/ Brian R. Chavez-Ochoa</u>
Brian R. Chavez-Ochoa
CHAVEZ-OCHOA LAW OFFICES, INC.
Attorney for Non-Party Dr. Jim Garlow
and Non-Party Pastor Miles McPherson
4 Jean Street, Suite 4
Valley Springs, CA 95252
(209) 772-3013