BRIAN R. CHAVEZ-OCHOA
CALIFORNIA STATE BAR # 190289
CHAVEZ-OCHOA LAW OFFICES, INC.
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013, FAX (209) 772-3090

VINCENT P. MCCARTHY, SR. COUNSEL
CONNECTICUT STATE BAR # 100195
AMERICAN CENTER FOR LAW AND JUSTICE, NE
11 W. CHESTNUT HILL ROAD
LITCHFIELD, CT 06759
(860) 567-9485, FAX (860) 567-9513
*Motion for Admission Pro Hac Vice Pending*

Attorneys for Non-Party Dr. Jim Garlow
and Non-Party Pastor Miles McPherson

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN M. PERRY, *et al.*,<br>        Plaintiffs,<br>and<br>CITY AND COUNTY OF SAN FRANCISCO,<br>        Plaintiff-Intervenor,<br>vs.<br>ARNOLD SCHWARZENEGGER, *et al.*,<br>        Defendants<br>and<br>PROPOSITION 8 OFFICIAL PROPONENTS DENNISE HOLLINGSWORTH, *et al.*,<br>        Defendant –Intervenors. | Case No.: 3:09-cv-02292<br><br>**[PROPOSED] ORDER GRANTING MOTION OF JAMES L. GARLOW TO QUASH SUBPOENA TO APPEAR AND TESTIFY AND FOR PROTECTIVE ORDER** |

This action came up for consideration before the Court on January ___, 2010, at _____ a.m./p.m., Honorable Vaughn R. Walker, Judge of the United States District Court, presiding, on James L. Garlow's Motion to Quash Subpoena and the issues having been duly considered and a decision having been duly rendered.

1 IT IS SO ORDERED that James L. Garlow's Motion to Quash Subpoena is GRANTED / DENIED.

IT IS SO ORDERED that James L. Garlow's Motion for Protective Order is GRANTED / DENIED.

DATED: January ___, 2010  _____

HONORABLE VAUGHN R. WALKER