

# JUDICIAL CONFERENCE OF THE UNITED STATES
WASHINGTON, D.C. 20544

THE CHIEF JUSTICE
OF THE UNITED STATES
Presiding

JAMES C. DUFF
Secretary

January 8, 2010

Honorable Alex Kozinski
Chief Judge
United States Court of Appeals
Richard H. Chambers Court of
 Appeals Building
125 South Grand Avenue, Room 200
Pasadena, CA 91105-1621

Re: Judicial Conference Policy

Dear Judge Kozinski:

    We write to bring to your attention, and to the attention of the Ninth Circuit Judicial Council, the policy of the Judicial Conference of the United States which does not allow courtroom proceedings in civil and criminal trials in district courts to be broadcast, televised, recorded, or photographed for the purpose of public dissemination. As you consider the recent request by the Northern District of California to make publicly available videotape of a civil trial, we ask you to consider the Judicial Conference policy.

Sincerely,

Anthony J. Scirica
Chairman, Executive Committee

James C. Duff
Secretary

cc: Ninth Circuit Judicial Council
    Honorable Vaughn R. Walker
    Chief Judges, United States Courts of Appeals
    Circuit Executives