BRIAN R. CHAVEZ-OCHOA
CALIFORNIA STATE BAR # 190289
CHAVEZ-OCHOA LAW OFFICES, INC.
4 JEAN STREET, SUITE 4
VALLEY SPRINGS, CALIFORNIA 95252
(209) 772-3013, FAX (209) 772-3090

VINCENT P. MCCARTHY, SR. COUNSEL
CONNECTICUT STATE BAR # 100195
AMERICAN CENTER FOR LAW AND JUSTICE, NE
11 W. CHESTNUT HILL ROAD
LITCHFIELD, CT 06759
(860) 567-9485, FAX (860) 567-9513
*Motion for Admission Pro Hac Vice Pending*

Attorneys for Non-Party Dr. Jim Garlow
and Non-Party Pastor Miles McPherson

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN M. PERRY, *et al.,*<br>            Plaintiffs,<br><br>and<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br>            Plaintiff-Intervenor,<br><br>            vs.<br><br>ARNOLD SCHWARZENEGGER, *et al.,*<br>            Defendants<br><br>and<br>PROPOSITION 8 OFFICIAL PROPONENTS DENNISE HOLLINGSWORTH, *et al.,*<br>            Defendant –Intervenors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 3:09-cv-02292<br><br>**[PROPOSED] ORDER - MOTION OF MILES MCPHERSON TO QUASH SUBPOENA TO APPEAR AND TESTIFY AND FOR PROTECTIVE ORDER** |

        This action came up for consideration before the Court on January ___, 2010, at

_____ a.m./p.m., Honorable Vaughn R. Walker, Judge of the United States District Court,

presiding, on Miles McPherson Motion to Quash Subpoena and the issues having been duly

considered and a decision having been duly rendered.

1      IT IS SO ORDERED that Miles McPherson's Motion to Quash Subpoena is GRANTED

2 / DENIED.

3      IT IS SO ORDERED that Miles McPherson's Motion for Protective Order is GRANTED

4

5 / DENIED.

6

7

8 DATED: January  ___. 2010         _____

                                HONORABLE VAUGHN R. WALKER

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

09-CV-2292 VRW   [PROPOSED] ORDER - MOTION OF MILES MCPHERSON TO
QUASH SUBPOENA TO APPEAR AND TESTIFY