**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M PERRY, SANDRA B STIER, PAUL T KATAMI and JEFFREY J ZARRILLO, | |
| Plaintiffs, | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Plaintiff-Intervenor, | |
| v | |
| ARNOLD SCHWARZENEGGER, in his official capacity as governor of California; EDMUND G BROWN JR, in his official capacity as attorney general of California; MARK B HORTON, in his official capacity as director of the California Department of Public Health and state registrar of vital statistics; LINETTE SCOTT, in her official capacity as deputy director of health information & strategic planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as clerk-recorder of the County of Alameda; and DEAN C LOGAN, in his official capacity as registrar-recorder/county clerk for the County of Los Angeles, | No   C 09-2292 VRW<br><br>ORDER |
| Defendants, | |
| DENNIS HOLLINGSWORTH, GAIL J KNIGHT, MARTIN F GUTIERREZ, HAKSHING WILLIAM TAM, MARK A JANSSON and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIOFORNIA RENEWAL, as official proponents of Proposition 8, | |
| Defendant-Intervenors. / | |

The court has received the motion to withdraw filed by defendant-intervenor Hak-Shing William Tam, Doc #369, and motions to quash subpoenas filed by non-parties Bill Criswell, Doc #354, James Garlow, Doc #404, and Miles McPherson, Doc #407.  Plaintiffs are directed to file their oppositions to these motions, if any, not later than January 13, 2010 at 9 AM.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge