GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson, SBN 38137
*tolson@gibsondunn.com*
Matthew D. McGill, *pro hac vice*
1050 Connecticut Avenue, N.W., Washington, D.C. 20036
Telephone: (202) 955-8668, Facsimile: (202) 467-0539

Theodore J. Boutrous, Jr., SBN 132009
*tboutrous@gibsondunn.com*
Christopher D. Dusseault, SBN 177557
Ethan D. Dettmer, SBN 196046
333 S. Grand Avenue, Los Angeles, California 90071
Telephone: (213) 229-7804, Facsimile: (213) 229-7520

BOIES, SCHILLER & FLEXNER LLP
David Boies, *pro hac vice*
*dboies@bsfllp.com*
333 Main Street, Armonk, New York 10504
Telephone: (914) 749-8200, Facsimile: (914) 749-8300

Jeremy M. Goldman, SBN 218888
*jgoldman@bsfllp.com*
1999 Harrison Street, Suite 900, Oakland, California 94612
Telephone: (510) 874-1000, Facsimile: (510) 874-1460

Attorneys for Plaintiffs
KRISTIN M. PERRY, SANDRA B. STIER,
PAUL T. KATAMI, and JEFFREY J. ZARRILLO

Dennis J. Herrera, SBN 139669
Therese M. Stewart, SBN 104930
Danny Chou, SBN 180240
One Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-4708, Facsimile (415) 554-4699

Attorneys for Plaintiff-Intervenor
CITY AND COUNTY OF SAN FRANCISCO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, *et al.*,<br><br>　　　　　　Plaintiffs,<br>and<br>CITY AND COUNTY OF SAN FRANCISCO,<br>　　　　　　Plaintiff-Intervenor,<br>　　v.<br>ARNOLD SCHWARZENEGGER, *et al.*,<br>　　　　　　Defendants,<br>and<br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et al.*,<br>　　　　　　Defendant-Intervenors. | CASE NO. 09-CV-2292 VRW<br><br>**PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S TRIAL EXHIBIT LIST (THIRD SUPPLEMENTAL)**<br><br>Trial Date:　January 11, 2010 |

Plaintiffs and Plaintiff-Intervenor hereby submit their Trial Exhibit List, attached hereto as Exhibit A, which has been supplemented to include and reflect recent discovery. The Trial Exhibit List lists the exhibits Plaintiffs and Plaintiff-Intervenor currently anticipate introducing during the trial of this proceeding, other than those that might be required in rebuttal and those that are anticipated in good faith to be used for impeachment. By placing a specific document on the Trial Exhibit List, Plaintiffs and Plaintiff-Intervenor are not conceding that any document so listed is admissible or admissible for all purposes.

Plaintiffs and Plaintiff-Intervenor expressly reserve the right to introduce as exhibits at trial documents required for rebuttal or impeachment, and documents that are discovered or produced subsequent to the date of this list.

DATED: January 11, 2010

GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson
Theodore J. Boutrous, Jr.
Christopher D. Dusseault
Ethan D. Dettmer
Matthew D. McGill
Amir C. Tayrani
Sarah E. Piepmeier
Theane Evangelis Kapur
Enrique A. Monagas


By: _____/s/_____
        Theodore B. Olson

and

BOIES, SCHILLER & FLEXNER LLP
David Boies
Jeremy M. Goldman
Roseanne C. Baxter
Richard J. Bettan
Beko O. Richardson
Theodore H. Uno

Attorneys for Plaintiffs
KRISTIN M. PERRY, SANDRA B. STIER,
PAUL T. KATAMI, and JEFFREY J. ZARRILLO

///

///

1  DENNIS J. HERRERA
   City Attorney
2  THERESE M. STEWART
   Chief Deputy City Attorney
3  DANNY CHOU
   Chief of Complex and Special Litigation
4  RONALD P. FLYNN
   VINCE CHHABRIA
5  ERIN BERNSTEIN
   CHRISTINE VAN AKEN
6  MOLLIE M. LEE
   Deputy City Attorneys

7

8
   By: _____/s/_____
9           Therese M. Stewart

10 Attorneys for Plaintiff-Intervenor
   CITY AND COUNTY OF SAN FRANCISCO

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28