1

2               IN THE UNITED STATES DISTRICT COURT

3            FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5   KRISTIN M PERRY, SANDRA B STIER,
    PAUL T KATAMI and JEFFREY J
6   ZARRILLO,

7           Plaintiffs,

8   CITY AND COUNTY OF SAN FRANCISCO,

9           Plaintiff-Intervenor,

10          v

11  ARNOLD SCHWARZENEGGER, in his
    official capacity as governor of
12  California; EDMUND G BROWN JR, in
    his official capacity as attorney
13  general of California; MARK B          No    C 09-2292 VRW
    HORTON, in his official capacity
14  as director of the California          ORDER
    Department of Public Health and
15  state registrar of vital
    statistics; LINETTE SCOTT, in her
16  official capacity as deputy
    director of health information &
17  strategic planning for the
    California Department of Public
18  Health; PATRICK O'CONNELL, in his
    official capacity as clerk-
19  recorder of the County of
    Alameda; and DEAN C LOGAN, in his
20  official capacity as registrar-
    recorder/county clerk for the
21  County of Los Angeles,

22          Defendants,

23  DENNIS HOLLINGSWORTH, GAIL J
    KNIGHT, MARTIN F GUTIERREZ,
24  HAKSHING WILLIAM TAM, MARK A
    JANSSON and PROTECTMARRIAGE.COM –
25  YES ON 8, A PROJECT OF
    CALIOFORNIA RENEWAL, as official
26  proponents of Proposition 8,

27          Defendant-Intervenors.
    _____/
28

*(left margin, rotated)* United States District Court  For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

During the first day of trial, the court asked counsel for the Attorney General to explain how Proposition 8 was placed on the 2008 ballot despite the Attorney General's position that Proposition 8 is unconstitutional.  Counsel for the Attorney General agreed to provide the court a memorandum in response.

The Attorney General is DIRECTED to file a memorandum in response to the court's question not later than January 14, 2010 at 5 PM.  Any party wishing to respond to the Attorney General's memorandum shall do so not later than January 19, 2010 at 5 PM.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

2