GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson, SBN 38137
*tolson@gibsondunn.com*
Matthew D. McGill, *pro hac vice*
Amir C. Tayrani, SBN 229609
1050 Connecticut Avenue, N.W., Washington, D.C. 20036
Telephone: (202) 955-8668, Facsimile: (202) 467-0539

Theodore J. Boutrous, Jr., SBN 132009
*tboutrous@gibsondunn.com*
Christopher D. Dusseault, SBN 177557
Ethan D. Dettmer, SBN 196046
Sarah E. Piepmeier, SBN 227094
Theane Evangelis Kapur, SBN 243570
Enrique A. Monagas, SBN 239087
333 S. Grand Avenue, Los Angeles, California 90071
Telephone: (213) 229-7804, Facsimile: (213) 229-7520

BOIES, SCHILLER & FLEXNER LLP
David Boies, *pro hac vice*
*dboies@bsfllp.com*
333 Main Street, Armonk, New York 10504
Telephone: (914) 749-8200, Facsimile: (914) 749-8300

Jeremy M. Goldman, SBN 218888
*jgoldman@bsfllp.com*
Theodore H. Uno, SBN 248603
1999 Harrison Street, Suite 900, Oakland, California 94612
Telephone: (510) 874-1000, Facsimile: (510) 874-1460

Attorneys for Plaintiffs
KRISTIN M. PERRY, SANDRA B. STIER,
PAUL T. KATAMI, and JEFFREY J. ZARRILLO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, *et al.*,<br>    Plaintiffs,<br>and<br>CITY AND COUNTY OF SAN FRANCISCO,<br>    Plaintiff-Intervenor,<br>    v.<br>ARNOLD SCHWARZENEGGER, *et al.*,<br>    Defendants,<br>and<br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et al.*,<br>    Defendant-Intervenors. | CASE NO. 09-CV-2292 VRW<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR SEALING ORDER PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)**<br><br>Trial Date: January 11, 2010<br>Judge: Chief Judge Walker<br>Location: Courtroom 6, 17th Floor |

## NOTICE OF MOTION AND MOTION

Pursuant to Northern District of California Civil Local Rules ("Civil Local Rules") 7-11 and 79-5(d), and paragraph 10 of the Protective Order entered in this action on January 7, 2010, *see* Doc #361, ¶ 10, Plaintiffs hereby move for administrative relief for a sealing order:

1. Email message from Bill May to Ned Dolejsi, sent on June 25, 2008, with the subject line "Report on Evangelical Teleconference today," and four (4) attachments, Bates numbered DEFINT_PM_005614 – DEFINT_PM_005662, attached as Exhibit A to the Declaration of Rebecca Justice Lazarus in Support of Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) ("Justice Lazarus Decl.").

2. Email message from Bill May to Ron Prentice, sent on June 14, 2008, with the subject line "heads up – 'urgent,'" and two attachments, Bates numbered DEFINT_PM_005767 – DEFINT_PM_005772, attached as Exhibit B to Justice Lazarus Decl.

3. Email message from Kenyn Cureton to ronp@californiafamily.org, sent on August 25, 2008, with the subject line "Stand for Marriage Materials," and one attachment, Bates numbered DEFINT_PM_005385 – DEFINT_PM_005399, attached as Exhibit C to Justice Lazarus Decl.

Plaintiffs first received these documents from Proponents on January 10, 2010—just one day before the beginning of trial—following this Court's January 8, 2010, order compelling production on a rolling basis. Doc #372 at 5. Civil Local Rule 79-5(d) provides that: "If a party wishes to file a document that has been designated confidential by another party pursuant to a protective order, or if a party wishes to refer in a memorandum or other filing to information so designated by another party, the submitting party must file and serve an Administrative Motion for sealing order . . . ."

Plaintiffs submit this Administrative Motion because they wish to introduce the above-referenced documents received from Proponents as evidence at trial, which has already commenced. Plaintiffs request that, in the event the Court determines that it is not appropriate to file the above-referenced documents under seal, the Court allow Plaintiffs to file the documents in the public record.

//

//

//

Civil Local Rule 79-5(a) prohibits the sealing of documents or information by agreement of the parties, and therefore the parties are unable to enter into such a stipulation pursuant to Civ. Local Rule 7-11(a). Pursuant to Local Rule 79-5(d), Plaintiffs have concurrently lodged the documents referenced herein with the court.

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiffs first received the documents referenced in this motion from Proponents on January 10, 2010—just one day before the beginning of trial—following this Court's January 8, 2010, order compelling production on a rolling basis. Doc #372 at 5. Civil Local Rule 79-5(d) provides that: "If a party wishes to file a document that has been designated confidential by another party pursuant to a protective order, or if a party wishes to refer in a memorandum or other filing to information so designated by another party, the submitting party must file and serve an Administrative Motion for sealing order . . . ."

Plaintiffs submit this Administrative Motion because they wish to introduce the above-referenced documents received from Proponents as evidence at trial, which has already commenced. Plaintiffs request that, in the event the Court determines that it is not appropriate to file the above-referenced documents under seal, the Court allow Plaintiffs to file the documents in the public record.

//
//
//
//
//
//
//
//
//
//
//

In a concurrently filed Motion to Shorten Time, Plaintiffs further request that the Court rule on the motion to file under seal before the commencement of evidence on January 12, 2010.

Respectfully submitted,

DATED: January 12, 2010

GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson
Theodore J. Boutrous, Jr.
Christopher D. Dusseault
Ethan D. Dettmer
Matthew D. McGill
Amir C. Tayrani
Sarah E. Piepmeier
Theane Evangelis Kapur
Enrique A. Monagas

By: _____/s/_____
        Theodore J. Boutrous, Jr.

and

BOIES, SCHILLER & FLEXNER LLP
David Boies
Jeremy M. Goldman
Roseanne C. Baxter
Richard J. Bettan
Beko O. Richardson
Theodore H. Uno

Attorneys for Plaintiffs
KRISTIN M. PERRY, SANDRA B. STIER,
PAUL T. KATAMI, and JEFFREY J. ZARRILLO