GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson, SBN 38137
*tolson@gibsondunn.com*
Matthew D. McGill, *pro hac vice*
Amir C. Tayrani, SBN 229609
1050 Connecticut Avenue, N.W., Washington, D.C. 20036
Telephone: (202) 955-8668, Facsimile: (202) 467-0539

Theodore J. Boutrous, Jr., SBN 132009
*tboutrous@gibsondunn.com*
Christopher D. Dusseault, SBN 177557
Ethan D. Dettmer, SBN 196046
Sarah E. Piepmeier, SBN 227094
Theane Evangelis Kapur, SBN 243570
Enrique A. Monagas, SBN 239087
333 S. Grand Avenue, Los Angeles, California 90071
Telephone: (213) 229-7804, Facsimile: (213) 229-7520

BOIES, SCHILLER & FLEXNER LLP
David Boies, *pro hac vice*
*dboies@bsfllp.com*
333 Main Street, Armonk, New York 10504
Telephone: (914) 749-8200, Facsimile: (914) 749-8300

Jeremy M. Goldman, SBN 218888
*jgoldman@bsfllp.com*
Theodore H. Uno, SBN 248603
1999 Harrison Street, Suite 900, Oakland, California 94612
Telephone: (510) 874-1000, Facsimile: (510) 874-1460

Attorneys for Plaintiffs
KRISTIN M. PERRY, SANDRA B. STIER,
PAUL T. KATAMI, and JEFFREY J. ZARRILLO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, *et al.*,<br><br>Plaintiffs,<br><br>and<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>Defendants,<br><br>and<br><br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et al.*,<br><br>Defendant-Intervenors. | CASE NO. 09-CV-2292 VRW<br><br>**DECLARATION OF REBECCA JUSTICE LAZARUS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)** |

Gibson, Dunn & Crutcher LLP

09-CV-2292 VRW  DECLARATION OF REBECCA JUSTICE LAZARUS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)

I, Rebecca Justice Lazarus, declare as follows:

1. I am an attorney licensed to practice law in the State of California and in the Northern District of California. I am an associate in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Plaintiffs Kristin M. Perry, Sandra B. Stier, Paul T. Katami, and Jeffrey J. Zarrillo in the above-captioned matter. I make this declaration in support of Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d). The information below is stated on personal knowledge and if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of an email message from Bill May to Ned Dolejsi, sent on June 25, 2008, with the subject line "Report on Evangelical Teleconference today," and four (4) attachments, Bates numbered DEFINT_PM_005614 – DEFINT_PM_005662.

3. Attached hereto as Exhibit B is a true and correct copy of an email message from Bill May to Ron Prentice, sent on June 14, 2008, with the subject line "heads up – 'urgent,'" and two attachments, Bates numbered DEFINT_PM_005767 – DEFINT_PM_005772.

4. Attached hereto as Exhibit C is a true and correct copy of an email message from Kenyn Cureton to ronp@californiafamily.org, sent on August 25, 2008, with the subject line "Stand for Marriage Materials," and one attachment, Bates numbered DEFINT_PM_005385 – DEFINT_PM_005399.

5. Exhibits A, B, and C were produced by Proponents pursuant to the Court's order requiring the further production of documents, *see* Doc #372 at 5, on Sunday, January 10, 2010 at approximately 12:00 p.m.

//
//
//
//
//
//

2

09-CV-2292 VRW DECLARATION OF REBECCA JUSTICE LAZARUS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)

Gibson, Dunn & Crutcher LLP

6. A stipulation could not be obtained in this matter because Civil Local Rule 79-5(a) prohibits the sealing of documents or information by agreement of the parties, and therefore the parties are unable to enter into such a stipulation.

I declare, under penalty of perjury under the laws of the United States, that these facts are true and correct and that this Declaration is executed this 12th day of January, 2010, at San Francisco, California.

/s/ Rebecca Justice Lazarus
Rebecca Justice Lazarus

Gibson, Dunn & Crutcher LLP

3

09-CV-2292 VRW DECLARATION OF REBECCA JUSTICE LAZARUS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)

## ATTESTATION PURSUANT TO GENERAL ORDER NO. 45

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

                                                  /s/ Theodore Boutrous, Jr
                                                  Theodore Boutrous, Jr.

Gibson, Dunn & Crutcher LLP

4

09-CV-2292 VRW DECLARATION OF REBECCA JUSTICE LAZARUS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)

# Exhibit A

(Exhibit lodged with the Court)

# Exhibit B

(Exhibit lodged with the Court)

# Exhibit C

(Exhibit lodged with the Court)