GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson, SBN 38137
*tolson@gibsondunn.com*
Matthew D. McGill, *pro hac vice*
Amir C. Tayrani, SBN 229609
1050 Connecticut Avenue, N.W., Washington, D.C. 20036
Telephone: (202) 955-8668, Facsimile: (202) 467-0539

Theodore J. Boutrous, Jr., SBN 132009
*tboutrous@gibsondunn.com*
Christopher D. Dusseault, SBN 177557
Ethan D. Dettmer, SBN 196046
Sarah E. Piepmeier, SBN 227094
Theane Evangelis Kapur, SBN 243570
Enrique A. Monagas, SBN 239087
333 S. Grand Avenue, Los Angeles, California 90071
Telephone: (213) 229-7804, Facsimile: (213) 229-7520

BOIES, SCHILLER & FLEXNER LLP
David Boies, *pro hac vice*
*dboies@bsfllp.com*
333 Main Street, Armonk, New York 10504
Telephone: (914) 749-8200, Facsimile: (914) 749-8300

Jeremy M. Goldman, SBN 218888
*jgoldman@bsfllp.com*
Theodore H. Uno, SBN 248603
1999 Harrison Street, Suite 900, Oakland, California 94612
Telephone: (510) 874-1000, Facsimile: (510) 874-1460

Attorneys for Plaintiffs
KRISTIN M. PERRY, SANDRA B. STIER,
PAUL T. KATAMI, and JEFFREY J. ZARRILLO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, *et al.*, <br> Plaintiffs, <br> and <br> CITY AND COUNTY OF SAN FRANCISCO, <br> Plaintiff-Intervenor, <br> v. <br> ARNOLD SCHWARZENEGGER, *et al.*, <br> Defendants, <br> and <br> PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et al.*, <br> Defendant-Intervenors. | CASE NO. 09-CV-2292 VRW <br><br> **DECLARATION OF REBECCA JUSTICE LAZARUS IN SUPPORT OF PLAINTIFFS' MOTION TO SHORTEN TIME FOR PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULE 6-3** <br><br> Trial Date: January 11, 2010 <br> Judge: Chief Judge Walker <br> Location: Courtroom 6, 17th Floor |

I, Rebecca Justice Lazarus, declare as follows:

1. I, Rebecca Justice Lazarus, am an attorney at law, duly licensed to practice before all courts of the State of California and before the United States District Court for the Northern District of California. I am an associate with Gibson, Dunn & Crutcher LLP, counsel of record for Plaintiffs in the above-captioned matters. I have personal knowledge of the facts stated herein and could and would testify competently thereto if called upon to do so.

2. Pursuant to Northern District of California Civil Local Rules ("Civil Local Rules") 7-11 and 79-5(d), and the Protective Order entered in this action on January 7, 2010, *see* Doc #361, Plaintiffs have concurrently filed a motion for administrative relief to file certain documents, or portions thereof, under seal ("Administrative Motion") because they have been designated "Highly Confidential" by Proponents:

3. Plaintiffs have concurrently submitted the Administrative Motion because they wish to introduce these documents received from Proponents as evidence at trial, which has already commenced. Plaintiffs received the documents on January 10, 2010, following this Court's January 8, 2010, order compelling production on a rolling basis. Doc #372 at 5.

4. Plaintiffs believe that it would be in all parties' interest to resolve this matter as soon as possible given the ongoing trial and Plaintiffs' desire to use the document at trial and have filed the Motion to Shorten Time for that reason.

5. On January 11, 2010, I sent an e-mail to Nicole J. Moss and David Thompason, counsel for Proponents, requesting that Proponents stipulate to a shortened schedule for resolving this question. Specifically, I requested that Proponents stipulate that they would file and serve a declaration with the Court establishing why all or part of the designated information is sealable or withdrawing their designation by no later than January 12, 2010 at 8:00 AM pursuant to Local Rules 6-2 and 79-5(d). A true and correct copy of the e-mail is attached hereto as Exhibit A.

6. I did not receive a response from counsel for Proponents.

7. I am aware of two previous time modifications in this case. A stipulation was granted to extend time for the Administration Defendants to serve and file their Answer to the Complaint in Intervention. Doc #170. The parties also entered into a joint stipulation to extend pretrial filing deadlines. Doc #266.

8. I do not believe that the requested time modification would have any effect on the schedule for this case. Indeed, given that Proponents produced these documents less than two days ago, and trial has already commenced, Plaintiffs would be prejudiced if the requested time modification was not granted.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of January, 2010.

By: */s/*
Rebecca Justice Lazarus

# Exhibit A

## Matsumura, Kaiponanea T

| | |
|---|---|
| **From:** | Justice Lazarus, Rebecca |
| **Sent:** | Tuesday, January 12, 2010 8:24 AM |
| **To:** | Matsumura, Kaiponanea T |
| **Subject:** | FW: Administrative Motion for a sealing order and Motion to Shorten Time |
| **Attachments:** | FRC Email to Prentice DEFINT_PM_005300-005399.pdf; Incest as Consequence.pdf; Evangelical Teleconference.pdf; Plaintiffs' Admin. Mot. for Sealing Order.pdf; Decl. of R. Justice Lazarus ISO Admin. Mot. to Seal.pdf; Proposed Order Granting Plaintiffs' Admin. Mot..pdf; Plaintiffs' Mot. to Shorten Time.pdf; Decl. of R. Justice Lazarus ISO Mot. to Shorten Time.pdf; Proposed Order Granting Mot. to Shorten Time.pdf |

Rebecca Justice Lazarus
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Tel 415.393.8296 | Fax 415.374.8427
www.gibsondunn.com

**From:** Justice Lazarus, Rebecca
**Sent:** Monday, January 11, 2010 9:15 PM
**To:** dthompson@cooperkirk.com; Nicole Moss
**Cc:** Boutrous Jr., Theodore J.; Dettmer, Ethan D.
**Subject:** Administrative Motion for a sealing order and Motion to Shorten Time

Dear Nicole and David,

Pursuant to paragraph 10 of the Protective Order entered by the Court and Local Rule 79-5, I am writing to inform you that Plaintiffs will file with the Court tomorrow an administrative motion for a sealing order. For your convenience, I have attached the draft motion and supporting documents, as well as the documents we will lodge with the court in connection with that motion. The motion reflects that the documents lodged in connection with the administrative motion are documents produced by Proponents and designated "Highly Confidential" under the Protective Order.

We reserve the right to use these newly produced documents in upcoming direct examinations, including Professor Cott.

Given the need for the court to promptly consider this motion in connection with the ongoing trial, we also intend to file a motion to shorten the time within which the administrative motion will be heard pursuant to Local Rule 6-3. That motion and draft supporting documents are also attached. Please let me know as soon as possible if you oppose this motion.

Best regards,

Rebecca Justice Lazarus

Rebecca Justice Lazarus
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105

1

Tel 415.393.8296 | Fax 415.374.8427
www.gibsondunn.com

2