UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Civil Trial Minutes**       JUDGE: Vaughn R Walker

Date:   January 11, 2010

Case No.  C09-2292 VRW

Case Title: **KRISTIN PERRY et al v. ARNOLD SCHWARZENEGGER et al**

Attorneys:
   Plaintiffs:   Theodore Olson, Theodore Boutrous, David Boies, Christopher Dusseault, Ethan Dettmer, Jeremy Goldman, Beko Reblitz-Richardson, Steve Holtzman

   Plaintiff Intervenor:  Dennis J Herrera, Therese M Stewart , Danny Chou

   Prop 8 Defendant:   Charles J Cooper, Brian W Raum, David H Thompson, Nicole Moss, Howard Nielson, Peter Patterson, James A Campbell, Garland B Nagy

   State Defendants:   Andrew W Strouds for Gov Schwarzenegger et al
                       Tamar Pachter, Gordon Burns for CA Attorney General
                       Claude Kolm and  Manuel F Martinez for Patrick O'Connel, County of Alameda
                       Judy Whitehurst for Dean Logan, Los Angeles Co Registrar

Deputy Clerk: Cora Klein       Court Reporter: Kathy Sullivan, Debra Pas

Court Trial begin:   January 11, 2010

Further Trial:   1/12/2010      Trial ended:

**Proceedings:**
Court trial begun.
Opening Statements.

**Witnesses**:
1. Jeffrey Zarrillo
2. Paul T Katami
3. Kristin Perry
4. Sandra B Stier
5. Prof Nancy F Cott

**Exhibits:** admitted into evidence:
Plaintiffs: 99, 401, 1, 116, 15, 2323, 1746.