Case3:09-cv-02292-VRW Document419 Filed01/08/10 Page1 of 2

THE BECKET FUND FOR RELIGIOUS LIBERTY
Kevin J. Hasson
1350 Connecticut Avenue, NW, Suite 605
Washington, D.C. 20036-1735
Telephone: (202) 955-0095
Fax: (202) 955-0090

Attorney for *Amicus Curiae*
The Becket Fund for Religious Liberty

JAN 8 2010

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

KRISTIN M. PERRY, *et al.*,
Plaintiffs,

and

CITY AND COUNTY OF SAN FRANCISCO,
Plaintiff-Intervenor,

v.

ARNOLD SCHWARZENEGGER, *et al.*,
Defendants,

and

PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et al.*,
Defendant-Intervenors.

Case No. 09-CV-02292 VRW

**APPLICATION FOR ADMISSION OF ATTORNEY KEVIN J. HASSON *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, KEVIN JAMES HASSON, an active member in good standing of the bar of the State of Illinois and the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing *amicus curiae* The Becket Fund for Religious Liberty in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the United States Court or of the highest court of another State or the District of Columbia, as indicated above;

1

**APPLICATION FOR ADMISSION OF ATTORNEY KEVIN J. HASSON *PRO HAC VICE***

Case No. 09-CV-02292 VRW

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Angela Thompson (CA Bar No. 206587)
Attorney at Law
PO Box 163461
Sacramento, CA 95816-9461
Telephone: 916.642.6534

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/7/10