

Christopher M. Gacek
Family Research Council
801 G Street, N.W.
Washington, D.C. 20001
(202) 393-2100



FILED
JAN 8 2010

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KRISTIN M. PERRY, et al.

Plaintiff(s),

v.

ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California, et al.

Defendant(s).

CASE NO. 09-CV-2292 VRW

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Christopher M. Gacek, an active member in good standing of the bar of North Carolina and the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing the Family Research Council in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Patrick Gorman, Wild, Carter & Tipton
246 W. Shaw Avenue, Fresno, California 93704 (559) 224-2131

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 6, 2010

Christopher M. Gacek