

Clerk's Use Only

Initial for fee pd.:

Paul Benjamin Linton
921 Keystone Avenue
Northbrook, Illinois 60062-3614
(847) 291-3848

**FILED**
JAN 8 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

KRISTIN M. PERRY, et al.

              Plaintiff(s),

           v.

ARNOLD SCHWARZENEGER, in his official capacity as Governor of California,

              Defendant(s).  /

CASE NO. 09-CV-2292 VRW

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Paul Benjamin Linton, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing the Family Research Council in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Patrick J. Gorman, Wild, Carter & Tipton
246 W. Shaw Avenue, Fresno, California 93704 (559) 224-2131

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2010

Paul Benjamin Linton