


VINCENT P. MCCARTHY
11 W. CHESTNUT HILL ROAD
LITCHFIELD, CT 06759
(860) 567-9485

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY, et al | Case No.: 3:09-cv-02292 |
| Plaintiff(s), | APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| vs. | |
| SCHWARZENEGGER, et al | |
| Defendant(s). | |

Pursuant to Civil L.R. 11-3, Vincent P. McCarthy, an active member in good standing of the bar of Connecticut, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing non-party Dr. Jim Garlow and non-party Pastor Miles McPherson in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Brian R. Chavez-Ochoa, 4 Jean Street, Suite 4, Valley Springs, California, 95252 (209) 772-3013

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 7, 2010

_____
Vincent P. McCarthy