UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 14 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| KRISTIN M. PERRY; SANDRA B. STIER; PAUL T. KATAMI; JEFFREY J. ZARRILLO,<br><br>    Plaintiffs - Appellees,<br><br> v.<br><br>PROPOSITION 8 OFFICIAL PROPONENTS,<br><br>    Defendant-intervenor - Appellee,<br><br>CAMPAIGN FOR CALIFORNIA FAMILIES,<br><br>    Defendant-intervenor - Appellant,<br><br> and<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, Jr., in his official capacity as Attorney General of California; MARK B. HORTON in his official capacity as Director of the California Department of Public Health & State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; DEAN C. | No. 09-16959<br><br>D.C. No. 3:09-cv-02292-VRW<br>Northern District of California,<br>San Francisco<br><br>**MANDATE** |

LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,

        Defendants,

DENNIS HOLLINGSWORTH; GAIL J. KNIGHT; HAK-SHING WILLIAM TAM MARK A. JANSSON; PROTECTMARRIAGE.COM - YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,

        Defendant-intervenors,

MARTIN F. GUTIERREZ,

        Defendant-intervenor.

The judgment of this Court, entered 11/19/09, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

/s/
By: Theresa Benitez
Deputy Clerk