**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 12, 2010

CASE NUMBER:  **CV 09-02292 VRW**
CASE TITLE:  **KRISTIN M. PERRY -v- ARNOLD SCHWARZENEGGER**
DATE MANDATE FILED:  1/12/09

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by:  Felicia Reloba
Case Systems Administrator

Distribution:  CIVIL      -    Counsel of Record

CRIMINAL   -    Counsel of Record
                U.S. Marshal (Copy of Mandate)
                U.S. Probation Office

NDC App-16