IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Kristin M. Perry, et al.,

    Plaintiff,

v.

Arnold Schwarzenegger, in his official capacity as Governor of California, et al.,

    Defendant.

CASE NO. 09-cv-2292-VRW

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

James Bopp, Jr., whose business address and telephone number is

1 S. Sixth St.; Terre Haute, IN 47807-3510
(812) 232-2434

and who is an active member in good standing of the bar of Indiana having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Doug Swardstrom

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: January 12, 2010



GRANTED
Judge Vaughn R Walker