IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kristin M. Perry, et al., | CASE NO. 09-cv-2292-VRW |
| Plaintiff, | ~~(Proposed)~~ |
| v. | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| Arnold Schwarzenegger, in his official capacity as Governor of California, et al., | |
| Defendant. | |

Richard E. Coleson, whose business address and telephone number is

1 S. Sixth St.; Terre Haute, IN 47807-3510
(812) 232-2434

and who is an active member in good standing of the bar of Indiana

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Doug Swardstrom

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Jan. 12, 2010



GRANTED
Judge Vaughn R Walker