1  BRIAN R. CHAVEZ-OCHOA
   CALIFORNIA STATE BAR # 190289
2  CHAVEZ-OCHOA LAW OFFICES, INC.
   4 JEAN STREET, SUITE 4
3  VALLEY SPRINGS, CALIFORNIA 95252
   (209) 772-3013, FAX (209) 772-3090
4
   VINCENT P. MCCARTHY, SR. COUNSEL
5  CONNECTICUT STATE BAR # 100195
   AMERICAN CENTER FOR LAW AND JUSTICE, NE
6  11 W. CHESTNUT HILL ROAD
   LITCHFIELD, CT 06759
7  (860) 567-9485, FAX (860) 567-9513
   *Motion for Admission Pro Hac Vice Pending*
8
   Attorneys for Non-Party Dr. Jim Garlow
9  and Non-Party Pastor Miles McPherson

10

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13

14  KRISTEN M. PERRY, *et al.*,           )   Case No.: 3:09-cv-02292
              Plaintiffs,                 )
15                                        )   **CERTIFICATE OF SERVICE**
                                          )
16  and                                   )
    CITY AND COUNTY OF SAN                )
17  FRANCISCO,                            )
              Plaintiff-Intervenor,       )
18                                        )
                                          )
19        vs.                             )
                                          )
20  ARNOLD SCHWARZENEGGER, *et al.*,      )
              Defendants                  )
21                                        )
    and                                   )
22  PROPOSITION 8 OFFICIAL PROPONENTS     )
    DENNISE HOLLINGSWORTH, *et al.*,      )
23                                        )
              Defendant –Intervenors.     )
24

25                   **CERTIFICATE OF SERVICE**

26        I HEREBY CERTIFY that a true and correct copy of Miles McPherson's Motion to

27  Quash Subpoena and for Protective Order, Declaration of Miles McPherson in Support of

28  Motion to Quash Subpoena, Memorandum of Law in Support of Miles McPherson's Motion to

                                       1
              09-CV-2292 VRW    CERTIFICATE OF SERVICE

Quash Subpoena and for Protective Order, Declaration of Brian R. Chavez-Ochoa in Support of Motion to Shorten Time, and [Proposed] Order Granting Miles McPherson's Motion to Quash Subpoena to Appear and Testify and for Protective Order was served on all parties required to be served this 11th day of January, 2010, by the following methods and addressed as follows:

By U.S. MAIL:

| | |
|---|---|
| David Boies<br>Boies Schiller & Flexner LLP<br>333 Main Street<br>Armonk, NY 10504 | Rena M Lindevaldsen<br>Liberty Counsel<br>100 Mountainview Rd, Ste 2775<br>Lynchberg, VA 24502 |
| Jesse Panuccio<br>Cooper & Kirk PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, DC 20036 | Theane Evangelis Kapur<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 |
| Michael W. Kirk<br>Cooper & Kirk, PLLC<br>1523 New Hampshire Avenue, NW<br>Washington, DC 2003 | Tobias Barrington Wolff<br>University of Pennsylvania Law School<br>3400 Chestnut Street<br>Philadelphia, PA 19104-6204 |

Respectfully submitted,
Signed at Valley Springs, California on
January 12, 2010.

/S/ Brian R. Chavez-Ochoa
Brian R. Chavez-Ochoa
CHAVEZ-OCHOA LAW OFFICES, INC.
Attorney for Non-Party Dr. Jim Garlow
and Non-Party Pastor Miles McPherson
4 Jean Street, Suite 4
Valley Springs, CA 95252
(209) 772-3013