| | |
|---|---|
| 1 | BRIAN R. CHAVEZ-OCHOA |
| | CALIFORNIA STATE BAR # 190289 |
| 2 | CHAVEZ-OCHOA LAW OFFICES, INC. |
| | 4 JEAN STREET, SUITE 4 |
| 3 | VALLEY SPRINGS, CALIFORNIA 95252 |
| | (209) 772-3013, FAX (209) 772-3090 |
| 4 | |
| | VINCENT P. MCCARTHY, SR. COUNSEL |
| 5 | CONNECTICUT STATE BAR # 100195 |
| | AMERICAN CENTER FOR LAW AND JUSTICE, NE |
| 6 | 11 W. CHESTNUT HILL ROAD |
| | LITCHFIELD, CT 06759 |
| 7 | (860) 567-9485, FAX (860) 567-9513 |
| | *Motion for Admission Pro Hac Vice Pending* |
| 8 | |
| | Attorneys for Non-Party Dr. Jim Garlow |
| 9 | and Non-Party Pastor Miles McPherson |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KRISTEN M. PERRY, *et al.*, | ) | Case No.: 3:09-cv-02292 |
| Plaintiffs, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| and | ) | |
| CITY AND COUNTY OF SAN FRANCISCO, | ) | |
| Plaintiff-Intervenor, | ) | |
| vs. | ) | |
| ARNOLD SCHWARZENEGGER, *et al.*, | ) | |
| Defendants | ) | |
| and | ) | |
| PROPOSITION 8 OFFICIAL PROPONENTS | ) | |
| DENNISE HOLLINGSWORTH, *et al.*, | ) | |
| Defendant –Intervenors. | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of James L. Garlow's Motion to Quash Subpoena and for Protective Order, Declaration of James L. Garlow in Support of Motion to Quash Subpoena, Memorandum of Law in Support of James L. Garlow's Motion to Quash

Subpoena and for Protective Order, Declaration of Brian R. Chavez-Ochoa in Support of Motion to Shorten Time, and [Proposed] Order Granting James L. Garlow's Motion to Quash Subpoena to Appear and Testify and for Protective Order was served on all parties required to be served this 11th day of January, 2010, by the following methods and addressed as follows:

By U.S. MAIL:

| | |
|---|---|
| David Boies<br>Boies Schiller & Flexner LLP<br>333 Main Street<br>Armonk, NY 10504 | Rena M Lindevaldsen<br>Liberty Counsel<br>100 Mountainview Rd, Ste 2775<br>Lynchberg, VA 24502 |
| Jesse Panuccio<br>Cooper & Kirk PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, DC 20036 | Theane Evangelis Kapur<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 |
| Michael W. Kirk<br>Cooper & Kirk, PLLC<br>1523 New Hampshire Avenue, NW<br>Washington, DC 2003 | Tobias Barrington Wolff<br>University of Pennsylvania Law School<br>3400 Chestnut Street<br>Philadelphia, PA 19104-6204 |

Respectfully submitted,
Signed at Valley Springs, California on
January 12, 2010.

/S/ Brian R. Chavez-Ochoa
Brian R. Chavez-Ochoa
CHAVEZ-OCHOA LAW OFFICES, INC.
Attorney for Non-Party Dr. Jim Garlow
and Non-Party Pastor Miles McPherson
4 Jean Street, Suite 4
Valley Springs, CA 95252
(209) 772-3013