**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M PERRY, SANDRA B STIER, PAUL T KATAMI and JEFFREY J ZARRILLO, <br><br>    Plaintiffs, <br><br>CITY AND COUNTY OF SAN FRANCISCO, <br><br>    Plaintiff-Intervenor, <br><br>    v <br><br>ARNOLD SCHWARZENEGGER, in his official capacity as governor of California; EDMUND G BROWN JR, in his official capacity as attorney general of California; MARK B HORTON, in his official capacity as director of the California Department of Public Health and state registrar of vital statistics; LINETTE SCOTT, in her official capacity as deputy director of health information & strategic planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as clerk-recorder of the County of Alameda; and DEAN C LOGAN, in his official capacity as registrar-recorder/county clerk for the County of Los Angeles, <br><br>    Defendants, <br><br>DENNIS HOLLINGSWORTH, GAIL J KNIGHT, MARTIN F GUTIERREZ, HAKSHING WILLIAM TAM, MARK A JANSSON and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIOFORNIA RENEWAL, as official proponents of Proposition 8, <br><br>    Defendant-Intervenors. <br>_____/ | No   C 09-2292 VRW <br><br>ORDER |

Plaintiffs have moved under Civ LR 79-5(d) for an order permitting them to introduce, either under seal or as part of the public record, documents that have been designated "highly confidential" by proponents.  Doc #414.  Proponents are DIRECTED to respond to plaintiffs' motion either at the January 13, 2010 trial proceedings or in writing not later than January 13, 2010 at 5 PM.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

**2**