

January 8, 2010

Hon. Vaughn Walker                     Hon. Phyllis Hamilton
Chief Judge                            Chair of the Rules Committee
United States Courthouse                United States Courthouse
450 Golden Gate Avenue                 1301 Clay Street
San Francisco, CA 94102                Oakland, CA 94612

Dear Judge Walker and Judge Hamilton:

On behalf of the Alameda County Bar Association, I write to support the proposed revision to Civil Local Rule 77-3 regarding the taking of photographs, public broadcasting or televising, or recording for those purposes in the courtroom or its environs, in connection with any judicial proceeding of the United States District Court for the Northern District of California Court.

In the case of *Perry v. Schwarzenegger*, we applaud the ruling to allow court-operated cameras for delayed release of the proceedings and to provide real-time video feed broadcast to the overflow room in the courthouse, as well as possibly other district courthouses. Further, we respectfully request that the case be broadcast in *real-time* as it unfolds and made available to anyone who wishes to see it.

This case presents significant public interest and import to all Americans, touching both civil rights and constitutional principles. Televising the trial as it happens will ensure transparency and public access, as well as bolster the public's confidence in the judicial process.

The Alameda County Bar Association (ACBA) was established in 1877 and has a membership of 2,100 attorneys, judges, law students, and other legal professionals. The ACBA administers numerous programs and activities to benefit attorneys and the community. Part of the ACBA's mission statement is to promote civil rights and the fair and equitable administration of justice, which is why we support revision of Civil Local Rule 77-3. Thank you for the opportunity to comment.

Sincerely yours,

Gregory D. Brown
President

Cc:     Ann Wassam, Executive Director
        ACBA Board of Directors