1    COOPER AND KIRK, PLLC
     Charles J. Cooper (DC Bar No. 248070)*
2    *ccooper@cooperkirk.com*
     David H. Thompson (DC Bar No. 450503)*
3    *dthompson@cooperkirk.com*
     Howard C. Nielson, Jr. (DC Bar No. 473018)*
4    *hnielson@cooperkirk.com*
     Nicole J. Moss (DC Bar No. 472424)*
5    *nmoss@cooperkirk.com*
     Peter A. Patterson (OH Bar No. 0080840)*
6    *ppatterson@cooperkirk.com*
     1523 New Hampshire Ave. N.W., Washington, D.C. 20036
7    Telephone: (202) 220-9600, Facsimile: (202) 220-9601

8    LAW OFFICES OF ANDREW P. PUGNO
     Andrew P. Pugno (CA Bar No. 206587)
9    *andrew@pugnolaw.com*
     101 Parkshore Drive, Suite 100, Folsom, California 95630
10   Telephone: (916) 608-3065, Facsimile: (916) 608-3066

11   ALLIANCE DEFENSE FUND
     Brian W. Raum (NY Bar No. 2856102)*
12   *braum@telladf.org*
     James A. Campbell (OH Bar No. 0081501)*
13   *jcampbell@telladf.org*
     15100 North 90th Street, Scottsdale, Arizona 85260
14   Telephone: (480) 444-0020, Facsimile: (480) 444-0028

15   ATTORNEYS FOR DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH,
     GAIL J. KNIGHT, MARTIN F. GUTIERREZ, MARK A. JANSSON,
16   and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL

17   * Admitted *pro hac vice*

18                           **UNITED STATES DISTRICT COURT**
                             **NORTHERN DISTRICT OF CALIFORNIA**
19

| | |
|---|---|
| 20   KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO, | CASE NO. 09-CV-2292 VRW |
| 21            Plaintiffs, | **DEFENDANT-INTERVENORS' EXHIBIT LIST (SECOND SUPPLEMENTAL)** |
| 22   CITY AND COUNTY OF SAN FRANCISCO, | |
| 23            Plaintiff-Intervenor, | Trial Date: January 11, 2010 |
| 24   | |
| 25       v. | |
| 26   ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. | |
| 27   BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his | |
| 28   official capacity as Director of the California | |

| | |
|---|---|
| 1 | Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendants, |
| 8 | and |
| 9 | PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL, |
| 10 | |
| 11 | |
| 12 | |
| 13 | Defendant-Intervenors. |

Additional Counsel for Defendant-Intervenors

ALLIANCE DEFENSE FUND
Timothy Chandler (CA Bar No. 234325)
*tchandler@telladf.org*
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 932-2850, Facsimile: (916) 932-2851

Jordan W. Lorence (DC Bar No. 385022)*
*jlorence@telladf.org*
Austin R. Nimocks (TX Bar No. 24002695)*
*animocks@telladf.org*
801 G Street NW, Suite 509, Washington, D.C. 20001
Telephone: (202) 393-8690, Facsimile: (202) 347-3622

* Admitted *pro hac vice*

DEFENDANT-INTERVENORS' EXHIBIT LIST (SUPPLEMENTAL)
CASE NO. 09-CV-2292 VRW

1  Defendant-Intervenors ("Proponents") respectfully submit their Exhibit List, attached
2  hereto as Exhibit A, which has been supplemented to include and reflect recent discovery.
3  Proponents reserve the right to introduce at trial exhibits that may be required for rebuttal or used
4  for impeachment, as well as documents produced or discovered after the date of this list.

Dated:   January 12, 2010

COOPER AND KIRK, PLLC
ATTORNEYS FOR DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, MARK A. JANSSON, AND PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL


By: /s/Charles J. Cooper
    Charles J. Cooper