GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson, SBN 38137
*tolson@gibsondunn.com*
Matthew D. McGill, *pro hac vice*
Amir C. Tayrani, SBN 229609
1050 Connecticut Avenue, N.W., Washington, D.C. 20036
Telephone: (202) 955-8668, Facsimile: (202) 467-0539

Theodore J. Boutrous, Jr., SBN 132009
*tboutrous@gibsondunn.com*
Christopher D. Dusseault, SBN 177557
Ethan D. Dettmer, SBN 196046
Sarah E. Piepmeier, SBN 227094
Theane Evangelis Kapur, SBN 243570
Enrique A. Monagas, SBN 239087
333 S. Grand Avenue, Los Angeles, California 90071
Telephone: (213) 229-7804, Facsimile: (213) 229-7520

BOIES, SCHILLER & FLEXNER LLP
David Boies, *pro hac vice*
*dboies@bsfllp.com*
333 Main Street, Armonk, New York 10504
Telephone: (914) 749-8200, Facsimile: (914) 749-8300

Jeremy M. Goldman, SBN 218888
*jgoldman@bsfllp.com*
Theodore H. Uno, SBN 248603
1999 Harrison Street, Suite 900, Oakland, California 94612
Telephone: (510) 874-1000, Facsimile: (510) 874-1460

Attorneys for Plaintiffs
KRISTIN M. PERRY, SANDRA B. STIER,
PAUL T. KATAMI, and JEFFREY J. ZARRILLO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, *et al.*,<br><br>Plaintiffs,<br>and<br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff-Intervenor,<br>v.<br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>Defendants,<br>and<br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et al.*,<br><br>Defendant-Intervenors. | CASE NO. 09-CV-2292 VRW<br><br>**DECLARATION OF REBECCA JUSTICE LAZARUS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO HAK-SHING WILLIAM TAM'S MOTION TO WITHDRAW**<br><br>Trial Date: January 11, 2010<br>Judge: Chief Judge Walker<br>Location: Courtroom 6, 17th Floor |

I, Rebecca Justice Lazarus, declare as follows:

1. I, Rebecca Justice Lazarus, am an attorney at law, duly licensed to practice before all courts of the State of California and before the United States District Court for the Northern District of California. I am an associate with Gibson, Dunn & Crutcher LLP, counsel of record for Plaintiffs in the above-captioned matter. I have personal knowledge of the facts stated herein and could and would testify competently thereto if called upon to do so.

2. On January 12, 2010, I directed my colleague, Serena Liu, to access Dr. Tam's website at http://billtam.homsestead.com/articles.html and retrieve "Articles on Parenting." Attached hereto as **Exhibit A** is a true and correct copy of a print out of this webpage.

3. On January 12, 2010, I directed my colleague, Serena Liu, to access Dr. Tam's website at http://billtam.homsestead.com/articles2.html and retrieve a page containing additional articles on topics related to Proposition 8. Articles on this page include those titled: "Articles on Science and Creation," "Articles on Spousal Relationships," "Articles on Social Issues," and "Miscellaneous Topics." Attached hereto as **Exhibit B** is a true and correct copy of a print out of this webpage.

4. On January 12, 2010, I directed my colleague, Serena Liu, to access Dr. Tam's website at http://billtam.homsestead.com/articles.html and click on "Brokeback" to retrieve a Chinese language document, which the webpage indicates is about how "*Brokeback Mountain* breaks families." Attached hereto as **Exhibit C** is a true and correct copy of this article.

5. On January 12, 2010, I directed my colleague, Serena Liu, to access Dr. Tam's website at http://billtam.homsestead.com/articles.html and click on the "Divorce" link to retrieve a Chinese language article. Attached hereto as **Exhibit D** is a true and correct copy of this article.

6. On January 12, 2010, I directed my colleague, Serena Liu, to access Dr. Tam's website at http://billtam.homsestead.com/articles.html and clicked on the "Homosexuality" link to

1

retrieve a Chinese language article. Attached hereto as **Exhibit E** is a true and correct copy of this article.

7. On January 12, 2010, I directed my colleague, Serena Liu, to access Dr. Tam's website at http://billtam.homsestead.com/articles.html and click on the "ssm_kids" link to retrieve a Chinese language article. Attached hereto as **Exhibit F** is a true and correct copy of this article.

8. On January 12, 2010, I directed my colleague, Serena Liu, to access Dr. Tam's website at http://billtam.homestead.com/articles2.html and click on the "ss_marriage.htm" link under "Articles on Social Issues" to retrieve a Chinese language article. Attached hereto as **Exhibit G** is a true and correct copy of this article.

9. Attached hereto as **Exhibit H** is a true and correct copy of the Traditional Family Coalition Newsletter, Volume 3, Issue 3 (July-Dec. 2008), bates number DEFINT_PM_005075, which was produced on December, 28, 2009 in Defendant Intervenor's Seventh Production.

10. On January 12, 2010, I directed my colleague, Serena Liu, to access Presence Ministry's website at http://presencefamily.org and click on the "Products" link and then click on the link for the "FAQ: Same-Sex Marriage & Homosexuality" DVD. Attached hereto as **Exhibit I** is a true and correct copy of a printout of this webpage where this product is for sale.

11. On January 12, 2010, I directed my colleague, Serena Liu, to access Presence Ministry's website at http://presencefamily.org and click on the "Products" link and then click on the link for the "Sexual Brokenness Conference" DVD. Attached hereto as **Exhibit J** is a true and correct copy of a printout of this webpage where this product is for sale.

12. On January 12, 2010, I directed my colleague, Serena Liu, to access Presence Ministry's website at http://presencefamily.org and clicked on the "Products" link and then clicked on the link for the "Church, Stand Up As Salt and Light" book. Attached hereto as **Exhibit K** is a true and correct copy of a printout of this webpage where this product is for sale.

13. Attached hereto as **Exhibit L** is a true and correct copy of the cover letter to the supplemental production of documents being produced in accordance with Magistrate Judge Spero's Order of January 8, 2010, sent from Nicole Moss to Rebecca Justice Lazarus on January 10, 2010.

14. On January 10, 2010, I e-mailed Nicole Moss, counsel for Proponents to inquire whether Proponents intend to produce all responsive documents authored or received by William Tam that were, as of January 6, 2010, in Proponents' possession, custody or control. Ms. Moss responded to that e-mail on January 11, 2010 and stated that she would need to check with Dr. Tam's counsel in order to respond to my inquiry. Attached hereto as **Exhibit M** is a true and correct copy of that e-mail chain.

15. I did not receive any further communication on this point from Ms. Moss.

16. On January 12, 2010, my colleague, Ethan Dettmer, sent an e-mail message to Terry Thompson, counsel for Dr. Tam, and Nicole Moss, counsel for Proponents inquiring as to (1) when Plaintiffs can expect to receive all responsive documents authored or received by Dr. Tam in his possession, custody or control; and (2) arrangements for his appearance at trial, if any. I was copied on that e-mail message. Attached hereto as **Exhibit N** is a true and correct copy of that email message.

17. We have not received any response to this e-mail message.

18. Attached hereto as **Exhibit O** is a true and correct copy of selected portions of the transcript of Hak-Shing William Tam's deposition taken December 1, 2009.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of January, 2010.

By: *_____/s/_____*
Rebecca Justice Lazarus

3

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

/s/ Theodore Boutrous, Jr<br>
Theodore Boutrous, Jr.

09-CV-2292 VRW   DECLARATION OF REBECCA JUSTICE LAZARUS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO TAM'S MOTION TO WITHDRAW

Gibson, Dunn & Crutcher LLP