# Exhibit B

# Bill Tam, Ph.D.

The following articles are written in Chinese. Most of them were published by Chinese Christian Herald. Please click on the colored buttons to view content.

### Articles on Science and Creation :



| animal.jpg | biosphere.jpg | earth.jpg | et1.jpg | et2.jpg |
| Did animals evolve? | Man-made earth? | Earth is alive? | | there Extraterrestrials? |

| incarnation.jpg | Miller.htm | monkey.htm | organs.htm | NEW 2nd_law.htm |
| Former life? | Stanley Miller's experiment | Monkey to man? | Learn from artificial organs | 2nd law of thermodynamics |

### Articles on Spousal Relationships :

 blood_no_tears.doc

 middle_age.htm

### Articles on Social Issues :



Affirmative Action    Gay_genes.htm    sad_song_of_SF.htm    Same Sex Marriage    ss_marriage.htm

### Miscellaneous Topics :

 chem_weapon.htm

 Depression.htm

 Emperor.htm
The Emperor's Club

 slimming.jpg

 Bush.htm

 B_vs_K.htm





 

