# Exhibit C

# 「斷背山」---破壞家庭的電影

譚克成
1/17/06

　　李安導演的「斷背山」，被荷李活譽為羅曼蒂克的愛情故事，故事描述六十年代兩青年牛郎在斷背山上看羊時，由友誼關係發展成同性戀的性關係，後來二人分別與女子結婚生子，可是不能禁止同性戀的情慾，屢次欺騙妻子到斷背山幽會，後來其中一人為此而離婚，另一人要求兩人同居，但因社會環境保守而不能如願，電影最終以一人意外身亡而落幕。

　　「斷背山」不論拍得如何美化，也遮掩不了它的醜惡一面：

1. 破壞男子漢的形像

    美國中部的牛郎 (cowboy)，是男子漢的形像，以往持有像尊榮 (John Wayne)和奇連依士活 (Clint Eastwood)的剛強和英雄的形像，是美國男孩子追求的模範，這套電影把他們醜化為好勇鬥狠，頭腦簡單的人，不斷以蠻力和打鬥來解決問題，而兩男主角的性愛，也是充滿了野獸般的粗野。

2. 誤導男人間的友誼昇華時就變成性接觸

    很多男人在各種不同工作的環境或許需要作近距離的相處，例如軍隊、童子軍、球隊、大學宿舍等。此電影將「性」帶入了兩男人的工作關係中，不單染污了男性間單純的友誼。對於愛模仿電影中的人物的年輕人，現將這可能性向他們宣揚，後果不堪設想。

3. 同性戀關係較男女婚姻崇高

「斷背山」可能沒有明顯推崇這觀念，而且還描寫了同性戀婚外情對妻子的傷害，但影評家、荷李活和傳媒都莫視了這一點，反而高舉這段同性戀情，是值得犧牲家庭的；片中又暗示有妻子和兒女的家庭是多麼麻煩，同性戀是多麼浪漫，作妻子的不明白，可是作女兒的卻明白，體諒與母親離婚的父親，間接地教導下一代要接受同性戀，這些隱藏而帶破壞性的信息，對下一代為害無窮。

4. 暗示社會禮教是害人的

此片描述這段同性戀情的痛苦，使主角以罵妻子、打架、嫖男妓等方式來發洩。最後以一方死、一方愁的悲劇收場，表面是表現同性戀負面的信息，但暗裏卻抱怨這悲劇的發生是因為六十年代社會太保守，不能容許同性伴侶，否則他們會活得很快樂。

荷李活高捧這套同性戀的電影，不單止給與好評，還頒發 4 個金球獎，娛樂界要極力介紹同性戀的電影，是要打破傳統的禮教，讓放縱情慾的人，可在無罪惡感的情況下自由自在地繼續放縱，而社會需要無條件地接受。利用潮流文化來推廣破壞家庭的電影，是現代文化的悲劇；李安導演拍這種片子，等於加入破壞的行列，是華人的悲劇。