# Exhibit D

## 婚姻非兒戲

譚克成

二月十四日是「情人節」，當各地的夫妻或情人互送禮物，溫馨慶祝時，三藩市的紐森市長卻聚集了一羣同性戀者，在市政府大樓開記者會，慶祝他在去年「情人節」時向四千多對同性戀者頒發結婚證書，並揚言雖然他的做法被州政府否認了，但他還會為同性婚姻爭取合法地位，他「英雄」式的宣言，在三藩市的電視和報章上，也得到英雄式的宣傳。

### 現代兒戲婚姻

在去年二月，三藩市政府頒發同性婚姻證書時，最義正嚴詞、令人囑目的人物便是紐森市長和估值官鄧式美，他們的論調是：只要任何兩人相愛便可結婚，他們可以享受的婚姻，同性戀者也可享受。當時看來，他們是多麼的追求婚姻的好處，可惜還不到一年，在今年一月，紐森市長和鄧式美女士，都分別和他/她們的配偶辦離婚手續，他們一方面推崇同性婚姻，一方面自己的婚姻正在瓦解，新時代的婚姻莫非真是如此兒戲？

### 離婚 = 婚姻的死亡

當一個人病危死亡前，家人一定都盡力挽救；可是當一段婚姻死亡時，夫妻雙方都有責任導致它的滅亡。離婚不是偶然發生，而是經年累月，夫妻因自私自大，不願顧及對方的利益和感受，做出傷害對方的事，而引至離婚，而這決定多半是雙方放棄這段婚姻而讓它死亡。



圖表顯示單親家庭在三十年來不斷增加
來源: The Cultural Index, by William Bennett.

看看離婚的原因，不外是因婚外情、賭博、醉酒、吸毒、虐待、工作狂等因素，這都是有一方認為自己的享受凌架於一切，不尊重自己結婚時所許下的諾言，也不尊重對方的感受和傷害，更不顧及對孩子們做成的創傷，所以美國每年離婚的個案，是結婚個案的一半，這便是「自我時代」(me generation) 的產物。

### 離婚 = 破碎孩子的夢

離婚不但夫妻難過結怨，孩子們也感到失落，家庭由雙親變成單親，不是容易接受的事，他們表面可能裝作若無其事，但心裏卻

充滿了仇恨，也會感到自卑，對將來失去信心，對人也產生懷疑。在行為上，他們不喜歡回家，多在外溜連，亦可能會提早結交異性、讓談情說愛來填補心裏的空虛，也有可能以濫交、吸毒、醉酒、參加幫派來表示向父母抗議和報復。單親家庭的孩子，較易在學校產生搗亂和無心向學的問題。他日長大後，對自己的婚姻和教養子女，也會產生恐懼和逃避。若是單親家長再婚，他們便要對繼父或繼母作新的適應，甚或要適應突然增加的兄弟姊妹，再要應付繼父繼母偏心的問題，這種種的壓力，當他想起是誰引起時，便會對那位離開他原生家庭的父或母更怨恨，在他心目中，是這位離棄婚姻的父或母毀了他的夢。

**唯恐世界不亂**

聖經希伯來書13章4節說：「人人都應該尊重婚姻，婚床也不要沾污，因為神一定審判淫亂的和姦淫的人。」據研究顯示，美國異性戀者一生人平均共有四個性伴侶，便已弄得一半婚姻以離婚收場的局面，而同性戀者一生人平均有五十個性伴侶，你可想像他們的婚姻能維持多久？現代的婚姻已有如此多的問題，自由派的政客自己的婚姻也搞不好，還要加插「同性婚姻」，我們的下一代是否遭殃？

(作者網址：www.BillTam.org)

完

Feb. 14, 2005