# Exhibit E

# 誰的子女容易變為同性戀者？

## 訪問黃偉康博士

譚克成筆述

黃偉康博士是加州執業的心理學家,有多年輔導同性戀者的臨床經驗, 他也幫助同性戀者恢復異性戀的生活,並經常作專題講座,由於近年華裔青少年同性戀的個案增多,現將訪問黃博士的內容綜合以文章方式發表,希望可幫助家長們預防子女變成同性戀者。

**男同性戀者的形成**

同性戀者多出自問題家庭,一個家庭中的爸爸如果不扮演好他的角色,例如常不在家,或在家時情感上與子女脫節,是種下子女演變為同性戀傾向的根基,如果作父親的性傾向不穩定,或自己也是從破碎家庭中由媽媽或婆婆養大,沒有享受父愛, 不懂得如何與自己的兒子建立正常的父子關係, 或在感情上拒絕與兒子親密,那麼子女對自己的價值和性的角色便大打節扣,傾向同性戀的機會便會增加。子女在兩三歲時很需要父母的愛,如果父親不在,便單與媽媽建立密切的關係,而媽媽缺乏丈夫的愛, 便將自己的感情完全寄托在兒子身上, 如果家中還有姐妹的話,兒子習慣在多女性的圈子中生活,自己的感情和情緒發展的模式便變得女性化,容易產生性向混亂(gender identity disorder) 的問題,而當他長大成為少年時, 仍沒有機會改正這性向混亂的話,他會變為同性戀者的機會是 75%,這種情形下長大的

男孩子害怕與別的男孩子玩,因為他們太粗暴,感到與女孩子一起較為舒服,他們也不喜歡參加具競爭性的集體運動,反而愛好技術性的個人運動,如跳水和溜冰等。

在一個不健全的家庭中,每一個成員都經歷著一種感情上適者生存的掙扎,爸爸常不在家時,媽媽缺乏了安全感,便轉向兒子身上處獲取,例如和年幼的兒子同床睡和一起生活,媽媽為了平衡自己心理上的空虛和不足,要兒子來填補空缺,完全支配了兒子的生活,但結果是吞噬了兒子建立男子氣概的机會,這種情形下的男孩子性情較溫柔,善解人意,媽媽更加喜歡,但他暗中對男性有一種好奇,如果不幸地遇上了戀童癖者,被其誘姦,便會以為與男性的關係是建立在性關係上,如沒有父親的欣賞和關注,这种渴望便可能通過與其他年長男性的性關係來填滿,得到滿足,於是對男性會產生性興奮的生理反應,對觀感上和身體上的美很重視,要求自己達到美男子的地步,他長大後便變成典型的同性戀者,而且他也很可能誘姦年幼的男童,由於大部份亞裔男童都較為溫順,容易被戀童癖者視為獵物,統計上男同性戀者有百份之七十是小時曾被人性侵犯。

**女同性戀者的形成**

一個父親在女兒成長中也十分重要,她從母親身上看到女性的認同,但也需要由父親來肯定自己女性的性向。 六、七歲的女孩子已需要爸爸告訴她她很可愛,十五、六歲的少女大都會打扮來吸引男性,可是如果爸爸常不在,要是一回家便打

打鬧鬧,醉酒吸毒,傷害媽媽,而媽媽則逆來順受,女兒看見做女人如此低賤,便容易心理上抗拒做女人,因為覺得做女人沒有安全感,對男人失去了信心,她可能會用濫交來對男性作身體上的征服,有些情形是媽媽失婚後另嫁他人或與人同居,女兒若被後父或母親的男友性侵犯的話,心靈上的傷害很大,因而憎恨男人而變為女同性戀的可能性很高, 統計上女同性戀者有九成小時後曾被人強姦, 被強姦後這些女子會下決心不讓同樣事情再發生,於是她會避免打扮得女性化而改扮男性化,心理上放棄了做女性,而學男性粗獷的行為,很多時也學會飲酒,出入同性戀酒吧,在這兒她可找到和自己相同遭遇的女同志, 肯定自己新的身份, 她更確定如果表態自己基本上是男人的話,以前做女人時所受心靈和肉體的傷害便不會再發生,她見到柔弱的女子時, 便會產生同情和保護的心態, 而被她們吸引,對於男性化的女同性戀者,她會產生仰慕和崇拜的心理,也受吸引。女同性戀者互相追求感情上的安慰多于性方面的滿足,她們認為同性戀的愛比異性戀更為昇華高尚。

**預防與醫治**

　　以上的分析,看得出家中作父親的角色甚為重要,他需要作好丈夫也需要作好爸爸,現代破碎家庭愈來愈多,引致同性戀者也愈來愈多,但有不少人藉口說同性戀是天生的,一句話便解脫了做父親和丈夫的責任,只是自欺欺人。假若做父親的能盡責,愛護太太和子女,不搞婚外情,在子女兩三歲時便多和他們建立親密和正面的關係,向外要教子女在性方面保護自己,不要被人侵犯,那樣他們變同性戀的機會便會很微。

若發現子女有同性戀傾向時,需鎮定應付,不要大吵大鬧,更不要將之逐出家門, 將他/她更快的推進同性戀的世界裏, 同性戀者多是受過傷害, 需要父母同情, 冰封三尺非一日之寒,最好全家一同接受心理輔導,要瞭解家庭的歷史和父母子女的關係,才可慢慢作醫療的工作。(註:若有意作深入研究者,可參考黃博士的基督徒心理健康網頁,地址是:www.ChristianMentalHealth.com.裡面有學術性和互助的參考, 相信有一定的幫助。)

完