# Exhibit F

# 同性婚姻對兒童的害處

譚克成

　　繼三藩市後，紐約和俄立岡卅數個城市都紛紛向同性戀者派發結婚証書，同性婚姻突然成為全國性新聞，在美國，有一半的婚姻會以離婚收場，禍及很多無辜的兒童，二十一世紀的婚姻已經是在危險邊緣，現在還被同性婚姻入侵，使這一代的兒童更陷入危機狀態。

## 同性婚姻的背後

　　同性戀者堅持不讓他/她們結婚是對他們的歧視，便用「要求平等待遇」為理由而爭取如同異性婚姻一樣的權益，是同性戀者慣用的藉口，也像是很合理的要求，政客們不可不接受，可是大眾不明白同性婚姻只是同性戀運動的一項「煙幕彈策略」。

　　男同性戀者因為大都生活放縱，患上愛滋病和其他重病而死亡的人很多，於是需要吸引新血進入同性戀的行列；另外，有不少同性戀者玩弄的對像是青少年及兒童，所以吸引兒童成為同性戀者是一項維持人數和保存新鮮感的主要方法。要是同性婚姻合法化，吸引兒童便比現在容易得多了，到了那時，學校會從幼稚園就向兒童教授同性戀是正常，同性家庭多幸福等，孩童得了先入為主的觀念，到青少年期更在學校接受同性戀性行為的性教育，嘗試同性戀的可能便大大增高，父母若說同性戀不對，也有可能被控「仇視罪行」，不單如此，電視、電影、玩具和一切娛樂媒體，也會因見到一個新市場而大量推出同性戀的商品，女性化的男人或男性化的女人，會變成新時尚，我們的孩子能抵得住這風氣的引誘嗎？

## 改低合法性交的年齡

　　同性婚姻的背後跟着的要求是要將合法性交的年齡改低，在歐洲，當一個國家將合法性交的年齡改低時，上街跳舞慶祝的大都是同性戀者，據Dr.James Dobson在Bringing_up_Boys一書內記載，英國在數年前巳將合法性交的年齡改低到十六歲，而法國和瑞典則改為十五歲，加拿大、德國、意大利和冰島已降低到十

四歲，最驚人的是西班牙、葡萄牙和荷蘭，已將合法性交的年齡改低到十二歲。將這些年齡降低，引誘青年者便不容易受法律制裁。

## 將罪惡合法化

不單如此，毒品合法化、娼妓合法化和多人婚姻合法化，也是同性戀運動最終要追求的目標。

在荷蘭，除了多人婚姻還未合法外，其他同性戀運動追求的大都達到了，遠在八十年代，荷蘭已娼妓合法化，同性婚姻更在2001年合法化，而現在的咖啡室內還售賣毒品，在Rotterdam中央火車站外的一個叫Platform_Zero的廣場內不少青年人公開地蹲下地上吸食毒品，警察視若無睹，更可惜的是荷蘭現已成為全球最大的「搖頭丸」出口國，鄰國的青年也深受其害。在丹麥，同性婚姻在九十年代初合法化，到了現在，丹麥教育部授權製作的性教育光碟內，竟然包含「人獸性交」和「人吃糞便」(註：吃糞便是一些同性戀性交中的常例)的畫面，一名國會議員還將這光碟內容放上自己的網站，讓孩子們也可觀看。最近在加拿大□北克省的梅毒新病例，幾乎全部都來自同性戀者，可是加拿大政府還是要將同性婚姻合法化。在挪威有一个自由派的城市叫Nordland，那裡百份之八十的嬰兒都是未婚媽媽所生，因為沒有爸爸的關係，孩童便由政府來拇養，就像牛楠的小牛出生後，由農夫飼養一樣。這些國家現有的問題，亦可能是美國將來的寫照。

要將一種無恥與墮落的行為合法化，必需要有一個無恥與墮落的政府來配合，現在美國法律還未讓同性婚姻合法，但一些民主黨市政府和法庭的法官已使用權力逼美國人接受同性婚姻，他們不會罷休，而我們的孩子將會是無恥與墮落一羣的獵物。現在布希總統和共和黨則主張保衛一男一女傳統婚姻。親愛的父母們，忠誠地提醒你，你的反對聲音和選票，將是保衛你兒女的有力武器。

(作者綱網址：www.BillTam.homestead.com)


完