# Exhibit G

# 同性婚姻不是同等權利

在二月十二日三藩市紐森市長下令頒發同性婚姻証書，由市估值官鄧式美為同性婚姻主持儀式，打破了人類歷史以來設訂一男一女的婚姻定義，現在讓我們分析他們的論點是如何不合理。

**市長說：同性戀者是小數族裔，不應歧視他們。**

同性戀者不是小數族裔。小數族裔的意思是天生皮膚膚色是黑或?等，是由父母的遺傳基因而決定了下一代的膚色，下一代沒有選擇，也不可自改膚色，所以一出生自然成為小數族裔，所以「天生不能改」是成為小數族裔的必需條件。

同性戀則不同，現在科學家還找不到引至同性戀的遺傳基因，同性戀是一種愛好的行為，而科學家卻公認行為是受環境影響下學習得來的，與遺傳基因無關，故同性戀不可能是天生的，也因這原故，有不少同性戀者經過自制、心理輔導和宗教而成功地脫離了同性戀，很多還與異性結婚生子，既然他們可以改為異性戀，就証實了同性戀非天生，繼而証實他們不應被列入為小數族裔。

同性戀者利用「小數族裔」的自稱，博得人同情，是聰明的策略，我們不可受愚弄。

**市長說：同性戀者大家相愛，讓他們結婚，是對他們平等待遇。**

結婚不可以用平等待遇為理由而給于証書。在所有文明社會中，結婚只限於非有血源關係的一男一女；不允許兄妹、父子、母女、父女、母子、人獸或成人與孩童通婚，因為這些都被視為不道德的行為，或會引起畸形後代的問題，所以合法婚姻的必要條件是合道德倫理和顧及後代為標準的，而不是以平等待遇為標準，也不是單以相愛為標準的。若是三藩市市長或鄧式美要以平等待遇為理由給同性戀者結婚証書，那他/她也應讓兄妹、父子、母女、父女、母子、兄弟等結婚，否則他/她們也是歧視這等人。

用「要求平等待遇」為理由而爭取權益，是同性戀者慣用的理由，也是很嚇人的理由，在要求工作上平等待遇還說得通，但在婚姻上則說不過去，若給他們合法婚姻，他日亂倫者也會以平等待遇為理由要求結婚証書，社會就倫常大亂了。

**結語**

若同性戀是正常的行為，就不會出現如愛滋病、肝炎、肺炎等致命的疾病。同性戀在古代也有，同性戀若是人類的自然演變的話，現代的男同性戀者的直腸內理應長出子官、卵巢等器官，得以繁殖下一代，女同性戀者也應長出男性生殖器官。故此同性戀是違反天理的不正常行為，政客硬要我們接受同性戀是正常，還要將同性婚姻合法化，隨?是教科書會改寫，你我的下一代要學習同性戀的性行為，電視、電影、音樂會歌頌同性戀，亂倫者他日也會要求合法化，你可想像出將會變成如何的世界？反抗這狂潮，就在今天開始，請寫電郵給:

市長 gavin.newsom@sfgov.org

鄧式美 assessor@sfgov.org

卅長 governor@governor.ca.gov