# Exhibit H



**VOLUME 3, ISSUE 3**

# TFC NEWS

JULY–DEC 2008



傳統家庭促進會

## 內容

| | |
|---|---|
| 傳家助第8號提案通過 | 1 |
| 為什麼發起第8號提案 | 1 |
| 支持傳統婚姻的青少年 | 2 |
| TFC HELPS PASSED PROP 8 | 3 |
| YOUTH FOR MARRIAGE | 3 |
| WHY I HELP-STARTED PROP 8 | 3 |
| WHAT CAN YOU DO? | 4 |

## 同工

- 王永信牧師, 董事會主席
- 勞伯祥牧師, 董事會副主席
- 潘士端牧師, 財政秘書
- 譚克成博士, 總幹事

## 傳統家庭促進會協助通過第8號提案

在這下半年，「傳家」努力協助將一男一女婚姻修憲的8號提案成為加州歷史，譚克成博士與「保衛婚姻聯盟」合作，在亞裔中推動8號提案，他在多所教會、團體、電視、電台、報章的訪問中發言，引導公眾了解保衛傳統婚姻的重要性。「傳家」與「美國回歸真神運動」合作，在9月份舉辦了保衛婚姻的禱告大會，有一千多人出席。在10月12日在三藩市華埠舉了支持8號提案的集會，大約五百人出席。在10日19日在Cupertino舉辦了五千人的保衛婚姻大遊行，達到了宣傳的效果。

譚博士也兩度到洛杉磯向南加州的教會宣傳，鼓勵他們參與保衛婚姻的行動。他也在兩地的電台就8號提案辯論和接受訪問。亦參加了「新美國媒體」舉辦的六人辯論大會。並幫助8號提案總部聯絡和各樣文件準備的工作。

除了8號提案外，「傳家」亦支持第4號提案，贊同未成年少女墮胎必須通知家長，並在電視參與辯論，觀眾反應大都認同譚博士的觀點。

三藩市推出了K提案，欲將娼妓合法化，「傳家」帶領社會人仕召開記者招待會強力表示反對。



11月4日，感謝神，選民投票通過了8號提案，否決了4號提案和K提案。傳統婚姻得以保存，同性婚姻違法。墮胎前通知家長未獲通過，而三藩市不接納娼妓合法化。「傳統家庭促進會」在保衛婚姻上寫下了歷史性的一頁。

## 我為什麼參與發起第八号提案  譚克成

我原本是個普通的基督徒，上上教會，唱唱詩，聽聽道，探探訪，建立一個「舒適圈」comfort zone。信主時女兒出世不久，我讀過不少教導孩童的書籍，以為只需建立一個健康的家庭環境，便可撫養出身心健全的孩子，可是看見社會上和娛樂界很多的壞影響，不請自來誘人墮落的信息，對家庭和兒童的打擊很大，後來發覺美國的學校不但沒有倫理道德教育，反而教導和培養學生放縱的思想和行為，這種種外來的衝擊，就算父母能建立一個健康的家庭環境，也不保証兒女不學壞。

**計劃十的啟示**  1990年，當孩子們唸小學時，三藩市的教育部要在每所中學設立名為「計劃十」的同性戀中心，教導和輔導學生同性戀的生活方式，於是基督徒聯合到公聽會反對，我被挑選作反對一方其中代表華裔的講員，當天我提早半小時到達公聽會場，看見數百同性戀者已霸佔了會場，我與小數反對者坐在椅上等候，在這半小時間，數百名同性戀者站在我們面前，用最高的聲浪和最污穢的言語辱罵我們，好不容易等到公聽會開始，同性戀講員發言時，我們靜靜在聽，但到我們發言時，

（下接第二頁)

DEFINT_PM_005075

## 我為什麼參與發起第八號提案（續上頁）

同性戀者便高聲粗言咒罵，蓋過我們的聲音，當我完成發言回座時，被人推撞和吐口水，有人叫「滾回中國去」。當晚最令我難忘和氣憤的是看見同性戀者舉起標語寫上「神是同性戀者」，另外有一人高舉一張大海報，上面是兩個赤裸裸的男童上身照片，其中一男童還在吮手指頭，而上面寫着他們需要計劃十的字樣。最後教育部的裁決是取消在中學設立同性戀中心的建議，只在教育部中心設立同性戀輔導室。

當晚我離開會場時，承受了兩個多小時的言語辱罵和恐嚇，感覺就像精神上被強姦一樣，更看清楚和體會到同性戀運動的真面目，他們選擇從教育入手，其中一個目的是要孩童接受同性戀。當晚我回到家中，看到孩子們天真地迎上來擁抱我時，心底有說不出的快慰，雖然我們受了極重的壓力，但卻救了不少三藩市的孩子，免受同性戀教育的洗禮。

