# Exhibit I

View Full-Size Image

## FAQ: Same-Sex Marriage & Homosexuality

**Price: $10.00**

Ask a question about this product

FAQ: Same -Sex Marriage & Homosexuality

Possible Cause of Same Sex Attraction and the Healing

Speakers: Bill Tam and Melvin Wong

Quantity: 1 **Add to Cart**

Support Us

Donate

Featured Products

如何與孩子談性

$10.00

Add to Cart

Pastor's Legal Seminar

$15.00

Add to Cart

培養孩子處理困境的能力

$25.00

Add to Cart

GoodSearch & GoodShop
YOU SEARCH OR SHOP... WE GIVE!

Raise money for Presence Ministry just by searching the web and shopping online!

Search the web now!
Money-saving coupons!

Add to your site

Become a fan facebook

©2009 Presence Ministry

