# Exhibit J

View Full-Size Image

## Sexual Brokenness Conference

**Price: $15.00**

Ask a question about this product

How Should Christians Respond to this Social Challenge Today?
Language: English
Speakers: Sarah Allis Yang,Melvin Wong, Carol Wagstaff, Bill Tam, Darwin Ng, Agnes Ip
Set of 2 DVDs

Quantity: 1 **Add to Cart**

## Recently Viewed Products

- FAQ: Same-Sex Marriage & Homosexuality (Category: DVD)

Support Us

Donate

Featured Products

如何與孩子談性

$10.00

Add to Cart

Christopher Yuan: Life-Transforming Testimony

$12.00

Add to Cart

Panel Discussion: "Protecting Our Children from the Moral Crisis

$12.00

Add to Cart

GoodSearch & GoodShop
YOU SEARCH OR SHOP... WE GIVE!

Raise money for Presence Ministry just by searching the web and shopping online!

Search the web now!
Money-saving coupons!

Add to your site

Become a fan facebook

©2009 Presence Ministry

