# Exhibit K

Presence Ministry

search...

## Church, Stand Up As Salt And Light

View Full-Size Image

**Price: $5.00**

Ask a question about this product

Book Title: Church, Stand Up As Salt And Light!

Authored by Bill Tam

Book comes in two languages: English and Chinese.

Quantity: 1 **Add to Cart**

### Recently Viewed Products

- Sexual Brokenness Conference (Category: DVD)
- FAQ: Same-Sex Marriage & Homosexuality (Category: DVD)

**Main Menu**

- Home
- Speakers
- Newsflash
- Upcoming Events
- Newsletters
- Friends of Presence
- Email Updates
- Support Us

**Family**

- Marriage
- Parenting
- Age 6-12

**Faith**

- Current News
- Apologetics
- Engaging the Culture
- Testimony

**Other**

- Articles
- Products
- Past Events

**Support Us**

Donate

**Featured Products**

Pastor's Legal Seminar

**$15.00**

**Add to Cart**

移風易俗的同性戀運動

**$10.00**

**Add to Cart**

The Exodus From Slavery Into Sonship

**$12.00**

**Add to Cart**

GoodSearch & GoodShop
YOU SEARCH OR SHOP... WE GIVE!

Raise money for Presence Ministry just by searching the web and shopping online!

Search the web now!
Money-saving coupons!

Add to your site

Become a fan facebook

©2009 Presence Ministry

