# Exhibit L

# Cooper & Kirk
Lawyers
A Professional Limited Liability Company
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036

Nicole J. Moss
nmoss@cooperkirk.com

(202) 220-9600
Fax (202) 220-9601

January 10, 2010

**BY EMAIL and HAND DELIVERY**

Rebecca Justice Lazarus, Esq.
Gibson, Dunn & Crutcher, LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105

Re:   *Perry, et. al. v. Schwarzenegger, et. al.*, (U.S.D.C., N.D. Cal., C-09-2292 VRW)

Dear Rebecca:

Enclosed herewith please find a supplemental production of documents being produced in accordance with Magistrate Judge Spero's Order of January 8, 2010 (Doc. # 372). Please be advised that these documents have been designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order entered in this case on January 7, 2010 (Doc. #261) and should therefore be treated accordingly.

Sincerely,

*Nicole J. Moss*
Nicole Jo Moss

Cc: All counsel (w/o enclosures)