# Exhibit M

## Justice Lazarus, Rebecca

**From:** Nicole Moss [nmoss@cooperkirk.com]
**Sent:** Monday, January 11, 2010 7:27 AM
**To:** Justice Lazarus, Rebecca
**Cc:** Dettmer, Ethan D.; McGill, Matthew D.; Dusseault, Christopher D.
**Subject:** RE: Proponents' Supplemental Production of Documents

Rebecca,

At this point we anticipate having another batch of documents ready by tomorrow. Going forward we will be producing .tiff images. I will need to confirm the logistics of how we will be getting those documents to you.

With respect to Mr. Tam's documents, I will need to consult with his new counsel before I can respond. I will let you know as soon as I can.

Regards,

Nicole Jo Moss
Cooper & Kirk, P.L.L.C.
1523 New Hampshire Ave. N.W.
Washington, D.C. 20036
(910) 270-8768
(202) 220-9601 (fax)
(202) 423-3237 (cell)

**From:** Justice Lazarus, Rebecca [mailto:RJustice@gibsondunn.com]
**Sent:** Sunday, January 10, 2010 5:16 PM
**To:** Nicole Moss
**Cc:** Dettmer, Ethan D.; McGill, Matthew D.; Dusseault, Christopher D.
**Subject:** Proponents' Supplemental Production of Documents

Nicole -

Thank you for delivering the Proponents' supplemental production to our offices today. As you know, the Court's order dated January 8, 2010 provides for production of the documents "on a rolling basis" and states that such production shall conclude "not later than Sunday, January 17, 2010 at 12 PM." Doc #372 at 5. I am writing to confirm that Proponents will continue a rolling production of documents and to inquire when we can expect Proponents' next production. Additionally, please advise as to whether Proponents are producing all responsive documents authored or received by William Tam that were, as of January 6, 2010, in your possession, custody or control.

Thanks very much,

Rebecca

**Rebecca Justice Lazarus**
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Tel 415.393.8296 | Fax 415.374.8427
www.gibsondunn.com
=======================================================================
This message may contain confidential and privileged information. If it has

1