# Exhibit N

## Justice Lazarus, Rebecca

| | |
|---|---|
| **From:** | Dettmer, Ethan D. |
| **Sent:** | Tuesday, January 12, 2010 11:48 AM |
| **To:** | 'tl_thompson@earthlink.net'; Nicole Moss |
| **Cc:** | Monagas, Enrique A.; Justice Lazarus, Rebecca |
| **Subject:** | RE: Perry v. Schwarzenegger, N.D. Cal. No. C 09-2292 VRW |

Dear Nicole and Terry:

I am following up on my efforts to connect with both of you yesterday at trial. I would like to discuss two items in particular:

1) when we can expect to receive all responsive documents authored or received by Dr. Tam in his possession custody and control; and

2) arrangements for his appearance at trial, if any.

Please let me know when you have an opportunity to discuss this.

Thanks very much,

Ethan

**From:** Monagas, Enrique A.
**Sent:** Monday, January 11, 2010 6:52 AM
**To:** tl_thompson@earthlink.net
**Cc:** Dettmer, Ethan D.
**Subject:** Perry v. Schwarzenegger, N.D. Cal. No. C 09-2292 VRW

Counsel,

It is my understanding that your client, Dr. Hak-Shing William Tam, has been personally served with Plaintiffs' trial subpoena in the above-referenced matter. Attached please find a courtesy copy for your reference. Please be advised that Plaintiffs do not anticipate calling for Dr. Tam's testimony either today or tomorrow. If we do anticipate calling Dr. Tam to testify, will provide your client 24 hours notice. Please further note that although the trial subpoena includes a request for Dr. Tam to bring certain documents with him to court, Dr. Tam is already under an obligation to produce documents, pursuant to Plaintiffs' First Set for Production, served on Dr. Tam's counsel on August 21, 2009.

Thank you.

Enrique A. Monagas | **GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Ste 3000 | San Francisco, California 94105
tel: (415) 393-8353 | fax: (415) 374-8403
email: EMonagas@gibsondunn.com