GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson, SBN 38137
*tolson@gibsondunn.com*
Matthew D. McGill, *pro hac vice*
Amir C. Tayrani, SBN 229609
1050 Connecticut Avenue, N.W., Washington, D.C. 20036
Telephone: (202) 955-8668, Facsimile: (202) 467-0539

Theodore J. Boutrous, Jr., SBN 132009
*tboutrous@gibsondunn.com*
Christopher D. Dusseault, SBN 177557
Ethan D. Dettmer, SBN 196046
Sarah E. Piepmeier, SBN 227094
Theane Evangelis Kapur, SBN 243570
Enrique A. Monagas, SBN 239087
333 S. Grand Avenue, Los Angeles, California 90071
Telephone: (213) 229-7804, Facsimile: (213) 229-7520

BOIES, SCHILLER & FLEXNER LLP
David Boies, *pro hac vice*
*dboies@bsfllp.com*
333 Main Street, Armonk, New York 10504
Telephone: (914) 749-8200, Facsimile: (914) 749-8300

Jeremy M. Goldman, SBN 218888
*jgoldman@bsfllp.com*
Theodore H. Uno, SBN 248603
1999 Harrison Street, Suite 900, Oakland, California 94612
Telephone: (510) 874-1000, Facsimile: (510) 874-1460

Attorneys for Plaintiffs
KRISTIN M. PERRY, SANDRA B. STIER,
PAUL T. KATAMI, and JEFFREY J. ZARRILLO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, *et al.*,<br><br>　　　　　　Plaintiffs,<br>and<br>CITY AND COUNTY OF SAN FRANCISCO,<br>　　　　　　Plaintiff-Intervenor,<br>　　v.<br>ARNOLD SCHWARZENEGGER, *et al.*,<br>　　　　　　Defendants,<br>and<br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et al.*,<br>　　　　　　Defendant-Intervenors. | CASE NO. 09-CV-2292 VRW<br><br>**DECLARATION OF KAIPONANEA T. MATSUMURA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTIONS OF BILL CRISWELL, JAMES L. GARLOW, AND MILES MCPHERSON TO QUASH SUBPOENAS TO APPEAR AND TESTIFY** |

I, Kaiponanea T. Matsumura, declare as follows:

1. I am an attorney licensed to practice law in the State of California and in the Northern District of California. I am an associate in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Plaintiffs Kristin M. Perry, Sandra B. Stier, Paul T. Katami, and Jeffrey J. Zarrillo in the above-captioned matter. I make this declaration in support of Plaintiffs' Opposition to Motions of Bill Criswell, James L. Garlow, and Miles McPherson to Quash Subpoenas to Appear and Testify. The information below is stated on personal knowledge and if called as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of Jessica Garrison, "Churches Plan a Big Push Against Same-Sex Marriage," *L.A. Times*, Aug. 24, 2008, downloaded from http://articles.latimes.com/2008/aug/24/local/me-faith24 on January 12, 2010.

3. Attached hereto as **Exhibit B** is a true and correct copy of Blog Post, Pastors Defending Marriage, *Ministry Today*, July 14, 2008, downloaded from http://www.ministrytodaymag.com/blog/2008/07/pastors-defending-marriage.html on January 12, 2010.

4. Attached hereto as **Exhibit C** is a true and correct copy of Ashley Surdin, "Calif. Gay-Marriage Ban Appears to Lose Support," *Washington Post*, Oct. 2, 2008, downloaded from http://www.washingtonpost.com/wp-dyn/content/article/2008/10/01/AR2008100103037.html on January 12, 2010.

5. Attached hereto as **Exhibit D** is a true and correct copy of Jennifer Kearns, "iProtectMarriage.com Targets the Youth Vote with Facts about California's Proposition 8 Campaign," *Christian Newswire*, Sept. 2, 2008, downloaded from http://www.christianwire.com/news/401657717.html on January 12, 2010.

6. Attached hereto as **Exhibit E** is a true and correct copy of the cover letter, subpoena to appear and testify at a hearing or trial in a civil action, and check, sent by Enrique A. Monagas to Bill Criswell, dated December 23, 2009.

7. Attached hereto as **Exhibit F** is a true and correct copy of an executed Acknowledgment of Service of Civil Subpoena and Agreement to Appear, signed by Bill Criswell and dated December 23, 2009.

8. Attached hereto as **Exhibit G** is a true and correct copy of the cover letter, subpoena to appear and testify at a hearing or trial in a civil action, and check, sent by Enrique A. Monagas to Miles McPherson, dated December 28, 2009.

9. Attached hereto as **Exhibit H** is a true and correct copy of a proof of service on Miles McPherson recording service of the subpoena on Thursday, December 31, 2009.

10. Attached hereto as **Exhibit I** is a true and correct copy of an executed Acknowledgment of Service of Civil Subpoena and Agreement to Appear, signed by Miles McPherson and dated January 7, 2010.

11. Attached hereto as **Exhibit J** is a true and correct copy of the cover letter, subpoena to appear and testify at a hearing or trial in a civil action, and check, sent by Enrique A. Monagas to Dr. Jim Garlow, dated December 28, 2009.

12. Attached hereto as **Exhibit K** is a true and correct copy of a proof of service on Dr. Jim Garlow recording service of the subpoena on Tuesday, January 5, 2010.

I declare, under penalty of perjury under the laws of the United States, that these facts are true and correct and that this Declaration is executed this 12th day of January, 2010, at San Francisco, California.

    /s/ Kaiponanea T. Matsumura
Kaiponanea T. Matsumura

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

/s/ Theodore Boutrous, Jr
Theodore Boutrous, Jr.

09-CV-2292 VRW  DECLARATION OF KAIPONANEA T. MATSUMURA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTIONS TO QUASH

Gibson, Dunn & Crutcher LLP