# Exhibit D





**WELCOME**
We are the most effective way to get your press release into the hands of reporters and news producers. Check out our client list.



### iProtectMarriage.com Targets the Youth Vote with Facts about California's Proposition 8 Campaign

Contact: Jennifer Kerns, Protect Marriage, 916-446-2956

SACRAMENTO, Calif., Sept. 2 /Christian Newswire/ -- Tapping into a surge of interest in the fall election among young voters, Prop 8 supporters including campaign organizers, a coalition of pastors, youth experts and leaders have launched iProtectMarriage.com a new website designed to educate and motivate young people about Proposition 8.

Proposition 8 is the California ballot measure that will change the state Constitution to read "Only marriage between a man and a woman is valid or recognized in California."

iProtectMarriage.com targets teenagers and young adults both from secular and faith backgrounds, from Christian to Jewish, Mormon to Muslim.

Miles McPherson, one of Prop 8's proponents and senior pastor of the Rock Church in San Diego, says the site aims to reach out to all young voters, especially those who support same-sex marriage for the wrong reasons.

"Right now they're driven by the wrong information and a lot of emotion," said McPherson, a former NFL player with the San Diego Chargers. "They'll say, 'I don't want to be called a bigot. I don't want to discriminate,'" said McPherson

In an innovative "Decide for Yourself" feature, iProtectMarriage.com uses an interactive video quiz that addresses key issues surrounding the Prop. 8 amendment.

Making it clear that the campaign is not against anyone, the site challenges its users with information in key areas: civil rights, kids, churches, education, public health, faith and society, showing that Prop 8 is about much more than marriage alone. It shows young people how they can to take action for Proposition 8.

Working in partnership with the statewide Protect Marriage movement (protectmarriage.com), iProtectMarriage.com also directs users to a MySpace, Facebook and Twitter, encouraging young people to register to vote, get informed about Proposition 8, tell their friends and vote Yes on 8 on Nov. 4.

SERVICES   |   RELEASES   |   SEND RELEASES   |   NEWS SOURCES   |   RSS   |

© 1999-2010 Christian Communication Network. All Rights Reserved. Legal Policy

Address: 2020 Pennsylvania Ave. NW Washington, DC 20006

Telephone: + 1 202 546 0054  Contact us for fax

eMail: newsdesk@christiannewswire.com

Make a Payment