# Exhibit F

GIBSON, DUNN & CRUTCHER LLP

## ACKNOWLEDGMENT OF SERVICE OF CIVIL SUBPOENA
## AND AGREEMENT TO APPEAR

I hereby acknowledge service of a Civil Subpoena requiring me to appear as a witness in the action entitled, *Perry v. Schwarzenegger*, N.D. Cal. No. C 09-2292 VRW, United States District Court, Northern District of California located at 450 Golden Gate Avenue, San Francisco, California, at 9 a.m. on January 11, 2010. In lieu of appearing at that time, I hereby agree to appear at the request of Plaintiffs' and/or Plaintiff-Intervenor's counsel upon reasonable notice, which I understand will be at least twenty-four (24) hours.

Executed on 12/23/09 at _____.

_____
Bill Criswell

Telephone: ███████████
E-mail: _____
Address: ███████████

100784291_1.DOC

Received
DEC 24 2009
EAM