# Exhibit H

| | | |
|---|---|---|
| Attorney Or Party Without Attorney (Name and Address)<br>ENRIQUE A. MONAGAS, ESQ. (239087)<br>GIBSON DUNN & CRUTCHER<br>555 Mission Street, 28th Floor<br>San Francisco, California 94105 | Telephone:<br>(415) 393-8200 | FOR COURT USE ONLY |
| Attorneys for: | Ref. No. Or File No.<br>W2552001 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>KRISTIN M. PERRY | | |
| Defendant:<br>ARNOLD SCHWARZENEGGER | | |

| PROOF OF SERVICE | Date:<br>1/11/2010 | Time:<br>9:00 a.m. | Dept/Div:<br>6 | Case Number:<br>C 09-2292 VRW |
|---|---|---|---|---|

I, Benjamin Martinez, Jr, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: LETTER ; ACKNOWLEDGEMENT OF SERVICE OF CIVIL SUBPOENA AND AGREEMENT TO APPEAR; S.A.S.E

SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

CHECK IN THE AMOUNT OF $590.92

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | |
|---|---|
| Witness | : MILES MCPHERSON |
| By Serving | : MORI BELLE, Direct Assistant to Miles McPherson/Authorized to Accept Service of Process |
| Address | : 2277 Rosencrans Street, San Diego, California 92106 |
| Date & Time | : Thursday, December 31, 2009 @ 11:36 a.m. |
| Witness fees were | : Paid in the amount of 590.92 |

Person serving:
Benjamin Martinez, Jr
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.: 1463
  (3) County: San Diego
  (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 4, 2010

Signature: _____
Benjamin Martinez, Jr

Printed on recycled paper