# Exhibit K

| Attorney Or Party Without Attorney (Name and Address): ENRIQUE A. MONAGAS, ESQ. (239087) GIBSON DUNN & CRUTCHER 555 Mission Street, 28th Floor San Francisco, California 94105 | Telephone: (415) 393-8200 | FOR COURT USE ONLY |
|---|---|---|
| Attorneys for: | Ref. No. Or File No. W2552012 | |
| Insert name of court, judicial district and branch court, if any: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: KRISTIN M. PERRY | | |
| Defendant: ARNOLD SCHWARZENEGGER | | |

| PROOF OF SERVICE | Date: 1/11/2010 | Time: 9:00 a.m. | Dept/Div: 6 | Case Number: C 09-2292 VRW |
|---|---|---|---|---|

I, Benjamin Martinez, Jr, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: LETTER ; ACKNOWLEDGEMENT OF SERVICE OF CIVIL SUBPOENA AND AGREEMENT TO APPEAR; S.A.S.E

SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

CHECK IN THE AMOUNT OF $604.92

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Witness           : DR. JIM GARLOW

By Serving        : DR. JIM GARLOW

Address           : 11330 Campo Road , La Mesa, California  91941
Date & Time       : Tuesday, January 5, 2010 @ 11:45 a.m.
Witness fees were : Paid in the amount of 604.92

Person serving:
Benjamin Martinez, Jr
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 1463
   (3) County: San Diego
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 5, 2010

Signature: _____
Benjamin Martinez, Jr

Printed on recycled paper