1   COOPER AND KIRK, PLLC
    Charles J. Cooper (DC Bar No. 248070)*
    *ccooper@cooperkirk.com*
2   David H. Thompson (DC Bar No. 450503)*
    *dthompson@cooperkirk.com*
3   Howard C. Nielson, Jr. (DC Bar No. 473018)*
    *hnielson@cooperkirk.com*
4   Nicole J. Moss (DC Bar No. 472424)*
    *nmoss@cooperkirk.com*
5   Jesse Panuccio (DC Bar No. 981634)*
    *jpanuccio@cooperkirk.com*
6   Peter A. Patterson (Ohio Bar No. 0080840)*
    *ppatterson@cooperkirk.com*
7   1523 New Hampshire Ave. N.W., Washington, D.C. 20036
    Telephone: (202) 220-9600, Facsimile: (202) 220-9601
8

9   LAW OFFICES OF ANDREW P. PUGNO
    Andrew P. Pugno (CA Bar No. 206587)
10  *andrew@pugnolaw.com*
    101 Parkshore Drive, Suite 100, Folsom, California 95630
11  Telephone: (916) 608-3065, Facsimile: (916) 608-3066

12  ALLIANCE DEFENSE FUND
    Brian W. Raum (NY Bar No. 2856102)*
13  *braum@telladf.org*
    James A. Campbell (OH Bar No. 0081501)*
14  *jcampbell@telladf.org*
    15100 North 90th Street, Scottsdale, Arizona 85260
15  Telephone: (480) 444-0020, Facsimile: (480) 444-0028

16  ATTORNEYS FOR DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH,
    GAIL J. KNIGHT, MARTIN F. GUTIERREZ, MARK A. JANSSON,
17  and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL

18  * Admitted *pro hac vice*

19              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
20

21  KRISTIN M. PERRY, SANDRA B. STIER,
    PAUL T. KATAMI, and JEFFREY J.
22  ZARRILLO,                                    CASE NO. 09-CV-2292 VRW
                                                 Chief Judge Vaughn R. Walker
23          Plaintiffs,                          Magistrate Judge Joseph C. Spero

24      v.                                       **DEFENDANT-INTERVENORS' DEN-
                                                 NIS HOLLINGSWORTH, GAIL J.
25  ARNOLD SCHWARZENEGGER, in his official       KNIGHT, MARTIN F. GUTIERREZ,
    capacity as Governor of California; EDMUND   MARK A. JANSSON,
26  G. BROWN, JR., in his official capacity as At-  AND PROTECTMARRIAGE.COM'S
    torney General of California; MARK B. HOR-   ADMINISTRATIVE MOTION FOR
27  TON, in his official capacity as Director of the  SEALING ORDER PURSUANT TO
                                                 LOCAL RULES 7-11 AND 79-5(C)**
28
                                    1
    ─────────────────────────────────────────────────────────
            DEFENDANT-INTERVENORS' ADMINISTRATIVE MOTION TO SEAL
             PORTIONS OF DECLARATION OF RONALD PRENTICE
                       CASE NO. 09-CV-2292 VRW

1  California Department of Public Health and State
   Registrar of Vital Statistics; LINETTE SCOTT,
2  in her official capacity as Deputy Director of
   Health Information & Strategic Planning for the
3  California Department of Public Health; PAT-
   RICK O'CONNELL, in his official capacity as
4  Clerk-Recorder for the County of Alameda; and
   DEAN C. LOGAN, in his official capacity as
5  Registrar-Recorder/County Clerk for
   the County of Los Angeles,
6
7              Defendants,
8  and
9  PROPOSITION 8 OFFICIAL PROPONENTS
   DENNIS HOLLINGSWORTH, GAIL J.
10 KNIGHT, MARTIN F. GUTIERREZ, HAK-
   SHING WILLIAM TAM, and MARK A. JANS-
11 SON; and PROTECTMARRIAGE.COM – YES
   ON 8, A PROJECT OF CALIFORNIA RE-
12 NEWAL,
13             Defendant-Intervenors.
14
15  Additional Counsel for Defendant-Intervenors
16
17 ALLIANCE DEFENSE FUND
   Timothy Chandler (CA Bar No. 234325)
18 *tchandler@telladf.org*
   101 Parkshore Drive, Suite 100, Folsom, California 95630
19 Telephone: (916) 932-2850, Facsimile: (916) 932-2851
20 Jordan W. Lorence (DC Bar No. 385022)*
   *jlorence@telladf.org*
21 Austin R. Nimocks (TX Bar No. 24002695)*
   *animocks@telladf.org*
22 801 G Street NW, Suite 509, Washington, D.C. 20001
   Telephone: (202) 393-8690, Facsimile: (202) 347-3622
23
   * Admitted *pro hac vice*
24
25
26
27
28
                            2
        DEFENDANT-INTERVENORS' ADMINISTRATIVE MOTION TO SEAL
           PORTIONS OF DECLARATION OF RONALD PRENTICE
                      CASE NO. 09-CV-2292 VRW

1

**NOTICE OF MOTION AND MOTION**

2      Pursuant to Northern District of California Civil Local Rules 7-11 and 79-5(c), Defendant-

3   Intervenors Dennis Hollingsworth, Gail Knight, Martin Gutierrez, Mark Jansson, and Protectmar-

4   riage.com ("Proponents") hereby move for an administrative order sealing portions of the Declara-

5
6   tion of Ronald Prentice (dated January 7, 2010).

7      At a hearing before Magistrate Judge Spero on January 6, 2010, the Court ruled that Proponents

8   may submit under seal for *in camera* review a declaration relating to the core group of persons

9   engaged in the formulation of campaign strategy and messages for ProtectMarriage.com. *See* Hr'g

10  of Jan. 6, 2010, Tr. 108:2-4.  Proponents submitted two copies of that declaration to the Court in a

11
12  sealed envelope on January 7, 2010. *See* N.D. Cal. L.R. 79-5(c)(3)-(4); Declaration of Jesse Panuc-

13  cio (Jan. 13, 2010) (attached as Exhibit A).  Proponents also submitted on the electronic docket a

14  redacted copy of the declaration. *See* Doc # 364-1; N.D. Cal. L.R. 79-5(c)(5).

15     Proponents respectfully request that the Court enter an order sealing the portions of the declara-

16  tion that are redacted in Doc # 364-1.

17

18  Dated: January 13, 2010

19
20                                      COOPER AND KIRK, PLLC
                                       ATTORNEYS FOR DEFENDANTS-INTERVENORS
                                       DENNIS HOLLINGSWORTH, GAIL J. KNIGHT,
21                                      MARTIN F. GUTIERREZ, MARK A. JANSSON, and
                                       PROTECTMARRIAGE.COM – YES ON 8, A PROJECT
22                                      OF CALIFORNIA RENEWAL

23                                      By:    /s/Charles J. Cooper
                                              Charles J. Cooper
24
25
26
27
28

DEFENDANT-INTERVENORS' ADMINISTRATIVE MOTION TO SEAL
PORTIONS OF DECLARATION OF RONALD PRENTICE
CASE NO. 09-CV-2292 VRW