1  COOPER AND KIRK, PLLC
   Charles J. Cooper (DC Bar No. 248070)*
2  *ccooper@cooperkirk.com*
   David H. Thompson (DC Bar No. 450503)*
3  *dthompson@cooperkirk.com*
   Howard C. Nielson, Jr. (DC Bar No. 473018)*
4  *hnielson@cooperkirk.com*
   Nicole J. Moss (DC Bar No. 472424)*
5  *nmoss@cooperkirk.com*
   Jesse Panuccio (DC Bar No. 981634)*
6  *jpanuccio@cooperkirk.com*
   Peter A. Patterson (Ohio Bar No. 0080840)*
7  *ppatterson@cooperkirk.com*
   1523 New Hampshire Ave. N.W., Washington, D.C. 20036
8  Telephone: (202) 220-9600, Facsimile: (202) 220-9601

9  LAW OFFICES OF ANDREW P. PUGNO
   Andrew P. Pugno (CA Bar No. 206587)
10 *andrew@pugnolaw.com*
   101 Parkshore Drive, Suite 100, Folsom, California 95630
11 Telephone: (916) 608-3065, Facsimile: (916) 608-3066

12 ALLIANCE DEFENSE FUND
   Brian W. Raum (NY Bar No. 2856102)*
13 *braum@telladf.org*
   James A. Campbell (OH Bar No. 0081501)*
14 *jcampbell@telladf.org*
   15100 North 90th Street, Scottsdale, Arizona 85260
15 Telephone: (480) 444-0020, Facsimile: (480) 444-0028

16 ATTORNEYS FOR DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH,
   GAIL J. KNIGHT, MARTIN F. GUTIERREZ, MARK A. JANSSON,
17 and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL

18 * Admitted *pro hac vice*

19 **UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA**
20

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the | CASE NO. 09-CV-2292 VRW<br>Chief Judge Vaughn R. Walker<br><br>**DEFENDANT-INTERVENORS' DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, MARK A. JANSSON, AND PROTECTMARRIAGE.COM'S ADMINISTRATIVE MOTION FOR SEALING ORDER PURSUANT TO LOCAL RULES 7-11 AND 79-5** |

| | |
|---|---|
| 1 | California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, |
| 2 | in her official capacity as Deputy Director of Health Information & Strategic Planning for the |
| 3 | California Department of Public Health; PATRICK O'CONNELL, in his official capacity as |
| 4 | Clerk-Recorder for the County of Alameda; and |
| 5 | DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for |
| 6 | the County of Los Angeles, |
| 7 | Defendants, |
| 8 | and |
| 9 | PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. |
| 10 | KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANS- |
| 11 | SON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RE- |
| 12 | NEWAL, |
| 13 | Defendant-Intervenors. |

Additional Counsel for Defendant-Intervenors

ALLIANCE DEFENSE FUND
Timothy Chandler (CA Bar No. 234325)
*tchandler@telladf.org*
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 932-2850, Facsimile: (916) 932-2851

Jordan W. Lorence (DC Bar No. 385022)*
*jlorence@telladf.org*
Austin R. Nimocks (TX Bar No. 24002695)*
*animocks@telladf.org*
801 G Street NW, Suite 509, Washington, D.C. 20001
Telephone: (202) 393-8690, Facsimile: (202) 347-3622

* Admitted *pro hac vice*

**NOTICE OF MOTION AND MOTION**

Pursuant to Northern District of California Civil Local Rules 7-11 and 79-5(b), Defendant-Intervenors Dennis Hollingsworth, Gail Knight, Martin Gutierrez, Mark Jansson, and Protectmarriage.com ("Proponents") hereby move for an administrative order sealing the Declaration of Ronald Prentice (dated January 13, 2010).

The declaration is made in support of Proponents Response to Plaintiffs' motion for a sealing order. Because the declaration discusses the contents of documents that are themselves subject to potential sealing, Proponents respectfully request that the Court enter an order sealing the declaration.

Dated: January 13, 2010

        COOPER AND KIRK, PLLC
        ATTORNEYS FOR DEFENDANTS-INTERVENORS
        DENNIS HOLLINGSWORTH, GAIL J. KNIGHT,
        MARTIN F. GUTIERREZ, MARK A. JANSSON, and
        PROTECTMARRIAGE.COM – YES ON 8, A PROJECT
        OF CALIFORNIA RENEWAL

        By:    /s/Charles J. Cooper
                  Charles J. Cooper

DEFENDANT-INTERVENORS' ADMINISTRATIVE MOTION TO SEAL
DECLARATION OF RONALD PRENTICE
CASE NO. 09-CV-2292 VRW