COOPER AND KIRK, PLLC
Charles J. Cooper (DC Bar No. 248070)*
*ccooper@cooperkirk.com*
David H. Thompson (DC Bar No. 450503)*
*dthompson@cooperkirk.com*
Howard C. Nielson, Jr. (DC Bar No. 473018)*
*hnielson@cooperkirk.com*
Nicole J. Moss (DC Bar No. 472424)*
*nmoss@cooperkirk.com*
Jesse Panuccio (DC Bar No. 981634)*
*jpanuccio@cooperkirk.com*
Peter A. Patterson (Ohio Bar No. 0080840)*
*ppatterson@cooperkirk.com*
1523 New Hampshire Ave. N.W., Washington, D.C. 20036
Telephone: (202) 220-9600, Facsimile: (202) 220-9601

LAW OFFICES OF ANDREW P. PUGNO
Andrew P. Pugno (CA Bar No. 206587)
*andrew@pugnolaw.com*
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 608-3065, Facsimile: (916) 608-3066

ALLIANCE DEFENSE FUND
Brian W. Raum (NY Bar No. 2856102)*
*braum@telladf.org*
James A. Campbell (OH Bar No. 0081501)*
*jcampbell@telladf.org*
15100 North 90th Street, Scottsdale, Arizona 85260
Telephone: (480) 444-0020, Facsimile: (480) 444-0028

ATTORNEYS FOR DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH,
GAIL J. KNIGHT, MARTIN F. GUTIERREZ, MARK A. JANSSON,
and PROTECTMARRIAGE.COM – YES ON 8, A
PROJECT OF CALIFORNIA RENEWAL

* Admitted *pro hac vice*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO, <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. | CASE NO. 09-CV-2292 VRW <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT-INTERVENORS' MOTION TO SEAL THE DECLARATION OF RONALD PRENTICE** |

1  HORTON, in his official capacity as Director of
   the California Department of Public Health and
2  State Registrar of Vital Statistics; LINETTE
   SCOTT, in her official capacity as Deputy
3  Director of Health Information & Strategic
   Planning for the California Department of Public
4  Health; PATRICK O'CONNELL, in his official
   capacity as Clerk-Recorder for the County of
5  Alameda; and DEAN C. LOGAN, in his official
   capacity as Registrar-Recorder/County Clerk for
6  the County of Los Angeles,
7
                    Defendants,
8
9  and
10 PROPOSITION 8 OFFICIAL PROPONENTS
   DENNIS HOLLINGSWORTH, GAIL J.
11 KNIGHT, MARTIN F. GUTIERREZ, HAK-
   SHING WILLIAM TAM, and MARK A.
12 JANSSON; and PROTECTMARRIAGE.COM –
   YES ON 8, A PROJECT OF CALIFORNIA
13 RENEWAL,
14                  Defendant-Intervenors.
15
16   Additional Counsel for Defendant-Intervenors
17
18 ALLIANCE DEFENSE FUND
   Timothy Chandler (CA Bar No. 234325)
   *tchandler@telladf.org*
19 101 Parkshore Drive, Suite 100, Folsom, California 95630
   Telephone: (916) 932-2850, Facsimile: (916) 932-2851
20
   Jordan W. Lorence (DC Bar No. 385022)*
21 *jlorence@telladf.org*
   Austin R. Nimocks (TX Bar No. 24002695)*
22 *animocks@telladf.org*
   801 G Street NW, Suite 509, Washington, D.C. 20001
23 Telephone: (202) 393-8690, Facsimile: (202) 347-3622
24 * Admitted *pro hac vice*
25
26
27
28

[PROPOSED] ORDER GRANTING DEFENDANT-INTERVENORS' MOTION TO SEAL
CASE NO. 09-CV-2292 VRW

Defendant-Intervenors have filed an administrative motion to seal the declaration of Ronald Prentice, dated January 13, 2010.  After full consideration of all moving and opposing documents, the Court's record and file in this matter, and the arguments of counsel, IT IS HEREBY ORDERED that the portions of the declaration identified as redacted in Doc # 364-1 are placed and shall remain under seal in this Court.

**IT IS SO ORDERED.**

Dated the _____ of _____, 2010          _____

The Honorable Vaughn R. Walker
Chief Judge, Northern District of California

1