# GIBSON, DUNN & CRUTCHER LLP

## ACKNOWLEDGMENT OF SERVICE OF CIVIL SUBPOENA
## AND AGREEMENT TO APPEAR

I hereby acknowledge service of a Civil Subpoena requiring me to appear as a witness in the action entitled, *Perry v. Schwarzenegger*, N.D. Cal. No. C 09-2292 VRW, United States District Court, Northern District of California located at 450 Golden Gate Avenue, San Francisco, California, at 9 a.m. on January 11, 2010. In lieu of appearing at that time, I hereby agree to appear at the request of Plaintiffs' and/or Plaintiff-Intervenor's counsel upon reasonable notice, which I understand will be at least twenty-four (24) hours.

Executed on  *1 - 13 - 2010*  at  *San Francisco*. California.

_____
Hak-Shing William Tam

Telephone:  *623-0761*
E-mail:  *ffccal @ yahoo. com*
Address:  *2307 24th Ave*
          *SF, CA 94116*

100791263_1.DOC