1  RICHARD E. WINNIE [68048]
   County Counsel
2  CLAUDE F. KOLM [83517]
   Deputy County Counsel
3  MANUEL F. MARTINEZ [245113]
   Associate County Counsel
4  Office of County Counsel
   County of Alameda
5  1221 Oak Street, Suite 450
   Oakland, California 94612
6  Telephone:   (510) 272-6700

7  Attorneys for PATRICK O'CONNELL, Clerk-Recorder of the County of Alameda

8

9              UNITED STATES DISTRICT COURT

10       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11  KRISTIN M. PERRY, SANDRA B. STIER,        Case No.: CV 09 2292 VRW
    PAUL R. KATAMI, and  JEFFREY J.
12  ZARRILLO,                                 **STIPULATION AND [PROPOSED]**
                                              **ORDER REGARDING**
13          Plaintiffs,                       **ATTENDANCE OF TRIAL BY**
                                              **DEFENDANT PATRICK**
14  CITY AND COUNTY OF SAN FRANCISCO          **O'CONNELL CLERK-RECORDER**
                                              **OF THE COUNTY OF ALAMEDA**
15          Plaintiffs-Interveners,

16          v.                                Trial Date:   January 11, 2010
                                              Courtroom:   No. 6, 17th Floor
17  ARNOLD SCHWARZENEGGER, in his             United States District Chief Judge
    official capacity as Governor of California;  Vaughn R. Walker
18  EDMUND G. BROWN, JR. in his official
    capacity as Attorney General of California;  Action Filed:  May 27, 2009
19  MARK B. HORTON, in his official capacity
    as Director of the California Department of
20  Public Health and State Registrar of Vital
    Statistics; LINETTE SCOTT, in her official
21  capacity as Deputy Director of Health
    Information and Strategic Planning for the
22  California Department of Public Health;
    PATRICK O'CONNELL in his official
23  capacity as Clerk-Recorder for the County
    of Alameda; and DEAN C. LOGAN, in his
24  official capacity as Registrar-
    Recorder/County Clerk for the County of
25  Los Angeles,

26          Defendants,

27

28

**Perry v. Schwartzenegger et al, Case No. CV 09 2292**
Stipulation and [Proposed] Order          1

DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, MARK A. JANSSON and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL, as official proponents of Proposition 8,

Defendants-Interveners.

WHEREAS, Patrick O'Connell Clerk-Recorder of the County of Alameda ("Alameda County Clerk-Recorder"), has stated in his trial memorandum filed on December 4, 2009 (Document Nos. 277), that he takes no position on the merits of the case as to the validity of Proposition 8.

WHEREAS, in the same trial memorandum, Defendant Patrick O'Connell Clerk-Recorder of the County of Alameda further indicated that he does not intend on presenting any evidence or argument on the merits, but reserves the right to provide a defense as to any specific wrongdoing as to him.

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree, and ask the Court to enter an order pursuant to Federal Rule of Civil Procedure 16 as follows:

1.     The attendance at trial by counsel of record for Defendant Patrick O'Connell Clerk-Recorder of the County of Alameda will not be necessary, but Defendant Patrick O'Connell Clerk-Recorder of the County of Alameda's counsel may attend the hearing, as budgetary restraints permit, for selected arguments.

2.     Defendant Patrick O'Connell Clerk-Recorder of the County of Alameda will continue to be served in the normal practice throughout the proceedings.

///

///

///

///

///

1    3.    Defendant Patrick O'Connell Clerk-Recorder of the County of Alameda will

2    be bound by the final judgment of the Court in this matter.

3        IT IS SO STIPULATED.

4    DATED:    1/5/10                    OFFICE OF THE COUNTY COUNSEL

5

6                                        By:    /s/ Judy W. Whitehurst
                                              Judy W. Whitehurst
7                                             Principal Deputy County Counsel

8                                        Attorneys for DEAN C. LOGAN,
                                         LOS ANGELES REGISTAR-
9                                        REORDER/COUNTY CLERK

10

11   DATED:    1/5/10                    GIBSON, DUNN & CRUTCHER LLP

12                                       By:    /s/ Christopher D. Dusseault
13                                            Christopher D. Dusseault

14                                       Attorneys for Plaintiffs KRISTIN M.
                                         PERRY, SANDRA B. STIER, PAUL T.
15                                       KATAMI, and FEFFREY J. ZARRILLO

16

17   DATED:    1/6/10                    OFFICE OF THE CITY ATTORNEY

18

19                                       By:    /s/ Terese M. Stewart
                                              Terese M. Stewart
20                                            Chief Deputy City Attorney

21                                       Attorneys Plaintiff-Intervenor CITY AND
                                         COUNTY OF SAN FRANCISCO
22

23   DATED:    1/7/10                    LAW OFFICE OF TERRY L. THOMPSON

24

25                                       By:    /s/ Terry L. Thompson
                                              Terry L. Thompson
26

27                                       Attorney for Defendant-Intervener
                                         HAK-SHING WILLIAM TAM
28

1    DATED:  _____1/7/10_____        COOPER AND KIRK, PLLC

2

3                                            By:  ___/s/ David H. Thompson_____
                                                  David H. Thompson

4
                                             Attorneys for Defendant-Intervenors
5                                            PROPOSITION 8 OFFICIAL PROPONENTS;
                                             and PROTECTMARRIAGE.COM – YES ON 8,
6                                            A PROJECT OF CALIFORNIA RENEWAL

7

8    DATED:  _____1/5/10_____        OFFICE OF THE ATTORNEY GENERAL

9
                                             By:  ___/s/ Tamar Pacher_____
10                                                Tamar Pachter
                                                  Deputy Attorney General
11
                                             Attorneys for Defendant ATTORNEY
12                                           GENERAL EDMUND G. BROWN, JR.

13

14   DATED:  _____1/5/10_____        MENNEMEIIER, GLASSMAN & STROUD LLP

15                                           By:  ___/s/ Andrew W. Stroud_____
                                                  Andrew W. Stroud
16
                                             Attorneys for Defendants ARNOLD
17                                           SCHWARZNEGGER, MARK B. HORTON and
                                             LINETTE SCOTT (the "Administration
18                                           Defendants")

19

20   DATED:  _____1/5/10_____        RICHARD E. WINNIE, County Counsel in and
21                                           for the County of Alameda, State of California

22                                           By:  ___/s/ Claude F. Kolm_____
                                                  Claude F. Kolm
23                                                Deputy County Counsel

24                                           Attorneys for Defendant
25                                           PATRICK O'CONNELL, Clerk-Recorder for the
                                             County of Alameda

26

27

28

---

1

## ORDER

2

3    PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5

6    DATED: _____January 13, 2010_____

7    HONOR_____KER

8    Chief Ju_____District Court,
     Norther_____

9

IT IS SO ORDERED

Judge Vaughn R Walker

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION PURSUANT TO GENERAL ORDER NO. 45

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

RICHARD E. WINNIE, County Counsel in and
for the County of Alameda, State of California

By:   /s/ Manuel F. Martinez
          Manuel F. Martinez
          Associate County Counsel

Attorneys for Defendant
PATRICK O'CONNELL, Clerk-Recorder for the
County of Alameda