UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Civil Trial Minutes**         JUDGE: Vaughn R Walker

Date:   January 12, 2010

Case No.  C09-2292 VRW

Case Title: **KRISTIN PERRY et al v. ARNOLD SCHWARZENEGGER et al**

Attorneys:
   Plaintiffs:   Theodore Olson, Theodore Boutrous, David Boies, Christopher Dusseault, Ethan Dettmer, Jeremy Goldman, Richard Bettan

   Plaintiff Intervenor:   Therese M Stewart, Christine Van Aken, Julia Friedland

   Prop 8 Defendant:   Charles J Cooper, David H Thompson, Howard Nielson

   State Defendants:   Andrew W Strouds for Gov Schwarzenegger et al
                       Tamar Pachter, Gordon Burns for CA Attorney General
                       Claude Kolm for Patrick O'Connel County of Alameda

Deputy Clerk: Cora Klein         Court Reporter: Kathy Sullivan, Debra Pas

Court Trial begin:   January 11, 2010

Further Trial:   1/13/2010       Trial ended:

**Proceedings:**
Further court trial.

**Witnesses**:
 Continued testimony of Prof Nancy F Cott on cross and re-direct.
Dr. George Chauncey - witness called by Pla Intervenor City and County of San Francisco.

**Exhibits:** admitted into evidence:   put on the record.