1

2         **IN THE UNITED STATES DISTRICT COURT**

3        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

4

5 **KRISTIN M PERRY, SANDRA B STIER,**
**PAUL T KATAMI and JEFFREY J**

6 **ZARRILLO,**

7           **Plaintiffs,**

8 **CITY AND COUNTY OF SAN FRANCISCO,**

9           **Plaintiff-Intervenor,**

10           **v**

11 **ARNOLD SCHWARZENEGGER, in his**
**official capacity as governor of**

12 **California; EDMUND G BROWN JR, in**
**his official capacity as attorney**

13 **general of California; MARK B**        **No   C 09-2292 VRW**
**HORTON, in his official capacity**

14 **as director of the California**         **ORDER**
**Department of Public Health and**

15 **state registrar of vital**
**statistics; LINETTE SCOTT, in her**

16 **official capacity as deputy**
**director of health information &**

17 **strategic planning for the**
**California Department of Public**

18 **Health; PATRICK O'CONNELL, in his**
**official capacity as clerk-**

19 **recorder of the County of**
**Alameda; and DEAN C LOGAN, in his**

20 **official capacity as registrar-**
**recorder/county clerk for the**

21 **County of Los Angeles,**

22           **Defendants,**

23 **DENNIS HOLLINGSWORTH, GAIL J**
**KNIGHT, MARTIN F GUTIERREZ,**

24 **HAKSHING WILLIAM TAM, MARK A**
**JANSSON and PROTECTMARRIAGE.COM –**

25 **YES ON 8, A PROJECT OF**
**CALIOFORNIA RENEWAL, as official**

26 **proponents of Proposition 8,**

27           **Defendant-Intervenors.**
                         /

28

Proponents have filed objections to Doc #372, Magistrate Judge Spero's discovery order.  Doc #446.  Plaintiffs are DIRECTED to respond to proponents' objections in writing not later than January 15, 2010 at 4 PM.

IT IS SO ORDERED.

_____

VAUGHN R WALKER
United States District Chief Judge