IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KRISTIN M. PERRY, et al.,

Plaintiff,

v.

ARNOLD SCHWARZENEGGER, et al.,

Defendant.

CASE NO. 09-CV-02292 VRW

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

KEVIN JAMES HASSON , whose business address and telephone number is

1350 Connecticut Avenue, NW, Suite 605
Washington, D.C. 20036-1735
Telephone: (202) 955-0095

and who is an active member in good standing of the bar of Illinois and District of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing the Becket Fund for Religious Liberty.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 1/15/2010

Hon. Vaughn R. Walker
United States District Judge



GRANTED
Judge Vaughn R Walker