Reset Form

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

KRISTIN M. PERRY, et al.

              Plaintiff(s),

v.

ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California, et al.

              Defendant(s).

CASE NO. 09-CV-2292 VRW

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Thomas Brejcha , an active member in good standing of the bar of Illinois whose business address and telephone number (particular court to which applicant is admitted) is Thomas More Society
29 S. La Salle Suite 440
Chicago, Illinois 60603
(312) 782-1680
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Family Research Council

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/15/2010



GRANTED
Judge Vaughn R Walker