Reset Form

1   UNITED STATES DISTRICT COURT
2   NORTHERN DISTRICT OF CALIFORNIA

KRISTIN M. PERRY, et al.

Plaintiff(s),
v.
ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California, et al.

Defendant(s).

CASE NO. 09-CV-2292 VRW

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Christopher M. Gacek , an active member in good standing of the bar of

(particular court to which applicant is admitted) whose business address and telephone number
is  Family Research Council
    801 G Street, N.W.
    Washington, D.C. 20001
    (202) 393-2100

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Family Research Council.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/15/2010



GRANTED
United States District Judge
Judge Vaughn R Walker