Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KRISTIN M. PERRY, et al.

Plaintiff(s),

v.

ARNOLD SCHWARZENEGGER, in his
official capacity as Governor of California,
et al.

_____Defendant(s)._____/

CASE NO. 09-CV-2292 VRW

~~(Proposed)~~

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Paul Benjamin Linton , an active member in good standing of the bar of

Illinois whose business address and telephone number

(particular court to which applicant is admitted)

is  921 Keystone Avenue
Northbrook, Illinois 60062
(847) 291-3848

, having applied in the

above-entitled action for admission to practice in the Northern District of California on a *pro hac*

*vice* basis, representing  the Family Research Council

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice* . Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing* .

Dated:  1/15/2010



United States  Judge
GRANTED
Judge Vaughn R Walker

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28