VINCENT P. MCCARTHY
11 W. CHESTNUT HILL ROAD
LITCHFIELD, CT 06759
(860) 567-9485

RECEIVED
2010 JAN 11 P 12:59
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PERRY, et al

    Plaintiff(s),

vs.

SCHWARZENEGGER, et al

    Defendant(s).

Case No.: 3:09-cv-02292

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

Vincent P. McCarthy, whose business address and telephone number is 11 W. Chestnut Hill Road, Lichfield, Connecticut, 06759, (860) 567-9485, and who is an active member in good standing of the bar of Connecticut having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing non-party Dr. Jim Garlow and non-party Pastor Miles McPherson.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

DATED: January 15, 2010

HONORABLE VAUGHN R. WALKER

GRANTED
Judge Vaughn R Walker