| | |
|---|---|
| 1 | COOPER AND KIRK, PLLC |
| | Charles J. Cooper (DC Bar No. 248070)* |
| 2 | *ccooper@cooperkirk.com* |
| | David H. Thompson (DC Bar No. 450503)* |
| 3 | *dthompson@cooperkirk.com* |
| | Howard C. Nielson, Jr. (DC Bar No. 473018)* |
| 4 | *hnielson@cooperkirk.com* |
| | Nicole J. Moss (DC Bar No. 472424)* |
| 5 | *nmoss@cooperkirk.com* |
| | Peter A. Patterson (Ohio Bar No. 0080840)* |
| 6 | *ppatterson@cooperkirk.com* |
| | 1523 New Hampshire Ave. N.W., Washington, D.C. 20036 |
| 7 | Telephone: (202) 220-9600, Facsimile: (202) 220-9601 |
| 8 | LAW OFFICES OF ANDREW P. PUGNO |
| | Andrew P. Pugno (CA Bar No. 206587) |
| 9 | *andrew@pugnolaw.com* |
| | 101 Parkshore Drive, Suite 100, Folsom, California 95630 |
| 10 | Telephone: (916) 608-3065, Facsimile: (916) 608-3066 |
| 11 | ALLIANCE DEFENSE FUND |
| | Brian W. Raum (NY Bar No. 2856102)* |
| 12 | *braum@telladf.org* |
| | James A. Campbell (OH Bar No. 0081501)* |
| 13 | *jcampbell@telladf.org* |
| | 15100 North 90th Street, Scottsdale, Arizona 85260 |
| 14 | Telephone: (480) 444-0020, Facsimile: (480) 444-0028 |
| 15 | ATTORNEYS FOR DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH, |
| | GAIL J. KNIGHT, MARTIN F. GUTIERREZ, MARK A. JANSSON, and |
| 16 | PROTECTMARRIAGE.COM – YES ON 8, A |
| | PROJECT OF CALIFORNIA RENEWAL |
| 17 | |
| | * Admitted *pro hac vice* |
| 18 | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 20 | KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO, | CASE NO. 09-CV-2292 VRW |
| 21 | | |
| 22 | Plaintiffs, | **DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH, GAIL KNIGHT, MARTIN GUTIERREZ, MARK JANSSON, AND PROTECTMARRIAGE.COM'S MOTION TO SHORTEN TIME FOR RESPONSE TO AND HEARING OF MOTION TO COMPEL** |
| 23 | v. | |
| 24 | | |
| 25 | ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE | |
| 26 | | Trial Date: January 11, 2010 |
| 27 | | Judge: Chief Judge Vaughn R. Walker |
| | | Location: Courtroom 6, 17th Floor |
| 28 | | |

| | |
|---|---|
| 1 | SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants, |
| 7 | and |
| 8 | PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL, |
| 9 | |
| 10 | |
| 11 | |
| 12 | Defendant-Intervenors. |

14  Additional Counsel for Defendant-Intervenors

16  ALLIANCE DEFENSE FUND
Timothy Chandler (CA Bar No. 234325)
*tchandler@telladf.org*
17  101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 932-2850, Facsimile: (916) 932-2851
18
19  Jordan W. Lorence (DC Bar No. 385022)*
*jlorence@telladf.org*
Austin R. Nimocks (TX Bar No. 24002695)*
20  *animocks@telladf.org*
801 G Street NW, Suite 509, Washington, D.C. 20001
21  Telephone: (202) 393-8690, Facsimile: (202) 347-3622

22  * Admitted *pro hac vice*

DEFENDANT-INTERVENORS' ADMINISTRATIVE MOTION TO SHORTEN TIME
CASE NO. 09-CV-2292 VRW

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Local Rule 6-3 Defendant Intervenors Dennis Hollingsworth, Gail J. Knight, Martin F. Gutierrez, Mark A. Jansson, and ProtectMarriage.com ("Proponents") will and hereby do move this Court for an Order shortening the time within which the Court may hear Proponents Motion to Compel Compliance with Nonparty Document Subpoenas.

