```
 1  COOPER AND KIRK, PLLC
    Charles J. Cooper (DC Bar No. 248070)*
 2  ccooper@cooperkirk.com
    David H. Thompson (DC Bar No. 450503)*
 3  dthompson@cooperkirk.com
    Howard C. Nielson, Jr. (DC Bar No. 473018)*
 4  hnielson@cooperkirk.com
    Nicole J. Moss (DC Bar No. 472424)*
 5  nmoss@cooperkirk.com
    Peter A. Patterson (Ohio Bar No. 0080840)*
 6  ppatterson@cooperkirk.com
    1523 New Hampshire Ave. N.W., Washington, D.C. 20036
 7  Telephone: (202) 220-9600, Facsimile: (202) 220-9601

 8
    LAW OFFICES OF ANDREW P. PUGNO
 9  Andrew P. Pugno (CA Bar No. 206587)
    andrew@pugnolaw.com
10  101 Parkshore Drive, Suite 100, Folsom, California 95630
    Telephone: (916) 608-3065, Facsimile: (916) 608-3066
11
    ALLIANCE DEFENSE FUND
12  Brian W. Raum (NY Bar No. 2856102)*
    braum@telladf.org
13  James A. Campbell (OH Bar No. 0081501)*
    jcampbell@telladf.org
14  15100 North 90th Street, Scottsdale, Arizona 85260
    Telephone: (480) 444-0020, Facsimile: (480) 444-0028
15
    ATTORNEYS FOR DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH,
16  GAIL J. KNIGHT, MARTIN F. GUTIERREZ, MARK A. JANSSON,
    and PROTECTMARRIAGE.COM – YES ON 8, A
17  PROJECT OF CALIFORNIA RENEWAL

18  * Admitted pro hac vice
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and | CASE NO. 09-CV-2292 VRW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT-INTERVENORS' MOTION TO SEAL PORTIONS OF THE DECLARATION OF RONALD PRENTICE** |

State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,

    Defendants,

and

PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,

    Defendant-Intervenors.

Additional Counsel for Defendant-Intervenors

ALLIANCE DEFENSE FUND
Timothy Chandler (CA Bar No. 234325)
*tchandler@telladf.org*
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 932-2850, Facsimile: (916) 932-2851

Jordan W. Lorence (DC Bar No. 385022)*
*jlorence@telladf.org*
Austin R. Nimocks (TX Bar No. 24002695)*
*animocks@telladf.org*
801 G Street NW, Suite 509, Washington, D.C. 20001
Telephone: (202) 393-8690, Facsimile: (202) 347-3622

* Admitted *pro hac vice*

1  Defendant-Intervenors have filed an administrative motion to seal portions of, and the
2  attachment to, the declaration of Ronald Prentice, dated January 16, 2010.  After full consideration
3  of all moving and opposing documents, the Court's record and file in this matter, and the
4  arguments of counsel, IT IS HEREBY ORDERED that the portions of the declaration identified
5  as redacted in Doc # 364-1 are placed and shall remain under seal in this Court.

**IT IS SO ORDERED.**

Dated the _____ of _____, 2010    _____

The Honorable Joseph C. Spero
Magistrate Judge