| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| | Theodore B. Olson, SBN 38137 |
| 2 | *tolson@gibsondunn.com* |
| | Matthew D. McGill, *pro hac vice* |
| 3 | Amir C. Tayrani, SBN 229609 |
| | 1050 Connecticut Avenue, N.W., Washington, D.C. 20036 |
| 4 | Telephone: (202) 955-8668, Facsimile: (202) 467-0539 |
| 5 | Theodore J. Boutrous, Jr., SBN 132009 |
| | *tboutrous@gibsondunn.com* |
| 6 | Christopher D. Dusseault, SBN 177557 |
| | Ethan D. Dettmer, SBN 196046 |
| 7 | Sarah E. Piepmeier, SBN 227094 |
| | Theane Evangelis Kapur, SBN 243570 |
| 8 | Enrique A. Monagas, SBN 239087 |
| | 333 S. Grand Avenue, Los Angeles, California 90071 |
| 9 | Telephone: (213) 229-7804, Facsimile: (213) 229-7520 |
| 10 | BOIES, SCHILLER & FLEXNER LLP |
| | David Boies, *pro hac vice* |
| 11 | *dboies@bsfllp.com* |
| | 333 Main Street, Armonk, New York 10504 |
| 12 | Telephone: (914) 749-8200, Facsimile: (914) 749-8300 |
| 13 | Jeremy M. Goldman, SBN 218888 |
| | *jgoldman@bsfllp.com* |
| 14 | Theodore H. Uno, SBN 248603 |
| | 1999 Harrison Street, Suite 900, Oakland, California 94612 |
| 15 | Telephone: (510) 874-1000, Facsimile: (510) 874-1460 |
| 16 | Attorneys for Plaintiffs |
| | KRISTIN M. PERRY, SANDRA B. STIER, |
| 17 | PAUL T. KATAMI, and JEFFREY J. ZARRILLO |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 20 | KRISTIN M. PERRY, *et al.,* | CASE NO. 09-CV-2292 VRW |
| 21 | Plaintiffs, | |
| 22 | and | **[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO REOPEN THE DEPOSITION OF RONALD PRENTICE IN HIS PERSONAL CAPACITY AND AS THE RULE 30(b)(6) REPRESENTATIVE FOR PROTECTMARRIAGE.COM** |
| | CITY AND COUNTY OF SAN FRANCISCO, | |
| 23 | Plaintiff-Intervenor, | |
| | v. | |
| 24 | ARNOLD SCHWARZENEGGER, *et al.,* | |
| 25 | Defendants, | |
| 26 | and | |
| | PROPOSITION 8 OFFICIAL PROPONENTS | |
| 27 | DENNIS HOLLINGSWORTH, *et al.,* | |
| 28 | Defendant-Intervenors. | |

Plaintiffs moved this Court for leave to reopen the deposition of Ronald Prentice in his personal capacity and as the Fed. R. Civ. Proc. 30(b)(6) representative for ProtectMarriage.com. After full consideration of all moving and opposing documents, this Court's record and file in this matter, and the arguments of counsel, and good cause appearing, **IT IS HEREBY ORDERED** that Plaintiffs have leave to reopen the deposition of Ronald Prentice, in his personal capacity and as the Fed. R. Civ. Proc. 30(b)(6) representative for ProtectMarriage.com.  Barring extenuating circumstances, Mr. Prentice must make himself available for deposition on or before 9:00 a.m. on January 22, 2010.

**IT IS SO ORDERED.**

Date:_____

_____
THE HONORABLE VAUGHN R. WALKER
CHIEF JUDGE OF THE  UNITED STATES
DISTRICT COURT