GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson, SBN 38137
*tolson@gibsondunn.com*
Matthew D. McGill, *pro hac vice*
Amir C. Tayrani, SBN 229609
1050 Connecticut Avenue, N.W., Washington, D.C. 20036
Telephone: (202) 955-8668, Facsimile: (202) 467-0539

Theodore J. Boutrous, Jr., SBN 132009
*tboutrous@gibsondunn.com*
Christopher D. Dusseault, SBN 177557
Ethan D. Dettmer, SBN 196046
Sarah E. Piepmeier, SBN 227094
Theane Evangelis Kapur, SBN 243570
Enrique A. Monagas, SBN 239087
333 S. Grand Avenue, Los Angeles, California 90071
Telephone: (213) 229-7804, Facsimile: (213) 229-7520

BOIES, SCHILLER & FLEXNER LLP
David Boies, *pro hac vice*
*dboies@bsfllp.com*
333 Main Street, Armonk, New York 10504
Telephone: (914) 749-8200, Facsimile: (914) 749-8300

Jeremy M. Goldman, SBN 218888
*jgoldman@bsfllp.com*
Theodore H. Uno, SBN 248603
1999 Harrison Street, Suite 900, Oakland, California 94612
Telephone: (510) 874-1000, Facsimile: (510) 874-1460

Attorneys for Plaintiffs
KRISTIN M. PERRY, SANDRA B. STIER,
PAUL T. KATAMI, and JEFFREY J. ZARRILLO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, *et al.*, <br> Plaintiffs, <br> and <br> CITY AND COUNTY OF SAN FRANCISCO, <br> Plaintiff-Intervenor, <br> v. <br> ARNOLD SCHWARZENEGGER, *et al.*, <br> Defendants, <br> and <br> PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et al.*, <br> Defendant-Intervenors. | CASE NO. 09-CV-2292 VRW <br><br> **DECLARATION OF REBECCA JUSTICE LAZARUS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)** |

Gibson, Dunn & Crutcher LLP

09-CV-2292 VRW  DECLARATION OF REBECCA JUSTICE LAZARUS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)

Dockets.Justia.com

I, Rebecca Justice Lazarus, declare as follows:

1. I am an attorney licensed to practice law in the State of California and in the Northern District of California. I am an associate in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Plaintiffs Kristin M. Perry, Sandra B. Stier, Paul T. Katami, and Jeffrey J. Zarrillo in the above-captioned matter. I make this declaration in support of Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d). The information below is stated on personal knowledge and if called as a witness, I could and would testify competently thereto.

2. Plaintiffs will submit to the Clerk of the Court, in sealed envelopes, two copies of (1) Plaintiffs' Motion to Reopen Deposition of Ronald Prentice and (2) Ms. Justice Lazarus' Declaration in Support of Plaintiffs' Motion to Reopen Deposition of Ronald Prentice and supporting exhibits.

3. Plaintiffs have filed on the electronic docket a redacted copy of Plaintiffs' Motion to Reopen Deposition of Ronald Prentice. The redacted portion of these documents include references or descriptions of documents designated by Defendant-Intervenors as "Highly Confidential – Attorneys' Eyes Only."

4. Plaintiffs have filed on the electronic docket a copy of Ms. Justice Lazarus' Declaration in Support of Plaintiffs' Motion to Reopen Deposition of Ronald Prentice which does not include supporting exhibits that were designated by Defendant-Intervenors as "Highly Confidential – Attorneys' Eyes Only."

5. Exhibits C, D, F, and H were produced by Proponents between January 10 and 17, 2010, pursuant to the Court's order requiring the further production of documents, *see* Doc #372 at 5.

6. A stipulation could not be obtained in this matter because Civil Local Rule 79-5(a) prohibits the sealing of documents or information by agreement of the parties, and therefore the parties are unable to enter into such a stipulation.

//
//
//
//
//

2

Gibson, Dunn & Crutcher LLP

09-CV-2292 VRW  DECLARATION OF REBECCA JUSTICE LAZARUS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)

1  I declare, under penalty of perjury under the laws of the United States, that these facts are true and correct and that this Declaration is executed this 19th day of January, 2010, at San Francisco, California.

/s/ Rebecca Justice Lazarus
Rebecca Justice Lazarus

Gibson, Dunn & Crutcher LLP

3

09-CV-2292 VRW  DECLARATION OF REBECCA JUSTICE LAZARUS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

/s/ Ethan Dettmer<br>Ethan Dettmer

Gibson, Dunn & Crutcher LLP

4

09-CV-2292 VRW  DECLARATION OF REBECCA JUSTICE LAZARUS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)