1  GIBSON, DUNN & CRUTCHER LLP
   Theodore B. Olson, SBN 38137
2  *tolson@gibsondunn.com*
   Matthew D. McGill, *pro hac vice*
3  Amir C. Tayrani, SBN 229609
   1050 Connecticut Avenue, N.W., Washington, D.C. 20036
4  Telephone: (202) 955-8668, Facsimile: (202) 467-0539

5  Theodore J. Boutrous, Jr., SBN 132009
   *tboutrous@gibsondunn.com*
6  Christopher D. Dusseault, SBN 177557
   Ethan D. Dettmer, SBN 196046
7  Sarah E. Piepmeier, SBN 227094
   Theane Evangelis Kapur, SBN 243570
8  Enrique A. Monagas, SBN 239087
   333 S. Grand Avenue, Los Angeles, California 90071
9  Telephone: (213) 229-7804, Facsimile: (213) 229-7520

10 BOIES, SCHILLER & FLEXNER LLP
   David Boies, *pro hac vice*
11 *dboies@bsfllp.com*
   333 Main Street, Armonk, New York 10504
12 Telephone: (914) 749-8200, Facsimile: (914) 749-8300

13 Jeremy M. Goldman, SBN 218888
   *jgoldman@bsfllp.com*
14 Theodore H. Uno, SBN 248603
   1999 Harrison Street, Suite 900, Oakland, California 94612
15 Telephone: (510) 874-1000, Facsimile: (510) 874-1460

16 Attorneys for Plaintiffs
   KRISTIN M. PERRY, SANDRA B. STIER,
17 PAUL T. KATAMI, and JEFFREY J. ZARRILLO

18 **UNITED STATES DISTRICT COURT**

19 **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 20  KRISTIN M. PERRY, *et al.*, | CASE NO. 09-CV-2292 VRW |
| 21              Plaintiffs, | |
|     and | |
| 22  CITY AND COUNTY OF SAN FRANCISCO, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 23              Plaintiff-Intervenor, | |
|       v. | |
| 24  ARNOLD SCHWARZENEGGER, *et al.*, | |
| 25              Defendants, | |
|     and | |
| 26  PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et al.*, | |
| 27              Defendant-Intervenors. | |

1 | Plaintiffs have filed an administrative motion for an order granting leave to file certain documents identified in the motion under seal.  After full consideration of all moving and opposing documents, the Court's record and file in this matter, and the arguments of counsel, and good cause appearing, **IT IS HEREBY ORDERED** that the documents identified in Plaintiffs' motion may be filed under seal.

**IT IS SO ORDERED.**

Date:_____

_____
THE HONORABLE VAUGHN R. WALKER
CHIEF JUDGE OF THE  UNITED STATES
DISTRICT COURT