GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson, SBN 38137
*tolson@gibsondunn.com*
Matthew D. McGill, *pro hac vice*
Amir C. Tayrani, SBN 229609
1050 Connecticut Avenue, N.W., Washington, D.C. 20036
Telephone: (202) 955-8668, Facsimile: (202) 467-0539

Theodore J. Boutrous, Jr., SBN 132009
*tboutrous@gibsondunn.com*
Christopher D. Dusseault, SBN 177557
Ethan D. Dettmer, SBN 196046
Sarah E. Piepmeier, SBN 227094
Theane Evangelis Kapur, SBN 243570
Enrique A. Monagas, SBN 239087
333 S. Grand Avenue, Los Angeles, California 90071
Telephone: (213) 229-7804, Facsimile: (213) 229-7520

BOIES, SCHILLER & FLEXNER LLP
David Boies, *pro hac vice*
*dboies@bsfllp.com*
333 Main Street, Armonk, New York 10504
Telephone: (914) 749-8200, Facsimile: (914) 749-8300

Jeremy M. Goldman, SBN 218888
*jgoldman@bsfllp.com*
Theodore H. Uno, SBN 248603
1999 Harrison Street, Suite 900, Oakland, California 94612
Telephone: (510) 874-1000, Facsimile: (510) 874-1460

Attorneys for Plaintiffs
KRISTIN M. PERRY, SANDRA B. STIER,
PAUL T. KATAMI, and JEFFREY J. ZARRILLO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, *et al.*,<br><br>Plaintiffs,<br>and<br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff-Intervenor,<br>v.<br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>Defendants,<br>and<br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et al.*,<br><br>Defendant-Intervenors. | CASE NO. 09-CV-2292 VRW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME TO RESPOND TO ADMINISTRATIVE MOTION** |

On January 19, 2010, Plaintiffs moved for an order shortening time for Defendant-Intervenors to respond to Plaintiffs' Administrative Motion for Sealing Order and to Plaintiffs' Motion for Leave to Reopen Deposition of Ronald Prentice in his Personal Capacity and .as the Rule 30(b)(6) Representative for ProtectMarriage.com.  After full consideration of all moving and opposing documents, the Court's record and file in this matter, and the arguments of counsel, and good cause appearing, **IT IS HEREBY ORDERED**:

(1)  Defendant-Intervenors must file with the Court and serve a declaration establishing that the designated information in Plainitffs' Administrative Motion is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or withdraw the designation of confidentiality no later than noon on January 19, 2010.

(2)  Defendant-Intervenors must file any opposition to Plaintiffs' Motion for Leave to Reopen Deposition of Ronald Prentice no later than 5:00 p.m. on January 19, 2010.

**IT IS SO ORDERED.**

Date:_____

_____
THE HONORABLE VAUGHN R. WALKER
CHIEF JUDGE OF THE  UNITED STATES
DISTRICT COURT