UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Civil  Trial  Minutes**           JUDGE: Vaughn R Walker

Date:   January 14, 2010

Case No.  C09-2292 VRW

Case Title: **KRISTIN PERRY et al v. ARNOLD SCHWARZENEGGER et al**

Attorneys:
    Plaintiffs:   Theodore Olson, Theodore Boutrous, David Boies, Christopher Dusseault, Ethan Dettmer, Jeremy Goldman

        Plaintiff Intervenor:   Therese M Stewart, Christine Van Aken, Mollie Lee, Ronald P Flynn

        Prop 8 Defendant:   Charles J Cooper, Peter A Patterson,  Howard Nielson Nicole Moss - Cooper & Kirk
             Brian M Raum, Jordan Lorence,  Jim Campbell - Alliance Defense Fd

        State Defendants:   Andrew W Strouds for Gov Schwarzenegger et al
             Tamar Pachter, Gordon Burns for CA Attorney General

Deputy Clerk: Cora Klein       Court Reporter: Kathy Sullivan, Debra Pas

Court Trial begin:   January 11, 2010

Further Trial:  1/14/2010    Trial ended:

**Proceedings:**
Further court trial.

**Witnesses**:
1. Dr Edmund Egan - expert in economics.
2. Dr. Ilan Meyer - expert.

**Exhibits:** admitted into evidence:   put on the record.