UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Civil Trial Minutes**            JUDGE: Vaughn R Walker

Date:  January 15, 2010

Case No.  C09-2292 VRW

Case Title: **KRISTIN PERRY et al v. ARNOLD SCHWARZENEGGER et al**

Attorneys:
    Plaintiffs:  Theodore Olson, Theodore Boutrous, David Boies, Christopher Dusseault, Jeremy Goldman, Matthew McGill, Scott Malzahn, Enrique Monagas, R Baxter

    Plaintiff Intervenor:  Therese M Stewart, Ronald P Flynn, Danny Chou

    Prop 8 Defendant:  Charles J Cooper, Peter A Patterson, Howard Nielson
        Nicole Moss, Andrew Pugno, Dale Schowengerdt,
        Brian M Raum, Jordan Lorence, Jim Campbell
        Terry Thompson - Alliance Defense Fund for Tam

    State Defendants:  Andrew W Strouds for Gov Schwarzenegger et al
        Tamar Pachter, Gordon Burns for CA Attorney General

    Intervenor Def County of Imperial:  Jennifer Monk

Deputy Clerk: Cora Klein            Court Reporter: Kathy Sullivan, Debra Pas

Court Trial begin:  January 11, 2010

Further Trial:  1/19/2010        Trial ended:

**Proceedings:**
Further court trial.

**Witnesses**:
1. Dr Michael Lamb - expert.
2. Helen Zia - writer.

**Exhibits:** admitted into evidence:  put on the record.