Perry et al v. Schwarzenegger et al
Case3:09-cv-02292-VRW   Document491-4   Filed01/19/10   Page1 of 2
Doc. 491 Att. 3

# Exhibit "C"

**FENWICK & WEST LLP**

SILICON VALLEY CENTER   801 CALIFORNIA STREET   MOUNTAIN VIEW, CA 94041
TEL 650.988.8500   FAX 650.938.5200   WWW.FENWICK.COM

December 8, 2009

CAROLYN CHANG

EMAIL CCHANG@FENWICK.COM
DIRECT DIAL (650) 335-7654

*VIA U.S. MAIL*

James A. Campbell
Alliance Defense Fund
15100 N. 90th Street
Scottsdale, AZ 85260

    Re:    *Perry v. Schwarzenegger*, Case No. 09-2292 VRW:  Subpoena

Dear Mr. Campbell:

Enclosed please find non-privileged public documents responsive to the subpoenas served by Proponents on August 27, 2009 and November 16, 2009.

Please feel free to contact me if you have any further questions or concerns.

                Sincerely,

                FENWICK & WEST LLP

                Carolyn Chang

Enclosures