# Exhibit "F"

Dockets.Justia.com

# Leslie Kramer

| | |
|---|---|
| **From:** | Jesse Panuccio [jpanuccio@cooperkirk.com] |
| **Sent:** | Tuesday, January 19, 2010 12:37 PM |
| **To:** | Leslie Kramer |
| **Cc:** | Lauren Whittemore; Nicole Moss |
| **Subject:** | RE: Service of Motion to compel and motion to shorten time, Perry v. Schwarzenegger, No. 09-2292 (N.D. Cal.) |

Ms. Kramer,

We cannot stipulate to January 25.

Thank you,

Jesse

---

**From:** Leslie Kramer [mailto:lkramer@fenwick.com]
**Sent:** Tuesday, January 19, 2010 3:14 PM
**To:** Jesse Panuccio
**Cc:** Lauren Whittemore; Nicole Moss
**Subject:** RE: Service of Motion to compel and motion to shorten time, Perry v. Schwarzenegger, No. 09-2292 (N.D. Cal.)

After consulting with the other third parties and learning that the ACLU has proposed Monday, January 25 as a deadline for responding to the motion to compel, we feel it's most efficient for all third parties to respond to the motion to compel on the same day. Accordingly, we will be asking the court for the same deadline. Based on your previous representations, we assume that date is not acceptable to you. If, however, you will agree to that schedule, please let us know immediately. Otherwise, we will go forward with our Opposition to the Motion to Shorten Time.

---

**From:** Jesse Panuccio [mailto:jpanuccio@cooperkirk.com]
**Sent:** Monday, January 18, 2010 2:37 PM
**To:** Leslie Kramer
**Cc:** Lauren Whittemore; Nicole Moss
**Subject:** RE: Service of Motion to compel and motion to shorten time, Perry v. Schwarzenegger, No. 09-2292 (N.D. Cal.)

Ms. Kramer,

Thank you for your email. We would be willing to stipulate that the opposition to the motion be filed by the ECF deadline on Wednesday (essentially midnight on Wednesday).

Regards,

Jesse

---

**From:** Leslie Kramer [mailto:lkramer@fenwick.com]
**Sent:** Monday, January 18, 2010 2:00 PM
**To:** Jesse Panuccio
**Cc:** Lauren Whittemore
**Subject:** RE: Service of Motion to compel and motion to shorten time, Perry v. Schwarzenegger, No. 09-2292 (N.D. Cal.)

We intend to oppose your Motion to Shorten Time on Tuesday pursuant to the local rules. Will you stipulate to our opposition to the motion to compel being filed Thursday, January 21?

**From:** Jesse Panuccio [mailto:jpanuccio@cooperkirk.com]
**Sent:** Friday, January 15, 2010 4:43 PM
**To:** sbomse@orrick.com; kkrogseng@rjp.com; Leslie Kramer
**Subject:** Service of Motion to compel and motion to shorten time, Perry v. Schwarzenegger, No. 09-2292 (N.D. Cal.)

Dear Counsel,

Please see the attached motions, which were just filed in, Perry v. Schwarzenegger, No. 09-2292 (N.D. Cal.). Exhibits to the motion to compel will be attached in a follow-on email.

Regards,
Jesse Panuccio

---------------------------

Jesse Panuccio
Cooper & Kirk, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Phone: (202) 220-9600
Fax: (202) 220-9601
www.cooperkirk.com

-------------------------------------------

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice in this communication (including attachments) is not intended or written by Fenwick & West LLP to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

-------------------------------------------
ATTENTION:
The information contained in this message may be legally privileged and confidential. It is intended to be read only by the individual or entity to whom it is addressed or by their designee. If the reader of this message is not the intended recipient, you are on notice that any distribution of this message, in any form, is strictly prohibited.

If you have received this message in error, please immediately notify the sender and/or Fenwick & West LLP by telephone at (650) 988-8500 and delete or destroy any copy of this message.