COOPER AND KIRK, PLLC
Charles J. Cooper (DC Bar No. 248070)*
ccooper@cooperkirk.com
David H. Thompson (DC Bar No. 450503)*
dthompson@cooperkirk.com
Howard C. Nielson, Jr. (DC Bar No. 473018)*
hnielson@cooperkirk.com
Nicole J. Moss (DC Bar No. 472424)*
nmoss@cooperkirk.com
Peter A. Patterson (Ohio Bar No. 0080840)*
ppatterson@cooperkirk.com
1523 New Hampshire Ave. N.W., Washington, D.C. 20036
Telephone: (202) 220-9600, Facsimile: (202) 220-9601

LAW OFFICES OF ANDREW P. PUGNO
Andrew P. Pugno (CA Bar No. 206587)
andrew@pugnolaw.com
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 608-3065, Facsimile: (916) 608-3066

ALLIANCE DEFENSE FUND
Brian W. Raum (NY Bar No. 2856102)*
braum@telladf.org
James A. Campbell (OH Bar No. 0081501)*
jcampbell@telladf.org
15100 North 90th Street, Scottsdale, Arizona 85260
Telephone: (480) 444-0020, Facsimile: (480) 444-0028

ATTORNEYS FOR DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, MARK A. JANSSON, and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL

* Admitted pro hac vice

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State | CASE NO. 09-CV-2292 VRW<br><br>**DECLARATION OF RONALD PRENTICE IN SUPPORT OF DEFENDANT-INTERVENORS PROPOSITION 8 PROPONENTS AND PROTECTMARRIAGE.COM'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO REOPEN THE DEPOSITION OF RONALD PRENTICE** |

1

DECLARATION OF RONALD PRENTICE IN SUPPORT OF DEFENDANT-INTERNVENORS' OPPOSITION TO PLAINTIFFS' MOTION TO REOPEN DEPOSITION OF RONALD PRENTICE - CASE NO. 09-CV-2292 VRW

Dockets.Justia.com

| | |
|---|---|
| 1 | Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendants, |
| 8 | and |
| 9 | PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL, |
| 10 | |
| 11 | |
| 12 | |
| 13 | Defendant-Intervenors. |

14

15  Additional Counsel for Defendant-Intervenors

16  ALLIANCE DEFENSE FUND
Timothy Chandler (CA Bar No. 234325)
17  tchandler@telladf.org
101 Parkshore Drive, Suite 100, Folsom, California 95630
18  Telephone: (916) 932-2850, Facsimile: (916) 932-2851

19  Jordan W. Lorence (DC Bar No. 385022)*
jlorence@telladf.org
20  Austin R. Nimocks (TX Bar No. 24002695)*
animocks@telladf.org
21  801 G Street NW, Suite 509, Washington, D.C. 20001
Telephone: (202) 393-8690, Facsimile: (202) 347-3622
22

23  * Admitted *pro hac vice*

24

25

26

27

28

DECLARATION OF RONALD PRENTICE IN SUPPORT OF DEFENDANT-INTERNVENORS' OPPOSITION TO PLAINTIFFS' MOTION TO REOPEN DEPOSITION OF RONALD PRENTICE - CASE NO. 09-CV-2292 VRW

I, Ronald Prentice, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a resident of California over 18 years of age, and my statements herein are based on personal knowledge and if called as a witness, I could and would testify competently thereto.

2. I submit this declaration in response to Plaintiffs' Motion for Leave to Reopen my deposition in order to clarify certain testimony at my deposition that was incorrect. Specifically, at my deposition I testified in response to the question "was there a steering committee for ProtectMarriage.com" that there was not. *See* Justice Lazarus Decl. ¶ 3, Ex. B at 97 4-13. While there was no entity known as a "Steering Committee" that had managerial or strategic decision-making authority over ProtectMarriage.com, there was a group of individuals (to my knowledge there was never a defined list) that has been referred to as a Steering Committee who would receive information about the Campaign and offer information to the Campaign in return. I regret that my failure to recall this group at my deposition and provide appropriate elaboration caused my testimony to be incorrect. It was not my intention to mislead but rather to not suggest that anyone other than the ad hoc executive committee of ProtectMarriage.com or the vendors to whom certain responsibilities had been delegated had the authority or ability to make decisions for the official Yes on 8 Campaign. Focusing on that point, I failed to recall the existence of the Steering Committee at my deposition.

3. While I sincerely regret my inaccurate testimony, I also must place it in context. I only personally recall using the term "Steering Committee" to refer to the group described above one time, and I did not recall that during my deposition. To the best of my knowledge and recollection, I also only participated in one phone call with this group that lasted maybe fifteen minutes while I was in an airport. I do not now, nor have I ever, thought of this group as a "Steering Committee" as that term is commonly used and understood, but again I must acknowledge that a group referred to by that name did exist and my testimony to the contrary was wrong.

1  I declare under penalty of perjury that the foregoing is true and correct, and that this decla-
2  ration was executed in San Francisco, California on January 20, 2010.

*/s/ Ronald Prentice*
Ronald Prentice