# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO. C 09-02292 VRW (JCS)**

**CASE NAME:** KRISTIN M. PERRY v. ARNOLD SCHWARZENEGGER

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: Jan. 20, 2010    **TIME:** 36 M | **COURT REPORTER**: Jim Yeomans |
| **COUNSEL FOR PLAINTIFF:** Matthew D. McGill - Plas | **COUNSEL FOR DEFENDANT:** Andrew Pugno - Dft-Intv Prop 8 |

**PROCEEDINGS:**                                      **RULING:**

1. Dft-Intervenor's Motion to Amend/Correct           Granted in part,
January 8, 2010 Discovery Order [docket no. 474]      denied in part.

___

**ORDERED AFTER HEARING:**

Motion denied as to Criswell, Wirthlin, Peterson, and granted as to John Doe. Plaintiff shall produce the remaining documents by 5 PM today.

**NOTES:** Court construed the Motion to Amend/Correct as a Motion for Reconsideration.

___

**ORDER TO BE PREPARED BY:**     ( ) Plaintiff     ( ) Defendant     (X) Court

**CASE CONTINUED TO:**

| Number of Depos: | Number of Experts: | Discovery Cutoff: |
|---|---|---|
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**    at 9:30 a.m. | | **Pretrial Conference:**    at 1:30 p.m. |
| **Trial Date:**    at 8:30 a.m.  ( )Jury    ( )Court | **Set for** | **days** |

**cc:**    Chambers; Karen
* (T) = Telephonic Appearance