UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Civil Trial Minutes**            JUDGE: Vaughn R Walker

Date:  January 19, 2010

Case No.  C09-2292 VRW

Case Title: **KRISTIN PERRY et al v. ARNOLD SCHWARZENEGGER et al**

Attorneys:
    Plaintiffs:   Theodore Olson, Theodore Boutrous, David Boies, Christopher Dusseault, Jeremy Goldman, Matthew McGill, Scott Malzahn, Enrique Monagas,

    Plaintiff Intervenor:  Dennis Herrera, Therese Stewart, Vince Chhabria

    Prop 8 Defendant:   Charles J Cooper, Peter A Patterson, Brian Raum, Nicole Moss, Andrew Pugno, Dale Schowengerdt, James Campbell, Tim Chandler

    State Defendants:   Kelcie Gosling - administration defendants
                       Tamar Pachter - CA Attorney General

    Intervenor Def County of Imperial:  Jennifer Monk

Deputy Clerk: Cora Klein        Court Reporter: Kathy Sullivan, Debra Pas

Court Trial begin:   January 11, 2010

Further Trial:   1/19/2010      Trial ended:

**Proceedings:**
Further court trial.

**Witnesses**:
1. Jerry Sanders.
2. Prof Lee Badgett expert witness.

**Exhibits:** admitted into evidence:  put on the record.