United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M PERRY, SANDRA B STIER, PAUL T KATAMI and JEFFREY J ZARRILLO,<br><br>    Plaintiffs,<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Plaintiff-Intervenor,<br><br>    v<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as governor of California; EDMUND G BROWN JR, in his official capacity as attorney general of California; MARK B HORTON, in his official capacity as director of the California Department of Public Health and state registrar of vital statistics; LINETTE SCOTT, in her official capacity as deputy director of health information & strategic planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as clerk-recorder of the County of Alameda; and DEAN C LOGAN, in his official capacity as registrar-recorder/county clerk for the County of Los Angeles,<br><br>    Defendants,<br><br>DENNIS HOLLINGSWORTH, GAIL J KNIGHT, MARTIN F GUTIERREZ, HAKSHING WILLIAM TAM, MARK A JANSSON and PROTECTMARRIAGE.COM - YES ON 8, A PROJECT OF CALIOFORNIA RENEWAL, as official proponents of Proposition 8,<br><br>    Defendant-Intervenors.<br>_____/ | No   C 09-2292 VRW<br><br>ORDER GRANTING IN PART, DENYING IN PART DEFENDANT-INTERVENORS MOTION TO AMEND JANUARY 8, 2010 DISCOVERY ORDER [Docket No. 474] |

On January 17, 2010, proponents moved to amend the court's order of January 8, 2010 (Doc #372) to add four individuals to the "core group" defined in that order. Doc #474. The matter was referred to the undersigned judge and heard on January 20, 2010.

For the reasons stated on the record, the court GRANTS IN PART and DENIES IN PART proponents' motion. Id. Mr Doe is hereby added to the core group. Other than with respect to Mr. Doe, the Motion is denied. All remaining non-privileged documents shall be produced by 5 PM on January 20, 2010.

IT IS SO ORDERED.

Dated: January 20, 2010

JOSEPH C SPERO
United States Magistrate Judge

**United States District Court**
For the Northern District of California