# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### AMENDED CIVIL MINUTE ORDER

**CASE NO.  C 09-02292 VRW (JCS)**

**CASE NAME:  KRISTIN M. PERRY v. ARNOLD SCHWARZENEGGER**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: Jan. 20, 2010   **TIME**: 36 M | **COURT REPORTER**: Jim Yeomans |
| **COUNSEL FOR PLAINTIFF:**  Matthew D. McGill - Plas | **COUNSEL FOR DEFENDANT:**  Andrew Pugno- Dft-Intv Prop 8 |

**PROCEEDINGS:**   **RULING:**

1. Dft-Intervenor's Motion to Amend/Correct        Granted in part,
January 8, 2010 Discovery Order [docket no. 474]   denied in part.

**ORDERED AFTER HEARING:**

Motion denied as to Criswell, Wirthlin, Peterson, and granted as to John Doe. Dft-IntervenOrs shall produce the remaining documents by 5 PM today.

**NOTES:** Court construed the Motion to Amend/Correct as a Motion for Reconsideration.

**ORDER TO BE PREPARED BY:**     ( ) Plaintiff     ( ) Defendant     (X) Court

**CASE CONTINUED TO:**

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**   at 9:30 a.m. | | **Pretrial Conference:**   at 1:30 p.m. |

**Trial Date:**         at 8:30 a.m.  ( )Jury    ( )Court    Set for    days

cc:    Chambers; Karen
\* (T) = Telephonic Appearance

\*Amended to correct clerical typing error from Plaintiff to Dft-Intervener