# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## AMENDED CIVIL MINUTE ORDER

**CASE NO.  C 09-02292 VRW (JCS)**

**CASE NAME:  KRISTIN M. PERRY v. ARNOLD SCHWARZENEGGER**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**:  Karen Hom |
| **DATE**: Jan. 20, 2010     **TIME**: 32 M | **COURT REPORTER**: Jim Yeomans |
| **COUNSEL FOR PLAINTIFF:**<br>Matthew D. McGill - Plas<br>Josh Hiller | **COUNSEL FOR DEFENDANT:**<br>Vincent McCarthy -non-party<br> witnesses Miles McPherson & James Garlow |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. James L. Garlow's Motion to Quash, and for Protective Order [Docket No. 404] | Denied |
| 2. Miles McPherson's Motion to Quash, and for Protective Order [Docket No. 407] | Denied |

**ORDERED AFTER HEARING:**

_____

**ORDER TO BE PREPARED BY:**       () Plaintiff      () Defendant      (X) Court

**CASE CONTINUED TO:**
_____

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**   at 9:30 a.m. | | **Pretrial Conference:**     at 1:30 p.m. |
| **Trial Date:**    at 8:30 a.m.  ()Jury  ()Court   Set for    days | | |

**cc:**     **Chambers; Karen**
* (T) = Telephonic Appearance

*Amended to correct clerical typing error from Plaintiff to Dft-Intervener