UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Civil Trial Minutes**          JUDGE: Vaughn R Walker

Date:  January 20, 2010

Case No.  C09-2292 VRW

Case Title: **KRISTIN PERRY et al v. ARNOLD SCHWARZENEGGER et al**

Attorneys:
    Plaintiffs:   Theodore Olson, Theodore Boutrous, David Boies, Christopher Dusseault, Jeremy Goldman, Matthew McGill, Scott Malzahn, Enrique Monagas, Theane Evangelis Kapur

    Plaintiff Intervenor:   Ronald Flyn, Mollie Lee, Therese Stewart,

    Prop 8 Defendant:   Charles J Cooper, David Thompson, Peter A Patterson,
        Brian Raum, Nicole Moss, Andrew Pugno, Dale Schowengerdt,
        James Campbell, Tim Chandler, Austin Nimocks,

    State Defendants:   Andrew Strouds - administration defendants
        Tamar Pachter - CA Attorney General

    Non-Party: Jennifer Monk for Intervenor Def County of Imperial
        Vincent McCarthy for non-party witnesses JGarlow and M McPherson

Deputy Clerk: Cora Klein          Court Reporter: Kathy Sullivan, Debra Pas

Court Trial begin:   January 11, 2010

Further Trial:  1/20 /2010     Trial ended:

**Proceedings:**
Further court trial.
Discovery issues.
Motion to exclude testimony of Mr Kendall denied.
Motion to quash subpoena of non-parties ref to Mag Judge Spero.

**Witnesses**:
Deposition transcripts of Paul Nathanson and Katherine Young.
Ryan Kendall
Dr Gary M Segura - expert witness.

**Exhibits:** <u>admitted into evidence</u>:   put on the record.