UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Civil Trial Minutes**          JUDGE: Vaughn R Walker

Date:   January 21, 2010

Case No.  C09-2292 VRW

Case Title: **KRISTIN PERRY et al v. ARNOLD SCHWARZENEGGER et al**

Attorneys:
    Plaintiffs:   Theodore Olson, Theodore Boutrous, David Boies, Christopher Dusseault, Jeremy Goldman, Matthew McGill, Scott Malzahn, Enrique Monagas, Theane Evangelis Kapur

    Plaintiff Intervenor:  Therese Stewart, Danny Chou

    Prop 8 Defendant:   Charles J Cooper, David Thompson, Peter A Patterson, Brian Raum, Nicole Moss, Andrew Pugno, Dale Schowengerdt, James Campbell, Tim Chandler, Austin Nimocks, Terry Thompson for Bill Tam

    State Defendants:   Andrew Strouds - administration defendants
                        Tamar Pachter - CA Attorney General

    Non-Party: Vincent McCarthy for non-party witnesses JGarlow and M McPherson

Deputy Clerk: Cora Klein          Court Reporter: Kathy Sullivan and Debra Pas

Court Trial begin:   January 11, 2010
Further Trial:   1/21 /2010        Trial ended:

**Proceedings:**
Further court trial.

**Witnesses**:
Dr Gary M Segura - expert witness. Continued testimony on cross and re-direct.
Hak-Shing William Tam.

**Exhibits:** admitted into evidence:   put on the record.