Perry et al v. Schwarzenegger et al Doc. 512

FILED

JAN 08 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DENNIS HOLLINGSWORTH, et al., | No. 10-70063 |
| Petitioners, | D.C. No. 3:09-cv-02292-VRW Northern District of California, San Francisco |
| v. | |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, | ORDER |
| Respondent, | |
| KRISTIN M. PERRY; et al., | |
| Real Parties in Interest. | |

Before: SILVERMAN, PAEZ and BEA, Circuit Judges.

Petitioners have not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977).

Accordingly, the petition is denied.

KS/MOATT

Dockets.Justia.com