Perry et al v. Schwarzenegger et al                                                                    Doc. 513

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 13 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KRISTIN M. PERRY; et al., | No. 09-17241 |
| Plaintiffs - Appellees, | |
| and | D.C. No. 3:09-cv-02292-VRW |
| CITY AND COUNTY OF SAN FRANCISCO, | U.S. District Court for Northern California, San Francisco |
| Plaintiff-intervenor, | **MANDATE** |
| v. | |
| ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; et al., | |
| Defendants, | |
| and | |
| DENNIS HOLLINGSWORTH; et al., | |
| Defendant-intervenors - Appellants. | |
| KRISTIN M. PERRY; et al., | No. 09-17551 |
| Plaintiffs - Appellees, | |

Dockets.Justia.com

|  | D.C. No. 3:09-cv-02292-VRW |
|---|---|

and

OUR FAMILY COALITION; et al.,

    Plaintiff-intervenors - Appellees,

 v.

 ARNOLD SCHWARZENEGGER; et al.,

    Defendants,

 and

DENNIS HOLLINGSWORTH; et al.,

    Defendant-intervenors - Appellants.

D.C. No. 3:09-cv-02292-VRW
U.S. District Court for Northern California, San Francisco

    The judgment of this Court, entered December 11, 2009, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

    FOR THE COURT:

    Molly C. Dwyer
    Clerk of Court
    /s/
    Theresa Benitez
    Deputy Clerk