UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 13 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KRISTIN M. PERRY; et al., <br><br>    Plaintiffs - Appellees, <br><br> and <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br>    Plaintiff-intervenor, <br><br>  v. <br><br>  ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; et al., <br><br>    Defendants, <br><br> and <br><br> DENNIS HOLLINGSWORTH; et al., <br><br>    Defendant-intervenors - Appellants. | No. 09-17241 <br><br> D.C. No. 3:09-cv-02292-VRW <br> U.S. District Court for Northern California, San Francisco <br><br> **MANDATE** |
| KRISTIN M. PERRY; et al., <br><br>    Plaintiffs - Appellees, | No. 09-17551 |

Dockets.Justia.com

|   |
|---|
| and<br><br>OUR FAMILY COALITION; et al.,<br><br>       Plaintiff-intervenors - Appellees,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER; et al.,<br><br>       Defendants,<br><br> and<br><br>DENNIS HOLLINGSWORTH; et al.,<br><br>       Defendant-intervenors - Appellants. | D.C. No. 3:09-cv-02292-VRW<br>U.S. District Court for Northern California, San Francisco |

     The judgment of this Court, entered December 11, 2009, takes effect this date.

     This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                  FOR THE COURT:

                                                  Molly C. Dwyer
                                                  Clerk of Court
                                                  /s/
                                                  Theresa Benitez
                                                  Deputy Clerk