| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| | Theodore B. Olson, SBN 38137 |
| 2 | *tolson@gibsondunn.com* |
| | Matthew D. McGill, *pro hac vice* |
| 3 | Amir C. Tayrani, SBN 229609 |
| | 1050 Connecticut Avenue, N.W., Washington, D.C. 20036 |
| 4 | Telephone: (202) 955-8668, Facsimile: (202) 467-0539 |

Theodore J. Boutrous, Jr., SBN 132009
*tboutrous@gibsondunn.com*
Christopher D. Dusseault, SBN 177557
Ethan D. Dettmer, SBN 196046
Sarah E. Piepmeier, SBN 227094
Theane Evangelis Kapur, SBN 243570
Enrique A. Monagas, SBN 239087
333 S. Grand Avenue, Los Angeles, California 90071
Telephone: (213) 229-7804, Facsimile: (213) 229-7520

BOIES, SCHILLER & FLEXNER LLP
David Boies, *pro hac vice*
*dboies@bsfllp.com*
333 Main Street, Armonk, New York 10504
Telephone: (914) 749-8200, Facsimile: (914) 749-8300

Jeremy M. Goldman, SBN 218888
*jgoldman@bsfllp.com*
Theodore H. Uno, SBN 248603
1999 Harrison Street, Suite 900, Oakland, California 94612
Telephone: (510) 874-1000, Facsimile: (510) 874-1460

Attorneys for Plaintiffs
KRISTIN M. PERRY, SANDRA B. STIER,
PAUL T. KATAMI, and JEFFREY J. ZARRILLO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, *et al.,* | CASE NO. 09-CV-2292 VRW |
| Plaintiffs, | |
| and | **DECLARATION OF AMIR C. TAYRANI IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF FRANK SCHUBERT** |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Plaintiff-Intervenor, | |
| v. | Trial Date: January 11, 2010 |
| ARNOLD SCHWARZENEGGER, *et al.,* | Judge: Chief Judge Walker |
| Defendants, | Location: Courtroom 6, 17th Floor |
| and | |
| PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et al.,* | |
| Defendant-Intervenors. | |

I, Amir C. Tayrani, declare as follows:

1. I, Amir C. Tayrani, am an attorney at law, duly licensed to practice before all courts of the State of California and before the United States District Court for the Northern District of California. I am an associate with Gibson, Dunn & Crutcher LLP, counsel of record for Plaintiffs in the above-captioned matter. I have personal knowledge of the facts stated herein and could and would testify competently thereto if called upon to do so.

2. Attached hereto as **Exhibit A** is a true and correct copy of an e-mail sent on January 24, 2010, from Proponents' counsel, Nicole Jo Moss, to Plaintiffs' counsel, Enrique A. Monagas, notifying the parties that Proponents intend to call Frank Schubert to testify on January 26, 2010, and identifying 95 trial exhibits that they might use in connection with that testimony.

3. Attached hereto as **Exhibit B** is a true and correct copy of the deposition of Frank Schubert, taken on December 17, 2009.

4. Attached hereto as **Exhibit C** is a true and correct copy of a letter sent on January 24, 2010, from Plaintiffs' counsel, Theodore J. Boutrous, Jr., to Proponents' counsel, Charles J. Cooper, regarding the testimony of Frank Schubert.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of January, 2010.

By: _____/s/_____
   Amir C. Tayrani

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

                                              /s/ Theodore B. Olson
                                                    Theodore B. Olson