| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| | Theodore B. Olson, SBN 38137 |
| 2 | *tolson@gibsondunn.com* |
| | Matthew D. McGill, *pro hac vice* |
| 3 | Amir C. Tayrani, SBN 229609 |
| | 1050 Connecticut Avenue, N.W., Washington, D.C. 20036 |
| 4 | Telephone: (202) 955-8668, Facsimile: (202) 467-0539 |
| 5 | Theodore J. Boutrous, Jr., SBN 132009 |
| | *tboutrous@gibsondunn.com* |
| 6 | Christopher D. Dusseault, SBN 177557 |
| | Ethan D. Dettmer, SBN 196046 |
| 7 | Sarah E. Piepmeier, SBN 227094 |
| | Theane Evangelis Kapur, SBN 243570 |
| 8 | Enrique A. Monagas, SBN 239087 |
| | 333 S. Grand Avenue, Los Angeles, California 90071 |
| 9 | Telephone: (213) 229-7804, Facsimile: (213) 229-7520 |
| 10 | BOIES, SCHILLER & FLEXNER LLP |
| | David Boies, *pro hac vice* |
| 11 | *dboies@bsfllp.com* |
| | 333 Main Street, Armonk, New York 10504 |
| 12 | Telephone: (914) 749-8200, Facsimile: (914) 749-8300 |
| 13 | Jeremy M. Goldman, SBN 218888 |
| | *jgoldman@bsfllp.com* |
| 14 | Theodore H. Uno, SBN 248603 |
| | 1999 Harrison Street, Suite 900, Oakland, California 94612 |
| 15 | Telephone: (510) 874-1000, Facsimile: (510) 874-1460 |
| 16 | Attorneys for Plaintiffs |
| | KRISTIN M. PERRY, SANDRA B. STIER, |
| 17 | PAUL T. KATAMI, and JEFFREY J. ZARRILLO |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, *et al.*, | CASE NO. 09-CV-2292 VRW |
| Plaintiffs, | |
| and | **[PROPOSED] ORDER GRANTING MOTION TO EXCLUDE TESTIMONY OF FRANK SCHUBERT** |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Plaintiff-Intervenor, | |
| v. | Trial Date:  January 11, 2010 |
| ARNOLD SCHWARZENEGGER, *et al.*, | Judge:  Chief Judge Walker |
| Defendants, | Location:  Courtroom 6, 17th Floor |
| and | |
| PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et al.*, | |
| Defendant-Intervenors. | |

On January 24, 2010, Plaintiffs filed a Motion to Exclude the Testimony of Frank Schubert. After full consideration of all moving and opposing documents, the Court's record and file in this matter, and the arguments of counsel, and good cause appearing, Plaintiffs' Motion to Exclude the Testimony of Frank Schubert is **GRANTED**.

**IT IS SO ORDERED.**

Date:_____

_____
UNITED STATES DISTRICT JUDGE
CHIEF JUDGE VAUGHN WALKER