GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson, SBN 38137
*tolson@gibsondunn.com*
Matthew D. McGill, *pro hac vice*
Amir C. Tayrani, SBN 229609
1050 Connecticut Avenue, N.W., Washington, D.C. 20036
Telephone: (202) 955-8668, Facsimile: (202) 467-0539

Theodore J. Boutrous, Jr., SBN 132009
*tboutrous@gibsondunn.com*
Christopher D. Dusseault, SBN 177557
Ethan D. Dettmer, SBN 196046
Sarah E. Piepmeier, SBN 227094
Theane Evangelis Kapur, SBN 243570
Enrique A. Monagas, SBN 239087
333 S. Grand Avenue, Los Angeles, California 90071
Telephone: (213) 229-7804, Facsimile: (213) 229-7520

BOIES, SCHILLER & FLEXNER LLP
David Boies, *pro hac vice*
*dboies@bsfllp.com*
333 Main Street, Armonk, New York 10504
Telephone: (914) 749-8200, Facsimile: (914) 749-8300

Jeremy M. Goldman, SBN 218888
*jgoldman@bsfllp.com*
Theodore H. Uno, SBN 248603
1999 Harrison Street, Suite 900, Oakland, California 94612
Telephone: (510) 874-1000, Facsimile: (510) 874-1460

Attorneys for Plaintiffs
KRISTIN M. PERRY, SANDRA B. STIER,
PAUL T. KATAMI, and JEFFREY J. ZARRILLO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, *et al.*,<br><br>Plaintiffs,<br>and<br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff-Intervenor,<br>v.<br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>Defendants,<br>and<br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et al.*,<br><br>Defendant-Intervenors. | CASE NO. 09-CV-2292 VRW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME FOR PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF FRANK SCHUBERT**<br><br>Trial Date: January 11, 2010<br>Judge: Chief Judge Walker<br>Location: Courtroom 6, 17th Floor |

Gibson, Dunn & Crutcher LLP

09-CV-2292 VRW   [PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME FOR PLAINTIFFS'
MOTION TO EXCLUDE TESTIMONY OF FRANK SCHUBERT

Dockets.Justia.com

On January 24, 2010, Plaintiffs filed a Motion to Shorten Time for Plaintiffs' Motion to Exclude the Testimony of Frank Schubert.  After full consideration of all moving and opposing documents, the Court's record and file in this matter, and the arguments of counsel, and good cause appearing, Plaintiffs' Motion to Shorten Time for Plaintiffs' Motion to Exclude the Testimony of Frank Schubert is **GRANTED**.

**IT IS SO ORDERED.**

Date:_____

_____
UNITED STATES DISTRICT JUDGE
CHIEF JUDGE VAUGHN WALKER

Gibson, Dunn & Crutcher LLP

1

09-CV-2292 VRW   [PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME FOR PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF FRANK SCHUBERT