COOPER AND KIRK, PLLC
Charles J. Cooper (DC Bar No. 248070)*
*ccooper@cooperkirk.com*
David H. Thompson (DC Bar No. 450503)*
*dthompson@cooperkirk.com*
Howard C. Nielson, Jr. (DC Bar No. 473018)*
*hnielson@cooperkirk.com*
Nicole J. Moss (DC Bar No. 472424)*
*nmoss@cooperkirk.com*
Peter A. Patterson (Ohio Bar No. 0080840)*
*ppatterson@cooperkirk.com*
1523 New Hampshire Ave. N.W., Washington, D.C. 20036
Telephone: (202) 220-9600, Facsimile: (202) 220-9601

LAW OFFICES OF ANDREW P. PUGNO
Andrew P. Pugno (CA Bar No. 206587)
*andrew@pugnolaw.com*
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 608-3065, Facsimile: (916) 608-3066

ALLIANCE DEFENSE FUND
Brian W. Raum (NY Bar No. 2856102)*
*braum@telladf.org*
James A. Campbell (OH Bar No. 0081501)*
*jcampbell@telladf.org*
15100 North 90th Street, Scottsdale, Arizona 85260
Telephone: (480) 444-0020, Facsimile: (480) 444-0028

ATTORNEYS FOR DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, MARK A. JANSSON, and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL

* Admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, | CASE NO. 09-CV-2292 VRW<br>Chief Judge Vaughn R. Walker<br>Magistrate Judge Joseph C. Spero<br><br>**DECLARATION OF NICOLE MOSS IN SUPPORT OF DEFENDANT-INTERVENORS' ADMINISTRATIVE MOTION TO SEAL REVISED PRIVILEGE LOG** |

1

1  in her official capacity as Deputy Director of Health Information & Strategic Planning for the
2  California Department of Public Health; PATRICK O'CONNELL, in his official capacity as
3  Clerk-Recorder for the County of Alameda; and
4  DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for
5  the County of Los Angeles,

6          Defendants,

7  and

8  PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J.
9  KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANS-
10  SON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RE-
11  NEWAL,

12          Defendant-Intervenors.

14  <u>Additional Counsel for Defendant-Intervenors</u>

16  ALLIANCE DEFENSE FUND
   Timothy Chandler (CA Bar No. 234325)
17  *tchandler@telladf.org*
   101 Parkshore Drive, Suite 100, Folsom, California 95630
18  Telephone: (916) 932-2850, Facsimile: (916) 932-2851

19  Jordan W. Lorence (DC Bar No. 385022)*
   *jlorence@telladf.org*
20  Austin R. Nimocks (TX Bar No. 24002695)*
   *animocks@telladf.org*
21  801 G Street NW, Suite 509, Washington, D.C. 20001
   Telephone: (202) 393-8690, Facsimile: (202) 347-3622

22  * Admitted *pro hac vice*

2

DECLARATION OF NICOLE MOSS IN SUPPORT OF DEFENDANT-INTERVENORS'
ADMINISTRATIVE MOTION TO SEAL
CASE NO. 09-CV-2292 VRW

I, Nicole Moss, declare as follows:

1. I am an attorney licensed to practice law in the District of Columbia and am admitted *pro hac vice* in this case. I am an of counsel at the law firm of Cooper & Kirk, PLLC, counsel of record for Defendant-Intervenors Dennis Hollingsworth, Gail Knight, Martin Gutierrez, Mark Jansson, and ProtectMarriage.com. I make this declaration in support of Defendant-Intervenors' Administrative Motion to Seal the Revised Privilege Log.

2. Defendant-Intervenors will submit to the Clerk of the Court two copies of the Revised Privilege Log in sealed envelopes on the morning of January 25, 2010.

3. A stipulation could not be obtained in this matter because Civil Local Rule 79-(5)(a) prohibits the sealing of documents or information by agreement of the parties, and therefore the parties are unable to enter into such a stipulation.

I declare, under penalty of perjury under the laws of the United States, that these facts are true and correct and that this Declaration is executed this 24th day of January, 2010, at San Francisco, California.

Dated: January 24, 2010                     /s/ Nicole Moss
                                            Nicole Moss

3

DECLARATION OF NICOLE MOSS IN SUPPORT OF DEFENDANT-INTERVENORS'
ADMINISTRATIVE MOTION TO SEAL
CASE NO. 09-CV-2292 VRW