UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Civil Trial Minutes**          JUDGE: Vaughn R Walker

Date:  January 22, 2010

Case No.  C09-2292 VRW

Case Title: **KRISTIN PERRY et al v. ARNOLD SCHWARZENEGGER et al**

Attorneys:
    Plaintiffs:   Theodore Olson, Theodore Boutrous, David Boies, Christopher Dusseault, Ethan Dettmer, Jeremy Goldman, Matthew McGill, Scott Malzahn, Enrique Monagas, Theane Evangelis Kapur, Sarah Piepmeier

    Plaintiff Intervenor:  Therese Stewart, Danny Chou

    Prop 8 Defendant:   Charles J Cooper, Howard Nielson, David Thompson, Peter A Patterson, Brian Raum, Nicole Moss, Andrew Pugno, Dale Schowengerdt, James Campbell

    State Defendants:   Andrew Strouds - administration defendants
    Tamar Pachter - CA Attorney General

    Non-Party: Vincent McCarthy for non-party witnesses JGarlow and M McPherson
    Robert Tyler for Proposed Intervenor City of Imperial

Deputy Clerk: Cora Klein          Court Reporter: Kathy Sullivan and Debra Pas

Court Trial begin:   January 11, 2010
Further Trial:   1/22 /2010      Trial ended:

**Proceedings:**
Further court trial.
The court postpones the closing arguments and will be scheduled to a date when the court has reviewed the evidence presented during the trial.

**Witnesses**:
Dr. Gregory Henek - expert, Social Psychologist - Direct and Cross.

**Exhibits:** admitted into evidence:  on the record.