IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M PERRY, SANDRA B STIER, PAUL T KATAMI and JEFFREY J ZARRILLO,<br><br>    Plaintiffs,<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Plaintiff-Intervenor,<br><br>    v<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as governor of California; EDMUND G BROWN JR, in his official capacity as attorney general of California; MARK B HORTON, in his official capacity as director of the California Department of Public Health and state registrar of vital statistics; LINETTE SCOTT, in her official capacity as deputy director of health information & strategic planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as clerk-recorder of the County of Alameda; and DEAN C LOGAN, in his official capacity as registrar-recorder/county clerk for the County of Los Angeles,<br><br>    Defendants,<br><br>DENNIS HOLLINGSWORTH, GAIL J KNIGHT, MARTIN F GUTIERREZ, HAKSHING WILLIAM TAM, MARK A JANSSON and PROTECTMARRIAGE.COM - YES ON 8, A PROJECT OF CALIOFORNIA RENEWAL, as official proponents of Proposition 8,<br><br>    Defendant-Intervenors.<br>_____/ | No    C 09-2292 VRW<br><br>ORDER |

United States District Court
For the Northern District of California

Dockets.Justia.com

The court has received proponents' motion to compel compliance with document subpoenas directed at three non-parties: (1) Californians Against Eliminating Basic Rights; (2) Equality California; and (3) No on Proposition 8, Campaign for Marriage Equality, a Project of the American Civil Liberties Union of Northern California. Doc #472. The non-parties are directed to file any opposition to the merits of proponents' motion not later than February 2, 2010. Plaintiffs may also file any response they wish the court to consider not later than February 2, 2010. Proponents' reply memorandum, if any, shall be filed not later than February 5, 2010.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge