UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Civil Trial Minutes**     JUDGE: Vaughn R Walker

Date: January 25, 2010

Case No. C09-2292 VRW

Case Title: **KRISTIN PERRY et al v. ARNOLD SCHWARZENEGGER et al**

Attorneys:
    Plaintiffs: Theodore Olson, Theodore Boutrous, David Boies, Christopher Dusseault, Jeremy Goldman, Matthew McGill, Scott Malzahn, Enrique Monagas, Theane Evangelis Kapur, Sarah Piepmeier, Rosanne Baxter, Beko Reblitz-Richardson

    Plaintiff Intervenor: Therese Stewart, Jill Habig

    Prop 8 Defendant: Howard Nielson, David Thompson, Peter A Patterson, Brian Raum, Nicole Moss, Andrew Pugno, Austin Nimocks, Timothy Chandler

    State Defendants: Andrew Strouds - administration defendants
    Tamar Pachter - CA Attorney General

    Non-Party:
Deputy Clerk: Cora Klein
Court Reporter: Kathy Sullivan and Debra Pas

Court Trial begin: January 11, 2010
Further Trial: 1/25/2010     Trial ended:

**Proceedings:**
Further court trial.
Plaintiffs' objection to the testimony of Mr Shubert and objects to calling him as witness for the defendant.
Plaintiff Rest.

**Witnesses**:
Prof Kenneth P Miller, Political Scientist - expert in the area of initiatives.

**Exhibits:** admitted into evidence: on the record.