UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AMENDED
**Civil Trial Minutes**          JUDGE: Vaughn R Walker

Date:  January 25, 2010

Case No.  C09-2292 VRW

Case Title: **KRISTIN PERRY et al v. ARNOLD SCHWARZENEGGER et al**

Attorneys:
     Plaintiffs:   Theodore Olson, Theodore Boutrous, David Boies, Christopher Dusseault,  Jeremy Goldman, Matthew McGill, Scott Malzahn, Enrique Monagas, Theane Evangelis Kapur, Sarah Piepmeier, Rosanne Baxter, Beko Reblitz-Richardson

     Plaintiff Intervenor:   Therese Stewart, Jill Habig

     Prop 8 Defendant:   Howard Nielson, David Thompson, Peter A Patterson, Brian Raum,  Nicole Moss, Andrew Pugno, Austin Nimocks, Timothy Chandler

     State Defendants:  ** **Andrew Stroud** - administration defendants
      Tamar Pachter - CA Attorney General

     Non-Party:
Deputy Clerk: Cora Klein
Court Reporter: Kathy Sullivan and  Debra Pas

Court Trial begin:   January 11, 2010
Further Trial:   1/25 /2010        Trial ended:

**Proceedings:**
Further court trial.
Plaintiffs' objection to the testimony of Mr Shubert and objects to calling him as witness for the defendant.
Plaintiff Rest.
**Witnesses**:
Prof Kenneth P Miller, Political Scientist -  expert in the area of initiatives.

**Exhibits:** admitted into evidence:  on the record.