UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Civil  Trial  Minutes**            JUDGE: Vaughn R Walker

Date:   January 26, 2010

Case No.  C09-2292 VRW

Case Title: **KRISTIN PERRY et al v. ARNOLD SCHWARZENEGGER et al**

Attorneys:
    Plaintiffs:   Theodore Olson, Theodore Boutrous, David Boies, Christopher Dusseault,  Jeremy Goldman, Matthew McGill, Scott Malzahn, Enrique Monagas, Theane Evangelis Kapur, Sarah Piepmeier, Rosanne Baxter, Beko Reblitz-Richardson

    Plaintiff Intervenor:   Therese Stewart, Mollie Lee


    Prop 8 Defendant:   Charles Cooper, Howard Nielson, David Thompson, Peter A
        Patterson, Brian Raum,  Nicole Moss, Andrew Pugno,
       Austin Nimocks, Timothy Chandler

    State Defendants:   Andrew Stroud - administration defendants
        Tamar Pachter - CA Attorney General


Deputy Clerk: Cora Klein
Court Reporter: Kathy Sullivan and  Debra Pas

Court Trial begin:   January 11, 2010
Further Trial:   1/26 /2010      Trial ended:

**Proceedings:**
Further court trial.

**Witnesses**:
Continued testimony of Prof Kenneth P Miller, expert.
David Blankenhorn - expert witness for Def-Intervenor Prop 8

**Exhibits:** admitted into evidence:  on the record.