UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Civil Trial Minutes**          JUDGE: Vaughn R Walker

Date:   January 27, 2010

Case No.  C09-2292 VRW

Case Title: **KRISTIN PERRY et al v. ARNOLD SCHWARZENEGGER et al**

Attorneys:
      Plaintiffs:   Theodore Boutrous, David Boies, Christopher Dusseault,  Jeremy
           Goldman, Scott Malzahn, Enrique Monagas, Rosanne Baxter
           Beko Reblitz-Richardson, Richard Bettan , Steven Holtzman

      Plaintiff Intervenor:   Therese Stewart

      Prop 8 Defendant:   Charles Cooper, Howard Nielson, David Thompson,
          Brian Raum,  Nicole Moss, Andrew Pugno, Austin Nimocks,
          Timothy Chandler, J Campbell, D Schowergerdt

      State Defendants:   Kelcie Gosling - administration defendants
           Tamar Pachter - CA Attorney General
      Non-Party: Robert Tyler for County of Imperial
Deputy Clerk: Cora Klein          Court Reporter: Kathy Sullivan and  Debra Pas

Court Trial begin:   January 11, 2010
Further Trial:   1/27 /2010          Trial ended:   1/27/2010

**Proceedings:**
Further court trial.
Defense Rest.
Post trial filings: Finding of Facts and Conclusions to be filed no later than 2/26/2010.
Deadline to file amicus briefs: 2/3/2010.
The court will set date for closing arguments.

**Witnesses**:
Continued Testimony of David Blankenhorn - expert witness for Def-Intervenor Prop 8

**Exhibits:** admitted into evidence:  on the record.