# LIST OF EXHIBITS AND WITNESSES
(continued)

Page 1

CASE NO. C09-02292 Perry v Schwarzenegger

| Plaintiff | | | Defendant | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | ID | EV | No. | ID | EV | DATE/TIME | EXHIBITS/WITNESSES Monday | BY |
| | | | | | | | | |
| | | | | | | 9:08 | Court convenes. | |
| | | | | | | | Appearances put on the record. | |
| | | | | | | | Supreme Courts' decision re | |
| | | | | | | | broadcast of the trial | |
| | | | | | | | Housekeeping matters. | |
| | | | | | | | LR 77-3 | |
| | | | | | | | Temporary stay of broadcasting | |
| | | | | | | | the proceedings outside the | |
| | | | | | | | courthouse. An overflow broadcast | |
| | | | | | | | w/in the courthouse is permitted. | |
| | | | | | | | Defense object. | |
| | | | | | | | Preliminary statement by Mr. Cooper | |
| | | | | | | | regarding a continuing objection | |
| | | | | | | | to some exhibits. | |
| | | | | | | 9:28 | Opening Statements by Mr. Olson | |
| | | | | | | | for the Plaintiffs. | |
| | | | | | | 10:11 | Opening Statements by Ms Stewart | |
| | | | | | | | for the City & County of SF | |
| | | | | | | | as intervening plaintiffs. | |
| | | | | | | 10:22 | Opening statements by Mr Cooper | |
| | | | | | | | on behalf of Prop 8 as intervening | |
| | | | | | | | defendants. | |
| | | | | | | 10:59 | Recess | |
| | | | | | | 11:17 | Court reconvenes | |
| | | | | | | 11:18 | Witness Jeffrey Zarrillo sworn | |
| | | | | | | | Direct by Mr. Boies | π |
| | | | | | | 11:36 | Witness excused. No cross | |

LIST OF EXHIBITS AND WITNESSES
(continued)

CASE NO.

| Plaintiff | | | Defendant | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | ID | EV | No. | ID | EV | DATE/TIME | EXHIBITS/WITNESSES | BY |
| | | | | | | 11:37 | Witness Paul T Katami sworn | |
| | | | | | | | Direct by Mr. Boies and recall of witness | π |
| 99 | ✓ | ✓ | | | | 1/11/2010 | subject to objection by defense | |
| 401 | ✓ | ✓ | | | | 1/11/2010 | not properly disclosed. | |
| 350 | ✓ | | | | | | objection as to relevance / sustained | |
| 7 | ✓ | ✓ | | | | 1/11/2010 | | |
| | | | | | | 12:28 | Recess - | |
| | | | | | | 1:37 | Reconvene | |
| | | | | | | | Court to have further comment | |
| | | | | | | | re the 9th cir decision, access | |
| | | | | | | | to responses w/ deals w/ the rules. | |
| | | | | | | 1:41 | Cross of Mr Katami by Mr. Raum | Δ |
| 116 | ✓ | ✓ | | | | 1/11/2010 | | |
| 1 | | | | | | | in evidence - | |
| 15 | ✓ | ✓ | | | | 1/11/2010 | | |
| | | | | | | 2:08 | Re-direct | |
| | | | | | | 2:09 | Witness Mr. Katami excused | |
| | | | | | | | subject for recall | |
| | | | | | | 2:10 | Kristin Perry sworn | |
| | | | | | | | Direct by Mr. Olson | π |
| | | | | | | 2:44 | Witness excused. No cross | |
| | | | | | | 2:45 | Sanda Stier sworn | |
| | | | | | | | Direct by Mr. Olson | π |
| | | | | | | 3:16 | Witness excused. No cross | |
| 2323 | ✓ | ✓ | | | | 1/11/2010 | | |
| | | | | | | 3:17 | Prof Nancy F. Cott sworn | |
| | | | | | | | Direct by Mr. Boustrous | |
| 1746 | ✓ | ✓ | | | | 1/11/2010 | Witness as an expert | |

LIST OF EXHIBITS AND WITNESSES
(continued)

CASE NO. C09-2292 VRW

| Plaintiff No. | Plaintiff ID | Plaintiff EV | Defendant No. | Defendant ID | Defendant EV | DATE/TIME | EXHIBITS/WITNESSES | BY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Portion of Mr. Cooper's opening stmt | |
| | | | | | | | shown to the witness as demonstrative. | |
| | | | | | | 4:03 | Court adjourn's for the day. | |
| | | | | | | | Resume at 8:30 Tuesday 1/12. | |
| | | | | | | 4:05 | Court's in recess | |
| | | | | | | | | |
| | | | | | | JAN 12 2010 | JAN 12 2010 TUESDAY | |
| | | | | | | 8:30 | Court reconvenes. | |
| | | | | | | 8:39 | Continued testimony of Prof Cott | |
| | | | | | | | Direct of Mr. Boustrous | |
| | | | | | | 9:30 | Cross by Mr. Thompson | Δ |
| | | | | | | | tab 4, tab 3, tab 9 | |
| DX | 1434 | | | ✓ | | | objection as to relevance, | |
| | [illegible] | | | ✓ | | | court take judicial notice | |
| | 1020 | | | ✓ | | | " | |
| | 1033 | | | ✓ | | | " | |
| | 1444 | | | ✓ | | | " | |
| | 1445 | | | ✓ | | | " | |
| | 1028 | | | ✓ | | | tab 1 - page 99 - depo of | |
| | | | | | | | court take judicial notice | |
| | 1475 | | | ✓ | | | " | |
| | | | | | | 10:17 | Recess | |
| | | | | | | 10:40 | Court reconvenes. Cont. Cross by | Δ |
| | | | | | | | Court informed the parties | |
| | | | | | | | that the responses to broadcasting | |
| | | | | | | | will be viewed and available | |
| DX | 1046 | | | ✓ | | | Court take judicial notice | |
| | 1035 | | | ✓ | | | " | |

# LIST OF EXHIBITS AND WITNESSES
(continued)

CASE NO.

