1  JEROME C. ROTH (SBN 159483)
   Jerome.Roth@mto.com
2  MARK R. CONRAD (SBN 255667)
   Mark.Conrad@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
4  Twenty-Seventh Floor
   San Francisco, CA  90071-1560
5  Telephone:     (415) 512-4000
   Facsimile:     (415) 512-4077
6
7  Attorneys for *Amici Curiae*
   Bay Area Lawyers for Individual Freedom *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, *et al.*,<br><br>Plaintiffs,<br><br>and<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br>Plaintiff-Intervenor,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>Defendants<br><br>and<br><br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et al.*,<br><br>Defendant-Intervenors. | CASE NO.  09-CV-2292 VRW<br><br>**MOTION FOR LEAVE TO FILE AN *AMICUS* BRIEF BY BAY AREA LAWYERS FOR INDIVIDUAL FREEDOM ("BALIF") *ET AL.***<br><br>Judge:   Hon. Vaughn R. Walker<br>Dept:    Courtroom 6 |

Bay Areas Lawyers for Individual Freedom ("BALIF"), together with the organizations identified below, hereby move the Court for leave to file an *amicus* brief in support of Plaintiffs in the above-captioned matter.

This Court has broad discretion to permit third parties to participate in an action as *amici curiae*. *See, e.g., Gerritson v. de la Madrid Hurtado*, 819 F.2d 1511, 1514 n.3 (9th Cir. 1987). "District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Sonoma Falls Devs., LLC v. Nev. Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003.)

The following *amici* provide services to, and advocate on behalf of, a wide array of individuals who have suffered unequal treatment, including gay and lesbian individuals:

**Bay Area Lawyers for Individual Freedom** ("BALIF") is the nation's oldest and largest bar association of lesbian, gay, bisexual, and transgender persons ("LGBT"). BALIF serves to take action on questions of law and justice that affect the LGBT community, strengthen ties among LGBT legal professionals, build coalitions to combat discrimination, and provide a forum for members of the LGBT legal community.

The **AIDS Legal Referral Panel** ("ALRP") is a non-profit organization that helps people living with HIV/AIDS maintain or improve their health by resolving their legal issues. ALRP was founded in 1983 and has handled more than 50,000 legal matters for its clients over the last 27 years. ALRP's goals are to provide counsel and representation on legal issues for a community of individuals who might otherwise not be able to afford or obtain legal assistance, and to leverage the resources of the private bar for the public good. ALRP is dedicated to addressing discrimination against people with HIV/AIDS and members of the LGBT community, including working to ensure their marriage rights.

**API Equality – Northern California** is a coalition of organizations and individuals that is committed to working in the Asian and Pacific Islander ("API") community in California and nationally for equal marriage rights and fair treatment of LGBT families through education and advocacy.

**Asian American Bar Association of the Greater Bay Area** ("AABA") represents the interests of Asian Pacific American attorneys in the Greater San Francisco Bay Area. It is one of the largest Asian Pacific American bar associations in the nation and one of the largest minority bar associations in the State of California. From its inception in 1976, AABA has been actively involved in civil rights issues and has advocated on issues regarding minority communities, diversity, and equal protection. Among other things, AABA filed an amicus brief in the *Bakke* affirmative action case in the United States Supreme Court in 1977 and in *In re Marriage Cases* in the California Supreme Court in 2007.

The **Bar Association of San Francisco** ("BASF") is a nonprofit voluntary membership organization of attorneys, law students, and legal professionals in the San Francisco Bay Area. Founded in 1872, BASF enjoys the support of more than 7,500 individuals, law firms, corporate legal departments, and law schools. Through its board of directors, its committees, and its volunteer legal services programs and other community efforts, BASF has worked to promote and achieve equal justice for all and oppose discrimination in all its forms, including, but not limited to, discrimination based on race, sex, disability, and sexual orientation.

Founded in 1989, the **California Women's Law Center** ("CWLC") is dedicated to addressing the comprehensive and unique legal needs of women and girls. Through systemic change, CWLC seeks to ensure that opportunities for women and girls are free from unjust social, economic, and political constraints. CWLC is committed to eradicating invidious discrimination, including eliminating laws that stigmatize non-traditional gender roles.

**Chinese for Affirmative Action** ("CAA") is a 40-year old, membership-based nonprofit organization whose mission is to defend and promote the civil rights of Asian Americans, including the right to marriage equality, within the context of advancing a multiracial democracy.

The **East Bay La Raza Lawyers Association** ("EBLRLA") is the county bar association of Latina/o lawyers in Alameda and Contra Costa counties. Dedicated to expanding legal access, the EBLRLA provides annual scholarships to Latina/o law students, supports Latina/o attorneys with a local professional network and advocates for increased Latina/o representation in the judiciary. EBLRLA's interest in having courts ensure equal protection under the law and respecting the fundamental privacy of right of marriage equality is central to its mission. Through its board of directors, committees and membership, the EBLRLA opposes all forms of invidious discrimination and promotes respect for human dignity, equal protection of the law and fundamental rights for all persons.

