JEROME C. ROTH (SBN 159483)
Jerome.roth@mto.com
MARK R. CONRAD (SBN 255667)
Mark.Conrad@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  90071-1560
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for *Amici Curiae*
Bay Area Lawyers for Individual Freedom *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, *et al.*,<br><br>            Plaintiffs,<br><br>and<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br>            Plaintiff-Intervenor,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>            Defendants<br><br>and<br><br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et al.*,<br><br>            Defendant-Intervenors. | CASE NO.  09-CV-2292 VRW<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AN *AMICUS* BRIEF BY BAY AREA LAWYERS FOR INDIVIDUAL FREEDOM ("BALIF") *ET AL.*** |

# [PROPOSED] ORDER GRANTING
## MOTION FOR LEAVE TO FILE AN *AMICUS* BRIEF BY
## BAY AREA LAWYERS FOR INDIVIDUAL FREEDOM ("BALIF") *ET AL.*

WHEREAS, on January 29, 2010, Bay Area Lawyers for Individual Freedom; AIDS Legal Referral Panel; API Equality - Northern California; Asian American Bar Association of the Greater Bay Area; Asian Law Caucus; Bar Association of San Francisco; California Women's Law Center; Chinese for Affirmative Action; East Bay La Raza Lawyers Association; Equal Justice Society; Family Equality Council; Filipino Bar Association of Northern California; Freedom to Marry; Law Foundation of Silicon Valley; Lawyers' Committee for Civil Rights of the San Francisco Bay Area; Legal Aid Society-Employment Law Center; Lesbian and Gay Lawyers Association of Los Angeles; Marriage Equality USA; National LGBT Bar Association; Parents, Families and Friends of Lesbians and Gays (PFLAG) National; People for the American Way Foundation; Pride at Work; Sacramento Lawyers for the Equality of Gays and Lesbians; San Francisco Chamber of Commerce; San Francisco La Raza Lawyers Association; San Francisco Trial Lawyers Association; Santa Clara County Bar Association; Transgender Law Center; and the Vietnamese American Bar Association of Northern California filed a motion seeking leave to file an *amicus* brief in support of Plaintiffs in the above-captioned matter;

NOW, THEREFORE, good cause appearing, the Motion for Leave to File an *Amicus Curiae* Brief by Bay Area Lawyers for Individual Freedom ("BALIF") *et al.* is GRANTED.

IT IS SO ORDERED.

Dated: February __, 2010

_____
HON. VAUGHN R. WALKER
United States District Judge