1 | JEROME C. ROTH (SBN 159483)
Jerome.Roth@mto.com
2 | MARK R. CONRAD (SBN 255667)
Mark.Conrad@mto.com
3 | MUNGER, TOLLES & OLSON LLP
560 Mission Street
4 | Twenty-Seventh Floor
San Francisco, CA 94105-2907
5 | Telephone: (415) 512-4000
Facsimile: (415) 512-4077
6
Attorneys for *Amici Curiae*
7 | Bay Area Lawyers for Individual Freedom, *et al.*

8
## UNITED STATES DISTRICT COURT
9
## NORTHERN DISTRICT OF CALIFORNIA
10

11
| | |
|---|---|
| KRISTIN M. PERRY, *et al.*, | CASE NO. 09-CV-2292 VRW |
| Plaintiffs, | |
| and | **NOTICE OF APPEARANCE** |
| CITY AND COUNTY OF SAN FRANCISCO, | Judge: Hon. Vaughn R. Walker<br>Dept: Courtroom 6 |
| Plaintiff-Intervenor, | |
| vs. | |
| ARNOLD SCHWARZENEGGER, *et al.*, | |
| Defendants | |
| and | |
| PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et al.*, | |
| Defendant-Intervenors. | |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT the undersigned enters his appearance as lead counsel for *Amici Curiae* Bay Area Lawyers for Individual Freedom, *et al.* in the above-entitled action.

DATED: FEBRUARY 2, 2010              MUNGER, TOLLES & OLSON LLP
                                     JEROME C. ROTH


                                     By:   */s/ Jerome C. Roth*
                                                JEROME C. ROTH

                                     ATTORNEYS FOR *AMICI CURIAE*
                                     Bay Area Lawyers for Individual Freedom, *et al.*

9843754.1                            - 1 -              CASE NO. 09-Cv-2292 VRW
                                                        NOTICE OF APPEARANCE