JAMES C. HARRISON, State Bar No. 161958
KARI KROGSENG, State Bar No. 215263
REMCHO, JOHANSEN & PURCELL, LLP
201 Dolores Avenue
San Leandro, CA  94577
Phone:  (510) 346-6200
Fax:  (510) 346-6201
Email:  kkrogseng@rjp.com

Attorneys for Third Party Subpoena Recipient
Californians Against Eliminating Basic Rights

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTIN M. PERRY, et al., | No.:  09-cv-2292 VRW |
| Plaintiffs, | **THIRD PARTY CALIFORNIANS AGAINST ELIMINATING BASIC RIGHTS' OPPOSITION TO MOTION TO COMPEL** |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | Hearing: |
| Respondents. | Date: Not set.<br>Time: Not set.<br>Dept: Not set. |

(The Honorable Vaughn R. Walker)

On February 1, 2010, third-party subpoena recipient Californians Against Eliminating Basic Rights ("CAEBR") produced all non-privileged documents in its possession responsive to defendant-intervenors' November 16, 2009 subpoena, as limited by the Court's January 8, 2010 Order (Doc #372).  CAEBR has produced all documents that contain, refer or relate to any arguments for or against Proposition 8, except for communications among CAEBR's core group and communications CAEBR received from other third parties who are contesting the motion to compel.  Attached to the Declaration of Kari Krogseng in Support of CAEBR's Opposition to the Motion to Compel as Exhibit A is a true and correct copy of the February 1, 2010 letter that accompanied CAEBR's production.

Despite this fact, defendant-intervenors refused CAEBR's request that they dismiss the motion to compel CAEBR's documents.  Attached as Exhibit B to the Declaration of Kari Krogseng is a true and correct copy of the February 1, 2010 e-mail summarizing defendant-intervenors' position.

This afternoon, CAEBR received a letter from defendant-intervenors outlining defendant-intervenors' questions and concerns regarding the production.  Attached as Exhibit C to the Declaration of Kari Krogseng is a true and correct copy of defendant-intervenors' February 2, 2010 letter.  CAEBR will address defendant-intervenors' questions and concerns through a meet and confer process.  With one exception, however, the issues raised by defendant-intervenors are not relevant to the pending motion to compel.  CAEBR has not produced documents it received from other third parties that are the subject of this motion to compel.  Because these parties are opposing the motion to compel, CAEBR informed defendant-intervenors that it would produce these documents if the Court were to grant defendant-intervenors' motion to compel.

Given CAEBR's compliance with the subpoena and its agreement to produce documents received from the other third parties if the Court grants the motion, the motion should be dismissed as to CAEBR.

| | |
|---|---|
| Dated: February 2, 2010 | Respectfully submitted,<br><br>James C. Harrison<br>Kari Krogseng<br>REMCHO, JOHANSEN & PURCELL, LLP<br><br>By: _____/S/_____<br>       James C. Harrison<br><br>Attorneys for Third Party Subpoena Recipients<br>Californians Against Eliminating Basic Rights |

(00099918.5)

THIRD PARTY CALIFORNIANS AGAINST ELIMINATING BASIC RIGHTS' OPPOSITION TO MOTION TO COMPEL – NO. 09-cv-2292 VRW

2