JAMES C. HARRISON, State Bar No. 161958
KARI KROGSENG, State Bar No. 215365
REMCHO, JOHANSEN & PURCELL, LLP
201 Dolores Avenue
San Leandro, CA 94577
Phone: (510) 346-6200
Fax: (510) 346-6201
Email: kkrogseng@rjp.com

Attorneys for Third Party Subpoena Recipient
Californians Against Eliminating Basic Rights

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTIN M. PERRY, et al., | No.: 09-cv-2292 VRW |
| Plaintiffs, | **DECLARATION OF KARI KROGSENG IN SUPPORT OF THIRD PARTY CALIFORNIANS AGAINST ELIMINATING BASIC RIGHTS' OPPOSITION TO MOTION TO COMPEL** |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Respondents. | Hearing: |
| | Date: Not set. |
| | Time: Not set. |
| | Dept: Not set. |
| | (The Honorable Vaughn R. Walker) |

DECLARATION OF KARI KROGSENG IN SUPPORT OF THIRD PARTY CALIFORNIANS AGAINST ELIMINATING BASIC RIGHTS' OPPOSITION TO MOTION TO COMPEL - NO. 09-cv-2292 VRW

**DECLARATION OF KARI KROGSENG**

I, Kari Krogseng, declare under penalty of perjury that:

1. I am one of the attorneys for third party subpoena recipient Californians Against Eliminating Basic Rights. I have personal knowledge of the facts stated in this Declaration and could and would testify competently as to its contents if called upon to do so.

2. On February 1, 2010, I sent CAEBR's production of documents via e-mail to defendant-intervenors' counsel, Jesse Panuccio. Attached hereto as Exhibit A is a true and correct copy of the letter I sent to defendant-intervenors' counsel, Jesse Panuccio, on February 1, 2010, which accompanied the production of CAEBR's documents.

3. On February 1, 2010, I spoke to Mr. Panuccio regarding CAEBR's production of documents, and requested that defendant-intervenors dismiss the motion to compel against CAEBR. Attached hereto as Exhibit B is a true and correct copy of the e-mail I received from Mr. Panuccio that responds to and summarizes that conversation, dated February 1, 2010.

4. On February 2, 2010 afternoon, I received a letter response via e-mail from Mr. Panuccio, which outlines defendant-intervenors' questions and concerns regarding the production. Attached hereto as Exhibit C is a true and correct copy of the letter I received from Mr. Panuccio via e-mail on February 2, 2010.

I declare under penalty of perjury that the foregoing is true and correct. I have firsthand knowledge of the same, and if called upon to do so I could and would testify competently thereto. Executed this 2nd day of February, 2010, in San Leandro, California.

Kari Krogseng

{00102704}