1 | GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson, SBN 38137
*tolson@gibsondunn.com*
Matthew D. McGill, *pro hac vice*
Amir C. Tayrani, SBN 229609
1050 Connecticut Avenue, N.W., Washington, D.C. 20036
Telephone: (202) 955-8668, Facsimile: (202) 467-0539

Theodore J. Boutrous, Jr., SBN 132009
*tboutrous@gibsondunn.com*
Christopher D. Dusseault, SBN 177557
Ethan D. Dettmer, SBN 196046
Sarah E. Piepmeier, SBN 227094
Theane Evangelis Kapur, SBN 243570
Enrique A. Monagas, SBN 239087
333 S. Grand Avenue, Los Angeles, California 90071
Telephone: (213) 229-7804, Facsimile: (213) 229-7520

BOIES, SCHILLER & FLEXNER LLP
David Boies, *pro hac vice*
*dboies@bsfllp.com*
333 Main Street, Armonk, New York 10504
Telephone: (914) 749-8200, Facsimile: (914) 749-8300

Jeremy M. Goldman, SBN 218888
*jgoldman@bsfllp.com*
Theodore H. Uno, SBN 248603
1999 Harrison Street, Suite 900, Oakland, California 94612
Telephone: (510) 874-1000, Facsimile: (510) 874-1460

Attorneys for Plaintiffs
KRISTIN M. PERRY, SANDRA B. STIER,
PAUL T. KATAMI, and JEFFREY J. ZARRILLO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, *et al.*, <br> Plaintiffs, <br> and <br> CITY AND COUNTY OF SAN FRANCISCO, <br> Plaintiff-Intervenor, <br> v. <br> ARNOLD SCHWARZENEGGER, *et al.*, <br> Defendants, <br> and <br> PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et al.*, <br> Defendant-Intervenors. | CASE NO. 09-CV-2292 VRW <br><br> **PLAINTIFFS' STATEMENT CONCERNING PROPONENTS' MOTIONS TO COMPEL** <br><br> Trial Date: January 11, 2010 <br><br> Judge: Chief Judge Walker <br>      Magistrate Judge Joseph C. Spero <br><br> Location: Courtroom 6, 17th Floor |

1    Pursuant to this Court's January 26, 2010 order, Doc #526, Plaintiffs respectfully submit this statement concerning the various motions to compel filed by Proponents' seeking to enforce non-party subpoenas. Plaintiffs take no position regarding the specific issues presented by these motions, but note that, aside from one internet advertisement (DIX2308) and three press releases (DIX2472, DIX2500, DIX2502), Proponents did not seek to introduce into evidence publicly disseminated campaign messages urging voters to vote "no" on Proposition 8, despite ample opportunity to do so and, apparently, the production of significant quantities of documents relating to these issues by non-parties. *See* Doc #503 (Proponents' Third Supplemental Exhibit List, which identified over 300 documents produced by various third parties, including the ACLU, Californians Against Eliminating Basic Rights, and Equality California).

   Accordingly, the Proponents' argument that this non-party discovery is somehow necessary to allow them to put before the Court the full "mix" of information does not withstand scrutiny. Doc #472 at 3-4. Proponents made a tactical decision not to make a record on that issue during trial, and this factor weighs against compelling further discovery from the non-parties.

Respectfully submitted,

DATED: February 2, 2010

GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson
Theodore J. Boutrous, Jr.
Christopher D. Dusseault
Ethan D. Dettmer
Matthew D. McGill
Amir C. Tayrani
Sarah E. Piepmeier
Theane Evangelis Kapur
Enrique A. Monagas

By: _____/s/_____
           Theodore J. Boutrous, Jr.

///

///

///

| | |
|---|---|
| 1 | and |
| 2 | BOIES, SCHILLER & FLEXNER LLP |
| 3 | David Boies<br>Jeremy M. Goldman |
| 4 | Roseanne C. Baxter<br>Richard J. Bettan |
| 5 | Beko O. Richardson<br>Theodore H. Uno |
| 6 | Joshua I. Schiller |
| 7 | Attorneys for Plaintiffs<br>KRISTIN M. PERRY, SANDRA B. STIER, |
| 8 | PAUL T. KATAMI, and JEFFREY J. ZARRILLO |