LYNN H. PASAHOW (CSB NO. 054283)
lpasahow@fenwick.com
CAROLYN CHANG (CSB NO. 217933)
cchang@fenwick.com
LESLIE KRAMER (CSB NO. 253313)
lkramer@fenwick.com
LAUREN WHITTEMORE (CSB NO. 255432)
lwhittemore@fenwick.com
FENWICK & WEST LLP
555 California Street, Suite 1200
San Francisco, CA 94104
Telephone:   (415) 875-2300
Facsimile:   (415) 281-1350

Attorneys for Third-Party, Equality California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>Defendants,<br><br>and<br><br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,<br><br>Defendant-Intervenors. | Case No.  09-CV-2292 VRW<br><br>**DECLARATION OF JAMES CARROLL IN SUPPORT OF THIRD-PARTY EQUALITY CALIFORNIA'S OPPOSITION TO DEFENDANT-INTERVENORS' MOTION TO COMPEL COMPLIANCE WITH NON-PARTY DOCUMENT SUBPOENAS**<br><br>Trial:      January 11, 2010<br>Judge:    Chief Judge Vaughn R. Walker<br>Location: Courtroom 6, 17th Floor |

DECL. OF JAMES CARROLL IN SUPP. OF
EQCA'S OPP. TO DEF.-INTERVENORS' MTN. TO                                    CASE NO. 09-CV-2292 VRW
COMPEL COMP. WITH DOC. SUBPOENAS

I, James Brian Carroll, declare as follows:

1. I am Managing Director of Equality California ("EQCA"). I have personal knowledge of the matters set forth herein unless otherwise stated and, if called upon, could and would testify competently thereto.

2. EQCA is a California non-profit organization.

3. EQCA participated in the No on 8 – Equality For All campaign as one of sixty organizations. During the campaign approximately 15 EQCA employees worked on the No on 8 campaign, including myself and Executive Director Geoff Kors. Geoff Kors also served as a member of the Executive Committee of the No on 8 – Equality For All campaign.

4. EQCA's involvement in the effort to defeat Proposition 8 began in early 2008 when the organization aided in the effort to prevent Proposition 8 from qualifying for the ballot.

5. I have over 14,000 saved email messages during the period EQCA employees were working on the No on 8 – Equality For All campaign. I asked several of my colleagues who worked on the campaign how many email messages they had saved during the campaign. One colleague had over 13,000 messages and I estimate that Geoff Kors has over 30,000 email messages from that time period.

6. Although EQCA's email is stored on a central server, the server is not searchable. In order to search the stored email EQCA employees must sign on individually and perform the search of their stored email messages themselves.

7. In November of 2008, I oversaw the search for and collection of public documents for purposes of responding to Proponents' subpoenas. As part of that effort, particular EQCA employees, including myself, had to search for and collect email distributed to the public.

//
//
//
//
//
//

8. I believe the time and effort it would take to re-search EQCA individuals' email for the private communications now being requested by Proponents in order to provide them to our counsel would cause serious disruption to EQCA.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 2nd day of February, 2010, in San Francisco, California.

_____
James Carroll

DECL. OF JAMES CARROLL IN SUPP. OF
EQCA'S OPP. TO DEF.-INTERVENORS' MTN. TO          2                    CASE NO. 09-CV-2292 VRW
COMPEL COMP. WITH DOC. SUBPOENAS