| | |
|---|---|
| 1 | Sonya D. Winner, (SBN 200348) |
| | Bruce R. Deming (SBN 161097) |
| 2 | David M. Jolley (SBN 191164) |
| | John D. Freed (SBN 261518) |
| 3 | COVINGTON & BURLING LLP |
| | One Front Street, Suite 3500 |
| 4 | San Francisco, CA 94111 |
| | Telephone: (415) 591-6000 |
| 5 | Facsimile: (415) 591-6091 |
| | E-mail: djolley@cov.com |
| 6 | |
| | Attorneys for *Amici Curiae* THE AMERICAN |
| 7 | ANTHROPOLOGICAL ASSOCIATION, |
| | THE AMERICAN PSYCHOANALYTIC |
| 8 | ASSOCIATION, THE NATIONAL |
| | ASSOCIATION OF SOCIAL WORKERS, |
| 9 | THE NATIONAL ASSOCIATION OF SOCIAL |
| | WORKERS, CALIFORNIA CHAPTER, AND |
| 10 | THE AMERICAN ACADEMY OF PEDIATRICS, |
| | CALIFORNIA. |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, *et al.*, | Civil Case No.: 09-2292-VRW |
| Plaintiffs, | |
| and | **NOTICE OF MOTION AND MOTION OF THE AMERICAN ANTHROPOLOGICAL ASSOCIATION, THE AMERICAN PSYCHOANALYTIC ASSOCIATION, THE NATIONAL ASSOCIATION OF SOCIAL WORKERS, THE NATIONAL ASSOCIATION OF SOCIAL WORKERS, CALIFORNIA CHAPTER, AND THE AMERICAN ACADEMY OF PEDIATRICS, CALIFORNIA, TO FILE AN *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS** |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Plaintiff-Intervenor, | |
| v. | |
| ARNOLD SCHWARZENEGGER, *et. al.*, | |
| Defendants, | |
| and | |
| PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et. al.*, | |
| Defendant-Intervenors. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the American Anthropological Association, the American Psychoanalytic Association, the National Association of Social Workers, the National Association of Social Workers, California Chapter, and the American Academy of Pediatrics, California, hereby move the Court for leave to file a brief *amici curiae* in the above-captioned case in support of Plaintiffs. A copy of the proposed *amicus* brief is appended as an exhibit to this motion.

I. **STANDARD FOR MOTION FOR LEAVE TO FILE BRIEF OF** *AMICI CURIAE*

District courts have discretion to permit third parties to participate in an action as *amici curiae*. *Woodfin Suite Hotels, LLC v. City of Emeryville*, No. C 06-1254 SBA, 2007 U.S. Dist. LEXIS 4467, at *7 (N.D. Cal. Jan. 9, 2007). Such discretion is generally exercised liberally, as there are no strict prerequisites that must be established to qualify for *amicus* status. *Id.* at *8. The sole criterion is that the applicant must demonstrate that its "participation is useful or otherwise desirable to the court." *Id.* (quoting *In re Roxford Foods Litig.*, 790 F. Supp. 987, 997 (E.D. Cal. 1991)). District courts frequently accept *amicus* briefs from non-parties where the legal issues in a case "have potential ramifications beyond the parties directly involved." *Sonoma Falls Devs., LLC v. Nev. Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003) (quoting *Cobell v Norton*, 246 F. Supp. 2d 59, 62 (D.D.C. 2003)).

In this case, the Court has specifically indicated a willingness to consider *amicus* briefs from non-parties who can offer a specialized perspective on the issues now before it. Trial Tr. at 2946-47.

II. **STATEMENT OF IDENTITY AND INTEREST OF** *AMICI CURIAE*

These *amici*, all of whom are independent of the parties to this action, have extensive experience with the subjects addressed in their *amicus curiae* brief – namely, the psychological and social ramifications of discrimination.

