1  Sonya D. Winner, (SBN 200348)
   Bruce R. Deming (SBN 161097)
2  David M. Jolley (SBN 191164)
   John D. Freed (SBN 261518)
3  COVINGTON & BURLING LLP
   One Front Street, Suite 3500
4  San Francisco, CA 94111
   Telephone: (415) 591-6000
5  Facsimile: (415) 591-6091
   E-mail: djolley@cov.com
6
7  Attorneys for *Amici Curiae* THE AMERICAN
   ANTHROPOLOGICAL ASSOCIATION,
   THE AMERICAN PSYCHOANALYTIC
8  ASSOCIATION, THE NATIONAL
   ASSOCIATION OF SOCIAL WORKERS,
9  THE NATIONAL ASSOCIATION OF SOCIAL
   WORKERS, CALIFORNIA CHAPTER, AND
10 THE AMERICAN ACADEMY OF PEDIATRICS,
   CALIFORNIA.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, *et al.*,<br><br>    Plaintiffs,<br><br>and<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Plaintiff-Intervenor,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, *et. al.*,<br><br>    Defendants,<br><br>and<br><br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et. al.*,<br><br>    Defendant-Intervenors. | Civil Case No.: 09-2292-VRW<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF OF THE AMERICAN ANTHROPOLOGICAL ASSOCIATION, AMERICAN PSYCHOANALYTIC ASSOCIATION, THE NATIONAL ASSOCIATION OF SOCIAL WORKERS, THE NATIONAL ASSOCIATION OF SOCIAL WORKERS, CALIFORNIA CHAPTER, AND THE AMERICAN ACADEMY OF PEDIATRICS, CALIFORNIA, IN SUPPORT OF PLAINTIFFS** |

Good cause appearing, the Motion of *Amici Curiae* the American Anthropological Association, the American Psychoanalytic Association, the National Association of Social Workers, the National Association of Social Workers, California Chapter, and the American Academy of Pediatrics, California, is hereby GRANTED, and the brief attached as an exhibit to that Motion shall be deemed filed.

IT IS SO ORDERED.

DATED:  February __, 2010

Hon. Vaughn R. Walker
United States Chief District Judge

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE
TO FILE *AMICUS CURIAE* BRIEF OF THE AMERICAN
ANTHROPOLOGICAL ASSOCIATION, ET AL.
Civil Case No.: 09-2292-VRW

1