ALAN L. SCHLOSSER (SBN 49957)
aschlosser@aclunc.org
ELIZABETH O. GILL (SBN 218311)
egill@aclunc.org
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493/F: (415) 255-8437

JON W. DAVIDSON (SBN 89301)
jdavidson@lambdalegal.org
JENNIFER C. PIZER (SBN 152327)
jpizer@lambdalegal.org
TARA BORELLI (SBN 216961)
tborelli@lambdalegal.org
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
3325 Wilshire Boulevard, Suite 1300
Los Angeles, CA 90010
T: (213) 382-7600/F: (213) 351-6050

SHANNON P. MINTER (SBN 168907)
sminter@nclrights.org
CHRISTOPHER F. STOLL (SBN 179046)
cstoll@nclrights.org
ILONA M. TURNER (SBN 256219)
iturner@nclrights.org
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
T: (415) 392-6257/F: (415) 392-8442

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, *et al.*,<br><br>   Plaintiffs,<br>and<br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>   Plaintiff-Intervenor,<br>   v.<br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>   Defendants,<br>and<br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et al.*,<br><br>   Defendant-Intervenors. | CASE NO. 09-CV-2292 VRW<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* AMERICAN CIVIL LIBERTIES UNION, LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC., AND NATIONAL CENTER FOR LESBIAN RIGHTS; [PROPOSED] ORDER**<br><br>Judge:      Chief Judge Walker<br>Location:   Courtroom 6, 17th Floor |

Additional Counsel:

MARK ROSENBAUM (SBN 59940)
mrosenbaum@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
T: (213) 977-9500/ F: (213) 250-3919

DAVID BLAIR-LOY (SBN 229235)
dblairloy@aclusandiego.org
ACLU FOUNDATION OF SAN DIEGO AND IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138
T: (619) 232-2121/F: (619) 232-0036

MATTHEW A. COLES (SBN 76090)
mcoles@aclu.org
JAMES D. ESSEKS (SBN 159360)
jesseks@aclu.org
LGBT & AIDS PROJECT
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10005
T: (212) 549-2500/F: (212) 549-2650

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the American Civil Liberties Union, Lambda Legal Defense and Education Fund, Inc. and the National Center for Lesbian Rights hereby move the Court for leave to file a brief *amici curiae* in the above-captioned case, explaining several reasons why Proposition 8 is unconstitutional that are complementary to those presented by Plaintiffs, but that have not been the focus of previous briefing in this case. *Amici* have conferred with counsel for Plaintiffs, Defendant-Intervenors, and Defendant Governor Schwarzenneger, and counsel for those parties have consented to this motion. Defendant Attorney General Brown has submitted a general notice that he will not oppose the filing of any amicus briefs (Docket # 359).

## I.  STANDARD FOR MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE*

"District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Sonoma Falls Devs., LLC v. Nev. Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003.) This standard is met here—indeed, this Court previously accepted an amicus brief regarding Plaintiffs' preliminary injunction motion submitted by *Amici* in June 2009 (Docket # 68).

## II.  IDENTITY AND INTERESTS OF *AMICI CURIAE*

The American Civil Liberties Union (ACLU) is a nationwide, nonpartisan organization with more than 550,000 members dedicated to the defense and promotion of the guarantees of individual liberty secured by state and federal Constitutions and civil rights statutes. The ACLU Foundation of Northern California, the ACLU Foundation of Southern California, and the ACLU Foundation of San Diego and Imperial Counties are the three California affiliates of the ACLU.

Lambda Legal Defense and Education Fund, Inc. (Lambda Legal) is the nation's oldest and largest nonprofit legal advocacy organization dedicated to achieving full civil rights for lesbian, gay, bisexual and transgender (LGBT) people and those living with HIV through impact litigation, education, and public policy work. With offices in Los Angeles, Atlanta, Chicago, Dallas, and New York, Lambda Legal litigates cases and engages in public advocacy in all areas of sexual orientation and gender identity discrimination law and policy.

NCLR is a national non-profit legal organization dedicated to protecting and advancing the civil rights of lesbian, gay, bisexual, and transgender people and their families through litigation, public policy advocacy, and public education. Since its founding in 1977, NCLR has played a leading role in securing fair and equal treatment for LGBT people and their families in cases across the country involving constitutional and civil rights. NCLR has a particular interest in protecting same-sex couples and their children.

The ACLU, Lambda Legal, and NCLR have significant experience and interest in the issues presented in this case. Together, the organizations represented plaintiffs in the litigation that culminated in the California Supreme Court's decision in *In re Marriage Cases*, 183 P.3d 384 (Cal. 2008). The organizations also collectively filed the lead challenge to Proposition 8 in the California Supreme Court, which resulted in that Court's decision in *Strauss v. Horton*, 207 P.3d 48 (Cal. 2009).

### III. CONCLUSION

For the foregoing reasons, the American Civil Liberties Union, Lambda Legal Defense and Education Fund, and the National Center for Lesbian Rights respectfully request this Court's leave to submit a brief *amici curiae*.

Dated:  February 3, 2010

ALAN L. SCHLOSSER
ELIZABETH O. GILL
ACLU Foundation of Northern California

JON W. DAVIDSON
JENNIFER C. PIZER
TARA BORELLI
Lambda Legal Defense and Education Fund, Inc.

SHANNON P. MINTER
CHRISTOPHER F. STOLL
ILONA M. TURNER
National Center for Lesbian Rights

MATTHEW A. COLES
JAMES D. ESSEKS
LGBT & AIDS Project
American Civil Liberties Union Foundation

MARK ROSENBAUM
ACLU Foundation of Southern California

DAVID BLAIR-LOY
ACLU Foundation of San Diego and Imperial Counties

By:        /s/
        ELIZABETH O. GILL

Attorneys for *Amici Curiae* American Civil Liberties Union, Lambda Legal Defense and Education Fund, Inc., and National Center for Lesbian Rights

**[PROPOSED] ORDER**

Good cause appearing, the motion of American Civil Liberties Union, Lambda Legal Defense and Education Fund, and National Center for Lesbian Rights for leave to file a brief *amici curiae* is hereby GRANTED.

IT IS SO ORDERED.

Dated: February ____, 2010

Hon. Vaughn R. Walker
United States Chief District Judge