1  DIANA E. RICHMOND (State Bar No. 58122)
   E-Mail:    *drichmond@sideman.com*
2  LOUIS P. FEUCHTBAUM (State Bar No. 219826)
   E-Mail:    *lfeuchtbaum@sideman.com*
3  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Eighth Floor
4  San Francisco, California 94111-3629
   Telephone:   (415) 392-1960
5  Facsimile:   (415) 392-0827

6  Attorneys for Amicus Curiae Justice Donald B. King,
   California Court of Appeal, Retired
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, et al., | CASE NO. 09-CV-2292 VRW |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING LEAVE FOR JUSTICE DONALD B. KING TO FILE A BRIEF AS AMICUS CURIAE** |
| and | |
| CITY AND COUNTY OF SAN FRANCISCO, | Crtrm.:   6 |
| Plaintiff-Intervenor, | Judge:    The Hon. Vaughn R. Walker |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants, | |
| and | |
| PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, et al., | |
| Defendant-Intervenors. | |

WHEREAS, on February 3, 2010, the Honorable DONALD B. KING, a retired justice of the California Court of Appeal, filed a motion seeking leave to file a brief as *amicus curiae* on behalf of Plaintiffs in the above-captioned matter;

NOW, THEREFORE, good cause appearing, the Motion by Justice Donald B. King, retired, for Leave to File a Brief as Amicus Curiae on Behalf of Plantiffs is GRANTED.

IT IS SO ORDERED.

DATED: February 3, 2010

_____
HON. VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

8172\921572v1