1  ERIC ALAN ISAACSON (120584)
   erici@csgrr.com
2  STACEY M. KAPLAN (241989)
   staceyk@csgrr.com
3  655 West Broadway, Suite 1900
   San Diego, CA 92101
4  Telephone: 619/231-1058
   619/231-7423 (fax)
5
   Attorneys for *Amici Curiae* Unitarian Universalist Legislative Ministry California; Unitarian
6  Universalist Legislative Ministry Action Network, CA; Unitarian Universalist Association;
   California Faith for Equality; California Council of Churches; California Council of Churches
7  Church IMPACT; Northern California Nevada Conference of the United Church of Christ;
   Southern California Nevada Conference of the United Church of Christ; General Synod of the
8  United Church of Christ; Universal Fellowship of Metropolitan Community Churches; Pacific
   Association of Reform Rabbis; and Progressive Jewish Alliance

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, et al., | No. 09-cv-02292-VRW |
| Plaintiffs, | NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF OF UNITARIAN UNIVERSALIST LEGISLATIVE MINISTRY CALIFORNIA; UNITARIAN UNIVERSALIST LEGISLATIVE MINISTRY ACTION NETWORK, CA; UNITARIAN UNIVERSALIST ASSOCIATION; CALIFORNIA FAITH FOR EQUALITY; CALIFORNIA COUNCIL OF CHURCHES; CALIFORNIA COUNCIL OF CHURCHES CHURCH IMPACT; NORTHERN CALIFORNIA NEVADA CONFERENCE OF THE UNITED CHURCH OF CHRIST; SOUTHERN CALIFORNIA NEVADA CONFERENCE OF THE UNITED CHURCH OF CHRIST; GENERAL SYNOD OF THE UNITED CHURCH OF CHRIST; UNIVERSAL FELLOWSHIP OF METROPOLITAN COMMUNITY CHURCHES; PACIFIC ASSOCIATION OF REFORM RABBIS; AND PROGRESSIVE JEWISH ALLIANCE, IN SUPPORT OF PLAINTIFFS |
| – and – | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Plaintiff-Intervenor, | |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants, | |
| – and – | |
| PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, et al. | |
| Defendant-Intervenors. | |
| | DATE: To be determined<br>TIME: To be determined<br>JUDGE: Chief Judge Walker<br>LOCATION: Courtroom 6, 17th Floor |

**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF AS**
*AMICI CURIAE*

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT as soon as the matter may be heard before the Honorable Vaughn R. Walker, in Courtroom 6 of the above-entitled Court, located at United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The Unitarian Universalist Legislative Ministry California, Unitarian Universalist Action Network California, Unitarian Universalist Association, California Faith for Equality, California Council of Churches, California Council of Churches Church IMPACT, Northern California Nevada Conference of the United Church of Christ, Southern California Nevada Conference of United Church of Christ (SCNC), General Synod of the United Church of Christ, Universal Fellowship of Metropolitan Community Churches, Pacific Association of Reform Rabbis, and Progressive Jewish Alliance respectfully seek leave to file the accompanying brief as *amici curiae*.

As explained below, *amici curiae* have a profound interest both in honoring marriage as a fundamental civil right that cannot be abrogated at the ballot box, and in restoring the freedom of California's clergy, who choose to do so, to officiate at the legal marriages of members of their congregations.  While every faith tradition has the right to define its own doctrines concerning religious rites of marriage, none should be able to impose those doctrines on others by law.

No party's counsel authored any part of the proposed brief.  No one other than *amici* and their counsel contributed money to fund the preparation or submission of the brief.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    IDENTITY AND INTEREST OF *AMICI CURIAE***

**A.    Identity of *Amici Curiae***

The identities of proposed *amici curiae*, are as follows:

1.    *Amicus curiae* **Unitarian Universalist Legislative Ministry California (UULM CA)** is a statewide justice ministry that cultivates and connects leaders and communities to empower the public voice of those who share Unitarian Universalist values and Principles – upholding the worth and dignity of every person, furthering justice, equity, and compassion, promoting democracy

and religious freedom. Over 5,000 individuals and many of California's 76 Unitarian Universalist congregations have affiliated with the UULM CA in order to advance the values of their faith. As the General Assembly of the Unitarian Universalist Association, since 1970, has passed 24 resolutions urging support for lesbian, gay, bisexual and transgender ("LGBT") rights, including support for civil marriage for same-sex couples, UULM CA places a high priority on organizing on behalf marriage equality. Hundreds of same-sex couples were legally married by Unitarian Universalist clergy in California between June 17, 2008, and November 4, 2008.

