UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　– and –<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　　Plaintiff-Intervenor,<br><br>　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　Defendants,<br><br>　– and –<br><br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, et al.<br><br>　　　　　Defendant-Intervenors. | No. 09-cv-02292-VRW<br><br>[PROPOSED] ORDER FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF OF UNITARIAN UNIVERSALIST LEGISLATIVE MINISTRY CALIFORNIA; UNITARIAN UNIVERSALIST LEGISLATIVE MINISTRY ACTION NETWORK, CA; UNITARIAN UNIVERSALIST ASSOCIATION; CALIFORNIA FAITH FOR EQUALITY; CALIFORNIA COUNCIL OF CHURCHES; CALIFORNIA COUNCIL OF CHURCHES CHURCH IMPACT; NORTHERN CALIFORNIA NEVADA CONFERENCE OF THE UNITED CHURCH OF CHRIST; SOUTHERN CALIFORNIA NEVADA CONFERENCE OF THE UNITED CHURCH OF CHRIST; GENERAL SYNOD OF THE UNITED CHURCH OF CHRIST; UNIVERSAL FELLOWSHIP OF METROPOLITAN COMMUNITY CHURCHES; PACIFIC ASSOCIATION OF REFORM RABBIS; AND PROGRESSIVE JEWISH ALLIANCE, IN SUPPORT OF PLAINTIFFS<br><br>DATE:　　　To be determined<br>TIME:　　　To be determined<br>JUDGE:　　Chief Judge Walker<br>LOCATION: Courtroom 6, 17th Floor |

WHEREAS, on February 3, 2010, Unitarian Universalist Legislative Ministry California, Unitarian Universalist Legislative Ministry Action Network, CA, Unitarian Universalist Association, California Faith for Equality, California Council of Churches, California Council of Churches Church IMPACT, Northern California Nevada Conference of the United Church of Christ, Southern California Nevada Conference of the United Church of Christ, General Synod of the United Church of Christ, Universal Fellowship of Metropolitan Community Churches, Pacific Association of Reform Rabbis, and Progressive Jewish Alliance filed a motion seeking leave to file an *amicus curiae* brief in support of Plaintiffs in the above-captioned matter;

NOW, THEREFORE, good cause appearing, the Motion for Leave to File an *Amicus Curiae* Brief of the Unitarian Universalist Legislative Ministry California, *et al*. is GRANTED.

IT IS SO ORDERED.

DATED: _____    _____
　　　　　　　　　　　　　　　　　THE HONORABLE VAUGHN R. WALKER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Submitted by:

ERIC ALAN ISAACSON
erici@csgrr.com
STACEY M. KAPLAN
staceyk@csgrr.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)


　　　s/ ERIC ALAN ISAACSON
　　　　ERIC ALAN ISAACSON

Attorneys for *Amici Curiae* Unitarian Universalist Legislative Ministry California; Unitarian Universalist Legislative Ministry Action Network, CA; Unitarian Universalist Association; California Faith for Equality; California Council of Churches; California Council of Churches Church IMPACT; Northern California Nevada Conference of the United Church of Christ; Southern California Nevada Conference of the United Church of Christ; General Synod of the United Church of Christ; Universal Fellowship of Metropolitan Community Churches; Pacific Association of Reform Rabbis; and Progressive Jewish Alliance

[PROPOSED] ORDER FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF - 09-cv-02292-VRW　　　- 1 -

CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 3, 2010.

    s/ ERIC ALAN ISAACSON
ERIC ALAN ISAACSON
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail: erici@csgrr.com

# Mailing Information for a Case 3:09-cv-02292-VRW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **American College of Pediatricians**
  kevinsnider@pacificjustice.org

- **Rosanne C. Baxter**
  rbaxter@bsfllp.com

- **Erin Brianna Bernstein**
  Erin.Bernstein@sfgov.org,Martina.Hassett@sfgov.org

- **Richard J. Bettan**
  rbettan@bsfllp.com

- **Board of Supervisors of Imperial County**
  rtyler@faith-freedom.com

- **Stephen V. Bomse**
  sbomse@orrick.com,mmacdonald@orrick.com,dcroyle@orrick.com,clubiszewski@orrick.com

