SUSAN M. POPIK (SBN 67173)
 spopik@chapop.com
MERRI A. BALDWIN (SBN 141957)
 mbaldwin@chapop.com
CHAPMAN, POPIK & WHITE LLP
650 California Street, 19th Floor
San Francisco, California 94108
Telephone: (415) 352-3000
Facsimile: (415) 352-3030

SUZANNE B. GOLDBERG (*admission pro hac vice pending*)
Clinical Professor of Law and Director
Sexuality & Gender Law Clinic
COLUMBIA LAW SCHOOL
435 West 116th Street
New York, NY 10027
Telephone: (212) 854-0411

Attorneys for Amicus Curiae
NATIONAL GAY AND LESBIAN
TASK FORCE FOUNDATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, et al., | No. C 09-CV-2292 VRW |
| Plaintiffs, | |
| and | **MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE NATIONAL GAY AND LESBIAN TASK FORCE FOUNDATION IN SUPPORT OF PLAINTIFFS** |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Plaintiff-Intervenor, | |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | Judge: Hon. Vaughn R. Walker<br>Dep't: Courtroom 8 |
| Defendants, | |
| and | |
| PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, et al., | |
| Defendant-Intervenors. | |

The National Gay and Lesbian Task Force Foundation ("the Task Force") hereby moves this Court for leave to file an amicus curiae brief in support of Plaintiffs in this action. For the reasons set forth below, the Task Force believes that its proposed brief will be of benefit to the Court in considering the issues before it.

Founded in 1973, the Task Force is the oldest national lesbian, gay, bisexual and transgender (LGBT) civil rights and advocacy organization. With members in every U.S. state, the Task Force works to build the grassroots political power of the LGBT community by training state and local activists and leaders; conducting LGBT-related research and data analysis; and organizing broad-based campaigns to advance pro-LGBT legislation and to defeat anti-LGBT referenda. As part of a broader social justice movement, the Task Force works to create a world in which all people may fully participate in society, including the full and equal participation of same-sex couples in the institution of civil marriage.

The Task Force believes that its views about the state's distinction between marriage and domestic partnership can supplement the arguments already before the Court in this case. Specifically, the Task Force's proposed amicus brief argues that the state's dual framework for recognizing relationships violates the United States Constitution's equal protection guarantee in two ways: (1) it denies same-sex couples access to marriage's unique social value; and (2) it expresses an impermissibly disfavoring message about the worth of same-sex couples relative to different-sex couples. The Task Force concurs with other arguments made by Plaintiffs and their supporting amici, but does not repeat those arguments in its brief.

Because the Task Force represents the interests of many Californians whose well being could be adversely affected by the Court's decision in this case, and because it has developed an argument that is not advanced in briefing already before the Court, the Task Force believes it can assist the Court in its consideration of the important questions presented in this trial. Accordingly, the Task Force requests leave to file the accompanying brief amicus curiae.

Dated: February 3, 2010

Respectfully submitted,

Suzanne B. Goldberg (*admission pro hac vice pending*)
Clinical Professor of Law and Director
**Sexuality & Gender Law Clinic**
**Columbia Law School**


CHAPMAN, POPIK & WHITE LLP


By: __/s/ Susan Popik_____
    Susan M. Popik

Attorneys for Amicus Curiae
NATIONAL GAY AND LESBIAN
TASK FORCE FOUNDATION