1  SUSAN M. POPIK (SBN 67173)
       spopik@chapop.com
2  MERRI A. BALDWIN (SBN 141957)
       mbaldwin@chapop.com
3  CHAPMAN, POPIK & WHITE LLP
   650 California Street, 19th Floor
4  San Francisco, California 94108
   Telephone: (415) 352-3000
5  Facsimile:  (415) 352-3030

6  SUZANNE B. GOLDBERG (*admission pro hac
       vice pending*)
7  Clinical Professor of Law and Director
   Sexuality & Gender Law Clinic
8  COLUMBIA LAW SCHOOL
   435 West 116th Street
9  New York, NY 10027
   Telephone: (212) 854-0411
10
   Attorneys for Amicus Curiae
11 NATIONAL GAY AND LESBIAN
   TASK FORCE FOUNDATION
12

13               UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  KRISTIN M. PERRY, et al., | No. C 09-CV-2292 VRW |
| 17           Plaintiffs, | |
| 18  and | **[PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF OF AMICUS CURIAE NATIONAL GAY AND LESBIAN TASK FORCE FOUNDATION** |
| 19  CITY AND COUNTY OF SAN FRANCISCO, | |
| 20           Plaintiff-Intervenor, | |
| 21       v. | |
| 22  ARNOLD SCHWARZENEGGER, et al., | |
| 23           Defendants, | |
| 24  and | |
| 25  PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, et al., | |
| 26  | |
| 27           Defendant-Intervenors. | |
| 28  | |

1 | GOOD CAUSE APPEARING THEREFOR, the Motion for Leave to File Brief of Amicus Curiae National Gay and Lesbian Task Force Foundation in Support of Plaintiffs is hereby GRANTED.

Dated: February ___, 2010

_____
HON. VAUGHN R. WALKER
United States District Judge