STEVEN E. MITCHEL, CSBN 124435
Attorney at Law:
912 Cole Street #320
San Francisco, CA 94117
Tel: (415) 350-1676
Email: mitchelsteve@yahoo.com

Attorney for Amicus Curiae
THE PROGRESSIVE PROJECT,
COLAGE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiff,<br><br>vs.<br><br>SCHWARZENEGGER, et al,<br><br>Defendant. | Case No: 3:09-cv-02292<br><br>[PROPOSED] ORDER |

The Motion for Leave to File (Dkt. # 554) an *Amici* Brief by The Progressive Project and COLAGE in support of Plaintiffs is hereby GRANTED.

Dated: _____          _____

                                THE HONORABLE VAUGHN R. WALKER

1