1
2  Michael Wolf
3  P.O. Box 52
4  Colfax, WA 99111-0052
5  (208) 596-8401
6  mwolf@nethere.com
7
8  *Amicus Curi*
9

# FILED

## JAN 2 2 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10          IN THE UNITED STATES DISTRICT COURT

11          FOR THE DISTRICT OF NORTHERN CALIFORNIA

12

| | |
|---|---|
| KRISIN M PERRY, *et al.*, <br><br>      Plaintiffs, <br> and <br> CITY AND COUNTY OF SAN FRANSISCO, <br><br>      Plaintiff-Intervenor, <br><br>      v <br><br> ARNOLD SCHWARTZENEGGER et. al. <br><br>      Defendants, <br> and <br> DENNIS HOLLINGSWORTH *et al.,* <br><br>      Defendant-Intervenors. | NO. CV 09-2292 VRW <br><br><br><br><br><br> **MOTION FOR LEAVE OF MICHAEL WOLF TO FILE AS AMICUS CURI** |

13
14

15

1    Michael Wolf, pro se in the above-entitled matter, hereby moves the Court to grant leave

2    to file the accompanying document as an Amicus Curi in the matter before the court in support

3    of ruling Proposition 8 is Unconstitutional.

4    1. Michael Wolf is an interested party in this matter in that he has researched the matter

5    at-hand and discovered a novel argument about the Constitutionality of Proposition 8 which has

6    not been presented to this court.

7    2. Michael Wolf, while not an attorney, is an intelligent, educated gentleman who has

8    been studying law as a passion, a pursuit he was forced to undergo in representing his own

9    disability and similar state benefits cases.  Mr. Wolf is disabled, and has a great deal of time to

10   spend pondering issues of import to himself and his fellow citizens and especially

11   underrepresented segments of society.

12   3. Michael Wolf has been involved in same-sex relationships and has friends who are in

13   similar relationships, and intimately knows the pains endured by same-sex couples denied equal

14   access to the rights afforded to opposite-sex couples.  Michael Wolf does not present as a biased

15   amicus on behalf of the plaintiffs, but rather presents as a person who once thought as the

16   defendants do, but later recognized the error of his beliefs through a drastic change of

17   perspective brought on in part by his disabilities which introduced him to a world he previously

18   shunned because of the paradigm he was raised under, a paradigm which unfortunately included

19   discriminatory behavior towards homosexuals as acceptable.

20   4. Michael Wolf has written an editorial which he has attempted to publish in various

21   newspapers and periodicals, without success, due to his lack of credentials as an established

22   authority.  Michael Wolf does not believe that where you work and how society views

1   credentials should prevent a valid legal argument from being presented to the public, especially

2   when an underrepresented and surpressed minority is mistreated.

3        5. Michael Wolf has followed the Proposition 8 matter since he first heard about it

4   through reading of news articles. Mr. Wolf does not watch broadcast television or listen to

5   broadcast radio, and thus is free of biased input from media outlets and propaganda-laden

6   advertising campaigns of either opponents to, or proponents of, Proposition 8.  Michael Wolf is

7   therefore a neutral party in that his beliefs on the matter are the result of careful though, referral

8   to the founding documents of the United States of America, and a genuine interest in justice.

9        6. Michael Wolf has discovered an element to the same-sex marriage debate that is of

10   paramount importance, as a violation of the principles of freedom of this nation, as specifically

11   laid out in the Constitution and Declaration of Independence, on par with similar violations of

12   the rights of women, African-Americans, interracial couples, and other groups previously

13   discriminated against in our history as a nation.  Michael Wolf feels that California Voters, under

14   influence of propaganda by Proposition 8 proponents, and otherwise unaware of Constitutional

15   Law, unwittingly voted to discriminate against same-sex couples, an effort Michael Wolf

16   believes to be a violation of the First Amendment separation of Church and State, because the

17   voters of the State of California are under the mistaken impression that "marriage" as written in

18   the language of Proposition 8 is a religious institution.

19        7. Given that the plaintiffs and intervenors, as well as much of America as a whole, seem

20   to be unaware of this injustice that is the result of a seemingly simple confusion of definition of

21   terms; Michael Wolf feels it is vital that his argument on the Constitutionality of Proposition 8

22   under the First Amendment be heard, as not only will it profoundly affect the outcome of the

23   above-entitled matter; but will mark a significant precedent in matters of a similar nature,

1    wherein religious organizations are attempting to exert influence over the Laws of the United

2    States in violation of the First Amendment.

3         8. Michael Wolf has submitted his arguments to both the Plaintiff's attorneys, and the

4    Defendant's attorneys; neither party having recognized the arguments Mr. Wolf presented and

5    thus have noticed the court of these matters.  It therefore defers to Mr. Wolf to file as an amicus

6    in this matter to ensure that all arguments pertaining to the matter be heard.  Additionally, given

7    that both Plaintiffs and Defendants have been made aware of these arguments, their non-response

8    should be considered a failure to object and the amicus brief should be heard without delay.

9

10                                   **Conclusion**

11        Motion for leave to file as amicus curi should be granted and the brief entered into the

12   record without delay.

13

14                                   Respectfully submitted

15                                   _____    _____
16                                   Michael Wolf
17
18                                   PO Box 52
19                                   Colfax, WA  99111
20                                   (208) 596-8401
21
22                                   *Pro Se Amicus Curi*