Herma Hill Kay (SBN 30734)
hkay@law.berkeley.edu
BERKELEY SCHOOL OF LAW
University of California
Berkeley, CA 94720
Telephone: (510) 643-2671
Facsimile: (510) 643-2673

Michael S. Wald (SBN 47219)
mwald@stanford.edu
STANFORD LAW SCHOOL
559 Nathan Abbott Way
Stanford, CA 94305
Telephone: (650) 723-0322
Facsimile: (650) 725-0253

*Attorneys for Amici Curiae
California Professors of Family Law*

[FILED stamp: 2010 FEB -2 A 10: 08, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>Defendants. | Case No. CV-09-2292 VRW<br><br>**APPLICATION TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS AND STATEMENT OF INTEREST OF AMICI CURIAE**<br><br>Judge: Chief Judge Vaughn R. Walker |

# APPLICATION TO FILE AN AMICUS CURIAE BRIEF
# IN SUPPORT OF PLAINTIFFS AND
# STATEMENT OF INTEREST OF AMICI CURIAE

Amici curiae hereby respectfully apply for leave to file an amicus curiae brief in support of the plaintiffs.

Amici are all professors of family law in California. Amici include the authors of major casebooks and treatises on family law, as well as numerous scholarly works related to the issue before this Court. Amici are extremely familiar with California and national family law history, legislation, case law, and policy as they apply to this case. As family law scholars, amici have a substantial interest in the issue before this Court, which concerns a central aspect of family law, the nature of marriage.

Amici agree with both the plaintiffs and defendants in this case that marriage is a critical institution in society. Through both law and culture, marriage carries with it distinctive personal, psychological, and social benefits to both adults and children. Thus, any laws that deprive individuals of access to marriage raise substantial concerns regarding the promotion of family life and the well-being of adults and children. Amici support plaintiffs' claims that there are no reasonable justifications, in terms of the purposes of family law, for depriving individuals of the opportunity to marry someone of the same sex and that Proposition 8 therefore violates plaintiffs' rights under the Due Process and Equal Protection Clauses of the United States Constitution.

In this brief, amici focus on two of the arguments proffered by those seeking to justify the constitutionality of denying same sex couples the opportunity to marry: (a) that the desire to preserve a "traditional" definition of marriage is an adequate justification for denying individuals the right to marry someone of the same sex; and (b) that by providing same-sex couples the opportunity to enter into domestic partnerships California has afforded them a marriage-like status that is sufficient to meet the State's obligations under the Equal Protection Clause. Amici believe

1

that both contentions lack merit from a constitutional or family law perspective. We believe that our expertise with respect to these issues will contribute to the deliberations of this Court.

Amici Curiae include:

- **Scott Altman**, Vice Dean and Virginia and Fred. H. Bice Professor of Law, University of Southern California Law Center;
- **R. Richard Banks**, Jackson Eli Reynolds Professor of Law Professor of Law, Stanford University;
- **Grace Ganz Blumberg**, Professor of Law, University of California, Los Angeles School of Law;
- **Janet Bowermaster**, Professor of Law, California Western School of Law;
- **Carol S. Bruch,** Distinguished Professor Emerita, University of California, Davis School of Law;
- **Patricia Cain**, Professor of Law, Santa Clara School of Law;
- **Jan C. Costello,** Professor of Law, Loyola Law School, Loyola Marymount University;
- **Barbara J. Cox**, Clara Shortridge Foltz Professor of Law, California Western School of Law;
- **H. Jay Folberg**, Professor of Law Emeritus, University of San Francisco School of Law;
- **Deborah L. Forman**, Professor of Law and J. Allan Cook & Mary Schalling Cook Children's Law Scholar, Whittier Law School;
- **Joan H. Hollinger**, Lecturer-in-Residence/Director Child Advocacy Program, University of California, Berkeley School of Law;
- **Lisa Ikemoto,** Associate Professor of Law, University of California, Davis School of Law;
- **Courtney G. Joslin**, Acting Professor of Law, University of California, Davis School of Law;
- **Herma Hill Kay**, Barbara Nachtrieb Armstrong Professor of Law, University of California, Berkeley School of Law;

2
APPLICATION TO FILE AMICUS CURIAE BRIEF
Case No. C V-09--2292 VRW

- **Lawrence Levine**, Professor of Law, University of the Pacific, McGeorge School of Law;
- **Maya Manian**, Associate Professor of Law, University of San Francisco School of Law;
- **Melissa Murray,** Assistant Professor of Law, , University of California, Berkeley School of Law;
- **John Myers**, Distinguished Professor and Scholar, University of the Pacific, McGeorge School of Law;
- **Doug NeJaine,** Assistant Professor of Law, Loyola Law School, Loyola Marymount University;
- **Patti Paniccia**, Assistant Professor of Law, Pepperdine School of Law;
- **Shelley Saxer**, Professor of Law, Pepperdine School of Law;
- **E.Gary Spitko**, Professor of Law, Santa Clara School of Law;
- **Nomi Stolzenberg,** Nathan and Lilly Shappell Professor of Law, University of Southern California Law Center;
- **Michael S. Wald**, Jackson Eli Reynolds Professor of Law Emeritus, Stanford University;
- **Janet Weinstein,** Professor of Law, California Western School of Law;
- **D. Kelly Weisberg**, Professor of Law, Hastings College of the Law;
- **Lois Weithorn**, Professor of Law, Hastings College of the Law;
- **Michael Zamperini**, Professor of Law, Golden Gate University.

Dated: February 1, 2010

Respectfully submitted,

Herma Hill Kay (SBN 30734)
*hkay@law.berkeley.edu*
BERKELEY SCHOOL OF LAW
University of California
Berkeley, CA 94720
Telephone: (510) 643-2671
Facsimile: (510) 643-2673

Michael S. Wald (SBN 47219)
*mwald@stanford.edu*
STANFORD LAW SCHOOL
559 Nathan Abbott Way
Stanford, CA 94305
Telephone: (650) 723-0322
Facsimile: (650) 725-0253

By: /s/ Herma Hill Kay

Herma Hill Kay
*Attorneys for:*
AMICI CALIFORNIA PROFESSORS OF FAMILY LAW