1  DIANA E. RICHMOND (State Bar No. 58122)
   E-Mail:   *drichmond@sideman.com*
2  LOUIS P. FEUCHTBAUM (State Bar No. 219826)
   E-Mail:   *lfeuchtbaum@sideman.com*
3  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Eighth Floor
4  San Francisco, California 94111-3629
   Telephone:   (415) 392-1960
5  Facsimile:   (415) 392-0827

6  Attorneys for Amicus Curiae Justice Donald B. King,
   California Court of Appeal, Retired

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, et al., | CASE NO. 09-CV-2292 VRW |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| and | Crtrm.:   6 |
| CITY AND COUNTY OF SAN FRANCISCO, | Judge:   The Hon. Vaughn R. Walker |
| Plaintiff-Intervenor, | |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants, | |
| and | |
| PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, et al., | |
| Defendant-Intervenors. | |

**CERTIFICATE OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I am employed in the county of aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is One Embarcadero Center, Eighth Floor, San Francisco, California 94111-3629.

On February 4, 2010, I served the following documents(s) described as  on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**MOTION BY JUSTICE DONALD B. KING, RETIRED, FOR LEAVE TO FILE A BRIEF AS AMICUS CURIAE ON BEHALF OF PLAINTIFFS;**

**BRIEF OF AMICUS CURIAE JUSTICE DONALD B. KING, RETIRED, IN SUPPORT OF PLAINTIFFS;**

**[PROPOSED] ORDER**

[SEE ATTACHED SERVICE LIST]

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 4, 2010, at San Francisco, California.

/s/ Susan V. Szewczyk
SUSAN V. SZEWCZYK

# SERVICE LIST

| | |
|---|---|
| Christopher M. Gacek<br>Family Research Council<br>801 G Street NW<br>Washington, DC 20001<br>Kaylan L. Phillips<br>1 South 6th Street<br>Terre Haute, IN 47807-3510 | David Boies<br>Boies Schiller & Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>Kevin James Hasson<br>1350 Connecticut Avenue, NW<br>Suite 605<br>Washington, DC 20036-1735 |
| Michael James McDermott<br>7172 Regional #329<br>Dublin CA 94568 | Michael W. Kirk<br>Cooper & Kirk, PLLC<br>1523 New Hampshire Avenue, NW<br>Washington, DC 2003 |
| Paul Benjamin Linton<br>921 Keystone Avenue<br>Northbrook, IL 60062 | Rena M Lindeval dsen<br>Liberty Counsel<br>100 Mountainview Rd, Ste 2775<br>Lynchberg, VA 24502 |
| Richard E. Coleson<br>1 South 6th Street<br>Terre Haute, IN 47807-3510 | Theane Evangelis Kapur<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 |
| Thomas Brejcha<br>Thomas More Society<br>29 S. La Salle<br>Suite 440<br>Chicago, IL 60603<br>Vincent P. McCarthy<br>W. Chestnut Hill Road<br>Lichfield, CT 06759 | Tobias Barrington Wolff<br>University of Pennsylvania Law School<br>3400 Chestnut Street<br>Philadelphia, PA 19104-6204 |

8172\922535v1

SIDEMAN & BANCROFT LLP
LAW OFFICES
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111