**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KRISTIN M PERRY, SANDRA B STIER, PAUL T KATAMI and JEFFREY J ZARRILLO,

    Plaintiffs,

CITY AND COUNTY OF SAN FRANCISCO,

    Plaintiff-Intervenor,

    v

ARNOLD SCHWARZENEGGER, in his official capacity as governor of California; EDMUND G BROWN JR, in his official capacity as attorney general of California; MARK B HORTON, in his official capacity as director of the California Department of Public Health and state registrar of vital statistics; LINETTE SCOTT, in her official capacity as deputy director of health information & strategic planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as clerk-recorder of the County of Alameda; and DEAN C LOGAN, in his official capacity as registrar-recorder/county clerk for the County of Los Angeles,

    Defendants,

DENNIS HOLLINGSWORTH, GAIL J KNIGHT, MARTIN F GUTIERREZ, HAKSHING WILLIAM TAM, MARK A JANSSON and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIOFORNIA RENEWAL, as official proponents of Proposition 8,

    Defendant-Intervenors.

    No   C 09-2292 VRW

    ORDER

**United States District Court**
For the Northern District of California

1  Proponents have moved to compel compliance with document
2  subpoenas directed at three non-parties: (1) Californians Against
3  Eliminating Basic Rights; (2) Equality California; and (3) No on
4  Proposition 8, Campaign for Marriage Equality, a Project of the
5  American Civil Liberties Union of Northern California. Doc #472.
6  The court pursuant to 28 USC § 636(b)(1)(A) refers the matter to
7  Magistrate Judge Joseph Spero for appropriate hearing and
8  resolution.

10  IT IS SO ORDERED.

**VAUGHN R WALKER**
United States District Chief Judge