**United States District Court**
For the Northern District of California

1

2                    IN THE UNITED STATES DISTRICT COURT

3                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5  KRISTIN M PERRY, SANDRA B STIER,
   PAUL T KATAMI and JEFFREY J
6  ZARRILLO,

7            Plaintiffs,

8  CITY AND COUNTY OF SAN FRANCISCO,

9            Plaintiff-Intervenor,

10           v

11 ARNOLD SCHWARZENEGGER, in his
   official capacity as governor of
12 California; EDMUND G BROWN JR, in
   his official capacity as attorney
13 general of California; MARK B            No    C 09-2292 VRW
   HORTON, in his official capacity
14 as director of the California            ORDER
   Department of Public Health and
15 state registrar of vital
   statistics; LINETTE SCOTT, in her
16 official capacity as deputy
   director of health information &
17 strategic planning for the
   California Department of Public
18 Health; PATRICK O'CONNELL, in his
   official capacity as clerk-
19 recorder of the County of
   Alameda; and DEAN C LOGAN, in his
20 official capacity as registrar-
   recorder/county clerk for the
21 County of Los Angeles,

22           Defendants,

23 DENNIS HOLLINGSWORTH, GAIL J
   KNIGHT, MARTIN F GUTIERREZ,
24 HAKSHING WILLIAM TAM, MARK A
   JANSSON and PROTECTMARRIAGE.COM –
25 YES ON 8, A PROJECT OF
   CALIOFORNIA RENEWAL, as official
26 proponents of Proposition 8,

27           Defendant-Intervenors.
   _____/
28

**United States District Court**
For the Northern District of California

1    The court has received numerous submissions from proposed

2 amici.  Doc ##128, 370, 373, 374, 375, 377, 382, 383, 386, 537,

3 539, 550, 551, 554, 555, 558, 561, 562, 566, 568, 570.  No party

4 need respond, but any party wishing to file a response to any

5 proposed amicus submission shall do so not later February 26, 2010.

6

7    IT IS SO ORDERED.

8

9    _____

10   **VAUGHN R WALKER**
     **United States District Chief Judge**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2