Herma Hill Kay (SBN 30734)
*hkay@law.berkeley.edu*
BOALT SCHOOL OF LAW
University of California
Berkeley, CA 94720
Telephone: (510) 643-2671
Facsimile: (510) 643-2673

Michael S. Wald (SBN 47219)
*mwald@stanford.edu*
STANFORD LAW SCHOOL
559 Nathan Abbott Way
Stanford, CA 94305
Telephone: (650) 723-0322
Facsimile: (650) 725-0253

*Attorneys for Amici Curiae*
*California Professors of Family Law*

FILED
2010 FEB -2 A 10:09
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,

Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,

Defendants.

Case No. CV-09-2292 VRW

**PROOF OF SERVICE**

Judge: Chief Judge Walker

# PROOF OF SERVICE

I, the undersigned hereby declare:

I am over eighteen years of age and not a party to the above action. My business address is 559 Nathan Abbott Way, Stanford, CA 94305-8610.

On the date set forth below, I caused to be served the following documents:

**APPLICATION TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS AND STATEMENT OF INTEREST OF AMICI CURIAE**

***and***

**BRIEF OF AMICI CURIAE CALIFORNIA PROFESSORS OF FAMILY LAW**

*via* First Class U.S. Mail, by placing one true and correct copy thereof in a properly addressed and sealed envelope in a pickup box routinely maintained by the United States Postal Service, in conformity with the usual business practices of the Stanford Law School, on the following interested parties:

[SEE ATTACHED SERVICE LIST]

I declare, under the penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on February 2, 2010 at Stanford, California.

Joanne Newman

**SERVICE LIST**

| ***Counsel for Plaintiffs Kristin Perry, Sandra Stier, Paul Katami, and Jeffrey Zarrillo*** | ***Counsel for Defendant Arnold Schwarzenegger, in his official capacity as Governor of California*** |
|---|---|
| Theodore B. Olson, SBN 38137<br>*tolson@gibsondunn.com*<br>Matthew D. McGill, *pro hac vice*<br>Amir C. Tayrani, SBN 229609<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, NW<br>Washington, D.C. 20036<br>Telephone: (202) 955-8668<br>Facsimile: (202) 467-0539<br><br>Theodore J. Boutrous, Jr., SBN 132009<br>*tboutrous@gibsondunn.com*<br>Christopher D. Dusseault, SBN 177557<br>Ethan D. Dettmer, SBN 196046<br>Sarah E. Piepmeier, SBN 227094<br>Theane Evangelis Kapur, SBN 243570<br>Enrique A. Monagas, SBN 239087<br>GIBSON, DUNN & CRUTCHER LLP<br>333 S. Grand Avenue,<br>Los Angeles, California 90071<br>Telephone: (213) 229-7804<br>Facsimile: (213) 229-7520<br><br>David Boies, *pro hac vice*<br>*dboies@bsfllp.com*<br>BOIES, SCHILLER & FLEXNER LLP<br>333 Main Street<br>Armonk, New York 10504<br>Telephone: (914) 749-8200<br>Facsimile: (914) 749-8300<br><br>Jeremy M. Goldman, SBN 218888<br>*jgoldman@bsfllp.com*<br>Theodore H. Uno, SBN 248603<br>1999 Harrison Street<br>Suite 900<br>Oakland, California 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | Kenneth C. Mennemeier<br>kcm@mgslaw.com<br>Andrew Walter Stroud<br>stroud@mgslaw.com<br>MENNEMEIER GLASSMAN & STROUD LLP<br>980 9th Street<br>Suite 1700<br>Sacramento, CA 95814<br>916-553-4000<br>Fax: 916-553-4011<br><br>***Counsel for Defendant Edmund G. Brown, Jr. in his official capacity as Attorney General of California***<br><br>Gordon Bruce Burns<br>Gordon.Burns@doj.ca.gov<br>ATTORNEY GENERAL'S OFFICE<br>CALIFORNIA DEPARTMENT OF JUSTICE<br>1300 I Street, 17th Floor<br>Sacramento, CA 95814<br>916-324-3081<br><br>Tamar Pachter<br>Tamar.Pachter@doj.ca.gov<br>OFFICE OF THE CALIFORNIA ATTORNEY GENERAL<br>455 Golden Gate Avenue<br>Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5970<br>Facsimile: (415) 703-1234 |

| ***Counsel for Defendant Mark B. Horton in his official capacity as Director of the California Department of Public Health & State Registrar of Vital Statistics*** | ***Counsel for Defendant Linette Scott in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health*** |
|---|---|
| Kenneth C. Mennemeier<br>kcm@mgslaw.com<br>Andrew Walter Stroud<br>stroud@mgslaw.com<br>MENNEMEIER, GLASSMAN & STROUD LLP<br>980 9th Street<br>Suite 1700<br>Sacramento, CA 95814<br>Telephone: (916) 553-4000 | Kenneth C. Mennemeier<br>kcm@mgslaw.com<br>MENNEMEIER GLASSMAN & STROUD LLP<br>980 9th Street<br>Suite 1700<br>Sacramento, CA 95814<br>Telephone: (916) 553-4000 |
| ***Counsel for Defendant Patrick O'Connell in his official capacity as Clerk-Recorder for the County of Alameda*** | ***Counsel for Defendant Dean C. Logan in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles*** |
| Claude Franklin Kolm<br>claude.kolm@acgov.org<br>COUNTY OF ALAMEDA<br>1221 Oak Street, Suite 450<br>Oakland, CA 94612-4296<br>Telephone: (510) 272-6710<br><br>Manuel Francisco Martinez<br>manuel.martinez@acgov.org<br>OFFICE OF THE COUNTY COUNSEL<br>COUNTY OF ALAMEDA<br>1221 Oak Street, Suite 450<br>Oakland, CA 94612<br>Telephone: (510) 891-3306<br>Facsimile: (510) 272-5020 | Judy Whitehurst<br>JWhitehurst@counsel.lacounty.gov<br>OFFICE OF COUNTY COUNSEL<br>COUNTY OF LOS ANGELES<br>500 West Temple Street<br>Los Angeles, CA 90012<br>Telephone: (213) 974-1845<br><br>***Counsel for Intervenor-Defendant Proposition 8 Official Proponents***<br><br>Charles J. Cooper<br>ccooper@cooperkirk.com<br>COOPER & KIRK<br>1523 New Hampshire Avenue, NW<br>Washington, DC 20036<br>Telephone: (202) 220-9600<br>Facsimile: (202) 220-9601 |
| ***Counsel for Respondent William T. Criswell***<br>David E. Bunim<br>DBunim@haasnaja.com<br>HAAS & NAJARIAN<br>58 Maiden Lane<br>Second Floor<br>San Francisco, CA 94108<br>Telephone: (415) 788-6330<br>Facsimile: (415) 391-0555 | |