FILED

JAN 08 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DENNIS HOLLINGSWORTH, et al., | No. 10-70063 |
| Petitioners, | D.C. No. 3:09-cv-02292-VRW<br>Northern District of California,<br>San Francisco |
| v. | |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, | ORDER |
| Respondent, | |
| KRISTIN M. PERRY; et al., | |
| Real Parties in Interest. | |

Before: SILVERMAN, PAEZ and BEA, Circuit Judges.

The court hereby directs that real parties in interest shall file a response to the petition for a writ of mandamus by 3:00 p.m. PST on January 8, 2010. *See* Fed. R. App. P. 21(b).

The district court may file a response if it so desires by 3:00 p.m. PST on January 8, 2010.

KS/MOATT