UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, ET AL., | No. C 09-02292 VRW (JCS) |
| Plaintiff(s), | **NOTICE OF REFERENCE AND ORDER SETTING HEARING ON DEFENDANT-INTERVENORS MOTION TO COMPEL COMPLIANCE WITH NONPARTY DOCUMENT SUBPOENAS [Docket No. 472]** |
| v. | |
| ARNOLD SCHWARZENEGGER, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been to Magistrate Judge Joseph C. Spero for Defendant-Intervenor's Motion to Compel Compliance with Nonparty Document Subpoenas (the "Motion").

The hearing on the Motion has been set for **February 22, 2010 at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

On February 2, 2010, Third Party Californians Against Eliminating Basic Rights' (CAEBR) filed an opposition to the Motion. In their opposition CAEBR states they have produced all documents that "contain, refer, or relate to any arguments for or against Proposition 8, except for communications among CAEBR's core group and communications CAEBR received from other third parties who are contesting the motion to compel."

IT IS HEREBY ORDERED that by **February 15, 2010,** CAEBR shall file a declaration justifying the inclusion in its core group of the individuals identified in the letter dated February 1, 2010, from Kari Krogseng to Jesse Panuccio.

**ELECTRONIC FILING AND COURTESY COPIES**

Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of California for information relating to electronic filing procedures and requirements. All documents

shall be filed in compliance with the Civil Local Rules. Documents not filed in compliance with those rules will not be considered by the Court.

BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE CONFORMED, **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED **"JCS'S CHAMBERS' COPY."**

The failure of counsel or a party to abide by this Order may result in sanctions pursuant to Fed. R. Civ. P. 16(f).

IT IS SO ORDERED.

Dated: February 8, 2010

JOSEPH C. SPERO
United States Magistrate Judge