

**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105

tel +1 415 773 5700
fax +1 415 773 5759

WWW.ORRICK.COM

February 9, 2010

Stephen V. Bomse
(415) 773-4145
sbomse@orrick.com

Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   Perry et al v. Schwarzenegger et al, Case 3:09-cv-02292-VRW

Dear Magistrate Judge Spero:

I note that Your Honor has scheduled a hearing on the Motion to Compel against the ACLU for Monday, February 22nd. I realize that that may have been done to accommodate my request and, if so, the ACLU and I are most appreciative. However, I will be in Taiwan on that day at a long-scheduled client meeting involving many different law firms. I return on the morning of the 24th. If Your Honor were willing to indulge me a second time either by moving the hearing back to the 25th or any day thereafter, or by moving it forward to the 17th – 19th (when I return from my present trip), if that is more convenient, my client and I would be extremely appreciative.

I do not ordinarily have this kind of travel schedule and I believe that most any day after the 25th would be available as far as I am concerned.

Respectfully,

Stephen V. Bomse *(mlw)*

Stephen V. Bomse

cc: All Counsel

OHS West:260840569.1