Suzanne P. Goldberg
Columbia Law School
435 W. 1116tth Street
New York, NY 10027
(212) 854-0411

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KRISTIN M. PERRY, et al.,

          CASE NO. 09-CV-2292 VRW

    Plaintiff(s),

  v.

          APPLICATION FOR
          ADMISSION OF ATTORNEY
          *PRO HAC VICE*

ARNOLD SCHWARZENEGGER, et al.,

    Defendant(s).

Pursuant to Civil L.R. 11-3, Suzanne B. Goldberg, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing National Gay and Lesbian Task Force, as Amicus Curiae in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Susan M. Popik
Chapman, Popik & White LLP
650 California Street, 19th Floor
San Francisco, CA 94108
(415) 352-3000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Feb. 7, 2010