

ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-2669

tel +1-415-773-5700
fax +1-415-773-5759

WWW.ORRICK.COM

February 11, 2010

Stephen V. Bomse
(415) 773-4145
sbomse@orrick.com

Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   Perry et al v. Schwarzenegger et al, Case 3:09-cv-02292-VRW

Dear Magistrate Judge Spero:

In accordance with your request, we have spoken with counsel for all parties concerned with Defendant-Intervenors' Motion to Compel and they all have graciously consented to continue the hearing on the Motion to Compel until February 25th at 2:30 p.m. We greatly appreciate Your Honor's willingness to accommodate my scheduling issues.

Respectfully,

Stephen V. Bomse

cc:  All Counsel

OHS West:260841898.1