IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KRISTIN M PERRY, SANDRA B STIER,
PAUL T KATAMI and JEFFREY J
ZARRILLO,

    Plaintiffs,

CITY AND COUNTY OF SAN FRANCISCO,

    Plaintiff-Intervenor,

    v

ARNOLD SCHWARZENEGGER, in his
official capacity as governor of
California; EDMUND G BROWN JR, in
his official capacity as attorney
general of California; MARK B
HORTON, in his official capacity
as director of the California
Department of Public Health and
state registrar of vital
statistics; LINETTE SCOTT, in her
official capacity as deputy
director of health information &
strategic planning for the
California Department of Public
Health; PATRICK O'CONNELL, in his
official capacity as clerk-
recorder of the County of
Alameda; and DEAN C LOGAN, in his
official capacity as registrar-
recorder/county clerk for the
County of Los Angeles,

    Defendants,

DENNIS HOLLINGSWORTH, GAIL J
KNIGHT, MARTIN F GUTIERREZ,
HAKSHING WILLIAM TAM, MARK A
JANSSON and PROTECTMARRIAGE.COM –
YES ON 8, A PROJECT OF
CALIOFORNIA RENEWAL, as official
proponents of Proposition 8,

    Defendant-Intervenors.
_____/

No   C 09-2292 VRW

ORDER

Both Equality California and No on Proposition 8, Campaign for Marriage Equality, A Project of the American Civil Liberties Union (the "ACLU") shall, separately and not later than February 22, 2010, serve and file a declaration identifying the core group of individuals "engaged in the formulation of campaign strategy and messaging." <u>Perry v Hollingsworth</u>, -- F3d --, No 09-17241 Slip op at 36 n 12 (9th Cir January 4, 2010). Each organization's declaration shall identify only those individuals who were involved in that organization's campaign; the declarations should not include individuals or entities from other organizations.

Equality California, the ACLU, Californians Against Eliminating Basic Rights and the proponents should be prepared to discuss the scope of the non-parties' First Amendment privilege at the hearing scheduled for February 25, 2010 at 2:30 PM.

IT IS SO ORDERED.

JOSEPH C SPERO
United States Magistrate Judge