**United States District Court**

For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7   KRISTIN M. PERRY, ET AL.,                No. C 09-02292 VRW (JCS)
8            Plaintiff(s),
                                             CLERK'S NOTICE
9        v.
10  ARNOLD SCHWARZENEGGER, ET AL.,
11           Defendant(s).
    _____/
12
13  TO ALL PARTIES AND COUNSEL OF RECORD:
14
15       YOU ARE NOTIFIED THAT the hearing on the Defendant-Intervenor's Motion to Compel
16  Compliance with Non-Party Document Subpoenas, before Magistrate Judge Spero, previously
17  noticed for February 22, 2010, at 10:30 a.m., has been reset to **February 25, 2010, at 2:30 p.m.,**
18  Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.
19
20  Dated:  February 11, 2010
21                                       FOR THE COURT,
                                         Richard W. Wieking, Clerk
22
23                                  by: _____
                                         Karen L. Hom
24                                       Courtroom Deputy
25
26
27
28