<div align="center">

**The Law Offices of Ruel Walker**
6116 Taft Avenue
Oakland, California 94618

</div>

Phone: (510) 653-3099                     Facsimile: (510) 653-3070


February 12, 2010

Office of the Clerk
United States District Court, Northern District of California
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, California  94102-3483

    RE: Case 09-2292-VRW, *Perry et al. v. Schwarzenegger et al.*

Dear Sir or Madam:

    On February 3, 2010, I filed electronically with the Court in the above matter a brief *amicus curiae* on behalf of the American Association of Marriage & Family Therapists, California Division and 11 other *amici curiae*.

    On page 10 of the combined Motion for Leave to File and Brief *Amicus Curiae* (as an attachment to the motion), which is the first page of the substantive text of the brief itself, we stated that the *amici curiae* collectively "represent more than 85,000 marriage and family therapists and other mental health professionals."

    I recently realized that this number is an erroneous "holdover" from a previous draft of the brief.  The correct number in that sentence should be "more than 35,000 . . . ."  I regret and apologize for any inconvenience caused by this inadvertent error.

<div style="margin-left:50%">

Sincerely yours,

*/s/ Kelly Kay/*

Kelly Kay, *Of Counsel*
The Law Offices of Ruel Walker
Counsel for *Amici Curiae* American Association of Marriage & Family Therapists, California Division, *et al.*

</div>