1   LYNN H. PASAHOW (CSB NO. 054283)
    lpasahow@fenwick.com
2   CAROLYN CHANG (CSB NO. 217933)
    cchang@fenwick.com
3   LESLIE KRAMER (CSB NO. 253313)
    lkramer@fenwick.com
4   LAUREN WHITTEMORE (CSB NO. 255432)
    lwhittemore@fenwick.com
5   FENWICK & WEST LLP
    555 California Street, Suite 1200
6   San Francisco, CA  94104
    Telephone:     (415) 875-2300
7   Facsimile:     (415) 281-1350

8   Attorneys for Third-Party, Equality California

9                   UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12  KRISTIN M. PERRY, SANDRA B. STIER,          Case No.  09-CV-2292 VRW
    PAUL T. KATAMI, and JEFFREY J. ZARRILLO,
13
                         Plaintiffs,
14       v.                                      **DECLARATION OF GEOFF KORS
                                                 IN SUPPORT OF EQUALITY
15  ARNOLD SCHWARZENEGGER, in his official       CALIFORNIA'S OPPOSITION TO
    capacity as Governor of California; EDMUND G.  MOTION TO COMPEL**
16  BROWN, JR., in his official capacity as Attorney
    General of California; MARK B. HORTON, in his  Trial:       January 11, 2010
17  official capacity as Director of the California  Judge:     Chief Judge Vaughn R. Walker
    Department of Public Health and State Registrar of  Location:  Courtroom 6, 17th Floor
18  Vital Statistics; LINETTE SCOTT, in her official
    capacity as Deputy Director of Health Information &
19  Strategic Planning for the California Department of
    Public Health; PATRICK O'CONNELL, in his
20  official capacity as Clerk-Recorder for the County of
    Alameda; and DEAN C. LOGAN, in his official
21  capacity as Registrar-Recorder/County Clerk for the
    County of Los Angeles,
22
                         Defendants,
23  and

24  PROPOSITION 8 OFFICIAL PROPONENTS
    DENNIS HOLLINGSWORTH, GAIL J. KNIGHT,
25  MARTIN F. GUTIERREZ, HAK-SHING
    WILLIAM TAM, and MARK A. JANSSON; and
26  PROTECTMARRIAGE.COM – YES ON 8, A
    PROJECT OF CALIFORNIA RENEWAL,
27
                         Defendant-Intervenors.
28

DECLARATION OF GEOFF KORS IN SUPPORT                      CASE NO.  09-CV-2292 VRW
OF OPPOSITION TO MOTION TO COMPEL

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1      I, Geoff Kors, hereby declare:

2      1.      I am the Executive Director of third party Equality California (EQCA).  I have

3   personal knowledge of the facts stated below and, if called upon as a witness, could testify

4   competently to such facts.

5      2.      I submit this declaration in response to the Court's February 11, 2010 order

6   (Docket # 589) requesting third party EQCA submit a declaration "identifying the core group of

7   individuals engaged in the formulation of campaign strategy and messaging."

8      3.      EQCA is an organization dedicated to achieving equality and securing the legal

9   protection of the lesbian, gay, bisexual and transgender (LGBT) community.  Founded in 1998,

10  EQCA's activities include sponsoring legislation and coordinating efforts to ensure its passage,

11  lobbying legislators and policy makers, building coalitions, developing community strength and

12  empowering individuals and other organizations to engage in the political process.  EQCA

13  Institute is an affiliated organization that educates LGBT people and the public at large about

14  issues impacting the LGBT community and its allies.

15     4.      As Executive Director of EQCA, I lead the legislative efforts, as well as the

16  political action committee activities and educational work of EQCA.  Also as part of my role as

17  Executive Director of EQCA, I was a member of the Executive Committee of the No on 8 -

18  Equality for All campaign ("Equality for All").

19                          **Structure of No on 8 Campaign**

20     5.      Equality for All was formed in 2005 to prepare to fight any proposition that would

21  prohibit or eliminate the right of same gender couples to marry.  Such a measure qualified for the

22  November 2008 ballot (it was subsequently labeled Proposition 8).  The organization was

23  originally comprised of representatives of approximately 35 national, state and local

24  organizations, and it was registered by these representatives with the State of California as a

25  political action committee.  The goal of the organization was to defeat Proposition 8 once it

26  qualified for the ballot.

