UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KRISTIN M. PERRY, et al.,

    Plaintiff(s),

v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendant(s).

CASE NO. 09-CV-2292 VRW

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Suzanne B. Goldberg, an active member in good standing of the bar of the State of New York (particular court to which applicant is admitted) whose business address and telephone number is Sexuality & Gender Law Clinic, Columbia Law School, 435 W. 116th Street, New York, New York 10025, (212) 854-0411, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the National Gay and Lesbian Task Force, as Amicus Curiae.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/24/2010



GRANTED
Judge Vaughn R Walker