# MENNEMEIER, GLASSMAN & STROUD LLP

980 9th Street • Suite 1700 • Sacramento, California 95814-2736
Telephone 916-553-4000 • Facsimile 916-553-4011

e-mail
stroud@mgslaw.com

Direct Dial
916-551-2590

February 12, 2010

**_Via Electronic File_**
Judge Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Perry, et al. v. Schwarzenegger, et al.;*
United States District Court, Northern District of California
Case No. 3:09-CV-02292-VRW
Request for Telephonic Appearance

Dear Judge Spero:

This office represents Defendants Arnold Schwarzenegger, in his official capacity as Governor of California, Mark B. Horton, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics, and Linette Scott, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health in the referenced matter (the "Administration Defendants").

Due to a conflict in my schedule, I am writing to request a telephonic appearance for a hearing motion scheduled on Thursday, February 25, 2010 at 2:30 p.m. in Courtroom A. I will be the only attorney appearing on behalf of the above-mentioned Defendants.

Dated: February 24, 2010

IT IS SO ORDERED.

/s/ Joseph C. Spero
Joseph C. Spero
U.S. Magistrate Judge

Very truly yours,

Andrew W. Stroud

/amt

392.83.LTR.judge spero re telephonic reqst.wpd