# EXHIBIT "A"



ProtectMarriage.com

October, 20, 2008

**Certified Mail**
**Return Receipt Requested**

**Jim Abbott**
**Managing Partner**
**Abbott & Associates/Abbott Realty Group**
435 4th Avenue
San Diego, CA 92101

**Dear Mr. Abbott,**

     We write as the Executive Committee of ProtectMarriage.com, the coalition of churches, organizations and individuals who qualified Proposition 8 for the November ballot. We represent the 61 percent of California voters who affirmed in 2000 that, "Only marriage between a man and a woman is valid or recognized in California." Proposition 8 will restore what four judges took away from the citizenry– this same definition of marriage. As you know, the majority of citizens of California and the United States agree with us that marriage should be between a man and a woman.

     Equality California is advertising on its website that it has received a contribution of at least $10,000 from you. Equality California opposes traditional marriage and is working to defeat Proposition 8. We are sure that you would want to review the way that they are using Abbott & Associates' name, since many more of your clients support traditional marriage than support same sex marriage. A copy of an advertising page from Equality California's website is enclosed for your information.

Be assured that this is not about lifestyle or rights for they are already codified and protected in California. It is about a meaningful tradition – marriage, which is ageless, key to the well-being of our society and the rearing of children. It is too important to be left to four unelected jurists.

Mr. Jim Abbott
Abbott & Associates
October 20, 2008

      We respectfully request that Abbott & Associates withdraw its support of Equality California. Make a donation of a like amount to ProtectMarriage.com which will help us correct this error and restore Traditional Marriage. A donation form is enclosed. We will be most grateful and will advertise on our website Abbott & Associates' generous contribution.

      Were you to elect not to donate comparably, it would be a clear indication that you are in opposition to traditional marriage. You would leave us no other reasonable assumption. The names of any companies and organizations that choose not to donate in like manner to ProtectMarriage.com but have given to Equality California will be published. It is only fair for Proposition 8 supporters to know which companies and organizations oppose traditional marriage.

      We will contact you shortly to discuss your contribution sincerely hoping to receive your positive response.

      The Executive Committee of ProtectMarriage.com and the millions of Californians supporting Proposition 8 thank you for your thoughtful consideration of this request.

ProtectMarriage.com
By:

Ron Prentice
Yes on Prop 8,
Campaign Chairman

Edward Dolejsi
Executive Director, California
Catholic Conference

Mark A. Jansson
Executive Committee Member

Andrew Pugno
General Counsel

**Enclosures**

915 L Street, Suite C-259 ▫ Sacramento CA 95814 ▫ 916.446.2956

# Sponsors

Corporate and individual sponsors make a significant investment, providing EQCA with critically-needed resources to achieve equality.

If you are interested in learning more about sponsorship benefits, including Equality Awards sponsorships, email Michelle Ortiz or call her at 415.581.0005 x307.

EQCA's Sponsors Include:

## $250,000 and above



## $50,000 and above



david loo • MARK NICHOLS


CABLE
THE POWER OF YOU

## $10,000 and above



Abbott and Associates


bbott ealty roup

California Association of Club Executives



ProtectMarriage.com

# Donation Form

**Yes! I'll help!  Enclosed is my gift of:**
☐ $1,000  ☐ $500  ☐ $250  ☐ $100  ☐ $50  ☐ $25  Other $ _____
*(Note: There is no limit on the amount of individual contributions to this Campaign)*

---

**Check Donations  (WBMAIL)**
Please make your check payable to *ProtectMarriage.com – Yes on 8 and mail this form and your check to:*

ProtectMarriage.com - Yes on 8
PO Box 162657
Sacramento, CA 95816

---

**Credit Card Donations**
(Please note there is a $10.00 minimum donation)

Type of credit card: ○ Visa  ○ MasterCard  ○ American Express

Card Number: __/__/__/__  __/__/__/__  __/__/__/__  __/__/__/__    Expiration Date: __/__/ (Month) __/__/ (Year)

Name as it appears on the card: _____

Address as it appears on billing statements: _____

City: _____  State: _____  Zip: _____

Your signature: _____  Date: _____

---

**Thank you! Please provide the following information so we may accept your gift.**
**All fields marked with an asterisk (*) are required by California Law.**

*Full name of Individual, Company or Organization

*Mailing address

*City          *State          *Zip          County

Phone number          Fax number          E-mail Address

*Your Occupation          *Your Employer (If self-employed, enter name of business)

**I will also help by:**
☐ Volunteering/speaking at events          ☐ Displaying a yard sign/bumper sticker
☐ Placing a newsletter article             ☐ Distributing materials
☐ Posting a link on our Web site           ☐ Writing a letter to the editor

**Thank you for your donation!**

Contributions to ProtectMarriage.com - Yes on 8 are not tax deductible. Corporate, PAC and personal checks are acceptable. There is no limit on the amount of individual contributions. State election law requires us to publicly report cumulative contributions of $100 or more. Foreign nationals are prohibited by law from making contributions to this committee, unless they have permanent residency status in the United States of America (a Green Card). Contributors who give a total of $10,000 or more in a calendar year to this campaign and to other California state or local campaigns will trigger their own campaign disclosure obligations. Campaign Staff is available to assist contributors if requested. Questions? Call (916) 446-2956.

Paid for by ProtectMarriage.com – Yes on 8, a Project of California Renewal.
915 L Street, Suite C-259, Sacramento, CA 95814. 916/446-2956.