# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## AMENDED CIVIL MINUTE ORDER

**CASE NO.  C 09-02292 VRW (JCS)**

**CASE NAME:  KRISTIN M. PERRY v. ARNOLD SCHWARZENEGGER**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: Feb. 25, 2010    **TIME:** 1.75 H | **COURT REPORTER**: Connie Kuhl |

**COUNSEL FOR PLAINTIFF:**
Christopher Dusseault - Plas
Enrique A. Monagas - Plas
Mollie Lee - Pla Intv

**COUNSEL FOR DEFENDANT:**
Andrew Pugno - Dft-Intv
Landon Bailey (T)* - State Dfts
Stephen Bomse- Nonpty ACLU
Elizabeth Gill  - Nonpty ACLU
Kari Krogseng - CAEBR
James Harrison - CAEBR
Lynn Pasahow - Equality CA
Lauren Whittemore - Equality CA

---

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Dft-Intv's Motion to Compel Compliance with Non-party Document Subpoenas [docket no. 472] | Submitted |

**ORDERED AFTER HEARING:**
Equality of CA will file an affidavit by 3/3/10 of executive committee members, campaign committee members and consultants as well as a description of reasonable search methodology of Equality CA's mail servers.

Exhibit B attached to Supplemental Declaration of James Brian Carroll in Support of Equality CA's Opposition to Motion to Compel shall be filed.

---

**ORDER TO BE PREPARED BY:**      () Plaintiff    () Defendant     (X) Court
**CASE CONTINUED TO:**

| Number of Depos: | Number of Experts: | Discovery Cutoff: |
|---|---|---|
| Expert Disclosure: | Expert Rebuttal: | Expert Discovery Cutoff: |
| Motions Hearing:    at 9:30 a.m. | | Pretrial Conference:       at 1:30 p.m. |
| Trial Date:              at 8:30 a.m.  ()Jury    ()Court     Set for    days | | |

**cc:**     Chambers; Karen
* (T) = Telephonic Appearance