# Structure of the No on 8 – Equality for All Campaign

| Executive Committee | Campaign Committee | Campaign Consultants |
|---|---|---|
| 16 – 20 individual members and officers, with additional non-voting members | Between 50 to 100 member organizations during the course of the campaign | Consultants provided the following services to the Equality for All campaign: general consulting and campaign management, fundraising, accounting, technology, outreach, advertising, direct mail and polling. |

| Staff and Volunteers |
|---|
| Equality for All Paid Campaign Staff (Campaign Managers, Field Directors, Regional Directors, etc.) |
| Staff at Campaign Committee member organizations |
| Equality for All Volunteers |
| Campaign Committee member organization volunteers |

| Executive Committee Voting Members | Campaign Committee – Partial listing of member organizations as of August 22, 2008 |
|---|---|
| Heather Carrigan, ACLU Foundation of Southern California | ACLU of Northern California |
|  | ACLU of San Diego and Imperial Counties |
|  | ACLU of Southern California |
| Oscar de la O, BIENESTAR | American Institute of Bisexuality |
|  | Anti-Defamation League |
| Sue Dunlap, Planned Parenthood | Asian & Pacific Islander Equality |
|  | Asian & Pacific Islander Equality-Los Angeles |
| Michael Fleming, Bohnett Foundation; | Asian & Pacific Islander Equality-San Francisco |
| Maya Harris, ACLU of Northern California | Asian Pacific American Legal Center of Southern California |
| Dan Hawes, National Gay and Lesbian Task Force | Barbara Jordan / Bayard Rustin Coalition |
|  | Bienestar |
|  | Billy DeFrank Lesbian & Gay Community Center (San Jose) |
| Dennis Herrera, San Francisco City Attorney | Black AIDS Institute |
| Delores Jacobs, San Diego LBGT Center | CAA Chinese for Affirmative Action |
|  | California Faith for Equality |
| Lorri L. Jean, Los Angeles Gay & Lesbian Center | California NAACP |
|  | California NOW |
|  | The Center Advocacy Project (San Diego) |
| Kate Kendell, National Center for Lesbian Rights | Children of Lesbian and Gays Everywhere (COLAGE) |
|  | Congregation Kol Ami |
| **Geoff Kors, Equality California** | Courage Campaign |
|  | **Equality California** |
| Steve Mele, Treasurer | Family Equality Council |
| Joyce Newstat | Gay & Lesbian Alliance Against Defamation (GLAAD) |
|  | Gay & Lesbian Victory Fund |
| Tawal Panyacosit, Jr., API Equality | Gay And Lesbian Alliance of the Central Coast (GALA) |
| Rashad Robinson, Gay and Lesbian Alliance Against Defamation | GSA Network |
|  | Human Rights Campaign |
| Marty Rouse, Human Rights Campaign | Jordan Rustin Coalition |
|  | L.A. Gay & Lesbian Center |
| Kevin Tilden | Lambda Legal |
|  | Latino Coalition for Justice-Los Angeles |
| Source: California State Form 410 Statement Of Organization, available at: http://cal-access.sos.ca.gov/ PDFGen/pdfgen.prg?filingid=1073895&amendid=6 | Libertarian Party of California |
|  | Liberty Hill Foundation |
|  | Log Cabin Republicans-California |
|  | Love, Honor, Cherish |
|  | Marriage Equality USA |

|   |   |
|---|---|
|   | Metropolitan Community Church of Los Angeles<br>National Black Justice Coalition<br>National Center for Lesbian Rights<br>National Council of Jewish Women<br>National Council of Jewish Women California<br>National Council of Jewish Women Los Angeles<br>National Gay and Lesbian Task Force<br>Our Family Coalition<br>Pacific Center<br>Pacific Pride Center (Santa Barbara)<br>PFLAG (Parents, Families and Friends of Lesbians and Gays)<br>Planned Parenthood Affiliates of California<br>Pride At Work<br>Republicans Against 8<br>San Diego LGBT Community Center<br>San Francisco LGBT Community Center<br>Santa Cruz County No on 8<br>Stonewall Democrats' California<br>Trans Equality LA<br>Unitarian Universalist Legislative Ministry Action Network<br>The Wall Las Memorias<br>Zuna Institute<br><br>Source: Archived copy of the No on 8 – Equality for All campaign website, archived August 22, 2008, available at: http://web.archive.org/web/20080822063520/noonprop8.com/about?id=0003 |