Skip Navigation
NL | FR | DE | EN
.be

economy  FPS Economy, SME, Middle Class and Energy

- Press
- Calendar of Events
- FPS Economy

- Digilib
- Websites
- Updates

- Contact Info

- A
- A
- A

- Cart
- Site Map
- Index

Search

- Statistics & Numbers
- Data Collection
- Publications
- Organization

Home > Statistics and Analyses > Statistics & Number > Population > Marriages, Divorce and Legal Cohabitation > Legal Cohabitation

- Population Structure
- Population Shifts
- Birth and Fertility
- Death, Mortality and Life Expectancy
- Migration
- Changes in Nationality
- Marriage, Divorce and Legal Cohabitation
  - Marriage
  - Divorce
  - Legal Cohabitation
- Other Aspects
- Population Perspectives

# Legal Cohabitation

"Legal Cohabitation" is when two people who live together make a declaration as per Article 1476 of the Civil Code. The Law of November 1, 1998 establishing legal cohabitation added this article to the Civil Code.

Two people who wish to make a declaration of legal cohabitation must not be married or party to another legal cohabitation agreement and they must be free to contract in accordance with Articles 1123 and 1124 of the Civil Code.

Even though it is recorded in the vital records office in the cities or towns were the cohabitants reside, the DGSIE does not have access to this information. The National Registry itself produces the data for these statistics.

# Cohabitation Contracts and Dissolution of Cohabitation Contracts, by Region, 2000-2007

| Total | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2007/2006 |
|---|---|---|---|---|---|---|---|---|---|
| **Number of People Having Made a Declaration of Legal Cohabitation** | | | | | | | | | |
| Belgium | 5,144 | 21,427 | 8,958 | 11,263 | 18,595 | 30,749 | 34,293 | 49,189 | +43% |
| Brussels Area- Capital | 238 | 292 | 616 | 1,570 | 2,258 | 3,180 | 3,472 | 4,161 | +20% |
| Flemish Brabant | 3,845 | 19,846 | 3,920 | 4,790 | 8,058 | 14,942 | 16,225 | 27,390 | +69% |
| Walloon Brabant | 1,061 | 1,289 | 4,422 | 4,903 | 8,279 | 12,627 | 14,596 | 17,638 | +21% |
| **Number of People Having Dissolved a Declaration of Legal Cohabitation** | | | | | | | | | |
| Belgium | 220 | 1,585 | 3,922 | 4,196 | 4,763 | 6,439 | 9,452 | 12,137 | +28% |
| Brussels Area- Capital | 10 | 32 | 94 | 186 | 311 | 584 | 835 | 1,016 | +22% |
| Flemish Brabant | 164 | 1,383 | 3,495 | 3,357 | 3,188 | 3,795 | 5,294 | 6,651 | +26% |
| Walloon Brabant | 46 | 170 | 333 | 653 | 1,264 | 2,060 | 3,323 | 4,470 | +35% |
| **Persons of Different Sex** | **2000** | **2001** | **2002** | **2003** | **2004** | **2005** | **2006** | **2007** | **2007/2006** |
| **Number of People Having Made a Declaration of Legal Cohabitation** | | | | | | | | | |
| Belgium | 4,397 | 20,380 | 8,239 | 10,470 | 17,641 | 29,579 | 33,055 | 47,470 | +44% |
| Brussels Area- Capital | 130 | 238 | 492 | 1,299 | 1,987 | 2,881 | 3,182 | 3,880 | +22% |
| Flemish Brabant | 3,332 | 18,948 | 3,576 | 4,459 | 7,658 | 14,363 | 15,591 | 26,316 | +69% |
| Walloon Brabant | 935 | 1,194 | 4,171 | 4,712 | 7,996 | 12,335 | 14,282 | 17,274 | +21% |
| **Number of People Having Dissolved a Declaration of Legal Cohabitation** | | | | | | | | | |
| Belgium | 192 | 1,529 | 3,802 | 3,648 | 4,338 | 6,002 | 8,931 | 11,585 | +30% |
| Brussels Area- Capital | 8 | 30 | 84 | 114 | 238 | 511 | 726 | 906 | +25% |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Flemish Brabant** | 146 | 1,343 | 3,411 | 2,978 | 2,930 | 3,516 | 4,988 | 6,321 | +27% |
| **Walloon Brabant** | 38 | 156 | 307 | 556 | 1,170 | 1,975 | 3,217 | 4,358 | +35% |
| **Persons of Same Sex** | **2000** | **2001** | **2002** | **2003** | **2004** | **2005** | **2006** | **2007** | **2007/2006** |
| **Number of People Having Made a Declaration of Legal Cohabitation** | | | | | | | | | |
| **Belgium** | 747 | 1,047 | 719 | 793 | 954 | 1,170 | 1,238 | 1,719 | +39% |
| **Brussels Area-Capital** | 108 | 54 | 124 | 271 | 271 | 299 | 290 | 281 | -3.1% |
| **Flemish Brabant** | 513 | 898 | 344 | 331 | 400 | 579 | 634 | 1,074 | +69% |
| **Walloon Brabant** | 126 | 95 | 251 | 191 | 283 | 292 | 314 | 364 | +16% |
| **Number of People Having Dissolved a Declaration of Legal Cohabitation** | | | | | | | | | |
| **Belgium** | 28 | 56 | 120 | 548 | 425 | 437 | 521 | 552 | +6% |
| **Brussels Area-Capital** | 2 | 2 | 10 | 72 | 73 | 73 | 109 | 110 | +1% |
| **Flemish Brabant** | 18 | 40 | 84 | 379 | 258 | 279 | 306 | 330 | +8% |
| **Walloon Brabant** | 8 | 14 | 26 | 97 | 94 | 85 | 106 | 112 | +6% |

(a) The National Registry does not label legal cohabitation as such but only includes the number of people who have entered into this type of contract. Additionally, brothers, sisters and other family members may, if they cohabitate, be linked by a cohabitation agreement. The number of cohabitation agreements made by people of the opposite sex or the same sex cannot prejudice the nature of the existing relations between these people.

Sometimes, an uneven number of persons is listed. This apparent anomaly is due to the fact that for certain cohabitants, the dissolution of legal cohabitation is not registered when there is a change of address, for example, if a declaration is not made.

Copyright © 2009 Belgian Federal Government

- Disclaimer
- Site Map
- Contacts



Total Documentation Services, Inc.

6705 W. Hwy. 290, Ste. 502-211
Austin, TX 78735
Phone: 512-852-6040
Toll Free: 1-888-253-9580
Fax: 512-852-6041
E-Mail: translate@languagetran.com
www.languagetran.com

# Certificate of Translation

This is to acknowledge that the translation attached herewith is a complete and accurate rendition from French to English of the following document:

## "Cohabitation Contracts and Dissolution of Cohabitation Contracts, by Region, 2000-2007"
(Total: 3 pages)

The above document was translated by Ms. Lindsay Sabadosa. She is a professional French/English translator working with Total Documentation Services, Inc. She is fluent and qualified to do French to English translations.

January 12, 2010
Total Documentation Services, Inc.

_____
Ricardo Ramos
Authorized Signature

---

Subscribed and sworn to before me this 12th day of January, 2010.

Notary: _____
Notary Public in and for the State of Texas

Date: _____