# Exhibit B

**Exhibit B**
**PFF COMPARISON CHART**

| PRE-TRIAL | POST-TRIAL | PRE-TRIAL | POST-TRIAL | PRE-TRIAL | POST-TRIAL |
|---|---|---|---|---|---|
| PFF 1 | PFF 1 | PFF 41 | PFF 80 | PFF 81 | PFF 51 |
| PFF 2 | PFF 2 | PFF 42 | PFF 81 | PFF 82 | PFF 44 |
| PFF 3 | PFF 3 | PFF 43 | PFF 82 | PFF 83 | PFF 45 |
| PFF 4 | PFF 4 | PFF 44 | PFF 83 | PFF 84 | PFF 46 |
| PFF 5 | PFF 5 | PFF 45 | PFF 85 | PFF 85 | PFF 47 |
| PFF 6 | PFF 6 | PFF 46 | PFF 86 | PFF 86 | PFF 48 |
| PFF 7 | PFF 7 | PFF 47 | PFF 87 | PFF 87 | PFF 31 |
| PFF 8 | PFF 8 | PFF 48 | PFF 88 | PFF 88 | PFF 33 |
| PFF 9 | PFF 9 | PFF 49 | PFF 286 | PFF 89 | PFF 34 |
| PFF 10 | PFF 10 | PFF 50 | PFF 285 | PFF 90 | PFF 35 |
| PFF 11 | PFF 11 | PFF 51 | PFFs 290, 291 | PFF 91 | PFF 36 |
| PFF 12 | PFF 12 | PFF 52 | PFF 286 | PFF 92 | PFF 59 |
| PFF 13 | PFF 13 | PFF 53 | PFF 289 | PFF 93 | PFFs 61, 239 |
| PFF 14 | PFF 14 | PFF 54 | PFF 289 | PFF 94 | PFF 62 |
| PFF 15 | PFF 15 | PFF 55 | PFF 288 | PFF 95 | PFF 63 |
| PFF 16 | PFF 16 | PFF 56 | PFFs 293, 294 | PFF 96 | PFF 167 |
| PFF 17 | PFF 17 | PFF 57 | PFF 295 | PFF 97 | PFF 170 |
| PFF 18 | PFF 18 | PFF 58 | PFFs 77-85 | PFF 98 | PFF 171 |
| PFF 19 | PFF 19 | PFF 59 | Withdrawn | PFF 99 | PFF 173 |
| PFF 20 | PFF 20 | PFF 60 | PFF 89 | PFF 100 | PFF 174 |
| PFF 21 | PFF 21 | PFF 61 | PFF 91 | PFF 101 | PFF 175 |
| PFF 22 | PFF 22 | PFF 62 | PFF 92 | PFF 102 | PFF 177 |
| PFF 23 | PFF 23 | PFF 63 | PFF 93 | PFF 103 | PFF 181 |
| PFF 24 | PFF 24 | PFF 64 | PFF 99 | PFF 104 | PFF 181 |
| PFF 25 | PFF 64 | PFF 65 | PFF 100 | PFF 105 | PFF 182 |
| PFF 26 | PFF 65 | PFF 66 | PFF 101 | PFF 106 | PFF 183 |
| PFF 27 | PFF 66 | PFF 67 | PFF 102 | PFF 107 | PFF 244 |
| PFF 28 | PFF 67 | PFF 68 | PFF 102 | PFF 108 | PFF 245 |
| PFF 29 | PFF 68 | PFF 69 | PFF 103 | PFF 109 | PFF 246 |
| PFF 30 | PFF 69 | PFF 70 | PFF 104 | PFF 110 | PFF 247 |
| PFF 31 | PFF 70 | PFF 71 | PFF 105 | PFF 111 | PFF 248 |
| PFF 32 | PFF 71 | PFF 72 | PFF 105 | PFF 112 | PFF 250 |
| PFF 33 | PFF 72 | PFF 73 | PFF 106 | PFF 113 | PFF 251 |
| PFF 34 | PFFs 73, 144 | PFF 74 | PFF 107 | PFF 114 | PFF 252 |
| PFF 35 | PFF 74 | PFF 75 | PFF 37 | PFF 115 | PFF 260 |
| PFF 36 | PFF 75 | PFF 76 | PFF 39 | PFF 116 | PFF 261 |
| PFF 37 | PFF 76 | PFF 77 | PFF 40 | PFF 117 | PFF 263 |
| PFF 38 | PFF 77 | PFF 78 | PFF 41, 49 | PFF 118 | PFF 265 |
| PFF 39 | PFF 78 | PFF 79 | PFF 42 | PFF 119 | PFF 266 |
| PFF 40 | PFF 79 | PFF 80 | PFF 43, 50 | PFF 120 | PFF 267 |

