LYNN H. PASAHOW (CSB NO. 054283)
lpasahow@fenwick.com
CAROLYN CHANG (CSB NO. 217933)
cchang@fenwick.com
LESLIE KRAMER (CSB NO. 253313)
lkramer@fenwick.com
LAUREN WHITTEMORE (CSB NO. 255432)
lwhittemore@fenwick.com
FENWICK & WEST LLP
555 California Street, Suite 1200
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350

Attorneys for Third-Party Equality California

(Additional Counsel Listed on Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTIN M. PERRY, *et al.*, <br>       Plaintiffs, <br> and <br> CITY AND COUNTY OF SAN FRANCISCO, <br>       Plaintiff-Intervenor, <br> v. <br> ARNOLD SCHWARZENEGGER, *et al.*, <br>       Defendants, <br> and <br> PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et al.*, <br>       Defendant-Intervenors. | Case No.  09-CV-2292 VRW <br><br> **STIPULATED REQUEST FOR ORDER SHORTENING TIME** <br><br> Trial:     January 11, 2010 <br> Judge:  Chief Judge Vaughn R. Walker <br> Location: Courtroom 6, 17th Floor |

1  On March 5, 2010, Magistrate Judge Joseph Spero granted, to the extent specified in a
2  written opinion (Doc # 610), the motion of Defendants-Intervenors ("Proponents") to compel
3  Equality California and No on Proposition 8, Campaign for Marriage Equality, A Project of the
4  American Civil Liberties Union ("ACLU") (collectively "Objectors") to produce certain
5  documents on a rolling basis with production to be competed by March 31st. Proponents did not
6  agree to Objectors' request for a stay of the Order, but Proponents and Objectors have agreed to
7  an expedited schedule for the filing and briefing of objections which both sides intend to file to
8  that Order. *See* Declaration of Lauren Whittemore in Support of Stipulated Request to Shorten
9  Time ("Whittemore Dec.").

10  Pursuant to that agreed-upon schedule, Objectors have today filed their objections.
11  Proponents have agreed to file their opposition to those objections as well as their own objections
12  to Magistrate Judge Spero's Order on March 15 and Objectors will file any opposition to
13  Proponents' objections on March 17. Whittemore Dec. at 2, 3.

14  In the event the Court grants Objectors' Motion for Administrative Relief and sets a
15  hearing date of March 16, Objectors conditionally waive the right to oppose Proponents'
16  objections to the Order. Objectors retain the right to file an opposition to Proponents' objections
17  at a later time. Proponents have agreed to Objectors' request for a hearing date of March 16 or
18  March 23. Whittemore Dec. at 8.

19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

Wherefore, pursuant to Local Civil Rule 6-2, Objectors request that the Court approve the schedule proposed above.

Dated: March 11, 2010				FENWICK & WEST LLP


						By:   /s/ Lauren Whittemore
							Lauren Whittemore

						Attorneys for Third Party, Equality California

Dated: March 11, 2010				ORRICK, HERRINGTON & SUTCLIFFE LLP


						By:   /s/ Stephen Bomse
							Stephen Bomse

						STEPHEN V. BOMSE
						JUSTIN M. ARAGON
						Orrick, Herrington & Sutcliffe LLP

						ALAN L. SCHLOSSER
						ELIZABETH O. GILL
						ACLU Foundation Of Northern California

						Attorneys for No on Proposition 8, Campaign for Marriage Equality: A Project of the American Civil Liberties Union of Northern California

Dated: March 11, 2010				COOPER AND KIRK, PLLC


						By:   /s/ Jesse Panuccio
							Jesse Panuccio

						ATTORNEYS FOR DEFENDANTS-INTERVENORS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, MARK A. JANSSON, AND PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____

_____
VAUGHN R. WALKER
UNITED STATES DISTRICT COURT JUDGE

**Attestation Pursuant to General Order 45**

Pursuant to General Order No. 45, Section X.B., I, Lauren Whittemore, hereby attest that I have obtained concurrence in the filing of this document from each of the other signatories to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 11, 2010 at San Francisco, California.

Dated: March 11, 2010                                            FENWICK & WEST LLP

By:     */s/* Lauren Whittemore
          Lauren Whittemore

Attorneys for Third-Party, Equality California