LYNN H. PASAHOW (CSB NO. 054283)
lpasahow@fenwick.com
CAROLYN CHANG (CSB NO. 217933)
cchang@fenwick.com
LESLIE KRAMER (CSB NO. 253313)
lkramer@fenwick.com
LAUREN WHITTEMORE (CSB NO. 255432)
lwhittemore@fenwick.com
FENWICK & WEST LLP
555 California Street, Suite 1200
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350

Attorneys for Third-Party Equality California

(Additional Counsel Listed on Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTIN M. PERRY, *et al.*,<br>Plaintiffs,<br>and<br>CITY AND COUNTY OF SAN FRANCISCO,<br>Plaintiff-Intervenor,<br>v.<br>ARNOLD SCHWARZENEGGER, *et al.*,<br>Defendants,<br>and<br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et al.*,<br>Defendant-Intervenors. | Case No.  09-CV-2292 VRW<br><br>**[PROPOSED] ORDER GRANTING EQUALITY CALIFORNIA AND NO ON PROPOSITION 8, CAMPAIGN FOR MARRIAGE EQUALITY:  A PROJECT OF THE AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA'S MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Trial:       January 11, 2010<br>Judge:     Chief Judge Vaughn R. Walker<br>Location:  Courtroom 6, 17th Floor |

1  IT IS HEREBY ORDERED that for good cause shown, as set forth in Equality California and No on Proposition 8, Campaign for Marriage Equality, A Project of the American Civil Liberties Union's ("ACLU") (collectively "Objectors") Motion for Administrative Relief that Objectors' Motion is **GRANTED.**

**THE COURT THEREFORE SETS A HEARING DATE OF MARCH 16** for a hearing on objections to Magistrate Judge Spero's March 5, 2010 Order**.**

Dated: _____, 2010

Chief Judge Vaughn R. Walker

[PROPOSED] ORDER GRANTING EQCA AND ACLU'S MOTION FOR ADMINISTRATIVE RELIEF   1   CASE NO. 09-CV-2292 VRW