```
 1  LYNN H. PASAHOW (CSB NO. 054283)
    lpasahow@fenwick.com
 2  CAROLYN CHANG (CSB NO. 217933)
    cchang@fenwick.com
 3  LESLIE KRAMER (CSB NO. 253313)
    lkramer@fenwick.com
 4  LAUREN WHITTEMORE (CSB NO. 255432)
    lwhittemore@fenwick.com
 5  FENWICK & WEST LLP
    555 California Street, Suite 1200
 6  San Francisco, CA  94104
    Telephone:   (415) 875-2300
 7  Facsimile:   (415) 281-1350

 8  Attorneys for Third-Party Equality California

 9  (Additional Counsel Listed on Signature Page)
```

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTIN M. PERRY, *et al.*,<br>Plaintiffs,<br>and<br>CITY AND COUNTY OF SAN FRANCISCO,<br>Plaintiff-Intervenor,<br>v.<br>ARNOLD SCHWARZENEGGER, *et al.*,<br>Defendants,<br>and<br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et al.*,<br>Defendant-Intervenors. | Case No. 09-CV-2292 VRW<br><br>[PROPOSED] ORDER GRANTING EQUALITY CALIFORNIA AND NO ON PROPOSITION 8, CAMPAIGN FOR MARRIAGE EQUALITY:  A PROJECT OF THE AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA'S MOTION FOR ADMINISTRATIVE RELIEF<br><br>Trial: January 11, 2010<br>Judge: Chief Judge Vaughn R. Walker<br>Location: Courtroom 6, 17th Floor |

1  IT IS HEREBY ORDERED that for good cause shown, as set forth in Equality California
2  and No on Proposition 8, Campaign for Marriage Equality, A Project of the American Civil
3  Liberties Union's ("ACLU") (collectively "Objectors") Motion for Administrative Relief that
4  Objectors' Motion is **GRANTED**.

5  **THE COURT THEREFORE SETS A HEARING DATE OF MARCH 16** *2010 at 10am* for a
6  hearing on objections to Magistrate Judge Spero's March 5, 2010 Order.

7  Dated: March 12, 2010

_____
Chief Judge Vaughn R. Walker

[PROPOSED] ORDER GRANTING EQCA AND
ACLU'S MOTION FOR ADMINISTRATIVE            1            CASE NO. 09-CV-2292 VRW
RELIEF