UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**VAUGHN R. WALKER**
United States District Chief Judge

**Date:** March 16, 2010

**Courtroom Deputy:** Cora Klein         **Court Reporter:**   Kathy Sullivan

**Case No.**  C 09-2292  VRW

**Title:** KRISTIN PERRY, et al v. ARNOLD SCHWARNEGGER, et al

| **Counsel For Plaintiffs:** | **Defendant Intervenors Prop 8 et al:** |
|---|---|
| Christopher Dusseault, | Jesse Panuccio |
| Enrique Monagas | |
| | |
| **Plaintiff Intervenor:** | Tamar Pachter - Office of the Attorney General |
| **City and County of San Francisco** | |
| Mollie Lee | |

**Third-Party:**
Stephen Bomse - ACLU
Elizabeth Gill - ACLU
Kari Krogseng for Californians Against Eliminating Basic Rights
Lauren Whittemore, Lynn Pasahow for Equality California

**PROCEEDINGS:**
Hearing on Third Party ACLU and Equality California's Objections to Magistrate Judge Spero's 3/5/2010 Order.

The court heard argument from counsel.
The court submitted the matter.
The court to issue a written order.