UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

March 25, 2010

**CASE INFORMATION:**
Short Case Title:  <u>KRISTIN M. PERRY</u>-v- <u>ARNOLD SCHWARZENEGGER</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>San Francisco division ~ Judge Vaughn R. Walker</u>
Criminal and/or Civil Case No.: <u>CV 09-02292 VRW </u>
Date Complaint/Indictment/Petition Filed: <u>5/22/09</u>
Date Appealed order/judgment *entered* <u>3/5/10; 3/22/10</u>
Date NOA *filed* <u>3/24/10</u>
Date(s) of Indictment          Plea Hearing                        Sentencing

COA Status (check one):      ☐ granted in full (attach order)         ☐ denied in full (send record)
                             ☐ granted in part (attach order)         ☐ pending

Court Reporter(s) Name & Phone Number: <u>Katherine Powell Sullivan (415) 794-6659</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>3/24/10</u>                    Date Docket Fee Billed:
Date FP granted:                                         Date FP denied:
Is FP pending? ☐ yes  ☐ no                               Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
<u>Appellate Counsel: </u>                         <u>Appellee Counsel: </u>
see docket sheet                                  see docket sheet



☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                    9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Sheila Rash</u>
                                        (415) 522-2099