ADRMOP, APPEAL, E-Filing, PROTO, ProSe, REFDIS

**U.S. District Court**
**California Northern District (San Francisco)**
**CIVIL DOCKET FOR CASE #: 3:09-cv-02292-VRW**
**Internal Use Only**

Perry et al v. Schwarzenegger et al                    Date Filed: 05/22/2009
Assigned to: Hon. Vaughn R. Walker                     Jury Demand: None
Referred to: Magistrate Judge Joseph C. Spero          Nature of Suit: 440 Civil Rights: Other
Demand: $0                                             Jurisdiction: Federal Question
Case in other court:  9th Circuit, 09-16959
                      9th Circuit, 09-17241
                      9th Circuit, 09-17551
Cause: 42:1983 Civil Rights Act

**Plaintiff**

**Kristin M. Perry**                    represented by   **David Boies**
                                                         Boies Schiller & Flexner LLP
                                                         333 Main Street
                                                         Armonk, NY 10504
                                                         914-749-8200
                                                         Fax: 914-749-8300
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Theodore B Olson**
                                                         Gibson Dunn & Crutcher LLP
                                                         1050 Connecticut Ave, N.W.
                                                         Washington, DC 20036-5306
                                                         202-955-8668
                                                         Fax: 202-467-0539
                                                         Email: tolson@gibsondunn.com
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Amir Cameron Tayrani**
                                                         Gibson Dunn & Crutcher LLP
                                                         1050 Connecticut Ave NW, Ste 900
                                                         Washington, DC 20036
                                                         202-887-3692
                                                         Email: ATayrani@gibsondunn.com
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Christopher Dean Dusseault**
                                                         Gibson Dunn & Crutcher LLP
                                                         333 S Grand Ave
                                                         Los Angeles, CA 90071
                                                         213-229-7855
                                                         Email: cdusseault@gibsondunn.com
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Enrique Antonio Monagas**
                                                         Gibson Dunn & Crutcher LLP
                                                         333 South Grand Avenue
                                                         Los Angeles, CA 90071
                                                         213-229-7804
                                                         Email: emonagas@gibsondunn.com
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Ethan D. Dettmer**

Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
213-229-7804
Email: edettmer@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Jeremy Michael Goldman**
Boies, Schiller & Flexner LLP
1999 Harrison Street, Ste 900
Oakland, CA 94612
510-874-1000
Email: jgoldman@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Matthew Dempsey McGill**
Gibson Dunn & Crutcher LLP
1050 Connecticut Ave., NW
Washington, DC 20036-5306
202-955-8668
Email: mmcgill@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rosanne C. Baxter**
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504
914-749-8200
Email: rbaxter@bsfllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Elizabeth Piepmeier**
Gibson, Dunn & Crutcher LLP
555 Mission Street, Ste 3000
San Francisco, CA 94105
(415) 393-8200
Email: spiepmeier@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Theane Evangelis Kapur**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
213-229-7726
Fax:
Email: tkapur@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Theodore J. Boutrous , Jr.**
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
213-229-7804
Fax: 213-229-7520
Email: tboutrous@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Theodore Hideyuki Uno**
Boies Schiller & Flexner LLP
1999 Harrison St, Ste 900
Oakland, CA 94612
510-874-1000
Email: tuno@bsfllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra B. Stier**
          represented by **Theodore B Olson**
Gibson Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
202-955-8668
Fax: 202-467-0539
Email: tolson@gibsondunn.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amir Cameron Tayrani**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Dean Dusseault**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Boies**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Enrique Antonio Monagas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan D. Dettmer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy Michael Goldman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Josh Schiller**
Boies Schiller & Flexner LLP
575 Lexington Avenue , 7th floor
New York, NY 10022
212-446-2300
Email: jischiller@bsfllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dempsey McGill**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard J. Bettan**
Boies Schiller & Flexner LLP
575 Lexington Avenue, 7th floor
New York, NY 10022
212-446-2300
Email: rbettan@bsfllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Elizabeth Piepmeier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theane Evangelis Kapur**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Theodore J. Boutrous , Jr.**
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
213-229-7804
Email: tboutrous@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Theodore Hideyuki Uno**
Boies, Schiller & Flexner LLP
1999 Harrison Street
Oakland, CA 94612
510-874-1000
Email: tuno@bsfllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul T. Katami**                   represented by   **David Boies**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theodore B Olson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amir Cameron Tayrani**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Dean Dusseault**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Enrique Antonio Monagas**
Gibson Dunn & Crutcher LLP
555 Mission St, Ste 3000
San Francisco, CA 94105
415-393-8353
Email: emonagas@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Ethan D. Dettmer**
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
415-393-8292
Email: edettmer@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Jeremy Michael Goldman**
Boies, Schiller & Flexner LLP
1999 Harrison Street, Stre 900
Oakland, CA 94612
510-874-1000
Email: jgoldman@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Josh Schiller**

Boies Schiller & Flexner LLP
575 Lexington Avenue, 7th floor
New York, NY 10022
212-446-2300
Email: jischiller@bsfllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dempsey McGill**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard J. Bettan**
Boies Schiller & Flexner LLP
575 Lexington Avenue
7th Floor
New York, NY 10022
212-446-2300
Email: rbettan@bsfllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Elizabeth Piepmeier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theane Evangelis Kapur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theodore J. Boutrous , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theodore Hideyuki Uno**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey J. Zarrillo**                    represented by    **David Boies**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theodore B Olson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amir Cameron Tayrani**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Dean Dusseault**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Enrique Antonio Monagas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan D. Dettmer**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy Michael Goldman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Josh Schiller**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dempsey McGill**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard J. Bettan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Elizabeth Piepmeier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theane Evangelis Kapur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theodore J. Boutrous , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theodore Hideyuki Uno**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Attorney Charles S LiMandri**          represented by   **Charles Salvatore LiMandri**
                                                          Law Offices of Charles S. LiMandri
                                                          P.O. Box 9120
                                                          Rancho Santa Fe, CA 92067
                                                          (858) 759-9930
                                                          Email: cslimandri@limandri.com
                                                          *ATTORNEY TO BE NOTICED*

V.

**Intervenor Pla**

**Our Family Coalition**          represented by   **Alan Lawrence Schlosser**
                                                   ACLU Foundation of Northern California, Inc.
                                                   39 Drumm Street
                                                   San Francisco, CA 94111
                                                   415-621-2493
                                                   Email: aschlosser@aclunc.org
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Christopher Francis Stoll**
                                                   National Center for Lesbian Rights
                                                   870 Market Street, Suite 370
                                                   San Francisco, CA 94102
                                                   415-392-6257
                                                   Email: cstoll@nclrights.org
                                                   *ATTORNEY TO BE NOTICED*

**Ilona Margaret Turner**
National Ctr for Lesbian Rights
870 Market St
Suite 370
San Francisco, CA 94102
415-392-6257
Email: iturner@nclrights.org
*ATTORNEY TO BE NOTICED*

**James Dixon Esseks**
ACLU Foundation
2 Charlton St #14H
New York, NY 10014
212-549-2623
Email: jesseks@aclu.org
*ATTORNEY TO BE NOTICED*

**Jennifer Carol Pizer**
Lambda Legal Defense and Education Fund, Inc.
3325 Wilshire Blvd.Ste 1300
Los Angeles, CA 90010-1729
213-382-7600
Email: jpizer@lambdalegal.org
*ATTORNEY TO BE NOTICED*

**Jon Warren Davidson**
Lambda Legal Defense and Education Fund
3325 Wilshire Blvd Ste 1300
Los Angeles, CA 90010
(213) 382-7600, ext. 229
Email: jdavidson@lambdalegal.org
*ATTORNEY TO BE NOTICED*

**Matthew Albert Coles**
ACLU LGBT & AIDS Project
125 Broad St.
New York, NY 10004
212-549-2624
Email: mcoles@aclu.org
*ATTORNEY TO BE NOTICED*

**Shannon Minter**
National Center For Lesbian Rights
870 Market Street, Ste 570
San Francisco, CA 94102
415-392-6257
Email: sminter@nclrights.org
*ATTORNEY TO BE NOTICED*

**Tara Lynn Borelli**
Lambda Legal Defense & Education Fund
3325 Wilshire Blvd #1300
Los Angeles, CA 90010
213-382-7600
Email: tborelli@lambdalegal.org
*ATTORNEY TO BE NOTICED*

**Intervenor Pla**

**Lavender Seniors of the East Bay**                     represented by   **Alan Lawrence Schlosser**
                                                                           (See above for address)
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **Christopher Francis Stoll**
                                                                           National Center for Lesbian Rights
                                                                           870 Market St, Ste 370
                                                                           San Francisco, CA 94102

415-392-6257
Email: cstoll@nclrights.org
*ATTORNEY TO BE NOTICED*

**Ilona Margaret Turner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Dixon Esseks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Carol Pizer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jon Warren Davidson**
Lambda Legal Defense and Education Fund
3325 Wilshire Blvd, Ste 1300
Los Angeles, CA 90010
(213) 382-7600, ext. 229
Email: jdavidson@lambdalegal.org
*ATTORNEY TO BE NOTICED*

**Matthew Albert Coles**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shannon Minter**
National Center For Lesbian Rights
870 Market St, Ste 570
San Francisco, CA 94102
415-392-6257
Email: sminter@nclrights.org
*ATTORNEY TO BE NOTICED*

**Tara Lynn Borelli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Pla**

**Parents, Families, and Friends of Lesbians and Gays**                    represented by    **Alan Lawrence Schlosser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Francis Stoll**
National Center for Lesbian Rights
870 Market St Suite 370
San Francisco, CA 94102
415-392-6257
Email: cstoll@nclrights.org
*ATTORNEY TO BE NOTICED*

**Ilona Margaret Turner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Dixon Esseks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Carol Pizer**
Lambda Legal Defense and Education Fund, Inc.
3325 Wilshire Blvd. Suite 1300
Los Angeles, CA 90010-1729
213-382-7600
Email: jpizer@lambdalegal.org

*ATTORNEY TO BE NOTICED*

**Jon Warren Davidson**
Lambda Legal Defense and Education Fund
3325 Wilshire Blvd Suite 1300
Los Angeles, CA 90010
(213) 382-7600, ext. 229
Email: jdavidson@lambdalegal.org
*ATTORNEY TO BE NOTICED*

**Matthew Albert Coles**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shannon Minter**
National Center For Lesbian Rights
870 Market St, Suite 570
San Francisco, CA 94102
415-392-6257
Email: sminter@nclrights.org
*ATTORNEY TO BE NOTICED*

**Tara Lynn Borelli**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Arnold Schwarzenegger**
*in his official capacity as Governor of California*

represented by **Kenneth C. Mennemeier**
Mennemeier Glassman & Stroud LLP
980 9th St, Ste 1700
Sacramento, CA 95814
916-553-4000
Email: kcm@mgslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Walter Stroud**
Mennemeie Glassman & Stroud
980 9th Street, Suite 1700
Sacramento, CA 95814-2736
(916)553-4000
Email: stroud@mgslaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Edmund G. Brown, Jr.**
*in his official capacity as Attorney General of California*

represented by **Gordon Bruce Burns**
Attorney Generals Office, Dept. of Justice
1300 I Street, 17th Floor
Sacramento, CA 95814
916-324-3081
Email: Gordon.Burns@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tamar Pachter**
Office of the California Attorney General
455 Golden Gate Ave, Suite 11000
San Francisco, CA 94102-7004
415-703-5970
Fax: 415-703-1234
Email: Tamar.Pachter@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark B. Horton**
*in his official capacity as Director of the California Department of Public Health & State Registrar of Vital Statistics*

represented by **Kenneth C. Mennemeier**
Mennemeier, Glassman & Stroud LLP
980 9th Street, Ste 1700
Sacramento, CA 95814
916-553-4000
Email: kcm@mgslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Walter Stroud**
Mennemeier, Glassman & Stroud
980 9th Street, Suite 1700
Sacramento, CA 95814-2736
(916)553-4000
Email: stroud@mgslaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Linette Scott**
*in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health*

represented by **Kenneth C. Mennemeier**
Mennemeier Glassman & Stroud LLP
980 9th St, Suite 1700
Sacramento, CA 95814
916-553-4000
Email: kcm@mgslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Walter Stroud**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Patrick O'Connell**
*in his official capacity as Clerk-Recorder for the County of Alameda*

represented by **Claude Franklin Kolm**
County of Alameda
1221 Oak Street, Suite 450
Oakland, CA 94612-4296
510-272-6710
Email: claude.kolm@acgov.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Manuel Francisco Martinez**
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, CA 94612
510-891-3306
Email: manuel.martinez@acgov.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dean C. Logan**
*in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles*

represented by **Judy Whitehurst**
Office of County Counsel - County of Los Angeles
500 West Temple St
Los Angeles, CA 90012
(213) 974-1845
Email: JWhitehurst@counsel.lacounty.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**William T. Criswell**

represented by **David E. Bunim**
Haas & Najarian
58 Maiden Lane

Second Floor
San Francisco, CA 94108
415-788-6330
Email: DBunim@haasnaja.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Dft**

**Proposition 8 Official Proponents**                represented by    **Charles J. Cooper**
Cooper & Kirk
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
202-220-9600
Fax: 202-220-9601
Email: ccooper@cooperkirk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Austin R. Nimocks**
Alliance Defense Fund
801 G Street NW, Ste 509
Washington, DC 20001
(202) 393-8690
Email: animocks@telladf.org
*ATTORNEY TO BE NOTICED*

**Brian W Raum**
Alliance Defense Fund
15100 N. 90th Street
Scottsdale, AZ 85260
480-444-0020
Email: braum@telladf.org
*ATTORNEY TO BE NOTICED*

**David H. Thompson**
Cooper & Kirk PLLC
1523 New Hampshire Ave NW
Washington, DC 20036
(202) 220-9600
Email: dthompson@cooperkirk.com
*ATTORNEY TO BE NOTICED*

**Howard C. Nielson , Jr.**
Cooper & Kirk PLLC
1523 New Hampshire Ave NW
Washington, DC 20036
202-220-9600
Email: hnielson@cooperkirk.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James A Campbell**
15100 N. 90th Street
Scottsdale, AZ 85260
(480)444-0020
Email: jcampbell@telladf.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jesse Michael Panuccio**
Cooper & Kirk PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
202-220-9600

Email: jpanuccio@cooperkirk.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan W. Lorence**
Alliance Defense Fund
801 G Street NW, Ste 509
Washington, DC 20001
(202) 393-8690
Email: jlorence@telladf.org
*ATTORNEY TO BE NOTICED*

**Michael W. Kirk**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 2003
202.220.9600
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter A. Patterson**
Cooper & Kirk PLLC
1523 New Hampshire Ave NW
Washington, DC 20036
202-220-9600
Email: ppatterson@cooperkirk.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Dft**

**Dennis Hollingsworth**                    represented by    **Charles J. Cooper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Perry Pugno**
Law Offices of Andrew P Pugno
101 Parkshore Dr #100
Folsom, CA 95630-4726
Email: andrew@pugnolaw.com
*ATTORNEY TO BE NOTICED*

**Austin R. Nimocks**
Alliance Defense Fund
801 G Street NW, Suite 509
Washington, DC 20001
(202) 393-8690
Email: animocks@telladf.org
*ATTORNEY TO BE NOTICED*

**Brian W Raum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David H. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Howard C. Nielson , Jr.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James A Campbell**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jesse Michael Panuccio**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan W. Lorence**
Alliance Defense Fund
801 G Street NW, Suite 509
Washington, DC 20001
(202) 393-8690
Email: jlorence@telladf.org
*ATTORNEY TO BE NOTICED*

**Peter A. Patterson**
Cooper & Kirk PLLC
1523 New Hampshire Avenue NW
Washington, DC 20036
202-220-9600
Email: ppatterson@cooperkirk.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy D Chandler**
Alliance Defense Fund
101 Parkshore Dr., Suite 100
Folsom, CA 95630
916-932-2850
Email: tchandler@telladf.org
*ATTORNEY TO BE NOTICED*

**Intervenor Dft**

**Gail J. Knight**                    represented by    **Charles J. Cooper**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Perry Pugno**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Austin R. Nimocks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian W Raum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David H. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Howard C. Nielson , Jr.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James A Campbell**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jesse Michael Panuccio**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Jordan W. Lorence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter A. Patterson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy D Chandler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Dft**

**Martin F. Gutierrez**                       represented by  **Charles J. Cooper**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Perry Pugno**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Austin R. Nimocks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian W Raum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David H. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Howard C. Nielson , Jr.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James A Campbell**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jesse Michael Panuccio**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan W. Lorence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter A. Patterson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy D Chandler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Dft**

**Hak-Shing William Tam**                        represented by   **Charles J. Cooper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Perry Pugno**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Austin R. Nimocks**
Alliance Defense Fund
801 G Street NW
Washington, DC 20001
(202) 393-8690
Email: animocks@telladf.org
*ATTORNEY TO BE NOTICED*

**Brian W Raum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David H. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Howard C. Nielson , Jr.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James A Campbell**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jesse Michael Panuccio**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan W. Lorence**
Alliance Defense Fund
801 G Street NW
Washington, DC 20001
(202) 393-8690
Email: jlorence@telladf.org
*ATTORNEY TO BE NOTICED*

**Peter A. Patterson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terry Lee Thompson**
Terry L. Thompson, Attorney at Law
P.O. Box 1346
Alamo, CA 94507
925/855-1507
Email: tl_thompson@earthlink.net
*ATTORNEY TO BE NOTICED*

**Timothy D Chandler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Dft**

**Mark A. Jansson**                              represented by   **Charles J. Cooper**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Perry Pugno**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Austin R. Nimocks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian W Raum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David H. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Howard C. Nielson , Jr.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James A Campbell**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jesse Michael Panuccio**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan W. Lorence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter A. Patterson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy D Chandler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Dft**

**ProtectMarriage.com - Yes on 8, A Project of California Renewal**          represented by **Charles J. Cooper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Perry Pugno**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Austin R. Nimocks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian W Raum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David H. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Howard C. Nielson , Jr.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James A Campbell**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan W. Lorence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Estelle Whittemore**
Fenwick & West LLP
801 California Street
Mountain View, CA 94041
650-988-8500
Email: lwhittemore@fenwick.com
*ATTORNEY TO BE NOTICED*

**Peter A. Patterson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy D Chandler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Dft**

**Campaign for California Families**                     represented by     **Jesse Michael Panuccio**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Elizabeth McAlister**
Liberty Counsel
100 Mountain View Rd Ste 2775
Lynchburg, VA 24502
434-592-7000
Email: court@lc.org
*ATTORNEY TO BE NOTICED*

**Rena M Lindevaldsen**
Liberty Counsel
100 Mountainview Rd, Ste 2775
Lynchberg, VA 24502
434-592-7000
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Dft**

**County of Imperial of the State of California**                     represented by     **Jennifer Lynn Monk**
Advocates for Faith and Freedom
24910 Las Brisas Road, Ste 110
Murrieta, CA 92562
951-304-7583
Email: jmonk@faith-freedom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Henry Tyler**
Advocates for Faith & Freedom
24910 Las Brisas Road, Ste 110
Murrieta, CA 92562
951-304-7583
Email: rtyler@faith-freedom.com
*ATTORNEY TO BE NOTICED*

**Intervenor Dft**

**Board of Supervisors of Imperial County**    represented by    **Jennifer Lynn Monk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Henry Tyler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Dft**

**Isabel Vargas**    represented by    **Jennifer Lynn Monk**
Advocates for Faith and Freedom
24910 Las Brisas Road, Ste 110
Murrieta, CA 92562
951-304-7583
Fax: 951-600-4996
Email: jmonk@faith-freedom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Henry Tyler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**3rd party defendant**

**Californians Against Eliminating Basic Rights**    represented by    **James C. Harrison**
Remcho, Johansen & Purcell, LLP
201 Dolores Avenue
San Leandro, CA 94577
510/346-6200
Email: jharrison@rjp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kari Lynn Krogseng**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
415.393.2000
Email: kari.krogseng@bingham.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Media Coalition**    represented by    **Thomas R. Burke**
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
415/276-6500
Email: thomasburke@dwt.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**City and County of San Francisco**    represented by    **Christine Van Aken**
Office of the City Attorney
1390 Market St, 7th Floor

San Francisco, CA 94102
415-554-3875
Email: christine.van.aken@sfgov.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danny Yeh Chou**
San Francisco City Attorney's Office
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102
415-554-4655
Email: danny.chou@sfgov.org
*ATTORNEY TO BE NOTICED*

**Erin Brianna Bernstein**
Office of the City Attorney of San Francisco
1390 Market Street, 7th Floor
San Francisco, CA 94102
(415) 554-3975
Email: Erin.Bernstein@sfgov.org
*ATTORNEY TO BE NOTICED*

**Ronald P. Flynn**
Office of the City Attorney
1390 Market Street, Seventh Floor
San Francisco, CA 94102
415 554-3901
Email: ronald.flynn@sfgov.org
*ATTORNEY TO BE NOTICED*

**Amicus**

**ACLU Foundation of Northern California**    represented by    **Stephen V. Bomse**
Orrick Herrington & Sutcliffe
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415)773-5700
Fax: 415 -773-5759
Email: sbomse@orrick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Lawrence Schlosser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth O. Gill**
American Civil Liberties Union of No. Calif.
39 Drumm Street
San Francisco, CA 94111
415-621-2493
Email: egill@aclunc.org
*ATTORNEY TO BE NOTICED*

**Lauren Estelle Whittemore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Equality California**    represented by    **Stephen V. Bomse**
Orrick Herrington & Sutcliffe
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415)773-5700
Email: sbomse@orrick.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Brosnahan**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415-268-7000
Email: jbrosnahan@mofo.com
*ATTORNEY TO BE NOTICED*

**Lauren Estelle Whittemore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leslie A Kramer**
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
415-875-2300
Email: lkramer@fenwick.com
*ATTORNEY TO BE NOTICED*

**Tobias Barrington Wolff**
University of Pennsylvania Law School
3400 Chestnut Street
Philadelphia, PA 19104-6204
(215) 898-7471
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**National Center for Lesbian Rights**                  represented by   **Shannon Minter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Francis Stoll**
National Center for Lesbian Rights
870 Market St, Suite 370
San Francisco, CA 94102
415-392-6257
Email: cstoll@nclrights.org
*ATTORNEY TO BE NOTICED*

**Ilona Margaret Turner**
National Ctr for Lesbian Rights
870 Market St, Ste 370
San Francisco, CA 94102
415-392-6257
Email: iturner@nclrights.org
*ATTORNEY TO BE NOTICED*

**Amicus**

**Most Rev. Dr. Mark S. Shirlau**

**Amicus**

**The Family Research Council**                  represented by   **Christopher M. Gacek**
Family Research Council
801 G Street NW
Washington, DC 20001
(202) 393-2100
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick John Gorman**

Wild, Carter & Tipton
246 West Shaw Avenue
Fresno, CA 93704
559-224-2131
Email: pgorman@wctlaw.com
*ATTORNEY TO BE NOTICED*

**Paul Benjamin Linton**
921 Keystone Avenue
Northbrook, IL 60062
(847) 291-3848
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas Brejcha**
Thomas More Society
29 S. La Salle, Ste 440
Chicago, IL 60603
(312) 782-1680
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**American College of Pediatricians**                represented by   **Kevin Trent Snider**
212 9th Street, Suite 208                                            Pacific Justice Institute
Oakland, CA 94607                                                    P.O. Box 276600
510-834-7232                                                         Sacramento, CA 95827
                                                                     916-857-6900
                                                                     Fax: 916-857-6902
                                                                     Email: kevinsnider@pacificjustice.org
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**The Becket Fund for Religious Liberty**            represented by   **Angela Christine Thompson**
                                                                     P.O. Box 163461
                                                                     Sacramento, CA 95816-9461
                                                                     916-642-6534
                                                                     Email: angelathompsonesq@gmail.com
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Kevin James Hasson**
                                                                     1350 Connecticut Ave, Ste 605 NW
                                                                     Washington, DC 20036-1735
                                                                     (202) 955-0095
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**M.D. Paul R. McHugh**                              represented by   **Christopher James Schweickert**
                                                                     1470 Maria Lane, Suite 300
                                                                     Walnut Creek, CA 94596
                                                                     925-788-1672
                                                                     Email: cjs@wcjuris.com
                                                                     *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**National Legal Foundation**                        represented by   **Holly L Carmichael**
                                                                     5096 Selinda Way
                                                                     Los Gatos, CA 95032
                                                                     408-838-1212
                                                                     Email: holly.l.carmichael@gmail.com
                                                                     *ATTORNEY TO BE NOTICED*

**Amicus**

**Ethics and Religious Liberty Commission of the**
**Southern Baptist Convention**

represented by **David L. Llewellyn , Jr.**
Llewellyn Spann, Attorneys at Law
5530 Birdcage Street, Ste 210
Citrus Heights, CA 95610
916-966-9036
Email: DLlewellyn@LS4law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Institute for Marriage and Public Policy**
J. Hector Moreno, Jr.
51 E. Campbell Avenue, Suite 128
Campbell, CA

represented by **Jose Hector Moreno , Jr.**
The Law Firm of J. Hector Moreno, Jr. & Associates
51 E. Campbell Ave, Ste 128
Campbell, CA 95008
408-370-6160
Email: jhmoreno@jhmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Bay Area Lawyers for Individual Freedom**

represented by **Jerome Cary Roth**
Munger Tolles & Olson LLP
560 Mission Street
27th Floor
San Francisco, CA 94105-2907
415-512-4000
Fax: 415-512-4077
Email: Jerome.Roth@mto.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Russell Conrad**
Munger Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94114
415-512-4064
Email: Mark.Conrad@mto.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Mr. Michael James McDermott**

represented by **Michael James McDermott**
7172 Regional #329
Dublin, CA 94568
PRO SE

**Michael James McDermott**
7172 Regional St #329
Dublin, CA 94568
925-548-3446
Email: mjm1usa@aol.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**The Progressive Project**

represented by **Steven Edward Mitchel**
912 Cole Street, #320
San Francisco, CA 94117
415-350-1676
Email: mitchelsteve@yahoo.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**American Anthropological Association**

represented by **John Douglas Freed**
Covington Burling

One Front St
Suite 3500
SF, CA 94111
415-591-6000
Email: jfreed@cov.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**American Psychoanalytic Association**          represented by   **John Douglas Freed**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Amicus**

**The National Association of Social Workers**   represented by   **John Douglas Freed**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Amicus**

**National Association of Social Workers,**       represented by   **John Douglas Freed**
**California**                                                    Covington Burling
                                                                 One Front St, Ste 3500
                                                                 San Francisco, CA 94111
                                                                 415-591-6000
                                                                 Email: jfreed@cov.com
                                                                 *ATTORNEY TO BE NOTICED*

**Amicus**

**American Academy of Pediatrics, California**    represented by   **John Douglas Freed**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Amicus**

**Donald B. King**                                represented by   **Diana E Richmond**
*Amicus Curiae for Plaintiffs*                                   Sideman & Bancroft LLP
                                                                 1 Embarcadero Ctr 8FL
                                                                 San Francisco, CA 94111
                                                                 415-392-1960
                                                                 Email: drichmond@sideman.com
                                                                 *ATTORNEY TO BE NOTICED*

**Amicus**

**Unitarian Universalist Legislative Ministry**   represented by   **Eric A. Isaacson**
**California, et al.**                                            Coughlin Stoia Geller Rudman & Robbins LLP
                                                                 655 West Broadway, Ste 1900
                                                                 San Diego, CA 92101
                                                                 (619) 231-1058
                                                                 Email: erici@csgrr.com
                                                                 *ATTORNEY TO BE NOTICED*

**Amicus**

**American Association for Marriage & Family**     represented by   **Kelly Wayne Kay**
**Therapy, California Division**                                  Law Offices of W. Ruel Walker
                                                                 6116 Taft St.
                                                                 Oakland, CA 94618
                                                                 510-543-3022
                                                                 Email: oakkelly@yahoo.com
                                                                 *ATTORNEY TO BE NOTICED*

**Amicus**

**National Gay and Lesbian Task Force Foundation** represented by   **Susan Marie Popik**
                                                                 Chapman Popik & White LLP
                                                                 650 California Street, 19th floor
                                                                 San Francisco, CA 94108

415-352-3000
Email: spopik@chapop.com
*ATTORNEY TO BE NOTICED*

**Suzanne B. Goldberg**
Sexuality & Gender Law Clinic
435 W. 116th Street
New York, NY 10025
(212) 854-0411
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Asian Law Caucus**                          represented by   **Peter Obstler**
                                              Bingham McCutchen LLP
                                              Three Embarcadero Center, Suite 2800
                                              San Francisco, CA 94111
                                              415-393-2578
                                              Fax: 415-393-2286
                                              Email: peter.obstler@bingham.com
                                              *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**ASIAN AMERICAN JUSTICE CENTER**            represented by   **Peter Obstler**
                                              Bingham McCutchen LLP
                                              Three Embarcadero Center, Suite 2800
                                              San Francisco, CA 94111
                                              415-393-2578
                                              Email: peter.obstler@bingham.com
                                              *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**ASIAN PACIFIC AMERICAN BAR**                represented by   **Peter Obstler**
**ASSOCIATION OF LOS ANGELES COUNTY**         (See above for address)
                                              *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**ASIAN PACIFIC AMERICAN LEGAL CENTER**       represented by   **Peter Obstler**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**ASIAN PACIFIC BAR ASSOCIATION OF**          represented by   **Peter Obstler**
**SILICON VALLEY**                            (See above for address)
                                              *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Asian Pacific Islander Legal Outreach**     represented by   **Peter Obstler**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Bienestar Human Services**                  represented by   **Peter Obstler**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**California State Conference of the NAACP**  represented by   **Peter Obstler**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Coalition for Humane Immigrant Rights**     represented by   **Peter Obstler**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Japanese American Bar Association**                 represented by   **Peter Obstler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**La Raza Centro Legal**                             represented by   **Peter Obstler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Mexican American Legal Defense And Education       represented by   **Peter Obstler**
Fund**                                                                (See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**National Black Justice Coalition**                 represented by   **Peter Obstler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**South Asian Bar Association of Northern            represented by   **Peter Obstler**
California**                                                          (See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Zuna Institute**                                   represented by   **Peter Obstler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Michael Wolf**                                     represented by   **Michael Wolf**
P.O. Box 52
Colfax, WA 99111-0052
208-596-8401
Email: mwolf@nethere.com
PRO SE

**Amicus**

**California Professors of Family Law**              represented by   **Herma Hill Kay**
Berkeley School of Law
University of California
Berkeley, CA 94720
510-643-2671
Email: hkay@law.berkeley.edu
*ATTORNEY TO BE NOTICED*

**Michael Stuart Wald**
Stanford Law School
559 Nathan Abbott Way
Stanford, CA 94305
650-723-0322
Email: mwald@stanford.edu
*ATTORNEY TO BE NOTICED*

V.

