IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M PERRY, SANDRA B STIER, PAUL T KATAMI and JEFFREY J ZARRILLO,<br><br>      Plaintiffs,<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>      Plaintiff-Intervenor,<br><br>      v<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as governor of California; EDMUND G BROWN JR, in his official capacity as attorney general of California; MARK B HORTON, in his official capacity as director of the California Department of Public Health and state registrar of vital statistics; LINETTE SCOTT, in her official capacity as deputy director of health information & strategic planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as clerk-recorder of the County of Alameda; and DEAN C LOGAN, in his official capacity as registrar-recorder/county clerk for the County of Los Angeles,<br><br>      Defendants,<br><br>DENNIS HOLLINGSWORTH, GAIL J KNIGHT, MARTIN F GUTIERREZ, HAKSHING WILLIAM TAM, MARK A JANSSON and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIOFORNIA RENEWAL, as official proponents of Proposition 8,<br><br>      Defendant-Intervenors.<br>_____/ | No   C 09-2292 VRW<br><br>ORDER |

The court has received numerous motions for leave to submit memoranda on behalf of proposed amicus curiae. Doc ##128, 370, 373, 374, 375, 377, 382, 383, 386, 537, 539, 550, 551, 554, 555, 558, 561, 562, 566, 568, 570, 576. The parties have replied to the merits of the proposed memoranda, and no party has objected to the court granting leave to file the memoranda. Doc ##604, 607.

The court may welcome amicus curiae submissions "concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *NGV Gaming, Ltd v Upstream Point Molate, LLC*, 355 FSupp2d 1061, 1067 (ND Cal 2005) (citations omitted). Because the proposed amicus curiae satisfy this modest standard, the motions listed above for leave to submit memoranda on behalf of amicus curiae are GRANTED. The court will determine separately how much weight to give to the memoranda.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge