IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KRISTIN M PERRY, SANDRA B STIER,
PAUL T KATAMI and JEFFREY J
ZARRILLO,

    Plaintiffs,

CITY AND COUNTY OF SAN FRANCISCO,

    Plaintiff-Intervenor,

    v

ARNOLD SCHWARZENEGGER, in his
official capacity as governor of
California; EDMUND G BROWN JR, in
his official capacity as attorney
general of California; MARK B
HORTON, in his official capacity
as director of the California
Department of Public Health and
state registrar of vital
statistics; LINETTE SCOTT, in her
official capacity as deputy
director of health information &
strategic planning for the
California Department of Public
Health; PATRICK O'CONNELL, in his
official capacity as clerk-
recorder of the County of
Alameda; and DEAN C LOGAN, in his
official capacity as registrar-
recorder/county clerk for the
County of Los Angeles,

    Defendants,

DENNIS HOLLINGSWORTH, GAIL J
KNIGHT, MARTIN F GUTIERREZ,
HAKSHING WILLIAM TAM, MARK A
JANSSON and PROTECTMARRIAGE.COM -
YES ON 8, A PROJECT OF
CALIOFORNIA RENEWAL, as official
proponents of Proposition 8,

    Defendant-Intervenors.
_____/

No   C 09-2292 VRW

ORDER

On March 22, 2010, the court ordered proponents not later than April 12, 2010 to "make the appropriate motion or submission" to supplement the trial record with documents obtained through third party production. Doc #623 at 24. The Ninth Circuit stayed the court's order "pending appeal." Doc #6 in 10-15649 (9th Cir March 26, 2010). The appeal was dismissed on April 12, 2010 at 5 PM PDT. Id Doc #14.

Proponents have made no submission or motion to supplement the trial record. Accordingly, proponents are ORDERED to SHOW CAUSE in writing not later than April 16, 2010 at 5 PM PDT why the evidentiary record should not now be closed. Failure to respond to this order shall be deemed grounds to close the evidentiary record.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

2