COOPER AND KIRK, PLLC
Charles J. Cooper (DC Bar No. 248070)*
*ccooper@cooperkirk.com*
David H. Thompson (DC Bar No. 450503)*
*dthompson@cooperkirk.com*
Howard C. Nielson, Jr. (DC Bar No. 473018)*
*hnielson@cooperkirk.com*
Nicole J. Moss (DC Bar No. 472424)*
*nmoss@cooperkirk.com*
Peter A. Patterson (Ohio Bar No. 0080840)*
*ppatterson@cooperkirk.com*
1523 New Hampshire Ave. N.W., Washington, D.C. 20036
Telephone: (202) 220-9600, Facsimile: (202) 220-9601

LAW OFFICES OF ANDREW P. PUGNO
Andrew P. Pugno (CA Bar No. 206587)
*andrew@pugnolaw.com*
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 608-3065, Facsimile: (916) 608-3066

ALLIANCE DEFENSE FUND
Brian W. Raum (NY Bar No. 2856102)*
*braum@telladf.org*
James A. Campbell (OH Bar No. 0081501)*
*jcampbell@telladf.org*
15100 North 90th Street, Scottsdale, Arizona 85260
Telephone: (480) 444-0020, Facsimile: (480) 444-0028

ATTORNEYS FOR DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, MARK A. JANSSON, and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL

* Admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE | CASE NO. 09-CV-2292 VRW<br><br>**DECLARATION OF JESSE PANUCCIO IN SUPPORT OF DEFENDANT-INTERVENORS' RESPONSE TO APRIL 13, 2010 ORDER TO SHOW CAUSE AND MOTION FOR CONTEMPT**<br><br>Judge: Chief Judge Vaughn R. Walker |

1  SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,

2
3
4
5

6        Defendants,

7  and

8  PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,

9
10
11

12        Defendant-Intervenors.

13

14   Additional Counsel for Defendant-Intervenors

15

16  ALLIANCE DEFENSE FUND
Timothy Chandler (CA Bar No. 234325)
*tchandler@telladf.org*
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 932-2850, Facsimile: (916) 932-2851

17
18

19  Jordan W. Lorence (DC Bar No. 385022)*
*jlorence@telladf.org*
Austin R. Nimocks (TX Bar No. 24002695)*
*animocks@telladf.org*
801 G Street NW, Suite 509, Washington, D.C. 20001
Telephone: (202) 393-8690, Facsimile: (202) 347-3622

20
21

22  * Admitted *pro hac vice*

23
24
25
26
27
28

I, Jesse Panuccio, declare as follows:

1. I am an attorney licensed to practice law in the State of Florida and the District of Columbia and am admitted *pro hac vice* in this case. I am an associate at the law firm of Cooper & Kirk, PLLC, counsel of record for Defendant-Intervenors Dennis Hollingsworth, Gail Knight, Martin Gutierrez, Mark Jansson, and ProtectMarriage.com. I make this declaration in support of Defendant-Intervenors' Response to the Court's April 13 Order to Show Cause. I have personal knowledge of the facts stated herein and could testify and would testify competently thereto if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of a letter counsel for Californians Against Eliminating Basic Rights sent to me on March 31, 2010.

3. Attached hereto as Exhibit B is a true and correct copy of a letter I sent on March 23, 2010, to counsel for No on Proposition 8, Campaign for Marriage Equality, A Project of the American Civil Liberties Union ("ACLU") and Equality California ("EQCA"). Attached hereto as Exhibit C is a true and correct copy of a letter counsel for ACLU sent to me on March 31, 2010. Attached hereto as Exhibit D is a true and correct copy of a letter counsel for EQCA sent to me on April 16, 2010.

4. Attached hereto as Exhibit E is a true and correct copy of a letter I sent on April 13, 2010, to counsel for the ACLU and EQCA.

5. Attached hereto as Exhibit F is a true and correct copy of a letter counsel for ACLU sent to me on April 15, 2010.

6. Attached hereto as Exhibit G is a true and correct copy of a letter I sent on April 15, 2010, to counsel for the ACLU and EQCA.

7. Attached hereto as Exhibit H is a true and correct copy of a letter counsel for Plaintiffs sent to counsel for the ACLU sent to me on April 15, 2010.

DECLARATION OF JESSE PANUCCIO
CASE NO. 09-CV-2292 VRW

8. Attached hereto as Exhibit I is a true and correct copy of a letter counsel for ACLU sent to me on April 16, 2010.

9. Attached hereto as Exhibit J is a true and correct copy of a letter counsel for ACLU sent to counsel for Plaintiffs on April 16, 2010.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of April, 2010.

By: /s/ Jesse Panuccio
Jesse Panuccio