# Exhibit A

Case3:09-cv-02292-VRW   Document633-1   Filed04/16/10   Page1 of 3

**REMCHO, JOHANSEN & PURCELL, LLP**
ATTORNEYS AT LAW

| | |
|---|---|
| 201 DOLORES AVENUE | Joseph Remcho (1944-2003) |
| SAN LEANDRO, CA 94577 | Robin B. Johansen |
| PHONE: (510) 346-6200 | Kathleen J. Purcell (Ret.) |
| FAX: (510) 346-6201 | James C. Harrison |
| EMAIL: kkrogseng@rjp.com | Thomas A. Willis |
| WEBSITE: www.rjp.com | Karen Getman |
| | Margaret R. Prinzing |
| SACRAMENTO PHONE: (916) 264-1818 | Kari Krogseng |

March 31, 2010

**VIA E-MAIL**

Jesse Panuccio
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

      Re: *Perry v. Schwarzenegger*

Dear Mr. Panuccio:

      This letter accompanies the final production of documents by Californians Against Eliminating Basic Rights, pursuant to Magistrate Judge Spero's March 5, 2010 Order. In keeping with our February 1, 2010 agreement regarding our second production, we are producing the documents electronically, and there will be no paper production.

      This production supplements CAEBR's initial production of documents on September 23, 2010, and its second production on February 1, 2010. As we informed you in our February 1, 2010 letter, we did not produce communications received from other third party subpoena recipients who were contesting the motion to compel. This third production includes those communications, which consist of five e-mails from Equality California and their attachments.

      Our production is now complete. As we have explained to both you and the Court, CAEBR conducted limited fundraising activities, including a few fundraising events, one-on-one requests for donations, and one-on-one meetings with CAEBR's Chair. The organization was focused on fundraising from donors who were already sympathetic to the case against Proposition 8. It was therefore unnecessary for CAEBR to develop or make many arguments against Proposition 8 in written communications. CAEBR's limited production of documents reflects this fact.

      Finally, as we have explained to both you and the Court, we have redacted non-responsive communications (*i.e.*, separate e-mails in an e-mail chain that did not make or refer to

Jesse Panuccio
March 31, 2010
Page 2

an argument for or against Proposition 8). We also redacted individuals' names, phone numbers and e-mail addresses in order to protect their privacy. Finally, because we gathered documents on an extremely expedited basis, we asked our client to forward responsive e-mails to us to print out. Accordingly, we have also redacted indications that the e-mails were forwarded to and printed by us, at the top and bottom of the e-mails, as this information is not responsive to your requests.

        With the production of the enclosed documents, CAEBR has now fully complied with its obligations under the March 5, 2010 Order.

        Sincerely,

        Kari Krogseng

KK:NL
Enclosures
cc:    Counsel for Plaintiffs  (via e-mail, w/enclosures)
       Counsel for Equality California  (via e-mail, w/enclosures)
       Counsel for ACLU  (via e-mail, w/enclosures)

(00107877.2)