**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M PERRY, SANDRA B STIER, PAUL T KATAMI and JEFFREY J ZARRILLO, | |
|     Plaintiffs, | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
|     Plaintiff-Intervenor, | |
|     v | |
| ARNOLD SCHWARZENEGGER, in his official capacity as governor of California; EDMUND G BROWN JR, in his official capacity as attorney general of California; MARK B HORTON, in his official capacity as director of the California Department of Public Health and state registrar of vital statistics; LINETTE SCOTT, in her official capacity as deputy director of health information & strategic planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as clerk-recorder of the County of Alameda; and DEAN C LOGAN, in his official capacity as registrar-recorder/county clerk for the County of Los Angeles, | No   C 09-2292 VRW<br><br>ORDER |
|     Defendants, | |
| DENNIS HOLLINGSWORTH, GAIL J KNIGHT, MARTIN F GUTIERREZ, HAKSHING WILLIAM TAM, MARK A JANSSON and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIOFORNIA RENEWAL, as official proponents of Proposition 8, | |
|     Defendant-Intervenors.<br>_____/ | |

          **The parties and nonparties appear to be in substantial agreement with respect to the outstanding discovery issues.  See Doc #633-6 at 2; Doc #633-7 at 1-2; Doc #633-10 at 2.  Accordingly, the court finds it appropriate to allow the parties and nonparties until April 22, 2010 to confer and negotiate in order to reach a stipulation that will resolve remaining discovery issues.  In the event the parties and nonparties are unable to reach a resolution of these issues, they are DIRECTED to inform the court in writing, either jointly or separately, not later than 5 PM PDT on April 22, 2010.**

          **Good cause having been shown, see Doc #632 at 7, the order to show cause why the evidentiary record should not be closed, Doc #631, is hereby DISCHARGED.**

          **IT IS SO ORDERED.**

                                            **VAUGHN R WALKER**
                                            **United States District Chief Judge**