# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

April 8, 2010

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

APR 1 2 2010

FILED _____
DOCKETED _____
DATE _____ INITIAL

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re: Dennis Hollingsworth, et al.
v. Kristin M. Perry, et al.
No. 09-1210
(Your No. 09-17241)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 5, 2010 and placed on the docket April 8, 2010 as No. 09-1210.

Sincerely,

**William K. Suter**, Clerk

by

Clayton Higgins
Case Analyst