# MENNEMEIER, GLASSMAN & STROUD LLP

980 9th Street • Suite 1700 • Sacramento, California 95814-2736
Telephone 916-553-4000 • Facsimile 916-553-4011

e-mail
stroud@mgslaw.com

Direct Dial
916-551-2590

April 26, 2010

***Via Electronic File***
Judge Vaughn R. Walker
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Perry, et al. v. Schwarzenegger, et al.;*
      United States District Court, Northern District of California
      Case No. 3:09-CV-02292-VRW
      Request for Telephonic Appearance

Dear Judge Walker:

This office represents Defendant Arnold Schwarzenegger, in his official capacity as Governor of California, Mark B. Horton, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics, and Linette Scott, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health in the referenced matter (the "Administration Defendants").

Due to a conflict in my schedule, I am writing to request a telephonic appearance for an OSC hearing scheduled on Wednesday, April 28, 2010 at 10:30 a.m. in Department 6. I will be the only attorney appearing on behalf of the above-mentioned Defendants.

Very truly yours,

Andrew W. Stroud

/jw

392.83.LTR.judge walker re telephonic reqst.wpd