STEPHEN V. BOMSE (State Bar No. 40686)
sbomse@orrick.com
JUSTIN M. ARAGON (State Bar No. 241592)
jaragon@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105-2669
Tel.: (415) 773-5700
Fax: (415) 773-5759

ALAN L. SCHLOSSER (State Bar No. 49957)
aschlosser@aclunc.org
ELIZABETH O. GILL (State Bar No. 218311)
egill@aclunc.org
ACLU FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel.: (415) 621-2493
Fax: (415) 255-8437

*Attorneys for*
NO ON PROPOSITION 8,
CAMPAIGN FOR MARRIAGE EQUALITY:
A PROJECT OF THE AMERICAN CIVIL
LIBERTIES UNION OF NORTHERN CALIFORNIA

(Additional Counsel Listed on Signature Page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, *et al.*, <br><br> Plaintiffs, <br> and <br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, *et al.*, <br><br> Defendants, <br> and <br> PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et al.*, <br><br> Defendant-Intervenors. | CASE NO. 09-CV-2292 VRW <br><br> **RESPONSE OF EQUALITY CALIFORNIA AND ACLU TO ORDER TO SHOW CAUSE, APRIL 25, 2010** <br><br> Judge: Chief Judge Walker <br> Location: Courtroom 6, 17th Floor <br> Hearing: April 27, 2010, 10:30 a.m. |

Equality California ("EQCA") and No on Proposition 8, Campaign for Marriage Equality: A Project of the American Civil Liberties Union of Northern California ("ACLU") hereby respond as follows to the Order to Show Cause , dated April 25, 2010 (Document #641).

Attached hereto as Exhibits 1 and 2, respectively, are letters from Leslie Kramer on behalf of EQCA and Elizabeth Gill on behalf of the ACLU stating that EQCA and ACLU are, today, sending by Federal Express to Proponents and plaintiffs all documents responsive to this Court's orders of March 5, 2010 (Document # 610) and March 22, 2010 (Document # 623). As a result, EQCA and ACLU are in compliance with this Court's above-referenced orders and the Order to Show Cause should, for that reason, be discharged.

WHEREFORE, EQCA and ACLU submit that the Order to Show Cause directed to them be discharged.

Dated: April 27, 2010

Respectfully submitted,

STEPHEN V. BOMSE
JUSTIN M. ARAGON
Orrick, Herrington & Sutcliffe LLP

ALAN L. SCHLOSSER
ELIZABETH O. GILL
ACLU Foundation Of Northern California

By:      /s/
       STEPHEN V. BOMSE

Attorneys for No on Proposition 8, Campaign for Marriage Equality: A Project of the American Civil Liberties Union of Northern California

LYNN H. PASAHOW
CAROLYN CHANG
LESLIE KRAMER
LAUREN WHITTEMORE
Fenwick & West LLP

Attorneys for Equality California