| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| | Theodore B. Olson, SBN 38137 |
| 2 | tolson@gibsondunn.com |
| | Matthew D. McGill, *pro hac vice* |
| 3 | Amir C. Tayrani, SBN 229609 |
| | 1050 Connecticut Avenue, N.W., Washington, D.C. 20036 |
| 4 | Telephone: (202) 955-8668, Facsimile: (202) 467-0539 |
| 5 | Theodore J. Boutrous, Jr., SBN 132009 |
| | tboutrous@gibsondunn.com |
| 6 | Christopher D. Dusseault, SBN 177557 |
| | Ethan D. Dettmer, SBN 196046 |
| 7 | Sarah E. Piepmeier, SBN 227094 |
| | Theane Evangelis Kapur, SBN 243570 |
| 8 | Enrique A. Monagas, SBN 239087 |
| | 333 S. Grand Avenue, Los Angeles, California 90071 |
| 9 | Telephone: (213) 229-7804, Facsimile: (213) 229-7520 |
| 10 | BOIES, SCHILLER & FLEXNER LLP |
| | David Boies, *pro hac vice* |
| 11 | dboies@bsfllp.com |
| | 333 Main Street, Armonk, New York 10504 |
| 12 | Telephone: (914) 749-8200, Facsimile: (914) 749-8300 |
| 13 | Jeremy M. Goldman, SBN 218888 |
| | jgoldman@bsfllp.com |
| 14 | Theodore H. Uno, SBN 248603 |
| | 1999 Harrison Street, Suite 900, Oakland, California 94612 |
| 15 | Telephone: (510) 874-1000, Facsimile: (510) 874-1460 |
| 16 | Attorneys for Plaintiffs |
| | KRISTIN M. PERRY, SANDRA B. STIER, |
| 17 | PAUL T. KATAMI, and JEFFREY J. ZARRILLO |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, *et al.*, | CASE NO. 09-CV-2292 VRW |
| Plaintiffs, | |
| and | **PLAINTIFFS' RESPONSE TO APRIL 28, 2010 ORDER** |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Plaintiff-Intervenor, | Trial: January 11-27, 2010 |
| v. | |
| ARNOLD SCHWARZENEGGER, *et al.*, | Judge: Chief Judge Vaughn R. Walker |
| Defendants, | Magistrate Judge Joseph C. Spero |
| and | Location: Courtroom 6, 17th Floor |
| PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et al.*, | |
| Defendant-Intervenors. | |

Gibson, Dunn & Crutcher LLP

**PLAINTIFFS' RESPONSE**

Plaintiffs have completed their review of the April 27, 2010 document productions of third parties Equality California and Campaign for Marriage Equality: A Project of the American Civil Liberties Union of Northern California (collectively, the "No on 8 groups"). In accordance with this Court's April 28, 2010 Order, Doc #650, Plaintiffs file this response regarding whether the No on 8 groups' production is in compliance with the Orders dated March 5, 2010, Doc #610, and March 22, 2010, Doc #623. Based on the representations made by counsel for the No on 8 groups and Plaintiffs' own review of the No on 8 groups' document production, Plaintiffs inform this Court that they believe that the No on 8 groups' production is in compliance with this Court's March 5 and March 22 Orders (Docs ##610, 623).

Respectfully submitted,

DATED: April 30, 2010

GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson
Theodore J. Boutrous, Jr.
Christopher D. Dusseault
Ethan D. Dettmer
Matthew D. McGill
Amir C. Tayrani
Sarah E. Piepmeier
Theane Evangelis Kapur
Enrique A. Monagas

By:_____/s/_____
Theodore B. Olson

and

BOIES, SCHILLER & FLEXNER LLP
David Boies
Steven Holtzman
Jeremy M. Goldman
Roseanne C. Baxter
Richard J. Bettan
Beko O. Richardson
Theodore H. Uno
Joshua I. Schiller

Attorneys for Plaintiffs
KRISTIN M. PERRY, SANDRA B. STIER,
PAUL T. KATAMI, and JEFFREY J. ZARRILLO