1  COOPER AND KIRK, PLLC
   Charles J. Cooper (DC Bar No. 248070)*
2  *ccooper@cooperkirk.com*
   David H. Thompson (DC Bar No. 450503)*
3  *dthompson@cooperkirk.com*
   Howard C. Nielson, Jr. (DC Bar No. 473018)*
4  *hnielson@cooperkirk.com*
   Nicole J. Moss (DC Bar No. 472424)*
5  *nmoss@cooperkirk.com*
   Peter A. Patterson (Ohio Bar No. 0080840)*
6  *ppatterson@cooperkirk.com*
   1523 New Hampshire Ave., N.W.
7  Washington, D.C. 20036
   Telephone: (202) 220-9600, Facsimile: (202) 220-9601
8
   LAW OFFICES OF ANDREW P. PUGNO
9  Andrew P. Pugno (CA Bar No. 206587)
   *andrew@pugnolaw.com*
10 101 Parkshore Drive, Suite 100, Folsom, California 95630
   Telephone: (916) 608-3065, Facsimile: (916) 608-3066
11
   ALLIANCE DEFENSE FUND
12 Brian W. Raum (NY Bar No. 2856102)*
   *braum@telladf.org*
13 James A. Campbell (OH Bar No. 0081501)*
   *jcampbell@telladf.org*
14 15100 North 90th Street, Scottsdale, Arizona 85260
   Telephone: (480) 444-0020, Facsimile: (480) 444-0028
15
   ATTORNEYS FOR DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH,
16 GAIL J. KNIGHT, MARTIN F. GUTIERREZ, MARK A. JANSSON, and
   PROTECTMARRIAGE.COM – YES ON 8, A
17 PROJECT OF CALIFORNIA RENEWAL

18 * Admitted *pro hac vice*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and | CASE NO. 09-CV-2292 VRW<br><br>**DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH, GAIL KNIGHT, MARTIN GUTIERREZ, MARK JANSSON, AND PROTECTMARRIAGE.COM'S RESPONSE REGARDING NO-ON-8 GROUPS' COMPLIANCE WITH COURT ORDERS**<br><br>Judge: Chief Judge Vaughn R. Walker |

State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,

     Defendants,

and

PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,

     Defendant-Intervenors.

Additional Counsel for Defendant-Intervenors

ALLIANCE DEFENSE FUND
Timothy Chandler (CA Bar No. 234325)
*tchandler@telladf.org*
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 932-2850, Facsimile: (916) 932-2851

Jordan W. Lorence (DC Bar No. 385022)*
*jlorence@telladf.org*
Austin R. Nimocks (TX Bar No. 24002695)*
*animocks@telladf.org*
801 G Street NW, Suite 509, Washington, D.C. 20001
Telephone: (202) 393-8690, Facsimile: (202) 347-3622

* Admitted *pro hac vice*

At the show-cause hearing on April 28, 2010, the Court ordered the parties "to inform the court not later than April 30, 2010 at noon PDT whether the No on 8 groups' production is in compliance with the court's March 5 and March 22 orders (Doc ##610, 623)." Doc # 650. Defendant-Intervenors Dennis Hollingsworth, Gail Knight, Martin Gutierrez, Mark Jansson, and ProtectMarriage.com ("Proponents") respectfully submit this response in compliance with that order.

Counsel for Equality California ("EQCA") and No on Proposition 8, Campaign for Marriage Equality: A Project of the American Civil Liberties Union ("ACLU") have represented that they have produced all documents responsive to this Court's orders, *see* Doc # 649, and we believe them.[1] Accordingly, Proponents have no basis to conclude that EQCA and ACLU have failed to comply with this Court's production orders.

Dated: April 30, 2010                    Respectfully submitted,

 

COOPER AND KIRK, PLLC
ATTORNEYS FOR DEFENDANTS-INTERVENORS
DENNIS HOLLINGSWORTH, GAIL J. KNIGHT,
MARTIN F. GUTIERREZ, MARK A. JANSSON, AND
PROTECTMARRIAGE.COM – YES ON 8, A PROJECT
OF CALIFORNIA RENEWAL

By:   /s/ Charles J. Cooper
        Charles J. Cooper

---

[1] We are obliged to note, however, that pursuant to this Court's orders, EQCA and ACLU were relieved of the requirement of producing a privilege log listing documents withheld on privilege grounds. Thus, Proponents have no means of verifying claims of privilege over individual documents.