**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M PERRY, SANDRA B STIER, PAUL T KATAMI and JEFFREY J ZARRILLO, | |
| Plaintiffs, | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Plaintiff-Intervenor, | |
| v | |
| ARNOLD SCHWARZENEGGER, in his official capacity as governor of California; EDMUND G BROWN JR, in his official capacity as attorney general of California; MARK B HORTON, in his official capacity as director of the California Department of Public Health and state registrar of vital statistics; LINETTE SCOTT, in her official capacity as deputy director of health information & strategic planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as clerk-recorder of the County of Alameda; and DEAN C LOGAN, in his official capacity as registrar-recorder/county clerk for the County of Los Angeles, | No C 09-2292 VRW<br><br>ORDER |
| Defendants, | |
| DENNIS HOLLINGSWORTH, GAIL J KNIGHT, MARTIN F GUTIERREZ, HAKSHING WILLIAM TAM, MARK A JANSSON and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIOFORNIA RENEWAL, as official proponents of Proposition 8, | |
| Defendant-Intervenors. / | |

On April 25, 2010, the court ordered the ACLU of Northern California and Equality California (together the "No on 8 groups") to show cause why they should not be held in contempt for failing to produce documents responsive to the court's March 5, Doc #610, and March 22, Doc #623, orders. Doc #641. On April 27, 2010, the No on 8 groups represented that they had produced all responsive non-privileged documents. Doc #649. On April 30, 2010, plaintiffs and proponents informed the court that they believe the No on 8 groups' production complies with the March 5 and March 22 orders. Doc #651 (plaintiffs); Doc #652 (proponents).

Accordingly, good cause having been shown, the order to show cause why the No on 8 groups should not be held in contempt for failing to produce documents as ordered, Doc #641, is hereby DISCHARGED. The hearing scheduled for May 3, 2010 is VACATED.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge