RECEIVED 2010 MAY -5 P 12: [..]
CHAMBERS COPY

1  COOPER AND KIRK, PLLC
   Charles J. Cooper (DC Bar No. 248070)*
2  ccooper@cooperkirk.com
   David H. Thompson (DC Bar No. 450503)*
3  dthompson@cooperkirk.com
   Howard C. Nielson, Jr. (DC Bar No. 473018)*
4  hnielson@cooperkirk.com
   Nicole J. Moss (DC Bar No. 472424)*
5  nmoss@cooperkirk.com
   Peter A. Patterson (Ohio Bar No. 0080840)*
6  ppatterson@cooperkirk.com
   1523 New Hampshire Ave. N.W., Washington, D.C. 20036
7  Telephone: (202) 220-9600, Facsimile: (202) 220-9601

8
   LAW OFFICES OF ANDREW P. PUGNO
9  Andrew P. Pugno (CA Bar No. 206587)
   andrew@pugnolaw.com
10 101 Parkshore Drive, Suite 100, Folsom, California 95630
   Telephone: (916) 608-3065, Facsimile: (916) 608-3066
11
   ALLIANCE DEFENSE FUND
12 Brian W. Raum (NY Bar No. 2856102)*
   braum@telladf.org
13 James A. Campbell (OH Bar No. 0081501)*
   jcampbell@telladf.org
14 15100 North 90th Street, Scottsdale, Arizona 85260
   Telephone: (480) 444-0020, Facsimile: (480) 444-0028
15
   ATTORNEYS FOR DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH,
16 GAIL J. KNIGHT, MARTIN F. GUTIERREZ, MARK A. JANSSON,
   and PROTECTMARRIAGE.COM – YES ON 8, A
17 PROJECT OF CALIFORNIA RENEWAL

18 * Admitted *pro hac vice*

19 **UNITED STATES DISTRICT COURT**
20 **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO, <br><br> Plaintiffs, <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as | CASE NO. 09-CV-2292 VRW <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT-INTERVENORS' MOTION TO SEAL** |

1  Attorney General of California; MARK B. HORTON, in his official capacity as Director of
2  the California Department of Public Health and State Registrar of Vital Statistics; LINETTE
3  SCOTT, in her official capacity as Deputy Director of Health Information & Strategic
4  Planning for the California Department of Public
5  Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of
6  Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for
7  the County of Los Angeles,
8              Defendants,
9  and
10 PROPOSITION 8 OFFICIAL PROPONENTS
11 DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-
12 SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM –
13 YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,
14             Defendant-Intervenors.

Additional Counsel for Defendant-Intervenors

ALLIANCE DEFENSE FUND
Timothy Chandler (CA Bar No. 234325)
tchandler@telladf.org
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 932-2850, Facsimile: (916) 932-2851

Jordan W. Lorence (DC Bar No. 385022)*
jlorence@telladf.org
Austin R. Nimocks (TX Bar No. 24002695)*
animocks@telladf.org
801 G Street NW, Suite 509, Washington, D.C. 20001
Telephone: (202) 393-8690, Facsimile: (202) 347-3622

* Admitted *pro hac vice*

[PROPOSED] ORDER GRANTING DEFENDANT-INTERVENORS' MOTION TO SEAL
CASE NO. 09-CV-2292 VRW

1 | Defendant-Intervenors have filed an administrative motion to seal their Motion to
2 | Supplement the Record and the exhibits they submit for admission in that motion. After full
3 | consideration of all moving and opposing documents, the Court's record and file in this matter,
4 | and the arguments of counsel, IT IS HEREBY ORDERED that Defendant-Intervenors' Motion to
5 | Supplement the Record and the exhibits submitted for admission therein are placed and shall
6 | remain under seal in this Court.

**IT IS SO ORDERED.**

Dated the _____ of _____, 2010          _____

Chief Judge Vaughn R. Walker