DENNIS J. HERRERA, State Bar #139669
City Attorney
THERESE M. STEWART, State Bar #104930
Chief Deputy City Attorney
DANNY CHOU, State Bar #180240
Chief of Complex and Special Litigation
RONALD P. FLYNN, State Bar #1841867
VINCE CHHABRIA, State Bar #208557
ERIN BERNSTEIN, State Bar #231539
CHRISTINE VAN AKEN, State Bar #241755
MOLLIE M. LEE, State Bar #251404
Deputy City Attorneys
City Hall, Room 234
One Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4708
Facsimile:      (415) 554-4699

Attorneys for Plaintiff-Intervenor
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>Defendants. | Case No. 09-CV-2292 VRW<br><br>**DECLARATION OF THERESE M. STEWART IN SUPPORT OF PLAINTIFF-INTERVENOR CITY AND COUNTY OF SAN FRANCISCO'S OPPOSITION TO DEFENDANT-INTERVENORS PROPONENTS AND DR. TAM'S MOTIONS TO STRIKE / RECONSIDER**<br><br>**Trial: Jan. 11-27, 2010**<br><br>**Judge:  Chief Judge Vaughn R. Walker**<br><br>**Location:  Courtroom 6, 17th Floor** |

DECL. OF THERESE M. STEWART
CASE NO. 09-CV-2292 VRW

and

PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,

    Defendant-Intervenors.

PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,

    Defendant-Intervenors.

CITY AND COUNTY OF SAN FRANCISCO,

    Plaintiff-Intervenor

vs.

ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; and LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health,

    Defendants.

DECL. OF THERESE M. STEWART
CASE NO. 09-CV-2292 VRW

1

1  I, Therese M. Stewart, declare as follows:

2  1. I am an attorney at law licensed to practice in the State of California and admitted to the bar of this Court. I serve as Chief Deputy City Attorney for the City and County of San Francisco and have served in that role since March 2002. I am counsel of record for Plaintiff-Intervenor City and County of San Francisco, and I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I can and would testify competently thereto.

2. Attached as Exhibit A to this declaration is a true and correct copy of Plaintiffs' and Plaintiff-Intervenor's 30(b)(6) Amended Notice of Deposition of ProtectMarriage.com. ProtectMarriage.com designated Ronald Prentice of the 30(b)(6) deponent, and I took his deposition in his corporate and individual capacity on December 17 and December 18, 2009.

3. Attached as Exhibit B to this declaration is a true and correct copy of the relevant portions of the transcript of the deposition of Ronald Prentice taken in both his corporate and individual capacity on December 17, 2009.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that if called as a witness I could competently testify thereto. Executed this 6th day of May 2010, at San Francisco, California.

By: _____/s/_____
      THERESE M. STEWART