# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

April 15, 2010

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

APR 1 9 2010

FILED _____
DOCKETED _____ _____
DATE          INITIAL

Re: Dennis Hollingsworth, et al.
v. United States District Court for the Northern District of
California, et al.
No. 09-1238
(Your No. 10-70063)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 8, 2010 and placed on the docket April 15, 2010 as No. 09-1238.

Sincerely,

William K. Suter, Clerk

by

Jeffrey Atkins
Supervisor-Case Analyst Division