COOPER AND KIRK, PLLC
Charles J. Cooper (DC Bar No. 248070)*
*ccooper@cooperkirk.com*
David H. Thompson (DC Bar No. 450503)*
*dthompson@cooperkirk.com*
Howard C. Nielson, Jr. (DC Bar No. 473018)*
*hnielson@cooperkirk.com*
Nicole J. Moss (DC Bar No. 472424)*
*nmoss@cooperkirk.com*
Peter A. Patterson (OH Bar No. 0080840)*
*ppatterson@cooperkirk.com*
1523 New Hampshire Ave. N.W., Washington, D.C. 20036
Telephone: (202) 220-9600, Facsimile: (202) 220-9601

LAW OFFICES OF ANDREW P. PUGNO
Andrew P. Pugno (CA Bar No. 206587)
*andrew@pugnolaw.com*
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 608-3065, Facsimile: (916) 608-3066

ALLIANCE DEFENSE FUND
Brian W. Raum (NY Bar No. 2856102)*
*braum@telladf.org*
James A. Campbell (OH Bar No. 0081501)*
*jcampbell@telladf.org*
15100 North 90th Street, Scottsdale, Arizona 85260
Telephone: (480) 444-0020, Facsimile: (480) 444-0028

ATTORNEYS FOR DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH,
GAIL J. KNIGHT, MARTIN F. GUTIERREZ, MARK A. JANSSON,
and PROTECTMARRIAGE.COM – YES ON 8, A
PROJECT OF CALIFORNIA RENEWAL

* Admitted *pro hac vice*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO, | CASE NO. 09-CV-2292 VRW |
| Plaintiffs, | **DEFENDANT-INTERVENORS' DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, MARK A. JANSSON, AND PROTECTMARRIAGE.COM'S NOTICE OF CORRECTED EXHIBITS** |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Plaintiff-Intervenor, | |
| v. | |
| ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his | |

1  official capacity as Director of the California
2  Department of Public Health and State Registrar of
   Vital Statistics; LINETTE SCOTT, in her official
3  capacity as Deputy Director of Health Information
   & Strategic Planning for the California Department
4  of Public Health; PATRICK O'CONNELL, in his
   official capacity as Clerk-Recorder for the County
5  of Alameda; and DEAN C. LOGAN, in his official
   capacity as Registrar-Recorder/County Clerk for
6  the County of Los Angeles,

7                    Defendants,

8  and

9  PROPOSITION 8 OFFICIAL PROPONENTS
   DENNIS HOLLINGSWORTH, GAIL J.
10 KNIGHT, MARTIN F. GUTIERREZ, HAK-
   SHING WILLIAM TAM, and MARK A.
11 JANSSON; and PROTECTMARRIAGE.COM –
   YES ON 8, A PROJECT OF CALIFORNIA
12 RENEWAL,

13                 Defendant-Intervenors.

14

15  <u>Additional Counsel for Defendant-Intervenors</u>

16

17 ALLIANCE DEFENSE FUND
   Timothy Chandler (CA Bar No. 234325)
18 *tchandler@telladf.org*
   101 Parkshore Drive, Suite 100, Folsom, California 95630
19 Telephone: (916) 932-2850, Facsimile: (916) 932-2851

20 Jordan W. Lorence (DC Bar No. 385022)*
   *jlorence@telladf.org*
21 Austin R. Nimocks (TX Bar No. 24002695)*
   *animocks@telladf.org*
22 801 G Street NW, Suite 509, Washington, D.C. 20001
   Telephone: (202) 393-8690, Facsimile: (202) 347-3622

23 * Admitted *pro hac vice*

24

25

26

27

28

1    Defendant-Intervenors Dennis Hollingsworth, Gail Knight, Martin Gutierrez, Mark Jansson,

2   and ProtectMarriage.com ("Proponents") are submitting to the Court corrected versions of the

3   following exhibits, originally submitted under seal on May 5, 2010:  DIX3503, DIX3515, DIX3516,

4   DIX3529, and DIX3539.

5    Proponents have provided copies of the corrected exhibits to counsel for Plaintiffs and Plaintiff-

6   Intervenor.

7   Dated: May 7, 2010

8                              COOPER AND KIRK, PLLC
                             ATTORNEYS FOR DEFENDANT-INTERVENORS
9                             DENNIS HOLLINGSWORTH, GAIL J. KNIGHT,
                             MARTIN F. GUTIERREZ, MARK A. JANSSON, and
10                            PROTECTMARRIAGE.COM – YES ON 8, A PROJECT
                             OF CALIFORNIA RENEWAL

11                            By:    /s/Charles J. Cooper
12                                   Charles J. Cooper

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT-INTERVENORS' NOTICE OF CORRECTED EXHIBITS
CASE NO. 09-CV-2292 VRW