1   COOPER AND KIRK, PLLC
    Charles J. Cooper (DC Bar No. 248070)*
2   *ccooper@cooperkirk.com*
    David H. Thompson (DC Bar No. 450503)*
3   *dthompson@cooperkirk.com*
    Howard C. Nielson, Jr. (DC Bar No. 473018)*
4   *hnielson@cooperkirk.com*
    Nicole J. Moss (DC Bar No. 472424)*
5   *nmoss@cooperkirk.com*
    Peter A. Patterson (Ohio Bar No. 0080840)*
6   *ppatterson@cooperkirk.com*
    1523 New Hampshire Ave. N.W., Washington, D.C. 20036
7   Telephone: (202) 220-9600, Facsimile: (202) 220-9601

8   LAW OFFICES OF ANDREW P. PUGNO
    Andrew P. Pugno (CA Bar No. 206587)
9   *andrew@pugnolaw.com*
    101 Parkshore Drive, Suite 100, Folsom, California 95630
10  Telephone: (916) 608-3065, Facsimile: (916) 608-3066

11  ALLIANCE DEFENSE FUND
    Brian W. Raum (NY Bar No. 2856102)*
12  *braum@telladf.org*
    James A. Campbell (OH Bar No. 0081501)*
13  *jcampbell@telladf.org*
    15100 North 90th Street, Scottsdale, Arizona 85260
14  Telephone: (480) 444-0020, Facsimile: (480) 444-0028

15  ATTORNEYS FOR DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH,
    GAIL J. KNIGHT, MARTIN F. GUTIERREZ, MARK A. JANSSON, and
16  PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL

17  * Admitted *pro hac vice*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>              Plaintiffs,<br><br>       v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; | CASE NO. 09-CV-2292 VRW<br><br>**DECLARATION OF NICOLE JO MOSS IN SUPPORT OF DEFENDANT-INTERVENORS' REPLY IN SUPPORT OF MOTION TO STRIKE/RECONSIDER**<br><br>Judge:  Chief Judge Vaughn R. Walker<br>Location:  Courtroom 6, 17th Floor |

LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,

    Defendants,

and

PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,

    Defendant-Intervenors.

Additional Counsel for Defendant-Intervenors

ALLIANCE DEFENSE FUND
Timothy Chandler (CA Bar No. 234325)
*tchandler@telladf.org*
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 932-2850, Facsimile: (916) 932-2851

Jordan W. Lorence (DC Bar No. 385022)*
*jlorence@telladf.org*
Austin R. Nimocks (TX Bar No. 24002695)*
*animocks@telladf.org*
801 G Street NW, Suite 509, Washington, D.C. 20001
Telephone: (202) 393-8690, Facsimile: (202) 347-3622

* Admitted *pro hac vice*

---

DECLARATION OF NICOLE J. MOSS IN SUPPORT OF DEFENDANT-INTERVENORS'
REPLY IN SUPPORT OF MOTION TO STRIKE/RECONSIDER
CASE NO. 09-CV-2292 VRW

I, Nicole J. Moss, declare as follows:

1. I am an attorney at law licensed to practice law in the States of North Carolina, Maryland, and the District of Columbia and I am admitted *pro hac vice* in this case. I am an Of Counsel at the law firm of Cooper & Kirk, PLLC, counsel of record for Defendant-Intervenors Dennis Hollingsworth, Gail Knight, Martin Gutierrez, Mark Jansson, and ProtectMarriage.com ("Proponents"). I make this declaration in support of Proponents' Reply in Support of Motion to Strike/Reconsider. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I can and would testify competently thereto.

2. Attached as Exhibit A to this declaration is a true and correct copy of relevant portions of the transcript of the deposition of Ronald Prentice taken by counsel for Plaintiff-Intervenor City and County of San Francisco on December 17 and 18, 2009.

3. Attached as Exhibit B to this declaration is a true and correct copy of Plaintiff-Intervenor City and County of San Francisco's Responses to Defendant-Intervenors' Second Set of Document Requests.

I declare under penalty of perjury under the laws of the State of North Carolina that the foregoing is true and correct. Executed this 10th day of May 2010, at Hampstead, North Carolina.

*Nicole J. Moss*

Nicole J. Moss

1

DECLARATION OF NICOLE MOSS IN SUPPORT OF DEFENDANT-INTERVENORS'
REPLY IN SUPPORT OF MOTION TO STRIKE/RECONSIDER, CASE NO. 09-CV-2292 VRW