COOPER AND KIRK, PLLC
Charles J. Cooper (DC Bar No. 248070)*
*ccooper@cooperkirk.com*
David H. Thompson (DC Bar No. 450503)*
*dthompson@cooperkirk.com*
Howard C. Nielson, Jr. (DC Bar No. 473018)*
*hnielson@cooperkirk.com*
Nicole J. Moss (DC Bar No. 472424)*
*nmoss@cooperkirk.com*
Peter A. Patterson (OH Bar No. 0080840)*
*ppatterson@cooperkirk.com*
1523 New Hampshire Ave. N.W., Washington, D.C. 20036
Telephone: (202) 220-9600, Facsimile: (202) 220-9601

LAW OFFICES OF ANDREW P. PUGNO
Andrew P. Pugno (CA Bar No. 206587)
*andrew@pugnolaw.com*
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 608-3065, Facsimile: (916) 608-3066

ALLIANCE DEFENSE FUND
Brian W. Raum (NY Bar No. 2856102)*
*braum@telladf.org*
James A. Campbell (OH Bar No. 0081501)*
*jcampbell@telladf.org*
15100 North 90th Street, Scottsdale, Arizona 85260
Telephone: (480) 444-0020, Facsimile: (480) 444-0028

ATTORNEYS FOR DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH,
GAIL J. KNIGHT, MARTIN F. GUTIERREZ, MARK A. JANSSON,
and PROTECTMARRIAGE.COM – YES ON 8, A
PROJECT OF CALIFORNIA RENEWAL

* Admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO, <br><br> Plaintiffs, <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his | CASE NO. 09-CV-2292 VRW <br><br> **DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, MARK A. JANSSON, AND PROTECTMARRIAGE.COM'S REPLY IN SUPPORT OF THEIR MOTION TO SUPPLEMENT THE RECORD** |

| | |
|---|---|
| 1 | official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles, |

Defendants,

and

PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,

Defendant-Intervenors.

Additional Counsel for Defendant-Intervenors

ALLIANCE DEFENSE FUND
Timothy Chandler (CA Bar No. 234325)
*tchandler@telladf.org*
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 932-2850, Facsimile: (916) 932-2851

Jordan W. Lorence (DC Bar No. 385022)*
*jlorence@telladf.org*
Austin R. Nimocks (TX Bar No. 24002695)*
*animocks@telladf.org*
801 G Street NW, Suite 509, Washington, D.C. 20001
Telephone: (202) 393-8690, Facsimile: (202) 347-3622

* Admitted *pro hac vice*

On May 5, 2010, Defendant-Intervenors Dennis Hollingsworth, Gail Knight, Martin Gutierrez, Mark Jansson, and ProtectMarriage.com ("Proponents") moved to supplement the evidentiary record with exhibits produced by No on Proposition 8, Campaign for Marriage Equality: A Project of the American Civil Liberties Union of Northern California ("ACLU") and Equality California. Plaintiffs and Plaintiff-Intervenor (together, "Plaintiffs") "do not object to this Court taking judicial notice of Proponents' newly offered exhibits." Doc # 665 at 4. While Plaintiffs do question the weight the exhibits should be afforded, Proponents simply request that the exhibits—consisting of campaign-related materials produced by groups opposed to Prop 8—be given weight equivalent to Plaintiffs' exhibits consisting of campaign-related materials of groups that supported Prop 8. Plaintiffs complain that Proponents are attempting to add evidence "at this late stage." But we have faithfully adhered to the court's timetable for moving to supplement the record. *See* Doc # 650 at 1.

As for Plaintiffs' claims about the underlying merits, we are prepared to explain at closing argument why Plaintiffs have failed to prove that Prop 8 is unconstitutional. Suffice it to say that the evidence does not establish what Plaintiffs claim it does, *see* Doc # 665 at 2-4, and that Proponents' motion to supplement the record is not somehow an acknowledgment to the contrary, *see id.* at 3 ("Proponents failed to refute Plaintiffs' and Plaintiff-Intervenor's showing on these critical issues, and so they now seek to add new evidence to the record.").

Dated: May 12, 2010

                                        COOPER AND KIRK, PLLC
                                        ATTORNEYS FOR DEFENDANT-INTERVENORS
                                        DENNIS HOLLINGSWORTH, GAIL J. KNIGHT,
                                        MARTIN F. GUTIERREZ, MARK A. JANSSON, and
                                        PROTECTMARRIAGE.COM – YES ON 8, A PROJECT
                                        OF CALIFORNIA RENEWAL

                                        By:    /s/Charles J. Cooper
                                               Charles J. Cooper

1

DEFENDANT-INTERVENORS' REPLY IN SUPPORT OF MOTION TO SUPPLEMENT THE RECORD
CASE NO. 09-CV-2292 VRW