COOPER AND KIRK, PLLC
Charles J. Cooper (DC Bar No. 248070)*
*ccooper@cooperkirk.com*
David H. Thompson (DC Bar No. 450503)*
*dthompson@cooperkirk.com*
Howard C. Nielson, Jr. (DC Bar No. 473018)*
*hnielson@cooperkirk.com*
Nicole J. Moss (DC Bar No. 472424)*
*nmoss@cooperkirk.com*
Peter A. Patterson (OH Bar No. 0080840)*
*ppatterson@cooperkirk.com*
1523 New Hampshire Ave. N.W., Washington, D.C. 20036
Telephone: (202) 220-9600, Facsimile: (202) 220-9601

LAW OFFICES OF ANDREW P. PUGNO
Andrew P. Pugno (CA Bar No. 206587)
*andrew@pugnolaw.com*
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 608-3065, Facsimile: (916) 608-3066

ALLIANCE DEFENSE FUND
Brian W. Raum (NY Bar No. 2856102)*
*braum@telladf.org*
James A. Campbell (OH Bar No. 0081501)*
*jcampbell@telladf.org*
15100 North 90th Street, Scottsdale, Arizona 85260
Telephone: (480) 444-0020, Facsimile: (480) 444-0028

ATTORNEYS FOR DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH,
GAIL J. KNIGHT, MARTIN F. GUTIERREZ, MARK A. JANSSON,
and PROTECTMARRIAGE.COM – YES ON 8, A
PROJECT OF CALIFORNIA RENEWAL

* Admitted *pro hac vice*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO, | CASE NO. 09-CV-2292 VRW |
| Plaintiffs, | **DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, MARK A. JANSSON, AND PROTECTMARRIAGE.COM'S ADMINISTRATIVE MOTION FOR A SEALING ORDER** |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Plaintiff-Intervenor, | |
| v. | |
| ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his | |

1  official capacity as Director of the California
2  Department of Public Health and State Registrar of
   Vital Statistics; LINETTE SCOTT, in her official
3  capacity as Deputy Director of Health Information
   & Strategic Planning for the California Department
4  of Public Health; PATRICK O'CONNELL, in his
   official capacity as Clerk-Recorder for the County
5  of Alameda; and DEAN C. LOGAN, in his official
   capacity as Registrar-Recorder/County Clerk for
6  the County of Los Angeles,

7              Defendants,

8  and

9  PROPOSITION 8 OFFICIAL PROPONENTS
   DENNIS HOLLINGSWORTH, GAIL J.
10 KNIGHT, MARTIN F. GUTIERREZ, HAK-
   SHING WILLIAM TAM, and MARK A.
11 JANSSON; and PROTECTMARRIAGE.COM –
   YES ON 8, A PROJECT OF CALIFORNIA
12 RENEWAL,

13             Defendant-Intervenors.

14

15    Additional Counsel for Defendant-Intervenors

16

17 ALLIANCE DEFENSE FUND
   Timothy Chandler (CA Bar No. 234325)
18 *tchandler@telladf.org*
   101 Parkshore Drive, Suite 100, Folsom, California 95630
19 Telephone: (916) 932-2850, Facsimile: (916) 932-2851

20 Jordan W. Lorence (DC Bar No. 385022)*
   *jlorence@telladf.org*
21 Austin R. Nimocks (TX Bar No. 24002695)*
   *animocks@telladf.org*
22 801 G Street NW, Suite 509, Washington, D.C. 20001
   Telephone: (202) 393-8690, Facsimile: (202) 347-3622

23 * Admitted *pro hac vice*

24

25

26

27

28

## NOTICE OF MOTION AND MOTION

Pursuant to Northern District of California Civil Local Rules 7-11 and 79-5, Defendant-Intervenors Hollingsworth, Knight, Gutierrez, Jansson, and ProtectMarriage.com ("Proponents") hereby move for an administrative order sealing: (1) portions of exhibits consisting of documents produced by No on Proposition 8, Campaign for Marriage Equality: A Project of the American Civil Liberties Union of Northern California ("ACLU") and Equality California, and (2) a version of our amended motion to supplement the record tracking changes made to our initial motion.

*Background.* On May 5, we sought leave of court to submit under seal our motion to supplement the evidentiary record and the exhibits to which that motion refers. The exhibits consist of documents that the ACLU and Equality California designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the terms of the protective order governing this case. *See* Doc # 655.[1] At the time we filed our motion to seal, we were "in the midst of … conferring with the ACLU and Equality California regarding their designations." *Id.* at 4. We have now reached agreements with the ACLU and Equality California that the exhibits we continue to offer may be placed on the public record in the form described in this motion.[2] The exhibits fall into two categories: those that may be placed on the public record without restriction and those that may be placed on the public record in redacted form.

Attachment 1 to this motion contains a complete list of the exhibits we seek to have admitted to supplement the evidentiary record. This list reflects the exhibits we are no longer proffering, certain substitute exhibits, and corrections to certain of the exhibit numbers we misidentified in our original motion. In addition, as described below, we are lodging with the Court a copy of each of these exhibits in the form in which it may be placed on the public record.

