**Attachment 3**

Exhibits the ACLU agrees may be placed on the public record with redactions:

- DIX3100
- DIX3101
- DIX3102
- DIX3103
- DIX3105
- DIX3106
- DIX3107
- DIX3108
- DIX3109
- DIX3110
- DIX3112
- DIX3113
- DIX3114
- DIX3115
- DIX3116
- DIX3117
- DIX3120
- DIX3121
- DIX3124
- DIX3125
- DIX3126
- DIX3127
- DIX3129
- DIX3131
- DIX3132
- DIX3133
- DIX3134
- DIX3140
- DIX3141
- DIX3142
- DIX3143
- DIX3144
- DIX3145
- DIX3146
- DIX3147
- DIX3148
- DIX3149
- DIX3151
- DIX3152
- DIX3153
- DIX3154
- DIX3155
- DIX3160
- DIX3161
- DIX3164
- DIX3165
- DIX3169
- DIX3170
- DIX3171
- DIX3172
- DIX3173
- DIX3175
- DIX3177
- DIX3179
- DIX3180
- DIX3182
- DIX3183
- DIX3184
- DIX3186
- DIX3189
- DIX3511
- DIX3516
- DIX3517
- DIX3518
- DIX3519
- DIX3543
- DIX3544
- DIX3545
- DIX3552
- DIX3553
- DIX3555
- DIX3600
- DIX3601

Exhibits Equality California agrees may be placed on the public record with redactions:

- DIX3118
- DIX3138
- DIX3139
- DIX3150
- DIX3157
- DIX3159
- DIX3500
- DIX3503
- DIX3504
- DIX3507
- DIX3508
- DIX3509
- DIX3510
- DIX3513
- DIX3515
- DIX3529
- DIX3535
- DIX3536
- DIX3602
- DIX3603