**United States District Court**
For the Northern District of California

1
2                    IN THE UNITED STATES DISTRICT COURT
3                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
4
5   KRISTIN M PERRY, SANDRA B STIER,
    PAUL T KATAMI and JEFFREY J
6   ZARRILLO,
7            Plaintiffs,
8   CITY AND COUNTY OF SAN FRANCISCO,
9            Plaintiff-Intervenor,
10           v
11  ARNOLD SCHWARZENEGGER, in his
    official capacity as governor of
12  California; EDMUND G BROWN JR, in
    his official capacity as attorney
13  general of California; MARK B              No   C 09-2292 VRW
    HORTON, in his official capacity
14  as director of the California              SCHEDULE FOR CLOSING
    Department of Public Health and                 ARGUMENTS
15  state registrar of vital
    statistics; LINETTE SCOTT, in her
16  official capacity as deputy
    director of health information &
17  strategic planning for the
    California Department of Public
18  Health; PATRICK O'CONNELL, in his
    official capacity as clerk-
19  recorder of the County of
    Alameda; and DEAN C LOGAN, in his
20  official capacity as registrar-
    recorder/county clerk for the
21  County of Los Angeles,
22           Defendants,
23  DENNIS HOLLINGSWORTH, GAIL J
    KNIGHT, MARTIN F GUTIERREZ,
24  HAKSHING WILLIAM TAM, MARK A
    JANSSON and PROTECTMARRIAGE.COM –
25  YES ON 8, A PROJECT OF
    CALIOFORNIA RENEWAL, as official
26  proponents of Proposition 8,
27           Defendant-Intervenors.
                                      /
28

The court hereby sets the following schedule for closing arguments:

| June 16, 2010 | |
|---|---|
| 10:00 AM - 11:30 AM | Plaintiffs |
| 11:30 AM - 11:45 AM | City and County of San Francisco |
| 11:45 AM - 12:00 PM | Governor, Attorney General and county defendants |
| 12:00 PM - 1:00 PM | Lunch |
| 1:00 PM - 3:15 PM | Proponents |
| 3:15 PM - 3:45 PM | Plaintiffs' rebuttal |

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge