**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M PERRY, SANDRA B STIER, PAUL T KATAMI and JEFFREY J ZARRILLO, | |
|     Plaintiffs, | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
|     Plaintiff-Intervenor, | |
|     v | |
| ARNOLD SCHWARZENEGGER, in his official capacity as governor of California; EDMUND G BROWN JR, in his official capacity as attorney general of California; MARK B HORTON, in his official capacity as director of the California Department of Public Health and state registrar of vital statistics; LINETTE SCOTT, in her official capacity as deputy director of health information & strategic planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as clerk-recorder of the County of Alameda; and DEAN C LOGAN, in his official capacity as registrar-recorder/county clerk for the County of Los Angeles, | No    C 09-2292 VRW<br><br>ORDER |
|     Defendants, | |
| DENNIS HOLLINGSWORTH, GAIL J KNIGHT, MARTIN F GUTIERREZ, HAKSHING WILLIAM TAM, MARK A JANSSON and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIOFORNIA RENEWAL, as official proponents of Proposition 8, | |
|     Defendant-Intervenors._____/ | |

The court is in receipt of the letter dated May 18, 2010 from a coalition of media organizations informing the court of the media coalition's interest in recording, broadcasting and webcasting closing arguments in the above-captioned case. Doc #670.

The court removed the case from the Ninth Circuit pilot project on audio-video recording and transmission on January 15, 2010. Doc #463. No further request to include the case in the pilot program is contemplated. The media coalition's request is therefore DENIED.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge