IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M PERRY, SANDRA B STIER, PAUL T KATAMI and JEFFREY J ZARRILLO, | |
| Plaintiffs, | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Plaintiff-Intervenor, | |
| v | |
| ARNOLD SCHWARZENEGGER, in his official capacity as governor of California; EDMUND G BROWN JR, in his official capacity as attorney general of California; MARK B HORTON, in his official capacity as director of the California Department of Public Health and state registrar of vital statistics; LINETTE SCOTT, in her official capacity as deputy director of health information & strategic planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as clerk-recorder of the County of Alameda; and DEAN C LOGAN, in his official capacity as registrar-recorder/county clerk for the County of Los Angeles, | No    C 09-2292 VRW<br><br>ORDER |
| Defendants, | |
| DENNIS HOLLINGSWORTH, GAIL J KNIGHT, MARTIN F GUTIERREZ, HAKSHING WILLIAM TAM, MARK A JANSSON and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIOFORNIA RENEWAL, as official proponents of Proposition 8, | |
| Defendant-Intervenors. _____/ | |

On May 5, 2010, proponents moved to supplement the record with documents produced by various No on 8 groups pursuant to the court's March 5 (Doc #610) and March 22 (Doc #623) orders.  Doc #655.  Proponents' motion was updated on June 2, 2010 to reflect completed negotiations with the No on 8 groups surrounding the confidentiality of certain exhibits.  Doc #673.  Proponents' motion argues the relevance of each exhibit proponents seek to have included in the record.  See Doc #673-4.

Plaintiffs object that the exhibits proponents seek to admit are "hearsay, irrelevant, and untimely."  Doc #665 at 2. Plaintiffs do not however object to the court taking judicial notice of the exhibits.  Id.

Because proponents seek to admit documents without a sponsoring witness, and because plaintiffs do not object, the court finds it appropriate to take judicial notice of the 129 exhibits listed in Doc #673-1.  The 129 exhibits will therefore be included in the record as documents subject to judicial notice.

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge