

Davis Wright
Tremaine LLP

Thomas R. Burke
Suite 800
505 Montgomery Street
San Francisco, CA 94111-6533

Tel 415.276.6552
Fax 415.276.6599

Email: thomasburke@dwt.com

June 24, 2010

The Honorable Vaughn R. Walker
Chief Judge of the U.S. District Court
Northern District of California
Courtroom 6, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Case No. 09-CV-02292-VRW Perry, et al v. Schwarzenegger, et al
Request for 48 Hour Advanced Notice of the Court's Ruling

Dear Judge Walker:

On behalf of the members of the Media Coalition, given the extraordinary public interest in this trial, we respectfully request that the Court provide 48 hours advanced notice when the Court's ruling in this case will be made publicly available.

We appreciate the Court's consideration of this request.

Sincerely,

Davis Wright Tremaine LLP for the Media Coalition

Thomas R. Burke

TRB:fa

DWT 14409696v1 0012079-000168

Anchorage  New York      Seattle
Bellevue   Portland      Shanghai
Los Angeles San Francisco Washington, D.C.

www.dwt.com