GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson, SBN 38137
tolson@gibsondunn.com
Matthew D. McGill, *pro hac vice*
1050 Connecticut Avenue, N.W., Washington, D.C. 20036
Telephone: (202) 955-8668, Facsimile: (202) 467-0539

Theodore J. Boutrous, Jr., SBN 132009
tboutrous@gibsondunn.com
Christopher D. Dusseault, SBN 177557
Ethan D. Dettmer, SBN 196046
333 S. Grand Avenue, Los Angeles, California 90071
Telephone: (213) 229-7804, Facsimile: (213) 229-7520

BOIES, SCHILLER & FLEXNER LLP
David Boies, *pro hac vice*
dboies@bsfllp.com
333 Main Street, Armonk, New York 10504
Telephone: (914) 749-8200, Facsimile: (914) 749-8300

Jeremy M. Goldman, SBN 218888
jgoldman@bsfllp.com
1999 Harrison Street, Suite 900, Oakland, California 94612
Telephone: (510) 874-1000, Facsimile: (510) 874-1460

Attorneys for Plaintiffs
KRISTIN M. PERRY, SANDRA B. STIER,
PAUL T. KATAMI, and JEFFREY J. ZARRILLO

Dennis J. Herrera, SBN 139669
Therese M. Stewart, SBN 104930
Danny Chou, SBN 180240
One Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-4708, Facsimile (415) 554-4699

Attorneys for Plaintiff-Intervenor
CITY AND COUNTY OF SAN FRANCISCO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>and<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　　Plaintiff-Intervenor,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>　　　　　Defendants,<br><br>and<br><br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et al.*,<br><br>　　　　　Defendant-Intervenors. | CASE NO. 09-CV-2292 VRW<br><br>**PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S OPPOSITION TO DEFENDANT-INTERVENORS' MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Trial:　　January 11-27, 2010<br>Closing:　June 16, 2010<br><br>Judge:　　Chief Judge Vaughn R. Walker<br>　　　　　Magistrate Judge Joseph C. Spero<br><br>Location:　Courtroom 6, 17th Floor |

Gibson, Dunn & Crutcher LLP

09-CV-2292 VRW   PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S OPPOSITION TO
DEFENDANT-INTERVENORS' MOTION FOR ADMINISTRATIVE RELIEF

1    Plaintiffs and Plaintiff-Intervenor respectfully request that the Court deny Defendant-Intervenors' motion for administrative relief.  Doc #696.  On May 31, 2010, the Court informed the parties that the trial video would be made available "[i]n the event any party wishes to use portions of the trial recording during closing arguments."  Doc #672.  The Court stated that "[p]arties will of course be obligated to maintain as strictly confidential any copy of the video pursuant to paragraph 7.3 of the protective order, Doc #425."  *Id.*  Plaintiffs and Plaintiff-Intervenor both requested copies of the trial video, Docs #674, 675, and Plaintiffs used portions of the video during closing argument.

    Because this Court has yet to issue its decision and may request additional arguments or briefing before doing so, Defendant-Intervenors' request for the immediate return of the trial video should be denied as premature.  Plaintiffs and Plaintiff-Intervenor respectfully propose that once judgment is entered, the parties and the Court evaluate whether, and to what degree, the trial recording would be useful to the parties or to the Court in connection with any additional proceedings and/or appeal.  In the meantime, the protective order remains in place and ensures that the trial recording will not be publicly disclosed.

Respectfully submitted,

DATED:  June 29, 2010

GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson
Theodore J. Boutrous, Jr.
Christopher D. Dusseault
Ethan D. Dettmer
Matthew D. McGill
Amir C. Tayrani
Sarah E. Piepmeier
Theane Evangelis Kapur
Enrique A. Monagas


By:_____/s/_____
                Theodore B. Olson

and

///

///

///

Gibson, Dunn & Crutcher LLP

1
09-CV-2292 VRW  PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S OPPOSITION TO
DEFENDANT-INTERVENORS' MOTION FOR ADMINISTRATIVE RELIEF

BOIES, SCHILLER & FLEXNER LLP
David Boies
Steven C. Holtzman
Jeremy M. Goldman
Rosanne C. Baxter
Richard J. Bettan
Beko O. Richardson
Theodore H. Uno
Joshua Irwin Schiller

Attorneys for Plaintiffs
KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO

DENNIS J. HERRERA
City Attorney
THERESE M. STEWART
Chief Deputy City Attorney
DANNY CHOU
Chief of Complex and Special Litigation
RONALD P. FLYNN
VINCE CHHABRIA
ERIN BERNSTEIN
CHRISTINE VAN AKEN
MOLLIE M. LEE
Deputy City Attorneys


By: _____/s/_____
           Therese M. Stewart

Attorneys for Plaintiff-Intervenor
CITY AND COUNTY OF SAN FRANCISCO

Gibson, Dunn & Crutcher LLP

2
09-CV-2292 VRW  PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S OPPOSITION TO DEFENDANT-INTERVENORS' MOTION FOR ADMINISTRATIVE RELIEF

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

By: /s/
Theodore B. Olson