# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Theodore B. Olson
Direct: 202.955.8668
Fax: 202.530.9575
TOlson@gibsondunn.com

Client: T 36330-00001

July 9, 2010

The Honorable Vaughn R. Walker
Chief Judge of the United States District Court
  for the Northern District of California
450 Golden Gate Avenue
San Francisco, California  94102

Re:   <u>Perry v. Schwarzenegger</u>, Case No. C-09-2292 VRW

Dear Chief Judge Walker:

Plaintiffs and Plaintiff-Intervenor respectfully join in the Media Coalition's June 24, 2010 request that the Court provide 48 hours advance notice of a decision in this matter.  Doc #694.  In addition, it would be extremely helpful to the parties for their planning purposes if the Court could inform the parties whether or not it intends to provide advance notice of a ruling.  Thank you for your consideration.

Respectfully submitted,

*/s/ Theodore B. Olson*
Theodore B. Olson
Counsel for Plaintiffs

TBO/eam

Brussels • Century City • Dallas • Denver • Dubai • London • Los Angeles • Munich • New York • Orange County
Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.