**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Theodore J. Boutrous Jr.
Direct: 213.229.7804
Fax: 213.229.6804
TBoutrous@gibsondunn.com

Client: T 36330-00001

August 4, 2010

The Honorable Vaughn R. Walker
Chief Judge of the United States District Court
 for the Northern District of California
450 Golden Gate Avenue
San Francisco, California  94102

Re:  <u>Perry v. Schwarzenegger</u>, Case No. C-09-2292 VRW

Dear Chief Judge Walker:

I write on behalf of Plaintiffs in response to the obviously premature Motion to Stay filed yesterday by Proponents (Doc #705).  As the Court is aware, Proponents' motion requests that a stay be issued contemporaneously with the judgment.  Plaintiffs intend to respond to the stay motion, if a response is a warranted, as soon as practicable after the Court issues its Order.  If the Court is inclined to consider Proponents' request, Plaintiffs respectfully request the opportunity to be heard on their motion.


Respectfully submitted,

*/s/ Theodore J. Boutrous Jr.*
Theodore J. Boutrous Jr.
Counsel for Plaintiffs

TJB/sep