ADVOCATES FOR FAITH AND FREEDOM
Robert H. Tyler (CA Bar No. 179572)
*rtyler@faith-freedom.com*
Jennifer L. Monk (CA Bar No. 245512)
*jmonk@faith-freedom.com*
24910 Las Brisas Road, Suite 110
Murrieta, California 92562
Telephone:951-304-7583; Facsimile: 951-600-4996

ATTORNEYS FOR PROPOSED INTERVENORS COUNTY OF IMPERIAL
OF THE STATE OF CALIFORNIA, BOARD OF SUPERVISORS OF IMPERIAL
COUNTY, AND ISABEL VARGAS IN HER OFFICIAL CAPACITY AS DEPUTY
CLERK/DEPUTY COMMISSIONER OF CIVIL MARRIAGES FOR THE COUNTY OF
IMPERIAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and | CASE NO. 09-CV-2292 VRW<br><br>**JOINDER TO DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, MARK A. JANSSON, AND PROTECTMARRIAGE.COM'S MOTION FOR STAY PENDING APPEAL**<br><br>Date:  October 21, 2010<br>Time:  10:00 a.m.<br>Judge: Chief Judge,<br>         Vaughn R. Walker<br>Location: Courtroom 6, 17th Floor |

1

DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,

    Defendants,

DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON, as official proponents of Proposition 8,

    Defendant-Intervenors,

PROPOSED INTERVENORS COUNTY OF IMPERIAL OF THE STATE OF CALIFORNIA, BOARD OF SUPERVISORS OF IMPERIAL COUNTY, ALEJANDRA PASILLAS, AND ISABEL VARGAS IN THEIR OFFICIAL CAPACITY AS DEPUTY CLERKS/DEPUTY COMMISSIONERS OF CIVIL MARRIAGES FOR THE COUNTY OF IMPERIAL

    Proposed-Intervenors

**JOINDER TO DEFENDANT-INTERVENORS'**  
**MOTION FOR STAY PENDING APPEAL**      09-CV-2292 VRW

Proposed Intervenors County of Imperial of the State of California ("County"), Board of Supervisors of Imperial County ("Board"), and Isabel Vargas in her official capacity as Deputy Clerk/Deputy Commissioner of Civil Marriages for the County of Imperial ("Deputy Clerk") respectfully join in the Motion for Stay Pending Appeal (Docket No. 705) and the Motion for Order shortening Time (Docket No. 706) filed by Defendant-Intervenors Dennis Hollingsworth, Gail J. Knight, Martin F. Gutierrez, Mark A. Jansson, and Protectmarriage.Com – Yes on 8, a Project Of California Renewal.

DATED: August 4, 2010

ADVOCATES FOR FAITH AND FREEDOM
ATTORNEYS FOR PROPOSED
INTERVENORS COUNTY OF IMPERIAL
OF THE STATE OF CALIFORNIA, BOARD
OF SUPERVISORS OF IMPERIAL
COUNTY, AND ISABEL VARGAS IN HER
OFFICIAL CAPACITY AS DEPUTY
CLERK/DEPUTY COMMISSIONER OF
CIVIL MARRIAGES FOR THE COUNTY
OF IMPERIAL


By: s/Jennifer L. Monk
　　　Jennifer L. Monk

# DECLARATION OF SERVICE

I, Jennifer L. Monk, declare as follows:

I am employed in the State of California; I am over the age of eighteen years and am not a party to this action; my business address is 24910 Las Brisas Road, Suite 110, Murrieta, California 92562. On August 4, 2010, I served the following document(s):

**JOINDER TO DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, MARK A. JANSSON, AND PROTECTMARRIAGE.COM'S MOTION FOR STAY PENDING APPEAL**

on the parties stated below by the following means of service:

