Aug 04 2010  Case3:09-cv-02292-VRW Document713   Filed08/04/10   Page1 of 6   p.2

```
 1  COOPER AND KIRK, PLLC
    Charles J. Cooper (DC Bar No. 248070)*
 2  ccooper@cooperkirk.com
    David H. Thompson (DC Bar No. 450503)*
 3  dthompson@cooperkirk.com
    Howard C. Nielson, Jr. (DC Bar No. 473018)*
 4  hnielson@cooperkirk.com
    Nicole J. Moss (DC Bar No. 472424)*
 5  nmoss@cooperkirk.com
    Peter A. Patterson (Ohio Bar No. 0080840)*
 6  ppatterson@cooperkirk.com
    1523 New Hampshire Ave. N.W., Washington, D.C. 20036
 7  Telephone: (202) 220-9600, Facsimile: (202) 220-9601

 8  LAW OFFICES OF ANDREW P. PUGNO
    Andrew P. Pugno (CA Bar No. 206587)
 9  andrew@pugnolaw.com
    101 Parkshore Drive, Suite 100, Folsom, California 95630
10  Telephone: (916) 608-3065, Facsimile: (916) 608-3066

11  ALLIANCE DEFENSE FUND
    Brian W. Raum (NY Bar No. 2856102)*
12  braum@telladf.org
    James A. Campbell (OH Bar No. 0081501)*
13  jcampbell@telladf.org
    15100 North 90th Street, Scottsdale, Arizona 85260
14  Telephone: (480) 444-0020, Facsimile: (480) 444-0028
```



FILED
2010 AUG -4 P 2: 12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ATTORNEYS FOR DEFENDANT-INTERVENOR DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, MARK A. JANSSON, and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL

\* Admitted *pro hac vice*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO, | |
| Plaintiffs, | CASE NO. 09-CV-2292 VRW |
| and | The Honorable Vaughn R. Walker, Chief Judge |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Plaintiff-Intervenor | **NOTICE OF APPEAL** |
| v. | |
| ARNOLD SCHWARZENEGGER, in his official | |

1  capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,

9  Defendants,

10  and

11  PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,

15  Defendant-Intervenors.

Additional Counsel for Defendant-Intervenors

ALLIANCE DEFENSE FUND
Timothy Chandler (CA Bar No. 234325)
*tchandler@telladf.org*
101 Parkshore Drive, Suite 100, Folsom, California 95630
Telephone: (916) 932-2850, Facsimile: (916) 932-2851

Jordan W. Lorence (DC Bar No. 385022)*
*jlorence@telladf.org*
Austin R. Nimocks (TX Bar No. 24002695)*
*animocks@telladf.org*
801 G Street NW, Suite 509, Washington, D.C. 20001
Telephone: (202) 393-8690, Facsimile: (202) 347-3622

* Admitted *pro hac vice*

DEFENDANT-INTERVENORS' NOTICE OF APPEAL
CASE NO. 09-CV-2292 VRW

Notice is hereby given under Fed. R. App. P. 3 that Defendant-Intervenors Hollingsworth, Knight, Gutierrez, Jansson, and ProtectMarriage.com hereby appeal to the United States Court of Appeals for the Ninth Circuit from the order of the United States District Court for the Northern District of California invalidating Proposition 8, dated August 4, 2010, and from all interlocutory orders of the court that have merged into the August 4 order.

Dated: August 4, 2010

By: _____
David H. Thompson*
DC Bar No. 450503
COOPER AND KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
Fax: (202) 220-9601
Attorney for Defendant-Intervenors
* *Admitted pro hac vice*

# Cooper & Kirk

**Lawyers**
A Professional Limited Liability Company
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
FAX (202) 220-9601

## FAX TRANSMISSION

**Send To:**

| No. | Name | Company | Fax Number | Phone Number |
|-----|------|---------|------------|--------------|
| 1. | Terry/Holly | | (415) 391-1980 | |
| | | | | |

This fax transmission is intended only for the use of the individual to whom it is addressed and may contain information that is confidential or legally privileged. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are advised that dissemination, distribution, or copying of this transmission, or any disclosure of the information contained in this transmission, is strictly prohibited. If you have received this communication in error, please notify us immediately by a collect telephone call to (202) 220-9600 so we may arrange to retrieve this transmission at no cost to you.

