EDMUND G. BROWN JR.
Attorney General of California
JONATHAN K. RENNER
Senior Assistant Attorney General
GORDON BURNS
Deputy Solicitor General
TAMAR PACHTER
Deputy Attorney General
DANIEL J. POWELL
Deputy Attorney General
State Bar No. 230304
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
   Telephone:  (415) 703-5830
   Fax:  (415) 703-1234
   E-mail:  Daniel.Powell@doj.ca.gov
*Attorneys for Defendant*
*Attorney General Edmund G. Brown Jr.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTIN M. PERRY, et al.,** | Case No. 09-cv-02292-VRW |
| Plaintiffs, | **ATTORNEY GENERAL'S OPPOSITION TO DEFENDANT-INTERVENORS' MOTION FOR STAY PENDING APPEAL** |
| **v.** | |
| **ARNOLD SCHWARZENEGGER, et al.,** | Action Filed:  May 27, 2009 |
| Defendants. | |

The Attorney General opposes Defendant-Intervenors' Request for a Stay of this Court's August 4, 2010 Order permanently enjoining the application or enforcement of Proposition 8 pending appeal of that Order.  As the Attorney General has consistently stated and as was convincingly demonstrated at trial, Proposition 8 violates the Fourteenth Amendment of the United States Constitution.  Defendant-Intervenors thus cannot demonstrate a likelihood of success on the merits in their appeal of this Court's Order.  Moreover, as this Court has concluded

1

1   that Proposition 8 is unconstitutional, the public interest weighs against its continued

2   enforcement.

3        Defendant-Intervenors' argument that the Attorney General's opposition to Plaintiffs'

4   initial request for a preliminary injunction supports their request for a stay pending appeal ignores

5   the fact that there has now been a trial on the merits that conclusively demonstrated that

6   Proposition 8 is unconstitutional.  In opposing the request for a preliminary injunction, the

7   Attorney General argued that "the parties, the Court, and, indeed, the general public would

8   benefit" from having the constitutionality of Proposition 8 "decided on the merits following full

9   briefing and argument by the parties." (Attorney General's Opposition to Plaintiffs' Motion for

10  Preliminary Injunction at 11–12.)  That has now occurred.  And while there is still the potential

11  for limited administrative burdens should future marriages of same-sex couples be later declared

12  invalid, these potential burdens are outweighed by this Court's conclusion, based on the

13  overwhelming evidence, that Proposition 8 is unconstitutional.  Accordingly, the harm to the

14  plaintiffs outweighs any harm to the state defendants.

15       There is now a final determination that Proposition 8 is unconstitutional.  Each of the four

16  factors this Court must consider in determining whether a stay is warranted weigh against a stay.

17  *See Golden Gate Rest. Ass'n v. San Francisco*, 512 F.3d 1112, 115 (9th Cir. 2008).  Accordingly,

18  the Attorney General respectfully requests that Defendant-Intervenors' request for a stay pending

19  appeal be denied.

20

21

22

23

24

25

26

27

28

1    Dated:  August 6, 2010                          Respectfully submitted,

2                                                    EDMUND G. BROWN JR.
                                                     Attorney General of California
3                                                    JONATHAN K. RENNER
                                                     Senior Assistant Attorney General
4                                                    GORDON BURNS
                                                     Deputy Solicitor General
5                                                    TAMAR PACHTER
                                                     Deputy Attorney General
6

7

8                                                        /s/  Daniel J. Powell
                                                     DANIEL J. POWELL
9                                                    Deputy Attorney General
                                                     *Attorneys for Attorney General*
10                                                   *Edmund G. Brown Jr.*

11
     SA2009310603
12   20237045.doc

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AG Opposition to Motion for Stay Pending Appeal
Perry v. Schwarzenegger  (Case no. 09-cv-02292-VRW)