

ADVOCATES FOR FAITH AND FREEDOM
Robert H. Tyler (CA Bar No. 179572)
*rtyler@faith-freedom.com*
Jennifer L. Monk (CA Bar No. 245512)
*jmonk@faith-freedom.com*
24910 Las Brisas Road, Suite 110
Murrieta, California 92562
Telephone: 951-304-7583; Facsimile: 951-600-4996

ATTORNEYS FOR PROPOSED INTERVENORS COUNTY OF IMPERIAL OF THE STATE OF CALIFORNIA, BOARD OF SUPERVISORS OF IMPERIAL COUNTY, AND ISABEL VARGAS IN HER OFFICIAL CAPACITY AS DEPUTY CLERK/DEPUTY COMMISSIONER OF CIVIL MARRIAGES FOR THE COUNTY OF IMPERIAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and | CASE NO. 09-CV-2292 VRW<br><br>The Honorable Vaughn R. Walker, Chief Judge<br><br>**NOTICE OF APPEAL** |

| | |
|---|---|
| DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,<br><br>Defendants,<br><br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,<br><br>Defendant-Intervenors. | |

Notice is hereby given under Fed. R. App. P. 3 that Proposed Intervenors County of Imperial of the State of California, Board of Supervisors of Imperial County, and Isabel Vargas in her official capacity as Deputy Clerk/Deputy Commissioner of Civil Marriages for the County of Imperial hereby appeal to the United States Court of Appeals for the Ninth Circuit from the United State District Court for the Northern District of California's order denying their motion to intervene (Doc # 709), dated August 4, 2010, and from the court's order finding Proposition 8 unconstitutional (Doc # 708), dated August 4, 2010.

Dated: August 10, 2010                    By: _____
                                              Robert H. Tyler
                                              Jennifer L. Monk
                                              ADVOCATES FOR FAITH AND FREEDOM
                                              24910 Las Brisas Road, Suite 110
                                              Murrieta, California 92562
                                              951-304-7583
                                              Fax: 951-600-4996
                                              Attorneys for Proposed Intervenors County of Imperial of the State of California, Board of Supervisors of Imperial County, and Isabel Vargas

2

NOTICE OF APPEAL                                                                09-CV-2292 VRW