*Privileged and Confidential*
*Common Interest Materials*

## REPRESENTATION STATEMENT

**Attorneys for Plaintiffs Kristin M. Perry, Sandra B. Stier, Paul T. Katami, and Jeffrey J. Zarrillo:**

Theodore B. Olson
Matthew C. McGill
Amir C. Tayrani
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036
(202) 955-8668

Theodore J. Boutrous, Jr.
Christopher D. Dusseault
Ethan D. Dettmer
Theane Evangelis Kapur
Enrique A. Monagas
GIBSON, DUNN & CRUTCHER, LLP
333 S. Grand Avenue
Los Angeles, CA 90071
(213) 229-7804

Sarah Elizabeth Piepmeier
GIBSON, DUNN & CRUTCHER LLP
555 Mission St., Ste 300
San Francisco, Ca 94105
(415) 393-8200

David Boies
Rosanne C. Baxter
BOIES, SCHILLER & FLEXNER, LLP
333 Main St
Armonk, NY 10504
(914) 749-8200

Jeremy Michael Goldman
Theodore H. Uno
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison St., Suite 900
Oakland, CA 94612
(510) 874-1000

**Attorneys for Plaintiff-Intervenor City and County of San Francisco:**

CASE# 09-CV-2292 VRW

Dennis J. Herrera
Therese Stewart
Danny Chou
Ronald P. Flynn
Vince Chhabria
Erin Bernstein
Christine Van Aken
Mollie M. Lee
CITY AND COUNTY OF SAN
 FRANCISCO
OFFICE OF THE CITY ATTORNEY
One Dr. Carlton B. Goodlett Place
Room 234
San Francisco, CA 4102-4682
(415) 554-4708

**Attorneys for Defendants Governor Arnold Schwarzenegger, Director Mark B. Horton, and Deputy Director Linette Scott:**

Kenneth C. Mennemeier
Andrew Walter Stroud
MENNEMEIER GLASSMAN & STROUD LLP
980 9th St, Ste 1700
Sacramento, CA 95814
(916) 553-4000

1

*Privileged and Confidential*
*Common Interest Materials*

**Attorneys for Defendant Attorney General Edmund G. Brown, Jr.:**

Gordon Bruce Burns
Attorney General's Office, Dept. of Justice
1300 I Street, 17th Floor
Sacramento, CA 95814
(916) 324-3081

Tamar Pachter
Office of the California Attorney General
455 Golden Gate Ave, Suite 11000
San Francisco, CA 94102-7004
(415) 703-5970

**Attorneys for Defendant Clerk-Recorder Patrick O'Connell:**

Claude Franklin Kolm
Manuel Francisco Martinez
COUNTY OF ALAMEDA
1221 Oak Street, Suite 450
Oakland, CA 94612-4296
(510) 272-6710

**Attorney for Defendant Registrar-Recorder Dean C. Logan:**

Judy Whitehurst
OFFICE OF COUNTY COUNSEL –
COUNTY OF LOS ANGELES
500 West Temple St
Los Angeles, CA 90012
(213) 974-1845

**Attorney for Defendant-Intervenor Hak-Shing William Tam:**

Terry L. Thompson
Law Offices of Terry L. Thompson
P.O. Box 1346
Alamo, CA 94507
(925) 855-1507

**Attorneys for Defendant-Intervenors Dennis Hollingsworth, Gail J. Knight, Martin F. Gutierrez, Mark A. Jansson, and ProtectMarriage.com—Yes on 8, A Project of California Renewal:**

Charles J. Cooper
David H. Thompson
Howard C. Neilson, Jr.
Nicole J. Moss
Peter A. Patterson
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 22036
(202) 220-9600

Andrew P. Pugno
LAW OFFICES OF ANDREW P. PUGNO
101 Parkshore Dr., Ste. 100
Folsom, CA 95630
(916) 608-3065

Brian W. Raum
James A. Campbell
ALLIANCE DEFENSE FUND
15100 N. 90th St.
Scottsdale, AZ 85260
(480) 444-0020

Jordan W. Lawrence
Austin R. Nimocks
ALLIANCE DEFENSE FUND
801 G St. NW, Suite 509
Washington, D.C. 20001
(202) 393-8690

Timothy D. Chandler
ALLIANCE DEFENSE FUND
101 Parkshore Dr., Suite 100
Folsom, CA 95630
(916) 932-2850

2

*Privileged and Confidential*
*Common Interest Materials*

**Attorneys for [Proposed] Defendant-Intervenors County of Imperial of the State of California, Board of Supervisors of Imperial County, and Isabel Vargas:**

Robert H. Tyler
Jennifer L. Monk
ADVOCATES FOR FAITH AND FREEDOM
24910 Las Brisas Road, Suite 110
Murrieta, California 92562
951-304-7583