

ADVOCATES FOR FAITH AND FREEDOM
Robert H. Tyler (CA Bar No. 179572)
rtyler@faith-freedom.com
Jennifer L. Monk (CA Bar No. 245512)
jmonk@faith-freedom.com
24910 Las Brisas Road, Suite 110
Murrieta, California 92562
Telephone:951-304-7583; Facsimile: 951-600-4996

ATTORNEYS FOR PROPOSED INTERVENORS COUNTY OF IMPERIAL OF THE STATE OF CALIFORNIA, BOARD OF SUPERVISORS OF IMPERIAL COUNTY, AND ISABEL VARGAS IN HER OFFICIAL CAPACITY AS DEPUTY CLERK/DEPUTY COMMISSIONER OF CIVIL MARRIAGES FOR THE COUNTY OF IMPERIAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO,<br><br>Plaintiffs,<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; EDMUND G. BROWN, JR., in his official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and | CASE NO. 09-CV-2292 VRW<br><br>The Honorable Vaughn R. Walker, Chief Judge<br><br>**STATEMENT OF RELATED CASE** |

1

DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,

Defendants,

PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL,

Defendant-Intervenors.

## STATEMENT OF RELATED CASES

Pursuant to Circuit Rule 28-2.6, Appellants certify that Defendant-Intervenors Dennis Hollingsworth, Gail J. Knight, Martin F. Gutierrez, Mark A. Jansson, and ProtectMarriage.Com – Yes On 8, A Project of California Renewal filed a Notice of Appeal on August 4, 2010 (Doc # 715), which appeal arises from the same case upon which this instant appeal arises, *Perry v. Schwarzenegger* (CASE NO. 09-CV-2292 VRW) before the Honorable Vaughn R. Walker in the Northern District of California.

Dated: August 10, 2010          By: ___R. Tyler___
Robert H. Tyler
Jennifer L. Monk
ADVOCATES FOR FAITH AND FREEDOM
24910 Las Brisas Road, Suite 110
Murrieta, California 92562
951-304-7583
Fax: 951-600-4996
Attorneys for Proposed Intervenors County of Imperial of the State of California, Board of Supervisors of Imperial County, and Isabel Vargas