**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

KRISTIN M PERRY, SANDRA B STIER,
PAUL T KATAMI and JEFFREY J
ZARRILLO,

       Plaintiffs,

CITY AND COUNTY OF SAN FRANCISCO,

       Plaintiff-Intervenor,

       v

ARNOLD SCHWARZENEGGER, in his
official capacity as Governor of
California; EDMUND G BROWN JR, in
his official capacity as Attorney
General of California; MARK B
HORTON, in his official capacity
as Director of the California
Department of Public Health and
State Registrar of Vital
Statistics; LINETTE SCOTT, in her
official capacity as Deputy
Director of Health Information &
Strategic Planning for the
California Department of Public
Health; PATRICK O'CONNELL, in his
official capacity as Clerk-
Recorder of the County of
Alameda; and DEAN C LOGAN, in his
official capacity as Registrar-
Recorder/County Clerk for the
County of Los Angeles,

       Defendants,

DENNIS HOLLINGSWORTH, GAIL J
KNIGHT, MARTIN F GUTIERREZ, HAK-
SHING WILLIAM TAM, MARK A
JANSSON and PROTECTMARRIAGE.COM –
YES ON 8, A PROJECT OF CALIFORNIA
RENEWAL, as official proponents
of Proposition 8,

       Defendant-Intervenors.
_____/

No C 09-2292 VRW

ORDER

On January 14, 2010, plaintiffs moved to file, either under seal or as part of the public record, documents they wished to introduce at trial.  Doc #414.  The court resolved the matter during trial; accordingly, the motion to seal is DENIED AS MOOT.

On January 19, 2010, plaintiffs moved to re-open the deposition of Ronald Prentice and concurrently submitted supporting exhibits under seal.  Doc #482.  The motion to re-open was denied without further briefing; accordingly, the motion to seal is DENIED AS MOOT.

Pursuant to Civ LR 79-5(e), the court will hold the documents submitted under seal until August 17, 2010.  If plaintiffs choose not to retrieve them before that date, the court will dispose of the documents.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

**United States District Court**
For the Northern District of California

2