```
 1  CARLVIN JUSTICE
    New Address: 2241 Sixth Street
 2  Berkeley, CA. 94710
    (510)938-5726
 3
    Interposition
 4  Carlvin H. Justice
    On behalf of the State
 5  Of California
```

FILED
2010 AUG 12 A 11: 40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United State District Court
Northern District of California

```
 7                                    VW
                                      Case no. 09 2292
    Perry                             Move to nullify
 8                                    Judge V. Walker
    Plaintiffs et al                  Decision dated Aug
 9                                    4, 2010 an a preventive
    Vs.                               Injuntion Title 28
10                                    U.S.C. §455, FRCP 7,53,
    Schwarzenegger                    63:
11
    Defendant
12
```

1

1  This ruling is a violation of the initiative and of the Constitution of the
2  United States of America and will need to be nullified on the merit.
3  This would be a violation of the voting rights and would need to be revised.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23  Date: 8/6/10 .                                    *(signature)*
24                                                    Interposition Carlvin Justice
25