RICHARD E. WINNIE [CA SBN 68048]
County Counsel
BRIAN E. WASHINGTON [CA SBN 146807]
Assistant County Counsel
CLAUDE F. KOLM [CA SBN 83517]
Deputy County Counsel
MANUEL F. MARTINEZ [CA SBN 245113]
Associate County Counsel
Office of County Counsel
County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone: (510) 272-6700
e-mail: claude.kolm@acgov.org

Attorneys for Defendant Patrick O'Connell, Clerk-Recorder of the County of Alameda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, et al.,<br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　　　　Defendants. | Case No.: CV 09 2292<br><br>**DEFENDANT PATRICK O'CONNELL'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S MOTION TO ENLARGE TIME**<br><br>Date: not set<br>Time: not set<br>Judge: Hon. Vaughn R. Walker<br>Courtroom: 6 |

　　　DEFENDANT PATRICK O'CONNELL in his official capacity as Clerk-Recorder for the County of Alameda does not oppose the Plaintiffs' and Plaintiff-Intervenor's Motion to Enlarge

//

//

//

//

**Perry v. Schwarzenegger et al, Case No. CV 09 2292**
Patrick O'Connell's Statement of Non-Opposition/ Motion to Enlarge Time (Pltffs & Pltff-Intervenor)　　1

1 | Time (Document 729).

Respectfully submitted,

DATED: August 18, 2010

RICHARD E. WINNIE, County Counsel in and for the County of Alameda, State of California


By: _____
Claude F. Kolm
Deputy County Counsel

Attorneys for Defendant Patrick O'Connell, Clerk Recorder for the County of Alameda

---

# CERTIFICATE OF SERVICE
*Perry, et al. v. Schwarzenegger, et al.*
Case No. CV 09-2292

I, Dalia Liang, declare:

I am a citizen of the United States. I am employed in the County of Alameda, State of California, over the age of 18 years, and not a party to the within proceeding. My business address is 1221 Oak Street, Suite 450, Oakland, CA 94612-4296.

On this day, I served a true and accurate copy of the documents entitled:

1. DEFENDANT PATRICK O'CONNELL'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S MOTION TO ENLARGE TIME; and

2. CERTIFICATE OF SERVICE.

on each of the following parties in this action:

| | |
|---|---|
| Christopher M. Gacek<br>Family Research Council<br>801 G Street NW<br>Washington, DC 20001 | David Boies<br>Boies Schiller & Flexner LLP<br>333 Main Street<br>Armonk, NY 10504 |
| Kaylan L. Phillips<br>1 South 6th Street<br>Terre Haute, IN 47807-3510 | Kevin James Hasson<br>1350 Connecticut Ave, Ste 605 NW<br>Washington, DC 20036-1735 |
| Michael James McDermott<br>7172 Regional #329<br>Dublin, CA 94568 | Paul Benjamin Linton<br>921 Keystone Avenue<br>Northbrook, IL 60062 |
| Rena M Lindevaldsen<br>Liberty Counsel<br>100 Mountainview Rd, Ste 2775<br>Lynchberg, VA 24502 | Richard E. Coleson<br>1 South 6th Street<br>Terre Haute, IN 47807-3510 |
| Suzanne B. Goldberg<br>Sexuality & Gender Law Clinic<br>435 W. 116th Street<br>New York, NY 10025 | T1homas Brejcha<br>Thomas More Society<br>29 S. La Salle, Ste 440<br>Chicago, IL 60603 |

---

**Perry v. Schwarzenegger et al, Case No. CV 09 2292**
Patrick O'Connell's Statement of Non-Opposition/ Motion to Enlarge Time (Pltffs & Pltff-Intervenor)   3

| | |
|---|---|
| Tobias Barrington Wolff<br>University of Pennsylvania Law School<br>3400 Chestnut Street<br>Philadelphia, PA 19104-6204 | Vincent P. McCarthy<br>W. Chestnut Hill Road<br>Lichfield, CT 06759 |
| Theodore Boustrous, Jr.<br>Theane Evangelis Kapur<br>Christopher Dusseault<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 | Michael W. Kirk<br>Jesse Panuccio<br>Cooper & Kirk PLLC<br>1523 New Hampshire Avenue N.W.<br>Washington, D.C. 20036 |
| Deputy Attorney General<br>Government Law Section<br>California Department of Justice<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 | Theodore Hideyuki Uno<br>Bois, Schiller & Flexner LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612 |
| Office of the County Counsel<br>Elizabeth M. Cortez<br>Judy W. Whitehurst<br>648 Kenneth Hahn Hall of Admin.<br>500 West Temple Street<br>Los Angeles, California 90012-2713 | Ted Olson<br>Matthew McGill<br>Amir Tayrani<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306 |
| City of San Francisco<br>San Francisco City Attorney's Office<br>1390 Market Street, Seventh Floor<br>San Francisco, CA 94102 | Ethan Dettmer<br>Enrique Monagas<br>Sarah E. Piepmeier<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105 |
| Theane Evangelis Kapur<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 | Kenneth C. Mennemeier<br>Andrew W. Stroud, Esq.<br>Mennemeier Glass & Stroud LLP<br>980 9th Street, Suite 1700<br>Sacramento, CA 95814 |
| David Boies<br>Boies Schiller & Flexner LLP<br>333 Main Street<br>Armonk, NY 10504 | ADR Unit - U.S. District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| Tobias Barrington Wolff<br>University of Pennsylvania Law School<br>3400 Chestnut Street<br>Philadelphia, PA 19104-6204 | Terry Lee Thompson<br>P.O. Box 1346<br>Alamo, CA 94507 |

**Perry v. Schwarzenegger et al, Case No. CV 09 2292**
Patrick O'Connell's Statement of Non-Opposition/ Motion to Enlarge Time (Pltffs & Pltff-Intervenor)   4

1  Richard J. Bettan
2  BOIES SCHILLER & FLEXNER LLP
   575 Lexington Avenue, 7th Floor
3  New York, NY 10022

4      I caused such documents, sealed in envelopes with postage thereon fully prepaid and
5  addressed as indicated above, to be mailed via the United States Postal Service, in the City of
6  Oakland, California.
7      I declare under penalty of perjury that the foregoing is true and correct to the best of my
8  knowledge. Executed at Oakland, California, on August 18, 2010.

                          *[signature]*
                          Dalia Liang

---

Perry v. Schwarzenegger et al, Case No. CV 09 2292
Patrick O'Connell's Statement of Non-Opposition/ Motion to Enlarge Time (Pltffs & Pltff-Intervenor)    5