RICHARD E. WINNIE [CA SBN 68048]
County Counsel
BRIAN E. WASHINGTON [CA SBN 146807]
Assistant County Counsel
CLAUDE F. KOLM [CA SBN 83517]
Deputy County Counsel
MANUEL F. MARTINEZ [CA SBN 245113]
Associate County Counsel
Office of County Counsel
County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone:   (510) 272-6700
e-mail: claude.kolm@acgov.org

Attorneys for Defendant Patrick O'Connell, Clerk-Recorder of the County of Alameda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, *et al.*,<br>　　　　　Plaintiffs,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, *et al.*,<br>　Defendants. | Case No.: CV 09 2292<br><br>**DEFENDANT PATRICK O'CONNELL'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S MOTION TO SHORTEN TIME TO DECIDE PLAINTIFFS' MOTION TO ENLARGE TIME**<br><br>Date:  not set<br>Time:  not set<br>Judge:  Hon. Vaughn R. Walker<br>Courtroom: 6 |

　　　　DEFENDANT PATRICK O'CONNELL in his official capacity as Clerk-Recorder for the County of Alameda does not oppose the Plaintiffs' and Plaintiff-Intervenor's Motion to Enlarge

//

//

//

---

Perry v. Schwarzenegger et al, Case No. CV 09 2292
Patrick O'Connell's Statement of Non-Opposition/ Motion to Shorten Time (Pltffs & Pltff-Intervenors)　　1

Time (Document 732).

                          Respectfully submitted,

DATED: August 18, 2010      RICHARD E. WINNIE, County Counsel in and for the County of Alameda, State of California

By: *[signature]*
Claude F. Kolm
Deputy County Counsel

Attorneys for Defendant Patrick O'Connell,
Clerk Recorder for the County of Alameda

CERTIFICATE OF SERVICE
*Perry, et al. v. Schwarzenegger, et al.*
Case No. CV 09-2292

I, Dalia Liang, declare:

I am a citizen of the United States. I am employed in the County of Alameda, State of California, over the age of 18 years, and not a party to the within proceeding. My business address is 1221 Oak Street, Suite 450, Oakland, CA 94612-4296.

On this day, I served a true and accurate copy of the documents entitled:

1. DEFENDANT PATRICK O'CONNELL'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' AND PLAINTIFF-INTERVENOR'S MOTION TO SHORTEN TIME TO DECIDE PLAINTIFFS' MOTION TO ENLARGE TIME; and

2. CERTIFICATE OF SERVICE.

on each of the following parties in this action:

Christopher M. Gacek
Family Research Council
801 G Street NW
Washington, DC 20001

David Boies
Boies Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Kaylan L. Phillips
1 South 6th Street
Terre Haute, IN 47807-3510

Kevin James Hasson
1350 Connecticut Ave, Ste 605 NW
Washington, DC 20036-1735

Michael James McDermott
7172 Regional #329
Dublin, CA 94568

Paul Benjamin Linton
921 Keystone Avenue
Northbrook, IL 60062

Rena M Lindevaldsen
Liberty Counsel
100 Mountainview Rd, Ste 2775
Lynchberg, VA 24502

Richard E. Coleson
1 South 6th Street
Terre Haute, IN 47807-3510

Suzanne B. Goldberg
Sexuality & Gender Law Clinic
435 W. 116th Street
New York, NY 10025

T1homas Brejcha
Thomas More Society
29 S. La Salle, Ste 440
Chicago, IL 60603

| | |
|---|---|
| Tobias Barrington Wolff<br>University of Pennsylvania Law School<br>3400 Chestnut Street<br>Philadelphia, PA 19104-6204 | Vincent P. McCarthy<br>W. Chestnut Hill Road<br>Lichfield, CT 06759 |
| Theodore Boustrous, Jr.<br>Theane Evangelis Kapur<br>Christopher Dusseault<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 | Michael W. Kirk<br>Jesse Panuccio<br>Cooper & Kirk PLLC<br>1523 New Hampshire Avenue N.W.<br>Washington, D.C. 20036 |
| Deputy Attorney General<br>Government Law Section<br>California Department of Justice<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 | Theodore Hideyuki Uno<br>Bois, Schiller & Flexner LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612 |
| Office of the County Counsel<br>Elizabeth M. Cortez<br>Judy W. Whitehurst<br>648 Kenneth Hahn Hall of Admin.<br>500 West Temple Street<br>Los Angeles, California 90012-2713 | Ted Olson<br>Matthew McGill<br>Amir Tayrani<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036-5306 |
| City of San Francisco<br>San Francisco City Attorney's Office<br>1390 Market Street, Seventh Floor<br>San Francisco, CA 94102 | Ethan Dettmer<br>Enrique Monagas<br>Sarah E. Piepmeier<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA  94105 |
| Theane Evangelis Kapur<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 | Kenneth C. Mennemeier<br>Andrew W. Stroud, Esq.<br>Mennemeier Glass & Stroud LLP<br>980 9th Street, Suite 1700<br>Sacramento, CA 95814 |
| David Boies<br>Boies Schiller & Flexner LLP<br>333 Main Street<br>Armonk, NY 10504 | ADR Unit - U.S. District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| Tobias Barrington Wolff<br>University of Pennsylvania Law School<br>3400 Chestnut Street<br>Philadelphia, PA 19104-6204 | Terry Lee Thompson<br>P.O. Box 1346<br>Alamo, CA  94507 |

**Perry v. Schwarzenegger et al, Case No. CV 09 2292**
Patrick O'Connell's Statement of Non-Opposition/ Motion to Shorten Time (Pltffs & Pltff-Intervenors)   4

Richard J. Bettan
BOIES SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022

I caused such documents, sealed in envelopes with postage thereon fully prepaid and addressed as indicated above, to be mailed via the United States Postal Service, in the City of Oakland, California.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed at Oakland, California, on August 18, 2010.

_____
Dalia Liang