**FILED**

UNITED STATES COURT OF APPEALS

AUG 17 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KRISTIN M. PERRY; et al., | No. 10-16751 |
| Plaintiffs - Appellees, | D.C. No. 3:09-cv-02292-VRW |
| CITY AND COUNTY OF SAN FRANCISCO, | Northern District of California, San Francisco |
| Plaintiff-Intervenor - Appellee, | ORDER |
| v. | |
| ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California; et al., | |
| Defendants, | |
| DENNIS HOLLINGSWORTH; et al., | |
| Defendants-Intervenor, | |
| and | |
| COUNTY OF IMPERIAL; et al., | |
| Movants - Appellants. | |

Before: LEAVY, HAWKINS and THOMAS, Circuit Judges.

KS/MOATT

The court *sua sponte* expedites the briefing and hearing of this appeal pursuant to Federal Rule of Appellate Procedure 2. The provisions of Ninth Circuit Rule 31-2.2(a) (pertaining to grants of time extensions) shall not apply to this appeal. This appeal shall be calendared with case No. 10-16696 during the week of December 6, 2010, at The James R. Browning Courthouse in San Francisco, California.

The previously established briefing schedule is vacated. The opening brief is now due September 17, 2010. The answering brief is due October 18, 2010. The reply brief is due November 1, 2010.

**IT IS SO ORDERED.**