FILED

OCT 15 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DENNIS HOLLINGSWORTH, et al., | No. 10-70063 |
| Petitioners, | D.C. No. 3:09-cv-02292-VRW<br>Northern District of California,<br>San Francisco |
| v. | |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, | ORDER |
| Respondent, | |
| KRISTIN M. PERRY; et al., | |
| Real Parties in Interest. | |

Before: SILVERMAN, PAEZ and BEA, Circuit Judges.

On October 4, 2010, the United States Supreme Court granted the petition for writ of certiorari and vacated the judgment and remanded with instructions to dismiss this petition as moot. Accordingly, this court's January 8, 2010 order is vacated and the petition for writ of mandamus is denied as moot.

KS/MOATT