GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson, SBN 38137
TOLSON@GIBSONDUNN.COM
Matthew D. McGill, *pro hac vice*
Amir C. Tayrani, SBN 229609
1050 Connecticut Ave., N.W., Washington, D.C. 20036
T: (202) 955-8668 | F: (202) 467-0539

Theodore J. Boutrous, Jr., SBN 132009
TBOUTROUS@GIBSONDUNN.COM
Christopher D. Dusseault, SBN 177557
Ethan D. Dettmer, SBN 196046
Sarah E. Piepmeier, SBN 227094
Theane Evangelis Kapur, SBN 243570
Enrique A. Monagas, SBN 239087
333 S. Grand Ave., Los Angeles, CA 90071
T: (213) 229-7804 | F: (213) 229-7520

BOIES, SCHILLER & FLEXNER LLP
David Boies, *pro hac vice*
DBOIES@BSFLLP.COM
333 Main St., Armonk, NY 10504
T: (914) 749-8200 | F: (914) 749-8300

Jeremy M. Goldman, SBN 218888
JGOLDMAN@BSFLLP.COM
1999 Harrison St., Ste. 900, Oakland, CA 94612
T: (510) 874-1000 | F: (510) 874-1460

Attorneys for Plaintiffs
Kristin M. Perry, Sandra B. Stier,
Paul T. Katami, and Jeffrey J. Zarrillo

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, *et al.*,<br><br>          Plaintiffs,<br>and<br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>          Plaintiff-Intervenor,<br>     v.<br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>          Defendants,<br>and<br>PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, *et al.*,<br><br>          Defendant-Intervenors. | CASE NO. 09-CV-2292 JW<br><br>**JOINT STATUS STATMENT**<br><br>Hon: Chief Judge James Ware |

Pursuant to this Court's March 2, 2011 Reassignment Order, Doc #765, the parties in the above-entitled action jointly submit this Joint Status Statement.

**I.     PROCEDURAL HISTORY**

On May 22, 2009, Plaintiffs Kristin M. Perry, Sandra B. Stier, Paul T. Katami, and Jeffrey J. Zarrillo ("Plaintiffs") filed the complaint.  Doc #1.  Plaintiffs challenged the constitutionality of California's Proposition 8 under the Due Process and Equal Protection Clauses of the Fourteenth Amendment, and named as defendants California's Governor, Attorney General, Director of Public Health, and Deputy Director of Health Information and Strategic Planning; the Alameda County Clerk-Recorder; and the Los Angeles County Registrar-Recorder/County Clerk (collectively, "Defendants").  *Id*.

On May 28, 2009, Defendant-Intervenors Proposition 8 Official Proponents Dennis Hollingsworth, Gail J. Knight, Martin F. Gutierrez, Hak-Shing William Tam, and Mark A. Jansson; and ProtectMarriage.com – Yes on 8, A Project of California Renewal ("Defendant-Intervenors") moved to intervene in the case to defend Proposition 8, Doc #8, and this Court granted their motion on June 30, 2009.  Doc #77.  In August 2009, the City and County of San Francisco ("Plaintiff-Intervenor") was also granted leave to intervene in the case.  Doc #160.

On July 2, 2009, this Court denied Plaintiffs' motion for a preliminary injunction.  Doc #154.  On October 14, 2009, this Court denied Defendant-Intervenors' motion for summary judgment.  Doc #226.  From January 11 to January 27, 2010, this Court conducted a twelve-day bench trial.  Doc #690.  Closing arguments were held on June 16, 2010.  *Id*.  On August 4, 2010, this Court ordered entry of judgment in favor of Plaintiffs and Plaintiff-Intervenor and against Defendants and Defendant-Intervenors.  Doc #708.  A permanent injunction enjoining "Defendants in their official capacities, and all persons under the control or supervision of defendants . . . from applying or enforcing Article I, § 7.5 of the California Constitution [Proposition 8]" was entered on August 12, 2010.  Doc #728.  Defendant-Intervenors' motion to stay judgment pending appeal, Doc #705, was denied by this Court on August 12, 2010.[1]  Doc #727.  On August 16, 2010, the Ninth Circuit entered

