United States District Court
For the Northern District of California

1
2
3
4
5
6                   IN THE UNITED STATES DISTRICT COURT
7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                          SAN FRANCISCO DIVISION

9   Kristin M. Perry, et al.,                   NO. C 09-02292 JW

10                 Plaintiffs,          **ORDER EXPEDITING HEARING ON**
                                        **MOTION; SETTING BRIEFING**
11      v.                              **SCHEDULE**

12  Arnold Schwarzenegger, et al.,

13                 Defendants.
                                    /

14          Pursuant to Fed. R. Civ. P. 62.1(a), Defendant-Intervenors' have filed a Motion to Vacate

15  Judgment.  (See Docket Item No. 768.)  Defendant-Intervenors have requested a hearing on July 11,

16  2011.  Due to the nature of the Motion, the Court finds good cause to expedite and specially set a

17  hearing on the Motion.  Accordingly, the Court advances the hearing to **June 13, 2011 at 9 a.m.**

18  The parties shall comply with the following briefing schedule:

19          (1)     On or before **May 13, 2011**, any party desiring to do so, shall file their Opposition to

20                  the Motion;

21          (2)     On or before **May 23, 2011**, any party desiring to do so, shall file their Reply.

22          In their papers, the parties shall address the specific procedural posture of this case and how

23  the Court should dispose of this Motion under Fed. R. Civ. P. 62.1(a).

24

25  Dated:  April 27, 2011

26                                            JAMES WARE
                                              United States District Chief Judge

27
28

**United States District Court**
For the Northern District of California

1  THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:

2  Alan Lawrence Schlosser aschlosser@aclunc.org
   Amir Cameron Tayrani ATayrani@gibsondunn.com
3  Andrew Perry Pugno andrew@pugnolaw.com
   Andrew Walter Stroud stroud@mgslaw.com
4  Angela Christine Thompson angelathompsonesq@gmail.com
   Austin R. Nimocks animocks@telladf.org
5  Brian Ricardo Chavez-Ochoa chavezochoa@yahoo.com
   Brian W Raum braum@telladf.org
6  Charles J. Cooper ccooper@cooperkirk.com
   Charles Salvatore LiMandri cslimandri@limandri.com
7  Christine  Van Aken christine.van.aken@sfgov.org
   Christopher Dean Dusseault cdusseault@gibsondunn.com
8  Christopher Francis Stoll cstoll@nclrights.org
   Christopher James Schweickert cjs@wcjuris.com
9  Claude Franklin Kolm claude.kolm@acgov.org
   Daniel J. Powell Daniel.Powell@doj.ca.gov
10 Danny Yeh Chou danny.chou@sfgov.org
   David  Boies dboies@bsfllp.com
11 David E. Bunim DBunim@haasnaja.com
   David H. Thompson dthompson@cooperkirk.com
12 David L. Llewellyn DLlewellyn@LS4law.com
   Diana E Richmond drichmond@sideman.com
13 Elizabeth O. Gill egill@aclunc.org
   Enrique Antonio Monagas emonagas@gibsondunn.com
14 Eric  Grant grant@hicks-thomas.com
   Eric Alan Isaacson erici@rgrdlaw.com
15 Erin Brianna Bernstein Erin.Bernstein@sfgov.org
   Ethan D. Dettmer edettmer@gibsondunn.com
16 Gordon Bruce Burns Gordon.Burns@doj.ca.gov
   Herma Hill Kay hkay@law.berkeley.edu
17 Holly L Carmichael holly.l.carmichael@gmail.com
   Howard C. Nielson hnielson@cooperkirk.com
18 Ilona Margaret Turner iturner@nclrights.org
   James  Bopp jboppjr@bopplaw.com
19 James A Campbell jcampbell@telladf.org
   James C. Harrison jharrison@rjp.com
20 James Dixon Esseks jesseks@aclu.org
   James J. Brosnahan jbrosnahan@mofo.com
21 Jennifer Carol Pizer jpizer@lambdalegal.org
   Jennifer Lynn Monk jmonk@faith-freedom.com
22 Jeremy Michael Goldman jgoldman@bsfllp.com
   Jerome Cary Roth Jerome.Roth@mto.com
23 Jesse Michael Panuccio jpanuccio@cooperkirk.com
   John Douglas Freed jfreed@cov.com
24 Jon Warren Davidson jdavidson@lambdalegal.org
   Jordan W. Lorence jlorence@telladf.org
25 Jose Hector Moreno jhmoreno@jhmlaw.com
   Josh  Schiller jischiller@bsfllp.com
26 Judy  Whitehurst JWhitehurst@counsel.lacounty.gov
   Kari Lynn Krogseng krogseng@rjp.com
27 Kelly Wayne Kay oakkelly@yahoo.com

28                                    2

Kenneth C. Mennemeier kcm@mgslaw.com
Kevin Trent Snider kevinsnider@pacificjustice.org
Lauren Estelle Whittemore lwhittemore@fenwick.com
Leslie A Kramer lkramer@fenwick.com
Louis P. Feuchtbaum lfeuchtbaum@sideman.com
Manuel Francisco Martinez manuel.martinez@acgov.org
Mark Russell Conrad Mark.Conrad@mto.com
Mary Elizabeth McAlister court@lc.org
Matthew Albert Coles mcoles@aclu.org
Matthew Dempsey McGill mmcgill@gibsondunn.com
Michael  Wolf mwolf@nethere.com
Michael James McDermott mjm1usa@aol.com
Michael Stuart Wald mwald@stanford.edu
Patrick John Gorman pgorman@wctlaw.com
Peter  Obstler peter.obstler@bingham.com
Peter A. Patterson ppatterson@cooperkirk.com
Richard J. Bettan rbettan@bsfllp.com
Robert Henry Tyler rtyler@faith-freedom.com
Ronald P. Flynn ronald.flynn@sfgov.org
Rosanne C. Baxter rbaxter@bsfllp.com
Sarah Elizabeth Piepmeier spiepmeier@gibsondunn.com
Shannon  Minter sminter@nclrights.org
Stephen V. Bomse sbomse@orrick.com
Steven Edward Mitchel mitchelsteve@yahoo.com
Susan Marie Popik spopik@chapop.com
Tamar  Pachter Tamar.Pachter@doj.ca.gov
Tara Lynn Borelli tborelli@lambdalegal.org
Terry Lee Thompson tl_thompson@earthlink.net
Theane Evangelis Kapur tkapur@gibsondunn.com
Theodore B Olson tolson@gibsondunn.com
Theodore Hideyuki Uno tuno@bsfllp.com
Theodore J. Boutrous tboutrous@gibsondunn.com
Thomas R. Burke thomasburke@dwt.com
Timothy D Chandler tchandler@telladf.org

**Dated:  April 27, 2011**                    **Richard W. Wieking, Clerk**


**By:      /s/ JW Chambers**
       **Sue Imbriani**
       **Courtroom Deputy**