IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Kristin M. Perry, et al., | NO. C 09-02292 JW |
| Plaintiffs, | **ORDER SETTING HEARING ON MOTION** |
| v. | |
| Arnold Schwarzenegger, et al., | |
| Defendants. | |

On April 27, 2011, the Ninth Circuit transferred Appellants' (Intervenor-Defendants) Motion for Order Compelling Return of Trial Recordings and Plaintiffs' Opposition and Cross-Motion to this Court. (See Docket Item Nos. 770, 771.) Upon review, the Court finds good cause to set a hearing on Intervenor-Defendants' Motion that coincides with the hearing on the Motion to Vacate Judgment. However, the Court finds good cause to bifurcate Plaintiffs' Cross-Motion to lift the protective order until it has the opportunity to resolve the underlying Motion. The Court will set a hearing on Plaintiffs' Cross-Motion in its Order addressing Intervenor-Defendants' Motion.

Accordingly, the Court sets **June 13, 2011 at 9 a.m.** for a hearing on Intervenor-Defendants' Motion. Although it appears that the Motion has been fully briefed at the circuit level,[1] the Court invites anyone who wishes to file further responses to the Motion to do so in compliance with the following briefing schedule:

(1) On or before **May 13, 2011**, any party desiring to do so shall file their Opposition;

(2) On or before **May 23, 2011**, any party desiring to do so shall file their Reply.

---

[1] On or before **May 9, 2011**, each party shall lodge with the Court two chambers' copies of their briefs and all supporting papers as filed with the Ninth Circuit.

1  All participants in the trial, including the presiding judge (now retired), who are in
2  possession of a recording of the trial proceedings, are ordered to appear at the hearing on **June 13,**
3  **2011,** to show cause as to why the recordings should not be returned to the Court's possession.

Dated:  April 28, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Retired Chief Judge Vaughn Walker, *email redacted*
Alan Lawrence Schlosser aschlosser@aclunc.org
Amir Cameron Tayrani ATayrani@gibsondunn.com
Andrew Perry Pugno andrew@pugnolaw.com
Andrew Walter Stroud stroud@mgslaw.com
Angela Christine Thompson angelathompsonesq@gmail.com
Austin R. Nimocks animocks@telladf.org
Brian Ricardo Chavez-Ochoa chavezochoa@yahoo.com
Brian W Raum braum@telladf.org
Charles J. Cooper ccooper@cooperkirk.com
Charles Salvatore LiMandri cslimandri@limandri.com
Christine Van Aken christine.van.aken@sfgov.org
Christopher Dean Dusseault cdusseault@gibsondunn.com
Christopher Francis Stoll cstoll@nclrights.org
Christopher James Schweickert cjs@wcjuris.com
Claude Franklin Kolm claude.kolm@acgov.org
Daniel J. Powell Daniel.Powell@doj.ca.gov
Danny Yeh Chou danny.chou@sfgov.org
David Boies dboies@bsfllp.com
David E. Bunim DBunim@haasnaja.com
David H. Thompson dthompson@cooperkirk.com
David L. Llewellyn DLlewellyn@LS4law.com
Diana E Richmond drichmond@sideman.com
Elizabeth O. Gill egill@aclunc.org
Enrique Antonio Monagas emonagas@gibsondunn.com
Eric Grant grant@hicks-thomas.com
Eric Alan Isaacson erici@rgrdlaw.com
Erin Brianna Bernstein Erin.Bernstein@sfgov.org
Ethan D. Dettmer edettmer@gibsondunn.com
Gordon Bruce Burns Gordon.Burns@doj.ca.gov
Herma Hill Kay hkay@law.berkeley.edu
Holly L Carmichael holly.l.carmichael@gmail.com
Howard C. Nielson hnielson@cooperkirk.com
Ilona Margaret Turner iturner@nclrights.org
James Bopp jboppjr@bopplaw.com
James A Campbell jcampbell@telladf.org
James C. Harrison jharrison@rjp.com
James Dixon Esseks jesseks@aclu.org
James J. Brosnahan jbrosnahan@mofo.com
Jennifer Carol Pizer jpizer@lambdalegal.org
Jennifer Lynn Monk jmonk@faith-freedom.com
Jeremy Michael Goldman jgoldman@bsfllp.com
Jerome Cary Roth Jerome.Roth@mto.com
Jesse Michael Panuccio jpanuccio@cooperkirk.com
John Douglas Freed jfreed@cov.com
Jon Warren Davidson jdavidson@lambdalegal.org
Jordan W. Lorence jlorence@telladf.org
Jose Hector Moreno jhmoreno@jhmlaw.com
Josh Schiller jischiller@bsfllp.com
Judy Whitehurst JWhitehurst@counsel.lacounty.gov
Kari Lynn Krogseng krogseng@rjp.com

**United States District Court**
For the Northern District of California

Kelly Wayne Kay oakkelly@yahoo.com
Kenneth C. Mennemeier kcm@mgslaw.com
Kevin Trent Snider kevinsnider@pacificjustice.org
Lauren Estelle Whittemore lwhittemore@fenwick.com
Leslie A Kramer lkramer@fenwick.com
Louis P. Feuchtbaum lfeuchtbaum@sideman.com
Manuel Francisco Martinez manuel.martinez@acgov.org
Mark Russell Conrad Mark.Conrad@mto.com
Mary Elizabeth McAlister court@lc.org
Matthew Albert Coles mcoles@aclu.org
Matthew Dempsey McGill mmcgill@gibsondunn.com
Michael Wolf mwolf@nethere.com
Michael James McDermott mjm1usa@aol.com
Michael Stuart Wald mwald@stanford.edu
Patrick John Gorman pgorman@wctlaw.com
Peter Obstler peter.obstler@bingham.com
Peter A. Patterson ppatterson@cooperkirk.com
Richard J. Bettan rbettan@bsfllp.com
Robert Henry Tyler rtyler@faith-freedom.com
Ronald P. Flynn ronald.flynn@sfgov.org
Rosanne C. Baxter rbaxter@bsfllp.com
Sarah Elizabeth Piepmeier spiepmeier@gibsondunn.com
Shannon Minter sminter@nclrights.org
Stephen V. Bomse sbomse@orrick.com
Steven Edward Mitchel mitchelsteve@yahoo.com
Susan Marie Popik spopik@chapop.com
Tamar Pachter Tamar.Pachter@doj.ca.gov
Tara Lynn Borelli tborelli@lambdalegal.org
Terry Lee Thompson tl_thompson@earthlink.net
Theane Evangelis Kapur tkapur@gibsondunn.com
Theodore B Olson tolson@gibsondunn.com
Theodore Hideyuki Uno tuno@bsfllp.com
Theodore J. Boutrous tboutrous@gibsondunn.com
Thomas R. Burke thomasburke@dwt.com
Timothy D Chandler tchandler@telladf.org

**Dated: April 28, 2011**                              **Richard W. Wieking, Clerk**

                                                       **By:    /s/ JW Chambers**
                                                       **Sue Imbriani**
                                                       **Courtroom Deputy**