MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER (SBN 113973)
ANDREW W. STROUD (SBN 126475)
KELCIE M. GOSLING (SBN 142225)
LANDON D. BAILEY (SBN 240236)
980 9th Street, Suite 1700
Sacramento, CA 95814-2736
Telephone: 916-553-4000
Facsimile: 916-553-4011
E-mail: kcm@mgslaw.com

Attorneys for Defendants
Edmund G. Brown Jr., in his official capacity as Governor of California, Mark B. Horton, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics, and Linette Scott, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTIN M. PERRY, et al., | Case No. 09-CV-02292 VRW |
| Plaintiffs, | **SUBSTITUTION OF COUNSEL** |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Plaintiff-Intervenor, | |
| v. | |
| ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California, et al., | |
| Defendants, | |
| and | |
| PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, et al., | |
| Defendant-Intervenors. | |

1  Defendants Edmund G. Brown Jr., in his official capacity as Governor of
2  California, Mark B. Horton, in his official capacity as Director of the California Department of
3  Public Health and State Registrar of Vital Statistics, and Linette Scott, in her official capacity as
4  Deputy Director of Health Information & Strategic Planning for the California Department
5  of Public Health, hereby substitute the Office of the Attorney General, 1300 I Street, Suite 125,
6  Sacramento, California 95814, as their counsel of record in place of Mennemeier, Glassman &
7  Stroud LLP, 980 9th Street, Suite 1700, Sacramento, California, 95814.
8  I hereby accept the above substitution.

Dated: May 12, 2011          OFFICE OF THE ATTORNEY GENERAL

By: _____
    Tamar Pachter

As the withdrawing attorney, I consent to the above substitution.

Dated: May 11, 2011          MENNEMEIER, GLASSMAN & STROUD LLP

By: _____
    Andrew W. Stroud

ORDER

The foregoing substitution of counsel is approved.

IT IS SO ORDERED.

Dated: May 16, 2011          _____
                             United States Chief District Judge

392.83.PLE.substitution.counsel.N.D.wpd                2
SUBSTITUTION OF COUNSEL; CASE NO. 09-CV-02292 VRW

# CERTIFICATE OF SERVICE

Case Name:  Kristin M. Perry, et al. v.                    No.   3:09-cv-02292-VRW
            Arnold Schwarzenegger, et al.

I hereby certify that on <u>May 12, 2011</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## SUBSTITUTION OF COUNSEL

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>May 12, 2011</u>, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Michael W. Kirk
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC  20036

Rena M. Lindevaldsen
Liberty Counsel
100 Mountain View Road
Suite 2775
Lynchburg, VA  24502-2272

Thomas Brejcha
Thomas More Society
29 S. La Salle, Suite 440
Chicago, IL  60603

Suzanne B. Goldberg
Sexuality & Gender Law Clinic
435 W. 116th Street
New York, NY  10025

Kevin James Hasson
1350 Connecticut Ave, Suite 605 NW
Washington, DC  20036-1735

Vincent P. McCarthy
W. Chestnut Hill Road
Lichfield, CT  06759

Christopher M. Gacek
Family Research Council
801 G Street NW
Washington, DC  20001

Richard E. Coleson
Kaylan L. Phillips
1 South 6th Street
Terre Haute, IN  47807-3510

Theane Evangelis Kapur
Attorney at Law
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071

Tobias Barrington Wolff
University of Pennsylvania Law School
3400 Chestnut Street
Philadelphia, PA  19104-6204

Paul Benjamin Linton
921 Keystone Avenue
Northbrook, IL  60062

Michael James McDermott
7172 Regional #329
Dublin, CA  94568

National Legal Foundation
P.O. Box 64427
Virginia Beach, VA  23469-4427

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>May 12, 2011</u>, at San Francisco, California.

|  |  |
|---|---|
| A. Bermudez | /s/ A. Bermudez |
| Declarant | Signature |

20451738.doc