BINGHAM MCCUTCHEN LLP
David M. Balabanian (SBN 37368)
david.balabanian@bingham.com
Frank Busch (SBN 258288)
frank.busch@bingham.com
Elizabeth Benson (SBN 268851)
elly.benson@bingham.com
Kathryn Conard (SBN 275094)
kate.conard@bingham.com
Three Embarcadero Center
San Francisco, California 94111
Telephone: 1.415.393.2000
Facsimile: 1.415.393.2286

Attorneys for Amicus Curiae
The Bar Association of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, et al., | Case No. 09-CV-2292 JW |
| Plaintiffs, <br> and <br> CITY AND COUNTY OF SAN FRANCISCO, <br> Plaintiff-Intervenor, <br> v. <br> EDMUND G. BROWN, JR., et al., <br> Defendants, <br> and <br> PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, et al., <br> Defendant-Intervenors. | **NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE THE BAR ASSOCIATION OF SAN FRANCISCO** <br><br> Date: June 13, 2011 <br> Time: 9:00 a.m. <br> Judge: Chief Judge Ware <br> Location: Courtroom 5, 17th Floor |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT The Bar Association of San Francisco hereby moves
3  the Court for leave to file an amicus curiae brief, addressing the Defendant-Intervenors'
4  ("Movants") motion to vacate the judgment (Doc. No. 768) through disqualification of Chief
5  Judge Walker.

**I.  STANDARD FOR MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE**

"District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Sonoma Falls Devs., LLC v. Nev. Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003). This case has great "potential ramifications" for the operation of our judicial system if Movants' proposed basis for disqualifying Chief Judge Walker is accepted. Accordingly, the standard for submitting an amicus brief has been met.

**II.  IDENTITY AND INTERESTS OF PROPOSED AMICUS**

The Bar Association of San Francisco ("BASF") is a nonprofit voluntary membership organization of attorneys, law students, and legal professionals in the San Francisco Bay Area. Founded in 1872, BASF enjoys the support of more than 7,300 individuals, law firms, corporate legal departments, and law schools. Through its board of directors, its committees, and its volunteer legal services programs and other community efforts, BASF has worked actively to promote and achieve equal justice for all and oppose discrimination in all its forms, including, but not limited to, discrimination based on race, sex, disability, and sexual orientation. BASF provides a collective voice for public advocacy, advances professional growth and education, and attempts to elevate the standards of integrity, honor, and respect in the practice of law.

The members of BASF have a duty to "maintain the respect due to the courts of justice and judicial officers." Cal. Bus. & Prof. Code § 6068(b); *see also* ABA Model Rules of Professional Conduct, Preamble ("[A] lawyer should further the public's understanding of and

1  confidence in the rule of law and the justice system because legal institutions in a constitutional
2  democracy depend on popular participation and support to maintain their authority.").  The
3  members of the BASF have a duty to maintain and advance the public's confidence in the rule of
4  law.  As explained in the brief submitted herewith, Movants' arguments threaten to undermine
5  the public's confidence in the rule of law by seeking inappropriate application of judicial
6  disqualification rules.  BASF has a strong interest in resisting this effort.

7  **III.  CONCLUSION**

8      For the foregoing reasons, The Bar Association of San Francisco respectfully requests
9  leave to file the *amicus curiae* brief submitted herewith.

10

11  DATED:  May 27, 2011         Respectfully submitted,

12                                     BINGHAM McCUTCHEN LLP

13

14

15                              By:       /s/ David M. Balabanian
                                      David M. Balabanian

16                                    Attorneys for Amicus Curiae
                                The Bar Association of San Francisco

17

18

19

20

21

22

23

24

25

26

27

28