| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | David M. Balabanian (SBN 37368) |
| 2 | david.balabanian@bingham.com |
|   | Frank Busch (SBN 258288) |
| 3 | frank.busch@bingham.com |
|   | Elizabeth Benson (SBN 268851) |
| 4 | elly.benson@bingham.com |
|   | Kathryn Conard (SBN 275094) |
| 5 | kate.conard@bingham.com |
|   | Three Embarcadero Center |
| 6 | San Francisco, California 94111 |
|   | Telephone: 1.415.393.2000 |
| 7 | Facsimile: 1.415.393.2286 |
| 8 | Attorneys for Amicus Curiae |
|   | The Bar Association of San Francisco |
| 9 | |
| 10 | UNITED STATES DISTRICT COURT |
| 11 | NORTHERN DISTRICT OF CALIFORNIA |
| 12 | |

| | | |
|---|---|---|
| 13 | KRISTIN M. PERRY, et al., | Case No. 09-CV-2292 JW |
| 14 | Plaintiffs, | **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE THE BAR ASSOCIATION OF SAN FRANCISCO** |
|   | and | |
| 15 | CITY AND COUNTY OF SAN FRANCISCO, | |
| 16 | Plaintiff-Intervenor, | |
| 17 | | Date: June 13, 2011 |
|   | v. | Time: 9:00 a.m. |
| 18 | EDMUND G. BROWN, JR., et al., | Judge: Chief Judge Ware |
| 19 | | Location: Courtroom 5, 17th Floor |
|   | Defendants, | |
| 20 | and | |
| 21 | PROPOSITION 8 OFFICIAL PROPONENTS | |
| 22 | DENNIS HOLLINGSWORTH, et al., | |
| 23 | Defendant-Intervenors. | |

Case No. 09-CV-2292 JW

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE*

1 **[PROPOSED] ORDER**

2 Good cause appearing, the motion of The Bar Association of San Francisco for leave to

3 file a brief of *amicus curiae* is hereby GRANTED.

4 IT IS SO ORDERED.

5

6 Dated: _____, 2011

_____
Hon. James Ware
7 United States Chief District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE*