

1  BINGHAM MCCUTCHEN LLP
   David M. Balabanian (SBN 37368)
2  david.balabanian@bingham.com
   Frank Busch (SBN 258288)
3  frank.busch@bingham.com
   Elizabeth Benson (SBN 268851)
4  elly.benson@bingham.com
   Kathryn Conard (SBN 275094)
5  kate.conard@bingham.com
   Three Embarcadero Center
6  San Francisco, California 94111
   Telephone: 1.415.393.2000
7  Facsimile: 1.415.393.2286

8  Attorneys for Amicus Curiae
   The Bar Association of San Francisco
9

10            UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13 KRISTIN M. PERRY, et al.,                 Case No. 09-CV-2292 JW

14         Plaintiffs,                       **[PROPOSED]** ORDER GRANTING
   and                                       MOTION FOR LEAVE TO FILE
15                                           BRIEF OF AMICUS CURIAE
   CITY AND COUNTY OF SAN FRANCISCO,         THE BAR ASSOCIATION OF
16                                           SAN FRANCISCO
           Plaintiff-Intervenor,
17                                           Date:     June 13, 2011
           v.                                Time:     9:00 a.m.
18                                           Judge:    Chief Judge Ware
   EDMUND G. BROWN, JR., et al.,             Location: Courtroom 5, 17th Floor
19
           Defendants,
20
   and
21
   PROPOSITION 8 OFFICIAL PROPONENTS
22 DENNIS HOLLINGSWORTH, et al.,

23         Defendant-Intervenors.

24

25

26

27

28

Case No. 09-CV-2292 JW

**[PROPOSED]** ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE*

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Good cause appearing, the motion of The Bar Association of San Francisco for leave to |
| 3 | file a brief of *amicus curiae* is hereby GRANTED. |
| 4 | IT IS SO ORDERED. |
| 5 | |
| 6 | Dated: May 31, 2011 |
| 7 | *[signature]* Hon. James Ware / United States Chief District Judge |