1  COOPER AND KIRK, PLLC
   Charles J. Cooper (DC Bar No. 248070)*
2  ccooper@cooperkirk.com
   David H. Thompson (DC Bar No. 450503)*
3  dthompson@cooperkirk.com
   Howard C. Nielson, Jr. (DC Bar No. 473018)*
4  hnielson@cooperkirk.com
   Nicole J. Moss (DC Bar No. 472424)*
5  nmoss@cooperkirk.com
   Peter A. Patterson (Ohio Bar No. 0080840)*
6  ppatterson@cooperkirk.com
   1523 New Hampshire Ave. N.W., Washington, D.C. 20036
7  Telephone: (202) 220-9600, Facsimile: (202) 220-9601

8  LAW OFFICES OF ANDREW P. PUGNO
   Andrew P. Pugno (CA Bar No. 206587)
9  andrew@pugnolaw.com
   101 Parkshore Drive, Suite 100, Folsom, California 95630
10 Telephone: (916) 608-3065, Facsimile: (916) 608-3066

11 ALLIANCE DEFENSE FUND
   Brian W. Raum (NY Bar No. 2856102)*
12 braum@telladf.org
   James A. Campbell (OH Bar No. 0081501)*
13 jcampbell@telladf.org
   15100 North 90th Street, Scottsdale, Arizona 85260
14 Telephone: (480) 444-0020, Facsimile: (480) 444-0028

15 ATTORNEYS FOR DEFENDANT-INTERVENORS DENNIS HOLLINGSWORTH,
   GAIL J. KNIGHT, MARTIN F. GUTIERREZ, MARK A. JANSSON, and
16 PROTECTMARRIAGE.COM – YES ON 8, A
   PROJECT OF CALIFORNIA RENEWAL

17
   * Admitted *pro hac vice*
18

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, SANDRA B. STIER, PAUL T. KATAMI, and JEFFREY J. ZARRILLO, | |
| Plaintiffs, | CASE NO. 09-CV-2292 JW |
| and | The Honorable James Ware, Chief Judge |
| CITY AND COUNTY OF SAN FRANCISCO, | **NOTICE OF APPEAL** |
| Plaintiff-Intervenor | |
| v. | |
| EDMUND G. BROWN, JR., in his official capacity as Governor of California; KAMALA D. HARRIS, | |

| | |
|---|---|
| 1 | in her official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health and State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; and DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles, |
| | Defendants, |
| | and |
| | PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, HAK-SHING WILLIAM TAM, and MARK A. JANSSON; and PROTECTMARRIAGE.COM – YES ON 8, A PROJECT OF CALIFORNIA RENEWAL, |
| | Defendant-Intervenors. |

Additional Counsel for Defendant-Intervenors

ALLIANCE DEFENSE FUND
Jordan W. Lorence (DC Bar No. 385022)*
*jlorence@telladf.org*
Austin R. Nimocks (TX Bar No. 24002695)*
*animocks@telladf.org*
801 G Street NW, Suite 509, Washington, D.C. 20001
Telephone: (202) 393-8690, Facsimile: (202) 347-3622

* Admitted *pro hac vice*

1  Notice is hereby given under Fed. R. App. P. 3 that Defendant-Intervenors
2  Hollingsworth, Knight, Gutierrez, Jansson, and ProtectMarriage.com hereby appeal to the United
3  States Court of Appeals for the Ninth Circuit from the Order of the United States District Court for
4  the Northern District of California denying Defendant-Intervenors' Motion to Vacate Judgment
5  (Doc #797), dated June 14, 2011.

Dated: June 23, 2011

By: _____
David H. Thompson*
D.C. Bar No. 450503
COOPER AND KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
Fax: (202) 220-9601

Attorney for Defendant-Intervenors
Hollingsworth, Knight, Gutierrez, Jansson,
and ProtectMarriage.com

* *Admitted pro hac vice*

## REPRESENTATION STATEMENT

**Attorneys for Plaintiffs Kristin M. Perry, Sandra B. Stier, Paul T. Katami, and Jeffrey J. Zarrillo:**

Theodore B. Olson
Matthew C. McGill
Amir C. Tayrani
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036
(202) 955-8668

Theodore J. Boutrous, Jr.
Christopher D. Dusseault
Ethan D. Dettmer
Theane Evangelis Kapur
Enrique A. Monagas
GIBSON, DUNN & CRUTCHER, LLP
333 S. Grand Avenue
Los Angeles, CA 90071
(213) 229-7804

Sarah Elizabeth Piepmeier
GIBSON, DUNN & CRUTCHER LLP
555 Mission St., Ste 300
San Francisco, Ca 94105
(415) 393-8200

David Boies
Rosanne C. Baxter
BOIES, SCHILLER & FLEXNER, LLP
333 Main St
Armonk, NY 10504
(914) 749-8200

Jeremy Michael Goldman
Theodore H. Uno
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison St., Suite 900
Oakland, CA 94612
(510) 874-1000

**Attorneys for Plaintiff-Intervenor City and County of San Francisco:**

Dennis J. Herrera
Therese Stewart
Danny Chou
Ronald P. Flynn
Vince Chhabria
Erin Bernstein
Christine Van Aken
Mollie M. Lee
CITY AND COUNTY OF SAN
   FRANCISCO
OFFICE OF THE CITY ATTORNEY
One Dr. Carlton B. Goodlett Place
Room 234
San Francisco, CA 4102-4682
(415) 554-4708

**Attorney for Defendants Governor Edmund G. Brown, Jr., Attorney General Kamala D Harris, Director Mark B. Horton, and Deputy Director Linette Scott:**

Tamar Pachter
OFFICE OF THE CALIFORNIA
ATTORNEY GENERAL
455 Golden Gate Ave, Suite 11000
San Francisco, CA 94102-7004
(415) 703-5970

1

**Attorneys for Defendant Clerk-Recorder Patrick O'Connell:**

Claude Franklin Kolm
Manuel Francisco Martinez
COUNTY OF ALAMEDA
1221 Oak Street, Suite 450
Oakland, CA 94612-4296
(510) 272-6710

**Attorney for Defendant Registrar-Recorder Dean C. Logan:**

Judy Whitehurst
OFFICE OF COUNTY COUNSEL –
COUNTY OF LOS ANGELES
500 West Temple St
Los Angeles, CA 90012
(213) 974-1845

**Attorney for Defendant-Intervenor Hak-Shing William Tam:**

Terry L. Thompson
LAW OFFICES OF TERRY L. THOMPSON
P.O. Box 1346
Alamo, CA 94507
(925) 855-1507

**Attorneys for Defendant-Intervenors Dennis Hollingsworth, Gail J. Knight, Martin F. Gutierrez, Mark A. Jansson, and ProtectMarriage.com—Yes on 8, A Project of California Renewal:**

Charles J. Cooper
David H. Thompson
Howard C. Nielson, Jr.
Nicole J. Moss
Peter A. Patterson
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 22036
(202) 220-9600

Andrew P. Pugno
LAW OFFICES OF ANDREW P. PUGNO
101 Parkshore Dr., Ste. 100
Folsom, CA 95630
(916) 608-3065

Brian W. Raum
James A. Campbell
ALLIANCE DEFENSE FUND
15100 N. 90th St.
Scottsdale, AZ 85260
(480) 444-0020

Jordan W. Lawrence
Austin R. Nimocks
ALLIANCE DEFENSE FUND
801 G St. NW, Suite 509
Washington, D.C. 20001
(202) 393-8690