KAMALA D. HARRIS
Attorney General of California
CONSTANCE L. LELOUIS
Supervising Deputy Attorney General
TAMAR PACHTER
Deputy Attorney General
State Bar No. 146083
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5970
  Fax:  (415) 703-1234
  E-mail:  Tamar.Pachter@doj.ca.gov
*Attorneys for Defendants Governor Edmund G. Brown Jr., Director of the Department of Public Health Ron Chapman, Deputy Director Linette Scott, and Attorney General Kamala D. Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, et al., <br><br> Plaintiffs, <br><br> and <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> EDMUND G. BROWN JR., et al., <br><br> Defendants, <br><br> and <br><br> PROPOSITION 8 OFFICIAL PROPONENTS DENNIS HOLLINGSWORTH, et al., <br><br> Defendant-Intervenors. | 3:09-cv-02292-JW <br><br> **STATE DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO PUBLICLY RELEASE TRIAL VIDEOTAPES** <br><br> Date:  August 29, 2011 <br> Time:  9 a.m. <br> Courtroom:  5 <br> Judge:  Hon. James Ware, Chief Judge <br> Action Filed:  May 27, 2009 |

Defendants Governor Edmund G. Brown Jr., Director of the Department of Public Health Ron Chapman,[1] Deputy Director Linette Scott, and Attorney General Kamala D. Harris (collectively, the State Defendants) do not oppose the Plaintiffs' motion to publicly release the videotapes of the trial of this matter (Doc. #771 and attachments).

Dated: July 15, 2010

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
CONSTANCE L. LELOUIS
Supervising Deputy Attorney General

*/s/ Tamar Pachter*
TAMAR PACHTER
Deputy Attorney General
*Attorneys for Defendants Governor Edmund G. Brown Jr., Director of the Department of Public Health Ron Chapman, Deputy Director Linette Scott, and Attorney General Kamala D. Harris*

SA2009310603
20484993.doc

---

[1] Pursuant to Federal Rules of Civil Procedure, Rule 25(d), Ron Chapman, M.D., M.P.H., is automatically substituted for defendant Mark B. Horton as Director of the Department of Public Health. Dr. Chapman assumed the duties of Director on June 13, 2011.

# CERTIFICATE OF SERVICE

Case Name: **Kristin M. Perry, et al. v. Arnold Schwarzenegger, et al.**   No. **3:09-cv-02292-VRW**

I hereby certify that on <u>July 15, 2011</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STATE DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO PUBLICLY RELEASE TRIAL VIDEOTAPES**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>July 15, 2011</u>, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Thomas Brejcha
Thomas More Society
29 S. La Salle, Suite 440
Chicago, IL 60603

Richard E. Coleson
Kaylan L. Phillips
1 South 6th Street
Terre Haute, IN 47807-3510

Christopher M. Gacek
Family Research Council
801 G Street NW
Washington, DC 20001

Suzanne B. Goldberg
Sexuality & Gender Law Clinic
435 W. 116th Street
New York, NY 10025

Kevin James Hasson
1350 Connecticut Ave, Suite 605 NW
Washington, DC 20036-1735

Michael W. Kirk
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 2003

Rena M. Lindevaldsen
Liberty Counsel
100 Mountainview Rd, Suite 2775
Lynchberg, VA 24502

Paul Benjamin Linton
921 Keystone Avenue
Northbrook, IL 60062

Vincent P. McCarthy
W. Chestnut Hill Road
Lichfield, CT 06759

Michael James McDermott
7172 Regional #329
Dublin, CA 94568

National Legal Foundation
P.O. Box 64427
Virginia Beach, CA 23467-4427

Tobias Barrington Wolff
University of Pennsylvania Law School
3400 Chestnut Street
Philadelphia, PA 19104-6204

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>July 15, 2011</u>, at San Francisco, California.

| A. Bermudez | /s/ A. Bermudez |
|---|---|
| Declarant | Signature |

20489136.doc