IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Kristin M. Perry, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>Arnold Schwarzenegger, et al.,<br><br>　　　　Defendants.<br>_____/ | NO. C 09-02292 JW<br><br>**ORDER DENYING AS MOOT DEFENDANT-INTERVENORS' MOTION FOR STAY AND MOTION TO SHORTEN TIME; CONTINUING STAY OF SEPTEMBER 19, 2011 ORDER** |

Presently before the Court are Defendant-Intervenors' Motion for Stay[1] and Motion to Shorten Time.[2] In their Motions, Defendant-Intervenors move the Court to: (1) stay its September 19, 2011 Order[3] unsealing the digital recordings of the trial proceedings in this case, pending Defendant-Intervenors' appeal of that Order to the Ninth Circuit; and (2) decide their Motion to Stay "as soon as possible and no later than September 29, 2011," because in the absence of a further stay, the September 19 Order will be executed on September 30, 2011, at which point Defendant-Intervenors "will be unable to obtain effective appellate relief." (Motion to Stay at 1-2; Motion to Shorten Time at 1.)

---

[1] (Defendant-Intervenors Dennis Hollingsworth, Gail J. Knight, Martin F. Gutierrez, Mark A. Jansson, and Protectmarriage.com's Motion for Stay Pending Appeal, hereafter, "Motion to Stay," Docket Item No. 816.)

[2] (Defendant-Intervenors Dennis Hollingsworth, Gail J. Knight, Martin F. Gutierrez, Mark A. Jansson, and Protectmarriage.com's Motion to Shorten Time, hereafter, "Motion to Shorten Time," Docket Item No. 817.)

[3] (Order Granting Plaintiffs' Motion to Unseal Digital Recording of Trial; Granting Limited Stay, hereafter, "September 19 Order," Docket Item No. 812.)

Upon review, the Court does not find good cause to grant Defendant-Intervenors' Motions, because the Court finds that both Motions are moot. In its September 19 Order, the Court stayed the execution of that Order until September 30, 2011. (September 19 Order at 14.) Further, the Court stated that the Clerk "is ordered to execute" the September 19 Order on September 30, 2011, "[u]nless a further stay is granted by the Court on timely motion or by a higher court." (Id.) On September 26, 2011, the Ninth Circuit stayed the Court's September 19 Order "pending consideration of [Defendant-Intervenors'] emergency motion for stay pending appeal."[4] Thus, the Court's September 19 Order is stayed due to the Ninth Circuit's order.

Accordingly, Defendant-Intervenors' Motion to Stay and Motion to Shorten Time are DENIED as moot as it appears that the Ninth Circuit has already stayed the Court's September 19 Order.

Dated: September 27, 2011

JAMES WARE
United States District Chief Judge

---

[4] See Perry v. Brown, No. 11-17255 (9th Cir. Sept. 26, 2011).

