FILED

SEP 26 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KRISTIN M. PERRY; et al., | No. 11-17255 |
| Plaintiffs - Appellees, | D.C. No. 3:09-cv-02292-JW |
| CITY AND COUNTY OF SAN FRANCISCO, | Northern District of California, San Francisco |
| Intervenor-Plaintiff - Appellee, | ORDER |
| v. | |
| EDMUND G. BROWN, Jr., in his official capacity as Governor of California; et al., | |
| Defendants, | |
| and | |
| DENNIS HOLLINGSWORTH; et al., | |
| Intervenor-Defendants - Appellants. | |

Before: REINHARDT, HAWKINS, and N.R. SMITH, Circuit Judges.

The district court's September 19, 2011 order is temporarily stayed pending consideration of appellant's emergency motion for stay pending appeal. Briefing

SVG/Pro Se

on the motion for stay shall proceed in accordance with Fed. R. App. P. 27(a)(3) and (4).