

FILED

NOV 25 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KRISTIN M. PERRY; et al., | No. 11-16577 |
| Plaintiffs - Appellees, | D.C. No. 3:09-cv-02292-JW |
| CITY AND COUNTY OF SAN FRANCISCO, | Northern District of California, San Francisco |
| Intervenor-Plaintiff - Appellee, | ORDER |
| v. | |
| EDMUND G. BROWN, Jr., in his official capacity as Governor of California; et al., | |
| Defendants, | |
| HAK-SHING WILLIAM TAM, | |
| Intervenor-Defendant, | |
| and | |
| DENNIS HOLLINGSWORTH; et al., | |
| Intervenor-Defendants - Appellants. | |

Before: REINHARDT, HAWKINS, and N.R. SMITH, Circuit Judges.

Oral arguments will be heard at 3:30 p.m. on Thursday, December 8, 2011, in Courtroom 1 of the James R. Browning U.S. Courthouse in San Francisco. Each side

will have thirty minutes of argument time. Unless the parties agree otherwise, this time is to be divided equally among the parties and intervenors wishing to present argument on a given side.