IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Kristin M. Perry, et al., | NO. C 09-02292 JW |
| Plaintiffs, | **ORDER CLOSING CASE** |
| v. | |
| Arnold Schwarzenegger, et al., | |
| Defendants. | |

On August 4, 2010, the Court issued an order in this case in which it directed the Clerk to enter judgment in favor of Plaintiffs and Plaintiff-Intervenors and against Defendants and Defendant-Intervenors. (hereafter, "August 4 Order," Docket Item No. 708 at 136.) On August 12, 2010, the Court issued a further order in which it declined to stay the August 4 Order and directed the Clerk to "enter judgment forthwith." (See Docket Item No. 727 at 10-11.) On June 14, 2011, the Court issued an order denying a motion to vacate judgment brought by Defendant-Intervenors. (See Docket Item No. 797.)

Accordingly, in light of the orders discussed above, judgment is entered in favor of: (1) Plaintiffs Kristin M. Perry; Sandra B. Stier; Paul T. Katami; and Jeffrey J. Zarrillo; and (2) Plaintiff-Intervenors Our Family Coalition; Lavender Seniors of the East Bay; Parents, Families, and Friends of Lesbians and Gays and against: (1) Defendants Arnold Schwarzenegger; Edmund G. Brown, Jr.; Mark B. Horton; Linette Scott; Patrick O'Connell; Dean C. Logan; Kamala D. Harris; and Howard Backer; and (2) Defendant-Intervenors Proposition 8 Official Proponents; Dennis Hollingsworth; Gail J. Knight; Martin F. Gutierrez; Hak-Shing William Tam; Mark A. Jansson;

ProtectMarriage.com; Campaign for California Families; County of Imperial of the State of California; Board of Supervisors of Imperial County; and Isabel Vargas.

The Clerk shall close this file.

Dated: August 27, 2012

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Lawrence Schlosser aschlosser@aclunc.org
Amir Cameron Tayrani Atayrani@gibsondunn.com
Andrew Perry Pugno andrew@pugnolaw.com
Andrew Walter Stroud stroud@mgslaw.com
Angela Christine Thompson angelathompsonesq@gmail.com
Austin R. Nimocks animocks@telladf.org
Brian Ricardo Chavez-Ochoa chavezochoa@yahoo.com
Brian W Raum braum@telladf.org
Charles J. Cooper ccooper@cooperkirk.com
Charles Salvatore LiMandri cslimandri@limandri.com
Christine Van Aken christine.van.aken@sfgov.org
Christopher Dean Dusseault cdusseault@gibsondunn.com
Christopher Francis Stoll cstoll@nclrights.org
Christopher James Schweickert cjs@wcjuris.com
Claude Franklin Kolm claude.kolm@acgov.org
Daniel J. Powell Daniel.Powell@doj.ca.gov
Danny Yeh Chou danny.chou@sfgov.org
David Boies dboies@bsfllp.com
David E. Bunim Dbunim@haasnaja.com
David H. Thompson dthompson@cooperkirk.com
David L. Llewellyn Dllewellyn@LS4law.com
Diana E Richmond drichmond@sideman.com
Elizabeth O. Gill egill@aclunc.org
Enrique Antonio Monagas emonagas@gibsondunn.com
Ephraim Margolin ephraim_margolin@yahoo.com
Eric Grant grant@hicks-thomas.com
Eric Alan Isaacson erici@rgrdlaw.com
Erin Brianna Bernstein Erin.Bernstein@sfgov.org
Ethan D. Dettmer edettmer@gibsondunn.com
Gordon Bruce Burns Gordon.Burns@doj.ca.gov
Herma Hill Kay hkay@law.berkeley.edu
Holly L Carmichael holly.l.carmichael@gmail.com
Howard C. Nielson hnielson@cooperkirk.com
Ilona Margaret Turner iturner@nclrights.org
James Bopp jboppjr@bopplaw.com
James A Campbell jcampbell@telladf.org
James C. Harrison jharrison@rjp.com
James Dixon Esseks jesseks@aclu.org
James J. Brosnahan jbrosnahan@mofo.com
Jennifer Carol Pizer jpizer@lambdalegal.org
Jennifer Lynn Monk jmonk@faith-freedom.com
Jennifer Lynn Monk jmonk@faith-freedom.com
Jeremy Michael Goldman jgoldman@bsfllp.com
Jerome Cary Roth Jerome.Roth@mto.com
Jesse Michael Panuccio jpanuccio@cooperkirk.com
John Douglas Freed jfreed@cov.com
Jon Warren Davidson jdavidson@lambdalegal.org
Jordan W. Lorence jlorence@telladf.org
Jose Hector Moreno jhmoreno@jhmlaw.com
Josh Schiller jischiller@bsfllp.com
Josh Schiller jischiller@bsfllp.com

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1  Judy Whitehurst Jwhitehurst@counsel.lacounty.gov
   Kari Lynn Krogseng krogseng@rjp.com
2  Kelly Wayne Kay oakkelly@yahoo.com
   Kevin Trent Snider kevinsnider@pacificjustice.org
3  Lauren Estelle Whittemore lwhittemore@fenwick.com
   Leslie A Kramer lkramer@fenwick.com
4  Louis P. Feuchtbaum lfeuchtbaum@sideman.com
   Manuel Francisco Martinez manuel.martinez@acgov.org
5  Mark Russell Conrad Mark.Conrad@mto.com
   Mary Elizabeth McAlister court@lc.org
6  Matthew Albert Coles mcoles@aclu.org
   Matthew Dempsey McGill mmcgill@gibsondunn.com
7  Michael Wolf mwolf@nethere.com
   Michael James McDermott mjm1usa@aol.com
8  Michael Stuart Wald mwald@stanford.edu
   Patrick John Gorman pgorman@wctlaw.com
9  Peter Obstler peter.obstler@bingham.com
   Peter A. Patterson ppatterson@cooperkirk.com
10 Peter C Renn prenn@lambdalegal.org
   Richard J. Bettan rbettan@bsfllp.com
11 Robert Henry Tyler rtyler@faith-freedom.com
   Ronald P. Flynn ronald.flynn@sfgov.org
12 Rosanne C. Baxter rbaxter@bsfllp.com
   Sarah Elizabeth Piepmeier spiepmeier@gibsondunn.com
13 Shannon Minter sminter@nclrights.org
   Stephen V. Bomse sbomse@orrick.com
14 Steven Edward Mitchel mitchelsteve@yahoo.com
   Susan Marie Popik spopik@chapop.com
15 Tamar Pachter Tamar.Pachter@doj.ca.gov
   Tara Lynn Borelli tborelli@lambdalegal.org
16 Terry Lee Thompson tl_thompson@earthlink.net
   Theane Evangelis Kapur tkapur@gibsondunn.com
17 Theodore B Olson tolson@gibsondunn.com
   Theodore Hideyuki Uno tuno@bsfllp.com
18 Theodore J. Boutrous tboutrous@gibsondunn.com
   Thomas R. Burke thomasburke@dwt.com
19 Timothy D Chandler tchandler@telladf.org

20

21 **Dated: August 27, 2012**                    **Richard W. Wieking, Clerk**

22                                               **By:     /s/ JW Chambers**
                                                      **William Noble**
23                                                    **Courtroom Deputy**