1

2

3

4

5

6         IN THE UNITED STATES DISTRICT COURT

7      FOR THE NORTHERN DISTRICT OF CALIFORNIA

8              SAN FRANCISCO DIVISION

9   Kristin M. Perry, et al.,                    NO. C 09-02292 JW

10              Plaintiffs,          **JUDGMENT AND AMENDED ORDER
                                     CLOSING CASE**
     v.
11
    Arnold Schwarzenegger, et al.,
12
              Defendants.
13  _____/

14        On August 4, 2010, the Court issued an order in this case in which it directed the Clerk to

15  enter judgment in favor of Plaintiffs and Plaintiff-Intervenors and against Defendants and

16  Defendant-Intervenors.  (hereafter, "August 4 Order," Docket Item No. 708 at 136.)  On August 12,

17  2010, the Court issued a further order in which it declined to stay the August 4 Order and directed

18  the Clerk to "enter judgment forthwith."  (See Docket Item No. 727 at 10-11.)  The same day,

19  pursuant to the Court's order, a permanent injunction was entered whereby it was "ordered,

20  adjudged and decreed" that Defendants were permanently enjoined from applying or enforcing

21  Article I, § 7.5 of the California Constitution.  (See Docket Item No. 728 at 2.)  However, no

22  separate Judgment was issued.[1]

23        On August 4, 2010, Defendant-Intervenors appealed the Court's August 4 Order, along with

24  prior interlocutory orders of the Court.  (Docket Item No. 713.)  On April 25, 2011, while their

25  appeal was pending, Defendant-Intervenors filed a motion before this Court seeking to vacate the

26  "final judgment . . . and all orders entered by this Court" pursuant to Fed. R. Civ. P. 62.1.  (See

27  _____

28        [1]  See Fed. R. Civ. P. 58(a) (stating that, with certain exceptions, "[e]very judgment and
    amended judgment must be set out in a separate document").

*United States District Court*
For the Northern District of California

United States District Court
For the Northern District of California

1    Docket Item No. 768 at 1.)  On June 14, 2011, the Court issued an order denying that motion to

2    vacate judgment.  (See Docket Item No. 797.)

3        Recently, upon review of the docket, the Court observed that because a separate Judgment

4    was never issued, the case has not been closed.  Thus, on August 27, 2012, the Court issued an

5    Order Closing Case.  (See Docket Item No. 842.)  Subsequently, the parties informed the Court that

6    the August 27 Order requires modification because it incorrectly names certain parties.

7        Accordingly, in light of the procedural history and orders discussed above, judgment is

8    hereby entered in favor of: (1) Plaintiffs Kristin M. Perry; Sandra B. Stier; Paul T. Katami; and

9    Jeffrey J. Zarrillo; and (2) Plaintiff-Intervenor City and County of San Francisco and against: (1)

10   Defendants Arnold Schwarzenegger; Edmund G. Brown, Jr.; Mark B. Horton; Linette Scott; Patrick

11   O'Connell; Dean C. Logan; Kamala D. Harris; and Howard Backer; and (2) Defendant-Intervenors

12   Dennis Hollingsworth; Gail J. Knight; Martin F. Gutierrez; Hak-Shing William Tam; Mark A.

13   Jansson; and ProtectMarriage.com.

14        This Judgment is entered *nunc pro tunc* to August 12, 2010, the date on which the Court

15   directed that judgment be entered "forthwith."

