**FOR PUBLICATION**

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| KRISTIN M. PERRY; SANDRA B. STIER; PAUL T. KATAMI; JEFFREY J. ZARRILLO,<br><br>    *Plaintiffs-Appellees*,<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    *Intervenor-Plaintiff-Appellee*,<br><br>v.<br><br>EDMUND G. BROWN, JR., in his official capacity as Governor of California; KAMALA D. HARRIS, in her official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health & State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; DEAN C. | No. 10-16696<br><br>D.C. No.<br>3:09-cv-02292-VRW |

LOGAN, in his official capacity as
Registrar-Recorder/County Clerk for
the County of Los Angeles,
          *Defendants*,

HAK-SHING WILLIAM TAM,
          *Intervenor-Defendant*,

and

DENNIS HOLLINGSWORTH; GAIL J.
KNIGHT; MARTIN F. GUTIERREZ;
MARK A. JANSSON;
PROTECTMARRIAGE.COM - YES ON 8,
A PROJECT OF CALIFORNIA
RENEWAL, as official proponents of
Proposition 8,
   *Intervenor-Defendants-Appellants*.

---

KRISTIN M. PERRY; SANDRA B.
STIER; PAUL T. KATAMI; JEFFREY J.
ZARRILLO,
          *Plaintiffs-Appellees*,

CITY AND COUNTY OF SAN
FRANCISCO,
          *Intervenor-Plaintiff-Appellee*,

v.

EDMUND G. BROWN, JR., in his
official capacity as Governor of

No. 11-16577

D.C. No.
3:09-cv-02292-
JW

ORDER

Case: 13-16248 02/20/2014 ID: 8974956 DktEntry: 3 Page: 3 of 4
Case3:09-cv-02292-JW Document795 Filed06/08/13 Page3 of 4

PERRY v. BROWN 3

California; KAMALA D. HARRIS, in her official capacity as Attorney General of California; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health & State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health; PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,
      *Defendants*,

HAK-SHING WILLIAM TAM,
   *Intervenor-Defendant*,

and

DENNIS HOLLINGSWORTH; GAIL J. KNIGHT; MARTIN F. GUTIERREZ; MARK A. JANSSON; PROTECTMARRIAGE.COM - YES ON 8, A PROJECT OF CALIFORNIA RENEWAL, as official proponents of Proposition 8,
 *Intervenor-Defendants-Appellants*.

| 4 | PERRY v. BROWN |
|---|---|

On Remand From The United States Supreme Court

Filed August 6, 2013

Before: Stephen Reinhardt, Michael Daly Hawkins, and N. Randy Smith, Circuit Judges.

**ORDER**

In accordance with the Supreme Court's opinion of June 26, 2013 as well as the resulting judgment, this appeal is dismissed for lack of jurisdiction. The clerk is directed to issue the mandate forthwith.