UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 06 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KRISTIN M. PERRY; et al.,<br><br>    Plaintiffs - Appellees,<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Intervenor-Plaintiff - Appellee,<br><br> v.<br><br>EDMUND G. BROWN, Jr., in his official capacity as Governor of California; et al.,<br><br>    Defendants,<br><br> and<br><br>DENNIS HOLLINGSWORTH; et al.,<br><br>    Intervenor-Defendants - Appellants. | No. 10-16696<br><br>D.C. No. 3:09-cv-02292-VRW<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |
| KRISTIN M. PERRY; et al.,<br><br>    Plaintiffs - Appellees,<br><br>CITY AND COUNTY OF SAN FRANCISCO, | No. 11-16577<br><br>D.C. No. 3:09-cv-02292-JW<br>U.S. District Court for Northern California, San Francisco |

>            Intervenor-Plaintiff -
> Appellee,
>
>    v.
>
> EDMUND G. BROWN, Jr., in his official capacity as Governor of California; et al.,
>
>            Defendants,
>
> HAK-SHING WILLIAM TAM,
>
>            Intervenor-Defendant,
>
>  and
>
> DENNIS HOLLINGSWORTH; et al.,
>
>            Intervenor-Defendants - Appellants.

The judgment of this Court, entered August 06, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $120.60.

>                              FOR THE COURT:
>                              Molly C. Dwyer
>                              Clerk of Court
>
>                              Eliza Lau
>                              Deputy Clerk