# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

July 29, 2013

Clerk
United States Court of Appeals
  for the Ninth Circuit
P.O. Box 193939
San Francisco, California  94119-3939

      Re:  Dennis Hollingsworth, et al.
            v. Kristin M. Perry, et al.
           No. 12-144  (Your docket Nos. 10-16696, 11-16577)

Dear Clerk:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.   You may obtain a copy of the opinion by visiting our website @www.supremecourt.gov.

                                       Sincerely,

                                       WILLIAM K. SUTER, Clerk

                                       By *[signature: Elizabeth Brown]*

                                       Elizabeth Brown
                                       Judgments/Mandates Clerk

Enc.
cc:    Charles J. Cooper, Esq.                    Theodore B. Olson, Esq.
        Therese M. Stewart, Esq.

# Supreme Court of the United States

No. 12-144

### DENNIS HOLLINGSWORTH, ET AL.,

Petitioners

v.

### KRISTIN M. PERRY, ET AL.

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit with instructions to dismiss the appeal for lack of jurisdiction.

June 26, 2013



A True copy WILLIAM K. SUTER
Test
Clerk of the Supreme Court of the United States
By: Cynthia Rapp