**FILED**

**SEP 0 3 2013**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## RECORD TRANSMITTAL FORM

**Date:** January 22, 2013

**To:** Attn: Eleanor Baptiste
Clerk, U.S. Supreme Court
One First Street N.E.
Washington, D.C. 20543

( ) Check here if record is being sent directly to a Judge

**From:** Felicia Reloba

**DC No:** 3:09-cv-2292 JW; Ninth Circuit #10-16696 & 11-16577; Supreme Court #12-144

**Short Title:** Hollingsworth v. Perry

**Composition of Record**

**Clerk's Files in** ____ **volumes**     ( ) original     ( ) certified copy

**Bulky docs.** ___ **volumes (folders)**     docket#_____

**Reporter's Transcripts in** _____ **volumes**     ( ) original     ( ) certified copy

**Exhibits:** in _____ envelopes     ( ) under seal
in __50__ binders     ( ) under seal

**Other:** SEE ATTACHED LIST OF BINDERS

(please note any documents filed under seal)

**Acknowledgment:**_____     **Date:**_____

ELB  10 BOXES  10 of 10

**RECEIVED**
**JAN 29 2013**
OFFICE OF THE CLERK
SUPREME COURT, U.S.

DC NO: 3:09-cv-2292 JW
USCA NO: 10-16696 & 11-16577
SUPREME COURT #: 12-144

LIST OF BINDERS:

1. Herek Witness Binder - Vol. 1
2. Herek Witness Binder - Vol. 2
3. Gregory M. Herek - Vol. 1
4. Gregory M. Herek - Vol. 2
5. Iian H. Meyer
6. M.V. Lee Badgett -Dutch Stats
7. Expert Reports
8. Exhibits to be admitted relating to a testifying witness w/ 2 CD Roms PX2542 & PX2549
9. M.V. Lee Badgett
10. Badgett Direct Binder
11. Dr. Egan Direct Binder
12. Hak-Shing William Tam
13. Plaintiffs Exh - Policy Statements
14. Zia Direct Binder
15. Tam Witness Binder
16. Mayor Jerry Sanders
17. Exhibits to be admitted as party admissions
18. Exhibits to be admitted relating to campaign messaging
19. Miller Cross Binder - Vol. 1
20. Miller Cross Binder - Vol. 2
21. Miller Cross Binder - Vol. 3
22. Miller Cross Binder documenting discrimination
23. Michael E. Lamb - Vol. 1
24. Michael E. Lamb - Vol. 2
25. Michael E. Lamb - Vol. 3
26. Michael E. Lamb - Vol. 4
27. Lamb Direct Binder
28. Meyer Direct Binder
29. Cott Direct Binder
30. Nancy Cross - Cross Examination
31. Dr. Kenneth P. Miller
32. Defendant Hollingsworth submission of exhibits that may be placed on the public record without restriction (1 expando)
33. Defendant Hollingsworth submission of redacted exhibits (1 expando)
34. Dr. Kenneth P. Miller
35. Letitia Peplau - Cross
36. David G. Blankenhorn
37. Peplau Direct Binder
38. Blankenhorn Cross Binder - Vol. 1

DC NO: 3:09-cv-2292 JW
USCA NO: 10-16696 & 11-16577
SUPREME COURT #: 12-144

LIST OF BINDERS (con't):

39. Blankenhorn Cross Exam
40. Segura Direct (redacted exhibit)
41. Dr. Segura Direct Binder
42. Gary M. Segura - Vol. 1
43. Gary M. Segura - Vol. 2
44. Segura Redirect
45. Edmond A. Egan Cross
46. George Chauncey Cross
47. Chauncey Direct Binder
48. Chauncey Redirect
49. Exh. No. DIX978
50. Trial Exhibit List