Linda Lye (CA SBN 215584)
llye@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 621-2493
Fax: (415) 255-8437

Attorneys for Amicus Curiae American
Civil Liberties Union of Northern California

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Kristin M. Perry, et al., | Case No. 09-cv-2292 |
| Plaintiffs, | DECLARATION OF LINDA LYE IN SUPPORT OF MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF MOTION TO UNSEAL |
| v. | |
| Edmund G. "Jerry" Brown, Jr., Governor of California, | |
| Defendant. | |

I, Linda Lye, state:

1. I am a Senior Staff Attorney with the American Civil Liberties Union Foundation of Northern California. I am counsel for amicus American Civil Liberties Union of Northern California ("ACLU-NC"). I have personal knowledge of the matters stated in this declaration and could competently testify to them as a witness.

2. The ACLU-NC is a nonprofit, nonpartisan civil liberties organization founded in 1934 with approximately 158,000 members dedicated to the principles of liberty and equality embodied in both the United States and California Constitutions. For more than 75 years, the ACLU-NC has worked to promote free-speech and open government through litigation and other advocacy.

3. On May 17, 2017, I wrote via electronic mail to Charles Cooper, lead counsel for the proponents of Proposition 8 in this matter. I asked if Mr. Cooper's clients would be willing to stipulate to, or at a minimum, not oppose the ACLU-NC's filing of an amicus brief in support of KQED, Inc.'s motion to unseal the audio visual recording of the Proposition 8 trial.

4. On May 18, 2017, Charles Cooper responded via electronic mail stating that proponents do not oppose the ACLU-NC's filing of an amicus brief in support of KQED, Inc.'s motion to unseal the audio visual recording of the Proposition 8 trial.

5. Attached as Exhibit A is a true and correct copy of my email correspondence with Mr. Cooper.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this declaration was executed this 19th day of May, 2017, at San Francisco, California.

Dated: May 19, 2017                               Respectfully Submitted,

By: ___/s/ *Linda Lye*_____

Linda Lye

# EXHIBIT A

# Veronica Ramirez

| | |
|---|---|
| **From:** | Chuck Cooper <ccooper@cooperkirk.com> |
| **Sent:** | Thursday, May 18, 2017 2:38 PM |
| **To:** | Linda Lye |
| **Cc:** | David Thompson; Pete Patterson |
| **Subject:** | RE: Prop 8 Trial Video unsealing issue |

Ms. Lye,

Thank you for your email. Proponents do not oppose an amicus brief on behalf of the ACLU of Northern California filed by May 24, 2017, as you propose. We trust that ACLU of Northern California will not oppose a motion by Proponents for additional pages if we determine that it is warranted to respond to KQED's amicus brief.

Kind regards,

Chuck

---

**From:** Linda Lye [mailto:llye@aclunc.org]
**Sent:** Wednesday, May 17, 2017 4:17 PM
**To:** Chuck Cooper <ccooper@cooperkirk.com>
**Subject:** Prop 8 Trial Video unsealing issue

Dear Mr. Cooper, As you know, KQED, Inc. has filed a motion to unseal the audio visual recording of the Prop 8 trial.  The court has set a briefing schedule and hearing date on the motion, and responses to the motion are due on May 31, 2017, with the hearing set for argument at 2 pm on June 28, 2017.  The American Civil Liberties Union of Northern California would like to file a motion for leave to file an amicus brief and an amicus brief in support of KQED's motion to unseal, and we were hoping to get it on file early next week, but no later than May 24, 2017, which would be one week before any response is due.
Would your clients be willing to stipulate to the filing of an amicus brief or at a minimum, not oppose the motion for leave to file an amicus brief?
I would appreciate a reply by noon Pacific Time on Friday May 19, 2017.
Kind regards,
Linda Lye

Linda Lye
Senior Staff Attorney
ACLU Foundation of Northern California
39 Drumm Street
San Francisco, California 94111
tel. (415) 621-2493
fax. (415) 255-8437

---

This message and any files or text attached to it are intended only for the recipients named above, and contain information that may be confidential or privileged. If you are not an intended recipient, you must not read, copy, use or disclose this communication. Please also notify the sender by replying to this message, and then delete all copies of it from your system. Thank you.