Linda Lye (CA SBN 215584)
llye@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 621-2493
Fax: (415) 255-8437

Attorneys for Amicus Curiae American
Civil Liberties Union of Northern California

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Kristin M. Perry, et al., | ) Case No. 09-cv-2292 |
| Plaintiffs, | ) |
| | ) [PROPOSED] ORDER GRANTING |
| v. | ) MOTION FOR LEAVE TO FILE |
| | ) AMICUS BRIEF IN SUPPORT OF |
| | ) MOTION TO UNSEAL |
| | ) |
| Edmund G. "Jerry" Brown, Jr., Governor of | ) |
| California, | ) |
| Defendant. | ) |

Proposed Amicus Curiae American Civil Liberties Union of Northern California has filed an unopposed motion for leave to file a brief *amicus curiae* in support of Intervenor KQED's motion to unseal.  For good cause shown, the motion for leave to file the amicus brief is GRANTED, and IT IS HEREBY ORDERED that the proposed Amicus Brief previously filed as an attachment to the motion for leave to file an amicus brief is deemed filed in this Court.

**IT IS SO ORDERED.**

Dated the ____ of ____, 2017                    _____

United States District Judge

2