UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 24 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KRISTIN M. PERRY; et al., <br><br> Plaintiffs - Appellees, <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Intervenor-Plaintiff - Appellee, <br><br> v. <br><br> EDMUND G. BROWN, Jr., in his official capacity as Governor of California; et al., <br><br> Defendants, <br><br> DENNIS HOLLINGSWORTH; et al., <br><br> Intervenor-Defendants, <br><br> v. <br><br> COUNTY OF IMPERIAL; et al., <br><br> Movants - Appellants. | No. 10-16751 <br><br> D.C. No. 3:09-cv-02292-VRW <br> U.S. District Court for Northern California, San Francisco <br><br> **MANDATE** |

The judgment of this Court, entered January 04, 2011, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7