COOPER AND KIRK, PLLC
Charles J. Cooper (DC Bar No. 248070)*
*ccooper@cooperkirk.com*
David H. Thompson (DC Bar No. 450503)*
*dthompson@cooperkirk.com*
1523 New Hampshire Ave. N.W., Washington, D.C. 20036
Telephone: (202) 220-9600, Facsimile: (202) 220-9601

LAW OFFICES OF ANDREW P. PUGNO
Andrew P. Pugno (CA Bar No. 206587)
*andrew@pugnolaw.com*
8261 Greenback Lane, Suite 200, Fair Oaks, California 95628
Telephone: (916) 608-3065, Facsimile: (916) 608-3066

ALLIANCE DEFENDING FREEDOM
James A. Campbell (OH Bar No. 0081501)*
*jcampbell@adflegal.org*
15100 North 90th Street, Scottsdale, Arizona 85260
Telephone: (480) 444-0020, Facsimile: (480) 444-0028

ATTORNEYS FOR DEFENDANTS-INTERVENORS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, AND MARK A. JANSSON

* Admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, et al., <br><br>    Plaintiffs, <br><br>    v. <br><br> EDMUND G. "JERRY" BROWN, JR., in his official capacity as Governor of California, et al., <br><br>    Defendants, <br><br> and <br><br> DENNIS HOLLINGSWORTH, et al., <br><br>    Defendants-Intervenors. | CASE NO. 09-CV-2292-WHO <br><br> The Honorable William H. Orrick <br><br> **NOTICE OF APPEAL** |

1
2
3
4   Notice is hereby given under FED. R. APP. P. 3 that Defendants-Intervenors Hollingsworth, Knight, Gutierrez, and Jansson hereby appeal to the United States Court of Appeals for the Ninth Circuit from the January 17, 2018 Order of the United States District Court of the Northern District of California on Motion to Unseal Videotaped Trial Records, Doc. 878.

5

6   Dated: February 16, 2018

7
8
9
10
11
12
13

By:   s/Charles J. Cooper
Charles J. Cooper*
D.C. Bar No. 248070
COOPER AND KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
Fax: (202) 220-9601
Attorney for Defendants-Intervenors
* *Admitted pro hac vice*

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# REPRESENTATION STATEMENT

**Attorneys for Plaintiffs Kristin M. Perry, Sandra B. Stier, Paul T. Katami, and Jeffrey J. Zarrillo:**

Theodore B. Olson
Matthew C. McGill
Amir C. Tayrani
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036
(202) 955-8668

Theodore J. Boutrous, Jr.
Christopher D. Dusseault
Ethan D. Dettmer
Theane Evangelis
GIBSON, DUNN & CRUTCHER, LLP
333 S. Grand Avenue
Los Angeles, CA 90071
(213) 229-7804

David Boies
BOIES, SCHILLER & FLEXNER, LLP
333 Main St.
Armonk, NY 10504
(914) 749-8200

**Attorneys for Plaintiff-Intervenor City and County of San Francisco:**

Dennis J. Herrera
Ronald P. Flynn
Yvonne R. Mere
Christine Van Aken
Mollie M. Lee
CITY AND COUNTY OF SAN
  FRANCISCO
OFFICE OF THE CITY ATTORNEY
One Dr. Carlton B. Goodlett Place
Room 234
San Francisco, CA 94102-4682
(415) 554-4708

**Attorneys for Defendants Governor Edmund G. Brown, Jr., Attorney General Xavier Becerra, Director Karen Smith, and Deputy Director Linette Scott:**

Tamar Pachter
Alexandra Robert Gordon
OFFICE OF THE CALIFORNIA
ATTORNEY GENERAL
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
(415) 703-5509

**Attorneys for Defendants-Intervenors Dennis Hollingsworth, Gail J. Knight, Martin F. Gutierrez, and Mark A. Jansson**:

Charles J. Cooper
David H. Thompson
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 22036
(202) 220-9600

Andrew P. Pugno
LAW OFFICES OF ANDREW P. PUGNO
8261 Greenback Lane, Suite 200
Fair Oaks, CA 95628
(916) 608-3065

James A. Campbell
ALLIANCE DEFENDING FREEDOM
15100 N. 90th St.
Scottsdale, AZ 85260
(480) 444-0020

1

**Attorney for Movant KQED, Inc.:**

Thomas R. Burke
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
(415) 276-6500