```
COOPER AND KIRK, PLLC
Charles J. Cooper (DC Bar No. 248070)*
ccooper@cooperkirk.com
David H. Thompson (DC Bar No. 450503)*
dthompson@cooperkirk.com
1523 New Hampshire Ave. N.W., Washington, D.C. 20036
Telephone: (202) 220-9600, Facsimile: (202) 220-9601

LAW OFFICES OF ANDREW P. PUGNO
Andrew P. Pugno (CA Bar No. 206587)
andrew@pugnolaw.com
8261 Greenback Lane, Suite 200, Fair Oaks, California 95628
Telephone: (916) 608-3065, Facsimile: (916) 608-3066

ALLIANCE DEFENDING FREEDOM
James A. Campbell (OH Bar No. 0081501)*
jcampbell@adflegal.org
15100 North 90th Street, Scottsdale, Arizona 85260
Telephone: (480) 444-0020, Facsimile: (480) 444-0028
```

ATTORNEYS FOR DEFENDANTS-INTERVENORS DENNIS HOLLINGSWORTH, GAIL J. KNIGHT, MARTIN F. GUTIERREZ, AND MARK A. JANSSON

\* Admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN M. PERRY, et al., | |
| Plaintiffs, | CASE NO. 09-CV-2292-WHO |
| v. | The Honorable William H. Orrick |
| GAVIN NEWSOM, in his official capacity as Governor of California, et al., | |
| Defendants, | **NOTICE OF CHANGE OF COUNSEL** |
| and | |
| DENNIS HOLLINGSWORTH, et al., | |
| Defendants-Intervenors. | |

Undersigned counsel Howard C. Nielson, Jr., who entered an appearance on behalf of Defendants-Intervenors, hereby gives notice that he will withdraw from this case. Mr. Nielson, who is not lead counsel for Defendants-Intervenors, will be leaving private practice and will no longer represent Defendants-Intervenors. Although this case has been closed, it appears possible that future proceedings may take place. Defendants-Intervenors have consented to Mr. Nielson's withdrawal, and the withdrawal will leave Defendants-Intervenors with representation by their lead counsel and by the other counsel who have entered appearances on their behalf in the event that future proceedings take place.

Dated: May 28, 2019

s/ Howard C. Nielson, Jr.
Howard C. Nielson, Jr.
Attorney for Defendants-Intervenors
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Fax: (202) 220-9601
hnielson@cooperkirk.com
