DENNIS J. HERRERA, State Bar #139669
City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
JEREMY M. GOLDMAN, State Bar #218888
Deputy City Attorney
City Hall, Room 234
One Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-6762 [Goldman]
Facsimile:     (415) 437-4699

Attorneys for Plaintiff-Intervenor
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN M. PERRY, et al.,<br><br>    Plaintiffs,<br><br>  and<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Plaintiff-Intervenor,<br><br>  vs.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California,<br><br>    Defendants,<br><br>  and<br><br>DENNIS HOLLINGSWORTH, et al.<br><br>    Defendants-Intervenors. | Case No. 09-CV-2292 WHO<br><br>**PLAINTIFF-INTERVENOR CITY AND COUNTY OF SAN FRANCISCO'S <u>JOINDER</u> IN PLAINTIFF'S OPPOSITION TO DEFENDANTS-INTERVENORS' MOTION TO CONTINUE THE SEAL**<br><br>Date:     June 17, 2020<br>Time:    2:00 p.m.<br>Judge:   Hon. William H. Orrick<br>Location:  Courtroom 2, 17th Floor |

1  Plaintiff-Intervenor City and County of San Francisco hereby joins Plaintiffs' Opposition to
2  Proponents' Motion to Continue the Seal, filed on May 13, 2020.

Dated: May 13, 2020

DENNIS J. HERRERA
City Attorney
RONALD P. FLYNN
Chief Deputy City Attorney
YVONNE R. MERÉ
Chief of Complex and Affirmative Litigation
JEREMY M. GOLDMAN
Deputy City Attorney


By: /s/*Jeremy M. Goldman*

JEREMY M. GOLDMAN
Attorneys for Plaintiff-Intervenor
CITY AND COUNTY OF SAN FRANCISCO