KATIE TOWNSEND (SBN 254321)
ktownsend@rcfp.org
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
Telephone: 202.795.9300
Facsimile: 202.795.9310
Email: ktownsend@rcfp.org

*Counsel for Amici Curiae*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **KRISTIN M. PERRY**, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> **GAVIN NEWSOM,** in his official capacity as Governor of California, et al., <br><br> *Defendants*, <br><br> and <br><br> **DENNIS HOLLINGSWORTH,** et al.**,** <br><br> *Defendants-Intervenors.* | Case No. 09-CV-2292-WHO <br><br> **UNOPPOSED MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 36 MEDIA ORGANIZATIONS FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF MEDIA INTERVENOR KQED, INC.** |

**UNOPPOSED MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF**

Pursuant to Civil Local Rule 7-11, proposed amici curiae the Reporters Committee for Freedom of the Press ("Reporters Committee") and The Associated Press, Berkeleyside Inc., Boston Globe Media Partners, LLC, BuzzFeed, Cable News Network, Inc., California News Publishers Association, Californians Aware, CalMatters, Dow Jones & Company, Inc., The E.W. Scripps Company, Embarcadero Media, First Amendment Coalition, First Look Media Works, Inc., Fox Television Stations, LLC, Gannett Co., Inc., Hearst Corporation, Inter American Press Association, International Documentary Association, Investigative Reporting Workshop at American University, Los Angeles Times Communications LLC, The Media Institute, Mother Jones, MPA - The Association of Magazine Media, National Press Photographers Association, The New York Times Company, The News Leaders Association, Online News Association, POLITICO LLC, Radio Television Digital News Association, Reveal from The Center for Investigative Reporting, Sinclair Broadcast Group, Inc., Society of Environmental Journalists, Society of Professional Journalists, TEGNA Inc., Tully Center for Free Speech, and Univision Communications Inc. (collectively, "amici") request leave to file the attached amici curiae brief in support of KQED, Inc.'s Opposition to Defendants-Intervenors' Motion to Continue the Seal.

**Interest of Amici Curiae**

The Reporters Committee for Freedom of the Press is an unincorporated nonprofit association founded by leading journalists and media lawyers in 1970 when the nation's news media faced an unprecedented wave of government subpoenas forcing reporters to name confidential sources. Today, its attorneys provide pro bono legal representation, amicus curiae support, and other legal resources to protect First Amendment freedoms and the newsgathering rights of journalists. Descriptions of the other amici are included as Appendix A to the attached amici curiae brief.

As members and representatives of the news media, amici have a strong interest in ensuring that journalists, including documentary filmmakers, can access and report on information of public

interest.  The news media often "function[] as surrogates for the public" by reporting on judicial proceedings to the public.  *Richmond Newspapers Inc. v. Virginia*, 448 U.S. 555, 573 (1980).  Accordingly, it is vital that members of the news media be able to provide accurate and thorough accounts of judicial proceedings.  The attached amici curiae brief details the importance of the recordings at issue to the efforts of journalists, including documentarians, to report on what was an historic and influential trial.  Audio-visual recordings of courtroom proceedings provide a more complete source of information regarding judicial events than a transcript alone.  Recordings convey body language, inflection, tone of voice, emotional tenor, and other contextual information vital to a complete understanding of the proceeding.  This additional context is particularly important for broadcast journalists and documentary filmmakers who depend on audio and video in their reporting.

**Efforts to Obtain a Stipulation**

In advance of filing this motion, amici contacted counsel for Defendants-Intervenors and counsel for Media Intervenor KQED, Inc., each of whom stated that their clients consent to the filing of this amici curiae brief.  *See* Townsend Decl. at ¶ 4–5.  Amici file this motion and the accompanying proposed amici curiae brief on May 13, 2020, the same day as the opposition to the motion to continue the seal is due and fourteen days before the reply is due on May 27, 2020.  The filing of this amici curiae brief would therefore not delay the schedule set forth by this Court.  *See* Order on Mot. to Unseal Videotaped Trial Records at 15, *Perry v. Schwarzenegger*, No. 09-2292 (Jan. 17, 2018), ECF No. 878.

For the foregoing reasons, amici respectfully request leave to file the attached brief as amici curiae in support of KQED, Inc.'s Opposition to Defendants-Intervenors' Motion to Continue the Seal.

Dated: May 13, 2020                    Respectfully submitted,

                                              /s/ *Katie Townsend*
                                              Katie Townsend
                                              THE REPORTERS COMMITTEE
                                              FOR FREEDOM OF THE PRESS

4

UNOPPOSED MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 36 MEDIA ORGANIZATIONS FOR LEAVE TO FILE AMICI CURIAE BRIEF
IN SUPPORT OF MEDIA INTERVENOR KQED, INC.
CASE NO. 09-CV-2292-WHO