KATIE TOWNSEND (SBN 254321)
ktownsend@rcfp.org
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
Telephone: 202.795.9300
Facsimile: 202.795.9310
Email: ktownsend@rcfp.org

*Counsel for Amici Curiae*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **KRISTIN M. PERRY**, et al., | Case No. 09-CV-2292-WHO |
| *Plaintiffs*, | |
| v. | **DECLARATION OF KATIE TOWNSEND IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF MEDIA INTERVENOR KQED, INC.** |
| **GAVIN NEWSOM,** in his official capacity as Governor of California, et al., | |
| *Defendants*, | |
| and | |
| **DENNIS HOLLINGSWORTH,** et al., | |
| *Defendants-Intervenors*. | |

I, Katie Townsend, declare as follows:

1. I am the Legal Director at the Reporters Committee for Freedom of the Press (the "Reporters Committee"), a position I have held since May 2018. Prior to becoming the Reporters Committee's Legal Director, I was the Reporters Committee's Litigation Director; I held that position from September 2014 to May 2018. I am counsel for proposed amici curiae Reporters Committee and 36 Media Organizations. I have personal knowledge of the matters stated in this declaration and could competently testify to them as a witness.

2. The Reporters Committee is an unincorporated nonprofit association founded by leading journalists and media lawyers in 1970 when the nation's news media faced an unprecedented wave of government subpoenas forcing reporters to name confidential sources. Today, its attorneys provide pro bono legal representation, amicus curiae support, and other legal resources to protect First Amendment freedoms and the newsgathering rights of journalists.

3. On May 7, 2020, I wrote to Thomas R. Burke, counsel for KQED, Inc. ("KQED") and to Charles J. Cooper, David H. Thompson, Peter A. Patterson, and Andrew P. Pugno, counsel for Defendants-Intervenors ("Proponents") via e-mail to ask if their clients would be willing to stipulate to—or, at a minimum, not oppose—the Reporters Committee's filing of an amicus brief on behalf of itself and a coalition of media organizations in support of KQED's Opposition to Proponents' Motion to Continue the Seal on the video recordings of the trial proceedings in this matter.

4. On May 7, 2020, Mr. Cooper responded via e-mail stating that Proponents consent to the Reporters Committee's filing of an amicus brief in support of KQED's Opposition to Proponents' Motion to Continue the Seal.

5. On May 11, 2020, Mr. Burke responded via e-mail stating that KQED consents to the Reporters Committee's filing of an amicus brief in support of KQED's Opposition to Proponents' Motion to Continue the Seal.

6. Attached as Exhibit A is a true and correct copy of my e-mail correspondence with Mr. Cooper and Mr. Burke.

1   I declare under penalty of perjury under the laws of the State of California and the United
2   States that the foregoing is true and correct and that this declaration was executed this 13th day of
3   May 2020, in Washington, D.C.

Dated: May 13, 2020                                         Respectfully submitted,

                                                      /s/ *Katie Townsend*
                                                      Katie Townsend
                                                      THE REPORTERS COMMITTEE
                                                      FOR FREEDOM OF THE PRESS

# EXHIBIT A



Shannon Jankowski <sjankowski@rcfp.org>

# RE: Perry v. Hollingsworth, 09-CV-2292-WHO
1 message

**Chuck Cooper** <ccooper@cooperkirk.com>  Thu, May 7, 2020 at 2:28 PM
To: Katie Townsend <ktownsend@rcfp.org>, David Thompson <dthompson@cooperkirk.com>, Pete Patterson <ppatterson@cooperkirk.com>, "andrew@pugnolaw.com" <andrew@pugnolaw.com>, "Burke, Thomas" <THOMASBURKE@dwt.com>
Cc: Caitlin Vogus <cvogus@rcfp.org>, Shannon Jankowski <sjankowski@rcfp.org>, John Ohlendorf <JOhlendorf@cooperkirk.com>

Katie,

We consent.

Best,

Chuck

Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
202-220-9660
ccooper@cooperkirk.com

**From:** Katie Townsend <ktownsend@rcfp.org>
**Sent:** Thursday, May 7, 2020 1:46 PM
**To:** Chuck Cooper <ccooper@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Pete Patterson <ppatterson@cooperkirk.com>; andrew@pugnolaw.com; Burke, Thomas <THOMASBURKE@dwt.com>
**Cc:** Caitlin Vogus <cvogus@rcfp.org>; Shannon Jankowski <sjankowski@rcfp.org>
**Subject:** Perry v. Hollingsworth, 09-CV-2292-WHO

Counsel:

The Reporters Committee for Freedom of the Press intends to file an amicus brief on behalf of a media coalition in support of KQED, Inc.'s opposition to Defendant-Intervenors' Motion to Continue the Seal in *Perry v. Hollingsworth*, 09-CV-2292-WHO. We plan to file a motion for leave to file our amicus brief, along with the brief, on May 13. Pursuant to Civil Local Rules 7-11(a) and 7-12, I am writing to ask if your clients would be willing to stipulate to the filing of our amicus brief or, at a minimum, not oppose the motion for leave to file our amicus brief. Please let me know at your earliest convenience.

