KATIE TOWNSEND (SBN 254321)
ktownsend@rcfp.org
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
Telephone: 202.795.9300
Facsimile: 202.795.9310
Email: ktownsend@rcfp.org

*Counsel for Amici Curiae*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **KRISTIN M. PERRY**, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>**GAVIN NEWSOM,** in his official capacity as Governor of California, et al.,<br><br>*Defendants,*<br><br>and<br><br>**DENNIS HOLLINGSWORTH,** et al.**,**<br><br>*Defendants-Intervenors.* | Case No. 09-CV-2292-WHO<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF MEDIA INTERVENOR KQED, INC.** |

Proposed amici curiae The Reporters Committee for Freedom of the Press and 36 Media Organizations have filed an unopposed Motion for Leave to File Amici Curiae Brief in Support of Media Intervenor KQED, Inc. For good cause shown, the unopposed motion for leave to file the brief of amici curiae is GRANTED, and IT IS HEREBY ORDERED that the proposed Brief of Amici Curiae previously filed as an attachment to the Motion for Leave to File Amici Curiae Brief is deemed filed in this Court.

SO ORDERED.

Dated: _____

Hon. William H. Orrick