FILED

JUL 12 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KRISTIN M. PERRY; SANDRA B. STIER; PAUL T. KATAMI; JEFFREY J. ZARRILLO, <br><br> Plaintiffs-Appellees, <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Intervenor-Plaintiff-Appellee, <br><br> KQED, INC., <br><br> Intervenor-Appellee, <br><br> v. <br><br> GAVIN NEWSOM, Governor; XAVIER BECERRA, Attorney General; MARK B. HORTON, in his official capacity as Director of the California Department of Public Health & State Registrar of Vital Statistics; LINETTE SCOTT, in her official capacity as Deputy Director of Health Information & Strategic Planning for the California Department of Public Health, <br><br> Defendants-Appellees, <br><br> DENNIS HOLLINGSWORTH; GAIL J. | No. 20-16375 <br><br> D.C. No. 3:09-cv-02292-WHO Northern District of California, San Francisco <br><br> ORDER |

KNIGHT; MARTIN F. GUTIERREZ; MARK A. JANSSON,

   Intervenor-Defendants-Appellants,

and

PATRICK O'CONNELL, in his official capacity as Clerk-Recorder for the County of Alameda; DEAN C. LOGAN, in his official capacity as Registrar-Recorder/County Clerk for the County of Los Angeles,

   Defendants.

Before: LUCERO,[*] W. FLETCHER, and IKUTA, Circuit Judges.

The parties are ordered to submit supplemental briefs addressing whether the Proponents have Article III standing to appeal the district court's order.

Proponents shall file their opening supplemental brief within 21 days of the date of this order and appellees shall file their answering supplemental brief within 14 days of the opening supplemental brief. These principal supplemental briefs shall be no longer than ten pages or 2800 words. Proponents may file an optional

---

[*] The Honorable Carlos F. Lucero, United States Circuit Judge for the U.S. Court of Appeals for the Tenth Circuit, sitting by designation.

reply supplemental brief within 7 days of the answering supplemental brief, and the optional reply brief shall be no longer than five pages or 1400 words.

Parties who are registered for ECF must file the supplemental brief electronically without submission of paper copies. Parties who are not registered ECF filers must file the original supplemental brief plus 6 paper copies.