1  DAVID CHIU, State Bar #189542
   City Attorney
2  TARA M. STEELEY, State Bar #231775
   Deputy City Attorneys
3  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
4  San Francisco, California 94102-4682
   Telephone:    (415) 554-4655
5  Facsimile:    (415) 554-4699
   E-Mail:       tara.steeley@sfcityatty.org
6
   Attorneys for Plaintiff-Intervenor
7  CITY AND COUNTY OF SAN FRANCISCO

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11  KRISTIN M. PERRY, et al.                    Case No. 09-CV-2292 WHO

12          Plaintiffs,                         **NOTICE OF DISASSOCIATION OF COUNSEL**

13          and

14  CITY AND COUNTY OF SAN FRANCISCO,

15          Plaintiff-Intervenor,

16          vs.

17  EDMUND G. BROWN JR., in his official
    capacity as Governor of the State of California,
18
            Defendants,
19
            and
20
    DENNIS HOLLINGSWORTH, et al.
21
            Defendants-Intervenors.
22

TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND TO THIS COURT:

NOTICE IS HEREBY GIVEN that Deputy City Attorney Jeremy Goldman is no longer counsel of record for Plaintiff-Intervenor City and County of San Francisco in this case.

Please remove the following from your service list.

> JEREMY M. GOLDMAN
> Deputy City Attorney
> San Francisco City Attorney's Office
> 1 Dr. Carlton B. Goodlett Place
> City Hall, Room 234
> San Francisco, CA  94102
> Telephone:  (415) 554-6762
> Facsimile:  (415) 554-4699
> Email:  jeremy.goldman@sfcityatty.org

The Office of the City Attorney and the remaining listed counsel remain counsel of record for Plaintiff-Intervenor City and County of San Francisco.

Dated:  August 10, 2022

DAVID CHIU
City Attorney
TARA M. STEELEY
Deputy City Attorney


By: _s/Tara M. Steeley_____
TARA M. STEELEY

Attorneys for Plaintiff-Intervenor
CITY AND COUNTY OF SAN FRANCISCO