**第8號提案的產生** 由90年代開始，我看到同性戀者在三藩市滲透了教育部、市政府、州政府、醫療機構、娛樂與傳媒，達到呼風喚雨的地步。自從2004年三藩市紐森市長違法地頒發同性婚姻証書時，我便預料到終有一天，同性婚姻將會在加州合法化，以後每一孩童都被鼓勵可與同性的人結婚，嘗試同性戀的青少年會增加，這將會是每一位家長的惡夢，也是社會的惡夢。後來，加州的基督教領袖成立了ProtectMarriage.com。2007年底，ProtectMarriage.com



邀請我加人他們的計劃，聯合五個人的簽名，將保護婚姻修憲動議遞上加州州務卿，修憲的條文說：「加州祇承認一男一女的婚姻爲合法」，**後來經過搜集足夠簽名而產生了第 8 號提案。**

## 支持傳統婚姻的青少年

現代父母擔心子女在公立學校被「洗腦」而相信同性戀是一種時尚的生活方式，在第8號提案的調查中，三十歲以下的人多半贊成同性婚姻。在過去二十年中，潮流文化和教育制度已將「道德」的定義改變了，道德原本是分辨行為的對錯，但現在卻被改為非判斷的態度和自由選擇權，所以以現在的定義，如果教導人什麼行為是正確的話，這便是不道德了。在同性戀的議題上，「新道德」的態度是：雖然知道同性戀行為是不自然和有損身體，但也不可以批評同性戀者，因為這是他/她們的自由選擇。另一句話說，社會創造了一代「旁觀者」，他們愛袖手旁觀，看見人誤入歧途不會制止。

今年的「傳統家庭促進會」獎學金是要求高中或大學生撰寫文章說明為什麼要珍惜一男一女的傳統婚姻，我們收到來自全國各州二百多篇的學生文章，解釋同性婚姻的敝處和傳統婚姻對子女的重要性。我們很快慰見到這些學生能透過研究和思考，瞭解到同性戀的害處和傳統婚姻的價值。

### 你可作什麼：

1. 登記作選民
2. 積極投票
3. 加入「傳統家庭促進會」為會員，瞭解社會問題
4. 對我們發出的行動呼籲作出回應
5. 對本會支持捐助

**會員申請表:**

英文姓名：_____

地址：_____
_____
_____

電郵：_____

電話：_____

2008 年會員費: $10

捐款：$_____（可扣稅）

請寄往：

**Traditional Family Coalition**

848 Stewart Dr., #200

Sunnyvale, CA 94085

### 傳統家庭促進會 2008 歷史性行動

- 與保衛婚姻團體合作發起和推動8 號提案
- 寄出一萬二千份8號提案的簽名表格
- 協助 8 號提案成為十一月大選提案
- 抗議加州高等法院通過同性婚姻合法化
- 成為8 號提案亞裔領導
- 在衆多公衆集會、訪問和辯論會中為 8 號提案發言
- 為 8 號提案組織宣傳集會和籌款
- 支持4 號提案
- 反對三藩市娼妓合法化
- 為青年學生設立獎學金
- 幫助通過 8 號提案
- 幫助向高等法院遞交支持8 號提案的訴訟

VOLUME 3, ISSUE 3

Page 3



## TFC HELPED PASS PROP 8

In the second half of 2008, TFC was in the midst of the history-making battle defending 1-man-1-woman marriage in California. As a leader in the Proposition 8 campaign, Dr. Bill Tam worked with ProtectMarriage.com to motivate grassroots effort in the Asian community. He spoke at many churches, radio and TV interviews, and community groups about the importance of honoring traditional heterosexual marriage. Working with the leaders of the America Return to God Prayer Movement, TFC helped organized a prayer rally for marriage in September, a San Francisco Chinatown rally on October 12, and a 5000 person rally in Cupertino on October 19.

Dr. Tam traveled twice to Los Angeles to rally Southern California churches to protect traditional marriage. He also debated on radio and TV on Prop 8.



Other than Prop 8, TFC supported Prop 4, Parental Notice on Teen Abortion and debated the issue on TV.

Proposition K, Decriminalization of Prostitution was introduced to San Francisco. TFC led a group of concerned citizens to object to the proposition.

On November 4th, voters passed Prop 8 and defeated Prop 4 and Prop K. California reclaimed 1-man-1-woman marriage, but lost on the abortion issue. San Francisco rejected prostitution.