Proponents have moved for an order compelling production of documents by non-parties Californians Against Eliminating Basic Rights ("CAEBR"), Equality California, and No on Proposition 8, Campaign for Marriage Equality, A Project of the American Civil Liberties Union of Northern California ("ACLU") (collectively, "the No on 8 groups").  Proponents have so moved because they wish to have these documents available for use at trial, which has already commenced.

This motion is based upon this Notice of Motion; the following Memorandum of Points and Authorities; the concurrently filed declaration of Jesse Panuccio in support; the complete files in these actions; the concurrently filed Motion to Compel; argument of counsel; and such other and further matters as this Court may consider.

## MEMORANDUM AND POINTS OF AUTHORITIES

The parties have engaged in a long dispute over the permissible scope of discovery in this action. Plaintiffs propounded sweeping document requests on Proponents, seeking nearly every document in Proponents' possession.  Proponents objected on burden, relevance, and First Amendment grounds, but made clear that—in order to build a complete record in this case—to whatever extent they are required to produce such documents, they would seek similar documents from the No on 8 groups.  *See, e.g.*, Doc # 187 at 3-4.  To that end, Proponents served Rule 45 document subpoenas on the No on 8 groups. On January 6, the Court conducted the latest in a series of hearings regarding the scope of permissible discovery.  Following that hearing, the Court ruled on the permissible scope of discovery and the bounds of the First Amendment privilege in this case.  *See* Doc # 372.  Proponents apprised the No on

8 groups of this new ruling and its implications for the scope of documents now discoverable in this case. The No on 8 groups have objected and are refusing to produce documents that are relevant and nonprivileged under this Court's January 8 order. Because trial has already commenced, Proponents require immediate production of these documents so that they may review them and potentially enter them into evidence. Accordingly, counsel for the No on 8 groups were notified by email on the morning of January 15 of Proponents' intention to seek relief in the form of this motion to shorten time. *See* Decl. of Jesse Panuccio in Supp. of Defendant-Intervenors' Mot. to Shorten Time.

**I.     Substantial Prejudice Will Occur If Proponents Are Not Permitted to Obtain, Review, and Potentially Introduce Documents In the Possession of the No on 8 Groups.**

Federal Rule of Civil Procedure 6(e) allows the Court to order a motion to be heard on an accelerated basis "for good cause." Fed. R. Civ. P. 6(c)(1)(C). Moreover, N.D. Cal. Civ. L.R. 6-3(a)(3) provides that a court may shorten time if "substantial harm or prejudice … would occur if the Court did not change the time …."

Proponents have kept the No on 8 groups continually apprised of both this Court's and the Ninth Circuit's rulings regarding the permissible scope of discovery in this case. The Court's most recent ruling was not announced until January 8, just a few days before the start of trial. Doc # 372. Proponents stand ready to review production from the No on 8 groups as soon as it comes in, so as to be able to introduce the documents into evidence to build the "complete record," Doc # 76 at 5, of "the mix of information before and available to the voters," Doc # 214 at 14. Allowing the normal timeline for response and hearing on this motion would not allow this matter to be resolved while the trial is still ongoing and thus would preclude the Court's ability to review a "complete record" and prejudice Proponents' ability to plan and present their case. It is imperative that Proponents receive a determination as to whether the No on 8 groups must comply with the subpoenas. Accordingly, Proponents respectfully request that the Court order the No on 8 groups to file a response, if any, to the motion to compel by 5 p.m. on January 18, 2010, and that the Court hear the motion as soon as is

1 | practicable given the trial schedule.

## CONCLUSION

For the foregoing reasons, Proponents respectfully request that the Court grant this motion to shorten time.

Dated: January 15, 2009

          COOPER AND KIRK, PLLC
          ATTORNEYS FOR DEFENDANTS-INTERVENORS
          DENNIS HOLLINGSWORTH, GAIL J. KNIGHT,
          MARTIN F. GUTIERREZ, MARK A. JANSSON, AND
          PROTECTMARRIAGE.COM – YES ON 8, A PROJECT
          OF CALIFORNIA RENEWAL

          By:    /s/ Charles J. Cooper
                    Charles J. Cooper

DEFENDANT-INTERVENORS' ADMINISTRATIVE MOTION TO SHORTEN TIME
CASE NO. 09-CV-2292 VRW