| Plaintiff No. | Plaintiff ID | Plaintiff EV | Defendant No. | Defendant ID | Defendant EV | DATE/TIME | EXHIBITS/WITNESSES | BY |
|---|---|---|---|---|---|---|---|---|
| DX | 1032 | ✓ | | | | court | take judicial notice | |
| | | | | | | | | |
| | | | | | | 11:43 | Re-direct | π |
| | | | | | | | tab 18, tab 1 p99 line 2 | |
| | | | | | | | tab 31 p213 | |
| | | | | | | | Exhibits admitted into evidence | |
| | | | | | | | by stipulation on 1/12/2010 | |
| PX | 1308, 1309, 1314, 1316 | | | | | | | |
| | 1317, 1319, 1322, 1324, | | | | | | | |
| | 1325, 1326, 1327, 1328 | | | | | | admitted 1/12/2010 | |
| | 1334, 1335, 1746, 1750 | | | | | | | |
| | | | | | | 12:24 | Witness excused | |
| | | | | | | 12:24 | Recess | |
| | | | | | | 1:34 | Reconvenes. | |
| | | | | | | | All responses to the broadcast req | |
| | | | | | | | have been received, available | |
| | | | | | | | for counsel to review. | |
| | | | | | | | Mr. Cooper's letter re seating arrangements | |
| | | | | | | | were out of camera range | |
| | | | | | | | Mr. Boies informed the Court, the | |
| | | | | | | | City of SF will present the | |
| | | | | | | | next witness | |
| | | | | | | 1:37 | Witness George Chauncey sworn | |
| | | | | | | | Voire dire by Ms Stewart | |
| | | | | | | | offered as expert, no objection | |
| | | | | | | 1:43 | Direct by Ms Stewart | |
| PX | 872 | | | ✓ | ✓ | 1/12/2010 | | |
| | 2337 | | | ✓ | ✓ | 1/12/2010 | | |

LIST OF EXHIBITS AND WITNESSES
(continued)

CASE NO.

| Plaintiff No. | Plaintiff ID | Plaintiff EV | Defendant No. | Defendant ID | Defendant EV | DATE/TIME | EXHIBITS/WITNESSES | BY |
|---|---|---|---|---|---|---|---|---|
| PX | 851 | | | ✓ | ✓ | 1/12/2010 | | |
| | 873 | | | ✓ | ✓ | 1/12/2010 | | |
| | 874 | | | ✓ | ✓ | 1/12/2010 | | |
| | 1621 | | | ✓ | | | objection sustained | |
| | 864 | | | ✓ | | | | |
| | 1621 | | | ✓ | ✓ | 1/12/2010 | re-offered - court take judicial notice | |
| | | | | | | | Exh PX 1 - in evidence | |
| | 29 | | | ✓ | ✓ | 1/12/2010 | | |
| | 99 | ✓ | ✓ | in | evidence | | | |
| | 15 | ✓ | ✓ | in | evidence | | | |
| | 91 | | | ✓ | ✓ | 1/12/2010 | | |
| | 16 | | | ✓ | ✓ | 1/12/2010 | | |
| | 1763 | | | ✓ | ✓ | 1/12/2010 | | |
| | 1775 | | | ✓ | ✓ | 1/12/2010 | subject to authenticity | |
| | | | | | | | | |
| | | | | | | 3:50 | Cross by Mr Thompson, cont to Wed | |
| | | | | | | | tab 2 - deposition 1/12/2010 | |
| | | | | | | 4:00 | Housekeeping re documents produced | |
| | | | | | | | under protective order, documents | |
| | | | | | | | have been filed w/ the court | |
| | | | | | | | under seal. | |
| | | | | | | | Pla req clarification re filing of | |
| | | | | | | | amicus brief the court to set a | |
| | | | | | | | deadline to filing, dy supports | |
| | | | | | | | 7 days after the conclusion | |
| | | | | | | | Manuel Martinez re attendance | |
| | | | | | | 4:15 | court's in recess | |
| | | | | | | | | |

LIST OF EXHIBITS AND WITNESSES
(continued)

CASE NO.

| Plaintiff No. | Plaintiff ID | Plaintiff EV | Defendant No. | Defendant ID | Defendant EV | DATE/TIME | EXHIBITS/WITNESSES JAN 13 2010 WEDNESDAY | BY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 8:40 | Court reconvenes | |
| | | | | | | | Continued Cross of Mr Chauncey by | Δ |
| | | | | | | | Parties have agreed to the | |
| | | | | | | | admission of stipulated exhibits | |
| 1775 | (228) | | | ✓ | | | | |
| 1775A | | | | ✓ | ✓ | 1/13/2010 | List of - George Chauncey Trials exhibits | |
| PX | | | | | | | | |
| | | | | | | 8:44 | continued cross of Chauncey | |
| | | | | | | | tab 6 p12, tab 9, tab 10 | |
| PX | 943 | ✓ | ✓ | | | 1/13/2010 | | |
| DIX | 2648 | | | ✓ | ✓ | 1/13/2010 | | |
| DIX | 81 | | | ✓ | | | court takes judicial notice | |
| ↓ | 2553 | | | ✓ | | | | |
| | | | | | | 10:00 | recess | |
| | | | | | | 10:24 | Reconvenes. Continued Cross by | Δ |
| DIX | 1462 | | | ✓ | | | court takes judicial notice | |
| ↓ | 2616 | | | ✓ | | | | |
| PX | 116 | in | ev | idence | | | | |
| | | | | | | 10:45 | Re-direct, page 6 | |
| PX 301 | | | | ✓ | ✓ | 1/13/2010 | | |
| 168 | | | | ✓ | ✓ | 1/13/2010 | | |
| 170 | | | | ✓ | ✓ | 1/13/2010 | | |
| | | | | | | | Excerpts of Depositions of Dr Tam | |
| 513 | | | | ✓ | ✓ | 1/13/2010 | | |
| 516 | | | | ✓ | ✓ | 1/13/2010 | | |
| 515 | | | | ✓ | ✓ | 1/13/2010 | | |
| 514 | | | | ✓ | ✓ | 1/13/2010 | | |
| 543 | | | | | | | contained in the depo of Dr Tam | |

(objection sustained.)

LIST OF EXHIBITS AND WITNESSES
(continued)



CASE NO.

| Plaintiff No. | Plaintiff ID | Plaintiff EV | Defendant No. | Defendant ID | Defendant EV | DATE/TIME | EXHIBITS/WITNESSES | BY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 12:12 | Witness excused | |
| | | | | | | 12:12 | Recess for lunch, resume @ 1:40 | |
| | | | | | | 1:44 | Court reconvenes | |
| | | | | | | | Pla' calls Dr. Letitia Peplau, sworn | |
| | | | | | | | Direct by Mr Dessault, | π |
| | | | | | | | offered as as expert (voir dire) | |
| 2339 | | | ✓ | ✓ | ✓ | 1/13/2010 | CV - expert on couple relationships | |
| [illegible] | | | | | | 1:51 | Direct | |
| 938 | | | | ✓ | ✓ | 1/13/2010 | | |
| 949 | | | | ✓ | ✓ | 1/13/2010 | | |
| 781 | | | | | | | | |
| 913 | | | | | | | | |
| 937 | | | | | | | | |
| 964 | | | | | | | | |
| 1043 | | | | | | | | |
| 1171 | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 765 | | | | ✓ | ✓ | 1/13/2010 | | |
| 921 | | | | | | | 787 ✓ ✓ 1/13/2010 | |
| 942 | | | | | | | 959 ✓ ✓ 1/13/2010 | |
| 1050 | | | | | | | 754 ✓ ✓ 1/13/2010 | |
| 1054 | | | | | | | 1145, 1151, 1195 ✓ ✓ 1/23/2010 | |
| 113 | | | | | | | | |
| 1166 | | | | | | | | |
| 1231 | | | | | | | | |
| 1236 | | | | | | | | |
| 1235 | | | | | | | | |