**Equal Justice Society** is a national organization of scholars, advocates and citizens that seek to promote equality and enduring social change, with a primary mission of combating the continuing scourge of racial discrimination and inequality in America. The Equal Justice Society has a strong interest in protecting the integrity of the core constitutional principle of equal protection of the laws for all California citizens.

**Family Equality Council**, founded in 1979, is a national organization working to achieve social and legal equality for LGBT families by providing direct support, educating the American public, and advancing policy reform that ensures full recognition and protection under the law. Family Equality Council has more than 50,000 supporters, thousands of which are located in California. As a national organization, Family Equality Council has broad experience protecting the rights of LGBT-headed families and serving the over 200 local parents groups that support them.

The **Filipino Bar Association of Northern California** ("FBANC") is an association of Filipino and Filipino American attorneys, students and legal professionals in Northern California. It is our mission to support, educate, encourage, and empower the members of our association to excel and succeed in their educational and professional endeavors. It is further our mission to guard against injustices affecting our community.

**Freedom to Marry** is the gay and non-gay partnership working to end marriage discrimination nationwide. Together with people and organizations around the country, Freedom to Marry works to secure the right to marry in more states, continue moving hearts and minds, and build a majority for marriage. Freedom to Marry is based in New York, and has participated as amicus curiae in several marriage cases in the U.S. and abroad.

Founded in 1974, the **Law Foundation of Silicon Valley** is a private nonprofit corporation in San Jose that sponsors five free legal services and advocacy programs. Our mission is to secure justice and protect human rights by providing legal advocacy, counseling and access to the legal system for those who would otherwise be underrepresented. The Law Foundation has a strong interest in protecting the equal protection rights of our clients and members of the communities that we serve, and assuring that they are protected from discrimination, particularly as to their fundamental rights.

The **Lawyers' Committee for Civil Rights of the San Francisco Bay Area** ("LCCR") is affiliated with the national Lawyers' Committee for Civil Rights Under Law, established in 1963 at the urging of President John F. Kennedy. LCCR was formed to support the rights of minority and low-income persons by offering free legal assistance in civil matters and by litigating cases on behalf of the traditionally underrepresented. In addition, LCCR monitors judicial proceedings and legislation that affect the traditionally disadvantaged and frequently files amicus briefs in cases challenging discriminatory policies and practices. Since advancing the rights of LGBT individuals is integral to any civil rights agenda, LCCR's amicus work has encompassed these issues as well.

**The Legal Aid Society–Employment Law Center** ("LAS-ELC") is a non-profit public interest law firm whose mission is to protect, preserve, and advance workplace rights of individuals from traditionally under-represented communities. Since 1970, LAS-ELC has represented plaintiffs in employment cases, particularly those of special import to communities of color, women, recent immigrants, individuals with disabilities, and LGBT individuals.

The **Lesbian and Gay Lawyers Association of Los Angeles** ("LGLA") is a non-profit voluntary membership bar association of attorneys, law students, and legal professionals in the greater Los Angeles area. LGLA is an affiliate of the Los Angeles County Bar Association. Founded in 1979, LGLA continues its mission of providing a strong leadership presence of and for LGBT persons in the legal profession and in the community at large, through education, legal advocacy, and participation in political and civic activities and social functions. LGLA has fought for equal justice for all persons without regard for their sexual orientation for almost thirty years. LGLA's interest in having the federal Constitution's Equal Protection Clause apply to guarantee marriage equality for LGBT persons is central to LGLA's mission.

**Marriage Equality USA** ("MEUSA") is a national, not-for-profit, all-volunteer corporation that leads a nonpartisan, grassroots educational effort to secure legally recognized civil marriage equality at the federal and state level without regard to gender identity or sexual orientation. MEUSA employs educational and outreach programs, media presentations, partnerships with other organizations that support equality, and a strong membership that engages in local events, including asking for marriage licenses for same-sex couples on Valentine's Day. MEUSA has a strong presence in California, with 23 chapters, as well as chapters in Arizona, Florida, Iowa, New Hampshire, Ohio, Pennsylvania, and Indiana.

The **National LGBT Bar Association** is a national association of LGBT lawyers, judges, law students, activists, and affiliated LGBT voluntary bar associations. The LGBT Bar promotes justice in and through the legal profession for the LGBT community through its annual Lavender Law Career Fair and Conference, the Family Law Institute, its Out & Proud Corporate Counsel Division, and other programs. As the voice of the LGBT community, that National LGBT Bar Association works to defend vulnerable minorities from the tyranny of the majority and does not believe fundamental rights should be determined by popular contest.

**Parents, Families and Friends of Lesbians and Gays** ("PFLAG") is a national non-profit organization with more than 300 chapters and over 200,000 members and supporters in all 50 states. PFLAG has 39 chapters and representatives in the state of California. We promote the health and well-being of lesbian, gay, bisexual and transgender persons, their families and friends through: support, to cope with an adverse society; education, to enlighten an ill-informed public; and advocacy, to end discrimination and to secure equal civil rights. As a family-based organization, we are deeply committed to supporting and advocating for the rights of same-sex couples, and to ensuring that our families are honored with the same rights and responsibilities granted to heterosexual couples and their families.