The American Anthropological Association is the world's largest professional organization of anthropologists and others interested in anthropology. Its membership includes all specialties within anthropology, including (among others) cultural anthropology, linguistics,

NOTICE OF MOTION AND MOTION OF THE AMERICAN
ANTHROPOLOGICAL ASSOCIATION, ET AL., TO FILE
*AMICUS CURIAE* BRIEF
Civil Case No.: 09-2292-VRW

1

and applied anthropology.  In 2004, the American Anthropological Association adopted a Statement on Marriage and the Family, which provides:  "The results of more than a century of anthropological research on households, kinship relationships, and families, across cultures and through time, provide no support whatsoever for the view that either civilization or viable social orders depend upon marriage as an exclusively heterosexual institution.  Rather, anthropological research supports the conclusion that a vast array of family types, including families built upon same-sex partnerships, can contribute to stable and humane societies."

The American Psychoanalytic Association is a national membership organization that has been the leading organization of psychoanalysts for the past 90 years.  The membership of the association includes the leading psychoanalysts in the United States, many of whom are also leaders in their fields of psychiatry, psychology, and social work.  There is a large volume of psychoanalytic literature concerning the psychological dimensions of same-sex sexual orientation and the challenges faced by gay and lesbian individuals in our society.  In 1997, the American Psychoanalytic Association's Board of Directors, after careful study that addressed not only the well-being of members of gay and lesbian couples, but also the well-being of their children, families, and the larger society, adopted a resolution stating that, "[b]ecause marriage is a basic human right and an individual personal choice, . . . the State should not interfere with same-gender couples who choose to marry and share fully and equally in the rights, responsibilities, and commitment of civil marriage."  This statement was backed by extensive systematic research and clinical information that demonstrated the salutary effects for gay men and women, their children, and the community of the availability of marriage to same-sex couples.[1]

---

[1]  An expanded version of the research upon which this resolution was based was published by Bertram Cohler and Robert Galatzer-Levy in *The Course of Gay and Lesbian Lives:  Social and Psychoanalytic Perspectives* (2000).

NOTICE OF MOTION AND MOTION OF THE AMERICAN ANTHROPOLOGICAL ASSOCIATION, ET AL., TO FILE *AMICUS CURIAE* BRIEF
Civil Case No.: 09-2292-VRW

2

1     Established in 1955, the National Association of Social Workers ("NASW") is
2 the largest association of professional social workers in the world, with 145,000 members and
3 chapters throughout the United States, Puerto Rico, Guam, and the Virgin Islands; the
4 Association also has an International Chapter in Europe.  The NASW, California Chapter has
5 more than 11,000 members.  With the purpose of developing and disseminating standards of
6 social work practice, while strengthening and unifying the social work profession as a whole,
7 NASW provides continuing education, enforces the *NASW Code of Ethics*, conducts research,
8 publishes books and studies, promulgates professional standards and criteria, and develops
9 policy statements on issues of importance to the social work profession.

10     NASW adopted a policy statement on gay issues in 1977, which was
11 subsequently revised and expanded; that policy and the *NASW Code of Ethics* prohibits social
12 workers from discriminating on the basis of sexual orientation.  In 2004, NASW reaffirmed its
13 policy supporting same-sex marriage.  NASW's family policy recognizes that gay and lesbian
14 people are a part of existing families and provide important caregiving to children, as well as
15 other family members.  The policy further identifies discrimination against lesbian and gay
16 parents as undermining the survival of their families.  NASW and its California chapter affirm
17 their commitment to work toward full social and legal acceptance and recognition of lesbian,
18 gay, and bisexual people as stated in NASW's policy statement, *Lesbian, Gay, and Bisexual*
19 *Issues*:

> It is the position of the NASW that same-gender sexual orientation should be afforded the same respect and rights as other-gender orientation.  Discrimination and prejudice directed against any group is damaging to the social, emotional, and economic well-being of the affected group and of society as a whole.  NASW is committed to advancing policies and practices that will improve the status and well-being of all lesbian, gay, and bisexual people. . . . NASW supports the adoption of local, state, federal, and international policies/legislation that ban all forms of discrimination based on sexual orientation.  LGB people must be granted all rights, privileges, and responsibilities that are granted to heterosexual people, including but not limited to inheritance