2. *Amicus curiae* **Unitarian Universalist Legislative Ministry Action Network, CA**, and its **UULM Action Network, CA PAC** compose the UULM CA's 501(c)4 public advocacy arm, organizing in support and/or opposition to ballot measures and legislation in order to support Unitarian Universalist values of justice, equity, compassion, religious liberty, and sustainable living. For the fiscal year ending June 2008, it had total revenues of $34,232 and assets of $17,759. For the fiscal year ending June 2009 it had total revenues of $91,709 and total assets of $25,186. In 2008, **UULM Action Network PAC** funded interfaith organizing against Proposition 8; its expenditures opposing Proposition 8 were less than $60,000.

3. *Amicus curiae* **Unitarian Universalist Association of Congregations (UUA)** is a denomination comprising more than 1,000 congregations nationwide, among them many of America's founding churches organized in the early 1600s, and has 76 congregations in the State of California. Since 1970, the UUA General Assembly has adopted 24 resolutions supporting equal rights for LGBT people, including the 1996 resolution in support of legal marriage between same-sex couples. Clergy in Unitarian Universalist congregations officiated at the legal marriages of same-sex couples before Proposition 8's enactment, and wish to do so again.

4. *Amicus curiae* **California Faith for Equality** is a multi-faith coalition whose mission is to educate, support and mobilize California's faith communities to promote equality for LGBT people, many of whom have been deeply wounded by their own faith communities, and to safeguard religious freedom. As a multi-faith organization, it respects and values the wisdom and perspectives

of every faith tradition, several of which recognize same-sex marriage as a religious rite, but many of which do not. Formed in 2005, California Faith for Equality formally incorporated in October 2009.

5.  *Amicus curiae* **California Council of Churches** is an organization of California's Christian churches representing the theological diversity in the state's mainstream and progressive communities of faith. Its membership includes over 4,000 California congregations, numbering more than 1.5 million members, drawn from 21 denominations spanning the mainstream Protestant and Orthodox Christian communities, as well as allies from other faith traditions. Churches in two of those denominations, the **United Church of Christ** (Northern California Nevada Conference; Southern California Nevada Conference), and the **Universal Fellowship of Metropolitan Community Churches** (Region 1; Region 6) have endorsed same-sex marriages within their religious liturgy, and generally opened their doors to same-sex couples to be legally married in religious rites of marriage. The Council's position on same-sex marriage is pro-religious freedom and pro-church autonomy. Joining an *amicus* brief in the *Marriage Cases*, the California Council of Churches declared: "Our commitment to religious liberty for all and equal protection under the law leads us to assert that the State may not rely on the views of particular religious sects as a basis for denying civil marriage licenses to same-gender couples." *In re Marriage Cases*, No. S147999, Brief of the Unitarian Universalist Association of Congregations, et al., at xv-xvi (filed Sept. 26, 2007). As a 501(c)3, the California Council of Churches devoted no resources at all to opposing Proposition 8.

6.  The California Council of Churches' public advocacy arm, *amicus curiae* **California Church IMPACT**, was incorporated as a separate 501(c)4 non-profit in 1996. California Church IMPACT advocates for social justice on behalf of the Council's member congregations and denominations, publishing an electronic ACTION ALERT, and formulating ballot-proposition recommendations based on the faith-based Legislative Principles set forth through the California Council of Churches.   Church IMPACT's expenditure on its November 2008 ballot-

recommendations pamphlet, which covered Proposition 8 as just one of 12 measures on the ballot, came to just $2,489.55 (which may be itemized as follows: $75.00 for graphic design/layout, $675.00 for printing, $500 for mailing services, $1,187.24 for postage, and $52.31 for tax). Church IMPACT also posted a ballot recommendation to its website urging a "No" vote on Proposition 8, explaining that notwithstanding the "liturgical issues around same-sex marriage, we can be united in supporting civil marriage as a secular right. No church would be forced to conduct a wedding that is contrary to its beliefs, but no church or individual should be barred from the right to marry if they choose to do so."[1] Public records show that Church IMPACT's total revenues for the calendar year 2008 were $50,501, and that its net assets came to $4,450. It expended less than $3,000 opposing Proposition 8.