- **James Bopp , Jr**
  jboppjr@bopplaw.com

- **Tara Lynn Borelli**
  tborelli@lambdalegal.org

- **Theodore J. Boutrous , Jr**
  tboutrous@gibsondunn.com,bcruz@gibsondunn.com

- **James J. Brosnahan**
  jbrosnahan@mofo.com,bkeaton@mofo.com

- **David E. Bunim**
  DBunim@haasnaja.com

- **Thomas R. Burke**
  thomasburke@dwt.com,natashamajorko@dwt.com

- **Gordon Bruce Burns**
  Gordon.Burns@doj.ca.gov,Stephanie.Grimes@doj.ca.gov

- **James A Campbell**
  jcampbell@telladf.org,dschowengerdt@telladf.org

- **Holly L Carmichael**
  holly.l.carmichael@gmail.com

- **Timothy D Chandler**
  tchandler@telladf.org,mmagnaghi@telladf.org

- **Brian Ricardo Chavez-Ochoa**
  chavezochoa@yahoo.com

- **Danny Yeh Chou**
  danny.chou@sfgov.org,martina.hassett@sfgov.org

- **Matthew Albert Coles**
  mcoles@aclu.org

- **Mark Russell Conrad**
  Mark.Conrad@mto.com,Lori.Nichols@mto.com

- **Charles J. Cooper**
  ccooper@cooperkirk.com,nmoss@cooperkirk.com,mweitzner@cooperkirk.com

- **County of Imperial of the State of California**
  rtyler@faith-freedom.com

- **Jon Warren Davidson**
  jdavidson@lambdalegal.org

- **Ethan D. Dettmer**
  edettmer@gibsondunn.com,psaunders@gibsondunn.com,mjanky@gibsondunn.com

- **Christopher Dean Dusseault**
  cdusseault@gibsondunn.com

- **James Dixon Esseks**
  jesseks@aclu.org

- **Ethics and Religious Liberty Commission of the Southern Baptist Convention**
  DLlewellyn@LS4law.com

- **Ronald P. Flynn**
  ronald.flynn@sfgov.org,catheryn.daly@sfgov.org

- **James L Garlow**
  chavezochoa@yahoo.com

- **Elizabeth O. Gill**
  egill@aclunc.org,cwilliams@aclunc.org

- **Jeremy Michael Goldman**
  jgoldman@bsfllp.com,jchavez@bsfllp.com,kmcauliffe@bsfllp.com

- **Patrick John Gorman**
  pgorman@wctlaw.com,cortiz@wctlaw.com

- **Eric Grant**
  grant@hicks-thomas.com,rcoleson@bopplaw.com,kphillips@bopplaw.com,jboppjr@aol.com

- **Institute for Marriage and Public Policy**
  amy@jhmlaw.com

- **Claude Franklin Kolm**
  claude.kolm@acgov.org,Brian.Washington@acgov.org,jamartinez@acgov.org,manuel.martinez@acgov.org

- **Leslie A Kramer**
  lkramer@fenwick.com,tpalmerino@fenwick.com

- **Charles S LiMandri**
  climandri@limandri.com

- **Charles Salvatore LiMandri**
  cslimandri@limandri.com,kdenworth@limandri.com

- **David L. Llewellyn , Jr**
  DLlewellyn@LS4law.com

- **Jordan W. Lorence**
  jlorence@telladf.org,arossiter@telladf.org

- **Manuel Francisco Martinez**
  manuel.martinez@acgov.org

- **Mary Elizabeth McAlister**
  court@lc.org

- **Michael James McDermott**

mjm1usa@aol.com

- **Matthew Dempsey McGill**
  mmcgill@gibsondunn.com

- **Miles McPherson**
  chavezochoa@yahoo.com

- **Kenneth C. Mennemeier**
  kcm@mgslaw.com,slau@mgslaw.com,mhaagensen@mgslaw.com,gosling@mgslaw.com,aknight@mgslaw.com

- **Shannon Minter**
  sminter@nclrights.org

- **Enrique Antonio Monagas**
  emonagas@gibsondunn.com,tmotichka@gibsondunn.com,tkapur@gibsondunn.com