27     6.      Throughout the summer and fall of 2008, many additional organizations joined

28  Equality for All's Statewide Campaign Committee ("Campaign Committee"), and, ultimately,

DECLARATION OF GEOFF KORS IN SUPPORT          1          CASE NO.  09-CV-2292 VRW
OF OPPOSITION TO MOTION TO COMPEL

1   Equality for All served as an umbrella campaign organization for more than 100 member

2   organizations working to defeat Proposition 8.  These organizations included local, statewide, and

3   national LGBT advocacy organizations, civil rights advocacy organizations, political party

4   groups, labor unions, and many other concerned citizen groups.  The formulation of campaign

5   strategy and messaging took place at many different levels in what came to be a complex and

6   sprawling campaign organization.

7          7.      The Executive Committee of Equality for All was responsible for managing the

8   umbrella campaign organization.  In that capacity, the Executive Committee coordinated

9   campaign fundraising, hired campaign consultants and professionals (who were paid fees or

10  salaries by the Equality for All campaign), and managed the campaign manager and campaign

11  director.  The Executive Committee collectively made decisions of great importance to the

12  campaign.  The Executive Committee met in person every month either in San Francisco or Los

13  Angeles, and in addition extensively coordinated with one another, as well as campaign

14  consultants and campaign staff, through email and conference calls.

15         8.      Key campaign decisions made by the Executive Committee were ratified by

16  Equality for All's Campaign Committee.  This committee was comprised of the Equality for All

17  member organizations (including the many organizations that were not represented on the

18  Executive Committee), as well as representatives of regional and other groups that were working

19  with Equality for All to defeat Proposition 8.  The Campaign Committee met once a month in

20  person either in San Francisco or Los Angeles, and the rest of the time coordinated with one

21  another, along with campaign consultants and campaign staff, through email and conference calls.

22  As the election approached, the Campaign Committee met weekly.  Individual staff and board

23  members of the Campaign Committee member organizations participated in the conference calls

24  as well as communicated through email.

25         9.      The Equality for All campaign staff, which was either paid by the campaign or

26  donated by one of the member organizations, was led first by a campaign manager and then by a

27  campaign director.  As with most political campaigns, the work of the campaign was organized

28  topically—into fundraising, field (reaching out to potential voters), political, and advertising.

DECLARATION OF GEOFF KORS IN SUPPORT         2         CASE NO.  09-CV-2292 VRW
OF OPPOSITION TO MOTION TO COMPEL

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   Each of these areas had a director (or sometimes several regional directors), and numerous other

2   staff.

3        10.     Equality for All paid numerous consultants to provide advice and technical support

4   for a wide array of campaign activity.  These consultants included: political consultants who

5   provided overall advice on campaign strategy; political consultants who provided advice about

6   specific campaign strategies (such as reaching out to certain targeted voter groups); messaging

7   consultants in a variety of media; messaging consultants who conducted polling and focus group

8   research; and technology consultants who, for example, created and managed Equality for All's

9   website and social media presence.

10       11.     The member organizations of Equality for All participated both in the campaign

11  activities of the umbrella organization, and in campaign activities on behalf of their own

12  organizations.  For example, EQCA was a member of the Equality for All campaign, but EQCA

13  also worked to defeat Proposition 8 in its own capacity—using its own website to argue against

14  Proposition 8, sending emails to its own list regarding Proposition 8, and holding its own

15  fundraisers to defeat Proposition 8.  It is my understanding and belief that the many of the other

16  member organizations of Equality for All worked within and independently of the Equality for

17  All campaign in the same way EQCA did.

**Formulation of Campaign Strategy and Messaging**

19       12.     Strategy and messaging to defeat Proposition 8 were formulated, debated and

20  discussed at all levels of the Equality for All campaign.  In my role as Executive Director of

21  EQCA and as a member of the Executive Committee, I communicated regularly with other

22  members of the Executive Committee, with members of the Campaign Committee, with

23  consultants hired by Equality for All and with staff of both Equality for All and of the Equality

24  for All member organizations regarding the formulating of campaign strategy and messaging.