**Exhibit B**
**PFF COMPARISON CHART**

| PRE-TRIAL | POST-TRIAL | PRE-TRIAL | POST-TRIAL | PRE-TRIAL | POST-TRIAL |
|---|---|---|---|---|---|
| **PFF 121** | PFF 268 | **PFF 161** | PFF 201 | **PFF 201** | PFF 139 |
| **PFF 122** | PFFs 145, 269 | **PFF 162** | PFF 202 | **PFF 202** | PFF 140 |
| **PFF 123** | PFF 271 | **PFF 163** | PFF 203 | **PFF 203** | PFF 141 |
| **PFF 124** | PFF 272 | **PFF 164** | PFF 204 | **PFF 204** | PFF 148 |
| **PFF 125** | PFF 277 | **PFF 165** | PFF 205 | **PFF 205** | PFF 149 |
| **PFF 126** | PFF 279 | **PFF 166** | PFF 206 | **PFF 206** | PFF 150 |
| **PFF 127** | PFF 159 | **PFF 167** | PFF 207 | **PFF 207** | PFF 152 |
| **PFF 128** | PFF 160 | **PFF 168** | PFF 208 | **PFF 208** | PFF 153 |
| **PFF 129** | PFF 161 | **PFF 169** | PFF 210 | **PFF 209** | PFF 154 |
| **PFF 130** | PFF 162 | **PFF 170** | PFF 211 | **PFF 210** | PFF 155 |
| **PFF 131** | PFF 163 | **PFF 171** | PFF 212 | **PFF 211** | PFF 156 |
| **PFF 132** | PFF 164 | **PFF 172** | PFF 213 | **PFF 212** | PFF 157 |
| **PFF 133** | PFF 165 | **PFF 173** | PFF 215 | **PFF 213** | PFF 158 |
| **PFF 134** | PFF 166 | **PFF 174** | PFF 216 | **PFF 214** | PFFs 229-284 |
| **PFF 135** | PFF 52 | **PFF 175** | PFF 217 | **PFF 215** | PFF 229 |
| **PFF 136** | PFF 55 | **PFF 176** | PFF 218 | **PFF 216** | PFFs 238-284 |
| **PFF 137** | PFF 53 | **PFF 177** | PFF 219 | **PFF 217** | PFFs 238-284 |
| **PFF 138** | PFF 54 | **PFF 178** | PFF 220 | **PFF 218** | PFFs 238-284 |
| **PFF 139** | PFF 57 | **PFF 179** | PFF 221 | **PFF 219** | PFFs 238-284 |
| **PFF 140** | PFF 58 | **PFF 180** | PFF 108 | **PFF 220** | PFFs 238-284 |
| **PFF 141** | PFF 96 | **PFF 181** | PFFs 109, 143 | **PFF 221** | PFFs 238-284 |
| **PFF 142** | PFF 97 | **PFF 182** | PFF 110 | **PFF 222** | PFFs 238-284 |
| **PFF 143** | PFF 98 | **PFF 183** | PFFs 112, 146 | | |
| **PFF 144** | PFF 184 | **PFF 184** | PFF 113 | | |
| **PFF 145** | PFF 185 | **PFF 185** | PFF 114 | | |
| **PFF 146** | PFF 186 | **PFF 186** | PFF 116 | | |
| **PFF 147** | PFF 187 | **PFF 187** | PFF 117 | | |
| **PFF 148** | PFF 188 | **PFF 188** | PFF 118 | | |
| **PFF 149** | PFF 189 | **PFF 189** | PFF 119 | | |
| **PFF 150** | PFF 190 | **PFF 190** | PFF 121 | | |
| **PFF 151** | PFF 191 | **PFF 191** | PFFs 120, 121 | | |
| **PFF 152** | PFF 123 | **PFF 192** | PFF 132 | | |
| **PFF 153** | PFF 192 | **PFF 193** | PFF 124 | | |
| **PFF 154** | PFF 193 | **PFF 194** | PFF 130 | | |
| **PFF 155** | PFF 194 | **PFF 195** | PFFs 133, 147 | | |
| **PFF 156** | PFF 195 | **PFF 196** | PFF 134 | | |
| **PFF 157** | PFF 196 | **PFF 197** | PFF 135 | | |
| **PFF 158** | PFF 197 | **PFF 198** | PFF 137 | | |
| **PFF 159** | PFF 199 | **PFF 199** | PFFs 135, 137 | | |
| **PFF 160** | PFF 200 | **PFF 200** | PFF 138 | | |