**Witness**

**James L Garlow**                                   represented by   **Brian Ricardo Chavez-Ochoa**

*Non-Party James L. Garlow*

Attorney at Law
4 Jean St #4
Valley Springs, CA 95252
(209) 772-3013
Fax: (209) 772-3090
Email: chavezochoa@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vincent P. McCarthy**
W. Chestnut Hill Road
Lichfield, CT 06759
(860) 567-9485
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Witness**

**Miles McPherson**
*Non-Party Miles McPherson*

represented by **Brian Ricardo Chavez-Ochoa**
4 Jean St #4
Valley Springs, CA 95252
(209) 772-3013
Email: chavezochoa@yahoo.com
*ATTORNEY TO BE NOTICED*

**Vincent P. McCarthy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/22/2009 | 🌐1 | COMPLAINT for Declaratory, Injunctive or other Relief - [Summons Issued] against Arnold Schwarzenegger, Edmund G. Brown, Jr, Mark B. Horton, Linette Scott, Patrick O'Connell & Dean C. Logan, [Filing Fee: $350.00, Receipt Number 34611032459] Filed by Plaintiffs Sandra B. Stier, Kristin M. Perry, Paul T. Katami & Jeffrey J. Zarrillo. (tn, COURT STAFF) (Filed on 5/22/2009) (tn, COURT STAFF). (Additional attachment(s) added on 5/26/2009: # 1 Complaint) (tn, COURT STAFF). (Entered: 05/26/2009) |
| 05/22/2009 | 🌐2 | SUMMONS Issued as to Defendants Arnold Schwarzenegger, Edmund G. Brown, Jr, Mark B. Horton, Linette Scott, Patrick O'Connell & Dean C. Logan. (tn, COURT STAFF) (Filed on 5/22/2009) (tn, COURT STAFF). (Entered: 05/26/2009) |
| 05/22/2009 | 🌐3 | ADR SCHEDULING ORDER: Joint Case Management Statement due 8/27/2009 & InitialCase Management Conference set for 9/3/2009 at 3:30 PM.. (tn, COURT STAFF) (Filed on 5/22/2009) (tn, COURT STAFF). (Entered: 05/26/2009) |
| 05/22/2009 | 🌐4 | CERTIFICATION of Interested Entities or Persons Filed by Plaintiffs Sandra B. Stier, Kristin M. Perry, Paul T. Katami & Jeffrey J. Zarrillo. (tn, COURT STAFF) (Filed on 5/22/2009) (tn, COURT STAFF). (Entered: 05/26/2009) |
| 05/22/2009 | 🌐5 | APPLICATION of Attorney Matthew D. McGill for Leave to Appear in Pro Hac Vice -[Filing Fee: $210.00, Receipt Number 34611032460] Filed by Plaintiffs Sandra B. Stier, Kristin M. Perry, Paul T. Katami & Jeffrey J. Zarrillo. (tn, COURT STAFF) (Filed on 5/22/2009) (tn, COURT STAFF). (Entered: 05/26/2009) |
| 05/22/2009 | 🌐6 | [Proposed] Order Granting re 5 Application for Admission of AttorneyPro Hac Vice Submitted by Plaintiffs Sandra B. Stier, Kristin M. Perry, Paul T. Katami & Jeffrey J. Zarrillo. (tn, COURT STAFF) (Filed on 5/22/2009) (tn, COURT STAFF). (Entered: 05/26/2009) |
| 05/22/2009 | 🌐 | CASE DESIGNATED for Electronic Filing. (tn, COURT STAFF) (Entered: 05/26/2009) |
| 05/26/2009 | 🌐18 | MOTION of David Boies for leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 34611032473.) filed by Sandra B. Stier, Kristin M. Perry, Paul T. Katami, Jeffrey J. Zarrillo. (rcs, COURT STAFF) (Filed on 5/26/2009) (gsa, COURT STAFF). (Entered: 05/29/2009) |
| 05/27/2009 | 🌐7 | MOTION for Preliminary Injunction filed by Sandra B. Stier, Kristin M. Perry, Paul T. Katami, |

| | | |
|---|---|---|
| | | Jeffrey J. Zarrillo. Motion Hearing set for 7/2/2009 10:00 AM in Courtroom 6, 17th Floor, San Francisco. (Attachments: # 1 Affidavit Katami Declaration, # 2 Affidavit Perry Declaration, # 3 Affidavit Stier Declaration, # 4 Affidavit Zarrillo Declaration, # 5 Proposed Order Granting Preliminary Injunction)(Boutrous, Theodore) (Filed on 5/27/2009) (Entered: 05/27/2009) |
| 05/28/2009 | 🌐 8 | MOTION to Intervene filed by Proposition 8 Official Proponents, Dennis Hollingsworth, Gail J. Knight, Martin F. Gutierrez, Hak-Shing William Tam, Mark A. Jansson, ProtectMarriage.com - Yes on 8, A Project of California Renewal. Motion Hearing set for 7/2/2009 10:00 AM in Courtroom 6, 17th Floor, San Francisco. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Proposed Order, # 16 Certificate of Service)(Chandler, Timothy) (Filed on 5/28/2009) (Entered: 05/28/2009) |
| 05/28/2009 | 🌐 9 | *Proposed Intervenors'* ANSWER to Complaint byDennis Hollingsworth, Gail J. Knight, Martin F. Gutierrez, Hak-Shing William Tam, Mark A. Jansson, ProtectMarriage.com, A Project of California Renewal. (Attachments: # 1 Certificate of Service)(Chandler, Timothy) (Filed on 5/28/2009) (Entered: 05/28/2009) |
| 05/28/2009 | 🌐 10 | Certificate of Interested Entities by Dennis Hollingsworth, Gail J. Knight, Martin F. Gutierrez, Hak-Shing William Tam, Mark A. Jansson, ProtectMarriage.com - Yes on 8, A Project of California Renewal (Attachments: # 1 Certificate of Service)(Chandler, Timothy) (Filed on 5/28/2009) (Entered: 05/28/2009) |
| 05/29/2009 | 🌐 11 | CERTIFICATE OF SERVICE by Sandra B. Stier, Kristin M. Perry, Paul T. Katami, Jeffrey J. Zarrillo *OF SUMMONS, COMPLAINT, MOTION FOR PRELIMINARY INJUNCTION, etc., ON EDMUND G. BROWN* (Dettmer, Ethan) (Filed on 5/29/2009) (Entered: 05/29/2009) |
| 05/29/2009 | 🌐 12 | CERTIFICATE OF SERVICE by Sandra B. Stier, Kristin M. Perry, Paul T. Katami, Jeffrey J. Zarrillo *OF SUMMONS, COMPLAINT, MOTION FOR PRELIMINARY INJUNCTION, etc., ON PATRICK O'CONNELL* (Dettmer, Ethan) (Filed on 5/29/2009) (Entered: 05/29/2009) |
| 05/29/2009 | 🌐 13 | CERTIFICATE OF SERVICE by Sandra B. Stier, Kristin M. Perry, Paul T. Katami, Jeffrey J. Zarrillo *OF SUMMONS, COMPLAINT, MOTION FOR PRELIMINARY INJUNCTION, etc., ON ARNOLD SCHWARZENEGGER* (Dettmer, Ethan) (Filed on 5/29/2009) (Entered: 05/29/2009) |
| 05/29/2009 | 🌐 14 | CERTIFICATE OF SERVICE by Sandra B. Stier, Kristin M. Perry, Paul T. Katami, Jeffrey J. Zarrillo *OF SUMMONS, COMPLAINT, MOTION FOR PRELIMINARY INJUNCTION, etc., ON MARK B. HORTON* (Dettmer, Ethan) (Filed on 5/29/2009) (Entered: 05/29/2009) |
| 05/29/2009 | 🌐 15 | CERTIFICATE OF SERVICE by Sandra B. Stier, Kristin M. Perry, Paul T. Katami, Jeffrey J. Zarrillo *OF SUMMONS, COMPLAINT, MOTION FOR PRELIMINARY INJUNCTION, etc., ON LINETTE SCOTT* (Dettmer, Ethan) (Filed on 5/29/2009) (Entered: 05/29/2009) |
| 05/29/2009 | 🌐 16 | CERTIFICATE OF SERVICE by Sandra B. Stier, Kristin M. Perry, Paul T. Katami, Jeffrey J. Zarrillo *OF SUMMONS, COMPLAINT, MOTION FOR PRELIMINARY INJUNCTION, etc., ON DEAN C. LOGAN* (Dettmer, Ethan) (Filed on 5/29/2009) (Entered: 05/29/2009) |
| 05/29/2009 | 🌐 17 | ORDER by Chief Judge Vaughn R Walker granting doc 5 Motion Application for Admission of Attorney Matthew McGill Pro Hac Vice representing the Plaintiffs. (cgk, COURT STAFF) (Filed on 5/29/2009) (Entered: 05/29/2009) |
| 05/29/2009 | 🌐 | (Court only) ***Attorney Andrew Perry Pugno for Dennis Hollingsworth, Gail J. Knight, Martin F. Gutierrez, Hak-Shing William Tam, Mark A. Jansson and ProtectMarriage.com - Yes on 8, A Project of California Renewal added. (rcs, COURT STAFF) (Filed on 5/29/2009) (Entered: 05/29/2009) |
| 05/29/2009 | 🌐 | (Court only) ***Attorney Matthew Dempsey McGill for Sandra B. Stier, Kristin M. Perry, Paul T. Katami and Jeffrey J. Zarrillo added. (rcs, COURT STAFF) (Filed on 5/29/2009) (Entered: 05/29/2009) |
| 06/01/2009 | 🌐 19 | ORDER by Judge Vaughn R Walker granting 18 Motion Application for Admission of Attorney David Boies Pro Hac Vice representing Plaintiffs. (cgk, COURT STAFF) (Filed on 6/1/2009) (Entered: 06/01/2009) |
| 06/01/2009 | 🌐 20 | MOTION for leave to appear in Pro Hac Vice - James A. Campbell ( Filing fee $ 210, receipt number 34611032700.). (gsa, COURT STAFF) (Filed on 6/1/2009) (Entered: 06/05/2009) |
| 06/01/2009 | 🌐 21 | Proposed Order re 20 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 34611032700.). (gsa, COURT STAFF) (Filed on 6/1/2009) (Entered: 06/05/2009) |

| 06/01/2009 | 22 | MOTION for leave to appear in Pro Hac Vice - Brian W. Raum ( Filing fee $ 210, receipt number 34611032701.). (gsa, COURT STAFF) (Filed on 6/1/2001.) (Entered: 06/05/2009) |
| 06/01/2009 | 23 | Proposed Order re 22 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 34611032701.). (gsa, COURT STAFF) (Filed on 6/1/2009) (Entered: 06/05/2009) |
| 06/09/2009 | 24 | ORDER by Chief Judge Vaughn R Walker granting 20 Motion Application for Admission of Attorney James A Campbell Pro Hac Vice representing Proposed Intervenors. (cgk, COURT STAFF) (Filed on 6/9/2009) (Entered: 06/09/2009) |
| 06/09/2009 | 25 | ORDER by Chief Judge Vaughn R Walker granting 22 Motion Application for Admission of Attorney Brian W Raum Pro Hac Vice representing Proposed Intervenors. (cgk, COURT STAFF) (Filed on 6/9/2009) (Entered: 06/09/2009) |
| 06/09/2009 | | (Court only) ***Attorney Brian W Raum for Mark A. Jansson,Brian W Raum for Gail J. Knight,Brian W Raum for Proposition 8 Official Proponents,Brian W Raum for ProtectMarriage.com - Yes on 8, A Project of California Renewal,Brian W Raum for Hak-Shing William Tam added. (rcs, COURT STAFF) (Filed on 6/9/2009) (Entered: 06/10/2009) |
| 06/09/2009 | 26 | Letter from Bill Plummer to the Honorable Judge Walker regarding Alliance Defense Fund hearing 7/2/2009. (gsa, COURT STAFF) (Filed on 6/9/2009) (Entered: 06/10/2009) |
| 06/09/2009 | | (Court only) ***Attorney James A. Campbell for Martin F. Gutierrez,James A. Campbell for Dennis Hollingsworth,James A. Campbell for Mark A. Jansson,James A. Campbell for Gail J. Knight,James A. Campbell for Proposition 8 Official Proponents,James A. Campbell for ProtectMarriage.com - Yes on 8, A Project of California Renewal,James A. Campbell for Hak-Shing William Tam added. (gsa, COURT STAFF) (Filed on 6/9/2009) (Entered: 06/10/2009) |
| 06/11/2009 | 27 | Statement *of No Position to the 7 Motion for Preliminary Injunction* by Dean C. Logan. (Whitehurst, Judy) (Filed on 6/11/2009) Modified on 6/15/2009 (slh, COURT STAFF). (Entered: 06/11/2009) |
| 06/11/2009 | 28 | Statement *of No Position to 8 Motion to Intervene* by Dean C. Logan. (Whitehurst, Judy) (Filed on 6/11/2009) Modified on 6/15/2009 (slh, COURT STAFF). (Entered: 06/11/2009) |
| 06/11/2009 | 29 | Certificate of Interested Entities by Dean C. Logan (Whitehurst, Judy) (Filed on 6/11/2009) (Entered: 06/11/2009) |
| 06/11/2009 | 30 | RESPONSE in Support re 7 MOTION for Preliminary Injunction *Defendant Patrick O'Connell's Statement of Non-Opposition to Plaintiffs' Motion for a Preliminary Injunction and Certificate of Service* filed byPatrick O'Connell. (Attachments: # 1 Certificate of Service)(Kolm, Claude) (Filed on 6/11/2009) (Entered: 06/11/2009) |
| 06/11/2009 | 31 | Statement *of Non-Opposition to Proposed Intervenors' 8 Motion to Intervene* by Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Olson, Theodore) (Filed on 6/11/2009) Modified on 6/15/2009 (slh, COURT STAFF). (Entered: 06/11/2009) |
| 06/11/2009 | 32 | Statement of Non-Opposition re 8 MOTION to Intervene filed byMark B. Horton, Arnold Schwarzenegger, Linette Scott. (Related document(s) 8 ) (Mennemeier, Kenneth) (Filed on 6/11/2009) (Entered: 06/11/2009) |
| 06/11/2009 | 33 | Memorandum in Opposition re 7 MOTION for Preliminary Injunction filed byMark B. Horton, Arnold Schwarzenegger, Linette Scott. (Mennemeier, Kenneth) (Filed on 6/11/2009) (Entered: 06/11/2009) |
| 06/11/2009 | 34 | MEMORANDUM in Opposition *Attorney General's Opposition to Plaintiffs' 7 Motion for Preliminary Injunction* filed by Edmund G. Brown, Jr. (Pachter, Tamar) (Filed on 6/11/2009) Modified on 6/15/2009 (slh, COURT STAFF). (Entered: 06/11/2009) |
| 06/11/2009 | 35 | Statement of Non-Opposition *Defendant's Notice of Non-Opposition to Proposed Intervenors' 8 Motion to Intervene* filed by Edmund G. Brown, Jr. (Pachter, Tamar) (Filed on 6/11/2009) Modified on 6/15/2009 (slh, COURT STAFF). (Entered: 06/11/2009) |
| 06/11/2009 | 36 | Memorandum in Opposition re 7 MOTION for Preliminary Injunction filed byMartin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Proposed Order, # 8 Certificate of Service)(Raum, Brian) (Filed on 6/11/2009) (Entered: 06/11/2009) |

| 06/12/2009 | 37 | Statement of Non-Opposition *To 8 Proposed Intervenors' Motion to Intervene* filed byPatrick O'Connell. (Kolm, Claude) (Filed on 6/12/2009) Modified on 6/15/2009 (gsa, COURT STAFF). (Entered: 06/12/2009) |
| 06/12/2009 | 38 | CERTIFICATE OF SERVICE by Patrick O'Connell re 37 Statement of Non-Opposition *To Proposed Intervenors' Motion to Intervene* (Kolm, Claude) (Filed on 6/12/2009) (Entered: 06/12/2009) |
| 06/12/2009 | 39 | ANSWER to Complaint *of California Attorney General* byEdmund G. Brown, Jr. (Pachter, Tamar) (Filed on 6/12/2009) (Entered: 06/12/2009) |
| 06/15/2009 | 40 | CERTIFICATE OF SERVICE by Edmund G. Brown, Jr (Pachter, Tamar) (Filed on 6/15/2009) (Entered: 06/15/2009) |
| 06/15/2009 | 41 | ANSWER to Complaint byDean C. Logan. (Whitehurst, Judy) (Filed on 6/15/2009) (Entered: 06/15/2009) |
| 06/15/2009 | 44 | MOTION of Austin R. Nimocks for leave to appear in Pro Hac Vice (Filing fee $ 210, receipt number 34611033246) filed by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, Proposition 8 Official Proponents, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Attachments: # 1 Proposed Order)(slh, COURT STAFF) (Filed on 6/15/2009) (Entered: 06/16/2009) |
| 06/15/2009 | 45 | MOTION of Jordan W. Lorence for leave to appear in Pro Hac Vice (Filing fee $ 210, receipt number 34611033245) filed by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, Proposition 8 Official Proponents, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Attachments: # 1 Proposed Order)(slh, COURT STAFF) (Filed on 6/15/2009) (Entered: 06/16/2009) |
| 06/16/2009 | 42 | ANSWER to Complaint byPatrick O'Connell. (Attachments: # 1 Certificate of Service)(Kolm, Claude) (Filed on 6/16/2009) (Entered: 06/16/2009) |
| 06/16/2009 | 43 | CERTIFICATE OF SERVICE by Patrick O'Connell re 30 Response in Support, (Kolm, Claude) (Filed on 6/16/2009) (Entered: 06/16/2009) |
| 06/16/2009 | 46 | *The Administration's* ANSWER to Complaint *for Declaratory, Injunctive, or Other Relief* byMark B. Horton, Arnold Schwarzenegger, Linette Scott. (Mennemeier, Kenneth) (Filed on 6/16/2009) (Entered: 06/16/2009) |
| 06/17/2009 | 47 | Statement of Non-Opposition re Plantiff's 7 MOTION for Preliminary Injunction filed by Patrick O'Connell. (Related document(s) 7 ) (slh, COURT STAFF) (Filed on 6/17/2009) (Entered: 06/17/2009) |
| 06/17/2009 | 48 | CERTIFICATE OF SERVICE by Patrick O'Connell re 47 Statement of Non-Opposition. (slh, COURT STAFF) (Filed on 6/17/2009) (Entered: 06/17/2009) |
| 06/17/2009 | 49 | CLERKS NOTICE re: Failure to E-File and/or Failure to Register as an E-Filer re 47 , 48 . (slh, COURT STAFF) (Filed on 6/17/2009) (Entered: 06/17/2009) |
| 06/18/2009 | 50 | MOTION to File Amicus Curiae Brief filed by City and County of San Francisco. Motion Hearing set for 7/2/2009 10:00 AM in Courtroom 6, 17th Floor, San Francisco. (Van Aken, Christine) (Filed on 6/18/2009) (Entered: 06/18/2009) |
| 06/18/2009 | 51 | Proposed Order re 50 MOTION to File Amicus Curiae Brief by City and County of San Francisco. (Van Aken, Christine) (Filed on 6/18/2009) (Entered: 06/18/2009) |
| 06/18/2009 | 52 | Reply Memorandum re 7 MOTION for Preliminary Injunction filed byPaul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Olson, Theodore) (Filed on 6/18/2009) (Entered: 06/18/2009) |
| 06/18/2009 | 53 | Amicus Curiae APPEARANCE entered by Christine Van Aken on behalf of City and County of San Francisco. (Van Aken, Christine) (Filed on 6/18/2009) (Entered: 06/18/2009) |
| 06/18/2009 | 54 | Declaration of Mollie M. Lee in Support of 53 Amicus Curiae Appearance filed byCity and County of San Francisco. (Attachments: # 1 Exhibit A - J)(Related document(s) 53 ) (Van Aken, Christine) (Filed on 6/18/2009) (Entered: 06/18/2009) |
| 06/19/2009 | 55 | MOTION of Howard C. Nielson, Jr. for leave to appear in Pro Hac Vice (Filing fee $ 210, receipt number 34611033459) filed by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail |

| | | |
|---|---|---|
| | | J. Knight, Proposition 8 Official Proponents, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Attachments: # 1 Proposed Order)(slh, COURT STAFF) (Filed on 6/19/2009) (Entered: 06/22/2009) |
| 06/19/2009 | 56 | MOTION of Charles J. Cooper for leave to appear in Pro Hac Vice (Filing fee $ 210, receipt number 34611033456) filed by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, Proposition 8 Official Proponents, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Attachments: # 1 Proposed Order)(slh, COURT STAFF) (Filed on 6/19/2009) (Entered: 06/22/2009) |
| 06/19/2009 | 57 | MOTION of David H. Thompson for leave to appear in Pro Hac Vice (Filing fee $ 210, receipt number 34611033457) filed by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, Proposition 8 Official Proponents, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Attachments: # 1 Proposed Order)(slh, COURT STAFF) (Filed on 6/19/2009) (Entered: 06/22/2009) |
| 06/19/2009 | 58 | MOTION of Peter A. Patterson for leave to appear in Pro Hac Vice (Filing fee $ 210, receipt number 34611033458) filed by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, Proposition 8 Official Proponents, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Attachments: # 1 Proposed Order)(slh, COURT STAFF) (Filed on 6/19/2009) (Entered: 06/22/2009) |
| 06/23/2009 | 59 | MOTION to Appear by Telephone filed by Dean C. Logan. Motion Hearing set for 7/2/2009 10:00 AM in Courtroom 6, 17th Floor, San Francisco. (Attachments: # 1 Proposed Order) (Whitehurst, Judy) (Filed on 6/23/2009) (Entered: 06/23/2009) |
| 06/25/2009 | 60 | Amicus Curiae APPEARANCE entered by Elizabeth O. Gill on behalf of ACLU Foundation of Northern California. (Attachments: # 1 Proposed Order)(Gill, Elizabeth) (Filed on 6/25/2009) (Entered: 06/25/2009) |
| 06/25/2009 | 61 | MOTION to File Amicus Curiae Brief filed by ACLU Foundation of Northern California. Motion Hearing set for 7/2/2009 10:00 AM in Courtroom 6, 17th Floor, San Francisco. (Gill, Elizabeth) (Filed on 6/25/2009) (Entered: 06/25/2009) |
| 06/25/2009 | 62 | Brief re 61 MOTION to File Amicus Curiae Brief filed byACLU Foundation of Northern California. (Related document(s) 61 ) (Gill, Elizabeth) (Filed on 6/25/2009) (Entered: 06/25/2009) |
| 06/25/2009 | 63 | MOTION of Tobias Barrington Wolff for leave to appear in Pro Hac Vice (Filing fee $ 210, receipt number 34611033644) filed by Equality California. (Attachments: # 1 Proposed Order) (slh, COURT STAFF) (Filed on 6/25/2009) (Entered: 06/26/2009) |
| 06/26/2009 | 64 | MOTION for Leave to File *Brief of Amicus Curiae Equality California* filed by Equality California. Motion Hearing set for 7/2/2009 10:00 AM in Courtroom 6, 17th Floor, San Francisco. (Brosnahan, James) (Filed on 6/26/2009) (Entered: 06/26/2009) |
| 06/26/2009 | 65 | Brief re 64 MOTION for Leave to File *Brief of Amicus Curiae Equality California Brief of Amicus Curiae Equality California* filed byEquality California. (Related document(s) 64 ) (Brosnahan, James) (Filed on 6/26/2009) (Entered: 06/26/2009) |
| 06/26/2009 | 66 | Proposed Order re 64 MOTION for Leave to File *Brief of Amicus Curiae Equality California [Proposed] Order Granting Motion for Leave to File Brief of Amicus Curiae Equality California* by Equality California. (Brosnahan, James) (Filed on 6/26/2009) (Entered: 06/26/2009) |
| 06/26/2009 | 91 | MOTION to Intervene filed by Campaign for California Families. Motion Hearing set for 9/3/2009 10:00 AM in Courtroom 6, 17th Floor, San Francisco. (gsa, COURT STAFF) (Filed on 6/26/2009) (Entered: 07/10/2009) |
| 06/26/2009 | 92 | Declaration of Randy Thomasson in Support of 91 MOTION to Intervene filed byCampaign for California Families. (Related document(s) 91 ) (gsa, COURT STAFF) (Filed on 6/26/2009) (Entered: 07/10/2009) |
| 06/26/2009 | 93 | Proposed Order re 91 MOTION to Intervene by Campaign for California Families. (gsa, COURT STAFF) (Filed on 6/26/2009) (Entered: 07/10/2009) |
| 06/27/2009 | 67 | ORDER by Judge Vaughn R Walker granting 50 motion to File Amicus Curiae Brief (vrwlc3, COURT STAFF) (Filed on 6/27/2009) (Entered: 06/27/2009) |
| 06/27/2009 | 68 | ORDER by Judge Vaughn R Walker granting 61 motion to File Amicus Curiae Brief (vrwlc3, COURT STAFF) (Filed on 6/27/2009) (Entered: 06/27/2009) |

| 06/27/2009 | 🌐 69 | ORDER by Judge Vaughn R Walker granting 64 motion for Leave to File (vrwlc3, COURT STAFF) (Filed on 6/27/2009) (Entered: 06/27/2009) |
| 06/30/2009 | 🌐 70 | ORDER by Judge Vaughn R Walker granting doc 55 Motion Application for Admission of Attorney Howard C Nielson Jr. Pro Hac Vice representing Proposed Intervernors. (cgk, COURT STAFF) (Filed on 6/30/2009) (Entered: 06/30/2009) |
| 06/30/2009 | 🌐 71 | ORDER by Judge Vaughn R Walker granting doc 56 Motion Application for Admission of Attorney Charles J Cooper Pro Hac Vice representing Proposed Intervenors. (cgk, COURT STAFF) (Filed on 6/30/2009) (Entered: 06/30/2009) |
| 06/30/2009 | 🌐 72 | ORDER by Judge Vaughn R Walker granting doc 57 Motion Application for Admission of Attorney David H Thompson Pro Hac Vice representing Proposed Intervenors. (cgk, COURT STAFF) (Filed on 6/30/2009) (Entered: 06/30/2009) |
| 06/30/2009 | 🌐 73 | ORDER by Judge Vaughn R Walker granting doc 58 Motion Application for Admission of Attorney Peter A Patterson Pro Hac Vice representing Proposed Intervenors. (cgk, COURT STAFF) (Filed on 6/30/2009) (Entered: 06/30/2009) |
| 06/30/2009 | 🌐 74 | ORDER by Judge Vaughn R Walker granting doc 59 Motion to Appear by Telephone. Defendant's counsel may listen to the proceedings at the 7/2/09 hearing. (cgk, COURT STAFF) (Filed on 6/30/2009) (Entered: 06/30/2009) |
| 06/30/2009 | 🌐 75 | ORDER by Judge Vaughn R Walker granting doc 63 Motion Application for Admission of Attorney Tobias Barrington Wolff Pro Hac Vice representing amicus curiae Equality California. (cgk, COURT STAFF) (Filed on 6/30/2009) (Entered: 06/30/2009) |
| 06/30/2009 | 🌐 76 | ORDER granting 8 Motion to Intervene, continuing hearing on preliminary injunction in favor of a case management conference on 7/2/2009 at 10AM. (vrwlc1, COURT STAFF) (Filed on 6/30/2009) (Entered: 06/30/2009) |
| 07/02/2009 | 🌐 77 | Minute Entry: Initial Case Management Conference held on 7/2/2009, Motion Hearing held on 7/2/2009 before Chief Judge Vaughn R Walker re 7 MOTION for Preliminary Injunction filed by Sandra B. Stier, Jeffrey J. Zarrillo, Paul T. Katami, Kristin M. Perry. The Court heard argument from counsel. The parties to submit joint case management statement no later than August 7, 2009.The matter is scheduled for further hearing on August 19, 2009 at 10:00 AM. (Court Reporter Sahar McVickar.) (cgk, COURT STAFF) (Date Filed: 7/2/2009) (Entered: 07/06/2009) |
| 07/02/2009 | 🌐 | Set/Reset Hearings: Further Case Management Conference set for 8/19/2009 10:00 AM. (cgk, COURT STAFF) (Filed on 7/2/2009) (Entered: 07/06/2009) |
| 07/02/2009 | 🌐 101 | Letter from Citizen X (anonymous voter) to Chief Judge Vaughn Walker dated 6/22/2009. (gsa, COURT STAFF) (Filed on 7/2/2009) (Entered: 07/13/2009) |
| 07/02/2009 | 🌐 | (Court only) ***Motions terminated: doc 7 MOTION for Preliminary Injunction filed by Sandra B. Stier, Jeffrey J. Zarrillo, Paul T. Katami, Kristin M. Perry. (cgk, COURT STAFF) (Filed on 7/2/2009) (Entered: 08/17/2009) |
| 07/08/2009 | 🌐 78 | Transcript of Proceedings held on 07/02/09, before Judge Vaughn R. Walker. Court Reporter/Transcriber Sahar McVickar, Telephone number (415) 626-6060/sahar_mcvickar@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 10/5/2009. (McVickar, Sahar) (Filed on 7/8/2009) (Entered: 07/08/2009) |
| 07/08/2009 | 🌐 79 | MOTION to Intervene filed by ACLU Foundation of Northern California. Motion Hearing set for 9/3/2009 10:00 AM in Courtroom 6, 17th Floor, San Francisco. (Gill, Elizabeth) (Filed on 7/8/2009) (Entered: 07/08/2009) |
| 07/08/2009 | 🌐 80 | Declaration of Elizabeth Gill in Support of 79 MOTION to Intervene filed byACLU Foundation of Northern California. (Attachments: # 1 Exhibit Complaint in Intervention)(Related document(s) 79 ) (Gill, Elizabeth) (Filed on 7/8/2009) (Entered: 07/08/2009) |
| 07/08/2009 | 🌐 81 | Declaration of Judith K. Appel in Support of 79 MOTION to Intervene filed byACLU Foundation of Northern California. (Related document(s) 79 ) (Gill, Elizabeth) (Filed on 7/8/2009) (Entered: 07/08/2009) |