---

[1] On May 7, we lodged five corrected exhibits with the Court. *See* Doc # 663.
[2] There are two exhibits that are not part of our agreements, and we hereby withdraw our proffer of them: DIX3156 and DIX3506. We also lodged three exhibits with the Court that were not part of our proffer: DIX3104, DIX3111, and DIX3130. We hereby withdraw our submission of those exhibits.
    In addition, there are nine exhibits described in our initial proffer that we neglected to lodge with the Court. The exhibits are labeled DIX3189, DIX3508, DIX3513, DIX3518, DIX3544, DIX3553, DIX3601, DIX3602, and DIX3603, and they are included in the agreements and the submission of exhibits to the Court described in this motion.

1    *Agreements.*  First, the ACLU and Equality California have agreed that certain exhibits may be

2    placed on the public record without restriction.  Attachment 2 lists the exhibits that fall into this

3    category.  Included in this category are seven exhibits for which we have agreed to use substitutes

4    that Equality California produced to us without a confidentiality designation.  The substitute exhibits

5    are substantively equivalent to the exhibits they replace.[3]  Proponents are sending copies of the

6    exhibits described in this category—consisting of twenty in the form currently lodged with the Court

7    and seven substitutes—overnight via Federal Express to the clerk for lodging tomorrow.

8         Second, for exhibits that the ACLU and Equality California have agreed may be placed on the

9    public record only in redacted form, we must ask this Court for an order sealing the redacted

10   portions of those exhibits as those portions remain subject to the groups' confidentiality

11   designations.  *See* Doc # 425 at 12; Civ. L.R. 79-5(c); *cf.* Civ. L.R. 79-5(d).  The exhibits that fall

12   into this category are listed in Attachment 3.  Pursuant to the local rules, we are lodging with the

13   clerk under seal copies of those exhibits with the agreed-upon redactions highlighted as well as

14   redacted versions of the exhibits that may be placed on the public record if the Court grants the

15   sealing order.  *See* Civ. L.R. 79-5(c)(3)-(5).[4]  All copies of these exhibits just referenced are being

16   sent overnight via Federal Express to the clerk for lodging tomorrow.

17        *Amended motion to supplement the record.*  We have also attached to this motion an amended

18   motion to supplement the evidentiary record that may be placed on the public record without

19   restriction.  We have amended our initial motion by removing information (for example, names of

20   third-party individuals) that remains subject to confidentiality designations.  We also have corrected

21   clerical errors in our initial submission that we discovered while preparing this motion.[5]  The

22   _____

23            [3] Following the agreement to use substitute documents produced without a
     confidentiality designation, Proponents are withdrawing their request to move DIX3156 in
     evidence as the substitute document for this exhibit is identical to the substitute document
24   that is now DIX3167.

             [4] We are serving copies of the materials we are lodging with the Court on Plaintiffs
25   and Plaintiff-Intervenor.  We will provide a copy of the sealed submission to any other
     party that represents that it desires a copy and that it will adhere to the provisions of the
26   protective order governing this case, *see* Doc # 425, and we will provide copies of the
     public documents to any other party that represents that it desires them.

27            [5] In addition to correcting information such as page citations and dates, our
     amended motion also correctly refers to the following exhibits that we identified by the
28   wrong exhibit number in our original motion:  DIX3502, DIX3503, DIX3519, DIX3601,
     (Continued)

1  substance of our proffer has not changed.  For the convenience of the Court and the parties, we are

2  including with our sealed submission a document tracking the changes we have made in our

3  amended motion.  We have lodged this document under seal because it contains information that

4  remains subject to confidentiality designations.

5      For these reasons, Proponents respectfully request an order sealing (1) the redacted portions of

6  the exhibits ACLU and Equality California have agreed may be placed on the public record with

7  redactions, as indicated in Attachment 3, and (2) a version of our amended motion to supplement the

8  record tracking changes made to our initial motion.  The remaining exhibits, listed in Attachment 2,

9  may be placed on the public record without restriction as detailed in this motion.

10

11  Dated: June 2, 2010

12                                          COOPER AND KIRK, PLLC
                                            ATTORNEYS FOR DEFENDANT-INTERVENORS
13                                          DENNIS HOLLINGSWORTH, GAIL J. KNIGHT,
                                            MARTIN F. GUTIERREZ, MARK A. JANSSON, and
14                                          PROTECTMARRIAGE.COM – YES ON 8, A PROJECT
                                            OF CALIFORNIA RENEWAL
15
                                          By:    /s/Charles J. Cooper
16                                               Charles J. Cooper

17

18

19

20

21

22

23

24

25

26

27  (Cont'd)
    DIX3602, and DIX3603.  It also conforms to our withdrawal of DIX3156 and DIX3506.
28

DEFENDANT-INTERVENORS' ADMINISTRATIVE MOTION FOR A SEALING ORDER
CASE NO. 09-CV-2292 VRW