| | |
|---|---|
| Kenneth C. Mennemeier<br>Andrew W. Stroud<br>MENNEMEIER, GLASSMAN & STROUD LLP<br>980 9th Street, Suite 1700<br>Sacramento, CA 95814-2736<br>kcm@mgslaw.com<br>gosling@mgslaw.com<br>aknight@mgslaw.com<br>stroud@mgslaw.com<br>lbailey@mgslaw.com<br><br>*Attorneys for the Administration Defendants* | Gordon Burns<br>Tamar Pachter<br>OFFICE OF THE ATTORNEY GENERAL<br>1300 I Street, Suite 125<br>P.O Box. 944255<br>Sacramento, CA 94244-2550<br>Gordon.Burns@doj.ca.gov<br>Tamar.Pachter@doj.ca.gov<br><br>*Attorneys for Defendant Attorney General Edmund G. Brown, Jr.* |
| Dennis J. Herrera<br>Therese M. Stewart<br>OFFICE OF THE CITY ATTORNEY<br>City Hall, Room 234<br>One Dr. Carlon B. Goodlett Place<br>San Francisco, California 94102-4682<br>therese.stewart@sfgov.org<br>erin.bernstein@sfgov.org<br>vince.chhabria@sfgov.org<br>danny.chou@sfgov.org<br>ronald.flynn@sfgov.org<br>mollie.lee@sfgov.org<br>Christine.van.aken@sfgov.org | Elizabeth M. Cortez<br>Judy W. Whitehurts<br>THE OFFICE OF CITY COUNSEL<br>648 Kenneth Hahn Hall of Administration<br>500 West Temple Street<br>Los Angeles, CA 90012-2713<br>jwhitehurst@counsel.lacounty.gov<br><br>*Attorneys for Defendant Dean C. Logan Registrar-Recorder/County Clerk, County of Los Angeles* |

| | |
|---|---|
| catheryn.daly@sfgov.org | |
| *Attorneys for Plaintiff-Intervenor City and County of San Francisco* | |
| Richard E. Winnie | Ted Olson |
| Brian E. Washington | Matthew McGill |
| Claude F. Kolm | Amir Tayrani |
| Manuel F. Martinez | GIBSON, DUNN & CRUTCHER LLP |
| THE OFFICE OF CITY COUNSEL | 1050 Connecticut Avenue, N.W. |
| 1221 Oak Street, Suite 450 | Washington, DC  20036-5306 |
| Oakland, California  94612 | T:  (202) 955-8500 |
| Brian.washington@acgov.org | F:  (202) 467-0539 |
| Claude.kolm@acgov.org | TOlson@gibsondunn.com |
| Manuel.martinez@acgov.org | MMcGill@gibsondunn.com |
| Judith.martinez@acgov.org | ATayrani@gibsondunn.com |
| | |
| *Attorneys for Defendant Patrick O'Connell Clerk Recorder of the County of Alemeda* | Theodore Boustrous, Jr. |
| | Christopher Dusseault |
| | Theane Kapur |
| | |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 333 South Grand Avenue |
| | Los Angeles, CA  90072-1512 |
| | T:  (213) 229-7000 |
| | F:  (213) 229-7520 |
| | TBoutrous@gibsondunn.com |
| | CDusseault@gibsondunn.com |
| | TKapur@gibsondunn.com |
| | SMalzahn@gibsondunn.com |
| | |
| | Ethan Dettmer |
| | Enrique Monagas |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 555 Mission Street, Suite 3000 |
| | San Francisco, CA  94105 |
| | T:  (415) 393-8200 |
| | F:  (415) 393-8306 |
| | EDettmer@gibsondunn.com |
| | SPiepmeier@gibsondunn.com |
| | EMonagas@gibsondunn.com |
| | RJustice@gibsondunn.com |
| | MJanky@gibsondunn.com |

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |

Theodore Uno
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
T: (510) 874-1000
F: (510) 874-1460
jgoldman@bsfllp.com
tuno@bsfllp.com
brichardson@bsfllp.com
rbettan@bsfllp.com
jischiller@bsfllp.com

*Attorneys for Plaintiff Kristin M. Perry*

**BY ELECTRONIC MAIL:** I caused the following documents to be transmitted via electronic mail to the attorneys of record at the email addresses listed above pursuant to an agreement in writing between the parties that such service is appropriate under Federal Rule of Civil Procedure 5(b)(2)(E).

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed in Murrieta, California, August 4, 2010.

    s/Jennifer L. Monk
    Jennifer L. Monk

3

**DECLARATION OF SERVICE**                                                                                                               09-CV-2292 VRW