**Number of Pages, Including Cover Sheet:**   4

**From:**      David H. Thompson          **Direct:**  202-220-9659

**Date:**      August 4, 2010

**Client No.**   333-0

**Comments:**

## REPRESENTATION STATEMENT

**Attorneys for Plaintiffs Kristin M. Perry, Sandra B. Stier, Paul T. Katami, and Jeffrey J. Zarrillo:**

Theodore B. Olson
Matthew C. McGill
Amir C. Tayrani
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036
(202) 955-8668

Theodore J. Boutrous, Jr.
Christopher D. Dusseault
Ethan D. Dettmer
Theane Evangelis Kapur
Enrique A. Monagas
GIBSON, DUNN & CRUTCHER, LLP
333 S. Grand Avenue
Los Angeles, CA 90071
(213) 229-7804

Sarah Elizabeth Piepmeier
GIBSON, DUNN & CRUTCHER LLP
555 Mission St., Ste 300
San Francisco, Ca 94105
(415) 393-8200

David Boies
Rosanne C. Baxter
BOIES, SCHILLER & FLEXNER, LLP
333 Main St
Armonk, NY 10504
(914) 749-8200

Jeremy Michael Goldman
Theodore H. Uno
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison St., Suite 900
Oakland, CA 94612
(510) 874-1000

**Attorneys for Plaintiff-Intervenor City and County of San Francisco:**

Dennis J. Herrera
Therese Stewart
Danny Chou
Ronald P. Flynn
Vince Chhabria
Erin Bernstein
Christine Van Aken
Mollie M. Lee
CITY AND COUNTY OF SAN
   FRANCISCO
OFFICE OF THE CITY ATTORNEY
One Dr. Carlton B. Goodlett Place
Room 234
San Francisco, CA 4102-4682
(415) 554-4708

**Attorneys for Defendants Governor Arnold Schwarzenegger, Director Mark B. Horton, and Deputy Director Linette Scott:**

Kenneth C. Mennemeier
Andrew Walter Stroud
MENNEMEIER GLASSMAN & STROUD LLP
980 9th St, Ste 1700
Sacramento, CA 95814
(916) 553-4000

1

**Attorneys for Defendant Attorney General Edmund G. Brown, Jr.:**

Gordon Bruce Burns
Attorney General's Office, Dept. of Justice
1300 I Street, 17th Floor
Sacramento, CA 95814
(916) 324-3081

Tamar Pachter
Office of the California Attorney General
455 Golden Gate Ave, Suite 11000
San Francisco, CA 94102-7004
(415) 703-5970

**Attorneys for Defendant Clerk-Recorder Patrick O'Connell:**

Claude Franklin Kolm
Manuel Francisco Martinez
COUNTY OF ALAMEDA
1221 Oak Street, Suite 450
Oakland, CA 94612-4296
(510) 272-6710

**Attorney for Defendant Registrar-Recorder Dean C. Logan:**

Judy Whitehurst
OFFICE OF COUNTY COUNSEL –
COUNTY OF LOS ANGELES
500 West Temple St
Los Angeles, CA 90012
(213) 974-1845

**Attorney for Defendant-Intervenor Hak-Shing William Tam:**

Terry L. Thompson
Law Offices of Terry L. Thompson
P.O. Box 1346
Alamo, CA 94507
(925) 855-1507

**Attorneys for Defendant-Intervenors Dennis Hollingsworth, Gail J. Knight, Martin F. Gutierrez, Mark A. Jansson, and ProtectMarriage.com—Yes on 8, A Project of California Renewal:**

Charles J. Cooper
David H. Thompson
Howard C. Neilson, Jr.
Nicole J. Moss
Peter A. Patterson
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 22036
(202) 220-9600

Andrew P. Pugno
LAW OFFICES OF ANDREW P. PUGNO
101 Parkshore Dr., Ste. 100
Folsom, CA 95630
(916) 608-3065

Brian W. Raum
James A. Campbell
ALLIANCE DEFENSE FUND
15100 N. 90th St.
Scottsdale, AZ 85260
(480) 444-0020

Jordan W. Lawrence
Austin R. Nimocks
ALLIANCE DEFENSE FUND
801 G St. NW, Suite 509
Washington, D.C. 20001
(202) 393-8690

Timothy D. Chandler
ALLIANCE DEFENSE FUND
101 Parkshore Dr., Suite 100
Folsom, CA 95630
(916) 932-2850