---

[1]   Defendant-Intervenor Hak-Shing William Tam did not appeal this Court's judgment and was not a movant in the motion for a stay pending appeal.

a stay of the judgment pending appeal. Doc #751. On August 24, 2010, this Court granted Plaintiffs' and Plaintiff-Intervenor's motion to enlarge time to file a motion for attorney fees and costs, ordering that that "any motion for fees and costs pursuant to FRCP 54(d) shall be filed not later than thirty days after all appeals of the August 12, 2010 judgment, Doc #728, are final." Doc #744.

On February 23, 2011, Plaintiffs moved to vacate the stay pending appeal in the Ninth Circuit. Plaintiff-Intervenor joined Plaintiffs' motion on February 24, 2011. On March 7, 2011, Defendant-Intervenors Hollingsworth, Knight, Gutierrez, Jansson, and ProtectMarriage.com filed an opposition. As of March 14, 2011, the Ninth Circuit has not ruled on Plaintiffs' motion to vacate the stay pending appeal.

## II.   CASE STATUS

The case is currently on appeal before the United States Court of Appeals for the Ninth Circuit, and this Court's judgment is stayed pending the outcome of that appeal. Thus, no action is required by this Court at this time.

Respectfully submitted,

DATED: March 14, 2011          GIBSON, DUNN & CRUTCHER LLP


By: _____/s/_____
            Theodore B. Olson

and

BOIES, SCHILLER & FLEXNER LLP

David Boies

Attorneys for Plaintiffs
KRISTIN M. PERRY, SANDRA B. STIER,
PAUL T. KATAMI, and JEFFREY J. ZARRILLO

///

///

///

| | | |
|---|---|---|
| 1 | DATED: March 14, 2011 | OFFICE OF THE CITY ATTORNEY |

By: _____/s/_____
Therese M. Stewart

Attorneys for Plaintiff-Intervenor
CITY AND COUNTY OF SAN FRANCISCO

DATED: March 14, 2011    COOPER AND KIRK, PLLC

By: _____/s/_____
David Thompson

Attorneys for Defendant-Intervenors
PROPOSITION 8 OFFICIAL PROPONENTS
DENNIS HOLLINGSWORTH, GAIL J. KNIGHT,
MARTIN F. GUTIERREZ, and MARK A. JANSSON;
and PROTECTMARRIAGE.COM – YES ON 8,
A PROJECT OF CALIFORNIA RENEWAL

DATED: March 14, 2011    LAW OFFICE OF TERRY L. THOMPSON

By: _____/s/_____
Terry L. Thompson

Attorneys for Defendant-Intervenor
HAK-SHING WILLIAM TAM

DATED: March 14, 2011    KAMALA D. HARRIS
ATTORNEY GENERAL OF CALIFORNIA

By: _____/s/_____
Tamar Pachter
Deputy Attorney General

Attorneys for Defendant
ATTORNEY GENERAL KAMALA D. HARRIS

| | | |
|---|---|---|
| 1 | DATED: March 14, 2011 | MENNEMEIER, GLASSMAN & STROUD LLP |

By: _____/s/_____
        Andrew W. Stroud

Attorneys for Defendants
EDMUND G. BROWN JR.,
MARK B. HORTON, and LINETTE SCOTT
(the "Administration Defendants")

DATED: March 14, 2011     RICHARD E. WINNIE, County Counsel in and for the County of Alameda, State of California

By: _____/s/_____
        Claude F. Kolm,
        Deputy County Counsel

Attorneys for Defendant
PATRICK O'CONNELL,
Alameda County Clerk-Recorder

DATED: March 14, 2011     THE OFFICE OF COUNTY COUNSEL

By: _____/s/_____
        Judy Whitehurst

Attorneys for Defendant
DEAN C. LOGAN,
Recorder/County Clerk for the County of Los Angeles

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

By: /s/ Enrique A. Monagas
Enrique A. Monagas