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Lawrence Schlosser aschlosser@aclunc.org
Amir Cameron Tayrani Atayrani@gibsondunn.com
Andrew Perry Pugno andrew@pugnolaw.com
Andrew Walter Stroud stroud@mgslaw.com
Angela Christine Thompson angelathompsonesq@gmail.com
Austin R. Nimocks animocks@telladf.org
Brian Ricardo Chavez-Ochoa chavezochoa@yahoo.com
Brian W Raum braum@telladf.org
Charles J. Cooper ccooper@cooperkirk.com
Charles Salvatore LiMandri cslimandri@limandri.com
Christine Van Aken christine.van.aken@sfgov.org
Christopher Dean Dusseault cdusseault@gibsondunn.com
Christopher Francis Stoll cstoll@nclrights.org
Christopher James Schweickert cjs@wcjuris.com
Claude Franklin Kolm claude.kolm@acgov.org
Daniel J. Powell Daniel.Powell@doj.ca.gov
Danny Yeh Chou danny.chou@sfgov.org
David Boies dboies@bsfllp.com
David E. Bunim Dbunim@haasnaja.com
David H. Thompson dthompson@cooperkirk.com
David L. Llewellyn Dllewellyn@LS4law.com
Diana E Richmond drichmond@sideman.com
Elizabeth O. Gill egill@aclunc.org
Enrique Antonio Monagas emonagas@gibsondunn.com
Ephraim Margolin ephraim_margolin@yahoo.com
Eric Grant grant@hicks-thomas.com
Eric Alan Isaacson erici@rgrdlaw.com
Erin Brianna Bernstein Erin.Bernstein@sfgov.org
Ethan D. Dettmer edettmer@gibsondunn.com
Gordon Bruce Burns Gordon.Burns@doj.ca.gov
Herma Hill Kay hkay@law.berkeley.edu
Holly L Carmichael holly.l.carmichael@gmail.com
Howard C. Nielson hnielson@cooperkirk.com
Ilona Margaret Turner iturner@nclrights.org
James Bopp jboppjr@bopplaw.com
James A Campbell jcampbell@telladf.org
James C. Harrison jharrison@rjp.com
James Dixon Esseks jesseks@aclu.org
James J. Brosnahan jbrosnahan@mofo.com
Jennifer Carol Pizer jpizer@lambdalegal.org
Jennifer Lynn Monk jmonk@faith-freedom.com
Jennifer Lynn Monk jmonk@faith-freedom.com
Jeremy Michael Goldman jgoldman@bsfllp.com
Jerome Cary Roth Jerome.Roth@mto.com
Jesse Michael Panuccio jpanuccio@cooperkirk.com
John Douglas Freed jfreed@cov.com
Jon Warren Davidson jdavidson@lambdalegal.org
Jordan W. Lorence jlorence@telladf.org
Jose Hector Moreno jhmoreno@jhmlaw.com
Josh Schiller jischiller@bsfllp.com
Josh Schiller jischiller@bsfllp.com

**United States District Court**
For the Northern District of California

1  Judy Whitehurst Jwhitehurst@counsel.lacounty.gov
   Kari Lynn Krogseng krogseng@rjp.com
2  Kelly Wayne Kay oakkelly@yahoo.com
   Kevin Trent Snider kevinsnider@pacificjustice.org
3  Lauren Estelle Whittemore lwhittemore@fenwick.com
   Leslie A Kramer lkramer@fenwick.com
4  Louis P. Feuchtbaum lfeuchtbaum@sideman.com
   Manuel Francisco Martinez manuel.martinez@acgov.org
5  Mark Russell Conrad Mark.Conrad@mto.com
   Mary Elizabeth McAlister court@lc.org
6  Matthew Albert Coles mcoles@aclu.org
   Matthew Dempsey McGill mmcgill@gibsondunn.com
7  Michael Wolf mwolf@nethere.com
   Michael James McDermott mjm1usa@aol.com
8  Michael Stuart Wald mwald@stanford.edu
   Patrick John Gorman pgorman@wctlaw.com
9  Peter Obstler peter.obstler@bingham.com
   Peter A. Patterson ppatterson@cooperkirk.com
10 Peter C Renn prenn@lambdalegal.org
   Richard J. Bettan rbettan@bsfllp.com
11 Robert Henry Tyler rtyler@faith-freedom.com
   Ronald P. Flynn ronald.flynn@sfgov.org
12 Rosanne C. Baxter rbaxter@bsfllp.com
   Sarah Elizabeth Piepmeier spiepmeier@gibsondunn.com
13 Shannon Minter sminter@nclrights.org
   Stephen V. Bomse sbomse@orrick.com
14 Steven Edward Mitchel mitchelsteve@yahoo.com
   Susan Marie Popik spopik@chapop.com
15 Tamar Pachter Tamar.Pachter@doj.ca.gov
   Tara Lynn Borelli tborelli@lambdalegal.org
16 Terry Lee Thompson tl_thompson@earthlink.net
   Theane Evangelis Kapur tkapur@gibsondunn.com
17 Theodore B Olson tolson@gibsondunn.com
   Theodore Hideyuki Uno tuno@bsfllp.com
18 Theodore J. Boutrous tboutrous@gibsondunn.com
   Thomas R. Burke thomasburke@dwt.com
19 Timothy D Chandler tchandler@telladf.org

20

**Dated: September 27, 2011**               **Richard W. Wieking, Clerk**
21

22                                           **By:     /s/ JW Chambers**
                                                    **Susan Imbriani**
23                                                  **Courtroom Deputy**