16        The Clerk shall close this file.

17

18   Dated:  August 29, 2012

JAMES WARE
19                             United States District Chief Judge

20

21

22

23

24

25

26

27

28

2

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Lawrence Schlosser aschlosser@aclunc.org
Amir Cameron Tayrani Atayrani@gibsondunn.com
Andrew Perry Pugno andrew@pugnolaw.com
Andrew Walter Stroud stroud@mgslaw.com
Angela Christine Thompson angelathompsonesq@gmail.com
Austin R. Nimocks animocks@telladf.org
Brian Ricardo Chavez-Ochoa chavezochoa@yahoo.com
Brian W Raum braum@telladf.org
Charles J. Cooper ccooper@cooperkirk.com
Charles Salvatore LiMandri cslimandri@limandri.com
Christine Van Aken christine.van.aken@sfgov.org
Christopher Dean Dusseault cdusseault@gibsondunn.com
Christopher Francis Stoll cstoll@nclrights.org
Christopher James Schweickert cjs@wcjuris.com
Claude Franklin Kolm claude.kolm@acgov.org
Daniel J. Powell Daniel.Powell@doj.ca.gov
Danny Yeh Chou danny.chou@sfgov.org
David Boies dboies@bsfllp.com
David E. Bunim Dbunim@haasnaja.com
David H. Thompson dthompson@cooperkirk.com
David L. Llewellyn Dllewellyn@LS4law.com
Diana E Richmond drichmond@sideman.com
Elizabeth O. Gill egill@aclunc.org
Enrique Antonio Monagas emonagas@gibsondunn.com
Ephraim Margolin ephraim_margolin@yahoo.com
Eric Grant grant@hicks-thomas.com
Eric Alan Isaacson erici@rgrdlaw.com
Erin Brianna Bernstein Erin.Bernstein@sfgov.org
Ethan D. Dettmer edettmer@gibsondunn.com
Gordon Bruce Burns Gordon.Burns@doj.ca.gov
Herma Hill Kay hkay@law.berkeley.edu
Holly L Carmichael holly.l.carmichael@gmail.com
Howard C. Nielson hnielson@cooperkirk.com
Ilona Margaret Turner iturner@nclrights.org
James Bopp jboppjr@bopplaw.com
James A Campbell jcampbell@telladf.org
James C. Harrison jharrison@rjp.com
James Dixon Esseks jesseks@aclu.org
James J. Brosnahan jbrosnahan@mofo.com
Jennifer Carol Pizer jpizer@lambdalegal.org
Jennifer Lynn Monk jmonk@faith-freedom.com
Jennifer Lynn Monk jmonk@faith-freedom.com
Jeremy Michael Goldman jgoldman@bsfllp.com
Jerome Cary Roth Jerome.Roth@mto.com
Jesse Michael Panuccio jpanuccio@cooperkirk.com
John Douglas Freed jfreed@cov.com
Jon Warren Davidson jdavidson@lambdalegal.org
Jordan W. Lorence jlorence@telladf.org
Jose Hector Moreno jhmoreno@jhmlaw.com
Josh Schiller jischiller@bsfllp.com
Josh Schiller jischiller@bsfllp.com

3

**United States District Court**

For the Northern District of California

1  Judy Whitehurst Jwhitehurst@counsel.lacounty.gov
   Kari Lynn Krogseng krogseng@rjp.com
2  Kelly Wayne Kay oakkelly@yahoo.com
   Kevin Trent Snider kevinsnider@pacificjustice.org
3  Lauren Estelle Whittemore lwhittemore@fenwick.com
   Leslie A Kramer lkramer@fenwick.com
4  Louis P. Feuchtbaum lfeuchtbaum@sideman.com
   Manuel Francisco Martinez manuel.martinez@acgov.org
5  Mark Russell Conrad Mark.Conrad@mto.com
   Mary Elizabeth McAlister court@lc.org
6  Matthew Albert Coles mcoles@aclu.org
   Matthew Dempsey McGill mmcgill@gibsondunn.com
7  Michael Wolf mwolf@nethere.com
   Michael James McDermott mjm1usa@aol.com
8  Michael Stuart Wald mwald@stanford.edu
   Patrick John Gorman pgorman@wctlaw.com
9  Peter Obstler peter.obstler@bingham.com
   Peter A. Patterson ppatterson@cooperkirk.com
10 Peter C Renn prenn@lambdalegal.org
   Richard J. Bettan rbettan@bsfllp.com
11 Robert Henry Tyler rtyler@faith-freedom.com
   Ronald P. Flynn ronald.flynn@sfgov.org
12 Rosanne C. Baxter rbaxter@bsfllp.com
   Sarah Elizabeth Piepmeier spiepmeier@gibsondunn.com
13 Shannon Minter sminter@nclrights.org
   Stephen V. Bomse sbomse@orrick.com
14 Steven Edward Mitchel mitchelsteve@yahoo.com
   Susan Marie Popik spopik@chapop.com
15 Tamar Pachter Tamar.Pachter@doj.ca.gov
   Tara Lynn Borelli tborelli@lambdalegal.org
16 Terry Lee Thompson tl_thompson@earthlink.net
   Theane Evangelis Kapur tkapur@gibsondunn.com
17 Theodore B Olson tolson@gibsondunn.com
   Theodore Hideyuki Uno tuno@bsfllp.com
18 Theodore J. Boutrous tboutrous@gibsondunn.com
   Thomas R. Burke thomasburke@dwt.com
19 Timothy D Chandler tchandler@telladf.org

20

   **Dated:  August 29, 2012**                    **Richard W. Wieking, Clerk**
21

22                                                **By:     /s/ JW Chambers**
                                                      **William Noble**
23                                                    **Courtroom Deputy**

24

25

26

27

28