Thank you,
Katie



Katie Townsend
Legal Director
ktownsend@rcfp.org · (202) 795-9303 · @katie_rcfp

NOTICE: This e-mail is from the law firm of Cooper & Kirk, PLLC ("C&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of C&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to C&K in reply that you expect to be held in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of C&K, you should maintain its contents in confidence in order to preserve any attorney-client or work product privilege that may be available to protect confidentiality.



Shannon Jankowski <sjankowski@rcfp.org>

# Re: Perry v. Hollingsworth, 09-CV-2292-WHO
1 message

**Burke, Thomas** <THOMASBURKE@dwt.com>　　　　　　　　　　　　　　　　　Mon, May 11, 2020 at 10:27 AM
To: Katie Townsend <ktownsend@rcfp.org>
Cc: Chuck Cooper <ccooper@cooperkirk.com>, David Thompson <dthompson@cooperkirk.com>, Pete Patterson <ppatterson@cooperkirk.com>, "andrew@pugnolaw.com" <andrew@pugnolaw.com>, Caitlin Vogus <cvogus@rcfp.org>, Shannon Jankowski <sjankowski@rcfp.org>, John Ohlendorf <JOhlendorf@cooperkirk.com>

We consent.

**Thomas R. Burke** | Davis Wright Tremaine LLP
Partner, Media Law Practice &
Chair, Pro Bono & Social Impact Committee
505 Montgomery Street, Suite 800 | San Francisco, CA 94111
Tel: (415) 276-6552 | Fax: (415) 489-9052 | Mobile: (415) 519-3406
Email: thomasburke@dwt.com | Website: www.dwt.com
Bio: www.dwt.com/people/ThomasRBurke
[M]

> On May 7, 2020, at 11:35 AM, Katie Townsend <ktownsend@rcfp.org> wrote:
>
> **[EXTERNAL]**
>
> Thank you.
>
> 
> Katie Townsend
> Legal Director
> ktownsend@rcfp.org
> · (202) 795-9303 · @katie_rcfp
>
>
> On Thu, May 7, 2020 at 2:29 PM Chuck Cooper <ccooper@cooperkirk.com> wrote:
>> Katie,
>>
>> We consent.
>>
>> Best,
>>
>> Chuck

Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
202-220-9660
ccooper@cooperkirk.com


**From:** Katie Townsend <ktownsend@rcfp.org>
**Sent:** Thursday, May 7, 2020 1:46 PM
**To:** Chuck Cooper <ccooper@cooperkirk.com>; David Thompson <dthompson@cooperkirk.com>; Pete Patterson <ppatterson@cooperkirk.com>; andrew@pugnolaw.com; Burke, Thomas <THOMASBURKE@dwt.com>
**Cc:** Caitlin Vogus <cvogus@rcfp.org>; Shannon Jankowski <sjankowski@rcfp.org>
**Subject:** Perry v. Hollingsworth, 09-CV-2292-WHO


Counsel:

The Reporters Committee for Freedom of the Press intends to file an amicus brief on behalf of a media coalition in support of KQED, Inc.'s opposition to Defendant-Intervenors' Motion to Continue the Seal in *Perry v. Hollingsworth*, 09-CV-2292-WHO. We plan to file a motion for leave to file our amicus brief, along with the brief, on May 13. Pursuant to Civil Local Rules 7-11(a) and 7-12, I am writing to ask if your clients would be willing to stipulate to the filing of our amicus brief or, at a minimum, not oppose the motion for leave to file our amicus brief. Please let me know at your earliest convenience.

Thank you,
Katie




Katie Townsend
Legal Director
ktownsend@rcfp.org · (202) 795-9303 · @katie_rcfp


NOTICE: This e-mail is from the law firm of Cooper & Kirk, PLLC ("C&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of C&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to C&K in reply that you expect to be held in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of C&K, you should maintain its contents in confidence in

> order to preserve any attorney-client or work product privilege that may be available to protect confidentiality.