## YOUTH SUPPORTING TRADITIONAL MARRIAGE

One of the worries haunting parents is that their children have been "brainwashed" by the public school and the media into believing that being gay is a fashionable lifestyle. In the polls conducted on Prop 8, people below 30 are the group that most supportive of same-sex marriage. In the last two decades, pop culture and education have changed "morality" from identifying right or wrong behavior into non-judgmental attitude and freedom of choice. Therefore it becomes "immoral" to instruct people how to behave properly. In terms of homosexuality, the new attitude is that despite knowledge that it is a harmful lifestyle one should not be criticized for practicing it. It is a person's free choice. In other words, we have a new generation of "observers" who would rather stay uninvolved than to reach out and say "don't do it".

In this year's TFC scholarship program, more than 200 high school and college students wrote essays on the importance of traditional marriage versus same-sex marriage. We are excited to see many youths across the country understand the gravity of the matter and vow to protect marriage as defined by humanity throughout history.

**Traditional Family Coalition
2008 historical events**

- Allied with ProtectMarriage.com
- Sent out 12,000 petition forms for Prop 8
- Got Prop 8 onto the November ballot
- Spoke out against the Supreme Court's ruling legalizing same-sex marriage
- Asian grassroots movement leader of Prop 8
- Spoke in numerous public forums, interviews and debates for Prop 8
- Organized rallies and activities for Prop 8
- Supported Prop 4
- Against San Francisco's Prop K
- Launched scholarship program for youths
- Helped pass Prop 8
- Helped file legal papers with the Supreme Court in support of Prop 8

## WHY I HELPED START PROP 8  BY BILL TAM

I used to be just another Christian, attending services, singing hymns, doing visitations and building a comfort zone. After I gave my life to Christ, my first child was born and I read many books on parenting. I had the notion that if I prepared a healthy and warm home, my children would grow up healthy, physically and mentally. Yet after seeing all the vices being promoted in the media, I saw that family values are under attack. I saw that schools are not reliable either because they are not teaching moral and ethics. Not only that, they nurture rebellious thoughts and behaviors. I realized that building a healthy home cannot ensure healthy kids.

In 1990, San Francisco's School District wanted to introduce Project 10, a gay center in every high school. Seeing the danger that would pose to regular students, many parents voiced their objection to Project 10. I was asked to represent the Asian parents to speak at a public hearing on Project 10. That evening, I arrived 30

( Continued on page 4 )

DEFINT_PM_005077

# www.tfccal.org

**TRADITIONAL FAMILY COALITION**

848 Stewart Dr., #200
Sunnyvale
CA 94085

Phone: 408-636-0037
Fax: 408-636-0033
E-mail: tfccal@yahoo.com



What can you do?

1. Register to vote.
2. Cast your vote wisely on election day.
3. Join TFC membership and get informed.
4. Respond to TFC's call-to-action.
5. Donate to TFC.

Please cut and send application with $10 payable to:

Traditional Family Coalition

848 Stewart Dr., #200,

Sunnyvale, CA 94085.

=============================

**TFC's mission:**

*To protect healthy traditional family values through speech, education and action.*

**Membership Application:**

Name: _____

Address: _____

_____

_____

E-mail: _____

Phone: _____

2009 membership: $10

Tax deductible donation: $ _____

目 標 ： 以 教 育 言 論 與 行 動 保 衛 健 康 傳 統 家 庭

## WHY I HELPED START PROP 8  (CONT'D FROM PAGE 3)

minutes before the hearing.  The auditorium was already filled with hundreds of gay activists called Act-Up.  They stood in front of us, a small group of opponents, and shouted profanities and threats.  Although the police were there, they did not intervene.  When the hearing started, four proponents of Project 10 spoke.  We sat quietly and took notes.  When it was our turn to speak, the gay activists cursed us with verbal and physical insults, and the police did nothing.  Our speeches were hardly heard by the School Board.  After I finished speaking, I was pushed, spat on and cursed at.  Someone yelled, "Go back to China."  I also saw signs that said, "God is Gay" and "Jesus is Gay".  The most repulsive sign was a man held up a big poster showing two naked boys, one behind another, sucking his thumb, and they wanted Project 10.  At that moment, I realized that the gay activists are aiming at our young children.  I saw the danger if we did not fight for our children.  The final ruling was that no gay center would be put in schools, but the district would have a gay center office in the district building.  After more than two hours of extreme noise and commotion, I went home feeling that I had been mentally raped.  I told myself that I must fight this horrifying force.  I was also glad that because of our effort, many San Francisco students were spared of the indoctrination.

**Birth of Prop 8.**  Throughout the 90's, I saw how gays infiltrated the education, government, health care and entertainment establishment, to the point that no one can stand in their way.  After Mayor Newsom illegally issued same-sex marriage licenses, some pro-traditional family groups realized that same-sex marriage would one day become legal in California.



They invited me to join in the marriage amendment initiative.  We collected enough voters signatures and Prop 8 was born.  Numerous people have waken up and seen the need to protect our future generations from the indoctrination of the gay agenda.  Thank God Prop 8 passed.

DEFINT_PM_005078