LIST OF EXHIBITS AND WITNESSES
(continued)

CASE NO.

| Plaintiff No. | Plaintiff ID | Plaintiff EV | Defendant No. | Defendant ID | Defendant EV | DATE/TIME | EXHIBITS/WITNESSES | BY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 2:40 | Cross by Ms Moss | |
| 1143 | | | * | ✓ | ✓ | 1/13/2010 | | |
| | | | DIX 1233 | ✓ | | 1/13/2010 | | |
| | | ↓ | ~~1236~~ | | | | | |
| PX 1245 | | | | ✓ | ✓ | 1/13/2010 | | |
| | | | DX 2427 | ✓ | ✓ | 1/13/2010 | | |
| | | | DX 2427A | ✓ | ✓ | 1/13/2010 | | |
| | | | DX 2644 | ✓ | ✓ | 1/13/2010 | | |
| | | | DX 2444A | ✓ | ✓ | 1/13/2010 | | |
| | | | DX 2430 | ✓ | ✓ | 1/13/2010 | | |
| | | | DX 1887 | ✓ | ✓ | 1/13/2010 | | |
| | | | DX 1230 | ✓ | ✓ | 1/13/2010 | | |
| | | | | | | 4:00 | Re-direct | |
| | | | | | | 4:03 | Witness excused | |
| | | | | | | | Court's mentioned the Supreme Court's decision to broadcast trial proceedings. Also the issue of making a copy of the responses | |
| | | | | | | 4:10 | Court's in recess - Resume @ 8:30am | |

LIST OF EXHIBITS AND WITNESSES
(continued)

CASE NO.

| Plaintiff | | | Defendant | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | ID | EV | No. | ID | EV | DATE/TIME | EXHIBITS/WITNESSES JAN 14 2010 THURSDAY | BY |
| | | | | | | 8:43 | Court convenes. | |
| | | | | | | | First Order of business: | |
| | | | | | | | Court's communication w/ 9th Cir | |
| | | | | | | | Chief Judge to w/draw the pilot | |
| | | | | | | | program re broadcasting the trial. | |
| | | | | | | 8:48 | City & County's Counsel Christine | |
| | | | | | | | Van Aken call Dr. Edmund Egan | |
| | | | | | | | as next witness, sworn - voir dire | |
| PX 2324 | | | | ✓ | ✓ | 1/14/2010 | CV of Dr Egan - tendered as expert | |
| 2260 | | | | ✓ | ✓ | 1/14/2010 | | |
| 810 | | | | ✓ | ✓ | 1/14/2010 | | |
| 672 | | | | ✓ | | | | |
| 673 | | | | ✓ | | | | |
| 674 | | | | ✓ | | | | |
| 675 | | | | ✓ | | | | |
| 676 | | | | ✓ | | | | |
| PX 811 | | | | ✓ | ✓ | 1/14/2010 | | |
| | | | | | | 9:45 | Cross by Mr Patterson | |
| PX 805 | | | | ✓ | ✓ | 1/14 | tab 2, 22 | |
| 815 | | | | ✓ | ✓ | 1/14 | | |
| PX 1734 | | | | ✓ | ✓ | 1/14 | | |
| 1735 | | | | ✓ | ✓ | 1/14 | | |
| 1736 | | | | ✓ | ✓ | 1/14 | | |
| 817 | | | | ✓ | ✓ | 1/14 | | |
| 818 | | | | ✓ | | | | |
| | | | | | | 10:30 | ~~Recess~~ Short clarification by | |
| | | | | | | | Mr. Cooper re ruling to broadcast | |
| | | | | | | | Court read the LR of over-flow | |

recording of the proceedings

**LIST OF EXHIBITS AND WITNESSES**
**(continued)**

CASE NO.

| Plaintiff No. | Plaintiff ID | Plaintiff EV | Defendant No. | Defendant ID | Defendant EV | DATE/TIME | EXHIBITS/WITNESSES | BY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 10:32 | Recess | |
| | | | | | | 11:00 | Reconvenes | |
| | | | | | | | Continued cross of Dr. Egan by | A |
| | | DX | 852 | ✓ | ✓ | 1/14/2010 | | |
| | | ↓ | 2558 | ✓ | ✓ | 1/14/2010 | | |
| | | ↓ | 1287 | ✓ | ✓ | 1/14/2010 | | |
| | | ↓ | 845 | ✓ | ✓ | 1/14/2010 | | |
| | | | 2671 | ✓ | ✓ | 1/14/2010 | | |
| | | | 698 | ✓ | ✓ | 1/14/2010 | | |
| | | | 2672 | ✓ | ✓ | 1/14/2010 | | |
| | | | 809 | ✓ | ✓ | 1/14/2010 | | |
| | | | 807 | ✓ | ✓ | 1/14/2010 | | |
| PX 803 | | | [illegible] | ✓ | ✓ | 1/14/2010 | | |
| | | DX | 854 | ✓ | ✓ | 1/14/2010 | | |
| | | | | | | 11:55 | Re-direct | |
| | | | | | | | Court takes judicial notice of PX 672, | |
| | | | | | | | 673, 674, 675, 676 (govt documents) | |
| | | | | | | 12:08 | Witness excused | |
| | | | | | | 12:10 | Recess | |
| | | | | | | 1:03 | Court reconvenes | |
| | | | | | | | Witness Dr. Ilan Meyer sworn, | |
| | | | | | | | Voir dire by Mr ~~Dusseault~~ Dusseault | T |
| | | | | | | | expert in public health | |
| | | | | | | | 973, 976, 975, 1011, 1003 | |
| | | | | | | 2:58 | -Recess- | |
| | | | | | | 3:17 | Court reconvenes. Mr. Boies informed | |
| | | | | | | | court that they are in phase of Wed's | |
| | | | | | | | schedule | |

LIST OF EXHIBITS AND WITNESSES
(continued)

CASE NO.