**People For the American Way Foundation** ("PFAWF") is a nationwide, non-profit, non-partisan citizens' organization established to promote and protect civil and constitutional rights. Founded in 1981 by a group of religious, civic, and educational leaders devoted to our nation's heritage of tolerance, pluralism, and liberty, PFAWF now has hundreds of thousands of members and activists across the country. We frequently represent parties and file amicus curiae briefs in cases defending fundamental constitutional rights, including cases involving the 14th Amendment which guarantees equal protection of the law.

**Pride At Work** is a constituency group of the American Federation of Labor and Congress of Industrial Organizations. Its membership is comprised of both union and non-union workers in a variety of public and private sector employment settings, including school, college and university employees, state and local municipal employees, health care workers, workers in the manufacturing, utilities and building trades. Its purpose is to mobilize mutual support between the organized Labor Movement and the lesbian, gay, bisexual and transgender community in order to achieve social and economic justice. Pride At Work strives to attain equality for LGBT workers and to create a Labor Movement that cherishes diversity, encourages openness, and ensures safety and dignity.

**Sacramento Lawyers for the Equality of Gays and Lesbians** ("SacLEGAL") is a voluntary bar association, an affiliate of the Sacramento County Bar Association and an affiliate of the National LGBT Bar Association. The mission of SacLEGAL is to achieve equality and to provide a leadership presence for LGBT persons through legal advocacy, education and participation in professional, social and political activities. Ensuring that all people have equal marriage rights is a cornerstone of our mission to achieve equality for all people.

Founded in 1850, the **San Francisco Chamber of Commerce** ("Chamber") is the oldest business organization in California, representing 1,500 San Francisco businesses of all sizes from every industry. These businesses employ over 200,000 persons in San Francisco, representing half of the city's workforce. Chamber has a long history of supporting workplace diversity and equal rights. Chamber believes ending marriage discrimination against same-sex couples would improve the ability of California businesses to recruit and retain talented employees, a key to increased business development and economic growth.

Founded in 1971, **San Francisco La Raza Lawyers Association** was the first Latino bar association founded in the country. La Raza's mission is to serve the public interest by promoting the science of jurisprudence; promoting reform in the law and facilitating the administration of justice. La Raza has a long history of advocating for equality under the law. La Raza continues this tradition in signing this *amicus* brief.

**San Francisco Trial Lawyers Association** ("SFTLA") is a professional membership organization of trial attorneys from a broad range of backgrounds. SFTLA has a strong mission statement embracing and promoting diversity within the organization. SFTLA's interest in having courts ensure equal protection under the law is central to its mission. Through its Board of Directors, community outreach, legal and social events, publications and continuing education programs, SFTLA has worked to promote the core constitutional principles of equal protection and fundamental rights, and to oppose discrimination in all forms.

Founded in 1917, the **Santa Clara County Bar Association** ("SCCBA") is a nonprofit membership association of approximately 3400 legal professionals. The SCCBA is committed to promoting full and equal access to the legal system by all individuals, and is a leader in opposing discrimination against gay men and lesbians. The SSCBA, through its formal resolutions and commitment to amicus briefs in prior relevant litigation, opposes Proposition 8 as an unconstitutional infringement of the inalienable, fundamental right of all citizens to marry the person of their choosing, regardless of gender.

The **Transgender Law Center** ("TLC") is a civil rights organization advocating for transgender communities. We connect transgender people and their families to technically sound and culturally competent legal services, increase acceptance and enforcement of laws and policies that support transgender communities, and work to change laws and systems that fail to incorporate the needs and experiences of transgender people. TLC has an interest in protecting minorities from being stripped of their civil rights by majority vote.

The **Vietnamese American Bar Association of Northern California** ("VABANC") was founded in 1998 to provide Vietnamese American attorneys in Northern California with a vehicle for the unified expression of opinions and positions on matters of concern to all Vietnamese American attorneys, to encourage and promote the professional growth of its members, and to foster the exchange of ideas and information among its members and with the community at large. VABANC strives not only to meet the professional needs of our members, but also to use our resources and expertise to serve the public interest.

1     Devoted to protecting civil rights and defending the core constitutional principles of equal protection of the law, these organizations (collectively "*Amici*") seek to brief this Court on the disfavored status imposed, as well as the tangible and intangible injuries inflicted, upon gay and lesbian individuals by virtue of Proposition 8 and its prohibition on their being able to marry. *Amici* respectfully request leave to file the *amicus* brief in support of Plaintiffs attached hereto.

Dated: January 29, 2010

MUNGER, TOLLES & OLSON, LLP
JEROME C. ROTH

By _____/s/ Jerome C. Roth_____
          JEROME C. ROTH
Attorneys for *Amici Curiae*
Bay Area Lawyers for Individual Freedom *et al.*