NOTICE OF MOTION AND MOTION OF THE AMERICAN ANTHROPOLOGICAL ASSOCIATION, ET AL., TO FILE *AMICUS CURIAE* BRIEF
Civil Case No.: 09-2292-VRW

3

rights, insurance, marriage, child custody, employment, credit, and immigration.[2]

The California District of the American Academy of Pediatrics ("AAP-CA"), representing the over 5,000 board-certified pediatrician members of the four California AAP regional Chapters, has as its mission to attain optimal physical, mental, and social health and well being for all infants, children, adolescents and young adults living in California.  The AAP-CA believes that the physical growth, development, social and mental well-being of all children are supported by allowing parents a full range of parental legal rights, such as Social Security survivor benefits, health benefits for dependent children, and legally recognized consent for education and medical decisions.  In order to protect and promote the best interests of the child, the AAP-CA supports equal access for all California children to the legal, financial and emotional protections of civil marriage for their parents, without discrimination based on family structure.  In light of its focus on children's health issues, the AAP-CA lends its explicit support only to Section III of the attached brief, entitled "Depriving Same-Sex Couples of the Ability to Marry Has Adverse Effects on Their Children."

### III.   *AMICI CURIAE*'S EXPERTISE WILL BENEFIT THIS COURT

In this case, the Court has stated that it will accept the filings of briefs *amicus curiae*.  Trial Tr. at 2946-47.

On the basis of their scientific expertise in the fields of anthropology, psychoanalysis, social work, and pediatrics, *amici* meet the broad discretionary standard for filing an *amicus curiae* brief.  At trial, evidence was presented concerning stigmatization and the psychological and social repercussions borne by gay men and women as a consequence of discrimination.  Given their considerable expertise with these issues, *amici* have "unique information [and] perspective that can help the [C]ourt," by adding scientific context to this record evidence.  *Sonoma Falls*, 272 F. Supp. 2d at 925.  Moreover, "the potential ramifications [of this case] beyond the parties directly involved" are broad, as the outcome will determine the

---

[2]  *Social Work Speaks* 218, 220 (8th ed. 2009).

NOTICE OF MOTION AND MOTION OF THE AMERICAN ANTHROPOLOGICAL ASSOCIATION, ET AL., TO FILE *AMICUS CURIAE* BRIEF
Civil Case No.: 09-2292-VRW

4

rights of an entire population of gay men and women. *Id.* It is therefore especially important that the Court consider the views of third party organizations that are dedicated to the scientific understanding of the social and psychological issues now before it.

Accordingly, the American Anthropological Association, the American Psychoanalytic Association, the National Association of Social Workers, the National Association of Social Workers, California Chapter, and the American Academy of Pediatrics, California, respectfully offer their analysis of these issues to assist the Court in its deliberations.

## IV. CONCLUSION

For the foregoing reasons, the above-listed *amici* respectfully request this Court's leave to submit the attached brief *amici curiae*.

DATED: February 3, 2010                COVINGTON & BURLING LLP


By: _____/s/_____
         Sonya D. Winner

Attorneys for *Amici Curiae* AMERICAN ANTHROPOLOGICAL ASSOCIATION, THE AMERICAN PSYCHOANALYTIC ASSOCIATION, THE NATIONAL ASSOCIATION OF SOCIAL WORKERS, THE NATIONAL ASSOCIATION OF SOCIAL WORKERS, CALIFORNIA CHAPTER, AND THE AMERICAN ACADEMY OF PEDIATRICS, CALIFORNIA

NOTICE OF MOTION AND MOTION OF THE AMERICAN ANTHROPOLOGICAL ASSOCIATION, ET AL., TO FILE *AMICUS CURIAE* BRIEF
Civil Case No.: 09-2292-VRW

5