7.     *Amicus curiae* **The Metropolitan Community Churches ("MCC")**, with 43,000 adherents and 250 local congregations located in 23 countries around the world, is the largest Christian denomination ministering primarily to lesbians and gays, among others. For almost four decades, MCC has actively worked on behalf of marriage equality as an integral part of its spiritual commitment to social justice. In 1969, MCC clergy performed the first public marriage between persons of the same sex in the United States, and in 1970 MCC filed the first lawsuit seeking legal recognition for marriages between persons of the same sex. Each year, MCC clergy perform 6,000 wedding ceremonies for same-sex couples. MCC believes these marriages are recognized and blessed by God and a community of faith, and seeks State recognition of the ceremonies performed at MCC churches.

8.     *Amicus curiae* **Northern California Nevada Conference United Church of Christ** is a manifestation of the Church of Jesus Christ and a constituting body of the **United Church of Christ (UCC)**. Members of the Conference include 130 local churches in the state of California. Within the state of California the Conference extends from the Oregon border to the southern

---

[1]     California Council of Churches Church IMPACT, *How Would Jesus Vote? The California Council of Churches IMPACT Recommendations for the 2008 State Ballot Propositions*.

borders of Inyo, Tulare, Kings, and Monterey counties. Until Proposition 8 became law, clergy in those churches solemnized legal marriages of same-sex couples in religious rites of marriage.

9. *Amicus curiae* **Southern California Nevada Conference of the United Church of Christ (SCNC)** is a faith community gathered in over 130 diverse congregations. The purpose of the SCNC is to be a united and uniting community of the people of God, covenanting together for mutual support and common mission. Until Proposition 8 became law, clergy in those churches solemnized legal marriages of same-sex couples in religious rites of marriage.

10. *Amicus curiae* **General Synod of the United Church of Christ** is the representative body of the national setting of the **United Church of Christ (UCC)** and is composed of delegates chosen by its Conferences from member churches, voting members of Boards of Directors of Covenanted Ministries who have been elected by General Synod as described in the Bylaws of the UCC, and of ex officio delegates. The UCC was formed in 1957, by the union of the **Evangelical and Reformed Church** and **The General Council of the Congregational Christian Churches of the United States** in order to express more fully the oneness in Christ of the churches composing it, to make more effective their common witness in Christ, and to serve God's people in the world. The UCC has 5,600 churches in the United States, with more than 200 in California. The General Synod of the UCC, various settings of the UCC, and its predecessor denominations, have a rich heritage of standing in solidarity with those who are marginalized, oppressed, and who suffer under the tyranny of injustice. For more than three decades, the General Synod of the UCC has set a clear course of welcome, inclusion, equality, and justice for lesbian, gay, bisexual, and transgender people. In 1975, the General Synod pronounced its support for the full civil rights of gay and lesbian people. On July 4, 2005, the General Synod adopted a resolution affirming equal marriage rights for couples regardless of gender and declared that the government should not interfere with couples, regardless

of gender, who choose to marry and share fully and equally in the rights, responsibilities and commitment of legally recognized marriage.

11.  *Amicus curiae* **Progressive Jewish Alliance (PJA)**, is a non-profit, California-based membership organization, with over 4,000 members, which educates, advocates and organizes on issues of peace, equality, diversity and justice. Founded in 1999 and with offices in Los Angeles and the San Francisco Bay Area, PJA serves as a vehicle connecting Jews to the critical social justice issues of the day, to the life of the cities in which they live, and to the Jewish tradition of working for *tikkun olam* (the repair of the world). As an integral part of its social justice agenda, PJA supports equal access to civil marriage for all. Representing a people who have long known the sting of marginalization and inferior citizenship, PJA opposes any efforts to discriminate against same-sex couples. PJA's views on this subject are grounded in the Jewish legal tradition that the law should be applied equally to all, citizen and stranger alike. When it comes to officiating at the weddings of same-sex couples, a multiplicity of views exists among and within Jewish denominations, with an emphasis in the Conservative and Reform Movements upon the autonomy of individual rabbis and their congregations.[2]

12.  *Amicus curiae* **PARR-the Pacific Association of Reform Rabbis** is the Western Region of the Central Conference of American Rabbis ("CCAR"). Dedicated to the principals of Reform Judaism, PARR is the organization of over 350 Reform rabbis in 13 states, 1 province and New Zealand. This includes all of California. It opposed Proposition 8 based on its beliefs and