- **Jennifer Lynn Monk**
  jmonk@faith-freedom.com

- **Jose Hector Moreno , Jr**
  jhmoreno@jhmlaw.com

- **National Center for Lesbian Rights**
  sminter@nclrights.org

- **Howard C. Nielson , Jr**
  hnielson@cooperkirk.com

- **Austin R. Nimocks**
  animocks@telladf.org

- **Theodore B Olson**
  tolson@gibsondunn.com

- **Tamar Pachter**
  Tamar.Pachter@doj.ca.gov

- **Jesse Michael Panuccio**
  jpanuccio@cooperkirk.com

- **Peter A. Patterson**
  ppatterson@cooperkirk.com

- **Sarah Elizabeth Piepmeier**
  spiepmeier@gibsondunn.com,bhonniball@gibsondunn.com,bsperry@gibsondunn.com

- **Jennifer Carol Pizer**
  jpizer@lambdalegal.org

- **Andrew Perry Pugno**
  andrew@pugnolaw.com

- **Brian W Raum**
  braum@telladf.org,joshua@telladf.org,jhallock@telladf.org

- **Jerome Cary Roth**
  Jerome.Roth@mto.com,susan.ahmadi@mto.com

- **Josh Schiller**
  jischiller@bsfllp.com

- **Alan Lawrence Schlosser**
  aschlosser@aclunc.org

- **Christopher James Schweickert**
  cjs@wcjuris.com

- **Kevin Trent Snider**
  kevinsnider@pacificjustice.org

- **Christopher Francis Stoll**
  cstoll@nclrights.org

- **Andrew Walter Stroud**
  stroud@mgslaw.com,jestabrook@mgslaw.com

- **Amir Cameron Tayrani**
  ATayrani@gibsondunn.com

- **The Becket Fund for Religious Liberty**
  bkemmy@becketfund.org

- **Angela Christine Thompson**
  angelathompsonesq@gmail.com

- **David H. Thompson**
  dthompson@cooperkirk.com,mbarr@cooperkirk.com

- **Terry Lee Thompson**
  tl_thompson@earthlink.net

- **Ilona Margaret Turner**
  iturner@nclrights.org,jdelgado@nclrights.org

- **Robert Henry Tyler**
  rtyler@faith-freedom.com,jmonk@faith-freedom.com,jlloyd@faith-freedom.com

- **Theodore Hideyuki Uno**
  tuno@bsfllp.com,tplummer@bsfllp.com,jchavez@bsfllp.com,jgoldman@bsfllp.com,kmcauliffe@bsfllp.com

- **Christine Van Aken**
  christine.van.aken@sfgov.org,martina.hassett@sfgov.org,mollie.lee@sfgov.org,therese.stewart@sfgov.org,catheryn.daly@sfgov.org

- **Isabel Vargas**
  rtyler@faith-freedom.com

- **Judy Whitehurst**
  JWhitehurst@counsel.lacounty.gov,lgarcia2@counsel.lacounty.gov

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Thomas Brejcha
Thomas More Society
29 S. La Salle
Suite 440
Chicago, IL 60603

Richard E. Coleson
1 South 6th Street
Terre Haute, IN 47807-3510

Christopher M. Gacek
Family Research Council
801 G Street NW
Washington, DC 20001

Kevin James Hasson
1350 Connecticut Avenue, NW
```

Suite 605
Washington, DC 20036-1735

**Theane Evangelis Kapur**
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

**Michael W. Kirk**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 2003

**Rena M Lindevaldsen**
Liberty Counsel
100 Mountainview Rd, Ste 2775
Lynchberg, VA 24502

**Paul Benjamin Linton**
921 Keystone Avenue
Northbrook, IL 60062

**Vincent P. McCarthy**
W. Chestnut Hill Road
Lichfield, CT 06759

**Michael James McDermott**
7172 Regional #329
Dublin
, CA 94568

**National Legal Foundation**
P.O. Box 64427
Virginia Beach, VA 23467-4427

**Kaylan L. Phillips**
1 South 6th Street
Terre Haute, IN 47807-3510

**Tobias Barrington Wolff**
University of Pennsylvania Law School
3400 Chestnut Street
Philadelphia, PA 19104-6204