25  These communications included discussions, among many other things, of the Equality for All

26  campaign structure, fundraising, advertising, messaging research, and targeted outreach to press,

27  politicians, and voter groups.

28       13.     It is my understanding and belief that all of the individual participants in the

DECLARATION OF GEOFF KORS IN SUPPORT
OF OPPOSITION TO MOTION TO COMPEL          3          CASE NO.  09-CV-2292 VRW

FENWICK & WEST LLP
ATTORNEYS  AT LAW
SAN FRANCISCO

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    Equality for All campaign engaged in some formulation of strategy and messaging.  Within each

2    area of campaign activity, individuals formulated campaign strategy and messaging and

3    communicated with one another about such formulation. For example, outside of the Executive

4    Committee, which met and communicated regularly on the strategy and messaging of the

5    statewide campaign:

6           •   The Campaign Committee regularly engaged in the formulation of

7               campaign strategy and messaging by (a) adapting the generic messaging

8               developed by consultants and campaign staff and approved by the

9               Executive Committee to the more than 50 counties of California and

10              numerous, discrete voter groups, and (b) developing campaign strategies

11              specific to those regions and groups.  For example, the messaging and

12              strategy used in a particular California county, such as Inyo, or with a

13              particular voter group, such as one of the Asian Pacific-Islander (API)

14              groups, often looked very different from the generic messaging and

15              advertising used in statewide campaign material.  The members of the

16              Campaign Committee, who were organizations working in these regions or

17              with the voter groups, had significant input into how Equality for All

18              campaign strategy and messaging was carried out in their communities, and

19              they regularly communicated with one another, with the Executive

20              Committee, and with Equality for All campaign staff and consultants about

21              strategy and messaging.

22          •   Equality for All campaign staff working in the different topical areas

23              regularly engaged in the formulation of campaign strategy and messaging.

24              For example: (a) the campaign staff dedicated to working on college

25              campuses came up with a unique strategy and different messaging to get

26              the "No on 8" message out on campuses (in part, they combined the "No

27              on 8" messaging with "No on 4" messaging, another initiative of interest to

28              younger voters (involving parental notification for abortion)); (b) the field

DECLARATION OF GEOFF KORS IN SUPPORT
OF OPPOSITION TO MOTION TO COMPEL                4                CASE NO.  09-CV-2292 VRW

1    staff dedicated to hosting phone banks, during which Equality for All

2    volunteers would call potential voters, were constantly revising their

3    strategies in reaching out to volunteers and in the messaging scripts

4    communicated over the phone to voters; and (c) the fundraising staff

5    working on getting people to host house parties (to raise money for the

6    Equality for All campaign) developed house party tool kits that were

7    regionally tailored and that included campaign messaging.

8    14.    It is further my understanding and belief that the formulation of campaign strategy

9    and messaging took place within each of the member organizations of Equality for All.  Outside

10   of the work EQCA employees did directly for the campaign, we communicated with one another

11   and with EQCA's board members about the formulation of strategy and messaging directed

12   toward defeating Proposition 8.  EQCA is not claiming that <u>every</u> communication between the

13   Equality for All campaign staff and campaign consultants and the Equality for All member

14   organization staff involved the formulation of campaign strategy or messaging.  In fact, most of

15   these communications were likely about much more mundane matters, like coordinating specific

16   phone banks or rallies.  However, the only way to determine whether a particular communication

17   between, for example, an EQCA employee and an Equality for All consultant contains the

18   internal, private campaign strategy and messaging information that the Ninth Circuit has held is

19   privileged under the First Amendment is to review the communication.

20   15.    Identifying a core group of persons involved in the formulation of Equality for All

21   campaign strategy and messaging must necessarily include persons who served on the Executive

22   Committee, persons and organizations on the Statewide Campaign Committee, Equality for All

23   staff, consultants hired by the Executive Committee and individuals at each Campaign Committee

24   organization.  If the Court requests, EQCA will seek to provide a comprehensive list of all

25   persons involved in the Equality for All campaign.