| 07/08/2009 | 🌐 82 | Declaration in Support of 79 MOTION to Intervene filed byACLU Foundation of Northern California. (Related document(s) 79 ) (Gill, Elizabeth) (Filed on 7/8/2009) (Entered: 07/08/2009) |
| 07/08/2009 | 🌐 83 | Declaration of Jody Huckaby filed byACLU Foundation of Northern California. (Gill, Elizabeth) (Filed on 7/8/2009) (Entered: 07/08/2009) |
| 07/08/2009 | 🌐 84 | Proposed Order re 79 MOTION to Intervene by ACLU Foundation of Northern California. (Gill, Elizabeth) (Filed on 7/8/2009) (Entered: 07/08/2009) |
| 07/08/2009 | 🌐 85 | MOTION to Shorten Time by ACLU Foundation of Northern California. (Gill, Elizabeth) (Filed on 7/8/2009) (Entered: 07/08/2009) |
| 07/08/2009 | 🌐 86 | Declaration of Elizabeth Gill filed byACLU Foundation of Northern California. (Gill, Elizabeth) (Filed on 7/8/2009) (Entered: 07/08/2009) |
| 07/09/2009 | 🌐 87 | NOTICE of Appearance by Alan Lawrence Schlosser (Schlosser, Alan) (Filed on 7/9/2009) (Entered: 07/09/2009) |
| 07/09/2009 | 🌐 88 | MEMORANDUM in Opposition re 85 MOTION to Shorten Time filed byPaul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Related document(s) 85 ) (Olson, Theodore) (Filed on 7/9/2009) (Entered: 07/09/2009) |
| 07/10/2009 | 🌐 89 | Memorandum in Opposition re 85 MOTION to Shorten Time filed byMartin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Cooper, Charles) (Filed on 7/10/2009) (Entered: 07/10/2009) |
| 07/10/2009 | 🌐 90 | Declaration of Charles J. Cooper in Support of 89 Memorandum in Opposition, filed byMartin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Related document(s) 89 ) (Cooper, Charles) (Filed on 7/10/2009) (Entered: 07/10/2009) |
| 07/10/2009 | 🌐 94 | NOTICE of Appearance by Christopher Francis Stoll (Stoll, Christopher) (Filed on 7/10/2009) (Entered: 07/10/2009) |
| 07/10/2009 | 🌐 95 | Statement of Non-Opposition *to Proposed Intervenors Our Families Coalition, et al.'s Motion to Intervene and Motion to Shorten Time* filed byEdmund G. Brown, Jr. (Pachter, Tamar) (Filed on 7/10/2009) (Entered: 07/10/2009) |
| 07/10/2009 | 🌐 96 | NOTICE of Appearance by Shannon Minter (Minter, Shannon) (Filed on 7/10/2009) (Entered: 07/10/2009) |
| 07/10/2009 | 🌐 97 | NOTICE of Appearance by Ilona Margaret Turner (Turner, Ilona) (Filed on 7/10/2009) (Entered: 07/10/2009) |
| 07/10/2009 | 🌐 98 | NOTICE of Change In Counsel by Gordon Bruce Burns (Attachments: # 1 Certificate of Service) (Burns, Gordon) (Filed on 7/10/2009) (Entered: 07/10/2009) |
| 07/13/2009 | 🌐 | (Court only) ***Party Our Family Coalition, Lavender Seniors of the East Bay and Parents, Families, and Friends of Lesbians and Gays added. (gsa, COURT STAFF) (Filed on 7/13/2009) (Entered: 07/13/2009) |
| 07/13/2009 | 🌐 99 | NOTICE by Edmund G. Brown, Jr re 98 Notice of Change In Counsel *Certificate of Service* (Burns, Gordon) (Filed on 7/13/2009) (Entered: 07/13/2009) |
| 07/13/2009 | 🌐 100 | Statement of Non-Opposition re 85 MOTION to Shorten Time *Defendant Patrick O'Connell's Statement of Non-Opposition to Motion to Shorten Time and Motion to Intervene Filed by Our Family Coalition, Lavender Seniors of the East Bay, and Parents, Friends, and Families of Lesbians and Gays* filed byPatrick O'Connell. (Attachments: # 1 Certificate of Service)(Related document(s) 85 ) (Kolm, Claude) (Filed on 7/13/2009) (Entered: 07/13/2009) |
| 07/13/2009 | 🌐 | (Court only) ***Attorney Christopher Francis Stoll,Shannon Minter,Ilona Margaret Turner for Lavender Seniors of the East Bay,Christopher Francis Stoll,Shannon Minter,Ilona Margaret Turner for Our Family Coalition,Christopher Francis Stoll,Shannon Minter,Ilona Margaret Turner for Parents, Families, and Friends of Lesbians and Gays added. (gsa, COURT STAFF) (Filed on 7/13/2009) (Entered: 07/13/2009) |
| 07/13/2009 | 🌐 102 | NOTICE of Appearance by James Dixon Esseks (Esseks, James) (Filed on 7/13/2009) (Entered: 07/13/2009) |

| | | |
|---|---|---|
| 07/13/2009 | 🌐 103 | NOTICE of Appearance by Matthew Albert Coles (Coles, Matthew) (Filed on 7/13/2009) (Entered: 07/13/2009) |
| 07/13/2009 | 🌐 104 | ORDER re motions to intervene. (vrwlc1, COURT STAFF) (Filed on 7/13/2009) (Entered: 07/13/2009) |
| 07/13/2009 | 🌐 | (Court only) ***Motions terminated: 85 MOTION to Shorten Time filed by ACLU Foundation of Northern California. (cgk, COURT STAFF) (Filed on 7/13/2009) (Entered: 07/14/2009) |
| 07/13/2009 | 🌐 | NOTICE of Hearing on Motion. Motion Hearing re Docs #79 and 91 set for 8/19/2009 10:00 AM in Courtroom 6, 17th Floor, San Francisco. (cgk, COURT STAFF) (Filed on 7/13/2009) (Entered: 07/14/2009) |
| 07/14/2009 | 🌐 105 | ORDER by Judge Vaughn R Walker granting doc 44 Motion Application for Admission of Attorney Austin R. Nimocks Pro Hac Vice representing proposed intervenors. (cgk, COURT STAFF) (Filed on 7/14/2009) (Entered: 07/14/2009) |
| 07/14/2009 | 🌐 106 | ORDER by Judge Vaughn R Walker granting doc 45 Motion Application for Admission of Attorney Jordan W. Lorence Pro Hac Vice representing proposed intervenors. (cgk, COURT STAFF) (Filed on 7/14/2009) (Entered: 07/14/2009) |
| 07/21/2009 | 🌐 107 | NOTICE of Appearance by Jennifer Carol Pizer (Pizer, Jennifer) (Filed on 7/21/2009) (Entered: 07/21/2009) |
| 07/21/2009 | 🌐 108 | NOTICE of Appearance by Jon Warren Davidson (Davidson, Jon) (Filed on 7/21/2009) (Entered: 07/21/2009) |
| 07/23/2009 | 🌐 109 | MOTION to Intervene *Notice of Motion and Motion to Intervene as Party Plaintiff; Memorandum of Points and Authorities* filed by City and County of San Francisco. Motion Hearing set for 8/19/2009 10:00 AM in Courtroom 6, 17th Floor, San Francisco. (Bernstein, Erin) (Filed on 7/23/2009) (Entered: 07/23/2009) |
| 07/23/2009 | 🌐 110 | Declaration of Erin Bernstein in Support of 109 MOTION to Intervene *Notice of Motion and Motion to Intervene as Party Plaintiff; Memorandum of Points and Authorities Declaration of Erin Bernstein regarding Electronic Signatures on Documents Filed in Support of Motion to Intervene as Party Plaintiff* filed byCity and County of San Francisco. (Related document(s) 109 ) (Bernstein, Erin) (Filed on 7/23/2009) (Entered: 07/23/2009) |
| 07/23/2009 | 🌐 111 | Declaration of Therese M. Stewart in Support of 109 MOTION to Intervene *Notice of Motion and Motion to Intervene as Party Plaintiff; Memorandum of Points and Authorities* filed byCity and County of San Francisco. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8A, # 9 Exhibit Exhibit 8B, # 10 Exhibit Exhibit 9, # 11 Exhibit Exhibit 10A, # 12 Exhibit Exhibit 10B, # 13 Exhibit Exhibit 11, # 14 Exhibit Exhibit 12A, # 15 Exhibit Exhibit 12B, # 16 Exhibit Exhibit 13, # 17 Exhibit Exhibit 14A, # 18 Exhibit Exhibit 14B, # 19 Exhibit Exhibit 15, # 20 Exhibit Exhibit 16A, # 21 Exhibit Exhibit 16B, # 22 Exhibit Exhibit 17, # 23 Exhibit Exhibit 18)(Related document(s) 109 ) (Bernstein, Erin) (Filed on 7/23/2009) (Entered: 07/23/2009) |
| 07/23/2009 | 🌐 112 | Proposed Order re 109 MOTION to Intervene *Notice of Motion and Motion to Intervene as Party Plaintiff; Memorandum of Points and Authorities [Proposed] Order Granting Motion to Intervene* by City and County of San Francisco. (Bernstein, Erin) (Filed on 7/23/2009) (Entered: 07/23/2009) |
| 07/24/2009 | ▶🌐 128 | MOTION to File Amicus Curiae Brief filed by Mark S. Shirlau. (gsa, COURT STAFF) (Filed on 7/24/2009) (Entered: 08/07/2009) |
| 07/24/2009 | 🌐 129 | Brief re 128 MOTION to File Amicus Curiae Brief filed byMark S. Shirlau. (Attachments: # 1 2nd half of brief)(Related document(s) 128 ) (gsa, COURT STAFF) (Filed on 7/24/2009) (Entered: 08/07/2009) |
| 07/28/2009 | 🌐 113 | Statement of Non-Opposition re 79 MOTION to Intervene filed byMark B. Horton, Arnold Schwarzenegger, Linette Scott. (Related document(s) 79 ) (Mennemeier, Kenneth) (Filed on 7/28/2009) (Entered: 07/28/2009) |
| 07/28/2009 | 🌐 114 | Statement of Non-Opposition re 91 MOTION to Intervene filed byMark B. Horton, Arnold Schwarzenegger, Linette Scott. (Related document(s) 91 ) (Mennemeier, Kenneth) (Filed on 7/28/2009) (Entered: 07/28/2009) |

| 07/28/2009 | 🌐 115 | Statement of Non-Opposition re 109 MOTION to Intervene *Notice of Motion and Motion to Intervene as Party Plaintiff; Memorandum of Points and Authorities* filed byMark B. Horton, Arnold Schwarzenegger, Linette Scott. (Related document(s) 109 ) (Mennemeier, Kenneth) (Filed on 7/28/2009) (Entered: 07/28/2009) |
|---|---|---|
| 07/28/2009 | 🌐 116 | Statement of Non-Opposition re 91 MOTION to Intervene *Defendant Patrick O'Connell's Statement of Non-Opposition to Motion to Intervene Filed by Campaign for California Families* filed byPatrick O'Connell. (Attachments: # 1 Certificate of Service)(Related document(s) 91 ) (Kolm, Claude) (Filed on 7/28/2009) (Entered: 07/28/2009) |
| 07/28/2009 | 🌐 117 | Statement of Non-Opposition re 109 MOTION to Intervene *Notice of Motion and Motion to Intervene as Party Plaintiff; Memorandum of Points and Authorities Defendant Patrick O'Connell's Statement of Non-Opposition to Motion to Intervene Filed by the City and County of San Francisco* filed byPatrick O'Connell. (Attachments: # 1 Certificate of Service)(Related document(s) 109 ) (Kolm, Claude) (Filed on 7/28/2009) (Entered: 07/28/2009) |
| 07/29/2009 | 🌐 118 | **\*\*\* FILED IN ERROR. PLEASE SEE DOCKET # 121 . \*\*\***<br>MOTION to Intervene *OF THE CITY AND COUNTY OF SAN FRANCISCO* filed by Edmund G. Brown, Jr. Motion Hearing set for 8/19/2009 10:00 AM in Courtroom 6, 17th Floor, San Francisco. (Pachter, Tamar) (Filed on 7/29/2009) Modified on 7/29/2009 (feriab, COURT STAFF). Modified on 7/30/2009 (ewn, COURT STAFF). (Entered: 07/29/2009) |
| 07/29/2009 | 🌐 119 | **\*\*\* FILED IN ERROR. PLEASE SEE DOCKET # 122 . \*\*\***<br>MOTION to Intervene *OF CAMPAIGN FOR CALIFORNIA FAMILIES* filed by Edmund G. Brown, Jr. Motion Hearing set for 8/19/2009 10:00 AM in Courtroom 6, 17th Floor, San Francisco. (Pachter, Tamar) (Filed on 7/29/2009) Modified on 7/29/2009 (feriab, COURT STAFF). Modified on 7/30/2009 (ewn, COURT STAFF). (Entered: 07/29/2009) |
| 07/29/2009 | 🌐 120 | CERTIFICATE OF SERVICE by Edmund G. Brown, Jr (Pachter, Tamar) (Filed on 7/29/2009) (Entered: 07/29/2009) |
| 07/29/2009 | 🌐 121 | Statement of Non-Opposition re 109 MOTION to Intervene *Notice of Motion and Motion to Intervene as Party Plaintiff; Memorandum of Points and Authorities* filed byEdmund G. Brown, Jr. (Related document(s) 109 ) (Pachter, Tamar) (Filed on 7/29/2009) (Entered: 07/29/2009) |
| 07/29/2009 | 🌐 122 | Statement of Non-Opposition re 91 MOTION to Intervene filed byEdmund G. Brown, Jr. (Related document(s) 91 ) (Pachter, Tamar) (Filed on 7/29/2009) (Entered: 07/29/2009) |
| 08/03/2009 | 🌐 123 | Statement re 79 MOTION to Intervene *Statement of No Position* by Dean C. Logan. (Whitehurst, Judy) (Filed on 8/3/2009) (Entered: 08/03/2009) |
| 08/03/2009 | 🌐 124 | Statement re 109 MOTION to Intervene *Notice of Motion and Motion to Intervene as Party Plaintiff; Memorandum of Points and Authorities - Statement of No Position* by Dean C. Logan. (Whitehurst, Judy) (Filed on 8/3/2009) (Entered: 08/03/2009) |
| 08/03/2009 | 🌐 125 | Statement re 91 MOTION to Intervene - *Statement of No Position* by Dean C. Logan. (Whitehurst, Judy) (Filed on 8/3/2009) (Entered: 08/03/2009) |
| 08/03/2009 | 🌐 130 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 34611035060.) filed by Campaign for California Families. (gsa, COURT STAFF) (Filed on 8/3/2009) (Entered: 08/07/2009) |
| 08/03/2009 | 🌐 131 | Proposed Order - Rena M. Lindecaldsen re 130 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 34611035060.) by Campaign for California Families. (gsa, COURT STAFF) (Filed on 8/3/2009) (Entered: 08/07/2009) |
| 08/07/2009 | 🌐 126 | CASE MANAGEMENT STATEMENT *Joint Case Management Statement filed by Dean C. Logan and Patrick O'Connell* filed by Dean C. Logan. (Whitehurst, Judy) (Filed on 8/7/2009) (Entered: 08/07/2009) |
| 08/07/2009 | 🌐 127 | CASE MANAGEMENT STATEMENT *Case Management Statement of The Attorney General* filed by Edmund G. Brown, Jr. (Pachter, Tamar) (Filed on 8/7/2009) (Entered: 08/07/2009) |
| 08/07/2009 | 🌐 132 | CASE MANAGEMENT STATEMENT filed by Mark B. Horton, Arnold Schwarzenegger, Linette Scott. (Stroud, Andrew) (Filed on 8/7/2009) (Entered: 08/07/2009) |
| 08/07/2009 | 🌐 133 | NOTICE of Appearance by Tara Lynn Borelli (Borelli, Tara) (Filed on 8/7/2009) (Entered: 08/07/2009) |

| | | |
|---|---|---|
| 08/07/2009 | 🌐 134 | CASE MANAGEMENT STATEMENT filed by Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Olson, Theodore) (Filed on 8/7/2009) (Entered: 08/07/2009) |
| 08/07/2009 | 🌐 135 | Memorandum in Opposition re 79 MOTION to Intervene, 109 MOTION to Intervene *Notice of Motion and Motion to Intervene as Party Plaintiff; Memorandum of Points and Authorities*, 91 MOTION to Intervene filed byPaul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Attachments: # 1 Exhibit A)(Olson, Theodore) (Filed on 8/7/2009) (Entered: 08/07/2009) |
| 08/07/2009 | 🌐 136 | Memorandum in Opposition re 91 MOTION to Intervene filed byEdmund G. Brown, Jr, Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, Proposition 8 Official Proponents, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Attachments: # 1 Exhibit Exh. A - Declaration of James A. Campbell, # 2 Exhibit Exh. B - VoteYesMarriage.com Amendment Comparison, # 3 Exhibit Exh. C - Bennet v. Brown, No. S164520, # 4 Exhibit Exh. D - 11/18/08 Letter Brief to the California Supreme Court) (Cooper, Charles) (Filed on 8/7/2009) Modified on 8/10/2009 (gsa, COURT STAFF). Modified on 8/10/2009 (gsa, COURT STAFF). (Entered: 08/07/2009) |
| 08/07/2009 | 🌐 137 | Memorandum in Opposition re 109 MOTION to Intervene *Notice of Motion and Motion to Intervene as Party Plaintiff; Memorandum of Points and Authorities* filed byMartin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, Proposition 8 Official Proponents, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Cooper, Charles) (Filed on 8/7/2009) Modified on 8/10/2009 (gsa, COURT STAFF). Modified on 8/10/2009 (gsa, COURT STAFF). (Entered: 08/07/2009) |
| 08/07/2009 | 🌐 138 | Memorandum in Opposition re 79 MOTION to Intervene filed byMartin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, Proposition 8 Official Proponents, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Cooper, Charles) (Filed on 8/7/2009) Modified on 8/10/2009 (gsa, COURT STAFF). Modified on 8/10/2009 (gsa, COURT STAFF). (Entered: 08/07/2009) |
| 08/07/2009 | 🌐 139 | Statement *of Case Management* by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, Proposition 8 Official Proponents, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Cooper, Charles) (Filed on 8/7/2009) (Entered: 08/07/2009) |
| 08/10/2009 | 🌐 | (Court only) ***Motions terminated: (gsa, COURT STAFF) (Filed on 8/10/2009) (Entered: 08/10/2009) |
| 08/11/2009 | 🌐 140 | ORDER by Judge Vaughn R Walker granting doc 130 Motion Application for Admission of Attorney Rena M Lindevaldsen Pro Hac Vice representing proposed intervenor The Campaign. (cgk, COURT STAFF) (Filed on 8/11/2009) (Entered: 08/11/2009) |
| 08/12/2009 | 🌐 141 | ORDER to submit joint or separate case management statements not later than August 17, 2009 at noon PDT. (vrwlc1, COURT STAFF) (Filed on 8/12/2009) (Entered: 08/12/2009) |
| 08/12/2009 | 🌐 142 | NOTICE of Change of Address by Jordan W. Lorence (Lorence, Jordan) (Filed on 8/12/2009) (Entered: 08/12/2009) |
| 08/12/2009 | 🌐 143 | NOTICE of Change of Address by Austin R. Nimocks (Nimocks, Austin) (Filed on 8/12/2009) (Entered: 08/12/2009) |
| 08/13/2009 | 🌐 144 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options *and Certificate of Service* (Kolm, Claude) (Filed on 8/13/2009) (Entered: 08/13/2009) |
| 08/13/2009 | 🌐 145 | NOTICE of need for ADR Phone Conference (ADR L.R. 3-5 d) re 144 ADR Certification (ADR L.R. 3-5 b)of discussion of ADR options *and Certificate of Service* re document 144 ) (Kolm, Claude) (Filed on 8/13/2009) (Entered: 08/13/2009) |
| 08/13/2009 | 🌐 146 | NOTICE of Appearance by Danny Yeh Chou (Chou, Danny) (Filed on 8/13/2009) (Entered: 08/13/2009) |
| 08/14/2009 | 🌐 147 | Reply Memorandum re 91 MOTION to Intervene filed byCampaign for California Families. (McAlister, Mary) (Filed on 8/14/2009) (Entered: 08/14/2009) |
| 08/14/2009 | 🌐 148 | RESPONSE in Support *CITY AND COUNTY OF SAN FRANCISCO'S REPLY IN SUPPORT OF ITS MOTION TO INTERVENE AS PARTY PLAINTIFF* filed byCity and County of San Francisco. (Chou, Danny) (Filed on 8/14/2009) (Entered: 08/14/2009) |

| 08/14/2009 | 🌐 149 | RESPONSE in Support *of Motion to Intervene* filed byACLU Foundation of Northern California. (Gill, Elizabeth) (Filed on 8/14/2009) (Entered: 08/14/2009) |
|---|---|---|
| 08/14/2009 | 🌐 150 | ASSOCIATION of Counsel *Gary G. Kreep* by Campaign for California Families. (McAlister, Mary) (Filed on 8/14/2009) (Entered: 08/14/2009) |
| 08/17/2009 | 🌐 151 | CASE MANAGEMENT STATEMENT filed by Campaign for California Families. (McAlister, Mary) (Filed on 8/17/2009) (Entered: 08/17/2009) |
| 08/17/2009 | 🌐 152 | CASE MANAGEMENT STATEMENT *(Supplemental)* filed by Mark B. Horton, Arnold Schwarzenegger, Linette Scott. (Mennemeier, Kenneth) (Filed on 8/17/2009) (Entered: 08/17/2009) |
| 08/17/2009 | 🌐 153 | CASE MANAGEMENT STATEMENT *ATTORNEY GENERAL'S SUPPLEMENTAL CASE MANAGEMENT STATEMENT* filed by Edmund G. Brown, Jr. (Attachments: # 1 certificate of service)(Pachter, Tamar) (Filed on 8/17/2009) (Entered: 08/17/2009) |
| 08/17/2009 | 🌐 154 | AMENDED 7/2/2009 CASE MANAGEMENT CIVIL MINUTE ORDER. (Court Reporter Sahar McVickar.) (cgk, COURT STAFF) (Date Filed: 8/17/2009) (Entered: 08/17/2009) |
| 08/17/2009 | 🌐 155 | CASE MANAGEMENT STATEMENT *(Supplemental)* filed by Dean C. Logan. (Whitehurst, Judy) (Filed on 8/17/2009) (Entered: 08/17/2009) |
| 08/17/2009 | 🌐 156 | CASE MANAGEMENT STATEMENT *Supplemental Case Management Statement of Defendant Patrick O'Connell, Clerk-Recorder of Alameda County and Certificate of Service* filed by Patrick O'Connell. (Kolm, Claude) (Filed on 8/17/2009) (Entered: 08/17/2009) |
| 08/17/2009 | 🌐 157 | CASE MANAGEMENT STATEMENT *(Supplemental)* filed by Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Attachments: # 1 Exhibit A)(Olson, Theodore) (Filed on 8/17/2009) (Entered: 08/17/2009) |
| 08/17/2009 | 🌐 158 | CASE MANAGEMENT STATEMENT filed by ACLU Foundation of Northern California. (Gill, Elizabeth) (Filed on 8/17/2009) (Entered: 08/17/2009) |
| 08/17/2009 | 🌐 159 | CASE MANAGEMENT STATEMENT *(Supplemental)* filed by Dennis Hollingsworth. (Attachments: # 1 Exhibit A -- Proposed Stipulations, # 2 Exhibit B -- Responses to Proposed Stipulations)(Cooper, Charles) (Filed on 8/17/2009) (Entered: 08/17/2009) |
| 08/18/2009 | 🌐 163 | MOTION for leave to appear in Pro Hac Vice, Mathew D. Staver, Esq., ( Filing fee $ 210, receipt number 346110035676.) filed by Campaign for California Families. (sis, COURT STAFF) (Filed on 8/18/2009) (Entered: 08/24/2009) |
| 08/19/2009 | 🌐 160 | Minute Entry: Motion Hearing held on 8/19/2009 before Chief Judge Vaughn R Walker. PROCEEDINGS and RESULTS: The Court heard argument from counsels and ruled as follows: 1. Motion to intervene as party plaintiffs filed by the Our Family coalition, Doc #79 - denied. 2.Motion for intervention as intervenor-defendant filed by Campaign for California Families, Doc # 91 - denied. 3. Motion to intervene filed by City and County of San Francisco, Doc #109 - granted in part to allow San Francisco to present issue of alleged effect on governmental interests. 4.Trial setting and scheduling as follows:a). Designation of witnesses presenting evidence under FRE 702, 703 and 705 and production of written reports pursuant to FRCP 26(a)(2)(B): October 2, 2009; b). Dispositive motions to be served and filed so as to be heard on October 14, 2009 at 10 AM; c). Completion of all discovery, except for evidence intended solely to contradict or rebut evidence on the same subject matter identified by another party under FRCP 26(a)(2)(B): November 30, 2009; d). Completion of discovery on the same subject matter identified by another party under FRCP 26(a)(2)(B): December 31, 2009; see FRCP 26(a)(2)(C)(ii); e). Pretrial conference: December 16, 2009 at 10 AM; f). Trial: January 11, 2010 at 8:30 AM. 5. With respect to any disputes regarding discovery, counsel are directed to comply with Civ LR 37-1(b) and the court's standing order 1.5. 6. In the absence of the assigned judge, counsel are directed to bring any discovery disputes before Magistrate Judge Joseph C Spero. (Court Reporter Belle Ball.) (cgk, COURT STAFF) (Date Filed: 8/19/2009) (Entered: 08/19/2009) |
| 08/19/2009 | 🌐 | Set/Reset Hearings: Motion Hearing set for 10/14/2009 10:00 AM in Courtroom 6, 17th Floor, San Francisco. Pretrial Conference set for 12/16/2009 10:00 AM. Trial set for 1/11/2010 08:30 AM in Courtroom 6, 17th Floor, San Francisco. (cgk, COURT STAFF) (Filed on 8/19/2009) (Entered: 08/19/2009) |
| 08/19/2009 | 🌐 | (Court only) ***Motions terminated: 79 MOTION to Intervene filed by ACLU Foundation of Northern California, 91 MOTION to Intervene filed by Campaign for California Families. 109 |

| | | |
|---|---|---|
| | | MOTION to Intervene Notice of Motion and Motion to Intervene as Party Plaintiff; Memorandum of Points and Authorities filed by City and County of San Francisco. (cgk, COURT STAFF) (Filed on 8/19/2009) (Entered: 08/21/2009) |
| 08/20/2009 | 🌐 161 | COMPLAINT *in Intervention for Declaratory, Injunctive or Other Relief* against Edmund G. Brown, Jr, Mark B. Horton, Arnold Schwarzenegger, Linette Scott (Filing fee $ 350.). Filed byCity and County of San Francisco. (Flynn, Ronald) (Filed on 8/20/2009) (Entered: 08/20/2009) |
| 08/20/2009 | 🌐 | (Court only) ***Deadlines terminated. (gba, COURT STAFF) (Filed on 8/20/2009) (Entered: 08/20/2009) |
| 08/21/2009 | 🌐 162 | Transcript of Proceedings held on August 19, 2009, before Judge Vaughn R. Walker. Court Reporter/Transcriber Belle Ball, CSR, RMR, CRR, Telephone number (415)373-2529, belle_ball@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 11/16/2009. (Ball, Belle) (Filed on 8/21/2009) (Entered: 08/21/2009) |
| 08/24/2009 | 🌐 164 | PRETRIAL SCHEDULING ORDER. Signed by Judge Vaughn R Walker on 8/21/2009. (cgk, COURT STAFF) (Filed on 8/24/2009) (Entered: 08/24/2009) |
| 08/26/2009 | 🌐 168 | NOTICE OF APPEAL re 160 Civil Minute Order by Campaign for California Families. Filing fee $ 455.00. Receipt Number 34611035917. (Attachments: # 1 Civil Appeals Docketing Statement, # 2 Representation Statement) (gba, COURT STAFF) (Filed on 8/26/2009) (Entered: 09/02/2009) |
| 08/28/2009 | 🌐 165 | ANSWER to Complaint byMartin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Cooper, Charles) (Filed on 8/28/2009) (Entered: 08/28/2009) |
| 08/28/2009 | 🌐 166 | ANSWER to Complaint *in intervention* byEdmund G. Brown, Jr. (Pachter, Tamar) (Filed on 8/28/2009) (Entered: 08/28/2009) |
| 09/02/2009 | 🌐 167 | STIPULATION *to Extend Time for the Administration Defendants to File and Serve Answer to Complaint in Intervention* by Mark B. Horton, Arnold Schwarzenegger, Linette Scott. (Mennemeier, Kenneth) (Filed on 9/2/2009) (Entered: 09/02/2009) |
| 09/02/2009 | 🌐 171 | MOTION for Admission of Attorney Nicole J. Moss Pro Hac Vice (Filing fee $ 210.00, receipt number 34611036190) filed by Campaign for California Families, Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, Lavender Seniors of the East Bay, Our Family Coalition, Parents, Families, and Friends of Lesbians and Gays, Proposition 8 Official Proponents, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (gba, COURT STAFF) (Filed on 9/2/2009) (Entered: 09/09/2009) |
| 09/02/2009 | 🌐 192 | ORDER by Judge Vaughn R Walker granting doc 163 Motion Application for Admission of Attorney Mathew D. Staver Pro Hac Vice representing Proposed Intervenor. (cgk, COURT STAFF) (Filed on 9/2/2009) (Entered: 09/21/2009) |
| 09/04/2009 | 🌐 169 | *The Administration's* ANSWER to Complaint *in Intervention for Declaratory, Injunctive or Other Relief* byMark B. Horton, Arnold Schwarzenegger, Linette Scott. (Mennemeier, Kenneth) (Filed on 9/4/2009) (Entered: 09/04/2009) |
| 09/04/2009 | 🌐 170 | STIPULATION AND ORDER granting a two-day extension of time in which to file its answer to the City's Complaint in intervention for declaratory, injunctive or other relief, re doc 167 filed by Mark B. Horton, Arnold Schwarzenegger, Linette Scott. Signed by Judge Vaughn R Walker on 9/4/2009. (cgk, COURT STAFF) (Filed on 9/4/2009) (Entered: 09/04/2009) |
| 09/09/2009 | 🌐 172 | MOTION for Leave to File Excess Pages filed by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. Motion Hearing set for 10/14/2009 10:00 AM in Courtroom 6, 17th Floor, San Francisco. (Attachments: # 1 Attachment 1 - Defendant-Intervenors' Notice of Motion and Motion for Summary Judgment, and Memorandum of Points and Authorities in Support of Motion for Summary Judgment, # 2 Exhibit A -- D.C. Superior Court Opinion, # 3 Exhibit B -- California Laws, # 4 Exhibit C -- AG Brown Brief, # 5 Exhibit D -- AB 205 Legislative History, # 6 Proposed Order Granting Motion to Exceed Page Limit, # 7 Proposed Order Granting Motion for Summary Judgment)(Cooper, Charles) (Filed on 9/9/2009) (Entered: 09/09/2009) |

| 09/09/2009 | 🌐 173 | Declaration of Nicole J. Moss in Support of 172 MOTION for Leave to File Excess Pages filed byMartin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Related document(s) 172 ) (Cooper, Charles) (Filed on 9/9/2009) (Entered: 09/09/2009) |
|---|---|---|
| 09/10/2009 | 🌐 174 | Memorandum in Opposition re 172 MOTION for Leave to File Excess Pages filed byPaul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Olson, Theodore) (Filed on 9/10/2009) (Entered: 09/10/2009) |
| 09/10/2009 | 🌐 175 | Letter from Charles J. Cooper *to Court re Request for Leave to File Mot. for Protective Order*. (Attachments: # 1 Enclosure (RFPs), # 2 Enclosure (Ltr.), # 3 Enclosure (Ltr.))(Cooper, Charles) (Filed on 9/10/2009) (Entered: 09/10/2009) |
| 09/10/2009 | 🌐 176 | Declaration of Matthew D. McGill in Support of 174 Memorandum in Opposition *of Motion for Administrative Leave to Exceed Page Limitations* filed byPaul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Related document(s) 174 ) (Olson, Theodore) (Filed on 9/10/2009) (Entered: 09/10/2009) |
| 09/10/2009 | 🌐 177 | Proposed Order re 174 Memorandum in Opposition *to Motion for Administrative Leave to Exceed Page Limitations* by Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Olson, Theodore) (Filed on 9/10/2009) (Entered: 09/10/2009) |
| 09/10/2009 | 🌐 178 | ORDER clarifying discovery dates. (vrwlc1, COURT STAFF) (Filed on 9/10/2009) (Entered: 09/10/2009) |
| 09/10/2009 | 🌐 179 | Memorandum in Opposition *City and County of San Francisco's Opposition to Defendant-Intervenors' Motion for Administrative Leave to Exceed Page Limitations* filed byCity and County of San Francisco. (Flynn, Ronald) (Filed on 9/10/2009) (Entered: 09/10/2009) |
| 09/10/2009 | 🌐 180 | Declaration of Therese M. Stewart in Support of 179 Memorandum in Opposition, *Declaration of Therese M. Stewart re City and County of San Francisco's Opposition to Defendant-Intervenors' Motion for Administrative Leave to Exceed Page Limitations* filed byCity and County of San Francisco. (Related document(s) 179 ) (Flynn, Ronald) (Filed on 9/10/2009) (Entered: 09/10/2009) |
| 09/11/2009 | 🌐 181 | Letter from Ethan D. Dettmer *re Request for Leave to File Mot. for Protective Order*. (Dettmer, Ethan) (Filed on 9/11/2009) (Entered: 09/11/2009) |
| 09/11/2009 | 🌐 182 | Letter from Therese M. Stewart. (Flynn, Ronald) (Filed on 9/11/2009) (Entered: 09/11/2009) |
| 09/11/2009 | 🌐 183 | ORDER re 172 GRANTING defendant-intervenors' motion for leave to file their motion papers. (vrwlc1, COURT STAFF) (Filed on 9/11/2009) (Entered: 09/11/2009) |
| 09/11/2009 | 🌐 184 | ORDER re 175 181 182 . Defendant-intervenors shall file motion for protective order not later than 9/15/09. Plaintiffs shall file their opposition not later than 9/18/09. Defendant-intervenors may file a reply not later than 9/22/09. The court will hear the matter on 9/25/09 at 10AM. (vrwlc1, COURT STAFF) (Filed on 9/11/2009) (Entered: 09/11/2009) |
| 09/11/2009 | 🌐 185 | MOTION for leave to appear in Pro Hac Vice of Richard J. Bettan ( Filing fee $ 210, receipt number 34611036579.) filed by Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Attachments: # 1 Proposed Order)(far, COURT STAFF) (Filed on 9/11/2009) (Entered: 09/14/2009) |
| 09/11/2009 | 🌐 186 | MOTION for leave to appear in Pro Hac Vice of Joshua Schiller ( Filing fee $ 210, receipt number 34611036577.) filed by Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Attachments: # 1 Proposed Order)(far, COURT STAFF) (Filed on 9/11/2009) (Entered: 09/14/2009) |
| 09/15/2009 | 🌐 | NOTICE of Hearing: Hearing on Defendant-Intervenors' motion for leave to file a motion for a protective order, doc #175, set for 9/25/2009 10:00 AM in Courtroom 6, 17th Floor, San Francisco. (cgk, COURT STAFF) (Filed on 9/15/2009) (Entered: 09/15/2009) |
| 09/15/2009 | 🌐 187 | MOTION for Protective Order filed by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. Motion Hearing set for 9/25/2009 10:00 AM in Courtroom 6, 17th Floor, San Francisco. (Attachments: # 1 Exhibit A -- Reply Br. for Aplt., Citizens United v. FEC, # 2 Exhibit B -- Prentice Declaration, # 3 Exhibit C -- Plaintiffs' First Set of Requests for Production, # 4 Exhibit D -- Defendant-Intervenors' Response to Plaintiffs' First Set of Requests for Production, # |

| | | |
|---|---|---|
| | | 5 Exhibit E -- Letter of August 27, 2009, # 6 Exhibit F -- Letter of August 31, 2009, # 7 Exhibit G -- Moss Declaration, # 8 Exhibit H -- Doe v. Reec Opinion, # 9 Exhibit I -- Schubert Declaration, # 10 Exhibit J -- Jannson Declaration, # 11 Exhibit K -- Articles Discussing Negative Effects of Public Disclosure, # 12 Exhibit L -- Tam Declaration, # 13 Exhibit M -- Toupis Declaration, # 14 Proposed Order)(Cooper, Charles) (Filed on 9/15/2009) (Entered: 09/15/2009) |
| 09/15/2009 | 🌐 188 | MOTION for leave to appear in Pro Hac Vice of Rosanne C. Baxter ( Filing fee $ 210, receipt number 34611036688.) filed by Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Attachments: # 1 Proposed Order)(far, COURT STAFF) (Filed on 9/15/2009) (Entered: 09/16/2009) |
| 09/15/2009 | 🌐 | (Court only) ***Deadlines terminated. (far, COURT STAFF) (Filed on 9/15/2009) (Entered: 09/16/2009) |
| 09/16/2009 | 🌐 189 | USCA Case Number 09-16959 9th Circuit for 168 Notice of Appeal, filed by Campaign for California Families. (far, COURT STAFF) (Filed on 9/16/2009) (Entered: 09/16/2009) |
| 09/17/2009 | 🌐 190 | STIPULATION AND [PROPOSED] ORDER RE DISCOVERY OF EXPERT WITNESSES by Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Monagas, Enrique) (Filed on 9/17/2009) (Entered: 09/17/2009) |
| 09/18/2009 | 🌐 191 | Memorandum in Opposition re 187 MOTION for Protective Order filed byCity and County of San Francisco, Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Olson, Theodore) (Filed on 9/18/2009) (Entered: 09/18/2009) |
| 09/21/2009 | 🌐 193 | ORDER by Judge Vaughn R Walker granting doc 188 Motion Application for Admission of Attorney Rosanne C. Baxter Pro Hac Vice representing Plaintiffs. (cgk, COURT STAFF) (Filed on 9/21/2009) (Entered: 09/21/2009) |
| 09/21/2009 | 🌐 194 | Statement of Non-Opposition to 187 Defendant-Intervenors' Motion for Protective Order filed byMark B. Horton, Arnold Schwarzenegger, Linette Scott. (Mennemeier, Kenneth) (Filed on 9/21/2009) Modified on 9/22/2009 (far, COURT STAFF). (Entered: 09/21/2009) |
| 09/21/2009 | 🌐 195 | Letter from The Administration Formal Written Request to Appear by Telephone at the Hearing on Defendant-Intervenors' Motion for Protective Order. (Mennemeier, Kenneth) (Filed on 9/21/2009) (Entered: 09/21/2009) |
| 09/22/2009 | 🌐 196 | STIPULATION AND ORDER REGARDING DISCOVERY OF EXPERT WITNESSES re doc 190 filed by Sandra B. Stier, Jeffrey J. Zarrillo, Paul T. Katami, Kristin M. Perry. Signed by Chief Judge Vaughn R Walker on 9/22/2009. (cgk, COURT STAFF) (Filed on 9/22/2009) (Entered: 09/22/2009) |
| 09/22/2009 | 🌐 197 | Reply Memorandum re 187 MOTION for Protective Order filed byMartin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, Proposition 8 Official Proponents, Hak-Shing William Tam. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F)(Cooper, Charles) (Filed on 9/22/2009) (Entered: 09/22/2009) |
| 09/22/2009 | 🌐 198 | MOTION for leave to appear in Pro Hac Vice of Jesse Panuccio ( Filing fee $ 210, receipt number 34611036917.) filed by Campaign for California Families, Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Attachments: # 1 Proposed Order)(far, COURT STAFF) (Filed on 9/22/2009) (Entered: 09/23/2009) |
| 09/23/2009 | 🌐 199 | Statement in Response to Defendant-Intervenors' Motion for Summary Judgment by Mark B. Horton, Arnold Schwarzenegger, Linette Scott. (Mennemeier, Kenneth) (Filed on 9/23/2009) (Entered: 09/23/2009) |
| 09/23/2009 | 🌐 200 | Joinder Defendant Attorney General's Joinder in Plaintiffs and Plaintiff-Intervenors Opposition to Motion for Summary Judgment by Edmund G. Brown, Jr. (Attachments: # 1 Certificate of Service) (Burns, Gordon) (Filed on 9/23/2009) (Entered: 09/23/2009) |
| 09/23/2009 | 🌐 201 | AMENDED DOCUMENT by Edmund G. Brown, Jr. Amendment to 200 Joinder Amended Certificate of Service. (Burns, Gordon) (Filed on 9/23/2009) (Entered: 09/23/2009) |
| 09/23/2009 | 🌐 202 | Memorandum in Opposition to Defendant-Intervenors' Motion for Summary Judgment filed byCity and County of San Francisco, Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Olson, Theodore) (Filed on 9/23/2009) (Entered: 09/23/2009) |

| | | |
|---|---|---|
| 09/23/2009 | 🌐 203 | Declaration of Christopher D. Dusseault in Support of 202 Memorandum in Opposition *to Defendant-Intervenors' Motion for Summary Judgment* filed byCity and County of San Francisco, Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Related document(s) 202 ) (Olson, Theodore) (Filed on 9/23/2009) (Entered: 09/23/2009) |
| 09/23/2009 | 🌐 204 | Declaration of Enrique A. Monagas in Support of 202 Memorandum in Opposition filed byCity and County of San Francisco, Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N)(Related document(s) 202 ) (Olson, Theodore) (Filed on 9/23/2009) (Entered: 09/24/2009) |
| 09/25/2009 | 🌐 205 | ORDER by Judge Vaughn R Walker granting doc 171 Motion Application for Admission of Attorney Nicole J. Moss Pro Hac Vice representing Intervenor Defendants. (cgk, COURT STAFF) (Filed on 9/25/2009) (Entered: 09/25/2009) |
| 09/25/2009 | 🌐 206 | ORDER by Judge Vaughn R Walker granting doc 185 Motion Application for Admission of Attorney Richard J. Bettan Pro Hac Vice representing Plaintiffs. (cgk, COURT STAFF) (Filed on 9/25/2009) (Entered: 09/25/2009) |
| 09/25/2009 | 🌐 207 | ORDER by Judge Vaughn R Walker granting doc 186 Motion Application for Admission of Attorney Joshua Schiller Pro Hac Vice representing Plaintiffs. (cgk, COURT STAFF) (Filed on 9/25/2009) (Entered: 09/25/2009) |
| 09/25/2009 | 🌐 208 | MOTION for Leave to File Excess Pages filed by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. Motion Hearing set for 10/14/2009 10:00 AM in Courtroom 6, 17th Floor, San Francisco. (Attachments: # 1 Declaration of Nicole Jo Moss)(Cooper, Charles) (Filed on 9/25/2009) (Entered: 09/25/2009) |
| 09/25/2009 | 🌐 | (Court only) ***Attorney Richard J. Bettan,Josh Schiller for Paul T. Katami,Richard J. Bettan,Josh Schiller for Sandra B. Stier,Richard J. Bettan,Josh Schiller for Jeffrey J. Zarrillo added. (far, COURT STAFF) (Filed on 9/25/2009) (Entered: 09/28/2009) |
| 09/28/2009 | 🌐 209 | ORDER granting 208 Motion for Leave to File Excess Pages. Proponents' reply shall not exceed 25 pages. (vrwlc1, COURT STAFF) (Filed on 9/28/2009) (Entered: 09/28/2009) |
| 09/29/2009 | 🌐 210 | ORDER by Judge Vaughn R Walker granting doc 198 Motion Application for Admission of Attorney Jesse Panuccio Pro Hac Vice representing Defendant-Intervenors. (cgk, COURT STAFF) (Filed on 9/29/2009) (Entered: 09/29/2009) |
| 09/29/2009 | 🌐 211 | Minute Entry: Discovery Hearing re leave to file motion for protective order held on 9/25/2009 before Chief Judge Vaughn R Walker (Date Filed: 9/29/2009). (Court Reporter Kelly Bryce.) (cgk, COURT STAFF) (Date Filed: 9/29/2009) (Entered: 09/29/2009) |
| 09/30/2009 | 🌐 212 | Transcript of Proceedings held on 09/25/09, before Judge Vaughn R. Walker. Court Reporter/Transcriber Kelly Bryce, E-mail courtreporter232@aol.com Telephone number (510) 828-9404. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 12/28/2009. (Bryce, Kelly) (Filed on 9/30/2009) (Entered: 09/30/2009) |
| 09/30/2009 | 🌐 213 | Reply Memorandum re 172 MOTION for Leave to File Excess Pages *and Defendant-Intervenors' Notice of Motion and Motion for Summary Judgment, and Memorandum of Points and Authorities in Support of Motion for Summary Judgment* filed byMartin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Cooper, Charles) (Filed on 9/30/2009) (Entered: 09/30/2009) |
| 10/01/2009 | 🌐 214 | ORDER granting in part and denying in part 187 Motion for Protective Order (vrwlc1, COURT STAFF) (Filed on 10/1/2009) (Entered: 10/01/2009) |
| 10/02/2009 | 🌐 215 | Letter from Christopher Dusseault *to the Honorable Chief Judge Walker*. (Piepmeier, Sarah) (Filed on 10/2/2009) (Entered: 10/02/2009) |
| 10/02/2009 | 🌐 216 | MOTION TO REALIGN DEFENDANT ATTORNEY GENERAL EDMUND G. BROWN filed by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, |

| | | |
|---|---|---|
| | | ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. Motion Hearing set for 1/7/2010 10:00 AM in Courtroom 6, 17th Floor, San Francisco. (Attachments: # 1 Proposed Order)(Cooper, Charles) (Filed on 10/2/2009) (Entered: 10/02/2009) |
| 10/02/2009 | 217 | Declaration of Jesse Panuccio in Support of 216 MOTION TO REALIGN DEFENDANT ATTORNEY GENERAL EDMUND G. BROWN filed byMartin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Related document(s) 216 ) (Cooper, Charles) (Filed on 10/2/2009) (Entered: 10/02/2009) |
| 10/05/2009 | 218 | Letter from Charles J. Cooper *to The Honorable Chief Judge Walker*. (Cooper, Charles) (Filed on 10/5/2009) (Entered: 10/05/2009) |
| 10/05/2009 | 219 | ORDER of USCA as to 168 Notice of Appeal, filed by Campaign for California Families (far, COURT STAFF) (Filed on 10/5/2009) (Entered: 10/05/2009) |
| 10/08/2009 | 220 | MOTION to Stay *Pending Appeal and/or Petition for Writ of Mandamus* filed by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, Proposition 8 Official Proponents, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. Motion Hearing set for 1/7/2010 10:00 AM in Courtroom 6, 17th Floor, San Francisco. (Attachments: # 1 Exhibit A - Declaration of Jesse Panuccio, # 2 Proposed Order) (Cooper, Charles) (Filed on 10/8/2009) Modified on 10/9/2009 (ewn, COURT STAFF). (Entered: 10/08/2009) |
| 10/09/2009 | 221 | **ERRONEOUSLY E-FILED, DISREGARD - SEE DOC 222** NOTICE by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, Proposition 8 Official Proponents, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam *of Appeal* (Cooper, Charles) (Filed on 10/9/2009) Modified on 10/9/2009 (ewn, COURT STAFF). Modified on 10/9/2009 (far, COURT STAFF). (Entered: 10/09/2009) |
| 10/09/2009 | 222 | NOTICE OF APPEAL as to 214 Order on Motion for Protective Order by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. Filing fee $ 455, Receipt Number 34611037633.(far, COURT STAFF) (Filed on 10/9/2009) (Entered: 10/09/2009) |
| 10/13/2009 | 223 | **\*\*\* FILED IN ERROR. REFER TO DOCUMENT 225 . \*\*\*** Memorandum in Opposition re 220 MOTION to Stay *Pending Appeal and/or Petition for Writ of Mandamus* filed byCity and County of San Francisco, Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Olson, Theodore) (Filed on 10/13/2009) Modified on 10/14/2009 (feriba, COURT STAFF). (Entered: 10/13/2009) |
| 10/13/2009 | 224 | Declaration of Christopher D. Dusseault in Support of 223 Memorandum in Opposition, *TO DEFENDANT-INTERVENORS MOTION FOR A STAY PENDING APPEAL AND/OR PETITION FOR WRIT OF MANDAMUS* filed byCity and County of San Francisco, Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Related document(s) 223 ) (Olson, Theodore) (Filed on 10/13/2009) (Entered: 10/13/2009) |
| 10/13/2009 | 225 | Memorandum in Opposition re 220 MOTION to Stay *Pending Appeal and/or Petition for Writ of Mandamus CORRECTION OF DOCKET # 223* . filed byCity and County of San Francisco, Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Olson, Theodore) (Filed on 10/13/2009) (Entered: 10/13/2009) |
| 10/14/2009 | 226 | Minute Entry: Motion Hearing held on 10/14/2009 before Chief Judge Vaughn R Walker re doc 172 Defendant Intervenors' MOTION for summary judgment. PROCEEDINGS: 1. Defendant-intervenors' motion for summary judgment, Doc #172 - denied. 2. Defendant-intervenors shall file their reply memorandum in support of the motion to stay, Doc #220, not later than October 16, 2009. The court will submit the matter on the papers or hear argument by telephone as necessary. 3. Plaintiffs and the Attorney General shall file their oppositions to defendant-intervenors motion to realign the Attorney General, Doc #216, not later than October 28, 2009. Defendant-intervenors shall file their reply not later than November 4, 2009. The matter will be submitted on the papers. (Court Reporter Lydia Zinn.) (cgk, COURT STAFF) (Date Filed: 10/14/2009) (Entered: 10/14/2009) |
| 10/15/2009 | 227 | **\*\*\* FILED IN ERROR. REFER TO DOCUMENT 228 . \*\*\*** Transcript of Proceedings held on 10/14/2009, before Judge Vaughn R. Walker. Court |

| | | |
|---|---|---|
| | | Reporter/Transcriber Lydia Zinn, Telephone number (415) 531-6587. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 1/11/2010. (Zinn, Lydia) (Filed on 10/15/2009) Modified on 10/15/2009 (feriab, COURT STAFF). (Entered: 10/15/2009) |
| 10/15/2009 | 228 | Transcript of Proceedings held on 10/14/2009, before Judge Vaughn R. Walker. Court Reporter/Transcriber Lydia Zinn, Telephone number (415) 531-6587. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 1/11/2010. (Zinn, Lydia) (Filed on 10/15/2009) (Entered: 10/15/2009) |
| 10/15/2009 | 229 | Copy of Notice of Appeal and Docket sheet mailed to all counsel (Attachments: # 1 docket sheet) (far, COURT STAFF) (Filed on 10/15/2009) (Entered: 10/15/2009) |
| 10/15/2009 | 230 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 222 Notice of Appeal, (Attachments: # 1 Docket Sheet, # 2 Cover Letter, # 3 USCA Appeal Notification Form) (far, COURT STAFF) (Filed on 10/15/2009) (Entered: 10/15/2009) |
| 10/15/2009 | 231 | Certificate of Record forwarded to USCA re 222 Notice of Appeal (far, COURT STAFF) (Filed on 10/15/2009) (Entered: 10/15/2009) |
| 10/15/2009 | 232 | USCA Case Number 09-17241 9th Circuit for 222 Notice of Appeal, filed by Hak-Shing William Tam, Dennis Hollingsworth, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Mark A. Jansson, Martin F. Gutierrez, Gail J. Knight. (far, COURT STAFF) (Filed on 10/15/2009) (Entered: 10/15/2009) |
| 10/16/2009 | 233 | REPLY to Response to Motion re 220 MOTION to Stay *Pending Appeal and/or Petition for Writ of Mandamus* filed byMartin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Cooper, Charles) (Filed on 10/16/2009) (Entered: 10/16/2009) |
| 10/20/2009 | 234 | USCA Case Number 09-17241 9th Circuit for 222 Notice of Appeal, filed by Hak-Shing William Tam, Dennis Hollingsworth, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Mark A. Jansson, Martin F. Gutierrez, Gail J. Knight. (far, COURT STAFF) (Filed on 10/20/2009) (Entered: 10/20/2009) |
| 10/21/2009 | 235 | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7-3.d *in support of Joint Opposition to Defendant-Intevenors Motion for a Stay Pending Appeal and/or Petition for Writ of Mandamus* filed byCity and County of San Francisco, Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Attachments: # 1 Exhibit A)(Related document(s) 225 ) (Olson, Theodore) (Filed on 10/21/2009) (Entered: 10/21/2009) |
| 10/23/2009 | 236 | Letter from Plaintiffs *per Paragraph 1.5 of the Court's Standing Orders*. (Attachments: # 1 Attachment to Letter to The Hon. Vaughn R. Walker)(Dettmer, Ethan) (Filed on 10/23/2009) (Entered: 10/23/2009) |
| 10/23/2009 | 237 | ORDER denying 220 Motion to Stay (vrwlc1, COURT STAFF) (Filed on 10/23/2009) (Entered: 10/23/2009) |
| 10/28/2009 | 238 | Letter from Charles J. Cooper. (Attachments: # 1 Exhibit A)(Cooper, Charles) (Filed on 10/28/2009) (Entered: 10/28/2009) |
| 10/28/2009 | 239 | Memorandum in Opposition re 216 MOTION TO REALIGN DEFENDANT ATTORNEY GENERAL EDMUND G. BROWN filed byEdmund G. Brown, Jr. (Attachments: # 1 DECLARATION OF TAMAR PACHTER)(Pachter, Tamar) (Filed on 10/28/2009) (Entered: 10/28/2009) |
| 10/28/2009 | 240 | Memorandum in Opposition re 216 MOTION TO REALIGN DEFENDANT ATTORNEY GENERAL EDMUND G. BROWN filed byCity and County of San Francisco, Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Olson, Theodore) (Filed on 10/28/2009) (Entered: 10/28/2009) |

| 10/28/2009 | 241 | CLERKS NOTICE : Telephone conference re discovery scheduled for 11/2/2009 at 2:30 PM. (cgk, COURT STAFF) (Filed on 10/28/2009) (Entered: 10/28/2009) |
| 10/28/2009 | | Set/Reset Hearings: Telephonic Discovery Hearing set for 11/2/2009 02:30 PM. (cgk, COURT STAFF) (Filed on 10/28/2009) (Entered: 10/28/2009) |
| 10/29/2009 | 242 | Letter from Ethan D. Dettmer. (Dettmer, Ethan) (Filed on 10/29/2009) (Entered: 10/29/2009) |
| 11/03/2009 | 243 | *** FILED IN ERROR. PLEASE SEE DOCKET # 246 . *** Transcript of Proceedings held on 11/02/2009, before Judge Vaughn R. Walker. Court Reporter/Transcriber Lydia Zinn, Telephone number (415) 531-6587. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 1/29/2010. (Zinn, Lydia) (Filed on 11/3/2009) Modified on 11/3/2009 (ewn, COURT STAFF). (Entered: 11/03/2009) |
| 11/03/2009 | 244 | *** FILED IN ERROR. PLEASE SEE DOCKET # 246 . *** Transcript of Proceedings held on 11/02/2009, before Judge Vaughn R. Walker. Court Reporter/Transcriber Lydia Zinn, Telephone number (415) 531-6587. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Redaction Request due 11/23/2009. (Zinn, Lydia) (Filed on 11/3/2009) Modified on 11/3/2009 (ewn, COURT STAFF). (Entered: 11/03/2009) |
| 11/03/2009 | 245 | *** FILED IN ERROR. PLEASE SEE DOCKET # 246 . *** Transcript of Proceedings held on 11/02/2209, before Judge Vaughn R. Walker. Court Reporter/Transcriber Lydia Zinn, Telephone number (415) 531-6587. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 1/29/2010. (Zinn, Lydia) (Filed on 11/3/2009) Modified on 11/3/2009 (ewn, COURT STAFF). (Entered: 11/03/2009) |
| 11/03/2009 | 246 | Transcript of Proceedings held on 11/02/2009, before Judge Vaughn R. Walker. Court Reporter/Transcriber Lydia Zinn, Telephone number (415) 531-6587. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 1/29/2010. (Zinn, Lydia) (Filed on 11/3/2009) (Entered: 11/03/2009) |
| 11/03/2009 | 247 | Minute Entry: TELEPHONIC Discovery Hearing held on 11/2/2009 before Chief Judge Vaughn R Walker (Date Filed: 11/3/2009). (Court Reporter Lydia Zinn.) (cgk, COURT STAFF) (Date: 11/3/2009) (Entered: 11/03/2009) |
| 11/04/2009 | 248 | Reply Memorandum re 216 MOTION TO REALIGN DEFENDANT ATTORNEY GENERAL EDMUND G. BROWN filed byMartin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Cooper, Charles) (Filed on 11/4/2009) (Entered: 11/04/2009) |
| 11/06/2009 | 249 | Letter from Nicole J. Moss. (Cooper, Charles) (Filed on 11/6/2009) (Entered: 11/06/2009) |
| 11/06/2009 | 250 | Letter from Ethan D. Dettmer. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Dettmer, Ethan) (Filed on 11/6/2009) (Entered: 11/06/2009) |
| 11/06/2009 | 251 | NOTICE OF FILING of Sealed Documents For In Camera Review by Dennis Hollingsworth (far, COURT STAFF) (Filed on 11/6/2009) (Entered: 11/09/2009) |
| 11/11/2009 | 252 | ORDER re 251 in camera discovery review. (vrwlc1, COURT STAFF) (Filed on 11/11/2009) (Entered: 11/11/2009) |
| 11/13/2009 | 253 | NOTICE OF APPEAL as to 252 Order, 237 Order on Motion to Stay, 214 Order on Motion for |

| | | |
|---|---|---|
| | | Protective Order by Dennis Hollingsworth. Filing fee $ 455, Receipt Number 34611038935 Appeal Record due by 12/14/2009. (far, COURT STAFF) (Filed on 11/13/2009) (Entered: 11/16/2009) |
| 11/16/2009 | 254 | Copy of Notice of Appeal and Docket sheet mailed to all counsel (Attachments: # 1 docket sheet) (far, COURT STAFF) (Filed on 11/16/2009) (Entered: 11/16/2009) |
| 11/16/2009 | 255 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals by Dennis Hollingsworth re 253 Notice of Appeal, (Attachments: # 1 docket sheet, # 2 cover letter, # 3 USCA Appeal Notification Form)(far, COURT STAFF) (Filed on 11/16/2009) (Entered: 11/16/2009) |
| 11/16/2009 | 256 | Letter from Ethan D. Dettmer. (Attachments: # 1 Exhibit A)(Dettmer, Ethan) (Filed on 11/16/2009) (Entered: 11/16/2009) |
| 11/17/2009 | 257 | Letter from Nicole J. Moss. (Cooper, Charles) (Filed on 11/17/2009) (Entered: 11/17/2009) |
| 11/19/2009 | 258 | Minute Entry: TelephonicDiscovery Hearing held on 11/19/2009 before Joseph C. Spero re: docket nos. 256 and 257. (Court Reporter Kathy Sullivan.) (klh, COURT STAFF) (Date Filed: 11/19/2009) (Entered: 11/19/2009) |
| 11/19/2009 | 259 | ORDER re 256 , 257 . The parties are directed to proceed with discovery as described in the order to conclude not later than November 30, 2009. (vrwlc1, COURT STAFF) (Filed on 11/19/2009) (Entered: 11/19/2009) |
| 11/23/2009 | 260 | Letter from Nicole J. Moss. (Cooper, Charles) (Filed on 11/23/2009) (Entered: 11/23/2009) |
| 11/23/2009 | 261 | EXHIBITS re 260 Letter filed byMartin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Related document(s) 260 ) (Cooper, Charles) (Filed on 11/23/2009) (Entered: 11/23/2009) |
| 11/23/2009 | 262 | Letter from Counsel for Plaintiffs *to The Honorable Joseph C. Spero*. (Attachments: # 1 Exhibit Exhibit A)(Dettmer, Ethan) (Filed on 11/23/2009) (Entered: 11/23/2009) |
| 11/23/2009 | 263 | Letter from Therese M. Stewart, City and County of San Francisco *in response to the letter sent by Defendant-Intervenors Prop. 8 Proponents (Doc. #260)*. (Flynn, Ronald) (Filed on 11/23/2009) (Entered: 11/23/2009) |
| 11/24/2009 | 264 | Transcript of Proceedings held on 11/19/09, before Judge Joseph C. Spero. Court Reporter/Transcriber Katherine Powell Sullivan, CRR, Telephone number 415-794-6659. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 2/19/2010. (Sullivan, Katherine) (Filed on 11/24/2009) (Entered: 11/24/2009) |
| 11/25/2009 | 265 | STIPULATION *AND [PROPOSED] ORDER REGARDING RULE 26 DISCLOSURES* by Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Monagas, Enrique) (Filed on 11/25/2009) (Entered: 11/25/2009) |
| 11/30/2009 | 266 | STIPULATION *and [Proposed] Order To Extend Time Regarding Pretrial Filings* by Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Attachments: # 1 Affidavit Declaration of Sarah E. Piepmeier)(Piepmeier, Sarah) (Filed on 11/30/2009) (Entered: 11/30/2009) |
| 11/30/2009 | 267 | ORDER directing the parties to submit their respective versions of a protective order not later than Tuesday, December 1, 2009 at 5 PM PST. (vrwlc1, COURT STAFF) (Filed on 11/30/2009) (Entered: 11/30/2009) |
| 12/01/2009 | 268 | Letter from Manuel F. Martinez *Defendant Patrick O'Connell's, in his Official Capacity as Clerk-Recorder for the County of Alameda, Response to this Court's Order [Document 267] and Declaration of Service*. (Attachments: # 1 Affidavit)(Martinez, Manuel) (Filed on 12/1/2009) (Entered: 12/01/2009) |
| 12/01/2009 | 269 | Letter from Ethan D. Dettmer. (Attachments: # 1 Exhibit A)(Dettmer, Ethan) (Filed on 12/1/2009) (Entered: 12/01/2009) |

| 12/01/2009 | 270 | Letter from Howard C. Nielson, Jr.. (Attachments: # 1 Proposed Order)(Cooper, Charles) (Filed on 12/1/2009) (Entered: 12/01/2009) |
|---|---|---|
| 12/02/2009 | 271 | Letter from Ronald P. Flynn. (Flynn, Ronald) (Filed on 12/2/2009) (Entered: 12/02/2009) |
| 12/03/2009 | 272 | Letter from Attorney General Edmund G. Brown Jr. *re Proposed Protective Orders*. (Pachter, Tamar) (Filed on 12/3/2009) (Entered: 12/03/2009) |
| 12/03/2009 | 273 | Letter from Ronald P. Flynn. (Attachments: # 1 Proposed Order)(Flynn, Ronald) (Filed on 12/3/2009) (Entered: 12/03/2009) |
| 12/03/2009 | 274 | CERTIFICATE OF SERVICE by Edmund G. Brown, Jr re 272 Letter *dated December 3, 2009* (Pachter, Tamar) (Filed on 12/3/2009) (Entered: 12/03/2009) |
| 12/04/2009 | 275 | TRIAL BRIEF by Dean C. Logan. (Whitehurst, Judy) (Filed on 12/4/2009) (Entered: 12/04/2009) |
| 12/04/2009 | 276 | CERTIFICATE OF SERVICE by Dean C. Logan re 275 Trial Brief *(Service by Mail)* (Whitehurst, Judy) (Filed on 12/4/2009) (Entered: 12/04/2009) |
| 12/04/2009 | 277 | TRIAL BRIEF *Trial Memorandum of Defendant Patrick O'Connell, Clerk-Recorder of the County of Alameda and Certificate of Service* by Patrick O'Connell. (Kolm, Claude) (Filed on 12/4/2009) (Entered: 12/04/2009) |
| 12/04/2009 | 278 | Letter from Edmund G. Brown Jr. *material allegations*. (Attachments: # 1 declaration of service) (Pachter, Tamar) (Filed on 12/4/2009) (Entered: 12/04/2009) |
| 12/07/2009 | 279 | TRIAL BRIEF by Mark B. Horton, Arnold Schwarzenegger, Linette Scott. (Mennemeier, Kenneth) (Filed on 12/7/2009) (Entered: 12/07/2009) |
| 12/07/2009 | 280 | MOTION in Limine filed by Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. Motion Hearing set for 12/16/2009 10:00 AM in Courtroom 6, 17th Floor, San Francisco. (Attachments: # 1 Affidavit Jeremy M. Goldman, # 2 Exhibit A to Declaration, # 3 Exhibit B to Declaration, # 4 Exhibit C to Declaration, # 5 Exhibit D to Declaration, # 6 Exhibit E to Declaration, # 7 Exhibit F to Declaration)(Goldman, Jeremy) (Filed on 12/7/2009) (Entered: 12/07/2009) |
| 12/07/2009 | 281 | TRIAL BRIEF by City and County of San Francisco, Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Olson, Theodore) (Filed on 12/7/2009) (Entered: 12/07/2009) |
| 12/07/2009 | 282 | Proposed Findings of Fact by City and County of San Francisco, Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Olson, Theodore) (Filed on 12/7/2009) (Entered: 12/07/2009) |
| 12/07/2009 | 283 | Exhibit List by City and County of San Francisco, Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo.. (Attachments: # 1 Exhibit A)(Olson, Theodore) (Filed on 12/7/2009) (Entered: 12/07/2009) |
| 12/07/2009 | 284 | Witness List by Kristin M. Perry, Paul T. Katami, Sandra B. Stier, City and County of San Francisco, Jeffrey J. Zarrillo. (Olson, Theodore) (Filed on 12/7/2009) (Entered: 12/07/2009) |
| 12/07/2009 | 285 | MOTION in Limine *TO EXCLUDE THE EXPERT REPORTS, OPINIONS, AND TESTIMONY OF KATHERINE YOUNG, LOREN MARKS AND DAVID BLANKENHORN* filed by City and County of San Francisco, Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. Motion Hearing set for 12/16/2009 10:00 AM in Courtroom 6, 17th Floor, San Francisco. (Olson, Theodore) (Filed on 12/7/2009) (Entered: 12/07/2009) |
| 12/07/2009 | 286 | Declaration of Rebecca Justice Lazarus in Support of 285 MOTION in Limine *TO EXCLUDE THE EXPERT REPORTS, OPINIONS, AND TESTIMONY OF KATHERINE YOUNG, LOREN MARKS AND DAVID BLANKENHORN* filed by City and County of San Francisco, Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Related document(s) 285 ) (Olson, Theodore) (Filed on 12/7/2009) (Entered: 12/07/2009) |
| 12/07/2009 | 287 | Proposed Order re 285 MOTION in Limine *TO EXCLUDE THE EXPERT REPORTS, OPINIONS, AND TESTIMONY OF KATHERINE YOUNG, LOREN MARKS AND DAVID BLANKENHORN* by City and County of San Francisco, Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Olson, Theodore) (Filed on 12/7/2009) (Entered: 12/07/2009) |

| 12/07/2009 | 288 | Statement *of Designation of Discovery Excerpts* by City and County of San Francisco, Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Olson, Theodore) (Filed on 12/7/2009) (Entered: 12/07/2009) |
|---|---|---|
| 12/07/2009 | 289 | Letter from Ethan D. Dettmer. (Attachments: # 1 Exhibit A)(Dettmer, Ethan) (Filed on 12/7/2009) (Entered: 12/07/2009) |
| 12/07/2009 | 290 | Proposed Findings of Fact by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Cooper, Charles) (Filed on 12/7/2009) (Entered: 12/07/2009) |
| 12/07/2009 | 291 | Exhibit List by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam.. (Attachments: # 1 Exhibit List)(Cooper, Charles) (Filed on 12/7/2009) (Entered: 12/07/2009) |
| 12/07/2009 | 292 | Witness List by Dennis Hollingsworth, Gail J. Knight, Hak-Shing William Tam, Mark A. Jansson, ProtectMarriage.com - Yes on 8, A Project of California Renewal. (Cooper, Charles) (Filed on 12/7/2009) (Entered: 12/07/2009) |
| 12/07/2009 | 293 | Statement *of Designation of Discovery Excerpts* by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Cooper, Charles) (Filed on 12/7/2009) (Entered: 12/07/2009) |
| 12/07/2009 | 294 | Statement *of Objections to Evidence* by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Cooper, Charles) (Filed on 12/7/2009) (Entered: 12/07/2009) |
| 12/07/2009 | 295 | TRIAL BRIEF by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Cooper, Charles) (Filed on 12/7/2009) (Entered: 12/07/2009) |
| 12/08/2009 | 296 | Proposed Order re 280 MOTION in Limine *to Exclude Portions of the Expert Report, Opinions, and Testimony of Kenneth P. Miller* by Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Goldman, Jeremy) (Filed on 12/8/2009) (Entered: 12/08/2009) |
| 12/08/2009 | 297 | Letter from Jesse Panuccio. (Attachments: # 1 Exhibit)(Cooper, Charles) (Filed on 12/8/2009) (Entered: 12/08/2009) |
| 12/08/2009 | 298 | Letter from Ethan D. Dettmer. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Dettmer, Ethan) (Filed on 12/8/2009) (Entered: 12/08/2009) |
| 12/09/2009 | 299 | STIPULATION AND ORDER REGARDING RULE 26 DISCLOSURES re doc 265 filed by Sandra B. Stier, Jeffrey J. Zarrillo, Paul T. Katami, Kristin M. Perry. Signed by Judge Vaughn R Walker on 12/8/2009. (cgk, COURT STAFF) (Filed on 12/9/2009) (Entered: 12/09/2009) |
| 12/11/2009 | 300 | STIPULATION *and [Proposed] Order re: Demonstrative Exhibits* by Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Piepmeier, Sarah) (Filed on 12/11/2009) (Entered: 12/11/2009) |
| 12/11/2009 | 301 | RESPONSE to re 294 Statement *of Objections to Evidence* by City and County of San Francisco, Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Attachments: # 1 Exhibit A) (Olson, Theodore) (Filed on 12/11/2009) (Entered: 12/11/2009) |
| 12/11/2009 | 302 | Memorandum in Opposition re 285 MOTION in Limine *TO EXCLUDE THE EXPERT REPORTS, OPINIONS, AND TESTIMONY OF KATHERINE YOUNG, LOREN MARKS AND DAVID BLANKENHORN* filed byMartin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Cooper, Charles) (Filed on 12/11/2009) (Entered: 12/11/2009) |
| 12/11/2009 | 303 | Declaration of Peter A. Patterson in Support of 302 Memorandum in Opposition, filed byMartin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Related document(s) 302 ) (Cooper, Charles) (Filed on 12/11/2009) (Entered: 12/11/2009) |
| 12/11/2009 | 304 | Memorandum in Opposition re 280 MOTION in Limine filed byMartin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Cooper, Charles) (Filed on 12/11/2009) (Entered: 12/11/2009) |

| 12/11/2009 | 305 | USCA Case Number 09-17551 9th Circuit for 253 Notice of Appeal, filed by Dennis Hollingsworth. (far, COURT STAFF) (Filed on 12/11/2009) (Entered: 12/13/2009) |
|---|---|---|
| 12/11/2009 | 306 | USCA OPINION. (far, COURT STAFF) (Filed on 12/11/2009) (Entered: 12/13/2009) |
| 12/11/2009 | 307 | ORDER of USCA as to 253 Notice of Appeal, filed by Dennis Hollingsworth (far, COURT STAFF) (Filed on 12/11/2009) (Entered: 12/13/2009) |
| 12/11/2009 | 308 | ORDER of USCA (far, COURT STAFF) (Filed on 12/11/2009) (Entered: 12/13/2009) |
| 12/11/2009 | 309 | ORDER of USCA (far, COURT STAFF) (Filed on 12/11/2009) (Entered: 12/13/2009) |
| 12/11/2009 | 310 | ORDER of USCA (far, COURT STAFF) (Filed on 12/11/2009) (Entered: 12/13/2009) |
| 12/15/2009 | 311 | MOTION to Intervene filed by County of Imperial of the State of California, Board of Supervisors of Imperial County, Isabel Vargas. Motion Hearing set for 1/21/2010 10:00 AM in Courtroom 6, 17th Floor, San Francisco. (Attachments: # 1 Declaration of W. Leimgruber, # 2 Declaration of I. Vargas, # 3 Proposed Answer to SF, # 4 Proposed Answer to Plaintiff, # 5 Proposed Order)(Tyler, Robert) (Filed on 12/15/2009) (Entered: 12/15/2009) |
| 12/15/2009 | 312 | MOTION to Shorten Time filed by Board of Supervisors of Imperial County, County of Imperial of the State of California, Isabel Vargas. (Attachments: # 1 Declaration of J. Monk, # 2 Proposed Order)(Tyler, Robert) (Filed on 12/15/2009) (Entered: 12/15/2009) |
| 12/16/2009 | 317 | Minute Entry: Hearing held on the Motion to Intervene filed by Imperial County, doc #311 and Motion to Realign the Attorney General on 12/16/2009 before Chief Judge Vaughn R Walker. Interim Pretrial Conference held on 12/16/2009 before Chief Judge Vaughn R Walker ; the court submitted the matter, the court to issue written ruling. (Date Filed: 12/16/2009). (Court Reporter Kathy Sullivan.) (cgk, COURT STAFF) (Date Filed: 12/16/2009) (Entered: 12/23/2009) |
| 12/21/2009 | 313 | Letter from Thomas R. Burke for the Media Coalition *as interested party to Chief Judge Hon. Vaughn R. Walker.* (Burke, Thomas) (Filed on 12/21/2009) (Entered: 12/21/2009) |
| 12/21/2009 | 314 | NOTICE by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam *of Filing of Privilege Log* (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Cooper, Charles) (Filed on 12/21/2009) (Entered: 12/21/2009) |
| 12/22/2009 | 315 | Transcript of Proceedings held on 12/16/09, before Judge Vaughn R. Walker. Court Reporter/Transcriber Katherine Powell Sullivan, CRR, Telephone number 415-794-6659/Katherine_Sullivan@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 3/22/2010. (Sullivan, Katherine) (Filed on 12/22/2009) (Entered: 12/22/2009) |
| 12/23/2009 | 316 | Statement of Non-Opposition re 311 MOTION to Intervene filed byMark B. Horton, Arnold Schwarzenegger, Linette Scott. (Related document(s) 311 ) (Stroud, Andrew) (Filed on 12/23/2009) (Entered: 12/23/2009) |
| 12/23/2009 | 318 | Exhibit List *(Supplemental)* by City and County of San Francisco, Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo.. (Attachments: # 1 Exhibit A)(Olson, Theodore) (Filed on 12/23/2009) (Entered: 12/23/2009) |
| 12/23/2009 | 319 | ORDER by Judge Walker denying 216 Motion to Realign the Attorney General (vrwlc1, COURT STAFF) (Filed on 12/23/2009) (Entered: 12/23/2009) |
| 12/24/2009 | 320 | Statement re 311 MOTION to Intervene *ATTORNEY GENERAL'S STATEMENT OF NO OPPOSITION TO MOTION TO INTERVENE OF IMPERIAL COUNTY* by Edmund G. Brown, Jr. (Attachments: # 1 proof of service)(Pachter, Tamar) (Filed on 12/24/2009) (Entered: 12/24/2009) |
| 12/28/2009 | 321 | Statement of Non-Opposition re 311 MOTION to Intervene filed byDean C. Logan. (Related document(s) 311 ) (Whitehurst, Judy) (Filed on 12/28/2009) (Entered: 12/28/2009) |
| 12/28/2009 |  | (Court only) ***Motions terminated: (vrwlc1, COURT STAFF) (Filed on 12/28/2009) (Entered: 12/28/2009) |

| 12/28/2009 | 🌐 322 | ERRATA re 314 Notice (Other), Notice (Other) by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Attachments: # 1 Exhibit)(Cooper, Charles) (Filed on 12/28/2009) (Entered: 12/28/2009) |
| 12/28/2009 | 🌐 323 | Statement of Non-Opposition *Statement of No Opposition by Defendant Patrick O'Connell, Clerk-Recorder of the County of Alameda's Motion to Intervene of Imperial County and Certificate of Service* filed byPatrick O'Connell. (Kolm, Claude) (Filed on 12/28/2009) (Entered: 12/28/2009) |
| 12/28/2009 | 🌐 324 | Letter from Charles J. Cooper. (Attachments: # 1 Exhibit A - 2007 9th Cir. Resolution re Cameras, # 2 Exhibit B - 7-23-09 Duff Letter to Leahy & Sessions)(Cooper, Charles) (Filed on 12/28/2009) (Entered: 12/28/2009) |
| 12/28/2009 | 🌐 325 | RESPONSE to re 314 Notice (Other), Notice (Other) by City and County of San Francisco, Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Olson, Theodore) (Filed on 12/28/2009) (Entered: 12/28/2009) |
| 12/29/2009 | 🌐 326 | Letter from Charles J. Cooper. (Cooper, Charles) (Filed on 12/29/2009) (Entered: 12/29/2009) |
| 12/29/2009 | 🌐 327 | Letter from Theodore J. Boutrous, Jr.. (Boutrous, Theodore) (Filed on 12/29/2009) (Entered: 12/29/2009) |
| 12/30/2009 | 🌐 328 | Memorandum in Opposition re 311 MOTION to Intervene filed byPaul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Olson, Theodore) (Filed on 12/30/2009) (Entered: 12/30/2009) |
| 12/30/2009 | 🌐 329 | Declaration of Kaiponanea T. Matsumura in Support of 328 Memorandum in Opposition *re Motion to Intervene* filed byPaul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Related document(s) 328 ) (Olson, Theodore) (Filed on 12/30/2009) (Entered: 12/30/2009) |
| 12/30/2009 | 🌐 330 | Exhibit List *(Supplemental)* by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam.. (Attachments: # 1 Exhibit A - Supplemental Exhibit List)(Cooper, Charles) (Filed on 12/30/2009) (Entered: 12/30/2009) |
| 12/30/2009 | 🌐 331 | RESPONSE in Support re 311 MOTION to Intervene filed byMartin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Cooper, Charles) (Filed on 12/30/2009) (Entered: 12/30/2009) |
| 12/30/2009 | 🌐 332 | ORDER regarding the ongoing discovery dispute and potential recording of the January 6 hearing. (vrwlc1, COURT STAFF) (Filed on 12/30/2009) (Entered: 12/30/2009) |
| 12/30/2009 | 🌐 | CASE REFERRED to Magistrate Judge Joseph C. Spero for Discovery (klh, COURT STAFF) (Filed on 12/30/2009) (Entered: 01/14/2010) |
| 12/31/2009 | 🌐 333 | Letter from Ethan D. Dettmer *re Motion to Compel the Deposition of Doug Swardstrom*. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Dettmer, Ethan) (Filed on 12/31/2009) (Entered: 12/31/2009) |
| 12/31/2009 | 🌐 334 | RESPONSE in Support *of Request for Order Permitting Television Coverage of the Trial (Memorandum of Points and Authorities)* filed byMedia Coalition. (Burke, Thomas) (Filed on 12/31/2009) (Entered: 12/31/2009) |
| 12/31/2009 | 🌐 335 | Request for Judicial Notice re 334 Response in Support *of Request for Order Permitting Television Coverage of The Trial and Declaration of Thomas R. Burke* filed byMedia Coalition. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, Part One, # 5 Exhibit D, Part Two, # 6 Exhibit E)(Related document(s) 334 ) (Burke, Thomas) (Filed on 12/31/2009) (Entered: 12/31/2009) |
| 01/04/2010 | 🌐 336 | Letter from Charles J. Cooper. (Cooper, Charles) (Filed on 1/4/2010) (Entered: 01/04/2010) |
| 01/04/2010 | 🌐 337 | ERRATA re 330 Exhibit List, by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Hak-Shing William Tam. (Cooper, Charles) (Filed on 1/4/2010) (Entered: 01/04/2010) |

| 01/04/2010 | 🌐 338 | ORDER re 311 motion to intervene filed by Imperial County; granting leave to file motion to compel re 333 (vrwlc1, COURT STAFF) (Filed on 1/4/2010) (Entered: 01/04/2010) |
| 01/04/2010 | 🌐 339 | First MOTION to Compel filed by Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. Motion Hearing set for 1/6/2010 10:00 AM in Courtroom 6, 17th Floor, San Francisco. (Boutrous, Theodore) (Filed on 1/4/2010) (Entered: 01/04/2010) |
| 01/04/2010 | 🌐 340 | Declaration of Ethan D. Dettmer in Support of 339 First MOTION to Compel filed byPaul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Related document(s) 339 ) (Boutrous, Theodore) (Filed on 1/4/2010) (Entered: 01/04/2010) |
| 01/04/2010 | 🌐 341 | Proposed Order re 339 First MOTION to Compel by Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Boutrous, Theodore) (Filed on 1/4/2010) (Entered: 01/04/2010) |
| 01/04/2010 | 🌐 342 | CERTIFICATE OF SERVICE by Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo re 339 First MOTION to Compel (Monagas, Enrique) (Filed on 1/4/2010) (Entered: 01/04/2010) |
| 01/04/2010 | 🌐 344 | MOTION for leave to appear in Pro Hac Vice of Dale M. Schowengerdt ( Filing fee $ 210, receipt number 34611040651.). (Attachments: # 1 Proposed Order)(fj, COURT STAFF) (Filed on 1/4/2010) (Entered: 01/05/2010) |
| 01/05/2010 | 🌐 343 | NOTICE OF REFERENCE AND ORDER SETTING HEARING ON PLAINTIFFS' DOCUMENT REQUESTS re 325 Response ( Non Motion ) filed by Sandra B. Stier, Jeffrey J. Zarrillo, Paul T. Katami, Kristin M. Perry, City and County of San Francisco. Motion Hearing set for 1/6/2010 at 01:30 PM in Courtroom 2, 17th Floor, San Francisco. Signed by Judge Joseph C. Spero on 1/5/2010. (klh, COURT STAFF) (Filed on 1/5/2010) (Entered: 01/05/2010) |
| 01/05/2010 | 🌐 345 | MOTION for leave to appear in Pro Hac Vice of Michael W. Kirk ( Filing fee $ 210, receipt number 34611040684.) (Attachments: # 1 Proposed Order)(fj, COURT STAFF) (Filed on 1/5/2010) (Entered: 01/05/2010) |
| 01/05/2010 | 🌐 346 | ORDER by Judge Vaughn R. Walker granting 344 Motion for Pro Hac Vice of Dale M. Schowengerdt (fj, COURT STAFF) (Filed on 1/5/2010) (Entered: 01/05/2010) |
| 01/05/2010 | 🌐 347 | ORDER by Judge Vaughn R. Walker granting 345 Motion for Pro Hac Vice of Michael W. Kirk (fj, COURT STAFF) (Filed on 1/5/2010) (Entered: 01/05/2010) |
| 01/05/2010 | 🌐 348 | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7-3.d filed byPaul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Attachments: # 1 Exhibit A) (Related document(s) 314 ) (Dettmer, Ethan) (Filed on 1/5/2010) (Entered: 01/05/2010) |
| 01/05/2010 | 🌐 349 | Memorandum in Opposition re 339 First MOTION to Compel filed byDoug Swardstrom. (Grant, Eric) (Filed on 1/5/2010) (Entered: 01/05/2010) |
| 01/05/2010 | 🌐 350 | Reply Memorandum filed byBoard of Supervisors of Imperial County, County of Imperial of the State of California, Isabel Vargas. (Attachments: # 1 Declaration)(Monk, Jennifer) (Filed on 1/5/2010) (Entered: 01/05/2010) |
| 01/05/2010 | 🌐 351 | Third Party MOTION to Quash *Subpoena to Appear* filed by William T. Criswell. Motion Hearing set for 2/11/2010 10:00 AM in Courtroom 6, 17th Floor, San Francisco. (Attachments: # 1 Declaration, # 2 Exhibit, # 3 Proposed Order)(Bunim, David) (Filed on 1/5/2010) (Entered: 01/05/2010) |
| 01/05/2010 | 🌐 352 | MOTION to Appear by Telephone by Doug Swardstrom. Motion Hearing set for 1/6/2010 10:00 AM in Courtroom 6, 17th Floor, San Francisco. (Attachments: # 1 Declaration of Eric Grant, # 2 Declaration of James Bopp, Jr., # 3 Proposed Order)(Grant, Eric) (Filed on 1/5/2010) (Entered: 01/05/2010) |
| 01/06/2010 | 🌐 353 | Letter from James Bopp, Jr. *re Doug Swardstrom's Opposition to Recording Proceedings.* (Grant, Eric) (Filed on 1/6/2010) (Entered: 01/06/2010) |
| 01/06/2010 | 🌐 354 | Third Party MOTION to Shorten Time *to Quash Subpoena* filed by William T. Criswell. (Attachments: # 1 Declaration, # 2 Proposed Order)(Bunim, David) (Filed on 1/6/2010) (Entered: 01/06/2010) |
| 01/06/2010 | | Minute Entry: Motion Hearing held on 1/6/2010 before Chief Judge Vaughn R. Walker (Date |

| | | |
|---|---|---|
| | 🌐 355 | Filed: 1/6/2010) re 339 First MOTION to Compel filed by Sandra B. Stier, Jeffrey J. Zarrillo, Paul T. Katami, Kristin M. Perry; 311 MOTION to Intervene filed by County of Imperial of the State of California, Isabel Vargas, Board of Supervisors of Imperial County. (Court Reporter Kathryn Sullivan) (ls, COURT STAFF) (Date Filed: 1/6/2010) (Entered: 01/06/2010) |
| 01/06/2010 | 🌐 356 | NOTICE of Substitution of Counsel by Terry Lee Thompson (Attachments: # 1 Declaration of Service)(Thompson, Terry) (Filed on 1/6/2010) (Entered: 01/06/2010) |
| 01/06/2010 | 🌐 394 | MOTION for leave to appear in Pro Hac Vice of James Bopp, Jr. ( Filing fee $ 210, receipt number 34611040770.) filed by Doug Swardstrom. (Attachments: # 1 Proposed Order)(far, COURT STAFF) (Filed on 1/6/2010) (Entered: 01/10/2010) |
| 01/06/2010 | 🌐 395 | MOTION for leave to appear in Pro Hac Vice of Richard E. Coleson ( Filing fee $ 210, receipt number 34611040770.) filed by Doug Swardstrom. (Attachments: # 1 Proposed Order)(far, COURT STAFF) (Filed on 1/6/2010) (Entered: 01/10/2010) |
| 01/06/2010 | 🌐 396 | MOTION for leave to appear in Pro Hac Vice of Kaylan L. Phillips ( Filing fee $ 210, receipt number 34611040770.) filed by Doug Swardstrom. (Attachments: # 1 Proposed Order)(far, COURT STAFF) (Filed on 1/6/2010) (Entered: 01/10/2010) |
| 01/07/2010 | 🌐 357 | STIPULATION and [Proposed] Order Regarding Attendance of Trial by Dean C. Logan. (Whitehurst, Judy) (Filed on 1/7/2010) (Entered: 01/07/2010) |
| 01/07/2010 | 🌐 358 | Notice to parties. Signed by Judge Walker on January 7, 2010. (vrwlc1, COURT STAFF) (Filed on 1/7/2010) (Entered: 01/07/2010) |
| 01/07/2010 | 🌐 359 | NOTICE by Edmund G. Brown, Jr ATTORNEY GENERAL'S NOTICE OF NON-OPPOSITION TO APPLICATIONS TO FILE AMICUS CURIAE BRIEFS (Attachments: # 1 proof of service) (Pachter, Tamar) (Filed on 1/7/2010) (Entered: 01/07/2010) |
| 01/07/2010 | 🌐 360 | STIPULATION and [Proposed] Order Regarding Attendance of Trial by Defendant Patrick O'Connell Clerk-Recorder for the County of Alameda by Patrick O'Connell. (Attachments: # 1 Certificate of Service)(Kolm, Claude) (Filed on 1/7/2010) (Entered: 01/07/2010) |
| 01/07/2010 | 🌐 361 | PROTECTIVE ORDER. Signed by Judge Joseph C. Spero on 1/7/10. (ahy, COURT STAFF) (Filed on 1/7/2010) (Entered: 01/07/2010) |
| 01/07/2010 | 🌐 362 | Transcript of Proceedings held on 1-6-2010, before Judge Joseph C. Spero. Court Reporter/Transcriber Debra L. Pas, CSR, Telephone number (415) 431-1477. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 4/7/2010. (Pas, Debra) (Filed on 1/7/2010) (Entered: 01/07/2010) |
| 01/07/2010 | 🌐 363 | Transcript of Proceedings held on January 6, 2010, before Judge Vaughn R. Walker. Court Reporter/Transcriber Katherine Powell Sullivan, CRR, Telephone number 415-794-6659/Katherine_Sullivan@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 4/7/2010. (Sullivan, Katherine) (Filed on 1/7/2010) (Entered: 01/07/2010) |
| 01/07/2010 | 🌐 364 | NOTICE by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal of Filing of Redacted Declaration (Attachments: # 1 Exhibit Declaration of Ronald Prentice)(Cooper, Charles) (Filed on 1/7/2010) (Entered: 01/07/2010) |
| 01/07/2010 | 🌐 365 | Exhibit List (Second Supplemental) by City and County of San Francisco, Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo.. (Attachments: # 1 Exhibit A)(Olson, Theodore) (Filed on 1/7/2010) (Entered: 01/07/2010) |
| 01/08/2010 | 🌐 366 | Minute Entry: Discovery Hearing held on 1/6/2010 before Joseph C. Spero re: Docket No. 325 Dft-Intervenor's Privilege Log. Court to issue written order. (Court Reporter Debra Pas.) (klh, COURT STAFF) (Date Filed: 1/8/2010) (Entered: 01/08/2010) |

| | | |
|---|---|---|
| 01/08/2010 | 367 | Letter from Theodore J. Boutrous, Jr., Counsel for Plaintiffs, to The Hon. Joseph C. Spero. (Boutrous, Theodore) (Filed on 1/8/2010) (Entered: 01/08/2010) |
| 01/08/2010 | 368 | CERTIFICATE OF SERVICE by Patrick O'Connell re 360 Stipulation, *and [Proposed] Order Attendance of Trial* (Kolm, Claude) (Filed on 1/8/2010) (Entered: 01/08/2010) |
| 01/08/2010 | 369 | MOTION to Withdraw filed by Hak-Shing William Tam. Motion Hearing set for 2/16/2010 10:00 AM in Courtroom 6, 17th Floor, San Francisco. (Attachments: # 1 Exhibit Ex. A Appellees' Oppositon to Appellants' Emergency Motion, # 2 Exhibit Declaration of Dr. Tam in Support of Motion, # 3 Proposed Order, # 4 Declaration of Service)(Thompson, Terry) (Filed on 1/8/2010) (Entered: 01/08/2010) |
| 01/08/2010 | 370 | MOTION for Leave to File *Pre-Trial Brief As Amicus Curiae* filed by The Family Research Council. (Attachments: # 1 Pre-Trial Brief, # 2 Signature Page (Declarations/Stipulations) Decl. of Paul B. Linton, # 3 Proposed Order)(Gorman, Patrick) (Filed on 1/8/2010) (Entered: 01/08/2010) |
| 01/08/2010 | 371 | MOTION to Stay *Public Broadcast* filed by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal. Motion Hearing set for 1/11/2010 08:30 AM in Courtroom 6, 17th Floor, San Francisco. (Attachments: # 1 Exhibit Exhibit 1)(Cooper, Charles) (Filed on 1/8/2010) (Entered: 01/08/2010) |
| 01/08/2010 | 372 | ORDER re 325 Response ( Non Motion ) filed by Sandra B. Stier, Jeffrey J. Zarrillo, Paul T. Katami, Kristin M. Perry, City and County of San Francisco. Signed by Judge Spero on January 8, 2010. (vrwlc1, COURT STAFF) (Filed on 1/8/2010) (Entered: 01/08/2010) |
| 01/08/2010 | 373 | MOTION for Leave to File *Brief of Amicus Curiae National Organization for Marriage, Inc.* filed by Charles S LiMandri. (Attachments: # 1 Proposed Order, # 2 Pre-Trial Memorandum of Pionts & Authorities, # 3 Declaration of Service)(LiMandri, Charles) (Filed on 1/8/2010) (Entered: 01/08/2010) |
| 01/08/2010 | 374 | MOTION to File Amicus Curiae Brief filed by American College of Pediatricians. (Attachments: # 1 Amicus Brief, # 2 Proposed Order, # 3 Proof of Service)(Snider, Kevin) (Filed on 1/8/2010) (Entered: 01/08/2010) |
| 01/08/2010 | 375 | MOTION to File Amicus Curiae Brief *in Support of Defendant-Intervenors* filed by The Becket Fund for Religious Liberty. (Attachments: # 1 Proposed Order)(Thompson, Angela) (Filed on 1/8/2010) (Entered: 01/08/2010) |
| 01/08/2010 | 376 | Brief re 375 MOTION to File Amicus Curiae Brief *in Support of Defendant-Intervenors* filed byThe Becket Fund for Religious Liberty. (Related document(s) 375 ) (Thompson, Angela) (Filed on 1/8/2010) (Entered: 01/08/2010) |
| 01/08/2010 | 377 | MOTION to File Amicus Curiae Brief filed by Paul R. McHugh. (Schweickert, Christopher) (Filed on 1/8/2010) (Entered: 01/08/2010) |
| 01/08/2010 | 378 | *** FILED IN ERROR. REFER TO DOCUMENT 382 . *** <br> MOTION to File Amicus Curiae Brief filed by National Legal Foundation. (Attachments: # 1 Proposed Order, # 2 Brief of Amicus Curiae in Support of Defendants)(Carmichael, Holly) (Filed on 1/8/2010) Modified on 1/8/2010 (feriab, COURT STAFF). (Entered: 01/08/2010) |
| 01/08/2010 | 379 | Brief re 377 MOTION to File Amicus Curiae Brief filed byPaul R. McHugh. (Related document (s) 377 ) (Schweickert, Christopher) (Filed on 1/8/2010) (Entered: 01/08/2010) |
| 01/08/2010 | 380 | Proposed Order re 377 MOTION to File Amicus Curiae Brief by Paul R. McHugh. (Schweickert, Christopher) (Filed on 1/8/2010) (Entered: 01/08/2010) |
| 01/08/2010 | 381 | MOTION to Shorten Time filed by Hak-Shing William Tam. Motion Hearing set for 1/12/2010 10:00 AM in Courtroom 6, 17th Floor, San Francisco. (Attachments: # 1 Affidavit Declaration of Terry L. Thompson in Support of Motion, # 2 Proposed Order, # 3 Declaration of Service) (Thompson, Terry) (Filed on 1/8/2010) (Entered: 01/08/2010) |
| 01/08/2010 | 382 | MOTION to File Amicus Curiae Brief *CORRECTION OF DOCKET # 378* filed by National Legal Foundation. (Attachments: # 1 Brief of Amicus Curiae in Support of Defendants, # 2 Proposed Order)(Carmichael, Holly) (Filed on 1/8/2010) (Entered: 01/08/2010) |
| 01/08/2010 | 383 | MOTION for Leave to File *Brief Amicus Curiae* filed by Ethics and Religious Liberty Commission of the Southern Baptist Convention. (Llewellyn, David) (Filed on 1/8/2010) (Entered: 01/08/2010) |

| 01/08/2010 | 384 | Brief re 383 MOTION for Leave to File *Brief Amicus Curiae* filed byEthics and Religious Liberty Commission of the Southern Baptist Convention. (Related document(s) 383 ) (Llewellyn, David) (Filed on 1/8/2010) (Entered: 01/08/2010) |
| --- | --- | --- |
| 01/08/2010 | 385 | Proposed Order re 383 MOTION for Leave to File *Brief Amicus Curiae* by Ethics and Religious Liberty Commission of the Southern Baptist Convention. (Llewellyn, David) (Filed on 1/8/2010) (Entered: 01/08/2010) |
| 01/08/2010 | 386 | MOTION for Leave to File *BRIEF OF AMICUS CURIAE* filed by Institute for Marriage and Public Policy. (Moreno, Jose) (Filed on 1/8/2010) (Entered: 01/08/2010) |
| 01/08/2010 | 387 | Proposed Order re 386 MOTION for Leave to File *BRIEF OF AMICUS CURIAE* by Institute for Marriage and Public Policy. (Moreno, Jose) (Filed on 1/8/2010) (Entered: 01/08/2010) |
| 01/08/2010 | 388 | Brief re 386 MOTION for Leave to File *BRIEF OF AMICUS CURIAE*, 387 Proposed Order *BRIEF OF AMICUS CURIAE* filed byInstitute for Marriage and Public Policy. (Related document (s) 386 , 387 ) (Moreno, Jose) (Filed on 1/8/2010) (Entered: 01/08/2010) |
| 01/08/2010 | 389 | CERTIFICATE OF SERVICE by Institute for Marriage and Public Policy re 388 Brief, 386 MOTION for Leave to File *BRIEF OF AMICUS CURIAE*, 387 Proposed Order *DECLARATION OF SERVICE* (Moreno, Jose) (Filed on 1/8/2010) (Entered: 01/08/2010) |
| 01/08/2010 | 390 | Letter from JEREMY M. GOLDMAN *re Courtroom Internet Access*. (Goldman, Jeremy) (Filed on 1/8/2010) (Entered: 01/08/2010) |
| 01/08/2010 | 391 | ORDER re 390 . Counsel should consult the court's IT department; assuming its approval and the absence of objection by any party, the court will approve the request, subject to internet access being made available on an equal basis to all parties. (vrwlc1, COURT STAFF) (Filed on 1/8/2010) (Entered: 01/08/2010) |
| 01/08/2010 | 392 | Statement *of Supplemental Designation of Discovery Excerpts* by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal. (Cooper, Charles) (Filed on 1/8/2010) (Entered: 01/08/2010) |
| 01/08/2010 | 419 | MOTION for leave to appear in Pro Hac Vice of Kevin James Hasson ( Filing fee $ 210, receipt number 34611040918.) filed by The Becket Fund for Religious Liberty. (Attachments: # 1 Proposed Order)(far, COURT STAFF) (Filed on 1/8/2010) (Entered: 01/12/2010) |
| 01/08/2010 | 420 | MOTION for leave to appear in Pro Hac Vice of Thomas Brejcha ( Filing fee $ 210, receipt number 34611040919.) filed by The Family Research Council. (Attachments: # 1 Proposed Order) (far, COURT STAFF) (Filed on 1/8/2010) (Entered: 01/12/2010) |
| 01/08/2010 | 421 | MOTION for leave to appear in Pro Hac Vice Christopher M. Gacek ( Filing fee $ 210, receipt number 34611040916.) filed by The Family Research Council. (Attachments: # 1 Proposed Order) (far, COURT STAFF) (Filed on 1/8/2010) (Entered: 01/12/2010) |
| 01/08/2010 | 422 | MOTION for leave to appear in Pro Hac Vice of Paul Benjamin Linton ( Filing fee $ 210, receipt number 34611040920.) filed by The Family Research Council. (Attachments: # 1 Proposed Order) (far, COURT STAFF) (Filed on 1/8/2010) (Entered: 01/12/2010) |
| 01/09/2010 | 393 | MOTION to Amend/Correct 361 Protective Order filed by City and County of San Francisco. (Attachments: # 1 Affidavit)(Flynn, Ronald) (Filed on 1/9/2010) (Entered: 01/09/2010) |
| 01/11/2010 | 397 | Letter from Charles J. Cooper. (Cooper, Charles) (Filed on 1/11/2010) (Entered: 01/11/2010) |
| 01/11/2010 | 398 | Witness List by Dennis Hollingsworth, Gail J. Knight, Mark A. Jansson, Martin F. Gutierrez, ProtectMarriage.com - Yes on 8, A Project of California Renewal. (Cooper, Charles) (Filed on 1/11/2010) (Entered: 01/11/2010) |
| 01/11/2010 | 399 | Federal Bar Association comment re Civ LR 77-3 (vrwlc1, COURT STAFF) (Filed on 1/11/2010) (Entered: 01/11/2010) |
| 01/11/2010 | 400 | Equal Justice Society comment re Civ LR 77-3 (vrwlc1, COURT STAFF) (Filed on 1/11/2010) (Entered: 01/11/2010) |
| 01/11/2010 | 401 | The Bar Association of San Francisco comment re Civ LR 77-3 (vrwlc1, COURT STAFF) (Filed on 1/11/2010) (Entered: 01/11/2010) |
| 01/11/2010 | | Lawyers' Committee for Civil Rights of the San Francisco Bay Area comment re Civ LR 77-3 |

| | | |
|---|---|---|
| | 402 | (vrwlc1, COURT STAFF) (Filed on 1/11/2010) (Entered: 01/11/2010) |
| 01/11/2010 | 403 | ACLU comment re Civ LR 77-3 (vrwlc1, COURT STAFF) (Filed on 1/11/2010) (Entered: 01/11/2010) |
| 01/11/2010 | 404 | MOTION to Quash *Subpoena and for Protective Order* filed by James L Garlow. Motion Hearing set for 1/14/2010 10:00 AM in Courtroom 6, 17th Floor, San Francisco. (Attachments: # 1 Affidavit Declaration of James L. Garlow in Support of Motion to Quash Subpoena, # 2 Supplement Memorandum of Law in Support of James L. Garlow's Motion to Quash Subpoena and For Protective Order, # 3 Affidavit Declaration of Brian R. Chavez-Ochoa in Support of Motion to Shorten Time, # 4 Proposed Order [Proposed] - Motion of James L. Garlow to Quash Subpoena to Appear and Testify and for Protective Order)(Chavez-Ochoa, Brian) (Filed on 1/11/2010) (Entered: 01/11/2010) |
| 01/11/2010 | 405 | Letter from J Duff re Civ LR 77-3 (vrwlc1, COURT STAFF) (Filed on 1/11/2010) (Entered: 01/11/2010) |
| 01/11/2010 | 406 | Letter from Judge Kozinski re 405 (vrwlc1, COURT STAFF) (Filed on 1/11/2010) (Entered: 01/11/2010) |
| 01/11/2010 | 407 | MOTION to Quash *Subpoena and for Protective Order* filed by Miles McPherson. Motion Hearing set for 1/14/2010 10:00 AM in Courtroom 6, 17th Floor, San Francisco. (Attachments: # 1 Affidavit Declaration of Miles McPherson in Support of Motion to Quash Subpoena, # 2 Supplement Memorandum of Law in Support of Miles McPherson's Motion to Quash Subpoena and for Protective Order, # 3 Affidavit Declaration of Brian R. Chavez-Ochoa in Support of Motion to Shorten Time, # 4 Proposed Order [Proposed] - Motion of Miles McPherson to Quash Subpoena to Appear and Testify and for Protective Order)(Chavez-Ochoa, Brian) (Filed on 1/11/2010) (Entered: 01/11/2010) |
| 01/11/2010 | 408 | Letter from Thomas R. Burke to Hon. Phyllis Hamilton and Hon. Vaughn Walker re Comments on Proposed Revision of Northern District of California Civil Local Rule 77-3 w/attachments A-D. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C Part 1 of 4, # 4 Exhibit C Part 2 of 4, # 5 Exhibit C Part 3 of 4, # 6 Exhibit C Part 4 of 4, # 7 Exhibit D)(Burke, Thomas) (Filed on 1/11/2010) (Entered: 01/11/2010) |
| 01/11/2010 | 409 | ORDER directing plaintiffs to respond to Doc #369, Doc #354, Doc #404 and Doc #407 not later than January 13, 2010 at 9 AM (vrwlc1, COURT STAFF) (Filed on 1/11/2010) (Entered: 01/11/2010) |
| 01/11/2010 | 410 | STIPULATION AND ORDER REGARDING ATTENDANCE OF TRIAL BY Defendant Dean C Logan, Registrar-Recorder/County Clerk re doc 357 Stipulation filed by Dean C. Logan. The attendance at trial by counsel of record for Defendant Dean C Logan, the Los Angeles County Clerk, will not be necessary, but Logan's counsel may attend the hearing for selected arguments. Defendant County Registrar will continue to be served in the normal practice throughout the proceedings. Defendant County Registrar will be bound by the final judgment of the Court in this matter. Signed by Judge Vaughn R Walker on 1/11/2010. (cgk, COURT STAFF) (Filed on 1/11/2010) (Entered: 01/11/2010) |
| 01/11/2010 | 411 | *** FILED IN ERROR. PLEASE SEE DOCKET # 528 . *** Transcript of Proceedings held on January 11, 2010, before Judge Vaughn R. Walker. Court Reporter/Transcriber Katherine Powell Sullivan and Debra L. Pas, Official Reporters, Telephone number 415-794-6659. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 4/12/2010. (Sullivan, Katherine) (Filed on 1/11/2010) Modified on 1/28/2010 (ewn, COURT STAFF). (Entered: 01/11/2010) |
| 01/11/2010 | 412 | Exhibit List *(Third Supplemental)* by City and County of San Francisco, Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo.. (Attachments: # 1 Exhibit A)(Olson, Theodore) (Filed on 1/11/2010) (Entered: 01/11/2010) |
| 01/11/2010 | 418 | Minute Entry: Bench Trial held on 1/11/2010 before Chief Judge Vaughn R Walker. Opening statements. Further bench trial set for 1/12/2010 at 8:30 AM. (Court Reporter Kathy Sullivan and Debra Pas.) (cgk, COURT STAFF) (Date Filed: 1/11/2010) (Entered: 01/12/2010) |
| 01/11/2010 | | Set/Reset Hearings: Further Bench Trial set for 1/12/2010 08:30 AM in Courtroom 6, 17th Floor, |

| | | San Francisco. (cgk, COURT STAFF) (Filed on 1/11/2010) (Entered: 01/12/2010) |
|---|---|---|
| 01/11/2010 | 424 | MOTION for leave to appear in Pro Hac Vice of Vincent P. McCarthy ( Filing fee $ 210, receipt number 34611040926.) filed by Miles McPherson. (Attachments: # 1 Proposed Order)(far, COURT STAFF) (Filed on 1/11/2010) (Entered: 01/12/2010) |
| 01/12/2010 | 413 | ORDER directing the Attorney General to respond to the court's question not later than January 14, 2010 at 5 PM. (vrwlc1, COURT STAFF) (Filed on 1/12/2010) (Entered: 01/12/2010) |
| 01/12/2010 | 414 | MOTION to Seal Document *or for entry of document into public record* filed by Kristin M. Perry. (Attachments: # 1 Proposed Order)(Boutrous, Theodore) (Filed on 1/12/2010) (Entered: 01/12/2010) |
| 01/12/2010 | 415 | Declaration of Rebecca Justice Lazarus in Support of 414 MOTION to Seal Document *or for entry of document into public record* filed by Kristin M. Perry. (Related document(s) 414 ) (Boutrous, Theodore) (Filed on 1/12/2010) (Entered: 01/12/2010) |
| 01/12/2010 | 416 | MOTION to Shorten Time *for Plaintiffs' Administrative Motion to Seal Documents* filed by Kristin M. Perry. (Attachments: # 1 Proposed Order)(Boutrous, Theodore) (Filed on 1/12/2010) (Entered: 01/12/2010) |
| 01/12/2010 | 417 | Declaration of Rebecca Justice Lazarus in Support of 416 MOTION to Shorten Time *for Plaintiffs' Administrative Motion to Seal Documents* filed by Kristin M. Perry. (Related document(s) 416 ) (Boutrous, Theodore) (Filed on 1/12/2010) (Entered: 01/12/2010) |
| 01/12/2010 | 423 | Statement *Supplemental Designation of Discovery Excerpts* by City and County of San Francisco, Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Olson, Theodore) (Filed on 1/12/2010) (Entered: 01/12/2010) |
| 01/12/2010 | 425 | AMENDED PROTECTIVE ORDER. Signed by Judge Joseph C. Spero on 1/12/2010. **See page 8, line 15 for amendment**(klh, COURT STAFF) (Filed on 1/12/2010) (Entered: 01/12/2010) |
| 01/12/2010 | 426 | MANDATE of USCA as to 168 Notice of Appeal, filed by Campaign for California Families, 253 Notice of Appeal, filed by Dennis Hollingsworth, 222 Notice of Appeal, filed by Hak-Shing William Tam, Dennis Hollingsworth, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Mark A. Jansson, Martin F. Gutierrez, Gail J. Knight (far, COURT STAFF) (Filed on 1/12/2010) (Entered: 01/12/2010) |
| 01/12/2010 | 427 | CLERKS Letter Spreading Mandate to Counsel (far, COURT STAFF) (Filed on 1/12/2010) (Entered: 01/12/2010) |
| 01/12/2010 | 428 | ORDER of USCA (far, COURT STAFF) (Filed on 1/12/2010) (Entered: 01/12/2010) |
| 01/12/2010 | 429 | ORDER by Judge Vaughn R Walker granting doc 394 Motion Application for Admission of Attorney James Bopp, Jr. Pro Hac Vice representing Doug Swardstrom. (cgk, COURT STAFF) (Filed on 1/12/2010) (Entered: 01/12/2010) |
| 01/12/2010 | 430 | ORDER of USCA (far, COURT STAFF) (Filed on 1/12/2010) (Entered: 01/12/2010) |
| 01/12/2010 | 431 | ORDER by Judge Vaughn R Walker granting doc 395 Motion Application for Admission of Attorney Richard E Coleson Pro Hac Vice representing Doug Swardstrom. (cgk, COURT STAFF) (Filed on 1/12/2010) (Entered: 01/12/2010) |
| 01/12/2010 | 432 | ORDER by Judge Vaughn R Walker granting doc 396 Motion Application for Admission of Attorney Kaylan L Phillips Pro Hac Vice representing Doug Swardstrom. (cgk, COURT STAFF) (Filed on 1/12/2010) (Entered: 01/12/2010) |
| 01/12/2010 | 433 | ORDER of USCA (far, COURT STAFF) (Filed on 1/12/2010) (Entered: 01/12/2010) |
| 01/12/2010 | 434 | AMENDED OPINION of USCA (far, COURT STAFF) (Filed on 1/12/2010) (Entered: 01/12/2010) |
| 01/12/2010 | 435 | CERTIFICATE OF SERVICE by Miles McPherson re 407 MOTION to Quash *Subpoena and for Protective Order* (Chavez-Ochoa, Brian) (Filed on 1/12/2010) (Entered: 01/12/2010) |
| 01/12/2010 | 436 | CERTIFICATE OF SERVICE by James L Garlow re 404 MOTION to Quash *Subpoena and for Protective Order* (Chavez-Ochoa, Brian) (Filed on 1/12/2010) (Entered: 01/12/2010) |
| | | |

| 01/12/2010 | 🌐 437 | *** FILED IN ERROR. DOCUMENT LOCKED. REFER TO DOCUMENT 440 . *** Exhibit List *Second Supplemental* by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal.. (Attachments: # 1 Exhibit A)(Cooper, Charles) (Filed on 1/12/2010) Modified on 1/12/2010 (feriab, COURT STAFF). (Entered: 01/12/2010) |
|---|---|---|
| 01/12/2010 | 🌐 438 | ORDER by Judge Walker directing proponents to respond to Doc #414. (vrwlc1, COURT STAFF) (Filed on 1/12/2010) (Entered: 01/12/2010) |
| 01/12/2010 | 🌐 439 | Alameda County Bar Association comment re Civ LR 77-3. (vrwlc1, COURT STAFF) (Filed on 1/12/2010) (Entered: 01/12/2010) |
| 01/12/2010 | 🌐 440 | Exhibit List *Second Supplemental* by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal.. (Attachments: # 1 Exhibit A)(Cooper, Charles) (Filed on 1/12/2010) (Entered: 01/12/2010) |
| 01/12/2010 | 🌐 441 | Memorandum in Opposition re 369 MOTION to Withdraw filed byPaul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Boutrous, Theodore) (Filed on 1/12/2010) (Entered: 01/12/2010) |
| 01/12/2010 | 🌐 442 | Declaration of Rebecca Justice Lazarus in Support of 441 Memorandum in Opposition *to Motion to Withdraw* filed byPaul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O)(Related document(s) 441 ) (Boutrous, Theodore) (Filed on 1/12/2010) (Entered: 01/12/2010) |
| 01/12/2010 | 🌐 443 | Memorandum in Opposition re 404 MOTION to Quash *Subpoena and for Protective Order by Criswell (Doc 351), Garlow (Doc 404), McPherson (Doc 407)* filed byPaul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Boutrous, Theodore) (Filed on 1/12/2010) (Entered: 01/12/2010) |
| 01/12/2010 | 🌐 444 | Declaration of Kaiponanea T Matsumura in Support of 443 Memorandum in Opposition, *to Motions to Quash* filed byPaul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Related document(s) 443 ) (Boutrous, Theodore) (Filed on 1/12/2010) (Entered: 01/12/2010) |
| 01/12/2010 | 🌐 457 | Minute Entry: Bench Trial held on 1/12/2010 before Chief Judge Vaughn R Walker ; Further trial set for 1/13/2010 at 8:30 AM. (Court Reporter Kathy Sullivan and Debra Pas.) (cgk, COURT STAFF) (Date Filed: 1/12/2010) (Entered: 01/14/2010) |
| 01/12/2010 | 🌐 | (Court only) ***Attorneys James Bopp, Jr., Richard E. Coleson, and Kaylan L. Phillips added for Doug Swardstrom. (slh, COURT STAFF) (Filed on 1/12/2010) (Entered: 01/22/2010) |
| 01/13/2010 | 🌐 445 | MOTION to Seal *Portions of Declaration of Ronald Prentice* filed by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal. (Attachments: # 1 Exhibit Declaration, # 2 Proposed Order)(Cooper, Charles) (Filed on 1/13/2010) (Entered: 01/13/2010) |
| 01/13/2010 | 🌐 446 | OBJECTIONS to *Discovery Orders of Magistrate Judge Spero* by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal. (Cooper, Charles) (Filed on 1/13/2010) (Entered: 01/13/2010) |
| 01/13/2010 | 🌐 447 | Reply Memorandum re 414 MOTION to Seal Document *or for entry of document into public record* filed byMartin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal. (Attachments: # 1 Proposed Order)(Cooper, Charles) (Filed on 1/13/2010) (Entered: 01/13/2010) |
| 01/13/2010 | 🌐 448 | MOTION to Seal *Ronald Prentice Declaration of Jan. 13, 2010* filed by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal. (Attachments: # 1 Declaration, # 2 Proposed Order)(Cooper, Charles) (Filed on 1/13/2010) (Entered: 01/13/2010) |
| 01/13/2010 | 🌐 449 | *Joint Reply of Non-Parties James L. Garlow and Miles McPherson to Plaintiff's Opposition to their 407 MOTIONS to Quash Subpoenas and for Protective Order* filed by James L Garlow. (Chavez-Ochoa, Brian) (Filed on 1/13/2010) Modified on 1/14/2010 (slh, COURT STAFF). (Entered: 01/13/2010) |

| | | |
|---|---|---|
| 01/13/2010 | 🌐 450 | Reply to Opposition to *369 Motion to Withdraw* filed by Hak-Shing William Tam. (Attachments: # 1 Affidavit Declaration of Terry L. Thompson, # 2 Exhibit e-mails, # 3 Exhibit Agreement to Appear, # 4 Exhibit e-mails)(Thompson, Terry) (Filed on 1/13/2010) Modified on 1/14/2010 (slh, COURT STAFF). (Entered: 01/13/2010) |
| 01/13/2010 | 🌐 451 | Exhibit List *(Fourth Supplemental)* by City and County of San Francisco, Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo.. (Attachments: # 1 Exhibit A)(Olson, Theodore) (Filed on 1/13/2010) (Entered: 01/13/2010) |
| 01/13/2010 | 🌐 458 | Minute Entry: Bench Trial held on 1/13/2010 before Chief Judge Vaughn R Walker ; continued for further court trial on 1/14/2010 at 8:30 AM. (Court Reporter Kathy Sullivan and Debra Pas.) (cgk, COURT STAFF) (Date Filed: 1/13/2010) (Entered: 01/14/2010) |
| 01/14/2010 | 🌐 452 | Letter from Charles J. Cooper. (Attachments: # 1 Exhibit)(Cooper, Charles) (Filed on 1/14/2010) (Entered: 01/14/2010) |
| 01/14/2010 | 🌐 453 | Transcript of Proceedings held on January 12, 2010, before Judge Vaughn R. Walker. Court Reporter/Transcriber Katherine Powell Sullivan and Debra L. Pas, Official Reporters, Telephone number 415-794-6659. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 4/14/2010. (Sullivan, Katherine) (Filed on 1/14/2010) (Entered: 01/14/2010) |
| 01/14/2010 | 🌐 454 | Transcript of Proceedings held on January 13, 2010, before Judge Vaughn R. Walker. Court Reporter/Transcriber Katherine Powell Sullivan and Debra L. Pas, Official Reporters, Telephone number Y. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 4/14/2010. (Sullivan, Katherine) (Filed on 1/14/2010) (Entered: 01/14/2010) |
| 01/14/2010 | 🌐 455 | STIPULATION AND ORDER REGARDING ATTENDANCE OF TRIAL by Defendant Patrick O'Connell, Clerk-Recorder of the County of Alameda re doc 360 filed by Patrick O'Connell. The attendance at trial by counsel of record for Defendant O'Connell Clerk-Recorder of the County of Alameda will not be necessary but may attend the hearing for selected arguments. Defendant O'Connell will continue to be served in the normal practice throughout the proceedings. Defendant O'Connell will be bound by the final judgment of the Court in this matter. Signed by Judge Vaughn R Walker on 1/13/2010. (cgk, COURT STAFF) (Filed on 1/14/2010) (Entered: 01/14/2010) |
| 01/14/2010 | 🌐 456 | Response re 413 Order *ATTORNEY'S GENERAL'S MEMORANDUM IN RESPONSE TO COURT'S INQUIRY [DOC #413] INTO THE ATTORNEY GENERAL'S ROLE IN THE INITIATIVE PROCESS* byEdmund G. Brown, Jr. (Attachments: # 1 proof of service)(Pachter, Tamar) (Filed on 1/14/2010) (Entered: 01/14/2010) |
| 01/14/2010 | 🌐 459 | ORDER, by Judge Joseph C. Spero, signed 1/14/2010,granting 445 Dft-Intervenors' Motion to Seal Portions of the Declaration of Ronald Prentice. (klh, COURT STAFF) (Filed on 1/14/2010) (Entered: 01/14/2010) |
| 01/14/2010 | 🌐 460 | ORDER re 446 . Plaintiffs are directed to respond to proponents' objections in writing not later than 1/15 at 4 PM. (vrwlc1, COURT STAFF) (Filed on 1/14/2010) (Entered: 01/14/2010) |
| 01/14/2010 | 🌐 461 | MOTION to Exclude Kendall filed by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal. Motion Hearing set for 1/15/2010 08:30 AM in Courtroom 6, 17th Floor, San Francisco. (Attachments: # 1 Exhibit A -- Declaration, *** # 2 **Exhibit B FILED IN ERROR. DOCUMENT LOCKED. DOCUMENT TO BE REFILED LATER.** *** , # 3 Exhibit C, # 4 Proposed Order)(Cooper, Charles) (Filed on 1/14/2010) Modified on 1/15/2010 (ewn, COURT STAFF). (Entered: 01/14/2010) |
| 01/14/2010 | 🌐 462 | MOTION to Shorten Time filed by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal. Motion Hearing set for 1/15/2010 08:30 AM in Courtroom 6, 17th Floor, San Francisco. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Cooper, Charles) (Filed on 1/14/2010) (Entered: 01/14/2010) |

| 01/14/2010 | 🌐 489 | Minute Entry: Bench Trial held on 1/14/2010 before Chief Judge Vaughn R Walker; Further court trial 1/15/2010 at 8:30 AM. (Date Filed: 1/14/2010). (Court Reporter Kathy Sullivan and Debra Pas.) (cgk, COURT STAFF) (Date Filed: 1/14/2010) (Entered: 01/19/2010) |
|---|---|---|
| 01/15/2010 | 🌐 463 | Notice to parties. (vrwlc1, COURT STAFF) (Filed on 1/15/2010) (Entered: 01/15/2010) |
| 01/15/2010 | 🌐 464 | Transcript of Proceedings held on January 14, 2010, before Judge Vaughn R. Walker. Court Reporter/Transcriber Katherine Powell Sullivan and Debra L. Pas, Official Reporters, Telephone number 415-794-6659. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 4/15/2010. (Sullivan, Katherine) (Filed on 1/15/2010) (Entered: 01/15/2010) |
| 01/15/2010 | 🌐 465 | ORDER by Judge Vaughn R Walker granting doc 419 Motion Application for Admission of Attorney Kevin J. Hasson Pro Hac Vice representing Becket Fund for Religious Liberty. (cgk, COURT STAFF) (Filed on 1/15/2010) (Entered: 01/15/2010) |
| 01/15/2010 | 🌐 466 | ORDER by Judge Vaughn R Walker granting doc 420 Motion Application for Admission of Attorney Thomas Brejcha Pro Hac Vice representing Family Research Council. (cgk, COURT STAFF) (Filed on 1/15/2010) (Entered: 01/15/2010) |
| 01/15/2010 | 🌐 467 | ORDER by Judge Vaughn R Walker granting doc 421 Motion Application for Admission of Attorney Christopher M Gacek Pro Hac Vice representing Family Research Council. (cgk, COURT STAFF) (Filed on 1/15/2010) (Entered: 01/15/2010) |
| 01/15/2010 | 🌐 468 | ORDER by Judge Vaughn R Walker granting doc 422 Motion Application for Admission of Attorney Paul Benjamin Linton Pro Hac Vice representing Family Research Council. (cgk, COURT STAFF) (Filed on 1/15/2010) (Entered: 01/15/2010) |
| 01/15/2010 | 🌐 469 | ORDER by Judge Vaughn R Walker granting doc 424 Motion Application for Admission of Attorney Vincent P. McCarthy Pro Hac Vice representing non-party Dr Jim Garlow and Pastor Miles McPherson. (cgk, COURT STAFF) (Filed on 1/15/2010) (Entered: 01/15/2010) |
| 01/15/2010 | 🌐 470 | Memorandum in Opposition *Plaintiffs' Response to Proponents' Objections to Discovery Orders of Magistrate Judge Spero* filed byKristin M. Perry. (Dettmer, Ethan) (Filed on 1/15/2010) (Entered: 01/15/2010) |
| 01/15/2010 | 🌐 471 | Declaration of Rebecca Justice Lazarus in Support of 470 Memorandum in Opposition filed byKristin M. Perry. (Related document(s) 470 ) (Dettmer, Ethan) (Filed on 1/15/2010) (Entered: 01/15/2010) |
| 01/15/2010 | 🌐 472 | MOTION to Compel filed by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(Cooper, Charles) (Filed on 1/15/2010) (Entered: 01/15/2010) |
| 01/15/2010 | 🌐 473 | MOTION to Shorten Time *re Motion to Compel* filed by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal. (Attachments: # 1 Declaration)(Cooper, Charles) (Filed on 1/15/2010) (Entered: 01/15/2010) |
| 01/15/2010 | 🌐 490 | Minute Entry: Bench Trial held on 1/15/2010 before Chief Judge Vaughn R Walker. Further bench trial set for 1/19/2010 at 8:30 AM. (Date Filed: 1/15/2010). (Court Reporter Debra Pas and Kathy Sullivan.) (cgk, COURT STAFF) (Date Filed: 1/15/2010) . (Entered: 01/19/2010) |
| 01/15/2010 | 🌐 | Set/Reset Hearings: Further Bench Trial set for 1/19/2010 08:30 AM in Courtroom 6, 17th Floor, San Francisco. (cgk, COURT STAFF) (Filed on 1/15/2010) (Entered: 01/19/2010) |
| 01/15/2010 | 🌐 | (Court only) ***Attorney Vincent P. McCarthy for James L Garlow,Vincent P. McCarthy for Miles McPherson,Kevin James Hasson for The Becket Fund for Religious Liberty,Thomas Brejcha,Christopher M. Gacek,Paul Benjamin Linton for The Family Research Council added. (slh, COURT STAFF) (Filed on 1/15/2010) (Entered: 01/22/2010) |
| 01/18/2010 | 🌐 474 | MOTION to Amend/Correct *Order of January 8, 2010* filed by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal. (Attachments: # 1 Declaration of Ronald Prentice)(Cooper, Charles) (Filed on |

| | | 1/18/2010) (Entered: 01/18/2010) |
|---|---|---|
| 01/18/2010 | 475 | MOTION to Seal *Declaration of Ronald Prentice (Jan. 16, 2010)* filed by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal. (Attachments: # 1 Declaration, # 2 Proposed Order)(Cooper, Charles) (Filed on 1/18/2010) (Entered: 01/18/2010) |
| 01/18/2010 | 476 | MOTION to Shorten Time *to respond to Motion to Amend Order of Jan. 8, 2010* filed by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal. (Attachments: # 1 Declaration)(Cooper, Charles) (Filed on 1/18/2010) (Entered: 01/18/2010) |
| 01/19/2010 | 477 | Memorandum in Opposition re 474 MOTION to Amend/Correct *Order of January 8, 2010* filed byPaul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Boutrous, Theodore) (Filed on 1/19/2010) (Entered: 01/19/2010) |
| 01/19/2010 | 478 | Declaration of Rebecca Justice Lazarus in Support of 477 Memorandum in Opposition *to Proponents' Motion to Amend Discovery Order* filed byPaul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Related document(s) 477 ) (Boutrous, Theodore) (Filed on 1/19/2010) (Entered: 01/19/2010) |
| 01/19/2010 | 479 | MOTION for Discovery *(REDACTED Motion for Leave to Reopen the Deposition of Ronald Prentice in His Personal Capacity and as the Rule 30(b)(6) Representative for ProtectMarriage.com)* filed by Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. Motion Hearing set for 1/19/2010 09:00 AM in Courtroom 6, 17th Floor, San Francisco. (Dettmer, Ethan) (Filed on 1/19/2010) (Entered: 01/19/2010) |
| 01/19/2010 | 480 | Declaration of Rebecca Justice Lazarus in Support of 479 MOTION for Discovery *(REDACTED Motion for Leave to Reopen the Deposition of Ronald Prentice in His Personal Capacity and as the Rule 30(b)(6) Representative for ProtectMarriage.com)* MOTION for Discovery *(REDACTED Motion for Leave to Reopen the Deposition of Ronald Prentice in His Personal Capacity and as the Rule 30(b)(6) Representative for ProtectMarriage.com) (Public Version, Redacted Documents Not Included)* filed byPaul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Related document(s) 479 ) (Dettmer, Ethan) (Filed on 1/19/2010) (Entered: 01/19/2010) |
| 01/19/2010 | 481 | Proposed Order re 479 MOTION for Discovery *(REDACTED Motion for Leave to Reopen the Deposition of Ronald Prentice in His Personal Capacity and as the Rule 30(b)(6) Representative for ProtectMarriage.com)* MOTION for Discovery *(REDACTED Motion for Leave to Reopen the Deposition of Ronald Prentice in His Personal Capacity and as the Rule 30(b)(6) Representative for ProtectMarriage.com)* by Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Dettmer, Ethan) (Filed on 1/19/2010) (Entered: 01/19/2010) |
| 01/19/2010 | 482 | MOTION to Seal Document 480 Declaration in Support,, 479 MOTION for Discovery *(REDACTED Motion for Leave to Reopen the Deposition of Ronald Prentice in His Personal Capacity and as the Rule 30(b)(6) Representative for ProtectMarriage.com)* MOTION for Discovery *(REDACTED Motion for Leave to Reopen the Deposition of Ronald Prentice in His Personal Capacity and as the Rule 30(b)(6) Representative for ProtectMarriage.com)* filed by Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. Motion Hearing set for 1/19/2010 09:00 AM in Courtroom 6, 17th Floor, San Francisco. (Dettmer, Ethan) (Filed on 1/19/2010) (Entered: 01/19/2010) |
| 01/19/2010 | 483 | Declaration in Support of 482 MOTION to Seal Document 480 Declaration in Support,, 479 MOTION for Discovery *(REDACTED Motion for Leave to Reopen the Deposition of Ronald Prentice in His Personal Capacity and as the Rule 30(b)(6) Representative for ProtectMarriage.com)* MOTION to Seal Document 480 Declaration in Support,, 479 MOTION for Discovery *(REDACTED Motion for Leave to Reopen the Deposition of Ronald Prentice in His Personal Capacity and as the Rule 30(b)(6) Representative for ProtectMarriage.com)* MOTION to Seal Document 480 Declaration in Support,, 479 MOTION for Discovery *(REDACTED Motion for Leave to Reopen the Deposition of Ronald Prentice in His Personal Capacity and as the Rule 30(b)(6) Representative for ProtectMarriage.com)* filed byPaul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Related document(s) 482 ) (Dettmer, Ethan) (Filed on 1/19/2010) (Entered: 01/19/2010) |
| 01/19/2010 | 484 | Proposed Order re 482 MOTION to Seal Document 480 Declaration in Support,, 479 MOTION for Discovery *(REDACTED Motion for Leave to Reopen the Deposition of Ronald Prentice in His Personal Capacity and as the Rule 30(b)(6) Representative for ProtectMarriage.com)* MOTION to Seal Document 480 Declaration in Support,, 479 MOTION for Discovery *(REDACTED Motion for Leave to Reopen the Deposition of Ronald Prentice in His Personal Capacity and as the Rule* |

| | | |
|---|---|---|
| | | *30(b)(6) Representative for ProtectMarriage.com)* MOTION to Seal Document 480 Declaration in Support,, 479 MOTION for Discovery *(REDACTED Motion for Leave to Reopen the Deposition of Ronald Prentice in His Personal Capacity and as the Rule 30(b)(6) Representative for ProtectMarriage.com)* by Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Dettmer, Ethan) (Filed on 1/19/2010) (Entered: 01/19/2010) |
| 01/19/2010 | 🌐 485 | MOTION to Shorten Time filed by Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. Motion Hearing set for 1/19/2010 09:00 AM in Courtroom 6, 17th Floor, San Francisco. (Dettmer, Ethan) (Filed on 1/19/2010) (Entered: 01/19/2010) |
| 01/19/2010 | 🌐 486 | Declaration of Rebecca Justice Lazarus in Support of 485 MOTION to Shorten Time filed byPaul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Related document(s) 485 ) (Dettmer, Ethan) (Filed on 1/19/2010) (Entered: 01/19/2010) |
| 01/19/2010 | 🌐 487 | Proposed Order re 485 MOTION to Shorten Time by Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Dettmer, Ethan) (Filed on 1/19/2010) (Entered: 01/19/2010) |
| 01/19/2010 | 🌐 488 | Memorandum in Opposition *of No on Proposition 8, Campaign for Marriage Equality: A Project of the American Civil Liberties Union of Northern California to Defendant-Intervenors' Motion to Shorten Time for Motion to Compel Compliance with Nonparty Document Subpoenas* filed byACLU Foundation of Northern California. (Bomse, Stephen) (Filed on 1/19/2010) (Entered: 01/19/2010) |
| 01/19/2010 | 🌐 491 | Memorandum in Opposition re 473 MOTION to Shorten Time *re Motion to Compel* filed byEquality California. (Attachments: # 1 Affidavit Of Leslie Kramer ISO Third Party Equality California's Opposition to Defendant-Intervenors' Motin to Shorten Time, # 2 Exhibit A to Kramer Declaration, # 3 Exhibit B to Kramer Declaration, # 4 Exhibit C to Kramer Declaration, # 5 Exhibit D to Kramer Declaration, # 6 Exhibit E to Kramer Declaration, # 7 Exhibit F to Kramer Declaration)(Kramer, Leslie) (Filed on 1/19/2010) (Entered: 01/19/2010) |
| 01/19/2010 | 🌐 498 | Minute Entry: Further Bench Trial held on 1/19/2010 before Chief Judge Vaughn R Walker; further bench trial set for 1/20/2010 at 8:30 AM. (Date Filed: 1/19/2010). (Court Reporter Kathy Sullivan and Debra Pas.) (cgk, COURT STAFF) (Date Filed: 1/19/2010) (Entered: 01/20/2010) |
| 01/20/2010 | 🌐 492 | Exhibit List *(Fifth Supplemental)* by City and County of San Francisco, Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo.. (Attachments: # 1 Exhibit A)(Olson, Theodore) (Filed on 1/20/2010) (Entered: 01/20/2010) |
| 01/20/2010 | 🌐 493 | Memorandum in Opposition *to Plaintiffs' Motion for Leave to Reopen the Deposition of Ronald Prentice* filed byMartin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal. (Cooper, Charles) (Filed on 1/20/2010) (Entered: 01/20/2010) |
| 01/20/2010 | 🌐 494 | Declaration of Nicole J. Moss *in Support of Opposition to Plaintiffs' Motion for Leave to Reopen the Deposition of Ronald Prentice* filed byMartin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal. (Cooper, Charles) (Filed on 1/20/2010) (Entered: 01/20/2010) |
| 01/20/2010 | 🌐 495 | Declaration *of Ronald Prentice in Support of Opposition to Plaintiffs' Motion for Leave to Reopen the Deposition of Ronald Prentice* filed byMartin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal. (Cooper, Charles) (Filed on 1/20/2010) (Entered: 01/20/2010) |
| 01/20/2010 | 🌐 496 | ORDER re 446 Objection filed by Dennis Hollingsworth, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Mark A. Jansson, Martin F. Gutierrez, Gail J. Knight (vrwlc1, COURT STAFF) (Filed on 1/20/2010) (Entered: 01/20/2010) |
| 01/20/2010 | 🌐 | (Court only) ***Motions terminated: Motion to Amend/Correct Protective Order filed by CCSF. Motion granted. Amended Protective Order filed on 1/22/10. (klh, COURT STAFF) (Filed on 1/20/2010) (Entered: 01/20/2010) |
| 01/20/2010 | 🌐 497 | Minute Entry: Motion Hearing held on 1/20/2010 before Joseph C. Spero re 474 MOTION to Amend/Correct *Order of January 8, 2010* filed by Dennis Hollingsworth, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Mark A. Jansson, Martin F. Gutierrez, Gail J. Knight. Motion granted in part, denied in part. Court to prepare Order.NOTE: Court construed Motion to Amend as a Motion for Reconsideration. (Court Reporter Jim Yeomans.) (klh, COURT STAFF) (Date Filed: 1/20/2010) (Entered: 01/20/2010) |

| 01/20/2010 | 499 | ORDER, by Judge Joseph C. Spero, signed 1/20/2010, granting in part and denying in part 474 Motion to Amend/Correct January 8, 2010 Discovery Order. (klh, COURT STAFF) (Filed on 1/20/2010) (Entered: 01/20/2010) |
|---|---|---|
| 01/20/2010 | 500 | AMENDED Minute Entry: Motion Hearing held on 1/20/2009 before Joseph C. Spero re: Dft-Intervenor's Motion to Amend/Correct January 8, 2010 Order [Docket No. 474]**Amended to correct clerical typing error from Plaintiff to Dft-Intervenor(Court Reporter Jim Yeomans.) (klh, COURT STAFF) (Date Filed: 1/20/2010) (Entered: 01/20/2010) |
| 01/20/2010 | 501 | Minute Entry: Motion Hearing held on 1/20/2010 before Joseph C. Spero re 404 MOTION to Quash *Subpoena and for Protective Order* filed by James L Garlow, and 407 MOTION to Quash *Subpoena and for Protective Order* filed by Miles McPherson. Motions DENIED. Court to prepare Order. (Court Reporter Jim Yeomans.) (klh, COURT STAFF) (Date Filed: 1/20/2010) (Entered: 01/20/2010) |
| 01/20/2010 | 502 | ORDER, by Judge Joseph C. Spero, signed 1/20/10, denying without prejudice 404 James Garlow's Motion to Quash; denying without prejudice 407 Miles McPherson's Motion to Quash (klh, COURT STAFF) (Filed on 1/20/2010) (Entered: 01/20/2010) |
| 01/20/2010 | 503 | Exhibit List *Third Supplemental* by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal.. (Attachments: # 1 Exhibit A)(Cooper, Charles) (Filed on 1/20/2010) (Entered: 01/20/2010) |
| 01/20/2010 | 509 | Minute Entry: Bench Trial held on 1/20/2010 before Chief Judge Vaughn R Walker. Further bench trial set for 1/21/2010 at 8:30 AM. (Date Filed: 1/20/2010). (Court Reporter Kathy Sullivan and Debra Pas.) (cgk, COURT STAFF) (Date Filed: 1/20/2010) (Entered: 01/20/2010) |
| 01/21/2010 | 504 | Statement *Second Supplemental Designation of Discovery Excerpts* by City and County of San Francisco, Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Olson, Theodore) (Filed on 1/21/2010) (Entered: 01/21/2010) |
| 01/21/2010 | 505 | Transcript of Proceedings held on January 15, 2010, before Judge Vaughn R. Walker. Court Reporter/Transcriber Katherine Powell Sullivan and Debra L. Pas, Official Reporters, Telephone number 415-794-6659/Katherine_Sullivan@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 4/21/2010. (Sullivan, Katherine) (Filed on 1/21/2010) (Entered: 01/21/2010) |
| 01/21/2010 | 506 | Transcript of Proceedings held on January 19, 2010, before Judge Vaughn R. Walker. Court Reporter/Transcriber Katherine Powell Sullivan and Debra L. Pas, Official Reporters, Telephone number 415-794-6659/Katherine_Sullivan@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 4/21/2010. (Sullivan, Katherine) (Filed on 1/21/2010) (Entered: 01/21/2010) |
| 01/21/2010 | 507 | Transcript of Proceedings held on January 20, 2010, before Judge Vaughn R. Walker. Court Reporter/Transcriber Katherine Powell Sullivan and Debra L. Pas, Official Reporters, Telephone number 415-794-6659/Katherine_Sullivan@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 4/21/2010. (Sullivan, Katherine) (Filed on 1/21/2010) (Entered: 01/21/2010) |
| 01/21/2010 | 508 | ORDER, by Judge Joseph C. Spero, signed on 1/21/10, granting 475 Dft-Intervenor's Motion to Seal Portions of the Declaration of Ronald Prentice, dated Jan. 16, 2010. (klh, COURT STAFF) (Filed on 1/21/2010) (Entered: 01/21/2010) |
| 01/21/2010 | 510 | Minute Entry: Bench Trial held on 1/21/2010 before Chief Judge Vaughn R Walker. Further bench trial set for 1/22/2010 at 8:30 AM. (Date Filed: 1/21/2010). (Court Reporter Kathy Sullivan and Debra Pas.) (cgk, COURT STAFF) (Date Filed: 1/21/2010) (Entered: 01/21/2010) |

| 01/22/2010 | 511 | ORDER of USCA (far, COURT STAFF) (Filed on 1/22/2010) (Entered: 01/22/2010) |
|---|---|---|
| 01/22/2010 | 512 | ORDER of USCA (far, COURT STAFF) (Filed on 1/22/2010) (Entered: 01/22/2010) |
| 01/22/2010 | 513 | MANDATE of USCA as to 253 Notice of Appeal, filed by Dennis Hollingsworth, 222 Notice of Appeal, filed by Hak-Shing William Tam, Dennis Hollingsworth, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Mark A. Jansson, Martin F. Gutierrez, Gail J. Knight (far, COURT STAFF) (Filed on 1/22/2010) (Entered: 01/22/2010) |
| 01/22/2010 | 514 | MANDATE of USCA as to 253 Notice of Appeal, filed by Dennis Hollingsworth, 222 Notice of Appeal, filed by Hak-Shing William Tam, Dennis Hollingsworth, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Mark A. Jansson, Martin F. Gutierrez, Gail J. Knight (far, COURT STAFF) (Filed on 1/22/2010) (Entered: 01/22/2010) |
| 01/22/2010 | 515 | CLERKS Letter Spreading Mandate to Counsel (far, COURT STAFF) (Filed on 1/22/2010) (Entered: 01/22/2010) |
| 01/22/2010 | 523 | Minute Entry: Bench Trial held on 1/22/2010 before Chief Judge Vaughn R Walker. Further bench trial set for Monday, 1/25/2010 at 8:30 AM. (Date Filed: 1/22/2010). (Court Reporter Katherine Sullivan and Debra Pas.) (cgk, COURT STAFF) (Date Filed: 1/22/2010) (Entered: 01/25/2010) |
| 01/22/2010 | 568 | MOTION for Leave to File as Amicus Curi filed by Michael Wolf. (far, COURT STAFF) (Filed on 1/22/2010) (Entered: 02/04/2010) |
| 01/22/2010 | 569 | BRIEF filed byMichael Wolf. (far, COURT STAFF) (Filed on 1/22/2010) (Entered: 02/04/2010) |
| 01/24/2010 | 516 | MOTION to Exclude Testimony of Frank Schubert filed by Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. Motion Hearing set for 1/25/2010 08:30 AM in Courtroom 6, 17th Floor, San Francisco. (Olson, Theodore) (Filed on 1/24/2010) (Entered: 01/24/2010) |
| 01/24/2010 | 517 | Declaration of Amir C. Tayrani in Support of 516 MOTION to Exclude Testimony of Frank Schubert filed byPaul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Related document(s) 516 ) (Olson, Theodore) (Filed on 1/24/2010) (Entered: 01/24/2010) |
| 01/24/2010 | 518 | Proposed Order re 516 MOTION to Exclude Testimony of Frank Schubert by Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Olson, Theodore) (Filed on 1/24/2010) (Entered: 01/24/2010) |
| 01/24/2010 | 519 | MOTION to Shorten Time re Motion to Exclude Testimony of Frank Schubert filed by Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. Motion Hearing set for 1/25/2010 08:30 AM in Courtroom 6, 17th Floor, San Francisco. (Attachments: # 1 Affidavit of Amir C. Tayrani, # 2 Proposed Order)(Olson, Theodore) (Filed on 1/24/2010) (Entered: 01/24/2010) |
| 01/24/2010 | 520 | MOTION to Seal filed by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, Proposition 8 Official Proponents. (Attachments: # 1 Proposed Order)(Cooper, Charles) (Filed on 1/24/2010) (Entered: 01/24/2010) |
| 01/24/2010 | 521 | Declaration of Nicole J. Moss in Support of 520 MOTION to Seal filed byMartin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal. (Related document(s) 520 ) (Cooper, Charles) (Filed on 1/24/2010) (Entered: 01/24/2010) |
| 01/24/2010 | 522 | NOTICE by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal (Attachments: # 1 Exhibit A) (Cooper, Charles) (Filed on 1/24/2010) (Entered: 01/24/2010) |
| 01/25/2010 | 527 | Minute Entry: Bench Trial held on 1/25/2010 before Chief Judge Vaughn R Walker. Further bench trial scheduled for 1/26/2010 at 8:30AM. (Court Reporter Katherine Sullivan and Debra Pas.) (cgk, COURT STAFF) (Date Filed: 1/25/2010) (Entered: 01/27/2010) |
| 01/25/2010 | 532 | AMENDED Minute Entry: Bench Trial held on 1/25/2010 before Chief Judge Vaughn R Walker (Date Filed: 1/25/2010). (Court Reporter Katherine Sullivan and Debra Pas.) (cgk, COURT STAFF) (Date Filed: 1/25/2010) (Entered: 01/29/2010) |
| 01/26/2010 | 524 | Transcript of Proceedings held on January 21, 2010, before Judge Vaughn R. Walker. Court Reporter/Transcriber Katherine Powell Sullivan and Debra L. Pas, Official Reporters, Telephone |

| | | number 415-794-6659/Katherine_Sullivan@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 4/26/2010. (Sullivan, Katherine) (Filed on 1/26/2010) (Entered: 01/26/2010) |
|---|---|---|
| 01/26/2010 | 🌐 525 | Transcript of Proceedings held on January 22, 2010, before Judge Vaughn R. Walker. Court Reporter/Transcriber Katherine Powell Sullivan and Debra L. Pas, Official Reporters, Telephone number 415-794-6659/Katherine_Sullivan@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 4/26/2010. (Sullivan, Katherine) (Filed on 1/26/2010) (Entered: 01/26/2010) |
| 01/26/2010 | 🌐 526 | ORDER to non-parties CAEBR, Equality California and the ACLU to respond to Doc #472 not later than 2/2/10. Plaintiffs may also file a response. Proponents' reply, if any, shall be filed not later than 2/5/10. (vrwlc1, COURT STAFF) (Filed on 1/26/2010) (Entered: 01/26/2010) |
| 01/26/2010 | 🌐 533 | Minute Entry: Bench Trial held on 1/26/2010 before Chief Judge Vaughn R Walker. Further bench trial set for 1/27/2010 at 8:30 AM. (Date Filed: 1/26/2010). (Court Reporter Kathy Sullivan and Debra Pas.) (cgk, COURT STAFF) (Date Filed: 1/26/2010) (Entered: 01/29/2010) |
| 01/27/2010 | 🌐 534 | Minute Entry: Bench Trial completed on 1/27/2010 before Chief Judge Vaughn R Walker. Defense Rest. Post trial filings: Finding of Facts and Conclusions to be filed no later than 2/26/2010. Deadline to file amicus briefs: 2/3/2010. The court will set date for closing arguments. (Court Reporter Debra Pas, Katherine Sullivan.) (cgk, COURT STAFF) (Date Filed: 1/27/2010) (Entered: 01/29/2010) |
| 01/27/2010 | 🌐 536 | Trial Log. (cgk, COURT STAFF) (Filed on 1/27/2010) (Entered: 01/29/2010) |
| 01/28/2010 | 🌐 528 | Transcript of Proceedings held on January 11, 2010, before Judge Vaughn R. Walker. Court Reporter/Transcriber Katherine Powell Sullivan and Debra L. Pas, Official Reporters, Telephone number 415-794-6659/Katherine_Sullivan@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 4/28/2010. (Sullivan, Katherine) (Filed on 1/28/2010) (Entered: 01/28/2010) |
| 01/28/2010 | 🌐 529 | Transcript of Proceedings held on January 25, 2010, before Judge Vaughn R. Walker. Court Reporter/Transcriber Katherine Powell Sullivan and Debra L. Pas, Official Reporters, Telephone number 415-794-6659/Katherine_Sullivan@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 4/28/2010. (Sullivan, Katherine) (Filed on 1/28/2010) (Entered: 01/28/2010) |
| 01/28/2010 | 🌐 530 | Transcript of Proceedings held on January 26, 2010, before Judge Vaughn R. Walker. Court Reporter/Transcriber Katherine Powell Sullivan and Debra L. Pas, Official Reporters, Telephone number 415-794-6659/Katherine_Sullivan@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 4/28/2010. (Sullivan, Katherine) (Filed on 1/28/2010) (Entered: 01/28/2010) |
| 01/28/2010 | 🌐 531 | Transcript of Proceedings held on January 27, 2010, before Judge Vaughn R. Walker. Court Reporter/Transcriber Katherine Powell Sullivan and Debra L. Pas, Official Reporters, Telephone number 415-794-6659/Katherine_Sullivan@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal |

| | | |
|---|---|---|
| | | or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 4/28/2010. (Sullivan, Katherine) (Filed on 1/28/2010) (Entered: 01/28/2010) |
| 01/28/2010 | 🌐 | (Court only) ***Motions terminated: (vrwlc1, COURT STAFF) (Filed on 1/28/2010) (Entered: 01/28/2010) |
| 01/29/2010 | 🌐 535 | OBJECTIONS to *Plaintiffs' Objections to Proponents' Deposition Counterdesignations of Daniel Robinson and Request for Additional Designations* by Kristin M. Perry. (Dettmer, Ethan) (Filed on 1/29/2010) (Entered: 01/29/2010) |
| 01/29/2010 | 🖼🌐 537 | MOTION to File Amicus Curiae Brief filed by Bay Area Lawyers for Individual Freedom. (Attachments: # 1 Amicus Brief of Bay Area Lawyers for Individual Freedom; AIDS Legal Referral Panel; API Equality - Northern California; Asian American Bar Association of the Greater Bay Area; Asian Law Caucus; Bar Association of San Francisco; California Womens Law Center; Chinese for Affirmative Action; East Bay La Raza Lawyers Association; Equal Justice Society; Family Equality Council; Filipino Bar Association of Northern California; Freedom to Marry; Law Foundation of Silicon Valley; Lawyers Committee for Civil Rights of the San Francisco Bay Area; Legal Aid Society-Employment Law Center; Lesbian and Gay Lawyers Association of Los Angeles; Marriage Equality USA; National LGBT Bar Association; Parents, Families and Friends of Lesbians and Gays (PFLAG) National; People for the American Way Foundation; Pride at Work; Sacramento Lawyers for the Equality of Gays and Lesbians; San Francisco Chamber of Commerce; San Francisco La Raza Lawyers Association; San Francisco Trial Lawyers Association; Santa Clara County Bar Association; Transgender Law Center; and the Vietnamese American Bar Association of Northern California, # 2 [Proposed] Order Granting Motion for Leave to File Amicus Brief by BALIF et al.)(Conrad, Mark) (Filed on 1/29/2010) (Entered: 01/29/2010) |
| 02/01/2010 | 🌐 583 | EXHIBIT AMENDING re 569 Brief filed byMichael Wolf. (Related document(s) 569 ) (far, COURT STAFF) (Filed on 2/1/2010) (Entered: 02/05/2010) |
| 02/02/2010 | 🌐 538 | RESPONSE to re 535 Objection by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal. (Cooper, Charles) (Filed on 2/2/2010) (Entered: 02/02/2010) |
| 02/02/2010 | 🖼🌐 539 | First MOTION to File Amicus Curiae Brief *09-cv-2292 VRW* filed by Michael James McDermott. Motion Hearing set for 2/2/2010 2:57 PM in Courtroom 1, 17th Floor, San Francisco. (McDermott, Michael) (Filed on 2/2/2010) (Entered: 02/02/2010) |
| 02/02/2010 | 🌐 540 | NOTICE of Appearance by Jerome Cary Roth (Roth, Jerome) (Filed on 2/2/2010) (Entered: 02/02/2010) |
| 02/02/2010 | 🌐 | ***Deadlines terminated re doc 539. (cgk, COURT STAFF) (Filed on 2/2/2010) (Entered: 02/02/2010) |
| 02/02/2010 | 🌐 541 | Memorandum in Opposition re 472 MOTION to Compel filed byCalifornians Against Eliminating Basic Rights. (Harrison, James) (Filed on 2/2/2010) (Entered: 02/02/2010) |
| 02/02/2010 | 🌐 542 | Declaration of Kari Krogseng in Support of 541 Memorandum in Opposition *to Motion to Compel* filed byCalifornians Against Eliminating Basic Rights. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Related document(s) 541 ) (Harrison, James) (Filed on 2/2/2010) (Entered: 02/02/2010) |
| 02/02/2010 | 🌐 543 | Memorandum in Opposition re 472 MOTION to Compel *Opposition of No on Proposition 8 a Project of the ACLU of Northern California to Defendant Intervenors Motion to Compel Compliance with Nonparty Document Subpoenas* filed byACLU Foundation of Northern California. (Bomse, Stephen) (Filed on 2/2/2010) (Entered: 02/02/2010) |
| 02/02/2010 | 🌐 544 | Declaration of Elizabeth Gill *in Support of Opposition of No on Proposition 8 a Project of the ACLU of Northern California to Defendant Intervenors Motion to Compel Compliance with Nonparty Document Subpoenas* filed byACLU Foundation of Northern California. (Bomse, Stephen) (Filed on 2/2/2010) (Entered: 02/02/2010) |
| 02/02/2010 | 🌐 545 | Statement re 472 MOTION to Compel by Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Boutrous, Theodore) (Filed on 2/2/2010) (Entered: 02/02/2010) |
| | | |

| 02/02/2010 | 546 | Memorandum in Opposition re 472 MOTION to Compel *Compliance With Non-Party Document Subpoenas* filed byEquality California. (Whittemore, Lauren) (Filed on 2/2/2010) (Entered: 02/02/2010) |
|---|---|---|
| 02/02/2010 | 547 | Declaration of JAMES CARROLL in Support of 546 Memorandum in Opposition *to Defendant-Intervenors' Motion to Compel Compliance With Non-Party Document Subpoenas* filed byEquality California. (Related document(s) 546 ) (Whittemore, Lauren) (Filed on 2/2/2010) (Entered: 02/02/2010) |
| 02/02/2010 | 570 | APPLICATION to File an Amicus Curiae Brief in Support of Plaintiffs and Statement of Interest of Amici Curiae filed by California Professors of Family Law. (far, COURT STAFF) (Filed on 2/2/2010) (Entered: 02/04/2010) |
| 02/02/2010 | 574 | BRIEF AMICUS CURIAE filed byCalifornia Professors of Family Law. (far, COURT STAFF) (Filed on 2/2/2010) (Entered: 02/05/2010) |
| 02/02/2010 | 575 | CERTIFICATE OF SERVICE by California Professors of Family Law re 570 MOTION for Leave to File, 574 Brief (far, COURT STAFF) (Filed on 2/2/2010) (Entered: 02/05/2010) |
| 02/03/2010 | 548 | **\*\*\* FILED IN ERROR. REFER TO DOCUMENT 554 . \*\*\***<br>MOTION for Leave to File *Brief of the Progressive Project and COLAGE as [proposed] amici curiae* filed by The Progressive Project. (Mitchel, Steven) (Filed on 2/3/2010) Modified on 2/3/2010 (feriab, COURT STAFF). (Entered: 02/03/2010) |
| 02/03/2010 | 549 | Letter from Stephen V. Bomse *re motion by Defendants-Intervenors to compel compliance with document subpoena.* (Bomse, Stephen) (Filed on 2/3/2010) (Entered: 02/03/2010) |
| 02/03/2010 | 550 | MOTION to File Amicus Curiae Brief *in Support of Plaintiffs* filed by American Anthropological Association, American Psychoanalytic Association, The National Association of Social Workers, National Association of Social Workers, California, American Academy of Pediatrics, California. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Freed, John) (Filed on 2/3/2010) (Entered: 02/03/2010) |
| 02/03/2010 | 551 | MOTION to File Amicus Curiae Brief *of American Civil Liberties Union, Lambda Legal Defense and Education Fund, Inc., and National Center for Lesbian Rights* filed by ACLU Foundation of Northern California. (Gill, Elizabeth) (Filed on 2/3/2010) (Entered: 02/03/2010) |
| 02/03/2010 | 552 | Brief re 551 MOTION to File Amicus Curiae Brief *of American Civil Liberties Union, Lambda Legal Defense and Education Fund, Inc., and National Center for Lesbian Rights* filed byACLU Foundation of Northern California. (Related document(s) 551 ) (Gill, Elizabeth) (Filed on 2/3/2010) (Entered: 02/03/2010) |
| 02/03/2010 | 553 | **\*\*\* FILED IN ERROR. REFER TO DOCUMENT 554 . \*\*\***<br>MOTION for Leave to File *Brief of the Progressive Project and COLAGE as [proposed] amici curiae* filed by The Progressive Project. (Mitchel, Steven) (Filed on 2/3/2010) Modified on 2/3/2010 (feriab, COURT STAFF). (Entered: 02/03/2010) |
| 02/03/2010 | 554 | MOTION for Leave to File *Brief of the Progressive Project and COLAGE as [proposed] amici curiae CORRECTION OF DOCKET #[548 and 553]* filed by The Progressive Project. (Mitchel, Steven) (Filed on 2/3/2010) (Entered: 02/03/2010) |
| 02/03/2010 | 555 | MOTION for Leave to File *a Brief as Amicus Curiae on Behalf of Plaintiffs* filed by Donald B. King. (Richmond, Diana) (Filed on 2/3/2010) (Entered: 02/03/2010) |
| 02/03/2010 | 556 | Brief *of Amicus Curiae Justice Donald B. King, Retired, in Support of Plaintiffs* filed byDonald B. King. (Richmond, Diana) (Filed on 2/3/2010) (Entered: 02/03/2010) |
| 02/03/2010 | 557 | Proposed Order re 555 MOTION for Leave to File *a Brief as Amicus Curiae on Behalf of Plaintiffs* by Donald B. King. (Richmond, Diana) (Filed on 2/3/2010) (Entered: 02/03/2010) |
| 02/03/2010 | 558 | MOTION to File Amicus Curiae Brief *in Support of Plaintiffs* filed by Unitarian Universalist Legislative Ministry California, et al.. (Isaacson, Eric) (Filed on 2/3/2010) (Entered: 02/03/2010) |
| 02/03/2010 | 559 | Brief *of Amici Curiae Unitarian Universalist Legislative Ministry California; Unitarian Universalist Legislative Ministry Action Network, CA; Unitarian Universalist Association: California Faith for Equality; California Council of Churches; California Council of Churches Church IMPACT; Northern California Nevada Conference of the United Church of Christ; Southern California Nevada Conference of the United Church of Christ; General Synod of the United Church of Christ; Universal Fellowship of Metropolitan Community Churches; Pacific* |

| | | |
|---|---|---|
| | | *Association of Reform Rabbis; and Progressive Jewish Alliance* filed byUnitarian Universalist Legislative Ministry California, et al.. (Isaacson, Eric) (Filed on 2/3/2010) (Entered: 02/03/2010) |
| 02/03/2010 | 🌐 560 | Proposed Order *for Leave to File Amicus Curiae Brief of*Unitarian Universalist Legislative Ministry California; Unitarian Universalist Legislative Ministry Action Network, CA; Unitarian Universalist Association: California Faith for Equality; California Council of Churches; California Council of Churches Church IMPACT; Northern California Nevada Conference of the United Church of Christ; Southern California Nevada Conference of the United Church of Christ; General Synod of the United Church of Christ; Universal Fellowship of Metropolitan Community Churches; Pacific Association of Reform Rabbis; and Progressive Jewish Alliance* by Unitarian Universalist Legislative Ministry California, et al.. (Isaacson, Eric) (Filed on 2/3/2010) (Entered: 02/03/2010) |
| 02/03/2010 | 📧🌐 561 | MOTION to File Amicus Curiae Brief filed by American Association for Marriage & Family Therapy, California Division. (Kay, Kelly) (Filed on 2/3/2010) (Entered: 02/03/2010) |
| 02/03/2010 | 📧🌐 562 | MOTION for Leave to File *Amicus Curiae Brief* filed by National Gay and Lesbian Task Force Foundation. (Popik, Susan) (Filed on 2/3/2010) (Entered: 02/03/2010) |
| 02/03/2010 | 🌐 563 | Brief *of Amicus Curiae* filed byNational Gay and Lesbian Task Force Foundation. (Popik, Susan) (Filed on 2/3/2010) (Entered: 02/03/2010) |
| 02/03/2010 | 🌐 564 | Proposed Order re 562 MOTION for Leave to File *Amicus Curiae Brief* by National Gay and Lesbian Task Force Foundation. (Popik, Susan) (Filed on 2/3/2010) (Entered: 02/03/2010) |
| 02/03/2010 | 🌐 565 | Proposed Order re 554 MOTION for Leave to File *Brief of the Progressive Project and COLAGE as [proposed] amici curiae CORRECTION OF DOCKET #[548 and 553]* by The Progressive Project. (Mitchel, Steven) (Filed on 2/3/2010) (Entered: 02/03/2010) |
| 02/03/2010 | 📧🌐 566 | Amended MOTION to File Amicus Curiae Brief *AMENDED MOTION FOR LEAVE TO FILE AN AMICI CURIAE BRIEF BY THE ASIAN LAW CAUCUS, ASIAN AMERICAN JUSTICE CENTER, ASIAN PACIFIC AMERICAN BAR ASSOCIATION OF LOS ANGELES COUNTY, ASIAN PACIFIC AMERICAN LEGAL CENTER, ASIAN PACIFIC BAR ASSOCIATION OF SILICON VALLEY, ASIAN PACIFIC ISLANDER LEGAL OUTREACH, BIENESTAR HUMAN SERVICES, CALIFORNIA STATE CONFERENCE OF THE NAACP, COALITION FOR HUMANE IMMIGRANT RIGHTS, JAPANESE AMERICAN BAR ASSOCIATION, LA RAZA CENTRO LEGAL, MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND, NATIONAL BLACK JUSTICE COALITION, SOUTH ASIAN BAR ASSOCIATION OF NORTHERN CALIFORNIA AND ZUNA INSTITUTE; AND [PROPOSED] ORDER* filed by Asian Law Caucus, ASIAN AMERICAN JUSTICE CENTER, ASIAN PACIFIC AMERICAN BAR ASSOCIATION OF LOS ANGELES COUNTY, ASIAN PACIFIC AMERICAN LEGAL CENTER, ASIAN PACIFIC BAR ASSOCIATION OF SILICON VALLEY, Asian Pacific Islander Legal Outreach, Bienestar Human Services, California State Conference of the NAACP, Coalition for Humane Immigrant Rights, Japanese American Bar Association, La Raza Centro Legal, Mexican American Legal Defense And Education Fund, National Black Justice Coalition, South Asian Bar Association of Northern California, Zuna Institute. (Obstler, Peter) (Filed on 2/3/2010) (Entered: 02/03/2010) |
| 02/03/2010 | 🌐 567 | Brief re 566 Amended MOTION to File Amicus Curiae Brief *AMENDED MOTION FOR LEAVE TO FILE AN AMICI CURIAE BRIEF BY THE ASIAN LAW CAUCUS, ASIAN AMERICAN JUSTICE CENTER, ASIAN PACIFIC AMERICAN BAR ASSOCIATION OF LOS ANGELES COUNTY, ASIAN PACIFIC AMERICAN LEGAL CENTE filed by*ASIAN AMERICAN JUSTICE CENTER, ASIAN PACIFIC AMERICAN BAR ASSOCIATION OF LOS ANGELES COUNTY, ASIAN PACIFIC AMERICAN LEGAL CENTER, ASIAN PACIFIC BAR ASSOCIATION OF SILICON VALLEY, Asian Law Caucus, Asian Pacific Islander Legal Outreach, Bienestar Human Services, California State Conference of the NAACP, Coalition for Humane Immigrant Rights, Japanese American Bar Association, La Raza Centro Legal, Mexican American Legal Defense And Education Fund, National Black Justice Coalition, South Asian Bar Association of Northern California, Zuna Institute. (Attachments: # 1 Supplement Addendum A)(Related document(s) 566 ) (Obstler, Peter) (Filed on 2/3/2010) (Entered: 02/03/2010)* |
| 02/03/2010 | 📧🌐 576 | MOTION for Leave to File an Amici Curiae Brief filed by Asian Law Caucus. (far, COURT STAFF) (Filed on 2/3/2010) (Entered: 02/05/2010) |
| 02/03/2010 | 🌐 582 | Brief filed byAsian Law Caucus. (far, COURT STAFF) (Filed on 2/3/2010) (Entered: 02/05/2010) |
| 02/04/2010 | 🌐 571 | CERTIFICATE OF SERVICE by Donald B. King re 557 Proposed Order, 556 Brief, 555 MOTION for Leave to File *a Brief as Amicus Curiae on Behalf of Plaintiffs Certificate of Service* |

| | | (Richmond, Diana) (Filed on 2/4/2010) (Entered: 02/04/2010) |
|---|---|---|
| 02/04/2010 | 572 | ORDER REFERRING Doc #472 to Magistrate Judge Spero. (vrwlc1, COURT STAFF) (Filed on 2/4/2010) (Entered: 02/04/2010) |
| 02/04/2010 | 573 | ORDER setting 2/26/10 as deadline to respond to amicus submissions. (vrwlc1, COURT STAFF) (Filed on 2/4/2010) (Entered: 02/04/2010) |
| 02/05/2010 | 577 | Letter from Stephen Bomse to Magistrate Judge Spero re Hearing on Defendant-Intervenors Motion to Compel. (Bomse, Stephen) (Filed on 2/5/2010) (Entered: 02/05/2010) |
| 02/05/2010 | 578 | ORDER of USCA (far, COURT STAFF) (Filed on 2/5/2010) (Entered: 02/05/2010) |
| 02/05/2010 | 579 | ORDER of USCA (far, COURT STAFF) (Filed on 2/5/2010) (Entered: 02/05/2010) |
| 02/05/2010 | 580 | MANDATE of USCA (far, COURT STAFF) (Filed on 2/5/2010) (Entered: 02/05/2010) |
| 02/05/2010 | 581 | CLERKS Letter Spreading Mandate to Counsel (far, COURT STAFF) (Filed on 2/5/2010) (Entered: 02/05/2010) |
| 02/05/2010 | 584 | Reply to Opposition re 472 MOTION to Compel filed byMartin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal. (Attachments: # 1 Declaration of Jesse Panuccio)(Cooper, Charles) (Filed on 2/5/2010) (Entered: 02/05/2010) |
| 02/09/2010 | 585 | NOTICE OF REFERENCE AND ORDER SETTING HEARING ON DEFENDANT-INTERVENORS 472 MOTION to Compel : Motion Hearing set for 2/22/2010 AT 10:00 AM in Courtroom A, 15th Floor, San Francisco. Signed by Judge Joseph C. Spero on 2/8/10. (klh, COURT STAFF) (Filed on 2/9/2010) (Entered: 02/09/2010) |
| 02/09/2010 | 586 | Letter from STEPHEN V. BOMSE TO MAGISTRATE JUDGE JOSEPH C. SPERO RE HEARING ON MOTION TO COMPEL. (Bomse, Stephen) (Filed on 2/9/2010) (Entered: 02/09/2010) |
| 02/10/2010 | 587 | MOTION for leave to appear in Pro Hac Vice of Suzanne B. Goldberg ( Filing fee $ 210, receipt number 34611042247.) filed by National Gay and Lesbian Task Force Foundation. (Attachments: # 1 Proposed Order)(far, COURT STAFF) (Filed on 2/10/2010) (Entered: 02/11/2010) |
| 02/11/2010 | 588 | Letter from STEPHEN V. BOMSE TO MAGISTRATE JUDGE JOSEPH C. SPERO RE HEARING ON MOTION TO COMPEL. (Bomse, Stephen) (Filed on 2/11/2010) (Entered: 02/11/2010) |
| 02/11/2010 | 589 | ORDER. Signed by Judge Spero on February 11, 2010. (vrwlc1, COURT STAFF) (Filed on 2/11/2010) (Entered: 02/11/2010) |
| 02/11/2010 | 590 | CLERKS NOTICE Continuing Hearing on Dft-Intervenor's Motion to Compel. Motion Hearing re-set for 2/25/2010 at 02:30 PM in Courtroom A, 15th Floor, San Francisco. (klh, COURT STAFF) (Filed on 2/11/2010) (Entered: 02/11/2010) |
| 02/11/2010 | 591 | Letter from STEPHEN V. BOMSE TO MAGISTRATE JUDGE JOSEPH C. SPERO RE HEARING ON MOTION TO COMPEL. (Bomse, Stephen) (Filed on 2/11/2010) (Entered: 02/11/2010) |
| 02/12/2010 | 592 | Letter Brief re 561 MOTION to File Amicus Curiae Brief *(Correction of Numerical Error)* filed byAmerican Association for Marriage & Family Therapy, California Division. (Related document (s) 561 ) (Kay, Kelly) (Filed on 2/12/2010) (Entered: 02/12/2010) |
| 02/12/2010 | 593 | AFFIDAVIT in Opposition *to Defendant-Intervenors' Motion to Compel* filed byCalifornians Against Eliminating Basic Rights. (Attachments: # 1 Exhibit A)(Harrison, James) (Filed on 2/12/2010) (Entered: 02/12/2010) |
| 02/12/2010 | 594 | Letter from Administration *Requesting Telephonic Appearance.* (Stroud, Andrew) (Filed on 2/12/2010) (Entered: 02/12/2010) |
| 02/12/2010 | 595 | Transcript of Proceedings held on 01/20/10, before Magistrate Judge Joseph C. Spero. Court Reporter/Transcriber James Yeomans, Telephone number (415) 863-5179. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the |

| | | |
|---|---|---|
| | | Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 5/13/2010. (jjy, COURT STAFF) (Filed on 2/12/2010) (Entered: 02/12/2010) |
| 02/12/2010 | 596 | Transcript of Proceedings held on 01/20/10, before Magistrate Judge Joseph C. Spero. Court Reporter/Transcriber James Yeomans, Telephone number (415) 863-5179. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 5/13/2010. (jjy, COURT STAFF) (Filed on 2/12/2010) (Entered: 02/12/2010) |
| 02/22/2010 | 597 | Declaration of ELIZABETH GILL *SUPPLEMENTAL DECLARATION OF ELIZABETH GILL IN SUPPORT OF OPPOSITION OF NO ON PROPOSITION 8, CAMPAIGN FOR MARRIAGE EQUALITY: A PROJECT OF THE AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA TO DEFENDANT-INTERVENORS' MOTION TO COMPEL COMPLIANCE WITH NONPARTY DOCUMENT SUBPOENAS* filed byACLU Foundation of Northern California. (Bomse, Stephen) (Filed on 2/22/2010) (Entered: 02/22/2010) |
| 02/22/2010 | 598 | Declaration of Geoff Kors in Support of 589 Order, 546 Memorandum in Opposition *to Motion to Compel* filed byEquality California. (Related document(s) 589 , 546 ) (Whittemore, Lauren) (Filed on 2/22/2010) (Entered: 02/22/2010) |
| 02/24/2010 | 599 | ORDER by Judge Vaughn R Walker granting doc 587 Motion Application for Admission of Attorney Suzanne B Goldberg Pro Hac Vice representing National Gay and Lesbian Task Force as Amicus Curiae. (cgk, COURT STAFF) (Filed on 2/24/2010) (Entered: 02/24/2010) |
| 02/24/2010 | 600 | ORDER GRANTING re 594 Letter filed by Mark B. Horton, Arnold Schwarzenegger, Linette Scott for Andrew Stroud to appear telephonically on 2/25/10 at 2:30 PM before Judge Spero on the Motion to Compel. Court will initiate the phone contact. Signed by Judge Joseph C. Spero on 2/24/10. (klh, COURT STAFF) (Filed on 2/24/2010) (Entered: 02/24/2010) |
| 02/24/2010 | 601 | Declaration of JAMES BRIAN CARROLL in Support of 546 Memorandum in Opposition *to Defendant-Intervenors' Motion to Compel Compliance With Non-Party Document Subpoenas* filed byEquality California. (Attachments: # 1 Exhibit A)(Related document(s) 546 ) (Whittemore, Lauren) (Filed on 2/24/2010) (Entered: 02/24/2010) |
| 02/26/2010 | 602 | Minute Entry: Motion Hearing held on 2/25/2010 before Joseph C. Spero re 472 MOTION to Compel filed by Dennis Hollingsworth, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Mark A. Jansson, Martin F. Gutierrez, Gail J. Knight. Motion submitted. (Court Reporter Connie Kuhl.) (klh, COURT STAFF) (Date Filed: 2/26/2010) (Entered: 02/26/2010) |
| 02/26/2010 | 603 | EXHIBIT B - Structure of the No on 8 - Equality for All Campaign re 601 Declaration of James Brian Carroll in Support of Equality California's Opposition to Motion to Conpel filed byEquality California. (Related document(s) 601 ) (klh, COURT STAFF) (Filed on 2/26/2010) (Entered: 02/26/2010) |
| 02/26/2010 | 604 | Reply Memorandum *to Amicus Submissions* filed byMartin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Cooper, Charles) (Filed on 2/26/2010) (Entered: 02/26/2010) |
| 02/26/2010 | 605 | TRIAL BRIEF by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal. (Cooper, Charles) (Filed on 2/26/2010) (Entered: 02/26/2010) |
| 02/26/2010 | 606 | Proposed Findings of Fact by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal. (Cooper, Charles) (Filed on 2/26/2010) (Entered: 02/26/2010) |
| 02/26/2010 | 607 | Reply Memorandum *to Amicus Curiae Filings* filed byPaul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Olson, Theodore) (Filed on 2/26/2010) (Entered: 02/26/2010) |
| 02/26/2010 | 608 | Proposed Findings of Fact by City and County of San Francisco, Paul T. Katami, Kristin M. Perry, Sandra B. Stier, Jeffrey J. Zarrillo. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Olson, Theodore) (Filed on 2/26/2010) (Entered: 02/26/2010) |

| 03/03/2010 | 🌐 609 | Declaration of GEOFF KORS in Support of 602 Motion Hearing, 546 Memorandum in Opposition to *Motion to Compel* filed byEquality California. (Related document(s) 602 , 546 ) (Whittemore, Lauren) (Filed on 3/3/2010) (Entered: 03/03/2010) |
|---|---|---|
| 03/05/2010 | 🌐 610 | ORDER by Judge Spero granting 472 Motion to Compel. (vrwlc1, COURT STAFF) (Filed on 3/5/2010) (Entered: 03/05/2010) |
| 03/09/2010 | 🌐 611 | MOTION for Reconsideration re 610 Order on Motion to Compel filed by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal. (Cooper, Charles) (Filed on 3/9/2010) (Entered: 03/09/2010) |
| 03/10/2010 | 🌐 612 | ORDER denying 611 Motion for Reconsideration (vrwlc1, COURT STAFF) (Filed on 3/10/2010) (Entered: 03/10/2010) |
| 03/10/2010 | 🌐 613 | Transcript of Proceedings held on 2-25-2010, before Judge Joseph C. Spero. Court Reporter/Transcriber Connie McCarthy Kuhl, Telephone number 415-431-2020. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 6/8/2010. (ck, COURT STAFF) (Filed on 3/10/2010) (Entered: 03/10/2010) |
| 03/11/2010 | 🌐 614 | OBJECTIONS to 610 March 5, 2010 Order of Magistrate Judge Spero of No on Proposition 8, Campaign for Marriage Equality: A Project of the American Civil Liberties Union of Northern California and Equality California by ACLU Foundation of Northern California, Equality California. (Bomse, Stephen) (Filed on 3/11/2010) Modified on 3/12/2010 (far, COURT STAFF). (Entered: 03/11/2010) |
| 03/11/2010 | ⇥🌐 615 | STIPULATED REQUEST FOR ORDER SHORTENING TIME and [PROPOSED] ORDER PURSUANT TO STIPULATION by ACLU Foundation of Northern California, Equality California, ProtectMarriage.com - Yes on 8, A Project of California Renewal. (Whittemore, Lauren) (Filed on 3/11/2010) Modified on 3/12/2010 (far, COURT STAFF). (Entered: 03/11/2010) |
| 03/11/2010 | 🌐 616 | Declaration of LAUREN WHITTEMORE in Support of 615 Stipulation, *and Stipulated Request for Order Shortening Time* filed byACLU Foundation of Northern California, Equality California, ProtectMarriage.com - Yes on 8, A Project of California Renewal. (Related document(s) 615 ) (Whittemore, Lauren) (Filed on 3/11/2010) (Entered: 03/11/2010) |
| 03/11/2010 | 🌐 617 | MOTION [ADMINISTRATIVE] to Set Hearing Date of March 5 or March 16, 2010 Re Objections to Judge Joseph Spero's March 5, 2010 Order re 614 Objection, filed by ACLU Foundation of Northern California, Equality California, ProtectMarriage.com - Yes on 8, A Project of California Renewal. (Attachments: # 1 Proposed Order)(Whittemore, Lauren) (Filed on 3/11/2010) (Entered: 03/11/2010) |
| 03/12/2010 | 🌐 618 | ORDER by Chief Judge Vaughn R Walker GRANTING doc 617 Motion for a hearing on objections to Magistrate Judge Spero's 3/5/2010 Order filed by Third-Party Equality California, doc #614. The Court therefore sets a hearing date of March 16, 2010 at 10:00 AM. (cgk, COURT STAFF) (Filed on 3/12/2010) (Entered: 03/12/2010) |
| 03/12/2010 | 🌐 | Set/Reset Hearings: Motion Hearing set for 3/16/2010 10:00 AM in Courtroom 6, 17th Floor, San Francisco. (cgk, COURT STAFF) (Filed on 3/12/2010) (Entered: 03/12/2010) |
| 03/15/2010 | 🌐 619 | OBJECTIONS to re 610 Order on Motion to Compel by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal. (Cooper, Charles) (Filed on 3/15/2010) (Entered: 03/15/2010) |
| 03/15/2010 | 🌐 620 | RESPONSE to re 614 Objection, by Martin F. Gutierrez, Dennis Hollingsworth, Mark A. Jansson, Gail J. Knight, ProtectMarriage.com - Yes on 8, A Project of California Renewal. (Cooper, Charles) (Filed on 3/15/2010) (Entered: 03/15/2010) |
| 03/16/2010 | 🌐 621 | Minute Entry: Motion Hearing held on 3/16/2010 before Chief Judge Vaughn R Walker. PROCEEDINGS:Hearing on Third Party ACLU and Equality California's Objections to Magistrate Judge Spero's 3/5/2010 Order. The court heard argument from counsel. The court submitted the matter. The court to issue a written order. (Court Reporter Kathy Sullivan.) (cgk, COURT STAFF) (Date Filed: 3/16/2010) (Entered: 03/16/2010) |

| 03/16/2010 | 🌐 622 | RESPONSE to 619 Defendant-Intervenors' Objections to Magistrate Judge Spero's March 5, 2010 Order Granting Motion to Compel by Californians Against Eliminating Basic Rights. (Krogseng, Kari) (Filed on 3/16/2010) Modified on 3/17/2010 (far, COURT STAFF). (Entered: 03/16/2010) |
|---|---|---|
| 03/16/2010 | 🌐 | ***Deadlines terminated. (far, COURT STAFF) (Filed on 3/16/2010) (Entered: 03/17/2010) |
| 03/22/2010 | 🌐 623 | ORDER denying objections to Doc #610 re 619 Objection filed by Dennis Hollingsworth, ProtectMarriage.com - Yes on 8, A Project of California Renewal, Mark A. Jansson, Martin F. Gutierrez, Gail J. Knight, 614 Objection, filed by Equality California, ACLU Foundation of Northern California. (vrwlc1, COURT STAFF) (Filed on 3/22/2010) (Entered: 03/22/2010) |
| 03/23/2010 | 🌐 624 | MOTION to Stay *Discovery Order of Magistrate Judge Spero and Order Rejecting Objections Thereto Pending Appeal or, in the Alternative, for Interim Stay Pending Application for Stay to Court of Appeals* filed by ACLU Foundation of Northern California, Equality California. (Bomse, Stephen) (Filed on 3/23/2010) (Entered: 03/23/2010) |
| 03/23/2010 | 🌐 625 | ORDER by Judge Walker granting 624 Motion to Stay. The court's March 22 order, Doc #623, is STAYED until March 29, 2010 to allow objectors to seek relief in the court of appeals. (vrwlc1, COURT STAFF) (Filed on 3/23/2010) (Entered: 03/23/2010) |
| 03/24/2010 | 🌐 626 | Transcript of Proceedings held on March 16, 2010, before Judge Vaughn R. Walker. Court Reporter/Transcriber Katherine Powell Sullivan, RMR, CRR, CSR, Telephone number 415-794-6659/Katherine_Sullivan@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 6/22/2010. (Sullivan, Katherine) (Filed on 3/24/2010) (Entered: 03/24/2010) |
| 03/24/2010 | 🌐 627 | NOTICE OF APPEAL as to 623 Order, 610 Order on Motion to Compel filed by Equality California. (Filing fee $ 455; Receipt no. 34611043904). (slh, COURT STAFF) (Filed on 3/24/2010) (Entered: 03/25/2010) |