| Plaintiff | | | Defendant | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | ID | EV | No. | ID | EV | DATE/TIME | EXHIBITS/WITNESSES | BY |
| | | | | | | 3:18 | Cross by Mr. Nielsson | |
| PX 934 | | | | ✓ | ✓ | 1/14 | tab 3 | |
| (1003) DX | | 1247 | | ✓ | ✓ | 1/14 | | |
| | | 2519 | | ✓ | ✓ | 1/14 | | |
| | | 1253 | | ✓ | ✓ | 1/14 | | |
| (999) | | 1252 | | ✓ | ✓ | | | |
| (1002) | | 1246 | | ✓ | | | in evidence | |
| | | 1249 | | ✓ | ✓ | 1/14 | | |
| (1004) | | 1248 | | ✓ | ✓ | 1/14 | | |
| | | 1067 | | ✓ | ✓ | 1/14 | | |
| | | | | | | 5:13 | Re-direct | |
| | | | | | | 5:31 | Witness excused | |
| | | | | | | | Housekeeping re the order of witness | |
| | | | | | | | and submission of docs under seal | |
| | | | | | | 5:35 | Court in recess. Resume @ 8:30 1/15/2010 | |
| | | | | | | | | |
| | | | | | | | JAN [illegible] FRIDAY | |
| | | | | | | 8:42 | Court reconvene for Preliminary matters | |
| | | | | | | | Matters with the lawyers only | |
| | | | | | | | re under seal docs and motions | |
| | | | | | | | Terry Thompson - counsel for Dr. Tam | |
| | | | | | | | made his appearance. | |
| | | | | | | | Protective Order includes expert | |
| | | | | | | 8:56 | Plaintiff calls Dr. Michael Lamb | |
| | | | | | | | as their next witness, sworn | |
| | | | | | | | Direct by Mr. McGill | |
| PX 2327 | | | | ✓ | ✓ | 1/15/2010 | CV of Dr. Lamb, offered to testify as expert | |
| | | | | | | | Direct | |

# LIST OF EXHIBITS AND WITNESSES
(continued)

CASE NO.

| Plaintiff No. | Plaintiff ID | Plaintiff EV | Defendant No. | Defendant ID | Defendant EV | DATE/TIME | EXHIBITS/WITNESSES | BY |
|---|---|---|---|---|---|---|---|---|
| PX 2266 | | | | ✓ | ✓ | 1/15 | PX 2350 ✓ ✓ 1/15 | |
| | | | | | | | 779 ✓ ✓ 1/15 | |
| | | | DX 792 | ✓ | ✓ | 1/15 | 1100 ✓ ✓ 1/15 | |
| PX 778 | | | | ✓ | ✓ | 1/15 | 1108 ✓ ✓ 1/15 | |
| 1066 | | | | ✓ | ✓ | 1/15 | | |
| 1111 | | | | ✓ | ✓ | 1/15 | | |
| 1116 | | | | ✓ | ✓ | 1/15 | | |
| 1055 | | | | ✓ | ✓ | 1/15 | | |
| 1101 | | | | ✓ | ✓ | 1/15 | | |
| 1115 | | | | ✓ | ✓ | 1/15 | | |
| 1396 | | | | ✓ | ✓ | 1/15 | | |
| 1088 | | | | ✓ | ✓ | 1/15 | | |
| 1072 | | | | ✓ | ✓ | 1/15 | | |
| | | | | | | | | |
| | | | DX 2424 | ✓ | ✓ | 1/15 | | |
| PX 1384 | | | | ✓ | ✓ | 1/15 | | |
| 1093 | | | | ✓ | ✓ | 1/15 | | |
| 766 | | | | ✓ | ✓ | 1/15 | | |
| 753 | | | | ✓ | ✓ | 1/15 | | |
| 757 | | | | ✓ | ✓ | 1/15 | | |
| 762 | | | | ✓ | ✓ | 1/15 | | |
| 763 | | | | ✓ | ✓ | 1/15 | | |
| 768 | | | | ✓ | ✓ | 1/15 | | |
| 1025 | | | | ✓ | ✓ | 1/15 | | |
| 1032 | | | | ✓ | ✓ | 1/15 | | |
| | | | | | | 9:55 | Cross by Mr Thompson | |
| | | | | | | | tab 1 (depo of Dr Lamb) | |
| PX 1026 | | | | ✓ | ✓ | 1/15 | | |

LIST OF EXHIBITS AND WITNESSES
(continued)

CASE NO.

| Plaintiff | | | Defendant | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | ID | EV | No. | ID | EV | DATE/TIME | EXHIBITS/WITNESSES | BY |
| | | DIX | 96 | ✓ | | | | |
| | | | | | | 10:42 | Recess | |
| | | | | | | 11:02 | Reconvenes for continued | |
| | | | | | | | Cross of Dr. Lamb | |
| | | DIX | 103 | ✓ | ✓ | 1/15 | | |
| | | ↓ | 26 | ✓ | [struck] | | | |
| | | | | | | | court takes judicial notice | |
| | | DIX | 113 | ✓ | | | " | |
| | | | 38 | ✓ | | | " | |
| | | | 121 | ✓ | 124 ✓ | 21 ✓ | 116 ✓ 8 ✓ 103 ✓ 114 ✓ 133 ✓ 1030 ✓ | |
| | | | 39 | ✓ | 1100 ✓ | | | |
| | | | | | | 12:08 | Recess for lunch | |
| | | | | | | 1:04 | Reconvenes. Matter re withdrawal | |
| | | | | | | | of experts report due to stay of trial broadcast | |
| | | | | | | | Court's question to Dr. Lamb | |
| | | | | | | 1:09 | continued Cross | |
| | | DX | 131 ✓ | 734 ✓ | 779 ✓ | 749 ✓ | court takes judicial notice: | |
| PX | 1394 ✓ | DIX | 782 ✓ | 775 ✓ | PX 1055 ✓ | PX1075 ✓ | PX115 ✓ PX1072 / PX1049 ✓ | |
| ~~PX~~ PX | 1088 ✓ | PX | 1066 ✓ | PX1061 ✓ | PX1073, | PX1160 ✓ | PX1065 ✓ PX1081, PX1092 | |
| PX | ~~1048~~ 1428, | PX1427 ✓ | PX 1079 ✓ | PX1125 ✓ | PX 1131 ✓ | PX1083, | PX1116 ✓ PX778, PX1111, | |
| PX | 1049, | PX1090, | PX1091, | PX1123, | PX1064, | PX1864, | PX810, PX1093, PX1130 | |
| | | | | | | | | |
| | | | | | | 2:22 | Re-direct | |
| | | | | | | | playing of video ~~the~~ deposition of Dr Marks. | |
| PX | 2299 | | | ✓ | ✓ | 1/15 | | |
| ↓ | 1040 | | | ✓ | ✓ | 1/15 | court to be provided a list of the | |
| | | DX | 108 | ✓ | | | portions of Dr Marks video deposition | |

played; objection by def,

LIST OF EXHIBITS AND WITNESSES
(continued)

CASE NO.

| Plaintiff No. | Plaintiff ID | Plaintiff EV | Defendant No. | Defendant ID | Defendant EV | DATE/TIME | EXHIBITS/WITNESSES | BY |
|---|---|---|---|---|---|---|---|---|
| PX | 2548 | 48 | | ✓ | ✓ | 1/15 | | |
| | | | | | | 3:02 | Witness excused | |
| | | | | | | | Next witness Helen Zia by City & Cty SF | |
| | | | | | | | Objection by Prop 8 (Mr Raum) | |
| | | | | | | | as to calling Helen Zia to give her | |
| | | | | | | | testimony | |
| | | | | | | | Danny Chou for City of SF response | |
| | | | | | | | Court's ruling on the record, court | |
| | | | | | | | will permit the witness to testify | |
| | | | | | | 3:10 | Direct by Mr Chou | |
| PX 2199 | | | | ✓ | ✓ | 1/15 in | reserve admission into evidence | |
| PX | 600 | | | ✓ | ✓ | 1/15 | | |
| | | | | | | 3:56 | Cross by Mr Raum | |
| PX | 2198 | | | ✓ | | | | |
| | | | | | | 4:15 | Re-direct | |
| | | | | | | 4:15 | Witness excused. | |
| | | | | | | 4:19 | Court in recess | |
| | | | | | | | Resume Tuesday at 8:30 | |
| | | | | | | | | |
| | | | | | | JAN 1 9 2010 | JAN 1 9 2010 TUESDAY | |
| | | | | | | 8:38 | Court reconvenes for Preliminary matters | |
| | | | | | | | Issue re discovery matters w/respect | |
| | | | | | | | to Judge Spero's Order; re-open | |
| | | | | | | | deposition of Mr Prentiss, responses | |
| | | | | | | | have been filed; Plc's filed new motion | |
| | | | | | | 8:45 | Witness for the City & County of SF | |
| | | | | | | | Jerry Sanders sworn | |
| | | | | | | | Direct by Dennis Herrera | |

# LIST OF EXHIBITS AND WITNESSES
(continued)

CASE NO.

JAN 19 2010

| Plaintiff No. | Plaintiff ID | Plaintiff EV | Defendant No. | Defendant ID | Defendant EV | DATE/TIME | EXHIBITS/WITNESSES | BY |
|---|---|---|---|---|---|---|---|---|
| PX1866 | | | | ✓ | ✓ | 1/19/2010 | video announcement | |
| | | | | | | 9:18 | Cross by Mr. Raum | |
| | DIX | 1475 | | ✓ | subject to judicial notice | | tab 1 - depo 1/5/2010 | |
| | | 2618 | | ✓ | | | | |
| | | 1107 | | ✓ | | | | |
| | | | | | | 9:57 | Re-direct | |
| | | | | | | 10:04 | Witness excused | |
| | | | | | | 10:05 | Witness Dr. Lee Badgett sworn | |
| | | | | | | | Objection by Mr Cooper to the exhibits | |
| | | | | | | w/drawn | PX0188, 0189, 1296, 1298, 1309 | |
| | | | | | | | 2345, 2346, 2347 ~~2345~~ | |
| | | | | | | | No objection to the remainder | |
| | | | | | | 10:12 | Recess | |
| | | | | | | 10:32 | Reconvenes - Tendering of stipulated | |
| | | | | | | | exhibits | |
| | | | | | | 10:34 | Direct of Prof Badgett by Mr Boies | |
| PX 2321, 1264 | | | | | | | | |
| | | | | | | 11:40 | Cross by Mr Cooper | |
| | | DIX | 1108 | ✓ | ✓ | 1/19/2010 | tab 7, 18, 19 | |
| PX 1257 | | | | ✓ | | | | |
| | | | 2679 | ✓ | ✓ | 1/19/2010 | | |
| | | | 2680 | ✓ | ✓ | 1/19/2010 | | |
| | | | 2647 | ✓ | ✓ | 1/19/2010 | | |
| | | | | | | 12:33 | Recess for lunch | |
| | | | | | | 1:33 | Continued Cross | |
| PX1271 | | | | ✓ | ✓ | 1/19/2010 | tab 11, tab 3 (depo), tab 12, 13, 15, 16 | |
| 1261 | | | | ✓ | ✓ | 1/19/2010 | | |
| | | DIX | 1297 | ✓ | ✓ | 1/19/2010 | | |

742 ✓

LIST OF EXHIBITS AND WITNESSES
(continued)

CASE NO.

| Plaintiff | | | Defendant | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | ID | EV | No. | ID | EV | DATE/TIME | EXHIBITS/WITNESSES | BY |
| | | | | | | 2:56 | Reconvene for continued Cross | |
| | | | DIX1887 | ✓ | ✓ | 1/19/2010 | underlying statistical data | |
| | | | 2639 | ✓ | ✓ | 1/19/2010 | | |
| | | | 2426 | ✓ | ✓ | 1/19/2010 | | |
| | | | | | | 3:25 | Re-direct | |
| | | | | | | 3:56 | Witness excused. | |
| | | | | | | 4:00 | courts in recess | |
| | | | | | | | | |
| | | | | | | | JAN 20 2010 WEDNESDAY | |
| | | | | | | 8:40 | Court reconvenes for scheduling | |
| | | | | | | | ~~issues~~ of the trial tomorrow all day | |
| | | | | | | | Discovery matters, Mag Judge | |
| | | | | | | | Spero's Order is undisturbed | |
| | | | | | | | ·PX0188, 0189 - def's continued | |
| | | | | | | | objections - objection w/drawn | |
| | | | | | | | Def's objection to Pla's next witness | |
| | | | | | | | as irrelevant to the case | |
| | | | | | | | Pla's 2563, court dis inclined | |
| | | | | | | | to exclude testimony of Mr Kendall | |
| | | | | | | | Depo designation: Nathanson, Paul | |
| | | | | | | | Young, Katherine played for the court | |
| PX2334 | | | | ✓ | ✓ | 1/20/2010 | | |
| 2546, 2547 | ✓ | | | | | | | |
| 2335 | | | | ✓ | ✓ | 1/20/2010 | Resume (disk) | |
| 2544, 2545 | ✓ | | | | | | testimony (disk) | |
| | | | | | | 9:40 | Recess | |
| | | | | | | 9:51 | City & County of SF calls Ryan Kendall | |
| | | | | | | | witness sworn | |

Direct by Mr Flynn

| CASE NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Plaintiff | | | Defendant | | | | | |
| No. | ID | EV | No. | ID | EV | DATE/TIME | EXHIBITS/WITNESSES    ᴊᴀɴ 20 | BY |
| | | | | | | 10:10 | Cross by Mr. Campbell | A |
| | | | | | | 10:15 | Re-direct | |
| | | | | | | 10:17 | Witness Arcused | |
| | | | | | | 10:19 | Pla's call Gary Segura, sworn | |
| Rd 2330 | | | | ✓ | ✓ | 10/20/2010 | PX X340489, PX 490, PX491-494 | |
| PX 08 34 | | | | ✓ | ✓ | 1/20 | | |
| Rd 15 50 | | | | ✓ | ✓ | 1/20 | PX 2310 ✓/, PX2314 ✓✓ PX2389 | |
| | | | | | | | Def's objection to the exhibits marked | |
| | | | | | | | for your eyes only, reg to review the doc | |
| | | | | | | | Mr Vincent McCarthy-counsel for | |
| | | | | | | | non-party Jim Garlow; Miles McPherson | |
| | | | | | | | object to the use of the documents. | |
| | | | | | | 12:15 | Recess | |
| | | | | | | 1:11 | Reconvenes. Further discussion | |
| | | | | | | | re the objections placed before the | |
| | | | | | | | Court re non-party witness docs. | |
| | | | | | | | Court ref the matter to MJ Spero. | |
| | | | | | | 1:13 | Continued testimony of Prof Segura | |
| | | | | | | | on direct, PX2389, Pla move to | |
| | | | | | | | publish portion of the exhibit, Def objects | |
| | | | | | | | to admission of the entire exhibit | |
| PX2389 (Redacted) | | ✓ | | | | 1/20 | PX2552 ✓✓ PX2554(redacted version)✓✓ | |
| PX2555✓✓ | | | PX2557✓ | | | PX256.1✓✓, PX262✓✓ PX2598 (redacted)✓✓ | | |
| | | | | | | 1/20 12:26 | | |
| | | D1X1330 | ✓ | | | | Cross by Mr Thompson, tab 7, 15,3 | |
| | | 2554 | ✓ | ✓ | | 1/20 | D1X1331 ✓✓    1321✓✓    1328✓ | |
| | | 1329 | ✓ | ✓ | | 1/20 | D1X 296✓✓    1323✓✓ | |
| | | 1162 | ✓ | ✓ | | 1/20 | 1102✓✓    2502✓✓ | |

LIST OF EXHIBITS AND WITNESSES
(continued)

CASE NO.

| Plaintiff | | | Defendant | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | ID | EV | No. | ID | EV | DATE/TIME | EXHIBITS/WITNESSES | BY |
| | | | | | | 3:10 | Recess | |
| | | | | | | 3:25 | Continued Cross of Prof Segura | |
| | | | | | | | by Mr Thompson | |
| | | | | | | 4:26 | Courts' direct of the witness | |
| | | | | | | ✱ | Courts' in recess to resume | |
| | | | | | | | at 8:30 am tomorrow | |
| | | | | | | | Pla have 2 more live witnesses to | |
| | | | | | | | present and introduction of documents | |
| | | | | | | | then Rest | |
| | | | | | | 4:35 | Courts' in recess | |
| | | | | | | | | |
| | | | | | | JAN 21 2010 | JAN 21 2010 THURSDAY | |
| | | | | | | 8:40 | Reconvenes for continued testimony | |
| | | | | | | | of Prof Segura on Cross, tab 54, 55 | |
| | | DIX | 2500 | ✓ | ✓ | 1/21 DIX | 2472 ✓✓ 366 ✓✓ 312 ✓✓ 388 ✓✓, 325 ✓✓ | |
| | | | | | | | 343 ✓✓ 428 ✓✓ 1068, 1453 ✓✓ 839 w/ | |
| | | | | | | | supplementation ✓ 1105 ✓ 458 ✓✓ 2616 ✓✓ | |
| | | | | | | | 1725 ✓✓ 1609, 1792 ✓✓ 1673 ✓ | |
| | | | | | | 9:56 | Swearing-in of new attorneys | |
| | | | | | | | Heidi Timken & Mr. Christopher Gonzalez | |
| | | | | | | 9:58 | Recess | |
| | | | | | | 10:14 | Reconvenes. Continued Cross | |
| | | | DIX | 2525 ✓ | 2528 ✓ | 3533 ✓ | 2544 ✓✓ 2531 ✓✓ 2587 ✓✓ | |
| | | | | 2586 ✓✓ | 2590 ✓✓ | | 1337 ✓✓ | |
| | | | | | | | | |
| | | | | | | 11:02 | Re-direct, Pla's PBX 350 ✓✓ | |
| PL 398 | | | | ✓ | ✓ | | | |
| | | | | | | 12:12 | Witness excused. | |

Recess. Resume in One hour.

# LIST OF EXHIBITS AND WITNESSES
(continued)

CASE NO.

| Plaintiff No. | Plaintiff ID | Plaintiff EV | Defendant No. | Defendant ID | Defendant EV | DATE/TIME | EXHIBITS/WITNESSES JAN 21 2010 | BY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 1:17 | Reconvenes for further court trial | |
| | | | | | | | Plaintiffs calls Bill Tam | |
| | | | | | | | Terry Thompson counsel for Mr Tam | |
| | | | | | | | On his motion to w/draw Mr Tam | |
| | | | | | | | as Party-Intervenor; Response by | |
| | | | | | | | Mr. Boies in opposition to the motion, | |
| | | | | | | | Mr Tam will testify as a witness as non- | |
| | | | | | | | party; Court defer ruling on the | |
| | | | | | | | motion to w/draw | |
| | | | | | | 1:24 | Hak-Sheng Tam sworn; | |
| | | | | | | | Direct by Mr Boies, standing | |
| PX 0507 ✓✓ 2685 ✓✓ 2620 ✓✓ | | | | | | | objections by Mr. Thompson as leading | |
| 2476 ✓✓ ~~[illegible]~~ 2472 ✓ 2612 ✓✓ 2640 ✓✓ 2609 ✓✓ 2651 ✓✓ 2650 ✓✓ | | | | | | | | |
| 2538 ✓✓ 2199 ✓ (in evidence) 513 ✓✓ 2501 ✓✓ (redacted) 2343 A (4 pages) ✓✓ | | | | | | | | |
| 2343 B ✓✓ 2343 C (Chinese version) 537 515 ✓ 2601 B, 2187 ✓✓ | | | | | | | | |
| 2195 ✓ 2204 ✓ 2203 ✓✓ 2595 ✓✓ | | | | | | | | |
| | | | | | | | | |
| | | | | | | 3:54 | Cross by Ms Nicole . PX 507 | |
| PX 2633 ✓ 513 ✓ 2187 ✓ 527 ✓ 2507 | | | | | | | | |
| | | | | | | 4:15 | Recess | |
| | | | | | | 4:24 | Reconvenes for re-direct examination | |
| | | | | | | | of Dr Tam | |
| 2472 ✓ 2633 ✓✓ 2631 ✓ 2630 ✓ 2599 ✓✓ 2504 ✓ unredacted to Court | | | | | | | | |
| 2185 ✓ ~~21~~ 2627 ✓ | | | | | | | | |
| | | | | | | 4:45 | Witness excused . Plaintiff informed | |
| | | | | | | | the court they have one last witness | |
| | | | | | | | and admission of documents, then rest | |
| | | | | | | | Courts in recess. Resume at 8:30 Friday | |

## LIST OF EXHIBITS AND WITNESSES
(continued)

CASE NO.

| Plaintiff No. | Plaintiff ID | Plaintiff EV | Defendant No. | Defendant ID | Defendant EV | DATE/TIME | EXHIBITS/WITNESSES FRIDAY JAN 22 [illegible] | BY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 8:34 | Reconvenes | |
| | | | | | | | Preliminary matters ~~Postpone~~ Postpone | |
| | | | | | | | closing arguments and set at a | |
| | | | | | | | different time after the trial, both | |
| | | | | | | | sides agree, admission of exhibits | |
| | 2542 ✓✓ | | 2543 ✓✓ | | 2389 (redacted) | | | |
| | | | | | | 8:40 | Pla calls Dr Gregory Herek to the stand | |
| | | | | | | | sworn; Voir dire of his qualifications | |
| | | | | | | 8:45 | Direct by Mr Dettmer, offered as | |
| PL 2326 ✓ | VT | | | | | | an expert, opinion on social orientation | |
| 2265, | 2563, | 2564, | 2565, | 2567, | | | 885, 764, 888, 2333, 909, 928, 930 | |
| | | | | | | | | |
| | | | | | | 9:38 | Cross by Mr ~~Nilsson~~ Nielson | |
| PX 0198 ✓✓ | | | 926 ✓ | 917 | | | | |
| | | | DIX 2654 | | | | DIX 950 ✓ admitted as to the excerpts only | |
| | | | | | | | not the ~~[illegible]~~ book | |
| | | | | | | 10:36 | Recess | |
| | | | | | | 10:58 | Continued Cross of Prof Herek | |
| | | DIX 1108 ✓ | | 1249 ✓ | 1248 ✓ | | 1235 ✓✓ 1239 ✓✓ 978, PX940 ✓ | |
| | | ✓ | 1272 ✓ | 1265 ✓ | | | | |
| | | | | | | 12:22 | Break for lunch | |
| | | | | | | 1:26 | Reconvenes. | |
| | | | | | | | Continued Cross of Prof Herek | |
| DIX 1266 ✓ | | | 2682 ✓✓ | | 935 ✓ | | 1268 ✓ 912 ✓ 658 ✓ 1010 ✓✓ 1229 ✓ | |
| | | 1270 ✓ | 856 ✓ | | 626 ✓ | 366 ✓ | 1503 ✓ | |
| | | | | | | 3:27 | Recess | |
| | | | | | | 3:35 | Resume Cross. DIX 1254, 1278, | |
| | | | | | | | 642 ✓ | |

LIST OF EXHIBITS AND WITNESSES
(continued)

CASE NO.

| Plaintiff No. | Plaintiff ID | Plaintiff EV | Defendant No. | Defendant ID | Defendant EV | DATE/TIME | EXHIBITS/WITNESSES | BY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 4:26 | Re-direct | |
| | | | | | | 4:51 | Testimony of Prof Herek concluded | |
| | | | | | | | Plaintiff will reserve 90 minutes | |
| | | | | | | | then Rest on Monday. | |
| | | | | | | | Defense have 2 expert witness | |
| | | | | | | | and playing of depositions. | |
| | | | | | | 5:00 | Court is in Recess | |
| | | | | | | | Resume trial on Monday @ 8:30 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | JAN 25 2010 | MONDAY JAN 25 2010 | |
| | | | | | | 8:42 | Court reconvenes for Preliminary | |
| | | | | | | | matter re Plaintiff's exclusion | |
| | | | | | | | of testimony of Mr Shubert as witness | |
| | | | | | | | for defense in addition to the 2 experts; | |
| | | | | | | | additional documents That will come | |
| | | | | | | | into the record. | |
| | | | | | | | Designations & counter designations | |
| | | | | | | | as to The testimony of deposition | |
| | | | | | | | transcript of Prof Young | |
| | | | | | | No objections to 46 documents, 2 binders of | | |
| | | | | | | admitted exhibits. | | |
| | | Simulcast | Video | | | | 503, 504, 505, 1867, 1868, 506 w/objections as to relevance | |
| | | video | Transcripts | | | | | |
| | | Campaign | Messaging | | | | PX 2075 (in evidence) | |
| PX 421 | | | | ✓ | ✓ | 1/25 | | |
| 2656 | | | | ✓ | ✓ | 1/25 | | |
| 2655 | | | | ✓ | ✓ | 1/25 | | |

LIST OF EXHIBITS AND WITNESSES
(continued)

CASE NO.

| Plaintiff | | | Defendant | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | ID | EV | No. | ID | EV | DATE/TIME | EXHIBITS/WITNESSES JAN MONDAY | BY |
| | | | | | | 1/25 | PX2773 ✓✓ 390 & 391 (videos) ✓✓ 390A | |
| | | | | | | | PX21✓✓, 480✓✓ (2681✓) 2589 ✓✓, 2597✓ | |
| | | | | | | | 2455 ✓✓, 2660 ✓✓, 2385✓✓, | |
| | | | | | | | 2150✓✓, 1675✓ 1676✓ - court takes judicial notice | |
| | | | | | | (1966) doc written in | 2566 ✓✓ 2581 ✓✓ (letter dated 1874) | |
| | | | | | | Groups of | data: PX2823-2829 ✓✓ | |
| | | | | | | | DIX 1836 ✓✓, 2827✓, PX2345✓✓ 2346✓✓ | |
| | | | | | | | additional 100 docs received late yesterday | |
| | | | | | | 10:40 | Recess | |
| | | | | | | 11:02 | Reconvenes. Continued moving | |
| PX | | | | | | | of Pla's exhibits into evidence | |
| | | | | | | | Privilege log of 7,500 doc received | |
| | | | | | | | by π from the Proponents. | |
| | | | | | | | Plaintiffs preserve position to re-open | |
| | | | | | | | their case for introduction of | |
| | | | | | | | additional exhibits. | |
| | | | | | | 11:06 | Subject to the qualifications place on the record | |
| | | | | | | | Plaintiffs REST | |
| | | | | | | 11:08 | Defendant calls Kenneth P Miller, sworn | |
| | | | | | | | Direct by Mr Thompson | |
| | | | | | | 11:25 | Voir dire by Mr Boies on the | |
| | | | | | | | qualification as expert in the field | |
| | | | | | | | of ~~[illegible]~~ initiative, not history of | |
| | | | | | | | discrimination. | |
| | | | | | | 12:15 | Recess | |
| | | | | | | 1:15 | Reconvenes for continued direct | |
| | | | | | | 1:55 | Cross by Mr. Boies, tab 1 - deposition | |
| PX | 794A | - designations | | | | | | |

LIST OF EXHIBITS AND WITNESSES
(continued)

CASE NO.

| Plaintiff | | | Defendant | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | ID | EV | No. | ID | EV | DATE/TIME | EXHIBITS/WITNESSES | BY |
| PX | 604 | | | ✓ | ✓ | 1/25 | PX604, 605, 606, 607, 608, 609 | |
| | court takes judicial notice | | | | | | 610, 611, 612, 613, 614, 615 | |
| | | | | | | | 616, 617, 618, 619, 620 | |
| 2865 | | | | ✓ | | | | |
| | | | | | | 3:38 | Recess | |
| 1869 | | | 1/25 | ✓ | ✓ | 3:50 | Reconvenes. Continued cross | |
| 2857 | | | 1/25 | ✓ | ✓ | PX2864 ✓ | | |
| | | | | | | | | |
| | | | | | | 4:45 | Court is adjourned for the day. | |
| | | | | | | | Resume at 8:30 tomorrow. | |
| | | | | | | | | |
| | | | | | | JAN 2010 | TUESDAY JAN 2010 | |
| | | | | | | 8:38 | Reconvenes | |
| PX0794 | A | | | ✓ | ✓ | 1/26 | Continued Cross of Prof Miller by Mr Boies | |
| 2853 | | | | ✓ | ✓ | 1/26 | DIX271 ✓✓ PX2859 ✓✓ PX874 ✓✓ | |
| PX 2864 ✓ PX2855 ✓✓ | | | | | | 2857 ✓ | 2856 ✓ 491, 492, 493, 494 ✓ 675 ✓ | |
| | | | | | | 834 ✓ 770 ✓ | 771 ✓ 2844 ✓ 2840, 2839, 2842 ✓ | |
| | | | | | | 2552 ✓ | 2561 ✓ 796 ✓ | |
| | | | | | | 10:54 | Recess | |
| | | | | | | 11:11 | Reconvenes for continued Cross | |
| PX1397 ✓ 2856 ✓ | | | | | | | of Prof Miller | |
| | | | | | | 11:27 | Examination of Prof Miller by | |
| | | | | | | | Tamar Pachter for the Atty General | |
| | | | | | | 11:30 | Courts' examination re the initiative | |
| | | | | | | 11:31 | Re-direct by Mr Thompson | |
| | | DIX 2649 ✓✓ PX5, DIX | | | | | 2, PX20 ✓ | |
| | | | | | | 11:55 | Cross examination concluded | |
| | | | | | | | Courts' examination of Prof Miller | |

witness excused

12:00 Recess

LIST OF EXHIBITS AND WITNESSES
(continued)

CASE NO.

| Plaintiff No. | Plaintiff ID | Plaintiff EV | Defendant No. | Defendant ID | Defendant EV | DATE/TIME | EXHIBITS/WITNESSES | BY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 1:10 | Court reconvenes | |
| | | | | | | | Defendant calls David Blankenhorn | |
| | | | | | | | to the stand, sworn | |
| | | | | | | | Direct by Mr Cooper, tender | |
| | DIX 2693 | | | ✓ | ✓ | 1/26 | Mr Blankenhorn as expert | |
| | DIX103 | | | ✓ | ✓ | 1/24 | DIX956✓. | |
| | | | | | | 1:38 | Voir dire by Mr Boies, object to | |
| | | | | | | | the witness as an expert on fatherhood, | |
| | | | | | | | marriage and same-sex marriage | |
| | | | | | | | Court permits the witness to testify as | |
| | | | | | | expert | on his area of expertise ie fatherhood etc. | |
| | | | | | | | Direct examination by Mr Cooper | |
| PX1626 | ✓ | ✓ | DIX 79 | ✓ | | 50✓ 73✓ | 89✓ 66✓ 63✓ 93✓ 84, 26, 49✓ 60✓ | |
| | | | | | | 3:25 | Recess | |
| | | | | | | 3:32 | Cross examination by Mr Boies | |
| | PX2880 | | | ✓ | ✓ | 1/26 | DIX956 | |
| | | | | | | 4:35 | Court is adjourned for the day. | |
| | | | | | | | Court trial to resume 1/27 @ 8:30 | |
| | | | | | | | | |
| | | | | | | JAN [illegible] | TUESDAY JAN [illegible] | |
| | | | | | | 8:34 | Reconvenes. | |
| | | | | | | | Continued testimony of Mr Blankenhorn | |
| | | | | | | | On Cross by Mr Boies | |
| PX2332A | | | | ✓ | DIX60✓ | | | |
| | | | | | | 10:41 | Recess | |
| | | | | | | 11:00 | Reconvenes for continued Cross | |
| PX2879 | ✓✓ | | 2898✓✓ | | | PX760✓ | 765✓ 2899✓ DIX2✓✓ | |
| Additional | | | | | | | | |

exhibits in evidence

LIST OF EXHIBITS AND WITNESSES
(continued)

CASE NO.

| Plaintiff | | | Defendant | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | ID | EV | No. | ID | EV | DATE/TIME | EXHIBITS/WITNESSES | BY |
| | | | | | | | Stipulated exhibits admitted | |
| | | | | | | | PX0749, PX1372, PX2096, PX2258 | |
| | | | | | | | PX2259 PX2866 PX2876 PX2877 | |
| | | | | | | | PX2878 PX2879 PX2898 PX2899 | |
| | | | | | | | PX2936 DIX1109 PX2341 PX2403 | |
| | | | | | | 11:38 | Re-direct | |
| | | | | | | | DIX 956, Defendant's next number | |
| | | | | | | | The New York Times article | |
| | | | | | | 11:45 | Witness excused. Def. Rest. | |
| | | | | | | | Proffer of documents w/out objection | |
| | | | | | | | by the Pl. | |
| | | | DIX2717 | ✓ | ✓ | | | |
| | | | DIX2719 | ✓ | ✓ | | | |
| | | | DIX2708 | | | | counter-designations | |
| | | | DIX2718 | | | | counter-designations | |
| 2332A | ✓ | | | | | | list of exhibits of Mr Blankenhorn | |
| 2581 | | | | ✓ | ✓ | 1/27 | | |
| 2566 | | | | ✓ | ✓ | 1/27 | | |
| | | | DIX 108 | | | | book Fatherless America | |
| | | | | | | | Housekeeping matters by the Court | |
| | | | | | | | re pending motions re motion to | |
| | | | | | | | intervene, motion to w/draw, motion | |
| | | | | | | | to file amicus brief. | |
| | | | | | | | Court set a deadline of Feb 3 for | |
| | | | | | | | filing of any application to file | |
| | | | | | | | amicus briefs. | |
| | | | | | | 12:00 | Court trial concluded | |
| | | | | | | | Court is adjourned. | |