---

[2] *See* Central Conference of American Rabbis, "Resolution on Same Gender Officiation, March 2000," as found at: http://data.ccarnet.org/cgi-bin/resodisp.pl?file=gender&year=2000, accessed on Feb. 3, 2010; *and* Rabbis Elliot N. Dorff, Daniel S. Nevins and Avram I. Reisner, "Homosexuality, Human Dignity & Halakhah: A Combined Responsum for the Committee on Jewish Law and Standards, December 2006" The Rabbinical Assembly as found at: http://www.rabbinicalassembly.org/teshuvot/docs/20052010/ dorff_nevins_reisner_dignity.pdf accessed on Feb. 3, 2010.

resolutions. In 1996 the CCAR endorsed civil marriage for gay people and in 2000 it recognized the right of Reform rabbis to perform religious marriage ceremonies for gay and lesbian Jews.

## II. ARGUMENT

*Amici* respectfully request leave to file the accompanying *amicus curiae* brief, which addresses issues raised by the arguments and evidence presented at trial in this case.

The Unitarian Universalist Legislative Ministry California (UULM CA); California Faith for Equality, Progressive Jewish Alliance, and California Council of Churches are faith-based organizations that support, and have organized on behalf of, religious freedom and access to civil marriage for same-sex couples. The Northern California Nevada Conference and Southern California Nevada Conference of the United Church of Christ; General Synod of the United Church of Christ; and Universal Fellowship of Metropolitan Community Churches and Unitarian Universalist Association represent faith traditions whose clergy were solemnizing legal marriages for same-sex couples in their California congregations – until Proposition 8 passed. The California Council of Churches' membership comprises more than 4,000 of California's Christian congregations from 21 denominations, including both mainstream and progressive Protestant and Orthodox Christian communities, two of which recognize same-sex marriage in their religious rites. The Pacific Association of Reform Rabbis includes rabbis who solemnized legal marriages for same-sex couples prior to the passing of Proposition 8. The Unitarian Universalist Legislative Ministry Action Network, CA PAC and California Council of Churches Church IMPACT engaged in political lobbying and together spent under $63,000 opposing Proposition 8.

*Amici* are united in believing that Proposition 8 impermissibly seeks to impose anti-homosexual attitudes and doctrines of certain sects. They believe the accompanying brief may be useful to the Court both in evaluating the testimony of Proponents' expert witness, Professor Kenneth P. Miller, in considering the status and relative power in our society of gay and lesbian citizens, and in weighing the religious-liberty interests at stake.

## III. CONCLUSION

For the foregoing reasons, leave to file the accompanying *amicus curiae* brief should be granted.

DATED: February 3, 2010  Respectfully submitted,

        s/ ERIC ALAN ISAACSON
        ERIC ALAN ISAACSON

ERIC ALAN ISAACSON
erici@csgrr.com
STACEY M. KAPLAN
staceyk@csgrr.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for *Amici Curiae* Unitarian Universalist Legislative Ministry California; Unitarian Universalist Legislative Ministry Action Network, CA; Unitarian Universalist Association; California Faith for Equality; California Council of Churches; California Council of Churches Church IMPACT; Northern California Nevada Conference of the United Church of Christ; Southern California Nevada Conference of the United Church of Christ; General Synod of the United Church of Christ; Universal Fellowship of Metropolitan Community Churches; Pacific Association of Reform Rabbis; and Progressive Jewish Alliance

1  CERTIFICATE OF SERVICE

2       I hereby certify that on February 3, 2010, I electronically filed the foregoing with the Clerk
3  of the Court using the CM/ECF system which will send notification of such filing to the e-mail
4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have
5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
6  participants indicated on the attached Manual Notice List.

7       I certify under penalty of perjury under the laws of the United States of America that the
8  foregoing is true and correct. Executed on February 3, 2010.

               s/ ERIC ALAN ISAACSON
               ERIC ALAN ISAACSON
               655 West Broadway, Suite 1900
               San Diego, CA  92101-3301
               Telephone:  619/231-1058
               619/231-7423 (fax)
               E-mail: erici@csgrr.com

## Mailing Information for a Case 3:09-cv-02292-VRW

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **American College of Pediatricians**
  kevinsnider@pacificjustice.org

- **Rosanne C. Baxter**
  rbaxter@bsfllp.com

- **Erin Brianna Bernstein**
  Erin.Bernstein@sfgov.org,Martina.Hassett@sfgov.org

- **Richard J. Bettan**
  rbettan@bsfllp.com

- **Board of Supervisors of Imperial County**
  rtyler@faith-freedom.com

- **Stephen V. Bomse**
  sbomse@orrick.com,mmacdonald@orrick.com,dcroyle@orrick.com,clubiszewski@orrick.com

- **James Bopp , Jr**
  jboppjr@bopplaw.com

- **Tara Lynn Borelli**
  tborelli@lambdalegal.org

- **Theodore J. Boutrous , Jr**
  tboutrous@gibsondunn.com,bcruz@gibsondunn.com

- **James J. Brosnahan**
  jbrosnahan@mofo.com,bkeaton@mofo.com

- **David E. Bunim**
  DBunim@haasnaja.com

- **Thomas R. Burke**
  thomasburke@dwt.com,natashamajorko@dwt.com

- **Gordon Bruce Burns**
  Gordon.Burns@doj.ca.gov,Stephanie.Grimes@doj.ca.gov

- **James A Campbell**
  jcampbell@telladf.org,dschowengerdt@telladf.org

- **Holly L Carmichael**
  holly.l.carmichael@gmail.com

- **Timothy D Chandler**
  tchandler@telladf.org,mmagnaghi@telladf.org

- **Brian Ricardo Chavez-Ochoa**
  chavezochoa@yahoo.com

- **Danny Yeh Chou**
  danny.chou@sfgov.org,martina.hassett@sfgov.org

- **Matthew Albert Coles**
  mcoles@aclu.org

- **Mark Russell Conrad**
  Mark.Conrad@mto.com,Lori.Nichols@mto.com

- **Charles J. Cooper**
  ccooper@cooperkirk.com,nmoss@cooperkirk.com,mweitzner@cooperkirk.com

- **County of Imperial of the State of California**
  rtyler@faith-freedom.com

- **Jon Warren Davidson**
  jdavidson@lambdalegal.org

- **Ethan D. Dettmer**
  edettmer@gibsondunn.com,psaunders@gibsondunn.com,mjanky@gibsondunn.com

- **Christopher Dean Dusseault**
  cdusseault@gibsondunn.com

- **James Dixon Esseks**
  jesseks@aclu.org

- **Ethics and Religious Liberty Commission of the Southern Baptist Convention**
  DLlewellyn@LS4law.com

- **Ronald P. Flynn**
  ronald.flynn@sfgov.org,catheryn.daly@sfgov.org

- **James L Garlow**
  chavezochoa@yahoo.com

- **Elizabeth O. Gill**
  egill@aclunc.org,cwilliams@aclunc.org

- **Jeremy Michael Goldman**
  jgoldman@bsfllp.com,jchavez@bsfllp.com,kmcauliffe@bsfllp.com

- **Patrick John Gorman**
  pgorman@wctlaw.com,cortiz@wctlaw.com

- **Eric Grant**
  grant@hicks-thomas.com,rcoleson@bopplaw.com,kphillips@bopplaw.com,jboppjr@aol.com

- **Institute for Marriage and Public Policy**
  amy@jhmlaw.com

- **Claude Franklin Kolm**
  claude.kolm@acgov.org,Brian.Washington@acgov.org,jamartinez@acgov.org,manuel.martinez@acgov.org

- **Leslie A Kramer**
  lkramer@fenwick.com,tpalmerino@fenwick.com

- **Charles S LiMandri**
  climandri@limandri.com

- **Charles Salvatore LiMandri**
  cslimandri@limandri.com,kdenworth@limandri.com

- **David L. Llewellyn , Jr**
  DLlewellyn@LS4law.com

- **Jordan W. Lorence**
  jlorence@telladf.org,arossiter@telladf.org

- **Manuel Francisco Martinez**
  manuel.martinez@acgov.org

- **Mary Elizabeth McAlister**
  court@lc.org

- **Michael James McDermott**

mjm1usa@aol.com

- **Matthew Dempsey McGill**
  mmcgill@gibsondunn.com

- **Miles McPherson**
  chavezochoa@yahoo.com

- **Kenneth C. Mennemeier**
  kcm@mgslaw.com,slau@mgslaw.com,mhaagensen@mgslaw.com,gosling@mgslaw.com,aknight@mgslaw.com

- **Shannon Minter**
  sminter@nclrights.org

- **Enrique Antonio Monagas**
  emonagas@gibsondunn.com,tmotichka@gibsondunn.com,tkapur@gibsondunn.com

- **Jennifer Lynn Monk**
  jmonk@faith-freedom.com

- **Jose Hector Moreno , Jr**
  jhmoreno@jhmlaw.com

- **National Center for Lesbian Rights**
  sminter@nclrights.org

- **Howard C. Nielson , Jr**
  hnielson@cooperkirk.com

- **Austin R. Nimocks**
  animocks@telladf.org

- **Theodore B Olson**
  tolson@gibsondunn.com

- **Tamar Pachter**
  Tamar.Pachter@doj.ca.gov

- **Jesse Michael Panuccio**
  jpanuccio@cooperkirk.com

- **Peter A. Patterson**
  ppatterson@cooperkirk.com

- **Sarah Elizabeth Piepmeier**
  spiepmeier@gibsondunn.com,bhonniball@gibsondunn.com,bsperry@gibsondunn.com

- **Jennifer Carol Pizer**
  jpizer@lambdalegal.org

- **Andrew Perry Pugno**
  andrew@pugnolaw.com

- **Brian W Raum**
  braum@telladf.org,joshua@telladf.org,jhallock@telladf.org

- **Jerome Cary Roth**
  Jerome.Roth@mto.com,susan.ahmadi@mto.com

- **Josh Schiller**
  jischiller@bsfllp.com

- **Alan Lawrence Schlosser**
  aschlosser@aclunc.org

- **Christopher James Schweickert**
  cjs@wcjuris.com

- **Kevin Trent Snider**
  kevinsnider@pacificjustice.org

- **Christopher Francis Stoll**
  cstoll@nclrights.org

- **Andrew Walter Stroud**
  stroud@mgslaw.com,jestabrook@mgslaw.com

- **Amir Cameron Tayrani**
  ATayrani@gibsondunn.com

- **The Becket Fund for Religious Liberty**
  bkemmy@becketfund.org

- **Angela Christine Thompson**
  angelathompsonesq@gmail.com

- **David H. Thompson**
  dthompson@cooperkirk.com,mbarr@cooperkirk.com

- **Terry Lee Thompson**
  tl_thompson@earthlink.net

- **Ilona Margaret Turner**
  iturner@nclrights.org,jdelgado@nclrights.org

- **Robert Henry Tyler**
  rtyler@faith-freedom.com,jmonk@faith-freedom.com,jlloyd@faith-freedom.com

- **Theodore Hideyuki Uno**
  tuno@bsfllp.com,tplummer@bsfllp.com,jchavez@bsfllp.com,jgoldman@bsfllp.com,kmcauliffe@bsfllp.com

- **Christine Van Aken**
  christine.van.aken@sfgov.org,martina.hassett@sfgov.org,mollie.lee@sfgov.org,therese.stewart@sfgov.org,catheryn.daly@sfgov.org

- **Isabel Vargas**
  rtyler@faith-freedom.com

- **Judy Whitehurst**
  JWhitehurst@counsel.lacounty.gov,lgarcia2@counsel.lacounty.gov

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Thomas Brejcha
Thomas More Society
29 S. La Salle
Suite 440
Chicago, IL 60603

Richard E. Coleson
1 South 6th Street
Terre Haute, IN 47807-3510

Christopher M. Gacek
Family Research Council
801 G Street NW
Washington, DC 20001

Kevin James Hasson
1350 Connecticut Avenue, NW
```

Suite 605
Washington, DC 20036-1735

**Theane Evangelis Kapur**
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

**Michael W. Kirk**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 2003

**Rena M Lindevaldsen**
Liberty Counsel
100 Mountainview Rd, Ste 2775
Lynchberg, VA 24502

**Paul Benjamin Linton**
921 Keystone Avenue
Northbrook, IL 60062

**Vincent P. McCarthy**
W. Chestnut Hill Road
Lichfield, CT 06759

**Michael James McDermott**
7172 Regional #329
Dublin
, CA 94568

**National Legal Foundation**
P.O. Box 64427
Virginia Beach, VA 23467-4427

**Kaylan L. Phillips**
1 South 6th Street
Terre Haute, IN 47807-3510

**Tobias Barrington Wolff**
University of Pennsylvania Law School
3400 Chestnut Street
Philadelphia, PA 19104-6204