26                          **Individual Participants in EQCA Campaign**

27   16.    The EQCA Board of Directors was communicated with regarding campaign

28   strategy and messaging and involved in formulating EQCA's fundraising efforts to defeat

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF GEOFF KORS IN SUPPORT          5          CASE NO.  09-CV-2292 VRW
OF OPPOSITION TO MOTION TO COMPEL

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   Proposition 8. The members of the EQCA Board of Directors during the 2008 campaign were:

2   John Duran; Cary Davidson; Tim Hohmeier; Deb Kinney; Diane Abbitt; Jim Abbott; Dave

3   Baron; Xavier Barrera; Brandon Brawner; Betsy Butler; Jody Cole; Larry Colton; Doug Dombek;

4   Jeff Haber; Mike Hutcheson; Roslyn Jones; Tom Maddox; Shannon Minter; James Nguyen; Jeff

5   Orr; Dennis Rasor; Jaime Rook; Rick Saputo; Linda Scaparotti; Eric Siddall; Alan Uphold; and

6   assistants to the named individuals acting on the named individuals' behalf.

7          17.     As part of EQCA, the following EQCA staff members were responsible for

8   formulating campaign strategy and messaging: Jean Adams; Field Organizer; Ali Bay,

9   Communications Manager; Ian Barrera, Intern; Jim Carroll, Managing Director; Maya Scott-

10  Chung, Field Organizer; Liam Cooper, Field Organizer; Doug Flater, Regional Manager and

11  Major Gifts Officer; Joe Goldman, Communications Intern; Daniel Gould, Heath Network

12  Coordinator; Kendra Harris, Government Affairs Manager; Ted Jackson, Field Organizer; Kaitlin

13  Karkos, Development Associate; Alice Kessler, Government Affairs Director; Seth Kilbourn,

14  Public Policy Director; Hannah Johnson, Field Organizer; Geoff Kors, Executive Director; Erica

15  Liscano, Special Events Associate; Shumway Marshall, eCommunications and Graphics

16  Manager; Randy Medenwald, Development Director; Miranda Meisenback, Field Intern; Trina

17  Olson, Field Director; Michelle Ortiz, Deputy Director of Development; Zorina Price, Office

18  Manager; Leanne Pittsford, Database Coordinator; Jennifer Sample, Office Manager; George

19  Simpson, Online and Communications Manager; Sean Sullivan, Development Director; Sarah

20  Tomastik, Data Input; Clarence Williams, Major Gifts Officer.

21          18.     The EQCA Institute Board of Directors was communicated with regarding

22  campaign strategy and messaging and involved in formulating EQCA's fundraising efforts to

23  defeat Proposition 8. The members of the EQCA Institute Board of Directors during the 2008

24  campaign were: Gwyneth Borden, Chris Carnes, Cathy Schwamberger, Hon. José Cisneros,

25  Randy Clark, Jody Cole, Troup Coronado, Carrie Farrell, Kelly Ferrero, Mark Goodson, Ben

26  Patrick Johnson, Hon. Leslie Katz, Liz Maldonado, Michael Martinez, Shannon Minter, Kimberly

27  Nichols, Dennis Rasor, Donna Sachet, Gary Soto, Laura Spanjian, Doug Spearman, Hon. Phil

28  Ting, and William Tompkins.

DECLARATION OF GEOFF KORS IN SUPPORT
OF OPPOSITION TO MOTION TO COMPEL          6          CASE NO.  09-CV-2292 VRW

1    I declare under penalty of perjury under the laws of the United States that the foregoing is

2   true and correct.  Executed on February 22, 2010 at Palm Springs, California.

3

4                                                  _/s/ Geoff Kors_____
                                                   Geoff Kors

5

6

7

8

9                    **Attestation Pursuant to General Order 45**

10    Pursuant to General Order No. 45, Section X.B., I, Lauren Whittemore, hereby attest that I

11   have obtained concurrence of the signatory, Geoff Kors, indicated by a "conformed" signature

12   (/s/) within this e-filed document.

13    I declare under penalty of perjury under the laws of the United States of America that the

14   foregoing is true and correct.  Executed on February 22, 2010 at San Francisco, California.

15
16   Dated: February 22, 2010              FENWICK & WEST LLP

17

18                                         By:_____/s/ Lauren Whittemore_____
                                                  Lauren Whittemore

19                                         Attorneys for Third-Party, Equality California

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO